## SCHEDULE A - CASE LIST FROM ORIGINAL MDL TRANSFER ORDER (7/6/06)

| CASE STYLE | ND CA(SF) CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Belpuliti v. AstraZeneca, et al. | 3:06-cv-550 | 6:06-cv-961-Orl-22DAB |
| Baytos v. AstraZeneca, et al. | 3:06-cv-556 | 6:06-cv-964-Orl-22DAB |
| Powell, et al. v. AstraZeneca, et al. | 3:06-cv-557 | 6:06-cv-967Orl-22DAB |
| Boyer v. AstraZeneca, et al. | 3:06-cv-559 | 6:06-cv-970- Orl-22DAB |
| Carroll, et al. v. AstraZeneca, et al. | 3:06-cv-562 | 6:06-cv-974-Orl-22DAB |
| Glover v. AstraZeneca, et al. | 3:06-cv-564 | 6:06-cv-977-Orl-22DAB |
| McAllister v. AstraZeneca, et al. | 3:06-cv-568 | 6:06-cv-980-Orl-22DAB |
| Hawkins v. AstraZeneca, et al. | 3:06-cv-569 | 6:06-cv-984-Orl-22DAB |
| Burgess v. AstraZeneca, et al. | 3:06-cv-573 | 6:06-cv-987-Orl-22DAB |
| Sulkowski v. AstraZeneca, et al. | 3:06-cv-586 | 6:06-cv-991-Orl-22DAB |
| Walker v. AstraZeneca, et al. | 3:06-cv-587 | 6:06-cv-995-Orl-22DAB |
| McIntyre v. AstraZeneca, et al. | 3:06-cv-589 | 6:06-cv-998-Orl-22DAB |
| Frederick, et al. v. AstraZeneca, et al. | 3:06-cv-590 | 6:06-cv-1000-Orl-22DAB |
| Morris v. AstraZeneca, et al. | 3:06-cv-592 | 6:06-cv-1005-Orl-22DAB |
| Collier v. AstraZeneca, et al. | 3:06-cv-599 | 6:06-cv-1008-Orl-22DAB |
| Boatwright v. AstraZeneca, et al. | 3:06-cv-602 | 6:06-cv-1012-Orl-22DAB |
| Weaver v. AstraZeneca, et al. | 3:06-cv-604 | 6:06-cv-1014-Orl-22DAB |
| Simmons v. AstraZeneca, et al. | 3:06-cv-622 | 6:06-cv-1017-Orl-22DAB |
| Buchanan v. AstraZeneca, et al. | 3:06-cv-623 | 6:06-cv-1020-Orl-22DAB |
| Popp v. AstraZeneca, et al. | 3:06-cv-624 | 6:06-cv-1023-Orl-22DAB |
| Mack v. AstraZeneca, et al. | 3:06-cv-627 | 6:06-cv-1025-Orl-22DAB |
| Mozingo v. AstraZeneca, et al. | 3:06-cv-628 | 6:06-cv-1029-Orl-22DAB |
| Lockhart, etc. v. AstraZeneca, et al. | 3:06-cv-644 | 6:06-cv-1031-Orl-22DAB |
| Hopkins-Hyche, et al. v. AstraZeneca, et al. | 3:06-cv-645 | 6:06-cv-1033-Orl-22DAB |
| Truelove v. AstraZeneca, et al. | 3:06-cv-651 | 6:06-cv-1035-Orl-22DAB |
| Masterson v. AstraZeneca, et al. | 3:06-cv-657 | 6:06-cv-1039-Orl-22DAB |
| Evans v. AstraZeneca, et al. | 3:06-cv-669 | 6:06-cv-1041-Orl-22DAB |
| Orie v. AstraZeneca, et al. | 3:06-cv-542 | 6:06-cv-962-Orl-22DAB |
| Massey, et al. v. AstraZeneca, et al. | 3:06-cv-544 | 6:06-cv-966-Orl-22DAB |
| Bobal v. AstraZeneca, et al. | 3:06-cv-547 | 6:06-cv-969-Orl-22DAB |

