**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**

Page 1

Docket: 1769 - In re Seroquel Products Liability Litigation
Status: Transferred on 07/06/2006
Transferee District: FLM    Judge: Conway, Anne C.

Printed on 08/04/2006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Campion, Jr., Thomas F.<br>Drinker, Biddle & Reath, L.L.P.<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 | => Phone: (973) 549-7300  Fax: (973) 360-9831<br>Janssen Pharmaceutica Products, LP*#; Johnson & Johnson Co.*# |
| Davis, Michael W.<br>Sidley, Austin, LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | => Phone: (312) 853-7000  Fax: (312) 853-7036<br>AstraZeneca LP*; AstraZeneca Pharmaceuticals, LP* |
| Driscoll, John J.<br>Brown & Crouppen, PC<br>720 Olive Street<br>Suite 1800<br>St. Louis, MO 63101-2302 | => Phone: (618) 444-6049  Fax: (314) 421-3395<br>Andrews, Cynthia*; Bjorn, Kathryn*; Ciaramitaro, Anthony*; Crawford, Michael*; Davis, Kevin*; Fowler, Kenneth*; Jenkins, Carol*; McCraney-Buzick, Pamela*; Nelson, Sharon*; Osborne (Ind./Per./Rep./Est.-Amy), Rebecca*; Palmer, Willie*; Price, Judy*; Sanders, Kevin*; Smith, Charlene*; Soucy, Dorothy*; Spencer, Sylvia*; Wilken, Roma*; Williams, Krishaun*; Williams, Larry*; Woll, Norma*; Woodson, Betty* |
| Forney, Gregory P.<br>Shaffer, Lombardo & Shurin<br>4141 Pennsylvania<br>Kansas City, MO 64111 | => Phone: (816) 931-0500<br>French, M.D., Devon* |
| Hamilton, Matthew J.<br>Pepper Hamilton, LLP<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103-2799 | => Phone: (215) 981-4000  Fax: (215) 981-4750  Email: hamilton@pepperlaw.com<br>Eli Lilly & Co.*# |
| Johnson, Aaron C.<br>Summers & Johnson<br>717 Thomas Street<br>Weston, MO 64098 | => Phone: (816) 640-9940<br>Banks, Zula; Chambers, Justin; Clark, Wanda; Ewing, Laurie; Farabee, Glen; Gordon, Sheila; Kamal, Linda; Kirksey, Lorie; Skiles (Parent/Guardian/Next Friend-Caitlynn Bearce), Julie; Snavely, Douglas |
| Levin, William A.<br>Levin Simes Kaiser & Gornick, LLP<br>One Bush Street<br>14th Floor<br>San Francisco, CA 94104 | => Phone: (415) 646-7160  Fax: (415) 981-1270<br>Adams, Jr., Larry; Alderson, Quincy; Ali, Donna; Baytos, John; Bellman, Dawn; Bellman, Ricky; Belpuliti, Lamont; Biskup, Glenn; Boal, Jeffrey; Bobal, Mark; Bosaw, Jeff; Bosaw, Jennifer; Boyer, Debra; Bradley, Denise; Bradley, Sr., Jerry; Buchanan, Anita; Burgess, Dawn; Cardwell, Leona; Carroll, Lori; Carroll, Scott; Chathams, Sandra; Clements, Loraine; Derosky, Barry; Derosky, Carol; Dortch, Barbara; Evans, Betty; Faulk, Edward; Faulk, Laura; Frederick, Golana; Frederick, James; Gangidine, Samantha; Geones, John; Geones, Mary; Glover, Eddi; Godfrey, Ned; Goldsmith, Shirley; Gringel, Gail; Harkins, Ethel; Hawkins, Michael; Heigl, John; Hess, Marjorie; Hopkins-Hyche, Katherene; Hyche, Jr., Joseph; Kasperson, William; King, Kenneth; Lear, La Monte; Ledbetter, Nichol; Levy, Cheryl; Linderman, Donna; Lockhart (Guardian ad litem-Christopher), Terri; Mack, Dianne; Massey, Michelle; Massey, Shane; Masterson, John; McAllister, Kathleen; McIntyre, Carole; Michaelangelo, Gina; Mozingo, David; O'Hosky, William; Orie, Joy; Popp, Mary; Porter, Dennis; Powell, Shelley; Powell, William; Reed, Betty; Robinson, Lori; Rosales, Elsie; Simmons, Gregory; Spung, Clinton; Sulkowski, Edward; Sullivan, Jonathan; Tenney, Leslie F.; Tenney, Sharon; Thomas, Winifred; Truelove, Kelly; Walker, Sharie; Weaver, Summerstorm; Weldon, Raymond |
| Lundy, Matthew E.<br>Lundy & Davis<br>333 N. Sam Houston Parkway, East | => Phone: (281) 272-0797  Fax: (281) 272-0781<br>Sonnier, Linda Mae |

Note: Please refer to the report title page for complete report scope and key.

(Panel Attorney Service List for MDL 1,769 Continued)

Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 375<br>Houston, TX 77060-2487 | |
| Milliken, Eric B.<br>3 Sir Barton Ct<br>Newark, DE 19702-2033 | => <br>Milliken, Eric B. |
| Niemeyer, Randy<br>15863 Pike 43<br>Bowling Green, MO 63334-2620 | => <br>Niemeyer, Randy |
| Raines, Elizabeth<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road<br>Suite 500<br>Kansas City, MO 64108-2504 | => Phone: (816) 471-2121  Fax: (816) 472-0288<br>AstraZeneca PLC |
| Rein, Russell H.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Blvd.<br>Suite 58<br>Pensacola, FL 32503 | => Phone: (850) 916-7450<br>Spence, Earl |
| Salim, Robert L.<br>1762 Texas Street<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069 | => Phone: (318) 352-5999  Fax: (318) 352-5998  Email: robertsalim@cp-tel.net<br>Becker, Frederic Charles* |
| Soloman, Catherine<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*** Bad Address *** | => <br>Solomon, M.D., Catherine |
| Trammell, Fletcher Vines<br>Fibich, Hampton & Leebron, LLP<br>1401 McKinney Street<br>Suite 1800<br>Houston, TX 77010 | => Phone: (713) 751-0025  Fax: (713) 751-0030<br>Gilmore, Linda*; Helm, Terre*; Jones, Loretha*; McDaniel, Joyce*; Rone, Stephanie*; Stewart, Melanie*; Washington, Stephon* |
| White, Gayle R.<br>Registered Agent for Louisiana<br>Wholesale Drug Co., Inc.<br>Highway 167 N.<br>Sunset, LA 70584 | => <br>Louisiana Wholesale Drug Co., Inc. |
| Witkin, Justin G.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503-2673 | => Phone: (850) 916-7450  Fax: (850) 916-7449<br>Bryant, Cindy*; Diciolla, Carlos*; Perez, Israel*; Sanford (Per./Rep./Est.-Robert), Michelle* |

Note: Please refer to the report title page for complete report scope and key.