A CERTIFIED TRUE COPY
AUG 1 0 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 0 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1769

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

*Summerstorm Weaver v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 3:06-604

*Kelly Truelove v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 3:06-651

*Glenn Biskup. et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 4:06-574

*Jonathan Sullivan v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 4:06-600

### BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL

### ORDER VACATING TRANSFER ORDER

On July 6, 2006, the Panel filed an order transferring these four Northern District of California actions and 88 other actions to the Middle District of Florida, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings before the Honorable Anne C. Conway. The Panel's transfer order was subsequently filed in the Middle District of Florida on July 10, 2006. Also on July 10, 2006, however, plaintiffs filed notices of voluntary dismissal of these four actions without prejudice in the Northern District of California. Because it cannot be readily determined to a certainty which filings became effective first, the Panel will exercise its discretion and defer to the notices dismissing these actions. *See In re Rezulin Products Liability Litigation*, MDL-1348 (J.P.M.L. Dec. 12, 2002) (unpublished order).

IT IS THEREFORE ORDERED that the Panel's original transfer order in this docket is vacated insofar as it relates to these actions.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman