

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 31 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1769

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

*Willa B. Stewart, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California,
        C.A. No. 3:06-1746
*Janice D. Todd v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California,
        C.A. No. 3:06-1818

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these actions *(Stewart* and *Todd)* on July 21, 2006. The Panel has now been advised that *Stewart* and *Todd* were dismissed in the Northern District of California by the Honorable Samuel Conti in separate orders filed on March 29, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-2" filed on July 21, 2006, is VACATED insofar as it relates to these actions.


FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel