## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

George C. Young U.S. Courthouse
and Federal Building
Office of the Clerk
80 North Hughey Avenue
Orlando, Florida 32801
407-835-4200
www.flmd.uscourts.gov

Sheryl L. Loesch                                            Laura Barsamian
Clerk                                                           Orlando/Ocala Division Manager

**IN RE: Seroquel Products Liablity Litigation,**

                                                         **Case No.  6:06-md-1769-Orl-22DAB**

_____/

## NOTICE TO COUNSEL

Attached please find the Interested Persons Order referenced in paragraph #18 of the Scheduling Order entered on August 15, 2006.  The Interested Persons Order has also been added as an exhibit to the Scheduling Order in our Electronic Case Filing System and can be accessed through PACER.

                                                       SHERYL L. LOESCH, CLERK

                         By:    s/ *M. Pleicones*, Deputy Clerk