# WEITZ & LUXENBERG

A PROFESSIONAL CORPORATION

• LAW OFFICES •

180 MAIDEN LANE • NEW YORK, NY 10038-4925
TEL. 212-558-5500     FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

EDWARD S. BOSEK
EDWARD BRANIFF ††
JOHN M. BROADDUS £
DANIEL C. BURKE
PATTI BURSHTYN ††
LISA NATHANSON BUSCH
BRIAN BUTCHER ≠
DAVID A. CHANDLER
VINCENT CHENG
EILEEN CLARKE
THOMAS COMERFORD ††
ADAM R. COOPER
BENJAMIN DARCHE
CHARLES M. FERGUSON

STUART R. FRIEDMAN
STEVEN J. GERMAN ††§
LAWRENCE GOLDHIRSCH º *
ROBIN L. GREENWALD *
EDWARD J. HAHN *
CATHERINE HEACOX ††
RENEE L. HENDERSON ··
MARIE L. IANNIELLO †
ERIK JACOBS
GARY R. KLEIN ††
JERRY KRISTAL ··‡
DEBBI LANDAU
ROBERTO LARACUENTE *
DIANNE LE VERRIER

HANNAH LIM ††
JAMES C. LONG, JR. ··
VICTORIA MANIATIS ††
CURT D. MARSHALL
RICHARD S. McGOWAN * ‡‡ ‡
C. SANDERS McNEW *ø
WILLIAM J. NUGENT
ANGELA PACHECO ≠
MICHAEL E. PEDERSON
PAUL J. PENNOCK ‡
STUART S. PERRY *
ELLEN RELKIN * ≈
STEPHEN J. RIEGEL
MICHAEL P. ROBERTS

CHRIS ROMANELLI ††
JILLIAN ROSEN
DAVID ROSENBAND
JIM ROSS ≠
SHELDON SILVER*
FRANKLIN P. SOLOMON ¶
SHERI L. TARR *
JAMES S. THOMPSON ††
JOSHUA VITOW
DOUGLAS D. von OISTE ‡
JOSEPH PATRICK WILLIAMS
NICHOLAS WISE
ALLAN ZELIKOVIC
GLENN ZUCKERMAN

* Of Counsel
‡ Also admitted in CT
º Also admitted in FL
‡‡ Also admitted in MA
†† Also admitted in NJ
§ Also admitted in DC
† Also admitted in NJ and CT
·· Also admitted in NJ and PA
≈ Also admitted in NJ and DC
¶ Admitted only in NJ and PA
¥ Also admitted in VA and NJ
∞ Also admitted in DC and TX
£ Also admitted in DC, MD, PA and VA
ø Also admitted in DC and VA
g Admitted only in CO
≠ Admitted only in TX

August 24, 2006

**Via Electronic Filing**

Honorable Anne C. Conway, U.S.D.J.
U.S. District Court
Middle District of Florida - Orlando Division
George C. Young U.S. Courthouse
& Federal Building
80 North Hughey Ave.
Orlando, FL 32801

    Re: **In re Seroquel Products Liability Litigation**
       **MDL Docket No. - 1769 (All Cases)**

Dear Judge Conway:

  The undersigned attorneys each represent individuals who have sustained an injury (Type II diabetes, pancreatitis, diabetic ketoacidosis, severe exacerbation of diabetes and/or death) as a result of their use of Seroquel. While most of these cases are not yet filed, cumulatively we represent over 2,000 individuals and it is our belief that this comprises the majority of currently represented individuals who have been physically injured by this drug. We have made efforts to reach out to any plaintiffs' counsel who might have these types of cases and will continue to do so up to (and after) the initial conference, so that all matters to be presented to Your Honor can be presented in an orderly manner.

  We forward this letter pursuant to the Court's invitation for counsel to suggest items for the agenda for the September 7, 2006 conference. All of the below signatories, or an attorney from their firm, will attend the conference and prior to the conference we will meet with both any other plaintiffs' attorneys who might be attending and will hold a "meet and confer" with defense counsel

Honorable Anne C. Conway, U.S.D.J.
August 24, 2006
Page 2 of 5

(as directed). While it is entirely possible that there might be issues that will arise between today and the conference, in accordance with our interpretation of the Court's order we will not raise anything beyond the areas that we are respectfully suggesting be placed on the agenda. Again, we fully appreciate that some or all of the below may not be of interest to the Court at this time (or at any time); we thus understand that these are mere suggestions for the Court's consideration as agenda items.

