UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE
Seroquel Products Liability Litigation
MDL DOCKET No. 1769 (All Cases)            :      Case No.: 6:06-md-1769-Orl-22DAB

_____/

## NOTICE OF APPEARANCE

COMES NOW Robert L. Ciotti, of the law firm of Carlton Fields, P.A., and files this, his Notice of Appearance as co-counsel for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP in the above-captioned matter.

> s/ Robert L. Ciotti_____
> Robert L. Ciotti (Fla. Bar No. 333141)
> Carlton Fields, P.A.
> Corporate Center Three at International Plaza
> 4221 W. Boy Scout Boulevard
> Suite 1000
> Tampa, FL 33607-5736
> Telephone: (813) 223-7000
> Facsimile: (813) 229-4133
> rciotti@carltonfields.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 24th of August, 2006, I caused to be served a copy of the above Notice of Appearance by U.S. Mail to the individuals listed on the attached Service List.

_____
Sherry A. Knutson