UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE
Seroquel Products Liability Litigation
MDL DOCKET No. 1769 (All Cases)

**PROPOSED AGENDA ITEMS FOR CASE MANAGEMENT CONFERENCE
AND IDENTIFICATION OF LIAISON COUNSEL ON BEHALF OF
DEFENDANTS ASTRAZENECA PHARMACEUTICALS LP AND ASTRAZENECA LP**

Pursuant to the Court's Scheduling Order dated August 15, 2006 ("Initial Scheduling Order"), Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca"), by their attorneys, respectfully submit the following proposed agenda items for the Case Management Conference on Thursday, September 7, 2006, in the litigation relating to Seroquel product liability actions transferred by the Judicial Panel on Multidistrict Litigation to this Court for coordinated pretrial proceedings:

1. The present status of the litigation, in both federal and state court;

2. Coordination between these proceedings and actions pending in state court, including the coordination of discovery;

3. A proposed Phase I discovery plan, including protocols and timetables for production of the Investigational New Drug Application, the New Drug Application, and the Supplemental New Drug Application submitted to the FDA for Seroquel, and for completion and production of Plaintiffs' Fact Sheets and Authorizations;

4. Consideration of class action allegations and motions related thereto; and

5. The entry of a stipulated protective order.

In addition, pursuant to the Initial Scheduling Order, AstraZeneca designates Michael W. Davis as its Liaison Counsel, subject to the approval of the Court.

Dated:  August 24, 2006

Respectfully submitted,

s/ Robert L. Ciotti_____
Robert L. Ciotti (Fla. Bar No. 333141)
Carlton Fields, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, FL 33607-5736
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
rciotti@carltonfields.com

Michael W. Davis
James W. Mizgala
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
mdavis@sidley.com
jmizgala@sidley.com

***Attorneys for Defendants AstraZeneca***
***Pharmaceuticals LP and AstraZeneca LP***

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 24th of August, 2006, I caused to be served a copy of Proposed Agenda Items for Case Management Conference and Identification of Liaison Counsel on behalf of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP by U.S. Mail to the individuals listed on the attached Service List.

Sherry A. Knutson

CH1 3590495v.1