UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re Seroquel Products Liability Litigation

CASE NO. 6:06-md-1769-Orl-22DAB

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Janssen, L.P. is the manufacturer of Risperdal® and may be a codefendant, together with Janssen Pharmaceutica Inc. and/or Johnson & Johnson, in actions transferred to the Seroquel multidistrict litigation. Although Janssen, L.P., Janssen Pharmaceutica Inc. and Johnson & Johnson maintain that any and all Risperdal® claims should be separated and remanded to the transferor courts by the Judicial Panel on Multidistrict Litigation prior to transfer of the Seroquel claims to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, Janssen, L.P., Janssen Pharmaceutica Inc. and Johnson & Johnson hereby provide the required Certificate of Interested Persons and Corporate Disclosure Statement.

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Janssen, L.P. is a wholly-owned subsidiary of Janssen Pharmaceutica Inc., which is a division and operating company of Johnson & Johnson. Johnson & Johnson has no corporate parent, and no publicly-held corporation owns ten (10) percent or more of its stock.

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**Not applicable.**

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**Not applicable.**

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Not applicable.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Thomas F. Campion
Jodi Sydell Rosenzweig
DRINKER BIDDLE & REATH LLP
A Pennsylvania Limited Liability Partnership
500 Campus Drive
Florham Park, New Jersey 07932-1047
Telephone: (973) 549-7300
Fax: (973) 360-9831
Attorneys for Defendants Janssen, L.P., Janssen Pharmaceutica Inc., and Johnson & Johnson

Dated: August 29, 2006

## CERTIFICATE OF SERVICE

I, Andrew C. White, hereby certify that on August 29, 2006, I filed an original of the Certificate of Interested Persons and Corporate Disclosure Statement of Defendants Janssen, L.P., Janssen Pharmaceutica Inc. and Johnson & Johnson to the Clerk of the United States District Court for the Middle District of Florida, Orlando Division, by causing same to be filed via the Electronic Case Filing system (ECF).

I further certify that on August 29, 2006, I caused to be served a true and correct copy of the same pleading upon all counsel of record and *pro se* parties identified on the attached service list by regular mail.

The foregoing statements made by me are true. I am aware if any of these statements are willfully false, I may be subject to punishment.

Andrew C. White
DRINKER BIDDLE & REATH LLP
A Pennsylvania Limited Liability Partnership
500 Campus Drive
Florham Park, New Jersey 07932-1047
Telephone: (973) 549-7354
Fax: (973) 360-9831
andrew.white@dbr.com

Dated: August 29, 2006

SFNJ1 1134858v1