## IN RE SEROQUEL PRODUCT LIABILITY LITIGATION
### Docket No. 06:md:01769

### Service List
### (As of August 29, 2006)

**Thomas F. Campion**
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932-1047

**Robert L. Ciotti**
Carlton Fields, P.A.
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, FL 33607-5736
813/223-7000
813/229-4133 (fax)

**Michael W. Davis**
Sidley Austin LLP (Chi-DearbornSt.)
Bank One Plaza
One South Dearborn Street
Chicago, IL 60603
312/853-7000
312/853-7036 (fax)

**John J. Driscoll**
Brown & Crouppen, PC
720 Olive St., Suite 1800
St. Louis, MO 63101
314/421-0216
314/421-3395 (fax)

**Gregory P. Forney**
Shaffer Lombardo Shurin
911 Main St., Suite 2000
Kansas City, MO 64105
816/931-0500

**Todd S. Hageman**
Simon and Passanante, PC
701 Market St., Suite 1450
St. Louis, MO 63101
314/241-2929

# IN RE SEROQUEL PRODUCT LIABILITY LITIGATION
### Docket No. 06:md:01769

## Service List
### (As of August 29, 2006)

**Matthew J. Hamilton**
Pepper Hamilton LLP
3000 Two Logan Square
18 & Arch Street
Philadelphia, PA 19103-2799

**W. Todd Harvey**
Whatley Drake, L.L.C.
2323 2nd Ave. N
Birmingham, AL 35203-0647
205/328-9576
205/328-9669 (fax)

**Jona R. Hefner**
3441 W. Memorial, Suite 4
Oklahoma City, OK 73134-7000
405/286-3000

**Aaron C. Johnson**
Summers & Johnson
717 Thomas
Weston, MO 64098
816/640-9940

**William A. Levin**
Levin Simes Kaiser & Gornick, LLP
One Bush St., 14th Floor
San Francisco, CA 94104

**Louisiana Wholesale Drug Co. Inc.**
C/O Gayle R. White
Registered Agent
Highway 167N
Sunset, LA 70584

**Matthew E. Lundy**
Lundy & Davis
333 N. Sam Houston Pkwy., E
Suite 375
Houston, TX 77060
281/272-0797
281/272-0781 (fax)

# IN RE SEROQUEL PRODUCT LIABILITY LITIGATION
## Docket No. 06:md:01769

## Service List
### (As of August 29, 2006)

**Eric B. Milliken**
3 Sir Barton Ct.
Newark, DE 19702-2033

**Randy Niemeyer**
15863 Pike 43
Bowling Green, MO 63334-2620

**Elizabeth Raines**
Baker, Sterchi, Cowden & Rice LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2504

**Russell H. Rein**
Aylstock, Witkin & Sasser, PLC
4400 Bayou Blvd
Suite 58
Pensacola, FL 32503

**Robert L. Salim**
P.O. Box 2069
Natchitoches, LA 71457-2069
318/352-5998

**Catherine Solomon**
3100 N.E. 83
Gladstone, MO 64119

**Fletcher Vines Trammell**
Fibich, Hampton & Leebron, LLP
1401 McKinney St., Suite 1800
Houston, TX 77010

**Justin Graem Witkin**
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Dr.
P.O. Box 1147
Gulf Breeze, FL 32562
850/916-7450
850-916-7449 (fax)

SFNJ1 1134995v1