A CERTIFIED TRUE COPY

AUG 22 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

2006 AUG 28 PM 3:22

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 22 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1769*

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

*Jerry Bradley, Sr., et al. v. AstraZeneca Pharmaceuticals, LP, et al.,* N.D. California, C.A. No. 3:06-549

### ORDER VACATING TRANSFER ORDER

On July 6, 2006, the Panel filed an order transferring this action (*Bradley*) and several other actions to the Middle District of Florida, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings before the Honorable Anne C. Conway. The Panel has now been advised that defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP were dismissed in the Northern District of California pursuant to plaintiffs' notice of voluntary dismissal filed on June 15, 2006. Accordingly, *Bradley* no longer appears to involve questions of fact common to the other actions transferred to the Middle District of Florida in MDL-1769.

IT IS THEREFORE ORDERED that the Panel's original transfer order in this docket is VACATED insofar as it relates to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman