# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| IN RE: Seroquel Products Liability Litigation | Case No. 6:06-md-1769-Orl-ACC-DAB |
| THIS DOCUMENT RELATES TO: | **CERTIFICATE OF INTERESTED PERSONS** |

| | |
|---|---|
| 6:06-cv-961 | 6:06-cv-1011 |
| 6:06-cv-962 | 6:06-cv-1012 |
| 6:06-cv-964 | 6:06-cv-1013 |
| 6:06-cv-966 | 6:06-cv-1016 |
| 6:06-cv-967 | 6:06-cv-1017 |
| 6:06-cv-969 | 6:06-cv-1018 |
| 6:06-cv-970 | 6:06-cv-1020 |
| 6:06-cv-973 | 6:06-cv-1021 |
| 6:06-cv-974 | 6:06-cv-1023 |
| 6:06-cv-976 | 6:06-cv-1025 |
| 6:06-cv-977 | 6:06-cv-1026 |
| 6:06-cv-979 | 6:06-cv-1028 |
| 6:06-cv-980 | 6:06-cv-1029 |
| 6:06-cv-982 | 6:06-cv-1030 |
| 6:06-cv-983 | 6:06-cv-1031 |
| 6:06-cv-984 | 6:06-cv-1032 |
| 6:06-cv-986 | 6:06-cv-1033 |
| 6:06-cv-987 | 6:06-cv-1034 |
| 6:06-cv-989 | 6:06-cv-1036 |
| 6:06-cv-991 | 6:06-cv-1038 |
| 6:06-cv-992 | 6:06-cv-1039 |
| 6:06-cv-994 | 6:06-cv-1040 |
| 6:06-cv-995 | 6:06-cv-1041 |
| 6:06-cv-996 | 6:06-cv-1042 |
| 6:06-cv-998 | 6:06-cv-1043 |
| 6:06-cv-999 | 6:06-cv-1044 |
| 6:06-cv-1000 | 6:06-cv-1045 |
| 6:06-cv-1002 | 6:06-cv-1046 |
| 6:06-cv-1003 | 6:06-cv-1047 |
| 6:06-cv-1005 | 6:06-cv-1048 |
| 6:06-cv-1006 | 6:06-cv-1051 |
| 6:06-cv-1008 | 6:06-cv-1222 |
| 6:06-cv-1009 | 6:06-cv-1223 |

Plaintiffs disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, associate of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

All plaintiffs listed in the attached Schedule, and:

Lawrence J. Gornick (CA SBN 136290)
Dennis J. Canty (CA SBN 207978)
Debra DeCarli (CA SBN 237642)
Emily Charley (CA SBN 238542)
LEVIN SIMES KAISER & GORNICK LLP
Attorneys for Plaintiffs.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

NONE

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

NONE

4. The name of each victim (individual or corporate) of civil or criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

All Plaintiffs listed in the attached Schedule.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: August 31, 2006

By: _____
Dennis J. Canty; CA SBN 207978
LEVIN SIMES KAISER & GORNICK LLP
One Bush Street, 14th Floor
San Francisco, CA 94104
Tel: (415) 273-8138
Fax: (415) 981-1270
dcanty@lskg-law.com

