UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation,**

                                                                                    Case No. 6:06-md-1769-Orl-22DAB

_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

       Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP hereby disclose the following pursuant to this Court's Interested Persons Order For Civil Cases:

1.)     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

        **AstraZeneca LP**
        **AstraZeneca Pharmaceuticals LP**
        **AstraZeneca PLC**
        **AstraZeneca AB**
        **Astra USA, Inc.**
        **KBI Sub. Inc.**
        **The Capital Group Companies, Inc.**

2.)     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

        **None, other than those listed in response to paragraph 1 above.**

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None known at this time.**

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**None known at this time.**

I herby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: August 31, 2006

Respectfully submitted,

s/ Robert L. Ciotti
Robert L. Ciotti (Fla. Bar No. 333141)
Carlton Fields, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, FL  33607-5736
Telephone (813) 223-7000
Facsimile  (813) 229-4133
rciotti@carltonfields.com

Michael W. Davis
James W. Mizgala
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:   (312) 853-7036
mdavis@sidley.com
jmizgala@sidley.com

*__Attorneys for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP__*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on the 31st of August, 2006, I caused to be served a copy of Certificate of Interested Persons and Corporate Disclosure Statement by U.S. Mail to the individuals listed on the attached Service List.

                                                                                 _____
                                                                                Nathan A. Huey