UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,

Case No. 6:06-md-1769-Orl-22DAB

**THIS DOCUMENT RELATES TO:**

**Sanders v. AstraZeneca, et al.,**
**6:06-cv-965-Orl-22DAB**

**Spencer v. AstraZeneca, et al.,**
**6:06-cv-968-Orl-22DAB**

**Price v. AstraZeneca, et al.,**
**6:06-cv-971-Orl-22DAB**

**McCraney-Buzick v. AstraZeneca, et al.,**
**6:06-cv-975-Orl-22DAB**

**Palmer v. AstraZeneca, et al.,**
**6:06-cv-978-Orl-22DAB**

**Wilken v. AstraZeneca, et al.,**
**6:06-cv-981-Orl-22DAB**

**Andrews v. AstraZeneca, et al.,**
**6:06-cv-985-Orl-22DAB**

**Crawford v. AstraZeneca, et al.,**
**6:06-cv-988-Orl-22DAB**

**Nelson v. AstraZeneca, et al.,**
**6:06-cv-990-Orl-22DAB**

**Woodson v. AstraZeneca, et al.,**
**6:06-cv-993-Orl-22DAB**

**Fowler v. AstraZeneca, et al.,**
**6:06-cv-997-Orl-22DAB**

**Jenkins v. AstraZeneca, et al.,**
6:06-cv-1001-Orl-22DAB

**Soucy v. AstraZeneca, et al.,**
6:06-cv-1004-Orl-22DAB

**Williams v. AstraZeneca, et al.,**
6:06-cv-965-Orl-22DAB

**Smith, et al. v. AstraZeneca, et al.,**
6:06-cv-1010-Orl-22DAB

**Ciaramitaro, et al. v. AstraZeneca, et al.,**
6:06-cv-1015-Orl-22DAB
_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Kevin Sanders, Plaintiff
    Sylvia Spencer, Plaintiff
    Judy Price, Plaintiff
    Pamela McCraney-Buzick, Plaintiff
    Willie Palmer, Plaintiff
    Cynthia Andrews, Plaintiff
    Roma Wilken, Plaintiff
    Michael Crawford, Plaintiff
    Sharon Nelson, Plaintiff
    Betty Woodson, Plaintiff
    Kenneth Fowler, Plaintiff
    Carol Jenkins, Plaintiff
    Dorothy Soucy, Plaintiff

      Larry Williams, Plaintiff
      Charlene Smith, Plaintiff
      Kathryn Bjorn, Plaintiff
      Rebecca Osborne o/b/o Amy Osborne, Deceased, Plaintiff
      Anthony Ciaramitaro, Plaintiff
      Krishaun Williams, Plaintiff
      John Driscoll, Attorney for Plaintiffs
      Brown & Crouppen, P.C., Attorneys for Plaintiffs.

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None.

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      Kevin Sanders, Plaintiff
      Sylvia Spencer, Plaintiff
      Judy Price, Plaintiff
      Pamela McCraney-Buzick, Plaintiff
      Willie Palmer, Plaintiff
      Cynthia Andrews, Plaintiff
      Roma Wilken, Plaintiff
      Michael Crawford, Plaintiff
      Sharon Nelson, Plaintiff
      Betty Woodson, Plaintiff
      Kenneth Fowler, Plaintiff
      Carol Jenkins, Plaintiff
      Dorothy Soucy, Plaintiff
      Larry Williams, Plaintiff
      Charlene Smith, Plaintiff
      Kathryn Bjorn, Plaintiff
      Rebecca Osborne o/b/o Amy Osborne, Deceased, Plaintiff
      Anthony Ciaramitaro, Plaintiff

Krishaun Williams, Plaintiff.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: September 1, 2006

                                            Respectfully submitted,

                                            BY: s/ John J. Driscoll  
                                            John J. Driscoll  
                                            IL Bar# 6276464  
                                            Attorney for Plaintiffs  
                                            Brown & Crouppen, P.C.  
                                            720 Olive Street, #1800  
                                            St. Louis, MO 63101  
                                            Ph: (314) 421-0216  
                                            Fx. (314) 421-0359  
                                            jdriscoll@brownandcrouppen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of September, 2006, I caused to be served a copy of the above Certificate of Interested Persons and Corporate Disclosure Statement by U.S. Mail to the individuals listed on the attached Service List.

    s/ John J. Driscoll
John J. Driscoll
IL Bar# 6276464
Attorney for Plaintiffs
Brown & Crouppen, P.C.
720 Olive Street, #1800
St. Louis, MO 63101
Ph: (314) 421-0216
Fx. (314) 421-0359
jdriscoll@brownandcrouppen.com

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation

### Panel Attorney Service List and the Court's Service Docket

David A. Baker
80 North Hughey Avenue
Orlando, FL 32801

Robert L. Ciotti
Carlton Fields, P.A.
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, FL 33607-5736

Michael W. Davis
Sidley Austin LLP (Chi-DearbornSt.)
Bank One Plaza
One South Dearborn Street
Chicago, IL 60603

John J. Driscoll
Brown & Crouppen, PC
720 Olive St., Suite 1800
St. Louis, MO 63101

Gregory P. Forney
Shaffer Lombardo Shurin
911 Main St., Suite 2000
Kansas City, MO 64105

Todd S. Hageman
Simon and Passanante, PC
701 Market St., Suite 1450
St. Louis, MO 63101

W. Todd Harvey
Whatley Drake, L.L.C.
2323 2nd Ave. N
Birmingham, AL 35203-0647

Jona R. Hefner
3441 W. Memorial, Suite 4
Oklahoma City, OK 73134-7000

Janssen, L.P.
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932-1047

Aaron C. Johnson
Summers & Johnson
717 Thomas
Weston, MO 64098

Johnson & Johnson
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932-1047

William A. Levin
Levin Simes Kaiser & Gornick, LLP
One Bush St., 14th Floor
San Francisco, CA 94104

Louisiana Wholesale Drug Co. Inc.
C/O Gayle R. White
Registered Agent
Highway 167N
Sunset, LA 70584

Matthew E. Lundy
Lundy & Davis
333 N. Sam Houston Pkwy., E
Suite 375
Houston, TX 77060

Salvatore M. Machi
Ted Machi & Associates PC
18333 Egret Bay Blvd., Suite 120
Houston, TX 77058

Randy Niemeyer
15863 Pike 43
Bowling Green, MO 63334-2620

Catherine Solomon
3100 N.E. 83
Gladstone, MO 64119
Houston, TX 77010

Andrew C. White
Drinker Biddle & Reath, LLP
500 Campus Dr.
Florham Park, NJ 07932-1047
Gulf Breeze, FL 32562

Dennis J. Canty
Levin Simes Kaiser & Gornick
One Bush St., 14th Floor
San Francisco, CA 94104

Eric B. Milliken
3 Sir Barton Ct.
Newark, DE 19702-2033

Robert L. Salim
P.O. Box 2069
Natchitoches, LA 71457-2069

Fletcher Vines Trammell
Fibich, Hampton & Leebron, LLP
1401 McKinney St., Suite 1800

Justin Graem Witkin
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Dr.
P.O. Box 1147