UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: Seroquel Products Liability Litigation            Case No. 6:06-md-1769-Orl-22DAB
MDL Docket No. 1769

THIS DOCUMENT RELATES TO:

Gary R. Conner, et al. v. AstraZeneca, et al
Case No. 6:06-cv-1141-Orl-22DAB

Larry Balak, et al. v. AstraZeneca, et al
Case No. 6:06-cv-1221-Orl-22DAB

_____

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.)   the name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this action:

All plaintiffs listed below in paragraph 4, and:

Attorneys for Plaintiffs in Gary R. Conner, et al. v. AstraZeneca, et al;
Case No. 6:06-cv-1141-Orl-22DAB:

K. Camp Bailey (TX SBN 24006782)
Michael W. Perrin (TX SBN 15797500)
BAILEY PERRIN BAILEY LLP

Kurt Truelove (TX SBN 24013653)
Nicholas H. Patton (TX SBN 15631000)
PATTON TIDWELL & SCHROEDER LLP

       Attorneys for Plaintiffs in Larry Balak, et al. v. AstraZeneca, et al:
       Case No. 6:06-cv-1221-Orl-22DAB:

       K. Camp Bailey (TX SBN 24006782)
       Michael W. Perrin (TX SBN 15797500)
       BAILEY PERRIN BAILEY LLP

       William A. Levin (CA SBN 98592)
       Laurel L. Simes (CA SBN 134637)
       Jeffrey A. Kaiser (CA SBN 160594)
       LEVIN SIMES & KAISER LLP

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None known to Plaintiffs that may be substantially affected; however, please see the Certificate of Interested Persons and Corporate Disclosure Statement of the Defendants herein for the identity of any such entities.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in the bankruptcy cases:

    None known at this time

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Plaintiffs in Gary R. Conner, et al. v. AstraZeneca, et al;
    Case No. 6:06-cv-1141-Orl-22DAB:

        Gary R. Conner
        Franklin P. Green
        Steven D. Amiott
        John P. Madden
        Samuel L. Metz
        Randala V. Poston-Davis
        Richard Bartoletti, Jr.
        Jack Salamone
        Joann W. White
        Scott D. Smith
        Mona H. Mallon
        Elizabeth K. Frazier

    James E. Fredette
    Kathy M. Hadley
    Loretta D. Burgess

  Plaintiffs in Larry Balak, et al. v. AstraZeneca, et al:
  Case No. 6:06-cv-1221-Orl-22DAB:

    Larry E. Balak
    Fredrick A. Bragg
    Jerry R. Flinchum, Jr.
    Stanton M. Goldhagen
    Susan E. Kuehl
    Rochelle Sweat
    Kathleen A. Alderson

  I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

  Dated: September 1, 2006

                Respectfully submitted,


                __s/ K. Camp Bailey_____
                K. Camp Bailey
                TSBN 24006782
                Michael W. Perrin
                TSBN 15797500
                BAILEY PERRIN BAILEY LLP
                The Lyric Centre
                440 Louisiana St., Suite 2100
                Houston, Texas 77002
                Telephone: (713) 425-7100
                Facsimile: (713) 425-7101
                E-mail:cbailey@bpblaw.com
                   mperrin@bpblaw.com

                Attorney for Plaintiffs

4

## CERTIFICATE OF SERVICE

  I certify that a copy of the foregoing Certificate of Interested Persons and Corporate Disclosure Statement was served via regular US mail on this the 1st day of September, 2006 upon all counsel listed in the attached Service List.

                /s/ K. Camp Bailey
                  K. Camp Bailey

**SERVICE LIST**

In re: Seroquel Products Liability Litigation

Panel Attorney Service List and the Court's Service Docket

Thomas F. Campion Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Dr.
Florham Park, NJ 07932-1047

Robert L. Ciotti
Carlton Fields, P.A.
42212 W. Boy Scout Blvd.
Suite 1000
Tampa, FL 33607-5736

John J. Driscoll
Brown & Crouppen, PC
720 Olive St., Suite 1800
St. Louis, MO 63101

Todd S. Hageman
Simon and Passanante, PC
701 Market St., Suite 1450
St. Louis, MO 63101

W. Todd Harvey
Whatley Drake, L.L.C.
2323 2nd Ave. N
Birmingham, AL 35203-0647

Aaron C. Johnson
Summers & Johnson
717 Thomas
Weston, MO 64098

Louisiana Wholesale Drug Co. Inc.
c/o Gayle R. White
Registered Agent
Highway 167N
Sunset, LA 70584

Dennis J. Canty
Levin Simses Kaiser & Gornick, LLP
One Bush St., 14th Floor
San Francisco, CA 94104

Michael W. Davis
Sidley Austin LLP
Bank One Plaza
One South Dearborn St.
Chicago, IL 60603

Gregory P. Forney
Shaffer, Lombardo & Shurin
911 Main St., Suite 2000
Kansas City, MO 64105

Matthew J. Hamilton
Pepper Hamilton, L.L.P.
3000 Two Logan Square
18th & Arch St.
Philadelphia, PA 19103-2799

Jona R. Hefner
3441 W. Memorial, Suite 4
Oklahoma, OK 73134-7000

William A. Levin
Levin Simses Kaiser & Gornick, LLP
One Bush St., 14th Floor
San Francisco, CA 94104

Matthew E. Lundy
Lundy & Davis
333 N. Sam Houston Pkwy., E
Suite 375
Houston, TX 77060

Salvatore M. Machi
Ted Machi & Associates PC
18333 Egret Bay Blvd., Suite 120
Houston, TX 77058

Randy Niemeyer
15863 Pike 43
Bowling Green, MO 63334-2620

Russell H. Rein
Aylstock, Witkin & Sasser, PLC
4400 Bayou Blvd., Suite 58
Pensacola, FL 32503

Catherine Solomon
3100 N.E. 83
Gladstone, MO 64119

Justin Graem Witkin
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Dr.
P.O. Box 1147
Gulf Breeze, FL 32562

Eric B. Milliken
3 Sir Barton Ct.
Newark, DE 19702-2033

Elizabeth Raines
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Rd., Suite 500
Kansas City, MO 64108-2504

Robert L. Salim
P.O. Box 2069
Natchitoches, LA 71457-2069

Fletcher Vines Trammell
Fibich, Hampton & Leebron, LLP
1401 McKinney St., Suite 1800
Houston, TX 77010