UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: Seroquel Products Liablity Litigation | Case No. 6:06-md-1769-Orl-22DAB |
| THIS DOCUMENT RELATES TO:<br><br>6:06-cv-1019<br>6:06-cv-1027<br>6:06-cv-1052 | CERTIFICATE<br>OF INTERESTED PERSONS |

CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.   The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Aylstock, Witkin & Sasser, PLC
Kenneth W. Smith
Justin G. Witkin
Neil D. Overholtz
Bryan F. Aylstock
Russell H. Rein
Lundy & Davis
Matthew Lundy, Esq.
Johnson & Summers
Aaron Johnson

AstraZeneca Pharmaceuticals LP
AstraZeneca LP
Zeneca, Inc.
AstraZeneca AB

1

KBI Sub Inc.
Astra AB
Astra USA
Merck & Co., Inc.
Astra Merck, Inc.
Coughlin Duffy, LLP
Daniel J. Cohen, Esq.
Baker Sterchi Cowden & Rice
Elizabeth Raines, Esq.
Kara Stubbs, Esq.
Thomas N. Sterchi, Esq.
Carlton Fields, P.A.
Robert L. Ciotti, Esq.

Janssen, L.P.
Janssen Pharmaceutica Products, Inc.
Johnson & Johnson Company
Drinker Biddle Reath, LLP
Andrew C. White, Esq.
Susan M. Sharko, Esq.
Thomas F. Campion, Esq.

Catherine Solomon, MD

Randy Niemeyer

Marguerite Devon French, MD
Shaffer Lombardo Shurin
Gregory P. Forney, Esq.

Louisiana Wholesale Drug Company, Inc.

Eric B. Milliken

Sidley Austin Brown
Michael Davis, Esq.
Nathan Huey, Esq.
Steven Ellison, Esq.
David Barlow, Esq.

Adams & Reese
Ann Koppel, Esq.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

N/A

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Julie Skiles, As Next Friend, Parent
and Guardian of Caitlynn Bearce, a Minor;
Justin Chambers
Zula Banks
Wanda Clark
Glen Farabee
Sheila Gordon
Lorie Kirksey
Douglas Snavely
Laurie Ewing
Linda Kamal

Linda Mae Sonnier

Carlo Diciolla
Cindy Bryant
Michelle Sanford, As Personal Representative
Of the Estate of Robert Sanford

3

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

DATED:  September 1, 2006

/s/ Kenneth W. Smith
Kenneth W. Smith; FL Bar #240834
AYLSTOCK, WITKIN & SASSER, PLC
4400 Bayou Blvd., Ste. 58
Pensacola, FL 32503
Tel (850) 916-7450
Fax (850) 916-7449
ksmith@aws-law.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of September, 2006, I caused to be served a copy of the above Certificate of Interested Persons and Corporate Disclosure Statement by U.S. Mail to the individuals listed on the attached Service List.

/s/ Kenneth W. Smith

## SERVICE LIST

### In Re:  Seroquel Products Liability Litigation

### Panel Attorney Service List and the Court's Service Docket

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ  07932-1047

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO  63103

Matthew J. Hamilton
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA  19103-2799

William A. Levin
Levins, Simes & Kaiser, LLP
One Bush Street
14th Floor
San Francisco, CA  94104

Eric B. Milliken
3 Sir Barton Ct.
Newark, DE  19702

Elizabeth Raines
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road
Suite 500
Kansas City, MO  64108-2504

Catherine Soloman
3100 N.E. 83
Gladstone, MO  64119

Michael W. Davis
Sidley Austin, L.L.P.
One South Dearborn Street
Chicago, IL  60603

Gregory P. Forney
Shaffer, Lombardo & Shurin
4141 Pennsylvania
Kansas City, MO  64111

Aaron C. Johnson
Summers & Johnson
717 Thomas Street
Weston, MO  64098

Matthew E. Lundy
Lundy & Davis
333 N. Sam Houston Parkway, East
Suite 375
Houston, TX  77060-2487

Randy Niemeyer
15863 Pike 43
Bowling Green, MO  63334-2620

Robert L. Salim
1762 Texas Street
P.O. Box 2069
Natchitoches, LA  71457

Fletcher V. Trammell
Fibich, Hampton & Leebron, LLP
5 Houston Center
1401 McKinney Street
Suite 1800
Houston, TX  77010

Gayle R. White
Registered Agent for Louisiana
Wholesale Drug Co., Inc.
Highway 167 N.
Sunset, LA  70584