# W E I T Z

## &

# L U X E N B E R G

A PROFESSIONAL CORPORATION

• LAW OFFICES •

180 MAIDEN LANE    •    NEW YORK, NY 10038-4925
TEL. 212-558-5500              FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

| | | | | |
|---|---|---|---|---|
| EDWARD S. BOSEK | STUART R. FRIEDMAN | HANNAH LIM †† | CHRIS ROMANELLI †† | * Of Counsel |
| EDWARD BRANIFF †† | STEVEN J. GERMAN ††§ | JAMES C. LONG, JR. ·· | JILLIAN ROSEN | ‡ Also admitted in CT |
| JOHN M. BROADDUS £ | LAWRENCE GOLDHIRSCH ° * | VICTORIA MANIATIS †† | DAVID ROSENBAND | ° Also admitted in FL |
| DANIEL C. BURKE | ROBIN L. GREENWALD * | CURT D. MARSHALL | JIM ROSS ≠ | ‡‡ Also admitted in MA |
| PATTI BURSHTYN †† | EDWARD J. HAHN * | RICHARD S. Mc GOWAN * ‡‡ ‡ | SHELDON SILVER* | †† Also admitted in NJ |
| LISA NATHANSON BUSCH | CATHERINE HEACOX †† | C. SANDERS McNEW *ø | FRANKLIN P. SOLOMON ¶ | § Also admitted in DC |
| BRIAN BUTCHER ≠ | RENEE L. HENDERSON ·· | WILLIAM J. NUGENT | SHERI L. TARR * | † Also admitted in NJ and CT |
| DAVID A. CHANDLER | MARIE L. IANNIELLO † | ANGELA PACHECO ≠ | JAMES S. THOMPSON †† | ·· Also admitted in NJ and PA |
| VINCENT CHENG | ERIK JACOBS | MICHAEL E. PEDERSON | JOSHUA VITOW | ≈Also admitted in NJ and DC |
| EILEEN CLARKE | GARY R. KLEIN †† | PAUL J. PENNOCK ‡ | DOUGLAS D. von OISTE ‡ | ¶ Admitted only in NJ and PA |
| THOMAS COMERFORD †† | JERRY KRISTAL ··‡ | STUART S. PERRY * | JOSEPH PATRICK WILLIAMS | ¥ Also admitted in VA and NJ |
| ADAM R. COOPER | DEBBI LANDAU | ELLEN RELKIN * ≈ | NICHOLAS WISE | ∞ Also admitted in DC and TX |
| BENJAMIN DARCHE | ROBERTO LARACUENTE * | STEPHEN J. RIEGEL | ALLAN ZELIKOVIC | £ Also admitted in DC, MD, PA and VA |
| CHARLES M. FERGUSON | DIANNE LE VERRIER | MICHAEL P. ROBERTS | GLENN ZUCKERMAN | ø Also admitted in DC and VA |
| | | | | g Admitted only in CO |
| | | | | ≠Admitted only in TX |

September 5, 2006

**Via Electronic Filing**

Honorable Anne C. Conway, U.S.D.J.
U.S. District Court
Middle District of Florida - Orlando Division
George C. Young U.S. Courthouse
& Federal Building
80 North Hughey Ave.
Orlando, FL  32801

Re:    **In re Seroquel Products Liability Litigation**
**MDL Docket No. - 1769 (All Cases)**

Dear Judge Conway:

Pursuant to Your Honor's directive, plaintiffs' counsel (who have signed below) have consulted regarding a candidate we would like to suggest to the Court to serve as Plaintiffs' Liaison Counsel.

Specifically, we would respectfully suggest that the Court appoint Larry Roth, Esq. of the Law Offices of Larry M. Roth, P.A., 1615 Edgewater Drive, Suite 180, Orlando, FL 32804, 407-872-2239 (phone), 407-872-6927 (fax), LROTH@roth-law.com.  Mr. Roth has thirty-one years of experience, much of it in complex personal injury litigation.  He is a litigator respected by both sides of the bar, not only for his abilities but for his professionalism.  (Attached is a brief profile of Mr. Roth.)

Given that he maintains his practice in Orlando, he will be more readily available to the Court

210 LAKE DRIVE EAST, SUITE 101 • CHERRY HILL, NJ 08002 • TEL 856-755-1115 • FAX 856-755-1995
76 SOUTH ORANGE AVENUE, SUITE 201 • SOUTH ORANGE NJ 07079 • TEL 973-761-8995 • FAX 973-763-4020
215 MONARCH STREET, SUITE 202 • ASPEN, CO 81611 • TEL 970-925-6101 • FAX 970-925-6035
100 E. 15TH STREET, SUITE 400 • FORT WORTH, TX 76102 • TEL 817-885-7815 • FAX 817-882-8585

Honorable Anne C. Conway, U.S.D.J.
September 5, 2006
Page 2 of 3

for in-person conferences on short notice than the remainder of the plaintiffs' counsel who are now involved.  As indicated in the Manual For Complex Litigation § 10.221, "Liaison counsel will usually have offices in the same locality as the Court."  We have met and/or spoken with Mr. Roth and we are unanimously confident that he is exceedingly capable of discharging the duties of plaintiffs' liaison counsel.  Mr. Roth will be present at this week's conference to answer any questions the Court might have in furtherance of the Court's consideration of his appointment, or of course he is available prior to the conference if the Court would prefer to discuss these matters sooner.

