FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICTR OF FLORIDA
ORLANDO DIVISION

2006 SEP -5 PM 3: 5

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

———————————————— X
IN RE: Seroquel Products Liability Litigation  X    Cause No. 6:06-md-1769-Orl-22DAB

———————————————— X

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock and all identifiable entities related to any party in the case:

| | |
|---|---|
| Loretha Jones, et al. | 6:06-cv-1037-Orl-22DAB |
| Angela Stewart | 6:06-cv-1138-Orl-22DAB |
| James Abbott, et al | 6:06-cv-1142-Orl-22DAB |
| Karyn Kaucnik, et al | 6:06-cv-1143-Orl-22DAB |
| Angela Gilmore, et al | 6:06-cv-1144-Orl-22DAB |
| Ula Edwards | 6:06-cv-1147-Orl-22DAB |
| Rochelle Jones | 6:06-cv-1148-Orl-22DAB |
| Debra Billing | 6:06-cv-1149-Orl-22DAB |

*Plaintiffs*

Kenneth T. Fibich
State Bar No. 06952600
Fibich, Hampton & Leebron, LLP
1401 McKinney, Suite 1800
Houston, Texas 77010
(713) 751-0025
(713) 751-0030 fax
*Counsel for Plaintiffs*

Astrazeneca Pharmaceuticals, LP
*Defendant*

    2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    Plaintiffs are aware of none.

    3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    Plaintiffs are aware of none.

    4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    See plaintiffs identified above.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

**FIBICH, HAMPTON & LEEBRON, L.L.P.**

By: *Kenneth T. Fibich*
    Kenneth T. Fibich
    State Bar No. 06952600
    1401 McKinney, Suite 1800
    Houston, Texas 77010
    (713) 751-0025
    (713) 751-0030 fax

**ATTORNEY FOR PLAINTIFFS**

Date: September 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Certificate of Interested Persons has been sent to all counsel of record via the court's electronic system and via regular mail to all persons listed in the attached Panel Attorney Service List.

*Kenneth T. Fibich*
Kenneth T. Fibich

## Judicial Panel on Multidistrict Litigation - Panel Attorney Service List

Page 1

Docket: 1769 - In re Seroquel Products Liability Litigation
Status: Transferred on 07/06/2006
Transferee District: FLM    Judge: Conway, Anne C.

