A CERTIFIED TRUE COPY

AUG 30 2006

ATTEST _____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 14 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 1769**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION**

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-5)
AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS**

On July 6, 2006, the Panel transferred 92 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ____F.Supp.2d____ (J.P.M.L. 2006). Since that time, 18 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway. These common questions of fact are presented in claims in these actions relating to the prescription drug Seroquel.

It further appears that the remaining claims in these actions, which relate to a prescription drug other than Seroquel, do not involve questions of fact common to the actions previously transferred to the Middle District of Florida.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

It is further ordered that all claims in these actions except Seroquel claims are separated and simultaneously remanded to their respective transferor courts.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 30 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-5 - TAG-ALONG ACTIONS
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **MISSOURI EASTERN** | |
| MOE 4 05-2245 | M.S., etc. v. Janssen Pharmaceutica, L.P., et al. |
| MOE 4 05-2273 | Kathleen Stutz v. Janssen Pharmaceutica, L.P., et al. |
| MOE 4 06-417 | Neil Whistler v. Janssen Pharmaceutica, L.P., et al. |
| MOE 4 06-420 | Loretta Proctor v. Janssen Pharmaceutica, L.P., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 2 06-78 | Megan Denise Finch v. Janssen Pharmaceutica, L.P., et al. |
| **TEXAS EASTERN** | |
| TXE 5 06-132 | June Durall v. Janssen Pharmaceutica, LP, et al. |

# INVOLVED COUNSEL LIST (CTO-5)
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

Allen D. Allred
Thompson & Coburn
One US Bank Plaza
Suite 3500
St. Louis, MO 63101

Timothy R. Balducci
Langston Law Firm, PA
P.O. Box 787
Booneville, MS 38829-0787

Kenneth W. Bean
Sandberg Phoenix & von Gontard, P.C.
One City Center
15th Floor
St. Louis, MO 63101

Gilbert N. Beckemeier, Jr.
Evans & Dixon
515 Olive Street
1100 Millenium Executive Center
St. Louis, MO 63101-2749

Brooks R. Buchanan
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Todd S. Hageman
Simon & Passanante, P.C.
701 Market Street
Suite 1450
St. Louis, MO 63101

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street
Suite 3000
Houston, TX 77002-9934

Jennifer S. Kingston
Bryan Cave, LLP
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

James W. Mizgala
Sidley, Austin, LLP
One South Dearborn Street
Chicago, IL 60603

Fletcher Vines Trammell
Fibich, Hampton & Leebron, LLP
1401 McKinney Street
Suite 1800
Houston, TX 77010

Leigh Davis Vernon
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Amanda Clearman Waddell
Bryant, Clark, Dukes, Blakeslee, et al.
P.O. Box 16567
Hattiesburg, MS 39404-6567

INVOLVED JUDGES LIST (CTO-5)
DOCKET NO. 1769
IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & Post Office
500 N. State Line Avenue
Texarkana, TX 71854-5957

Hon. Mary Ann L. Medler
U.S. Magistrate Judge
U.S. District Court
13S Thomas F. Eagleton U.S. Courthouse
St. Louis, MO 63102-1116

Hon. David D. Noce
U.S. Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 12th Floor
St. Louis, MO 63102-9958

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U..S. Courthouse Federal Bldg.
701 N. Main Street
Hattiesburg, MS 39401

Hon. E. Richard Webber
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 12th Floor
St. Louis, MO 63102-1116