UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re: Serouqel Products Liability Litigation        Case No. 6:06-md-1769-Orl-22DAB
MDL Docket No. 1769

THIS DOCUMENT RELATES TO

Barbara Archer v. Astrazeneca, et al.
Case No.: 06-cv-6490 (SDNY)

Vivian Collins v. Astrazeneca, et al.
Case No.: 06-cv 6491 (SDNY)

Bettie Edwards v.. Astrazeneca, et al.
Case No.: 06-cv-6489 (SDNY)

George Jefferson, Jr. v. Astrazeneca, et al.
Case No.: 06-cv- 6488 (SDNY)

Karen Knapp v. Astrazeneca, et al.
Case No.: 06-cv-6492 (SDNY)

Joan Ladd v. Astrazeneca, et al.
Case No.: 06-cv-6487 (SDNY)

Michael Pulliam v. Astrazeneca, et al.
Case No.: 06-cv-6485 (SDNY)

Ernestine Roberson v. Astrazeneca, et al.
Case No.: 06-cv-6486 (SDNY)

_____

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested person order:

1)   the name of each person, attorney, association of persons, firm, law firm, partnership

and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this action:

**Attorneys for Plaintiff in Barbara Archer v. Astrazeneca, et al.**
**Case No.: 06-cv-6490 (SDNY):**

Paul J. Pennock (PJP3315)
Michael E. Pederson (MEP4363)
Weitz & Luxenberg, P.C.

**Attorneys for Plaintiff in Vivian Collins v. Astrazeneca, et al.**
**Case No.: 06-cv 6491 (SDNY):**

Paul J. Pennock (NY PJP3315)
Michael E. Pederson (NY MEP4363)
Weitz & Luxenberg, P.C.

Mark H. Goldberg (AZ 2702)
Goldberg & Osborne

**Attorneys for Plaintiff in Bettie Edwards v. Astrazeneca, et al.**
**Case No.: 06-cv-6489 (SDNY):**

Paul J. Pennock (NY PJP3315)
Michael E. Pederson (NY MEP4363)
Weitz & Luxenberg, P.C.

Mark H. Goldberg (AZ 2702)
Goldberg & Osborne

**Attorneys for Plaintiff in George Jefferson, Jr. v. Astrazeneca, et al.**
**Case No.: 06-cv- 6488 (SDNY):**

Paul J. Pennock (NY PJP3315)
Michael E. Pederson (NY MEP4363)
Weitz & Luxenberg, P.C.

Mark H. Goldberg (AZ 2702)
Goldberg & Osborne

**Attorneys for Plaintiff in Karen Knapp v. Astrazeneca, et al.
Case No.: 06-cv-6492 (SDNY):**

Paul J. Pennock (NY PJP3315)
Michael E. Pederson (NY MEP4363)
Weitz & Luxenberg, P.C.

Mark H. Goldberg (AZ 2702)
Goldberg & Osborne

**Attorneys for Plaintiff in Joan Ladd v. Astrazeneca, et al.
Case No.: 06-cv-6487 (SDNY):**

Paul J. Pennock (NY PJP3315)
Michael E. Pederson (NY MEP4363)
Weitz & Luxenberg, P.C.

Mark H. Goldberg (AZ 2702)
Goldberg & Osborne

**Attorneys for Plaintiff in Michael Pulliam v. Astrazeneca, et al.
Case No.: 06-cv- 6485 (SDNY):**

Paul J. Pennock (NY PJP3315)
Michael E. Pederson (NY MEP4363)
Weitz & Luxenberg, P.C.

Mark H. Goldberg (AZ 2702)
Goldberg & Osborne

**Attorneys for Plaintiff in Ernestine Roberson v. Astrazeneca, et al.
Case No.: 06-cv-6486 (SDNY):**

Paul J. Pennock (NY PJP3315)
Michael E. Pederson (NY MEP4363)
Weitz & Luxenberg, P.C.

Mark H. Goldberg (AZ 2702)
Goldberg & Osborne

2)     the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

>None known to Plaintiffs that may be substantially affected; however, please see the Certificate of Interested Persons and Corporate Disclosure Statement of the Defendants herein for the identity of any such entities.

3)     the name of every other entity which is likely to be an active particpant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in the bankruptcy cases:

>None known at this time

4)     the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

>Barbara Archer
>Vivian Collins
>Bettie Edwards
>George Jefferson, Jr.
>Karen Knapp
>Joan Ladd
>Michael Pulliam
>Ernestine Roberson

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:  September 6, 2006

Respectfully submitted,

Michael E. Pederson (MEP4363)
Paul J. Pennock (PJP 3315)
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038
Telephone: (212) 558-5500
Facsimile: (212) 363-2721
E-mail: Mpederson@Weitzlux.com
          Ppennock@Weitzlux.com

Attorney for Plaintiffs

## Certificate of Service

I certify that a copy of the foregoing Certificate of Interested Persons and Corporate Disclosure Statement was served via US mail on this 6th day of September, 2006 upon all counsel listed in the attached Service List.

_____
Michael E. Pederson

## Service List

## In Re: Seroquel Products Liability Litigation

## Panel Attorney Service List and the Court's Service Docket

Lawrence J. Gornick, Esq.
William A. Levin, Esq.
Levin Simes Kaiser & Gornick, LLP
One Bush Street, 14th Floor
San Francisco, CA 94104

Matthew E. Lundy, Esq.
Lundy & Davis, LLP
333 North Sam Houston Parkway East
Suite 375
Houston, TX 77060

Camp Bailey, Esq.
Fletcher Trammell, Esq.
Bailey Perrin Bailey, LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002

Tommy Fibich, Esq.
Fibich, Hampton & Leebron, L.L.P.
1401 McKinney, Suite 1800
Five Houston Center
Houston, TX 77010

John Driscoll, Esq.
Brown & Crouppen, PC
720 Olive St.
St. Louis, MO 63101

Todd Harvey, Esq.
Whatley Drake, LLC
2323 2nd Avenue North
Birmingham, AL 35203

Robert L. Salim, Esq.
Robert L. Salim Attorney at Law
PO Box 2069
Natchitoches, LA 71457-2069

Aaron C. Johnson, Esq.
Summers & Johnson
717 Thomas
Weston, OH 64098

Justin Witkin, Esq.
Aylstock, Witkin & Sasser, PLC
4400 Bayou Boulevard
Suite 58
Pensacola, FL 32503

Todd S. Hageman, Esq.
Simon and Passanante, PC
701 Market St., Suite 1450
St. Louis, MO 63101

Gregory P. Forney, Esq.
Shaffer Lombardo Shurin
911 Main Street, Suite 2000
Kansas City, MO 64105

Eric B. Milliken, Esq.
3 Sir Barton Ct.
Newark, DE 19702
*Pro Se*

Louisiana Wholesale Drug Co. Inc.
C/O Gayle R. White
Registered Agent
Highway 167N
Sunset, LA 70584
*Pro Se*

7

Catherine Solomon
3100 N.E. 83
Gladstone, MO 64119
*Pro Se*

Randy Niemyer
15863 Pike 43
Bowling Green, MO 63334
*Pro Se*

Thomas Campion, Esq.
Drinker Biddle & Reath, LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.

Michael Davis, Esq.
Sidley, Austin, LLP
Bank One Plaza
One South Dearborn Street
Chicago, IL 60603
Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP

Elizabeth Raines, Esq.
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Attorney for Defendant AstraZenca, PLC

Matthew J. Hamilton, Esq.
Pepper Hamilton
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103
Attorneys for Defendant Eli Lilly & Co.