# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE:**

Seroquel Products Liability Litigation
MDL DOCKET NO. - 1769  (All Cases)

| | | | |
|---|---|---|---|
| **JUDGES:** | Anne C. Conway<br>U. S. District Judge<br>**David A. Baker**<br>U. S. Magistrate Judge | **COURT REPORTER:**<br><br>**Deputy Clerk:** | Sandy Tremel<br><br>Sally Ford |
| **Date/Time:** | September 7, 2006<br>2:30pm--3:40pm | | |
| **COUNSEL FOR PLTF(S):** | Larry Roth<br>Paul Pennock<br>John Driscoll<br>Keith Jensen<br>F. Ken Bailey, Jr.<br>Michael Perrin<br>Matthew Lundy<br>K. Camp Bailey<br>Matthew Power<br>Kenneth Smith<br>Larry Gornick<br>Michael Pederson<br>Todd Harvey<br>Scott Allen | **COUNSEL FOR DEFT(S):** | Michael Davis<br>James Mizgala<br>David Barlow<br>Robert Ciotti<br>Tracey Dujakovich |

## MINUTES – PRETRIAL HEARING

Appearances.
Court (ACC) advises attorneys that MD/FLA Local Rules will apply.
Court (DAB) advises cell phones may be permitted, if the application is filed & granted.
Attorney Larry Roth will speak for Plaintiffs, and Attorney Michael Davis for Defendants.
Atty. Paul Pennock speaks re: Steering Committee.  Judge Conway believes a steering
      committee would be unnecessary with Attys. Roth & Davis representing parties.
The parties have two weeks to submit master complaint.
Court inquires of Atty. Driscoll as to jurisdiction of Judge Herndon in Illinois regarding
      dismissal order(s) and denying motion to reconsider.
Court grants time for parties to file docs in regard to lack of jurisdiction of Illinois
      Judge's rulings.

Parties are in process of agreeing on a Protective Order and will file soon, request 60 days.
Court (DAB) advises counsel that this court does not favor "sealed" filings.
Court (DAB) re: discovery plan  -- Parties indicate documents will be presented to opposing sides on DC.  Judge Baker suggests documents be burned onto a hard drive rather than CDs.
Atty. Pennock speaks re: Fact Sheets.
Court (DAB) re: Scheduling – Discovery phases (depos, ets.) -- parties will meet to resolve any issues within 60 days.
Atty. Pennock indicates there are still approximately a few hundred cases in State Court.
Court (DAB) inquires re: Daubert & settlement.   Court will enter an order to start the clock running re: exchange of records, to allow exchange within 60 days.
Judge Baker will schedule a Pretrial Conference in early November.
Judge Baker inquires of counsel regarding a court-appointed expert — Counsel feel it wold not be necessary, and may hinder progress of case.
Judge Conway — A general scheduling order will be released prior to Judge Baker's pretrial conference.
Adjourn.