IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: Seroquel Products Liability Litigation          Case No. 6:06-md-1769-Orl-22DAB
MDL Docket No. 1769

THIS DOCUMENT RELATES TO:

Gloria Grayson v. AstraZeneca, et al
Case No. 6:06-cv-01135 (NDAL)

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a company's stock, and all other identifiable legal entities related to *any* party in the case:

> **Attorneys for Plaintiff - Gloria Grayson v. AstraZeneca, et al.
> Case No.: 6:06-cv-01135 (NDAL)
> W. Todd Harvey
> Andrew C. Allen
> E. Ashley Cranford
> Whatley, Drake & Kallas, L.L.C.**

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

> **None known to plaintiff at this time; however please see the Certificate of Interested Persons and Corporate Disclosure Statement of the Defendants herein for the identity of any such entities.**

1

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None known to plaintiff at this time.**

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Gloria Grayson**

I hereby certify that, except as disclosed above, I an unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date:   September 8, 2006                     /s/ W. Todd Harvey
                                              W. Todd Harvey
                                              Attorney for Plaintiff Gloria Grayson

Of Counsel:
Andrew C. Allen
E. Ashley Cranford
WHATLEY DRAKE & KALLAS, LLC
2323 2nd Avenue North
Birmingham, AL 35203
(205) 328-9576 Telephone
(205) 328-9669 Facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Certificate of Interested Persons and Corporate Disclosure Statement was served via U.S. Mail on this 8th day of September, 2006, upon all counsel listed in the attached Service List.

                                         /s/ W. Todd Harvey
                                         W. Todd Harvey
                                         Attorney for Plaintiff Gloria Grayson

Of Counsel:
Andrew C. Allen
E. Ashley Cranford
WHATLEY DRAKE & KALLAS, LLC
2323 2nd Avenue North
Birmingham, AL 35203
(205) 328-9576 Telephone
(205) 328-9669 Facsimile

## SERVICE LIST

In Re: Seroquel Products Liability Litigation
Docket No. 06:md:01769
Panel Attorney Service List and the Court's Service Docket
(As of September 8, 2006)

Lawrence J. Gornick, Esq.
William A. Levin, Esq.
Levin Simes Kaiser & Gornick, LLP
One Bush Street, 14th Floor
San Francisco, CA 94104

Matthew E. Lundy, Esq.
Lundy & Davis, LLP
333 North Sam Houston Parkway East
Suite 375
Houston, TX 77060

W. Todd Harvey, Esq.
Whatley Drake & Kallas, LLC
2323 2nd Avenue North
Birmingham, AL 35203

Tommy Fibich, Esq.
Fibich, Hampton & Leebron, L.L.P.
1401 McKinney, Suite 1800
Five Houston Center
Houston, TX 77010

John Driscoll, Esq.
Brown & Crouppen, PC
720 Olive St.
St. Louis, MO 63101

Todd S. Hageman, Esq.
Simon and Passanante, PC
701 Market Street
Suite 1450
St. Louis, MO 63101

Robert L. Salim, Esq.
Robert L. Salim, Attorney at Law
P.O. Box 2069
Natchitoches, LA 71457-2069

Camp Bailey, Esq.
Fletcher Trammel, Esq.
Bailey Perrin Bailey, LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002

Gregory P. Forney, Esq.
Shaffer Lombardo Shurin
911 Main Street, Suite 2000
Kansas City, MO 64105

Justin Witkin, Esq.
Russell H. Rein, Esq.
Aylstock, Witkin & Sasser, PLC
4400 Bayou Boulevard
Suite 58
Pensacola, FL 35203

Aaron C. Johnson, Esq.
Summers & Johnson
717 Thomas
Weston, OH 64098

Louisiana Wholesale Drug Co, Inc.
c/o Gayle R. White
Registered Agent
Highway 167N
Sunset, LA 70584
*Pro Se*

4

Eric B. Milliken, Esq.
3 Sir Barton Ct.
Newark, DE 19702
*Pro Se*

Catherine Solomon
3100 N.E. 83
Gladsotone, MO 64119
*Pro Se*

Andrew C. White
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932-1047

David A. Baker
80 North Hughey Avenue
Orlando, FL 32801
Suite 1000
Tampa, FL 33607-5736

William A. Levin
Levin Simes Kaiser & Gornick, LLP
One Bush St., 14th Floor
San Francisco, CA 94104

Jona R. Hefner
3441 W. Memorial, Suite 4
Oklahoma City, OK 73134-7000

Dennis J. Canty
Levin Simes Kaiser & Gornick, LLP
One Bush St., 14th Floor
San Francisco, CA 94104
Randy Niemyer
15863 Pike 43
Bowling Green, MO 63334
*Pro Se*

Eric Milliken
3 Sir Barton Ct.
Newark, DE 19702-2033

Robert L. Ciotti
Carlton Fields, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, FL 33607

Thomas Campion, Esq.
Drinker Biddle & Reath, LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.

Michael Davis, Esq.
Sidley Austin, LLP
Bank One Plaza
One South Dearborn Street
Chicago, IL 60603
Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP

Elizabeth Raines, Esq.
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road, Suit 500
Kansas City, MO 64108
Attorney for Defendant AstraZeneca, PLC

Matthew J. Hamilton, Esq.
Pepper Hamilton
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103
Attorneys for Defendant Eli Lilly & Co.

5