A CERTIFIED TRUE COPY

SEP - 7 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

2006 SEP 12 PM 12: 00

U.S. ... COURT
MIDDLE ... OF FLORIDA
OR... ...ORIDA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP -7 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1769*

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL-1769 – IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

*Carol Harris, etc. v. Eli Lilly & Co., et al.*, E.D. Texas, C.A. No. 5:06-104

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

On August 2, 2006, the Panel filed an order conditionally i) transferring this action (*Harris*) to the Eastern District of New York in MDL-1596, ii) separating the Seroquel claims and remanding them to the Eastern District of Texas, and iii) transferring the resulting Seroquel action to the Middle District of Florida in MDL-1769. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Harris* filed a notice of opposition to the proposed transfer only with respect to transfer of the resulting action to MDL-1769. Accordingly, the Panel issued an order on August 21, 2006, that i) lifted the stay and transferred *Harris* to the Eastern District of New York for inclusion in the coordinated or consolidated pretrial proceedings being conducted in MDL-1596, and ii) remanded the Seroquel claims to the Eastern District of Texas to await further disposition by the Panel. Plaintiff in *Harris* subsequently failed to file the required motion and brief to vacate the conditional transfer order. Accordingly, *Harris* in its present posture is appropriate for transfer to the Middle District of Florida for inclusion in MDL-1769.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-3" in MDL-1769 is LIFTED insofar as it relates to this action. The action is transferred to the Middle District of Florida for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Anne C. Conway.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel