A CERTIFIED TRUE COPY
SEP -8 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

2006 SEP 12 PM 12: 02

U.S. COURT
MIDDLE DISTRICT OF FLORIDA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 23 2006

FILED
CLERK'S OFFICE

DOCKET NOS. 1596 AND 1769

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**MDL-1596 -- IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION**
**MDL-1769 -- IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION**

*(SEE ATTACHED SCHEDULE)*

### MDL-1596 CONDITIONAL TRANSFER ORDER (CTO-64)
### WITH SEPARATION, REMAND AND
### MDL-1769 CONDITIONAL TRANSFER ORDER (CTO-6)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,180 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

On July 6, 2006, the Panel transferred 92 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 206 F.Supp.2d 1365 (J.P.M.L. 2006). Since that time, 18 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to: 1) the actions in MDL-1596 previously transferred to the Eastern District of New York and assigned to Judge Weinstein; and 2) the actions in MDL-1769 previously transferred to the Middle District of Florida and assigned to Judge Conway. Each of these actions comprises two sets of claims, as follows: 1) claims relating to the prescription drug Zyprexa, which involve common questions of fact with the previously transferred MDL-1596 actions; and 2) claims relating to the prescription drug Seroquel, which involve common questions of fact with the previously transferred MDL-1769 actions.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the MDL-1596 transfer order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

The claims in each action relating to Seroquel are hereby separated and remanded, U.S.C. § 1407(a), to their respective transferor courts.

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP -8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), the resulting Seroquel actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the MDL-1769 transfer order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the offices of i) the Clerk of the United States District Court for the Eastern District of New York, and ii) the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerks shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

                    FOR THE PANEL:

                    _____
                    Jeffery N. Lüthi
                    Clerk of the Panel

**SCHEDULE CTO-64 - TAG-ALONG ACTIONS**
**DOCKET NO. 1596**
**IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION**

**SCHEDULE CTO-6 - TAG-ALONG ACTIONS**
**DOCKET NO. 1769**
**IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-1329 | James R. Reardon v. AstraZeneca Pharmaceuticals, LP, et al. |
| ~~CAN 4 06-1850~~ | ~~Philippe Clavel Ocan, et al. v. AstraZeneca Pharmaceuticals, LP, et al.~~ Vacated 8/31/06 |
| **MASSACHUSETTS** | |
| MA 1 06-10730 | Jamie Abad, et al. v. AstraZeneca LP, et al. |
| **MISSOURI EASTERN** | |
| MOE 4 06-1084 | Billie Lambert v. Eli Lilly & Co., et al. |
| MOE 4 06-1085 | Charles Harper v. Eli Lilly & Co., et al. |
| MOE 4 06-1086 | Timothy Gansner v. Eli Lilly & Co., et al. |
| MOE 4 06-1087 | Noe Benevidez v. Eli Lilly & Co., et al. |
| MOE 4 06-1090 | Cathy Guldan v. Eli Lilly & Co., et al. |
| MOE 4 06-1091 | Mark Frike v. Eli Lilly & Co., et al. |
| **MISSOURI WESTERN** | |
| MOW 4 06-543 | Nancy Daniels v. Eli Lilly & Co., et al. |
| MOW 4 06-558 | Mia Lewis v. Eli Lilly & Co., et al. |
| MOW 6 06-3262 | Larry Burns v. Eli Lilly & Co., et al. |
| MOW 6 06-3263 | James Dale Baker v. Eli Lilly & Co., et al. |