## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation,   :       Case No.: 6:06-md-1769-Orl-22DAB
MDL DOCKET NO. 1769

This document relates to:

Cynthia Andrews v. AstraZeneca Pharmaceuticals LP, 6:06-cv-985-Orl-22DAB
Anthony Ciaramitaro v. AstraZeneca Pharmaceuticals LP, 6:06-cv-1015-Orl-22DAB
Michael Crawford v. AstraZeneca Pharmaceuticals LP, 6:06-cv-988-Orl-22DAB
Kenneth Fowler v. AstraZeneca Pharmaceuticals LP, 6:06-cv-997-Orl-22DAB
Carol Jenkins v. AstraZeneca Pharmaceuticals LP, 6:06-cv-1001-Orl-22DAB
Pamela McCraney-Buzick v. AstraZeneca Pharmaceuticals LP, 6:06-cv-975-Orl-22DAB
Sharon Nelson v. AstraZeneca Pharmaceuticals LP, 6:06-cv-990-Orl-22DAB
Willie Pamler v. AstraZeneca Pharmaceuticals LP, 6:06-cv-978-Orl-22DAB
Judy Price v. AstraZeneca Pharmaceuticals LP, 6:06-cv-971-Orl-22DAB
Kevin Sanders v. AstraZeneca Pharmaceuticals LP, 6:06-cv-965-Orl-22DAB
Charlene Smith v. AstraZeneca Pharmaceuticals LP, 6:06-cv-1010-Orl-22DAB
Dorothy Soucy v. AstraZeneca Pharmaceuticals LP, 6:06-cv-1004-Orl-22DAB
Silvia Spencer v. AstraZeneca Pharmaceuticals LP, 6:06-cv-968-Orl-22DAB
Roma Wilken v. AstraZeneca Pharmaceuticals LP, 6:06-cv-981-Orl-22DAB
Larry Williams v. AstraZeneca Pharmaceuticals LP, 6:06-cv-1007-Orl-22DAB
Betty Woodson v. AstraZeneca Pharmaceuticals LP, 6:06-cv-993-Orl-22DAB

_____/

## NOTICE OF FILING STIPULATION AND PROPOSED ORDER TO REINSTATE

Pursuant to this Court's direction at the September 7, 2006 initial conference, the parties

have entered into the attached stipulation to reinstate the above-referenced actions, which were

dismissed without prejudice by order of the Honorable David R. Herndon of the Southern

District of Illinois on July 13, 2006.  These actions are before this Court as cases assigned to

MDL Docket No. 1769.

DATED: ___9/14/06___

DATED: ___9/14/06___

s/John J. Driscoll
John J. Driscoll
BROWN & CROUPPEN, PC
720 Olive St., Suite 1800
St. Louis, MO 63101
*Counsel for Plaintiffs*

Michael W. Davis
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
*Counsel for AstraZeneca LP and AstraZeneca Pharmaceuticals LP*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,   :      Case No.: 6:06-md-1769-Orl-22DAB
MDL DOCKET NO. 1769

This document relates to:

Cynthia Andrews v. AstraZeneca Pharmaceuticals LP, 6:06-cv-985-Orl-22DAB
Anthony Ciaramitaro v. AstraZeneca Pharmaceuticals LP, 6:06-cv-1015-Orl-22DAB
Michael Crawford v. AstraZeneca Pharmaceuticals LP, 6:06-cv-988-Orl-22DAB
Kenneth Fowler v. AstraZeneca Pharmaceuticals LP, 6:06-cv-997-Orl-22DAB
Carol Jenkins v. AstraZeneca Pharmaceuticals LP, 6:06-cv-1001-Orl-22DAB
Pamela McCraney-Buzick v. AstraZeneca Pharmaceuticals LP, 6:06-cv-975-Orl-22DAB
Sharon Nelson v. AstraZeneca Pharmaceuticals LP, 6:06-cv-990-Orl-22DAB
Willie Pamler v. AstraZeneca Pharmaceuticals LP, 6:06-cv-978-Orl-22DAB
Judy Price v. AstraZeneca Pharmaceuticals LP, 6:06-cv-971-Orl-22DAB
Kevin Sanders v. AstraZeneca Pharmaceuticals LP, 6:06-cv-965-Orl-22DAB
Charlene Smith v. AstraZeneca Pharmaceuticals LP, 6:06-cv-1010-Orl-22DAB
Dorothy Soucy v. AstraZeneca Pharmaceuticals LP, 6:06-cv-1004-Orl-22DAB
Silvia Spencer v. AstraZeneca Pharmaceuticals LP, 6:06-cv-968-Orl-22DAB
Roma Wilken v. AstraZeneca Pharmaceuticals LP, 6:06-cv-981-Orl-22DAB
Larry Williams v. AstraZeneca Pharmaceuticals LP, 6:06-cv-1007-Orl-22DAB
Betty Woodson v. AstraZeneca Pharmaceuticals LP, 6:06-cv-993-Orl-22DAB

