UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

Norma Woll v. AstraZeneca Pharmaceuticals LP, 6:06-cv-963-Orl-22DAB
Robert Schuenemeyer v. AstraZeneca Pharmaceuticals LP, 6:06-cv-1136-Orl-22DAB

_____/

## NOTICE OF CLASS ACTION STATUS

Pursuant to this Court's direction at the September 7, 2006 initial conference and the Order and Notice of Hearing entered by Magistrate Baker on September 11, 2006 (Doc. No. 30), the parties to the above-referenced actions hereby provide notice to the Court as follows:

1. John J. Driscoll, counsel for plaintiffs Norma Woll and Robert Schuenemeyer, and Michael W. Davis, counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca"), have conferred via telephone and email regarding the status of the above-captioned putative class actions, which are before this Court as cases assigned to MDL Docket No. 1769.

2. Counsel for both parties agree that these putative class actions can be dismissed, but have not yet reached agreement with respect to the specifics of those dismissals. The parties continue to discuss the matter.

3. Should the parties be unable to reach agreement in the immediate future, AstraZeneca will file, within any deadline that this Court sets, a motion to dismiss with prejudice plaintiffs' class action claims.

DATED: 9/14/2006

s/John J. Driscoll
John J. Driscoll
BROWN & CROUPPEN, PC
720 Olive St., Suite 1800
St. Louis, MO 63101
*Counsel for Plaintiffs*

DATED: 9/14/2006

Michael W. Davis
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
*Counsel for AstraZeneca LP and AstraZeneca Pharmaceuticals LP*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 14th of September, 2006, I caused to be served a copy of foregoing by U.S. Mail to the individuals listed on the attached Service List.

_____
Attorney