UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,   :   Case No.: 6:06-md-1769-Orl-22DAB
MDL DOCKET NO. 1769

This document relates to:

Cynthia Andrews v. AstraZeneca Pharmaceuticals LP, 6:06-cv-985-Orl-22DAB
Anthony Ciaramitaro v. AstraZeneca Pharmaceuticals LP, 6:06-cv-1015-Orl-22DAB
Michael Crawford v. AstraZeneca Pharmaceuticals LP, 6:06-cv-988-Orl-22DAB
Kenneth Fowler v. AstraZeneca Pharmaceuticals LP, 6:06-cv-997-Orl-22DAB
Carol Jenkins v. AstraZeneca Pharmaceuticals LP, 6:06-cv-1001-Orl-22DAB
Pamela McCraney-Buzick v. AstraZeneca Pharmaceuticals LP, 6:06-cv-975-Orl-22DAB
Sharon Nelson v. AstraZeneca Pharmaceuticals LP, 6:06-cv-990-Orl-22DAB
Willie Pamler v. AstraZeneca Pharmaceuticals LP, 6:06-cv-978-Orl-22DAB
Judy Price v. AstraZeneca Pharmaceuticals LP, 6:06-cv-971-Orl-22DAB
Kevin Sanders v. AstraZeneca Pharmaceuticals LP, 6:06-cv-965-Orl-22DAB
Charlene Smith v. AstraZeneca Pharmaceuticals LP, 6:06-cv-1010-Orl-22DAB
Dorothy Soucy v. AstraZeneca Pharmaceuticals LP, 6:06-cv-1004-Orl-22DAB
Silvia Spencer v. AstraZeneca Pharmaceuticals LP, 6:06-cv-968-Orl-22DAB
Roma Wilken v. AstraZeneca Pharmaceuticals LP, 6:06-cv-981-Orl-22DAB
Larry Williams v. AstraZeneca Pharmaceuticals LP, 6:06-cv-1007-Orl-22DAB
Betty Woodson v. AstraZeneca Pharmaceuticals LP, 6:06-cv-993-Orl-22DAB

_____/

## PROPOSED ORDER TO REINSTATE

**IT IS HEREBY ORDERED**, pursuant to the Stipulation filed on September 14, 2006, that the above-captioned actions, which were dismissed without prejudice by orders signed July 13, 2006, are reinstated and those dismissal orders are set aside.

DATED: September 15, 2006

_____
The Honorable Anne C. Conway
United States District Court