A CERTIFIED TRUE COPY

SEP 1 2 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 1 2 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1769

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

*Edna J. Beland v. AstraZeneca LP, et al.,* D. Massachusetts, C.A. No. 1:06-11100

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Beland*) on August 10, 2006. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Beland* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently withdrew their notice of opposition.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-4" filed on August 10, 2006, is LIFTED insofar as it relates to this action. The action is transferred to the Middle District of Florida for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Anne C. Conway.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**INVOLVED COUNSEL LIST**
**DOCKET NO. 1769**
**IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION**

Matthew F. Pawa
Law Offices of Matthew F. Pawa, P.C.
1280 Centre Street
Suite 230
Newton Centre, MA 02459

Harvey J. Wolkoff
Ropes & Gray, LLP
One International Place
Boston, MA 02110-2624