UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products         Case No. 6:06-md-1769-Orl-22DAB
Liability Litigation                         (ALL CASES)

_____/

**PLAINTIFFS' LIAISON COUNSEL'S NOTICE TO COURT
CONCERNING STATUS OF PLAINTIFFS PROVIDING
MEDICAL INFORMATION TO DEFENDANTS**

The undersigned Plaintiffs' Liaison Counsel, Larry M. Roth, on behalf of all represented MDL Plaintiffs presently pending in the Middle District of Florida, hereby files this Status Report to the Court on providing medical authorizations and the Plaintiffs' Fact Sheet as set forth in accordance with the September 11, 2006 Order. (Dkt. #30)

On behalf of all represented MDL Plaintiffs presently before this Court, Notice is hereby given that counsel for the Plaintiffs have been working towards providing Medical Authorizations and Plaintiffs' Fact Sheet data to counsel for the Defendants prior to the scheduled November 6, 2006 Status Conference. It is anticipated that for approximately two thousand (2,000) represented client cases that Plaintiffs will begin serving completed Fact Sheets containing essential medical information regarding usage of the drug, the nature of the injury claimed, diagnosis, and other pertinent initial medical data to Defendants' counsel prior to November 6, 2006. In fact, Plaintiffs' counsel expects their completed Fact Sheets will commence being served during the week of October 16, 2006. This will include signed Medical Authorizations for Defendants in addition to Plaintiffs' Fact Sheets with information, among other items, on prescriptions and usage of Seroquel. The represented MDL Plaintiffs believe that prior to the November 6, 2006 hearing before the Court that

-1-

the vast majority of approximately 2,000 cases will be complied with in terms of providing to Defendants' counsel these Fact Sheets and the Medical Authorizations.

The Court is advised that despite numerous conversations and conferences between represented MDL Lead Counsel, Paul Pennock, and counsel for the Defendants, no agreement has yet been reached on the exact formatting of a final Fact Sheet Defendants seek. In an effort to avoid any undue delay since no agreement was timely reached, represented MDL Plaintiffs' counsel proceeded to have their clients begin completing the Plaintiffs' version of the Fact Sheets and Authorizations. The Fact Sheets represented above that the Plaintiffs are complying with provide initial necessary and pertinent information so that Defendants can get started on their evaluations of the cases, and determinations of the usage of the drug at issue. Unfortunately, however, there are certain central issues which still remain to be resolved between the represented MDL Plaintiffs through their Lead Counsel, and counsel for the Defendants concerning additional information wanted by Defendants on a Fact Sheet, which includes a current disagreement over the scope of the background data being requested, as well as a more restrictive time frame within which Defendants seek their own designated Fact Sheet to be completed and served.

In the meantime, the MDL represented Plaintiffs through their Lead Counsel, Mr. Pennock, will continue discussions and will request a meet and confer with Defendants' counsel in their Chicago offices prior to November 6, 2006 in an effort to reach an agreement on an overall Fact Sheet containing additional information from what the Defendants are already being provided.

The MDL represented Plaintiffs will be prepared to discuss this matter with the Court at the November 6, 2006 hearing in the event there are still issues not resolved with regard to the Defendants' additional Fact Sheet information which they seek as a requirement.

RESPECTFULLY SUBMITTED this 13th day of October, 2006.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of October, 2006, I electronically filed the foregoing **Notice to Court Concerning Status of Plaintiffs Providing Information to Defendants** with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the counsel listed on the attached Service List. I further certify that I mailed the foregoing document and the Notice of Electronic Filing by First-Class mail delivery to the non-CM/ECF Participants listed on the attached Service List.

 /s/ Larry M. Roth
**Larry M. Roth**
**Plaintiffs' Liaison Counsel**
**Florida Bar No. 208116**
**LAW OFFICE OF LARRY M. ROTH, P.A.**
**1615 Edgewater Drive, Suite 180 [32804]**
**Post Office Box 547637**
**Orlando, Florida  32854-7637**
**Telephone:    407 - 872-2239**
**Facsimile:     407 - 872-6927**
**E-mail:        LROTH@roth-law.com**

**SERVICE LIST**
(As of October 13, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey, LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F.Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |

## SERVICE LIST
(As of October 13, 2006)

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX  77060<br>Telephone:  (281) 272-0797     .<br>mlundy@lundydavis.com | Todd Harvey, Esq.<br>Whatley Drake, LLC<br>2323 2nd Avenue North<br>Birmingham, AL  35203<br>Telephone:  (205) 328-9576<br>THARVEY@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>One Bush Street, 14th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 646-7160<br>lgornick@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone:  (816) 931-0500 |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone:  (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Justin Witkin, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL  32503<br>Telephone:  (850) 916-7450<br>Jwitkin@AWS-LAW.com | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |

**SERVICE LIST**
(As of October 13, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Randy Niemyer<br>15863 Pike 43<br>Bowling Green, MO 63334<br>***Pro Se*** |
| Thomas Campion, Esq.<br>Andrew C. White, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>tcampion@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com<br>***Attorneys for Defendant Eli Lilly & Co.*** |

**SERVICE LIST**
(As of October 13, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>Boonville, MS 38829-0787<br>Telephone: (662) 728-3138 |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>***Attorney for Defendant AstraZenca, PLC*** | Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332 |
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000 | Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107 |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000 | Salvatore M. Machi, Esq.<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 |

**SERVICE LIST**
(As of October 13, 2006)

**In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| David P. Matthews, Esq.<br>Abraham, Watkins, Nichols, Sorrels,<br>Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>Telephone: (713) 222-7211 | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288 |
| Robert A. Schwartz, Esq.<br>Bailey, Galyen & Gold<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Robert G. Smith, Jr., Esq.<br>Lorance & Thompson, PC<br>2900 N. Loop W, Suite 500<br>Houston, TX 77092<br>Telephone: (713) 868-5560 |
| | |