UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769 (ALL CASES)

_____ /

### DEFENDANT ASTRAZENECA'S NOTICE TO COURT REGARDING
### STATUS OF AN AGREED UPON PLAINTIFFS' FACT SHEET

Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP (collectively

"AstraZeneca"), through its attorneys, submits the following Notice to Court Regarding Status of

an Agreed Upon Plaintiffs' Fact Sheet.

By Order dated September 11, 2006, this Court set September 21, 2006 as the deadline

for the parties' agreement on the form for a Plaintiffs' Fact Sheet ("PFS"), and November 7,

2006 as the deadline for production of completed PFSs for current plaintiffs.  On September 15,

2006, counsel for AstraZeneca forwarded to plaintiffs a proposed PFS form (see attached as

Exhibit A) that was modeled on the one used in the Zyprexa MDL, but which was approximately

half the length.  On September 19, 2006, plaintiffs responded not by providing comments on

AstraZeneca's proposed PFS, but by counter-proposing a two-step PFS process consisting of an

initial one page sheet and a second pre-deposition PFS (quite similar to that proposed by

AstraZeneca) (see attached as Exhibit B).

On September 21, 2006, counsel for AstraZeneca informed plaintiffs that the proposed

bi-modal approach was unacceptable, explaining that the minimal information provided by

plaintiffs' one-page initial disclosure would not provide the essential information needed by

AstraZeneca to collect records and defend these cases (see attached as Exhibit C).  Counsel for

AstraZeneca also noted that the real issue appeared to be timing of production and expressed

willingness to work with plaintiffs on that issue. *Id.* In fact, during negotiations over the next few weeks, plaintiffs abandoned their bi-modal approach, informing counsel for AstraZeneca that they would use AstraZeneca's proposed PFS, but that they were concerned about the timing of production.

Negotiations continued through this morning focusing on the timing of production. Today, for the first time, plaintiffs informed counsel for AstraZeneca of their unilateral decision to produce materials as they had initially proposed (see attached as Exhibit D).

Counsel for AstraZeneca, recognizing an impasse had been reached, asked plaintiffs if Magistrate Judge Baker could be contacted for guidance on this matter. Plaintiffs did not object. Counsel for AstraZeneca contacted Magistrate Judge Baker's chambers; however, both of Magistrate Judge Baker's clerks were gone for the day. Plaintiffs then filed, without informing AstraZeneca in advance, their Notice to the Court.

At this juncture, counsel for AstraZeneca does not believe further negotiations with plaintiffs would be fruitful and respectfully requests guidance from the Court as to how it wishes to proceed. Toward that end, counsel for AstraZeneca are willing to make themselves available for discussions with Magistrate Judge Baker either by telephone or in person, as it pleases the Court.

DATED: _10/13/06_

Michael W. Davis
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
*Counsel for AstraZeneca LP and AstraZeneca Pharmaceuticals LP*

## CERTIFICATE OF SERVICE

I hereby certify that, on the ___12___ of October, 2006, I caused to be served a copy of the foregoing by U.S. Mail to the individuals listed on the attached Service List.

_____
Attorney

## SERVICE LIST
(As of September 7, 2006)

**In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769**

Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
(212) 558-5500 - tel.
Ppennock@weitzlux.com

Larry Roth, Esq.
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL 32854-7637
(407) 872-2239 - tel.
LROTH@roth-law.com

Matthew F. Pawa, Esq.
Law Offices of Matthew F.Pawa, P.C.
1280 Centre St., Suite 230
Newton Centre, MA 02459
(617) 641-9550 - tel.
Mp@pawalaw.com

Keith M. Jensen, Esq.
Jensen, Belew & Gonzalez, PLLC
1024 North Main,
Fort Worth, TX 76106
(817) 334-0762 - tel.
kj@kjensenlaw.com

Matthew E. Lundy, Esq.
Lundy & Davis, LLP
333 North Sam Houston Parkway East
Suite 375
Houston, TX 77060
(281) 272-0797 - tel.
mlundy@lundydavis.com

Camp Bailey, Esq.
Fletcher Trammell, Esq.
Bailey Perrin Bailey, LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
(713) 425-7240 - tel.
cbailey@bpblaw.com

Tommy Fibich, Esq.
Fibich, Hampton & Leebron, L.L.P.
1401 McKinney, Suite 1800
Five Houston Center
Houston, TX 77010
(713) 751-0025 - tel.
tfibich@fhl-law.com

John Driscoll, Esq.
Brown & Crouppen, PC
720 Olive St.
St. Louis, MO 63101
(314) 421-0216 - tel.
Jdriscoll@brownandcrouppen.com

Scott Allen, Esq.
Cruse, Scott, Henderson & Allen, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
713-650-6600 - tel.
sallen@crusescott.com

Todd Harvey, Esq.
Whatley Drake, LLC
2323 2nd Avenue North
Birmingham, AL  35203
(205) 328-9576 - tel.
THARVEY@whatleydrake.com

Lawrence J. Gornick, Esq.
William A. Levin, Esq.
Levin Simes Kaiser & Gornick, LLP
One Bush Street, 14th Floor
San Francisco, CA  94104
(415) 646-7160 - tel.
lgornick@lskg-law.com

Robert L. Salim, Esq.
Robert L. Salim Attorney at Law
PO Box 2069
Natchitoches, LA 71457-2069
(318) 352-5999 - tel.
robertsalim@cp-tel.net

Justin Witkin, Esq.
Aylstock, Witkin & Sasser, PLC
4400 Bayou Boulevard
Suite 58
Pensacola, FL  32503
(850) 916-7450 - tel.
Jwitkin@AWS-LAW.com

Aaron C. Johnson, Esq.
Summers & Johnson
717 Thomas
Weston, MO 64098
(816) 640-9940 - tel.

Todd S. Hageman, Esq.
Simon and Passanante, PC
701 Market St., Suite 1450
St. Louis, MO 63101

Gregory P. Forney, Esq.
Shaffer Lombardo Shurin
911 Main Street, Suite 2000
Kansas City, MO 64105

Eric B. Milliken, Esq.
3 Sir Barton Ct.
Newark, DE 19702
*Pro Se*

Louisiana Wholesale Drug Co. Inc.
C/O Gayle R. White
Registered Agent
Highway 167N
Sunset, LA 70584
*Pro Se*

Catherine Solomon
3100 N.E. 83
Gladstone, MO 64119
*Pro Se*

Randy Niemyer
15863 Pike 43
Bowling Green, MO 63334
*Pro Se*

Thomas Campion, Esq.
Drinker Biddle & Reath, LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100 - tel.
tcampion@dbr.com
Attorneys for Defendants Janssen
Pharmaceutical Products and Johnson &
Johnson Co.

