A CERTIFIED TRUE COPY
OCT 12 2006
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 26 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1769

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

FILED
10-16-06      12:26pm
Date          Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

### CONDITIONAL TRANSFER ORDER (CTO-10)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2006). Since that time, 79 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

OCT 12 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-10 - TAG-ALONG ACTIONS
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **DISTRICT OF COLUMBIA** | |
| DC  1  06-967 | Freda Elam v. AstraZeneca Pharmaceuticals, LP |
| **NEW YORK SOUTHERN** | |
| NYS  1  06-6485 | Michael Pulliam v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS  1  06-6486 | Ernestine Roberson v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS  1  06-6487 | Joan Ladd v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS  1  06-6488 | George Jefferson, Jr. v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS  1  06-6489 | Bettie Edwards v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS  1  06-6490 | Barbara Archer v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS  1  06-6491 | Vivian Collins v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS  1  06-6492 | Karen Knapp v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS  1  06-6493 | Elizabeth Moore v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS  1  06-6579 | Karlene Harris, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS  1  06-6580 | Evelyn Hughes, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS  1  06-6581 | Debra Carroll, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS  1  06-6582 | Marilyn Gore, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS  1  06-6583 | Reisha Hudson, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS  1  06-6584 | Alex Jones, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS  1  06-6585 | Priscilla Mincheine, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| **TEXAS NORTHERN** | |
| TXN  3  06-1585 | Rosalind Ross, et al. v. AstraZeneca Pharmaceuticals, LP |

INVOLVED COUNSEL LIST (CTO-10)
DOCKET NO. 1769
IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

Keith M. Jensen
Jensen, Belew & Gonzalez, PLLC
1024 North Main Street
Fort Worth, TX 76106

Michael J. Miller
Miller & Associates
105 North Alfred Street
Alexandria, VA 22314-3010

Michael Edward Pederson
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038-4925

Rebecca K. Wood
Sidley, Austin, LLP
1501 K Street, N.W.
Suite 800
Washington, DC 20005-1401

# INVOLVED JUDGES LIST (CTO-10)
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

Hon. Harold Baer, Jr.
Senior U.S. District Judge
2230 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Richard M. Berman
U.S. District Judge
650 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. P. Kevin Castel
U.S. District Judge
2260 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Denny Chin
U.S. District Judge
1020 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Denise Cote
U.S. District Judge
1040 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. David C. Godbey
U.S. District Judge
United States District Court
1358 Earle Cabell Federal Bldg. & U.S. Cthse.
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Richard J. Holwell
U.S. District Judge
1950 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Lewis A. Kaplan
U.S. District Judge
1310 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Kenneth M. Karas
U.S. District Judge
920 Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Hon. Henry H. Kennedy, Jr.
U.S. District Judge
6903 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Hon. John G. Koeltl
U.S. District Judge
1030 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Shirley Wohl Kram
Senior U.S. District Judge
760 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Loretta A. Preska
U.S. District Judge
1320 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. John E. Sprizzo
Senior U.S. District Judge
730 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1501

Hon. Sidney H. Stein
U.S. District Judge
1010 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Laura Taylor Swain
U.S. District Judge
1205 Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, NY 10007-1501