# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

                                       **Case No.  6:06-md-1769-Orl-22DAB**

_____/

## NOTICE OF HEARING

This cause came on for consideration of the parties Notices regarding the status of the Plaintiffs' Fact Sheet.  *See* Doc. Nos. 44, 45.

**TAKE NOTICE** that a **Telephonic Status Conference** will be held before the undersigned on **WEDNESDAY**, **OCTOBER 25, 2006** at **10:30 P.M.** in Courtroom #6, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida.  **Counsel and any party to this case wishing to participate in this hearing by telephone conference call MUST call Chambers to make advance arrangements at least forty-eight hours prior to the hearing at telephone number (407) 835-4290.**

**DONE** and **ORDERED** in Orlando, Florida on October 19, 2006.

                                                    *David A. Baker*
                                                DAVID A. BAKER
                                    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Any Unrepresented Party

**PLEASE NOTE**:  **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.