**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:  Seroquel Products                    Case No. 6:06-md-1769-Orl-22DAB
        Liability Litigation                                     (ALL CASES)

_____/

## MDL PLAINTIFFS' PARTIALLY AGREED TO MOTION AND COMBINED MEMORANDUM TO CONTINUE TELEPHONIC HEARING ON OCTOBER 25, 2006

The MDL Plaintiffs, by and through their undersigned liaison counsel, hereby files this Partially Agreed to Motion and Combined Memorandum, pursuant to M.D.L.R. 3.01(a), requesting a Continuance and Rescheduling of the Telephonic Hearing set for October 25, 2006, and in support of this Motion the following would be stated.

1. On October 19, 2006 the Court entered a Notice scheduling a telephonic hearing for October 25, 2006 at 10:30 A.M. (Dkt. 48)  This telephonic hearing related to the Notices of Status Reports concerning the Plaintiffs' Fact Sheets that have been filed respectively by both the MDL Plaintiffs and the Defendants.  (Dkt. 44, 45)  Presently, by Order dated September 11, 2006 the Court has scheduled a Discovery Conference for November 6, 2006 at 1:30 P.M. (Dkt. 30), approximately eight (8) business days later.

2. The basis for this Motion is that the primary MDL lead counsel, most particularly Paul Pennock, is not available for the October 25th telephone hearing.  He is scheduled to be in Minnesota taking a multi-day deposition of the Chief Medical Officer for Guidant.  The other principal attorneys taking the lead on behalf of the MDL Plaintiffs, including Scott Allen, Camp Bailey, Larry Gornick and Matt Lundy, are also not available.  Principally, Mr. Pennock, as the

1

Court knows, has been the primary counsel negotiating a resolution to the ultimate Fact Sheet issue with counsel for the Defendants, Mr. Mizgala.  As the Court also knows the MDL Plaintiffs are already moving forward completing a Fact Sheet containing information relevant for the Defendants prior to the November 6th hearing.  This issue concerning a second Fact Sheet deals with the overall scope of any additional background and medical information to be provided, and most importantly a reasonable time frame in which it can be completed.  That is the substance, as liaison counsel understands it, of the negotiations between counsel for the Defendants and Mr. Pennock.  It is crticial that Mr. Pennock, the lead counsel for the MDL Plaintiffs, be available to participate in any Court conference.

3.  Pursuant to M.D.L.R. 3.01(g) an attempt was made to work out this scheduling confict with Defendants' counsel.  Mr. Davis, counsel for Defendants, was agreeable to a continuance of the October 25th telephonic hearing, but only until and no later than October 31st when Mr. Pennock and other Plaintiffs' counsel will be at his Chicago office of Sidley & Austin for a Meet and Confer on the Fact Sheet issue, among other things.

4.  If the Court is able to continue the telephonic hearing date to October 31st, it is respectfully requested that it be made as late in the Court's schedule as possible that day to allow the attorneys time to resolve the differences before reporting to this Court.  Although, based upon MDL Plaintiffs' assessment, but not speaking also on behalf of Defendants, if the Court is unavailable on the 31st after the Meet and Confer on the Fact Sheet issue, among other things, this status can otherwise be addressed four (4) working days later at the November 6, 2006 Discovery Conference Plaintiffs submit, without any prejudice to any parties.  That is only in the

event an agreement is not reach on October 31, 2006.  Defendants believe this issue should be discussed before November 6th.

WHEREFORE, the MDL Plaintiffs would respectfully request the Court to continue the October 25th telephonic hearing until as late on October 31, 2006 as possible, perhaps 3:00 P.M.-4:00 P.M., E.S.T., if that date is available to the Court.

RESPECTFULLY SUBMITTED this 20th day of October, 2006.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of October, 2006, I electronically filed the foregoing **MDL Plaintiffs' Partially Agreed To Motion and Combined Memorandum to Continue Telephonic Hearing on October 25, 2006** with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the counsel listed on the attached Service List.  I further certify that I mailed the foregoing document and the Notice of Electronic Filing by First-Class mail delivery to the non-CM/ECF Participants listed on the attached Service List.

> **/s/ Larry M. Roth**
> **Larry M. Roth**
> **Plaintiffs' Liaison Counsel**
> **Florida Bar No. 208116**
> **LAW OFFICE OF LARRY M. ROTH, P.A.**
> **1615 Edgewater Drive, Suite 180 [32804]**
> **Post Office Box 547637**
> **Orlando,  Florida  32854-7637**
> **Telephone:   407 - 872-2239**
> **Facsimile:    407 - 872-6927**
> **E-mail:        LROTH@roth-law.com**

3

**SERVICE LIST**
(As of October 13, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone:  (212) 558-5500<br>Ppennock@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey, LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX  77002<br>Telephone:  (713) 425-7240<br>cbailey@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone:  (407) 872-2239<br>LROTH@roth-law.com | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX  77010<br>Telephone:  (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F.Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone:  (617) 641-9550<br>Mp@pawalaw.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO  63101<br>Telephone:  (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone:  (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone:  (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX  77060<br>Telephone:  (281) 272-0797     .<br>mlundy@lundydavis.com | Todd Harvey, Esq.<br>Whatley Drake, LLC<br>2323 2nd Avenue North<br>Birmingham, AL  35203<br>Telephone:  (205) 328-9576<br>THARVEY@whatleydrake.com |

**SERVICE LIST**
(As of October 13, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>One Bush Street, 14th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 646-7160<br>lgornick@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone:  (816) 931-0500 |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone:  (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Justin Witkin, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL  32503<br>Telephone:  (850) 916-7450<br>Jwitkin@AWS-LAW.com | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone:  (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone:  (314) 241-2929<br>thageman@spstl-law.com | Randy Niemyer<br>15863 Pike 43<br>Bowling Green, MO 63334<br>*Pro Se* |

**SERVICE LIST**
(As of October 13, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Thomas Campion, Esq.<br>Andrew C. White, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone:  (973) 360-1100<br>tcampion@dbr.com<br>***Attorneys for Defendants Janssen***<br>***Pharmaceutical Products and Johnson &***<br>***Johnson Co.*** | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone:  (215) 981-4000<br>hamiltonm@pepperlaw.com<br>***Attorneys for Defendant Eli Lilly & Co.*** |
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP***<br>***and AstraZeneca Pharmaceuticals, LP*** | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>Boonville, MS 38829-0787<br>Telephone: (662) 728-3138 |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone:  (816) 471-2121<br>raines@bscr-law.com<br>***Attorney for Defendant AstraZenca, PLC*** | Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332 |
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000 | Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107 |

**SERVICE LIST**
(As of October 13, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000 | Salvatore M. Machi, Esq.<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 |
| David P. Matthews, Esq.<br>Abraham, Watkins, Nichols, Sorrels,<br>Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>Telephone: (713) 222-7211 | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288 |
| Robert A. Schwartz, Esq.<br>Bailey, Galyen & Gold<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Robert G. Smith, Jr., Esq.<br>Lorance & Thompson, PC<br>2900 N. Loop W, Suite 500<br>Houston, TX 77092<br>Telephone: (713) 868-5560 |