UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769 (ALL CASES)

_____/

## DEFENDANT ASTRAZENECA'S MOTION TO ALLOW USE OF ELECTRONIC EQUIPMENT AT NOVEMBER 6, 2006 HEARING

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca"), by and through their undersigned counsel and pursuant to Middle District Local Rule 4.11(b), hereby seek Court approval for their use of electronic equipment at a Discovery Conference scheduled for November 6, 2006 at 1:30 p.m. in the above-captioned matter, and as grounds therefore would show as follows:

1. Counsel for AstraZeneca seek to utilize BlackBerry email devices. Counsel for AstraZeneca keep their calendars on these devices, and the ability to access those calendars during the Discovery Conference will facilitate the scheduling of subsequent hearings and conferences in the above-captioned matter. Access to BlackBerry email devices during the Discovery Conference also may allow counsel for AstraZeneca to obtain information responsive to issues that arise during the conference.

2. Counsel for AstraZeneca represent, pursuant to Middle District Local Rule 4.11(b), that these devices will be switched to "silent activation mode" while in the courtroom.

3. Counsel for AstraZeneca also seek to utilize one laptop computer. Use of this device also may allow counsel for AstraZeneca to more quickly obtain information responsive to issues that arise during the conference.

4. The specific electronic equipment sought to be utilized in this regard is as follows: a) for Michael W. Davis, one T-Mobile BlackBerry, Model 6230; b) for James W. Mizgala, one T-Mobile BlackBerry, Model 8700g; c) for Tamar B. Kelber, one T-Mobile BlackBerry, Model 8700g; d) for David B. Barlow, one T-Mobile BlackBerry, Model 7290; and (e) for Robert L. Ciotti, one AT&T BlackBerry, Model 7290, and one IBM ThinkPad T41.

WHEREFORE, based on the above, AstraZeneca requests that this Court allow its counsel to bring to the Discovery Conference on November 6, 2006 the electronic equipment described herein.

DATED: 10/20/06

Michael W. Davis
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
*Counsel for AstraZeneca LP and AstraZeneca Pharmaceuticals LP*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 20th of October, 2006, I caused to be served a copy of the foregoing by U.S. Mail to the individuals listed on the attached Service List.

_____
Attorney

## SERVICE LIST
(As of September 7, 2006)

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
(212) 558-5500 - tel.
Ppennock@weitzlux.com

Larry Roth, Esq.
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL 32854-7637
(407) 872-2239 - tel.
LROTH@roth-law.com

Matthew F. Pawa, Esq.
Law Offices of Matthew F. Pawa, P.C.
1280 Centre St., Suite 230
Newton Centre, MA 02459
(617) 641-9550 - tel.
Mp@pawalaw.com

Keith M. Jensen, Esq.
Jensen, Belew & Gonzalez, PLLC
1024 North Main,
Fort Worth, TX 76106
(817) 334-0762 - tel.
kj@kjensenlaw.com

Matthew E. Lundy, Esq.
Lundy & Davis, LLP
333 North Sam Houston Parkway East
Suite 375
Houston, TX 77060
(281) 272-0797 - tel.
mlundy@lundydavis.com

Camp Bailey, Esq.
Fletcher Trammell, Esq.
Bailey Perrin Bailey, LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
(713) 425-7240 - tel.
cbailey@bpblaw.com

Tommy Fibich, Esq.
Fibich, Hampton & Leebron, L.L.P.
1401 McKinney, Suite 1800
Five Houston Center
Houston, TX 77010
(713) 751-0025 - tel.
tfibich@fhl-law.com

John Driscoll, Esq.
Brown & Crouppen, PC
720 Olive St.
St. Louis, MO 63101
(314) 421-0216 - tel.
Jdriscoll@brownandcrouppen.com

Scott Allen, Esq.
Cruse, Scott, Henderson & Allen, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
713-650-6600 - tel.
sallen@crusescott.com

3

Todd Harvey, Esq.
Whatley Drake, LLC
2323 2nd Avenue North
Birmingham, AL 35203
(205) 328-9576 - tel.
THARVEY@whatleydrake.com

Lawrence J. Gornick, Esq.
William A. Levin, Esq.
Levin Simes Kaiser & Gornick, LLP
One Bush Street, 14th Floor
San Francisco, CA 94104
(415) 646-7160 - tel.
lgornick@lskg-law.com

Robert L. Salim, Esq.
Robert L. Salim Attorney at Law
PO Box 2069
Natchitoches, LA 71457-2069
(318) 352-5999 - tel.
robertsalim@cp-tel.net

Justin Witkin, Esq.
Aylstock, Witkin & Sasser, PLC
4400 Bayou Boulevard
Suite 58
Pensacola, FL 32503
(850) 916-7450 - tel.
Jwitkin@AWS-LAW.com

Aaron C. Johnson, Esq.
Summers & Johnson
717 Thomas
Weston, MO 64098
(816) 640-9940 - tel.

Todd S. Hageman, Esq.
Simon and Passanante, PC
701 Market St., Suite 1450
St. Louis, MO 63101

Gregory P. Forney, Esq.
Shaffer Lombardo Shurin
911 Main Street, Suite 2000
Kansas City, MO 64105

Eric B. Milliken, Esq.
3 Sir Barton Ct.
Newark, DE 19702
*Pro Se*

Louisiana Wholesale Drug Co. Inc.
C/O Gayle R. White
Registered Agent
Highway 167N
Sunset, LA 70584
*Pro Se*

Catherine Solomon
3100 N.E. 83
Gladstone, MO 64119
*Pro Se*

Randy Niemyer
15863 Pike 43
Bowling Green, MO 63334
*Pro Se*

Thomas Campion, Esq.
Drinker Biddle & Reath, LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100 - tel.
tcampion@dbr.com
Attorneys for Defendants Janssen
Pharmaceutical Products and Johnson &
Johnson Co.

Michael Davis, Esq.
James Mizgala, Esq.
Sidley, Austin, LLP
Bank One Plaza
One South Dearborn Street
Chicago, IL 60603
(312) 853-7731 - tel.
mdavis@sidley.com
jmizgala@sidley.com
Attorneys for Defendants AstraZeneca LP
and AstraZeneca Pharmaceuticals, LP

Elizabeth Raines, Esq.
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Attorney for Defendant AstraZenca, PLC
raines@bscr-law.com

Matthew J. Hamilton, Esq.
Pepper Hamilton
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103
Attorneys for Defendant Eli Lilly & Co.
hamiltonm@pepperlaw.com