UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769 (ALL CASES)

_____/

RESPONSE OF ASTRAZENECA PHARMACEUTICALS LP AND
ASTRAZENECA LP TO PLAINTIFFS' PARTIALLY AGREED TO MOTION AND
COMBINED MEMORANDUM TO CONTINUE TELEPHONIC HEARING

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP (collectively "AstraZeneca"), through their attorneys, respond to Plaintiffs' Motion to Continue the October 25, 2006 Telephonic Status Conference as follows:

This Court's September 11, 2006 Order requires the Parties to reach agreement on the form of a Plaintiff Fact Sheet ("PFS") by September 21, 2006, and requires Plaintiffs to provide completed PFSs by November 7, 2006. On October 13, 2006, despite multiple attempts to negotiate the PFS with Plaintiffs' counsel, counsel for AstraZeneca—after notifying Plaintiffs' counsel and receiving no objection—contacted Magistrate Judge Baker's chambers to seek his assistance in resolving this dispute. The Court obliged and noticed the October 25th Status Conference.

Although AstraZeneca is willing to accommodate MDL Plaintiffs' counsel—only one of whom has provided any justification for his or her inability to participate on the October 25th teleconference—AstraZeneca is cognizant of the approaching November 7, 2006 deadline. AstraZeneca would agree to reschedule the teleconference to any other October date. AstraZeneca agreed to a continuance to October 31, 2006 because it knew that Plaintiffs' self-proclaimed "MDL lead counsel," Paul Pennock, already had committed to meeting with counsel for AstraZeneca that day, and therefore would be available. Moreover, although AstraZeneca is

willing to accommodate Plaintiffs' request to discuss the PFS again, in light of the fact that Mr. Pennock already had acceded to AstraZeneca's proposed PFS, only later to propose his wholly different version to the Court, there is no reason to believe that an October 31, 2006 position will obviate the need for the requested conference. AstraZeneca requested the teleconference because such discussions had failed, and the parties had reached an impasse.

The PFS forms proposed by the parties are vastly different, and Plaintiffs' completed PFSs are due on November 7, 2006.[1] Plaintiffs' request to cancel or continue the conference is an obvious attempt to unilaterally impose their proposed form. Indeed, Plaintiffs suggest in their Motion that they are prepared to produce completed PFSs by the November 7, 2006 deadline, despite not having a finalized PFS in place. *See* Docket No. 49 at 2. Even more telling of Plaintiffs' intent to force their version of the PFS on both AstraZeneca and the Court, on the very same day Plaintiffs moved to continue the October 25th teleconference—noticed to address and resolve the specific issue of PFS format—Plaintiffs began serving completed PFSs on AstraZeneca using their unapproved form and, in some cases, their own medical authorizations.[2] Based on the dates of the numerous produced medical authorizations, in one case as early as August 23, 2006, it becomes questionable whether Plaintiffs at any time have acted in good faith regarding negotiations on the issue of PFS format, and more likely that Plaintiffs intended to impose their proposed form from the outset.

Because plaintiff fact sheets operate to take the place of defendant-propounded discovery requests on individual plaintiffs, they are AstraZeneca's primary means of conducting discovery.

---

[1] Plaintiffs' Motion describes the teleconference as concerning a "second Fact Sheet"— erroneously implying that a "first" PFS has been finalized and that the Court has ordered a two-phased PFS process. *See* Docket No. 49 at 2. Neither is true.

[2] *See* Oct. 6, 2006, Letter from D. Canty to M. Davis enclosing 43 "Initial Plaintiff's Fact Sheets" and authorizations for release of medical information (attached as Exhibit A).

This Court should not allow Plaintiffs to dictate the form and substance of AstraZeneca's discovery requests—the PFS—by postponing the conference until the day before those PFSs are due.

WHEREFORE, for the above reasons, AstraZeneca respectfully agrees to continue the October 25, 2006 telephonic status conference, but to a date no later than October 31, 2006.

DATED: October 23, 2006

s/James W. Mizgala
Michael W. Davis
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 23d of October, 2006, I caused to be served a copy of the foregoing by U.S. Mail to the individuals listed on the attached Service List.

