UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769 (ALL CASES)

_____/

MOTION BY ASTRAZENECA PHARMACEUTICALS LP AND
ASTRAZENECA LP TO SUBSTITUTE "EXHIBIT A" TO THEIR RESPONSE TO
PLAINTIFFS' PARTIALLY AGREED TO MOTION AND COMBINED
MEMORANDUM TO CONTINUE TELEPHONIC HEARING

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP (collectively "AstraZeneca"), through their attorneys, move the Court to substitute Exhibit A to AstraZeneca's Response to Plaintiffs' Motion to Continue the October 25, 2006 Telephonic Status Conference with the document attached as Exhibit A to this motion. AstraZeneca further states as follows:

In response to AstraZeneca's October 23, 2006 filing with the court, *see* Docket No. 51, Plaintiffs have requested that AstraZeneca withdraw Exhibit A to that document. As an accommodation to Plaintiffs, AstraZeneca requests that this Court substitute the attached Exhibit A for the one submitted previously to the Court.

WHEREFORE, AstraZeneca respectfully requests that the Court withdraw and replace Exhibit A to Docket entry number 51 with Exhibit A attached to this filing.

DATED: October 24, 2006

s/James W. Mizgala
Michael W. Davis
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
*Counsel for AstraZeneca Pharmaceuticals LP
and AstraZeneca LP*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 24th of October, 2006, I caused to be served a copy of the foregoing by U.S. Mail to the individuals listed on the attached Service List.

_____
Attorney

## SERVICE LIST
(As of September 7, 2006)

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
(212) 558-5500 - tel.
Ppennock@weitzlux.com

Larry Roth, Esq.
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL 32854-7637
(407) 872-2239 - tel.
LROTH@roth-law.com

Matthew F. Pawa, Esq.
Law Offices of Matthew F.Pawa, P.C.
1280 Centre St., Suite 230
Newton Centre, MA 02459
(617) 641-9550 - tel.
Mp@pawalaw.com

Keith M. Jensen, Esq.
Jensen, Belew & Gonzalez, PLLC
1024 North Main,
Fort Worth, TX 76106
(817) 334-0762 - tel.
kj@kjensenlaw.com

Matthew E. Lundy, Esq.
Lundy & Davis, LLP
333 North Sam Houston Parkway East
Suite 375
Houston, TX 77060
(281) 272-0797 - tel.
mlundy@lundydavis.com

Camp Bailey, Esq.
Fletcher Trammell, Esq.
Bailey Perrin Bailey, LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
(713) 425-7240 - tel.
cbailey@bpblaw.com

Tommy Fibich, Esq.
Fibich, Hampton & Leebron, L.L.P.
1401 McKinney, Suite 1800
Five Houston Center
Houston, TX 77010
(713) 751-0025 - tel.
tfibich@fhl-law.com

John Driscoll, Esq.
Brown & Crouppen, PC
720 Olive St.
St. Louis, MO 63101
(314) 421-0216 - tel.
Jdriscoll@brownandcrouppen.com

Scott Allen, Esq.
Cruse, Scott, Henderson & Allen, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
713-650-6600 - tel.
sallen@crusescott.com

Todd Harvey, Esq.
Whatley Drake, LLC
2323 2nd Avenue North
Birmingham, AL 35203
(205) 328-9576 - tel.
THARVEY@whatleydrake.com

Lawrence J. Gornick, Esq.
William A. Levin, Esq.
Levin Simes Kaiser & Gornick, LLP
One Bush Street, 14th Floor
San Francisco, CA 94104
(415) 646-7160 - tel.
lgornick@lskg-law.com

Robert L. Salim, Esq.
Robert L. Salim Attorney at Law
PO Box 2069
Natchitoches, LA 71457-2069
(318) 352-5999 - tel.
robertsalim@cp-tel.net

Justin Witkin, Esq.
Aylstock, Witkin & Sasser, PLC
4400 Bayou Boulevard
Suite 58
Pensacola, FL 32503
(850) 916-7450 - tel.
Jwitkin@AWS-LAW.com

Aaron C. Johnson, Esq.
Summers & Johnson
717 Thomas
Weston, MO 64098
(816) 640-9940 - tel.

