UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products                                Case No. 6:06-md-1769-Orl-22DAB
       Liability Litigation                                                    (ALL CASES)

_____/

**MDL PLAINTIFFS' RESPONSE TO ASTRAZENECA
PHARMACEUTICALS LP AND ASTRAZENECA LP'S
MOTION TO SUBSTITUTE EXHIBIT "A" TO THE
RESPONSE TO PLAINTIFFS' PARTIALLY AGREED TO
MOTION AND COMBINED MEMORANDUM
TO CONTINUE TELEPHONIC HEARING**

The MDL Plaintiffs, by and through their undersigned liaison counsel, hereby file this Response, pursuant to M.D. Local Rule 3.01(b), to the Motion filed collectively by "Astrazeneca" to substitute Exhibit "A" of their Response to Plaintiffs' Partially Agreed to Motion and Combined Memorandum to Continue Telephonic Hearing, which Motion to Withdraw was dated October 24, 2006.  (Dkt. 55).

MDL Plaintiffs' Response is important and necessary because the Motion to Withdraw Exhibit "A" did not adequately advise the Court of the problems and the critical violation of individual Plaintiffs' privacy rights created by the Defendants filing Exhibit "A" as part of their Response dated October 23, 2006.  (Dkt. 51)   In their Motion the Defendants merely state that "Plaintiffs have requested" that the exhibit be withdrawn and "[a]s an accommodation" Astrazeneca "requests that this Court substitute the attached Exhibit A for the one submitted previously to the Court." (Dkt. 51)   Because of the serious privacy breach by Astrazeneca, something more than a withdrawal of the original Exhibit "A" is necessary.  It must be either deleted, expunged or sealed from the Public Record.

-1-

What the Defendants failed to advise the Court is that their filing of Exhibit "A" as part of their Response (Dkt. 51) was improper in that the Exhibit included completed Initial Plaintiffs' Fact Sheets which contained sensitive private data such as the names, <u>Social Security Numbers (SSN),</u> and mental illness references for forty-three (43) clients of one of the Plaintiffs' attorneys in the MDL litigation, Mr. Larry Gornick. The Defendants filing of Exhibit "A" also included executed Medical Authorizations and Releases, many of which included the personal home addresses of these Plaintiffs. Additionally, treating physicians of these Plaintiffs were listed and also made part of the Public Record. This filing of Exhibit "A" and the Response (Dkt. 51) by Astrazeneca was a patent violation of these individual Plaintiffs' privacy and personal rights, as well as inconsistent with the Health Insurance Portability and Accountability Act (HIPAA). Once Defendants' Response was served, both the undersigned counsel as well as Mr. Gornick immediately notified counsel for Astrazeneca about what they had done.

The MDL Plaintiffs have no explanation for any necessity whatsoever for Astrazeneca to make public these completed Exhibit "A" Initial Fact Sheets and Medical Authorizations with their Response to a partially agreed to Motion to Continue (Dkt. 49). Astrazenecea represented that this Exhibit "A" was necessary to demonstrate the alleged lack of information provided to them by these Plaintiffs' initial fact sheets. However, the new Exhibit "A" in Astrazeneca's Motion (Dkt. 55) they now wish to substitute for the original Exhibit "A" is a blank form of Plaintiffs' initial fact sheet, but it is one that had already been filed with this Court by the collective Astrazeneca Defendants in their Status Report (Dkt. 45, Exhibit "B").

The MDL Plaintiffs are understandably concerned and anguished over this privacy violation, and the personal and confidential information now made part of the Public Record by the Astrazeneca Defendants, and available to any outside person. The Court is requested to Order the

Clerk of the Court, pursuant to M.D. Local Rule 1.08(a), to delete from the public file every page of the original Exhibit "A" that was attached to Astrazeneca's Response dated October 23, 2004 (Dkt. 51). This Court's public docket in the MDL Litigation should not contain this type of private, personal information of the individual Plaintiffs which Astrazeneca, for reasons unknown, intentionally filed in the Public Record.

Alternatively, if the previously submitted Exhibit "A" with Astrazeneca's Response (Dkt. 51) cannot be deleted and removed from the Public Record by the Clerk pursuant to Rule 1.08(a), MDL Plaintiffs will file a Motion to Seal as directed by the Court pursuant to M.D. Local Rule 1.09(a).

RESPECTFULLY SUBMITTED this 26th day of October, 2006.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this   26th  day of October, 2006, I electronically filed the foregoing **MDL Plaintiffs' Response to Astrazeneca Pharmaceuticals LP and Astrazeneca LP to Substitute Exhibit "A" to the Response to Plaintiffs' Partially Agreed to Motion and Combined Memorandum to Continue Telephonic Hearing** with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the counsel listed on the attached Service List. I further certify that I mailed the foregoing document and the Notice of Electronic Filing by First-Class mail delivery to the non-CM/ECF Participants listed on the attached Service List.

  /s/ Larry M. Roth  
**Larry M. Roth**  
**Plaintiffs' Liaison Counsel**  
**Florida Bar No. 208116**  
**LAW OFFICE OF LARRY M. ROTH, P.A.**

**1615 Edgewater Drive, Suite 180 [32804]**
**Post Office Box 547637**
**Orlando, Florida   32854-7637**
**Telephone:   407 - 872-2239**
**Facsimile:    407 - 872-6927**
**E-mail:          LROTH@roth-law.com**

**SERVICE LIST**
(As of October 24, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey, LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F.Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |

# SERVICE LIST
(As of October 24, 2006)

## In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX  77060<br>Telephone:  (281) 272-0797     .<br>mlundy@lundydavis.com | Todd Harvey, Esq.<br>Whatley Drake, LLC<br>2323 2nd Avenue North<br>Birmingham, AL  35203<br>Telephone:  (205) 328-9576<br>THARVEY@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>One Bush Street, 14th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone:  (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone:  (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Justin Witkin, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL  32503<br>Telephone:  (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>jsale@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |

**SERVICE LIST**
(As of October 24, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>15863 Pike 43<br>Bowling Green, MO 63334<br>***Pro Se*** |
| Thomas Campion, Esq.<br>Andrew C. White, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>tcampion@dbr.com<br>andrew.white@dbr.com<br><br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com<br>***Attorneys for Defendant Eli Lilly & Co.*** |

**SERVICE LIST**
(As of October 24, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>***Attorney for Defendant AstraZenca, PLC*** | Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com |
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com | Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |

**SERVICE LIST**
(As of October 24, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| David P. Matthews, Esq.<br>Abraham, Watkins, Nichols, Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>Telephone: (713) 222-7211<br>dmatthews@abrahamwatkins.com<br>agoff@abrahamwatkins.com<br>jrhoades@abrahamwatkins.com<br>jwebster@abrahamwatkins.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Robert G. Smith, Jr., Esq.<br>Lorance & Thompson, PC<br>2900 N. Loop W, Suite 500<br>Houston, TX 77092<br>Telephone: (713) 868-5560<br>rgs@lorancethompson.com | |
| | |