# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liablity Litigation.**

Case No. 6:06-cv-1769-Orl-22DAB

# ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring laptop computers and electronic equipment into the George C. Young United States Courthouse for use in connection with the discovery conference in this case, it is **ORDERED** as follows:

1. Paul Pennock, Mike Pederson, Larry Gornick, Scott Allen, Ken Bailey, Camp Bailey, Michael Perrin are each allowed to bring one "Blackberry" email device and Scott Allen one cell phone into the George C. Young United States Courthouse for use during the discovery conference.

2. Paul Pennock, Mike Pederson, Larry Gornick, Scott Allen, Ken Bailey, Camp Bailey, Michael Perrin are hereby each granted permission to bring one "Blackberry" email device and Scott Allen one cell phone into the George C. Young United States Courthouse on **MONDAY, November 6, 2006**, for use in the discovery conference before the undersigned judicial officer scheduled to begin at **1:30 P.M.**.

3. Paul Pennock, Mike Pederson, Larry Gornick, Scott Allen, Ken Bailey, Camp Bailey, Michael Perrin shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require to present picture identification at the time of entry.

4.     The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

**DONE** and **ORDERED** in Orlando, Florida on October 30, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers