# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liablity
Litigation.

Case No.  6:06-md-1769-Orl-22DAB

## ORDER

This cause came on for consideration without oral argument on the following motion

filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION BY ASTRAZENECA PHARMACEUTICALS LP AND ASTRAZENECA LP TO SUBSTITUTE "EXHIBIT A" TO THEIR RESPONSE TO PLAINTIFFS' PARTIALLY AGREED-TO MOTION AND COMBINED MEMORANDUM TO CONTINUE TELEPHONIC HEARING (Doc. No. 55)** |
| **FILED:** | **October 24, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiffs filed a motion seeking to reschedule the telephonic hearing on the status of

Plaintiffs' Fact Sheets, to which Defendants Astrazeneca Pharmaceuticals LP and Astrazeneca (the

"Astrazeneca Defendants") LP filed their Response (Doc. No. 51).

In violation of the Electronic Case Filing Administrative Procedures for the Middle District

of Florida[1], the Astrazeneca Defendants unnecessarily attached to their Response the "Fact Sheets"

of forty-three Plaintiffs **without one single item of private information redacted**, *e.g.,* date of

birth, social security number, name (if a minor), home address city and state, or signed release of

_____

[1] *See* www.flmd.uscourts.gov. Under the heading "Policies & Procedures" there is a Note that "Filers are expected to be familiar with and follow the adopted procedures."

medical information.  Apparently, despite the fact that this was brought to the Astrazeneca Defendants' attention as stated in their Motion to Substitute Exhibit, they merely moved to substitute a blank uncompleted form, and did not seek to have the original forty-three forms removed from the public record.  *See* Doc. No. 55.

The Astrazeneca Defendants and their counsel are **ORDERED** to show cause within 11 days of the date of this Order why they should not be sanctioned for their failure to follow the ECF Administrative Procedures of the Middle District of Florida and/or the Health Insurance Portability and Accountability Act (HIPAA).  *See* United States District Court, Middle District of Florida, Administrative procedures for Electronic Filing in Civil and Criminal Cases at 8 § I. Privacy Protection (eff. January 17, 2006).

The Clerk of Court is **DIRECTED** to immediately strike from the docket Doc. No. 51-2 and 51-3 (Exhibit A in two parts) filed on October 23, 2006.

**DONE** and **ORDERED** in Orlando, Florida on October 30, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers

-2-