## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE: Seroquel Products Liablity
Litigation,

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | **David A. Baker** | DATE AND TIME | November 6, 2006 1:30-2:35 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | Sandy Tremel |
| COUNSEL/PLTF. | Larry Roth<br>Paul Pennock<br>David Matthews<br>Lizy Santiago<br>Bob Schwartz<br>Matt Lundy<br>Karren Schaeffer<br>Todd Harvey<br>E. Ashley Cranford<br>Kenneth W. Smith<br>Camp Bailey<br>Fletcher Trammell<br>John Driscoll<br>Lawrence J. Gornick<br>Keith M. Jensen | COUNSEL/DEFT. | Michael Davis<br>David B. Barlow<br>James W. Mizgala<br>Sara Obermark<br>Robert L. Ciotti<br>Tamar B. Kelber |

## CLERK'S MINUTES
### DISCOVERY CONFERENCE

Case called, appearances taken
Procedural setting by court
Parties respond to Court's questions regarding master Complaint
Parties discuss pending issues
Court addresses controlling issues
Parties respond
Court sets further hearing for November 20, 2006 at 10:00 AM