UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to (ALL CASES)
_____/

### JOINT MOTION BY PLAINTIFFS AND DEFENDANT ASTRAZENECA TO ADOPT PROPOSED PRETRIAL ORDER REGARDING PLAINTIFF FACT SHEETS

Plaintiffs and Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("the Parties"), by and through undersigned counsel, hereby request that this Court enter their proposed pretrial order regarding the form, and schedule for service, of plaintiff fact sheets. The Parties have conferred and agree to same. Pursuant to Part II(E)(4)(a)-(b) of the Middle District of Florida Administrative Procedures for Electronic Filing in Civil and Criminal Cases, the proposed order and its attachments have been submitted by e-mail in a format compatible with WordPerfect.

WHEREFORE, based on the above, the Parties request that this Court enter their proposed pretrial order regarding the form, and schedule for service, of plaintiff fact sheets.

DATED: November 6, 2006                    DATED: November 6, 2006

s/Larry M. Roth                            s/Michael W. Davis
Larry M. Roth                              Michael W. Davis
LAW OFFICES OF LARRY M. ROTH, P.A.         James W. Mizgala
1615 Edgewater Drive, Suite 180 [32804]    SIDLEY AUSTIN LLP
Post Office Box 547637                     One South Dearborn Street
Orlando, FL 32854-7637                     Chicago, IL 60603
*Liaison Counsel Plaintiffs*               *Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 6th of November, 2006, I caused to be served a copy of the foregoing by U.S. Mail to the individuals listed on the attached Service List.

_____
Attorney