A CERTIFIED TRUE COPY
NOV - 1 2006
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 16 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1769

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

*Tequiese Redmond v. AstraZeneca Pharmaceuticals, LP, et al.,* S.D. Mississippi, C.A. No. 3:06-523

### CONDITIONAL TRANSFER ORDER (CTO-12)
### AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ____ F.Supp.2d ____ (J.P.M.L. 2006). Since that time, 96 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the action on this conditional transfer order comprises claims relating to: 1) the prescription drug Seroquel, which involve questions of fact that are common to the previously transferred MDL-1769 actions; and 2) a prescription drug(s) other than Seroquel, which do not involve such common questions of fact.

Pursuant to Rule 7.4 of the <ins>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</ins> 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

All claims in this action except Seroquel claims are separated and simultaneously remanded, under 28 U.S.C. § 1407(a), to the Southern District of Mississippi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV - 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## INVOLVED COUNSEL LIST (CTO-12)
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

Brooks R. Buchanan
Butler, Snow, O'Mara, Stevens & Cannada
P. O. Box 22567
Jackson, MS 39225-2567

Mark W. Davis
Davis & Feder, P.A.
P.O. Drawer 6829
Gulfport, MS 39506-7018

Whitman B. Johnson, III
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Valley Title Buildilng
315 Tombigbee Street
Jackson, MS 39205-0750

Kenneth Warren Smith
Miller & Associates
105 North Alfred Street
Alexandria, VA 22314

Leigh Davis Vernon
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

H. Welsey Williams, III
Markow Walker, P.A.
P.O. Box 13669
Jackson, MS 39236-3669

Justin G. Witkin
Aylstock, Witkin & Sasser, PLC
P.O. Box 1147
55 Baybridge Drive
Gulf Breeze, FL 32562-1147