A CERTIFIED TRUE COPY

NOV - 3 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 18 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1769

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

*Joseph D. Patton, et al. v. AstraZeneca Pharmaceuticals, LP, et al.,*
N.D. California, C.A. No. 3:06-1526

### CONDITIONAL TRANSFER ORDER (CTO-13)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___ F.Supp.2d ___ (J.P.M.L. 2006). Since that time, 114 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV - 3 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

2006 NOV -7 PM 3:14

FILED

SCANNED

INVOLVED COUNSEL LIST (CTO-13)
DOCKET NO. 1769
IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

Jeffrey A. Kaiser
Levin Simes Kaiser & Gornick, LLP
One Bush Street
14th Floor
San Francisco, CA 94104

Justin Ma
Sidley Austin LLP
555 West 5th Street
Suite 4000
Los Angeles, CA 90013-1010