UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to (ALL CASES)
_____/

### JOINT MOTION BY PLAINTIFFS AND DEFENDANTS ASTRAZENECA PHARMACEUTICALS LP AND ASTRAZENECA LP TO ADOPT PROPOSED PROTECTIVE ORDER

Plaintiffs and Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("the Parties"), by and through undersigned counsel, hereby request that this Court enter their proposed protective order regarding material exchanged during the course of discovery. The Parties have conferred and agree to same. Pursuant to Part II(E)(4)(a)-(b) of the Middle District of Florida Administrative Procedures for Electronic Filing in Civil and Criminal Cases, the proposed order has been submitted by e-mail in a format compatible with WordPerfect.

WHEREFORE, based on the above, the Parties request that this Court enter their proposed protective order.

DATED: November 7, 2006                    DATED: November 7, 2006

s/Larry M. Roth                            s/Michael W. Davis
Larry M. Roth                              Michael W. Davis
LAW OFFICES OF LARRY M. ROTH, P.A.         James W. Mizgala
1615 Edgewater Drive, Suite 180 [32804]    SIDLEY AUSTIN LLP
Post Office Box 547637                     One South Dearborn Street
Orlando, FL 32854-7637                     Chicago, IL 60603
*Liaison Counsel Plaintiffs*               *Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 7th of November, 2006, I caused to be served a copy of the foregoing by U.S. Mail to the individuals listed on the attached Service List.

_____
Attorney

## SERVICE LIST
(As of September 7, 2006)

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
(212) 558-5500 - tel.
Ppennock@weitzlux.com

Larry Roth, Esq.
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL 32854-7637
(407) 872-2239 - tel.
LROTH@roth-law.com

Matthew F. Pawa, Esq.
Law Offices of Matthew F. Pawa, P.C.
1280 Centre St., Suite 230
Newton Centre, MA 02459
(617) 641-9550 - tel.
Mp@pawalaw.com

Keith M. Jensen, Esq.
Jensen, Belew & Gonzalez, PLLC
1024 North Main,
Fort Worth, TX 76106
(817) 334-0762 - tel.
kj@kjensenlaw.com

Matthew E. Lundy, Esq.
Lundy & Davis, LLP
333 North Sam Houston Parkway East
Suite 375
Houston, TX 77060
(281) 272-0797 - tel.
mlundy@lundydavis.com

Camp Bailey, Esq.
Fletcher Trammell, Esq.
Bailey Perrin Bailey, LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
(713) 425-7240 - tel.
cbailey@bpblaw.com

Tommy Fibich, Esq.
Fibich, Hampton & Leebron, L.L.P.
1401 McKinney, Suite 1800
Five Houston Center
Houston, TX 77010
(713) 751-0025 - tel.
tfibich@fhl-law.com

John Driscoll, Esq.
Brown & Crouppen, PC
720 Olive St.
St. Louis, MO 63101
(314) 421-0216 - tel.
Jdriscoll@brownandcrouppen.com

Scott Allen, Esq.
Cruse, Scott, Henderson & Allen, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
713-650-6600 - tel.
sallen@crusescott.com

Todd Harvey, Esq.
Whatley Drake, LLC
2323 2nd Avenue North
Birmingham, AL 35203
(205) 328-9576 - tel.
THARVEY@whatleydrake.com

Lawrence J. Gornick, Esq.
William A. Levin, Esq.
Levin Simes Kaiser & Gornick, LLP
One Bush Street, 14th Floor
San Francisco, CA 94104
(415) 646-7160 - tel.
lgornick@lskg-law.com

Robert L. Salim, Esq.
Robert L. Salim Attorney at Law
PO Box 2069
Natchitoches, LA 71457-2069
(318) 352-5999 - tel.
robertsalim@cp-tel.net

Justin Witkin, Esq.
Aylstock, Witkin & Sasser, PLC
4400 Bayou Boulevard
Suite 58
Pensacola, FL 32503
(850) 916-7450 - tel.
Jwitkin@AWS-LAW.com

Aaron C. Johnson, Esq.
Summers & Johnson
717 Thomas
Weston, MO 64098
(816) 640-9940 - tel.

Todd S. Hageman, Esq.
Simon and Passanante, PC
701 Market St., Suite 1450
St. Louis, MO 63101

Gregory P. Forney, Esq.
Shaffer Lombardo Shurin
911 Main Street, Suite 2000
Kansas City, MO 64105

Eric B. Milliken, Esq.
3 Sir Barton Ct.
Newark, DE 19702
*Pro Se*

Louisiana Wholesale Drug Co. Inc.
C/O Gayle R. White
Registered Agent
Highway 167N
Sunset, LA 70584
*Pro Se*

Catherine Solomon
3100 N.E. 83
Gladstone, MO 64119
*Pro Se*

Randy Niemyer
15863 Pike 43
Bowling Green, MO 63334
*Pro Se*

Thomas Campion, Esq.
Drinker Biddle & Reath, LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100 - tel.
tcampion@dbr.com
Attorneys for Defendants Janssen
Pharmaceutical Products and Johnson &
Johnson Co.

4

Michael Davis, Esq.
James Mizgala, Esq.
Sidley, Austin, LLP
Bank One Plaza
One South Dearborn Street
Chicago, IL 60603
(312) 853-7731 - tel.
mdavis@sidley.com
jmizgala@sidley.com
Attorneys for Defendants AstraZeneca LP
and AstraZeneca Pharmaceuticals, LP

Elizabeth Raines, Esq.
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Attorney for Defendant AstraZeneca, PLC
raines@bscr-law.com

Matthew J. Hamilton, Esq.
Pepper Hamilton
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103
Attorneys for Defendant Eli Lilly & Co.
hamiltonmj@pepperlaw.com