UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re: Seroquel Products Liability Litigation           Case No. 6:06-md-01769-ACC-DAB
MDL Docket No. 1769

THIS DOCUMENT RELATES TO ALL CASES

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that, effective November 13, 2006, the law offices of

LEVIN SIMES KAISER & GORNICK LLP, including the following attorneys and

personnel, will be moving.

| Attorneys: | Associated Email Addresses: | New Physical Address: |
|---|---|---|
| William A. Levin | | LEVIN SIMES KAISER & GORNICK LLP |
| Laurel L. Simes | lsimes@levinslaw.com | 44 Montgomery Street, 36th Floor |
| Jeffrey A. Kaiser | jkaiser@lskg-law.com | San Francisco, CA 94104 |
| Lawrence J. Gornick | lgornick@lskg-law.com | Phone: (415) 646-7160 |
| Emily M. Charley | echarley@lskg-law.com | Fax: (415) 981-1270 |
| Dennis J. Canty | dcanty@lskg-law.com | |
| Debra DeCarli | ddecarli@lskg-law.com | |
| | bsund@lskg-law.com | |
| | astavrakaras@lskg-law.com | |

LEVIN SIMES KAISER & GORNICK LLP

/s/ Dennis J. Canty
Dennis J. Canty (CA State Bar No. 207978)
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: 415-273-8138
Facsimile: 415-981-1270
E-mail: dcanty@lskg-law.com