**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**IN RE: Seroquel Products Liability
Litigation**

                                                  Case No.  6:06-MD-1769-Orl-22DAB

_____/

## NOTICE OF HEARING AND ORDER

**TAKE NOTICE** that Status Conference will be held before the undersigned on **MONDAY**, **NOVEMBER 20, 2006** at **10:00 A.M.** in Courtroom #6, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida.

The Court has reviewed the proposed Orders submitted by the parties regarding confidentiality and the plaintiffs' fact sheets.  Neither proposed Order is acceptable in its current form, and revision to these Orders will be a subject at the Status Conference.  The Court will not authorize the filing of documents under seal absent a specific showing of justification.  Pending revision and entry of the confidentiality order, to the extent the parties have agreed to it, the proposed order will be treated as a stipulation, and the parties should proceed to exchange information subject to that stipulation.  The form of the plaintiffs' fact sheets is acceptable, however, the timing contemplated in the proposed order is not.  The Court will take up this matter along with other scheduling matters at the status conference.

**Counsel and any party to this case wishing to participate in this hearing by telephone conference call MUST call Chambers to make advance arrangements at least forty-eight hours prior to the hearing at telephone number (407) 835-4290.**

**DONE** and **ORDERED** in Orlando, Florida on November 9, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Any Unrepresented Party

**PLEASE NOTE**:  **Photo I.D.** is required to enter the United States Courthouse.  Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.