UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769 (ALL CASES)

_____/

RESPONSE OF ASTRAZENECA PHARMACEUTICALS LP AND
ASTRAZENECA LP TO THE COURT'S OCTOBER 30, 2006 ORDER TO SHOW
CAUSE FOR FAILURE TO COMPLY WITH ADMINISTRATIVE PROCEDURES
FOR ELECTRONIC FILING IN CIVIL AND CRIMINAL CASES

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP (collectively "AstraZeneca") and their attorneys respond to this Court's October 30, 2006 Order to Show Cause as follows:

We apologize for not adhering to this Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases by attaching privacy information to AstraZeneca's October 23, 2006 Response to Plaintiff's Motion to Continue Telephonic Hearing.  We respectfully submit, however, that this one-time misstep does not rise to the level of willful or egregious behavior that historically has warranted sanctions, especially in light of the action taken by counsel to correct their mistake in less than 24 hours.  Moreover, each attorney working on this MDL has undertaken the further study of this Court's Local Rules and Administrative Procedures to ensure that similar disclosures of confidential information do not happen again and that all Local Rules are abided by in the future.[1]

---

[1] Although counsel for AstraZeneca take full responsibility for their violation of the Court's Administrative Procedures, AstraZeneca respectfully states, in response to this Court's inquiry, that its counsel did not also violate the Health Insurance Portability and Accountability Act ("HIPAA").  AstraZeneca is not a health care plan, clearinghouse, or provider covered by HIPAA.  45 C.F.R. § 160.102-103.  In response to this very question,

This Court has stated that a single act, albeit in violation of its Local Rules, does not rise to the level of sanctionable conduct.  *See, e.g.*, *Pavon v. ZMC Hotels, Inc.*, No. 8:05-cv-566-T-17-MAP, 2006 WL 1640543, at *1 (M.D. Fla. June 8, 2006) (admonishing defendant for failing to comply with the Local Rules, and warning that sanctions would issue for *future* violations, but denying plaintiff's motion to strike).  Indeed, in one case, the Court, following a hearing before and a report from the Magistrate Judge, declined to sanction counsel for defendant—despite counsel's repeated failure to appear to court and even despite an unsatisfactory response to the Court's order to show cause—where counsel admitted at hearing that his failures were "a lapse in judgment *and that under no circumstances would [they] happen again*."  *United States v. Galarza-Escobar*, No. 5:05-cr-30-Oc-10-GRJ, 2006 WL 1050632, at *2-3 (M.D. Fla. Apr. 20, 2006) (emphasis supplied).  In this case, AstraZeneca sincerely regrets its error in not redacting protected privacy information in its October 23, 2006 filing with the Court, and reaffirms that no such lapse will be repeated.

In addition, immediately after being notified of its improper filing, AstraZeneca acted to have the unredacted documents removed from the record by filing a motion seeking that relief within 24 hours of the original filing.  Although AstraZeneca did not use the specific word "strike" in its October 24, 2006 Motion to Substitute Exhibit—the relief sought was clear: "AstraZeneca respectfully requests that this Court *withdraw and replace* Exhibit A to Docket entry number 51 with Exhibit A attached to this filing."  *See* Docket No. 55

---

the Department of Health and Human Services explicitly removed pharmaceutical manufacturers from HIPAA's coverage.  65 Fed. Reg. 82568 (Dec. 28, 2000) ("Finally, we clarify that drug, biologics, and device manufacturers are not health care providers simply by virtue of their manufacturing activities.").

(emphasis supplied).  AstraZeneca believed and intended that this Court would interpret its Motion as a request to remove completely its earlier filed exhibit from the record.

The issuance of sanctions traditionally requires a single egregious act, or a pattern and practice of conduct, undertaken willfully and in bad faith or without legitimate purpose.  *See, e.g.*, *Thomas v. Tenneco Packaging Co.*, 293 F.3d 1306, 1320 (11th Cir. 2002) ("[B]efore a court can impose sanctions against a lawyer under its inherent power, it must find that the lawyer's conduct 'constituted or was tantamount to bad faith.'") (citations omitted). Moreover, "[w]here imposed for the purpose of deterring misconduct rather than remedying some prejudice, . . . sanctions must be supported by 'clear and convincing evidence' of 'flagrant or egregious misconduct.'"  *Lee v. Am. Eagle Airlines, Inc.*, 93 F. Supp. 2d 1322, 1331 (S.D. Fla. 2000) (citations omitted).  AstraZeneca's immediate response to correct its erroneous filing demonstrates conduct entirely antithetical to that done in bad faith or without legitimate purpose.

Counsel for AstraZeneca respectfully suggest that, in light of counsel's admission of responsibility, and the admonishments already issued by the Court in its Order to Show Cause, the imposition of sanctions is unnecessary and unwarranted.  *See Galarza-Escobar*, 2006 WL 1050632, at *3 (declining to impose sanctions and adopting the Magistrate Judge's report, which found that counsel's apology, coupled with the Court's written opinion "are a sufficient sanction to punish [counsel] for his cavalier approach to appearances before this Court and are sufficient to ensure that [counsel's] conduct does not reoccur before this Court").  *See also Chambers v. NASCO, Inc.*, 501 U.S. 32, 44-45 (1991) ("A primary aspect of [the] discretion [that is a necessary corollary to a court's inherent power] is the ability to

fashion an appropriate sanction for conduct . . . ."). AstraZeneca respects and takes seriously the privacy rights of Plaintiffs under Florida law and this Court's Local Rules. Such conduct on the part of AstraZeneca's counsel was an isolated incident, and will not occur again.

WHEREFORE, for the above reasons, Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP and their counsel respectfully request that the Court decline to impose sanctions.

DATED:  November 10, 2006

s/ James W. Mizgala
Michael W. Davis
James W. Mizgala
Attorneys for Defendants AstraZeneca
Pharmaceuticals LP and AstraZeneca LP
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
Telephone:	(312) 853-7000
Facsimile:	(312) 853-7036
E-mail:	mdavis@sidley.com
	jmizgala@sidley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the 10th of November, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants listed on the attached Service List.

      s/ James W. Mizgala
Michael W. Davis
James W. Mizgala
Attorneys for Defendants AstraZeneca
Pharmaceuticals LP and AstraZeneca LP
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
Telephone:	(312) 853-7000
Facsimile:	(312) 853-7036
E-mail:	mdavis@sidley.com
	jmizgala@sidley.com

## SERVICE LIST
(As of November 9, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey, LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |

| | |
|---|---|
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | Todd Harvey, Esq.<br>Whatley Drake, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Justin Witkin, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* |

| | |
|---|---|
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>15863 Pike 43<br>Bowling Green, MO 63334<br>***Pro Se*** |
| Thomas Campion, Esq.<br>Andrew C. White, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>tcampion@dbr.com<br>andrew.white@dbr.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com | Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com | David P. Matthews, Esq.<br>Abraham, Watkins, Nichols, Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>Telephone: (713) 222-7211<br>dmatthews@abrahamwatkins.com |
| Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com | Robert G. Smith, Jr., Esq.<br>Lorance & Thompson, PC<br>2900 N. Loop W, Suite 500<br>Houston, TX 77092<br>Telephone: (713) 868-5560<br>rgs@lorancethompson.com |
| Mary B. Cotton<br>John D. Giddens, P.A.<br>P.O. Box 22546<br>Jackson, MS 39225-2546 | Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 |
| Howard Nations<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400 | |