# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF
# FLORIDA

| | |
|---|---|
| CARLO DICIOLLA; ISRAEL PEREZ; CINDY BRYANT; EARL SPENCE and MICHELLE SANFORD, as Personal Representative of the Estate of ROBERT SANFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON COMPANY; JANSSEN PHARMACEUTICA PRODUCTS, LP; ASTRAZENECA PHARMACEUTICALS, LP; ASTRAZENECA LP; and ELI LILLY AND COMPANY,<br><br>Defendants. | Case No.: 05-4570<br><br>Judge: Hon. Anne C. Conway<br><br>IN RE: MDL 1769 Seroquel |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW, counsel for Plaintiffs, Russell H. Rein, an associate of the firm of AYLSTOCK, WITKIN & SASSER, PLC, and move this Court for an entry of an order granting plaintiffs' counsel's Motion for Leave to Withdraw as Counsel for Carlo Diciolla on the grounds that Plaintiff, Carlo Diciolla, is not communicating with Plaintiffs' counsel and as more fully shown in the attached Memorandum of Points and Authorities.

/s/ RUSSELL H. REIN
Russell H. Rein, Esq. (RR0522)
AYLSTOCK, WITKIN & SASSER, PLC
4400 Bayou Blvd., Suite 58
Pensacola, FL 32503
(850) 916-7450 Phone
(850) 916-7449 Facsimile
**COUNSEL FOR PLAINTIFFS**

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CARLO DICIOLLA; ISRAEL PEREZ; CINDY BRYANT; EARL SPENCE and MICHELLE SANFORD, as Personal Representative of the Estate of ROBERT SANFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON COMPANY; JANSSEN PHARMACEUTICA PRODUCTS, LP; ASTRAZENECA PHARMACEUTICALS, LP; ASTRAZENECA LP; and ELI LILLY AND COMPANY,<br><br>Defendants. | Case No.: 05-4570<br><br>Judge: Hon. Anne C. Conway<br><br>IN RE: MDL 1769 Seroquel |

### DECLARATION/MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY PLAINTIFFS' COUNSEL TO WITHDRAW AS COUNSEL FOR PLAINTIFF CARLO DICIOLLA ONLY

On or about August 9, 2004, the law firms of Kline & Specter; Burke & Eisner; and Aylstock, Witkin & Sasser were retained by Plaintiff Carlo Diciolla to pursue a claim for injuries and damages due to Plaintiff's ingestion of the prescription drug Seroquel.

On information and belief, Mr. Diciolla has a viable cause of action against defendants but suffers from a mental condition that may be preventing him from cooperating and communicating with counsel.

Counsel for Plaintiffs has made numerous attempts to communicate with Mr. Diciolla by means of hiring investigators and calling the employer, family members, and treating psychiatrist for Mr. Diciolla. Despite these efforts, Counsel has been unable to communicate with Plaintiff, and, thus, is not able to adequately represent Plaintiff further in these proceedings.

Counsel for Plaintiff, therefore requests permission to withdraw as counsel for Mr. Diciolla, but requests that in the interest of justice that this action not be dismissed and that the Court consider appointing a guardian *ad litem* to represent Mr. Diciolla's interests in this matter.

This declaration is made under penalty of perjury.


/s/ RUSSELL H. REIN
Russell H. Rein, Esq. (RR0522)
AYLSTOCK, WITKIN & SASSER, PLC
4400 Bayou Blvd., Suite 58
Pensacola, FL 32503
(850) 916-7450 Phone
(850) 916-7449 Facsimile

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CARLO DICIOLLA; ISRAEL PEREZ; CINDY BRYANT; EARL SPENCE and MICHELLE SANFORD, as Personal Representative of the Estate of ROBERT SANFORD, § § § § § Plaintiffs, § vs. § § JOHNSON & JOHNSON COMPANY; § JANSSEN PHARMACEUTICA PRODUCTS, LP; § ASTRAZENECA PHARMACEUTICALS, LP; § ASTRAZENECA LP; and ELI LILLY AND § COMPANY, § § Defendants. § § | Case No.: 05-4570<br><br>Judge: Hon Anne C. Conway<br><br><br>IN RE: MDL 1769 Seroquel |

## ORDER

Upon Motion by Plaintiffs' counsel to withdraw as counsel for Plaintiff, Carlo Diciolla, only, and good cause appearing, it is hereby

**ORDERED**, that the motion of Plaintiffs' counsel for Leave to Withdraw as Counsel for Plaintiff Carlo Diciolla, is hereby **GRANTED**.

ENTERED  this     day of            , 2006.

_____
JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of November, 2006, I have served a true and correct copy of the foregoing Motion for Leave to Withdraw as Counsel for Plaintiff Carlo Diciolla, Memorandum of Points and Authorities, and proposed Order, upon all counsel of record by e-service and upon Plaintiff, Carlo Diciolla, at his last known address, as follows:

>Carlo Diciolla
>7722 Reseda Boulevard, Apt. 117
>Reseda, CA  91335-7492
>
>Carlo Diciolla
>c/o Dr. Allan Bledstein, M.D.
>Kaiser Permanente
>5601 De Soto Ave.
>Woodland Hills, CA  91367

>/s/ RUSSELL H. REIN
>Russell H. Rein, Esq. (RR0522)
>AYLSTOCK, WITKIN & SASSER, PLC
>4400 Bayou Blvd., Suite 58
>Pensacola, FL 32503
>(850) 916-7450 Phone
>(850) 916-7449 Facsimile