**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liablity Litigation.**

Case No. 6:06-cv-1769-Orl-22DAB

## ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment into the George C. Young United States Courthouse for use in connection with a hearing in this case, it is **ORDERED** as follows:

1. Michael W. Davis, James W. Mizgala, Tamar B. Kelber, and Robert L. Ciotti, and Kathryn L. Connelly are each allowed to bring one "Blackberry" phone/email device and collectively one laptop computer into the George C. Young United States Courthouse for use during the discovery status conference.

2. Michael W. Davis, James W. Mizgala, Tamar B. Kelber, Robert L. Ciotti, and Kathryn L. Connelly are hereby each granted permission to bring one "Blackberry" phone/email device and collectively one laptop computer into the George C. Young United States Courthouse on **MONDAY, November 20, 2006**, for use in the discovery conference before the undersigned judicial officer scheduled to begin at **10:00 A.M.**.

3. Michael W. Davis, James W. Mizgala, Tamar B. Kelber, Robert L. Ciotti, and Kathryn L. Connelly shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require to present picture identification at the time of entry.

4. The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

5. The Motion to Allow Use of Electronic Equipment (Doc. No. 72) is **GRANTED.**

**DONE** and **ORDERED** in Orlando, Florida on November 14, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers