

A CERTIFIED TRUE COPY

NOV - 9 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 9 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1769

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

*Marilyn Gore, et al. v. AstraZeneca Pharmaceuticals, LP, et al.,* S.D. New York, C.A. No. 1:06-6582

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Gore*) on September 26, 2006. In the absence of any opposition, the conditional transfer order was finalized with respect to *Gore* on October 12, 2006. The Panel has now been advised that *Gore* was dismissed in the Southern District of New York by the Honorable Lewis A. Kaplan in an order filed on October 11, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-10" filed on September 26, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

FILED
11-13-06    12:57
Date           Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA