**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation

Case No.  6:06-md-1769-Orl-22DAB

## ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring PowerPoint electronic equipment into the George C. Young United States Courthouse for use in connection with the discovery conference in this case, it is **ORDERED** as follows:

1. Camp Bailey and Larry Roth are hereby each granted permission to bring a Dell Inspiron Computer and Larry Roth an electrical power strip, extension cord, and computer/video cables into the George C. Young United States Courthouse on **MONDAY, November 20, 2006**, for use in the discovery conference before the undersigned judicial officer scheduled to begin at **10:00 A.M.**.

2. Camp Bailey and Larry Roth shall present a copy of this order to personnel each time they enter the courthouse with such equipment.  In their discretion, courthouse security personnel may require to present picture identification at the time of entry.

3. The equipment described above is subject to inspection at any time by courthouse security personnel.  Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

    4.     MDL Plaintiffs' Motion for Use of Power Point Electronic Equipment (Doc. No. 76) is **GRANTED.** The Court will have available a display size flat screen or projector and screen, suitable for connection to a personal computer.

    **DONE** and **ORDERED** in Orlando, Florida on November 16, 2006.

*David A. Baker*

                      DAVID A. BAKER
         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers