UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liablity
Litigation

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker | DATE AND TIME | November 20, 2006 10:00-11:55 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | Sandy Tremel |
| COUNSEL/PLTF. | Larry Roth<br>Camp Bailey<br>F. Kenneth Bailey, Jr.<br>John Driscoll<br>Keith Jensen<br>Michael Pederson<br>Paul Pennock<br>Fletch Trammell<br>Matt Lundy (TCC)<br>Todd Harvey (TCC)<br>Ken Smith (TCC)<br>Monica Salcagio (TCC)<br>Larry Gornick (TCC)<br>Karren Schaeffer (TCC)<br>Jonathan Jaffe (TCC)<br>Scott Burdine (TCC)<br>Pete Schneider (TCC) | COUNSEL/DEFT. | Micahel Davis<br>James Mitzgala<br>Tamar Kelber<br>Robert Ciotta |

CLERK'S MINUTES
STATUS CONFERENCE

Case called, appearances taken
Procedural setting by court
Plaintiff counsel addresses court on pending issues
Defense counsel responds
Court to enter order with schedule for the parties
Parties discuss protective order
Parties discuss IND and NDA; Court orders specific formalized document file production request
Court sets next hearing for all parties on December 11, 2006 at 2:00 PM
Court sets schedule for briefing and will issue order
Parties discuss Bellweather issues