# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____/

## SCHEDULING ORDER AND NOTICE OF HEARING

This cause came on for consideration following a Status Conference held on November 20, 2006. The following deadlines were set at the Status Conference:

| | |
|---|---:|
| **Detailed Motion to Create Steering Committee** | **November 30, 2006** |
| **Plaintiff Fact Sheets** | **See below** |
| **Plaintiffs' Motion for Document Preservation and Production Protocol** | **December 5, 2006** |
| **Briefing concerning Preemption Issues:**<br>　　**Defendants' Motion to Dismiss**<br>　　**Plaintiffs' Response**<br>　　**Defendants' Reply**<br>**[Judge Conway will schedule a hearing by separate notice]** | **January 16, 2007**<br>**April 20, 2007**<br>**April 30, 2007** |
| **Answers in all filed cases** | **December 4, 2006** |

**TAKE NOTICE** that a Status Conference will be held before the undersigned on **MONDAY**, **DECEMBER 11, 2006** at **2:00 P.M.** in Courtroom #6, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida. **Counsel and any party to this case wishing to participate in this hearing by telephone conference call may do so by calling Chambers to make advance arrangements at least three days prior to the hearing at telephone number (407) 835-4290.**

Counsel is **ORDERED** to file a statement of issues by December 6, 2006.  The Court intends to consider the following issues at the December 11, 2006 conference:

- Status of incoming cases;
- Defendants' response to Plaintiffs' initial discovery requests and formatting of IND and NDA;
- Further consideration of designation of bellwether cases;
- Alternative Dispute Resolution;
- Frequency of future hearings.

All counsel who wish to bring an electronic device (without camera) to the hearing must file a motion at least three days in advance seeking leave listing their identity and the device; a consolidated motion from each side (or all sides) is preferred.

It is further **ORDERED** as follows:

1. Regarding the Plaintiff Fact Sheets [PFS]:

--Each plaintiff shall complete and serve on all defendants a PFS in the form agreed to by the parties;

--Current Plaintiffs who had actions pending in MD 1769 as of September 11, 2006 shall serve a completed PFS with all responsive documents and executed authorizations no later than December 15, 2006;

--Current Plaintiffs whose actions were transferred to MD 1769 after September 11, 2006 shall do likewise no later than January 13, 2007;

--Plaintiffs in cases hereafter transferred to MD 1769 shall serve their PFS and related papers within 30 days of entry of a transfer order (or the date of filing if the case is filed in this District), provided that counsel who represent more than 500 federal Seroquel plaintiffs shall not be required to serve papers for more than 500 plaintiffs in any calendar month.

--After notice and compliance with Local Rule 3.01(g)Defendants may seek appropriate relief, including dismissal, in the event of any failure to meet the foregoing schedule;

--These requirements may be changed or excused by stipulation (provided there is no material adverse impact on the case schedule) or upon motion for good cause shown.

    2. The Joint Motion for Discovery and to Adopt Proposed Pretrial Order regarding Plaintiff Fact Sheets (Doc. No. 64) is **DENIED** as moot, having been addressed at the hearing and dates set herein.

    3. The Joint Motion to Adopt Proposed Protective Order (Doc. No. 67) regarding material exchanged during the course of discovery is **DENIED,** and the parties' proposed protective order (referred to in Doc. No. 67) will stand as a stipulation.  *See* Doc. No. 70.

    **DONE** and **ORDERED** in Orlando, Florida on November 21, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Any Unrepresented Party

**PLEASE NOTE**:  **Photo identification** is required to enter the United States Courthouse.  Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.