**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liablity Litigation.**

Case No. 6:06-cv-1769-Orl-22DAB

_____/

# ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment into the George C. Young United States Courthouse for use in connection with a hearing in this case, it is **ORDERED** as follows:

1.  Michael W. Davis, Robert L. Ciotti, Kathryn L. Connelly, Elizabeth Balakhani, Eben Flaster, Tamar Kelber, and Fred Magaziner, Shane Prince and are each allowed to bring one "Blackberry" phone/email device and collectively one laptop computer, electrical power strip, electrical extension cord, and computer cables into the George C. Young United States Courthouse for use during the discovery status conference on **MONDAY, December 11, 2006**, before the undersigned judicial officer scheduled to begin at **2:00 P.M.**

2.  The individuals cited above shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require to present picture identification at the time of entry.

3.  The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

      4.      Defendants' Motion to Allow Use of Electronic Equipment (Doc. No. 93) is **GRANTED.**

**DONE** and **ORDERED** in Orlando, Florida on December 7, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers