UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 6:06-md-1769-ACC-DAB |
| | § | |
| SEROQUEL PRODUCTS | § | ALL CASES |
| LIABILITY LITIGATION | § | |
| | § | |
| MDL 1769 | § | |
| _____ | § | |

PLAINTIFFS' MOTION FOR ENTRY OF ALTERNATIVE PRODUCTION
AND PRESERVATION ORDER, BRIEF IN SUPPORT AND RESPONSE TO
ASTRAZENECA'S MOTION FOR ENTRY OF ORDER[1]

The proposed Order Pertaining to Preservation of Evidence and Production Protocol attached as Exhibit "A" to Plaintiffs First Amended Motion for Entry of Order and to Compel Deposition (document 92) is substantively similar the Honorable Eldon E. Fallon's Production and Preservation of Defendants' Electronic Data which he entered when presiding over the *In re Propulsid Products Liability Litigation* MDL (Judge Fallon now presides over the Vioxx MDL). Plaintiffs do not withdraw these motions or that proposed order ("Proposed Order #1").

On November 20th this Court directed the parties "to submit either agreed proposals to cover document preservation, production protocol and resolution of this issue about formatting of things already produced by December 5th". Transcript 11/20/06, at 43:6-9.  Plaintiffs did so (documents 91 & 92), AZ did not.

AZ's non-submission was grossly prejudicial to the Plaintiffs. Plaintiffs were forced to file a production protocol order with zero information as to AZ's relevant electronic systems, retention policies or practices. AZ had possession of Plaintiffs' Proposed Order #1 for over one month and never made a single proposed changed to it.  AZ then unilaterally filed its order

---

[1] "AstraZeneca's ["AZ"] Combined Response…" (document 99) while not styled as a motion, says in its first sentence, that AZ "move[s] for entry of an Order adopting [AZ's] proposed Stipulation".

- 1 -

Friday evening after providing it to Plaintiffs' counsel less than 3 hours earlier (late Friday afternoon) and not soliciting a single comment as to whether it correctly reflected any agreement AZ purportedly believed was struck.

AZ's assertion that its submitted order reflects the parties agreement is not correct. AZ's order did not clearly or correctly reflect the one agreement in principal the parties did orally achieve on Friday 12/8/06; to wit, that electronic documents would be produced with load files that contain fully searchable text files (eg. ".txt" files) corresponding to bate-stamped TIFF's & various metadata fields. The parties still have not achieved a final agreement on what metadata fields (eg. author, subject, etc.) will be produced.

In light of that agreement in principal and to continue good faith negotiations, Plaintiffs conferred with and provided AZ mark-ups of AZ's form of order that the Plaintiffs would actually agree to on Saturday. A multi-person conference on Sunday achieved no agreement on Plaintiffs' modifications to AZ's order.

If this Court is inclined to adopt the form of AZ's proposed order over Proposed Order #1, Plaintiffs alternatively propose and attach hereto as Exhibit "A" their proposed form of AZ's submitted order ("Proposed Order #2"). Also, to the extent the Court might find it useful, Exhibit "B" is a "redline" comparing Proposed Order #2 to AZ's version.

Despite the Court's directive to "have a full discussion as to the nature of the record keeping and record retention policy", [Transcript, 11/20/06, 44:8-12] despite numerous requests and opportunities, no such discussion, or even a partial one has occurred. This alone should justify at least the preservation order in Proposed Order #2, as it severely prejudices Plaintiffs ability to argue in favor of, let alone present evidence on same, and further continues to justify the motion to compel an IT 30(b)(6) deposition.

What is additionally justified and may help resolve the prejudice suffered by Plaintiffs as a result of AZ's non-compliance is the portion of Proposed Order #2 that incorporates the E-discovery standards that AZ attached to its combined response and motion.  See, "A[Z's] Combined Response…"; document 99-2, Exhibit 2.  Proposed Order #2 adopts the disclosure provisions of the Default Standard for Discovery of Electronic Documents ("E-Discovery") from the U.S.D.C. for the District of Delaware.  See, Exhibit "A", Proposed Order #2, at 4-5.  AZ has not disclosed a single item from these very E-Discovery standards it apparently supports.  Those items are lists of the most likely custodians of relevant electronic materials and each relevant electronic system as well as the names of the person responsible for its electronic document retention policies and "e-discovery liaison".  Proposed Order #2 would facilitate and expedite the necessary database production conferences by requiring these basic disclosures by a date certain of the Court's choosing.  *Id*.

AZ has consistently opposed the parties jointly selecting search terms.  However, again, the E-Discovery standards AZ supplied to the Court require this.  "The parties shall reach agreement as to the method of searching, and the words, terms and phrases to be searched…".  See, document 99-2, Exhibit 2, p. 4, ¶ 5.

Heeding the local rules the Plaintiffs will not reply herein to AZ's substantive responses on production protocol, preservation or the timing of an IT 30(b)(6) deposition.

WHEREFORE PREMISES CONSIDERED, Plaintiffs respectfully and alternatively pray for the entry of Proposed Order #2 and further relief that this Honorable Court might find just or appropriate.

