UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:   Seroquel Products
         Liability Litigation          Case No.: 6:06-md-1769-Orl-22DAB

(ALL CASES)
_____/

### MDL PLAINTIFFS' STATEMENT OF ISSUES AND TOPICS TO BE DISCUSSED AT DECEMBER 11, 2006 DISCOVERY CONFERENCE, AND PRELIMINARY OBSERVATIONS AND COMMENTS ON THOSE POINTS FOR THE COURT'S BENEFIT

The MDL Plaintiffs, by and through their undersigned liaison counsel, hereby file this Statement of Issues and Preliminary Observations and Comments on Discussion Points to be considered during the Discovery Conference set by the Court on December 11, 2006 at 2:00 p.m. The issues and discussion points set forth below are not prioritized in any particular order of importance. The Defendants and counsel for Plaintiffs continue to discuss some of these topics at the present time:

1. <u>Discovery Related to Preemption Motion.</u> Pursuant to the Court's instruction, Plaintiffs have begun the service of formal, Requests for Admissions, Requests for Production and 30(b)(6) notices related to the preemption issues. To date, Defendants have not responded to any of these requests. As to the Requests for Production, Plaintiffs have advised Defendants that they are willing to accept responsive documents in custodial format, provided Defendants formally respond to Plaintiff's Requests for Production and comply with their duty to supplement their responses to the extent responsive documents exist outside of custodial files. In lieu of responding to Plaintiffs' requests, Defendants have instead proposed that they unilaterally designate persons

who, in Defendants' judgment, possess relevant documents and that those persons' custodial files be produced. Defendants' proposal is unacceptable. Plaintiffs cannot rely on Defendants to determine which documents Plaintiffs will require to meet their various burdens. Finally, despite the Court's clear instruction to Defendants to immediately produce organizational charts, no charts have been produced.

Defendants have stated that in the event Plaintiffs take a deposition of a witness produced by the company in response to one of the outstanding 30(b)(6) deposition notices, Defendants will refuse to produce that witness in the future for a substantive deposition after documents are produced. Defendants' position is untenable and anything but conducive to expediting good faith preemption-related discovery.

    2.    <u>Order Pertaining to Preservation of Evidence and Production Protocol.</u>  Plaintiffs timely filed their motion and first amended motion for entry of same, as well as a motion to compel an IT deposition pursuant to Fed. R. Civ. P. 30(b)(6). Defendants did not comply with your Honor's required 12/5/06 competing submission deadline, and to date no counter proposal has been submitted by AstraZeneca. The parties will continue to have discussions, but Defendants have been unable to have IT people available to contribute to these talks, despite numerous requests by the Plaintiffs, and the full availability of their own IT person.

    3.    <u>Full Preparation of Individual Cases.</u> At the last conference Plaintiffs proposed that twenty (20) cases be identified as <u>Bellwether</u> cases and moved forward with case specific discovery, along with the general MDL discovery. Defendants were to consider this proposal, the proposed schedule for same and offer objections or suggestions with respect to Plaintiffs' proposal. None have yet been received.

    4.    <u>Defendants' Fact Sheet.</u> Defendants' Fact Sheets are critical to eliciting evidence of

central relevance to the individual cases. AstraZeneca has information concerning individual Plaintiffs (even without receipt of any Plaintiffs Fact Sheet [PFS]), such as their presiding physicians and healthcare providers, including information about AstraZeneca's marketing and other direct efforts to convince those healthcare personnel to prescribe Seroquel, for any particular patient. The FDA has recently concluded that AstraZeneca promotional and certain marketing materials for Seroquel is false and misleading because it minimized the risk of diabetes and presents a public health and safety concern through its minimization of the drug's risks. Thus, it is clear that in any particular case information concerning what AstraZeneca conveyed to Plaintiffs or their doctors is relevant to a number of AstraZeneca defenses, upon which they now claim will support their early dispositive motions. Those defenses include preemption, statute of limitations, learned intermediary, and adequacy of warnings. There should be no dispositive motions on any of these defenses until Plaintiffs have had a full and fair opportunity to obtain the information targeted by the Defense Fact Sheet. Plaintiffs have provided AstraZeneca with a proposed Defense Fact Sheet. AstraZeneca simply objects to the entire concept as premature.

