# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE: Seroquel Products Liablity
Litigation

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker | DATE AND TIME | December 11, 2006 2:00-3:30 4:20-5:10 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | Sandy Tremel |
| COUNSEL/PLTF. | Larry Roth<br>Camp Bailey<br>Dennis Canty<br>Keith Jensen<br>Michael Pederson<br>Fletch Trammell<br>Lizy Santiago (TCC)<br>Ashley Cranford (TCC)<br>Jonathan Jaffe (TCC)<br>Keith Altman (TCC)<br>Seth Webb (TCC)<br>Karren Schaeffer (TCC)<br>Ken Smith (TCC)<br>Scott Burdine (TCC)<br>Larry Gornick (TCC)<br>Bob Schwartz (TCC)<br>Matthew Corker (TCC) | COUNSEL/DEFT. | Fred Magaziner<br>Michael Davis<br>Tamar Kelber<br>Robert Ciotta<br>Shane Prince<br>Elizabeth Balakhani<br>Eben Flaster |

## CLERK'S MINUTES
### STATUS CONFERENCE

Case called, appearances taken
Procedural setting by court
Court addresses motion to withdraw
Defense counsel Magaziner presents power point presentation
Court discusses individual case filings and case structure
Court discusses frequency of future hearings: parties propose hearings every other month
Court sets further hearing for January 25, 2007 at 2:00 PM
Parties discuss proposals for discovery issues
Court sets deadlines on numerous issues and will issue order
Parties will confer and reconvene tomorrow 12/12/06 at 11:00 AM