**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation**

**Case No.  6:06-md-1769-Orl-22DAB**

_____/

## ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring PowerPoint electronic equipment into the George C. Young United States Courthouse for use in connection with the discovery conference in this case, it is **ORDERED** as follows:

1.      Mike Pederson, Fletch Trammel, Camp Bailey, and Ken Bailey are hereby each granted permission to bring a BlackBerry email device and Dennis Canty a Sony Vaio laptop computer into the George C. Young United States Courthouse on **TUESDAY, DECEMBER 12, 2006**, for use in the discovery conference before the undersigned judicial officer scheduled to begin at **11:00 A.M.**

2.      Counsel listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment.  In their discretion, courthouse security personnel may require to present picture identification at the time of entry.

3.      The equipment described above is subject to inspection at any time by courthouse security personnel.  Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

4.      MDL Plaintiffs' Motion for Use of Power Point Electronic Equipment (Doc. No. 97)

as modified by the Court is **GRANTED.**

5.      The Court's December 7, 2006 Order allowing certain counsel for Defendants to bring

electronic equipment into the Courthouse (Doc. No. 96) is extended to **December 12, 2006**.

**DONE** and **ORDERED** in Orlando, Florida on December 12, 2006.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers