UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liablity Litigation

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | **David A. Baker** | DATE AND TIME | December 12, 2006 11:45-12:05 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | Sandy Tremel |
| COUNSEL/PLTF. | Camp Bailey<br>Dennis Canty<br>Keith Jensen<br>Michael Pederson<br>Fletch Trammell<br>Larry Roth (TCC)<br>Lizy Santiago (TCC)<br>Ashley Cranford (TCC)<br>Jonathan Jaffe (TCC)<br>Ken Smith (TCC)<br>Angela Nixon (TCC) | COUNSEL/DEFT. | Fred Magaziner<br>Robert Ciotta<br>Shane Prince<br>Eben Flaster |

CLERK'S MINUTES
STATUS CONFERENCE

Case called, appearances taken
Procedural setting by court
Defense counsel Magaziner provides update to the court since yesterday's hearing
Court makes observations and concludes hearing