UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: Seroquel Products Liability Litigation, MDL Docket No. 1769 | Case No. 6:06-md-01769-ACC-DAB |
| This document relates to: | **SUBSTITUTION OF ATTORNEY** |
| *Carlos DiCiolla, et al. v. Johnson & Johnson Company, et al., Case No. 6:06-cv-10152.* | (Document Electronically Filed) |

The undersigned, Andrew C. White, hereby consents to the substitution of Thomas F. Campion and Heidi E. Hilgendorff, Drinker Biddle & Reath LLP, as attorneys for defendants Janssen, L.P., Janssen Pharmaceutica Inc. and Johnson & Johnson in the above-entitled cause.

DRINKER BIDDLE & REATH LLP
A Pennsylvania Limited Liability Partnership
Superseding Attorney for Defendants
Janssen, L.P., Janssen Pharmaceutica Inc. and Johnson & Johnson

By: _____
Heidi E. Hilgendorff
(heidi.hilgendorff@dbr.com)

Dated: December 13, 2006

DRINKER BIDDLE & REATH LLP
A Pennsylvania Limited Liability Partnership
Withdrawing Attorneys for Defendants
Janssen, L.P., Janssen Pharmaceutica Inc. and Johnson & Johnson

By: _____
Andrew C. White
(andrew.white@dbr.com)

Dated: December 13, 2006

DRINKER BIDDLE & REATH LLP
A Pennsylvania Limited Liability Partnership
Superseding Attorney for Defendants
Janssen, L.P., Janssen Pharmaceutica Inc. and Johnson & Johnson

By: _____
Thomas F. Campion
(thomas.campion@dbr.com)

Dated: December 13, 2006

## CERTIFICATE OF SERVICE

I, Heidi E. Hilgendorff, hereby certify that on December 1̶3̶, 2006, I filed an original of the Substitution of Attorney of defendants Janssen, L.P., Janssen Pharmaceutica Inc. and Johnson & Johnson to the Clerk of the United States District Court for the Middle District of Florida, Orlando Division, by causing same to be filed via the Electronic Case Filing system (CM/ECF).

I further certify that CM/ECF will send an electronic notice of this electronic filing to all parties on the attached service list.

The foregoing statements made by me are true. I am aware that if any of these statements are willfully false, I may be subject to punishment.

                                                   *H. E. Hilgendorff*
                                                 Heidi E. Hilgendorff
                                                 DRINKER BIDDLE & REATH LLP
                                                 A Pennsylvania Limited Liability Partnership
                                                 500 Campus Drive
                                                 Florham Park, New Jersey 07932-1047
                                                 Telephone: 973.360.1100
                                                 Facsimile: 973.360.9831
                                                 heidi.hilgendorff@dbr.com

Dated: December 1̶3̶, 2006

IN RE SEROQUEL PRODUCT LIABILITY LITIGATION
Docket No. 06:md:01769

## Service List
(As of December 12, 2006)

**K. Camp Bailey**
Bailey Perrin Bailey LLP
440 Louisiana St., Suite 2100
Houston, TX 77002-1644
713-425-7232
713-425-7101 (Fax)

**Timothy Reese Balducci**
The Langston Law Firm, P.A.
P.O. Box 787
100 South Main Street
Booneville, MS 38829
662-728-3138
662-728-1992 (Fax)

**Kenneth W. Bean**
Sandberg, Phoenix & Von Gontard
One City Centre, 15th Floor
St. Louis, MO 63101-1880
314-231-3332
314-241-7604 (Fax)

**Dennis J. Canty**
Levin Simes Kaiser & Gornick, LLP
44 Montgomery St., 36th Floor
San Francisco, CA 94101
415-981-7160
415-981-1270 (Fax)

**Thomas F. Campion**
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932-1047

# IN RE SEROQUEL PRODUCT LIABILITY LITIGATION
## Docket No. 06:md:01769

## Service List
### (As of August 29, 2006)

**Robert L. Ciotti**
Carlton Fields, P.A.
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, FL 33607-5736
813/223-7000
813/229-4133 (fax)

**Mary B. Cotton**
John D. Giddens, P.A.
P.O. Box 22546
Jackson, MS 39225-2546

**Mark W. Davis**
Davis & Feder, P.A.
P.O. Drawer 6829
Gulfport, MS 39506-7018
228-863-6000

**Michael W. Davis**
Sidley Austin LLP (Chi-DearbornSt.)
Bank One Plaza
One South Dearborn Street
Chicago, IL 60603
312/853-7000
312/853-7036 (fax)

**Aaron K. Dickey**
Goldenberg and Heller PC
2227 S. State Route 157
Edwardsville, ILL 62025
618-650-7107

**John J. Driscoll**
Brown & Crouppen, PC
720 Olive St., Suite 1800
St. Louis, MO 63101
314/421-0216
314/421-3395 (fax)

# IN RE SEROQUEL PRODUCT LIABILITY LITIGATION
## Docket No. 06:md:01769

## Service List
### (As of August 29, 2006)

**Gregory P. Forney**
Shaffer Lombardo Shurin
911 Main St., Suite 2000
Kansas City, MO 64105
816/931-0500

**Todd S. Hageman**
Simon and Passanante, PC
701 Market St., Suite 1450
St. Louis, MO 63101
314/241-2929

**Matthew J. Hamilton**
Pepper Hamilton LLP
3000 Two Logan Square
18 & Arch Street
Philadelphia, PA 19103-2799

**W. Todd Harvey**
Whatley Drake, L.L.C.
2323 2nd Ave. N
Birmingham, AL 35203-0647
205/328-9576
205/328-9669 (fax)

**Jona R. Hefner**
3441 W. Memorial, Suite 4
Oklahoma City, OK 73134-7000
405/286-3000

**Keith M. Jensen**
Law Office of Keith M. Jensen
1024 North Main St.
Fort Worth, TX 76106
871-334-0762
817-334-0110 (Fax)

