# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No.  6:06-md-1769-Orl-22DAB

_____/

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:    MOTION FOR LEAVE TO WITHDRAW AS COUNSEL (Doc. No. 73)**
>
> **FILED:       November 13, 2006**
> _____
>
> **THEREON** it is **RECOMMENDED** that, to the extent Russell H. Rein, Esq. seeks to withdraw from representation of Carlo Diciolla, the motion be **DENIED**. It is further **RECOMMENDED** that the case be dismissed without prejudice for failure to prosecute if this Plaintiff fails timely to respond to his counsel allowing prosecution of his claim and **DIRECTING** Plaintiff's counsel to assure that Plaintiff receives the Report and Recommendation and understand the consequences of failing to respond.

According to representations made at the December 11, 2006 hearing, Plaintiff Diciolla has stop communicating with counsel.  At the hearing the suggestion of incompetence was withdrawn. Plaintiff will be provided the during the pendency of this Report and Recommendation to communicate with counsel so that counsel is able to proceed with prosecution of the claim.  In the absence of notice from Mr. Rein that he is able to proceed (or from Mr. Diciolla that he wishes to proceed without counsel), this claim will be dismissed for failure to prosecute.

| | |
|---|---|
| **MOTION:** | **MDL PLAINTIFFS' MOTION FOR APPOINTMENT OF PLAINTIFFS' STEERING COMMITTEE AND CO-LEAD COUNSEL (Doc. No. 87)** |
| **FILED:** | **November 30, 2006** |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED in part** and **DENIED** in part. | |
| **MOTION:** | **MDL PLAINTIFFS' SUPPLEMENTAL MOTION FOR APPOINTMENT OF PLAINTIFFS' STEERING COMMITTEE AND CO-LEAD COUNSEL (Doc. No. 88)** |
| **FILED:** | **December 1, 2006** |
| **THEREON** it is **RECOMMENDED** that the motion be **DENIED.** | |

The MDL Plaintiffs proposed a Steering Committee with the following fourteen members: Paul Pennock of Weitz & Luxenberg, P.C.; Ken Bailey, Mike Perrin, and Camp Bailey of Bailey Perrin Bailey LLP; Keith Jensen of Jensen Belew & Gonzalez, PLLC; Larry Gornick of Levin, Simes, Kaiser & Gornick, LLP; John Driscoll of Brown & Crouppen, PC; Pete Schneider of Grady, Schneider & Newman, LLP; Dave Matthews and Lizy Santiago of Abraham, Watkins, Nichols, Sorrels, Matthews & Friend; Scott Burdine of Hagans Burdine, Montgomery, Rustay & Winchester, P.C.; Seth Webb of Brown & Crouppen, P.C.; Howard L. Nations of Howard L. Nations, P.C.; and Scott Allen of Cruse, Scott, Henderson & Allen, LLP.

Effective "steering" cannot be accomplished with fourteen drivers, thus, it is **RECOMMENDED** that approval of the proposed steering committed of fourteen be **DENIED**. However, it is **RECOMMENDED** that two lawyers, Paul Pennock and Camp Bailey, be appointed as Co-Lead Counsel, leaving them and the other Plaintiffs' counsel to create whatever other

committees for workload distribution, cost sharing, and other matters to be handled by a "steering committee" as they deem fit.

> **MOTION:** **DEFENDANT ASTRAZENECA'S MOTION TO SUBSTITUTE LIAISON AND LEAD COUNSEL (Doc. No. 94)**
>
> **FILED:** December 6, 2006
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED** and Fred T. Magaziner be substituted as Lead Counsel and Marjorie Shiekman be substituted as Liaison Counsel, both of Dechert LLP of Philadelphia, Pennsylvania.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 15, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy