UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


IN RE:       Seroquel Products
             Liability Litigation            Case No.: 6:06-md-1769-0r1-22DAB

                                             (ALL CASES)

_____

MDL DEFENDANTS' UNOPPOSED MOTION FOR
THREE DAY EXTENTION OF TIME (TO JANUARY 12 AT 4:00PM)
FOR FILING OBJECTIONS AND COMBINED MEMORANDUM TO
MAGISTRATE'S REPORT AND RECOMMENDATIONS
_____

        MDL Defendants, by their undersigned counsel, hereby file this Motion seeking a

three day extension of time – to January 12, 2006 at 4:00pm – to file their Objections and

Combined Memorandum directed to the Report and Recommendations dated December

22, 2006 (the "R&R").  (Dkt. 113).  This extension of time corresponds precisely to

that provided to MDL Plaintiffs to file their objections to that Report and

Recommendation.  (Dkt. 115).  In support of this Unopposed Motion the following would

be stated:

        1.      On December 22, 2006, Magistrate-Judge Baker entered a ten (10) page

R&R covering various issues going forward.

        2.      On December 26, 2006, MDL Plaintiffs requested leave for a page

extension with respect tot the filing of their objections and combined memorandum

addressed to the R&R.  (Dkt. 114).  The following day, the Court issued an Order

granting MDL Plaintiffs leave to file objections and combined memorandum of up to 25 pages.  Although MDL Plaintiffs had not also requested an extension of time with respect to that filing, the Court's order extended the time for doing so to January 12, 2007 at 4:00pm.  (Dkt. 115).

3.      MDL Defendants are continuing to evaluate the R&R and have not yet determined with certainty that they in fact will file any objections to it.  However, at present (unless the Court intended for the extension of time in its December 27 order to apply to both parties), MDL Defendants filing would be due on January 9, 2007, three days before MDL Plaintiffs.   MDL Defendants would request a brief extension of time, consistent with that provided to MDL Plaintiffs, to finalize their decision as to whether to file any objections and, if so, to prepare and file a combined objection and memorandum.

4.      Accordingly, MDL Defendants request an Order extending their time to January 12, 2007 at 4:00pm – the same date and time as MDL Plaintiffs – to file their combined objections and memorandum to the R&R.

5.      <u>Certificate of Good Faith Conference.</u>  The undersigned counsel has conferred with Liaison Counsel for MDL Plaintiffs, Larry Roth, who has stated that MDL Plaintiffs have no objection to the foregoing request.

Respectfully submitted this 8th day of January, 2007.

/s/ Robert L. Ciotti                          /s/ Fred T. Magaziner
Robert L. Ciotti                              Fred T. Magaziner
Florida Bar No. 333141                        Dechert LLP

Carlton Fields, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Boulevard, Suite 1000
Post Office Box 3239
Tampa, Florida  33607-5736
Telephone:  (813) 223-7000
Facsimile:   (813) 229-4133
E-mail: rciotti@tampabay.rr.com

2929 Arch Street
Philadelphia, Pennsylvania 19103
Telephone: 215 - 994-4000
Facsimile: 215 - 994-2222
E-mail: Fred.Magaziner@ddechert.com

Attorneys for MDL Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the counsel listed on the attached Service List.  I further certify that I mailed the foregoing document and the Notice of Electronic Filing by First-Class mail delivery to the non-CM/ECF Participants listed on the attached Service List.

_____
Robert L. Ciotti

**SERVICE LIST**
(As of December 15, 2006)


**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**


Paul J. Pennock, Esq.
Michael E. Pederson, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5500
ppennock@weitzlux.com
mpederson@weitzlux.com

Camp Bailey, Esq.
Fletcher Trammell, Esq.
Michael W. Perrin, Esq.
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7240
cbailey@bpblaw.com
mperrin@bpblaw.com


Larry Roth, Esq.
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL 32854-7637
Telephone: (407) 872-2239
lroth@roth-law.com

Tommy Fibich, Esq.
Fibich, Hampton & Leebron, L.L.P.
1401 McKinney, Suite 1800
Five Houston Center
Houston, TX 77010
Telephone: (713) 751-0025
tlibich@fhl-law.com


