# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| Lenora Carter, | NOTICE OF APPEARANCE |
| Plaintiff, | Case No.    MDL No. 06-1708 |
| v. | **This Filing Relates To:**<br>Case No. 6:06-cv-01325-ACC-DAB |
| AstraZeneca Pharmaceuticals, LP, | |
| Defendant. | |

The undersigned attorney hereby notifies the Court and counsel that Howard L. Nations, attorney, appeared as counsel of record for Plaintiff Lenora Carter in this case. Although Plaintiff Lenora Carter has been represented by the undersigned counsel since the inception of this cause, the CMS/ECF system currently incorrectly lists other counsel as representing Lenora Carter in MDL No. 06-1708. Correction of the aforementioned error is respectfully requested.


Dated: January 10, 2007                         s/Howard L. Nations
                                                Howard L. Nations
                                                14823000TX