# EXHIBIT A

# IN RE: SEROQUEL PLAINTIFF'S FACT SHEET

| | |
|---|---|
| Claimant's Full Name: (The person prescribed Seroquel) | |
| Name, address and relationship of personal representative (if filing on behalf of someone else that took Seroquel): | |
| Claimant's Social Security #: | |
| Claimant's Gender: | |
| Claimant's Date of Birth: | |
| Claimant's Address: | |
| Attorney Representing: | |
| Original Case Caption: | |
| Seroquel usage dates: | |
| Reason(s) for Prescription: | |
| Name and address of prescribing physician(s): | |
| Name and address of pharmacy(s) where prescriptions filled: | |
| Principal injury(s) for which claim to be asserted: | |
| Date(s) of principal injury(s): | |
| Name and address of physician or facility that diagnosed principal injury: | |