# EXHIBIT B

# PLAINTIFF FACT SHEET

Please provide the following information for each individual on whose behalf a claim is being made. If you are completing this questionnaire in a representative capacity, please respond to all questions with respect to the person who used Seroquel® (quetiapine). Those questions using the term "You" refer to the person who used Seroquel®. In filling out this form, please use the following definitions: (1) "healthcare provider" means any hospital, clinic, center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, ophthalmology, psychiatric or psychological care or advice, and any pharmacy, weight loss center, dentist, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, therapist, nurse, herbalist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care and/or treatment of you; (2) "document" means any writing or record of every type that is in your possession or the possession of your counsel, including but not limited to written documents, e-mail, cassettes, videotapes, DVDs, photographs, charts, computer discs or tapes, x-rays, drawings, graphs, phono-records, non-identical copies and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form. **You may attach as many sheets of paper as necessary to fully answer these questions.**

If you have any documents (as defined above), including, but not limited to, packaging, instructions, Seroquel® product, or other materials or items that you are requested to produce as part of answering this fact sheet or that relate to Seroquel®, any other antipsychotic medication you allegedly took, or the incident, injuries, claims, or damages that are the subject of your complaint, you must NOT dispose of, alter or modify these documents or materials in any way. You are also required to give all of these documents and materials to your attorney as soon as possible. If you are unclear about these obligations please contact your attorney.

In completing this Fact Sheet you are under oath and must provide information that is true and correct to the best of your knowledge.

I.  **PRELIMINARY INFORMATION**

A.  Seroquel® User's Full Name_____

B.  MDL Case No._____ Court where originally filed_____

C.  Your Attorney's Name:_____

  Firm:_____

  Address:_____

  Telephone number:_____ Fax number:_____

  E-mail address:_____

**If you are completing this Fact Sheet on behalf of the estate of a deceased person or a minor, state:**

1.  Your name and address:_____
    _____

2.  Representative capacity(*i.e.*, administrator, executor, or guardian)_____

3.  Your relationship to deceased or represented person_____

4.  Court which appointed you and date of appointment_____
    _____

II. **PERSONAL INFORMATION FOR THE SEROQUEL® USER**

A.  Address:_____

B.  Maiden, or any other names used by you, and dates of use:_____

C.  Social Security Number: _____

D.  Date and city of birth:_____ Date of Death:_____

E.  Sex:  Male_____  Female:_____

F.  Ethnicity: African-American_____ Caucasian_____ Hispanic_____ Native American_____
    Other (please specify)_____

G.  Marital Status:_____

H.  Have you ever served in any branch of the military? Yes_____ No_____
    1.  If yes, branch and dates of service: _____
    2.  Were you ever rejected or discharged from military service for any reason related to your medical, physical, psychiatric or emotional condition? Yes_____ No_____
        If yes, state the condition and the date of occurrence:_____

- 2 -

I.  Schools you have attended (high school and beyond):
    1.  High School:
        Name:_____
        Address:_____
        Grade completed:_____
        Dates of attendance:_____

    2.  If you attended school beyond high school, as to each school state:
        Name:_____
        Address:_____
        Dates of attendance:_____
        Degree awarded and major:_____

* Please attach additional pages as needed.

III.  **EMPLOYMENT INFORMATION**

A.  For each employer for the past ten (10) years, state:

| Name of Employer | Address and Phone Number | Job Title/Duties | Dates Employed |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

* Please attach additional pages as needed

B.  Since the age of 21, have you ever been unemployed? Yes _____ No _____
    If yes, state date(s) of and reasons for any unemployment:_____

C.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (medical, physical, psychiatric or emotional condition)? Yes_____ No_____
    If yes, please state the dates, employer and health condition:_____
_____

IV.  **SEROQUEL®**

| Date(s) of Use | Dose | Name and Address of Prescribing Physician | Reason for Use | Name and Address of Dispensing Pharmacy |
|---|---|---|---|---|
|  |  |  |  |  |

A.  Do you continue to take Seroquel®? Yes_____ No_____
    If no, state when you stopped and why:_____

B.  Has any healthcare provider recommended that you not use Seroquel®? Yes_____ No_____

- 3 -

   If yes, state the name and address of that healthcare provider and the date of that recommendation was made:_____

   _____

   * If any such advice or recommendation was in writing, please attach a copy.

