# EXHIBIT C

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>THIS RELATES TO:<br><br>ALL CASES<br>_____ | MDL Docket No.:<br>6:06-md-1769-Orl-22DAB |

### AFFIDAVIT OF LAURENCE G. TIEN

Comes the undersigned, Laurence G. Tien, being counsel for Bailey Perrin Bailey, LLP representing Plaintiffs in multiple actions against Defendant Astrazeneca, et al. and in support of Plaintiffs' Objections to Magistrate's Report and Recommendation of December 22, 2006 and Supporting Memorandum, states and affirms as follows:

I, Laurence G. Tien, being first duly sworn, on oath, depose and say that: I am the supervising attorney in charge of Plaintiff's Fact Sheets at Bailey Perrin Bailey, LLP and have the authority and knowledge to certify the fact sheet procedures described below.

I have been a licensed attorney for over nine years and have extensive experience in the production of answers to interrogatories, responses to requests for production and fact sheets involving toxic torts and pharmaceutical litigation.

I have supervised and/or been involved in the production of thousands of interrogatories, answers to interrogatories, responses to requests for production and fact sheets involved in asbestos and fen-phen litigation.

Most recently, I have supervised the production of approximately 1,300 fact sheets in the **IN RE: Zyprexa Products Liability Litigation.**

I employed and supervised a staff of 20-25 office assistants, data entry personnel, legal assistants and/or paralegals and six attorneys to produce 1,200 Zyprexa fact sheets over a seven month time period.

I currently employ and supervise a staff of twenty (20) office assistants, data entry personnel, legal assistants and/or paralegals and five (5) attorneys in the production of the Seroquel fact sheets.

The procedures described in this affidavit are a true and correct accounting of all the steps undertaken by Plaintiffs' counsel to complete Plaintiff's Fact Sheets.

The procedures and amount of time involved in completing one standard plaintiff's fact sheet with routine information are as follows:

| Procedures | Approximate Amount of Time Needed to Complete Procedure |
|---|---|
| 1. Print letter to client and attach Plaintiff's Fact Sheet and HIPAA form and mail to client; | 45 minutes |
| 2. Wait time for Plaintiff's completed fact sheet – (2 weeks to 1 month); | |
| 3. Separate mail and record receipt of plaintiff's fact sheet; | 10 minutes |
| 4. Scan return HIPAA form; | 15 minutes |
| 5. Data entry of Plaintiff's Fact Sheet (includes research on incomplete addresses, phone numbers, etc.); | 45 minutes – 1 ½ hour |
| 6. Review of Fact Sheet for spelling, grammatical errors and completeness; | 15 minutes – 1 hour |
| 7. Phone conference with plaintiff for missing or incomplete information, if required; | 15 minutes – 1 hour |
| 8. Data entry of Plaintiff's Fact Sheet based on new information provided by plaintiff; | 15 minutes – 30 minutes |
| 9. Print and mail out completed Plaintiff's Fact Sheet for plaintiff review and acknowledgement signature; | 30 minutes |
| 10. Wait time for return Plaintiff's Fact Sheet (1 to 3 weeks) | |
| 11. Record receipt of verified Plaintiff's Fact Sheet and Acknowledgment; | 15 minutes |
| 12. Make corrections identified by plaintiff, if needed; | 15 minutes to 1 hour |
| 13. Print final Plaintiff's Fact Sheet and attach Acknowledgment and HIPAA form. | 30 minutes |

| **Total Approximate Amount of Time:** | 4 hours 10 mins to 7 hours 25 minutes per fact sheet. |
|---|---|

The times detailed above are only for your "average" plaintiff. Many of the clients in this litigation have much greater difficulties in accomplishing some of the simple tasks required by this project. Additional time is required to complete Fact Sheets for deceased plaintiffs, incapacitated plaintiffs, minor plaintiffs and plaintiffs who do not reside at one permanent address.

Plaintiff's counsel and Defendant Astrazeneca agreed to a Final Fact Sheet form in early November 2006. The Final Fact Sheet form was mailed to the Plaintiffs shortly afterward.

