UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to ALL CASES

### AstraZeneca's Memorandum Addressing Judge Baker's Report and Recommendation

Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP ("AstraZeneca"), by and through their counsel, respectfully address Judge Baker's December 22, 2006 Report and Recommendation as follows:

**Severance**

AstraZeneca agrees with Judge Baker's recommendation that all of the multi-plaintiff cases should be severed. Severance is proper under Rule 21 of the Federal Rules of Civil Procedure because the multi-plaintiff cases do not seek relief arising out of the same transaction or occurrence, and the plaintiffs in those cases are misjoined. *See* Fed. R. Civ. P. 20, 21; *see also In re Prempro Prods. Liab. Litig.*, 417 F. Supp. 2d 1058, 1060 (E.D. Ark. 2006) (claims of plaintiffs against pharmaceutical manufacturer are misjoined when plaintiffs are residents of different states, were prescribed hormone therapy drugs by different doctors for different lengths of time with different dosages, and suffered different injuries); *In re Baycol Prods. Liab. Litig.*, MDL No. 1431, 2002 WL 32155269, at *2 (D. Minn. July 5, 2002) (the "fact that defendants' conduct is common to all plaintiffs' claims and the legal

issues of duty, breach of duty and proximate cause and resulting harm are common do not satisfy Rule 20's requirements").

Multidistrict courts typically order severance of multi-plaintiff complaints, as well as dismissal with prejudice of any plaintiff who fails timely to re-file an individual complaint. *See, e.g., In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Prods. Liab. Litig.*, MDL No. 1203, 2004 WL 2095451, at *1-2 (E.D. Pa. Sept. 20, 2004) (ordering severance of multi-plaintiff cases, and requiring each plaintiff subject to severance to file within sixty days a "Severed and Amended" complaint and remit the filing fee or suffer dismissal with prejudice), *appeal dismissed*, 418 F.3d 372, 375 (3d Cir. 2005); *see also In re Phenylpropanolamine (PPA) Prods. Liab. Litig.*, 460 F.3d 1217, 1243-46 (9th Cir. 2006) (affirming district court's dismissal of certain plaintiffs' cases with prejudice for failure to comply with case management order requiring filing of severed complaints).

The multi-plaintiff cases filed by plaintiffs here will impede the efficient administration of this MDL. *See In re Diet Drugs*, 2004 WL 2095451, at *1. These multi-plaintiff cases will also needlessly complicate discovery and interfere with its completion. *Id.* Therefore, severance is not only proper, but also necessary. Judge Baker's Report and Recommendation provides an excellent method and a workable time frame for plaintiffs to re-file new individual complaints. Claims of any plaintiff who fails to re-file a severed complaint within the deadlines set by the Court should be dismissed with prejudice. *See e.g., In re PPA*, 460 F.3d at 1243-46.

AstraZeneca respectfully requests that the Court's order regarding severance implement a mechanism for dismissals. AstraZeneca proposes the following: (1)

AstraZeneca may file a monthly notice identifying all plaintiffs who have failed to timely re-file individual complaints; (2) each plaintiff so identified shall have 20 days thereafter to file an individual complaint; and (3) upon AstraZeneca's motion, all claims of any plaintiff who fails to file an individual complaint within 20 days shall be dismissed with prejudice.

**Other Case Management Issues**

At Judge Baker's urging, after many hours of negotiations, AstraZeneca and plaintiffs reached agreements with respect to a host of issues, particularly the timeline for plaintiffs' production of Fact Sheets and AstraZeneca's production of documents. The parties' agreements were captured in jointly-proposed Case Management Orders 1 and 2. Given the enormous undertaking involved in plaintiffs' mass production of thousands of Fact Sheets and AstraZeneca's production of millions of pages of documents, the parties' proposed timelines are reasonable and fair to both sides.

    **A.**    **Plaintiffs' Production of Fact Sheets**

AstraZeneca recognizes and shares the Court's desire to move this litigation forward. AstraZeneca also realizes the importance of completed plaintiffs' Fact Sheets to the overall management of this litigation. Past experience has shown, however, that plaintiffs' counsel in mass tort cases often have no choice but to submit incomplete and/or deficient Fact Sheets when faced with tight deadlines. This litigation will be no different.

AstraZeneca would prefer to receive Fact Sheets at the pace recommended by Judge Baker. AstraZeneca understands, however, that such a pace is not realistic, and will result in hundreds of deficient Fact Sheets, which will ultimately cost AstraZeneca and plaintiffs

hours of follow-up, and require the Court's constant intervention in relatively minor issues. To save the Court and the parties unnecessary burden, delays and costs, AstraZeneca has agreed to plaintiffs' production of 500 *completed* Fact Sheets per month – a pace which plaintiffs find manageable. AstraZeneca believes that production of 500 fully completed Fact Sheets per month (instead of 1,000 Fact Sheets, the majority of which will likely be very deficient) will overall streamline these cases and better achieve the Court's and the parties' objective to move this MDL forward.

