**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
    Litigation                         Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause is before the Court on the Motion for Leave to Withdraw as Counsel (Doc. No. 73), MDL Plaintiffs' Motion for Appointment of Plaintiffs' Steering Committee and Co-Lead Counsel (Doc No. 87), MDL Plaintiffs' Supplemental Motion for Appointment of Plaintiffs' Steering Committee and Co-Lead Counsel (Doc. No. 88), and on Defendant AstraZeneca's Motion to Substitute Liaison and Lead Counsel (Doc. No. 94).

The United States Magistrate Judge has submitted a Report recommending that MDL Plaintiffs' Motion for Appointment of Plaintiffs' Steering Committee and Co-Lead Counsel be granted in part, the Defendant AstraZeneca's Motion to Substitute Liaison and Lead Counsel be granted, and that the other motions be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 15, 2006 (Doc. No. 109) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Leave to Withdraw as Counsel (Doc. No. 73) is DENIED. No later than February 16, 2007 attorney Russell H. Rein shall file a Notice with the Court that he has communicated with Plaintiff Carlo Diciolla, and that he is able to proceed with prosecution of this claim. Alternatively, Carlo Diciolla may file a Notice with the Court that he wishes to proceed without counsel. In the absence of a Notice from either Mr. Rein that he is able to proceed, or from Mr. Diciolla that he wishes to proceed without counsel, Mr. Diciolla's claim will be dismissed for failure to prosecute, without further notice.

3. MDL Plaintiffs' Motion for Appointment of Plaintiffs' Steering Committee and Co-Lead Counsel (Doc No. 87) is denied in part and granted in part. The Motion for Appointment of Plaintiffs' Steering Committee of fourteen attorneys is DENIED. The Motion for Appointment of Co-Lead Counsel is GRANTED. Paul Pennock and Camp Bailey are hereby appointed Co-Lead Counsel. Co-Lead Counsel and the other Plaintiffs' counsel may create whatever other committees for workload distribution, cost sharing, and other matters to be handled by a "steering committee" as they deem fit.

4. MDL Plaintiffs' Supplemental Motion for Appointment of Plaintiffs' Steering Committee and Co-Lead Counsel (Doc. No. 88) is DENIED.

5. Defendant AstraZeneca's Motion to Substitute Liaison and Lead Counsel (Doc. No. 94) is GRANTED. The Clerk is directed to add Fred T. Magaziner as lead counsel and Marjorie Shickman as liaison counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP. Both attorneys are with Dechert LLP of Philadelphia, Pennsylvania.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 16, 2007.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record

Carlo Diciolla
7722 Reseda Boulevard, Apt. 117
Reseda, CA 91335-7492

Carlo Diciolla
c/o Dr. Allan Bledstein
Kaiser Permanente
5601 De Soto Ave.
Woodland Hills, CA 91367