| **Exhibit** | **Description** |
|---|---|
| A-1 | THE SEDONA CONFERENCE GLOSSARY: E-DISCOVERY & DIGITAL INFORMATION MANAGEMENT (May 2005)), pages 1-23 |
| A-2 | THE SEDONA CONFERENCE GLOSSARY: E-DISCOVERY & DIGITAL INFORMATION MANAGEMENT (May 2005)), pages 24-46 |
| B | Affidavit of Howard Reissner |