UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to ALL CASES

### [PROPOSED] ORDER

Having considered the parties' respective simultaneous briefing pursuant to paragraph III.D.1. of Case Management Order No. 2 ("CMO NO. 2"), it is hereby ORDERED that:

(1) The costs that will be incurred in converting AstraZeneca's responsive and non-privileged hard copy documents into single-page Tagged Image File Format ("TIFF") with an accompanying load file, pursuant to CMO No. 2, ¶ III.A.1., shall be shared equally by both sides – with one half of those costs allocated to Plaintiffs and the other half allocated to AstraZeneca; and

(2) The costs that will be incurred in creating and generating searchable text files with respect to AstraZeneca's responsive and non-privileged hard copy documents and electronic documents, including Optical Character Recognition ("OCR") text files of unredacted portions of redacted documents and extracted text files of unredacted electronic documents, pursuant to

CMO No. 2, ¶ III.A.1., shall be shared equally by both sides – with one half of those costs allocated to Plaintiffs and the other half allocated to AstraZeneca.

of both hard copy documents and electronic documents.

**DONE and ORDERED** in Orlando, Florida, on _____, 2007

_____
**ORDERED BY THE COURT**