UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to (ALL CASES)

_____/

## CASE MANAGEMENT ORDER NO. ___ REGARDING PRODUCTION AND DISCOVERY

Upon consideration of the parties briefs regarding the potential of cost sharing for AZ's production of accessible electronically stored information as set forth in the parties proposed Case Management Order No. 2, AstraZeneca's ("AZ") request that Plaintiffs share some portion of those costs is hereby DENIED; it is further,

ORDERED that the custodial productions that AZ is engaged from the date of this order shall be completed on the following schedule: the first custodial production shall be completed with ____ days of the entry of this Order and each subsequent custodial production shall be completed with ____ days of the prior completed custodial production (AZ shall file and serve statements of compliance with this order when it completes each custodial production); it is further,

ORDERED that AZ shall produce one or more designees qualified to testify to the topics designated in Plaintiffs pending Rule 30(b)(6) deposition notice (Doct. # 92-2, p. 40, Ex. H) for deposition within ____ days of the entry of this order.

DONE and ORDERED in Orlando, Florida on January ___, 2007.

_____
David A. Baker
United States Magistrate Judge

- 1 -