**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

_____/

# Order Regarding Status Conference Matters

*A. Plaintiffs' Motion for Electronic Equipment*

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring electronic equipment into the George C. Young United States Courthouse for use in connection with the Status conference in this case, it is **ORDERED** as follows:

1. Paul Pennock, Mike Pederson, Fletch Trammell, Camp Bailey, Ken Bailey, and Keith Jensen are hereby each granted permission to bring a Black Berry email device and cell phone without camera capabilities into the George C. Young United States Courthouse on **THURSDAY, FEBRUARY 8, 2007**, for use in the discovery conference before the undersigned judicial officer scheduled to begin at **10:00 A.M.**

2. Counsel listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require them to present picture identification at the time of entry.

3. The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

        4.      MDL Plaintiffs' Motion for Use of Electronic Equipment (Doc. No. 134) is **GRANTED.**

***B. Items to be considered at the February 8, 2007 Status Conference:***

1. Setting of deadlines for discovery and dispositive motions;

2. Alternative Dispute Resolution Plan;

3. Scheduling for cases originally filed in the Middle District of Florida;

4. Status of pending motions in Case Nos. 6:06cv1721; 6:06cv1027; and 6:06cv1661;

5. Bellwether cases;

6. Mechanics of severance;

7. Status of additional transfer cases.

***C. Electronic Filing Required***

On Monday July 12, 2004, the United States District Court for the Middle District of Florida converted to a mandatory paperless electronic filing system: CM/ECF. Extensive notice of this conversion was provided via the Middle District of Florida's web-page, announcements, and numerous mailings. In addition, CM/ECF training sessions were offered by the Court's administrative staff.

**ALL COUNSEL** are **ORDERED** to sign up for participation in the CM/ECF docket system within 5 days of this Order (or show cause why they cannot participate). All attorneys appearing before this court are **ORDERED** to begin using the CM/ECF docket system within 15 days of entry of any appearance in any action pending before this Court. Counsel are directed to the website located at www.flmd.uscourts.gov under "CM/ECF" where they can request their password from the Court. **(NOTE: Pro Se parties are exempt from the electronic filing requirement.)**

**DONE** and **ORDERED** in Orlando, Florida on February 5, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers