**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liablity Litigation.**

**Case No.  6:06-md-1769-Orl-22DAB**

_____/

## ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment  into the George C. Young United States Courthouse for use in connection with a hearing in this case, it is **ORDERED** as follows:

1. Fred Magaziner, Stephen McConnell, Tamar B. Kelber, Robert L. Ciotti, Shane Prince, and Kathryn L. Connelly are each allowed to bring one "Blackberry" phone/email device into the George C. Young United States Courthouse for use during the status conference on **THURSDAY, February 8, 2007**, for use in the discovery conference before the undersigned judicial officer scheduled to begin at **10:00 A.M.**

2. The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require to present picture identification at the time of entry.

3. The equipment described above is subject to inspection at any time by courthouse security personnel.  Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

4. Defendants' Motion to Allow Use of Electronic Equipment (Doc. No. 136) is **GRANTED.**

5. It is further **ORDERED** that **all future** motions of either side to allow use of electronic equipment at any future hearing or status conference **MUST** be filed **no later than 5:00 p.m**. allowing at least three business days[1] prior to the hearing and should be incorporated in the joint agenda required by the Case Management Order No. 1 (Doc. No. 130 at 6), where applicable. *See* Doc. No. 83.

**DONE** and **ORDERED** in Orlando, Florida on February 6, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers

---

[1] This is not the first time the Court has had to direct the parties to file their motions to allow electronic equipment at least three days in advance. Doc. No. 83 at 2. The business day ends at 5:00 p.m., not midnight.