UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

---

This Document Relates to ALL CASES

## NOTICE OF APPEARANCE

Comes now, Stephen J. McConnell, attorney for Defendants AstraZeneca Pharmaceuticals, LP and AstraZeneca LP, and hereby enters this Notice of Appearance on their behalf in the above-captioned cause.

Respectfully submitted,

/s/ Stephen J. McConnell
Stephen J. McConnell
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19103
Telephone: (215) 994-4000
Facsimile: (215) 994-2222

E-mail: Stephen.mcconnell@dechert.com

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

Dated: February 7, 2007