# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liablity
Litigation

Case No.  6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker | DATE AND TIME | February 8, 2007 10:00-10:40 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER: | William Jones Sunshine State Reporting |
| COUNSEL/PLTF. | Camp Bailey Kenneth F. Bailey, Jr. Paul Pennock Michael Pederson Fletch Trammell Kenneth Smith Larry Gornick (TCC) Ashley Cranford (TCC) David Dickens (TCC) Lezzlie Hornsby (TCC) Lowel Finson (TCC) | COUNSEL/DEFT. | Fred Magaziner Robert Ciotta Shane Prince Stephen McConnell Tamar Kelber Whit Johnson (TCC) Bridget Thomas (TCC) |

## CLERK'S MINUTES
### STATUS CONFERENCE

Case called, appearances taken
Procedural setting by court
Counsel Paul Pennock outlines case status for the court
Counsel Fred Magaziner responds
Parties discuss various case issues
Court sets further status conference for 3/2/07 at 10:00AM