UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

_____

This Document Relates to the cases listed below

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that F. Kenneth Bailey Jr., hereby enters his appearance as counsel of record for plaintiffs in MDL-1769 for the following cases:

(1) No. 6:06-cv-01389-ACC-DAB - Jamie Abad, et al. vs. Eli Lilly and Company and Astrazeneca, LP, et al.
(2) No. 6:06-cv-01846-ACC-DAB - Nancy Aaron, et al. vs. Astrazeneca LP, et al.
(3) No. 6:06-cv-01853-ACC-DAB - Tina Abbott, et al. vs. Astrazeneca LP, et al.
(4) No. 6:06-cv-01851-ACC-DAB - Jannette Abear, et al. vs. Astrazeneca LP, et al.
(5) No. 6:06-cv-01845-ACC-DAB - Cynthia Abel, et al. vs. Astrazeneca LP, et al.
(6) No. 6:06-cv-01844-ACC-DAB - William Abernathy, et al. vs. Astrazeneca LP, et al.
(7) No. 6:06-cv-01317-ACC-DAB - Valerie Abeyta, et al. vs. Astrazeneca LP, et al.
(8) No. 6:06-cv-01847-ACC-DAB - Hilda Abram, et al. vs. Astrazeneca LP, et al.
(9) No. 6:06-cv-01320-ACC-DAB - Pamela Adair, et al. vs. Astrazeneca LP, et al.
(10) No. 6:06-cv-01319-ACC-DAB - James Adams, et al. vs. Astrazeneca LP, et al.
(11) No. 6:06-cv-01318-ACC-DAB - Paul Adams, et al. vs. Astrazeneca LP, et al.
(12) No. 6:06-cv-01323-ACC-DAB - Larry Adkins, et al. vs. Astrazeneca LP, et al.

(13) No. 6:06-cv-01322-ACC-DAB - Natalie Aguirre, et al. vs. Astrazeneca LP, et al.
(14) No. 6:06-cv-01852-ACC-DAB - Cynthia Alexander-Douglas, et al. vs. Astrazeneca LP, et al.
(15) No. 6:06-cv-01843-ACC-DAB - Michelle Ammerman, et al. vs. Astrazeneca LP, et al.
(16) No. 6:06-cv-01850-ACC-DAB - Pearl Anderson, et al. vs. Astrazeneca LP, et al.
(17) No. 6:06-cv-01848-ACC-DAB - Donna Anderton-Vilimek, et al. vs. Astrazeneca LP, et al.
(18) No. 6:06-cv-01316-ACC-DAB - Mellisa Andrew, et al. vs. Astrazeneca LP, et al.
(19) No. 6:06-cv-01321-ACC-DAB - Erin Arnold, et al. vs. Astrazeneca LP, et al.
(20) No. 6:06-cv-01849-ACC-DAB - Lisa Ashley, et al. vs. Astrazeneca LP, et al.
(21) No. 6:06-cv-01221-ACC-DAB - Larry Balak, et al. vs. Astrazeneca LP, et al.
(22) No. 6:06-cv-01429-ACC-DAB - Edna Beland, et al. vs. Astrazeneca LP, et al.
(23) No. 6:06-cv-01141-ACC-DAB - Gary Conner, et al. vs. Astrazeneca LP, et al.
(24) No. 6:06-cv-01509-ACC-DAB - Earl Willie McNair v. AstraZeneca LP, et al.
(25) No. 6:06-cv-01510-ACC-DAB - Angela Burley, et al. vs. AstraZeneca, LP, et al.
(26) No. 6:06-cv-01340-ACC-DAB - Megan Denise Finch v. AstraZeneca, LP., et al.

Respectfully submitted this 8th day of February, 2007

BAILEY PERRIN BAILEY LLP

/s/ F. Kenneth Bailey Jr.
F. Kenneth Bailey Jr.
TSBN 01543500
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana St., Suite 2100
Houston, Texas 77002
Telephone: (713) 425-7100
Facsimile: (713) 425-7101
E-mail: kbailey@bpblaw.com

Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 8th day of February, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing Notice of Appearance and the notice of electronic filing by First Class mail to the non-CM/ECF participants listed on the attached Service List.

/s/ F. Kenneth Bailey Jr.
