# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 6:06-md-1769-ACC-DAB |
| | § | |
| SEROQUEL PRODUCTS | § | ALL CASES |
| LIABILITY LITIGATION | § | |
| | § | |
| MDL 1769 | § | |
| _____ | § | |

## PLAINTIFFS' MEMORANDUM REGARDING PRODUCTION OF *ACCESSIBLE* DATA BY AZ

Plaintiffs hereby withdraw their Memorandum Regarding Production of *Accessible* Data by AZ filed on or about December 6, 2006.

 

Respectfully submitted,

 /s/ Keith M. Jensen_____
Keith M. Jensen
David A. Singleton
JENSEN, BELEW & GONZALEZ, P.L.L.C.
1024 N. Main Street
Fort Worth, Texas 76106
Telephone: (817) 334-0762
Facsimile:  (817) 334-0110
E-mail: kj@kjensenlaw.com
dsingleton123@yahoo.com

- 2 -

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served by virtue of the CM/ECF system on February 15, 2007.

                                                        /s/ Keith M. Jensen
                                                        One of Plaintiffs Attorneys