UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:  Seroquel Products Liability
       Litigation

Case No. 6:06-md-1790-ACC-DAB

**MDL 1769**

**This Document Relates to the Cases
Identified on the Attached**      /

**Plaintiffs' Fact Sheet Schedule**

Pursuant to Case Management Order 2, attached is a schedule of plaintiff fact sheets served and to be served on behalf of plaintiffs represented by Levin Simes Kaiser & Gornick, LLP.

Respectfully Submitted

By:_____/s/_____
Lawrence J. Gornick (CA SBN 136290)
Dennis Canty (CA SBN 207978)
Emily M. Charley (CA SBN 238542)
LEVIN SIMES KAISER & GORNICK LLP
44 Montgomery Street, 36th Floor
San Francisco, CA  94104
Telephone:  415-646-7160
Facsimile:  415-981-1270

Attorneys for Plaintiffs

**On January 31, 2007 Plaintiffs served fact sheets in the following cases:**

Boatwright, Julia 6:06-cv-1012-ACC-DAB

Bosaw, Jennifer 6:06-cv-1011-ACC-DAB

Buchanan, Anita Louise 6:06-cv-1020-ACC-DAB

Caldwell, Leona 6:06-cv-996-ACC-DAB

Collier, Deborah 6:06-cv-1008-ACC-DAB

Copeland, Nadine 6:06-cv-1301-ACC-DAB

Derosky, Barry 6:06-cv-992-ACC-DAB

Evans, Betty 6:06-cv-1041-ACC-DAB

Frederick, James 6:06-cv-1000-ACC-DAB

Gaiman, Jacqueline 6:06-cv-1297-ACC-DAB

Gangidine, Samantha 6:06-cv-1018-ACC-DAB

Getchell, Beverly 6:06-cv-1314-ACC-DAB

Gringel, Gail 6:06-cv-994-ACC-DAB

Heigl, John 6:06-cv-973-ACC-DAB

Ledbetter, Nichol 6:06-cv-1046-ACC-DAB

Levy, Cheryl 6:06-cv-1009-ACC-DAB

Linderman, Donna 6:06-cv-1038-ACC-DAB

Massey, Michelle 6:06-cv-966-ACC-DAB

Masterson, John 6:06-cv-1039-ACC-DAB

McAlister, Kathleen 6:06-cv-980-ACC-DAB

Morris, Laurel 6:06-cv-1005-ACC-DAB

Naramore, Jennifer 6:06-cv-1292-ACC-DAB

Popp, Mary Lou 6:06-cv-1023-ACC-DAB

Powell, Shelley 6:06-cv-967-ACC-DAB

Reardon, James 6:06-cv-1388-ACC-DAB

Reed, Betty 6:06-cv-1051-ACC-DAB

Reynolds, Vicky 6:06-cv-1298-ACC-DAB

Roberts, Debra 6:06-cv-1332-ACC-DAB

Robinson, Lori 6:06-cv-1028-ACC-DAB

Simmons, Gregory 6:06-cv-1017-ACC-DAB

Sims, Denise 6:06-cv-1306-ACC-DAB

Sulkowski, Edward 6:06-cv-991-ACC-DAB

**On February 28, 2007, Plaintiffs will serve fact sheets or dismiss claims in the following cases:**

Baytos, John 6:06-cv-0964-ACC-DAB

Bellman, Dawn 6:06-cv-1044-ACC-DAB

Boal, Jeffrey 6:06-cv-1043-ACC-DAB

Bobal, Mark 6:06-cv-969-ACC-DAB

Burgess, Dawn 6:06-cv-987-ACC-DAB

