UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re: Seroquel Products Liability      Case No. 6:06-md-1790-ACC-DAB
Litigation

MDL 1769

This Document Relates to the Cases
Identified on the Attached                /

## Plaintiffs' Fact Sheet Schedule

Pursuant to Case Management Order 2, attached is a schedule of plaintiff fact sheets served and to be served on behalf of plaintiffs represented by Weitz & Luxenberg, P.C.

Respectfully Submitted

By:_____/s/_____
Michael E. Pederson
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, NY 10038
Telephone: 212-558-5500
Facsimile: 212-363-2721

Attorneys for Plaintiffs

-1-

**On February 28, 2007, Plaintiffs will serve fact sheets or dismiss claims in the following cases:**

Chafin, Cheryl Lynn 6:06-cv-1414-ACC-DAB

Hudson, Reisha 6:06-cv-01618-ACC-DAB

Knapp, Karen 6:06-cv-01612-ACC-DAB

Mincheine, Priscilla 6:06-cv-01620-ACC-DAB

Moore, Elizabeth 6:06-cv-06493-ACC-DAB

**On March 31, 2007, Plaintiffs will serve fact sheets or dismiss claims in the following cases:**

Green, Regina N. 6:06-cv-1416-ACC-DAB

Harris, Karlene 6:06-cv-01614-ACC-DAB

Ladd, Joan 6:06-cv-01607-ACC-DAB

Rivera, Miguel 6:06-cv-1415-ACC-DAB

Roberson, Ernestine 6:06-cv-64876-ACC-DAB