UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABLITY LITIGATION | MDL DOCKET NO: 6:06-mdl-1769-Orl-22DAB |
| | (ALL CASES) |

## PLAINTIFFS' MOTION FOR REDUCED FILING FEES

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiffs joined pursuant to Federal Rule of Civil Procedure 20 file this Motion for Reduced Filing Fees, and request that in the interest of equity the Court approve a reduced filing fee for each severed Plaintiff who must disaggregate pursuant to the Court's January 26, 2007 Order.

1. On January 26, 2007, the Court ordered that each Plaintiff named in transferred causes containing more than one Plaintiff would be severed from those causes, required to file an individual Complaint, and pay a filing fee of $350.00 per cause. Because there are several thousand Plaintiffs who originally filed their cases in the Federal system, including certain BPB Plaintiffs, this will result in the payment of millions of dollars in filing fees by these Plaintiffs in order to have their claims considered in the context of this Multidistrict Litigation.

2. Plaintiffs believe that the causes involving multiple Plaintiffs as originally filed complied with the requirements of Federal Rule of Civil Procedure 20. However, given the Court's Order of January 26, 2007, the interests of efficient administration of justice and reduction of an inequitable burden on each of these Plaintiffs (as compared to

other Plaintiffs who originally filed their claims in state courts) can best be served by imposing a reduced filing fee on each individual Plaintiff who originally filed in Federal District Court.

WHEREFORE, the Court is requested to enter an Order in the form attached hereto, providing that those Plaintiffs who filed their original lawsuits in the Federal court system and are now required by the Court's January 26, 2007 Order to file individual Complaints in this Court each be permitted to pay a reduced filing fee of $175.00, the equivalent filing fee that would have been required of these Plaintiffs in state court in Delaware, which is Defendant's corporate headquarters.

## II. MEMORANDUM

The purpose of filing fees is to provide resources to the Court for the administration of lawsuits. *See U.S. v. Kras*, 409 U.S. 434, 448 (1973) (filing fees "seek to make the system self-sustaining and paid for by those who use it rather than by tax revenues drawn from the public at large."); *see also Manes v. Goldin*, 400 F.Supp. 23, 30 (E.D.N.Y. 1975). However, in this case involving thousands of Plaintiffs who have substantially similar claims and common fact issues, the economies of scale provided by the MDL format permit the administration of claims in a highly efficient manner. *See, e.g.*, 28 U.S.C. § 1407 (a) (cases transferred to MDL if such transfer will serve the "convenience of parties and witnesses and will promote the just and efficient conduct" of the litigation). *See also* David F. Harr, Manual for Complex Litigation 4th § 40.52 (providing a sample mass-tort case management order granting leave to add Plaintiffs if represented by same counsel, suing same defendant, and exposed to defendant's product in same state, and citing the purpose for such leave as avoiding unnecessary filing fees and delays).

Indeed, in this particular litigation the Clerk has developed certain software to help automate the process of opening files and creating dockets in the Court's computer system, further streamlining the management of these cases. Also, due to the MDL's efficiency in determining common issues that affect thousands of cases, the true costs to the Court associated with creating and maintaining each Plaintiff's case are much lower than if the Court were administering several thousand unrelated lawsuits.

Other Plaintiffs before this Court originally filed their claims in various state courts, and paid lower filing fees to those courts. Upon removal, Defendants paid a $150.00 fee to open the cause in Federal court, and those cases were subsequently transferred to the MDL. However, the Plaintiffs who are the subject of this motion originally filed their claims in Federal court in order to streamline this process – knowing they would ultimately be before this Court as part of the MDL.

Aggregated plaintiffs' decision to aggregate was made, in part, to spare the Federal court system and the Judicial Panel on Multi-District Litigation unnecessary administrative burden. Because of this decision, and the Court's Order, aggregated plaintiffs now face a far higher individual burden than Plaintiffs who attempted to avoid this Court by originally filing their claims in state courts. For example, if Plaintiffs who originally filed in Federal court had instead chosen to sue Defendants in their home state of Delaware, they would have been charged only $175.00 in state court filing fees. *See* Delaware Superior Court Rule of Civil Procedure 77(h).

Imposing a significantly higher fee on Plaintiffs who originally filed in Federal court than that which applies to Plaintiffs originally filing in state courts sends an unfortunate message to prospective plaintiffs in this type of case – that they will be punished for attempting to streamline the litigation process by filing their claims in forums where they know the claims will ultimately be heard. Instead, plaintiffs will be

further encouraged to file their claims in state courts and force defendants to remove them to Federal courts, adding wasteful layers to the process and detracting from the efficient administration of justice.

