UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: SEROQUEL PRODUCTS　　　　MDL DOCKET NO:
LIABLITY LITIGATION　　　　　　　　6:06-mdl-1769-Orl-22DAB

(ALL CASES)

_____

### ORDER

1. All Plaintiffs who were included among causes filed as Original Complaints in Federal District Courts, whose causes were subsequently transferred to this Court by the Judicial Panel on Multidistrict Litigation, and who pursuant to the Court's order of January 26, 2007 are now directed to file individual Complaints in this litigation and tender a filing fee to the District Clerk, shall each pay as a filing fee one hundred seventy-five dollars ($175.00) in connection with the filing of their Complaints.

DONE and ORDERED in Orlando, Florida on February ___, 2007.

_____
Anne C. Conway
United States District Judge

APPROVED AND ENTRY REQUESTED:

**BAILEY PERRIN BAILEY LLP**

By: /s/ K. Camp Bailey
F. Kenneth Bailey Jr.
Texas State Bar No. 01543500
Michael W. Perrin
Texas State Bar No. 15797500
K. Camp Bailey
Texas State Bar No. 24006782
440 Louisiana St., Suite 2100
Houston, Texas 77002
(713) 425-7100 Telephone
(713) 425-7101 Facsimile