# EXHIBIT "A"

## February 2007

## Aylstock, Witkin & Sasser PLC

| LName | FName | PFS Served |
|---|---|---|
| Banks | LaChariece | 12/14/2006 |
| Bjorn | Kathryn | 12/14/2006 |
| Bryant | Cindy | 12/14/2006 |
| Chambers | Justin | 12/14/2006 |
| Clark | Wanda | 12/14/2006 |
| Farabee | Glen | 12/14/2006 |
| Okwara | Sheila | 12/14/2006 |
| Kirksey | Lorie | 12/14/2006 |
| Osborne | Becky | 12/14/2006 |
| Sanford | Michelle | 12/14/2006 |
| Skiles | Julie | 12/14/2006 |
| Snavely | Douglas | 12/14/2006 |
| Sonnier | Linda | 12/14/2006 |
| Williams | Krishaun | 12/14/2006 |
| Alexander III | Jeff | 1/10/2007 |