# EXHIBIT "B"

## February 2007

## Aylstock, Witkin & Sasser PLC

| LName | FName | PFS To be Served | |
|---|---|---|---|
| Dixon | Oliver | 3/21/2007 | pending transfer to the MDL |
| Diciolla | Carlo | 2/28/2007 | to be dismissed |
| Ewing | Laurie | 2/28/2007 | to be dismissed |
| Kamal | Linda | 2/28/2007 | trying to locate client |
| Redmond | Taquiese | 2/28/2007 | trying to locate client |