A CERTIFIED TRUE COPY
FEB 2 2 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 2 2 2007

FILED
CLERK'S OFFICE

2007 FEB 26 PM 4: 11

-- CORRECTED
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL

## DOCKET NO. 1769

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

*Marilyn Gore, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, S.D. New York, C.A. No. 1:06-6582

### ORDER VACATING ORDER VACATING CONDITIONAL TRANSFER ORDER AND REINSTATING TRANSFER

A conditional transfer order was filed in this action (*Gore*) on September 26, 2006. In the absence of any opposition, the conditional transfer order was finalized with respect to *Gore* on October 12, 2006, and the action was transferred to the Middle District of Florida for coordinated or consolidated pretrial proceedings with actions previously transferred to that court. The Panel was later advised that *Gore* was dismissed in the Southern District of New York by the Honorable Lewis A. Kaplan in an order filed on October 11, 2006. On November 9, 2006, the Panel vacated its conditional transfer order designated as "CTO-10" filed on September 26, 2006, insofar as it related to this action.

The Panel has now been advised that *Gore* was reinstated in the Southern District of New York by the Honorable Lewis A. Kaplan on January 4, 2007.

IT IS THEREFORE ORDERED that the Panel's November 9, 2006, order vacating the Panel's conditional transfer order designated as "CTO-10" is VACATED, and the transfer of this action, originally finalized on October 12, 2006, is REINSTATED.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel