UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

_____

**This Document Relates to ALL CASES**

CASE MANAGEMENT ORDER NO. 4
(Generic Discovery Schedule and Expedited Discovery Program Concept)

I.   **GENERIC DISCOVERY SCHEDULE**

   A.   Generic Fact Discovery

      1.   All generic fact discovery of AstraZeneca shall be completed by February 1, 2008.  Generic discovery is limited to discovery of facts, documents and issues likely to be common to the prosecution and defenses of many Seroquel cases, and excludes discovery directed at AstraZeneca relating to a specific case.

      2.   AstraZeneca shall complete production of documents for the 80 custodians, which has already commenced on a rolling basis pursuant to CMO 2, by September 30, 2007.  The parties shall meet and confer regarding production of documents from any additional custodians, and shall report to the Court by March 16, 2007.

   B.   Generic Expert Designations, Reports and Depositions

      1.   Generic expert discovery shall begin after February 1, 2008 and shall be completed by May 2, 2008 ("Generic Expert Discovery Period").  Generic experts are

those experts whose testimony covers issues that are common to multiple cases and does not relate specifically to a particular plaintiff.

   2. The Generic Expert Discovery Period shall include: (i) plaintiffs' designation of all generic experts, followed by AstraZeneca's designation of all generic experts at a reasonable time thereafter; (ii) provision of Rule 26 expert reports for any generic experts designated by each party; and (iii) depositions of all generic experts.

   3. The parties shall continue to meet and confer on specific dates for designation of each side's generic experts, accompanying provision of expert reports, and deposition of generic experts, and shall report to the Court by March 16, 2007.

  C. <u>Generic Expert *Daubert* Motions</u>

   The parties shall file any *Daubert* motions regarding generic experts by May 23, 2008. Responses shall be filed by June 23, 2008. Reply briefs, if sought and permitted by leave of Court, shall be filed by July 15, 2008.

  D. <u>Dispositive Motions</u>

   The parties may file dispositive motions at any time, but not later than July 1, 2008. Responses shall be due 30 days after filing of the dispositive motion at issue, but no later than July 31, 2008. Reply briefs, if sought and permitted by leave of Court, shall be due 21 days after the filing of the response brief, but not later than August 21, 2008.

## II. EXPEDITED CASE-SPECIFIC DISCOVERY PROGRAM

   The parties shall conduct case-specific fact and expert discovery, as well as *Daubert* and dispositive motion practice, in a subset of MDL-1769 cases selected randomly from the cases in this MDL (the "Expedited Discovery Program"). The particulars of the

Expedited Discovery Program, including the number of plaintiffs to be included in this program, will be set forth in a separate Case Management Order.

        DONE and ORDERED in Orlando, Florida on _____, 2007.

        ANNE C. CONWAY
        UNITED STATES DISTRICT JUDGE