UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re: Seroquel Products Liability Litigation

Case No. 6:06-md-1769-Orl-22DAB

MDL Docket No. 1769

THIS DOCUMENT RELATES TO ALL CASES

ORDER

This cause is before the Court on MDL Plaintiffs' Motion for an Order Regarding Alternative Dispute Resolution (ADR).

In view of the large number of claims filed in this Court and the history of settlement of nearly all of the approximately 10,000 similar claims involving the atypical anti-psychotic medication Zyprexa, a drug very similar to Seroquel, in MDL 1596, a mechanism for alternative dispute resolution may ultimately benefit the disposition of claims in this MDL. To provide a mechanism and framework for ADR should the parties choose to discuss settlement of any or all of claims pending in this MDL, this Court hereby appoints the following six (6) attorneys as mediators:

1.
2.
3.
4.
5.
6.

Each of these attorneys maintains an office for the practice of law in the Middle District of

Florida, which will allow for ease of attendance before this Court should any issues or updates be required. How they will be assigned cases for mediation will be addressed in a subsequent order of this Court.

The mediation process shall proceed as follows:

a. Within 90 days of receiving a Fact Sheet and authorizations for medical records, the defendants shall advise the plaintiffs of whether the case is one that the defendants are willing to mediate in an effort resolve the matter by settlement.

b. If the defendants indicate their willingness to mediate the case, the plaintiffs have stipulated before this Court that the plaintiffs will agree to mediate any case or cases that the defendants might select.

c. To the extent possible, the parties should attempt to mediate at least 10 cases in one 10 hour session with the mediator. The mediation should therefore be scheduled in order that at least 10 cases will be discussed. Nothing herein shall be construed to preclude the discussion of a larger group of cases (e.g. by state of residence or category of injury).

d. Each mediator shall be compensated at the hourly rate of _____ and the mediator shall be compensated for the entire 10 hour session as well as reasonable preparation time.

e. The parties shall share the cost of the mediator equally but either side may apply to this Court for a different division of costs of the mediation, upon a showing that the defendant or the plaintiff, as the case may be, were not making good faith efforts to mediate the matter(s).

f. Nothing herein shall be construed to prevent either side from moving this Court for a modification or withdrawal of this Order, upon a showing that the cost of the mediation process exceeds the benefits generally being achieved, or that one side is not proceeding in good faith or if

the process is not achieving sufficient success.

    g.    The meditations shall take place in Orlando at a location to which the mediator and the parties have agreed. Attendance by at least one attorney for each side is required, but the plaintiffs and a representative of the defendant may appear by telephone.

This Court will issue a further order regarding the form and timing of status reports regarding the mediation process.

**DONE** and **ORDERED** in Orlando, Florida on March__, 2007

                                                            DAVID A. BAKER
                                    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

cc: Counsel of Record

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February, 2007, I electronically filed the foregoing **Order** with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the counsel listed on the attached Service List. I further certify that I mailed the foregoing document and the Notice of Electronic Filing by First-Class U.S. Mail delivery to the non-CM/ECF Participants listed on the attached Service List.

/s/ Michael E. Pederson
Michael E. Pederson

T:\DMDL\Seroquel\MDL Court\Motions\Regarding Plaintiffs Proposed Disovery\Proposed Order.wpd