# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE: Seroquel Products Liablity Litigation

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker | DATE AND TIME | March 2, 2007 10:00-12:40 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER: | Sandy Tremel |
| COUNSEL/PLTF. | Paul Pennock<br>Larry Roth<br>Michael Pederson (TCC)<br>Scott Allen<br>Scott Burdine<br>David Matthews<br>Fletch Trammell<br>Howard Nations<br>Lorie Siler<br>Kenneth Smith (TCC)<br>Larry Gornick (TCC)<br>Ashley Cranford (TCC)<br>Karen Schaffer (TCC)<br>Robert Schwartz (TCC)<br>Lezzlie Hornsby (TCC)<br>Lowel Finson (TCC)<br>Angela Nixon (TCC) | COUNSEL/DEFT. | Fred Magaziner<br>Robert Ciotta<br>Shane Prince<br>Stephen McConnell<br>James Freebery |

## CLERK'S MINUTES
### STATUS CONFERENCE

Case called, appearances taken
Procedural setting by court
Count indicates that the Clerk will create a new docket entry to state "All Plaintiffs"
Plaintiff addresses Court as to document production and the issue of custodians in this case
Defense responds
Court addresses issue of expert witnesses; Plaintiff responds that they anticipate 6-7 experts; Defense responds that they would have an equal number of experts
Court inquires of counsel regarding numerous discovery issues; parties respond
Court to issue order early next week
Court sets next status conference for Thursday, April 12, 2007 at 2:00 PM