# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:  Seroquel Products    Case No. 6:06-md-1769-Orl-22DAB
   Liability Litigation     (ALL CASES)

_____/

### MDL LIAISON COUNSEL'S MOTION FOR LIMITATION ON PLAINTIFFS' CASE SPECIFIC DISCOVERY, COMBINED MEMORANDUM, RESPONSE TO DEFENDANTS' MOTION FOR PILOT PROGRAM, AND CERTIFICATION

The MDL Plaintiffs, by and through their undersigned Liaison Counsel, hereby move the Court for limitation on prospective case specific discovery, and in support of this Motion and Combined Memorandum the following would be stated:

1.  This Motion, Combined Memorandum and Response to Defendants' Motion for a Pilot Program of 100 Cases (Dkt. 163) is being filed pursuant to M.D.L.R. 3.01(a) and (b).

2.  At the Status Conference held on March 2, 2007 it was the belief of Liaison Counsel, perhaps mistakenly (and if so apology is made to the Court), there is contemplation of Plaintiffs' case specific discovery, although circumscribed in the number of depositions and their scope, for all approximately 7,200 Plaintiffs who have filed claims against the Defendants, ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP (hereinafter collectively "AZ").

3.  That the MDL Plaintiffs request the Court, to the extent it does Order any plaintiff case particular discovery, limit the number of specific Plaintiffs to the original Bellweather requested number of 20 on November 20, 2006.  (Dkt. 84, at 62-64).   Even with the number of 20 cases selected for Plaintiffs' case specific discovery, whether called Bellweather or Pilot Program, this Court has been struggling with how to select the cases randomly.  (See Dkt. 84, at 68-70)

1

4.     The Court is requested to take cognizance of the previous times that the issue concerning Plaintiffs' case specific discovery has arisen.  Initially, this issue was brought to the Court's attention by co-lead counsel for Plaintiffs, Paul Pennock, on November 20, 2006 (Dkt. 84). It was during this Status Conference that Plaintiffs' case specific discovery was requested, or so-called "Bellwether" (BWG) cases, amounting to 20 cases (Dkt. 84 at 62-64).  Even at that time there was a question as to how the cases would be selected.  Thereafter, Defendants proposed to this Court both via a Motion (Dkt. 95 at 2), and a Powerpoint presentation made at the Status Conference on December 11, 2007 (Dkt. 106), a pilot program of 300 cases of specific Plaintiffs' discovery.  In response this Court advised Defendants that a plan for 300 cases was "outlandish", "unduly cumbersome", and a "scattering of effort".  (Dkt. 106 at 22) (The Court: "That does not serve the purpose of having a designation of Bell Weather cases.")   Thereafter, the Defendants in a later Motion for Plaintiffs' Case Specific Discovery filed prior to the March 2 Status Conference (Dkt. 163) reduced their number, and asked the Court for 100 cases to be selected.  Plaintiffs believe that even 100 cases is "unduly cumbersome" and "a scattering of effort".

5.     The Defendants have used throughout these hearings terminology such as "typically", "history has shown", and "experience has demonstrated".  In the context of Plaintiffs' case specific discovery the only history, experience or what is typical to the Seroquel litigation previously existing would be the Zyprexa products liability MDL 1596 paradigm.  Although Defendants claim these two drugs are different (Personal Notes, Liaison Counsel from the March 2nd Status Conference), and for purposes of this Motion this can be assumed, although not admitted by the Plaintiffs.  Yet, the only example in Defendants' Motion for Plaintiffs' case specific discovery (Dkt. 163, Exh. F) involving another anti-psychotic drug was Zyprexa.  As the Court was advised, in the Zyprexa litigation those defendants settled 17,000 cases.  The Plaintiffs' case specific discovery in the

2

Zyprexa litigation occurred only after all the cases, except those still filed  in the Eastern District of New York, had settled.  (Dkt. 163-8, at Exhibit G)   In no case cited by the Defendants in their Motion for a pilot program (Dkt. 163-8-12) was there anything close to, or approaching Plaintiffs' case specific discovery in nearly 7,200 cases.  In fact, the range Defendants illustrated in their Motion and were discussing with the Court was 45 cases (Bextra and Celebrex) (*Id.* at 10); Baycol, 198 cases (*Id.*), and all those situations as Mr. Pennock pointed out on March 2nd were distinguishable.

