# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

**Case No. 6:06-md-1769-Orl-22DAB**

_____/

## ORDER

This cause came on for consideration with oral argument on the following motion filed herein:

> **MOTION:** **MDL PLAINTIFFS' AND DEFENDANTS' JOINT MOTION FOR DEPOSITION PROTOCOL (Doc. No. 146)**
>
> **FILED:** February 15, 2007
> _____
>
> **THEREON** it is **ORDERED** that consideration of the proposed protocol is deferred until the next Status Conference.

**DONE** and **ORDERED** in Orlando, Florida on March 7, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record