**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation.**

**Case No. 6:06-md-1769-Orl-22DAB**

_____/

## ORDER

This cause came on for consideration with oral argument on the following motions filed herein:

> **MOTION:** ASTRAZENECA LP AND ASTRAZENECA PHARMACEUTICALS LP'S MOTION TO ESTABLISH DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTIONS, AND TO ADOPT AN EXPEDITED DISCOVERY PROGRAM (Doc. No. 163)
>
> **FILED:** February 26, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part and DENIED in part.**
>
> **MOTION:** PLAINTIFFS' MOTION FOR ADOPTION OF A SCHEDULE AND METHOD OF DEFENDANTS' DOCUMENT PRODUCTION; DEPOSITIONS OF DEFENDANTS' WITNESSES; GENERALLY APPLICABLE EXPERT DISCOVERY; AND MOTIONS OF GENERAL APPLICABILITY IN THE MDL (Doc. No. 165)
>
> **FILED:** February 26, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part and DENIED in part.**

The deadlines are set as follows:

**1.  DOCUMENT PRODUCTION**.

Defendants shall complete initial document production under the agreed "custodial" designations by **June 30, 2007** using the previously agreed protocol. Documents should be produced

at a steady rate, allowing completion by this deadline. Each "custodian" will provide an appropriate certification of completeness of the documents being produced, including specification of the databases and files reviewed. If the parties are unable to agree as the form of this certification, the matter may addressed at the next conference. Plaintiffs may seek supplemental document production after review of the "custodial" files.

**2. RULE 30(b)(6) DEPOSITIONS.**

By **March 31, 2007** Plaintiffs shall provide their Rule 30(b)(6) designations and identify up to twenty-five (25) "custodial" witnesses they wish to depose as an initial set of witnesses. These depositions may begin **April 16, 2007.** The scope of additional depositions will be covered at the next Status Conference, set for April 12, 2007, however, any request to depose a substantial number of additional "custodial" witnesses should be supported by specific showings of need and the absence of redundancy.

**3. THIRD-PARTY DEPOSITIONS.**

Prior to the next status conference on **April 12, 2007**, the parties are **ORDERED** to confer regarding the schedule for any discovery from third-parties (including any discovery to be sought from the Food and Drug Administration), all of which is to be completed by **November 30, 2007**.

**4. EXPERT WITNESSES.**

a. Plaintiffs' designation and reports of their general experts by **December 31, 2007.**

b. Defendants' designation and reports of their general experts by **February 15, 2008**.

c. All general expert witness discovery to be complete by **March 15, 2008.**

**5. DISPOSITIVE MOTIONS**: Prior to the Status Conference on **April 12, 2007**, the Defendants shall provide the identity of specific matters they intend to raise by dispositive motions divided into those requiring expert testimony for proper consideration and those not requiring such testimony. This designation should specify the nature of the expert evidence needed for issues in

the former category. Defendants should propose a logical grouping for anticipated motions and justification for any request to increase the page limit for motions. Subject to consideration of arguments presented at the Conference, the deadline for non expert based motions is **July 31, 2007** and for other dispositive motions and any *Daubert* motions is **February 29, 2008**.

### 6. DISCOVERY FROM INDIVIDUAL PLAINTIFFS.

Beginning June 1, 2007, Defendants may take limited discovery of some individual Plaintiffs. The parties are **ORDERED** to discuss in advance of the April 12, 2007 Status Conference the scope, number, and method of selection of the individual Plaintiffs to be subject to earlier discovery. It is contemplated that this discovery will be limited (as to numbers and scope) in calendar year 2007 with substantial acceleration in 2008. Plaintiffs' motion related to this subject (Doc. No. 169) is **DENIED without prejudice.**

### 7. ADDITIONAL MATTERS

Other discovery authorizations, limits and deadlines will be discussed at the next Conference. These issues will include the extent to which all individual pretrial matters can and should be completed prior to remand and coordination of Alternative Dispute Resolution procedures with discovery and motion practice.

**DONE** and **ORDERED** in Orlando, Florida on March 7, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record