# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

                                           Case No.  6:06-md-1769-Orl-22DAB

_____/

## NOTICE OF HEARING

**TAKE NOTICE** that a **Status Conference** will be held before the undersigned on **THURSDAY, APRIL 12, 2007** at **2:00 P.M.** in Courtroom #6, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida.  The parties are **DIRECTED** to submit their joint proposal for scheduling of any third-party discovery to be completed by **November 30, 2007**.  The parties are also **DIRECTED** to discuss in advance the scope, number, and method for selection of the individual Plaintiffs for early discovery.

**Counsel and any party to this case wishing to participate in this hearing by telephone conference call MUST call the offices of PLAINTIFFS' LIAISON COUNSEL, Larry Roth, to make advance arrangements at least two business days prior to the hearing and Liaison Counsel's office will communicate the list of participants to Chambers at least two hours prior to the hearing.**

**DONE** and **ORDERED** in Orlando, Florida on March 9, 2007.

                                                 *David A. Baker*
                                               DAVID A. BAKER
                                 UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

-2-

**PLEASE NOTE**:  **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.