A CERTIFIED TRUE COPY

MAR - 5 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 15 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1769

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-20)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 135 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR - 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-20 - TAG-ALONG ACTIONS
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **MINNESOTA** | |
| MN 0 07-351 | Teresa Montgomery v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-352 | Leonard Lewis v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-353 | Patricia Ann Adams v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-354 | Judith Merritt v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-355 | Darlene Brown v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-356 | Neil Maday v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-357 | Mary Barker v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-358 | Sharon Caldwell v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-359 | Joy Batts v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-360 | Francis Branham v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-361 | Miguel A. Caraballo v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-362 | Carla Mariner v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-363 | Emmett Bailey v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-364 | William Brock v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-365 | Peter Carreras v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-366 | Daniel Blanton v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-367 | Dominique Belcomey v. AstaZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-368 | Martha Clarke v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-369 | Susan Baldwin v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-370 | Jeanne-Marie Condict v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-371 | Evelyn Marie Beaird v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-372 | Judith Baclawski v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-373 | Sandra Cooks v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-374 | Frank Borges v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-375 | Cannon Curlee v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-376 | Christine Bruce v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-377 | Valerie Lawson v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-378 | Karen Daniels v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-379 | Elizabeth DellaPiana v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-380 | Dianna Burton v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-381 | Melanie Duason v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-382 | Melvin Dunlap v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-383 | Tonya Appleberry v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-384 | Earnest Moore v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-385 | Darlin Brutus v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-386 | Linda Ellis v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-387 | Sammy Burton v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-388 | Belinda Montgomery v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-389 | Mary Flemming v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-390 | June Butler v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-391 | Susan A. Mizner v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-392 | Jack Lee Farmer v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-393 | Brenda McNease v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-394 | Dana McKinney v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-395 | Warren Frazier v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-396 | Paula Garnett v. AstraZeneca Pharmaceuticals, LP., et al. |
| MN 0 07-397 | Wanda Garsia v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-398 | Margaret Gauvin v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-399 | Vickie Genier v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-400 | Lea Goodin v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-404 | Jerry Moore, Jr. v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-405 | Helen Mylott v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 07-406 | Mariann McCunney v. AstraZeneca Pharmaceuticals, LP, et al. |

| DIST. | DIV. | C.A.# | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 07-407 | Helen Narbonne v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-408 | Christine McCall v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-409 | Leonard Neal v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-410 | Regina Mays v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-411 | Rose Marshall v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-412 | Nina Nelson v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-413 | David Lumadue v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-414 | Jerry Land v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-415 | Janet Kubiszak v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-416 | Doyle Kotellos v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-417 | Edward Kibbee v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-418 | Raymond Kaufman v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-419 | Christina Jackson v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-420 | David Jordan v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-421 | John D. Huddy v. AstraZeneca Pharmacueticals, LP, et al. |
| MN | 0 | 07-422 | Clementine Howard v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-423 | George C. Horton, Jr. v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-424 | Andrew William Albert v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-425 | Iris Porter v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-426 | Timothy Potts v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-427 | Lorraine Render v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-428 | Christopher Ricardo v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-429 | Azalee Rice v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-430 | Robin Page v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-431 | Brenda Rice v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-432 | Bryant Palmer v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-433 | Arthur Roberts v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-434 | Elizabeth Pancake v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-435 | Bernadette Robinson v. AstrZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-436 | Melissa Royster-Serrano v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-438 | Barbara Santos v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-444 | Doris Holt v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-445 | Donna Higdon v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-448 | Richard Heglin v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-449 | Marilyn Scarbrough v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-451 | Lois Hawkey v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-452 | Catherine Sena v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-453 | Paula Shay v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-455 | Susan Small v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-456 | Lawanzo Harris v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-457 | Mary Smith v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-458 | Darlene Hanna v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-459 | Doris Sweazy v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-460 | Sandra Taylor v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-461 | Chris Weiss v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-462 | Robin Wells v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-463 | Ronald A. Thomason v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-464 | Dianne Handy v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-465 | Caroline MacDuffie v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-466 | Connie Walker v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-467 | Vickie Hammontree v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-468 | Elizabeth Weir v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-469 | Albert Hamilton v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-470 | Donna Wallis v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-471 | Dorothy Haile v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-472 | Samantha Haas v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-474 | Melody Gray v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-475 | Anita Grant v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-476 | Ronald Pearson v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN | 0 | 07-680 | Shannon Hester v. AstraZeneca Pharmaceuticals, LP, et al. |