# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| BRENDA ETIENNE, | ) | |
| | ) | |
| Plaintiff, | ) | MDL 1769 |
| | ) | |
| v. | ) | Cause No.: 6:07CV231-Orl-22DAB |
| | ) | |
| ASTRAZENECA PHARMACEUTICALS, L.P, | ) ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Brenda Etienne, by and through her undersigned attorneys, Simon Passanante, P.C., and pursuant to the Federal Rule of Civil Procedure and, moves this court to dismiss Plaintiff Brenda Etienne's cause of action against all Defendants without prejudice.

Respectfully submitted,

By: _____/s/ Todd S. Hageman_____
Todd. S. Hageman, #44770
Simon Passanante, PC
701 Market Street, Suite 1450
St. Louis, Missouri 63101
Phone: (314) 241-2929; Fax: (314) 241-2029

Kenneth T. Fibich, TX #06952600
W. Michael Leebron, TX #12149000
14001 Mckinney, Suite 1800
Houston, Texas 77010
Phone: (718) 751-0025; Fax: (713) 751-0030
**ATTORNEYS FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

  The understigned hereby certifies that a true and correct copy of the foregoing was forwarded via electronic filing, on the 13th day of March, 2007, to:

Allen D. Allred, Esq.
Jason Wheeler, Esq.
Thompson Coburn
One US Bank Plaza
St. Louis, Missouri  63101

              /s/ Todd S. Hageman