A CERTIFIED TRUE COPY

MAR 19 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR -1 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1769

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-21)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 139 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 19 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-21 - TAG-ALONG ACTIONS
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 2 06-8280 | Susan Westland, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAC 2 07-771 | Dennis Lott v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAC 2 07-772 | Chiketa Chappell v. AstraZeneca Pharmaceuticals, LP, et al. |
| **DISTRICT OF COLUMBIA** | |
| DC 1 07-237 | Robert Matthews v. AstraZeneca Pharmaceuticals, LP, et al. |
| DC 1 07-238 | Thelma Myers v. AstraZeneca Pharmaceuticals, LP, et al. |
| DC 1 07-246 | Wilma Thrower v. AstraZeneca Pharmaceuticals, LP, et al. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 07-66 | Gwen Martin v. AstraZeneca Pharmaceuticals, LP |
| ILS 3 07-67 | Gary Tretton v. AstraZeneca Pharmaceuticals, LP |
| **MASSACHUSETTS** | |
| MA 1 06-12319 | Makibra Brewer v. AstraZeneca Pharmaceuticals, LP, et al. |
| MA 1 06-12320 | Wendy K. Rasmussen v. AstraZeneca Pharmaceuticals, LP, et al. |
| MA 1 06-12321 | Clarence Broughton, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| MA 1 06-12322 | Kathy Langevin v. AstraZeneca Pharmaceuticals, LP, et al. |
| MA 1 06-12323 | Yolanda Bedoy, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| MA 1 07-10073 | Ronald Smith v. AstraZeneca Pharmaceuticals, LP, et al. |
| MA 1 07-10074 | Jean Wangrud v. AstraZeneca LP, et al. |
| **MINNESOTA** | |
| MN 0 07-477 | Roberta Paron v. AstraZeneca Pharmaceuticals, LP, et al. |
| **OHIO SOUTHERN** | |
| OHS 1 07-63 | Lawrence Bacchus v. AstraZeneca Pharmaceuticals, LP, et al. |
| **OREGON** | |
| OR 3 07-162 | Patricia Cook v. AstraZeneca Pharmaceuticals, LP, et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 07-374 | Octavia Jackson, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |