# EXHIBIT "A"

**Plaintiff Fact Sheet(s) Previously Submitted to Defendant AztraZeneca**

| SEROQUEL MDL 6:06-md-01769 | | | |
|---|---|---|---|
| First Name | Last Name | Court Case # | PFS DUE |
| Gloria | Grayson | 6:06-CV-01135-ACC-DAB | SERVED December 4, 2006 |

End of Exhibit A