# EXHIBIT "B"

Plaintiff Fact Sheet(s) Due for Submission to Defendant AztraZeneca

| SEROQUEL MDL 6:06-md-01769 | | | |
|---|---|---|---|
| First Name | Last Name | Docket # | PFS DUE |
| Patricia Ann | Adams | MN-0-07-353 | April 11, 2007 |
| Andrew William | Albert | MN-0-07-424 | April 11, 2007 |
| Tonya | Appleberry | MN-0-07-383 | April 11, 2007 |
| Judith | Baclawski | MN-0-07-372 | April 11, 2007 |
| Emmett | Bailey | MN-0-07-363 | April 11, 2007 |
| Susan | Baldwin | MN-0-07-369 | April 11, 2007 |
| Mary | Barker | MN-0-07-357 | April 11, 2007 |
| Joy | Batts | MN-0-07-359 | April 11, 2007 |
| Evelyn Marie | Beaird | MN-0-07-371 | April 11, 2007 |
| Dominique | Belcomey | MN-0-07-367 | April 11, 2007 |
| Daniel | Blanton | MN-0-07-366 | April 11, 2007 |
| Frank | Borges | MN-0-07-374 | April 11, 2007 |
| Francis | Branham | MN-0-07-360 | April 11, 2007 |
| William | Brock | MN-0-07-364 | April 11, 2007 |
| Darlene | Brown | MN-0-07-355 | April 11, 2007 |
| Christine | Bruce | MN-0-07-376 | April 11, 2007 |
| Darlin | Brutus | MN-0-07-385 | April 11, 2007 |
| Sammy | Burton | MN-0-07-387 | April 11, 2007 |
| Dianna | Burton | MN-0-07-380 | April 11, 2007 |
| June | Butler | MN-0-07-390 | April 11, 2007 |
| Sharon | Caldwell | MN-0-07-358 | April 11, 2007 |
| Miguel A. | Caraballo | MN-0-07-361 | April 11, 2007 |
| Peter | Carreras | MN-0-07-365 | April 11, 2007 |
| Martha | Clarke | MN-0-07-368 | April 11, 2007 |
| Jeanne-Marie | Condict | MN-0-07-370 | April 11, 2007 |
| Sandra | Cooks | MN-0-07-373 | April 11, 2007 |
| Cannon | Curlee | MN-0-07-375 | April 11, 2007 |
| Karen | Daniels | MN-0-07-378 | April 11, 2007 |
| Elizabeth | DellaPiana | MN-0-07-379 | April 11, 2007 |
| Melanie | Duason | MN-0-07-381 | April 11, 2007 |
| Melvin | Dunlap | MN-0-07-382 | April 11, 2007 |
| Linda | Ellis | MN-0-07-386 | April 11, 2007 |
| Jack Lee | Farmer | MN-0-07-392 | April 11, 2007 |

| SEROQUEL MDL 6:06-md-01769 | | | |
|---|---|---|---|
| First Name | Last Name | Docket # | PFS DUE |
| Mary | Flemming | MN-0-07-389 | April 11, 2007 |
| Warren | Frazier | MN-0-07-395 | April 11, 2007 |
| Paula | Garnett | MN-0-07-396 | April 11, 2007 |
| Wanda | Garsia | MN-0-07-397 | April 11, 2007 |
| Margaret | Gauvin | MN-0-07-398 | April 11, 2007 |
| Vickie | Genier | MN-0-07-399 | April 11, 2007 |
| Lea | Goodin | MN-0-07-400 | April 11, 2007 |
| Anita | Grant | MN-0-07-475 | April 11, 2007 |
| Melody | Gray | MN-0-07-474 | April 11, 2007 |
| Samantha | Haas | MN-0-07-472 | April 11, 2007 |
| Dorothy | Haile | MN-0-07-471 | April 11, 2007 |
| Albert | Hamilton | MN-0-07-469 | April 11, 2007 |
| Vickie | Hammontree | MN-0-07-467 | April 11, 2007 |
| Dianne | Handy | MN-0-07-464 | April 11, 2007 |
| Darlene | Hanna | MN-0-07-458 | April 11, 2007 |
| Lawanzo | Harris | MN-0-07-456 | April 11, 2007 |
| Lois | Hawkey | MN-0-07-451 | April 11, 2007 |
| Richard | Heglin | MN-0-07-448 | April 11, 2007 |
| Donna | Higdon | MN-0-07-445 | April 11, 2007 |
| Doris | Holt | MN-0-07-444 | April 11, 2007 |
| George C. | Horton, Jr. | MN-0-07-423 | April 11, 2007 |
| Clementine | Howard | MN-0-07-422 | April 11, 2007 |
| John D. | Huddy | MN-0-07-421 | April 11, 2007 |
| Christina | Jackson | MN-0-07-419 | April 11, 2007 |
| David | Jordan | MN-0-07-420 | April 11, 2007 |
| Raymond | Kaufman | MN-0-07-418 | April 11, 2007 |
| Edward | Kibbee | MN-0-07-417 | April 11, 2007 |
| Doyle | Kotellos | MN-0-07-416 | April 11, 2007 |
| Janet | Kubiszak | MN-0-07-415 | April 11, 2007 |
| Jerry | Land | MN-0-07-414 | April 11, 2007 |
| Valerie | Lawson | MN-0-07-377 | April 11, 2007 |
| Leonard | Lewis | MN-0-07-352 | April 11, 2007 |
| David | Lumadue | MN-0-07-413 | April 11, 2007 |
| Caroline | MacDuffie | MN-0-07-465 | April 11, 2007 |
| Neil | Maday | MN-0-07-356 | April 11, 2007 |
| Carla | Mariner | MN-0-07-362 | April 11, 2007 |
| Rose | Marshall | MN-0-07-411 | April 11, 2007 |

