UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

_____

This Document Relates to ALL CASES

[PROPOSED] CASE MANAGEMENT ORDER NO. 4
(Case-Specific Discovery Schedule)

This Order sets forth the case-specific discovery schedule for cases in this MDL and supersedes all prior Orders to the extent it is inconsistent with any such Orders.

I.      GENERAL PRINCIPLES

Limited case-specific discovery shall be permitted in all cases in this MDL before cases are remanded to transferor courts for trial, with the expectation that after remand, the parties will be permitted to engage in additional case-specific discovery in all cases that are actually to be tried. The limited case-specific discovery in this MDL ("MDL Case-Specific Discovery Program") shall be conducted in phases. Phase I shall begin on June 1, 2007 and end on December 31, 2007. Phase II shall begin on January 1, 2008 and end on July 31, 2008. By subsequent order, the Court will establish the schedule for the remaining phases of the MDL Case-Specific Discovery Program.

A. **Phase I**

1. Phase I shall consist of 600 plaintiffs (excluding loss of consortium plaintiffs) randomly selected from among those who served AstraZeneca with Plaintiff Fact Sheets on or before March 31, 2007 ("Phase I Plaintiffs").

2. By April 20, 2007, the parties shall jointly prepare the list of all plaintiffs who have served AstraZeneca with Plaintiff Fact Sheets on or before March 31, 2007. Each such plaintiff shall be assigned a number. By April 30, 2007, the parties shall jointly select the numbers for 600 plaintiffs using the Research Randomizer website (www.randomizer.org), and shall file with the Court a list of the plaintiffs so selected.

3. Any Phase I Plaintiff who dismisses his/her case after May 1, 2007 shall do so with prejudice.

B. **Phase II**

1. Phase II shall consist of 1,200 plaintiffs (excluding loss of consortium plaintiffs) randomly selected from among those who served AstraZeneca with Plaintiff Fact Sheets at any time on or before July 31, 2007 ("Phase II Plaintiffs").

2. By August 20, 2007, the parties shall jointly prepare the list of all plaintiffs who have served AstraZeneca with Plaintiff Fact Sheets on or before July 31, 2007. Each such plaintiff shall be assigned a number. By August 31, 2007, the parties shall jointly select the numbers for 1,200 plaintiffs using the Research Randomizer website (www.randomizer.org), and shall file with the Court a list of the plaintiffs so selected.

3. Any Phase II Plaintiff who dismisses his/her case after September 1, 2007 shall do so with prejudice.

C.  **Depositions in the MDL Case-Specific Discovery Program**

1. In the MDL Case-Specific Discovery Program, AstraZeneca shall be entitled to depose (a) each plaintiff or, if plaintiff is incapable of providing needed information, a spouse, family member or guardian with knowledge of plaintiff's claims, and (b) two physicians for each plaintiff. AstraZeneca may not take additional case-specific depositions in the MDL Case-Specific Discovery Program except upon agreement of the parties or by leave of Court for good cause shown.

2. Each plaintiff shall be deposed either in the city or town where he/she resides, in the largest metropolitan area in the federal district in which he/she resides, or in the office of plaintiff's counsel.

3. If a plaintiff does not intend to appear for a deposition, either because the case is to be dismissed or because the deposition is to be rescheduled within a reasonable time, said plaintiff's counsel must provide written notice to the attorney who noticed the deposition at least three (3) business days before the deposition is scheduled. Absent a showing of good cause, counsel for a non-appearing plaintiff who fails to provide this notice will be liable for the fees of the court reporter

4. Except for good cause shown, if a plaintiff fails to appear for his/her scheduled or rescheduled deposition, such plaintiff's claims will be dismissed with prejudice.

5. Counsel for AstraZeneca and Lead Counsel for plaintiffs are to jointly submit to the Court by April 30, 2007 a proposed CMO that addresses other issues likely to recur in the conduct of case specific depositions, or if agreement cannot be reached, each side shall submit its proposed CMO by that same date.

**II.  SCHEDULE FOR FACT DEPOSITIONS IN THE MDL CASE-SPECIFIC DISCOVERY PROGRAM**

    **A.  Phase I (June 1 – October 31, 2007)**

        1.  AstraZeneca may immediately begin noticing depositions.

        2.  Depositions of plaintiffs (or spouses, family members or guardians) may begin on June 1, 2007 and shall be completed by October 31, 2007.

        3.  Depositions of physicians may begin on August 1, 2007 and shall be completed by October 31, 2007.

    **B.  Phase II (January 1 – May 31, 2008)**

        1.  AstraZeneca may begin noticing depositions on November 5, 2007.

        2.  All depositions may begin on January 2, 2008 and shall be completed by May 31, 2008.

**III.  CASE-SPECIFIC EXPERT DISCOVERY**

Every Phase I and Phase II plaintiff shall submit a plaintiff-specific report ("Expert Reports"), compliant with Federal Rule of Civil Procedure 26(a)(2), from a qualified medical expert who is expected to testify at the time of trial that Seroquel caused the plaintiff to experience injuries or damages.  The Expert Report must include a complete statement of the bases and reasons for opining that Seroquel caused the plaintiff to experience injuries or damages, and a description of the specific injuries or damages experienced by the plaintiff.  Absent good cause shown, the claims of any Phase I or Phase II Plaintiff who fails to timely submit an Expert Report as set forth below shall be dismissed with prejudice.

Case-specific Expert Reports shall be served, and expert discovery shall be completed as follows:

### A. **Phase I Plaintiffs**

1. Phase I Plaintiffs shall submit Expert Reports by November 1, 2007.

2. Depositions of Phase I case-specific experts shall be completed by December 31, 2007.

### B. **Phase II Plaintiffs**

1. Phase II Plaintiffs shall submit Expert Reports by June 1, 2008.

2. Depositions of Phase II case-specific experts shall be completed by July 31, 2008.

## IV. CASE-SPECIFIC DISPOSITIVE MOTIONS

### A. **Phase I Plaintiffs**

The parties shall submit any case-specific *Daubert* motions and any dispositive motions related to Phase I Plaintiffs by January 15, 2008.  Responses shall be due on January 30, 2008.  Reply briefs, if sought and permitted by leave of Court, shall be due on February 8, 2008.

**B.**     **Phase II Plaintiffs**

The parties shall submit any case-specific *Daubert* motions and any dispositive motions related to Phase II Plaintiffs by August 15, 2008.  Responses shall be due on September 1, 2008.  Reply briefs, if sought and permitted by leave of Court, shall be due on September 8, 2008.

DONE and ORDERED in Orlando, Florida on _____, 2007.

ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE