# EXHIBIT "A"

**Plaintiff Fact Sheets Previously Submitted to Defendant AstraZeneca Pharmaceuticals LP**

| First Name | Last Name | Court Case # | PFS DUE |
|---|---|---|---|
| **Anthony** | **Ciaramitaro** | 6:06cv1015-Orl-22DAB | 12/14/06 |
| **Cory** | **Collins** | 6:07cv152-Orl-22DAB | 03/09/07 |
| **Michael** | **Crawford** | 6:06cv988-Orl-22DAB | 12/14/06 |
| **Kenneth** | **Fowler** | 6:06cv977-Orl-22DAB | 12/14/06 |
| **Pamela** | **McCraney-Buzick** | 6:06-cv-975-Orl-22DAB | 12/14/06 |
| **Sharon** | **Nelson** | 6:06cv990-Orl-22DAB | 12/14/06 |
| **Willie** | **Palmer** | 6:06cv978-Orl-22DAB | 12/14/06 |
| **Judy** | **Price** | 6:06cv971-Orl-22DAB | 12/14/06 |
| **Kevin** | **Sanders** | 6:06-cv-965-Orl-22DAB | 12/14/06 |
| **Robert** | **Schuenemeyer** | 6:06cv1136-Orl-22DAB | 12/14/06 |
| **Charlene** | **Baker** | 6:07-cv-10001-Orl-22DAB | 12/14/06 |
| **Dorothy** | **Soucy** | 6:06cv1004-Orl-22DAB | 12/14/06 |
| **Roma** | **Wilken** | 6:06-cv-981-Orl-22DAB | 12/14/06 |
| **Larry** | **Williams** | 6:06-cv-1007-Orl-22DAB | 12/14/06 |