# EXHIBIT "B"

**Plaintiff Fact Sheets Due for Submission to Defendant AstraZeneca Pharmaceuticals LP**

| First Name | Last Name | Court Case # | PFS  DUE |
|---|---|---|---|
| **Gwen** | **Martin** | 6:07cv***-Orl-22DAB | 04/30/07 |
| **Gary** | **Tretton** | 6:07cv***-Orl-22DAB | 04/30/07 |

*** Docket Number pending