# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liablity
Litigation

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | **David A. Baker** | DATE AND TIME | April 12, 2007<br>2:05-3:35<br>4:20-5:00 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER: | Sandy Tremel |
| COUNSEL/PLTF. | Scott Allen<br>Camp Bailey<br>Kenneth F. Bailey, Jr.<br>Tamara Banno<br>Richard Freese<br>Tim Goss<br>Paul Pennock<br>Michael Pederson<br>Thomas Pirtle<br>Larry Roth<br>Fletch Trammell<br>Richard Laminack<br>Stephen McConnell<br>Scott Armstrong (TCC)<br>Larry Gornick (TCC)<br>Ashley Cranford (TCC)<br>Dennis Canty (TCC)<br>Jonathan Jaffe (TCC)<br>Lezzlie Hornsby (TCC)<br>Lori Siler (TCC) | COUNSEL/DEFT. | Fred Magaziner<br>Robert Ciotta<br>Stephen McConnell<br>James Freebery<br>Liz Balakhani |

## CLERK'S MINUTES
### STATUS CONFERENCE

Case called, appearances taken
Procedural setting by court
Plaintiff counsel Pennock addresses Court regarding discovery issues
Defense counsel Magaziner responds
Defense counsel Freebery outlines document production efforts
Plaintiff addresses deposition schedule
Court addresses motion to withdraw in one of the individual cases: Court to DENY motion to withdraw and issue order to show cause

Parties discuss clerk's office issues as it relates to filing cases
Court takes brief recess to allow parties to confer
Plaintiff counsel Pennock addresses court regarding third party discovery
Defense counsel Magaziner responds
Court to send notice scheduling next status conference