**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

                                                **Case No. 6:06-md-1769-Orl-22DAB**

_____/

## NOTICE OF HEARING

**TAKE NOTICE** that a **Status Conference** will be held before the undersigned on **TUESDAY, MAY 22, 2007** at **2:00 P.M.** in Courtroom #6, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida. Prior to the hearing, the parties are **DIRECTED** to discuss in good faith and in detail any issue expected to be the subject of dispute or requiring action by the Court. The issue of case specific discovery will be considered at this hearing. The parties' motions addressing this subject (Doc. Nos. 169, 184, 187) are **DENIED without prejudice** to further consideration.

**Counsel and any party to this case wishing to participate in this hearing by telephone conference call MUST call the offices of PLAINTIFFS' LIAISON COUNSEL, Larry Roth, to make advance arrangements at least two business days prior to the hearing and Liaison Counsel's office will communicate the list of participants to Chambers at least two hours prior to the hearing.**

**DONE** and **ORDERED** in Orlando, Florida on April 13, 2007.

                                                *David A. Baker*
                                                DAVID A. BAKER
                                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

-2-

**PLEASE NOTE**: **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.