IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Seroquel Products Liability Litigation | ) | CASE NO. 6:06-md-1769-Ord-22DAB |
| MDL DOCKET No. 1769 | ) | |
| | | |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| RANDALL WAUGAMAN and | ) | |
| MICHELLE WAUGAMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 6:07-cv-00153-ACC-DAB |
| ASTRAZENECA | ) | |
| PHARMACEUTICALS LP, | ) | NOTICE OF APPEARANCE |
| | ) | OF LEAD ATTORNEY |
| Defendant. | ) | |

    Howard L. Nations, the undersigned attorney, hereby notifies the Court and counsel that Howard L. Nations shall appear as lead counsel of record for Plaintiffs Randall Waugaman and Michelle Waugaman in this case. Richard D. Hailey shall continue in this case as co-counsel. Howard L. Nations is registered with the Court's Case management/Electronic Case Filing system, and requests that he be added to the list for electronic service in this matter.

Dated: April 17, 2007

*Howard L. Nations*

Howard L. Nations
14823000 (Texas)