UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to

ALL PLAINTIFFS REPRESENTED BY
THE LAW OFFICES OF HOWARD L. NATIONS, P.C.

---

**PLAINTIFFS' NOTICE OF DESIGNATION OF
MONTHLY PLAINTIFF FACT SHEET DUE DATES**

1. COME NOW, Plaintiffs represented by The Law Offices of Howard L. Nations, P.C. (hereinafter collectively referred to as "Plaintiffs") in the above-styled and numbered cause, and through their attorneys representing Plaintiffs in multiple actions against Defendant AstraZeneca LP, et al. ("Defendants"), file their designations of due dates by which each Plaintiff's Fact Sheet ("PFS") shall be due to Defendants pursuant to CMO-2.

2. Plaintiffs have attached their Lists (Exhibit "A") designating the date each PFS was previously submitted and ("Exhibit "B") the date by which Plaintiffs expect to produce the remaining PFS.

Respectfully submitted,

THE LAW OFFICES OF HOWARD L. NATIONS, P.C.

/s/ Lezzlie E. Hornsby
Howard L. Nations
Texas Bar No. 14823000
Lezzlie E. Hornsby
Texas Bar No. 24048552
4515 Yoakum Blvd.
Houston, Texas 77006-5895
(713) 807-8400
(713) 807-8423 (Telecopier)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of April 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ Lezzlie E. Hornsby
Lezzlie E. Hornsby

# EXHIBIT "A"

**Plaintiff Fact Sheet(s) Previously Submitted to Defendant AstraZeneca, LP, et al.**

| SEROQUEL MDL 6:06-md-01769 | | | |
|---|---|---|---|
| **First Name** | **Last Name** | **MDL Case #** | **PFS DUE** |
| Bobbie | Cade | 6:07-cv-12097-ACC-DAB | SERVED January 13, 2007 |
| Tammy | Jurado | 6:07-cv-12098-ACC-DAB | SERVED January 13, 2007 |
| Evelyn | Martin | 6:07-cv-12099-ACC-DAB | SERVED January 13, 2007 |
| Randall | Waugaman | 6:07-cv-00153-ACC-DAB | SERVED March 16, 2007 |
| Lenora | Carter | 6:06-cv-01325-ACC-DAB | SERVED March 22, 2007 |

# EXHIBIT "B"

**Plaintiff Fact Sheet(s) Due for Submission to Defendant AstraZeneca, LP, et al.**

| SEROQUEL MDL 6:06-md-01769 | | | |
|---|---|---|---|
| **First Name** | **Last Name** | **MDL Case #** | **PFS Due** |
| Octavia | Jackson | 6:07-cv-00522-ACC-DAB | May 18, 2007 |
| Christopher | Fath | 6:07-cv-16729-ACC-DAB | May 18, 2007 |
| Eddie | Reyes | 6:07-cv-16730-ACC-DAB | May 18, 2007 |
| Kay | Rich | 6:07-cv-16731-ACC-DAB | May 18, 2007 |
| Paul | Not Afraid | 6:07-cv-16732-ACC-DAB | May 18, 2007 |
| Daniel | Baker | 6:07-cv-16733-ACC-DAB | May 18, 2007 |
| Cathleen | Giuffre | 6:07-cv-16734-ACC-DAB | May 18, 2007 |
| Christina | Culver | 6:07-cv-16735-ACC-DAB | May 18, 2007 |
| Darleen | Duncan | 6:07-cv-16736-ACC-DAB | May 18, 2007 |
| Renatoe | Gray-Hawkins | 6:07-cv-16737-ACC-DAB | May 18, 2007 |
| Shelia | Gordon | 6:07-cv-16738-ACC-DAB | May 18, 2007 |
| Donya | Cook | 6:07-cv-16739-ACC-DAB | May 18, 2007 |
| Jacqueline Darlene | Wilson | 6:07-cv-16740-ACC-DAB | May 18, 2007 |
| Daniel | Gross | 6:07-cv-16741-ACC-DAB | May 18, 2007 |
| Amber | Donaldson | 6:07-cv-16742-ACC-DAB | May 18, 2007 |
| Shelly | Jensen | 6:07-cv-16743-ACC-DAB | May 18, 2007 |
| Shawn | Barnier | 6:07-cv-16744-ACC-DAB | May 18, 2007 |
| Fior | Rodriguez | 6:07-cv-16745-ACC-DAB | May 18, 2007 |
| Angelica | Bohorquez | 6:07-cv-16746-ACC-DAB | May 18, 2007 |
| Darlene | Hill | 6:07-cv-16747-ACC-DAB | May 18, 2007 |
| Sandra | Thomas | 6:07-cv-16748-ACC-DAB | May 18, 2007 |
| Ruth | Russelberg | 6:07-cv-16749-ACC-DAB | May 18, 2007 |
| Chris | Collins | 6:07-cv-16750-ACC-DAB | May 18, 2007 |
| Tammy | Colman | 6:07-cv-16751-ACC-DAB | May 18, 2007 |
| Terry | Barnes | 6:07-cv-16752-ACC-DAB | May 18, 2007 |
| Mary Ann | Lovelace | 6:07-cv-16753-ACC-DAB | May 18, 2007 |
| Leonard | Sauvageau | 6:07-cv-16754-ACC-DAB | May 18, 2007 |
| Angela | Earle | 6:07-cv-16755-ACC-DAB | May 18, 2007 |
| Verna | Burrus | 6:07-cv-16756-ACC-DAB | May 18, 2007 |
| James | Makinson | 6:07-cv-16757-ACC-DAB | May 18, 2007 |
| Betsy | Garner | 6:07-cv-16758-ACC-DAB | May 18, 2007 |
| Lamesha | Collins | 6:07-cv-16759-ACC-DAB | May 18, 2007 |
| Patricia | Robinson | 6:07-cv-16760-ACC-DAB | May 18, 2007 |
| Kathy | Peters | 6:07-cv-16761-ACC-DAB | May 18, 2007 |
| Mary | Cosby | 6:07-cv-16762-ACC-DAB | May 18, 2007 |
| Carol | Murphy | 6:07-cv-16763-ACC-DAB | May 18, 2007 |
| Shawnee | Dyer | 6:07-cv-16764-ACC-DAB | May 18, 2007 |
| James | Coleman | 6:07-cv-16765-ACC-DAB | May 18, 2007 |
| Susan | Skinner | 6:07-cv-16766-ACC-DAB | May 18, 2007 |
| Christopher | Smith | 6:07-cv-16767-ACC-DAB | May 18, 2007 |
| Lawrence | Bacchus | 6:07-cv-00520-ACC-DAB | May 18, 2007 |