

A CERTIFIED TRUE COPY
APR 1 6 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 29 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1769

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-22)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 271 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

APR 1 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
April 23, 2007  2:00pm
Date                Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

# SCHEDULE CTO-22 - TAG-ALONG ACTIONS
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A # | CASE CAPTION |
|---|---|
| **LOUISIANA WESTERN** | |
| LAW 2 07-522 | Earl Francis Carriveau v. AstraZeneca LP |
| | |
| **MINNESOTA** | |
| MN 0 07-1382 | Betty Lampton v. AstraZeneca Pharmaceuticals, LP., et al. |
| | |
| **NEW YORK SOUTHERN** | |
| NYS 1 06-13331 | John Powell v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13332 | Margaret McDonald v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13333 | Cody Tokheim v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13334 | Joseph Waggoner v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13335 | Suzanne Melanson v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13336 | Christine Clearly v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13337 | Rose Lopez v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13338 | Stacy Hall v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13339 | Evelyn Rodriguez v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13340 | Richard Sylvain v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13341 | Ralph White v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13342 | Kevin Tyree v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13343 | John Newulis v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13344 | Machelle Schmaljohn v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13345 | William Shirnberg v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13346 | John Hawkins v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13347 | Brian Foreman v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13348 | Lottie Belcourt v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13349 | Michelle Aden v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13350 | Lindi Brown v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13351 | Geraldine Gladue v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13352 | Jeffrey Garcia v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13353 | Ronald Leprowse v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13651 | Joseph Crowder, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13652 | Susan Wyche, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13653 | Anthony Scotti, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13654 | Matthew Moore, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13655 | Jason Modesty, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13657 | Gene Fesmire, et al. v. Astrazeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13658 | Kathey Lee, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13659 | Eva Gentry, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13660 | Daniel Poole, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13661 | Jeremy Veal, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13662 | Cecil McClain, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13663 | Kemila Hartwell, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| NYS 1 06-13664 | Victoria Spears, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |