# EXHIBIT "3"

## Chiu, Yommy

| | |
|---|---|
| **From:** | Miller, Rodney K. [rkmiller@sidley.com] |
| **Sent:** | Thursday, April 19, 2007 2:47 PM |
| **To:** | Jaffe, Jonathan |
| **Cc:** | awinchester@mccarter.com; jfreebery@mccarter.com; Kelber, Tamar B.; Raven, Marc E.; Huey, Nathan A. |

**Subject:** RE: Custodial Production #6

Jonathan,

Based on the numbers given to us by our vendor, we anticipate that, to complete the production for the first 8 custodians, an additional 60,000 documents will be produced. With respect to the remaining 72 custodians, our vendor is unable to estimate the total number of documents that ultimately will be delivered. As soon as our vendor can estimate this number, we will forward those projections to you.

Thanks,
Rodney

> **From:** Jaffe, Jonathan [mailto:jjaffe@weitzlux.com]
> **Sent:** Wednesday, April 18, 2007 2:04 PM
> **To:** Miller, Rodney K.
> **Cc:** Fernandez, Lenny; cbailey@bpblaw.com; ftrammell@bpblaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; lgornick@gsnlaw.com; MPerrin@bpblaw.com; Pederson, Mike; Pennock, Paul; pschneider@gsnlaw.com; Schultz, Laurie; Fernandez, Lenny; McAteer, Brendan; Swanson, Alla; Rushlegal@aol.com; bsund@lskg-law.com; Canty, Dennis
> **Subject:** RE: Custodial Production #6
>
> Rodney, can you give me any idea of how large relatively speaking each of the remaining custodial productions is expected to be? For planning purposes, even a rough estimate will do, such as in comparison to the first eight.
>
> Best regards,
> Jonathan Jaffe

> **From:** Jaffe, Jonathan
> **Sent:** Wednesday, April 18, 2007 2:36 PM
> **To:** 'Miller, Rodney K.'
> **Cc:** Fernandez, Lenny; 'Camp Bailey (cbailey@bpblaw.com)'; 'Fletch Trammell (ftrammell@bpblaw.com)'; 'Jensen, Keith M. (kj@kjensenlaw.com)'; 'John Driscoll (JDriscoll@brownandcrouppen.com)'; 'Kenneth Bailey (kbailey@bpblaw.com)'; 'Kenneth W. Smith (KSmith@AWS-LAW.com)'; 'Larry Roth (LROTH@roth-law.com)'; 'Lawrence J. Gornick (lgornick@lskg-law.com)'; 'Mike Perrin (MPerrin@bpblaw.com)'; Pederson, Mike; Pennock, Paul; 'Pete Schneider (pschneider@gsnlaw.com)'; Schultz, Laurie; Fernandez, Lenny; McAteer, Brendan; Swanson, Alla; 'Rushlegal@aol.com'; 'bsund@lskg-law.com'
> **Subject:** Custodial Production #6
>
> Hi Rodney,

Just a quick note to acknowledge receipt of Custodial Production #6 containing custodians:

Boornazian, Lisa
Boorstein, John
Bradley, Kathryn
Busch, Kim
Dev, Vikram
Hamill, Kevin
Mueller, Karin
Murray, Mike

Regards,
Jonathan Jaffe

```
Sidley Austin LLP mail server made the following annotations on 04/19/07, 13:45:42:
--------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we in
that, unless expressly stated otherwise, any U.S. federal tax advice contained in th
communication, including attachments, was not intended or written to be used, and ca
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is us
to by other parties in promoting, marketing or recommending any partnership or other
investment plan or arrangement, then (i) the advice should be construed as written i
with the promotion or marketing by others of the transaction(s) or matter(s) address
communication and (ii) the taxpayer should seek advice based on the taxpayer's parti
circumstances from an independent tax advisor.

****************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or
If you are not the intended recipient, please delete the e-mail and any attachments
immediately.


****************************************************************************************
```

4/24/2007