

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

APR -9 2007

FILED
CLERK'S OFFICE

**DOCKET NO. 1769**

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

*Johnny Edwards v. AstraZeneca Pharmaceuticals, LP, et al.*, D. District of Columbia,
  C.A. No. 1:07-230
*Joseph Garrett v. AstraZeneca Pharmaceuticals, LP, et al.*, D. District of Columbia,
  C.A. No. 1:07-232
*Erma Rosenthal v. AstraZeneca Pharmaceuticals, LP, et al.*, D. District of Columbia,
  C.A. No. 1:07-242
*Donna Griffin v. AstraZeneca Pharmaceuticals, LP, et al.*, S.D. Mississippi,
  C.A. No. 3:07-52

### CONDITIONAL TRANSFER ORDER (CTO-23)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 271 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

APR 25 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel