# EXHIBIT A



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

rkmiller@sidley.com
(312) 853-6098

BEIJING        GENEVA        SAN FRANCISCO
BRUSSELS       HONG KONG     SHANGHAI
CHICAGO        LONDON        SINGAPORE
DALLAS         LOS ANGELES   TOKYO
FRANKFURT      NEW YORK      WASHINGTON, DC

FOUNDED 1866

April 23, 2007

**By Federal Express**

Jonathan Jaffe
Weitz & Luxenberg, P.C.
6th Floor
120 Wall Street
New York, NY 10005

Re:    In Re Seroquel Products Liability Litigation; MDL-1769

Dear Jonathan:

Attached on three portable hard drives please find our seventh custodian production in the above-referenced litigation.  The Bates ranges for the documents contained on these hard drives, and the names of the custodians whose files are produced herein, are as follows:

**Hard Drive 1**

| Custodian | Beg Bates Range | End Bates Range |
|---|---|---|
| Boornazian, Lisa | AZ/SER 1270692 | AZ/SER 1292900 |
| Boorstein, John | AZ/SER 1292901 | AZ/SER 1317623 |
| Busch, Kim | AZ/SER 1321873 | AZ/SER 1341933 |
| Mueller, Karin | AZ/SER 1433708 | AZ/SER 1452579 |

**Hard Drive 2**

| Custodian | Beg Bates Range | End Bates Range |
|---|---|---|
| Hamill, Kevin | AZ/SER 1346945 | AZ/SER 1433707 |

**Hard Drive 3**

| Custodian | Beg Bates Range | End Bates Range |
|---|---|---|
| Boornazian, Lisa | AZ/SER 2054178 | AZ/SER 2170606 |
| Boorstein, John | AZ/SER 2170607 | AZ/SER 2202383 |
| Bradley, Kathryn | AZ/SER 2202384 | AZ/SER 2203698 |
| Busch, Kim | AZ/SER 2203699 | AZ/SER 2240003 |
| Dev, Vikram | AZ/SER 2240004 | AZ/SER 2318749 |
| Hamill, Kevin | AZ/SER 2318750 | AZ/SER 2548302 |
| Mueller, Karin | AZ/SER 2548303 | AZ/SER 2656100 |
| Murray, Mike | AZ/SER 2656101 | AZ/SER 2864367 |

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships



Jonathan Jaffe
April 23, 2007
Page 2


Please let me know if you have any questions.

Sincerely,

Rodney K. Miller

Enclosure


cc:    Tamar B. Kelber