# EXHIBIT B

## Huey, Nathan A.

**From:** Miller, Rodney K.
**Sent:** Tuesday, April 24, 2007 2:39 PM
**To:** Jaffe, Jonathan
**Cc:** James J. Freebery (jfreebery@mccarter.com); Huey, Nathan A.
**Subject:** RE: Custodial Production #7

Jonathan,

We will produce one additional production for these eight custodians within the next week. Going forward, please direct all correspondence on this matter to Jim Freebery at McCarter & English and Nate Huey at Sidley Austin -- both of whom are copied on this e-mail. I will be leaving Sidley Austin, and this litigation, effective this Friday, April 27th.

Thanks,
Rodney Miller

---

**From:** Jaffe, Jonathan [mailto:jjaffe@weitzlux.com]
**Sent:** Tuesday, April 24, 2007 12:57 PM
**To:** Miller, Rodney K.
**Cc:** cbailey@bpblaw.com; Canty, Dennis; ftrammell@bpblaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; lgornick@lskg-law.com; MPerrin@bpblaw.com; Pederson, Mike; Pennock, Paul; pschneider@gsnlaw.com; Schultz, Laurie; Fernandez, Lenny; McAteer, Brendan; Swanson, Alla; Rushlegal@aol.com; bsund@lskg-law.com
**Subject:** RE: Custodial Production #7

Rodney,

Should we expect more documents from these original eight custodians, or is this now complete?

Best regards,
Jonathan Jaffe

---

**From:** Jaffe, Jonathan
**Sent:** Tuesday, April 24, 2007 1:09 PM
**To:** 'Miller, Rodney K.'
**Cc:** 'Camp Bailey (cbailey@bpblaw.com)'; 'Canty, Dennis'; 'Fletch Trammell (ftrammell@bpblaw.com)'; 'John Driscoll (JDriscoll@brownandcrouppen.com)'; 'Kenneth Bailey (kbailey@bpblaw.com)'; 'Kenneth W. Smith (KSmith@AWS-LAW.com)'; 'Larry Roth (LROTH@roth-law.com)'; 'Lawrence J. Gornick (lgornick@lskg-law.com)'; 'Mike Perrin (MPerrin@bpblaw.com)'; Pederson, Mike; Pennock, Paul; 'Pete Schneider (pschneider@gsnlaw.com)'; Schultz, Laurie; Fernandez, Lenny; McAteer, Brendan; Swanson, Alla; 'Rushlegal@aol.com'; 'bsund@lskg-law.com'
**Subject:** Custodial Production #7

Hi Rodney,

Just a quick note to acknowledge receipt of Custodial Production #7 on three hard drives containing custodians:

Boomazian, Lisa
Boorstein, John
Bradley, Kathryn
Busch, Kim
Dev, Vikram
Hamill, Kevin
Mueller, Karin
Murray, Mike

Regards,
Jonathan Jaffe

5/2/2007