# EXHIBIT C



| | | |
|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | GENEVA | SAN FRANCISCO |
| ONE SOUTH DEARBORN | BRUSSELS | HONG KONG | SHANGHAI |
| CHICAGO, IL 60603 | CHICAGO | LONDON | SINGAPORE |
| (312) 853 7000 | DALLAS | LOS ANGELES | TOKYO |
| (312) 853 7036 FAX | FRANKFURT | NEW YORK | WASHINGTON, DC |

nhuey@sidley.com
(312) 853-0574

FOUNDED 1866

April 27, 2007

**By Federal Express**

Jonathan Jaffe
Weitz & Luxenberg, P.C.
6th Floor
120 Wall Street
New York, NY 10005

Re:   In Re Seroquel Products Liability Litigation; MDL-1769

Dear Jonathan:

Attached on portable hard drive please find our eighth custodian production in the above-referenced litigation. The Bates ranges for the documents contained on this hard drive, and the names of the custodians whose files are produced herein, are as follows:

| Custodian | Beg Bates Range | End Bates Range |
|---|---|---|
| Boornazian, Lisa | AZ/SER 2864368 | AZ/SER 2891265; |
| | AZ/SER 3605815 | AZ/SER 3611493 |
| Boorstein, John | AZ/SER 2891266 | AZ/SER 2929405; |
| | AZ/SER 3611494 | AZ/SER 3612232 |
| Bradley, Kathryn | AZ/SER 2929406 | AZ/SER 2936832; |
| | AZ/SER 3612233 | AZ/SER 3612486 |
| Busch, Kim | AZ/SER 2936833 | AZ/SER 2966762; |
| | AZ/SER 3612487 | AZ/SER 3614083 |
| Dev, Vikram | AZ/SER 2966763 | AZ/SER 2984515; |
| | AZ/SER 3614084 | AZ/SER 3615513 |
| Hamill, Kevin | AZ/SER 2984516 | AZ/SER 3085857; |
| | AZ/SER 3615514 | AZ/SER 3628037 |
| Mueller, Karin | AZ/SER 3085858 | AZ/SER 3335093; |
| | AZ/SER 3628038 | AZ/SER 3649454 |
| Murray, Mike | AZ/SER 3335094 | AZ/SER 3605814; |
| | AZ/SER 3649455 | AZ/SER 3656461 |

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships



Jonathan Jaffe
April 27, 2007
Page 2

Please let me know if you have any questions.

Sincerely,

Nathan A. Huey

Enclosure

cc: James Freebery