# EXHIBIT D

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

---

This Document Relates to ALL CASES

---

### CERTIFICATION OF COMPLETE CUSTODIAL PRODUCTION

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca"), by and through their attorneys, hereby certify that reasonable steps and processes have been taken to collect, process and produce, subject to technical limitations, all relevant, non-privileged documents found in the Custodial Files of the eight custodians listed below.

Each custodian is an individual employee or former employee of AstraZeneca. The Custodial File for each custodian consists of documents maintained by that custodian through July 6, 2006, and includes paper documents maintained in the custodian's hard copy files, electronic documents maintained on the custodian's work (desktop and/or laptop) computer and personal drive on AstraZeneca's network, and emails, including those existing in ".pst" format, maintained in the custodian's AstraZeneca email account ("Custodial Documents"). The Seroquel® Keyword Search For Filtering Of Electronic Documents (Exhibit A hereto) was applied to each custodian's electronic Custodial Documents to determine the potential relevance of all such Custodial Documents.

ME1 6349886v.1

As used herein, the term "documents" has the broadest possible meaning and interpretation ascribed to it, including, but not limited to: writings, drawings, graphs, charts, photographs, phone records, and other data compilations from which information can be obtained and converted, if necessary, by the respondent into reasonably usable form.

Custodians for whom production is complete:

> Lisa Boornazian
> Jack Boorstein
> Katheryn Bradley
> Kim Busch
> Vikram Dev
> Kevin Hamill
> Karin Mueller
> Mike Murray

Dated: April 30, 2007

A. Richard Winchester
McCarter & English
Citizens Bank Building
919 N. Market Street, 18th Floor
Wilmington, DE 19801
Tel.: 302.984.6305
Fax.: 302.984.6399
Email: awinchester@McCarter.com

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

ME1 6349886v.1

## CERTIFICATE OF SERVICE

I hereby certify that, on the 30th day of April, 2007, I caused to be served a true and correct copy of the foregoing via electronic mail and/or United States first-class mail upon the individuals listed below.

Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5500
Ppennock@weitzlux.com

Camp Bailey, Esq.
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7240
cbailey@bpblaw.com

*Lead Counsel for Plaintiffs*

/s/ A. Richard Winchester

MEI 6349886v.1

**EXHIBIT A**

# SEROQUEL® KEYWORD SEARCH LIST FOR FILTERING OF ELECTRONIC DOCUMENTS

Seroquel
quetiapine fumarate
ZD5077

Abilify
aripiprazole
Clozaril
clozapine
Compazine
prochlorperazine
Geodon
ziprasidone
Haldol
haloperidol
Mellaril
thioridazine
Orap
pimozide
Prolixin
fluphenazine
Risperidal
risperidone
Serzone
nefazodone
Stelazine
trifluoperazine
Thorazine
chlorpromazine
Trilafon
perphenazine
Zyprexa
olanzapine

Antipsychotics
Neuroleptics

Diabetes
Insulin
NIDDM
Mellitus
Gestational Diabetes
MODY
Hyperglycemia

Blood Sugar
Glucose
Dysregulation
Hemoglobin
HbA1c
HA1c
A1c

Weight Gain
Hypercholesterolemia
Hypertriglyceridemia
Pancreatitis
Tachycardia
Extrapyramidal Symptoms
Rigidity
Tremors
Dystonia
muscle contractions
Akathasia
restlessness
Parkinsonism
QT Prolongation
Tardive Dyskinesia
TD
Agranulocytosis
Neuroleptic Malignant Syndrome
metabolism
metabolic disorder
neuropinephrine

Schizophrenia
Bipolar
Mania
Dopamine
Seratonin

direct-to-consumer ad!
DTC ad!

2