# EXHIBIT E

## Prince, Shane

**From:** Magaziner, Fred
**Sent:** Monday, April 16, 2007 2:51 PM
**To:** ALL Seroquel
**Subject:** FW: Next 21


Fred T. Magaziner
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-2587
(215) 655-2587 (fax)
fred.magaziner@dechert.com
www.dechert.com

---

**From:** Freebery, James J. [mailto:JFreebery@McCarter.com]
**Sent:** Monday, April 16, 2007 11:56 AM
**To:** PPennock@weitzlux.com; jjaffe@weitzlux.com; cbailey@bpblaw.com; MPederson@weitzlux.com
**Cc:** rkmiller@sidley.com; Jim Freebery
**Subject:** Fw: Next 21

Please find below the list of the next 21 custodial productions. We intend to produce to your attention the complete productions for these 21 individuals, along with certificates of completion by May 14, 2007. The productions for these 21 will follow the complete productions for the initial 8, and the 10 custodians for whom you requested depositions and priority.

We will provide you with a priority list for the balance of the 80 custodinas by Monday, April 23rd as promised at the MDL last Thursday.


-----Original Message-----
From: Redner, Janet
To: Freebery, James J.
Sent: Mon Apr 16 11:46:11 2007
Subject: Next 21

* Byers, Cindy
* Casty, Frank
* Deshmukh, Vinay
* Domine, Lisa
* Dwyer, Donald
* Hebe, Julie
* Hoegstedt, Johan
* Law, Heather
* Mazzella, Vince
* McKee, Victor
* McKenna, Kevin
* Morris, Jeff
* Paulson, Alfred
* Peipher, Charles

5/1/07

* Phillips, Bethany
* Polinsky, Ronald
* Schwartz, Jack
* Smith, Brian
* Van Steenis, Brian
* Viscount, Thomas
* Zimmerman, Paul

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

5/1/07