# EXHIBIT F

**Prince, Shane**

**From:** Freebery, James J. [JFreebery@McCarter.com]
**Sent:** Monday, April 23, 2007 11:17 AM
**To:** Magaziner, Fred; McConnell, Stephen; Munno, Thomas; Yeager, Joe; Fox, Martha; Balakhani, Elizabeth; Prince, Shane; Adupre@mccarter.com
**Subject:** Fw: Priority list for the balance of the 80 custodians

-----Original Message-----
From: Freebery, James J.
To: 'ppennock@weitzlux.com' <ppennock@weitzlux.com>; 'jjaffe@weitzlux.com' <jjaffe@weitzlux.com>; 'cbailey@bpblaw.com' <cbailey@bpblaw.com>; 'mpederson@weitzlux.com' <mpederson@weitzlux.com>
CC: 'Miller, Rodney K.' <rkmiller@sidley.com>; Raven, Marc E. <mraven@Sidley.com>; 'Huey, Nathan A.' <NHuey@Sidley.com>; Winchester, Tony; Freebery, James J.
Sent: Mon Apr 23 11:13:59 2007
Subject: Priority list for the balance of the 80 custodians

Please find below the list for the second and last groupings of 21 custodians we intend to provide to plaintiffs by the dates listed.

June 11: Second 21

1. Blessington, James
2. Brecher, Martin
3. Bucklen, Kristin
4. Carey, Rosemarie
5. Chitra, Rohini
6. Dusak, Betsy
7. Fors, Susanne
8. Geller, Wayne
9. Hall, Marietta
10. Holl, Linda
11. Lawrence, Terri
12. Leong, Ronald
13. Lloyd (Washington), Lisa
14. Melville, Margaret
15. Minnick, James
16. Ney, Christine
17. Rubenstein, Vance
18. Scott, Mark
19. Sermeno, Al
20. Shahangian, Narges
21. Wingertz, Sue Ellen

June 29: Last 21

1. Chavoshi, Soheil
2. Hatzipavlides, Harry
3. Herbst, Richard
4. Jones, Martin
5. Lazarus, Art
6. Limp, Gerald
7. MacFadden, Wayne
8. Makar, Mina
9. McCormack, Eileen
10. Pethick, Ned
11. Quan, Marian
12. Schipke, Connie
13. Sepelyak, Robert
14. Shaw, Joan

5/1/07

15. Smith, Ann
16. Smith, Christine
17. Street, Jamie
18. Tenlen, Martin
19. Trotter, Christophus
20. Warner, Linda
21. Wilson, Ellis

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

5/1/07