**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation

Case No.  6:06-md-1769-Orl-22DAB

_____/

## AMENDED NOTICE OF HEARING

**TAKE NOTICE** that the **Status Conference** previously scheduled for MAY 22, 2007 at 2:00 P.M. before the Honorable David A. Baker in Courtroom No. 6 is rescheduled to **TUESDAY**, **MAY 22, 2007** at **4:00 P.M.** and will be held before the **Honorable Anne C. Conway** and the **Honorable David A. Baker** in **Courtroom No. 2 (Sixth Floor)**, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida.

Prior to the hearing, the parties are **DIRECTED** to discuss in good faith and in detail any issue expected to be the subject of dispute or requiring action by the Court.  The issue of case specific discovery will be considered at this hearing.

**Counsel and any party to this case wishing to participate in this hearing by telephone conference call MUST call the offices of PLAINTIFFS' LIAISON COUNSEL, Larry Roth, to make advance arrangements at least two business days prior to the hearing and Liaison Counsel's office will communicate the list of participants to Chambers at least two hours prior to the hearing.**

**DONE** and **ORDERED** in Orlando, Florida on May 9, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

**PLEASE NOTE**:  **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.