# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liablity Litigation.**

Case No.  6:06-md-1769-Orl-22DAB

_____/

## ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment  into the George C. Young United States Courthouse for use in connection with a hearing in this case, it is **ORDERED** as follows:

1.     Robert L. Ciotti, A. Elizabeth Balakhani, Kathryn L. Connelly, Fred Magaziner, Stephen McConnell, Luke Mette, Steve Herman, and James J. Freebery are each allowed to bring one "Blackberry" phone/email device and A. Elizabeth Balakhani one laptop computer into the George C. Young United States Courthouse on **TUESDAY, MAY 22, 2007**, for use in the discovery conference before the undersigned judicial officer scheduled to begin at **4:00 P.M.**

2.     Paul Pennock, Mike Pederson, Eileen Sugiarto, Ken Bailey, Camp Bailey, Fletch Trammel, Scott Allen, Ed Blizzard, Rick Laminack, Larry Roth, Buffy Martines, Tim goss, Richard Freese are hereby each granted permission to bring a BlackBerry email device and cell phone; and Larry Roth a computer projector, extension cord and cabling; and Eileen Sugiarto one laptop computer  into the George C. Young United States Courthouse on **TUESDAY, MAY 22, 2007**, for use in the discovery conference before the undersigned judicial officer scheduled to begin at **4:00 P.M.**

3.      The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment.  In their discretion, courthouse security personnel may require to present picture identification at the time of entry.

4.      The equipment described above is subject to inspection at any time by courthouse security personnel.  Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

**DONE** and **ORDERED** in Orlando, Florida on May 21, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers

-2-