**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**

**Seroquel Products Liability Litigation**
**MDL DOCKET NO. - 6:06-md-1769-Orl-22DAB**

| | | | |
|---|---|---|---|
| **JUDGES:** | **Anne C. Conway**<br>U. S. District Judge<br>**David A. Baker**<br>U. S. Magistrate Judge | **COURT REPORTER:**<br><br>**Deputy Clerk:** | Sandy Tremel<br><br>Sally Ford |
| **Date/Time:** | May 22, 2007<br>4:03pm–5:20pm | | |
| **COUNSEL FOR PLTF(S):** | Larry Roth<br>Paul Pennock<br>F. Ken Bailey, Jr.<br>Scott Allen<br>Camp Bailey<br>Richard Laminack<br>Buffy Martines<br>Michael Pederson<br>Kenneth Smith | **COUNSEL FOR DEFT(S):** | Fred Magaziner<br>Stephen McConnell<br>James Freebery<br>Robert Ciottai<br>Elizabeth Raines |

## MINUTES – STATUS CONFERENCE

Appearances.
(List of telephone attendees provided to Court in advance, but no appearances of those placed on record)
Parties are to remedy the technical problems in downloading the documents.
Discussions Re:
    Failure to submit fact sheets; submission of unverified fact sheets; missing information
    from fact sheets; taking depositions.
(Paper copy of PowerPoint presentation and binder marked "Confidential" handed up to Court).
Court will enter order on pending motions.
Court will set further Status Conference — to be noticed.