**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____/

# ORDER AND NOTICE OF HEARINGS

This cause came on for consideration with oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFFS' MOTION FOR AN ORDER COMPELLING DEFENDANTS TO PROVIDE COMPLETE CERTIFIED PRODUCTION OF THE FIRST EIGHT CUSTODIAL FILES AND ALL OTHER CUSTODIAL FILES PRODUCED TO DATE; AND SUSPENDING THE CUSTODIAL PRODUCTION METHOD UPON COMPLETION OF THE PRODUCTION OF THE OUTSTANDING CUSTODIAL FILES PRODUCED TO DATE; AND IMMEDIATELY PERMITTING PLAINTIFFS TO PROCEED BY A NOTICE TO PRODUCE METHOD OF DISCOVERY (Doc. No. 198)**
>
> **FILED:** April 26, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice based on the change in circumstances as described at the hearing.[1]

However, based on the issues described at the hearing and in the papers, the parties, including their technical staff, are **ORDERED** to confer in good faith and *in extenso* through June 4, 2007 to resolve any issues about technical issues and the pace of the initial round of discovery. By June 7,

---

[1] Counsel docketed as a motion (Doc. No. 199) a proposed Order. To the extent counsel feels compelled to prepare and file such proposals, they should be attached to the underlying motion and not docketed as a separate motion. The Clerk is directed to terminate this item as a pending matter.

2007 at 12:00 noon, Plaintiff is **DIRECTED** to file electronically a statement of unresolved issues, including a description of any evidence Plaintiffs believe needs to be taken to resolve those issues. This notice should include a good faith estimate of the time both parties believe will be needed for presentation of the issues. In the alternative, Plaintiff may file a notice that a hearing on these issues is no longer required.

**TAKE NOTICE** that an Evidentiary Hearing on the unresolved issues (initially described in Doc. No. 198) will be held before the undersigned on **WEDNESDAY, JUNE 13, 2007** commencing at **1:30 P.M.** in Courtroom #6, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida. **ANY PARTY WHOSE CONDUCT NECESSITATES THE EVIDENTIARY HEARING SHOULD EXPECT THE IMPOSITION OF SANCTIONS FOR ANY UNREASONABLE OR INAPPROPRIATE CONDUCT OR POSITION TAKEN WITH RESPECT TO THESE MATTERS.** Following or in lieu of the above described hearing, the Court will hold another status conference in the case.

**Counsel and any party to this case wishing to participate in this hearing by telephone conference call MUST call the offices of PLAINTIFFS' LIAISON COUNSEL, Larry Roth, to make advance arrangements at least two business days prior to the hearing and Liaison Counsel's office will communicate the list of participants to Chambers at least two hours prior to the hearing.**

The parties are **DIRECTED** to file a *consolidated* motion for all counsel who wish to bring an electronic device (without camera) to the hearing must file a Motion to Allow Electronic Equipment by June 11, 2007 at 12:00 noon.

**DONE** and **ORDERED** in Orlando, Florida on May 23, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Any Unrepresented Party

**PLEASE NOTE**:  **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.