UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

_____

In re:

SEROQUEL
PRODUCTS LIABILITY LITIGATION

MDL-1769

_____
THIS DOCUMENT RELATES TO:

ALL CASES

_____

### NOTICE TO TAKE VIDEOTAPED ORAL DEPOSITION

TO:  AstraZeneca Pharmaceutical, LP, AstraZeneca, LP, AstraZeneca AB , and AstraZeneca UK Limited and its attorneys,

Fred Magaziner, Esq.
Dechert, LLP
2929 Arch Street
Philadelphia, Pennsylvania 19104

PLEASE TAKE NOTICE that pursuant to Rule 26 and 30(b)(6) of the Federal Rules of Civil Procedure, plaintiffs, by and through their undersigned attorneys, will take the deposition of AztraZeneca on **June 7th, 2007 at 10:00 a.m.** at the offices of Larry M. Roth, or at another location mutually agreed upon by the parties, and will continue day to day, Sundays and holidays excepted, until completed. Pursuant to Fed. R. Civ. P. 30(b)(6), AztraZeneca shall designate and produce a designated representative or representatives, as may be required, to testify on behalf of AztraZeneca concerning the topics identified in Exhibit A attached hereto.

1

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.  The deposition will also be videotaped.

Dated:  May 25, 2007,

                        PLAINTIFFS' STEERING COMMITTEE

                  By:    /s/ Paul J. Pennock
                         Paul J. Pennock
                         *Plaintiffs' Co-Lead Counsel*
                         WEITZ & LUXENBERG, P.C.
                         180 Maiden Lane
                         New York, NY 10038

                         Camp Bailey
                         *Plaintiffs' Co-Lead Counsel*
                         Bailey, Perrin, Bailey, LLP
                         The Lyric Center
                         440 Louisiana, Suite 2100
                         Houton, Texas 77002

                         Larry Roth
                         *Plaintiffs' Liaison Counsel*
                         Law Offices of Larry M. Roth, P.A.
                         1615 Edgewater Drive, Suite 1801
                         Orlando, Florida 32804

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of May, 2007 that I e-mailed the foregoing Notice to Take Videotaped Oral Deposition to Defendants, along with a copy by e-mail to all participants in the CM/ECF system, and that I mailed the foregoing document by Federal Express to the non-CM/EDF participants listed on the attached service list.

          PLAINTIFFS' STEERING COMMITTEE

By: /s/ Paul J. Pennock
    Paul J. Pennock, Esq.
    Weitz & Luxenberg, P.C.
    180 Maiden Lane
    New York, New York 10038
    ***Plaintiffs' Co-Lead Counsel***

## EXHIBIT A

### Definitions

The following definitions apply to this Notice of Deposition, including those matters set forth in Exhibit A hereto, and are deemed to be incorporated into each subject and request for documents listed below:

1. "Identify" or "identity" with respect to persons, means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment.

2. "AztraZeneca," "You," or "Your" refers to each of the defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, AstraZeneca AB, AstraZeneca UK Limited and all partners, directors, officers, employees, servants, agents, attorneys, joint ventures, or other representatives, including all corporations and entities affiliated with AstraZeneca. The terms shall also include all predecessor business entities, as well as any predecessor's partners, directors, officers, employees, servants, agents, joint ventures or others acting on their behalf. The terms shall also include all foreign subsidiaries or foreign parent companies, as well as any foreign subsidiaries' or parent companies' partners, directors, officers, employees, servants, agents, joint ventures or others acting on their behalf.

3. "Person" means natural person, as well as corporate and/or governmental entity.

4. "Seroquel" means the drug quetiapine fumarate, also known by the brand name Seroquel, and any predecessor or non-final derivation of the drug that later became Seroquel. Also included in the definition of Seroquel are any chemical equivalents marketed in foreign countries.

5. "Relating to," "relate to," "referring to," "refer to," "reflecting," "reflect," "with regard to," "pertaining to," "concerning," or "concern" shall mean evidencing, regarding, concerning, discussing, embodying, describing, summarizing, containing, constituting, showing, mentioning, reflecting, dealing with, relating to, referring to in any way or manner, or in any way logically or

factually, connecting with the matter described in that paragraph of these demands, including documents attached to or used in the preparation of or concerning the preparation of the documents.

6. "Documents" as used in this Request is coextensive with the meaning of the terms "documents" and "tangible things" in FRCP 34, and shall have the broadest possible meaning and interpretation ascribed to the terms "documents" and "tangible things" under FRCP 34.

7. "Or" and "and" will be used interchangeably.

8. Unless otherwise indicated, the relevant time period for the information sought is 1986 to present.

### Deposition Subject Matter

Pursuant to Rule 30(b)(6), AztraZeneca shall designate and produce for deposition one or more of its officers, directors, managing agents, or other persons who consent to testify on its behalf concerning the following subject matters:

Corporate Organization and Corporate Officers and Board Members:

1. The identity of AstraZeneca's parent, subsidiary and affliated companies involved with the developement, testing, manufacture, marketing, sales, promotion, safety, oversight and distribution of Seroquel' the identity and responsibilities of the departments, divisions and subdivisions within those companies; and the identity of AstraZeneca's corporate officers and their hierarchial organization; all from the time Seroquel was first developed to the present.

2. The identity of all members of AstraZeneca's board of directors (including the identity of the board chairpersons) from the time Seroquel was first developed to the present.

3. The identity of all board of directors committees and subcommittees from the time Seroquel was first developed to the present.

4. The nature, location, storage and organization of all documents related to any meetings or activities of AstraZeneca's board of directors and board of director committees and subcommittees, including but not limited to meeting, minutes, reports, handouts, presentations, and investigational or supporting documents and exhibits.

