UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

_____

In re:

SEROQUEL
PRODUCTS LIABILITY LITIGATION

MDL-1769

_____
THIS DOCUMENT RELATES TO:

ALL CASES

_____

## NOTICE TO TAKE VIDEOTAPED ORAL DEPOSITION

TO:   AstraZeneca Pharmaceuticals, LP, AstraZeneca, LP, AstraZeneca AB, AstraZeneca UK Limited, and its attorneys,

Fred Magaziner, Esq.
Dechert, LLP
2929 Arch Street
Philadelphia, Pennsylvania 19104

PLEASE TAKE NOTICE that pursuant to Rule 26 and 30(b)(6) of the Federal Rules of Civil Procedure, plaintiffs, by and through their undersigned attorneys, will take the deposition of AstraZeneca on **June 15, 2007, at 10:00 a.m.** at the offices of Larry M. Roth, or at another location mutually agreed upon by the parties, and will continue day to day, Sundays and holidays excepted, until completed. Pursuant to Fed. R. Civ. P. 30(b)(6), AstraZeneca shall designate and produce a designated representative or representatives, as may be required, to testify on behalf of AstraZeneca concerning the topics identified in Exhibit A attached hereto.

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed. The deposition will also be videotaped.

Dated:  May 25, 2007

PLAINTIFFS' STEERING COMMITTEE

By:  /s/ Paul J. Pennock
Paul J. Pennock
*Plaintiffs' Co-Lead Counsel*
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, NY 10038

Camp Bailey
*Plaintiffs' Co-Lead Counsel*
Bailey, Perrin, Bailey, LLP
The Lyric Center
440 Louisiana, Suite 2100
Houton, Texas 77002

Larry Roth
*Plaintiffs' Liaison Counsel*
Law Offices of Larry M. Roth, P.A.
1615 Edgewater Drive, Suite 1801
Orlando, Florida 32804

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 25th day of May, 2007, that I e-mailed the foregoing Notice to Take Videotaped Oral Deposition to Defendants, along with a copy by e-mail to all participants in the CM/ECF system, and that I mailed the foregoing document by Federal Express to the non-CM/EDF participants listed on the attached service list.

        PLAINTIFFS' STEERING COMMITTEE

        By: <u>/s/ Paul J. Pennock</u>
        Paul J. Pennock, Esq.
        Weitz & Luxenberg, P.C.
        180 Maiden Lane
        New York, New York 10038
        ***Plaintiffs' Co-Lead Counsel***

## EXHIBIT A

### Definitions

The following definitions apply to this Notice of Deposition, including those matters set forth in Exhibit A hereto, and are deemed to be incorporated into each subject and request for documents listed below:

1. "Identify" or "identity" with respect to persons, means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment.

2. "AstraZeneca," "You," or "Your" refers to each of the defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, AstraZeneca AB, AstraZeneca UK Limited and all partners, directors, officers, employees, servants, agents, attorneys, joint ventures, or other representatives, including all corporations and entities affiliated with AstraZeneca.  The terms shall also include all predecessor business entities, as well as any predecessor's partners, directors, officers, employees, servants, agents, joint ventures or others acting on their behalf.  The terms shall also include all foreign subsidiaries or foreign parent companies, as well as any foreign subsidiaries' or parent companies' partners, directors, officers, employees, servants, agents, joint ventures or others acting on their behalf.

3. "Person" means natural person, as well as corporate and/or governmental entity.

4. "Seroquel" means the drug quetiapine fumarate, also known by the brand name Seroquel, and any predecessor or non-final derivation of the drug that later became Seroquel.  Also included in the definition of Seroquel are any chemical equivalents marketed in foreign countries.

5. "Relating to," "relate to," "referring to," "refer to," "reflecting," "reflect," "with regard to," "pertaining to," "concerning," or "concern" shall mean evidencing, regarding, concerning, discussing, embodying, describing, summarizing, containing, constituting, showing, mentioning, reflecting, dealing with, relating to, referring to in any way or manner, or in any way logically or factually, connecting with

the matter described in that paragraph of these demands, including documents attached to or used in the preparation of or concerning the preparation of the documents.

6.      "Documents" as used in this Request is coextensive with the meaning of the terms "documents" and "tangible things" in FRCP 34, and shall have the broadest possible meaning and interpretation ascribed to the terms "documents" and "tangible things" under FRCP 34.

7.      "Or" and "and" will be used interchangeably.

8.      Unless otherwise indicated, the relevant time period for the information sought is 1986 to present.

## Deposition Subject Matter

Pursuant to Rule 30(b)(6), AstraZeneca shall designate and produce for deposition one or more of its officers, directors, managing agents, or other persons who consent to testify on its behalf concerning the following subject matters:

Medical:

1.      Explain the functions and structure of the medical affairs, medical science liaison, or medical marketing areas of AstraZeneca and how each interacts with all other departments of AstraZeneca, and outside vendors.

2.      Identify if AstraZeneca employs the services of an outside vendor or contract organizations to assist the medical affairs, medical science liaisons, or medical marketing teams.

3.      Explain who in the medical affairs, medical science, medical marketing, or any other affiliated department would be approved to speak to the media in relation to Seroquel.

4.      Identify the persons and teams involved in training the medical science liaisons or medical marketing, or other AstraZeneca personnel who may interact with medical professionals regarding Seroquel.

5. Identify and explain who among the teams involved in training the medical science liaisons, medical marketing personnel or other AstraZeneca personnel is responsible for the analysis of research for the use in marketing materials.

