UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

In re:

SEROQUEL
PRODUCTS LIABILITY LITIGATION

MDL-1769

THIS DOCUMENT RELATES TO:

ALL CASES

**NOTICE TO TAKE VIDEOTAPED ORAL DEPOSITION**

TO: AstraZeneca Pharmaceuticals, LP, AstraZeneca, LP, AstraZeneca AB, and AstraZeneca UK Limited and its attorneys,

Fred Magaziner, Esq.
Dechert, LLP
2929 Arch Street
Philadelphia, Pennsylvania 19104

PLEASE TAKE NOTICE that pursuant to Rule 26 and 30(b)(6) of the Federal Rules of Civil Procedure, plaintiffs, by and through their undersigned attorneys, will take the deposition of AstraZeneca on **June 14, 2007, at 10:00 a.m.** at the offices of Larry M. Roth, or at another location mutually agreed upon by the parties, and will continue day to day, Sundays and holidays excepted, until completed. Pursuant to Fed. R. Civ. P. 30(b)(6), AstraZeneca shall designate and produce a designated representative or representatives, as may be required, to testify on behalf of AstraZeneca concerning the topics identified in Exhibit A attached hereto.

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed. The deposition will also be videotaped.

Dated: May 25, 2007

PLAINTIFFS' STEERING COMMITTEE

By: /s/ Paul J. Pennock

Paul J. Pennock
***Plaintiffs' Co-Lead Counsel***
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, NY 10038

Camp Bailey
***Plaintiffs' Co-Lead Counsel***
Bailey, Perrin, Bailey, LLP
The Lyric Center
440 Louisiana, Suite 2100
Houton, Texas 77002

Larry Roth
***Plaintiffs' Liaison Counsel***
Law Offices of Larry M. Roth, P.A.
1615 Edgewater Drive, Suite 1801
Orlando, Florida 32804

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of May, 2007, that I e-mailed the foregoing Notice to Take Videotaped Oral Deposition to Defendants, along with a copy by e-mail to all participants in the CM/ECF system, and that I mailed the foregoing document by Federal Express to the non-CM/EDF participants listed on the attached service list.

PLAINTIFFS' STEERING COMMITTEE

By: /s/ Paul J. Pennock
Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
***Plaintiffs' Co-Lead Counsel***

**EXHIBIT A**

**Definitions**

The following definitions apply to this Notice of Deposition, including those matters set forth in Exhibit A hereto, and are deemed to be incorporated into each subject and request for documents listed below:

1. "Identify" or "identity" with respect to persons, means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment.

2. "AstraZeneca," "You," or "Your" refers to each of the defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, AstraZeneca AB, AstraZeneca UK Limited and all partners, directors, officers, employees, servants, agents, attorneys, joint ventures, or other representatives, including all corporations and entities affiliated with AstraZeneca. The terms shall also include all predecessor business entities, as well as any predecessor's partners, directors, officers, employees, servants, agents, joint ventures or others acting on their behalf. The terms shall also include all foreign subsidiaries or foreign parent companies, as well as any foreign subsidiaries' or parent companies' partners, directors, officers, employees, servants, agents, joint ventures or others acting on their behalf.

3. "Person" means natural person, as well as corporate and/or governmental entity.

4. "Seroquel" means the drug quetiapine fumarate, also known by the brand name Seroquel, and any predecessor or non-final derivation of the drug that later became Seroquel. Also included in the definition of Seroquel are any chemical equivalents marketed in foreign countries.

5. "Relating to," "relate to," "referring to," "refer to," "reflecting," "reflect," "with regard to," "pertaining to," "concerning," or "concern" shall mean evidencing, regarding, concerning, discussing, embodying, describing, summarizing, containing, constituting, showing, mentioning, reflecting, dealing with, relating to, referring to in any way or manner, or in any way logically or

factually, connecting with the matter described in that paragraph of these demands, including documents attached to or used in the preparation of or concerning the preparation of the documents.

6. "Documents" as used in this Request is coextensive with the meaning of the terms "documents" and "tangible things" in FRCP 34, and shall have the broadest possible meaning and interpretation ascribed to the terms "documents" and "tangible things" under FRCP 34.

7. "Or" and "and" will be used interchangeably.

