**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____/

# ORDER

On May 23, 2007, the Court, based on issues raised at the last status conference, set a hearing "to resolve any issues about technical issues and the pace of the initial round of discovery." On June 7, 2007, Plaintiffs filed a Joint Statement indicating that all technical issues had been resolved and notifying the Court that a hearing is not required. Though not so denominated, the Court interprets the filing as a motion to cancel the hearing. Though describing only matters related to technical problems, the filing indicates a desire to dispense with the hearing on any matter previously noticed. Based on this filing, therefore, the Court will cancel the scheduled **evidentiary hearing** and deems all issues regarding technical aspects of Defendants' initial production of documents and the pace of that production to be moot. The Court will not hear any further motions addressed to those issues.

As set forth in the May 23 Notice, the next **status conference** will be held in lieu of the evidentiary hearing on June 13, 2007.

**DONE** and **ORDERED** in Orlando, Florida on June 8, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record