**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation**

                                                    Case No.  6:06-md-1769-Orl-22DAB

_____/

**ORDER**

This cause comes before the Court for consideration of Defendants' Motion Requesting Schedule for Case-Specific Discovery and Alternative Dispute Resolution (Doc. 204), filed May 2, 2007.  Plaintiffs responded (Doc. 206) on May 16, 2007.  Upon carefully considering the matter, the Court determines that Defendants' motion should be **GRANTED IN PART** and **DENIED IN PART**.

The Court agrees with Defendants that case-specific discovery is warranted in this MDL.  To the extent the Court disagrees with Defendants' proposed methods of conducting case-specific discovery, it is hereby **ORDERED** as follows:

      1.     Case-specific discovery will begin on **August 1, 2007**.  Discovery will initially be limited to thirty (30) cases per month; however, the Court may later increase the allotment of monthly cases if the Court's method proves to be efficient and effective.

      2.     By July 1, 2007, Plaintiffs shall file with the Court an alphabetical list of names, with accompanying MDL case numbers, of all plaintiffs for which both substantially complete Plaintiff Fact Sheets ("PFS") and medical records authorizations have been served.  Defendants shall then have the opportunity to file objections, by July 11, 2007, to any plaintiffs on the list whose Plaintiff Fact Sheets or medical records authorizations have not

been received or are not substantially complete. The resulting "Eligible Plaintiffs List" will serve as a master list from which the thirty cases will be chosen on a monthly basis. Plaintiffs and Defendants may add plaintiff names and MDL case numbers to the Eligible Plaintiffs List any time a substantially complete PFS and medical records authorization is either served or received; however, both parties must agree that the PFS and medical records authorization are substantially complete before the name is added.

      3.      On the first day of every month, Plaintiffs and Defendants shall each choose ten (10) cases, and the Court shall choose the remaining ten (10) cases, from the Eligible Plaintiffs List. Defendants shall then be permitted to take a maximum of three (3) depositions per case, as follows: one (1) deposition of Plaintiff or Plaintiff's legal representative; one (1) deposition of Plaintiff's treating physician; and one (1) deposition of Plaintiff's prescribing physician, if not the same as the treating physician. Defendants may take additional depositions only upon agreement by Plaintiffs or by order of the Court, obtained after filing a specifically justified motion.

      **DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 11, 2007.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party