**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

In Defendants' Memorandum Regarding "Dispositive Motions" In Response to Paragraph 5 of the Order Dated March 7, 2007 (Doc. 186), filed on April 10, 2007, Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP ("AstraZeneca") identified certain dispositive motions they were prepared to submit to the Court by July 31, 2007. The Court intends to hold AstraZeneca to this proposed timeline.

Accordingly, it is **ORDERED** as follows:

1. AstraZeneca shall file, by **July 31, 2007**, a Rule 12 (c) motion for judgment on the pleadings regarding any "design defect" and "implied warranty" claims asserted by plaintiffs in states that do not recognize such claims in the prescription drug context.

2. AstraZeneca shall file, by **July 31, 2007**, a Rule 12 (c) motion for judgment on the pleadings regarding "initial conflict preemption" of claims asserted by plaintiffs who took Seroquel only after FDA warnings were posted on the Seroquel label.

3. AstraZeneca shall file, by **July 31, 2007**, all ripe procedural default motions with respect to plaintiffs who have failed to submit Plaintiff Fact Sheets or medical records authorizations. AstraZeneca may continue to file such motions after the deadline, to the extent they later become ripe; however, given the June 30, 2007, completion date for service

of Plaintiff Fact Sheets, as identified in Case Management Order No. 2 (Doc. 129), the Court expects that the vast majority of these motions will become ripe by the appointed due date.

4.  AstraZeneca shall file, by **July 31, 2007**, all motions for dismissal of certain defendants as parties to this action.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 11, 2007.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party