**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liablity
Litigation.

Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment into the George C. Young United States Courthouse for use in connection with a hearing in this case, it is **ORDERED** as follows:

1. Robert L. Ciotti, Shane Prince, Kathryn L. Connelly, Fred Magaziner, Stephen McConnell, James J. Freebery and Kevin Kerns are each allowed to bring one "Blackberry" phone/email device and Shane Prince one laptop computer into the George C. Young United States Courthouse on **WEDNESDAY, JUNE 13, 2007**, for use in the status conference before the undersigned judicial officer scheduled to begin at **1:30 P.M.**

2. Paul Pennock, Michael Pederson, Ken Bailey, Camp Bailey, Fletch Trammel, Scott Allen, Ed Blizzard, Tom Pirtle, Rick Laminack, Larry Roth, and Buffy Martines are hereby each granted permission to bring a BlackBerry email device and cell phone; and collectively **ONE** laptop computer into the George C. Young United States Courthouse on **WEDNESDAY, JUNE 13, 2007**, for use in the status conference before the undersigned judicial officer scheduled to begin at **1:30 P.M.**

3. The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require to present picture identification at the time of entry.

4. The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

**DONE** and **ORDERED** in Orlando, Florida on June 12, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers