A CERTIFIED TRUE COPY

JUN - 6 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 21 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1769

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-26)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 313 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN - 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-26 - TAG-ALONG ACTIONS
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **DISTRICT OF COLUMBIA** | |
| DC 1 07-228 | Joseph Barile v. AstraZeneca Pharmaceuticals, LP, et al. |
| DC 1 07-229 | Jacqueline Bernard v. AstraZeneca Pharmaceuticals, LP, et al. |
| DC 1 07-231 | Jacqueline Friar v. AstraZeneca Pharmaceuticals, LP, et al. |
| DC 1 07-233 | Melvin Grigsby v. AstraZeneca Pharmaceuticals, LP, et al. |
| DC 1 07-234 | Alvin Hogan, Sr. v. AstraZeneca Pharmaceuticals, LP, et al. |
| DC 1 07-235 | Catherine Martinez v. AstraZeneca Pharmaceuticals, LP, et al. |
| DC 1 07-236 | Michael Masterson v. AstraZeneca Pharmaceuticals, LP, et al. |
| DC 1 07-239 | Steven Oster v. AstraZeneca Pharmaceuticals, LP, et al. |
| DC 1 07-240 | John Priest, III v. AstraZeneca Pharmaceuticals, LP, et al. |
| DC 1 07-241 | Sam Robinson v. AstraZeneca Pharmaceuticals, LP, et al. |
| DC 1 07-243 | Patricia Roy v. AstraZeneca Pharmaceuticals, LP, et al. |
| DC 1 07-244 | Richard Shows v. AstraZeneca Pharmaceuticals, LP, et al. |
| DC 1 07-245 | Pam Swann v. AstraZeneca Pharmaceuticals, LP, et al. |
| DC 1 07-247 | Chianyaun Vannoy v. AstraZeneca Pharmaceuticals, LP, et al. |
| DC 1 07-248 | Lee Williams v. AstraZeneca Pharmaceuticals, LP, et al. |
| DC 1 07-249 | Leola Williams v. AstraZeneca Pharmaceuticals, LP, et al. |
| **MISSOURI EASTERN** | |
| MOE 4 07-863 | Virginia Johnson v. AstraZeneca Pharmaceuticals, LP |
| MOE 4 07-867 | Valerie Freeman v. AstraZeneca Pharmaceuticals, LP |