# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE: Seroquel Products Liablity Litigation

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker | DATE AND TIME | June 13, 2007<br>1:30-2:05 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER: | Sandy Tremel |
| COUNSEL/PLTF. | Scott Allen<br>Camp Bailey<br>Kenneth F. Bailey, Jr.<br>Paul Pennock<br>Michael Pederson<br>Kenneth Smith<br>Larry Roth<br>Fletch Trammell (TCC)<br>John Driscoll (TCC)<br>Lowell Finson (TCC)<br>Larry Gornick (TCC)<br>Ashley Cranford (TCC)<br>Brandy Smith (TCC)<br>Lori Siler (TCC) | COUNSEL/DEFT. | Fred Magaziner<br>Robert Ciotta<br>Stephen McConnell<br>James Freebery<br>Shane Prince |

## CLERK'S MINUTES
### STATUS CONFERENCE

Case called, appearances taken
Procedural setting by court
Plaintiff counsel Pennock addresses court regarding document production
Defense responds
Parties discuss filing issues
Court sets hearing for Thursday, July 5, 2007 at 2:00 PM