**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____/

## NOTICE OF HEARING

**TAKE NOTICE** that a **Status Conference** will be held before the undersigned on **THURSDAY, JULY 5, 2007** at **2:00 P.M.** in Courtroom #6, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida.

**Counsel and any party to this case wishing to participate in this hearing by telephone conference call MUST call the offices of PLAINTIFFS' LIAISON COUNSEL, Larry Roth, to make advance arrangements at least two business days prior to the hearing and Liaison Counsel's office will communicate the list of participants to Chambers at least two hours prior to the hearing.**

**DONE** and **ORDERED** in Orlando, Florida on June 14, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

**PLEASE NOTE**: **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.