A CERTIFIED TRUE COPY

JUN 1 2 2007

ATTEST *[signature]*
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 25 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1769

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
June 18, 2007  12:41pm
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

*Sheila Williams, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.D. California, C.A. No. 2:07-3023
*Jerry W. Starr v. AstraZeneca Pharmaceuticals, LP, et al.*, S.D. Indiana, C.A. No. 1:07-580
*Amy Lovlein, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, M.D. Tennessee, C.A. No. 3:07-344
*Charetta Angelle, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, S.D. Texas, C.A. No. 4:07-1548

## CONDITIONAL TRANSFER ORDER (CTO-29)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 314 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*[signature]*
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 1 2 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

INVOLVED COUNSEL LIST (CTO-29)
DOCKET NO. 1769
IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

Catherine V. Barrad
Sidley Austin LLP
555 West 5th Street
Suite 4000
Los Angeles, CA 90013-1010

Robert F. Clarke
Phillips & Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Michael T. Gallagher
Gallagher Law Firm, P.C.
2905 Sackett Street
Houston, TX 77098

Gary Reed Gober
200 Fourth Avenue North
Suite 700
Nashville, TN 37219

Jamie Ranah Kendall
Price, Waicukauski & Riley, LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Howard L. Nations
Law Offices of Howard L. Nations, PC
4515 Yoakum Boulevard
Houston, TX 77006-5895