UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products           Case No. 6:06-md-1769-Orl-22DAB
       Liability Litigation                    (ALL CASES)

**MDL PLAINTIFFS' COMBINED MOTION AND MEMORANDUM
FOR APPOINTMENT OF KENNETH FEINBERG, ESQ. AS SPECIAL MASTER FOR
SETTLEMENT AND FOR THE ESTABLISHMENT OF AN ALTERNATIVE DISPUTE
RESOLUTION (ADR) PROCEDURE**

The MDL Plaintiffs, by and through their undersigned co-lead counsel, hereby file this Combined Motion and Memorandum pursuant to M.D.L.R. 3.01(a) for the Appointment of Kenneth Feinberg, Esq. as Special Master for Settlement and for the establishment of an Alternative Dispute Resolution (ADR) procedure, and certification of compliance pursuant to M.D.L.R. 3.01(g).

The purpose of this Motion and Combined Memorandum is to create a fair and reasonable method for the parties to establish a procedural framework to assess the potential for settlement for cases in which Defendants have conducted discovery. Defendants have repeatedly assured the Court that they would be in a position to evaluate the option of settlement if they were allowed to depose the Plaintiffs and their treating physicians. This Court afforded the Defendants the discovery they requested in its Order of June 11, 2007 (Doc. 225).

Accordingly, the MDL Plaintiffs would recommend to this Court the following framework for the implementation of an ADR procedure in the most cost, time and resource efficient manner. Further, this proposal is consistent with the previously stated position by Defendants that they needed the discovery this Court ordered as a prerequisite to mediation.

1

To date Defendants have refused to engage in any ADR procedure without first obtaining case specific discovery. In briefing and in open court, Defendants have indicated that if the Court allowed case specific discovery, ADR would be appropriate. Inasmuch as this case specific discovery will be upon both sides very soon, Plaintiffs respectfully submit that procedures for an ADR system should be put in place now. Given the magnitude of this litigation, Plaintiffs also request that a Special Master for Settlement be appointed. Judge Jack Weinstein appointed same in the Zyprexa litigation, MDL 1596, and it proved extremely beneficial to the parties, counsel and the Court. Plaintiffs propose Kenneth Feinberg, Esq. for appointment as Special Master for Settlement.

**1.     APPOINTMENT OF KENNETH FEINBERG, ESQ. AS SPECIAL MASTER FOR SETTLEMENT.**

The Manual for Complex Ligation (Fourth) (2007) §§ 10.14 and 11.52 provides for the appointment of Special Masters in handling complex matters such as settlements. Special Masters have proven to be extremely helpful in numerous litigations but none more relevant than the Zyprexa litigation. There, Special Master Kenneth Feinberg was instrumental in not only administering a large and complex settlement plan agreed to by the parties, but indeed was instrumental in forging that agreement, preserving it through the difficult passage from "hand shake" to paper and crafting the details of everything from the criteria utilized to the timing of events.

The undersigned was personally present at the meetings when Special Master Feinberg helped counsel to cooperate and navigate matters of great complexity and with even greater ramifications. The Zyprexa resolution involved not merely the management of the Plaintiffs and the Defendants, but the management of literally dozens of competing interests and opinions on the

Plaintiffs' side and not a small number on the Defendants'. Mr. Feinberg's ability to foster agreement through both diplomacy and large doses of reality was born from decades of experience in such a role. By reason of his extensive experience with Zyprexa over the last two years, Mr. Feinberg has gained crucial knowledge regarding the science, damages and unique difficulties involved with resolving atypical anti-psychotic cases. That experience, and the experience of his staff, can not be anything but a tremendous benefit to both sides if and when negotiations begin on these cases (and Defendants motion for case specific discovery suggests that they will).

Mr. Feinberg's Curriculum Vitae is attached hereto as Exhibit "1." He graduated from the University of Massachusetts (1967) (Cum Laude) and New York University School of Law (1970) (Cum Laude), where he was the Articles Editor of the Law Review. Thereafter, he was Law Clerk to Chief Judge Stanley H. Fuld, New York State Court of Appeals (1970-1972) and from 1972 to 1975 he was an Assistant United States Attorney, Southern District of New York. For thirteen years Mr. Feinberg represented major corporations as a partner at the firm of Kaye, Scholer, Fierman, Hayes & Handler (1980-1993), which is the firm that represents the Defendants in the thousands of Seroquel state court cases throughout the country (approximately 1,300 in N.J., 700 in N.Y., 700 in Del., several in Missouri).

