# Exhibit "1"

UNTITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
FLORIDA, ORLANDO DIVISION
In Re:   SEROQUEL PRODUCTS LIABILITY
LITIGATION, MDL 1769

DEFENDANT INITIAL CASE PROFILE FORM

For each case selected for case specific discovery pursuant to the Order, per. Hon. Anne Conway, entered June 11, 2007 ("Case Specific Discovery Order"), Defendant must complete this Initial Case Profile Form. This Initial Case Profile Form must be completed and served on all counsel in the action identified in Section I below. This Initial Case Profile Form must be served for defendants' selections pursuant to the Case Specific Discovery Order on the same date that those selections are made and with respect to the Court's selections and the Plaintiffs' selections within five (5) days of said selections.

You should attach additional sheets of paper if that is necessary to completely answer the following questions.

I.   **CASE INFORMATION**

This defendant fact sheet pertains to the following case:

Case caption: _____

Docket No.: _____

Name and Address of all person(s) who provided information responsive to the questions posed in this fact sheet:

A:   _____
     (Name)

     _____
     (Address)

     _____

II.   **CONTACTS WITH HEALTH CARE PROVIDERS**

For each physician selected to be deposed pursuant to the court's Case Specific Discovery Order ("Physician Witness"), please state and, where requested, provide the following:

1

A.   Dear Doctor or Dear Healthcare Provider Letters

   1.   For each "Dear Doctor" or "Dear Healthcare Provider" letter that you contend was *actually sent* to plaintiff's Physician Witness please: a.) identify the letter sent; b.) state the date that each letter was actually sent to a Physician Witness; c.) state the person to whom each letter was actually sent; d.) state the address where it was sent; e.) identify the database or documents that demonstrate these facts; and f.) identify the persons who provided information responsive to this request.

   NOTE: Please attach hereto a copy of each letter allegedly sent to Physician Witness.

   2.   In addition, please identify any letters that were sent in response to a Physician Witness's request for information regarding Seroquel ("Professional Information Request" or "PIR"). Also identify: (a) the date that each letter was sent to the Physician Witness; and (b) the address where each letter was sent.

B.   Other Contacts

   1.   For each Physician Witness please identify all contacts between your sales representatives and that Physician Witness and produce the following information:

| Physician Witness | Identity and last known address and telephone number of representative | The current relationship, if any, between you and the sales representative | Date(s) of Contact |
|---|---|---|---|
|  |  |  |  |

   2.   For each Physician Witness, please state whether you or your representatives ever provided him or her (or anyone in their practice) Seroquel samples. If the answer is "yes" please state:

   A)   The number or sample packets provided and the dosages provided;

   B)   The dates that they were shipped and/or provided;

   C)   The lot numbers for the samples provided on each date identified;

2

      D)    The identity of the person or persons who provided the samples.

C. <u>Consulting with Physician Witness</u>

1. If you have ever retained, engaged or utilized any of the Physician Witnesses as a "thought leader," a speaker, clinical investigator, a consultant in any other capacity, or provided honoraria, grants, payments, gifts, trips or compensation of any kind to any Physician Witness please state:

    A)    The dates they were affiliated with you;

    B)    The amount of money you paid for compensation, expenses, honoraria, grants, gifts, trips and fees, per calendar year;

    C)    Please produce all agreements, written communications and contracts with respect to such retention, engagement or utilization.

2. For each Physician Witness, please state whether they were ever invited to attend and/or did in fact attend any of your sponsored conferences, programs or events. This includes events which were supported in whole or in part, by "unrestricted educational grants" or similar means. If your answer is "yes," please state:

    A)    The title, location and date of the conference/program/event attended:
              _____

    B)    The topic of the conference/program/event:
              _____

    C)    Please provide all written material for the conference/program/event:
              _____

3

3. Has any Physician Witness ever contacted you to request information concerning Seroquel, its indications, effects and/or risks?

_____  _____
Yes                     No

If your answer is "yes," please identify and attach any document which refers to your communication with the Physician Witness.

D. Identify

1. Please identify the person or persons who provided information responsive to Section II or any of its subparts, giving their name, address, telephone number indicating whether said person is currently an employee of yours and the dates of employment.

III. PHYSICIAN WITNESS PRESCRIBING HABITS

For each Physician Witness, please state and produce the following:

1. Any database, document or information which purports or has ever purported to track any of Physician Witness's prescribing practices, including, but not limited to, the number of prescriptions, the number of refills and the time frame when these products were prescribed or (re)filled?

IV. PLAINTIFF'S MEDICAL CONDITION

1. Have you been contacted by Plaintiff, any of his/her physicians, or anyone on behalf of plaintiff concerning plaintiff?

_____  _____
Yes                     No

If your answer is "yes," please state: a.) the name of the person(s) who contacted you; b.) state the person(s) who were contacted including their name, address and telephone number and; c.) produce or identify any and all documents which reflect any communication between any person and you concerning plaintiff.

4

2. Please produce a copy of any MedWatch form which refers or relates to plaintiff, including back-up documentation concerning plaintiff and any evaluation you did concerning the plaintiff.

3. Please identify the person or persons who provided information responsive to Section IV or any of its subparts.

V. **ADVERTISING**

1. Did you advertise Seroquel in the Media Market that Plaintiff and the Physician Witnesses lived at the time that he/she was prescribed and used Seroquel.

    _____ Yes    _____ No

2. If your answer to the preceding question is "yes," please identify the media outlet and the dates that the advertisements ran.

| Identity of the Advertisement and intended media marketplace | Nature of media (Print or Television) | Identity of the media outlet | Dates that advertisements ran |
|---|---|---|---|
|  |  |  |  |

Please provide true and accurate copies of any advertisement identified above.

3. Did you advertise Seroquel in the Media Market where plaintiff's prescribing healthcare providers' office was located prior to and during the time that Plaintiff was prescribed or used Seroquel?

    _____ Yes    _____ No

4. If your answer to the preceding question is "yes," please identify the identity of the media outlet and the dates that the advertisement ran.

| Identity of the Advertisement and intended media marketplace | Nature of media (Print or Television) | Identity of the media outlet | Dates that advertisements ran |
|---|---|---|---|
|  |  |  |  |

5

VI. **OTHER DOCUMENTS**

Please produce a copy of all the following documents and things:

1. The sales representative call notes, weekly notes, or any similar record of the sales representatives visits with the Physician Witnesses, or his/her office.

2. Training materials for the sales representatives who detailed the Physician Witnesses.

3. Those portions of the personnel file, custodial file or other records for the sales representatives who detailed any Physician Witness at any time with respect to Seroquel that set forth or reflect: the sale's representative's performance, meeting of sales quotas or other goals such as "percentage to plan", "goal attainment reports", bonuses, rewards, awards or other compensation for sales work, year end performance report, sales representative annual business plan, ranking of the sales representative in the district, region and country, reprimands, criticisms, critiques and/or commendations regarding sales practices or sales goals, and violations of FDA regulations, company guidelines, policy or hand-book violations.

4. Any document which relates to or refers to plaintiff.

5. Any document sent to or received from any Physician Witness.

6. Any document reflecting any actual communication between you and any Physician Witness concerning the risks and/or benefits associated with Seroquel.

7. Any document which purports to describe the prescribing practices of any Physician Witness.

## CERTIFICATION

I hereby certify that the foregoing responses provided in this Defendant Initial Case Profile Form are true and correct to the best of my knowledge and recollection and that I have supplied all requested documents. I am aware that if any of the foregoing is willfully false, I maybe subject to punishment.

_____   _____   _____
Signature                                              Print Name

6