# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

**Case No. 6:06-md-1769-Orl-22DAB**

_____/

## ORDER

As discussed at the June 13, 2007 Status Conference, logistical difficulties have arisen with respect to filing, responding to and disposition of large numbers of contemporaneously filed motions raising identical or similar issues directed to individual cases. To facilitate the handling of such matters, it is **ORDERED** that the parties are authorized and directed to file in this Master case (6:06-md-1769-Orl-22DAB) any dispositive motion which contemporaneously raises the identical or substantially similar issue with respect to more than four cases. The motion shall identify in some convenient form (*e.g.,* table or spread sheet) the cases to which it applies, annotated to reflect any information pertinent to particular cases. Any responses to such motions shall likewise be filed in a consolidated format in the Master case.

The parties should seek guidance and direction from the Court as to any other filing issues that arise so as to minimize the burden associated with keeping a proper record of this litigation.

**DONE** and **ORDERED** in Orlando, Florida on June 22, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record