**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability Litigation

**MDL DOCKET NO. 1769**

This Document Relates to ALL CASES

**[PROPOSED] CASE MANAGEMENT ORDER NO. 4**

    In accord with the Court's Order of June 11, 2007, this Order sets forth the case-specific discovery schedule and protocols for cases in this MDL. This Order supersedes all prior Orders to the extent it is inconsistent with any such Orders.

**I.   CASE SELECTION**

    A.    On July 11, 2007, when Defendants file their objections to the cases Plaintiffs designated as having both substantially complete Plaintiff Fact Sheets ("PFS") and medical records authorizations, Defendants shall also identify, in a separate list (the "Eligible Plaintiffs List"), the cases to which they do not object and identify the date by which Defendants had received both a PFS and medical records authorizations in each case ("PFS Service Date").

    B.    Cases shall be selected for deposition from the Eligible Plaintiffs List pursuant to the following procedure: For the remainder of 2007, Plaintiffs, Defendants, and the Court shall choose cases with a PFS Service Date on or before March 31, 2007. Cases with a PFS Service Date after March 31, 2007 will become deposition-eligible on January 1, 2008.

**II.   PROTOCOLS FOR PLAINTIFF AND PLAINTIFF'S LEGAL REPRESENTATIVE DEPOSITIONS**

    A.    **Deadlines.** Plaintiff depositions in cases selected from the Eligible Plaintiffs List on August 1, 2007, shall begin on September 4, 2007, and shall conclude by September 28, 2007. Plaintiff depositions in cases selected on September 1, 2007, shall begin on October 1, 2007, and shall conclude by October 31, 2007. The selection of cases and the completion of plaintiff depositions shall

    continue in this manner with selection of cases occurring on the first weekday date of every month and the depositions of plaintiffs in those cases starting and concluding in the succeeding month.

  B. **Scheduling of Depositions.** At the time Plaintiffs make their monthly selection of ten (10) cases from the Eligible Plaintiffs List, they shall provide Defendants with dates, times, and locations for the depositions of the plaintiffs in those cases. Within two (2) weeks after Defendants and the Court notify Plaintiffs of their monthly selections of ten (10) cases each, Plaintiffs shall provide Defendants with dates, times, and locations for the depositions of the plaintiffs in those cases.

  C. **Length of Depositions.** Defendants shall be entitled to depose each plaintiff for up to seven (7) hours of actual deposition time, absent agreement or further order of this Court upon a showing of good cause.

  D. **Location of Depositions.** Plaintiffs shall determine the location for each plaintiff deposition. Plaintiffs shall be responsible for arranging rooms for each plaintiff deposition, including one attorney conference room per side for use during the depositions.

  E. **Failure to Appear.** Except for good cause shown, if a Plaintiff fails to appear for his/her scheduled deposition, such Plaintiff's claims will be dismissed with prejudice.

  F. **Notice.** If a Plaintiff or his/her counsel does not intend to appear for a deposition, Plaintiff's counsel must provide written notice to Defendants' Liaison Counsel at least 48 hours before the deposition is scheduled to commence. Plaintiff must also provide an alternative date for the deposition within the same month as originally scheduled. If Plaintiff fails to provide an alternative date, Plaintiff's claims will be dismissed with prejudice. Absent a showing of good cause, if a non-appearing plaintiff fails to provide written notice as provided in this paragraph, plaintiff's counsel will be liable for the fees of the court reporter and any reasonable travel expenses incurred by defense counsel.

  G. **Plaintiff's Legal Representatives.** The provisions in this Order pertaining to Plaintiff depositions also apply to the depositions of Plaintiff's legal representative, if one has been designated.

### III. PROTOCOLS FOR PHYSICIAN DEPOSITIONS

  A. **Deadlines.** Physician depositions shall be scheduled as expeditiously as possible following completion of the Plaintiff deposition. The parties shall

       use best efforts to complete physician depositions within the same calendar month as the deposition of the Plaintiff and to schedule the treating physician and prescribing physician depositions in the same case on consecutive days. The physician depositions must be completed no later than sixty (60) days from the date of Plaintiff's deposition, absent agreement or further order of this Court upon a showing of good cause.

    B.    **Length of Depositions.**  Defendants shall be entitled to depose each physician for up to seven (7) hours of actual deposition time, absent agreement or further order of this Court upon a showing of good cause. Defendants shall be allowed to question the physician first, prior to any questioning by Plaintiffs.

    C.    **Weekend Depositions.**  The parties shall not schedule physician depositions on a Saturday or Sunday, unless a weekend day is the only day within the deadline period that a physician is available for deposition.

## IV.   VOLUNTARY DISMISSALS

Any Plaintiff who seeks to dismiss his/her case voluntarily, once it has been selected from the Eligible Plaintiffs List, must dismiss such claims with prejudice.

DONE and ORDERED in Orlando, Florida on _____, 2007.

                                                                            ANNE C. CONWAY
                                                                            UNITED STATES DISTRICT JUDGE