UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL Docket No. 1769

This document relates to:

ALL CASES IN EXHIBIT 1

## ASTRAZENECA DEFENDANTS' MOTION REQUESTING DISMISSALS WITHOUT PREJUDICE FOR FAILURE TO SERVE PLAINTIFF FACT SHEETS

Certain Plaintiffs have failed to serve their Plaintiff Fact Sheet. Accordingly, the AstraZeneca Defendants (AstraZeneca) move to dismiss the claims of those Plaintiffs. Under Case Management Order (CMO) No. 2, Plaintiffs are obligated to provide completed Plaintiff Fact Sheets within certain deadlines (Docket No. 129 at ¶ I(A)-(B)). Fourteen (14) Plaintiffs in the attached list (Exhibit 1),[1] represented by the law firms of Hefner & Associates and Matthews & Associates, have failed to designate when their Plaintiff Fact Sheets would be due and failed to serve any Plaintiff Fact Sheet. Despite a letter requesting that Plaintiffs' counsel file a designation as required by CMO No. 2, a Notice of Overdue Discovery to Plaintiffs' counsel asking for their Plaintiff Fact Sheets, and an additional 20 day cure period, these fourteen Plaintiffs have still failed to serve any Plaintiff Fact Sheets whatsoever. Their claims should

---

[1] Pursuant to the Court's June 22, 2007 Order, this Motion is filed in the Master MDL case because it relates to the identical issue in more than four cases. This Motion applies to the cases in Exhibit 1.

therefore be dismissed without prejudice in accordance with Case Management Order No. 2. In support of this Motion, AstraZeneca states as follows:

1. For cases filed prior to January 31, 2007, Paragraph I(A) of CMO No. 2 provides that Plaintiffs' counsel must designate when a completed Plaintiff's Fact Sheet will be served for each Plaintiff (Docket No. 129).

2. For non-Bailey Plaintiffs, like the ones subject to this Motion, their Plaintiff Fact Sheets must be served on either February 28, 2007, March 31, 2007, or April 30, 2007. *Id.* If Plaintiffs do not serve a completed Plaintiff Fact Sheet within 10 days of the due date, AstraZeneca should send a Notice of Overdue Discovery. *Id.* ¶ I(C).

3. If a completed PFS is not served within 20 days of the Notice, AstraZeneca may submit to the Court an Order dismissing the Complaint without prejudice. *Id.* at ¶ I(D). Plaintiffs then have 10 business days from the submission of the dismissal order to file a notice certifying that they served AstraZeneca with a completed PFS and provide documentation of receipt, or the case will be dismissed without prejudice. *Id.*

4. The above-captioned cases were transferred to the Multidistrict Litigation in this Court pursuant to Conditional Transfer Order No. 1, which was docketed on August 1, 2006. *See* Conditional Transfer Order No. 1 (Exhibit 2).[2]

5. Plaintiffs' counsel did not file a designation on or before February 16, 2006 as required by CMO No. 2.

---

[2] At the time of the transfer, the cases were originally filed as one action and received the case number :06-cv-01140-ACC-DAB. All of the Plaintiffs' cases except that of Ruth Randol were later severed to case numbers that are reflected in Exhibit 1. Plaintiff Ruth Randol's case was not severed and AstraZeneca respectfully requests that the Court do so before dismissing the case pursuant to this Motion.

6. On March 30, 2007, counsel for AstraZeneca sent a letter to Plaintiffs' counsel requesting that counsel file a designation (Exhibit 3). To date, Plaintiffs' counsel has not responded to that letter or served a designation stating when the Plaintiff Fact Sheets would be due.

7. On June 4, 2007, AstraZeneca's counsel sent a Notice of Overdue Discovery to Plaintiffs' counsel, stating that the unserved Plaintiff Fact Sheets in the fourteen cases were overdue and must be served within 20 days in accordance with CMO No. 2 (Exhibit 4).

8. Plaintiffs' counsel's 20 day cure period under CMO No. 2 to serve completed Plaintiff Fact Sheets expired on June 24, 2007. To date, Plaintiffs' counsel has still not served the Plaintiff Fact Sheets in these fourteen cases – which should have been served on February, 28, 2007, March 31, 2007, or April 30, 2007.

9. Accordingly, AstraZeneca hereby moves the Court to Order the cases to be dismissed without prejudice if Plaintiffs do not serve AstraZeneca with completed Plaintiff Fact Sheets and file proof of receipt within 10 business days from the date of this Motion.

10. If Plaintiffs do not serve completed Plaintiff Fact Sheets by July 10, 2007, the Court should dismiss those cases without prejudice in accordance with CMO No. 2. Indeed, dismissal of cases where no Plaintiff Fact Sheet is provided has been held to be an appropriate sanction in multi-district product liability litigation. *See, e.g., In re PPA Products Liability Litigation*, 460 F.3d 1217, 1234 (9th Cir. 2006) (affirming district court's dismissal as appropriate sanction for failure to provide Plaintiff Fact Sheets).

11. A form Order containing the cases ripe for dismissal is provided in accordance with CMO No. 2, paragraph I(D) (Exhibit 5).

WHEREFORE, in accordance with the terms of CMO No. 2, AstraZeneca respectfully requests that the Court dismiss the fourteen cases listed in Exhibit 1 where no Plaintiff Fact Sheet has been served and there is no proof of service filed with the court within 10 business days from the date of this Motion.

Dated:  June 25, 2007

/s/ *A. Elizabeth Balakhani*
Fred T. Magaziner
A. Elizabeth Balakhani
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

Attorneys for Defendants
AstraZeneca Pharmaceuticals LP
and AstraZeneca LP

4

## CERTIFICATE OF SERVICE

I hereby certify that, on the 25th of June, 2007, I caused a true and correct copy of the foregoing AstraZeneca Defendants' Motion Requesting Dismissals Without Prejudice For Failure To Serve Plaintiff Fact Sheets to be served electronically through ECF upon the following:

>David P. Matthews, Esquire
>Lizy Santiago, Esquire
>Matthews & Associates
>2905 Sackett Street
>Houston, TX 77098
>
>Jona R. Hefner, Esquire
>Hefner & Associates
>3441 W. Memorial Road, Suite 4
>Oklahoma City, OK 73134-7000
>
>Larry Roth, Esquire
>Law Offices of Larry M. Roth, P.A.
>Post Office Box 547637
>Orlando, FL 32854-7637

*/s/ A. Elizabeth Balakhani*