# EXHIBIT 1

# OVERDUE PLAINTIFF FACT SHEETS

## HEFNER & ASSOCIATES
## MATTHEWS & ASSOCIATES

|     | PLAINTIFF NAME    | CASE NUMBER    | DATE TRANSFERRED |
| --- | ----------------- | -------------- | ---------------- |
| 1.  | Janeen Bradke     | 6:2007cv10060  | 8/11/06          |
| 2.  | Jack Green        | 6:2007cv10067  | 8/11/06          |
| 3.  | Judith Harris     | 6:2007cv10069  | 8/11/06          |
| 4.  | Karen McGill      | 6:2007cv10076  | 8/11/06          |
| 5.  | Marilyn Merriel   | 6:2007cv10077  | 8/11/06          |
| 6.  | Tim Pelley        | 6:2007cv10078  | 8/11/06          |
| 7.  | Nina Plunk        | 6:2007cv10079  | 8/11/06          |
| 8.  | Ruth Randol[1]    | 6:2006cv01140  | 8/11/06          |
| 9.  | Barbara Smith     | 6:2007cv10083  | 8/11/06          |
| 10. | Margaret Smith    | 6:2007cv10085  | 8/11/06          |
| 11. | Darren Teeter     | 6:2007cv10086  | 8/11/06          |
| 12. | Paula Warford     | 6:2007cv10089  | 8/11/06          |
| 13. | Brenda Washington | 6:2007cv10090  | 8/11/06          |
| 14. | Leigh West        | 6:2007cv10092  | 8/11/06          |

---

[1] Although Ruth Randol appears in the Complaint caption in Adamson, et al. v. AstraZeneca Pharmaceuticals, et al., Case No. 6:06-cv-01140-ACC-DAB (Docket No. 2), she is not indicated in the docket report for that case and a search of PACER does not reveal her as a Plaintiff in any action. AstraZeneca believes that the Court inadvertently failed to sever this case.