# EXHIBIT 2

A CERTIFIED TRUE COPY

JUL 28 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 12 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1769

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On July 6, 2006, the Panel transferred 92 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2006). With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

FILED
2006 AUG -1 AM 11: 47
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO FLORIDA

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 28 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 7 06-588 | Gloria Grayson v. AstraZeneca Pharmaceuticals, LP |
| **ILLINOIS SOUTHERN** | |
| ~~ILS 3 06-131~~ | ~~Malinda Wright v. AstraZeneca Pharmaceuticals, LP~~ Vacated 7/20/06 |
| ILS 3 06-196 | Robert Schuenemeyer v. AstraZeneca Pharmaceuticals, LP |
| **MISSOURI EASTERN** | |
| MOE 4 06-180 | Betty Campbell, et al. v. AstraZeneca Pharmaceuticals, LP |
| MOE 4 06-403 | Angela Stewart v. AstraZeneca Pharmaceuticals, LP |
| **MISSOURI WESTERN** | |
| MOW 4 05-1079 | Lynn Mosley-Love v. AstraZeneca Pharmaceuticals, LP, et al. |
| **OKLAHOMA EASTERN** | |
| OKE 6 06-57 | Christopher Adamson, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| **TEXAS EASTERN** | |
| TXE 5 06-16 | Gary R. Conner, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXE 5 06-19 | James Abbott, et al. v. AstraZeneca Pharmaceuticals, LP |
| TXE 5 06-44 | Karyn Kaucnik, et al. v. AstraZeneca Pharmaceuticals, LP |
| TXE 5 06-107 | Angela Gilmore, et al. v. AstraZeneca Pharmaceuticals, LP |
| ~~TXE 6 06-111~~ | ~~Lila Jackson, etc. v. AstraZeneca Pharmaceuticals, LP, et al.~~ Opposed 7/27/06 |
| **TEXAS SOUTHERN** | |
| TXS 4 06-1013 | Victoriano Flores, et al. v. AstraZeneca Pharmaceuticals, LP |
| TXS 4 06-1126 | Alvin Jones, et al. v. AstraZeneca Pharmaceuticals, LP |
| **WISCONSIN EASTERN** | |
| WIE 2 06-257 | Ula Edwards v. AstraZeneca Pharmaceuticals, LP |
| WIE 2 06-258 | Rochelle Jones v. AstraZeneca Pharmaceuticals, LP |
| WIE 2 06-260 | Debra Billing v. AstraZeneca Pharmaceuticals, LP |