# EXHIBIT 4



Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

**BRENNAN J. TORREGROSSA**

brennan.torregrossa@dechert.com
+1 215 994 2358 Direct
+1 215 655 2358 Fax

June 4, 2007

**VIA FACSIMILE & FIRST-CLASS MAIL**

Jona R. Hefner, Esquire
Hefner & Associates
3441 W. Memorial Road, Suite 4
Oklahoma City, OK 73134-7000

David P. Matthews, Esquire
Lizy Santiago, Esquire
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

Re: In re: Seroquel Products Liability Litigation (MDL Docket No. 1769) –
Notice of Overdue Discovery

Dear Counsel:

I am writing to inform you that our records indicate that the Plaintiff Fact Sheets are overdue in the 18 cases listed in the attached chart. In accordance with the terms of Case Management Order (CMO) No. 2, paragraph I(A), your firm was to designate the month in which each Plaintiff's Fact Sheet would be served. To date, we have not received any designations.

Under CMO No. 2, your clients' Plaintiff Fact Sheets for cases filed before January 31, 2007 were to be served on or by February 28, 2007, March 31, 2007, or April 30, 2007. We have not received any Plaintiff Fact Sheets in these 18 cases which were filed in the MDL before January 31, 2007. Therefore, in accordance with CMO No. 2, the Plaintiff Fact Sheets for the cases listed in the attached chart are overdue.

If responses are still due in those cases, please provide the requisite information within twenty (20) days to Marjorie Shiekman, Esquire, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104, or fax to (215) 655-2019. Alternatively, Plaintiff Fact Sheets can be electronically mailed to seroquelpfs@dechert.com. If completed Plaintiff Fact Sheets are not served within that time period, AstraZeneca will move for dismissal pursuant to Case



Jona R. Hefner
June 4, 2007
Page 2

Management Order No. 2, and the case may be dismissed by the Court. If you have already submitted a response in any of these cases, please let me know.

If you have any questions, please contact me. Thank you for your cooperation in this matter.

Sincerely,

Brennan J. Torregrossa

BJT:mso

Enclosure

## OVERDUE PLAINTIFF FACT SHEETS

## HEFNER & ASSOCIATES
## MATTHEWS & ASSOCIATES

|     | PLAINTIFF NAME | CASE NUMBER | DATE TRANSFERRED |
|-----|----------------|-------------|------------------|
| 1.  | Janeen Bradke | 6:2007cv10060 | 8/11/06 |
| 2.  | Sharyl East | 6:2007cv10065 | 8/11/06 |
| 3.  | Jack Green | 6:2007cv10067 | 8/11/06 |
| 4.  | Judith Harris | 6:2007cv10069 | 8/11/06 |
| 5.  | Caroly Higgs | 6:2007cv10070 | 8/11/06 |
| 6.  | Karen McGill | 6:2007cv10076 | 8/11/06 |
| 7.  | Marilyn Merriel | 6:2007cv10077 | 8/11/06 |
| 8.  | Tim Pelley | 6:2007cv10078 | 8/11/06 |
| 9.  | Nina Plunk | 6:2007cv10079 | 8/11/06 |
| 10. | Ruth Randol[1] | 6:2006cv01140 | 8/11/06 |
| 11. | Crystal Slay | 6:2007cv10082 | 8/11/06 |
| 12. | Barbara Smith | 6:2007cv10083 | 8/11/06 |
| 13. | Margaret Smith | 6:2007cv10085 | 8/11/06 |
| 14. | Darren Teeter | 6:2007cv10086 | 8/11/06 |
| 15. | Paula Warford | 6:2007cv10089 | 8/11/06 |

---

[1] Although Ruth Randol appears in the Complaint caption in Adamson, et al. v. AstraZeneca Pharmaceuticals, et al., Case No. 6:06-cv-01140-ACC-DAB (Docket No. 2), she is not indicated in the docket report for that case and a search of PACER does not reveal her as a plaintiff in any action. Please advise whether you still intend on pursuing her case or if her absence from PACER is a mistake.

