**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

―――――――――――――――――――――――――

This Document Relates to ALL CASES

―――――――――――――――――――――――

**JOINT STATUS REPORT, AGENDA, AND**
**MOTION TO ALLOW ELECTRONIC EQUIPMENT**

**July 5, 2007 Status Conference**

The MDL Plaintiffs and Defendants AstraZeneca LP and AstraZeneca

Pharmaceuticals LP ("AstraZeneca"), by and through their counsel, respectfully submit this

Joint Status Report, Agenda, and Motion to Allow Electronic Equipment for the Status

Conference scheduled for July 5, 2007, at 2:00 p.m.

**I.     STATUS REPORT**

As of June 28, 2007, AstraZeneca was defending approximately 8,812 served or

answered Seroquel cases, with a total of 10,797 plaintiff groups, pending in federal and state

courts.  Several hundred additional cases have been filed but not yet served on AstraZeneca.

The federal/state breakdown of served cases and plaintiffs is as follows:

|         | **Number of Cases** | **Number of Plaintiffs** |
|---------|---------------------|--------------------------|
| **Federal** | 6,927 | 6,927 |
| **State**   | 1,885 | 3,870 |

Of the Seroquel cases in federal court, approximately 6,918 are currently in this MDL.  An additional 9 cases have been tagged for transfer to this MDL.  It is expected that other federal cases will eventually be tagged and transferred to this MDL.

II.     **MOTIONS**

There are numerous motions pending before this Court:

1.       AstraZeneca's Motions to Dismiss for Failure to Serve Plaintiff Fact Sheets and Medical Record Authorizations and for Failure to Verify Plaintiff Fact Sheets. AstraZeneca served such motions in approximately 836 cases.  To date, approximately 253 of these plaintiffs have served or supplemented their Fact Sheets, 106 have stipulated to the dismissal of their cases, and 212 have been dismissed pursuant to Court Order. Approximately 265 motions are still pending.

2.       Plaintiffs' Motions to Dismiss Without Prejudice.  Approximately 11 plaintiffs whom AstraZeneca had moved to dismiss on June 7, 2007 for failure to serve verified Fact Sheets and/or medical record authorizations filed motions to dismiss their own claims without prejudice on June 21.  AstraZeneca opposed these plaintiffs' motions on June 27.

3.       Plaintiffs' Motion to Appoint Kenneth Feinberg as Special Master for Settlement and for the Establishment of an Alternative Dispute Resolution Procedure, filed on June 21, 2007.  (Doc. No. 235).  AstraZeneca's response to this motion is due on July 2.

4.       Plaintiffs' Motion for Implementation of the Court Order of June 11, 2007 on Case-Specific Discovery and Alternative Dispute Resolution, filed on June 21, 2007.  (Doc. No. 236).  AstraZeneca's response to this motion is due on July 2.

     5.      AstraZeneca's Motion for Implementation of Case-Specific Discovery, filed on June 22, 2007.  (Doc. No. 238).  Plaintiffs' response to this motion is due on July 3.

### III.    AGENDA

     **A.**     **Case-Specific Discovery.**  The parties would like to discuss their respective motions to implement the case-specific discovery program ordered by this Court.

     **B.**     **Plaintiffs would like to discuss the following issues:**

     1.      Defendants' failure to meet agreed upon deadlines for IT productions;

     2.      Defendants' failure to provide Databases;

     3.      Defendants' failure to provide acceptable responses to Plaintiffs' Requests for Production;

     4.      Defendants' insistence that warning letters from DDMAC on other drugs about similar marketing practices are beyond the scope of discovery;

     5.      Missing E-mails;

     6.      Plaintiffs' Motion to appoint Special Settlement Master Kenneth Feinberg and to establish ADR procedures;

     7.      Plaintiffs' Motion for implementation of the Court Order of June 11, 2007 on case specific discovery and Alternative Dispute Resolution;

     8.      Third Party Discovery;

     9.      Plaintiffs' identification and selection of additional witnesses and requests for their Custodial Files;

     10.      Issue of appropriate way to address Plaintiff's lack of Plaintiff Fact Sheet verification.

## IV.    MOTION TO ALLOW ELECTRONIC EQUIPMENT

Counsel for the MDL Plaintiffs and for AstraZeneca, pursuant to Middle District Local Rule 4.11(b), hereby seek Court approval for their use of electronic equipment at the May 22, 2007 Status Conference, and as grounds therefore would show as follows:

A.    The following plaintiffs' counsel seek to utilize BlackBerry email devices, cell phones without camera capabilities, and a laptop computer to facilitate communication with their offices regarding discovery issues and access to their calendars for scheduling purposes during the status conference:

1.    Paul Pennock (Blackberry, cell phone, laptop computer);

2.    Mike Pederson (Blackberry, cell phone, laptop computer);

3.    Fletch Trammell (Blackberry, cell phone);

4.    Scott Allen (Blackberry, cell phone);

5.    Ed Blizzard (Blackberry, cell phone);

6.    Ken Smith (laptop computer, cell phone); and

7.    David Meltzer, Paralegal to Larry Roth (projector, cables, and cell phone).

B.    The following counsel for AstraZeneca seek to utilize BlackBerry email devices to facilitate the scheduling of subsequent hearings and conferences in the above-captioned matter and to allow counsel to obtain information responsive to issues that may arise during the conference.  Counsel for AstraZeneca also seek to utilize PowerPoint® electronic equipment and will bring to the hearing one laptop computer.  It is Counsel's understanding that the Court has a screen and projector suitable for connection to a personal

computer; however, if the Court's screen and projector are unavailable, counsel for

AstraZeneca can provide them.

      1.     Robert L. Ciotti (one AT&T BlackBerry, Model 7290 and one laptop computer);

      2.     A. Elizabeth Balakhani (one T-Mobile BlackBerry, Model 8700 and one IBM ThinkPad laptop computer, Model T43);

      3.     Kathryn L. Connelly (one T-Mobile BlackBerry, Model 7290);

      4.     Fred T. Magaziner (one T-Mobile BlackBerry, Model 8700);

      5.     Stephen J. McConnell (one T-Mobile BlackBerry, Model 8700);

      6.     Andrew S. Dupre (one T-Mobile BlackBerry, Model 8700); and

      7.     James J. Freebery (one T-Mobile BlackBerry, Model 8700).

    C.     Counsel for the parties represent, pursuant to Middle District Local Rule

4.11(b), that these devices will be switched to "silent activation mode" while in the

courtroom.

Respectfully submitted on this the 29th day of June, 2007,

/s/ Paul Pennock
Paul Pennock
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5504
Ppennock@weitzlux.com

Camp Bailey
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7232
cbailey@bpblaw.com

*Co-Lead Counsel for Plaintiffs*

/s/ Fred T. Magaziner
Fred T. Magaziner
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19103
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
fred.magaziner@dechert.com

*Counsel for AstraZeneca Pharmaceuticals
LP and AstraZeneca LP*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 29th of June, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants listed on the attached Service List.


/s/ Shane T. Prince

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>**Plaintiffs' Lead Counsel** | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>**Plaintiffs' Lead Counsel** |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>**Plaintiffs' Liaison Counsel** | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br>Whatley Drake, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ccf@whatleydrake.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca***<br>***Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen***<br>***Pharmaceutical Products and Johnson &***<br>***Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP***<br>***and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>***Attorneys for Defendant AstraZeneca, PLC*** | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Sims Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |