WEITZ LUXENBERG, P.C.　　　　　　　　　　　　　　6/29/2007

| MDL Cases - Plaintiff Fact Sheets with authorization SERVED | | | | |
|---|---|---|---|---|
| **Last Name** | **First Name** | **MDL Index No.** | | |
| Aden | Michelle | 06 cv 13349 | | |
| Archer | Barbara | 06 cv 6490 | | |
| Belcourt | Lottie | 06 cv 13348 | | |
| Brown | Lindi | 06 cv 13350 | | |
| Carroll | Debra | 06 cv 6581 | | |
| Clearly | Christine | 06 cv 13336 | | |
| Collins | Vivian | 06 cv 6491 | | |
| Crowder | Joseph | 06 cv 13651 | | |
| Edwards | Bettie | 06 cv 6489 | | |
| Fesmire | Gene | 06 cv 13657 | | |
| Foreman | Brian | 06 cv 13347 | | |
| Garcia | Jeffrey | 06 cv 13352 | | |
| Gladue | Geraldine | 06 cv 13351 | | |
| Gore | Marilyn | 06 cv 6582 | | |
| Hall | Stacy | 06 cv 13338 | | |
| Hawkins | John | 06 cv 13346 | | |
| Hudson | Reisha | 06 cv 6583 | | |
| Hughes | Evelyn | 06 cv 6580 | | |
| Jefferson, Jr. | George | 06 cv 6488 | | |
| Jones | Alex | 06 cv 6584 | | |
| Ladd | Joan | 06 cv 6487 | | |
| Lee | Kathey | 06 cv 13658 | | |
| LeProwse | Ronald | 06 cv 13353 | | |
| Lopez | Rose | 06 cv 13337 | | |
| McClain | Cecil | 06 cv 13662 | | |
| McDonald | Margeret | 06 cv 13332 | | |
| Melanson | Suzanne | 06 cv 13335 | | |
| Modesty | Jason | 06 cv 13655 | | |
| Moore | Elizabeth | 06 cv 6493 | | |
| Moore | Matthew | 06 cv 13654 | | |
| Poole | Daniel | 06 cv 13660 | | |
| Pulliam | Michael | 06 cv 6485 | | |
| Rivera | Miguel | 6:06 cv 1415 | | |
| Rodriguez | Evelyn | 06 cv 13339 | | |
| Schmaljohn | Machelle | 06 cv 13344 | | |
| Scotti | Anthony | 06 cv 13653 | | |
| Shirnberg | William | 06 cv 13345 | | |
| Spears | Victoria | 06 cv 13664 | | |
| Sylvain | Richard | 06 cv 13340 | | |

WEITZ LUXENBERG, P.C. 6/29/2007

| Tyree | Kevin | 06 cv 13342 | | |
|---|---|---|---|---|
| Veal | Jeremy | 06 cv 13661 | | |
| Waggoner, Jr. | Joseph | 06 cv 13334 | | |
| White | Ralph | 06 cv 13341 | | |
| Wyche | Susan | 06 cv 13652 | | |