IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---

In re:  Seroquel Products Liability Litigation
MDL Docket No. 1769

Case No. 6:06-md-01769-Orl-22DAB

THIS DOCUMENT RELATES TO:

ALL WHATLEY, DRAKE & KALLAS
REPRESENTED PLAINTIFFS AS LISTED

---

### NOTICE OF COMPLETED PLAINTIFF FACT SHEETS

Pursuant to this Court's Order (Doc. 225) of June 11, 2007, below is an alphabetical listing of Plaintiff Fact Sheets which are complete, verified, and have been previously served to Defendants by the law firm of Whatley Drake & Kallas, LLC.

| Last Name | First Name | MDL Case Number |
|---|---|---|
| Adams | Patricia Ann | 6:07-CV-00336-ACC-DAB |
| Albert | Andrew William | 6:07-CV-00404-ACC-DAB |
| Appleberry | Tonya | 6:07-CV-00366-ACC-DAB |
| Baclawski | Judith | 6:07-CV-00355-ACC-DAB |
| Bailey | Emmett | 6:07-CV-00346-ACC-DAB |
| Baldwin | Susan | 6:07-CV-00352-ACC-DAB |
| Barker | Mary | 6:07-CV-00340-ACC-DAB |
| Batts | Joy | 6:07-CV-00342-ACC-DAB |
| Beaird | Evelyn Marie | 6:07-CV-00354-ACC-DAB |
| Belcomey | Dominique | 6:07-CV-00350-ACC-DAB |
| Blanton | Daniel | 6:07-CV-00349-ACC-DAB |
| Borges | Frank | 6:07-CV-00357-ACC-DAB |
| Branham | Francis | 6:07-CV-00343-ACC-DAB |
| Brock | William | 6:07-CV-00347-ACC-DAB |
| Brown | Darlene | 6:07-CV-00338-ACC-DAB |
| Bruce | Christine | 6:07-CV-00359-ACC-DAB |
| Brutus | Darlin | 6:07-CV-00368-ACC-DAB |
| Burton | Dianna | 6:07-CV-00363-ACC-DAB |
| Burton | Sammy | 6:07-CV-00370-ACC-DAB |

| Last Name | First Name | MDL Case Number |
|---|---|---|
| Butler | June | 6:07-CV-00373-ACC-DAB |
| Caldwell | Sharon | 6:07-CV-00341-ACC-DAB |
| Caraballo | Miguel A. | 6:07-CV-00344-ACC-DAB |
| Carreras | Peter | 6:07-CV-00348-ACC-DAB |
| Clarke | Martha | 6:07-CV-00341-ACC-DAB |
| Condict | Jeanne-Marie | 6:07-CV-00353-ACC-DAB |
| Cooks | Sandra | 6:07-CV-00356-ACC-DAB |
| Daniels | Karen | 6:07-CV-00361-ACC-DAB |
| DellaPiana | Elizabeth | 6:07-CV-00362-ACC-DAB |
| Dunlap | Melvin | 6:07-CV-00365-ACC-DAB |
| Ellis | Linda | 6:07-CV-00369-ACC-DAB |
| Farmer | Jack Lee | 6:07-CV-00375-ACC-DAB |
| Flemming | Mary | 6:07-CV-00372-ACC-DAB |
| Frazier | Warren | 6:07-CV-00378-ACC-DAB |
| Garnett | Paula | 6:07-CV-00379-ACC-DAB |
| Garsia | Wanda | 6:07-CV-00380-ACC-DAB |
| Gauvin | Margaret | 6:07-CV-00381-ACC-DAB |
| Genier | Vickie | 6:07-CV-00382-ACC-DAB |
| Goodin | Lea | 6:07-CV-00383-ACC-DAB |
| Grant | Anita | 6:07-CV-00444-ACC-DAB |
| Gray | Melody | 6:07-CV-00443-ACC-DAB |
| Grayson | Gloria | 6:06-CV-01135-ACC-DAB |
| Haas | Samantha | 6:07-CV-00442-ACC-DAB |
| Haile | Dorothy | 6:07-CV-00441-ACC-DAB |
| Hamilton | Albert | 6:07-CV-00439-ACC-DAB |
| Hammontree | Vickie | 6:07-CV-00437-ACC-DAB |
| Handy | Dianne | 6:07-CV-00434-ACC-DAB |
| Hanna | Darlene | 6:07-CV-00428-ACC-DAB |
| Harris | Lawanzo | 6:07-CV-00426-ACC-DAB |
| Hawkey | Lois | 6:07-CV-00422-ACC-DAB |
| Heglin | Richard | 6:07-CV-00420-ACC-DAB |
| Higdon | Donna | 6:07-CV-00419-ACC-DAB |
| Holt | Doris | 6:07-CV-00418-ACC-DAB |
| Horton, Jr. | George C. | 6:07-CV-00403-ACC-DAB |
| Howard | Clementine | 6:07-CV-00402-ACC-DAB |
| Huddy | John D. | 6:07-CV-00401-ACC-DAB |
| Jackson | Christina | 6:07-CV-00399-ACC-DAB |
| Jordan | David | 6:07-CV-00400-ACC-DAB |
| Kaufman | Raymond | 6:07-CV-00398-ACC-DAB |
| Kibbee | Edward | 6:07-CV-00397-ACC-DAB |
| Kotellos | Doyle | 6:07-CV-00396-ACC-DAB |
| Kubiszak | Janet | 6:07-CV-00395-ACC-DAB |
| Land | Jerry | 6:07-CV-00394-ACC-DAB |

