MATTHEWS ASSOCIATES

| MDL Cases - Plaintiff Fact Sheets with Authorizations SERVED | | | | |
|---|---|---|---|---|
| Last Name | First Name | MDL Index No. | | |
| Bearden | Yaki | 6:07-cv-10118 | | |
| Blanchard | Sharon | 6:07-cv-10120 | | |
| Bolton | William | 6:07-cv-10121 | | |
| Bridges | Brenda | 6:07-cv-10123 | | |
| Britt | Shannon | 6:07-cv-10124 | | |
| Clark | Ronnie | 6:07-cv-10025 | | |
| East | Sharyl | 6:07-cv-10065 | | |
| Enox | William | 6:07-cv-10029 | | |
| Hayes | Michele | 6:07-cv-10033 | | |
| Hendon | Dimple | 6:07-cv-10140 | | |
| Higgs | Carolyn | 6:07-cv-10070 | | |
| Horn | Tammy | 6:07-cv-10071 | | |
| Jenkins | Rhonda | 6:07-cv-10037 | | |
| Johnson | Michelle | 6:07-cv-10145 | | |
| Kirkland | Robert | 6:07-cv-10073 | | |
| Koogler | Ken | 6:07-cv-10039 | | |
| Lewis | Zelvia | 6:07-cv-10147 | | |
| Lively | Theresa | 6:07-cv-10043 | | |
| Olive | Wayne | 6:07-cv-10151 | | |
| Roach | Patricia | 6:07-cv-10046 | | |
| Saulter | Grady | 6:07-cv-10048 | | |
| Slay | Crystal | 6:07-cv-10082 | | |
| Smith | Andrew | 6:07-cv-10049 | | |
| Solis | Deloris | 6:07-cv-10050 | | |
| Watson | Gina | 6:07-cv-10025 | | |
| Young | Shelley | 6:07-cv-10058 | | |