UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:  Seroquel Products Liability                Case No. 6:06-md-1769-ACC-DAB
        Litigation

MDL 1769

**This Document Relates to the Cases**
**Identified on the Attached**                      /

### Schedule of Substantially Complete PFS

Pursuant to the Court's June 11, 2007 Order, plaintiffs represented by Levin Simes Kaiser & Gornick LLP give notice that substantially complete PFS and authorizations have been served in cases identified in the attached.

                                           Respectfully Submitted

                                           By:_____/s/_____
                                           Lawrence J. Gornick (CA SBN 136290)
                                           Dennis Canty (CA SBN 207978)
                                           Emily M. Charley (CA SBN 238542)
                                           LEVIN SIMES KAISER & GORNICK LLP
                                           44 Montgomery Street, 36th Floor
                                           San Francisco, CA  94104
                                           Telephone:  415-646-7160
                                           Facsimile:  415-981-1270

                                           Attorneys for Plaintiffs

| | |
|---|---|
| Baytos, John | 06-cv-0964-ACC-DAB |
| Bellman, Dawn | 06-cv-1044-ACC-DAB |
| Boal, Jeffrey | 06-cv-1043-ACC-DAB |
| Boatwright, Julia | 06-cv-1012-ACC-DAB |
| Bobal, Mark | 06-cv-969-ACC-DAB |
| Bosaw, Jennifer | 06-cv-1011-ACC-DAB |
| Boyer, Debra | 06-cv-970-ACC-DAB |
| Buchanan, Anita Louise | 06-cv-1020-ACC-DAB |
| Caldwell, Leona | 06-cv-996-ACC-DAB |
| Carroll, Lori | 06-cv-974-ACC-DAB |
| Chathams, Sandra | 06-cv-999-ACC-DAB |
| Collier, Deborah | 06-cv-1008-ACC-DAB |
| Copeland, Nadine | 06-cv-1301-ACC-DAB |
| Coppola, James | 06-cv-1299-ACC-DAB |
| Derosky, Barry | 06-cv-992-ACC-DAB |
| Evans, Betty | 06-cv-1041-ACC-DAB |
| Flye, Tracy | 06-cv-1222-ACC-DAB |
| Frederick, James | 06-cv-1000-ACC-DAB |
| Fromosky, Thomas | 06-cv-1302-ACC-DAB |
| Gaiman, Jacqueline | 06-cv-1297-ACC-DAB |
| Gangidine, Samantha | 06-cv-1018-ACC-DAB |
| Getchell, Beverly | 06-cv-1314-ACC-DAB |
| Ginyard, Valarie | 06-cv-1223-ACC-DAB |
| Glover, Eddie | 06-cv-977-ACC-DAB |
| Godfrey Ned | 06-cv-979-ACC-DAB |
| Goldsmith, Shirley | 06-cv-986-ACC-DAB |
| Gringel, Gail | 06-cv-994-ACC-DAB |
| Hawkins, Michael | 06-cv-984-ACC-DAB |
| Heigl, John | 06-cv-973-ACC-DAB |
| Keith, Shirley | 06-cv-1305-ACC-DAB |
| Ledbetter, Nichol | 06-cv-1046-ACC-DAB |
| Levy, Cheryl | 06-cv-1009-ACC-DAB |
| Linderman, Donna | 06-cv-1038-ACC-DAB |
| Lockhart, Christopher | 06-cv-1031-ACC-DAB |
| Massey, Michelle | 06-cv-966-ACC-DAB |
| Masterson, John | 06-cv-1039-ACC-DAB |
| Maxwell, Marva | 06-cv-1333-ACC-DAB |
| McAlister, Kathleen | 06-cv-980-ACC-DAB |
| McIntyre, Carole | 06-cv-998-ACC-DAB |
| Morris, Laurel | 06-cv-1005-ACC-DAB |
| Naramore, Jennifer | 06-cv-1292-ACC-DAB |
| O'Hosky, William | 06-cv-1016-ACC-DAB |
| Orie, Joy | 06-cv-962-ACC-DAB |
| Patton, Joseph | 06-cv-1726-ACC-DAB |

| Polis, Scott L. | 06-cv-1286-ACC-DAB |
| --- | --- |
| Popp, Mary Lou | 06-cv-1023-ACC-DAB |
| Porter, Dennis | 06-cv-1030-ACC-DAB |
| Powell, Shelley | 06-cv-967-ACC-DAB |
| Reardon, James | 06-cv-1388-ACC-DAB |
| Reed, Betty | 06-cv-1051-ACC-DAB |
| Reynolds, Vicky | 06-cv-1298-ACC-DAB |
| Roberts, Debra | 06-cv-1332-ACC-DAB |
| Robinson, Lori | 06-cv-1028-ACC-DAB |
| Shearman, Margaret | 06-cv-1289-ACC-DAB |
| Simmons, Gregory | 06-cv-1017-ACC-DAB |
| Sims, Denise | 06-cv-1306-ACC-DAB |
| Spung, Clinton | 06-cv-1045-ACC-DAB |
| Sulkowski, Edward | 06-cv-991-ACC-DAB |
| Tenney, Sharon | 06-cv-1032-ACC-DAB |
| Thomas, Hellen | 06-cv-1295-ACC-DAB |
| Weldon, Raymond | 06-cv-1040-ACC-DAB |
| William, Oggie | 06-cv-1303-ACC-DAB |