UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to

_____/


AYLSTOCK, WITKIN, KRIES &  OVERHOLTZ'
NOTICE OF COMPLETED PLAINTIFF FACT SHEETS

TO THE HONORABLE JUDGES OF SAID COURT:

1. COMES NOW the firm of Aylstock, Witkin, Kreis & Overholtz, PLLC, Counsel for the Plaintiffs in the cases listed in Exhibit A, attached, and, pursuant to this Court's order of June 11, 2007, files their alphabetical list of names with accompanying MDL Case Numbers for all plaintiffs represented by the firm for which completed Plaintiff Fact Sheets and medical authorizations have been served.

Respectfully submitted this 29th day of June, 2007.

    Respectfully  submitted,
    /s/ Kenneth W. Smith
    Kenneth W. Smith
    Aylstock, Witkin, Kreis & Overholtz, PLLC
    803 North Palafox Street
    Pensacola, FL  32501
    Telephone:     (850) 916-7450
    Facsimile:     (850) 916-7449
    E-Mail: Ksmith@aws-law.com

    **Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of June, 2007, I electronically filed the foregoing **NOTICE OF COMPLETED PFS** with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the counsel listed on the attached Service List. I further certify that I mailed the foregoing document and the Notice of Electronic Filing by First-Class U.S. Mail delivery to the non-CM/ECF Participants listed on the attached Service List.

/s/ Kenneth W. Smith
Kenneth W. Smith