# EXHIBIT "A"

June 2007

Aylstock, Witkin, Kreis
& Overholtz, PLLC

| Last Name | First Name | MDL Case Number |
|---|---|---|
| Banks | LaChariece | 6:06-cv-0127-ACC-DAB |
| Bjorn | Kathryn | 6:06-cv-01010-ACC-DAB |
| Bryant | Cindy | 6:06-cv-01052-ACC-DAB |
| Chambers | Justin | 6:07-cv-10003-ACC-DAB |
| Clark | Wanda | 6:07-cv-10004-ACC-DAB |
| Farabee | Glen | 6:07-cv-10006-ACC-DAB |
| Gordon-Okwara | Sheila | 6:07-cv-10007-ACC-DAB |
| Kirksey | Lorie | 6:07-cv-10009-ACC-DAB |
| Osborne | Becky | 6:07-cv-10000-ACC-DAB |
| Sanford | Michelle | 6:07-cv-10019-ACC-DAB |
| Skiles | Julie | 6:07-cv-10010-ACC-DAB |
| Snavely | Douglas | 6:07-cv-10011-ACC-DAB |
| Sonnier | Linda | 6:06-cv-1019-ACC-DAB |
| Williams | Krishaun | 6:07-cv-10002-ACC-DAB |
| Alexander III | Jeff | 6:06-cv-01854-ACC-DAB |
| Dixon | Oliver | 6:07-cv-286-ACC-DAB |
| Matthews | Robert | 6:07-cv-507-ACC-DAB |
| Myers | Thelma | 6:07-cv-508-ACC-DAB |
| Lampton | Betty | 6:07-cv-662-ACC-DAB |