UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to

ALL PLAINTIFFS REPRESENTED BY
THE LAW OFFICES OF HOWARD L. NATIONS, P.C.

## PLAINTIFFS' NOTICE OF COMPLETED FACT SHEETS

Pursuant to this Court's Order (Doc. 225) of June 11, 2007, Plaintiffs represented by The Law Offices of Howard L. Nations, P.C. file their alphabetical list of names, with accompanying MDL case numbers, of all Plaintiffs for which both substantially complete Plaintiffs Fact Sheets ("PFS") and medical records authorizations have been served. Plaintiffs have attached their List as Exhibit "A."

Respectfully submitted,

**THE LAW OFFICES OF HOWARD L. NATIONS, P.C.**

/s/ Lezzlie E. Hornsby
Howard L. Nations
Texas Bar No. 14823000
Lezzlie E. Hornsby
Texas Bar No. 24048552
4515 Yoakum Blvd.
Houston, Texas 77006-5895
(713) 807-8400
(713) 807-8423 (Telecopier)

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 29th day of June 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ Lezzlie E. Hornsby
Lezzlie E. Hornsby

# EXHIBIT "A"

**Plaintiffs' Fact Sheet Served on Defendants AstraZeneca, LP, et al.**

| Last Name | First Name | MDL Case # |
|---|---|---|
| Afraid | Paul Not | 6:07-cv-16732 |
| Bacchus | Lawrence | 6:07-cv-00520 |
| Baker | Daniel | 6:07-cv-16733 |
| Bohorquez | Angelica | 6:07-cv-16746 |
| Burrus | Verna | 6:07-cv-16756 |
| Carter | Lenora | 6:06-cv-01325 |
| Collins | Chris | 6:07-cv-16750 |
| Colman | Tammy | 6:07-cv-16751 |
| Cook | Donya | 6:07-cv-16739 |
| Cosby | Mary | 6:07-cv-16762 |
| Culver | Christina | 6:07-cv-16735 |
| Duncan | Darleen | 6:07-cv-16736 |
| Earle | Angela | 6:07-cv-16755 |
| Fath | Christopher | 6:07-cv-16729 |
| Garner | Betsy | 6:07-cv-16758 |
| Gordon | Shelia | 6:07-cv-16738 |
| Gray-Hawkins | Renatoe | 6:07-cv-16737 |
| Gross | Daniel | 6:07-cv-16741 |
| Guiffre | Cathleen | 6:07-cv-16734 |
| Hill | Darlene | 6:07-cv-16747 |
| Jackson | Octavia | 6:07-cv-00525 |
| Jensen | Shelly | 6:07-cv-16743 |
| Jurado | Tammy | 6:07-cv-12098 |
| Makinson | James | 6:07-cv-16757 |
| Martin | Evelyn | 6:07-cv-12099 |
| Rich | Kay | 6:07-cv-16731 |
| Robinson | Patricia | 6:07-cv-16760 |
| Rodriguez | Fior | 6:07-cv-16745 |
| Russelberg | Ruth | 6:07-cv-16749 |
| Sauvageau | Leonard | 6:07-cv-16754 |
| Wilson | Darline | 6:07-cv-16740 |