# EXHIBIT "B"

**Plaintiff Fact Sheets Due for Submission to Defendant AstraZeneca Pharmaceuticals LP**

| First Name | Last Name | Court Case # | PFS DUE |
|---|---|---|---|
| **Elizabeth** | **Gilbertson** | 6:07cv-898-Orl-22DAB | 07/22/07 |
| **Derdra** | **Allen** | 6:07cv-995-Orl-22DAB | 08/08/07 |
| **Ronald** | **Boyer** | 6:07cv-997-Orl-22DAB | 08/08/07 |
| **Virginia** | **Johnson** | 6:07cv-993-Orl-22DAB | 08/08/07 |
| **Valerie** | **Freeman** | 6:07cv-994-Orl-22DAB | 08/08/07 |
| **Pearl** | **White** | 6:07cv-996-Orl-22DAB | 08/08/07 |