**EXHIBIT 1**

**Bailey Perrin Bailey LLP**

**List of Missing Plaintiff Fact Sheets -- May 2007**

|     |     |     |
| --- | --- | --- |
| 1.  | Cynthia Abrams | 6:07-cv-11350 |
| 2.  | Angela Adger | 6:07-cv-13020 |
| 3.  | Rocferd Atkins | 6:07-cv-10816 |
| 4.  | Camelia Albright | 6:07-cv-15855 |
| 5.  | Clarence Armbruster | 6:07-cv-10814 |
| 6.  | Leslie Bago | 6:07-cv-10817 |
| 7.  | Joann Blackwell | 6:07-cv-10823 |
| 8.  | Dixie Boyd | 6:07-cv-10206 |
| 9.  | Kenneth Bridges | 6:07-cv-10825 |
| 10. | B. Brown (Minor) [designated at Tina Cramer] | 6:07-cv-15588 |
| 11. | Rickie Browing | 6:07-cv-11433 |
| 12. | Donnie Bryant | 6:07-cv-15952 |
| 13. | Jackie Bullard | 6:07-cv-13194 |
| 14. | Dianne Burke | 6:07-cv-15585 |
| 15. | Bill Byrge | 6:07-cv-13211 |
| 16. | Miranda Carter, Michael Carter of behalf of | 6:07-cv-15983 |
| 17. | Joseph Cassellius | 6:07-cv-15989 |
| 18. | Sam Choate | 6:07-cv-12120 |
| 19. | Julie Clark | 6:07-cv-11053 |
| 20. | Karen Clarkson, Lisa Carter, on | 6:07-cv-13233 |

|  |  |  |
|---|---|---|
|  | behalf of |  |
| 21. | Eric Clements | 6:07-cv-13262 |
| 22. | Bryan Colmenero | 6:07-cv-16009 |
| 23. | Pamela Cornell | 6:07-cv-16028 |
| 24. | James Cox | 6:07-cv-11479 |
| 25. | Gary Culbreath | 6:07-cv-16042 |
| 26. | Timothy Davis | 6:06-cv-10847 |
| 27. | Byron Dawkins | 6:07-cv-11169 |
| 28. | Malcolm Day | 6:07-cv-10848 |
| 29. | Susan De Rafelo | 6:07-cv-12124 |
| 30. | Armando Duncan | 6:07-cv-10855 |
| 31. | Paula Wilson [designated as Lee Eads] | 6:07-cv-14513 |
| 32. | William Eibeck | 6:07-cv-11533 |
| 33. | Edward Emery | 6:07-cv-10862 |
| 34. | Jimmy Epting | 6:07-cv-10263 |
| 35. | Kathy Ferguson | 6:07-cv-11550 |
| 36. | Jennifrey Fowler | 6:07-cv-11575 |
| 37. | Bobbie Fuller | 6:07-cv-15834 |
| 38. | Aurora Gabaldon | 6:07-cv-13452 |
| 39. | Bobbie Gardner | 6:07-cv-11055 |
| 40. | Mary Garrett | 6:07-cv-10519 |
| 41. | Renee Gebre | 6:07-cv-10279 |
| 42. | Irene Gilbert | 6:07-cv-10639 |

|  |  |  |
|---|---|---|
| 43. | Michael Gillean | 6:07-cv-10282 |
| 44. | Linda Hardin | 6:07-cv-11622 |
| 45. | Carolyn Heatley | 6:07-cv-16175 |
| 46. | Barry Hendrix | 6:07-cv-11636 |
| 47. | Patti Henoch | 6:07-cv-15643 |
| 48. | Tony Holloway | 6:07-cv-11650 |
| 49. | Antoinette Hoskinson | 6:07-cv-10896 |
| 50. | Sharon Hull | 6:07-cv-15595 |
| 51. | Rosie Jammeh | 6:07-cv-13674 |
| 52. | Sharon Johnson [designated as Pearlie Mae Johnson ] | 6:07-cv-16460 |
| 53. | George W. Jones | 6:07-cv-13701 |
| 54. | Marsha Kelly | 6:07-cv-11708 |
| 55. | Tammie J. Kelly | 6:07-cv-10912 |
| 56. | Shawn Kramer | 6:07-cv-13780 |
| 57. | Darrell Lawson | 6:07-cv-11229 |
| 58. | Lindsay Lee | 6:07-cv-10684 |
| 59. | Evelyn March | 6:07-cv-16320 |
| 60. | Harry McDaniel | 6:07-cv-10698 |
| 61. | Karen McKinney | 6:07-cv-11786 |
| 62. | John McNair | 6:07-cv-15560 |
| 63. | Nancy McNair | 6:07-cv-12184 |
| 64. | Cynthia McReaken | 6:07-cv-10702 |
| 65. | Maria Melendez | 6:07-cv-12186 |

