**EXHIBIT 4**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

**ALL CASES IN EXHIBIT 1**

---

IT IS ON THIS ____ day of _____, 2007 **ORDERED** as follows:

1. All of the claims of Plaintiffs listed in Exhibit 1 to this Order only are **DISMISSED WITHOUT PREJUDICE** from the above-captioned cases for failure to timely serve upon Defendants a completed PFS with all requested information, documents, and authorizations.

2. Plaintiffs may reinstate their claims upon motion to this Court to vacate the Dismissal Without Prejudice provided that Plaintiffs serve Defendants with a substantially complete PFS, responsive documents, and authorizations. If such dismissal is vacated, the claims of those Plaintiffs shall relate back to the date of original filing and will be treated for all purposes as if they had never been dismissed in the first place.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on _____, 2007.

_____
ANNE C. CONWAY
United States District Judge