# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liablity Litigation.**

**Case No.  6:06-md-1769-Orl-22DAB**

_____/

## ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment  into the George C. Young United States Courthouse for use in connection with a hearing in this case, it is **ORDERED** as follows:

1. Robert L. Ciotti, A. Elizabeth Balakhani, Kathryn L. Connelly, Fred T. Magaziner, Stephen J. McConnell, Andrew S. Dupre, and James J. Freebery are each allowed to bring one "Blackberry" phone/email device and Robert L. Ciotti and A. Elizabeth Balakhani each one laptop computer into the George C. Young United States Courthouse on **THURSDAY, JULY 5, 2007**, for use in the status conference before the undersigned judicial officer scheduled to begin at **2:00 P.M.**

2. Paul Pennock, Michael Pederson, Fletch Trammel, Scott Allen, Ed Blizzard, and Ken Smith, Devid Meltzer are hereby each granted permission to bring a BlackBerry email device and/or cell phone; Paul Pennock, and Michael Pederson each one laptop computer; and David Meltzer projector and cables into the George C. Young United States Courthouse on **THURSDAY, JULY 5, 2007**, for use in the status conference before the undersigned judicial officer scheduled to begin at **2:00 P.M.**

      3.      The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require to present picture identification at the time of entry.

      4.      The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

      **DONE** and **ORDERED** in Orlando, Florida on July 3, 2007.

*David A. Baker*

DAVID A. BAKER  
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record  
Court Security Officers