UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br><br>MDL 1769<br><br>This Document Relates to All Cases | Case No. 6:06-md-1769-ACC-DAB<br><br>PLAINTIFFS' MOTION FOR ORDER IMPOSING DISCOVERY SANCTIONS |

## INTRODUCTION

The MDL Plaintiffs, by and through their undersigned co-lead counsel, hereby file this Combined Motion and Memorandum for and Order Imposing Discovery Sanctions, Pursuant to M.D.L.R. 3.01(a), and certification of compliance pursuant to M.D.L.R. 3.01(g).

Plaintiffs bring this motion due to AstraZeneca's failure to timely comply with numerous discovery obligations since the inception of this litigation. The Court ordered AstraZeneca to produce the Seroquel IND/NDA by November 7, 2006, but it failed to produce key elements of the IND/NDA until June 25, 2007. The Court ordered AstraZeneca to produce organizational charts by January 15, 2006, but AstraZeneca withheld the vast majority of them until May 14, 2007. Custodial production was to take place on a rolling basis between January 5 and June 30, 2007, but AstraZeneca chose to wait until mid-May to begin production of the overwhelming majority of the documents. It has failed to complete production in spite of the June 30 deadline. Though AstraZeneca was obligated to identify relevant databases in January, it only identified a

fraction of them at that time. Through depositions, plaintiffs have now identified 59 relevant databases. AstraZeneca has only yesterday produced the most basic information about them.

Cumulatively, AstraZeneca's tactics have caused plaintiffs to suffer great prejudice. Due to the fact that AstraZeneca has delayed fulfilling its discovery obligations by at least six months, plaintiffs are at least six months behind in preparing for depositions of AstraZeneca employees and plaintiffs' doctors. This delay has caused more than a waste of time – it may well have made it impossible for plaintiffs to meet the court's deadlines for completing these depositions. Because AstraZeneca is the architect of plaintiffs' current predicament, the equitable solution is to proceed with case-specific discovery as outlined in plaintiffs' June 21, 2007 Motion (Document 236). Plaintiffs further request an order that, until AstraZeneca has produced all documents and databases requested by plaintiffs, and has certified complete production of all 80 custodial files, AstraZeneca shall not be entitled to file any PFS-related motion.

## IND/NDA

At the initial pretrial conference on September 7, 2006, AstraZeneca informed the court that the "electronic formatting" of the IND/NDA was under way. As the Court then pointed out, it should already have been produced, particularly since much of that material had been produced to the FDA in electronic format. (Ex. A; Transcript of Hearing September 7, 2006; 17:22-21:25.) AstraZeneca was ordered to produce electronic versions of the IND/NDA on or before November 7, 2006. (Ex. B; Sept. 11, 2006 Order & Notice of Hearing.) When AstraZeneca eventually produced this basic information, it was not in a usable form, and required nearly two months of work for

plaintiffs to make it suitable for substantive review. (Ex. C; Transcript of Hearing November 20, 2006; p 31-40). Furthermore, that production was incomplete. As noted at the November 20 hearing, the production was missing the communications with the FDA – which AstraZeneca had earlier indicated would be included. (Ex. A; 21:1-2.; Ex. D; Transcript of Hearing April 12, 2007; 7:10-10:15.) Importantly, that production also omitted the CANDA safety database, which AstraZeneca used to communicate safety information to the FDA, and which is essential to a meaningful review of the IND/NDA. (*Id.*) It was not until June 8, 2007 that Plaintiffs first received this CANDA data.

## ORGANIZATIONAL CHARTS

*"I know you have done this, but I want you to continue and really take it to heart. If there's important things like an organization chart or issues like that, I'm just not going to have any patience, either side, making it hard for the other side. Do the easy stuff easily. Because it's going to -- it will be to everybody's benefit both in the short-term and the long term."*

Magistrate Judge Baker; November 20, 2006; Ex. C., 73:10-17.

Despite the court's admonition, by December 11, 2006, AstraZeneca still had not produced a single organizational chart. (Exhibit F; Transcript of Hearing December 11, 2006; 65:18-21.) Pursuant to CMO-2, AstraZeneca was to produce organizational charts "reflecting its general corporate structure, the structure of the Seroquel team, and the structure of the drug safety team" no later than January 15, 2007. (CMO 2; Ex. E; p. 4) AstraZeneca did produce approximately 20 pages of organizational charts in January. Then, on May 14, 2007, at the 30(b)(6) deposition of Ann Booth-Barbarian, AstraZeneca produced additional but incomplete sets of charts. Plaintiffs have propounded formal requests for further organizational charts. AstraZeneca has responded to those requests with objections, and indicating that it is "still investigating." AstraZeneca's failure to

3

timely produce organizational charts has delayed plaintiffs' ability to identify key witnesses for custodial production and deposition.

## CUSTODIAL PRODUCTION

By way of background, plaintiffs' first attempt at discovery was in response to AstraZeneca's announcement that it would file a motion to dismiss on the grounds of preemption. (Ex. C; 44:22-25.) Plaintiffs quickly propounded discovery requests tailored to preemption issues. Then, in order to avoid responding to these requests, AstraZeneca abandoned the motion. (Ex. F; 58:11-24). The propounded discovery requests were since replaced by the "custodial" method of production, in which AstraZeneca has exploited every opportunity to delay production of vital information.

