# EXHIBIT "G"

```
                    UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
                           ORLANDO DIVISION

                  Docket No.6:06-MD-1769-Orl-22DAB
    . . . . . . . . . . . . . . .
    IN RE:                             :
    SEROQUEL PRODUCTS LIABILITY        :
    LITIGATION                         :         Orlando, Florida
    MDL DOCKET No. 1769                :         May 22, 2007
                                       :         4:00 p.m.
    ALL CASES                          :
                                       :
    . . . . . . . . . . . . . . .:

                    TRANSCRIPT OF PRETRIAL CONFERENCE
         BEFORE THE HONORABLE DAVID A. BAKER AND ANNE C. CONWAY
                       UNITED STATES MAGISTRATE JUDGE
                        UNITED STATES DISTRICT JUDGE


    APPEARANCES:

    For the Plaintiffs:         Paul Pennock

                                Larry M. Roth

                                Scott Allen

                                Richard Laminack

                                F. Kenneth Bailey

    For the Defendant

    AstraZeneca:                Fred Magaziner

                                Stephen J. McConnell

                                James Freebery

    Court Reporter:  Sandra K. Tremel


    Proceedings recorded by mechanical stenography, transcript
    produced by computer-aided transcription.
```

1

1   going to get that discovery.
2       On the issues that Mr. Pennock raised --
3           MAGISTRATE JUDGE BAKER: Wait a minute. Is he
4   right?
5           MR. MCCONNELL: About what?
6           MAGISTRATE JUDGE BAKER: Whether these foreign
7   entities have some documents that bear on the testing of
8   this drug.
9           MR. MCCONNELL: I'm not clear because the --
10          MAGISTRATE JUDGE BAKER: No, no, no. This is
11  your client.
12          MR. MCCONNELL: I suspect there probably are
13  some over there, but what Mr. Pennock was citing was a
14  deposition of a corporate secretary, and what she
15  testified to is the overall corporate structure.
16      There's AstraZeneca in the United states --
17          MAGISTRATE JUDGE BAKER: But your burden prior
18  to this was to have investigated the universe of what's
19  available. Not to play semantic games with his summary of
20  some deposition that was taken.
21          MR. MCCONNELL: I'm not playing semantic games.
22  Not even close.
23          MAGISTRATE JUDGE BAKER: Well, you're not
24  answering my question as to whether there's really some
25  witnesses and some documents out there that we haven't

```
 1   seen or heard about until now.
 2              MR. MCCONNELL:  I think there are some witnesses
 3   that are overseas.  I think there are probably some
 4   documents.  But I think that the vast -- not just the
 5   majority, the overwhelming majority of materials is in the
 6   United States.
 7        And we have said all along, and Your Honor's provided
 8   in the order, if they want to add witnesses, they want to
 9   ask for more documents, they can do that.  And we're ready
10   to respond to that.
11        But right now there's nothing to respond to except a
12   vague complaint.  But we have more than met our
13   obligations, Your Honors.
14        And with respect to the technical issue, Mr. Pennock
15   is right.  I mean that shouldn't be the case.  You
16   shouldn't have blank pages.  You shouldn't have pages
17   without page breaks.
18        And what we have said, and Mr. Freebery can address
19   this, time and time again, we have asked to meet and
20   confer, put the lawyers and the techie people together and
21   let's fix these problems.  These are susceptible to a
22   technological fix, and it shouldn't have taken this long,
23   but we need to be able to get together and do it.
24        In terms of the TIF'ing, as Mr. Freebery can
25   complain, TIF'ing of documents is the first step, it's not
```