# EXHIBIT "J"

From: Flaster, Eben [mailto:eben.flaster@dechert.com]
Sent: Monday, January 15, 2007 8:08 AM
To: McConnell, Stephen; jjaffe@weitzlux.com; Magaziner, Fred; tkelber@Sidley.com
Cc: kaltman@lawampmmt.com; Torregrossa, Brennan; Larry J. Gornick; Dennis Canty; MPederson@weitzlux.com; lroth@roth-law.com; ftrammell@bpblaw.com; kbailey@bpblaw.com; kj@kjensenlaw.com; CBailey@bpblaw.com
Subject: RE: AZ IT interviews

Jonathan --

In response to your request, we specifically identify below (by IT witness with knowledge) AZ's systems and attempt to align them with the 14 categories requested:

Daryl Draper:

Adverse Event Reporting - CLINTRACE; SAM; GESISS

Clinical Communications - SAMSON

Clinical Trials/Research Report - IIRIS; AMOS/Diplomat; IMPACT

Regulatory - GEL

Medical Literature - PLANET

John Dowling:

Sales Call Tracking/IMS - Compass/NORTHSTAR

Visitor Speakers Bureau/Thought Leaders - Viewpoint

Instant Message, voicemail, discussion forum, etc. - NICE; MAX; ICON; KNOWBOL

I note that, since our initial disclosure on the subject, we have identified another system, Viewpoint (listed above), potentially responsive to your request.

Thanks,
Eben

-----Original Message-----
From: McConnell, Stephen
Sent: Monday, January 15, 2007 9:42 AM