# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liablity Litigation

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker | DATE AND TIME | July 5, 2007 2:00-3:45 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER: | Sandy Tremel |
| COUNSEL/PLTF. | Scott Allen<br>Ed Blizzard<br>Ruth Brooks (TCC)<br>Yommy Chiu (TCC)<br>David Dickens (TCC)<br>Neil Dispirito<br>Lowell Finson (TCC)<br>Tim Goss (TCC)<br>Paul Pennock<br>Michael Pederson<br>Jason Perkins<br>Larry Roth (TCC)<br>Kenneth Smith<br>Fletch Trammell<br>Scott Armstrong (TCC)<br>Larry Gornick (TCC)<br>Ashley Cranford (TCC)<br>Dennis Canty (TCC)<br>Jonathan Jaffe (TCC)<br>Lezzlie Hornsby (TCC)<br>Lori Siler (TCC)<br>Angela Nixon (TCC)<br>Eileen Sugiarto (TCC)<br>Lizy Santiago (TCC)<br>Pete Schneider (TCC) | COUNSEL/DEFT. | Fred Magaziner<br>Robert Ciotta<br>Stephen McConnell<br>James Freebery |

## CLERK'S MINUTES
### STATUS CONFERENCE

Case called, appearances taken
Procedural setting by court
Court sets evidentiary hearing on July 26, 2007 at 9:30 AM before Judge Baker
Court direct parties to hire a project management coordinator to assist with scheduling depositions
Parties discuss various discovery issues