# EXHIBIT LIST



___ Government   ✓ Plaintiff   ___ Defendant

___ Joint   ___ Court

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 7-5-07 | 7-5-07 | | Transcript excerpts |
| 2 | 7-5-07 | 7-5-07 | | Policy & Procedure Manual |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Case No. 6:06MD1769 Orl-22DAB   Style: IN RE: Seroquel Products Liability Litigation