UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL Docket No. 1769

This document relates to:

ALL CASES IN EXHIBIT 1

### PLAINTIFFS' RESPONSE TO ASTRAZENECA DEFENDANTS' MOTION REQUESTING DISMISSALS WITHOUT PREJUDICE FOR FAILURE TO SERVE PLAINTIFF FACT SHEETS

On or about June 25, 2007, Defendant, AstraZeneca filed a motion to dismiss the cases listed on the attached Exhibit 1.

Unfortunately, despite Plaintiffs' Counsel best efforts, the following clients have been totally unresponsive to our requests for information; therefore, Plaintiffs' Counsel consents to the Court's dismissal WITHOUT PREJUDICE, of the claims of the following Plaintiffs:

1. Janeen A. Bradke
2. Karen S. McGill
3. Marilyn J. Merried
4. Tim S. Pelley
5. Ruth E. Randol
6. Paula M. Warford
7. Brenda C. Washington

Due to a variety of reasons, Plaintiffs' Counsel consents to the dismissal, WITHOUT PREJUDICE, of the claims of the following Plaintiffs:

1. Jack L. Green
2. Judith L. Harris
3. Nina S. Plunk
4. Barbara A. Smith

5. Margaret Smith
6. Darren L. Teeter
7. Leigh K. West

WHEREFORE, premises considered, Plaintiffs' Counsel respectfully requests that Defendant's Motion to Dismiss be denied, were appropriate.

Dated: July 5, 2007

                                      By:   /s/ *David P. Matthews*
                                               DAVID MATTHEWS
                                               Federal Bar No.: 11816
                                               MATTHEWS & ASSOCIATES
                                               2905 Sackett St.
                                               Houston, Texas 77098
                                               Phone: 713/222-8080
                                               Facsimile: 713/222-0066

                                               Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that, on the 5th of July, 2007, I caused a true and correct copy of the foregoing Plaintiffs' Response to AstraZeneca Defendants' Motion Requesting Dismissals Without Prejudice For Failure To Serve Plaintiff Fact Sheets to be served electronically through ECF upon the following:

>Fred T. Magaziner
>Elizabeth Balakhani
>Dechert LLP
>Cira Centre
>2929 Arch Street
>Philadelphia, PA 19104
>(215) 994-4000
>
>Larry Roth, Esquire
>Law Offices of Larry M. Roth, P.A.
>Post Office Box 547637
>Orlando, FL 32854-7637
>
>Jona R. Hefner, Esquire
>Hefner & Associates
>3441 W. Memorial Road, Suite 4
>Oklahoma City, OK 73134-7000

/s/ *David P. Matthews*