# EXHIBIT 1

# EXHIBIT 1

## Matthews & Associates

## Overdue Discovery Cases

| | PLAINTIFF NAME | CASE NUMBER | DATE TRANSFERRED |
|---|---|---|---|
| 1. | Gino Baldelli | 6:2007cv10116 | 8/16/06 |
| 2. | Angela Beshears | 6:2007cv10119 | 8/16/06 |
| 3. | Eugene Brewer | 6:2007cv10122 | 8/16/06 |
| 4. | Peggy Brown | 6:2007cv10125 | 8/16/06 |
| 5. | Regina Carlisle | 6:2007cv10127 | 8/16/06 |
| 6. | Frank Castleberry | 6:2007cv10128 | 8/16/06 |
| 7. | Michael Clark | 6:2007cv10129 | 8/16/06 |
| 8. | Christopher Connolly | 6:2007cv10130 | 8/16/06 |
| 9. | Bonnie Crum | 6:2007cv10132 | 8/16/06 |
| 10. | Victoriano Flores | 6:2007cv10134 | 8/16/06 |
| 11. | Milton Goodson | 6:2007cv10137 | 8/16/06 |
| 12. | Diane Hanshaw | 6:2007cv10139 | 8/16/06 |
| 13. | Ryan James | 6:2007cv10144 | 8/16/06 |
| 14. | Dorothy Jones | 6:2007cv10146 | 8/16/06 |
| 15. | Kim McDaniel | 6:2007cv10148 | 8/16/06 |
| 16. | Denis Orwig | 6:2007cv10152 | 8/16/06 |
| 17. | Lonnie Outlaw | 6:2007cv10153 | 8/16/06 |
| 18. | Suzanne Richardson | 6:2007cv10157 | 8/16/06 |
| 19. | Kayla Tunnell | 6:2007cv10161 | 8/16/06 |
| 20. | Debbie Waldie | 6:2007cv10163 | 8/16/06 |
| 21. | Pauline Witaker | 6:2007cv10164 | 8/16/06 |