# EXHIBIT 3



Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

**BRENNAN J. TORREGROSSA**

brennan.torregrossa@dechert.com
+1 215 994 2358 Direct
+1 215 655 2358 Fax

March 30, 2007

**VIA FACSIMILE & FIRST CLASS MAIL**

David P. Matthews, Esquire
Lizy Santiago, Esquire
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

Re:   In re: Seroquel Products Liability Litigation Case Number: 6:06-md-1769

Dear Counsel:

I am writing to inform you that our records indicate that your law firm's Plaintiff Fact Sheet designation is overdue. Case Management Order No. 2, Paragraph I(A), states that: "By February 16, 2007 plaintiffs counsel shall file a designation of the month each client's completed [Plaintiff Fact Sheet] is due." We have not received a Plaintiff Fact Sheet designation from your law firm.

For all cases pending in the MDL as of the date of Case Management Order No. 2, please designate which month your law firm will be serving Plaintiff Fact Sheets for those cases. We ask that you provide us with the designation within 7 days of the date of this letter. If you have any questions or would like to discuss the issue, please do not hesitate to call me.

Sincerely,


Brennan J. Torregrossa

BJT:jz