# EXHIBIT 4



Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

**BRENNAN J. TORREGROSSA**

brennan.torregrossa@dechert.com
+1 215 994 2358 Direct
+1 215 655 2358 Fax

June 15, 2007

**VIA FACSIMILE & FIRST-CLASS MAIL**

David P. Matthews, Esquire
Lizy Santiago, Esquire
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

Re: In re: Seroquel Products Liability Litigation (MDL Docket No. 1769) –
    Notice of Overdue Discovery

Dear Counsel:

I am writing to inform you that our records indicate that the 22 Plaintiff Fact Sheets listed in the attached chart are overdue. In a letter dated March 30, 2007, I requested that your firm designate when the Plaintiff Fact Sheets for your clients would be served in accordance with the terms of Case Management Order (CMO) No. 2, paragraph I(A). To date, we have not received any designations.

Under CMO No. 2, your clients' Plaintiff Fact Sheets for cases filed before January 31, 2007 were to be served on or by February 28, 2007, March 31, 2007, or April 30, 2007. We have not received any Plaintiff Fact Sheets in the 22 cases filed in the MDL before January 31, 2007. Therefore, in accordance with CMO No. 2, the Plaintiff Fact Sheets for the cases listed in the attached chart are overdue.

If responses are still due in those cases, please provide the requisite information within twenty (20) days to Marjorie Shiekman, Esquire, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104, or fax to (215) 655-2019. Alternatively, Plaintiff Fact Sheets can be electronically mailed to seroquelpfs@dechert.com. If completed Plaintiff Fact Sheets are not served within that time period, AstraZeneca will move for dismissal pursuant to Case Management Order No. 2, and the case may be dismissed by the Court. If you have already submitted a response in any of these cases, please let me know.



David P. Matthews, Esquire
Lizy Santiago, Esquire
June 15, 2007
Page 2

If you have any questions, please contact me. Thank you for your cooperation in this matter.

Sincerely,

Brennan J. Torregrossa

BJT:jz

Attachment