# EXHIBIT 5

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

ALL CASES IN EXHIBIT 1

_____

       IT IS ON THIS ____ day of _____, 2007 **ORDERED** as follows:

       1.    All of the claims of Plaintiffs listed in Exhibit 1 to this order only are **DISMISSED WITHOUT PREJUDICE** for failure to timely serve upon Defendants a completed PFS with all requested information, documents, and authorizations

       2.    Plaintiffs may reinstate their claims upon motion to this Court to vacate the Dismissal Without Prejudice provided that Plaintiffs serve Defendants with a substantially complete PFS, responsive documents, and authorizations. If such dismissal is vacated, the claims of Plaintiffs shall relate back to the date of original filing and will be treated for all purposes as if they had never been dismissed in the first place.

DATED: _____                _____
                                                                 **ORDERED BY THE COURT**

# EXHIBIT 1

## Matthews & Associates

## Overdue Discovery Cases

|     | PLAINTIFF NAME | CASE NUMBER | DATE TRANSFERRED |
| --- | --- | --- | --- |
| 1.  | Gino Baldelli | 6:2007cv10116 | 8/16/06 |
| 2.  | Angela Beshears | 6:2007cv10119 | 8/16/06 |
| 3.  | Eugene Brewer | 6:2007cv10122 | 8/16/06 |
| 4.  | Peggy Brown | 6:2007cv10125 | 8/16/06 |
| 5.  | Regina Carlisle | 6:2007cv10127 | 8/16/06 |
| 6.  | Frank Castleberry | 6:2007cv10128 | 8/16/06 |
| 7.  | Michael Clark | 6:2007cv10129 | 8/16/06 |
| 8.  | Christopher Connolly | 6:2007cv10130 | 8/16/06 |
| 9.  | Bonnie Crum | 6:2007cv10132 | 8/16/06 |
| 10. | Victoriano Flores | 6:2007cv10134 | 8/16/06 |
| 11. | Milton Goodson | 6:2007cv10137 | 8/16/06 |
| 12. | Diane Hanshaw | 6:2007cv10139 | 8/16/06 |
| 13. | Ryan James | 6:2007cv10144 | 8/16/06 |
| 14. | Dorothy Jones | 6:2007cv10146 | 8/16/06 |
| 15. | Kim McDaniel | 6:2007cv10148 | 8/16/06 |
| 16. | Denis Orwig | 6:2007cv10152 | 8/16/06 |
| 17. | Lonnie Outlaw | 6:2007cv10153 | 8/16/06 |
| 18. | Suzanne Richardson | 6:2007cv10157 | 8/16/06 |
| 19. | Kayla Tunnell | 6:2007cv10161 | 8/16/06 |
| 20. | Debbie Waldie | 6:2007cv10163 | 8/16/06 |
| 21. | Pauline Witaker | 6:2007cv10164 | 8/16/06 |