# EXHIBIT 1

# EXHIBIT 1

## Bailey Perrin Bailey, LLP

## Overdue Discovery Cases

|     | Last Name    | First Name | Case Number  |
|-----|--------------|------------|--------------|
| 1.  | Anderson     | Stacey     | 6:2007cv10813 |
| 2.  | Bartlett     | Diana      | 6:2007cv12106 |
| 3.  | Bryant       | Valery     | 6:2007cv10219 |
| 4.  | Burgess      | Ruby       | 6:2007cv11149 |
| 5.  | Buttram      | Michael    | 6:2007cv13208 |
| 6.  | Campbell     | Bruce      | 6:2007cv15569 |
| 7.  | Carson       | Michael    | 6:2007cv12118 |
| 8.  | Chance       | Nancy      | 6:2007cv13238 |
| 9.  | Drum         | Sally      | 6:2007cv10514 |
| 10. | Eblen        | Michael    | 6:2007cv10260 |
| 11. | Hinson       | Kimberly   | 6:2007cv11210 |
| 12. | Jackson      | Cherie     | 6:2007cv12161 |
| 13. | Jones        | Debra      | 6:2007cv10531 |
| 14. | Lester       | Christina  | 6:2007cv13806 |
| 15. | Lively       | Steven     | 6:2007cv10345 |
| 16. | McCloud      | Ellis      | 6:2007cv13892 |
| 17. | McDougle     | Dorothy    | 6:2007cv11244 |
| 18. | Miller       | Jerry      | 6:2007cv10951 |
| 19. | Moyer        | Brenda     | 6:2007cv11255 |
| 20. | Pearson      | Janice     | 6:2007cv10394 |
| 21. | Peralez      | Dominic    | 6:2007cv16442 |
| 22. | Poston-Davis | Randala    | 6:2007cv10104 |
| 23. | Price        | Herbert    | 6:2007cv11882 |
| 24. | Sanders      | Donnetta   | 6:2007cv14216 |
| 25. | Scherer      | Rebecca    | 6:2007cv10749 |
| 26. | Seay         | Earl       | 6:2007cv11948 |
| 27. | Sizemore     | Kimberly   | 6:2007cv10761 |
| 28. | Sood         | Alberta    | 6:2007cv10766 |
| 29. | Valdez       | Nancy      | 6:2007cv10461 |
| 30. | Walker       | Carrie     | 6:2007cv10566 |
| 31. | Warren       | Nina       | 6:2007cv10567 |

|     | Last Name | First Name | Case Number   |
| --- | --------- | ---------- | ------------- |
| 32. | Williams  | Katrina    | 6:2007cv10799 |
| 33. | Williams  | Willie     | 6:2007cv11044 |
| 34. | Wood      | Jason      | 6:2007cv12077 |
| 35. | Woods     | Brian      | 6:2007cv10806 |
| 36. | Young     | Gale       | 6:2007cv15626 |