# EXHIBIT 2



Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000  Main
+1 215 994 2222  Fax
www.dechert.com

**BRENNAN J. TORREGROSSA**

brennan.torregrossa@dechert.com
+1 215 994 2358 Direct
+1 215 655 2358 Fax

June 12, 2007

**VIA FACSIMILE & FIRST-CLASS MAIL**

K. Camp Bailey, Esquire
Bailey Perrin Bailey LLP
440 Louisiana Street, Suite 2100
Houston, TX 77002

Re: In re: Seroquel Products Liability Litigation (MDL Docket No. 1769) –
    Notice of Overdue Discovery

Dear Camp:

I am writing concerning the Plaintiff Fact Sheets your firm served for May 2007. After comparing your firm's May 2007 Plaintiff Fact Sheet designations with the Plaintiff Fact Sheets received, our records indicate that fact sheets were not served in 122 cases. Additionally, there continue to be an alarming number of Plaintiffs who failed to verify their Plaintiff Fact Sheets and/or failed to provide medical records authorizations. At the last MDL status conference, the Court made clear that the failure to serve completed Plaintiff Fact Sheets – along with completed verifications and completed medical records authorizations – is unacceptable and in violation of the Court's Order.

I have attached four charts to this letter listing cases with overdue discovery. Those four charts list: (1) the cases in which Plaintiffs failed to serve any Plaintiff Fact Sheet (or medical records authorization); (2) the cases in which Plaintiffs failed to verify their Plaintiff Fact Sheets; (3) the cases in which the Plaintiffs failed to serve medical records authorizations; and (4) the cases in which Plaintiffs failed to verify their Plaintiff Fact Sheets and failed to provide a medical records authorizations. If completed Plaintiff Fact Sheets, including completed verifications and executed medical records authorizations, are not served within twenty (20) days in those cases to Marjorie Shiekman, Esquire, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia PA 19104 or to seroquelpfs@dechert.com, AstraZeneca will move for dismissal pursuant to Case Management Order No. 2 and these cases may be dismissed.



K. Camp Bailey, Esquire
June 12, 2007
Page 2

Finally, in an effort to move the discovery process forward, we will send deficiency letters in these cases (to the extent a Plaintiff Fact Sheet was served) despite the failures of the Plaintiffs identified above.  We nonetheless consider discovery in those cases as overdue.

If you would like to discuss these issues further, please call me.  I look forward to your response.

Sincerely,

Brennan J. Torregrossa

BJT:jz

Enclosures

**Bailey Perrin Bailey LLP**

**List of Missing Plaintiff Fact Sheets -- May 2007**

| | PLAINTIFF NAME | CASE NUMBER |
|---|---|---|
| 1. | Cynthia Abrams | 6:07-cv-11350 |
| 2. | Angela Adger | 6:07-cv-13020 |
| 3. | Rocferd Atkins | 6:07-cv-10816 |
| 4. | Camelia Albright | 6:07-cv-15855 |
| 5. | Clarence Armbruster | 6:07-cv-10814 |
| 6. | Leslie Bago | 6:07-cv-10817 |
| 7. | Joann Blackwell | 6:07-cv-10823 |
| 8. | Dixie Boyd | 6:07-cv-10206 |
| 9. | Kenneth Bridges | 6:07-cv-10825 |
| 10. | B. Brown (Minor) [designated at Tina Cramer] | 6:07-cv-15588 |
| 11. | Rickie Browing | 6:07-cv-11433 |
| 12. | Donnie Bryant | 6:07-cv-15952 |
| 13. | Jackie Bullard | 6:07-cv-13194 |
| 14. | Dianne Burke | 6:07-cv-15585 |
| 15. | Eric Burnam | Not Found |
| 16. | Bill Byrge | 6:07-cv-13211 |
| 17. | Miranda Carter, Michael Carter of behalf of | 6:07-cv-15983 |
| 18. | Joseph Cassellius | 6:07-cv-15989 |
| 19. | Sam Choate | 6:07-cv-12120 |
| 20. | Julie Clark | 6:07-cv-11053 |

| | PLAINTIFF NAME | CASE NUMBER |
|---|---|---|
| 21. | Karen Clarkson, Lisa Carter, on behalf of | 6:07-cv-13233 |
| 22. | Eric Clements | 6:07-cv-13262 |
| 23. | Bryan Colmenero | 6:07-cv-16009 |
| 24. | Pamela Cornell | 6:07-cv-16028 |
| 25. | James Cox | 6:07-cv-11479 |
| 26. | Gary Culbreath | 6:07-cv-16042 |
| 27. | John Cywinski | Not in Anderton Complaint |
| 28. | Harold Davis | Not in Ammerman Complaint |
| 29. | Timothy Davis | 6:06-cv-10847 |
| 30. | Byron Dawkins | 6:07-cv-11169 |
| 31. | Malcolm Day | 6:07-cv-10848 |
| 32. | Susan De Rafelo | 6:07-cv-12124 |
| 33. | Armando Duncan | 6:07-cv-10855 |
| 34. | Paula Wilson [designated as Lee Eads] | 6:07-cv-14513 |
| 35. | William Eibeck | 6:07-cv-11533 |
| 36. | Edward Emery | 6:07-cv-10862 |
| 37. | Jimmy Epting | 6:07-cv-10263 |
| 38. | Kathy Ferguson | 6:07-cv-11550 |
| 39. | Jennifrey Fowler | 6:07-cv-11575 |
| 40. | Bobbie Fuller | 6:07-cv-15834 |
| 41. | Aurora Gabaldon | 6:07-cv-13452 |
| 42. | Bobbie Gardner | 6:07-cv-11055 |

| | PLAINTIFF NAME | CASE NUMBER |
|---|---|---|
| 43. | Mary Garrett | 6:07-cv-10519 |
| 44. | Renee Gebre | 6:07-cv-10279 |
| 45. | Irene Gilbert | 6:07-cv-10639 |
| 46. | Michael Gillean | 6:07-cv-10282 |
| 47. | Linda Hardin | 6:07-cv-11622 |
| 48. | Carolyn Heatley | 6:07-cv-16175 |
| 49. | Constance Heldrich | Not in Anderson Complaint |
| 50. | Barry Hendrix | 6:07-cv-11636 |
| 51. | Patti Henoch | 6:07-cv-15643 |
| 52. | Tony Holloway | 6:07-cv-11650 |
| 53. | Antoinette Hoskinson | 6:07-cv-10896 |
| 54. | Sharon Hull | 6:07-cv-15595 |
| 55. | Rosie Jammeh | 6:07-cv-13674 |
| 56. | Sharon Johnson [designated as Pearlie Mae Johnson ] | 6:07-cv-16460 |
| 57. | George W. Jones | 6:07-cv-13701 |
| 58. | Marsha Kelly | 6:07-cv-11708 |
| 59. | Tammie J. Kelly | 6:07-cv-10912 |
| 60. | Shawn Kramer | 6:07-cv-13780 |
| 61. | Darrell Lawson | 6:07-cv-11229 |
| 62. | Lindsay Lee | 6:07-cv-10684 |
| 63. | Evelyn March | 6:07-cv-16320 |
| 64. | Harry McDaniel | 6:07-cv-10698 |
| 65. | Karen McKinney | 6:07-cv-11786 |

| | PLAINTIFF NAME | CASE NUMBER |
|---|---|---|
| 66. | John McNair | 6:07-cv-15560 |
| 67. | Nancy McNair | 6:07-cv-12184 |
| 68. | Cynthia McReaken | 6:07-cv-10702 |
| 69. | Maria Melendez | 6:07-cv-12186 |
| 70. | Larry Metcalf | 6:07-cv-16362 |
| 71. | Angela Metz | 6:07-cv-10948 |
| 72. | Anthony Molton | 6:07-cv-12188 |
| 73. | Donna Moore | 6:07-cv-12190 |
| 74. | Bryan Mueller | 6:07-cv-12191 |
| 75. | Jennifer Napier | 6:07-cv-13994 |
| 76. | Brian Nordby | 6:07-cv-12196 |
| 77. | Shelby Norman, William Norman on behalf of | 6:07-cv-16410 |
| 78. | Dennis Olean | Not in Abeyta Complaint |
| 79. | Darlene Olson | 6:07-cv-12200 |
| 80. | Nicole Ousley | 6:07-cv-12201 |
| 81. | Frank Parsons | 6:07-cv-12203 |
| 82. | Virginia Parsons | 6:07-cv-14036 |
| 83. | Karen Patrick | 6:07-cv-15611 |
| 84. | LaShawn Patrick | 6:07-cv-10714 |
| 85. | Kathleen Penick | 6:07-cv-14058 |
| 86. | Juan Perea | 6:07-cv-16443 |
| 87. | Sara Plsek | 6:07-cv-12206 |
| 88. | Evelyn Pugh | 6:07-cv-10979 |

| | PLAINTIFF NAME | CASE NUMBER |
|---|---|---|
| 89. | Christine Rabideaux | 6:07-cv-12211 |
| 90. | Sandra Ready | 6:07-cv-11898 |
| 91. | Whitney Rich | 6:07-cv-14147 |
| 92. | Rubin Richardson | 6:07-11282 |
| 93. | Earline Riley | 6:07-cv-10415 |
| 94. | Jude Roberts | 6:07-cv-15575 |
| 95. | Victor Rodriguez | 6:07-cv-10989 |
| 96. | Raymond Sepulveda | 6:07-cv-10754 |
| 97. | Lonnie Shelton | 6:07-cv-11004 |
| 98. | Scott Sinacore | 6:07-cv-11964 |
| 99. | Doris Smith | 6:07-cv-11109 |
| 100. | James Smith | 6:07-cv-11305 |
| 101. | Elizabeth Speight | 6:07-cv-11977 |
| 102. | Tracie Sweeney | 6:07-cv-14350 |
| 103. | Jack Taylor | 6:07-cv-16608 |
| 104. | Charles Tevis | 6:07-cv-14368 |
| 105. | Barbara Thompson, Eric Thompson as representative | 6:07-cv-14379 |
| 106. | Timothy Thorsberry | 6:07-cv-14385 |
| 107. | Gloria Trautz | 6:07-cv-12237 |
| 108. | Mark Trickel | 6:07-cv-12238 |
| 109. | Curtis Vance | 6:07-cv-12239 |
| 110. | Mona Vasquez | Not Found |
| 111. | Jody Webb | 6:07-cv-11331 |

| | PLAINTIFF NAME | CASE NUMBER |
|---|---|---|
| 112. | Don White | 6:07-cv-12052 |
| 113. | James Wiest | 6:07-cv-12055 |
| 114. | Christina Williams | 6:07-cv-12060 |
| 115. | Terry Wilson | 6:07-cv-11342 |
| 116. | Doris Wood | 6:07-cv-16706 |
| 117. | Jacquelyn Kukla on behalf of Tyler Wood (Minor) | 6:07-cv-15598 |
| 118. | Vicky Woody | 6:07-cv-12079 |
| 119. | Chassidy Yarbrough | 6:07-cv-11345 |
| 120. | Ruby York-Lavender | 6:07-cv-11346 |
| 121. | Arthur Yu | 6:07-cv-12084 |
| 122. | Michael Zeck | 6:07-cv-12255 |

**Bailey Perrin Bailey, LLP**
**Plaintiff Fact Sheet Production - May 30, 2007**
**List of 3 Plaintiff Fact Sheets Missing Verifications but have Authorizations**

|     | Original # | Last Name | First Name | Authorization |
|-----|-----------|-----------|------------|---------------|
| 1.  | 289       | Forbey    | Maria      | Not Missing   |
| 2.  | 553       | Little    | Dorothy    | Not Missing   |
| 3.  | 1067      | Yeary     | Callie     | Not Missing   |

**Bailey Perrin Bailey, LLP**
**Plaintiff Fact Sheet Production - May 30, 2007**
**List of 38 Plaintiff Fact Sheets with Missing Authorizations but have Verifications**

|     | Original # | Last Name | First Name |
|-----|-----------|-----------|------------|
| 1.  | 12        | Anderson  | Carol      |
| 2.  | 20        | Anderson  | Stacey     |
| 3.  | 50        | Bartlett  | Diana      |
| 4.  | 58        | Beaty     | Linda      |
| 5.  | 60        | Becker    | Mark       |
| 6.  | 124       | Burgess   | Ruby       |
| 7.  | 136       | Buttram   | Michael    |
| 8.  | 143       | Campbell  | Bruce      |
| 9.  | 152       | Carson    | Michael    |
| 10. | 161       | Chance    | Nancy      |
| 11. | 191       | Crawford  | Bertha     |
| 12. | 237       | Drum      | Sally      |
| 13. | 246       | Eblen     | Michael    |
| 14. | 306       | Gaddy     | Lartisha   |
| 15. | 334       | Goldsworthy | Renee    |
| 16. | 383       | Harris    | Beverly    |
| 17. | 418       | Hinson    | Kimberly   |
| 18. | 447       | Jackson   | Cherie     |
| 19. | 475       | Jones     | Debra      |
| 20. | 548       | Lilly     | Brenda     |
| 21. | 556       | Lively    | Steven     |
| 22. | 613       | McDougle  | Dorothy    |
| 23. | 652       | Moyer     | Brenda     |
| 24. | 699       | Pearson   | Janice     |
| 25. | 732       | Poston-Davis | Randala  |
| 26. | 746       | Pruden    | David      |
| 27. | 835       | Scherer   | Rebecca    |
| 28. | 852       | Seay      | Earl       |
| 29. | 873       | Sizemore  | Kimberly   |
| 30. | 909       | Stevens   | Rebecca    |
| 31. | 963       | Travis    | Sandra     |
| 32. | 975       | Valdez    | Nancy      |

|      | Original # | Last Name | First Name |
|------|-----------|-----------|------------|
| 33.  | 989       | Walker    | Carrie     |
| 34.  | 1030      | Williams  | June       |
| 35.  | 1040      | Williams  | Willie     |
| 36.  | 1051      | Wood      | Jason      |
| 37.  | 1054      | Woods     | Brian      |
| 38.  | 1069      | Young     | Gale       |

Bailey Perrin Bailey, LLP
Plaintiff Fact Sheet Production - May 30, 2007
List of 690 Plaintiff Fact Sheets Missing Verifications and Missing Authorizations

|     | Original # | Last Name | First Name | Authorization |
|-----|-----------|-----------|-----------|---------------|
| 1.  | 2  | Adair | Pamela | Missing |
| 2.  | 4  | Adkins | Larry | Missing |
| 3.  | 6  | Alexander | Lisa | Missing |
| 4.  | 8  | Allison | Rebecca | Missing |
| 5.  | 9  | Altman | Stephanie | Missing |
| 6.  | 13 | Anderson | Carolyn | Missing |
| 7.  | 14 | Anderson | Cathy | Missing |
| 8.  | 15 | Anderson | Dinine | Missing |
| 9.  | 16 | Anderson | Heather | Missing |
| 10. | 17 | Anderson | Michelle | Missing |
| 11. | 18 | Anderson | Pearl | Missing |
| 12. | 19 | Anderson | Serena | Missing |
| 13. | 21 | Andrews | Beverly | Missing |
| 14. | 22 | Andrews | Mary | Missing |
| 15. | 23 | Angel | Tony | Missing |
| 16. | 24 | Arthur | Mark | Missing |
| 17. | 26 | Atkinson | Janet | Missing |
| 18. | 27 | Baas | Dianne | Missing |
| 19. | 28 | Baginski | Patricia | Missing |
| 20. | 29 | Bailey | Janice | Missing |
| 21. | 31 | Baisden | Randall | Missing |
| 22. | 35 | Baker | Joseph | Missing |
| 23. | 36 | Baker | Mary | Missing |
| 24. | 40 | Baldwin | Jimmy | Missing |
| 25. | 43 | Balmer | Edward | Missing |
| 26. | 44 | Barfield | Gladyene | Missing |
| 27. | 45 | Barnes | Susan | Missing |
| 28. | 46 | Barnett-Chase | Patricia | Missing |
| 29. | 47 | Barrow | Rebecca | Missing |
| 30. | 49 | Barstad | Denise | Missing |
| 31. | 52 | Batchelor | Dion | Missing |
| 32. | 57 | Bearse | Amy | Missing |

| | | | | |
|---|---|---|---|---|
| 33. | 59 | Beck | Pamela | Missing |
| 34. | 61 | Bejarano | Rebecca | Missing |
| 35. | 62 | Bell | Shavonna | Missing |
| 36. | 64 | Benson | Michael | Missing |
| 37. | 65 | Berg | Lisa | Missing |
| 38. | 66 | Berkevich | William | Missing |
| 39. | 67 | Bethea | Larry | Missing |
| 40. | 68 | Bilek | Amanda | Missing |
| 41. | 69 | Billingsley | Willie | Missing |
| 42. | 71 | Bird | Julie | Missing |
| 43. | 72 | Bjorn | Kjeld | Missing |
| 44. | 73 | Blackmore | Winfred | Missing |
| 45. | 74 | Bledsoe | Juliana | Missing |
| 46. | 75 | Blish | Gary | Missing |
| 47. | 76 | Bohland | Sherry | Missing |
| 48. | 77 | Bohan | John | Missing |
| 49. | 79 | Bonds | Janet | Missing |
| 50. | 80 | Booker | Johnny | Missing |
| 51. | 81 | Bouslog | Melissa | Missing |
| 52. | 82 | Boyden-Campbell | Betty | Missing |
| 53. | 83 | Boykin | Dezzie | Missing |
| 54. | 84 | Boylan | Kathleen | Missing |
| 55. | 85 | Bradford | Katharine | Missing |
| 56. | 86 | Bragg | Dennis | Missing |
| 57. | 87 | Bragg | Misty | Missing |
| 58. | 88 | Branch-Hartzog | Ernestine | Missing |
| 59. | 90 | Brantley | Johnnie | Missing |
| 60. | 91 | Brezonick | Bobbette | Missing |
| 61. | 94 | Briscoe | Edward | Missing |
| 62. | 95 | Brislane | Johnathan | Missing |
| 63. | 98 | Brix | Phyllis | Missing |
| 64. | 101 | Brow | Nancy | Missing |
| 65. | 102 | Brown | Chris | Missing |
| 66. | 109 | Brown | Shirley | Missing |
| 67. | 111 | Brown | Walter | Missing |
| 68. | 113 | Brumfield | Larry | Missing |
| 69. | 114 | Brumfield | Linda | Missing |

| 70. | 115 | Brummett | Amy | Missing |
|---|---|---|---|---|
| 71. | 116 | Bryant | Valery | Missing |
| 72. | 117 | Buckingham | Trina | Missing |
| 73. | 118 | Buffington | Julia | Missing |
| 74. | 119 | Buggs | Jerome | Missing |
| 75. | 121 | Bunting | Sandra | Missing |
| 76. | 123 | Burch | Kathryn | Missing |
| 77. | 126 | Burns | Michelle | Missing |
| 78. | 127 | Burrow | Kari | Missing |
| 79. | 129 | Busby | Harry | Missing |
| 80. | 131 | Butler | Andre | Missing |
| 81. | 134 | Butler | Ida | Missing |
| 82. | 139 | Cagg | William | Missing |
| 83. | 141 | Callahan | Linda | Missing |
| 84. | 142 | Calloway | Veronica | Missing |
| 85. | 144 | Canady | Mark | Missing |
| 86. | 145 | Cannon | Yvette | Missing |
| 87. | 146 | Cantrell | Lance | Missing |
| 88. | 149 | Carmean | Louvica | Missing |
| 89. | 151 | Carriker | Tanya | Missing |
| 90. | 154 | Carter | Harold | Missing |
| 91. | 157 | Castro | Gina | Missing |
| 92. | 160 | Chamberlain | Susan | Missing |
| 93. | 162 | Chaplin | Ann-Marie | Missing |
| 94. | 164 | Charchan | Kim | Missing |
| 95. | 166 | Chavez | Debra | Missing |
| 96. | 167 | Chavis | Patty | Missing |
| 97. | 170 | Chestnut | Sean | Missing |
| 98. | 171 | Chumbley | Ted | Missing |
| 99. | 173 | Clary | Silvia | Missing |
| 100 | 176 | Cline | Dawn | Missing |
| 101 | 177 | Cline | George | Missing |
| 102 | 178 | Cobb | Jacqueline | Missing |
| 103 | 179 | Cody | Deborah | Missing |
| 104 | 180 | Cokley | Randy | Missing |
| 105 | 181 | Coleman | Sean | Missing |
| 106 | 183 | Collier | Sandra | Missing |

| 107 | 184 | Collier | Virna | Missing |
|-----|-----|---------|-------|---------|
| 108 | 185 | Collins | Lora | Missing |
| 109 | 188 | Corella | Krystal | Missing |
| 110 | 190 | Crago | Sharon | Missing |
| 111 | 193 | Crawford | Elizabeth | Missing |
| 112 | 194 | Crawford | Vanetta | Missing |
| 113 | 195 | Crenshaw | Craig | Missing |
| 114 | 196 | Crivello | Douglas | Missing |
| 115 | 198 | Crofts | Jill | Missing |
| 116 | 199 | Crouch | Ricki | Missing |
| 117 | 200 | Crowder | David | Missing |
| 118 | 201 | Cruz | Julio | Missing |
| 119 | 204 | Cummings | Edith | Missing |
| 120 | 205 | Cutshaw | James | Missing |
| 121 | 206 | Daniel | James | Missing |
| 122 | 207 | Daniel | Judy | Missing |
| 123 | 208 | Davis | Andrew | Missing |
| 124 | 210 | Davis | Esther | Missing |
| 125 | 211 | Davis | Lloyd | Missing |
| 126 | 212 | Davis | Mary | Missing |
| 127 | 214 | Davis | Robert | Missing |
| 128 | 215 | Davis | Rudoph | Missing |
| 129 | 216 | Davis | Tina | Missing |
| 130 | 217 | Davis | Tyra | Missing |
| 131 | 218 | De La Cueva | Linda | Missing |
| 132 | 219 | Dean | Annette | Missing |
| 133 | 222 | Dennis | Ronnie | Missing |
| 134 | 223 | Dennison | Hasewood | Missing |
| 135 | 224 | Dennis-Williams | Yvonne | Missing |
| 136 | 225 | Dever | Susan | Missing |
| 137 | 227 | Dillon | Phillip | Missing |
| 138 | 228 | Dixon | Theresa | Missing |
| 139 | 229 | Dixon | Thomas | Missing |
| 140 | 230 | Dobson | James | Missing |
| 141 | 231 | Dolbow | Dyanna | Missing |
| 142 | 232 | Dollarhide | Jillian | Missing |
| 143 | 233 | Dominguez | Javier | Missing |

4

| 144 | 234 | Dorsey | Leslie | Missing |
|-----|-----|--------|--------|---------|
| 145 | 236 | Dotson | Sharon | Missing |
| 146 | 238 | DuBose | Donald | Missing |
| 147 | 239 | Duff | Donald | Missing |
| 148 | 240 | Dunnaway | Susan | Missing |
| 149 | 241 | Duprcee | Lyndia | Missing |
| 150 | 242 | Duran | Martin | Missing |
| 151 | 243 | Duvall | Bobby | Missing |
| 152 | 244 | Eady | Christine | Missing |
| 153 | 247 | Edge | Kim | Missing |
| 154 | 248 | Edwards | Judy | Missing |
| 155 | 249 | Edwards | Karen | Missing |
| 156 | 250 | Edwards | Shawna | Missing |
| 157 | 251 | Ehlert | Melissa | Missing |
| 158 | 252 | Elliott | Carretta | Missing |
| 159 | 254 | Elliott | Frederick | Missing |
| 160 | 256 | Ellison | Mark | Missing |
| 161 | 257 | Elms | Loyd | Missing |
| 162 | 258 | Elrod | Sandra | Missing |
| 163 | 259 | Elzey | Bonita | Missing |
| 164 | 261 | Etienne | Marie | Missing |
| 165 | 262 | Evans | Charles | Missing |
| 166 | 263 | Evans | Jay | Missing |
| 167 | 264 | Evans | Lonnie | Missing |
| 168 | 268 | Eyanson | Brandon | Missing |
| 169 | 269 | Facio | Margaret | Missing |
| 170 | 270 | Fair | John | Missing |
| 171 | 273 | Febinger | Randi | Missing |
| 172 | 274 | Fees | Kenneth | Missing |
| 173 | 277 | Filipovic | Wendy | Missing |
| 174 | 278 | Fink | Lawrence | Missing |
| 175 | 279 | Finley | Raymond | Missing |
| 176 | 280 | Fischbach | Leonard | Missing |
| 177 | 281 | Fisher-Padgett | Julie | Missing |
| 178 | 282 | Flanigan | Linda | Missing |
| 179 | 283 | Flinchum, Jr. | Jerry | Missing |
| 180 | 284 | Flores | Engracia | Missing |

| 181 | 285 | Flower | Gregg | Missing |
|-----|-----|--------|-------|---------|
| 182 | 286 | Flowers | Jonathan | Missing |
| 183 | 287 | Fludd | Georgia | Missing |
| 184 | 288 | Flynn | Kathleen | Missing |
| 185 | 290 | Foster | Penny | Missing |
| 186 | 291 | Foster | Thomas | Missing |
| 187 | 292 | Foster | William | Missing |
| 188 | 293 | Fox | William | Missing |
| 189 | 294 | Frank | Mary | Missing |
| 190 | 296 | Frazier | Cindy | Missing |
| 191 | 297 | Frederick | Sandra | Missing |
| 192 | 299 | Freeman | Michelle | Missing |
| 193 | 301 | Fryer | Herman | Missing |
| 194 | 303 | Fuller | Lola | Missing |
| 195 | 304 | Fulton | Andre | Missing |
| 196 | 305 | Furr | Donna | Missing |
| 197 | 307 | Gadsden | Genevia | Missing |
| 198 | 308 | Garcia | Richard | Missing |
| 199 | 309 | Garrett | Bruce | Missing |
| 200 | 310 | Garrett | Nathan | Missing |
| 201 | 313 | Garza | Manuel | Missing |
| 202 | 317 | Gay | Tim | Missing |
| 203 | 318 | Gephardt | Jeannie | Missing |
| 204 | 319 | Gee | Nancy | Missing |
| 205 | 320 | Gentry | James | Missing |
| 206 | 322 | Gerk | Phyllis | Missing |
| 207 | 324 | Gibson | Shila | Missing |
| 208 | 327 | Gillum | Sarina | Missing |
| 209 | 328 | Gilmore | Santosha | Missing |
| 210 | 329 | Gipson | Kenneth | Missing |
| 211 | 331 | Goff | Dianna | Missing |
| 212 | 332 | Goldie | Kenneth | Missing |
| 213 | 333 | Goldman | Mary | Missing |
| 214 | 335 | Goldwater | Robert | Missing |
| 215 | 337 | Goode | Carolyn | Missing |
| 216 | 338 | Goodson | Tracey | Missing |
| 217 | 339 | Gordon | Doris | Missing |

| 218 | 340 | Gordon | Lutricia | Missing |
|-----|-----|--------|----------|---------|
| 219 | 341 | Gordon | Suzanne | Missing |
| 220 | 342 | Gowin | Marita | Missing |
| 221 | 344 | Granger | Tracie | Missing |
| 222 | 347 | Gray | Barbara | Missing |
| 223 | 348 | Gray | Mildred | Missing |
| 224 | 349 | Gray | Twyla | Missing |
| 225 | 350 | Green | April | Missing |
| 226 | 351 | Green | Carol | Missing |
| 227 | 353 | Green | Nancy | Missing |
| 228 | 355 | Greenwood | Timmothy | Missing |
| 229 | 356 | Gregory | Lorraine | Missing |
| 230 | 357 | Griego | Lynda | Missing |
| 231 | 358 | Griffin | Kimber | Missing |
| 232 | 361 | Grimsrud | Richard | Missing |
| 233 | 363 | Grogan | Michele | Missing |
| 234 | 365 | Gross | Earl | Missing |
| 235 | 369 | Gundlach | Jamie | Missing |
| 236 | 371 | Haley | Ella | Missing |
| 237 | 372 | Hall | Wanda | Missing |
| 238 | 373 | Halliburton | Fenton | Missing |
| 239 | 374 | Hamilton | Rodney | Missing |
| 240 | 377 | Hancock | Erika | Missing |
| 241 | 379 | Hardy | Dietra | Missing |
| 242 | 380 | Harmon | James | Missing |
| 243 | 381 | Harney | Aundrea | Missing |
| 244 | 382 | Harper | Casscilla | Missing |
| 245 | 384 | Harris | Carolyn | Missing |
| 246 | 386 | Harris | Reallor | Missing |
| 247 | 387 | Harris | Tara | Missing |
| 248 | 388 | Harris | Virginia | Missing |
| 249 | 389 | Harris | Wernetta | Missing |
| 250 | 390 | Hart | Kawana | Missing |
| 251 | 391 | Hart | Larry | Missing |
| 252 | 392 | Hart-Fambro | Gloria | Missing |
| 253 | 393 | Hartline | Howard | Missing |
| 254 | 394 | Hauret | Frederick | Missing |

| 255 | 396 | Hawthorne | Theresa | Missing |
|-----|-----|-----------|---------|---------|
| 256 | 398 | Hayes | Tahierra | Missing |
| 257 | 399 | Haynes | Shane | Missing |
| 258 | 400 | Heckinger | Thomas | Missing |
| 259 | 403 | Hennegan | Adrean | Missing |
| 260 | 404 | Hennings | Andreia | Missing |
| 261 | 405 | Henry | Danielle | Missing |
| 262 | 406 | Henry | Dorothy | Missing |
| 263 | 408 | Hernandez | Otilio | Missing |
| 264 | 409 | Hess | Laure | Missing |
| 265 | 410 | Hestershaw | Pauline | Missing |
| 266 | 412 | Hildebrand | Amanda | Missing |
| 267 | 415 | Hill | Marion | Missing |
| 268 | 416 | Hill | Nicole | Missing |
| 269 | 417 | Hilyard | Lelah | Missing |
| 270 | 419 | Hobart | Terri | Missing |
| 271 | 421 | Holcomb | Michael | Missing |
| 272 | 422 | Holmes | Wanda | Missing |
| 273 | 423 | Holt | Gail | Missing |
| 274 | 425 | Hooper | Marvin | Missing |
| 275 | 426 | Hopkins | Melissa | Missing |
| 276 | 427 | Hopper | Jimmy | Missing |
| 277 | 429 | Hoston | Richard | Missing |
| 278 | 430 | House | Hope | Missing |
| 279 | 433 | Howell | Janice | Missing |
| 280 | 436 | Hoy | Gayla | Missing |
| 281 | 437 | Hubbard | Frances | Missing |
| 282 | 438 | Huffaker | Douglas | Missing |
| 283 | 440 | Huizar | Hazel | Missing |
| 284 | 443 | Hunt | Mary | Missing |
| 285 | 444 | Hurd | Greg | Missing |
| 286 | 445 | Jackson | Annie | Missing |
| 287 | 446 | Jackson | Brenda | Missing |
| 288 | 448 | Jackson | Leona | Missing |
| 289 | 450 | Jackson | Ruth | Missing |
| 290 | 451 | Jackson | Shirley | Missing |
| 291 | 452 | James | Rosie | Missing |

| 292 | 453 | Jaudon | Karyn | Missing |
|-----|-----|--------|-------|---------|
| 293 | 455 | Jefferson | Jessie | Missing |
| 294 | 456 | Jeffries | Michael | Missing |
| 295 | 457 | Jetton | Connie | Missing |
| 296 | 458 | Johnson | Craig | Missing |
| 297 | 460 | Johnson | Earnestine | Missing |
| 298 | 461 | Johnson | James | Missing |
| 299 | 462 | Johnson | Jennifer | Missing |
| 300 | 463 | Johnson | Joshua | Missing |
| 301 | 464 | Johnson | Julie | Missing |
| 302 | 465 | Johnson | Kathleen | Missing |
| 303 | 467 | Johnson | Lanequa | Missing |
| 304 | 468 | Johnson | Mark | Missing |
| 305 | 469 | Johnson | Roger | Missing |
| 306 | 470 | Johnson | Ronald | Missing |
| 307 | 471 | Jones | Alex | Missing |
| 308 | 472 | Jones | Arvis | Missing |
| 309 | 473 | Jones | Connie | Missing |
| 310 | 474 | Jones | Danny | Missing |
| 311 | 476 | Jones | Ernest | Missing |
| 312 | 477 | Jones | James | Missing |
| 313 | 478 | Jones | Jennifer | Missing |
| 314 | 480 | Jones | Louise | Missing |
| 315 | 481 | Jones | Marion | Missing |
| 316 | 483 | Jones | Wade | Missing |
| 317 | 485 | Jordan | Sherry | Missing |
| 318 | 486 | Kakmis | Stanley | Missing |
| 319 | 488 | Keith | Lutoungie | Missing |
| 320 | 489 | Kelderhouse | Carolyn | Missing |
| 321 | 492 | Kennedy | Kimberley | Missing |
| 322 | 493 | Kenrick | Michael | Missing |
| 323 | 494 | Keys | Rhonda | Missing |
| 324 | 495 | Kilgore | Carroll D | Missing |
| 325 | 496 | King | Laurie | Missing |
| 326 | 497 | King | Niyoka | Missing |
| 327 | 498 | King | Robert | Missing |
| 328 | 500 | Kirkland | Loretta | Missing |

| | | | | |
|---|---|---|---|---|
| 329 | 501 | Klein | Connie | Missing |
| 330 | 502 | Klimek | David | Missing |
| 331 | 503 | Kling | Mary | Missing |
| 332 | 504 | Knee | Benjamin | Missing |
| 333 | 505 | Kniffen | Patricia | Missing |
| 334 | 506 | Knight | Danielle | Missing |
| 335 | 509 | Kramer | George | Missing |
| 336 | 512 | Kunce | Roger | Missing |
| 337 | 513 | Kurtz | Gary | Missing |
| 338 | 515 | Ladanyi | Gabriella | Missing |
| 339 | 516 | Lafferty | Baylee | Missing |
| 340 | 517 | Lalum | William | Missing |
| 341 | 519 | Landerman | Jessica | Missing |
| 342 | 520 | Lane | Merrill | Missing |
| 343 | 521 | Lang-Butler | Teresa | Missing |
| 344 | 524 | Latulipe | Violet | Missing |
| 345 | 526 | Laver | Melissa | Missing |
| 346 | 528 | Lay | Loretta | Missing |
| 347 | 529 | Leake | Troy | Missing |
| 348 | 530 | Leatherwood | April | Missing |
| 349 | 531 | Lebron | Devalois | Missing |
| 350 | 533 | Lee | Rebecca | Missing |
| 351 | 535 | Leedy | Parthenia | Missing |
| 352 | 536 | Lemar | John | Missing |
| 353 | 537 | Leppert | Jacqueline | Missing |
| 354 | 538 | Lester | Charles | Missing |
| 355 | 539 | Lester | Christina | Missing |
| 356 | 540 | Levine | Kathleen | Missing |
| 357 | 541 | Lewis | Isaac | Missing |
| 358 | 542 | Lewis | Melanie | Missing |
| 359 | 544 | Lias | Roberta | Missing |
| 360 | 546 | Licker | Jeffrey | Missing |
| 361 | 550 | Lindee | Jennifer | Missing |
| 362 | 551 | Lindsey | Anthony | Missing |
| 363 | 552 | Lippert | Kenneth | Missing |
| 364 | 554 | Livaudais | Lionel | Missing |
| 365 | 555 | Lively | Dolly | Missing |

| | | | | |
|---|---|---|---|---|
| 366 | 557 | Lockhart | Lavern | Missing |
| 367 | 560 | Lomba | John | Missing |
| 368 | 561 | Longo | Patricia | Missing |
| 369 | 562 | Lopez | Michael | Missing |
| 370 | 563 | Lostetter-Warsame | Davee | Missing |
| 371 | 564 | Loteckie | Judith | Missing |
| 372 | 566 | Lovin | Sarah | Missing |
| 373 | 567 | Lowery | Stephen | Missing |
| 374 | 568 | Luke | Ida | Missing |
| 375 | 569 | Lunkkonen | John | Missing |
| 376 | 571 | Lyles | Atwina | Missing |
| 377 | 572 | Lynch | Lois | Missing |
| 378 | 573 | Lyons | Lisa | Missing |
| 379 | 574 | Mack | Joyce | Missing |
| 380 | 579 | Mae | Laura | Missing |
| 381 | 580 | Malek | Melinda | Missing |
| 382 | 582 | Maness | Esther | Missing |
| 383 | 583 | Manigault | Paula | Missing |
| 384 | 585 | Maims | Lesa | Missing |
| 385 | 586 | Maquet | Brian | Missing |
| 386 | 587 | Marco | Theresa | Missing |
| 387 | 589 | Marshall | Teresa | Missing |
| 388 | 591 | Martin | Kenneth | Missing |
| 389 | 594 | Massey | Carly | Missing |
| 390 | 597 | Matteson | Rosemarie | Missing |
| 391 | 599 | Maxey | Michelle | Missing |
| 392 | 600 | Mayer | Anita | Missing |
| 393 | 603 | McCaslin | Cynthia | Missing |
| 394 | 604 | McCloud | Ellis | Missing |
| 395 | 605 | McCormick | Lou Ann | Missing |
| 396 | 606 | McCoy | Diane | Missing |
| 397 | 607 | McCoy | Dorothy | Missing |
| 398 | 610 | McDaniel | Joe | Missing |
| 399 | 612 | McDaniel | William | Missing |
| 400 | 614 | McElligott | Peter | Missing |
| 401 | 615 | Mcgee | Nettrea | Missing |
| 402 | 617 | Mckee | Michael | Missing |

| 403 | 618 | McKeithen | Brandi | Missing |
| 404 | 619 | Mckinney | Janice | Missing |
| 405 | 620 | Mclendon | Mary | Missing |
| 406 | 621 | McMahon | Angel | Missing |
| 407 | 623 | Meadows-Oneal | Carol | Missing |
| 408 | 624 | Melton | Jacqueline | Missing |
| 409 | 626 | Metcalf | Jeanette | Missing |
| 410 | 627 | Meyer | Leshe | Missing |
| 411 | 628 | Miles | Jacqueline | Missing |
| 412 | 630 | Miller | Jerry | Missing |
| 413 | 631 | Miller | Kasey | Missing |
| 414 | 632 | Miller | Marie | Missing |
| 415 | 633 | Mitchell | Beth | Missing |
| 416 | 635 | Monroy | Margaret | Missing |
| 417 | 637 | Montero | Sammy | Missing |
| 418 | 640 | Moody | Vanessa | Missing |
| 419 | 641 | Moore | Cecil | Missing |
| 420 | 642 | Moore | James | Missing |
| 421 | 644 | Moran | Donna | Missing |
| 422 | 645 | Morehead | Sally | Missing |
| 423 | 647 | Morman | Sarah | Missing |
| 424 | 648 | Morrissey | Deckrice | Missing |
| 425 | 653 | Mulkey | Richard | Missing |
| 426 | 656 | Mullins-Necessary | Tanya | Missing |
| 427 | 657 | Murph-Jones | Marie | Missing |
| 428 | 658 | Murray | Donald | Missing |
| 429 | 659 | Myrhol | Sherri | Missing |
| 430 | 663 | Nash | Richard | Missing |
| 431 | 666 | Newport | Deborah | Missing |
| 432 | 668 | Nickell | Nasha | Missing |
| 433 | 669 | Nixon | Judith | Missing |
| 434 | 670 | Nowlin | Zelda | Missing |
| 435 | 672 | Obanion | James | Missing |
| 436 | 673 | Ochoa | Linda | Missing |
| 437 | 674 | Odell | Marner | Missing |
| 438 | 675 | Odum | Virginia | Missing |

| 439 | 676 | Oldford | Carman | Missing |
| 440 | 679 | Oliver | Lydia | Missing |
| 441 | 683 | Osborne | Michael | Missing |
| 442 | 684 | Oswald | Bryan | Missing |
| 443 | 685 | Owens | John | Missing |
| 444 | 686 | Owens | Kimberly | Missing |
| 445 | 687 | Owens | Lynette | Missing |
| 446 | 690 | Palmer | Jettie | Missing |
| 447 | 691 | Palmer | Lawrence | Missing |
| 448 | 692 | Parker | Phillip | Missing |
| 449 | 694 | Patterson | Rebecca | Missing |
| 450 | 695 | Patterson | Roberta | Missing |
| 451 | 696 | Pattison | Joyful | Missing |
| 452 | 697 | Pawluk | Daniel | Missing |
| 453 | 698 | Pearson | Gwen | Missing |
| 454 | 701 | Peck | Michael | Missing |
| 455 | 703 | Pegram | Coral | Missing |
| 456 | 704 | Peon | Neang | Missing |
| 457 | 705 | Peralez | Dominic | Missing |
| 458 | 706 | Perdue | Tanita | Missing |
| 459 | 707 | Perez | Terri | Missing |
| 460 | 708 | Perez | Yolanda | Missing |
| 461 | 710 | Petruna | Peggy | Missing |
| 462 | 711 | Pettinato | Anita | Missing |
| 463 | 713 | Phillips | Delores | Missing |
| 464 | 714 | Phillips | James | Missing |
| 465 | 715 | Philpott | Richard | Missing |
| 466 | 716 | Piagentini | Audrey | Missing |
| 467 | 718 | Pierre-Louis | Sigismond | Missing |
| 468 | 720 | Pinson | Vernetta | Missing |
| 469 | 721 | Pittman | Alice | Missing |
| 470 | 722 | Pittman | Jacqui | Missing |
| 471 | 724 | Pitts | Palius | Missing |
| 472 | 727 | Pollard | Donald | Missing |
| 473 | 729 | Pompeii | Celecte | Missing |
| 474 | 735 | Pound | Brian | Missing |
| 475 | 736 | Powell | Bridgette | Missing |

| 476 | 738 | Powers | Larry | Missing |
|-----|-----|--------|-------|---------|
| 477 | 739 | Price | Herbert | Missing |
| 478 | 740 | Price | Levell | Missing |
| 479 | 741 | Priest | Tamara | Missing |
| 480 | 743 | Pringle | Elsie | Missing |
| 481 | 744 | Protsman | Thomas | Missing |
| 482 | 745 | Prude | Belinda | Missing |
| 483 | 747 | Puckett | Kenny | Missing |
| 484 | 748 | Queen | Stacie | Missing |
| 485 | 751 | Quinones | Teresa | Missing |
| 486 | 753 | Quintana | Ruquilo | Missing |
| 487 | 754 | Rachfal | Michael | Missing |
| 488 | 756 | Rainey | Rechelle | Missing |
| 489 | 757 | Rash | Eula | Missing |
| 490 | 759 | Reichold | William | Missing |
| 491 | 760 | Reid | Georgette | Missing |
| 492 | 761 | Reida | Diana | Missing |
| 493 | 762 | Reinhart | Julie | Missing |
| 494 | 764 | Replogle | Joseph | Missing |
| 495 | 766 | Rianda | Eric | Missing |
| 496 | 768 | Richards | Jakob | Missing |
| 497 | 770 | Richardson | Luma | Missing |
| 498 | 771 | Richardson | Ocella | Missing |
| 499 | 772 | Richardson | Sidney | Missing |
| 500 | 773 | Richmond | Staycee | Missing |
| 501 | 776 | Risher | Carlos | Missing |
| 502 | 777 | Rivers | Mary | Missing |
| 503 | 779 | Rizzo | Paul | Missing |
| 504 | 780 | Roberts | Amanda | Missing |
| 505 | 781 | Roberts | Doris | Missing |
| 506 | 782 | Robertson | Nellie | Missing |
| 507 | 783 | Robinett | Patricia | Missing |
| 508 | 784 | Robinette | Jack | Missing |
| 509 | 785 | Robinson | Kelly | Missing |
| 510 | 786 | Robinson | Shirley | Missing |
| 511 | 788 | Rockette | Clyde | Missing |
| 512 | 791 | Rodgers | Thomas | Missing |

14

| 513 | 792 | Rogers | Estell | Missing |
|---|---|---|---|---|
| 514 | 793 | Rogers | Robert | Missing |
| 515 | 794 | Rogers | Virginia | Missing |
| 516 | 795 | Rohlfing | Shawn | Missing |
| 517 | 796 | Rolling | Bernadette | Missing |
| 518 | 798 | Rosa | Maria | Missing |
| 519 | 799 | Rosado-Gonzalez | Felicita | Missing |
| 520 | 801 | Rothering | Clarine | Missing |
| 521 | 802 | Rouse | Virgina | Missing |
| 522 | 803 | Rowe | Patricia | Missing |
| 523 | 804 | Roy | Mary Ann | Missing |
| 524 | 806 | Ruff | Walter | Missing |
| 525 | 807 | Ruggles | William | Missing |
| 526 | 809 | Rutledge | Jacki | Missing |
| 527 | 812 | Ryant | Terri | Missing |
| 528 | 813 | Salamone | Jack | Missing |
| 529 | 814 | Salinas | Mary | Missing |
| 530 | 815 | Sallee | Mark | Missing |
| 531 | 816 | Salyer | Paul | Missing |
| 532 | 817 | Sanchez | Pauline | Missing |
| 533 | 818 | Sanchez | Penny | Missing |
| 534 | 819 | Sanders | Donnetta | Missing |
| 535 | 820 | Sanders | Enda | Missing |
| 536 | 823 | Sarnol | Yolande | Missing |
| 537 | 826 | Sauls | Terry | Missing |
| 538 | 827 | Saunsoci | Cora | Missing |
| 539 | 828 | Schaeffer | Robert | Missing |
| 540 | 829 | Schall | Joanna | Missing |
| 541 | 830 | Schallmo | Sandra | Missing |
| 542 | 831 | Schapiro | Michael | Missing |
| 543 | 833 | Scheiber | Renda | Missing |
| 544 | 836 | Schillaci | James | Missing |
| 545 | 837 | Schmidt | Carolyn | Missing |
| 546 | 838 | Schneider | Bret | Missing |
| 547 | 842 | Schulte | Gerard | Missing |
| 548 | 843 | Schulz | Anthony | Missing |
| 549 | 846 | Scott | Bridgett | Missing |

15

| 550 | 847 | Scott | Jerry | Missing |
| 551 | 848 | Scott | Marion | Missing |
| 552 | 849 | Scott | Ricky | Missing |
| 553 | 850 | Scott | Mariane | Missing |
| 554 | 853 | Sederkersky | Margaret | Missing |
| 555 | 854 | See | Patricia | Missing |
| 556 | 855 | Selfridge | Karen | Missing |
| 557 | 856 | Semenuk | Joyce | Missing |
| 558 | 860 | Shelton | Billy | Missing |
| 559 | 862 | Sherlin | Amanda | Missing |
| 560 | 863 | Sherwood | Spencer | Missing |
| 561 | 868 | Siler | Shaun | Missing |
| 562 | 869 | Simmons | Carlos | Missing |
| 563 | 871 | Simpson | Virginia | Missing |
| 564 | 872 | Sizemore | Glenda | Missing |
| 565 | 874 | Smith | Anesiha | Missing |
| 566 | 875 | Smith | Bobbie | Missing |
| 567 | 876 | Smith | Brittney | Missing |
| 568 | 877 | Smith | Darnette | Missing |
| 569 | 879 | Smith | Denise | Missing |
| 570 | 881 | Smith | Elizabeth | Missing |
| 571 | 883 | Smith | Maria | Missing |
| 572 | 884 | Smith | Pam | Missing |
| 573 | 886 | Smith | Robert | Missing |
| 574 | 887 | Smith | Ron | Missing |
| 575 | 888 | Smith | Theresa | Missing |
| 576 | 889 | Smith | William | Missing |
| 577 | 890 | Smithers | Roger | Missing |
| 578 | 891 | Sood | Alberta | Missing |
| 579 | 892 | Sotnikow | Leon | Missing |
| 580 | 893 | Soukiassian | Ani | Missing |
| 581 | 895 | Spaulding | Gary | Missing |
| 582 | 896 | Sperry | Cheri | Missing |
| 583 | 898 | Spragling | Jackie | Missing |
| 584 | 899 | Springer | Letha | Missing |
| 585 | 900 | Stafford | Pamela | Missing |
| 586 | 902 | Stamps | James | Missing |

| 587 | 905 | Steele | Thomas | Missing |
|-----|-----|--------|--------|---------|
| 588 | 906 | Steele | William | Missing |
| 589 | 907 | Sterman | Dianne | Missing |
| 590 | 910 | Stewart | Andrew | Missing |
| 591 | 913 | Stinson | Larry | Missing |
| 592 | 914 | Stitch | Frank | Missing |
| 593 | 915 | Stone | Malena | Missing |
| 594 | 918 | Strickland | Ortney | Missing |
| 595 | 919 | Strother | Valerie | Missing |
| 596 | 920 | Stray | Jesse | Missing |
| 597 | 922 | Stumpf | Samantha | Missing |
| 598 | 925 | Summerville | Yvonne | Missing |
| 599 | 926 | Sundquist | Jessica | Missing |
| 600 | 927 | Sursely | Andrea | Missing |
| 601 | 928 | Sutten | Carrie | Missing |
| 602 | 929 | Sweeney | Michael | Missing |
| 603 | 930 | Sweeten | Loren | Missing |
| 604 | 932 | Swindle | Melody | Missing |
| 605 | 934 | Swisher | Jane | Missing |
| 606 | 937 | Tatum | Derrick | Missing |
| 607 | 938 | Taylor | Bertha | Missing |
| 608 | 939 | Taylor | Jeffrey | Missing |
| 609 | 940 | Taylor | John | Missing |
| 610 | 941 | Taylor | Joyce | Missing |
| 611 | 945 | Tellez | Cassandra | Missing |
| 612 | 948 | Thomas | Fred | Missing |
| 613 | 950 | Thomas | Lorraine | Missing |
| 614 | 951 | Thomas | Terry | Missing |
| 615 | 954 | Thompson | Mychele | Missing |
| 616 | 956 | Tilley | Kathleen | Missing |
| 617 | 957 | Tillman | Frank | Missing |
| 618 | 958 | Timmerman | Julien | Missing |
| 619 | 959 | Tinker | Jean | Missing |
| 620 | 962 | Tope | Karen | Missing |
| 621 | 964 | Treesh | James | Missing |
| 622 | 966 | Trujillo | Willliam | Missing |
| 623 | 967 | Trumph | Robert | Missing |

| 624 | 968 | Truscello | Josephine | Missing |
|---|---|---|---|---|
| 625 | 969 | Turnage | Alan | Missing |
| 626 | 972 | Upchurch | Larry | Missing |
| 627 | 978 | Van Hauter | Angela | Missing |
| 628 | 981 | Vanderhoef | Edan | Missing |
| 629 | 982 | Velarde | Geneive | Missing |
| 630 | 983 | Verhamme | James | Missing |
| 631 | 986 | Volesky | Desiree | Missing |
| 632 | 987 | Waite | Jennifer | Missing |
| 633 | 988 | Waite | William | Missing |
| 634 | 991 | Wallace | Agnes | Missing |
| 635 | 992 | Wallace | David | Missing |
| 636 | 994 | Wallen | Melanie | Missing |
| 637 | 995 | Walters | Kathryn | Missing |
| 638 | 996 | Walters | Trina | Missing |
| 639 | 998 | Warner | Kimberly | Missing |
| 640 | 999 | Warren | Denice | Missing |
| 641 | 1000 | Warren | Nina | Missing |
| 642 | 1001 | Warwick | Pamela | Missing |
| 643 | 1003 | Washington | Clarence | Missing |
| 644 | 1005 | Watkins | Bradley | Missing |
| 645 | 1006 | Watkins | Charlie | Missing |
| 646 | 1007 | Watson | Ruletta | Missing |
| 647 | 1008 | Weatherly | Tina | Missing |
| 648 | 1010 | Webster | Claudia | Missing |
| 649 | 1012 | West | Noreen | Missing |
| 650 | 1013 | West | Walter | Missing |
| 651 | 1014 | Westbrook | Frank | Missing |
| 652 | 1015 | Westhal | Wayne | Missing |
| 653 | 1016 | Whidby | Paul | Missing |
| 654 | 1017 | Whisby | Anthony | Missing |
| 655 | 1018 | White | Anthony | Missing |
| 656 | 1019 | Whitner | Austina | Missing |
| 657 | 1020 | Whitney | Sheri | Missing |
| 658 | 1022 | Wilcox | Davina | Missing |
| 659 | 1023 | Wilcox | Rhonda | Missing |
| 660 | 1025 | Willetts | John | Missing |

| 661 | 1026 | Williams | Corina | Missing |
| 662 | 1027 | Williams | Diana | Missing |
| 663 | 1029 | Williams | Johnnie | Missing |
| 664 | 1031 | Williams | Katrina | Missing |
| 665 | 1032 | Williams | Kunio | Missing |
| 666 | 1033 | Williams | Mark | Missing |
| 667 | 1035 | Williams | Robert | Missing |
| 668 | 1037 | Williams | Roy | Missing |
| 669 | 1038 | Williams | Vincent | Missing |
| 670 | 1039 | Williams | Violet | Missing |
| 671 | 1041 | Williamson | Roger | Missing |
| 672 | 1042 | Willis | Leroy | Missing |
| 673 | 1044 | Wilson | Charlotte | Missing |
| 674 | 1046 | Wilson | Gladys | Missing |
| 675 | 1048 | Wilson | Robin | Missing |
| 676 | 1049 | Wilson | Ruth | Missing |
| 677 | 1050 | Wolfe | Heather | Missing |
| 678 | 1053 | Woods | Barbara | Missing |
| 679 | 1055 | Woods | Ingemar | Missing |
| 680 | 1056 | Woods | Lamont | Missing |
| 681 | 1059 | Wressell | Cally | Missing |
| 682 | 1060 | Wright | Bonnie | Missing |
| 683 | 1062 | Wright | Mitchel | Missing |
| 684 | 1064 | Wrightinton | Crystal | Missing |
| 685 | 1065 | Wyman | Doralee | Missing |
| 686 | 1066 | Wynn | Linda | Missing |
| 687 | 1068 | Yeley | Peggy | Missing |
| 688 | 1070 | Young | Gary | Missing |
| 689 | 1071 | Ziegman | William | Missing |
| 690 | 1073 | Zumbro | Marilyn | Missing |