UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL Docket No. 1769

This document relates to:

ALL CASES IN EXHIBIT 1

### ASTRAZENECA DEFENDANTS' MOTION REQUESTING DISMISSALS WITHOUT PREJUDICE FOR FAILURE TO SERVE VERIFIED PLAINTIFF FACT SHEETS AND RECORDS AUTHORIZATIONS

Certain Plaintiffs have failed to verify their Plaintiff Fact Sheet and have failed to provide records authorizations (see Exhibit 1 for list of cases).[1] Accordingly, the AstraZeneca Defendants (AstraZeneca) move to dismiss the claims of those Plaintiffs. Under Case Management Order (CMO) No. 2, Plaintiffs are obligated to provide completed and verified Plaintiff Fact Sheets, including an executed Authorization for Release of All Records, within certain deadlines (Docket No. 129 at ¶ I(A)-(B)). Five hundred seventy-eight (578) Plaintiffs represented by the law firm of Bailey Perrin Bailey LLP served their fact sheets in May 2007 without verifications and records authorizations. Despite a Notice of Overdue Discovery and an additional 20-day cure period, those 578 Plaintiffs have still failed to serve any verifications and authorizations whatsoever and their claims should be dismissed without prejudice in accordance with Case Management Order No. 2. In support of this Motion, AstraZeneca states as follows:

---

[1] Pursuant to the Court's June 22, 2007 Order, this Motion is filed in the Master MDL case because it relates to the identical issue in more than four cases. This Motion applies to the cases in Exhibit 1.

1. For cases filed prior to January 31, 2007, Paragraph I(A) of CMO No. 2 provides that Plaintiffs' counsel must designate when a completed Plaintiff's Fact Sheet will be served for each Plaintiff (Docket No. 129).

2. CMO No. 2 further provides that, if Plaintiffs do not serve a completed Plaintiff Fact Sheet within 10 days of the due date, AstraZeneca should send a Notice of Overdue Discovery. *Id.* ¶ I(C).

3. If a completed PFS is not served within 20 days of the Notice, AstraZeneca may submit to the Court an Order dismissing the Complaint without prejudice. *Id.* at ¶ I(D).

4. Plaintiffs then have 10 business days from the submission of the dismissal order to file a notice certifying that they served AstraZeneca with a completed PFS and provide documentation of receipt, or the case will be dismissed without prejudice. *Id.*

5. On May 31, 2007, Plaintiffs' counsel served 1,073 Plaintiff Fact Sheets, 690 of which were unverified and did not provide medical records authorizations.

6. On June 12, 2007, AstraZeneca's counsel sent a Notice of Overdue Discovery to Plaintiffs' counsel, stating that the Plaintiff Fact Sheets for the 690 Plaintiffs were overdue and that verifications and executed medical record authorizations must be served within 20 days in accordance with CMO No. 2 (Exhibit 2).

7. Plaintiffs' counsel's 20-day cure period under CMO No. 2 to serve completed Plaintiff Fact Sheets expired on July 2, 2007. To date, Plaintiffs' counsel has failed to provide verifications and medical authorizations for 578 Plaintiff Fact Sheets served in May 2007. Those cases are the subject of this Motion.

8. The Court has already dismissed claims of many Plaintiffs for failure to serve Fact Sheet verifications and/or records authorization, and has held that dismissal based on

Plaintiffs' failure to serve a signed PFS verification is entirely consistent with the dismissal procedures outlined in CMO No. 2 because an "unverified PFS is virtually as worthless to Defendants as no PFS at all." *See Reagan v. AstraZeneca LP, et al.*, No. 07-cv-16485, June 15, 2007 Order; *Ables v. AstraZeneca LP, et al.*, No. 07-cv-12256, June 22, 2007 Order (dismissing without prejudice for failure to serve verification and medical records authorization). Moreover, dismissal of cases where plaintiffs failed to provide a verification and/or records authorization has been held to be an appropriate sanction in multi-district product liability litigation. *See, e.g., In re PPA Products Liability Litigation*, 460 F.3d 1217, 1234 (9th Cir. 2006) (affirming district court's dismissal as appropriate sanction for failure to provide verification and/or records authorization).

9. Accordingly, AstraZeneca hereby moves the Court to Order the cases to be dismissed without prejudice if Plaintiffs do not serve AstraZeneca with completed and verified Plaintiff Fact Sheets, including signed records authorizations, and file proof of receipt within 10 business days from the date of this Motion.

10. If Plaintiffs do not serve completed records authorizations and completed and verified Plaintiff Fact Sheets by July 20, 2007, the Court should dismiss those cases without prejudice in accordance with CMO No. 2.

11. A form Order and Exhibit listing the cases ripe for dismissal is provided in accordance with CMO No. 2, paragraph I(D) (Exhibit 3).[2]

---

[2] Counsel for Plaintiffs provide Plaintiff Fact Sheets, Plaintiff Fact Sheet verifications, and medical records authorizations in electronic format (CD-ROM). On the CD-ROMs, there is one file that contains the Plaintiff Fact Sheets and one file that contains the signed verification to the Plaintiff Fact Sheet and the medical records authorizations. Exhibit 1 contains a list of 578 cases for which AstraZeneca received no verification to the Plaintiff Fact Sheet and no records

WHEREFORE, in accordance with the terms of CMO No. 2, AstraZeneca respectfully requests that the Court dismiss the 578 cases in Exhibit 1 where no verified Plaintiff Fact Sheet and medical record authorizations has been served and there is no proof of service filed with the court within 10 business days from the date of this Motion.

Dated: July 6, 2007

/s/ *Brennan J. Torregrossa*
Fred T. Magaziner
Brennan J. Torregrossa
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

Attorneys for Defendants
AstraZeneca Pharmaceuticals LP
and AstraZeneca LP

---

authorizations in those CD-ROMs. If the Court would like to examine the CD-ROMs, AstraZeneca will file them with the Court.

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 6th of July, 2007, I caused a true and correct copy of the foregoing AstraZeneca Defendants' Motion Requesting Dismissals Without Prejudice For Failure To Serve Verified Plaintiff Fact Sheets and Medical Records Authorizations to be served electronically through ECF upon the following:

> K. Camp Bailey, Esq.
> Michael W. Perrin, Esq.
> Fletcher Trammell, Esq.
> Bailey Perrin Bailey LLP
> The Lyric Centre
> 440 Louisiana, Suite 2100
> Houston, TX 77002
> Telephone: (713) 425-7240
> cbailey@bpblaw.com
> mperrin@bpblaw.com
>
> Larry Roth, Esq.
> Law Offices of Larry M. Roth, P.A.
> Post Office Box 547637
> Orlando, FL  32854-7637
> Telephone: (407) 872-2239
> LROTH@roth-law.com

*/s/ Brennan J. Torregrossa*