# EXHIBIT 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

ALL CASES IN EXHIBIT 1

---

IT IS ON THIS ____ day of _____, 2007 **ORDERED** as follows:

1. All of the claims of Plaintiffs listed in Exhibit 1 to this Order only are **DISMISSED WITHOUT PREJUDICE** from the above-captioned cases for failure to timely serve upon Defendants a completed PFS with all requested information, documents, and authorizations.

2. Plaintiffs may reinstate their claims upon motion to this Court to vacate the Dismissal Without Prejudice provided that Plaintiffs serve Defendants with a substantially complete PFS, responsive documents, and authorizations. If such dismissal is vacated, the claims of those Plaintiffs shall relate back to the date of original filing and will be treated for all purposes as if they had never been dismissed in the first place.


DATED: _____              _____
                                        **ORDERED BY THE COURT**

# EXHIBIT 1

## Bailey Perrin Bailey, LLP

## Overdue Discovery Cases

|     | Last Name | First Name | Case # |
|-----|-----------|------------|--------|
| 1.  | Adair     | Pamela     | 6:2007cv13013 |
| 2.  | Adkins    | Larry      | 6:2006cv01323 |
| 3.  | Allison   | Rebecca    | 6:2007cv11358 |
| 4.  | Altman    | Stephanie  | 6:2007cv10182 |
| 5.  | Anderson  | Carolyn    | 6:2007cv11120 |
| 6.  | Anderson  | Cathy      | 6:2007cv15827 |
| 7.  | Anderson  | Dinine     | 6:2007cv11362 |
| 8.  | Anderson  | Heather    | 6:2007cv10183 |
| 9.  | Anderson  | Michelle   | 6:2007cv10184 |
| 10. | Anderson  | Serena     | 6:2007cv10486 |
| 11. | Andrews   | Beverly    | 6:2007cv11363 |
| 12. | Andrews   | Mary       | 6:2007cv15627 |
| 13. | Angel     | Tony       | 6:2007cv11121 |
| 14. | Arthur    | Mark       | 6:2007cv10815 |
| 15. | Baas      | Dianne     | 6:2007cv12103 |
| 16. | Baginski  | Patricia   | 6:2007cv11124 |
| 17. | Bailey    | Janice     | 6:2007cv11125 |
| 18. | Baisden   | Randall    | 6:2007cv11371 |
| 19. | Baker     | Joseph     | 6:2007cv11374 |
| 20. | Baker     | Mary       | 6:2007cv12104 |
| 21. | Baldwin   | Jimmy      | 6:2007cv10818 |
| 22. | Balmer    | Edward     | 6:2007cv11067 |
| 23. | Barfield  | Gladyene   | 6:2007cv11381 |
| 24. | Barnes    | Susan      | 6:2007cv10189 |
| 25. | Barrow    | Rebecca    | 6:2007cv10580 |
| 26. | Batchelor | Dion       | 6:2007cv10820 |
| 27. | Bearse    | Amy        | 6:2007cv15582 |
| 28. | Beck      | Pamela     | 6:2007cv15900 |
| 29. | Bejarano  | Rebecca    | 6:2007cv10582 |
| 30. | Bell      | Shavonna   | 6:2007cv11389 |
| 31. | Berkevich | William    | 6:2007cv11395 |

| 32. | Bethea | Larry | 6:2007cv10583 |
|---|---|---|---|
| 33. | Bilek | Amanda | 6:2007cv13111 |
| 34. | Billingsley | Willie | 6:2007cv10585 |
| 35. | Bird | Julie | 6:2007cv10199 |
| 36. | Bjorn | Kjeld | 6:2006cv01010 |
| 37. | Bledsoe | Juliana | 6:2007cv11403 |
| 38. | Blish | Gary | 6:2007cv10205 |
| 39. | Bohland | Sherry | 6:2007cv11139 |
| 40. | Bohan | John | 6:2007cv10496 |
| 41. | Bonds | Janet | 6:2007cv10496 |
| 42. | Booker | Johnny | 6:2007cv11140 |
| 43. | Bouslog | Melissa | 6:2007cv13139 |
| 44. | Boyden-Campbell | Betty | 6:2007cv10498 |
| 45. | Boykin | Dezzie | 6:2007cv10587 |
| 46. | Boylan | Kathleen | 6:2007cv10207 |
| 47. | Bradford | Katharine | 6:2007cv11419 |
| 48. | Bragg | Dennis | 6:2007cv11421 |
| 49. | Brantley | Johnnie | 6:2007cv13151 |
| 50. | Brezonick | Bobbette | 6:2007cv12110 |
| 51. | Briscoe | Edward | 6:2007cv11143 |
| 52. | Brislane | Johnathan | 6:2007cv11423 |
| 53. | Brix | Phyllis | 6:2007cv11144 |
| 54. | Brow | Nancy | 6:2007cv10826 |
| 55. | Brown | Chris | 6:2007cv10213 |
| 56. | Brown | Shirley | 6:2007cv11426 |
| 57. | Brown | Walter | 6:2007cv13174 |
| 58. | Brumfield | Larry | 6:2007cv10595 |
| 59. | Brummett | Amy | 6:2007cv11434 |
| 60. | Buckingham | Trina | 6:2007cv10220 |
| 61. | Buffington | Julia | 6:2007cv11146 |
| 62. | Buggs | Jerome | 6:2007cv11147 |
| 63. | Bunting | Sandra | 6:2007cv15957 |
| 64. | Burch | Kathryn | 6:2007cv11437 |
| 65. | Burns | Michelle | 6:2007cv11440 |
| 66. | Busby | Harry | 6:2007cv15963 |
| 67. | Butler | Andre | 6:2007cv10222 |
| 68. | Butler | Ida | 6:2007cv12114 |

| 69.  | Cagg        | William   | 6:2007cv13214 |
|------|-------------|-----------|---------------|
| 70.  | Callahan    | Linda     | 6:2007cv11072 |
| 71.  | Calloway    | Veronica  | 6:2007cv15974 |
| 72.  | Canady      | Mark      | 6:2007cv10832 |
| 73.  | Cantrell    | Lance     | 6:2007cv10604 |
| 74.  | Carmean     | Louvica   | 6:2007cv11151 |
| 75.  | Carriker    | Tanya     | 6:2007cv10507 |
| 76.  | Carter      | Harold    | 6:2007cv11451 |
| 77.  | Castro      | Gina      | 6:2007cv10605 |
| 78.  | Chamberlain | Susan     | 6:2007cv10836 |
| 79.  | Charchan    | Kim       | 6:2007cv10230 |
| 80.  | Chavez      | Debra     | 6:2007cv11153 |
| 81.  | Chavis      | Patty     | 6:2007cv13243 |
| 82.  | Chestnut    | Sean      | 6:2007cv10231 |
| 83.  | Chumbley    | Ted       | 6:2007cv10235 |
| 84.  | Clary       | Silvia    | 6:2007cv11459 |
| 85.  | Cline       | George    | 6:2007cv13265 |
| 86.  | Cobb        | Jacqueline| 6:2007cv11156 |
| 87.  | Cody        | Deborah   | 6:2007cv10608 |
| 88.  | Cokley      | Randy     | 6:2007cv11073 |
| 89.  | Collier     | Sandra    | 6:2007cv10609 |
| 90.  | Collier     | Virginia  | 6:2007cv11466 |
| 91.  | Collins     | Lora      | 6:2007cv10239 |
| 92.  | Corella     | Krystal   | 6:2007cv13330 |
| 93.  | Crago       | Sharon    | 6:2007cv13309 |
| 94.  | Crawford    | Elizabeth | 6:2007cv11480 |
| 95.  | Crawford    | Vanetta   | 6:2007cv10245 |
| 96.  | Crenshaw    | Craig     | 6:2007cv11482 |
| 97.  | Crivello    | Douglas   | 6:2007cv10246 |
| 98.  | Crofts      | Jill      | 6:2007cv11484 |
| 99.  | Crouch      | Ricki     | 6:2007cv11486 |
| 100. | Crowder     | David     | 6:2007cv13314 |
| 101. | Cummings    | Edith     | 6:2007cv10613 |
| 102. | Cutshaw     | James     | 6:2007cv11492 |
| 103. | Daniel      | James     | 6:2007cv10614 |
| 104. | Daniel      | Judy      | 6:2007cv10174 |
| 105. | Davis       | Andrew    | 6:2007cv10174 |

| 106. | Davis | Lloyd | 6:2007cv10616 |
|---|---|---|---|
| 107. | Davis | Mary | 6:2007cv11499 |
| 108. | Davis | Robert | 6:2007cv11168 |
| 109. | Davis | Rudoph | 6:2007cv11075 |
| 110. | Davis | Tina | 6:2007cv15632 |
| 111. | Davis | Tyra | 6:2007cv10251 |
| 112. | Dean | Annette | 6:2007cv10618 |
| 113. | Dennis | Ronnie | 6:2007cv11509 |
| 114. | Dennison | Hasewood | 6:2007cv11510 |
| 115. | Dever | Susan | 6:2007cv10253 |
| 116. | Dixon | Theresa | 6:2007cv10852 |
| 117. | Dixon | Thomas | 6:2007cv13370 |
| 118. | Dobson | James | 6:2007cv10853 |
| 119. | Dolbow | Dyanna | 6:2007cv13373 |
| 120. | Dollarhide | Jillian | 6:2007cv10175 |
| 121. | Dominguez | Javier | 6:2007cv10620 |
| 122. | Dorsey | Leslie | 6:2007cv11517 |
| 123. | Dotson | Sharon | 6:2007cv10621 |
| 124. | DuBose | Donald | 6:2007cv10854 |
| 125. | Dunnaway | Susan | 6:2007cv10856 |
| 126. | Duprcee | Lyndia | 6:2007cv11172 |
| 127. | Duran | Martin | 6:2007cv10857 |
| 128. | Duvall | Bobby | 6:2007cv10622 |
| 129. | Eady | Christine | 6:2007cv10623 |
| 130. | Edge | Kim | 6:2007cv10624 |
| 131. | Edwards | Judy | 6:2007cv11530 |
| 132. | Edwards | Karen | 6:2007cv12129 |
| 133. | Edwards | Shawna | 6:2007cv10625 |
| 134. | Ehlert | Melissa | 6:2006cv10176 |
| 135. | Elliott | Frederick | 6:2007cv11534 |
| 136. | Ellison | Mark | 6:2007cv11178 |
| 137. | Elms | Loyd | 6:2007cv15571 |
| 138. | Elrod | Sandra | 6:2007cv10860 |
| 139. | Elzey | Bonita | 6:2007cv10861 |
| 140. | Etienne | Marie | 6:2007cv10264 |
| 141. | Evans | Charles | 6:2007cv16089 |
| 142. | Evans | Lonnie | 6:2007cv16089 |

| 143. | Eyanson | Brandon | 6:2007cv11544 |
|---|---|---|---|
| 144. | Facio | Margaret | 6:2007cv11545 |
| 145. | Fair | John | 6:2007cv15635 |
| 146. | Fees | Kenneth | 6:2007cv11549 |
| 147. | Filipovic | Wendy | 6:2007cv13425 |
| 148. | Fink | Lawrence | 6:2007cv10266 |
| 149. | Finley | Raymond | 6:2007cv13428 |
| 150. | Fischbach | Leonard | 6:2007cv11559 |
| 151. | Fisher-Padgett | Julie | 6:2007cv11054 |
| 152. | Flanigan | Linda | 6:2007cv13430 |
| 153. | Flinchum, Jr. | Jerry | 6:2007cv10169 |
| 154. | Flores | Engracia | 6:2007cv16103 |
| 155. | Flower | Gregg | 6:2007cv13432 |
| 156. | Flowers | Jonathan | 6:2007cv11564 |
| 157. | Fludd | Georgia | 6:2007cv10868 |
| 158. | Flynn | Kathleen | 6:2007cv13436 |
| 159. | Foster | Penny | 6:2007cv10870 |
| 160. | Foster | Thomas | 6:2007cv10271 |
| 161. | Foster | William | 6:2007cv11574 |
| 162. | Fox | William | 6:2007cv11078 |
| 163. | Frank | Mary | 6:2007cv11577 |
| 164. | Frazier | Cindy | 6:2007cv11184 |
| 165. | Frederick | Sandra | 6:2007cv12133 |
| 166. | Freeman | Michelle | 6:2007cv16118 |
| 167. | Fryer | Herman | 6:2007cv10633 |
| 168. | Fuller | Lola | 6:2007cv13448 |
| 169. | Fulton | Andre | 6:2007cv11583 |
| 170. | Furr | Donna | 6:2007cv12134 |
| 171. | Gadsden | Genevia | 6:2007cv12135 |
| 172. | Garcia | Richard | 6:2007cv15591 |
| 173. | Garrett | Bruce | 6:2007cv10276 |
| 174. | Garrett | Nathan | 6:2007cv10277 |
| 175. | Garza | Manuel | 6:2007cv13469 |
| 176. | Gee | Nancy | 6:2007cv10637 |
| 177. | Gentry | James | 6:2007cv10638 |
| 178. | Gerk | Phyllis | 6:2007cv10280 |
| 179. | Gibson | Shila | 6:2007cv10877 |

| | | | |
|---|---|---|---|
| 180. | Gillum | Sarina | 6:2007cv11593 |
| 181. | Gilmore | Santosha | 6:2007cv12137 |
| 182. | Gipson | Kenneth | 6:2007cv11079 |
| 183. | Goff | Dianna | 6:2007cv12140 |
| 184. | Goldie | Kenneth | 6:2007cv10643 |
| 185. | Goldman | Mary | 6:2007cv156373 |
| 186. | Goldwater | Robert | 6:2007cv13486 |
| 187. | Goode | Carolyn | 6:2007cv10644 |
| 188. | Goodson | Tracey | 6:2007cv10645 |
| 189. | Gordon | Doris | 6:2007cv10646 |
| 190. | Gordon | Lutricia | 6:2007cv10647 |
| 191. | Gordon | Suzanne | 6:2007cv12142 |
| 192. | Granger | Tracie | 6:2007cv10285 |
| 193. | Gray | Mildred | 6:2007cv13504 |
| 194. | Gray | Twyla | 6:2007cv10287 |
| 195. | Green | April | 6:2007cv12146 |
| 196. | Green | Carol | 6:2007cv15639 |
| 197. | Green | Nancy | 6:2007cv10648 |
| 198. | Gregory | Lorraine | 6:2007cv11608 |
| 199. | Griego | Lynda | 6:2007cv10881 |
| 200. | Griffin | Kimber | 6:2007cv10882 |
| 201. | Grogan | Michele | 6:2007cv10177 |
| 202. | Gross | Earl | 6:2007cv11611 |
| 203. | Haley | Ella | 6:2007cv15641 |
| 204. | Hall | Wanda | 6:2007cv11616 |
| 205. | Halliburton | Fenton | 6:2007cv11617 |
| 206. | Hamilton | Rodney | 6:2007cv10652 |
| 207. | Hardy | Dietra | 6:2007cv11623 |
| 208. | Harmon | James | 6:2007cv10655 |
| 209. | Harney | Aundrea | 6:2007cv11625 |
| 210. | Harper | Casscilla | 6:2007cv10884 |
| 211. | Harris | Carolyn | 6:2007cv10657 |
| 212. | Harris | Virginia | 6:2007cv10660 |
| 213. | Harris | Wernetta | 6:2007cv10661 |
| 214. | Hart | Kawana | 6:2007cv13573 |
| 215. | Hart | Larry | 6:2007cv11630 |
| 216. | Hart-Fambro | Gloria | 6:2007cv10864 |

| | | | |
|---|---|---|---|
| 217. | Hartline | Howard | 6:2007cv11202 |
| 218. | Hawthorne | Theresa | 6:2007cv11203 |
| 219. | Hayes | Tahierra | 6:2007cv12150 |
| 220. | Haynes | Shane | 6:2007cv10887 |
| 221. | Heckinger | Thomas | 6:2007cv11634 |
| 222. | Hennegan | Adrean | 6:2007cv10300 |
| 223. | Hennings | Andreia | 6:2007cv10663 |
| 224. | Henry | Danielle | 6:2007cv12154 |
| 225. | Hernandez | Otilio | 6:2007cv11209 |
| 226. | Hestershaw | Pauline | 6:2007cv13284 |
| 227. | Hildebrand | Amanda | 6:2007cv10892 |
| 228. | Hill | Nicole | 6:2007cv15645 |
| 229. | Hilyard | Lelah | 6:2007cv10302 |
| 230. | Hobart | Terri | 6:2007cv10305 |
| 231. | Holcomb | Michael | 6:2007cv13608 |
| 232. | Holmes | Wanda | 6:2007cv12157 |
| 233. | Holt | Gail | 6:2007cv10308 |
| 234. | Hooper | Marvin | 6:2007cv10309 |
| 235. | Hopkins | Melissa | 6:2007cv11656 |
| 236. | Hopper | Jimmy | 6:2007cv10669 |
| 237. | Hoston | Richard | 6:2007cv12159 |
| 238. | House | Hope | 6:2007cv11659 |
| 239. | Howell | Janice | 6:2007cv11212 |
| 240. | Hoy | Gayla | 6:2007cv10310 |
| 241. | Hubbard | Frances | 6:2007cv11663 |
| 242. | Huffaker | Douglas | 6:2007cv15594 |
| 243. | Huizar | Hazel | 6:2007cv10900 |
| 244. | Hunt | Mary | 6:2007cv10311 |
| 245. | Hurd | Greg | 6:2007cv11667 |
| 246. | Jackson | Annie | 6:2007cv10313 |
| 247. | Jackson | Brenda | 6:2007cv12160 |
| 248. | Jackson | Leona | 6:2007cv11672 |
| 249. | Jackson | Ruth | 6:2007cv10314 |
| 250. | James | Rosie | 6:2007cv12163 |
| 251. | Jaudon | Karyn | 6:2007cv10316 |
| 252. | Jefferson | Jessie | 6:2007cv15870 |
| 253. | Jeffries | Michael | 6:2007cv10317 |

| 254. | Jetton | Connie | 6:2007cv11214 |
|---|---|---|---|
| 255. | Johnson | Craig | 6:2007cv10319 |
| 256. | Johnson | Earnestine | 6:2007cv10904 |
| 257. | Johnson | Jennifer | 6:2007cv10672 |
| 258. | Johnson | Joshua | 6:2007cv13698 |
| 259. | Johnson | Julie | 6:2007cv10906 |
| 260. | Johnson | Kathleen | 6:2007cv11690 |
| 261. | Johnson | Lanequa | 6:2007cv13695 |
| 262. | Johnson | Mark | 6:2007cv10907 |
| 263. | Johnson | Roger | 6:2007cv10674 |
| 264. | Johnson | Ronald | 6:2007cv10322 |
| 265. | Jones | Alex | 6:2007cv10323 |
| 266. | Jones | Connie | 6:2007cv10909 |
| 267. | Jones | Danny | 6:2007cv15745 |
| 268. | Jones | Ernest | 6:2007cv12165 |
| 269. | Jones | Jennifer | 6:2007cv10530 |
| 270. | Jones | Louise | 6:2007cv13705 |
| 271. | Jones | Wade | 6:2007cv13707 |
| 272. | Jordan | Sherry | 6:2007cv13711 |
| 273. | Kakmis | Stanley | 6:2007cv13721 |
| 274. | Keith | Lutoungie | 6:2007cv11706 |
| 275. | Kelderhouse | Carolyn | 6:2007cv11220 |
| 276. | Kennedy | Kimberley | 6:2007cv15646 |
| 277. | Kenrick | Michael | 6:2007cv13744 |
| 278. | Keys | Rhonda | 6:2007cv10913 |
| 279. | Kilgore | Carroll D | 6:2007cv10914 |
| 280. | King | Laurie | 6:2007cv13759 |
| 281. | King | Niyoka | 6:2007cv11089 |
| 282. | King | Robert | 6:2007cv10915 |
| 283. | Kirkland | Loretta | 6:2007cv13765 |
| 284. | Klein | Connie | 6:2007cv10680 |
| 285. | Klimek | David | 6:2007cv11714 |
| 286. | Kling | Mary | 6:2007cv13768 |
| 287. | Knee | Benjamin | 6:2007cv10330 |
| 288. | Kniffen | Patricia | 6:2007cv11090 |
| 289. | Kramer | George | 6:2007cv12169 |
| 290. | Kunce | Roger | 6:2007cv13783 |

| 291. | Kurtz | Gary | 6:2007cv13784 |
|---|---|---|---|
| 292. | Ladanyi | Gabriella | 6:2007cv10681 |
| 293. | Lalum | William | 6:2007cv15599 |
| 294. | Landerman | Jessica | 6:2007cv11724 |
| 295. | Lane | Merrill | 6:2007cv11061 |
| 296. | Latulipe | Violet | 6:2007cv11228 |
| 297. | Laver | Melissa | 6:2007cv10533 |
| 298. | Lay | Loretta | 6:2007cv12172 |
| 299. | Leake | Troy | 6:2007cv12173 |
| 300. | Leatherwood | April | 6:2007cv10920 |
| 301. | Lebron | Devalois | 6:2007cv11230 |
| 302. | Lee | Rebecca | 6:2007cv13801 |
| 303. | Leedy | Parthenia | 6:2007cv10338 |
| 304. | Lemar | John | 6:2007cv10685 |
| 305. | Levine | Kathleen | 6:2007cv10534 |
| 306. | Lewis | Melanie | 6:2007cv13813 |
| 307. | Lias | Roberta | 6:2007cv10687 |
| 308. | Licker | Jeffrey | 6:2007cv10343 |
| 309. | Lindee | Jennifer | 6:2007cv11094 |
| 310. | Lindsey | Anthony | 6:2007cv10344 |
| 311. | Lippert | Kenneth | 6:2007cv10925 |
| 312. | Livaudais | Lionel | 6:2007cv11095 |
| 313. | Lively | Dolly | 6:2007cv10926 |
| 314. | Lockhart | Lavern | 6:2007cv10688 |
| 315. | Longo | Patricia | 6:2007cv11750 |
| 316. | Lopez | Michael | 6:2007cv10691 |
| 317. | Loteckie | Judith | 6:2007cv15573 |
| 318. | Lovin | Sarah | 6:2007cv10692 |
| 319. | Lowery | Stephen | 6:2007cv10930 |
| 320. | Luke | Ida | 6:2007cv11756 |
| 321. | Lyles | Atwina | 6:2007cv10932 |
| 322. | Lynch | Lois | 6:2007cv10933 |
| 323. | Lyons | Lisa | 6:2007cv12180 |
| 324. | Mack | Joyce | 6:2007cv10934 |
| 325. | Mae | Laura | 6:2007cv11758 |
| 326. | Malek | Melinda | 6:2007cv11760 |
| 327. | Maness | Esther | 6:2007cv10352 |

| | | | |
|---|---|---|---|
| 328. | Manns | Lesa | 6:2007cv10694 |
| 329. | Maquet | Brian | 6:2007cv12182 |
| 330. | Marco | Theresa | 6:2007cv11763 |
| 331. | Marshall | Teresa | 6:2007cv11236 |
| 332. | Martin | Kenneth | 6:2007cv10354 |
| 333. | Massey | Carly | 6:2007cv15590 |
| 334. | Matteson | Rosemarie | 6:2007cv10938 |
| 335. | Maxey | Michelle | 6:2007cv15602 |
| 336. | McCloud | Ellis | 6:2007cv13892 |
| 337. | McCormick | Lou Ann | 6:2007cv10539 |
| 338. | McCoy | Diane | 6:2007cv11781 |
| 339. | McCoy | Dorothy | 6:2007cv15603 |
| 340. | McDaniel | Joe | 6:2007cv11782 |
| 341. | McElligott | Peter | 6:2007cv15653 |
| 342. | Mcgee | Nettrea | 6:2007cv11245 |
| 343. | Mckee | Michael | 6:2007cv10945 |
| 344. | McKeithen | Brandi | 6:2007cv10363 |
| 345. | Mckinney | Janice | 6:2007cv10701 |
| 346. | Mclendon | Mary | 6:2007cv11248 |
| 347. | McMahon | Angel | 6:2007cv10946 |
| 348. | Meadows-Oneal | Carol | 6:2007cv10703 |
| 349. | Melton | Jacqueline | 6:2007cv10366 |
| 350. | Metcalf | Jeanette | 6:2007cv13937 |
| 351. | Meyer | Leshe | 6:2007cv11792 |
| 352. | Miles | Jacqueline | 6:2007cv11793 |
| 353. | Miller | Kasey | 6:2007cv10370 |
| 354. | Miller | Marie | 6:2007cv13492 |
| 355. | Mitchell | Beth | 6:2007cv10371 |
| 356. | Monroy | Margaret | 6:2007cv16371 |
| 357. | Montero | Sammy | 6:2007cv10952 |
| 358. | Moody | Vanessa | 6:2007cv10705 |
| 359. | Moore | James | 6:2007cv10706 |
| 360. | Morehead | Sally | 6:2007cv10375 |
| 361. | Morrissey | Deckrice | 6:2007cv10708 |
| 362. | Mulkey | Richard | 6:2007cv12192 |
| 363. | Mullins-Necessary | Tanya | 6:2007cv10541 |

Case 6:06-md-01769-ACC-DAB   Document 262-4   Filed 07/06/07   Page 13 of 18 PageID 3138

| | | | |
|---|---|---|---|
| 364. | Murph-Jones | Marie | 6:2007cv10179 |
| 365. | Murray | Donald | 6:2007cv10542 |
| 366. | Myrhol | Sherri | 6:2007cv11820 |
| 367. | Nash | Richard | 6:2007cv11258 |
| 368. | Newport | Deborah | 6:2007cv11260 |
| 369. | Nickell | Nasha | 6:2007cv15608 |
| 370. | Nixon | Judith | 6:2007cv14007 |
| 371. | Nowlin | Zelda | 6:2007cv11830 |
| 372. | Obanion | James | 6:2007cv16414 |
| 373. | Ochoa | Linda | 6:2007cv10960 |
| 374. | Odell | Marner | 6:2007cv11833 |
| 375. | Odum | Virginia | 6:2007cv11835 |
| 376. | Oldford | Carman | 6:2007cv10544 |
| 377. | Oliver | Lydia | 6:2007cv11839 |
| 378. | Osborne | Michael | 6:2007cv14028 |
| 379. | Owens | John | 6:2007cv11842 |
| 380. | Owens | Kimberly | 6:2007cv10962 |
| 381. | Owens | Lynette | 6:2007cv11845 |
| 382. | Palmer | Jettie | 6:2007cv10389 |
| 383. | Parker | Phillip | 6:2007cv11265 |
| 384. | Patterson | Rebecca | 6:2007cv10964 |
| 385. | Patterson | Roberta | 6:2007cv10965 |
| 386. | Pattison | Joyful | 6:2007cv10392 |
| 387. | Pawluk | Daniel | 6:2007cv10966 |
| 388. | Pearson | Gwen | 6:2007cv11854 |
| 389. | Peck | Michael | 6:2007cv10968 |
| 390. | Pegram | Coral | 6:2007cv10395 |
| 391. | Peralez | Dominic | 6:2007cv16442 |
| 392. | Perdue | Tanita | 6:2007cv10717 |
| 393. | Perez | Yolanda | 6:2007cv10719 |
| 394. | Petruna | Peggy | 6:2007cv11269 |
| 395. | Pettinato | Anita | 6:2007cv11861 |
| 396. | Phillips | Delores | 6:2007cv10397 |
| 397. | Phillips | James | 6:2007cv14071 |
| 398. | Philpott | Richard | 6:2007cv11270 |
| 399. | Piagentini | Audrey | 6:2007cv11271 |
| 400. | Pinson | Vernetta | 6:2007cv14078 |

| | | | |
|---|---|---|---|
| 401. | Pittman | Alice | 6:2007cv10398 |
| 402. | Pittman | Jacqui | 6:2007cv11871 |
| 403. | Pollard | Donald | 6:2007cv11875 |
| 404. | Pompeii | Celecte | 6:2007cv11876 |
| 405. | Pound | Brian | 6:2007cv14091 |
| 406. | Powell | Bridgette | 6:2007cv15659 |
| 407. | Powers | Larry | 6:2007cv10976 |
| 408. | Price | Levell | 6:2007cv15661 |
| 409. | Priest | Tamara | 6:2007cv10404 |
| 410. | Pringle | Elsie | 6:2007cv11274 |
| 411. | Protsman | Thomas | 6:2007cv14102 |
| 412. | Prude | Belinda | 6:2007cv12208 |
| 413. | Puckett | Kenny | 6:2007cv10726 |
| 414. | Queen | Stacie | 6:2007cv11888 |
| 415. | Quinones | Teresa | 6:2007cv11889 |
| 416. | Quintana | Ruquilo | 6:2007cv10549 |
| 417. | Rachfal | Michael | 6:2007cv15662 |
| 418. | Rainey | Rechelle | 6:2007cv10408 |
| 419. | Rash | Eula | 6:2007cv11278 |
| 420. | Reid | Georgette | 6:2007cv11103 |
| 421. | Reida | Diana | 6:2007cv11900 |
| 422. | Reinhart | Julie | 6:2007cv10550 |
| 423. | Replogle | Joseph | 6:2007cv10411 |
| 424. | Rianda | Eric | 6:2007cv11902 |
| 425. | Richards | Jakob | 6:2007cv10412 |
| 426. | Richardson | Luma | 6:2007cv11906 |
| 427. | Richardson | Ocelia | 6:2007cv10732 |
| 428. | Richmond | Staycee | 6:2007cv10983 |
| 429. | Risher | Carlos | 6:2007cv11909 |
| 430. | Rivers | Mary | 6:2007cv10733 |
| 431. | Rizzo | Paul | 6:2007cv12213 |
| 432. | Roberts | Amanda | 6:2007cv10552 |
| 433. | Roberts | Doris | 6:2007cv10736 |
| 434. | Robertson | Nellie | 6:2007cv14165 |
| 435. | Robinette | Jack | 6:2007cv10737 |
| 436. | Robinson | Kelly | 6:2007cv11917 |
| 437. | Rockette | Clyde | 6:2007cv10988 |

| | | | |
|---|---|---|---|
| 438. | Rodgers | Thomas | 6:2007cv11286 |
| 439. | Rogers | Estell | 6:2007cv11921 |
| 440. | Rogers | Virginia | 6:2007cv11925 |
| 441. | Rohlfing | Shawn | 6:2007cv10990 |
| 442. | Rolling | Bernadette | 6:2007cv10420 |
| 443. | Rosa | Maria | 6:2007cv10421 |
| 444. | Rouse | Virgina | 6:2007cv11291 |
| 445. | Rowe | Patricia | 6:2007cv11292 |
| 446. | Roy | Mary Ann | 6:2007cv10423 |
| 447. | Ruff | Walter | 6:2007cv14204 |
| 448. | Ruggles | William | 6:2007cv10993 |
| 449. | Rutledge | Jacki | 6:2007cv11930 |
| 450. | Ryant | Terri | 6:2007cv14209 |
| 451. | Salamone | Jack | 6:2007cv10105 |
| 452. | Salinas | Mary | 6:2007cv10744 |
| 453. | Sallee | Mark | 6:2007cv11105 |
| 454. | Sanchez | Pauline | 6:2007cv15617 |
| 455. | Sanchez | Penny | 6:2007cv16522 |
| 456. | Sanders | Enda | 6:2007cv10994 |
| 457. | Sarnol | Yolande | 6:2007cv10426 |
| 458. | Sauls | Terry | 6:2007cv10747 |
| 459. | Schaeffer | Robert | 6:2007cv14230 |
| 460. | Schall | Joanna | 6:2007cv10554 |
| 461. | Schallmo | Sandra | 6:2007cv10996 |
| 462. | Scheiber | Renda | 6:2007cv10428 |
| 463. | Schillaci | James | 6:2007cv10430 |
| 464. | Schmidt | Carolyn | 6:2007cv10431 |
| 465. | Schneider | Bret | 6:2007cv10432 |
| 466. | Schulte | Gerard | 6:2007cv10997 |
| 467. | Schulz | Anthony | 6:2007cv16535 |
| 468. | Scott | Bridgett | 6:2007cv11943 |
| 469. | Scott | Jerry | 6:2007cv10751 |
| 470. | Scott | Marion | 6:2007cv11000 |
| 471. | Scott | Ricky | 6:2007cv11944 |
| 472. | Scott | Mariane | 6:2007cv10752 |
| 473. | Sederkersky | Margaret | 6:2007cv15665 |
| 474. | See | Patricia | 6:2007cv11002 |

| 475. | Selfridge | Karen | 6:2007cv10753 |
|---|---|---|---|
| 476. | Semenuk | Joyce | 6:2007cv10436 |
| 477. | Shelton | Billy | 6:2007cv14261 |
| 478. | Sherlin | Amanda | 6:2007cv11302 |
| 479. | Sherwood | Spencer | 6:2007cv15576 |
| 480. | Siler | Shaun | 6:2007cv12222 |
| 481. | Simmons | Carlos | 6:2007cv11959 |
| 482. | Sizemore | Glenda | 6:2007cv11965 |
| 483. | Smith | Anesiha | 6:2007cv14280 |
| 484. | Smith | Bobbie | 6:2007cv11304 |
| 485. | Smith | Brittney | 6:2007cv10439 |
| 486. | Smith | Darnette | 6:2007cv10440 |
| 487. | Smith | Denise | 6:2007cv14285 |
| 488. | Smith | Elizabeth | 6:2007cv10763 |
| 489. | Smith | Maria | 6:2007cv10441 |
| 490. | Smith | Pam | 6:2007cv12225 |
| 491. | Smith | Robert | 6:2007cv11970 |
| 492. | Smith | Ron | 6:2007cv11971 |
| 493. | Smith | Theresa | 6:2007cv10442 |
| 494. | Smith | William | 6:2007cv11973 |
| 495. | Smithers | Roger | 6:2007cv10558 |
| 496. | Sotnikow | Leon | 6:2007cv10443 |
| 497. | Soukiassian | Ani | 6:2007cv11974 |
| 498. | Spaulding | Gary | 6:2007cv10444 |
| 499. | Sperry | Cheri | 6:2007cv10445 |
| 500. | Spragling | Jackie | 6:2007cv11010 |
| 501. | Stafford | Pamela | 6:2007cv10446 |
| 502. | Stamps | James | 6:2007cv11980 |
| 503. | Sterman | Dianne | 6:2007cv11111 |
| 504. | Stewart | Andrew | 6:2007cv15620 |
| 505. | Stitch | Frank | 6:2007cv12230 |
| 506. | Stone | Malena | 6:2007cv11990 |
| 507. | Summerville | Yvonne | 6:2007cv11994 |
| 508. | Sundquist | Jessica | 6:2007cv10451 |
| 509. | Sursely | Andrea | 6:2007cv14348 |
| 510. | Sutten | Carrie | 6:2007cv11314 |
| 511. | Sweeney | Michael | 6:2007cv10452 |

| 512. | Sweeten | Loren | 6:2007cv11014 |
|---|---|---|---|
| 513. | Swindle | Melody | 6:2007cv11015 |
| 514. | Swisher | Jane | 6:2007cv11317 |
| 515. | Tatum | Derrick | 6:2007cv12000 |
| 516. | Taylor | Bertha | 6:2007cv12233 |
| 517. | Taylor | Jeffrey | 6:2007cv11319 |
| 518. | Tellez | Cassandra | 6:2007cv10456 |
| 519. | Thomas | Terry | 6:2007cv12009 |
| 520. | Tillman | Frank | 6:2007cv10779 |
| 521. | Timmerman | Julien | 6:2007cv10459 |
| 522. | Tinker | Jean | 6:2007cv11020 |
| 523. | Tope | Karen | 6:2007cv11113 |
| 524. | Treesh | James | 6:2007cv11021 |
| 525. | Trujillo | Willliam | 6:2007cv11022 |
| 526. | Turnage | Alan | 6:2007cv11327 |
| 527. | Van Hauter | Angela | 6:2007cv10462 |
| 528. | Vanderhoef | Edan | 6:2007cv10565 |
| 529. | Velarde | Geneive | 6:2007cv10463 |
| 530. | Verhamme | James | 6:2007cv14426 |
| 531. | Volesky | Desiree | 6:2007cv12023 |
| 532. | Waite | Jennifer | 6:2007cv10465 |
| 533. | Waite | William | 6:2007cv11114 |
| 534. | Wallace | Agnes | 6:2007cv11028 |
| 535. | Wallace | David | 6:2007cv11029 |
| 536. | Wallen | Melanie | 6:2007cv15844 |
| 537. | Warner | Kimberly | 6:2007cv11330 |
| 538. | Warren | Denice | 6:2007cv15673 |
| 539. | Warren | Nina | 6:2007cv10567 |
| 540. | Washington | Clarence | 6:2007cv14452 |
| 541. | Watkins | Bradley | 6:2007cv10469 |
| 542. | Watkins | Charlie | 6:2007cv12033 |
| 543. | Watson | Ruletta | 6:2007cv10789 |
| 544. | Webster | Claudia | 6:2007cv11036 |
| 545. | West | Noreen | 6:2007cv10472 |
| 546. | West | Walter | 6:2007cv12049 |
| 547. | Westbrook | Frank | 6:2007cv10794 |
| 548. | Westhal | Wayne | 6:2007cv12248 |

| 549. | Whidby | Paul | 6:2007cv10795 |
|---|---|---|---|
| 550. | Whisby | Anthony | 6:2007cv12050 |
| 551. | White | Anthony | 6:2007cv11334 |
| 552. | Whitner | Austina | 6:2007cv10474 |
| 553. | Whitney | Sheri | 6:2007cv12054 |
| 554. | Wilcox | Davina | 6:2007cv10476 |
| 555. | Wilcox | Rhonda | 6:2007cv11335 |
| 556. | Willetts | John | 6:2007cv11337 |
| 557. | Williams | Corina | 6:2007cv12061 |
| 558. | Williams | Diana | 6:2007cv11040 |
| 559. | Williams | Johnnie | 6:2007cv14487 |
| 560. | Williams | Kunio | 6:2007cv10568 |
| 561. | Williams | Mark | 6:2007cv12250 |
| 562. | Williams | Roy | 6:2007cv14494 |
| 563. | Williams | Vincent | 6:2007cv10477 |
| 564. | Williamson | Roger | 6:207cv11340 |
| 565. | Wilson | Charlotte | 6:2007cv11046 |
| 566. | Wilson | Ruth | 6:2007cv12071 |
| 567. | Wolfe | Heather | 6:2007cv10804 |
| 568. | Woods | Ingemar | 6:2007cv10479 |
| 569. | Woods | Lamont | 6:2007cv11050 |
| 570. | Wressell | Cally | 6:2007cv10480 |
| 571. | Wright | Bonnie | 6:2007cv12081 |
| 572. | Wright | Mitchel | 6:2007cv11343 |
| 573. | Wyman | Doralee | 6:2007cv10809 |
| 574. | Wynn | Linda | 6:2007cv11344 |
| 575. | Yeley | Peggy | 6:2007cv10810 |
| 576. | Young | Gary | 6:2007cv15580 |
| 577. | Ziegman | William | 6:2007cv11347 |
| 578. | Zumbro | Marilyn | 6:2007cv10570 |