**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____/

# NOTICE OF TWO HEARINGS

**TAKE NOTICE** that an evidentiary hearing and oral argument on the MDL Plaintiffs' Motion for Sanctions (Doc. No. 256) will be held before the undersigned on **THURSDAY, JULY 26, 2007** at **9:30 A.M.** in Courtroom #6, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida. The MDL Plaintiffs are **ORDERED** to file a notice listing the specific matters on which they intend to rely at the hearing with a new Local Rule 3.01(g) certification as to each such item by **FRIDAY, JULY 20 at 4:00 P.M.** The parties are **ORDERED** to file properly marked exhibits for the hearing by **MONDAY, JULY 23 at 4:00 P.M.**

**TAKE FURTHER NOTICE** that a **Status Conference** will be held before the undersigned on **FRIDAY, JULY 27, 2007** at **10:00 A.M.** in Courtroom #6, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida. **The status conference will be held regardless of whether the Motion for Sanctions (Doc. No. 256) is resolved or withdrawn.**

Counsel and any party to this case wishing to participate in the status conference by telephone conference call MUST call the offices of PLAINTIFFS' LIAISON COUNSEL, Larry Roth, to make advance arrangements at least two business days prior to the hearing and Liaison Counsel's office will communicate the list of participants to Chambers at least two hours prior to the hearing.

As discussed preliminarily at the last hearing, the **parties are directed to file** memoranda, not exceeding seven pages, by **Friday, July 20, 2007,** addressing the advisability and legal authority for

the possible transfer to this Court, during pendency of the MDL, of cases filed in other Districts that bear a relationship to Florida (such as the residence of the plaintiff) that might justify such a change of venue by the transferor courts.

**DONE** and **ORDERED** in Orlando, Florida on July 6, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Reporter Requested

**PLEASE NOTE**: **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.