**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

**MDL DOCKET NO. 1769**

**This Document Relates to ALL CASES**

### ASTRAZENECA'S OBJECTIONS TO PLAINTIFFS' DESIGNATIONS AND PROPOSED ELIGIBLE PLAINTIFFS LIST

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP (hereinafter "AstraZeneca") hereby object to plaintiffs' designation of cases eligible for case specific discovery as set forth below and submit to the Court its Eligible Plaintiffs List.

**A.    AstraZeneca's Objections to Plaintiffs' Designations – Exhibit A**

This Court's June 11, 2007 Order required plaintiffs' counsel to file by July 1 a list of the names and MDL case numbers "of all plaintiffs for which both substantially complete Plaintiff Fact Sheets ("PFS") and medical records authorizations have been served."  Doc. No. 225 at ¶ 2.  Nine plaintiff firms filed such designations on behalf of approximately 4,688 plaintiffs.  *See* Doc. Nos. 242 (Weitz & Luxenberg, 44 plaintiffs); 243 (Whatley Drake, 110 plaintiffs); 244 (Bailey Perrin Bailey, 4,378 plaintiffs); 245 (Miller Firm, 2 plaintiffs); 246 (Matthews & Assocs., 26 plaintiffs); 247 (Levin Simes Kaiser & Gornick, 62 plaintiffs); 248 (Aylstock Witkin Kreis & Overholtz, 19 plaintiffs); 249 (Law Offices of Howard L. Nations, 31 plaintiffs); and 250 (Brown & Crouppen, 16 plaintiffs).

The same Order required AstraZeneca to object by July 11 "to any plaintiffs on the list whose [PFSs] or medical records authorizations have not been received or are not substantially complete." Doc. No. 225 at ¶ 2. Exhibit A, attached hereto, combines each plaintiff firm's designations into a single list and sets forth AstraZeneca's objections to the designation of certain plaintiffs.

Because of time constraints, AstraZeneca has not been able to fully review and evaluate each served PFS to determine if it is in fact "substantially complete." Thus, on Exhibit A, AstraZeneca has objected only to the designation of plaintiffs whose PFS deficiencies are blatant: (1) plaintiffs who have failed to serve a PFS; (2) plaintiffs who have failed to properly verify a PFS; (3) plaintiffs who have failed to serve a properly-signed medical records authorization; (4) plaintiffs who have failed to identify a prescribing physician in the PFS; (5) plaintiffs whose cases should have been filed or amended as representative actions (*e.g.*, because plaintiffs are minors, were deceased at the time of filing, or died after filing their complaints); and (6) plaintiffs who have agreed to dismiss their cases or whose cases have already been dismissed.

In setting forth its objections to plaintiff's designations, AstraZeneca does not waive its rights and remedies available under the Federal Rules of Civil Procedure or under the Orders of this Court. AstraZeneca specifically reserves its right to seek any appropriate remedy as to any plaintiff with a case pending in this MDL, including an order compelling a plaintiff to supplement his or her PFS and/or dismissing his or her case.[1] AstraZeneca's non-

---

[1] To date, AstraZeneca has moved to dismiss approximately 1,606 plaintiffs on three grounds: (1) failure to serve a PFS, (2) failure to properly verify a PFS, and (3) failure to serve a proper medical record authorization. This Court has dismissed approximately 458

2

objection at this time to a plaintiff's designation is not an admission that the plaintiff's PFS is substantially complete.

Although AstraZeneca has not included in Exhibit A any objections on this basis, AstraZeneca continues to object to the designation of plaintiffs who only recently served or supplemented their PFSs. As explained in AstraZeneca's Motion for Implementation of Case-Specific Discovery, the only plaintiffs who can be meaningfully deposed are those for whom AstraZeneca has had an opportunity to collect substantially complete medical records. *See* Doc. No. 238 at ¶ I.B. Hence, the only plaintiffs who should be eligible for depositions this year are those who submitted complete, verified PFSs with authorizations in January, February, or March.

**B.     AstraZeneca's Eligible Plaintiffs List – Exhibit B**

This Court's July 6, 2007 Order required AstraZeneca to "identify, in a separate list (the "Eligible Plaintiffs List"), the cases to which they do not object and identify the date by which Defendants had received both a PFS and medical records authorizations in each case ("PFS Service Date")." Doc. No. 263 at ¶ I.A. Exhibit B, attached hereto, is AstraZeneca's Eligible Plaintiffs List – all plaintiffs designated by plaintiffs' counsel who have served AstraZeneca with properly verified PFSs and properly executed medical record authorizations and whose PFSs identify their prescribing physicians (2,744 plaintiffs total). Exhibit B also lists the date by which AstraZeneca received this information for each listed plaintiff.

---

plaintiffs on these grounds. AstraZeneca will file motions to dismiss additional plaintiffs for failing to serve substantially complete PFSs.

As noted above, AstraZeneca does not waive its rights and remedies available under the Federal Rules of Civil Procedure or under the Orders of this Court. AstraZeneca specifically reserves its right to seek any appropriate remedy as to any plaintiff with a case pending in this MDL, and AstraZeneca's inclusion of a plaintiff on the Eligible Plaintiffs List is not an admission that the plaintiff's PFS is substantially complete.

Although AstraZeneca has included in Exhibit B plaintiffs who only recently submitted PFSs, AstraZeneca continues to object to the designation of plaintiffs who only recently served or supplemented their PFSs. As explained in AstraZeneca's Motion for Implementation of Case-Specific Discovery, the only plaintiffs who can be meaningfully deposed are those for whom AstraZeneca has had an opportunity to collect substantially complete medical records. *See* Doc. No. 238 at ¶ I.B. Hence, the only plaintiffs who should be eligible for depositions this year are those who submitted complete, verified PFSs with authorizations in January, February, or March.

C.  **Undesignated Plaintiffs – Exhibit C**

Although the Court's June 11, 2007 Order states that plaintiffs' July 1 designations must contain "***all plaintiffs*** for which both substantially complete Plaintiff Fact Sheets ("PFS") and medical records authorizations have been served," plaintiffs' designations omit about 11% (302 out of 2,744) of the plaintiffs from whom AstraZeneca has received verified PFSs and executed medical record authorizations. *See* Doc. No. 225 at ¶ 2 (emphasis added). Exhibit C, attached hereto, lists all plaintiffs from whom AstraZeneca has received verified PFSs and executed medical record authorizations, but who were not listed in plaintiffs' July 1 designations.

4

AstraZeneca has not yet had an opportunity to review the PFSs for these 302 plaintiffs to determine which PFSs identify prescribing physicians, but it will do so as expeditiously as possible and provide to the Court an amended Eligible Plaintiffs List that includes all plaintiffs who have (1) served properly verified PFSs, (2) served properly executed medical record authorizations, and (3) identified their prescribing physicians in their PFSs.

Respectfully submitted on this the 11th day of July, 2007,

/s/ Fred T. Magaziner
Fred T. Magaziner
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19103
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
fred.magaziner@dechert.com

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 11th of July, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants listed on the attached Service List.

/s/ Shane T. Prince

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>***Plaintiffs' Lead Counsel*** | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br>E. Ashley Cranford, Esq.<br>Whatley Drake & Kallas, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ccf@whatleydrake.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Steven M. Selna, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>steven.selna@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

| | |
|---|---|
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net |
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |