| Last Name | First Name | MDL Case No. | Firm | PFS Service Date |
|---|---|---|---|---|
| Adams | Patricia | 6:07-cv-00336-ACC-DAB | Weitz & Luxenberg | 6/27/2007 |
| Adams | Theresa Maxine | 6:06-cv-01137-ACC-DAB | Watkins | 1/2/2007 |
| Adamson | Christopher E | 6:06-cv-01140-ACC-DAB | Watkins | 1/2/2007 |
| Aguiar | Thomas | 6:07-cv-14565-ACC-DAB | Bailey | 6/29/2007 |
| Ainley | Tony C | 6:06-cv-01145-ACC-DAB | Watkins | 1/2/2007 |
| Anderson | Anthony | 6:07-cv-14576-DAB-ACC | Bailey | 6/29/2007 |
| Anderson | Carl E. | 6:06-md-01769-ACC-DAB | Watkins | 1/2/2007 |
| Ashburn | Lorier | 6:07-cv-10115-ACC-DAB | Matthews | 3/5/2007 |
| Ashton | Dennis | 6:07-cv-14586-ACC-DAB | Bailey | 6/29/2007 |
| Aubrey | Charlotte | 6:07-cv-11367-ACC-DAB | Bailey | 7/6/2007 |
| Aucoin | Jimmie | 6:07-cv-14588-ACC-DAB | Bailey | 6/29/2007 |
| Austin | Ernestine | 6:07-cv-15875-ACC-DAB | Bailey | 6/29/2007 |
| Ayon | Joe | 6:07-cv-14593-ACC-DAB | Bailey | 6/29/2007 |
| Balderas | Marta | 6:07-cv-15880-ACC-DAB | Bailey | 6/29/2007 |
| Ball | Bobbie | 6:07-cv-14599-ACC-DAB | Bailey | 6/29/2007 |
| Banks | Queen | 6:07-cv-15884-ACC-DAB | Bailey | 6/29/2007 |
| Barney | Stephanie | 6:07-cv-14609-ACC-DAB | Bailey | 6/29/2007 |
| Bartlett | Seneca | 6:07-cv-10117-ACC-DAB | Mathews | 1/22/2007 |
| Bateman | Sherry | 6:07-cv-15892-ACC-DAB | Bailey | 6/29/2007 |
| Beard | Barbara | 6:07-cv-14621-ACC-DAB | Bailey | 6/29/2007 |
| Bearden | Yaki | 6:07-cv-10118-ACC-DAB | Watkins | 1/2/2007 |
| Beauford | Michelle | 6:07-cv-14622-ACC-DAB | Bailey | 6/29/2007 |
| Beede | Amy | 6:07-cv-14624-ACC-DAB | Bailey | 6/29/2007 |
| Beyers | Shequita | 6:07-cv-14633-ACC-DAB | Bailey | 6/29/2007 |
| Bill | Theresa | 6:07-cv-15916-ACC-DAB | Bailey | 6/29/2007 |
| Billingsley | Willie | 6:07-cv-10585-ACC-DAB | Bailey | 7/6/2007 |
| Bjorn | Kathryn | 6:06-cv-01010-ACC-DAB | Brown & Crouppen | 12/22/2007 |
| Blackburn | David | 6:07-cv-12302-ACC-DAB | Bailey | 6/29/2007 |
| Blanchard | Sharon Frances | 6:07-cv-10120-ACC-DAB | Watkins | 1/2/2007 |
| Blanton | Odell | 6:07-cv-13126-ACC-DAB | Bailey | 6/29/2007 |
| Bohan | John | 6:07-cv-10496-ACC-DAB | Bailey | 7/6/2007 |
| Bolton | William Wayne | 6:07-cv-10121-ACC-DAB | Watkins | 1/2/2007 |
| Borg | Sally | 6:07-cv-13136-ACC-DAB | Bailey | 7/6/2007 |
| Bowman | Lonnie | 6:07-cv-14654-ACC-DAB | Bailey | 1/31/2007 |
| Boyden-Campbell | Betty | 6:07-cv-10498-ACC-DAB | Bailey | 7/6/2007 |
| Braun | Linda | 6:07-cv-10209-ACC-DAB | Bailey | 1/31/2007 |
| Bridges | Brenda K | 6:07-cv-10123-ACC-DAB | Watkins | 1/2/2007 |
| Brigham | Michael | 6:07-cv-12315-ACC-DAB | Bailey | 1/31/2007 |
| Britt | Shannon | 6:07-cv-10124-ACC-DAB | Watkins | 1/2/2007 |
| Brown | Pauline | 6:07-cv-10827-ACC-DAB | Bailey | 7/6/2007 |
| Brush | Jimmy | 6:07-cv-15951-ACC-DAB | Bailey | 6/29/2007 |
| Brutus | Darlin | 6:07-cv-00368-ACC-DAB | Whatley | 4/10/2007 |
| Buffington | Julia | 6:07-cv-11146-ACC-DAB | Bailey | 7/6/2007 |
| Bunce | Dorris | 6:07-cv-14689-ACC-DAB | Bailey | 6/29/2007 |
| Bunting | Sandra | 6:07-cv-15957-ACC-DAB | Bailey | 7/6/2007 |
| Butler | Jeffrey I | 6:07-cv-10061-ACC-DAB | Watkins | 1/22/2007 |
| Byrd | Fredrick | 6:07-cv-14697-ACC-DAB | Bailey | 6/29/2007 |

| Last Name | First Name | MDL Case No. | Firm | PFS Service Date |
|---|---|---|---|---|
| Byrom | Antionette | 6:07-cv-13212-ACC-DAB | Bailey | 7/6/2007 |
| Cains | Gracie F | 6:07-cv-10126-ACC-DAB | Watkins | 1/2/2007 |
| Campbell | Betty Louise | 6:07-cv-13218-ACC-DAB | Watkins | 1/2/2007 |
| Carpenter | Geraldine | 6:07-cv-15980-ACC-DAB | Bailey | 6/29/2007 |
| Carty | Inis | 6:07-cv-12356-ACC-DAB | Bailey | 1/31/2007 |
| Cassidy | Tina | 6:07-cv-10024-ACC-DAB | Matthews | 3/5/2007 |
| Chalk | Roy | 6:07-cv-14718-ACC-DAB | Bailey | 6/29/2007 |
| Contreras | Gloria | 6:07-cv-13285-ACC-DAB | Bailey | 6/29/2007 |
| Cook | Barbara | 6:07-cv-16016-ACC-DAB | Bailey | 6/29/2007 |
| Cooper | Lavon | 6:07-cv-14756-ACC-DAB | Bailey | 6/29/2007 |
| Crawford | Vanetta | 6:07-cv-10245-ACC-DAB | Bailey | 5/31/2007 |
| Crockwell | Ashton | 6:07-cv-14771-ACC-DAB | Bailey | 6/29/2007 |
| Crooms | Shawnita | 6:07-cv-10131-ACC-DAB | Watkins | 1/2/2007 |
| Croucher | Jeffory | 6:07-cv-14772-ACC-DAB | Bailey | 6/29/2007 |
| Culpepper | Dewey | 6:07-cv-16043-ACC-DAB | Bailey | 6/29/2007 |
| Cunningham | Lavon | 6:07-cv-14774-ACC-DAB | Bailey | 6/29/2007 |
| Curtis | Debra | 6:07-cv-12405-ACC-DAB | Bailey | 7/6/2007 |
| Davis | Beverly | 6:07-cv-14780-ACC-DAB | Bailey | 6/29/2007 |
| Davis | John | 6:07-cv-12411-ACC-DAB | Bailey | 6/8/2007 |
| Davis | Rudoph | 6:07-cv-11075-ACC-DAB | Bailey | 7/6/2007 |
| Davis | Sallie | 6:07-cv-13336-ACC-DAB | Bailey | 7/6/2007 |
| Dennis | LaDonna | 6:07-cv-10062-ACC-DAB | Watkins | 1/2/2007 |
| Derrick | William D | 6:07-cv-10133-ACC-DAB | Watkins | 1/2/2007 |
| Devereueawax | Gussie | 6:07-cv-16056-ACC-DAB | Bailey | 6/29/2007 |
| Dilbeck | Sheila M | 6:07-cv-10063-ACC-DAB | Watkins | 1/2/2007 |
| Dorsey | Sondra | 6:07-cv-14805-ACC-DAB | Bailey | 6/29/2007 |
| Drummond | Ronald | 6:07-cv-10028-ACC-DAB | Mathews | 1/22/2007 |
| Duprcee | Lyndia | 6:07-cv-11172-ACC-DAB | Bailey | 7/6/2007 |
| Easley | Charlotte G | 6:07-cv-10064-ACC-DAB | Watkins | 1/2/2007 |
| Edge | Kim | 6:07-cv-10624-ACC-DAB | Bailey | 7/6/2007 |
| Edwards | Aaron | 6:07-cv-13396-ACC-DAB | Bailey | 6/29/2007 |
| Edwards | Candice | 6:07-cv-16080-ACC-DAB | Bailey | 6/29/2007 |
| Ellerbee | Magrugder | 6:07-cv-14822-ACC-DAB | Bailey | 6/29/2007 |
| Exley | Nanca | 6:07-cv-14837-ACC-DAB | Bailey | 6/29/2007 |
| Farris | Chris | 6:07-cv-14843-ACC-DAB | Bailey | 6/29/2007 |
| Ferrell | Ertha | 6:07-cv-16097-ACC-DAB | Bailey | 6/29/2007 |
| Flemate | Michele | 6:07-cv-14853-ACC-DAB | Bailey | 6/29/2007 |
| Fodstad | Jodee | 6:07-cv-10269-ACC-DAB | Bailey | 1/31/2007 |
| Foley | Karl T | 6:07-cv-10135-ACC-DAB | Watkins | 1/2/2007 |
| Ford | Jeanette | 6:07-cv-14856-ACC-DAB | Bailey | 6/29/2007 |
| Ford | Valerie | 6:07-cv-14858-ACC-DAB | Bailey | 6/29/2007 |
| Foust | Lynda | 6:07-cv-14864-ACC-DAB | Bailey | 6/29/2007 |
| Fowler | Nancy | 6:07-cv-14866-ACC-DAB | Bailey | 6/29/2007 |
| Fraley | Norma | 6:07-cv-16111-ACC-DAB | Bailey | 6/29/2007 |
| Frasier | Lorene B | 6:07-cv-10030-ACC-DAB | Watkins | 1/2/2007 |
| Friday | Tomiko | 6:07-cv-14873-ACC-DAB | Bailey | 6/29/2007 |
| Gates | Gary | 6:07-cv-14889-ACC-DAB | Bailey | 6/29/2007 |
| GAWAILS | Joseph | 6:07-cv-10136-ACC-DAB | Matthews | 3/5/2007 |
| Gentry | James | 6:07-cv-10638-ACC-DAB | Bailey | 7/6/2007 |

| Last Name | First Name | MDL Case No. | Firm | PFS Service Date |
|---|---|---|---|---|
| Giles | Kirsten | 6:07-cv-14896-ACC-DAB | Bailey | 6/29/2007 |
| Gillis | Toni | 6:07-cv-14900-ACC-DAB | Bailey | 6/29/2007 |
| Gray | Mildred | 6:07-cv-11192-ACC-DAB | Bailey | 7/6/2007 |
| Gray | Rochelle | 6:07-cv-14912-ACC-DAB | Bailey | 6/29/2007 |
| Gray | Sherry L | 6:07-cv-10138-ACC-DAB | Watkins | 1/2/2007 |
| Hagans | Doretha | 6:07-cv-14933-ACC-DAB | Bailey | 6/29/2007 |
| Hahn | Rose | 6:07-cv-14936-ACC-DAB | Bailey | 6/29/2007 |
| Hall | Linda | 6:07-cv-10032-ACC-DAB | Watkins | 1/2/2007 |
| Halstied | Jane L | 6:06-md-01769-ACC-DAB | Mathews | 1/22/2007 |
| Hamlett | Sybil | 6:07-cv-14942-ACC-DAB | Bailey | 6/29/2007 |
| Harper | Sally | 6:06-cv-16164-ACC-DAB | Bailey | 6/29/2007 |
| Harper | Theresa | 6:07-cv-14954-ACC-DAB | Bailey | 6/29/2007 |
| Hayes | Warreene | 6:07-cv-14967-ACC-DAB | Bailey | 6/29/2007 |
| Hedrick | Billy | 6:07-cv-14970-ACC-DAB | Bailey | 6/29/2007 |
| Henderson | Geraldine | 6:07-cv-16178-ACC-DAB | Bailey | 6/29/2007 |
| Hendon | Dimple | 6:07-cv-10140-ACC-DAB | Watkins | 1/2/2007 |
| Henries | Barbara | 6:07-cv-14976-ACC-DAB | Bailey | 6/29/2007 |
| Herman | Sylvia | n/a | Bailey | 5/29/2007 |
| Hernandez | Manny | 6:07-cv-11639-ACC-DAB | Bailey | 6/29/2007 |
| Hight | Sherry | 6:07-cv-10494-ACC-DAB | Bailey | 3/28/2007 |
| Hildebrand | Amanda | 6:07-cv-10892-ACC-DAB | Bailey | 7/6/2007 |
| Hoag | Faith | 6:07-cv-11646-ACC-DAB | Bailey | 7/6/2007 |
| Holloman | LaTonya | 6:07-cv-14993-ACC-DAB | Bailey | 6/29/2007 |
| Holloway | Thomas D | 6:07-cv-10141-ACC-DAB | Watkins | 1/2/2007 |
| Holt | Tiffany | 6:07-cv-14995-ACC-DAB | Bailey | 6/29/2007 |
| Hopkins | Teresa | 6:07-cv-14997-ACC-DAB | Bailey | 6/29/2007 |
| Horn | Tammy R | 6:07-cv-10071-ACC-DAB | Watkins | 1/2/2007 |
| Horton | Larry | 6:07-cv-10072-ACC-DAB | Watkins | 1/2/2007 |
| Hudson | Diana J | 6:07-cv-10035-ACC-DAB | Watkins | 1/2/2007 |
| Huggins | Carolyn J | 6:07-cv-10142-ACC-DAB | Watkins | 1/2/2007 |
| Hugo | John | 6:07-cv-16210-ACC-DAB | Bailey | 6/29/2007 |
| Humphrey | Elgin | 6:07-cv-15009-ACC-DAB | Bailey | 6/29/2007 |
| Hundley | Pamela | 6:07-cv-13640-ACC-DAB | Bailey | 6/25/2007 |
| Hurley | James C | 6:07-cv-10143-ACC-DAB | Watkins | 1/2/2007 |
| Hurley | Theresa | 6:07-cv-15012-ACC-DAB | Bailey | 6/29/2007 |
| Hyde | Novella | 6:07-cv-10036-ACC-DAB | Watkins | 1/2/2007 |
| Jackson | Roy | 6:07-cv-16218-ACC-DAB | Bailey | 6/29/2007 |
| Jeffries | Michael | 6:07-cv-10317-ACC-DAB | Bailey | 7/6/2007 |
| Jennings | Leo | 6:07-cv-15027-ACC-DAB | Bailey | 6/29/2007 |
| Johnson | Beverly | 6:07-cv-16235-ACC-DAB | Bailey | 6/29/2007 |
| Johnson | James | 6:07-cv-11087-ACC-DAB | Bailey | 6/29/2007 |
| Johnson | Michelle A | 6:07-cv-10145-ACC-DAB | Watkins | 1/2/2007 |
| Johnston | Ruth | 6:07-cv-15043-ACC-DAB | Bailey | 6/29/2007 |
| Jones | Carolyn | 6:07-cv-15744-ACC-DAB | Bailey | 6/29/2007 |
| Jones | Connie | 6:07-cv-10909-ACC-DAB | Bailey | 7/6/2007 |
| Jones | Jacqueline | 6:07-cv-15048-ACC-DAB | Bailey | 6/29/2007 |
| Jordan | Lee | 6:07-cv-15054-ACC-DAB | Bailey | 6/29/2007 |

| Last Name | First Name | MDL Case No. | Firm | PFS Service Date |
|---|---|---|---|---|
| Julie Skiles as next Friend, parent and guardian of Caitlynn Bearce, a minor Skiles | Caitlyn M | 6:07-cv-10010-ACC-DAB | Aylstock | 12/15/2006 |
| Kakmis | Stanley | 6:07-cv-13721-ACC-DAB | Bailey | 7/6/2007 |
| Kamal | Linda | 6:07-cv-10008-ACC-DAB | Aylstock | 7/6/2007 |
| Keller | Barbara | 6:07-cv-13735-ACC-DAB | Bailey | 7/6/2007 |
| Kelley | Luther | 6:07-cv-13738-ACC-DAB | Bailey | 5/18/2007 |
| Kennedy | Joe-Anner | 6:07-cv-13743-ACC-DAB | Bailey | 5/17/2007 |
| Kincaid | Jacky | 6:07-cv-15069-ACC-DAB | Bailey | 6/29/2007 |
| King | Ted | 6:07-cv-15070-ACC-DAB | Bailey | 6/29/2007 |
| Kitto | Rico | 6:07-cv-16271-ACC-DAB | Bailey | 6/29/2007 |
| Knight | Mary | 6:07-cv-16273-ACC-DAB | Bailey | 6/29/2007 |
| Kristof | Teresa | 6:07-cv-12628-ACC-DAB | Bailey | 6/29/2007 |
| Lachovych | Helen | 6:07-cv-15083-ACC-DAB | Bailey | 6/29/2007 |
| Laguna | Nancy | 6:07-13787-ACC-DAB | Bailey | 6/29/2007 |
| Lalum | William | 6:07-cv-15599-ACC-DAB | Bailey | 7/6/2007 |
| Lamb | Iris | 6:07-cv-16278-ACC-DAB | Bailey | 6/29/2007 |
| Lamb | Mary | 6:07-cv-16279-ACC-DAB | Bailey | 6/29/2007 |
| Laroe | Christopher | 6:07-cv-15751-ACC-DAB | Bailey | 7/6/2007 |
| Laver | Melissa | 6:07-cv-10533-ACC-DAB | Bailey | 7/6/2007 |
| Lawrence | Phyllis J | 6:07-cv-10074-ACC-DAB | Mathews | 1/22/2007 |
| Lefler | John | 6:07-cv-11739-ACC-DAB | Bailey | 7/6/2007 |
| Levine | Kathleen | 6:07-cv-10534-ACC-DAB | Bailey | 7/6/2007 |
| Long | Melvin | 6:07-cv-15110-ACC-DAB | Bailey | 6/29/2007 |
| Lycan | Toni | 6:07-cv-15119-ACC-DAB | Bailey | 6/29/2007 |
| Manley | Diane | 6:07-cv-13850-ACC-DAB | Bailey | 2/28/2007 |
| Marcomb | Linda | 6:07-cv-10353-ACC-DAB | Bailey | 1/31/2007 |
| Martin | Scherry | 6:07-cv-16324-ACC-DAB | Bailey | 6/29/2007 |
| Martinez | Randi | 6:07-cv-15131-ACC-DAB | Bailey | 6/29/2007 |
| Mattes | Laura | 6:07-cv-16333-ACC-DAB | Bailey | 6/29/2007 |
| Mayeux | Terri A | 6:07-cv-10044-ACC-DAB | Watkins | 1/2/2007 |
| McAlpin | Verdie | 6:07-cv-16336-ACC-DAB | Bailey | 6/29/2007 |
| McBeath | Paula | 6:07-cv-16337-ACC-DAB | Bailey | 6/29/2007 |
| McCown | Shelly | 6:07-cv-16344-ACC-DAB | Bailey | 6/29/2007 |
| McDonald | Rita | 6:07-cv-10075-ACC-DAB | Watkins | 1/2/2007 |
| McGlone | Joseph | 6:07-cv-11246-ACC-DAB | Bailey | 5/31/2007 |
| McNeil | Tammy | 6:07-cv-10364-ACC-DAB | Bailey | 1/31/2007 |
| McTigue | Rachel | 6:07-cv-15158-ACC-DAB | Bailey | 6/29/2007 |
| Mercado | Alexander | 6:07-cv-10367-ACC-DAB | Bailey | 1/31/2007 |
| Merriman | Robert | 6:07-15163-ACC-DAB | Bailey | 6/29/2007 |
| Miller | Jenny | 6:07-cv-16364-ACC-DAB | Bailey | 6/29/2007 |
| Miller | Kasey | 6:07-cv-10370-ACC-DAB | Bailey | 7/6/2007 |
| Miller | Yvonne | 6:07-cv-15168-ACC-DAB | Bailey | 6/29/2007 |
| Mills | Meredithe | 6:07-15170-ACC-DAB | Bailey | 6/29/2007 |
| Milton | Emery | 6:07-cv-16366-ACC-DAB | Bailey | 6/29/2007 |

| Last Name | First Name | MDL Case No. | Firm | PFS Service Date |
|---|---|---|---|---|
| Mizell | Willie | 6:07-cv-16489-ACC-DAB | Bailey | 6/29/2007 |
| Mulligan | Yolanda | 6:07-cv-16391-ACC-DAB | Bailey | 6/29/2007 |
| Mulliniks | Sue | 6:07-cv-15197-ACC-DAB | Bailey | 6/29/2007 |
| Murdock | Jerald | 6:07-cv-15198-ACC-DAB | Bailey | 6/29/2007 |
| Nabors | Alphonso | 6:07-cv-16395-ACC-DAB | Bailey | 6/29/2007 |
| Napier | Charlotte | 6:07-cv-16396-ACC-DAB | Bailey | 6/29/2007 |
| Nash | Robert | 6:07-cv-16397-ACC-DAB | Bailey | 6/29/2007 |
| Nashe | Linda | 6:07-cv-16398-ACC-DAB | Bailey | 6/29/2007 |
| Nesbitt | Carolyn | 6:07-cv-15208-ACC-DAB | Bailey | 6/29/2007 |
| Nichols | Rhonda | 6:07-cv-15678-ACC-DAB | Bailey | 7/6/2007 |
| Niswander | Virginia | 6:07-cv-10380-ACC-DAB | Bailey | 1/31/2007 |
| Norman | Arnold | 6:07-cv-15218-ACC-DAB | Bailey | 6/29/2007 |
| O'Brien | 3/3/2009 | 6:07-cv-10959-ACC-DAB | Bailey | 3/30/2007 |
| O'Marrah | Sherri | 6:07-cv-11832-ACC-DAB | Bailey | 5/31/2007 |
| O'Shields | Richard | 6:07-cv-15224-ACC-DAB | Bailey | 3/30/2007 |
| Obanion | James | 6:07-cv-16414-ACC-DAB | Bailey | 7/6/2007 |
| Odum | Virginia | 6:07-cv-11835-ACC-DAB | Bailey | 7/6/2007 |
| Osborne | Amy M Rebecca Osborne rep | 6:07-cv-10000-ACC-DAB | Brown & Crouppen | 12/22/067 |
| O'Shaughnessy | Sandra | 6:07-cv-12739-ACC-DAB | Bailey | 5/31/2007 |
| Ozment | Theresa | 6:07-cv-15237-ACC-DAB | Bailey | 6/29/2007 |
| Palmberg | Debra | 6:07-cv-10388-ACC-DAB | Bailey | 1/31/2007 |
| Parker | Victoria | 6:07-cv-15243-ACC-DAB | Bailey | 6/29/2007 |
| Pearce | John | 6:07-cv-14052-ACC-DAB | Bailey | 7/6/2007 |
| Perkins | Carmelita | 6:07-cv-10154-ACC-DAB | Matthews | 3/5/2007 |
| Pettinato | Anita | 6:07-cv-11861-ACC-DAB | Bailey | 7/6/2007 |
| Plum | Kristle | 6:07-cv-11872-ACC-DAB | Bailey | 1/31/2007 |
| Price | Herbert | 6:07-cv-11882-ACC-DAB | Bailey | 7/6/2007 |
| Price | Lillie | 6:07-cv-15273-ACC-DAB | Bailey | 6/29/2007 |
| Price | Pamela | 6:07-cv-15274-ACC-DAB | Bailey | 6/29/2007 |
| Rainwater | Ben | 6:07-cv-10409-ACC-DAB | Bailey | 1/31/2007 |
| Ralls | Jim D | 6:07-cv-10156-ACC-DAB | Watkins | 1/2/2007 |
| Ray | Maggie | 6:07-cv-11279-ACC-DAB | Bailey | 6/7/2007 |
| Read | Lindsay | 6:07-cv-10410-ACC-DAB | Bailey | 5/31/2007 |
| Reagan | William | 6:07-cv-16485-ACC-DAB | Bailey | 3/30/2007 |
| Reed | Derrick | 6:07-cv-10080-ACC-DAB | Watkins | 1/2/2007 |
| Rigell | Mathew M | 6:07-cv-10158-ACC-DAB | Watkins | 1/2/2007 |
| Rios | Esperanza | 6:07-cv-15664-ACC-DAB | Bailey | 5/18/2007 |
| Robinson | Mary | 6:07-cv-10417-ACC-DAB | Bailey | 1/31/2007 |
| Roller | Laura | 6:07-cv-15305-ACC-DAB | Bailey | 6/29/2007 |
| Roten | Bonnie | 6:07-cv-15313-ACC-DAB | Bailey | 6/29/2007 |
| Rueger | Nona | 6:07-cv-10992-ACC-DAB | Bailey | 5/31/2007 |
| Rupe | Kimberly | 6:07-cv-15317-ACC-DAB | Bailey | 6/29/2007 |
| Ryans | Bill | 6:07-cv-16517-ACC-DAB | Bailey | 6/29/2007 |
| Sadler | Nora | 6:07-cv-15321-ACC-DAB | Bailey | 6/29/2007 |
| Sallee | Mark | 6:07-cv-11105-ACC-DAB | Bailey | 7/6/2007 |
| Salter | Marian | 6:07-cv-16520-ACC-DAB | Bailey | 6/29/2007 |
| Sanders | Beverly | 6:07-cv-16523-ACC-DAB | Bailey | 6/29/2007 |
| Sanders | Donnetta | 6:07-cv-14216-ACC-DAB | Bailey | 7/6/2007 |

| Last Name | First Name | MDL Case No. | Firm | PFS Service Date |
|---|---|---|---|---|
| Sanford | Edmond | 6:2007-cv-10019ACC-DAB | Aylstock | 12/15/2006 |
| Sarnol | Yolande | 6:07-cv-10426-ACC-DAB | Bailey | 7/6/2007 |
| Scott | Bridgett | 6:07-cv-11943-ACC-DAB | Bailey | 7/6/2007 |
| Seymour | Angela | 6:07-cv-16541-ACC-DAB | Bailey | 6/29/2007 |
| Sheppard | Buff | 6:07-cv-10756-ACC-DAB | Bailey | 5/31/2007 |
| Sherrill | Kathleen | 6:07-cv-16551-ACC-DAB | Bailey | 6/29/2007 |
| Sikes | Sharon | 6:07-cv-15344-ACC-DAB | Bailey | 6/29/2007 |
| Sloan | Beverly S | 6:07-cv-10159-ACC-DAB | Mathews | 1/22/2007 |
| Smith | Eddie | 6:07-cv-16569-ACC-DAB | Bailey | 6/29/2007 |
| Smith | Gary | 6:07-cv-16570-ACC-DAB | Bailey | 6/29/2007 |
| Smith | Laurie L | 6:07-cv-10084-ACC-DAB | Watkins | 1/2/2007 |
| Smith | Sherry | 6:06-cv-01137-ACC-DAB | Matthews | 5/2/2007 |
| Smith | William | 6:07-cv-11973-ACC-DAB | Bailey | 7/6/2007 |
| Spangler | Robert | 6:07-cv-15802-ACC-DAB | Bailey | 6/14/2007 |
| Speech | Rita | 6:07-cv-14312-ACC-DAB | Bailey | 1/31/2007 |
| Stanton | Donna J | 6:07-cv-10160-ACC-DAB | Watkins | 1/2/2007 |
| Sterman | Dianne | 6:07-cv-11111-ACC-DAB | Bailey | 7/6/2007 |
| Stewart | Andrew | 6:07-cv-15620-ACC-DAB | Bailey | 7/6/2007 |
| Stitch | Frank | 6:07-cv-12230-ACC-DAB | Bailey | 7/6/2007 |
| Stone | Ella | 6:07-cv-16594-ACC-DAB | Bailey | 6/29/2007 |
| Stone | Mark | 6:07-cv-12885-ACC-DAB | Bailey | 7/6/2007 |
| Stubblefield | Ron | 6:07-cv-15394-ACC-DAB | Bailey | 6/29/2007 |
| Suddarth | James | 6:07-cv-12890-ACC-DAB | Bailey | 1/31/2007 |
| Sullivan | Virginia | 6:07-cv-16600-ACC-DAB | Bailey | 6/29/2007 |
| Sutton | Christine | 6:07-cv-10052-ACC-DAB | Watkins | 1/2/2007 |
| Swarnes | Lonnie | 6:07-cv-15403-ACC-DAB | Bailey | 6/29/2007 |
| Tallman | Denni | 6:07-cv-12232-ACC-DAB | Bailey | 5/31/2007 |
| Terrell | Cheryl | 6:07-cv-16612-ACC-DAB | Bailey | 6/29/2007 |
| Terry | Jay | 6:07-cv-16613-ACC-DAB | Bailey | 6/29/2007 |
| Thomas | Fred | 6:07-cv-15566-ACC-DAB | Bailey | 6/25/2007 |
| Thomas | Thomas | 6:07-cv-14375-ACC-DAB | Bailey | 7/6/2007 |
| Thompson | Joyce | 6:07-cv-16625-ACC-DAB | Bailey | 6/29/2007 |
| Thompson | Lawrence | 6:06-cv-01145-ACC-DAB | Watkins | 1/2/2007 |
| Thompson | Sandra | 6:07-cv-16627-ACC-DAB | Bailey | 6/29/2007 |
| Thompson, Sr. | Mark | 6:07-cv-16626-ACC-DAB | Bailey | 5/17/2007 |
| Thrash | Walter | 6:07-cv-16628-ACC-DAB | Bailey | 6/29/2007 |
| Tinker | Jean | 6:07-cv-11020-ACC-DAB | Bailey | 7/6/2007 |
| Tottenham | Stephen | 6:07-cv-12914-ACC-DAB | Bailey | 7/6/2007 |
| Trautloff | RuthAnna | 6:07-cv-16635-ACC-DAB | Bailey | 6/29/2007 |
| Travis | Salisa | 6:07-cv-16638-ACC-DAB | Bailey | 6/29/2007 |
| Tuggle | Sherry A | 6:07-cv-10088-ACC-DAB | Mathews | 1/22/2007 |
| Turner | Myra | 6:07-cv-16647-ACC-DAB | Bailey | 6/29/2007 |
| Varney | Elizabeth | 6:07-cv-15450-ACC-DAB | Bailey | 6/29/2007 |
| Velez | William | 6:07-cv-14424-ACC-DAB | Bailey | 3/30/2007 |
| Villasenor | Ronald | 6:06-cv-01145-ACC-DAB | Watkins | 1/2/2007 |
| Vincent | Dawn | 6:07-cv-15459-ACC-DAB | Bailey | 6/29/2007 |
| Volk | Sheryl | 6:07-cv-15461-ACC-DAB | Bailey | 6/29/2007 |
| Walker | James | 6:07-cv-12946-ACC-DAB | Bailey | 2/28/2007 |
| Walker-Paul | Paula | 6:07-cv-14439-ACC-DAB | Bailey | 1/31/2007 |
| Wallace | David | 6:07-cv-11029-ACC-DAB | Bailey | 7/6/2007 |

| Last Name | First Name | MDL Case No. | Firm | PFS Service Date |
|---|---|---|---|---|
| Walters | Jane | 6:07-cv-15891-ACC-DAB | Bailey | 6/15/2007 |
| Ward | Karen | 6:07-cv-16664-ACC-DAB | Bailey | 6/29/2007 |
| Ware | Tracy | 6:07-cv-14447-ACC-DAB | Bailey | 6/29/2007 |
| West | Jonney | 6:07-cv-12046-ACC-DAB | Bailey | 3/30/2007 |
| West Caddell | Nila L | 6:07-cv-10093-ACC-DAB | Watkins | 1/2/2007 |
| Wilcoxson | Martha J | 6:07-cv-10165-ACC-DAB | Watkins | 1/2/2007 |
| Williams | Ava | 6:07-cv-16687-ACC-DAB | Bailey | 6/29/2007 |
| Williams | Cathy | 6:07-cv-16688-ACC-DAB | Bailey | 6/29/2007 |
| Williams | Gracie | 6:07-cv-16692-ACC-DAB | Bailey | 6/29/2007 |
| Williams | James | 6:07-cv-15505-ACC-DAB | Bailey | 6/29/2007 |
| Williams | Katrina | 6:07-cv-10799-ACC-DAB | Bailey | 7/6/2007 |
| Williams | Kelly | 6:07-cv-15509-ACC-DAB | Bailey | 6/29/2007 |
| Williams | Krishaun R | 6:07-cv-10002-ACC-DAB | Brown & Crouppen | 12/22/2007 |
| Williams | Marilyn | 6:07-cv-15512-ACC-DAB | Bailey | 6/29/2007 |
| Williams | Melissa | 6:07-cv-15513-ACC-DAB | Bailey | 6/29/2007 |
| Wilson | Lue Bertha | 6:07-cv-16700-ACC-DAB | Bailey | 3/30/2007 |
| Workman | Brenda | 6:07-cv-14533-ACC-DAB | Bailey | 7/6/2007 |
| Wrenn | Myrtie | 6:07-cv-15539-ACC-DAB | Bailey | 6/29/2007 |