UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL Docket No. 1769

This document relates to:

ANGELA ADGER v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-13020-ACC-DAB

ROCFERD ATKINS v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-10816-ACC-DAB

CLARENCE ARMBRUSTER v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-10814-ACC-DAB

JOANN BLACKWELL v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-10823-ACC-DAB

DIXIE BOYD v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-10206-ACC-DAB

DIANNE BURKE v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-15585-ACC-DAB

JOSEPH CASSELLIUS v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-15989-ACC-DAB

SAM CHOATE v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-12120-ACC-DAB

JAMES COX v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-11479-ACC-DAB

BYRON DAWKINS v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-11169-ACC-DAB

JIMMY EPTING v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-10263-ACC-DAB

KATHY FERGUSON v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-11550-ACC-DAB

JENNIFREY FOWLER v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-11575-ACC-DAB

BOBBIE GARDNER v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-11055-ACC-DAB

MARY GARRETT v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-10519-ACC-DAB

RENEE GEBRE v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-10279-ACC-DAB

IRENE GILBERT v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-10639-ACC-DAB

MICHAEL GILLEAN v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-10282-ACC-DAB

PATTI HENOCH v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-15643-ACC-DAB

ANTOINETTE HOSKINSON v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-10896-ACC-DAB

JOHN MCNAIR v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-15560-ACC-DAB

VICTOR RODRIGUEZ v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-10989-ACC-DAB

SCOTT SINACORE v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-11964-ACC-DAB

DORIS SMITH v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-11109-ACC-DAB

JAMES SMITH v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-11305-ACC-DAB

ELIZABETH SPEIGHT v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-11977-ACC-DAB

**TRACIE SWEENEY v. ASTRAZENECA, LP, et al.,**
Case No. 6:07-cv-14350-ACC-DAB

**RUBY YORK-LAVENDER v. ASTRAZENECA, LP, et al.,**
Case No. 6:07-cv-11346-ACC-DAB

### NOTICE OF WITHDRAWAL OF ASTRAZENECA DEFENDANTS' MOTION REQUESTING DISMISSALS WITHOUT PREJUDICE FOR FAILURE TO SERVE PLAINTIFF FACT SHEETS

The AstraZeneca Defendants hereby withdraw their Motion Requesting Dismissals Without Prejudice for Failure to Serve Plaintiff Fact Sheets, filed July 2, 2007 (document #253), as to the following plaintiffs:

- Angela Adger (6:07-cv-13020);
- Rocferd Atkins (6:07-cv-10816);
- Clarence Armbruster (6:07-cv-10814);
- Joann Blackwell (6:07-cv-10823);
- Dixie Boyd (6:07-cv-10206);
- Dianne Burke (6:07-cv-15585);
- Joseph Cassellius (6:07-cv-15989);
- Sam Choate (6:07-cv-12120);
- James Cox (6:07-cv-11479);
- Byron Dawkins (6:07-cv-11169);
- Jimmy Epting (6:07-cv-10263);
- Kathy Ferguson (6:07-cv-11550);
- Jennifrey Fowler (6:07-cv-11575);
- Bobbie Gardner (6:07-cv-11055);
- Mary Garrett (6:07-cv-10519);
- Renee Gebre (6:07-cv-10279);
- Irene Gilbert (6:07-cv-10639);
- Michael Gillean (6:07-cv-10282);
- Patti Henoch (6:07-cv-15643);
- Antoinette Hoskinson (6:07-cv-10896);
- John McNair (6:07-cv-15560);
- Victor Rodriguez (6:07-cv-10989);
- Scott Sinacore (6:07-cv-11964);
- Doris Smith (6:07-cv-11109);
- James Smith (6:07-cv-11305);
- Elizabeth Speight (6:07-cv-11977);
- Tracie Sweeney (6:07-cv-14350);  and
- Ruby York-Lavender (6:07-cv-11346).

The motion was mistakenly filed as to these plaintiffs. This Notice of Withdrawal does not apply to any of the other plaintiffs included in Defendants' Motion.

Dated: July 12, 2007                                          Respectfully submitted,

/s/ *A. Elizabeth Balakhani*
Fred T. Magaziner
A. Elizabeth Balakhani
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104
(215) 994-4000
Attorneys for Defendants
AstraZeneca Pharmaceuticals LP
and AstraZeneca LP

## CERTIFICATE OF SERVICE

I herby certify that on the 12th of July, 2007, I caused the foregoing Notice of Withdrawal of AstraZeneca Defendants' Motion Requesting Dismissals Without Prejudice For Failure To Serve Plaintiff Fact Sheets to be served electronically through ECF upon the following:

Camp Bailey, Esq.
Michael W. Perrin, Esq.
Fletcher Trammell, Esq.
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
cbailey@bpblaw.com
mperrin@bpblaw.com

Larry Roth, Esq.
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL 32854-7637
LROTH@roth-law.com

/s/ *A. Elizabeth Balakhani*