### SCHEDULE A - CASE LIST FROM ORIGINAL MDL TRANSFER ORDER (7/6/06)

| CASE STYLE | ND CA(SF) CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Bradley, et al. v. AstraZeneca, et al. | 3:06-cv-549 | 6:06-cv-972-Orl-22DAB |
| Heigl v. AstraZeneca, et al. | 3:06-cv-551 | 6:06-cv-973-Orl-22DAB |
| Dortch v. AstraZeneca, et al. | 3:06-cv-555 | 6:06-cv-976-Orl-22DAB |
| Godfrey v. AstraZeneca, et al. | 3:06-cv-565 | 6:06-cv-979-Orl-22DAB |
| Harkins v. AstraZeneca, et al. | 3:06-cv-566 | 6:06-cv-982-Orl-22DAB |
| Rosales v. AstraZeneca, et al. | 3:06-cv-567 | 6:06-cv-983-Orl-22DAB |
| Goldsmith v. AstraZeneca, et al. | 3:06-cv-570 | 6:06-cv-986-Orl-22DAB |
| Hess v. AstraZeneca, et al. | 3:06-cv-572 | 6:06-cv-989-Orl-22DAB |
| Derosky, et al. v. AstraZeneca, et al. | 3:06-cv-577 | 6:06-cv-992-Orl-22DAB |
| Gringel v. AstraZeneca, et al. | 3:06-cv-578 | 6:06-cv-994-Orl-22DAB |
| Cardwell v. AstraZeneca, et al. | 3:06-cv-582 | 6:06-cv-996-Orl-22DAB |
| Chathams v. AstraZeneca, et al. | 3:06-cv-585 | 6:06-cv-999-Orl-22DAB |
| Peat, et al. v. AstraZeneca, et al. | 3:06-cv-591 | 6:06-cv-1002-Orl-22DAB |
| Webb v. AstraZeneca, et al. | 3:06-cv-598 | 6:06-cv-1003-Orl-22DAB |
| Kasperson v. AstraZeneca, et al. | 3:06-cv-611 | 6:06-cv-1006-Orl-22DAB |
| Levy v. AstraZeneca, et al. | 3:06-cv-613 | 6:06-cv-1009-Orl-22DAB |
| Bosaw, et al. v. AstraZeneca, et al. | 3:06-cv-618 | 6:06-cv-1011-Orl-22DAB |
| King v. AstraZeneca, et al. | 3:06-cv-620 | 6:06-cv-1013-Orl-22DAB |
| O'Hosky v. AstraZeneca, et al. | 3:06-cv-625 | 6:06-cv-1016-Orl-22DAB |
| Gangidine v. AstraZeneca, et al. | 3:06-cv-643 | 6:06-cv-1018-Orl-22DAB |
| Clements v. AstraZeneca, et al. | 3:06-cv-655 | 6:06-cv-1021-Orl-22DAB |
| Ali v. AstraZeneca, et al. | 3:06-cv-658 | 6:06-cv-1024-Orl-22DAB |
| Adams v. AstraZeneca, et al. | 3:06-cv-660 | 6:06-cv-1026-Orl-22DAB |
| Robinson v. AstraZeneca, et al. | 3:06-cv-663 | 6:06-cv-1028-Orl-22DAB |
| Porter v. AstraZeneca, et al. | 3:06-cv-668 | 6:06-cv-1030-Orl-22DAB |

| CASE STYLE | ND CA(Oak) CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Boal v. AstraZeneca, et al. | 4:06-cv-548 | 6:06-cv-1043-Orl-22DAB |
| Bellman, et al. v. AstraZeneca, et al. | 4:06-cv-552 | 6:06-cv-1044-Orl-22DAB |
| Lear v. AstraZeneca, et al. | 4:06-cv-571 | 6:06-cv-1047-Orl-22DAB |
| Biskup, et al. v. AstraZeneca, et al. | 4:06-cv-574 | 6:06-cv-1049-Orl-22DAB |
| Sullivan v. AstraZeneca, et al. | 4:06-cv-600 | 6:06-cv-1050-Orl-22DAB |
| Reed v. AstraZeneca, et al. | 4:06-cv-647 | 6:06-cv-1051-Orl-22DAB |
| Tenney, et al. v. AstraZeneca, et al. | 4:06-cv-541 | 6:06-cv-1032-Orl-22DAB |
| Faulk, et al. v. AstraZeneca, et al. | 4:06-cv-553 | 6:06-cv-1034-Orl-22DAB |
| Geones, et al. v. AstraZeneca, et al. | 4:06-cv-580 | 6:06-cv-1036-Orl-22DAB |
| Linderman v. AstraZeneca, et al. | 4:06-cv-614 | 6:06-cv-1038-Orl-22DAB |
| Weldon v. AstraZeneca, et al. | 4:06-cv-615 | 6:06-cv-1040-Orl-22DAB |
| Alderson v. AstraZeneca, et al. | 4:06-cv-621 | 6:06-cv-1042-Orl-22DAB |
| Spung v. AstraZeneca, et al. | 4:06-cv-626 | 6:06-cv-1045-Orl-22DAB |
| Ledbetter v. AstraZeneca, et al. | 4:06-cv-642 | 6:06-cv-1046-Orl-22DAB |
| Thomas v. AstraZeneca, et al. | 4:06-cv-659 | 6:06-cv-1048-Orl-22DAB |

| CASE STYLE | SD IL CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Woll, et al. v. AstraZeneca, et al. | 3:06-cv-57 | 6:06-cv-963-Orl-22DAB |
| Sanders v. AstraZeneca, et al. | 3:06-cv-67 | 6:06-cv-965-Orl-22DAB |
| Spencer v. AstraZeneca, et al. | 3:06-cv-68 | 6:06-cv-968-Orl-22DAB |
| Price v. AstraZeneca, et al. | 3:06-cv-69 | 6:06-cv-971-Orl-22DAB |
| McCraney-Buzick v. AstraZeneca, et al. | 3:06-cv-70 | 6:06-cv-975-Orl-22DAB |
| Palmer v. AstraZeneca, et al. | 3:06-cv-71 | 6:06-cv-978-Orl-22DAB |
| Wilkens v. AstraZeneca, et al. | 3:06-cv-72 | 6:06-cv-981-Orl-22DAB |
| Andrews v. AstraZeneca, et al. | 3:06-cv-85 | 6:06-cv-985-Orl-22DAB |
| Crawford v. AstraZeneca, et al. | 3:06-cv-96 | 6:06-cv-988-Orl-22DAB |
| Nelson v. AstraZeneca, et al. | 3:06-cv-97 | 6:06-cv-990-Orl-22DAB |
| Woodson v. AstraZeneca, et al. | 3:06-cv-98 | 6:06-cv-993-Orl-22DAB |
| Fowler v. AstraZeneca, et al. | 3:06-cv-110 | 6:06-cv-997-Orl-22DAB |
| Jenkins v. AstraZeneca, et al. | 3:06-cv-111 | 6:06-cv-1001-Orl-22DAB |

| CASE STYLE | SD IL CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Soucy v. AstraZeneca, et al. | 3:06-cv-122 | 6:06-cv-1004-Orl-22DAB |
| Williams v. AstraZeneca, et al. | 3:06-cv-123 | 6:06-cv-1007-Orl-22DAB |
| Smith, et al. v. AstraZeneca, et al. | 3:06-cv-124 | 6:06-cv-1010-Orl-22DAB |
| Ciaramitaro, et al. v. AstraZeneca, et al. | 3:06-cv-125 | 6:06-cv-1015-Orl-22DAB |

| CASE STYLE | DNJ CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Diciolla, et al. v. Johnson & Johson Co., et al. | 2:05-cv-4570 | 6:06-cv-1052-Orl-22DAB |

| CASE STYLE | WD LA CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Sonnier v. AstraZeneca, et al. | 6:05-cv-1022 | 6:06-cv-1019-Orl-22DAB |
| Becker v. AstraZeneca, et al. | 6:06-cv-6 | 6:06-cv-1022-Orl-22DAB |

| CASE STYLE | WD MO CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Skiles, et al. v. French, et al. | 4:06-cv-28 | 6:06-cv-1027-Orl-22DAB |

| CASE STYLE | EDTX CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Jones, et al. v. AstraZeneca, et al. | 5:06-cv-18 | 6:06-cv-1037-Orl-22DAB |

| SCHEDULE B - CASE LIST FROM MDL CONDITIONAL TRANSFER ORDER - 1 (7/28/06) ||  |
|---|---|---|
| **CASE STYLE** | **NDAL CASE NUMBER** | **MD FL CASE NUMBER** |
| Grayson v. AstraZeneca | 7:06-cv-588 | 6:06-cv-1135-Orl-22DAB |

| CASE STYLE | SDIL CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Schuenemeyer v. AstraZeneca | 3:06-cv-196 | 6:06-cv-1136-Orl-22DAB |

| CASE STYLE | EDMO CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Campbell, et al. v. AstraZeneca, et al. | 4:06-cv-180 | 6:06-cv-1137-Orl-22DAB |
| Stewart v. AstraZeneca, et al. | 4:06-cv-403 | 6:06-cv-1138-Orl-22DAB |

| CASE STYLE | WDMO CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Mosely-Love v. AstraZeneca, et al. | 4:05-cv-1079 | 6:06-cv-1139-Orl-22DAB |

| CASE STYLE | EDOK CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Adamson, et al. v. AstraZeneca, et al. | 6:06-cv-57 | 6:06-cv-1140-Orl-22DAB |

| CASE STYLE | EDTX CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Conner, et al. v. AstraZeneca, et al. | 5;06-cv-16 | 6:06-cv-1141-Orl-22DAB |
| Abbott, et al. v. AstraZeneca | 5:06-cv-19 | 6:06-cv-1142-Orl-22DAB |
| Kaucnik, et al. v. AstraZeneca | 5:06-cv-44 | 6:06-cv-1143-Orl-22DAB |
| Gilmore, et al. v. AstraZeneca | 5:06-cv-107 | 6:06-cv-1144-Orl-22DAB |

| CASE STYLE | SDTX CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Flores, et al. v. AstraZeneca | 4:06-cv-1013 | 6:06-cv-1145-Orl-22DAB |
| Jones, et al. v. AstraZeneca | 4:06-cv-1126 | 6:06-cv-1146-Orl-22DAB |

| CASE STYLE | EDWI CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Edwards v. AstraZeneca | 2:06-cv-257 | 6:06-cv-1147-Orl-22DAB |
| Jones v. AstraZeneca | 2:06-cv-258 | 6:06-cv-1148-Orl-22DAB |
| Billing v. AstraZeneca | 2:06-cv-260 | 6:06-cv-1149-Orl-22DAB |

| SCHEDULE C - CASE LIST FROM MDL CONDITIONAL TRANSFER ORDER -2 (8/14/06) | | |
|---|---|---|
| **CASE STYLE** | **NDCA CASE NUMBER** | **MD FL CASE NUMBER** |
| Balak, et al. v. AstraZeneca, et al. | 3:06-cv-654 | 6:06-cv-1221-Orl-22DAB |
| Flye v. AstraZeneca, et al. | 3:06-cv-679 | 6:06-cv-1222-Orl-22DAB |
| Ginyard v. AstraZeneca, et al. | 3:06-cv-1774 | 6:06-cv-1223-Orl-22DAB |