     **1.**    **Appointment of Plaintiffs' Liaison Counsel**. As directed, we will have a candidate attorney and law firm to suggest to the Court on September 7th.

     **2.**    **Appointment of a Plaintiffs' Steering Committee (PSC).** We would like to respectfully suggest to the Court that a PSC be appointed. If Your Honor agrees, plaintiffs' counsel would like to propose a slate of nominees to Your Honor at the September 7th conference. We anticipate that most if not all of the signatories below will ask that the Court consider them for appointment to the PSC, but there may be additional plaintiffs' counsel who might want to be included and between now and the conference we will endeavor to determine who if anyone else wishes to serve.

     **3.**    **Outline of Litigation**. We would like to also suggest the submission of letter briefs (one by defendants and one by plaintiffs) *outlining* the history of Seroquel, the Seroquel litigation, atypical antipsychotic litigation in general (including Eli Lilly's compensation program for those who suffered the same type of injuries from Zyprexa use), and the parties views of the science involved. Of course, if the Court would like such a letter brief in advance of the September 7th conference, we will provide it.

     **4.**    **Master Pleadings.** Plaintiffs would suggest that a Master Complaint be drafted, submitted to the defendants for review (in order to help prevent unnecessary motion practice) and filed within 30 days of September 7th. While the parties will probably not agree on everything with respect to the Master Complaint, proceeding in this way usually eliminates a number of potential disputes. However, it can be far too drawn out of a process, if tight deadlines are not set and so we would request same.

     **5.**    **Plaintiff and Defendant Fact Sheets.** We would like to respectfully suggest that Your Honor direct the parties to meet as soon as possible in order to confer on the form of both plaintiff and defendant "fact sheets." The use of fact sheets allows the parties to exchange information concerning plaintiffs and their health care providers in a uniform fashion and in lieu of interrogatories. It is anticipated that plaintiffs would provide defendant with medical record authorizations at the same time they serve their fact sheets. We look forward to both sides expeditiously producing the discovery needed to proceed with these actions and moving forward on fact sheets from both sides will begin this process.

Honorable Anne C. Conway, U.S.D.J.
August 24, 2006
Page 3 of 5

6. **Acquisition of the New Drug Application for Seroquel.** As the Court is likely aware, in all prescription pharmaceutical litigations such as this, the easiest and quickest production that the defendants can provide are complete copies of the Investigational New Drug Application (IND) and the New Drug Application (NDA). These are the submissions required by and submitted to the Food and Drug Administration (FDA) and they form the basis for the FDA's approval of the drug. We respectfully submit that production of these are the logical start of discovery, allowing important work to begin in earnest while numerous other discovery issues are sorted out. Importantly, an NDA is not something that the defendants need to compile. It is, quite literally, already compiled and available for immediate production, so there is little burden involved.

7. **A Timetable for Rule 30(b)6 Depositions.** At our meet and confer with defense counsel, we hope to discuss a timetable for an initial round of 30(b)6 depositions. Thus, at Your Honor's conference, we should be able to report whether some agreement has been reached or, at least, what the respective parties' positions are and what guidance the Court might have in these regards.

8. **Other Discovery from Defendant.** As is typical, Plaintiffs would like to immediately request discovery from Defendant that includes internal documents related to, for example, its FDA submissions, communications with foreign regulatory agencies, internal documents related to its marketing strategies, sales force training materials, off label marketing, databases showing prescriber information and numerous other categories of documents. We would respectfully request that the Court direct that, at some point shortly after the initial conference, the parties meet and confer with respect to their respective views on the document disclosure process and that we report back to the Court at the next scheduled conference.

9. **Preservation of Documents and Electronic Evidence.** We would like to also request discussion of an appropriate order concerning preservation of all evidence, including evidence stored on electronic media. We would like assurances that defendant's archives for email, databases, pubshares, intranets, etc. are preserved and that defendant's computer system back up tapes are not being deleted or overwritten.

10. **Protective Order.** The defendants will no doubt require a Protective Order prior to the production of documents. *See* Manual For Complex Litigation § 11.43 (4th ed. 2005). Prior to the September 7th conference, the undersigned will submit a proposed Protective Order to the defendants and we would respectfully request that the Court then direct a near-term date by which the defendants need to either agree to our proposal or submit a counter proposal to us.

11. **Establishment of a Document Depository.** We respectfully submit that the sooner that a document depository is established by plaintiffs to receive and review the no doubt large disclosure of defendant documents that will be forthcoming, the more efficient and expeditious the

Honorable Anne C. Conway, U.S.D.J.
August 24, 2006
Page 4 of 5

conduct of discovery. Typically, the depository is established in a city that is in a fairly central, geographic location and one that is easy to reach by plane. In this litigation, it appears that a number of the plaintiffs' counsel are from Texas and more particularly Houston. Thus, we would like the Court to consider allowing the depository to be set up in Houston as it is fairly centrally located for those of us on the East Coast, Mid-West and West Coast.

We hope that the foregoing provides the Court with some information on the initial concerns and issues that the plaintiffs would like to address, but of course we will attempt to address anything that the Court might raise.

We thank the Court for its time and consideration and we look forward to working with Your Honor and the Honorable David A. Baker.

Respectfully submitted,

Weitz & Luxenberg, P.C.

By: /s/ Paul J. Pennock
Paul J. Pennock

/s/
Matthew E. Lundy, Esq.
Lundy & Davis, LLP
333 North Sam Houston Parkway East
Suite 375
Houston, TX  77060

/s/
Lawrence J. Gornick, Esq.
William A. Levin, Esq.
Levin Simes Kaiser & Gornick, LLP
One Bush Street, 14th Floor
San Francisco, CA  94104

/s/
Camp Bailey, Esq.
Fletcher Trammell, Esq.
Bailey Perrin Bailey, LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX  77002

/s/
Tommy Fibich, Esq.
Fibich, Hampton & Leebron, L.L.P.
1401 McKinney, Suite 1800
Five Houston Center
Houston, TX  77010

Honorable Anne C. Conway, U.S.D.J.
August 24, 2006
Page 5 of 5

        /s/                                      /s/
John Driscoll, Esq.                     Todd Harvey, Esq.
Brown & Crouppen, PC            Whatley Drake, LLC
720 Olive St.                        2323 2nd Avenue North
St. Louis, MO  63101              Birmingham, AL  35203


cc:     See Attached Service List


PJP/ls
T:\DMDL\Seroquel\Court\MDL\Agenda Items for 090706 ltr.wpd

## Service List

## In Re: Seroquel Products Liability Litigation

## Panel Attorney Service List and the Court's Service Docket

Robert L. Salim, Esq.
Robert L. Salim Attorney at Law
PO Box 2069
Natchitoches, LA 71457-2069

Aaron C. Johnson, Esq.
Summers & Johnson
717 Thomas
Weston, OH 64098

Justin Witkin, Esq.
Aylstock, Witkin & Sasser, PLC
4400 Bayou Boulevard
Suite 58
Pensacola, FL 32503

Todd S. Hageman, Esq.
Simon and Passanante, PC
701 Market St., Suite 1450
St. Louis, MO 63101

Gregory P. Forney, Esq.
Shaffer Lombardo Shurin
911 Main Street, Suite 2000
Kansas City, MO 64105

Eric B. Milliken, Esq.
3 Sir Barton Ct.
Newark, DE 19702
*Pro Se*

Louisiana Wholesale Drug Co. Inc.
C/O Gayle R. White
Registered Agent
Highway 167N
Sunset, LA 70584
*Pro Se*

Catherine Solomon
3100 N.E. 83
Gladstone, MO 64119
*Pro Se*

Randy Niemyer
15863 Pike 43
Bowling Green, MO 63334
*Pro Se*

Thomas Campion, Esq.
Drinker Biddle & Reath, LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.

Michael Davis, Esq.
Sidley, Austin, LLP
Bank One Plaza
One South Dearborn Street
Chicago, IL 60603
Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP

Elizabeth Raines, Esq.
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Attorney for Defendant AstraZenca, PLC

Matthew J. Hamilton, Esq.
Pepper Hamilton
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103
Attorneys for Defendant Eli Lilly & Co.