Attorneys for Plaintiffs

## SCHEDULE OF INTERESTED PERSONS

| | | | |
|---|---|---|---|
| 6:06-cv-961 | Belpuliti, Lamont | 6:06-cv-1011 | Bosaw, Jennifer & Jeffrey |
| 6:06-cv-962 | Orie, Joy | 6:06-cv-1012 | Boatwright, Juila |
| 6:06-cv-964 | Baytos, John | 6:06-cv-1013 | King, Kenneth |
| 6:06-cv-966 | Massey, Michelle & Shane | 6:06-cv-1016 | O'Hosky, William |
| 6:06-cv-967 | Powell, Shelley & William | 6:06-cv-1017 | Simmons, Gregory |
| 6:06-cv-969 | Bobal, Mark | 6:06-cv-1018 | Gangidine, Samantha |
| 6:06-cv-970 | Boyer, Debra | 6:06-cv-1020 | Buchanan, Anita |
| 6:06-cv-973 | Heigl, John | 6:06-cv-1021 | Clements, Loraine |
| 6:06-cv-974 | Carroll, Lori & Scott | 6:06-cv-1023 | Popp, Mary |
| 6:06-cv-976 | Dortch, Barbara | 6:06-cv-1025 | Mack, Dianne |
| 6:06-cv-977 | Glover, Eddi | 6:06-cv-1026 | Adams, Larry Jr. & Sandra |
| 6:06-cv-979 | Godfrey, Ned | 6:06-cv-1028 | Robinson, Lori |
| 6:06-cv-980 | McAllister, Kathleen | 6:06-cv-1029 | Mozingo, David |
| 6:06-cv-982 | Harkins, Ethel | 6:06-cv-1030 | Porter, Dennis |
| 6:06-cv-983 | Rosales, Elsie | 6:06-cv-1031 | Lockhart, Christopher |
| 6:06-cv-984 | Hawkins, Michael | 6:06-cv-1032 | Tenney, Sharon & Leslie |
| 6:06-cv-986 | Goldsmith, Shirley | 6:06-cv-1033 | Hopkins-Hyche, Katherene & Joseph |
| 6:06-cv-987 | Burgess, Dawn | 6:06-cv-1034 | Faulk, Laura & Edward |
| 6:06-cv-989 | Hess, Margorie | 6:06-cv-1036 | Geones, Mary & John |
| 6:06-cv-991 | Sulkowski, Edward | 6:06-cv-1038 | Linderman, Donna |
| 6:06-cv-992 | Derosky, Barry & Carol | 6:06-cv-1039 | Masterson, John |
| 6:06-cv-994 | Gringel, Gail | 6:06-cv-1040 | Weldon, Raymond |
| 6:06-cv-995 | Walker, Sharie | 6:06-cv-1041 | Evans, Betty |
| 6:06-cv-996 | Caldwell, Leona | 6:06-cv-1042 | Alderson, Quincy |
| 6:06-cv-998 | McIntyre, Carole | 6:06-cv-1043 | Boal, Jeffrey |
| 6:06-cv-999 | Chathams, Sandra | 6:06-cv-1044 | Bellman, Dawn & Ricky |
| 6:06-cv-1000 | Frederick, James & Golano | 6:06-cv-1045 | Spung, Clinton |
| 6:06-cv-1002 | Peat, Lisa & Brian | 6:06-cv-1046 | Ledbetter, Nichol |
| 6:06-cv-1003 | Webb, Lucas | 6:06-cv-1047 | Lear, La Monte |
| 6:06-cv-1005 | Morris, Laurel | 6:06-cv-1048 | Thomas, Winifred |
| 6:06-cv-1006 | Kasperson, William | 6:06-cv-1051 | Reed, Betty |
| 6:06-cv-1008 | Collier, Deborah | 6:06-cv-1222 | Flye, Tracy |
| 6:06-cv-1009 | Levy, Cheryl | 6:06-cv-1223 | Ginyard, Valarie |

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 years and not a party to the within action; that my business address is One Bush Street, 14th Floor, San Francisco, CA 94104; and that on this date I served a true copy of the document(s) entitled:

## CERTIFICATE OF INTERESTED PERSONS

on the parties identified in the attached service list.

Service was effectuated by forwarding the above-noted document in the following manner:

[ ]   By Regular Mail in a sealed envelope, addressed as noted above, with postage fully prepaid and placing it for collection and mailing following the ordinary business practices of Levin Simes & Kaiser LLP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 31, 2006, at San Francisco, California.

*Athena Stavrakaras*
Athena Stavrakaras

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### Panel Attorney Service List and the Court's Service Docket

David A. Baker
80 North Hughey Avenue
Orlando, FL 32801

Michael W. Davis
Sidley Austin LLP
Bank One Plaza
One South Dearborn Street
Chicago, IL 60603

Gregory P. Forney
Shaffer Lombardo Shurin
911 Main Street, Suite 2000
Kansas City, MO 64105

W. Todd Harvey
Whatley Drake, LLC
2323 2nd Avenue N
Birmingham, AL 35203-0647

Aaron C. Johnson
Summers & Johnson
717 Thomas
Weston, MO 64098

Louisiana Wholesale Drug Co. Inc.
c/o Gayle R. White
Registered Agent
Highway 167N
Sunset, LA 70584

Eric B. Milliken
3 Sir Barton Ct.
Newark, DE 19702-2033

Robert L. Salim
P.O. Box 2069
Natchitoches, LA 71457-2069

Justin Graem Witkin
Aylstock Witkin & Sasser PLC
55 Baybridge Drive
P.O. Box 1147
Gulf Breeze, FL 32562

Robert L. Ciotti
Carlton Fields, P.A.
4221 W. Boy Scout Boulevard
Suite 100
Tampa, FL 33607-5736

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street, Suite 1800
St. Louis, MO 63101

Todd S. Hageman
Simon and Passanante, PC
701 Market Street, Suite 1450
St. Louis, MO 63101

Jona R. Hefner
3441 W. Memorial, Suite 4
Oklahoma City, OK 73134-7000

Matthew E. Lundy
Lundy & Davis
333 N. Sam Houston Pkwy., E
Suite 375
Houston, TX 77060

Randy Niemeyer
15863 Pike 43
Bowling Green, MO 63334-2620

Catherine Solomon
3100 N.E. 83
Gladstone, MO 64119

Fletcher Vines Trammell
Fibich Hampton & Leebron LLP
1401 McKinney Street, Suite 1800
Houston, TX 77010