　　　　We thank the Court for its time and consideration of this nomination.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Weitz & Luxenberg, P.C.

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　Paul J. Pennock


_____/s/_____
Matthew E. Lundy, Esq.
Lundy & Davis, LLP
333 North Sam Houston Parkway East
Suite 375
Houston, TX  77060

_____/s/_____
Lawrence J. Gornick, Esq.
William A. Levin, Esq.
Levin Simes Kaiser & Gornick, LLP
One Bush Street, 14th Floor
San Francisco, CA  94104


_____/s/_____
Camp Bailey, Esq.
Fletcher Trammell, Esq.
Bailey Perrin Bailey, LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX  77002

_____/s/_____
Tommy Fibich, Esq.
Fibich, Hampton & Leebron, L.L.P.
1401 McKinney, Suite 1800
Five Houston Center
Houston, TX  77010

Honorable Anne C. Conway, U.S.D.J.
September 5, 2006
Page 3 of 3


_____/s/_____
John Driscoll, Esq.
Brown & Crouppen, PC
720 Olive St.
St. Louis, MO  63101


_____/s/_____
Todd Harvey, Esq.
Whatley Drake, LLC
2323 2nd Avenue North
Birmingham, AL  35203


_____/s/_____
Keith M. Jensen, Esq.
Jensen, Belew & Gonzalez, PLLC
1024 N. Main
Fort Worth, TX  76106


cc:    Larry Roth, Esq.
       Law Offices of Larry M. Roth, P.A. and

       See Attached Service List


PJP/ls
T:\DMDL\Seroquel\Court\MDL\Suggested PSC Liaision Counsel ltr.wpd

<u>Service List</u>

**In Re: Seroquel Products Liability Litigation**

**Panel Attorney Service List and the Court's Service Docket**

Robert L. Salim, Esq.
Robert L. Salim Attorney at Law
PO Box 2069
Natchitoches, LA 71457-2069

Aaron C. Johnson, Esq.
Summers & Johnson
717 Thomas
Weston, OH 64098

Justin Witkin, Esq.
Aylstock, Witkin & Sasser, PLC
4400 Bayou Boulevard
Suite 58
Pensacola, FL 32503

Todd S. Hageman, Esq.
Simon and Passanante, PC
701 Market St., Suite 1450
St. Louis, MO 63101

Gregory P. Forney, Esq.
Shaffer Lombardo Shurin
911 Main Street, Suite 2000
Kansas City, MO 64105

Eric B. Milliken, Esq.
3 Sir Barton Ct.
Newark, DE 19702
*Pro Se*

Louisiana Wholesale Drug Co. Inc.
C/O Gayle R. White
Registered Agent
Highway 167N
Sunset, LA 70584
*Pro Se*

Catherine Solomon
3100 N.E. 83
Gladstone, MO 64119
*Pro Se*

Randy Niemyer
15863 Pike 43
Bowling Green, MO 63334
*Pro Se*

Thomas Campion, Esq.
Drinker Biddle & Reath, LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.

Michael Davis, Esq.
Sidley, Austin, LLP
Bank One Plaza
One South Dearborn Street
Chicago, IL 60603
Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP

Elizabeth Raines, Esq.
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Attorney for Defendant AstraZenca, PLC

Matthew J. Hamilton, Esq.
Pepper Hamilton
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103
Attorneys for Defendant Eli Lilly & Co.

**Larry M. Roth - lroth@roth-law.com**

(Partner) born Knoxville, Tennessee; admitted to bar, 1975, Florida; 1976, U.S. Court of Appeals, Eleventh Circuit and U.S. District Court, Northern, Middle and Southern Districts of Florida. Education: University of Tennessee at Knoxville (B.S., 1973); University of Florida (J.D., 1975). Phi Beta Kappa; Phi Kappa Phi; Order of the Coif. Editor, University of Florida Law Review, 1974-1975. Who's Who of Central Florida. Author, Articles: "Trial of Nova Under Lemon Law," 24 Nova L. Rev. 409 (1999); "Certified Questions from the Federal Courts: Review and Re-proposal," 34 Miami Law Review 1, 1979; "Inside the Fifth Circuit," 23 Loyola L. Rev. 661, 1977 (co-author); Constitutional/Criminal Law," 29 Mercer L. Rev. 987, 1978; Remembering 1965," 28 Mercer L. Rev. 961 1977; "Practice Before the Fifth Circuit," 8 Texas Tech Law Review 847, 1977; "Practice Before the Fifth Circuit: Revisited," 14 Texas Tech Law Review 17, 1983; "Holmes and a Different Perspective," 28 Florida Law Review 365, 1976; Books: Appeals To The Fifth Circuit, 1977; Appeals To The Eleventh Circuit, 1983. Adjunct Professor: Columbia College, 1979-1981; Florida Southern College, 1980; Valencia Community College, 1980-1981. Member, Product Liability Advisory Council. Member: Orange County (Chairman, Federal Practice Committee, 1978-1979) and American Bar Associations; The Florida Bar; Florida Defense Lawyers Association; Defense Research Institute. (Board Certified Civil Trial Lawyer, Florida Bar Board of Legal Specialization and Education). Practice Areas: Auto Products Liability; Insurance Defense Law; Lemon Law; Premises Liability; Products Liability Law; Commercial Litigation.