Printed on 08/31/2006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Campion, Jr., Thomas F.<br>Drinker, Biddle & Reath, L.L.P.<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 | => Phone: (973) 549-7300  Fax: (973) 360-9831<br>Janssen Pharmaceutica Products, LP**; Johnson & Johnson Co.** |
| Davis, Michael W.<br>Sidley, Austin, LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | => Phone: (312) 853-7000  Fax: (312) 853-7036<br>AstraZeneca LP*; AstraZeneca Pharmaceuticals, LP* |
| Driscoll, John J.<br>Brown & Crouppen, PC<br>720 Olive Street<br>Suite 1800<br>St. Louis, MO 63101-2302 | => Phone: (618) 444-6049  Fax: (314) 421-3395<br>Andrews, Cynthia*; Bjorn, Kathryn*; Corzenkaru, Anthony*; Crawford, Michael*; Davis, Kevin*;<br>Fowler, Kenneth*; Jenkins, Carol*; McCraney-Buzick, Pamela*; Nelson, Sharon*; Osborne<br>(Ind/Per/Rep/Est.-Amy), Rebecca*; Palmer, Willie*; Price, Judy*; Sanders, Kevin*; Satch, Charlene*;<br>Soucy, Dorothy*; Spencer, Sylvia*; Wilkes, Roma*; Williams, Krishaun*; Williams, Larry*; Wall,<br>Norma*; Woodson, Betty* |
| Feeney, Gregory P.<br>Shaffer, Lombardo & Shurin<br>4141 Pennsylvania<br>Kansas City, MO 64111 | => Phone: (816) 931-0500<br>French, M.D., Deren* |
| Hamilton, Mathew J.<br>Pepper Hamilton, LLP<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103-2799 | => Phone: (215) 981-4000  Fax: (215) 981-4750  Email: hamiltonm@pepperlaw.com<br>Eli Lilly & Co.** |
| Johnson, Aaron C.<br>Summers & Johnson<br>717 Thomas Street<br>Weston, MO 64098 | => Phone: (816) 640-9940<br>Banks, Zula; Chambers, Justin; Clark, Wanda; Ewing, Laurie; Farabee, Glen; Gordon, Sheila; Kassel<br>Linda; Kirksey, Lorie; Skiles (Parent/Guardian/Next Friend-Caitlynn Beaver), John; Soavely, Douglas |
| Levin, William A.<br>Levin Simes Kaiser & Gornick, LLP<br>One Bush Street<br>14th Floor<br>San Francisco, CA 94104 | => Phone: (415) 646-7160  Fax: (415) 981-1270<br>Adams, Jr., Larry; Alderson, Quincy; Ali, Donna; Bayros, John; Bellman, Dawn; Bellman, Ricky;<br>Belpulsi, Lamont; Biskup, Glenn; Beal, Jeffrey; Bobal, Mark; Busaw, Jeff; Besaw, Jennifer, Buros,<br>Debra; Bradley, Denise; Bradley, Sr., Jerry; Buchanan, Anita; Burgess, Dawn; Cardwell, Laura; Carroll,<br>Lori; Carroll, Scott; Chalhama, Sandra; Clements, Loraine; Derosky, Barry; Derosky, Carol; Dorsch<br>Barbara; Evans, Betty; Faulk, Edward; Faulk, Laura, Frederick, Gialma, Frederick, James; Gregoroe,<br>Samantha; Geones, John; Geones, Mary; Gluves, Edds; Godfrey, Ned; Goldsmith, Shirley, Gringer, Fred<br>Harkins, Ethel; Hawkins, Michael; Heigl, John; Hess, Marjorie, Hopkins-Blythe, Katherene; Hyche, Jr.,<br>Joseph; Kasperson, William; King, Kenneth; Lear, La Monte; Ledbetter, Nichol, Lacy, Cheryl;<br>Linderman, Donna; Lockhart (Guardian ad litem-Christopher), Terri; Mack, Donna; Massey, Michelle<br>Massey, Shane; Masterson, John; McAllister, Kathleen; McIntyre, Carole; Michaelanyelo, Gino<br>Mozingo, David; O'Husky, William; Orir, Joy; Papp, Mary; Parker, Dennis; Powell, Shelley; Powell<br>William; Reed, Betty; Robinson, Lori; Russales, Elsie; Simmons, Gregory; Spong, Clarion Sulkin, Jr.,<br>Edward; Sullivan, Jonathan; Tenney, Leslie F.; Tenney, Sharon;  Thomas, Winifred; Trucking, Kelly;<br>Walker, Sharie; Weaver, Summerstorm; Weldon, Raymond |
| Lundy, Matthew E.<br>Lundy & Davis<br>333 N. Sam Houston Parkway, East | => Phone: (281) 272-0797  Fax: (281) 272-0781<br>Sonnier, Linda Mae |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 375<br>Houston, TX 77086-2487 | |
| Milliken, Eric B.<br>3 Sir Barton Ct<br>Newark, DE 19702-2033 | => <br>Milliken, Eric B. |
| Niemeyer, Randy<br>15863 Pike 43<br>Bowling Green, MO 63334-2620 | =><br>Niemeyer, Randy |
| Raines, Elizabeth<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road<br>Suite 500<br>Kansas City, MO 64108-2504 | =>* Phone: (816) 471-2121 Fax: (816) 472-0288<br>AstraZeneca PLC |
| Rem, Russell F.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Blvd.<br>Suite 58<br>Pensacola, FL 32503 | => Phone: (850) 916-7450<br>Spence, Earl |
| Salim, Robert L.<br>1762 Texas Street<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069 | => Phone: (318) 352-5999 Fax: (318) 352-5908 Email: robertsalim@cp-tel.net<br>Becker, Frederic Charles* |
| Solomon, Catherine<br>1300 N.E. 83<br>Gladstone, MO 64119<br>*** Bad Address *** | =><br>Solomon, M.D., Catherine |
| Trammell, Fletcher Vines<br>Fibich, Hampton & Leebron, LLP<br>1401 McKinney Street<br>Suite 1800<br>Houston, TX 77010 | => Phone: (713) 751-0025 Fax: (713) 751-0030<br>Gilmore, Linda*; Helm, Terre*; Jones, Loretta*; McDaniel, Joyce*; Stone, Stephanie *; Stewart, Melanie*; Washington, Stephon* |
| White, Gayle R<br>Registered Agent for Louisiana<br>Wholesale Drug Co., Inc<br>Highway 167 N.<br>Sunset, LA 70584 | =><br>Louisiana Wholesale Drug Co., Inc. |
| Witkin, Justin G.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503-2673 | => Phone: (850) 916-7450 Fax: (850) 916-7449<br>Bryant, Cindy*; Diciolla, Carlos*; Perez, Israel*; Sanford (Per. Rep. Est. Robert) Michele* |

Note: Please refer to the report title page for complete report scope and key.