_____/

## STIPULATION TO REINSTATE

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the

undersigned parties, that the above-captioned actions, which were dismissed without prejudice

by orders signed July 13, 2006, are reinstated and those dismissal orders are set aside.

DATED: _____ 9/14/2006 _____

s/John J. Driscoll _____
John J. Driscoll
BROWN & CROUPPEN, PC
720 Olive St., Suite 1800
St. Louis, MO 63101
*Counsel for Plaintiffs*

DATED: _____ 9/14/2006 _____

_____
Michael W. Davis
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
*Counsel for AstraZeneca LP and AstraZeneca Pharmaceuticals LP*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 24th of September, 2006, I caused to be served a copy of the foregoing by U.S. Mail to the individuals listed on the attached Service List.

_____
Attorney

CH1 3604684v.1

Case 6:06-md-01769-ACC-DAB   Document 4-3   Filed 08/15/2006   Page 1 of 2

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**

Page 1

Docket: 1769 - In re Seroquel Products Liability Litigation
Status:   Transferred on 07/06/2006
Transferee District: FLM    Judge: Conway, Anne C.

Printed on 08/04/2006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Campion, Jr., Thomas F.<br>Drinker, Biddle & Reath, L.L.P.<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 | => Phone: (973) 549-7300 Fax: (973) 360-9831<br>Janssen Pharmaceutica Products, LP*#; Johnson & Johnson Co.*# |
| Davis, Michael W.<br>Sidley, Austin, LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | => Phone: (312) 853-7000 Fax: (312) 853-7036<br>AstraZeneca LP*; AstraZeneca Pharmaceuticals, LP* |
| Driscoll, John J.<br>Brown & Crouppen, PC<br>720 Olive Street<br>Suite 1800<br>St. Louis, MO 63101-2302 | => Phone: (618) 444-6049 Fax: (314) 421-3395<br>Andrews, Cynthia*; Bjorn, Kathryn*; Ciaramitaro, Anthony*; Crawford, Michael*; Davis, Kevin*;<br>Fowler, Kenneth*; Jenkins, Carol*; McCraney-Buzick, Pamela*; Nelson, Sharon*; Osborne<br>(Ind./Per./Rep./Est.-Amy), Rebecca*; Palmer, Willie*; Price, Judy*; Sanders, Kevin*; Smith, Charlene*;<br>Soucy, Dorothy*; Spencer, Sylvia*; Wilken, Roma*; Williams, Krishaun*; Williams, Larry*; Woll,<br>Norma*; Woodson, Betty* |
| Forney, Gregory P.<br>Shaffer, Lombardo & Shurin<br>4141 Pennsylvania<br>Kansas City, MO 64111 | => Phone: (816) 931-0500<br>French, M.D., Devon* |
| Hamilton, Matthew J.<br>Pepper Hamilton, LLP<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103-2799 | => Phone: (215) 981-4000 Fax: (215) 981-4750 Email: hamilton@pepperlaw.com<br>Eli Lilly & Co.*# |
| Johnson, Aaron C.<br>Summers & Johnson<br>717 Thomas Street<br>Weston, MO 64098 | => Phone: (816) 640-9940<br>Banks, Zula; Chambers, Justin; Clark, Wanda; Ewing, Laurie; Farabee, Glen; Gordon, Sheila; Kamal,<br>Linda; Kirksey, Lorie; Skiles (Parent/Guardian/Next Friend-Caitlynn Bearce), Julie; Snavely, Douglas |
| Levin, William A.<br>Levin Simes Kaiser & Gornick, LLP<br>One Bush Street<br>14th Floor<br>San Francisco, CA 94104 | => Phone: (415) 646-7160 Fax: (415) 981-1270<br>Adams, Jr., Larry; Alderson, Quincy; Ali, Donna; Baytos, John; Bellman, Dawn; Bellman, Ricky;<br>Belpuliti, Lamont; Biskup, Glenn; Boal, Jeffrey; Bobal, Mark; Bosaw, Jeff; Bosaw, Jennifer; Boyer,<br>Debra; Bradley, Denise; Bradley, Sr., Jerry; Buchanan, Anita; Burgess, Dawn; Cardwell, Leona; Carroll,<br>Lori; Carroll, Scott; Chathams, Sandra; Clements, Loraine; Derosky, Barry; Derosky, Carol; Dortch,<br>Barbara; Evans, Betty; Faulk, Edward; Faulk, Laura; Frederick, Golana; Frederick, James; Gangidine,<br>Samantha; Geones, John; Geones, Mary; Glover, Eddi; Godfrey, Ned; Goldsmith, Shirley; Gringel, Gail;<br>Harkins, Ethel; Hawkins, Michael; Heigl, John; Hess, Marjorie; Hopkins-Hyche, Katherene; Hyche, Jr.,<br>Joseph; Kasperson, William; King, Kenneth; Lear, La Monte; Ledbetter, Nichol; Levy, Cheryl;<br>Linderman, Donna; Lockhart (Guardian ad litem-Christopher), Terri; Mack, Dianne; Massey, Michelle;<br>Massey, Shane; Masterson, John; McAllister, Kathleen; McIntyre, Carole; Michaelangelo, Gina;<br>Mozingo, David; O'Hosky, William; Orie, Joy; Popp, Mary; Porter, Dennis; Powell, Shelley; Powell,<br>William; Reed, Betty; Robinson, Lori; Rosales, Elsie; Simmons Gregory; Spung, Clinton; Sulkowski,<br>Edward; Sullivan, Jonathan; Tenney, Leslie F.; Tenney, Sharon; Thomas, Winifred; Truelove, Kelly;<br>Walker, Sharie; Weaver, Summerstorm; Weldon, Raymond |
| Lundy, Matthew E.<br>Lundy & Davis<br>333 N. Sam Houston Parkway, East | => Phone: (281) 272-0797 Fax: (281) 272-0781<br>Sonnier, Linda Mae |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,769 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 375<br>Houston, TX 77060-2487 | |
| Milliken, Eric B.<br>3 Sir Barton Ct<br>Newark, DE 19702-2033 | =><br>Milliken, Eric B. |
| Niemeyer, Randy<br>15863 Pike 43<br>Bowling Green, MO 63334-2620 | =><br>Niemeyer, Randy |
| Raines, Elizabeth<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road<br>Suite 500<br>Kansas City, MO 64108-2504 | => Phone: (816) 471-2121  Fax: (816) 472-0288<br>AstraZeneca PLC |
| Rein, Russell H.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Blvd.<br>Suite 58<br>Pensacola, FL 32503 | => Phone: (850) 916-7450<br>Spence, Earl |
| Salim, Robert L.<br>1762 Texas Street<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069 | => Phone: (318) 352-5999  Fax: (318) 352-5998  Email: robertsalim@cp-tel.net<br>Becker, Frederic Charles* |
| Soloman, Catherine<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*** Bad Address *** | =><br>Solomon, M.D., Catherine |
| Trammell, Fletcher Vines<br>Fibich, Hampton & Leebron, LLP<br>1401 McKinney Street<br>Suite 1800<br>Houston, TX 77010 | => Phone: (713) 751-0025  Fax: (713) 751-0030<br>Gilmore, Linda*; Helm, Terre*; Jones, Loretha*; McDaniel, Joyce*; Rone, Stephanie*; Stewart, Melanie*; Washington, Stephon* |
| White, Gayle R.<br>Registered Agent for Louisiana<br>Wholesale Drug Co., Inc.<br>Highway 167 N.<br>Sunset, LA 70584 | =><br>Louisiana Wholesale Drug Co., Inc. |
| Witkin, Justin G.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503-2673 | => Phone: (850) 916-7450  Fax: (850) 916-7449<br>Bryant, Cindy*; Diciolla, Carlos*; Perez, Israel*; Sanford (Per./Rep./Est.-Robert), Michelle* |

Note: Please refer to the report title page for complete report scope and key.