Michael Davis, Esq.
James Mizgala, Esq.
Sidley, Austin, LLP
Bank One Plaza
One South Dearborn Street
Chicago, IL 60603
(312) 853-7731 - tel.
mdavis@sidley.com
jmizgala@sidley.com
Attorneys for Defendants AstraZeneca LP
and AstraZeneca Pharmaceuticals, LP

Elizabeth Raines, Esq.
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Attorney for Defendant AstraZenca, PLC
raines@bscr-law.com

Matthew J. Hamilton, Esq.
Pepper Hamilton
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103
Attorneys for Defendant Eli Lilly & Co.
hamiltonm@pepperlaw.com

Exhibit A

## Mizgala, James W.

| | |
|---|---|
| **From:** | Mizgala, James W. |
| **Sent:** | Friday, September 15, 2006 3:36 PM |
| **To:** | 'Pennock, Paul' |
| **Subject:** | Seroquel MDL -- proposed PFS |
| **Attachments:** | Seroquel PFS.pdf |

Sorry to hear about your loss.

And, as promised, here's our proposed PFS. We labored over this long and hard and believe you and your colleagues will be pleased with the result.

Talk to you soon.

**From:** Pennock, Paul [mailto:PPennock@weitzlux.com]
**Sent:** Friday, September 15, 2006 11:38 AM
**To:** Mizgala, James W.
**Subject:**

James,

Someone I know very well died on Monday, not unexpected but still was a long week for her family and my friends and I was with them much of the week. Nevertheless, I'm expecting to send to you later today a preservation order, a protective order and a fact sheet proposal. A proposed Complaint will not be available until after the weekend.

# PLAINTIFF FACT SHEET

Please provide the following information for each individual on whose behalf a claim is being made. If you are completing this questionnaire in a representative capacity, please respond to all questions with respect to the person who used Seroquel® (quetiapine). Those questions using the term "You" refer to the person who used Seroquel®. In filling out this form, please use the following definitions: (1) "healthcare provider" means any hospital, clinic, center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, ophthalmology, psychiatric or psychological care or advice, and any pharmacy, weight loss center, dentist, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, therapist, nurse, herbalist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care and/or treatment of you; (2) "document" means any writing or record of every type that is in your possession or the possession of your counsel, including but not limited to written documents, e-mail, cassettes, videotapes, DVDs, photographs, charts, computer discs or tapes, x-rays, drawings, graphs, phono-records, non-identical copies and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form. **You may attach as many sheets of paper as necessary to fully answer these questions.**

If you have any documents (as defined above), including, but not limited to, packaging, instructions, Seroquel® product, or other materials or items that you are requested to produce as part of answering this fact sheet or that relate to Seroquel®, any other antipsychotic medication you allegedly took, or the incident, injuries, claims, or damages that are the subject of your complaint, you must NOT dispose of, alter or modify these documents or materials in any way. You are also required to give all of these documents and materials to your attorney as soon as possible. If you are unclear about these obligations please contact your attorney.

In completing this Fact Sheet you are under oath and must provide information that is true and correct to the best of your knowledge.

**I.    PRELIMINARY INFORMATION**

A.    Seroquel® User's Full Name _____

B.    MDL Case No. _____ Court where originally filed_____

C.    Your Attorney's Name:_____

      Firm: _____

      Address:_____

      Telephone number:_____ Fax number:_____

      E-mail address:_____

**If you are completing this Fact Sheet on behalf of the estate of a deceased person or a minor, state:**

1.    Your name and address:_____

      _____

2.    Representative capacity(*i.e.*, administrator, executor, or guardian)_____

3.    Your relationship to deceased or represented person_____

4.    Court which appointed you and date of appointment_____

      _____

**II.   PERSONAL INFORMATION FOR THE SEROQUEL® USER**

A.    Address:_____

B.    Maiden, or any other names used by you, and dates of use:_____

C.    Social Security Number: _____

D.    Date and city of birth:_____ Date of Death:_____

E.    Sex:   Male_____   Female:_____

F.    Ethnicity: African-American_____ Caucasian____ Hispanic_____ Native American_____
      Other (please specify)_____

G.    Marital Status:_____

H.    Have you ever served in any branch of the military? Yes_____ No_____
    1.    If yes, branch and dates of service: _____
    2.    Were you ever rejected or discharged from military service for any reason related to your medical, physical, psychiatric or emotional condition? Yes_____ No_____
        If yes, state the condition and the date of occurrence:_____

- 2 -

I.    Schools you have attended (high school and beyond):

    1.    High School:

        Name:_____

        Address:_____

        Grade completed:_____

        Dates of attendance:_____

    2.    If you attended school beyond high school, as to each school state:

        Name:_____

        Address:_____

        Dates of attendance:_____

        Degree awarded and major:_____

        * Please attach additional pages as needed.

## III.    EMPLOYMENT INFORMATION

A.    For each employer for the past ten (10) years, state:

| Name of Employer | Address and Phone Number | Job Title/Duties | Dates Employed |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

    * Please attach additional pages as needed

B.    Have you ever been unemployed? Yes _____ No _____
    If yes, state date(s) of and reasons for any unemployment:_____

C.    Have you ever been out of work for more than thirty (30) days for reasons related to your health (medical, physical, psychiatric or emotional condition)? Yes_____ No_____
    If yes, please state the dates, employer and health condition:_____
    _____

## IV.    SEROQUEL®

| Date(s) of Use | Dose | Name and Address of Prescribing Physician | Reason for Use | Name and Address of Dispensing Pharmacy |
|---|---|---|---|---|
|  |  |  |  |  |

A.    Do you continue to take Seroquel®? Yes_____ No_____
    If no, state when you stopped and why:_____

B.    Has any healthcare provider recommended that you not use Seroquel®? Yes_____ No_____

If yes, state the name and address of that healthcare provider and the date of that recommendation was made:_____

_____

\* If any such advice or recommendation was in writing, please attach a copy.

C.     Have you had any communication, oral or written, with AstraZeneca Pharmaceuticals LP and/or AstraZeneca LP or any of their representatives? Yes _____ No _____

## V.     INJURIES, SYMPTOMS, DIAGNOSES & DAMAGES

A.     Are you claiming to have suffered any physical, mental or emotional condition as a result of using Seroquel®? Yes_____ No_____

B.     If you answered yes, for each condition separately state:
1.     Detailed description of condition:_____

_____
2.     The date you first became aware of the condition: _____
3.     How you first became aware of it:_____
4.     Whether you have consulted with any healthcare provider(s) regarding the condition? Yes____ No____
If yes , please identify healthcare provider's name and address:_____

_____

\* Please attach additional pages if necessary.

C.     Are you claiming that you have paid, or will have to pay, any monetary expenses or fees as a result of having used Seroquel® ? Yes_____ No_____
If yes, please itemize:_____

_____

## VI.    HEALTHCARE PROVIDERS AND PHARMACIES

A.     Identify the following for each healthcare provider, **including psychiatrists, psychologists, social workers, or mental health professionals,** you have consulted since ten (10) years prior to your first ingestion of Seroquel® (or if you are a minor please list *all* healthcare providers):

| Name and Specialty | Address and Phone Number | Dates of Treatment | Reason for Treatment |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

- 4 -

| Name and Specialty | Address and Phone Number | Dates of Treatment | Reason for Treatment |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

\* Please attach additional pages if necessary.

B.   Identify the following for each time you were hospitalized and/or received treatment in an emergency room or an out-patient setting since ten (10) years prior to your first ingestion of Seroquel® (or if you are a minor please list *all* hospitalizations):

| Name of Facility | Address and Phone Number | Dates of Treatment | Reason for Treatment |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

\* Please attach additional pages if necessary.

C.   Identify the following for each pharmacy, drug store and/or other supplier (including mail order and internet pharmacies) where you have filled prescriptions since ten (10) years prior to your first ingestion of Seroquel® to present (or if you are a minor please list *all* pharmacies, etc.):

| Name | Address and Phone Number | Dates You Filled Prescriptions |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

\*Please attach additional pages if necessary.

VII.    **MEDICAL BACKGROUND**

A.    Current Height_____          Weight_____

B.    Have you ever taken medications (prescription or over-the-counter) to control your weight?
      Yes_____   No_____
      If yes, please list the medication(s), the date(s) you took the medication(s), and the healthcare
      provider(s) that prescribed the medication(s) (if applicable):

      _____
      _____

C.    Drinking History
      1.    Do you currently drink alcohol (beer, wine, whiskey, etc.)?  Yes _____  No ____
            If yes, how many drinks per day?  _____

      2.    Have you ever drunk alcohol (beer, wine, whiskey, etc.)?  Yes _____  No _____
            If yes, what was your greatest alcohol consumption over an extended (six (6) month or
            greater) period within the last ten (10) years:  _____ drinks per day
            When was this period?  _____ to _____

D.    Medical History:  Have you ever been diagnosed or treated for any of the following?

| Condition | Yes | No | Dates of Diagnosis/Treatment |
|---|---|---|---|
| Schizophrenia | | | |
| Bipolar Disorder | | | |
| Depression | | | |
| Any other mental illness or disease (If yes, please specify _____) | | | |
| Type I diabetes mellitus | | | |
| Type II diabetes mellitus or NIDDM | | | |
| Diabetes mellitus | | | |
| Gestational Diabetes | | | |
| Diabetic coma | | | |
| Diabetic ketoacidosis (DKA) | | | |
| Diabetic ketosis | | | |
| Glycosuria/glucosuria (sugar in your urine) | | | |
| Hyperglycemia (high blood sugar) | | | |
| Any other problems related to blood sugar, glucose, ketones, or insulin | | | |
| High Cholesterol/hyperlipidemia | | | |
| High triglycerides | | | |
| Obesity (overweight) | | | |
| Pancreatitis | | | |
| Neuroleptic Malignant Syndrome | | | |
| Tardive Dyskinesia or other movement disorder | | | |
| Extrapyramidal Symptoms (EPS) | | | |
| Hyperprolactinemia | | | |

E.    *Other than* those conditions that you believe were caused by your use of Seroquel®, do you
      currently suffer from any physical injuries, illnesses or disabilities?  Yes _____  No _____

If yes, please identify:

Injury, illness or disability: _____

Date(s) of onset: _____

Date(s) of diagnosis: _____

Physician by whom first treated: _____

Physician's address (if not otherwise provided): _____

## VIII.   MEDICATIONS

A.     Do you currently take, or have you taken, any of the following medications:

| Medication | Yes | No | If yes, dose and dates of usage |
|---|---|---|---|
| Abilify (Aripiprazole) | | | |
| Clozaril (Clozapine) | | | |
| Geodon (Ziprasidone) | | | |
| Haldol (Haloperidol) | | | |
| Navane (Thiothixine) | | | |
| Risperdal (Risperidone) | | | |
| Solian (Amisulpride) | | | |
| Stelazine (Trifluoperazine) | | | |
| Thorazine (Chlorpromazine) | | | |
| Trilafon/Triavil (Perphenazine) | | | |
| Zyprexa/Symbyax (Olanzapine) | | | |
| Any other psychiatric medication (If yes, please specify_____) | | | |

B.     Have you ever taken or used any illicit drugs or methadone?  Yes____  No_____
       If yes, please list drug(s) and period(s) of use:_____

## IX.   FAMILY MEDICAL HISTORY

A.     Please indicate whether your *parents, siblings, children or grandparents* have ever suffered from or treated for any of the following:

| Condition | Yes | No | If yes, identify the family member(s) |
|---|---|---|---|
| Obesity | | | |
| Diabetes | | | |
| Hyperglycemia | | | |
| Hypertension or high blood pressure | | | |
| Vascular problems or poor circulation | | | |
| Glucose Intolerance | | | |
| Glandular disease | | | |
| High cholesterol or triglycerides | | | |
| Alcoholism | | | |
| Any psychiatric disease or abnormality (If yes, please specify_____) | | | |

- 7 -

## X.   FACT WITNESSES

A.   Other than your healthcare providers, please identify all persons whom you believe possess information concerning your injury and/or other facts related to your claim:

| Name | Address and phone number | Type of information |
|------|--------------------------|---------------------|
|      |                          |                     |
|      |                          |                     |
|      |                          |                     |

B.   Have you obtained a statement, oral or written, from any person not a party to this action? Yes_____ No_____ (If yes, please attach a copy.)

## XI.   INSURANCE AND BENEFITS

A.   Has any insurance or other company (including Medicare/Medicaid) provided you with medical coverage or paid your medical bills at any time beginning ten (10) years prior to your prescription of Seroquel® through the present?   Yes _____ No_____
If yes, then identify the following as to each such company:

| Name of Company | Address and Phone Number | Policy Number |
|-----------------|--------------------------|---------------|
|                 |                          |               |
|                 |                          |               |
|                 |                          |               |

B.   Have you ever applied for worker's compensation, social security, state or federal disability benefits or any other form of disability claim?   Yes _____ No_____
If yes, then identify the following as to each application submitted:

| Agency | Date of Submission | Nature of Injury | Claim/Docket Number |
|--------|--------------------|------------------|---------------------|
|        |                    |                  |                     |
|        |                    |                  |                     |

- 8 -

## XII. PRIOR LEGAL ACTIONS

A. Have you ever been a party to a lawsuit, judicial proceeding or made a claim (other than in the present suit) whether civil, criminal or administrative? Yes_____ No_____
If yes, then identify the following as to each:

| Caption and Case No. | Date Filed | Nature of Action | Outcome | Your Lawyer's Name and Address |
|---|---|---|---|---|
| | | | | |
| | | | | |

B. Have you ever been convicted of, or pled guilty to, a misdemeanor or felony? Yes_____ No_____
If yes, describe the crime or offense, the state and county, and the outcome of the charge:

_____

_____

C. Are you a participant in any settlement relating to your use of Zyprexa? Yes_____ No_____

## XIII. DOCUMENTS

A. Please sign and attach to this Fact Sheet the authorizations for the release of records.

B. If completing this Fact Sheet on behalf of a deceased person, please attach the legal documentation establishing that you are the legal representative and the Decedent's death certificate and autopsy report (if applicable).

C. Please indicate whether you or your counsel have any of the following materials in your possession by placing a checkmark next to the word "yes" or "no." **If yes, attach a copy of any such documents. In responding, note that Seroquel® is quetiapine.**

   1. Medical records from any physician, hospital or healthcare provider for the ten (10) years prior to your first ingestion of Seroquel® to present. Yes_____ No _____

   2. Pharmacy records for the ten (10) years prior to your first ingestion of Seroquel® to present, including receipts, prescriptions or records of purchase. Yes_____ No_____

   3. Advertisements for Seroquel® or articles discussing Seroquel® which you reviewed before and during the time you took Seroquel®. Yes_____ No_____

   4. The packaging, including the box and label, for Seroquel® and any remaining medication (plaintiffs must retain the originals of the items requested). Yes_____ No_____

   5. Product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed with or provided to you in connection with your use of Seroquel®. Yes_____ No_____

6.      Documents that mention Seroquel®, or any alleged health risks or hazards related to Seroquel® in your possession at or before the time of the injury alleged in your complaint.  Yes_____ No_____

7.      Statements obtained from or given by any person having knowledge of facts relevant to the subject of this litigation.  Yes_____ No_____

8.      Documents that were provided to you by any of the defendants.  Yes_____ No_____

9.      Documents constituting any communications or correspondence between you and any representative of the defendants.  Yes_____ No_____

10.    Documents concerning any antipsychotic medications you have used or ingested, other than Seroquel®.  Yes_____ No_____

11.    Photographs, drawings, journals, slides, videos, DVDs or any other media relating to your alleged injury or your life after the incident.  Yes_____ No_____

12.    If you claim you have suffered a loss of earnings or earnings capacity, your federal tax returns for each of the last five (5) years.  Yes_____ No_____

13.    If you claim you have suffered a loss of earnings or earnings capacity, all employment records in your possession, including employment applications, performance evaluations, paychecks and pay stubs.  Yes_____ No_____

14.    If you claim any loss from medical expenses, copies of all bills from any physician, hospital, pharmacy or other healthcare provider.  Yes_____ No_____

15.    If you have been the claimant or subject of any worker's compensation, Social Security or other disability proceeding, all documents relating to such proceeding. Yes_____ No_____

16.    Copies of all pleadings, including but not limited to complaints, answers, answers to interrogatories, deposition notices, transcripts of depositions, settlement papers, releases, stipulations of dismissal and covenants not to sue, in any action for personal injuries by or on behalf of you at any time during your life.  Yes_____ No_____

17.    Journals, diaries, notes, letters, e-mails or other documents written by you or received by you which refer to your health or well-being, including any injuries or illnesses, or which refer to Seroquel®, or the risks or benefits of Seroquel®, or which refer to the use of any other antipsychotic medications.  Yes_____ No_____

18.    Print-outs of all websites or blogs which are maintained or created by you. Yes_____ No_____

19.    Print-outs of internet postings made by you which relate to your health or well-being, including any injuries or illnesses, or which refer to Seroquel®, or the risks or benefits of Seroquel®, or which refer to the use of any other antipsychotic medications. Yes_____ No_____

### ACKNOWLEDGEMENT

I declare under penalty of perjury that all of the information provided in this Plaintiff's Fact Sheet is true and correct to the best of my knowledge, information, and belief and that I have supplied all the documents requested in Part XIII of this Plaintiff's Fact Sheet, to the extent that such documents are in my possession or in the possession of my lawyers, and that I have signed, witnessed, and supplied the authorizations attached to this Verification.

Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

Date:_____        _____
                                                    Signature

- 11 -

<u>**AUTHORIZATION FOR RELEASE OF ALL RECORDS**</u>

**Patient Name:**                       _____
**Other name(s) used by Patient**       _____
**DOB:**                                _____
**Social Security Number:**             _____
**Case Name:**                          _____

**PROVIDER NAME**:     _____
**PROVIDER ADDRESS:**  _____

    I hereby authorize all health care providers, physicians, hospitals, clinics and institutions, medical facilities, mental health clinics, mental health hospitals, pharmacies, educational facilities, former and present employers, insurance providers, including Medicare and Medicaid, Social Security Administration Disability Determination Services, and Department of Workers' Claims, to release all existing medical records and information, relating to the medical care, treatment, physical/mental condition, and documentation of medical expenses revealed by your observation or treatment past, present and future, including records generated by third parties, as well as all educational and employment records regarding Patient to:

        _____
        _____
        _____

        and to
        Sidley Austin LLP
        One South Dearborn Street
        Chicago, Illinois 60603

        and to Representatives of AstraZeneca

    I understand that this authorization includes but is not limited to information regarding the diagnosis and treatment of drug, alcohol, Acquired Immune Deficiency Syndrome (AIDS), and psychiatric and psychological disorders including Psychotherapy Notes[1] as defined by the Health Insurance Portability and Accountability Act 45 CFR 164.50. It also includes x-ray reports, laboratory reports, CT scans reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, fetal monitor strips, discharge summaries, photographs, surgery consent forms, inform consent forms regarding family planning, admission and discharge records, operation records, doctor and nurses notes, prescriptions, medical bills, invoices, histories, diagnoses, home health records, diabetic flow sheets, electronic and digital records, psychiatric treatment and counseling records, psychological treatment and counseling records, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records

---

[1] Psychotherapy notes means notes recorded (in any medium) by a health care provider who is a mental health professional (including social workers) documenting or analyzing the contents of conversation during a private counseling session or a group, joint, or family counseling session and that are separated from the rest of the individual's record.

currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other document or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc). It also includes my complete employment personnel file, including attendance reports, performance reports, W-4 forms, W-2 forms, medical reports and/or any and all other records relating to my employment, past and present, and all educational records, including courses taken, degrees obtained, and attendance records. This listing is not meant to be exclusive.

I, the undersigned individual am on notice that:

- This request for disclosure of protected health information, and any disclosure of the same pursuant hereto is at the request of the individual.
- Any health care provider disclosing the above requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.
- This authorization can be revoked through written notice to the individual above listed entities, except to the extent that action has been taken in reliance on this authorization. The undersigned is aware of the potential that protected health information disclosed pursuant to this authorization is subject to re-disclosure in a manner that will not be protected by HIPAA regulations.
- A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the above-referenced case or five (5) years from the date of this authorization, whichever comes later.

I have carefully read and understand the above, and do herein expressly and voluntarily authorize the disclosure of the above information about, or medical records of, my condition to those persons or agencies listed above.

Date: _____

_____
(Signature) Patient or Patient Representative

_____
Printed Name of Patient's Representative (if applicable)

_____
Description of Representative's authority to act for patient /relationship to patient (if applicable)

Address:
[Plaintiff's name and address]

_____
_____
_____

**This authorization is designed to be in compliance with the Health Insurance Portability and Accountability Act ("HIPAA") 45 CFR Parts 160 and 164.**

Exhibit B

## Mizgala, James W.

| | |
|---|---|
| **From:** | Pennock, Paul [PPennock@weitzlux.com] |
| **Sent:** | Tuesday, September 19, 2006 6:04 PM |
| **To:** | Mizgala, James W. |
| **Subject:** | Fact Sheets |

**Attachments:** Initial Fact Sheet page.wpd; Plaintiff's Pre-Deposition Fact Sheet 09_18_06 updated.doc

James,

Here's what we are proposing.  We will get the Initial Fact Sheet to you by Nov 6 (substantial compliance) and otherwise within 60 days of filing.  This will come with the primary medical record authorizations and pharmacy authorizations.  The more extensive fact sheet must be served at least 90 days prior to the plaintiffs' deposition being conducted.

Let us know what you think.  I will tell you that, from this side, we feel that the Initial Fact Sheet is enough and we only offer the second, pre-deposition, fact sheet in a good faith effort to reach agreement with you.

Plaintiff's Name: _____
Docket Number: _____

## IN RE:  SEROQUEL PRODUCT LIABILITY LITIGATION
## MDL DOCKET NO. 1769

### INITIAL PLAINTIFF'S FACT SHEET
**(To be served within 60 days of filing of complaint.)**

| | |
|---|---|
| Claimant's Full Name: (The person prescribed Seroquel) | |
| Name, address and relationship of personal representative (if filing on behalf of someone else that took Seroquel): | |
| Claimant's Social Security #: | |
| Claimant's Gender: | Male \_\_\_        Female \_\_\_ |
| Claimant's Date of Birth: | |
| Claimant's Address: | |
| Attorney Representing: | |
| Seroquel usage dates: | |
| Reason(s) for Prescription: | |
| Name and address of prescribing physician(s): | |
| Name and address of pharmacy where prescriptions filled: | |
| Principal injury or injuries for which claim is asserted: | |
| Date(s) of principal injury or injuries: | |
| Name and address of physician or facility that diagnosed principal injury or injuries: | |

**PLAINTIFF'S NAME:** _____

**DOCKET NUMBER:** _____

## IN RE:  SEROQUEL PRODUCT LIABILITY LITIGATION
### MDL DOCKET NO. 1769

### PRE-DEPOSITION PLAINTIFF'S FACT SHEET

#### (To be served at least 90 days prior to Plaintiff's deposition.)

Each Plaintiff who used Seroquel must complete this Fact Sheet.  In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can.

If you are completing the form for someone who has died or who cannot complete the Fact Sheet him/herself, please answer as completely as you can for that person.  You may attach as many sheets of paper as necessary to answer these questions.


I.   If you are completing this Fact Sheet in a representative capacity (on behalf of the estate of a deceased person or a minor), please state:

   1.   Your name:_____

   2.   Address:_____

   3.   In what capacity are you representing the person?_____

   4.   If a court appointed you to act on behalf of the estate of the deceased person or minor, state the court and date of appointment:_____
   _____

   5.   Your relationship to deceased or represented person:_____

   6.   If you represent a decedent's estate, state the date of decedent's death:____
   _____

   **The remainder of this Fact Sheet requests information about the person who used Seroquel.  If you are completing this Fact Sheet for someone else, please assume that "you" means the person who used Seroquel.**

II.  **Personal Information**

A.   Name:_____

B.   Maiden name or other names used or by which you have been known, and the
     dates used:_____
     _____

C.   Current Address:_____

D.   Date and city of birth:_____

E.   Sex:   Male _____        Female _____

F.   Ethnicity: Caucasian (white) _____   Hispanic _____      Black _____

     Native American ____      Asian _____    Other (please specify) _____

G.   Marital Status:_____

H.   If applicable, name of current spouse and date of marriage:_____
     _____

I.   Number of children, if applicable: _____

J.   Are you making a claim for lost wages or lost earning capacity? ___ Yes ___ No

     If yes, current or last employer:

     Name:_____
     Address:_____
     Dates Employed:_____
     Full-time or Part-time:_____

     If yes, please complete the attached employment authorization.

K.   If you are making a claim for lost income or earning capacity, did you attend
     school beyond high school? ___ Yes ___ No

If "yes," please complete the following for each school that you attended after high school:

| Name of School | Address | Dates of Attendance | Degree Awarded | Major or primary field |
|---|---|---|---|---|
| | | | | |
| | | | | |

L.  Has any insurance or other company provided medical coverage to you or paid medical bills on your behalf since you began taking Seroquel? ___ Yes ___ No

   If "yes," please complete the following:

| Name of Company | Address |
|---|---|
| | |
| | |
| | |

M.  Have you applied for workers' compensation, social security, or state or federal Disability benefits since you began taking Seroquel? ___ Yes ___ No

   If "yes," please complete the following for each application.

1. Date (or year) of application:_____
2. Agency or company you submitted your application (e.g., Pennsylvania Division of Social Security) and the type of benefits sought:_____

3. Name and address of any lawyer that assisted you with your claim:_____
   _____

III.  **Your Mental Health Care Providers**

A.  Please provide the following information for each psychiatrist, psychologist, counselor, other professional, clinic or healthcare provider that you have seen since you began taking Seroquel?

1. Name:_____
   Specialty, if any:_____
   Address:_____
   Reason(s) for visit(s):_____
   _____

2. Name:_____
   Specialty, if any:_____
   Address:_____

Reason(s) for visit(s):_____

_____

3.    Name:_____

Specialty, if any:_____

Address:_____

Reason(s) for visit(s):_____

_____

4.    Name:_____

Specialty, if any:_____

Address:_____

Reason(s) for visit(s):_____

_____

## IV.    **Health Care Providers**

A.    Please provide the following information for each other doctor, clinic or healthcare provider that you have seen or who has treated you in the prior ten (10) years?  (Whose names have not yet been provided.)  (Attached separate pages as needed.)

1.    Name:_____

Specialty:_____

Address:_____

Years of treatment:_____

2.    Name:_____

Specialty:_____

Address:_____

Years of treatment:_____

## V.    **Your Medical Background**

A.    Height:_____

B.    Current Weight:_____

C.    Hospitalizations

Please provide the following information for each hospitalization that you have had during the last ten (10) years.

1.    Name of hospital:_____

Address:_____

Reason(s) for hospitalization(s):_____

2.      Name of hospital:_____

        Address:_____

        Reason(s) for hospitalization(s):_____

3.      Name of hospital:_____

        Address:_____

        Reason(s) for hospitalization(s):_____


**[ATTACH ADDITIONAL PAGES, IF NECESSARY]**

E.      Before taking Seroquel did you ever have any of the following conditions:

| Condition | Yes | No | Unsure |
|---|---|---|---|
| Diabetes | | | |
| Diabetic coma | | | |
| Diabetic ketoacidosis (DKA) | | | |
| Diabetic ketosis | | | |
| Gestational diabetes (diabetes during pregnancy) | | | |
| Glycosuria/glucosuria (sugar in your urine) | | | |
| Hyperglycemia (high blood sugar) | | | |
| Hyperglycemic hyperosmolar nonketotic syndrome (HHNS) | | | |
| Hyperinsulinism (excessive amount of insulin) | | | |
| Hypoglycemia (low blood sugar) | | | |
| Impaired glucose tolerance (IGT) | | | |
| Insulin resistance | | | |
| Ketonemia (ketone bodies in your blood) | | | |
| Keonuria (ketone bodies in your urine) | | | |
| Lactic acidosis | | | |
| Metabolic acidosis | | | |
| Metabolic syndrome | | | |
| Mumps | | | |
| Pancreatitis | | | |
| Viral Hepatitis | | | |
| Blurred vision | | | |
| Polydipsia (excessive thirst) | | | |
| Polyphagia (excessive hunger or appetite) | | | |
| Polyuria (excessive output of urine) | | | |
| Biliary tract disease (gallstones) | | | |
| Weight loss | | | |
| Abnormal cholesterol | | | |
| Elevated triglycerides | | | |
| Hypertension (high blood pressure) | | | |
| Cerebrovascular disease | | | |
| Ischemic heart disease (decreased blood supply to the heart muscle) | | | |
| Obesity (overweight) | | | |
| Polycystic ovary syndrome | | | |

If you responded "yes" to any of the above, please complete the following information for each condition:

a.   Condition and date of diagnosis:_____
     Name of diagnosing doctor or facility where diagnosed: _____
     _____
     _____

b.   Condition and date of diagnosis:_____
     Name of diagnosing doctor or facility where diagnosed: _____
     _____
     _____

c.   Condition and date of diagnosis:_____
     Name of diagnosing doctor or facility where diagnosed: _____
     _____
     _____

## [ATTACH ADDITIONAL PAGES, IF NECESSARY]

VI.   **Seroquel Use**

A.    How did you get Seroquel:

      1.   Prescription _____
      2.   Free Samples _____
      3.   In patient hospitalization _____
      4.   Other _____

| Dates of use of Seroquel | Dosage | Prescribed or dispensed by (name and address) | Dispensing pharmacy, physician or hospital (name and addresses) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

B.    Were you given any written instructions, including any prescriptions, packaging, or dosing instructions with your use of Seroquel?

      _____ Yes      _____ No      _____ I don't recall

      1.   If "yes" who gave you the instructions?_____
           _____

- 7 -

C.      Were you ever given any oral instructions regarding your use of Seroquel?

        _____ Yes      _____ No      _____ I don't recall

      1.     If "yes" who gave you the instructions?_____
            _____

## VII.   **Physical Injuries, Illness and Damages**

A.      If you are making a claim for physical injuries or illness from taking Seroquel, please describe the following:

      1.     Nature of physical injuries or illness:_____
            _____

      2.     Whether those injuries or illnesses are continuing:_____
            _____
            _____

            Did you see a doctor, clinic or other healthcare provider for the physical injuries or illness listed above?

            _____ Yes      _____ No      _____ I don't know

            If "yes," please complete the following for each healthcare provider:

            a.     Name:_____
            b.     Address:_____
            c.     Approximate dates of consultation:_____

B.      Have you had any discussions with any doctor or other healthcare provider about whether Seroquel contributed to your physical injuries or illness?

      _____ Yes      _____ No

      If "yes," provide the doctor's or healthcare provider's name and address and the date of that discussion:_____
      _____
      _____

C.      If you are making claims for out-of-pocket expenses as a result of taking Seroquel, please complete the following:

      1.     For what:_____
      2.     Amount of fees or expenses:_____

VIII.   **Separate Psychological or Psychiatric Injuries**

A.     If you are making a claim for psychological or psychiatric injuries (other than a claim for general emotional distress and mental anguish) from your use of Seroquel, please provide the following information:

Nature of the injury or illness:_____

_____

B.     Only if you have seen a doctor, clinic, hospital or any other healthcare provider for treatment of any mental, emotional, psychological or psychiatric injury or illness that you claim was caused by your use of Seroquel, please provide the following information:

1.     Name:_____

2.     Address:_____

3.     Approximate dates of consultation:_____

C.     Have you had any discussions with any doctor or other healthcare provider about whether Seroquel contributed to your psychiatric injuries or illness?

_____ Yes      _____ No

If "yes," please provide the doctor's or healthcare provider's name and address, and the date of that discussion._____

_____

IX.   **Family History**

A.     To the best of your knowledge have any of your grandparents, parents, brothers or sisters, or children had any condition, disease or illness associated with their blood sugar levels, such as hyperglycemia or diabetes?

_____ Yes      _____ No      _____ I don't know

B.     If "yes," please complete the following:

Relationship to you:_____
Type of health problem:_____

Relationship to you:_____
Type of health problem:_____

Relationship to you:_____
Type of health problem:_____

X.    **Declaration**

       I declare under penalty of perjury that all of the information provided in this Pre-Deposition Plaintiff's Fact Sheet is true and correct to the best of my knowledge, information and belief.

       Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

_____          _____

Dated                                                Signature

Exhibit C

## Mizgala, James W.

| | |
|---|---|
| **From:** | Mizgala, James W. |
| **Sent:** | Thursday, September 21, 2006 3:53 PM |
| **To:** | 'Pennock, Paul' |
| **Cc:** | mdavis@sidley.com |
| **Subject:** | RE: Fact Sheets |

Paul, I have conferred with Davis, and as we have said from the start we are certainly
willing to work with you.  We, however, disagree that our proposed fact sheet is
"extensive" or seeks useless information, and you know this, Paul.  In fact, if you
compare our proposed Fact Sheet with what you have seen in other MDLs (such as Zyprexa and
Baycol), you will see we have worked hard to make it far shorter and far more focused to
provide the essential information we need to collect records and defend these cases -- the
minimal information your proposed initial Fact Sheet would provide simply would not allow
that.  Moreover, our proposed Fact Sheet is not that different in length or scope than the
second one which plaintiffs proposed.  Therefore, as what this really appears to be is a
matter of timing (BTW, you may recall in Baycol that a far more extensive fact sheet had
to be produced within 45 days of the filing of a complaint in the District of Minnesota),
what would you propose as a timeline for production, understanding that we likely would
want to draw a distinction between those cases already in the MDL and those cases that may
be filed in the future.

-----Original Message-----
From: Pennock, Paul [mailto:PPennock@weitzlux.com]
Sent: Thursday, September 21, 2006 9:57 AM
To: Mizgala, James W.
Subject: Re: Fact Sheets

James,
We can't get your fact sheet done in the time frames you propose and you know that.   As
we've seen time and again, unrealistic time frames for extensive rogs in mass torts simply
increases aggravation, transaction costs and the need for constant judicial intervention.
Yet, the vast majority of the information you receive isn't even looked at much evaluated.
Our proposal ensures that in probably more than 95 per cent of the cases, you have the
info you really need and IF the case begins to move you'll have what you need then.
Please reconsider.  As far as the Master Complaint, the very short time frame has not
allowed for us to give it to you for comment as hoped.  However, while we have to file it
today, we are willing to agree to modify our proposed complaint if there's something you
think is needed and we agree.

-----Original Message-----
From: Pennock, Paul [mailto:PPennock@weitzlux.com]
Sent: Thursday, September 21, 2006 9:57 AM
To: Mizgala, James W.
Subject: Re: Fact Sheets

James,
We can't get your fact sheet done in the time frames you propose and you know that.   As
we've seen time and again, unrealistic time frames for extensive rogs in mass torts simply
increases aggravation, transaction costs and the need for constant judicial intervention.
Yet, the vast majority of the information you receive isn't even looked at much evaluated.
Our proposal ensures that in probably more than 95 per cent of the cases, you have the
info you really need and IF the case begins to move you'll have what you need then.
Please reconsider.  As far as the Master Complaint, the very short time frame has not
allowed for us to give it to you for comment as hoped.  However, while we have to file it
today, we are willing to agree to modify our proposed complaint if there's something you
think is needed and we agree.

-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----

1

From: Mizgala, James W.
To: Pennock, Paul
Sent: Thu Sep 21 09:40:39 2006
Subject: RE: Fact Sheets

Paul, plaintiffs' proposed approach is unacceptable.  AstraZeneca's proposed Fact Sheet
(which I previously forwarded and attach again for your convenience) is short and focused
and seeks information that we must have (and plaintiffs' counsel should have) at the
outset of this litigation.  Please reconsider your position on our proposed Fact Sheet.

Further, we have yet to see plaintiffs' set of Master Allegations (our proposed
implementing pretrial order is attached).  When can we expect them?

Thanks.

_____

        From: Pennock, Paul [mailto:PPennock@weitzlux.com]
        Sent: Tuesday, September 19, 2006 6:04 PM
        To: Mizgala, James W.
        Subject: Fact Sheets


        James,

        Here's what we are proposing.  We will get the Initial Fact Sheet to you by Nov 6
(substantial compliance) and otherwise within 60 days of filing.  This will come with the
primary medical record authorizations and pharmacy authorizations.  The more extensive
fact sheet must be served at least 90 days prior to the plaintiffs' deposition being
conducted.

        Let us know what you think.  I will tell you that, from this side, we feel that the
Initial Fact Sheet is enough and we only offer the second, pre-deposition, fact sheet in a
good faith effort to reach agreement with you.

Sidley Austin LLP mail server made the following annotations on 09/21/06, 08:39:32:
------------------------------------------------------------------------------------
-----------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform
you
that, unless expressly stated otherwise, any U.S. federal tax advice contained in this
communication, including attachments, was not intended or written to be used, and cannot
be
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on
such
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or
referred
to by other parties in promoting, marketing or recommending any partnership or other
entity,
investment plan or arrangement, then (i) the advice should be construed as written in
connection
with the promotion or marketing by others of the transaction(s) or matter(s) addressed in
this
communication and (ii) the taxpayer should seek advice based on the taxpayer's particular
circumstances from an independent tax advisor.

**********************************************************************************
**********
This e-mail is sent by a law firm and may contain information that is privileged or
confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and
notify us
immediately.

**********************************************************************************
**********

```
*** eSafe scanned this email for malicious content ***
*** IMPORTANT: Do not open attachments from unrecognized senders  ***
```

Exhibit D

**Mizgala, James W.**

| | |
|---|---|
| **From:** | Mizgala, James W. |
| **Sent:** | Friday, October 13, 2006 4:28 PM |
| **To:** | 'Pennock, Paul' |
| **Cc:** | Kelber, Tamar B.; Davis, Michael W. |
| **Subject:** | RE: Seroquel MDL |

Paul, you and I are saying exactly the same thing -- plaintiffs could agree to the use of AZ's proposed PFS and authorization, but were concerned about the timing of production. You may recall that that was the very issue we identified on September 21 when we also expressed our willingness to work with you. And, that's exactly what we've been talking about ever since -- timing of production, not the use of plaintiffs' two-step proposal. Moreover, until today you never told us that you would be providing comments on our proposed PFS, or that you unilaterally planned to implement your two-step mode of production.

As for your notice to the Court, you previously stated in an email dated September 27, 2006 that you assumed "we'll agree on the wording of a Notice of Status that we will file with the Magistrate." Because no such opportunity was provided, we will be filing our own.

-----Original Message-----
From: Pennock, Paul [mailto:PPennock@weitzlux.com]
Sent: Friday, October 13, 2006 3:40 PM
To: Mizgala, James W.
Cc: Kelber, Tamar B.; Davis, Michael W.
Subject: Re: Seroquel MDL

James,
As you know, we were in discussions on the issues. There are things important to us and things important to you. In the context of trying to reach agreement, I said that we would accept your fact sheet and authorizations on all cases (not our fact sheet and the pre depo sheet) but we needed our time table. You declined that offer. I then listened to your offer and declined that. I then counter offered and you declined that. You then counter countered and I declined that. Your a good and experienced lawyer. You understand that when things are being discussed there is a willingness to give and take with certain priorities in mind. So, to assert that we have already agreed to your fact sheet on all cases is not only absurd, it's very poor form. The bottom line, in any event, is that I am trying to reach agreement with you. As you note, weeks ago I made a proposal that I think you should have jumped at. Now we're heading backwards. I will shortly send you the issues we have with the fact sheet and you will see that, despite your unwillingness to agree to a reasonable time frame, we have not backed up very much. Btw, I think our notice to the court was very even handed and it was so, at my instance.

--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Mizgala, James W.
To: Pennock, Paul
CC: tkelber@Sidley.com; mdavis@sidley.com
Sent: Fri Oct 13 16:28:34 2006
Subject: RE: Seroquel MDL

Paul, almost two weeks ago, you told Tamar and me that plaintiffs could agree to the use of AZ's proposed PFS and authorization, but that you were concerned about the timing of production. In fact, since that time we have not discussed the form of the PFS, but possible timing of production and a potential process for dismissal of delinquent plaintiffs. Today is the first time you have ever mentioned that plaintiffs would be producing anything different by November 7. Unfortunately, your approach ignores the Court's mandate for an agreed upon PFS and appears to be an attempt to force upon us a proposal that we told you was unacceptable almost three weeks ago. As we discussed, I

1

contacted Magistrate Judge Baker's chambers earlier today and am awaiting a response.

-----Original Message-----
From: Pennock, Paul [mailto:PPennock@weitzlux.com]
Sent: Friday, October 13, 2006 11:16 AM
To: Mizgala, James W.
Subject: RE: Seroquel MDL

Btw, due to your efforts (and mine!) you'll be getting on hundreds, perhaps closer to 2000 cases, of authorizations in your format, blank, with crucial information w/in 60 days of the first MDL conference.  I don't know how anyone can describe that as anything but an explempary situation, let alone a "sand bag" "stall"!!

_____

From: Mizgala, James W. [mailto:jmizgala@Sidley.com]
Sent: Wed 10/11/2006 2:46 PM
To: Pennock, Paul
Cc: Kelber, Tamar B.
Subject: Re: Seroquel MDL


Sorry I missed your earlier call.  I was on a plane.  When your dep is done, please try to reach me (312.543.7166) or Tamar (312.543.9684). Thanks.
James W. Mizgala, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603
(312) 853-7081
(312) 853-7036 FAX

-----Original Message-----
From: Pennock, Paul <PPennock@weitzlux.com>
To: Mizgala, James W. <jmizgala@Sidley.com>
CC: Kelber, Tamar B. <tkelber@Sidley.com>
Sent: Wed Oct 11 08:19:49 2006
Subject: Re: Seroquel MDL

I have a prescriber dep at 1 and a 3 hour ride to get there.  It should be done by 4.

-------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Mizgala, James W.
To: Pennock, Paul
CC: Kelber, Tamar B.
Sent: Wed Oct 11 05:20:43 2006
Subject: RE: Seroquel MDL

We called at 3:00 pm EDT and didn't leave a voicemail because, as stated below, we spoke directly to your colleague, who said he would deliver the message.  In any event, do you have nothing before 4:00 pm EDT today?  I don't think this is going to take more then 5 to 10 minutes at this point.

_____

          From: Pennock, Paul [mailto:PPennock@weitzlux.com]
          Sent: Tuesday, October 10, 2006 6:26 PM
          To: Mizgala, James W.
          Cc: Kelber, Tamar B.
          Subject: RE: Seroquel MDL

James,

I did not receive any voice mail message from you today, or I would have called you back.  Also, I have tried to connect with you several times and you too were unavailable.  Regardless, I'm leaving the office momentarily but can speak to you at 830ET after I get home.  Alternatively, I can speak to you around 4 or 5 ET tomorrow, following a depo.

Please call my direct line whenever you are trying to reach me - 212 558 5504.  If it's urgent, you can press 0 and ask for my secretary Laurie Schulz and she will track me down if possible.  I was in a meeting between 245 and 4 today; perhaps that is when you called?

                    -----Original Message-----
                    From: Mizgala, James W. [mailto:jmizgala@Sidley.com]
                    Sent: Tuesday, October 10, 2006 7:20 PM
                    To: Pennock, Paul
                    Cc: Kelber, Tamar B.
                    Subject: Seroquel MDL


               Paul, Tamar and I tried to contact you earlier today after speaking with
Mike Pederson, but he told us you were in a meeting.  He did tell us that he would tell
you call us back; however, we did not hear from you.  We will try one more time to reach
you tomorrow in an effort to reach a consensus on the PFS.  If that does not happen, we
will have no choice but to contact Magistrate Judge Baker for guidance, especially given
plaintiffs' November 7 deadline for production of PFSs.

                    James W. Mizgala, Esq.
                    Sidley Austin LLP
                    One South Dearborn Street
                    Chicago, IL  60603
                    (312) 853-7081
                    (312) 853-7036 FAX


                         Sidley Austin LLP mail server made the following
annotations on 10/10/06, 18:18:11:

----------------------------------------------------------------------------------------
-----------
               IRS Circular 230 Disclosure: To comply with certain U.S. Treasury
regulations, we inform you
                    that, unless expressly stated otherwise, any U.S. federal tax advice
contained in this
                    communication, including attachments, was not intended or written to be
used, and cannot be
                    used, by any taxpayer for the purpose of avoiding any penalties that may
be imposed on such
                    taxpayer by the Internal Revenue Service.  In addition, if any such tax
advice is used or referred
                    to by other parties in promoting, marketing or recommending any
partnership or other entity,
                    investment plan or arrangement, then (i) the advice should be construed as
written in connection
                    with the promotion or marketing by others of the transaction(s) or
matter(s) addressed in this
                    communication and (ii) the taxpayer should seek advice based on the
taxpayer's particular
                    circumstances from an independent tax advisor.


****************************************************************************************
**********
               This e-mail is sent by a law firm and may contain information that is

3

privileged or confidential.
        If you are not the intended recipient, please delete the e-mail and any
attachments and notify us
        immediately.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*


        Sidley Austin LLP mail server made the following annotations on 10/11/06,
04:19:22:
------------------------------------------------------------------------------------
-----------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform
you
that, unless expressly stated otherwise, any U.S. federal tax advice contained in this
communication, including attachments, was not intended or written to be used, and cannot
be
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on
such
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or
referred
to by other parties in promoting, marketing or recommending any partnership or other
entity,
investment plan or arrangement, then (i) the advice should be construed as written in
connection
with the promotion or marketing by others of the transaction(s) or matter(s) addressed in
this
communication and (ii) the taxpayer should seek advice based on the taxpayer's particular
circumstances from an independent tax advisor.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*
This e-mail is sent by a law firm and may contain information that is privileged or
confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and
notify us
immediately.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*


Sidley Austin LLP mail server made the following annotations on 10/11/06, 13:44:50:
------------------------------------------------------------------------------------
-----------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform
you
that, unless expressly stated otherwise, any U.S. federal tax advice contained in this
communication, including attachments, was not intended or written to be used, and cannot
be
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on
such
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or
referred
to by other parties in promoting, marketing or recommending any partnership or other
entity,
investment plan or arrangement, then (i) the advice should be construed as written in
connection
with the promotion or marketing by others of the transaction(s) or matter(s) addressed in
this
communication and (ii) the taxpayer should seek advice based on the taxpayer's particular
circumstances from an independent tax advisor.

*****************************************************************************************
**********
This e-mail is sent by a law firm and may contain information that is privileged or
confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and
notify us
immediately.


*****************************************************************************************
**********


Sidley Austin LLP mail server made the following annotations on 10/13/06, 15:28:39:
----------------------------------------------------------------------------------------
-----------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform
you
that, unless expressly stated otherwise, any U.S. federal tax advice contained in this
communication, including attachments, was not intended or written to be used, and cannot
be
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on
such
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or
referred
to by other parties in promoting, marketing or recommending any partnership or other
entity,
investment plan or arrangement, then (i) the advice should be construed as written in
connection
with the promotion or marketing by others of the transaction(s) or matter(s) addressed in
this
communication and (ii) the taxpayer should seek advice based on the taxpayer's particular
circumstances from an independent tax advisor.

*****************************************************************************************
**********
This e-mail is sent by a law firm and may contain information that is privileged or
confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and
notify us
immediately.

*****************************************************************************************
**********