_____
Attorney

## SERVICE LIST
(As of September 7, 2006)

## In Re: Seroquel Products Liability Litigation
## MDL Docket No. 1769

Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
(212) 558-5500 - tel.
Ppennock@weitzlux.com

Larry Roth, Esq.
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL 32854-7637
(407) 872-2239 - tel.
LROTH@roth-law.com

Matthew F. Pawa, Esq.
Law Offices of Matthew F. Pawa, P.C.
1280 Centre St., Suite 230
Newton Centre, MA 02459
(617) 641-9550 - tel.
Mp@pawalaw.com

Keith M. Jensen, Esq.
Jensen, Belew & Gonzalez, PLLC
1024 North Main,
Fort Worth, TX 76106
(817) 334-0762 - tel.
kj@kjensenlaw.com

Matthew E. Lundy, Esq.
Lundy & Davis, LLP
333 North Sam Houston Parkway East
Suite 375
Houston, TX 77060
(281) 272-0797 - tel.
mlundy@lundydavis.com

Camp Bailey, Esq.
Fletcher Trammell, Esq.
Bailey Perrin Bailey, LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
(713) 425-7240 - tel.
cbailey@bpblaw.com

Tommy Fibich, Esq.
Fibich, Hampton & Leebron, L.L.P.
1401 McKinney, Suite 1800
Five Houston Center
Houston, TX 77010
(713) 751-0025 - tel.
tfibich@fhl-law.com

John Driscoll, Esq.
Brown & Crouppen, PC
720 Olive St.
St. Louis, MO 63101
(314) 421-0216 - tel.
Jdriscoll@brownandcrouppen.com

Scott Allen, Esq.
Cruse, Scott, Henderson & Allen, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
713-650-6600 - tel.
sallen@crusescott.com

Todd Harvey, Esq.
Whatley Drake, LLC
2323 2nd Avenue North
Birmingham, AL 35203
(205) 328-9576 - tel.
THARVEY@whatleydrake.com

Lawrence J. Gornick, Esq.
William A. Levin, Esq.
Levin Simes Kaiser & Gornick, LLP
One Bush Street, 14th Floor
San Francisco, CA 94104
(415) 646-7160 - tel.
lgornick@lskg-law.com

Robert L. Salim, Esq.
Robert L. Salim Attorney at Law
PO Box 2069
Natchitoches, LA 71457-2069
(318) 352-5999 - tel.
robertsalim@cp-tel.net

Justin Witkin, Esq.
Aylstock, Witkin & Sasser, PLC
4400 Bayou Boulevard
Suite 58
Pensacola, FL 32503
(850) 916-7450 - tel.
Jwitkin@AWS-LAW.com

Aaron C. Johnson, Esq.
Summers & Johnson
717 Thomas
Weston, MO 64098
(816) 640-9940 - tel.

Todd S. Hageman, Esq.
Simon and Passanante, PC
701 Market St., Suite 1450
St. Louis, MO 63101

Gregory P. Forney, Esq.
Shaffer Lombardo Shurin
911 Main Street, Suite 2000
Kansas City, MO 64105

Eric B. Milliken, Esq.
3 Sir Barton Ct.
Newark, DE 19702
*Pro Se*

Louisiana Wholesale Drug Co. Inc.
C/O Gayle R. White
Registered Agent
Highway 167N
Sunset, LA 70584
*Pro Se*

Catherine Solomon
3100 N.E. 83
Gladstone, MO 64119
*Pro Se*

Randy Niemyer
15863 Pike 43
Bowling Green, MO 63334
*Pro Se*

Thomas Campion, Esq.
Drinker Biddle & Reath, LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100 - tel.
tcampion@dbr.com
Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.

4

Michael Davis, Esq.
James Mizgala, Esq.
Sidley, Austin, LLP
Bank One Plaza
One South Dearborn Street
Chicago, IL 60603
(312) 853-7731 - tel.
mdavis@sidley.com
jmizgala@sidley.com
Attorneys for Defendants AstraZeneca LP
and AstraZeneca Pharmaceuticals, LP

Elizabeth Raines, Esq.
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Attorney for Defendant AstraZenca, PLC
raines@bscr-law.com

Matthew J. Hamilton, Esq.
Pepper Hamilton
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103
Attorneys for Defendant Eli Lilly & Co.
hamiltonm@pepperlaw.com