Todd S. Hageman, Esq.
Simon and Passanante, PC
701 Market St., Suite 1450
St. Louis, MO 63101

Gregory P. Forney, Esq.
Shaffer Lombardo Shurin
911 Main Street, Suite 2000
Kansas City, MO 64105

Eric B. Milliken, Esq.
3 Sir Barton Ct.
Newark, DE 19702
*Pro Se*

Louisiana Wholesale Drug Co. Inc.
C/O Gayle R. White
Registered Agent
Highway 167N
Sunset, LA 70584
*Pro Se*

Catherine Solomon
3100 N.E. 83
Gladstone, MO 64119
*Pro Se*

Randy Niemyer
15863 Pike 43
Bowling Green, MO 63334
*Pro Se*

Thomas Campion, Esq.
Drinker Biddle & Reath, LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100 - tel.
tcampion@dbr.com
Attorneys for Defendants Janssen
Pharmaceutical Products and Johnson &
Johnson Co.

4

Michael Davis, Esq.
James Mizgala, Esq.
Sidley, Austin, LLP
Bank One Plaza
One South Dearborn Street
Chicago, IL 60603
(312) 853-7731 - tel.
mdavis@sidley.com
jmizgala@sidley.com
Attorneys for Defendants AstraZeneca LP
and AstraZeneca Pharmaceuticals, LP

Elizabeth Raines, Esq.
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Attorney for Defendant AstraZenca, PLC
raines@bscr-law.com

Matthew J. Hamilton, Esq.
Pepper Hamilton
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103
Attorneys for Defendant Eli Lilly & Co.
hamiltomn@pepperlaw.com

# EXHIBIT A



| | |
|---|---|
| WILLIAM A. LEVIN (415) 646-7160 | ROGER E. GOLD (415) 273-8122 |
| LAUREL L. SIMES (415) 646-7160 | LISA J. ESPADA (415) 273-8132 |
| JEFFREY A. KAISER (415) 646-7174 | JESSICA N. BIERNIER (415) 273-8135 |
| LAWRENCE J. GORNICK (415) 646-7179 | EMILY M. CHARLEY (415) 273-8136 |
| MARTHA A. H. BERMAN (415) 646-7168 | SHANNON S. JOHNSON (415) 273-8137 |
| ANNA M. COSTA (415) 646-7166 | DENNIS J. CANTY (415) 273-8138 |
| SEAN P. WORSEY (415) 273-8121 | DEBRA DeCARLI (415) 273-8139 |
| STEVEN B. STEIN *Of Counsel* (415) 646-7171 | ELAINE G. KENNEY (415) 273-8152 |

October 20, 2006

**Via Federal Express 2-Day Delivery**
**Tracking Number: 7911 5019 5162**

Michael Davis, Esq.
James Mizgala, Esq.
Sidley Austin LLP
Bank One Plaza
One South Dearborn
Chicago, IL 60603

Re:   *In re: Seroquel Product Liability Litigation, MDL 1769*

Dear Counsel:

Enclosed please find Initial Plaintiffs' Fact Sheets and authorizations for the cases listed on the attached.

Very truly yours,

LEVIN SIMES KAISER & GORNICK LLP

Dennis Canty

DD: cla
Enclosures

Page 2

    Boal v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1043-ACC-DAB)
    Boatwright v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1012-ACC-DAB)
    Bobal v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-969-ACC-DAB)
    Bosaw v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1011-Orl-22DAB)
    Buchanan v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1020-ACC-DAB)
    Caldwell v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-996Orl-22-DAB)
    Carrol v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-974-ACC-DAB)
    Chathams v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-999-ACC-DAB)
    Collier v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1008-ACC-DAB)
    Copeland v. Astrazeneca Pharmaceuticals, L.P.
    Coppola v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1299-ACC-DAB)
    Derosky v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-992-ACC-DAB)
    Dortch v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-976-ACC-DAB)
    Gaiman v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1297-ACC-DAB)
    Geones v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1036-ACC-DAB)
    Getchell v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1314-ACC-DAB)
    Ginyard v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1223-ACC-DAB)
    Glover v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-977-ACC-DAB)
    Godfrey v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-979-ACC-DAB)
    Goldsmith v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-986-ACC-DAB)
    Graham v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1496-ACC-DAB)
    Gringel v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-994-ACC-DAB)
    Hawkins v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-984-ACC-DAB)
    Keith v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1305-ACC-DAB)
    Linderman v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1038-ACC-DAB)
    Massey v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-966-ACC-DAB)
    McIntyre v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-998-ACC-DAB)
    Morris v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1005-ACC-DAB)
    Naramore v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1292-ACC-DAB)
    Orie v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-962-ACC-DAB)
    Polis v. Astrazeneca Pharmaceuticals, L.P.
    Popp v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1023-ACC-DAB)
    Porter v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1030-ACC-DAB)
    Reardon v. Astrazeneca Pharmaceuticals, L.P. (3:06-cv-01329-MHP)
    Reed v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1051-Orl-22DAB)
    Roberts v. Astrazeneca Pharmaceuticals, L.P. (3:06-cv-00667-MJJ)
    Robinson v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1028-ACC-DAB)
    Simmons v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1017-ACC-DAB)
    Sims v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1306-ACC-DAB)
    Spung v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1045-ACC-DAB)
    Sulkowski v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-991-ACC-DAB)
    Thomas v. Astrazeneca Pharmaceuticals, L.P.
    Williams v. Astrazeneca Pharmaceuticals, L.P. (6:06-cv-1303-ACC-DAB)

## IN RE: SEROQUEL PRODUCT LIABILITY LITIGATION
## MDL DOCKET NO. 1769

### INITIAL PLAINTIFF'S FACT SHEET

| | |
|---|---|
| Claimant's Full Name: (The person prescribed Seroquel) | |
| Name, address and relationship of personal representative (if filing on behalf of someone else that took Seroquel): | |
| Claimant's Social Security #: | |
| Claimant's Gender: | Male ___   Female ___ |
| Claimant's Date of Birth: | |
| Claimant's Address: | |
| Attorney Representing: | |
| Seroquel usage dates: | |
| Reason(s) for Prescription: | |
| Name and address of prescribing physician(s): | |
| Name and address of pharmacy where prescriptions filled: | |
| Principal injury or injuries for which claim is asserted: | |
| Date(s) of principal injury or injuries: | |
| Name and address of physician or facility that diagnosed principal injury or injuries: | |

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION
## (HIPAA COMPLIANT – Pursuant to 45 CFR 164.508)

I hereby request and authorize _____
to disclose my entire medical record, prescription history, medications prescribed, billing records, insurance records and any other protected, individually identifiable health information related to my treatment and care without limitation to:

_____ or their representatives for purposes of review, evaluation and evidence in connection with a personal injury lawsuit.

This authorization is given in compliance with the Federal Confidentiality Law (21 U.S.C. Section 1175, 42 CFR Subsection 2.1-2.67.1 and Health and Safety Code Section 199.21(g) and California Civil Code Section 56 et seq.) and specifically allows release of information related to the diagnosis or treatment of alcohol or drug abuse, sexually transmitted diseases, sickle cell anemia, tuberculosis, HIV/AIDS, and/or mental, psychiatric, behavioral or emotional illness related records under the same conditions as stated above. I understand that such information cannot be released without my specific consent.

This authorization is given in compliance with the Federal Privacy Act (5 U.S.C. 552a(b)) and the California Confidentiality of Medical Information Act (C.C. Subsection 56.10, et seq.), the restrictions of which have been specifically considered and are hereby expressly waived. I understand that the personal medical information authorized to be released in response to this authorization may be re-disclosed to other parties and privacy laws may no longer protect it. A photocopy of this authorization shall be considered as effective and valid as the original.

I understand that I may revoke this authorization in writing at any time. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I understand that the medical provider to whom this authorization is furnished may not disclose this information without this signed authorization. Unless otherwise revoked, this authorization shall remain valid until the final termination of any action filed by the undersigned relating to the personal injury lawsuit.

I have received a copy of this authorization.

Dated: __8·23·06__                              _____
                                                                    Signature

Social Security No: _____            _____
                                                                    Print name

CH. 1122 Statutes and Code Amendments:
Sec 2. Section 1158 is added to the Evidence Code to read:

Paragraph 1158. "Whenever, prior to the filing of any action an attorney at law presents a written authorization therefor signed by a patient, or in the case of a minor then by a parent or guardian of such minor, or by the personal representative or an heir of a deceased patient, a physician and surgeon, dentist, registered nurse, dispensing optician, registered physician therapist, podiatrist, licensed psychologist, osteopath, chiropractor, clinical laboratory bioanalyst, clinical laboratory technologist, or pharmacist or pharmacy, duly licensed as such under the laws of the state, or licensed hospital, shall make all of the patient's records under his, hers or its custody or control available for inspection and copying by the attorney .... Failure to make the records available, during business hours, within five days after the presentation of the written authorization, any subject the person or entity having custody or control of the records to liability for all reasonable expenses, including attorney's fees, incurred in any proceeding to enforce this section.

LEVIN SIMES KAISER & GORNICK, LLP     TELEPHONE (415) 646-7160
ONE BUSH STREET, 14TH FL.                       FACSIMILE  (415) 981-1270
SAN FRANCISCO, CA 94104
                                                                http://levinsimeskaisergornick.com