Respectfully submitted,

 /s/ Larry M. Roth
Larry M. Roth
LAW OFFICES OF LARRY M. ROTH, P.A.
Post Office Box 547637
Orlando, FL  32854-7637
Telephone: (407) 872-2239
Facsimile: (407) 872-6927
E-mail: LROTH@roth-law.com


 /s/ T. Scott Allen
T. Scott Allen
CRUSE, SCOTT, HENDERSON & ALLEN, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
Telephone: (713) 650-6600
Facsimile: (713) 650-1720
E-mail: sallen@crusescott.com


 /s/ K. Camp Bailey
K. Camp Bailey
Michael W. Perrin
F. Kenneth Bailey, Jr.
Fletcher Trammell
BAILEY PERRIN BAILEY L.L.P.
The Lyric Centre
440 Louisiana, Suite 2100
Houston, Texas 77002
Telephone:  (713)425-7100
Facsimile:  (713)425-7101
E-mail: mperrin@bpblaw.com
cbailey@bpblaw.com
kbailey@bpblaw.com
ftrammell@bpblaw.com

 /s/ Paul J. Pennock
Paul J. Pennock
Michael E. Pederson
John Broaddus
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038
Telephone: (212) 558-5500
Facsimile: (212) 363-2721
E-mail: Ppennock@Weitzlux.com
Mpederson@Weitzlux.com
Jbroaddus@Weitzlux.com


 /s/ John J. Driscoll
John J. Driscoll
BROWN & CROUPPEN, P.C.
720 Olive Street, #1800
St. Louis, MO 63101
Telephone: (314) 421-0216
Facsimile: (314) 421-0359
E-mail: Jdriscoll@brownandcrouppen.com


 /s/ Lawrence J. Gornick
Lawrence J. Gornick
William A. Levin
LEVIN SIMES KAISER & GORNICK, LLP
One Bush Street, 14th Floor
San Francisco, CA  94014
Telephone: (415)646-7160
Facsimile: (415)981-1270
E-mail: lgornick@lskg-law.com
wlevin@levinslaw.com

 /s/ Keith M. Jensen_____
Keith M. Jensen
David A. Singleton
JENSEN, BELEW & GONZALEZ, P.L.L.C.
1024 N. Main Street
Fort Worth, Texas 76106
Telephone: (817) 334-0762
Facsimile:  (817) 334-0110
E-mail: kj@kjensenlaw.com
dsingleton123@yahoo.com

 /s/ Matthew E. Lundy_____
Matthew E. Lundy
Lisa L. Stewart
LUNDY & DAVIS, L.L.P
333 N. Sam Houston Parkway East
Suite 375
Houston, Texas 77060
Telephone: (281)272-0797
Facsimile:  (281)272-0781
E-mail: mlundy@lundydavis.com
lstewart@lundydavis.com


 /s/ Todd Harvey_____
Todd Harvey
WHATLEY DRAKE, L.L.C.
2323 2nd Avenue North
Birmingham, AL  35203
Telephone: (205)328-9576
Facsimile: (205)328-9669
E-mail: THARVEY@whatleydrake.com


## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on Friday 12/8/06 and again on Sunday 12/10/06 he and Camp Bailey, Esq., Michael Pederson, Esq., Larry Gornick, Esq., Fletch Trammell, Esq. and/or Plaintiffs' IT experts, Mr. Jonathan Jaffe and Mr. Keith Altman, have conferred with counsel for defendants regarding all of the relief sought herein and despite numerous diligent efforts agreement was not achieved.  Accordingly, this motion is being submitted for determination by this Court.


 /s/ Keith M. Jensen_____
Keith M. Jensen

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served on lead counsel for AstraZeneca by the means indicated below and on the attorneys listed on the attached service list by email on the December 10, 2006 and will be sent by regular mail to those not e-mailed on Monday, December 11, 2006.

\_\_\_\_\_ Facsimile
\_\_x\_\_ Email
\_\_\_\_\_ Overnight Delivery
\_\_\_\_\_ Hand Delivery
\_\_\_\_\_ Certfied Mail

                                                                              /s/  Keith M. Jensen_____
                                                                              One of Plaintiffs Attorneys

**SERVICE LIST**
(As of November 10, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |

# SERVICE LIST
(As of November 10, 2006)

## In Re: Seroquel Products Liability Litigation
## MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797 .<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br>Whatley Drake, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ecf@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street<br>36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |

9

# SERVICE LIST
(As of November 10, 2006)

## In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>(current address unknown)<br>***Pro Se*** |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>15863 Pike 43<br>Bowling Green, MO 63334<br>***Pro Se*** |

10

# SERVICE LIST
(As of November 10, 2006)

## In Re: Seroquel Products Liability Litigation
## MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Thomas Campion, Esq.<br>Andrew C. White, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>tcampion@dbr.com<br>andrew.white@dbr.com<br><br>**Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.** | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>Post Office Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>**Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP** | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>**Attorney for Defendant AstraZenca, PLC** | Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>**Attorney for Defendant Dr. Asif Habib** |

# SERVICE LIST
(As of November 10, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants, Astrazeneca Pharmaceuticals, LP and Astrazeneca LP*** | Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| David P. Matthews, Esq.<br>Abraham, Watkins, Nichols, Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>Telephone: (713) 222-7211<br>dmatthews@abrahamwatkins.com<br>agoff@abrahamwatkins.com<br>jrhoades@abrahamwatkins.com<br>jwebster@abrahamwatkins.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Robert G. Smith, Jr., Esq.<br>Lorance & Thompson, PC<br>2900 N. Loop W, Suite 500<br>Houston, TX 77092<br>Telephone: (713) 868-5560<br>rgs@lorancethompson.com<br>***Attorneys for Defendant, Carlos Hernandez*** | Howard Nations<br>4515 Yoakum Boulevard<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com |

**SERVICE LIST**
(As of November 10, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058 | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Flo<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |
| Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, Texas 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com | Lizy Santiago, Esq.<br>Abraham, Watkins, Nichols,<br>Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>(713) 222-7211<br>lsantiago@abrahamwatkings.com |
| Lori A. Siler<br>The Law Offices of Howard L. Nations<br>4515 Yoakum Boulevard<br>Houston, TX 770066<br>(713) 807-87400<br>(713) 807-8423 (telecopier)<br>www.howardnations.com | |

13