   5. <u>Plaintiffs Fact Sheet.</u> Plaintiffs feel that under the Courts current service requirements for the Plaintiffs Fact Sheets the document is too challenging, and despite good faith cannot be fully met. Therefore, Plaintiffs request that the PFS document be reduced in content so as satisfy Defendants' purported need to identify real claims and also to generally meet the Court's accelerated service schedule. Anticipating this from the outset, this was the reason Plaintiffs were completing their own version of the PFS to get AstraZeneca the basic information to identify what cases were viable or not for purposes of their motion practice. The defense PFS goes far beyond their stated needs. As the Court knows, the PFS content was negotiated with the Defendants as a *quid pro quo* to the timing of the service of the Fact Sheets. In fact, Plaintiffs only agreed to forgo their own

proposed Fact Sheets, many of which have already been served on AstraZeneca, which was a more tightened up version of the PFS that provided the Prescriber, Pharmacy and Treating doctor information. This information clearly tells the Defendants the date of injury and whether a particular Plaintiff has a colorable injury claim for AstraZeneca's Motion to Dismiss. Putting together the PFS, negotiated only in return for greater time periods, that the amount of information required in less than 30 days is workable and clearly will result in a significant number of actionable claims being placed at risk, with individual Plaintiffs right to seek redress for their injuries and to have their day in Court at significant risk. There is no prejudice to AstraZeneca by the Court granting more flexibility to Plaintiffs on the time for the completed PFS.

RESPECTFULLY SUBMITTED this 11th day of December, 2006.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of December, 2006, I electronically filed the foregoing:

**MDL PLAINTIFFS' STATEMENT OF ISSUES AND TOPICS TO BE DISCUSSED AT DECEMBER 11, 2006 DISCOVERY CONFERENCE, AND PRELIMINARY OBSERVATIONS AND COMMENTS ON THOSE POINTS FOR THE COURT'S BENEFIT**

with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the counsel listed on the attached Service List. I further certify that I mailed the foregoing document and the Notice of Electronic Filing by First-Class mail delivery to the non-CM/ECF Participants listed on the attached Service List. Additionally, copies of this Statement will be hand-

delivered to AstraZeneca counsel as early as practical prior to the hearing.

  /s/ Larry M. Roth
**Larry M. Roth**
**Plaintiffs' Liaison Counsel**
**Florida Bar No. 208116**
**LAW OFFICE OF LARRY M. ROTH, P.A.**
**1615 Edgewater Drive, Suite 180 [32804]**
**Post Office Box 547637**
**Orlando, Florida   32854-7637**
**Telephone:   407 - 872-2239**
**Facsimile:    407 - 872-6927**
**E-mail:          LROTH@roth-law.com**

**SERVICE LIST**
(As of November 10, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey, LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F.Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |

**SERVICE LIST**
(As of November 10, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX  77060<br>Telephone:  (281) 272-0797     .<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br>Whatley Drake, LLC<br>2323 2nd Avenue North<br>Birmingham, AL  35203<br>Telephone:  (205) 328-9576<br>THARVEY@whatleydrake.com<br>ecf@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street<br>36th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone:  (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone:  (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |

## SERVICE LIST
(As of November 10, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>(current address unknown)<br>*Pro Se* |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>15863 Pike 43<br>Bowling Green, MO 63334<br>*Pro Se* |

**SERVICE LIST**
(As of November 10, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Thomas Campion, Esq.<br>Andrew C. White, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>tcampion@dbr.com<br>andrew.white@dbr.com<br><br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>Post Office Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>***Attorney for Defendant AstraZenca, PLC*** | Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** |

**SERVICE LIST**
(As of November 10, 2006)

**In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants, Astrazeneca Pharmaceuticals, LP and Astrazeneca LP*** | Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| David P. Matthews, Esq.<br>Abraham, Watkins, Nichols, Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>Telephone: (713) 222-7211<br>dmatthews@abrahamwatkins.com<br>agoff@abrahamwatkins.com<br>jrhoades@abrahamwatkins.com<br>jwebster@abrahamwatkins.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Robert G. Smith, Jr., Esq.<br>Lorance & Thompson, PC<br>2900 N. Loop W, Suite 500<br>Houston, TX 77092<br>Telephone: (713) 868-5560<br>rgs@lorancethompson.com<br>***Attorneys for Defendant, Carlos Hernandez*** | Howard Nations<br>4515 Yoakum Boulevard<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com |

**SERVICE LIST**
(As of November 10, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058 | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Flo<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |
| Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, Texas 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com | Lizy Santiago, Esq.<br>Abraham, Watkins, Nichols,<br>Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>(713) 222-7211<br>lsantiago@abrahamwatkins.com |
| Lori A. Siler<br>The Law Offices of Howard L. Nations<br>4515 Yoakum Boulevard<br>Houston, TX 770066<br>(713) 807-87400<br>(713) 807-8423 (telecopier)<br>www.howardnations.com | |