3

IN RE SEROQUEL PRODUCT LIABILITY LITIGATION
Docket No. 06:md:01769

## Service List
## (As of August 29, 2006)

**Aaron C. Johnson**
Summers & Johnson
717 Thomas
Weston, MO 64098
816/640-9940

**Benjamin A. Krass**
Law Offices of Matthew F. Pawa, P.C.
1280 Centre Street, Suite 230
Newton, MA 02459
617-641-9550
617-641-9551 (Fax)

**William A. Levin**
Levin Simes Kaiser & Gornick, LLP
One Bush St., 14th Floor
San Francisco, CA 94104

**Louisiana Wholesale Drug Co. Inc.**
C/O Gayle R. White
Registered Agent
Highway 167N
Sunset, LA 70584

**Matthew E. Lundy**
Lundy & Davis
333 N. Sam Houston Pkwy., E
Suite 375
Houston, TX 77060
281/272-0797
281/272-0781 (fax)

**Salvatore M. Machi**
Ted Machi & Associates, P.C.
18333 Egret Bay Blvd. Suite 120
Houston, TX 77058
281-335-7744
281-335-5871 (Fax)

4

# IN RE SEROQUEL PRODUCT LIABILITY LITIGATION
## Docket No. 06:md:01769

## Service List
### (As of August 29, 2006)

**David P. Matthews**
Abraham, Watkins, Nicols, Sorrels,
Matthews & Friend
800 Commerce Street
Houston, TX 77002-1776
713-222-7211
713-225-0827 (Fax)

**Eric B. Milliken**
3 Sir Barton Ct.
Newark, DE 19702-2033

**Howard Nations**
Howard L. Nations Attorney at Law
4515 Yoakum Boulevard
Houston, TX 77006-5895
713-807-8400
713-807-8423 (Fax)

**Randy Niemeyer**
15863 Pike 43
Bowling Green, MO 63334-2620

**Matthew F. Pawa**
Law Offices of Matthew F. Pawa, P.C.
1280 Centre Street, Ste. 230
Newton, MA 02459
617-641-9550
617-641-9551 (Fax)

**Michasel E. Pederson**
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Flr.
New York, New York 10038
212-558-5500
212-363-2721 (Fax)

**Michael W. Perrin**
Bailey Perrin Bailey LLP
440 Louisiana St. Suite 2100
Houston, TX 77002-1644
713-425-7237

# IN RE SEROQUEL PRODUCT LIABILITY LITIGATION
## Docket No. 06:md:01769

## Service List
### (As of August 29, 2006)

**Shane T. Prince**
Dechert, LLP
Cira Center
2929 Arch St.
Philadelphia, PA 19104-2808
215-994-2631
215-655-2631 (Fax)

**Elizabeth Raines**
Baker, Sterchi, Cowden & Rice LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2504

**Russell H. Rein**
Aylstock, Witkin & Sasser, PLC
4400 Bayou Blvd
Suite 58
Pensacola, FL 32503

**Mark P. Robinson, Jr.**
Robinson Calcagnie & Robinson
620 Newport Center Drive, 7th Flr.
Newport Beach, CA 92660
949-720-1288
949720-1292 (Fax)

**Larry M. Roth**
Law Offices of Larry M. Roth, PA
1515 Edgewater Dr. – Ste. 180
P.O. Box 547637
Orlando, FL 32854-7637
407-872-2239
407-872-6927 (Fax)

**Robert L. Salim**
P.O. Box 2069
Natchitoches, LA 71457-2069
318/352-5998

IN RE SEROQUEL PRODUCT LIABILITY LITIGATION
Docket No. 06:md:01769

## Service List
### (As of August 29, 2006)

**Robert A. Schwartz**
Baley Galyen & Gold
18333 Egret Bay Blvd., Suite 120
Houston, TX 77058
218-335-7744
281-335-5871 (Fax)

**Kenneth W. Smith**
Aylstock, Witkin & Sasser, P.L.C.
4400 Bayou Blvd. Suite 58
Pensacola, FL 32503
703-778-5978
850-916-7449 (Fax)

**Robert G. Smith**
Lorance & Thompson, PC
2900 N. Loop W, Suite 500
Houston, TX 77092
713-868-5560

**Catherine Solomon**
3100 N.E. 83
Gladstone, MO 64119

**Fletcher Vines Trammell**
Fibich, Hampton & Leebron, LLP
1401 McKinney St., Suite 1800
Houston, TX 77010

**Justin Graem Witkin**
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Dr.
P.O. Box 1147
Gulf Breeze, FL 32562
850/916-7450
850-916-7449 (fax)