Matthew F. Pawa, Esq.
Law Offices of Matthew F. Pawa, P.C.
1280 Centre St., Suite 230
Newton Centre, MA 02459
Telephone: (617) 641-9550
mp@pawalaw.com

John Driscoll, Esq.
Brown & Crouppen, PC
720 Olive St.
St. Louis, MO 63101
Telephone: (314) 421-0216
jdriscoll@brownandcrouppen.com
asmith@brownandcrouppen.com
blape@brownandcrouppen.com


Keith M. Jensen, Esq.
Jensen, Belew & Gonzalez, PLLC
1024 North Main
Fort Worth, TX 76106
Telephone: (817) 334-0762
kj@kjensenlaw.com

Scott Allen, Esq.
Cruse, Scott, Henderson & Allen, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
Telephone: (713) 650-6600
sallen@crusescott.com

**SERVICE LIST**
(As of December 15, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

Matthew E. Lundy, Esq.
Lundy & Davis, LLP
333 North Sam Houston Parkway East
Suite 375
Houston, TX 77060
Telephone: (281) 272-0797
mlundy@lundydavis.com

W. Todd Harvey, Esq.
Whatley Drake, LLC
2323 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 328-9576
tharvey@whatleydrake.com
ecf@whatleydrake.com

Lawrence J. Gornick, Esq.
William A. Levin, Esq.
Dennis J. Canty, Esq.
Levin Sillies Kaiser & Gornick, LLP
44 Montgomery Street
36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
lgornick@lskglaw.com
dcanty@lskg-law.com
hsimes@levins-law.com
jkaiser@lskg-law.com
echarley@lskg-law.com
ddecarli@lskg-law.com
bsund@lskg-law.com
astavrakaras@lskg-law.com

Gregory P. Forney, Esq.
Shaffer Lombardo Shurin
911 Main Street, Suite 2000
Kansas City, MO 64105
Telephone: (816) 931-0500
gforney@sls-law.com
rbish@sls-law.com
*Attorney for Defendant,*
*Marguerite Devon French*

Robert L. Salim, Esq.
Robert L. Salim Attorney at Law
PO Box 2069
Natchitoches, LA 71457-2069
Telephone: (318) 352-5999
robertsalim@cp-tel.net

Eric B. Milliken, Esq.
3 Sir Barton Ct.
Newark, DE 19702
*Pro Se*

**SERVICE LIST**

(As of December 15, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

Justin Witkin, Esq.
Ken Smith, Esq.
Aylstock, Witkin & Sasser, PLC
4400 Bayou Boulevard, Suite 58
Pensacola, FL 32503
Telephone: (850) 916-7450
jwitkin@aws-law.com
ablankenship@aws-law.com
aburrus@aws-law.com
asmith@aws-law.com
ksmith@aws-law.com
noverholtz@aws-law.com
jsafe@aws-law.com

Louisiana Wholesale Drug Co. Inc.
C/O Gayle R. White
Registered Agent
Highway 167N
Sunset, LA 70584
***Pro Se***

Aaron C. Johnson, Esq.
Summers & Johnson
717 Thomas
Weston, MO 64098
Telephone: (816) 640-9940
firm@summersandjohnson.com

Catherine Solomon
(current address unknown)
***Pro Se***

Todd S. Hageman, Esq.
Simon and Passanante, PC
701 Market St., Suite 1450
St. Louis, MO 63101
Telephone: (314) 241-2929
thageman@spstl-law.com

Randy Niemeyer
15863 Pike 43
Bowling Green, MO 63334
***Pro Se***

**SERVICE LIST**
(As of December 15, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

Thomas Campion, Esq.
Andrew C. White, Esq.
Drinker Biddle & Reath, LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
Telephone: (973) 360-1100
tcampion@dbr.com
andrew.white@dbr.com

*Attorneys for Defendants Janssen*
*Pharmaceutical Products and Johnson &*
*Johnson Co.*

Mary B. Cotton
John D. Giddens, P.A.
226 North President Street
Post Office Box 22546
Jackson, MS 39225-2546
(601) 355-2022
betsy@law-inc.com

Michael Davis, Esq.
James Mizgala, Esq.
Sidley, Austin, LLP
Bank One Plaza
One South Dearborn Street
Chicago, IL 60603
Telephone:   (312) 853-7731
mdavis@sidley.com
jmizgala@sidley.com
*Attorneys for Defendants AstraZeneca LP*
*and AstraZeneca Pharmaceuticals, LP*

Timothy Reese Balducci, Esq.
The Langston Law Firm, PA
P.O. Box 787
100 South Main Street
Booneville, MS 38829-0787
Telephone: (662) 728-3138
tbalducci@langstonlaw.com

Elizabeth Raines, Esq.
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Telephone:   (816) 471-2121
raines@bscr-law.com
*Attorney for Defendant AstraZeneca, PLC*

Kenneth W. Bean, Esq.
Sandberg, Phoenix & von Gontard
One City Centre
15th Floor
St. Louis, MO 63101-1880
Telephone: (314) 231-3332
kbean@spvg.com
*Attorney for Defendant Dr. Asif Habib*

**SERVICE LIST**
(As of December 15, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

Robert L. Ciotti, Esq.
Carlton Fields, P.A.
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, FL 33607-5736
Telephone: (813) 223-7000
rciotti@carltonfields.com
*Attorney for Defendants, AstraZeneca*
*Pharmaceuticals, LP and AstraZeneca LP*

Aaron K. Dickey, Esq.
Goldenberg and Heller, PC
P.O. Box 959
2227 S. State Road 157
Edwardsville, IL 62025
Telephone: (618) 650-7107
aaron@ghalaw.com

Jona R. Hefner, Esq.
3441 W. Memorial, Suite 4
Oklahoma City, OK 73134-7000
Telephone: (405) 286-3000
attorneyoke@hotmail.com

Mark P. Robinson, Jr., Esq.
Robinson, Calcagnie & Robinson
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
mrobinson@robinson-pilaw.com

David P. Matthews, Esq.
Abraham, Watkins, Nichols, Sorrels,
Matthews & Friend
800 Commerce Street
Houston, TX 77002-1776
Telephone: (713) 222-7211
dmatthews@abrahamwatins.com
agoff@abrahamwatins.com
jrhoades@abrahamwatins.com
jwebster@abrahamwatkins.com

Robert A. Schwartz, Esq.
Bailey & Galyen
18333 Egret Bay Blvd., Suite 120
Houston, TX 77058
Telephone: (281) 335-7744
bschwartz@galyen.com

Robert G. Smith, Jr., Esq.
Lorance & Thompson, PC
2900 N. Loop W, Suite 500
Houston, TX 77092
Telephone: (713) 868-5560
rgs@lorancethompson.com

Howard Nations
Lori A. Siler
4515 Yoakum Boulevard
Houston, TX 77006-5895
Telephone: (713) 807-8400
nations@howardnations.com

**SERVICE LIST**
(As of December 15, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

Salvatore M. Machi
Ted Machi & Associates, PC
18333 Egret Bay Blvd., Suite 120
Houston, TX 77058

Scott Burdine, Esq.
Hagans Burdine Montgomery
Rustay & Winchester, P.C.
3200 Travis, Fourth Floor
Telephone: (713) 222-2700
sburdine@hagens-law.com

Pete Schneider, Esq.
Grady, Schneider & Newman, L.L.P.
801 Congress, 4th Floor
Houston, Texas 77002
(713) 228-2200
pschnedier@gsnlaw.com

Lizy Santiago, Esq.
Abraham, Watkins, Nichols,
Sorrels, Matthews & Friend
800 Commerce Street
Houston, TX 77002-1776
(713) 222-7211
lsantiago@abrahamwatkins.com

Fred T. Magaziner
Marjorie Shiekman
A. Elizabeth Balakhani
Shane T. Prince
Eben S. Flaster
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19103
(215) 994-4000
fred.magaziner@dechert.com
shane.prince@dechert.com
majorie.shiekman@dechert.com
eben.flaster@dechert.com
elizabeth.balakhani@dechert.com

David Dickens
Miller & Associates
105 North Alfred Street
Alexandria, Virginia 22314-3010
(703) 519-8080
ddickens@doctorlaw.com

TPA#2312737.1                                     9