C.  Have you had any direct communication, oral or written, with AstraZeneca Pharmaceuticals LP and/or AstraZeneca LP or any of their representatives? Yes ____ No ____

V. **INJURIES, SYMPTOMS, DIAGNOSES & DAMAGES**

A.  Are you claiming to have suffered any physical, mental or emotional condition as a result of using Seroquel®? Yes____ No____

B.  If you answered yes, for each condition separately state:
  1.  Detailed description of condition:_____
  _____
  2.  The date you first became aware of the condition: _____
  3.  How you first became aware of it:_____
  4.  Whether you have consulted with any healthcare provider(s) regarding the condition? Yes___ No___
   If yes, please identify healthcare provider's name and address:_____
  _____

   * Please attach additional pages if necessary.

C.  Are you claiming that you have paid, or will have to pay, any monetary expenses or fees as a result of having used Seroquel® ? Yes____ No____
  If yes, please describe:_____
  _____

VI. **HEALTHCARE PROVIDERS AND PHARMACIES**

A.  Identify the following for each healthcare provider, **including psychiatrists, psychologists, social workers, or mental health professionals**, you have consulted since ten (10) years prior to your first ingestion of Seroquel® (or if you are a minor please list *all* healthcare providers):

| Name and Specialty | Address and Phone Number | Dates of Treatment | Reason for Treatment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| Name and Specialty | Address and Phone Number | Dates of Treatment | Reason for Treatment |
|---|---|---|---|
| | | | |
| | | | |

\* Please attach additional pages if necessary.

B. Identify the following for each time you were hospitalized and/or received treatment in an emergency room or an out-patient setting since ten (10) years prior to your first ingestion of Seroquel® (or if you are a minor please list *all* hospitalizations):

| Name of Facility | Address and Phone Number | Dates of Treatment | Reason for Treatment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

\* Please attach additional pages if necessary.

C. Identify the following for each pharmacy, drug store and/or other supplier (including mail order and internet pharmacies) where you have filled prescriptions since ten (10) years prior to your first ingestion of Seroquel® to present (or if you are a minor please list *all* pharmacies, etc.):

| Name | Address and Phone Number | Dates You Filled Prescriptions |
|---|---|---|
| | | |
| | | |
| | | |

\*Please attach additional pages if necessary.

VII. **MEDICAL BACKGROUND**

    A.    Current Height_____        Weight_____

    B.    Have you ever taken medications (prescription or over-the-counter) to control your weight? Yes_____ No_____
        If yes, please list the medication(s), the date(s) you took the medication(s), and the healthcare provider(s) that prescribed the medication(s) (if applicable):

_____
_____

    C.    Drinking History
        1.    Do you currently drink alcohol (beer, wine, whiskey, etc.)? Yes_____ No_____
            If yes, how many drinks per day? _____

        2.    Have you ever drunk alcohol (beer, wine, whiskey, etc.)? Yes_____ No_____
            If yes, what was your greatest alcohol consumption over an extended (six (6) month or greater) period within the last ten (10) years: _____ drinks per day
            When was this period? _____ to _____

    D.    Medical History: Have you ever been diagnosed or treated for any of the following?

| Condition | Yes | No | Dates of Diagnosis/Treatment |
|---|---|---|---|
| Schizophrenia | | | |
| Bipolar Disorder | | | |
| Depression | | | |
| Any other mental illness or disease (If yes, please specify_____) | | | |
| Type I diabetes mellitus | | | |
| Type II diabetes mellitus or NIDDM | | | |
| Diabetes mellitus | | | |
| Gestational Diabetes | | | |
| Diabetic coma | | | |
| Diabetic ketoacidosis (DKA) | | | |
| Diabetic ketosis | | | |
| Glycosuria/glucosuria (sugar in your urine) | | | |
| Hyperglycemia (high blood sugar) | | | |
| Any other problems related to blood sugar, glucose, ketones, or insulin | | | |
| High Cholesterol/hyperlipidemia | | | |
| High triglycerides | | | |
| Obesity (overweight) | | | |
| Pancreatitis | | | |
| Neuroleptic Malignant Syndrome | | | |
| Tardive Dyskinesia or other movement disorder | | | |
| Extrapyramidal Symptoms (EPS) | | | |
| Hyperprolactinemia | | | |

    E.    *Other than* those conditions that you believe were caused by your use of Seroquel®, do you currently suffer from any physical injuries, illnesses or disabilities? Yes_____ No_____

- 6 -

If yes, please identify:
    Injury, illness or disability: _____
    Date(s) of onset: _____
    Date(s) of diagnosis: _____
    Physician by whom first treated: _____
    Physician's address (if not otherwise provided): _____

## VIII. MEDICATIONS

A. Do you currently take, or have you taken, any of the following medications:

| Medication | Yes | No | If yes, dose and dates of usage |
|---|---|---|---|
| Abilify (Aripiprazole) | | | |
| Clozaril (Clozapine) | | | |
| Geodon (Ziprasidone) | | | |
| Haldol (Haloperidol) | | | |
| Navane (Thiothixine) | | | |
| Risperdal (Risperidone) | | | |
| Solian (Amisulpride) | | | |
| Stelazine (Trifluoperazine) | | | |
| Thorazine (Chlorpromazine) | | | |
| Trilafon/Triavil (Perphenazine) | | | |
| Zyprexa/Symbyax (Olanzapine) | | | |
| Any other psychiatric medication (If yes, please specify_____) | | | |

B. Have you ever taken or used any illicit drugs or methadone? Yes____ No_____
    If yes, please list drug(s) and period(s) of use:_____

## IX. FAMILY MEDICAL HISTORY

A. To the best of your knowledge, please indicate whether your *parents, siblings, children or grandparents* have ever suffered from or treated for any of the following:

| Condition | Yes | No | If yes, identify the family member(s) |
|---|---|---|---|
| Obesity | | | |
| Diabetes | | | |
| Hyperglycemia | | | |
| Hypertension or high blood pressure | | | |
| Vascular problems or poor circulation | | | |
| Glucose Intolerance | | | |
| Glandular disease | | | |
| High cholesterol or triglycerides | | | |
| Alcoholism | | | |
| Any psychiatric disease or abnormality (If yes, please specify_____) | | | |

X.   **FACT WITNESSES**

A.   Other than your healthcare providers, please identify all persons whom you believe possess information concerning your injury and/or other facts related to your claim:

| Name | Address | Type of information |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

B.   Have you obtained a statement, oral or written, from any person not a party to this action? Yes_____ No_____ (If yes, please attach a copy.)

XI.  **INSURANCE AND BENEFITS**

A.   Has any insurance or other company (including Medicare/Medicaid) provided you with medical coverage or paid your medical bills at any time beginning ten (10) years prior to your prescription of Seroquel® through the present? Yes_____ No_____
If yes, then identify the following as to each such company:

| Name of Company | Address and Phone Number | Policy Number |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

B.   Have you ever applied for worker's compensation, social security, state or federal disability benefits or any other form of disability claim? Yes_____ No_____
If yes, then identify the following as to each application submitted:

| Agency | Date of Submission | Nature of Injury | Claim/Docket Number |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

- 8 -

XII. **PRIOR LEGAL ACTIONS**

A. Have you ever been a party to a lawsuit, judicial proceeding or made a claim (other than in the present suit) whether civil, criminal or administrative? Yes_____ No_____
If yes, then identify the following as to each:

| Caption and Case No. | Date Filed | Nature of Action | Outcome | Your Lawyer's Name and Address |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

B. Have you ever been convicted of, or pled guilty to, a misdemeanor or felony? Yes_____ No_____
If yes, describe the crime or offense, the state and county, and the outcome of the charge:
_____
_____

C. Are you a participant in any settlement relating to your use of Zyprexa? Yes_____ No_____

XIII. **DOCUMENTS**

A. Please sign and attach to this Fact Sheet the authorizations for the release of records.

B. If completing this Fact Sheet on behalf of a deceased person, please attach the legal documentation establishing that you are the legal representative and the Decedent's death certificate and autopsy report (if applicable).

C. Please indicate whether you or your counsel have any of the following materials in your possession by placing a checkmark next to the word "yes" or "no." **If yes, attach a copy of any such documents. In responding, note that Seroquel® is quetiapine.**

1. Medical records from any physician, hospital or healthcare provider for the ten (10) years prior to your first ingestion of Seroquel® to present. Yes_____ No_____

2. Pharmacy records for the ten (10) years prior to your first ingestion of Seroquel® to present, including receipts, prescriptions or records of purchase. Yes_____ No_____

3. Advertisements for Seroquel® or articles discussing Seroquel® which you reviewed before and during the time you took Seroquel®. Yes_____ No_____

4. The packaging, including the box and label, for Seroquel® and any remaining medication (plaintiffs must retain the originals of the items requested). Yes_____ No_____

5. Product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed with or provided to you in connection with your use of Seroquel®. Yes_____ No_____

6. Documents that mention Seroquel®, or any alleged health risks or hazards related to Seroquel® in your possession at or before the time of the injury alleged in your complaint. Yes____ No____

7. Statements obtained from or given by any person having knowledge of facts relevant to the subject of this litigation. Yes____ No____

8. Documents that were provided to you by any of the defendants. Yes____ No____

9. Documents constituting any communications or correspondence between you and any representative of the defendants. Yes____ No____

10. Documents concerning any antipsychotic medications you have used or ingested, other than Seroquel®. Yes____ No____

11. Photographs, drawings, journals, slides, videos, DVDs or any other media relating to your alleged injury or your life after the incident. Yes____ No____

12. If you claim you have suffered a loss of earnings or earnings capacity, your federal tax returns for each of the last five (5) years. Yes____ No____

13. If you claim you have suffered a loss of earnings or earnings capacity, all employment records in your possession, including employment applications, performance evaluations, paychecks and pay stubs. Yes____ No____

14. If you claim any loss from medical expenses, copies of all bills from any physician, hospital, pharmacy or other healthcare provider. Yes____ No____

15. If you have been the claimant or subject of any worker's compensation, Social Security or other disability proceeding, all documents relating to such proceeding. Yes____ No____

16. Copies of all pleadings, including but not limited to complaints, answers, answers to interrogatories, deposition notices, transcripts of depositions, settlement papers, releases, stipulations of dismissal and covenants not to sue, in any action for personal injuries by or on behalf of you at any time during your life. Yes____ No____

17. Journals, diaries, notes, letters, e-mails or other documents written by you or received by you which refer to your health or well-being, including any injuries or illnesses, or which refer to Seroquel®, or the risks or benefits of Seroquel®, or which refer to the use of any other antipsychotic medications. Yes____ No____

18. Print-outs of all websites or blogs which are maintained or created by you. Yes____ No____

19. Print-outs of internet postings made by you which relate to your health or well-being, including any injuries or illnesses, or which refer to Seroquel®, or the risks or benefits of Seroquel®, or which refer to the use of any other antipsychotic medications. Yes____ No____

## ACKNOWLEDGEMENT

I declare under penalty of perjury that all of the information provided in this Plaintiff's Fact Sheet is true and correct to the best of my knowledge, information, and belief and that I have supplied all the documents requested in Part XIII of this Plaintiff's Fact Sheet, to the extent that such documents are in my possession or in the possession of my lawyers, and that I have signed, witnessed, and supplied the authorizations attached to this Verification.

Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

Date:_____          _____
                                            Signature

## AUTHORIZATION FOR RELEASE OF ALL RECORDS

**Patient Name:** _____
**Other name(s) used by Patient** _____
**DOB:** _____
**Social Security Number:** _____
**Case Name:** _____

**PROVIDER NAME:** _____
**PROVIDER ADDRESS:** _____

  I hereby authorize all health care providers, physicians, hospitals, clinics and institutions, medical facilities, mental health clinics, mental health hospitals, pharmacies, educational facilities, former and present employers, insurance providers, including Medicare and Medicaid, Social Security Administration Disability Determination Services, and Department of Workers' Claims, to release all existing medical records and information, relating to the medical care, treatment, physical/mental condition, and documentation of medical expenses revealed by your observation or treatment past, present and future, including records generated by third parties, as well as all educational and employment records regarding Patient to:

_____

  And to: Sidley Austin LLP
      One South Dearborn Street
      Chicago, Illinois 60603

  And to: Representatives of AstraZeneca

  I understand that this authorization includes but is not limited to information regarding the diagnosis and treatment of drug, alcohol, Acquired Immune Deficiency Syndrome (AIDS), and psychiatric and psychological disorders including Psychotherapy Notes[1] as defined by the Health Insurance Portability and Accountability Act 45 CFR 164.50. It also includes x-ray reports, laboratory reports, CT scans reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, fetal monitor strips, discharge summaries, photographs, surgery consent forms, inform consent forms regarding family planning, admission and discharge records, operation records, doctor and nurses notes, prescriptions, medical bills, invoices, histories, diagnoses, home health records, diabetic flow sheets, electronic and digital records, psychiatric treatment and counseling records, psychological treatment and counseling records, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other document or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc). It also includes my

---

[1] Psychotherapy notes means notes recorded (in any medium) by a health care provider who is a mental health professional (including social workers) documenting or analyzing the contents of conversation during a private counseling session or a group, joint, or family counseling session and that are separated from the rest of the individual's record.

complete employment personnel file, including attendance reports, performance reports, W-4 forms, W-2 forms, medical reports and/or any and all other records relating to my employment, past and present, and all educational records, including courses taken, degrees obtained, and attendance records. This listing is not meant to be exclusive.

**This authorization permits you to release copies of records you made in connection with examinations, diagnosis and treatment of me; it does not permit you, nor does it authorize you, to speak to anyone concerning your care and treatment of me. It does not permit you to be interviewed or to give statements concerning your care and treatment of me.**

I, the undersigned individual am on notice that:
- This request for disclosure of protected health information, and any disclosure of the same pursuant hereto is at the request of the individual.
- Any health care provider disclosing the above requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.
- This authorization can be revoked through written notice to the individual above listed entities, except to the extent that action has been taken in reliance on this authorization. The undersigned is aware of the potential that protected health information disclosed pursuant to this authorization is subject to re-disclosure in a manner that will not be protected by HIPAA regulations.
- A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the above-referenced case or five (5) years from the date of this authorization, whichever comes later.

I have carefully read and understand the above, and do herein expressly and voluntarily authorize the disclosure of the above information about, or medical records of, my condition to those persons or agencies listed above.

Date: _____

_____
(Signature) Patient or Patient Representative

_____
Printed Name of Patient's Representative (if applicable)

_____
Description of Representative's authority to act for patient /relationship to patient (if applicable)

Address: [Plaintiff's name and address]
_____
_____
_____

**This authorization is designed to be in compliance with the Health Insurance Portability and Accountability Act ("HIPAA") 45 CFR Parts 160 and 164.**