Many of the questions contained on that Final Fact Sheet form were not contained on the Plaintiff's initial intake questionnaire previously completed by most plaintiffs. Thus, those specific items of inquiry were not readily available to Plaintiff's counsel. For example, some questions on the Final Fact Sheet form that were not previously obtained and readily available to the Plaintiff's counsel include:

1. Identifying by name and specialty, address and phone number, "dates of treatment" and "reason for treatment" for <u>ten (10) years</u> in history for every "healthcare provider" that the plaintiff ever saw. This includes,

    any hospital, clinic, center, physician's office, infirmary, medical or diagnostic laboratory [blood work details] or other facility that provides medical, dietary, ophthalmology, psychiatric, or psychological care or advice, and any pharmacy, weight loss center, <u>dentist,</u> x-ray department, laboratory, physical therapist, or physical therapy department, rehabilitation specialists, physician, physiatrist, <u>osteopath,</u> <u>homeopath,</u> chiropractor, psychologist, therapist, nurse, herbalist, nutritionist, dietician, or other person or entities involved in evaluation, diagnosis, care and/or treatment;

2. The dates of attendance in high school;

3. The dates of attendance in college;

4. The name, address, phone number, job title, duties, and all dates employed for ten (10) years;

| |
|---|
| 5. All dates in which the person would have been unemployed during their entire life; |
| 6. Having to identify every pharmacy, drug, or other supplier where every prescription was filled (totally unrelated to Seroquel) for ten (10) years previous, including the address and phone number and "dates you filled prescriptions;" |
| 7. Having to be specific over a ten (10) year period on what dates in which over a six month period the individual plaintiff consumed the most alcohol; |
| 8. Having to answer about 22 different illnesses and the dates of diagnosis and treatment for the entire life of the individual plaintiff; |
| 9. Having to answer about 22 different illnesses and the dates of diagnosis and treatment for the entire life of the individual plaintiff; |
| 10. The Plaintiffs are required for their parents, siblings, children and grandparents, to answer whether or not any of these people ever suffered from ten (10) different illnesses; |
| 11. Having to provide information concerning prior lawsuits that are totally unrelated for purposes of this general MDL litigation, and not the specific individual plaintiff discovery concerning civil, criminal or administrative lawsuits, including the lawyers' names and addresses, the dates filed, the captions of the cases; |
| 12. There are nineteen (19) different categories of documents that have to be produced by the Plaintiffs, including pharmacy records going back to ten (10) years; |
| 13. Photographs, drawings, journals, slides, videos, DVDs or any other media relating to your alleged injury or your life after the incident; worker's compensation, social security or other disability proceeding documents; copies of all pleadings, including but not limited to complaints, answers, answers to interrogatories, deposition notices, transcripts or depositions, settlement papers, releases, etc. for any personal injury suffered "during your life" totally unrelated to Seroquel; and |
| 14. All websites or blogs which are maintained or created by you", regardless of whether or not they have anything at all to do with Seroquel." |

Not surprisingly, most of the Fact Sheet questions listed above are giving Plaintiffs the most difficulty in trying to give complete and accurate answers. Many Plaintiffs have expressed frustration and occasional anger, because of the requirement to provide the information above and in such detail.[1]

Based on my past experience with the production of fact sheets, approximately twenty (20%) to twenty-five (25%) of plaintiffs complete and return their answers to the Fact Sheets within 30 to 45 days. The next twenty-five (25%) to fifty percent (50%) of plaintiffs will return their completed fact sheets within a 60 – 120 days. However, this

---

[1] See attached, redacted client e-mail attached as Exhibit "A" regarding the difficulties involved in answering these questions. This is typical and representative of many of our clients' concerns.

specific group of plaintiffs will require repeated attempts and contacts to remind them to complete their Fact Sheet input.

Approximately twenty-five (25%) to thirty percent (30%) of the Plaintiffs involved in the Zyprexa litigation never returned their completed Fact Sheet. This was despite multiple mailings of fact sheet forms and repeated contact or attempted contact by telephone or mail (over a seven month period) requesting completion of the fact sheets. Even after repeated reminders (by phone and mail) that each lawsuit could be dismissed by the Court, some plaintiffs simply never responded.

FURTHER AFFIANT SAYETH NAUGHT:

_____
LAURENCE G. TIEN

SWORN TO AND SUBSCRIBED before me on the 12th day of January, 2007.

_____
Notary Public in and for the State of Texas

Heather Santiago
Printed Name

My Commission Expires: 01/08/2008

HEATHER SANTIAGO
Notary Public, State of Texas
My Commission Expires
January 08, 2008

# EXHIBIT A

**From:**
**Sent:** Monday, December 25, 2006 6:59 PM
**To:** Ken Bailey
**Subject:** ......problems with forms re: seroquel case

Dear Sir or Madam;

I am writing in reguards to all of the forms which you have sent me. Most recently; you are asking that I recall names, places, dates of diagnosis, pharmacies,etc. , I am not sure I could recall any of this even if I were not struggling through "mental illness"

I have sent you information and have signed all of the relese form; so I can not understand why you could not get this inforemation?

I will sign and return the most recent packet under the red flagged page.
If you cannot work with me; then go ahead and drop me from the procedings.

Or please advise me what to do.

Sincerely;

--
if you hear a voice within you
say "you cannot paint", then by
all means paint, and that voice
will be silenced..
Vincent Van Gogh