Additionally, the agreed-upon deadlines for Fact Sheet production will afford plaintiffs the opportunity to examine their cases carefully, and stipulate to dismissal of those cases that are without merit. As outlined in proposed CMO 2, any stipulated dismissal without prejudice will be conditioned upon plaintiff's stipulation that should he/she later re-file, he/she shall do so only by filing a complaint in a United States District Court in which venue is proper, shall not join any parties or amend his/her pleadings in any way that would defeat diversity jurisdiction, and shall not object to said case being transferred to this MDL. These conditions for dismissals without prejudice are necessary to prevent plaintiffs from circumventing this MDL in favor of state courts.

**B.     AstraZeneca's Production of Documents**

AstraZeneca agrees with Judge Baker's recommendation that the Court approve sections of proposed CMO 2 relating to the method and pace of AstraZeneca's production of documents. The proposed process and timeline for AstraZeneca's production are reasonable and appropriate.

AstraZeneca has identified and agreed to produce documents of 80 custodians. Production of documents by custodian will expedite discovery in this MDL because it is the fastest and most practical way for AstraZeneca to collect and produce relevant documents. A custodial production allows AstraZeneca to collect all of the potentially relevant documents in the custody of an employee involved with Seroquel, review those documents, and produce them to plaintiffs at one time. The order of the custodial production will be established by plaintiffs. Once a custodian's relevant documents have been produced, plaintiffs can review them and depose that custodian. Custodial production will obviate the need for multiple depositions of the same AstraZeneca witness because plaintiffs will have access to all of the witness's documents before the deposition.

In contrast, if plaintiffs continue to serve AstraZeneca with a series of different document requests, AstraZeneca would have to expend significant time and resources responding to each set of requests, many of which will be duplicative. AstraZeneca would also be forced to collect documents from the same custodian multiple times. This chaotic process would be inefficient, take much longer than custodial productions, and plaintiffs could never be sure that all of a custodian's relevant documents had been produced prior to his/her deposition.

AstraZeneca has already begun producing documents from eight custodians, and it is in the process of collecting and processing documents of the other 72 custodians whom it has identified. Millions of pages of documents must be collected, reviewed, redacted, formatted, and processed for production – a task that is monumental and time consuming. AstraZeneca is committed to producing documents at a pace that is satisfactory both to the Court and

plaintiffs, and is confident that the method and timeline proposed in CMO 2 will achieve that objective. AstraZeneca has also offered plaintiffs the opportunity to interview AstraZeneca personnel regarding electronically-stored information databases. In short, AstraZeneca has taken the steps necessary to comply with this Court's efforts to move the litigation along expeditiously, rationally and fairly.

AstraZeneca respectfully requests that the Court approve and adopt Judge Baker's Report and Recommendation with two modifications: (1) claims of any plaintiff who fails to comply with the Court's severance order and timely re-file a new complaint should be dismissed with prejudice on AstraZeneca's motion; and (2) plaintiffs should be required to produce 500 completed Fact Sheets each month.

Dated: January 12, 2007

Respectfully submitted,

/s/ Fred .T. Magaziner
Fred T. Magaziner
DECHERT LLP
Cira Center
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

E-mail: fred.magaziner@dechert.com

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

6

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 12th day of January 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants listed on the attached Service List.

/s/ Shane T. Prince

**SERVICE LIST**
(As of December 15, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |

**SERVICE LIST**
(As of December 15, 2006)

In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br>Whatley Drake, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ecf@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street<br>36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |

2

## SERVICE LIST
(As of December 15, 2006)

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>(current address unknown)<br>*Pro Se* |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>15863 Pike 43<br>Bowling Green, MO 63334<br>*Pro Se* |

**SERVICE LIST**
(As of December 15, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Thomas Campion, Esq.<br>Andrew C. White, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>tcampion@dbr.com<br>andrew.white@dbr.com<br><br>*Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.* | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>Post Office Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>*Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP* | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>*Attorney for Defendant AstraZenca, PLC* | Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>*Attorney for Defendant Dr. Asif Habib* |

4

## SERVICE LIST
(As of December 15, 2006)

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants, Astrazeneca Pharmaceuticals, LP and Astrazeneca LP*** | Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| David P. Matthews, Esq.<br>Abraham, Watkins, Nichols, Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>Telephone: (713) 222-7211<br>dmatthews@abrahamwatkins.com<br>agoff@abrahamwatkins.com<br>jrhoades@abrahamwatkins.com<br>jwebster@abrahamwatkins.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Robert G. Smith, Jr., Esq.<br>Lorance & Thompson, PC<br>2900 N. Loop W, Suite 500<br>Houston, TX 77092<br>Telephone: (713) 868-5560<br>rgs@lorancethompson.com<br>***Attorneys for Defendant, Carlos Hernandez*** | Howard Nations<br>Lori A. Siler<br>4515 Yoakum Boulevard<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com |

**SERVICE LIST**
(As of December 15, 2006)

In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058 | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Flo<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |
| Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, Texas 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com | Lizy Santiago, Esq.<br>Abraham, Watkins, Nichols,<br>Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>(713) 222-7211<br>lsantiago@abrahamwatkins.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com |