Carroll, Lori 6:06-cv-974-ACC-DAB

Chathams, Sandra 6:06-cv-999-ACC-DAB

Coppola, James 6:06-cv-1299-ACC-DAB

Flye, Tracy 6:06-cv-1222-ACC-DAB

Fromosky, Thomas 6:06-cv-1302-ACC-DAB

Ginyard, Valarie 6:06-cv-1223-ACC-DAB

Glover, Eddie 6:06-cv-977-ACC-DAB

Godfrey Ned 6:06-cv-979-ACC-DAB

Goldsmith, Shirley 6:06-cv-986-ACC-DAB

Hawkins, Michael 6:06-cv-984-ACC-DAB

King, Kenneth 6:06-cv-1013-ACC-DAB

Lockhart, Christopher 6:06-cv-1031-ACC-DAB

Mack, Dianne 6:06-cv-1025-ACC-DAB

Maxwell, Marva 6:06-cv-1333-ACC-DAB

McIntyre, Carole 6:06-cv-998-ACC-DAB

O'Hosky, William 6:06-cv-1016-ACC-DAB

Orie, Joy 6:06-cv-962-ACC-DAB

Patton, Joseph 6:06-cv-1726-ACC-DAB

Peat, Lisa 6:06-cv-1003-ACC-DAB

Polis, Scott L. 6:06-cv-1286-ACC-DAB

Porter, Dennis 6:06-cv-1030-ACC-DAB

Spung, Clinton 6:06-cv-1045-ACC-DAB

Tenney, Sharon 6:06-cv-1032-ACC-DAB

Thomas, Hellen 6:06-cv-1295-ACC-DAB

Weldon, Raymond 6:06-cv-1040-ACC-DAB

William, Oggie 6:06-cv-1303-ACC-DAB

**On March 31, 2007 Plaintiffs will serve fact sheets or dismiss claims in the following cases:**

Adams, Larry 6:06-cv-1026-ACC-DAB

Alderson, Quincy 6:06-cv-1042-ACC-DAB

Ali, Donna 6:06-cv-1024-ACC-DAB

Belpuliti, Lamont 6:06-cv-961-ACC-DAB

Birkner, Lisa 6:06-cv-1293-ACC-DAB

Boyer, Debra 6:06-cv-970-ACC-DAB

Burger, Russell 6:06-cv-1315-ACC-DAB

Cannon, Daniel 6:06-cv-1287-ACC-DAB

Clements, Loraine 6:06-cv-1021-ACC-DAB

Dortch, Barbara 6:06-cv-976-ACC-DAB

Eades, Lurae 6:06-cv-1300-ACC-DAB

Faulk, Laura 6:06-cv-1034-ACC-DAB

Geones, Mary 6:06-cv-1036-ACC-DAB

Graham, Thelma 6:06-cv-1496-ACC-DAB

Harkins, Ethel 6:06-cv-982-ACC-DAB

Hess, Marjorie 6:06-cv-989-ACC-DAB

Hopkins-Hyche, Katherene 6:06-cv-1033-ACC-DAB

Howell, Ramon 6:06-cv-1497-ACC-DAB

Kasperson, William 6:06-cv-1006-ACC-DAB

Keith, Shirley 6:06-cv-1305-ACC-DAB

Kurilla, Rita 6:06-cv-1291-ACC-DAB

Lawshea, Donnell 6:06-cv-1296-ACC-DAB

Lear, Lamonte 6:06-cv-1047-ACC-DAB

Marsiglia, Jimmy 6:06-cv-1294-ACC-DAB

Merryweather, Frances 6:06-cv-1603-ACC-DAB

Mozingo, David 6:06-cv-1029-ACC-DAB

Niemann, Frank 6:06-cv-1290-ACC-DAB

Plummer, Clayton 6:06-cv-1304-ACC-DAB

Rosales, Elsie 6:06-cv-983-ACC-DAB

Ruscsak, Jennifer 6:06-cv-1288-ACC-DAB

Shearman, Margaret 6:06-cv-1289-ACC-DAB

Thomas, Winfred 6:06-cv-1048-ACC-DAB

Walker, Sharie 6:06-cv-995-ACC-DAB

Webb, Lucas 6:06-cv-1003-ACC-DAB