There is precedent for reducing the amount of filing fees under appropriate circumstances. See, e.g., Sellers v. U.S., 881 F.2d 1061, 1062-1063 (11th Cir. (Ala.) 1989) ("District courts enjoy wide discretion in deciding whether a partial filing fee is fair and appropriate in a particular case... In setting a partial fee, the court may consider the purpose of the rule imposing the filing fee, the litigation history of the petitioner, the apparent good faith in prosecution of the lawsuit, the actual dollars involved as well as the percentages, and our basic policy that this court is open to all good faith litigants, rich and poor alike.") (citations omitted). Federal courts have discretion to alter the fees under appropriate circumstances. See id.; see also 28 U.S.C § 1931(b) (specifying portion of filing fee to be deposited in special Treasury fund in the event "the court authorizes a fee under section 1914(a)... of less than $250[.]")

In this case, due to the large number of Plaintiffs who are submitting their claims to this Court under the more-efficient MDL process, it is appropriate to reduce the individual filing fee due from each Plaintiff to the amount Plaintiffs would have paid in Delaware state court – $175.00. Reducing the fee will minimize the erosion of any recovery due to the Plaintiffs, while still ensuring the Court will receive a substantial sum of money with which to administer these cases.

RESPECTFULLY SUBMITTED this 19th day of February, 2007.

BAILEY PERRIN BAILEY LLP


By: /s/ K. Camp Bailey
    F. Kenneth Bailey Jr.
    Texas State Bar No. 01543500
    Michael W. Perrin
    Texas State Bar No. 15797500
    K. Camp Bailey
    Texas State Bar No. 24006782
    440 Louisiana St., Suite 2100
    Houston, Texas 77002
    (713) 425-7100 Telephone
    (713) 425-7101 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of February, 2007, I electronically filed the foregoing **PLAINTIFFS' MOTION FOR REDUCED FILING FEES** with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the counsel listed on the attached Service List. I further certify that I emailed the documents in electronic form to Plaintiff's Liaison Counsel Larry Roth and Defendants' Liaison Counsel Robert L. Ciotti. I further certify that I mailed the foregoing document and the Notice of Electronic Filing by First-Class U. S. Mail delivery to the non-CM/ECF Participants listed on the attached Service List.

/s/ K. Camp Bailey
F. Kenneth Bailey Jr.
Texas State Bar No. 01543500
Michael W. Perrin
Texas State Bar No. 15797500
K. Camp Bailey
Texas State Bar No. 24006782
440 Louisiana St., Suite 2100
Houston, Texas 77002
(713) 425-7100 Telephone
(713) 425-7101 Facsimile

| | |
|---|---|
| Scott Allen<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, TX 77019<br>Tel: (713) 650-6600<br>sallen@crusescott.com | Timothy Reese Balducci<br>The Langston Law Firm, P.A.<br>P.O. Box 787<br>100 South Main St.<br>Booneville, MS 38829<br>Tel: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Tel: (314) 231-3332<br>kbean@spvg.com<br>**Attorney for Defendant Dr. Asif Habib** | Scott Burdine<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, 4th Floor<br>Houston, TX 77006<br>Tel: (713) 222-2700<br>sburdine@hagans-law.com |
| Thomas Campion<br>Heidi E. Hilgendorff<br>Drinker Biddle & Reath, LLP<br>500 Campus Dr.<br>Florham Park, NJ 07932-1047<br>Tel: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>**Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.** | Robert L. Ciotti<br>Carlton Fields, P.A.<br>42212 W. Boy Scout Blvd., Suite 1000<br>Tampa, FL 33607-5736<br>Tel: (813) 223-7000<br>rciotti@carltonfields.com<br>**Attorney for Defendants AstraZeneca Pharmaceuticals, L.P, and AstraZeneca LP** |
| Mary B. Cotton<br>John D. Giddens, P.A.<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Tel: (601) 355-2022<br>betsy@law-inc.com | Mark W. Davis<br>Davis & Feder, P.A.<br>P.O. Drawer 6829<br>Gulfport, MS 39506-7018 |
| Michael Davis<br>James Mizgala<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn St.<br>Chicago, IL 60603<br>Tel: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com | David Dickens<br>Miller & Associates<br>105 North Alfred St.<br>Alexandria, VA 22314-3010<br>Tel: (703) 519-8080<br>ddickens@doctoratlaw.com |

| Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP | |
|---|---|
| Aaron K. Dickey<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Route 157<br>Edwardsville, IL 62025<br>Tel: (618) 650-7107<br>aaron@ghalaw.com | John J. Driscoll<br>Brown & Crouppen, PC<br>720 Olive St., Suite 1800<br>St. Louis, MO 63101<br>Tel: (314) 421-0216<br>Jdriscoll@brownand crouppen.com<br>asmith@brownand crouppen.com<br>blape@brownandcrouppen.com |
| Kenneth T. Fibich<br>Fibich, Hampton & Leebron, LLP<br>1401 McKinney St., Suite 1800<br>Five Houston Center Houston, TX 77010<br>Tel: (713) 751-0025<br>tfibich@fhl-law.com | Gregory P. Forney<br>Shaffer, Lombardo & Shurin<br>911 Main St., Suite 2000<br>Kansas City, MO 64105<br>Tel: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>**Attorney for Defendant, Marguerite Devon French** |
| Lawrence J. Gornick<br>William A. Levin<br>Dennis J. Canty<br>Levin Simses Kaiser & Gornick, LLP<br>44 Montgomery St., 36th Floor<br>San Francisco, CA 94104<br>Tel: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com | Todd S. Hageman<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Tel: (314) 241-2929<br>thageman@spstl-law.com |
| W. Todd Harvey<br>2323 2nd Ave. N<br>Birmingham, AL 35203-0647<br>Tel: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ccf@whatleydrake.com | Jona R. Hefner<br>3441 W. Memorial, Suite 4<br>Oklahoma, OK 73134-7000<br>Tel: (405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| Janssen, L.P.<br>Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 | Keith M. Jensen<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Tel: (817) 334-0762<br>kj@kjensenlaw.com |
| Aaron C. Johnson<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Tel: (816) 640-9940<br>firm@summersandjohnson.com | Johnson & Johnson<br>Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 |
| William A. Levin<br>Levin Simses Kaiser & Gornick, LLP<br>One Bush St., 14th Floor<br>San Francisco, CA 94104 | Louisiana Wholesale Drug Co. Inc.<br>c/o Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>**Pro Se** |
| Matthew E. Lundy<br>Lundy & Davis<br>333 N. Sam Houston Pkwy., E<br>Suite 375<br>Houston, TX 77060<br>Tel: (281) 272-0797<br>mlundy@lundydavis.com | Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Tel: (281) 335-7744 |
| Fred T. Magaziner<br>Marjorie Shickman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>Stephen J. McConnell<br>Dechert, LLP<br>2929 Arch St., Cira Center<br>Philadelphia, PA 19104-2808<br>Tel: (2215) 994-4000<br>Fred.magaziner@dechert.com<br>Marjorie.shiekman@dechert.com<br>Shane.prince@dechert.com<br>Eben.flster@dechert.com<br>Elizabeth.balakhani@dechert.com | David P. Matthews<br>Abraham, Watkins, Nichols, Sorrels,<br>Matthews & Friend<br>800 Commerce St.<br>Houston, TX 77002-1776<br>Tel: (713) 222-7211<br>dmatthews@abrahamwatkins.com<br>agoff@abrahamwatkins.com<br>jrhoades@abrahamwatkins.com<br>jwebster@abrahamwatkins.com |

| | |
|---|---|
| Eric B. Milliken<br>3 Sir Barton Ct.<br>Newark, DE 19702-2033<br>**Pro Se** | Howard Nations<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Tel: (713) 807-8400<br>nations@howardnations.com |
| Randy Niemeyer<br>15863 Pike 43<br>Bowling Green, MO 63334-2620<br>**Pro Se** | Matthew F. Pawa<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Tel: (617) 641-9550<br>Mp@pawalaw.com |
| Paul J. Pennock<br>Michael E. Pederson<br>Weitz & Luxenburg, P.C.<br>180 Maiden Lane – 17th Floor<br>New York, NY 10038<br>Tel: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com | Elizabeth Raines<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Rd., Suite 500<br>Kansas City, MO 64108-2504<br>Tel: (816) 471-2121<br>raines@bscr-law.com<br>**Attorneys for Defendant AstraZeneca, PLC** |
| Mark P. Robinson, Jr.<br>Robinson Calcagnie & Robinson<br>620 Newport Center Dr., 7th Floor<br>Newport Beach, CA 92660<br>Tel: (949) 720-1288<br>mrobinson@robinson-pilaw.com | Larry Roth<br>Law Offices of Larry M. Roth, P.A.<br>P.O. Box 547637<br>Orlando, FL 32854-7637<br>Tel: (407) 872-2239<br>LROTH@roth-law.com |
| Robert L. Salim<br>Robert L. Salim Attorney At Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Tel: (318) 352-5999<br>robertsalim@cp-tel.net | Lizy Santiago<br>Abraham, Watkins, Nichols, Sorrels,<br>Matthews & Friend<br>800 Commerce St.<br>Houston, TX 77002-1776<br>Tel: (713) 222-7211<br>lsantiago@abrahamwatkins.com |
| Pete Schneider<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>Tel: (713) 228-2200<br>pschneider@gsnlaw.com | Robert A. Schwartz<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Tel: (281) 335-7744<br>bschwartz@galyen.com |

| | | |
|---|---|---|
| Robert G. Smith, Jr.<br>Lorance & Thompson, PC<br>2900 N. Loop W, Suite 500<br>Houston, TX 77092 | Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>**Pro Se** | |
| Justin Witkin<br>Ken Smith<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Blvd., Suite 58<br>Pensacola, FL 32503<br>Tel: (850) 916-7450<br>Jwitkins@AWS-LAW.COM<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com | | |