6.     It is the stated goal of Defendants for extensive Plaintiffs' case specific discovery to eliminate and reduce the number of Plaintiffs.  However, this was the same argument Defendants made for their need of extensive Plaintiffs' Fact Sheets (PFS) which would serve the purpose of getting cases to drop out.  (Dkt. 68 at 19: "many of them are going to fall out"; [PFS] "winnow those out"; Mr. Davis: "we're going to find that many of the plaintiffs are not really used to this litigation.")  (Dkt. 84, at 19, 64 - Mr. Davis: "will be able to winnow and we will be able to narrow this dramatically based on experience." - *Id.* At 69).  The Court then went along with Defendants on that premise.  (Dkt. 84, at 69-70).   Now Defendants want extensive discovery Plaintiffs' case specific saying they want to get rid of plaintiffs by having them drop out.

7.     The MDL Plaintiffs believe that any semblance of Plaintiffs' case specific discovery, no matter how circumscribed, applying across the board to all cases would be an unreasonable burden, unfair, administratively unworkable, and would prevent this Court from achieving its transfer goal of two (2) years.  Defendants now say Plaintiffs' specific discovery eliminates cases, and they will drop off through attrition for one reason or another.  Even assuming the validity of that hypothesis, although the only related litigation to Seroquel is Zyprexa and there that theorem did not apply, giving AZ the benefit of the doubt the most substantial reduction in cases occurred in Baycol

3

where the drop out rate was approximately 90%.  (Dkt. 163-14) Even if we were to assume that to

be the case in the Seroquel MDL, with approximately 7,200 cases this still leaves 720 Plaintiffs.  A

90% attrition factor, however, is not even consistent with the analysis of the 629 PFS evaluated by

AZ where if you take their best argument on any issue the highest percentage was 39% (Liaison

Counsel's personal notes).  Defendant AZ's counsel stated that for case specific discovery they could

only take 15 depositions per month (Liaison Counsel's personal notes in lieu of Hrg. Tr.).  Further,

the lowest number of case specific depositions discussed by the Defendants ranged between three

(3) to fifteen (15).  (Liaison Counsel's personal notes in lieu of Hrg. Tr.)  Even assuming the lowest

number of three (3) depositions per case, at 15 per month, it will take 144 months to complete (in

720 cases).  Even if only one (1) deposition per case at 720 is taken, with a rate of 15 per month, it

will take 48 months.  If 100 cases are selected, Defendants also said they would need from three (3)

to fifteen (15) depositions per Plaintiff's case.  Even if only three (3) to five (5) depositions are taken

per Plaintiff's case, at 15 per month, it will still take either 20 or 33 months to complete discovery.

 The simple point here is that the Plaintiffs' case specific discovery must be grossly limited in

number of cases, and the amount of depositions which can be taken in each case.

8.      MDL Plaintiffs believe that even 100 cases is fundamentally too many, and 20

maximum would be the most that could practically be handled and still achieve the transfer goals

of this Court, as previously stated (Dkt. 84, at 62-65).   On 20 cases we would still be looking at 6

months of discovery.   And, the Court is asked not to lose sight of the attorneys' hours involved in

getting just one plaintiff or treating physician prepared for deposition when making its decision.

9.      Defendants' representation to the Court has been that they will not settle any case.

They have a no settlement policy.  (Dkt. 106, at 38/14-18)  Whether that is analogous to trying every

case or not does not matter at this point.  The Court stated at the March 2nd Status Conference that

4

one difficulty it was having was with the methodology by which the case specific Plaintiffs would be selected.  (Liaison Counsel's personal notes in lieu of Hrg. Tr.; see also Dkt. 106, at 22 and Court's "BCS" reference)  Plaintiffs recommend that the 20 BWG cases they argue for provide the most practical number for a selection procedure to be devised.

10.     That pursuant to M.D.L.R. 3.01(g) it can be certified to the Court that the Plaintiffs in good faith have conferred with the Defendants, but they oppose this Motion.

 WHEREFORE, the MDL Plaintiffs respectfully request this Court to limit the number of case specific cases selected for specific discovery, and that that number be 20 cases, and that the Court rejects the Defendants' request for 100 cases.

RESPECTFULLY SUBMITTED this 5th day of March, 2007.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of March, 2007, I electronically filed the foregoing **MDL Liaison Counsel's  Motion for Limitation on Plaintiffs' Case Specific Discovery, Combined Memorandum, Response to Defendants' Motion for Pilot Program, and Certification** with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the counsel listed on the attached Service List.  I further certify that I mailed or e-mailed the foregoing document and the Notice of Electronic Filing by First-Class mail delivery

to the non-CM/ECF Participants listed on the attached Service List.

        **/s/ Larry M. Roth**
**Larry M. Roth**
**Plaintiffs' Liaison Counsel**
**Florida Bar No. 208116**
**LAW OFFICE OF LARRY M. ROTH, P.A.**
**1615 Edgewater Drive, Suite 180 [32804]**
**Post Office Box 547637**
**Orlando,  Florida   32854-7637**
**Telephone:   407 - 872-2239**
**Facsimile:    407 - 872-6927**
**E-mail:        LROTH@roth-law.com**

<u>**SERVICE LIST**</u>

(As of December 15, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone:  (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX  77002<br>Telephone:  (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX  77010<br>Telephone:  (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F.Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone:  (617) 641-9550<br>Mp@pawalaw.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO  63101<br>Telephone:  (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone:  (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |

7

## SERVICE LIST

(As of December 15, 2006)

### In Re: Seroquel Products Liability Litigation
### MDL Docket No.  1769 - Orl - 22DAB

| | |
|---|---|
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX  77060<br>Telephone:  (281) 272-0797        .<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br>E. Ashley Cranford<br>Whatley Drake & Kallas, LLC<br>2001 Park Place North, Suite 1000<br>Birmingham, AL  35203<br>Telephone:  (205) 328-9576<br>THARVEY@whatleydrake.com<br>ecf@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street<br>36th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone:  (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>*Attorney for Defendant,*<br>*Marguerite Devon French* |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone:  (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |

8

<u>**SERVICE LIST**</u>
(As of December 15, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL  32503<br>Telephone:  (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone:  (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>(current address unknown)<br>*Pro Se* |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone:  (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* |

## SERVICE LIST

(As of December 15, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Thomas Campion, Esq.<br>Steven M. Selna<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone:  (973) 360-1100<br>tcampion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br><br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>Post Office Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone:   (816) 471-2121<br>raines@bscr-law.com<br>***Attorney for Defendant AstraZenca, PLC*** | Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** |

**SERVICE LIST**

(As of December 15, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants, Astrazeneca***<br>***Pharmaceuticals, LP and Astrazeneca LP*** | Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| David P. Matthews, Esq.<br>Lizy Santiago<br>Matthews & Associates<br>2905 Sackett<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Howard Nations<br>Lori A. Siler<br>4515 Yoakum Boulevard<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com |

**SERVICE LIST**

(As of December 15, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058 | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Flo<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |
| Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, Texas 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com | Lizy Santiago, Esq.<br>Abraham, Watkins, Nichols,<br>Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>(713) 222-7211<br>lsantiago@abrahamwatkins.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com |

**SERVICE LIST**
(As of December 15, 2006)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws | |

13