| SEROQUEL MDL 6:06-md-01769 |
|---|---|---|---|
| First Name | Last Name | Docket # | PFS DUE |
| Regina | Mays | MN-0-07-410 | April 11, 2007 |
| Christine | McCall | MN-0-07-408 | April 11, 2007 |
| Mariann | McCunney | MN-0-07-406 | April 11, 2007 |
| Dana | McKinney | MN-0-07-394 | April 11, 2007 |
| Brenda | McNease | MN-0-07-393 | April 11, 2007 |
| Judith | Merritt | MN-0-07-354 | April 11, 2007 |
| Susan A. | Mizner | MN-0-07-391 | April 11, 2007 |
| Teresa | Montgomery | MN-0-07-351 | April 11, 2007 |
| Belinda | Montgomery | MN-0-07-388 | April 11, 2007 |
| Earnest | Moore | MN-0-07-384 | April 11, 2007 |
| Jerry | Moore, Jr. | MN-0-07-404 | April 11, 2007 |
| Helen | Mylott | MN-0-07-405 | April 11, 2007 |
| Helen | Narbonne | MN-0-07-407 | April 11, 2007 |
| Leonard | Neal | MN-0-07-409 | April 11, 2007 |
| Nina | Nelson | MN-0-07-412 | April 11, 2007 |
| Robin | Page | MN-0-07-430 | April 11, 2007 |
| Bryant | Palmer | MN-0-07-432 | April 11, 2007 |
| Elizabeth | Pancake | MN-0-07-434 | April 11, 2007 |
| Roberta | Paron | MN-0-07-477 | April 18, 2007 |
| Ronald | Pearson | MN-0-07-476 | April 11, 2007 |
| Iris | Porter | MN-0-07-425 | April 11, 2007 |
| Timothy | Potts | MN-0-07-426 | April 11, 2007 |
| Lorraine | Render | MN-0-07-427 | April 11, 2007 |
| Christopher | Ricardo | MN-0-07-428 | April 11, 2007 |
| Azalee | Rice | MN-0-07-429 | April 11, 2007 |
| Brenda | Rice | MN-0-07-431 | April 11, 2007 |
| Arthur | Roberts | MN-0-07-433 | April 11, 2007 |
| Bernadette | Robinson | MN-0-07-435 | April 11, 2007 |
| Melissa | Royster-Serrano | MN-0-07-436 | April 11, 2007 |
| Barbara | Santos | MN-0-07-438 | April 11, 2007 |
| Marilyn | Scarbrough | MN-0-07-449 | April 11, 2007 |
| Catherine | Sena | MN-0-07-452 | April 11, 2007 |
| Paula | Shay | MN-0-07-453 | April 11, 2007 |
| Susan | Small | MN-0-07-455 | April 11, 2007 |
| Mary | Smith | MN-0-07-457 | April 11, 2007 |
| Doris | Sweazy | MN-0-07-459 | April 11, 2007 |
| Sandra | Taylor | MN-0-07-460 | April 11, 2007 |

| SEROQUEL MDL 6:06-md-01769 | | | |
|---|---|---|---|
| First Name | Last Name | Docket # | PFS DUE |
| Ronald A. | Thomason | MN-0-07-463 | April 11, 2007 |
| Connie | Walker | MN-0-07-466 | April 11, 2007 |
| Donna | Wallis | MN-0-07-470 | April 11, 2007 |
| Elizabeth | Weir | MN-0-07-468 | April 11, 2007 |
| Chris | Weiss | MN-0-07-461 | April 11, 2007 |
| Robin | Wells | MN-0-07-462 | April 11, 2007 |

End of Exhibit B