The Identity of Responsible Persons/Entities

5. The identity of all persons within AstraZeneca (including but not limited to their titles, duties and dates so held), and the identity of all committees, advisory boards and the like (including but not limited to their names, responsibilities, dates of operation and the identity of their members), who/which were or are responsible at any and all time periods for the following from the time Seroquel was first developed to the present:

    a. The development, coordination and monitoring of preclinical or Phase I through Phase IV clinical trials and testing regarding Seroquel;

    b. The evaluation of data and results of preclinical or Phase I through Phase IV clinical trials and testing regarding Seroquel;

    c. The substantive preparation and approval of form clinical communications letters or other communications answering doctor, pharmacist or other healthcare provider inquiries concerning Seroquel;

    d. The substantive preparation and approval of question and answer sheets (including all materials intended to assist detail people of AstraZeneca employees and agents to answer healthcare provider questions) concerning Seroquel;

    e. The development, monitoring and or evaluation of unpublished and/or published medical literature regarding Seroquel;

f.  The evaluation and determination as to whether there is an association between Seroquel, weight gain, diabetes or any metabolic disorder;

g.  The evaluation and determination as to whether there is a causal connection between Seroquel and diabetes related conditions or injuries.

h.  Obtaining or purchasing patents, licenses or intellectual property rights relating to Seroquel;

i.  Legal activities concerning Seroquel;

j.  The oversight and maintenance of finances, budgets and expenditures related to Seroquel;

k.  The interaction and communication internally or with any outside consultants regarding the safety or efficacy of Seroquel;

l.  The corporate oversight and auditing of the conduct of the company and its officers and employees in connection with the manufacture, distribution, marketing and sales of Seroquel;

m.  The collection, maintenance and reporting on IMS, or similar prescription/drug tracking database;

n.  The training, development and management of advisory boards and key opinion leaders;

o.  The cultivation and on going briefing of financial investors and potential investors.

p.  The creation and maintenance of a client relationship management to track all contacts with physicians and other clients of AstraZeneca, sometimes referred to as call notes;

q.  The collection and analysis of data related pharmcovigilence and risk management;

r. The collection and reporting of all adverse events related to Seroquel during clinical development, trials, and general use;

s. The creation and presentation of business plans, strategic plans, franchise plans, cycle meeting presentations, and all other similar reporting and forecasting documents;

t. The coordination, participation or development of Project Janus.

u. The development of the brand and advertising related to the corporation and Seroquel.

v. Development and training of medical affairs, scientific liaison, sales and marketing teams;

w. Coordination of CME training for physicians and other medical professionals;

x. Collection and analysis of all data related to children and adolescents taking Seroquel;

y. Collection and analysis of all data concerning uses of Seroquel for any diagnosis other than approved FDA, the European Agency for Medical Products, Medical Products Agency, Sweden, Medicines and Healthcare Products Regulatory Agency, UK, Ministry Health Labor Welfare, Japan, foreign governmental or foreign regulatory indications;

z. Development and management of all conferences and gatherings for employees involved in promoting, or responding to questions about Seroquel;

aa. The collection, preparation and use of compensation data related to all employees connected with Seroquel or any supporting department related to Seroquel;

bb. The creation and maintenance of corporate archives for all companies, current and prior to any mergers, for the time period that Seroquel was under development.

## **Request for Documents**

1. All documents referred to by the Deponent(s) or anyone assisting the Deponent(s) in preparing for his or her testimony on the above deposition topics.

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Benjamin A. Krass, Esq.<br>Law Offices of Matthew F.Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP | W. Todd Harvey, Esq.<br>E. Ashley Cranford |

| | |
|---|---|
| 333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX  77060<br>Telephone:  (281) 272-0797        .<br>mlundy@lundydavis.com | Whatley Drake & Kallas, LLC<br>2001 Park Place North, Suite 1000<br>Birmingham, AL  35203<br>Telephone:  (205) 328-9576<br>THARVEY@whatleydrake.com<br>ecf@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street<br>36th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone:  (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone:  (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58 | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N |

| | |
|---|---|
| Pensacola, FL  32503<br>Telephone:  (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com | Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone:  (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** |
| Thomas Campion, Esq.<br>Steven M. Selna<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone:  (973) 360-1100<br>tcampion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br><br>*Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.* | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>Post Office Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street | Joseph C. Langston, Esq.<br>Timothy Reese Balducci<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street |

| | |
|---|---|
| Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** | Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>***Attorney for Defendant AstraZenca, PLC*** | Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** |
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants, Astrazeneca Pharmaceuticals, LP and Astrazeneca LP*** | Aaron K. Dickey, Esq.<br>K. Lindsay Rakers, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| David P. Matthews, Esq.<br>Lizy Santiago<br>Matthews & Associates<br>2905 Sackett<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |

| | |
|---|---|
| lsantiago@thematthewslawfirm.com | |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Howard Nations<br>Lori A. Siler<br>4515 Yoakum Boulevard<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com |
| Salvatore M. Machi<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058 | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |
| Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, Texas 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com | Lizy Santiago, Esq.<br>Abraham, Watkins, Nichols,<br>Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>(713) 222-7211<br>lsantiago@abrahamwatkins.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000 | David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com |

| | |
|---|---|
| fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | |
| Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws | Mark W. Davis<br>Davis & Feder, P.A.<br>P.O. Drawer 6829<br>Gulfport, MS  39506 – 7018 |
| William A. Levin<br>Levin Simses Kaiser & Gornick, LLP<br>One Bush St., 14th Floor<br>San Francisco, CA 94104 | Robert G. Smitih, Jr.<br>Lorace & Thompson, PC<br>2900 N. Loop W, Suite 500<br>Houston, TX 77092 |