6. Identify all teams and persons involved in the development, implementation, and/or monitoring of all clinical research related to Seroquel.

7. Identify all persons, departments, cross functional teams, and or vendors of AstraZeneca who may field questions about Seroquel from clinical investigators, those involved in monitoring clinical trials, doctors, and any others who may have medical questions.

8. Identify the persons and departments, or outside consultants or vendors, involved in the interpretation of clinical data and the preparation of manuscripts and materials to be disseminated to physicians who request information on Seroquel.

9. Identify the persons, staffing, and function of personnel, departments and groups within AstraZeneca who are responsible for the review and assessment of Adverse Event Reports concerning Seroquel.

10. Identify the current location of all information concerning Adverse Event Reports involving Seroquel and any follow-up initiated by AstraZeneca or it's contractors.

11. Identify and provide the location for the evaluation, monitoring, and storage of Adverse Event Reports and risk assessment data including animal and human data; suggestions of problems or concerns with Seroquel, if any; dosing; titration; subtle and obvious adverse events; pediatrics (dosing and adverse events); and pharmacogenetics.

12. Identify systems, databases, policies and procedures in place now or at any time since testing began on Seroquel, that collect, manage or report on data related to adverse events.

13. Identify the grouping of adverse events; coding of adverse events; evaluation of temporal relations between adverse events and Seroquel exposure; analyses of Seroquel dose effects; and data pooling.

14. Your efforts to reduce or manage risks concerning Seroquel.

15. Explain who is involved in managing AstraZeneca's research, and monitoring of all adverse events.

17. The reporting of adverse events involving Seroquel to the FDA and foreign regulatory authorities.

18. Explain the departments and persons involved in submitting to the FDA, the IND and NDAs.

19. Describe the process, teams, persons and management involved in presenting labels and physician's inserts, and all changes to such documents, to the FDA and foreign regulatory authorities for Seroquel.

20. Identify who at AstraZeneca is involved in the preparation of any Dear Doctor/medical professional communications, and the process of approval for such communications.

21. Identify who at AstraZeneca may be involved in writing or evaluating manuscripts about Seroquel research for publication.

22. Explain the process and persons involved in the development of journal articles for peer review and publication.

23. Identify who is responsible for insuring safety and quality control in AstraZeneca's manufacturing facilities.

### Request for Documents

1. All documents referred to by the Deponent(s) or anyone assisting the Deponent(s) in preparing for his or her testimony on the above deposition topics.

**SERVICE LIST**

In Re: Seroquel Products Liability Litigation
MDL Docket No.  1769 - Orl - 22DAB

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone:  (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX  77002<br>Telephone:  (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone:  (407) 872-2239<br>LROTH@roth-law.com | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX  77010<br>Telephone:  (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Benjamin A. Krass, Esq.<br>Law Offices of Matthew F.Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone:  (617) 641-9550<br>Mp@pawalaw.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO  63101<br>Telephone:  (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone:  (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP | W. Todd Harvey, Esq.<br>E. Ashley Cranford |

| | |
|---|---|
| 333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX  77060<br>Telephone:  (281) 272-0797     .<br>mlundy@lundydavis.com | Whatley Drake & Kallas, LLC<br>2001 Park Place North, Suite 1000<br>Birmingham, AL  35203<br>Telephone:  (205) 328-9576<br>THARVEY@whatleydrake.com<br>ecf@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street<br>36th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone:  (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone:  (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58 | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N |

| | |
|---|---|
| Pensacola, FL  32503<br>Telephone:  (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com | Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone:  (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** |
| Thomas Campion, Esq.<br>Steven M. Selna<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone:  (973) 360-1100<br>tcampion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br><br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>Post Office Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street | Joseph C. Langston, Esq.<br>Timothy Reese Balducci<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street |

| | |
|---|---|
| Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** | Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>***Attorney for Defendant AstraZenca, PLC*** | Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** |
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants, Astrazeneca Pharmaceuticals, LP and Astrazeneca LP*** | Aaron K. Dickey, Esq.<br>K. Lindsay Rakers, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| David P. Matthews, Esq.<br>Lizy Santiago<br>Matthews & Associates<br>2905 Sackett<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |

| | |
|---|---|
| lsantiago@thematthewslawfirm.com | |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Howard Nations<br>Lori A. Siler<br>4515 Yoakum Boulevard<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com |
| Salvatore M. Machi<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058 | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |
| Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, Texas 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com | Lizy Santiago, Esq.<br>Abraham, Watkins, Nichols,<br>Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>(713) 222-7211<br>lsantiago@abrahamwatkins.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000 | David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com |

| | |
|---|---|
| fred.magaziner@dechert.com <br> shane.prince@dechert.com <br> marjorie.shiekman@dechert.com <br> eben.flaster@dechert.com <br> elizabeth.balakhani@dechert.com | |
| Lowell Finson <br> Phillips & Associates <br> 3030 North 3rd Street <br> Suite 1100 <br> Phoenix, AZ 85012 <br> (602) 258-8900, ext. 295 <br> lowellf@phillipslaw.ws | Mark W. Davis <br> Davis & Feder, P.A. <br> P.O. Drawer 6829 <br> Gulfport, MS  39506 – 7018 |
| William A. Levin <br> Levin Simses Kaiser & Gornick, LLP <br> One Bush St., 14th Floor <br> San Francisco, CA 94104 | Robert G. Smitih, Jr. <br> Lorace & Thompson, PC <br> 2900 N. Loop W, Suite 500 <br> Houston, TX 77092 |