8. Unless otherwise indicated, the relevant time period for the information sought is 1986 to present.

**Deposition Subject Matter**

Pursuant to Rule 30(b)(6), AstraZeneca shall designate and produce for deposition one or more of its officers, directors, managing agents, or other persons who consent to testify on its behalf concerning the following subject matters:

Promotional Regulatory Affairs Corporate Structure:

1. The corporate organization and structure of AstraZeneca responsible for the approval, management, administration, operation and compliance with any and all U.S. pharmaceutical regulations applicable to Seroquel.

Identity of Witnesses:

2. The identity of all persons within AstraZeneca (including but not limited to their titles, duties and dates so held), and the identity of all committees, advisory boards and the like (including but not limited to their names, responsibilities, dates of operation and the identity of their members), who/which were or are responsible at any and all time periods for U.S. promotional regulatory matters concerning Seroquel, including but not limited to:

a. Communicating with U.S. promotional regulatory officials, the FDA and related promotional regulatory bodies concerning Seroquel;

b. The compliance with U.S. regulations, codes and laws concerning the development, testing, manufacture, approval, monitoring, sales, marketing, advertising and promotion of Seroquel;

c. The review and submission of documents and information related to the Seroquel IND, NDA and Supplemental NDAs;

d. The substantive preparation and approval of package inserts for Seroquel and any changes thereto;

e. The substantive preparation and approval of patient safety information sheets regarding Seroquel and any changes thereto;

f. The substantive preparation and approval of form Dear Healthcare Provider letters regarding Seroquel and diabetes or diabetes-related conditions or injuries;

g. The monitoring, evaluation and reporting to the FDA and related promotional regulatory bodies of post-marketing adverse event reports.

3. The identity of persons at the FDA with whom AstraZeneca had contact and who had primary responsibility regarding Seroquel, as well as any payment, remuneration or benefits given to such persons by AstraZeneca at any time.

Promotional Regulatory Contractors and Consultants:

4. The identity of all persons (including but not limited to their employers and titles) or entities (including their names and last known addresses) with whom/which AstraZeneca contracted, consulted or retained concerning promotional regulatory matters relating to Seroquel, including the nature of the work done by those persons or entities, and the time period of the relationship. Such areas of consultation or retention include but are not limited to:

a. The design, preparation and submission of the IND for Seroquel;

b. The design, preparation and submission of the NDA and any Supplemental NDAs for Seroquel;

c. Consultation with the FDA relating to regulatory matters concerning Seroquel or pharmaceutical drugs in general;

d. Consultation relating to regulatory matters concerning Seroquel or pharmaceutical drugs in general;

f. The design, preparation and drafting of package inserts/labels and compliance with regulations regarding package inserts/labels.

h. The design, preparation and drafting of Dear Healthcare Provider letters;

i. The design, preparation and drafting of patient information sheets;

j. The design, collection, monitoring, evaluation and dissemination of adverse event reports and data.

Promotional Regulatory Procedures:

5. AstraZeneca's practices and procedures for contacting the FDA and related regulatory bodies.

6. AstraZeneca's practices and procedures for recording contacts and communications with regulatory officials with the FDA and related promotional regulatory bodies regarding Seroquel.

7. AstraZeneca's practices and procedures for the review, submission, approval, monitoring and compliance with the following regulatory provisions as they relate to Seroquel:

a. Prescription drug advertising under 21 CFR 202.1;

b. Labeling and adverse event warnings pursuant to 21 CFR 201.57;

c. Post-marketing reporting and warnings pursuant to 21 CFR 314.80 et seq. and 21 CFR 202.1; and

d. The monitoring, intake, processing, investigation, handling and distribution to the FDA and other governmental regulatory bodies of all adverse event reports regarding Seroquel under 21 CFR et seq.

8. AstraZeneca's practices and procedures with respect to oversight of the "Institutional Review Boards (IRB)."

9. Specifically, who at AstraZeneca is responsible for ensuring that all IRB regulations are adhered to and current for all locations, national and international.

Documents:

10. The location, storage and organization of any and all documents that relate to U.S. promotional regulatory affairs and matters concerning Seroquel, including but not limited to promotional regulatory communications, interchanges between AstraZeneca personnel and any promotional regulatory body or personnel, memoranda, electronic data, working drafts, promotional regulatory guidance documents, internal writings, communications to and from AstraZeneca personnel regarding promotional regulatory matters, labeling records, drafts of labeling records, minutes of meetings with promotional regulatory personnel, regulatory contact reports or sheets, Investigational New Drug submissions, New Drug Applications and supplements and amendments thereto, Period and Annual Reports, Periodic Safety Update Reports, Expedited Safety Reports, and any and all other documents which in any way relate to promotional regulatory affairs applicable to Seroquel.

11. The manner in which AstraZeneca accessed, continues to access and finds the documents and information in its IND and NDA for Seroquel.

Communications with the Government Bodies:

12. The interactions between AstraZeneca and the FDA concerning the decision in September 2003 to revise the Seroquel package insert to include the warning about diabetes;

13. The interactions between AstraZeneca and the FDA concerning the approval, use or promotion of Seroquel for schizophrenia, bipolar disorder, bipolar mania, mood disturbances, anxiety, depression, insomnia, Alzheimer's disease or dementia.

14. The interactions between AstraZeneca and the FDA concerning the Seroquel label changes made in Japan and the United Kingdom to add warnings and/or contraindications concerning diabetes.

15. The interactions between AstraZeneca and the Division of Drug Marketing, Advertising and Communications regarding the marketing, sale, promotion or advertising of Seroquel.

16. The identity and nature of all FDA Advisory Committee hearings or panel meetings concerning any diabetes risk related to Clozapine, Seroquel or other second generation antipsychotic medications, AstraZeneca's participation related to those hearings, and the location, storage and organization of documents related to those hearings including but not limited to manufacturer submissions, notes and transcripts of those proceedings.

17. The nature of communications between AstraZeneca and the U.S. Department of Health and Human Services (including but not limited to the Centers for Medicare and Medicaid Services), the U.S. Department of Veterans Affairs, and the U.S. Department of Defense regarding Seroquel.

Seroquel Approval:

18. The dates of all approvals of Seroquel for indicated uses, and any conditions imposed upon AstraZeneca related to such approvals.

U.S. Package Inserts:

19. The creation, drafting, revision, submission, negotiation, approval, printing, identity and distribution of all Seroquel package inserts/labels, including but not limited to the following:

a. The substance of each Seroquel package insert and any changes thereto;

b. The reasons for making each change to the Seroquel package insert;

c. The date each Seroquel package insert change received any and all approvals (both within AstraZeneca and by the FDA) necessary to make each change;

d. The dates each new package insert actually began being disseminated publicly and placed within new packages of Seroquel;

e. Any changes requested by the FDA to the package inserts; and

f. The date each package insert was submitted for publication in the Physician's Desk Reference (PDR).

U.S. Dear Healthcare Provider Letters:

20. The creation, drafting, revision, submission, negotiation, approval, identity and distribution of all form Dear Doctor/Healthcare Provider letters regarding Seroquel (including but not limited to all voluntary communications and regulated communications sent pursuant to 21 CFR section 200.5), including but not limited to the following:

a. The substance of each Dear Doctor/Healthcare Provider letter;

b. The reasons for sending each Dear Doctor/Healthcare Provider letter;

c. The date AstraZeneca began sending each Dear Doctor/Healthcare Provider letter;

d. The identity and nature of the healthcare providers to whom the letters were sent;

e. All changes requested by the FDA to any Dear Doctor/Healthcare Provider letter.

U.S. Patient Information Sheets:

21. The creation, drafting, revision, submission, negotiation, approval, identity and distribution of all patient information sheets (including but not limited to all materials intended to be provided directly to the patient) regarding Seroquel, including but not limited to the following:

a. The substance of each Seroquel patient information sheet and any changes thereto;

b. The reasons for making each change to the Seroquel patient information sheet;

c. The date each Seroquel patient information sheet received any and all approvals (both within AstraZeneca and by the FDA) necessary to make such changes;

d. The date each new Seroquel patient information sheet was actually distributed by AstraZeneca for dissemination to patients;

e. Any changes requested by the FDA to the Seroquel patient information sheets.

Foreign Promotional Regulatory Matters:

22. The corporate organization and structure of AstraZeneca responsible for the approval, management, administration, operation and compliance with any and all foreign pharmaceutical regulations applicable to Seroquel.

23. The identity of all persons within AstraZeneca (including but not limited to their titles, duties and dates of such responsibility) who were or are responsible for communicating with foreign pharmaceutical regulatory bodies. As used within this notice of deposition, "foreign pharmaceutical regulatory bodies" include but are not limited to the pharmaceutical promotional regulatory bodies in Japan, the United Kingdom (MCA), Canada (Health Canada), Australia (TGA), Germany (BfARM), and the European Medicines Evaluation Agency and its safety committee (CPSC), and the Medicines and Healthcare Products Regulatory Agency."

24. The identity of all persons within AstraZeneca (including but not limited to their titles, duties and dates of such responsibility) who were or are responsible for the creation, drafting, revision, submission, negotiation, approval, identity, substance and distribution of all foreign package inserts/labels, patient safety information sheets and Dear Doctor/Healthcare Provider letters for Seroquel which were disseminated publicly or to foreign pharmaceutical regulatory bodies. Please include and provide the following information:

a. The substance of each Seroquel package insert/label, patient safety information sheet and Dear Doctor/Healthcare Provider letter, and any changes thereto;

b. The reasons for making each change to the Seroquel package insert/label, patient safety information sheet and Dear Doctor/Healthcare Provider letter;

c. The date each Seroquel package insert/label, patient safety information sheets and Dear Doctor/Healthcare Provider letter received any and all approvals (both within AstraZeneca and by any foreign pharmaceutical regulatory body) necessary to make such changes;

d. The date each new Seroquel package insert/label, patient safety information sheet and Dear Doctor/Healthcare Provider letters was actually distributed;

e. Any changes to draft Seroquel package inserts/labels, patient safety information sheets and Dear Doctor/Healthcare Provider letters requested by any foreign pharmaceutical promotional regulatory body.

f. The location, storage and organization of all foreign Seroquel package insert/labels, patient safety information sheets and Dear Doctor/Healthcare Provider letters.

25. The location, storage and organization of any and all documents that relate to foreign promotional regulatory affairs and matters concerning Seroquel.

26. The practices and procedures of AstraZeneca for recording contacts and communications with foreign pharmaceutical regulatory bodies, and the location, storage and organization of all documents which reflect the recording of those contacts and communications.

27. The procedures for the intake, processing, handling, analyzing, investigating, distributing, and reporting adverse events concerning Seroquel to foreign pharmaceutical regulatory bodies.

**<u>Request for Documents</u>**

1. All documents referred to by the Deponent(s) or anyone assisting Deponent(s) in preparing for his or her testimony on the above deposition topics.

**SERVICE LIST**

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Benjamin A. Krass, Esq.<br>Law Offices of Matthew F.Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP | W. Todd Harvey, Esq.<br>E. Ashley Cranford |

| | |
|---|---|
| 333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797 .<br>mlundy@lundydavis.com | Whatley Drake & Kallas, LLC<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ecf@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street<br>36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58 | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N |

| | |
|---|---|
| Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com | Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** |
| Thomas Campion, Esq.<br>Steven M. Selna<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>tcampion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br><br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>Post Office Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street | Joseph C. Langston, Esq.<br>Timothy Reese Balducci<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street |

| | |
|---|---|
| Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** | Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>***Attorney for Defendant AstraZenca, PLC*** | Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** |
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants, Astrazeneca Pharmaceuticals, LP and Astrazeneca LP*** | Aaron K. Dickey, Esq.<br>K. Lindsay Rakers, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| David P. Matthews, Esq.<br>Lizy Santiago<br>Matthews & Associates<br>2905 Sackett<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |

| | |
|---|---|
| lsantiago@thematthewslawfirm.com | |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Howard Nations<br>Lori A. Siler<br>4515 Yoakum Boulevard<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com |
| Salvatore M. Machi<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058 | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |
| Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, Texas 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com | Lizy Santiago, Esq.<br>Abraham, Watkins, Nichols,<br>Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>(713) 222-7211<br>lsantiago@abrahamwatkins.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000 | David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com |

| | |
|---|---|
| fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | |
| Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws | Mark W. Davis<br>Davis & Feder, P.A.<br>P.O. Drawer 6829<br>Gulfport, MS 39506 – 7018 |
| | |
| William A. Levin<br>Levin Simses Kaiser & Gornick, LLP<br>One Bush St., 14th Floor<br>San Francisco, CA 94104 | Robert G. Smitih, Jr.<br>Lorace & Thompson, PC<br>2900 N. Loop W, Suite 500<br>Houston, TX 77092 |