Mr. Feinberg has assisted the parties and courts through a myriad of litigations as a Special Settlement Master, including <u>In re: DES Cases</u>, <u>In Re: Joint Eastern and Southern District Asbestos Litigation</u>, <u>In re: Asbestos Personal Injury Litigation</u>, <u>In re: Eagle-Picher Industries Inc.</u>, <u>In re: Agent Orange</u> and <u>In re: Andrew Herman et al. v. Westinghouse</u>, which are just a few examples of his expertise and experience as Special Settlement Master. The Weitz & Luxenberg firm has worked with/against him on many occasions. While in many instances, such as the litigation related to the

drug Rezulin, Mr. Feinberg worked directly as a negotiator for the defendant pharmaceutical company, his ability to rise above the fray and lend good sense to difficult situations has earned him a reputation for being trustworthy not only by pharmaceutical and other corporations that engage him but Plaintiffs counsel also.

Exemplifying a national reputation for excellence in managing large scale problems with an eye toward individual justice was Mr. Feinberg's appointment on November 26, 2001, by the Attorney General of the United States, as the Special Master of the federal September 11th Victim Compensation Fund program. In the most unusual grant of power and authority to a single individual in the history of the United States, Mr. Feinberg was given complete, full and final authority with respect to how, when, to whom and under what criteria the 9/11 compensation would be made, including any and all "appeals" of the decisions by the claims examiners that were made. In what must be the most difficult and extensive pro bono work every conducted,

Mr. Feinberg was broadly applauded for the efficient, intelligent and compassionate manner with which he accomplished the stated goals of the 9/11 fund. The undersigned, as well as Michael Pederson of Weitz & Luxenberg, had the pleasure of dealing with Mr. Feinberg, when our firm volunteered its time to represent individuals, pro bono, who were trying to wade their way through the claims process. Though we were in essence adversarial to the decisions made in that we were working to overturn decisions that had been made, we found Mr. Feinberg to be at once fully familiar with the details of the situations and fully engaged in reaching a fair, logical and reasonable, versus pedantic, resolution.

Before the Summer of 2007 is over, this MDL will have dozens of cases that will be, according to the Defendants, potentially ripe for ADR. Time moves quickly, and a few months in

a litigation such as this passes at light speed. Consequently, we respectfully submit that Mr. Feinberg, as Special Master, could both implement whatever procedures this Court deems appropriate and suggest the implementation of additional procedures as situations call for them.

The Special Master can also undertake an assessment of both sides positions in the litigation and begin, independently, to explore and discuss what is indeed the best way to resolve Plaintiffs' claims. While the defendants have said again and again that Zyprexa was a "different company, different situation and different drug," and therefore the experience there is not apropos here, rhetoric alone can not undo the similarities. Seroquel may indeed not be susceptible to a Zyprexa resolution, and there may indeed be years of litigation ahead for all concerned. But, the possibility that both sides might come to terms with a resolution that neither side thinks acceptable at this point calls out for the appointment of a Special Master of Mr. Feinberg's ability and experience.

Accordingly, it is without hesitation but with full confidence that we recommend Mr. Kenneth Feinberg, Esq. to this Court as a Special Master for Settlement.

2.     **PLAINTIFFS' ALTERNATIVE DISPUTE RESOLUTION PROPOSAL**

Plaintiffs believe that an ADR procedure can provide a fair and efficient mechanism for resolution of certain claims. Therefore, Plaintiffs propose the following: In view of the large number of depositions that will be scheduled and taken in this Court and the history of settlement in nearly all of the approximately 10,000 similar claims involving the atypical anti-psychotic drug Zyprexa, which is the same class of drug as Seroquel, in MDL 1596, a mechanism for ADR may ultimately facilitate the settlement of claims in this MDL. The Defendants have represented that once they take the discovery set forth in the Court's Order of June 11, 2007 (Doc. 225), they will be prepared to

resolve some number of cases. Therefore, to provide a mechanism and framework for ADR should the parties choose to discuss settlement of any or all of claims pending in this MDL, the following is proposed:

a. Kenneth Feinberg, Esq. shall be appointed Special Master for Settlement and he will conduct the initial mediations. Should the Special Master require additional assistance to conduct mediations, then he may recommend to the Court that the Court appoint additional mediators. Additionally, Mr. Feinberg will continue to provide assistance to the Court as to alternatives for the resolution of this litigation and the implementation of a settlement program.

b. Within 10 days of the completion of the depositions of Plaintiff's prescribing and/or treating physician, the Defendants shall advise the Plaintiffs of whether the case is one that the Defendants are willing to mediate in an effort resolve the matter by settlement.

c. The Plaintiffs will agree to mediate any case or cases that the Defendants select.

d. To the extent possible, the parties should attempt to mediate at least 5 cases in one 8 hour session with the mediator. The mediation should therefore be scheduled so that at least 5 cases will be discussed. Nothing herein shall be construed to preclude the discussion of a larger group of cases (e.g. by state of residence or category of injury).

e. Each mediator shall be compensated at the hourly rate of \_\_\_\_\_ and the mediator

        shall be compensated for the entire 8 hour session as well as reasonable preparation time.

    f.    The parties shall share the cost of the mediator equally but either side may apply to the Special Master for Settlement, Kenneth Feinberg for a different division of costs of the mediation upon a showing that the Defendant or the Plaintiff, as the case may be, did not make good faith efforts to mediate the matter(s).

    g.    Nothing herein shall be construed to prevent either side from moving this Court for a modification or withdrawal of this Order, upon a showing that the cost of the mediation process exceeds the benefits generally being achieved, or that one side is not proceeding in good faith or if the process is not achieving sufficient success.

    h.    The meditations shall take place in Orlando at a location to which the mediator and the parties have agreed or if before Special Master Kenneth Feinberg in New York. Attendance by at least one attorney for each side is required with full authority to settle the case on behalf of their client, but the Plaintiffs and a representative of the Defendants may appear by telephone.

**3.    ATTEMPT TO RESOLVE**

Pursuant to M.D.L.R. 3.01(g), on Thursday June 14th the undersigned advised defense counsel of our proposal to appoint Mr. Feinberg as Special Settlement Master and that we desired to establish ADR procedures. On June 21st the parties had further discussions and could not come to an agreement on Plaintiffs' proposal and thus we are filing the instant motion.

WHEREFORE, the court is respectfully requested to enter an Order as set forth above.

RESPECTFULLY SUBMITTED this 21th day of June, 2007.

    **/s/ Paul J. Pennock**
**Paul J. Pennock**
**Plaintiffs' Co-Lead Counsel**
**WEITZ & LUXENBERG, P.C.**
**120 Wall St.**
**New York, NY   10005**
**Telephone:   212 558 5504**
**Facsimile:    212 363 2721**
**E-mail:   ppennock@weitzlux.com**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21th day of June, 2007, I electronically filed the foregoing:

**MDL PLAINTIFFS' COMBINED MOTION AND MEMORANDUM FOR APPOINTMENT OF KENNETH FEINBERG, ESQ. AS SPECIAL MASTER FOR SETTLEMENT AND FOR THE ESTABLISHMENT OF AN ALTERNATIVE DISPUTE RESOLUTION (ADR) PROCEDURE**

with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the counsel listed on the attached Service List. I further certify that I mailed or e-mailed the foregoing document and the Notice of Electronic Filing by First-Class mail delivery to the non-CM/ECF Participants listed on the attached Service List.

 /s/ Michael E. Pederson
**Michael E. Pederson**
**Plaintiffs' Counsel**
**WEITZ & LUXENBERG, P.C.**
**120 Wall St.**
**New York, NY   10005**
**Telephone:   212 558 5504**
**Facsimile:    212 363 2721**
**E-mail:         MPederson@weitzlux.com**

## SERVICE LIST
(As of May 15, 2007)

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Benjamin A. Krass, Esq.<br>Law Offices of Matthew F.Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |

**SERVICE LIST**
(As of May 15, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX  77060<br>Telephone:  (281) 272-0797     .<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br>E. Ashley Cranford<br>Whatley Drake & Kallas, LLC<br>2001 Park Place North, Suite 1000<br>Birmingham, AL  35203<br>Telephone:  (205) 328-9576<br>THARVEY@whatleydrake.com<br>ecf@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street<br>36th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone:  (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone:  (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |

**SERVICE LIST**
(As of May 15, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL  32503<br>Telephone:  (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone:  (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>(current address unknown)<br>*Pro Se* |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone:  (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* |

## SERVICE LIST
(As of May 15, 2007)

## In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Thomas Campion, Esq.<br>Steven M. Selna<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>tcampion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br><br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>Post Office Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** | Joseph C. Langston, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>***Attorney for Defendant AstraZenca, PLC*** | Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** |

**SERVICE LIST**
(As of May 15, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants, Astrazeneca Pharmaceuticals, LP and Astrazeneca LP*** | Aaron K. Dickey, Esq.<br>K. Lindsay Rakers, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| David P. Matthews, Esq.<br>Lizy Santiago<br>Matthews & Associates<br>2905 Sackett<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Howard Nations<br>Lori A. Siler<br>4515 Yoakum Boulevard<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com |

**SERVICE LIST**
(As of May 15, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058 | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |
| Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, Texas 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com | Lizy Santiago, Esq.<br>Abraham, Watkins, Nichols,<br>Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>(713) 222-7211<br>lsantiago@abrahamwatkins.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |

# SERVICE LIST
(As of May 15, 2007)

## In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net | Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com |
| James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com | Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

**SERVICE LIST**
(As of May 15, 2007)

**In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769 - Orl - 22DAB**