|     | PLAINTIFF NAME   | CASE NUMBER   | DATE TRANSFERRED |
| --- | ---------------- | ------------- | ---------------- |
| 16. | Brenda Washington | 6:2007cv10090 | 8/11/06          |
| 17. | Leigh West       | 6:2007cv10092 | 8/11/06          |
| 18. | Nila West        | 6:2007cv10093 | 8/11/06          |

```
                    JOB STATUS REPORT

                                TIME  : 06/04/2007 16:00
                                NAME  : DECHERT LLP
                                FAX#  : 215-994-2000
                                TEL#  :
                                SER.# : G01234567890
```

```
DATE,TIME         06/04 15:59
FAX NO./NAME      914052422040
DURATION          00:01:25
PAGE(S)           05
RESULT            OK
MODE              STANDARD
```


# Dechert
LLP

Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

## FAX TRANSMISSION SHEET

| | | | |
|---|---|---|---|
| DATE | June 4, 2007 | | |
| TO | Jona R. Hefner, Esquire<br>Hefner & Associates | TEL<br>FAX | (405) 286-3000<br>(405) 242-2040 |
| FROM | Margaret S. Osborne | TEL<br>FAX | +1 215 994 2229<br>+1 215 655 2229 |
| EMAIL | Margaret.Osborne@Dechert.com | | |
| TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET | | 35 | |

IF ALL PAGES ARE NOT RECEIVED,
PLEASE CALL +1 215 994 2504

OPERATOR:     MARLENE JONES

TIME OF TRANSMISSION

**CONFIDENTIALITY NOTE**
The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that you should not further disseminate, distribute or copy this message. In addition, if you have received this message in error, please notify us immediately by collect telephone call and return the original message to us at the above address via the United States Postal Service. Thank you.

**RE:** Seroquel Productions Liability Litigation – (MDL Docket No. 1769)

```
                    JOB STATUS REPORT

                              TIME  : 06/04/2007 16:02
                              NAME  : DECHERT LLP
                              FAX#  : 215-994-2000
                              TEL#  :
                              SER.# : G01234567890
```

| | |
|---|---|
| DATE,TIME | 06/04  16:01 |
| FAX NO./NAME | 917132220066 |
| DURATION | 00:01:06 |
| PAGE(S) | 05 |
| RESULT | OK |
| MODE | STANDARD ECM |

# Dechert
LLP

Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

## FAX TRANSMISSION SHEET

**DATE**  June 4, 2007

**TO**  David P. Matthews, Esquire  
Matthews & Associates  
**TEL** (713) 222-7211  
**FAX** (713) 222-0066

**FROM**  Margaret S. Osborne  
**TEL** +1 215 994 2229  
**FAX** +1 215 655 2229  
**EMAIL**  Margaret.Osborne@Dechert.com

**TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET**  85

**IF ALL PAGES ARE NOT RECEIVED, PLEASE CALL** +1 215 994 2504

**OPERATOR**  MARLENE JONES

**TIME OF TRANSMISSION**

**CONFIDENTIALITY NOTE**

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that you should not further disseminate, distribute or copy this message. In addition, if you have received this message in error, please notify us immediately by collect telephone call and return the original message to us at the above address via the United States Postal Service. Thank you.

**RE:** Seroquel Productions Liability Litigation – (MDL Docket No. 1769)

```
                    JOB STATUS REPORT

                              TIME  : 06/04/2007 16:05
                              NAME  : DECHERT LLP
                              FAX#  : 215-994-2000
                              TEL#  :
                              SER.# : G01234567890


    DATE,TIME              06/04  16:04
    FAX NO./NAME           917132220066
    DURATION               00:01:06
    PAGE(S)                05
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

# Dechert LLP

Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

## FAX TRANSMISSION SHEET

| | | | |
|---|---|---|---|
| **DATE** | June 4, 2007 | | |
| **TO** | Lizy Santiago, Esquire<br>Matthews & Associates | **TEL**<br>**FAX** | (713) 222-7211<br>(713) 222-0066 |
| **FROM** | Margaret S. Osborne | **TEL**<br>**FAX** | +1 215 994 2229<br>+1 215 655 2229 |
| **EMAIL** | Margaret.Osborne@Dechert.com | | |
| **TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET** | | 25 | |

**IF ALL PAGES ARE NOT RECEIVED, PLEASE CALL +1 215 994 2504**

**OPERATOR**     MARLENE JONES

**TIME OF TRANSMISSION**

**CONFIDENTIALITY NOTE**
The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that you should not further disseminate, distribute or copy this message. In addition, if you have received this message in error, please notify us immediately by collect telephone call and return the original message to us at the above address via the United States Postal Service. Thank you.

Re:   Seroquel Products Liability Litigation (MDL Docket No. 1769)