| Last Name | First Name | MDL Case Number |
| --- | --- | --- |
| Lawson | Valerie | 6:07-CV-00368-ACC-DAB |
| Lewis | Leonard | 6:07-CV-00335-ACC-DAB |
| Lumadue | David | 6:07-CV-00393-ACC-DAB |
| MacDuffie | Caroline | 6:07-CV-00435-ACC-DAB |
| Maday | Neil | 6:07-CV-00339-ACC-DAB |
| Mariner | Carla | 6:07-CV-00345-ACC-DAB |
| Marshall | Rose | 6:07-CV-00391-ACC-DAB |
| Mays | Regina | 6:07-CV-00390-ACC-DAB |
| McCall | Christine | 6:07-CV-00388-ACC-DAB |
| McCunney | Mariann | 6:07-CV-00386-ACC-DAB |
| McKinney | Dana | 6:07-CV-00377-ACC-DAB |
| McNease | Brenda | 6:07-CV-00376-ACC-DAB |
| Merritt | Judith | 6:07-CV-00337-ACC-DAB |
| Mizner | Susan A. | 6:07-CV-00374-ACC-DAB |
| Montgomery | Teresa | 6:07-CV-00334-ACC-DAB |
| Montgomery | Belinda | 6:07-CV-00371-ACC-DAB |
| Moore | Earnest | 6:07-CV-00367-ACC-DAB |
| Moore, Jr. | Jerry | 6:07-CV-00384-ACC-DAB |
| Mylott | Helen | 6:07-CV-00385-ACC-DAB |
| Narbonne | Helen | 6:07-CV-00387-ACC-DAB |
| Neal | Leonard | 6:07-CV-00389-ACC-DAB |
| Nelson | Nina | 6:07-CV-00392-ACC-DAB |
| Page | Robin | 6:07-CV-00410-ACC-DAB |
| Palmer | Bryant | 6:07-CV-00412-ACC-DAB |
| Pancake | Elizabeth | 6:07-CV-00414-ACC-DAB |
| Paron | Roberta | 6:07-CV-00519-ACC-DAB |
| Pearson | Ronald | 6:07-CV-00445-ACC-DAB |
| Porter | Iris | 6:07-CV-00405-ACC-DAB |
| Potts | Timothy | 6:07-CV-00406-ACC-DAB |
| Render | Lorraine | 6:07-CV-00407-ACC-DAB |
| Ricardo | Christopher | 6:07-CV-00408-ACC-DAB |
| Rice | Brenda | 6:07-CV-00411-ACC-DAB |
| Rice | Azalee | 6:07-CV-00409-ACC-DAB |
| Roberts | Arthur | 6:07-CV-00413-ACC-DAB |
| Robinson | Bernadette | 6:07-CV-00415-ACC-DAB |
| Royster-Serrano | Melissa | 6:07-CV-00416-ACC-DAB |
| Santos | Barbara | 6:07-CV-00417-ACC-DAB |
| Scarbrough | Marilyn | 6:07-CV-00421-ACC-DAB |
| Sena | Catherine | 6:07-CV-00423-ACC-DAB |
| Shay | Paula | 6:07-CV-00424-ACC-DAB |
| Small | Susan | 6:07-CV-00425-ACC-DAB |
| Smith | Mary | 6:07-CV-00427-ACC-DAB |
| Sweazy | Doris | 6:07-CV-00429-ACC-DAB |

| Last Name | First Name | MDL Case Number |
|---|---|---|
| Thomason | Ronald A. | 6:07-CV-00433-ACC-DAB |
| Walker | Connie | 6:07-CV-00436-ACC-DAB |
| Wallis | Donna | 6:07-CV-00440-ACC-DAB |
| Weir | Elizabeth | 6:07-CV-00438-ACC-DAB |
| Weiss | Chris | 6:07-CV-00431-ACC-DAB |

Respectfully submitted,


/s/ E. Ashley Cranford
E. Ashley Cranford
Joe R. Whatley, Jr.
**WHATLEY DRAKE & KALLAS, LLC**
2001 Park Place North, Suite 1000
P.O. Box 10647
Birmingham, AL 35202-0647
Telephone (205)328-9576
Facsimile (205) 328-9669

Attorney for Plaintiffs

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **29th** day of **June 2007**, I electronically filed the foregoing **Notice of Completed Plaintiff Fact Sheets** with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the counsel listed on the attached Service List. I further certify that I mailed the foregoing document and the Notice of Electronic Filing by First-Class mail delivery to the non-CM/ECF Participants listed on the attached Service List.

Dated: June 29, 2007

/s/ E. Ashley Cranford
E. Ashley Cranford

Of Counsel:
Joe R. Whatley, Jr.
**WHATLEY DRAKE & KALLAS, LLC**
2001 Park Place North, Suite 1000
P.O. Box 10647
Birmingham, AL 35202-0647
Telephone (205)328-9576
Facsimile (205) 328-9669

Attorneys for Plaintiffs

# SERVICE LIST
(As of May 15, 2007)

## In Re: Seroquel Products Liability Litigation
## MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>lroth@roth-law.com | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |

| | |
|---|---|
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX  77060<br>Telephone:  (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford, Esq.<br>Joe R. Whatley, Jr., Esq.<br>Whatley Drake & Kallas, LLC<br>2323 2nd Avenue North<br>Birmingham, AL  35203<br>Telephone:  (205) 328-9576<br>ACranford@wdklaw.com<br>ecf@wdklaw.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street<br>36th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone:  (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone:  (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |

| | |
|---|---|
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL  32503<br>Telephone:  (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>mailto:jsale@aws-law.comksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone:  (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>(current address unknown)<br>*Pro Se* |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone:  (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* |
| Thomas Campion, Esq.<br>Steven M. Selna<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone:  (973) 360-1100<br>tcampion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>Post Office Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>*Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP* | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone:   (816) 471-2121<br>raines@bscr-law.com<br>*Attorney for Defendant AstraZenca, PLC* | Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>*Attorney for Defendant Dr. Asif Habib* |
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>*Attorney for Defendants, Astrazeneca Pharmaceuticals, LP and Astrazeneca LP* | Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| David P. Matthews, Esq.<br>Matthews & Associates<br>2905 Sackett<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Howard Nations<br>Lori A. Siler<br>4515 Yoakum Boulevard<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com |
| Salvatore M. Machi<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058 | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |
| Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, Texas 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com | Lizy Santiago, Esq.<br>Abraham, Watkins, Nichols,<br>Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>(713) 222-7211<br>lsantiago@abrahamwatkins.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net | Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com |

| | |
|---|---|
| James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com | Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

11