| | | |
|---|---|---|
| 66. | Larry Metcalf | 6:07-cv-16362 |
| 67. | Angela Metz | 6:07-cv-10948 |
| 68. | Anthony Molton | 6:07-cv-12188 |
| 69. | Donna Moore | 6:07-cv-12190 |
| 70. | Bryan Mueller | 6:07-cv-12191 |
| 71. | Jennifer Napier | 6:07-cv-13994 |
| 72. | Brian Nordby | 6:07-cv-12196 |
| 73. | Shelby Norman, William Norman on behalf of | 6:07-cv-16410 |
| 74. | Darlene Olson | 6:07-cv-12200 |
| 75. | Nicole Ousley | 6:07-cv-12201 |
| 76. | Frank Parsons | 6:07-cv-12203 |
| 77. | Virginia Parsons | 6:07-cv-14036 |
| 78. | Karen Patrick | 6:07-cv-15611 |
| 79. | LaShawn Patrick | 6:07-cv-10714 |
| 80. | Kathleen Penick | 6:07-cv-14058 |
| 81. | Juan Perea | 6:07-cv-16443 |
| 82. | Sara Plsek | 6:07-cv-12206 |
| 83. | Evelyn Pugh | 6:07-cv-10979 |
| 84. | Christine Rabideaux | 6:07-cv-12211 |
| 85. | Sandra Ready | 6:07-cv-11898 |
| 86. | Whitney Rich | 6:07-cv-14147 |
| 87. | Rubin Richardson | 6:07-11282 |
| 88. | Earline Riley | 6:07-cv-10415 |

4

| | | |
|---|---|---|
| 89. | Jude Roberts | 6:07-cv-15575 |
| 90. | Victor Rodriguez | 6:07-cv-10989 |
| 91. | Raymond Sepulveda | 6:07-cv-10754 |
| 92. | Lonnie Shelton | 6:07-cv-11004 |
| 93. | Scott Sinacore | 6:07-cv-11964 |
| 94. | Doris Smith | 6:07-cv-11109 |
| 95. | James Smith | 6:07-cv-11305 |
| 96. | Elizabeth Speight | 6:07-cv-11977 |
| 97. | Tracie Sweeney | 6:07-cv-14350 |
| 98. | Jack Taylor | 6:07-cv-16608 |
| 99. | Charles Tevis | 6:07-cv-14368 |
| 100. | Barbara Thompson, Eric Thompson as representative | 6:07-cv-14379 |
| 101. | Timothy Thorsberry | 6:07-cv-14385 |
| 102. | Gloria Trautz | 6:07-cv-12237 |
| 103. | Mark Trickel | 6:07-cv-12238 |
| 104. | Curtis Vance | 6:07-cv-12239 |
| 105. | Jody Webb | 6:07-cv-11331 |
| 106. | Don White | 6:07-cv-12052 |
| 107. | James Wiest | 6:07-cv-12055 |
| 108. | Christina Williams | 6:07-cv-12060 |
| 109. | Terry Wilson | 6:07-cv-11342 |
| 110. | Doris Wood | 6:07-cv-16706 |
| 111. | Jacquelyn Kukla on behalf of Tyler Wood (Minor) | 6:07-cv-15598 |

|     |                    |                 |
|-----|--------------------|-----------------|
| 112.| Vicky Woody        | 6:07-cv-12079   |
| 113.| Chassidy Yarbrough | 6:07-cv-11345   |
| 114.| Ruby York-Lavender | 6:07-cv-11346   |
| 115.| Arthur Yu          | 6:07-cv-12084   |
| 116.| Michael Zeck       | 6:07-cv-12255   |