Production of documents from 80 custodians selected by AstraZeneca was to begin with the first eight on January 5, and was to continue on a rolling basis through June 30. As the court is aware, AstraZeneca failed to live up to these obligations. As recently as June 25, 2007, it was still producing documents from the first 8 custodians. As of June 11, AstraZeneca had produced documents from only 48 custodians, and plaintiffs do not know how many of those productions are actually complete. Plaintiffs did not receive complete productions for 80 custodians on a rolling basis over a six month period. Instead, plaintiffs received a trickle of documents over four and a half months and then an overwhelming majority of documents in the past 45 days.

Furthermore, there are significant gaps in AstraZeneca's custodial production. First, it is clear that AstraZeneca's custodian selection has omitted many significant

4

witnesses and documents (Ex. D; 13:22-15:9), particularly those from Europe. (Ex. G; Transcript of Hearing May 22, 2007; 15:3-20.)

Second, AstraZeneca has not made a complete search of all documents associated with each custodian. For example, it does not appear that AstraZeneca has conducted a search of all electronic files, such as those commonly shared on a network drive. (Ex. H; Certification of Custodians.) Further, AstraZeneca limited its search to certain key terms, which were never discussed or agreed among the parties, and which glaringly omit basic terms such as "quetiapine" and "DM." (*Id*.)

Third, missing from AstraZeneca's custodial production is a great deal of email. As first presented at the April 12 hearing, there continues to be a dearth of email, particularly from the late 1990's and earlier, when Seroquel was in development. (Ex. D; Transcript of Hearing April 12, 2007; 12:20- 13:21.)

Fourth, AstraZeneca's production has been rife with technical problems. The parties met and conferred extensively regarding these technical issues prior to the last hearing, and agreed to certain corrective measures. (Ex. I; Joint Statement of Resolved Issues.) AstraZeneca has failed to comply with agreed deadlines for those corrective measures.

Because of AstraZeneca's continued failures to timely locate and produce information, plaintiffs are months behind in preparing for depositions of AstraZeneca's employees and plaintiffs' doctors.

## DATABASES

By January 5, 2007, AstraZeneca was to have provided plaintiffs with a list of databases in which information relevant to this litigation might be found. (Ex. E; CMO-

5

2; p.6.) In January, AstraZeneca listed 15 databases. (Ex. J; Flaster Email, January 15.) Over the past several months, through interviews, "meet and confers" and 30(b)(6) depositions, plaintiffs have now extracted from AstraZeneca the names of 59 relevant databases. With the exception of the CANDA database noted above, <u>AstraZeneca has produced no information whatsoever from any of these databases</u>.

To assist with the prioritization, formatting and production of these databases, plaintiffs requested basic information about each. AstraZeneca first refused to provide this information. After plaintiffs' counsel indicated they would seek the court's assistance, AstraZeneca finally provided the information on July 2, 2007. AstraZeneca must commence production of information from databases immediately.

## ATTEMPT TO RESOLVE

Pursuant to M.D.L.R. 3.01(g), since January, 2007 have attempted to resolve the outstanding issues set forth in this motion. However, despite numerous Court appearances, e-mail exchanges, telephone conferences and various other efforts at communication, Plaintiffs have been unable to secure Defendant's cooperation in resolving these issues.

## CONCLUSION

For the reasons set forth above, the parties should proceed with case-specific discovery as outlined in plaintiffs' June 21, 2007 Motion (Document 236). Plaintiffs further request an order that, until AstraZeneca has produced all documents and databases requested by plaintiffs, and has certified complete production of all 80 custodial files, AstraZeneca shall not be entitled to file any PFS-related motion.

<u>/s/ Paul J. Pennock</u>  
Paul J. Pennock  
Plaintiffs' Co-Lead Counsel  
WEITZ & LUXENBERG, P.C.  
180 Wall St.  
New York, NY 10038  
Telephone: 212 558 5504  
Facsimile: 212 363 2721  
E-mail: ppennock@weitzlux.com

/s/ Paul J. Pennock  
Paul J. Pennock  
Plaintiffs' Co-Lead Counsel  
WEITZ & LUXENBERG, P.C.  
180 Wall St.  
New York, NY 10038  
Telephone: 212 558 5504  
Facsimile: 212 363 2721  
E-mail: ppennock@weitzlux.com

# SERVICE LIST
(As of May 15, 2007)

**In Re: Seroquel Products Liability Litigation**
MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Benjamin A. Krass, Esq.<br>Law Offices of Matthew F.Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |

## SERVICE LIST
(As of May 15, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br>E. Ashley Cranford<br>Whatley Drake & Kallas, LLC<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ecf@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street<br>36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |

## SERVICE LIST
(As of May 15, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>(current address unknown)<br>*Pro Se* |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* |

<u>**SERVICE LIST**</u>
(As of May 15, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Thomas Campion, Esq.<br>Steven M. Selna<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>tcampion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br><br>*Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.* | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>Post Office Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>*Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP* | Joseph C. Langston, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>*Attorney for Defendant AstraZenca, PLC* | Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>*Attorney for Defendant Dr. Asif Habib* |

### SERVICE LIST
(As of May 15, 2007)

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>*Attorney for Defendants, Astrazeneca Pharmaceuticals, LP and Astrazeneca LP* | Aaron K. Dickey, Esq.<br>K. Lindsay Rakers, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| David P. Matthews, Esq.<br>Lizy Santiago<br>Matthews & Associates<br>2905 Sackett<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Howard Nations<br>Lori A. Siler<br>4515 Yoakum Boulevard<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com |

# SERVICE LIST
(As of May 15, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058 | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |
| Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, Texas 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com | Lizy Santiago, Esq.<br>Abraham, Watkins, Nichols,<br>Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>(713) 222-7211<br>lsantiago@abrahamwatkins.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |

**SERVICE LIST**
(As of May 15, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net | Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com |
| James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com | Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |