



Managing partners,
Lynn Greer and Orran Brown

BEING LAWYERS & CLAIMS ADMINISTRATORS
MAKES US BETTER AT BOTH

# SPECIALIZED EXPERTISE

**LEGAL COUNSEL**  |  **LITIGATION MANAGEMENT AND SUPPORT**  |  **CLAIMS ADMINISTRATION**

**Rarely do specialized experience, talent, legal knowledge, and practical know-how come together in one place. They do at BrownGreer.**

BrownGreer PLC is a law firm devoted to mass claims resolution, litigation management and support, and claims administration. We formed BrownGreer in 2002, but we have been at the center of some of the most significant mass claims resolutions since 1989. For over ten years we held key roles, from start to finish, in the resolution of more than 400,000 claimants alleging injury from the Dalkon Shield intrauterine device, a solution that has been hailed as the most successful mass claims resolution in history. Since then, we have served as lawyers, claims administrators, trustees, advisors, data managers, and experts for large and small multiple claims situations. Our clients rely on our unique perspective, honed skills, and rare experience to navigate them through the multiple claims maze.

We established BrownGreer because we knew we could offer different and innovative solutions to clients addressing numerous claims or lawsuits. BrownGreer can strengthen your team with our vast experience and resources, and provide you with the peace of mind that comes from working with an expert in this field.



We can help you avoid pitfalls that could jeopardize your desired outcome.

# Legal Counsel

The initial stages of mass litigation offer the best opportunity to plan for its conclusion. We know how to identify and track, from the very beginning, all the issues and information necessary to end costly and draining litigation.

We do not supplant already existing resources, but support those efforts. We have seen what has worked and what has not worked in these situations, and we understand the types of information you need to assess claim value and plan strategy to litigate or resolve multiple claims. We can help analyze whether to explore resolution through a voluntary settlement program, a class action settlement, or another vehicle, or to adjudicate each case individually. If an aggregate resolution is advisable, we can: negotiate the terms; draft the governing settlement agreement, notices, and claim forms; and implement the resolution in a way that is legally sound and administratively efficient. As lawyers who understand and appreciate the legal impact of each decision or step, we can help you avoid pitfalls that could jeopardize your desired outcome.

With settlements that are already underway, BrownGreer can step in and provide specialized advice on how to make them work, or work better. The principals at BrownGreer have advised clients for decades on how to comply with their obligations under governing documents. Serving in roles such as Trustee counsel, Trustee, or Special Master, we understand what needs to be done to make your resolution a success.

By exploring each angle to these complicated issues and providing the information needed at your fingertips, BrownGreer can help you make the right decisions.



Use our full spectrum of services or any combination to meet your needs.

# Litigation Management and Support

Where full-scale litigation remains a viable strategy for handling a multiple claims situation, BrownGreer can help support trial counsel. Working with a centralized management and support team at BrownGreer, our clients receive consistency in the implementation of trial strategy, accurate information on all aspects of the pending cases, and cost savings.

The key to our success is high-quality, and high-tech, litigation management. At BrownGreer, our sophisticated capacity for data capture and processing is supported by an experienced team of information managers and analysts.

We can begin tracking information at the start of multiple claims activity, or come in midstream to gather the data and organize your process. We maintain litigation information on BrownGreer servers, which are supported by our in-house technology staff. We can track and equip you with the information you need on the number, nature, location, alleged injuries, discovery filings and compliance, deadlines, court dockets, and other critical information for all pending cases.

Our data management experts gather, scan, code, and organize all case-related documents into a centralized, searchable database integrated with our document management system. Our Web-based technology allows your team and other authorized parties to securely access documents from their desktops. Centralizing one electronic filing system for all counsel nationwide helps eliminate the staggering expense of each firm creating and maintaining its own filing system.

Successful litigation requires organization and accurate information. BrownGreer can provide you with the infrastructure to maximize your chances for success.

# CLAIMS ADMINISTRATION

BrownGreer's claims administration services have been referred to by our clients as the "gold standard."

Our experience as lawyers and claims administrators makes us better at both. We combine practical and efficient claims processing with a keen understanding of the legal context and parameters governing its implementation. No other organization can offer BrownGreer's unique combination of legal and administration services.

As parties evaluate a potential claims resolution method, BrownGreer can advise on how to draft the settlement documents to ensure a sound administration process. We can help identify the essential terms, deadlines, and legal obligations to spot potential issues and fix them before they become problems. Where applicable, we can draft the legal notice in language that is easy for claimants to understand, and execute the notice campaign.

We adapt our proprietary claims management system to our clients' unique requirements, building in deadline or benefit calculations based on the settlement documents. Our claims management system tracks demographic, injury or event information, call center activity, claimant and attorney communications, and opt-out information, where applicable. Self-service screens allow claimants to enter information through a secure Web-based system—saving the expense of data entry and the burden of complicated claim forms.

BrownGreer's dedication to technology enables us to maintain control over the claims administration process and provide you, the Court, or any other authorized party with up-to-the-minute reports on any aspect of the claims process. We can provide secure Internet access to see claims data as it is received and processed. We can design and maintain a settlement Web site that provides

essential and appropriate information to all parties and claimants.

BrownGreer's claims administration teams consist of lawyers, project managers, software developers, report and data analysts, scanning and intake personnel, call center operators, and claims specialists dedicated to implementing a settlement plan promptly, accurately, and cost effectively. We do our own scanning, database programming, claims review, and other professional services without outsourcing. We control costs and staff our projects with the skill sets necessary to get the particular job done. We manage it all from our Richmond, Virginia office, where a relatively low cost of living and doing business allows us to offer services at reasonable rates.

BrownGreer will honor the hard work you put into resolving your multiple claims problem by making the administration of your settlement fair, efficient, and successful.



All the data in the world means nothing without experts to interpret it.

# EXPERTISE

**Our experience and skill sets are applicable to all types of multiple claims situations across a broad spectrum of industries. We have served as lawyers, trustees, project managers, and claims administrators in many contexts and can apply our vast expertise to your situation. The following is a sample of our most complex cases:**

## SAMPLE CASES

> Legal representation, management, and claims administration of the $3 billion Dalkon Shield Claimants Trust, resolving over 400,000 claims relating to the Dalkon Shield intrauterine device. Our involvement and leadership led the Trust to successful closure ten years ahead of schedule.

> Legal representation, management, and claims adminstration of the $1 billion Sulzer Settlement Trust for 27,000 claimants relating to hip and knee replacement devices.

> Liaison counsel between Wyeth and the $5 billion AHP Settlement Trust for more than 700,000 claimants in the national class action settlement of "Fen-Phen" diet drug claims.

> Claims management, valuations, negotiations, release preparation and tracking for Wyeth's resolution of over 60,000 diet drug opt-outs in a voluntary settlement program.

> Claims administration of the $60 million Chattem Settlement Trust for claimants relating to an over-the-counter diet supplement.

> Trustee of the $173.5 million U.S. Special Rates Trust for 212,000 underpaid federal employee claimants.



No other organization offers our unique range of mass claims expertise.



**CALL OR VISIT US ONLINE**
**TO LEARN HOW WE CAN ADDRESS YOUR NEEDS.**

Telephone     804.521.7200
Fax           804.521.7299
Address       115 S. 15th Street, Suite 400, Richmond, VA  23219-4209
Email         information@browngreer.com
Web site      browngreer.com

B-08-06



**ORRAN L. BROWN**
BrownGreer PLC
115 S. 15th Street
Suite 400
Richmond, Virginia  23219-4052
*Direct Dial:  (804) 521-7201*
*Facsimile:  (804) 521-7299*
*obrown@browngreer.com*

## *Education*

**Harvard Law School**
J.D. *cum laude,* 1981 (research assistant to Professor Lloyd Weinreb in criminal law and process)

**Hampden-Sydney College**
Hampden-Sydney, Virginia.  B.A. *summa cum laude*, Government and Foreign Affairs, 1978 (GPA 4.0 out of 4.0; Co-Valedictorian; Chairman of the Student Court; Baker Scholar; Jefferson Scholar; Phi Beta Kappa; Omicron Delta Kappa; Pi Sigma Alpha; Eta Sigma Phi; received Algernon Sydney Sullivan Medallion for Leadership at graduation)

**Jefferson-Forest High School**
Forest, Virginia, 1974.  (Valedictorian; President of the Student Government Association)

## *Professional Experience*

**BrownGreer PLC**, Richmond, Virginia.
2002 – Present.  Partner and Founder of a law firm that specializes in MDL and multiple claim litigation and the legal and administrative aspects of the design, approval, and implementation of claims facilities to provide damages payments, medical monitoring, or other benefits for the resolution of mass claims through class action settlement, bankruptcy reorganization, voluntary agreement, or other aggregation vehicles, and in serving as or representing the trustees or directors of such facilities.

**Bowman and Brooke, LLP**, Richmond, Virginia.
1999 – 2002.  Partner.  Founder and Director of the Mass Claims Resolution Group and member of the firm's Executive Committee.  Specialized in mass tort, class action, and other group claims facility matters, proceedings and appeals.   Advised management, trustees, and claims administrators on the efficient design and operation of group claims facilities, strategies for the successful resolution of claims, the negotiation and drafting of resolution plans, legal proceedings to obtain court approval, and compliance with the agreements or court orders governing the claims resolution process.  Also handled several litigation matters.

Orran L. Brown
Page 2

**Adjunct Professor, University of Richmond School of Law.**
1997 – 2004. Taught an upper-level course on MDL proceedings and complex litigation from 2001 through 2004. Taught trial and appellate practice from 1997 through 2001.

**Outside Counsel to the Dalkon Shield Claimants Trust,** Richmond, Virginia.
1990 – Present. Served as the primary outside general counsel to the $3.5 billion trust established in the Chapter 11 bankruptcy proceeding of the A. H. Robins Co. to handle over 400,000 personal injury claims arising from the Dalkon Shield IUD. Advised the Trust's management, trustees, inside counsel, and other outside counsel in the United States and other countries on the legal and managerial aspects of the Trust's fiduciary duties, operations (including employment issues and the Trust's lease, banking, investment and other contractual relationships), claims processing arrangements, and coordination and design of Alternative Dispute Resolution, arbitration, and trial proceedings on Dalkon Shield Claims. Represented the Trustees in the judicial proceedings in the bankruptcy and district courts, and many appeals to the Court of Appeals for the Fourth Circuit, arising out of implementing the bankruptcy Plan. Performed the same role for the two other trust funds created to handle Dalkon Shield Claims. Handled the steps and proceedings to close the three trusts and create insurance coverage and an escrow agent for run-off issues until 2008.

**Christian, Barton, Epps, Brent & Chappell**, Richmond, Virginia.
1986 – 1995. Partner and Member of the firm's Executive Committee. Handled securities fraud class actions, employment, products liability, and commercial litigation in state and federal courts in Virginia and elsewhere. Counseled clients on employment law issues. Arbitrator for the American Arbitration Association for securities fraud and construction cases. Joined the partnership in 1990. Began representing the Dalkon Shield Claimants Trust in 1990 while still a member of this firm.

**Litigator in Houston, Texas.**
1982 – 1986. First with Liddell, Sapp, Zively, Brown & LaBoon and then with Miller, Keeton, Bristow & Brown after the Liddell, Sapp Litigation Chairman moved to that firm. General litigation matters, including the *Pennzoil v. Texaco* suit arising from Texaco's acquisition of Getty Oil. Tied for the highest score on the February, 1983 Texas bar examination.

**Law Clerk to the Hon. Robert R. Merhige, Jr.**
1981 – 1982. U.S. District Court for the Eastern District of Virginia, Richmond, Virginia.

***Overview of Significant Professional Engagements***

**A.      Dalkon Shield Claims Facilities.**

Orran has handled complex litigation in many fields for over twenty years. As outside general counsel to the Dalkon Shield Claimants Trust, he represented the Trust and Trustees in the judicial proceedings relating to the Trust's processing and defense of these claims, leading to over 170

Orran L. Brown
Page 3

decisions by the federal bankruptcy and district courts presiding over the case and many rulings by the Court of Appeals for the Fourth Circuit. He helped create and coordinate the processes for evaluating and disposing of claims from over 100 countries and advised Trust management on all aspects of its operations for the most successful mass tort resolution facility in history. He handled the same matters for the two other trust funds created in the *Robins* case and the proceedings to close them both after completion of their duties. This made him a specialist in complex litigation, the group resolution of multiple claim problems, the design, management, and implementation of claim facilities, and in the special legal needs of the trustees and directors of such facilities.

During his representation of the Dalkon Trustees, Orran maintained an office in the Trust's offices. His presence there gave him the opportunity to help the Trustees and management address the practical aspects of their operations while also protecting their legal interests. It also allowed him to provide hands-on assistance on managerial and planning issues and appreciate and help solve the day-to-day issues presented by running a facility with nearly 400 employees.

## B.     Diet Drug Claims Facility.

Since December 1999, Orran has represented Wyeth (formerly known as American Home Products Corporation) as its Liaison Counsel to the AHP Settlement Trust created pursuant to the Nationwide Class Action Settlement Agreement resolving the claims of a nationwide class of persons who used Wyeth's prescription diet medications Pondimin® and Redux™. The Settlement Agreement was approved by the United States District Court for the Eastern District of Pennsylvania in Pretrial Order No. 1415, on August 28, 2000, in the proceedings known as *In re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Products Liability Litigation*, MDL Docket No. 1203 (E.D.Pa.). The Settlement Agreement created a $1 billion fund to provide medical monitoring, research, drug refunds, and other benefits to persons who ingested the diet drugs, and a $2.55 billion fund to pay compensation to persons with certain medical conditions associated with use of the diet drugs. As Liaison Counsel, Orran handles countless legal and administrative issues arising in the implementation of the Settlement Agreement, including working with the Trustee of the facility, notices to the class, and evidentiary and other hearings before the supervisory federal district court on such matters. He played a key role in negotiating, drafting, and securing court approval of a $1.275 billion amendment to the Settlement Agreement, including testimony before the district court at the fairness hearing on the amendment.

## C.     Sulzer Settlement Claims Facility.

Since March 2002, BrownGreer has provided legal representation and claims administration to the court-appointed Claims Administrator to implement the $1 billion nationwide Class Action Settlement Agreement approved by the United States District Court for the Northern District of Ohio to resolve the claims of 27,000 class members against the parent and subsidiary companies of U.S. and Swiss defendants Sulzer, Sulzer Medica, Sulzer AG, and Sulzer Orthopedics US. The disputed claims include allegations of defective hip and knee prostheses manufactured over several

Orran L. Brown
Page 4

years.  BrownGreer assisted in designing claims forms, drafting the court-approved notice to class members, and designing the claims administration processes for reviewing claims and scheduling payment.  The firm received and maintained an inventory of claim submissions, designed and maintained the database to track and assist with the processing of those claims, and staffed a call center with carefully trained operators to respond to class member and attorney inquiries.

**D.**      **Special Rates Claims Facility Trustee.**

From April 2003 until closure in 2006, Orran served as the sole Trustee of the administration of a class action settlement of certain federal employee wage claims in the United States Court of Federal Claims, *National Treasury Employees Union, et al. v. United States of America*, No. 02-128C (Special Rates Litigation).  As Trustee of the $180,000,000 Special Rates Settlement Trust, Orran monitored the implementation of the Settlement by the claims administration firm handling the claims, the investment banking institution responsible for the Trust's funds, and the adjudication of disputed claims by a national dispute resolution firm engaged for that purpose. Orran participated in the drafting and design of notices to the class on claims processing deadlines and other matters affecting the implementation of the Settlement.

**E.**      **OxyContin Claims Administrator.**

In March, 2007, the Honorable Diane S. Goodstein of the Court of Common Pleas in Dorchester County, South Carolina, appointed Orran and BrownGreer as the Claims Administrator in the class action settlement for all of South Carolina involving certain persons who were prescribed the painkiller marketed as OxyContin.  Before this appointment, Orran and BrownGreer served as the Notice Administrator for this settlement and in that role were instrumental in developing the Class Member mailing list, issuing the Class Notice mailed to Class Members and placed in South Carolina newspapers on the proposed settlement, designing the Claim Forms necessary to register and assert a claim for benefits, and staffing a Call Center for class members to call for further information.  As Claims Administrator, BrownGreer is responsible for implementing the Settlement, including receiving, tracking, and evaluating all the claims submitted seeking benefits, making benefits determinations and awards, and distributing settlement benefits to eligible claimants.

**Professional Activities**

- Virginia State Bar
- State Bar of Texas (Inactive status)
- Permanent Member, Fourth Circuit Judicial Conference
- Founding Member, Richmond Inn of Court
- American Bar Association

Orran L. Brown
Page 5

### *Bar Admissions*

- Virginia and Texas
- United States District Courts in Virginia and Texas
- United States Supreme Court
- United States Court of Appeals for the Fourth Circuit
- United States Court of Appeals for the Fifth Circuit

### *Speaking and Writing*

Orran has spoken at or chaired many legal seminars on evidence, insurance coverage, trustee issues, mass claims, class actions, medical monitoring, and other related issues.

### *Personal*

- Born in Lynchburg, Virginia, 1956
- Grew up on a family tobacco farm in Bedford County, Virginia, and worked on the farm until law school
- Married to Ellen Firsching Brown  (Former Environmental lawyer with Hunton & Williams, the Office of the Attorney General of Virginia and Dominion Resources; former law clerk to Hon. Frederick P. Stamp, Jr., United States District Judge for the Northern District of West Virginia)
- Four children (Orran, Jr., Carly, Read, and Drew)
- Various community activities, including coaching youth sports and service on the Board and as Vice President of the Monument Avenue Preservation Society
- Hampden-Sydney College Richmond Alumni Leadership Group
- Bicycle commuter



# LYNN CROWDER GREER
BrownGreer PLC
115 S. 15th Street
Suite 400
Richmond, Virginia  23219-4052
*Direct Dial:  (804) 521-7202*
*Facsimile:  (804) 521-7299*
*lgreer@browngreer.com*

## *Education*

**University of Virginia School of Law,** J.D., 1988
**University of North Carolina,** Chapel Hill, North Carolina, B.A. English, 1985 (John Motley Morehead Scholar)

## *Professional Experience*

**BrownGreer PLC**, Richmond, Virginia
2002 – Present.  Partner and Founder of firm specializing in the legal and administrative aspects of the design, approval, and implementation of claims facilities to provide payments or other benefits for the resolution of multiple claims through class action settlement, bankruptcy reorganization, voluntary agreement, or other aggregation vehicle, and in representing the trustees or director of such facilities.

**Bowman and Brooke, LLP**, Richmond, Virginia.
2000 – 2002.  Partner.  Specialized in mass tort, class action, and other group claims facility matters, proceedings, and appeals.  Advised management, trustees, and claims administrators on the efficient design and operation of group claims facilities, strategies for the successful resolution of claims, the negotiation and drafting of resolution plans, legal proceedings to obtain court approval, and compliance with the agreements or court orders governing the claims resolution process.

**General Counsel and Executive Director of Dalkon Shield Claimants Trust,** Richmond, Virginia
1990 – 2000.  Served in many different capacities with the Dalkon Shield Claimants Trust, including Assistant Counsel for Litigation and Arbitration, Manager of the Legal Department, General Counsel, and Executive Director.  Advised Trust's management and Trustees on legal strategies for the successful resolution of litigation and recommended policies to enhance the Trust's claims processing and claims resolution goals.  Managed outside nationwide litigation, ensuring compliance by the Trust's trial counsel with the bankruptcy Plan's mandates and the Trustees' policy decisions.  Led the Trust to a successful closure in April, 2000.

Lynn C. Greer
Page 2

**Browder, Russell, Morris & Butcher, P.C.**, Richmond, Virginia.
1988 – 1990.  Associate.  Handled all aspects of complex litigation cases, including discovery and court appearances

*Professional Overview*

Lynn has specialized in mass claims resolution and litigation management since her association with the Dalkon Shield Claimants Trust in 1990 as Assistant Counsel for Litigation and Arbitration.  Lynn designed a work plan for the Trust's legal department, formulating and implementing policies and procedures for handling flow of work through the department.  She directed outside trial counsel and coordinated the defense of products liability cases nationwide.  Lynn regularly reported to the Board of Trustees and Trust management on litigation issues, interviewed and hired trial counsel in 40 states, drafted rules governing all Dalkon Shield arbitration, planned and conducted training sessions for outside counsel and Trust employees on medical, legal, and policy issues in Dalkon Shield Litigation, and developed computer systems to track case activity and outside counsel costs.

In addition to managing national litigation of Dalkon Shield cases, Lynn was promoted to Manager of the Legal Department in 1994.  She assisted the Executive Director with organizational strategic planning and policy development for the Trustwide workforce of 400 employees.  She interviewed, hired, trained and managed a 90-person legal staff, assessed and implemented staffing for growth and downsizing of legal department, developed and implemented department's performance evaluation system, conducted department and supervisor meetings, and counseled employees.

In July 1997, Lynn became General Counsel to the Dalkon Shield Claimants Trust, continuing to manage national litigation and the legal department, but assuming responsibilities of reporting to Board of Trustees and leading the Trust's executive team in its efforts to identify all issues and tasks necessary to close the Trust.  These issues included implementing reductions in force, and streamlining the Trust's processes.

In December of 1998, Lynn was named Executive Director of the Trust.  She directed all steps necessary to issue payment of $168,000,000 to over 58,000 Dalkon Shield claimants in December 1998, including communicating with claimants to verify claimant addresses, conducting better address research to locate claimants, reporting to Trustees on status of Trust assets and recommending the amount of payment to be made to claimants, coordinating efforts between programmers, internal auditors, outside mailing services and other Trust personnel to make payment.  She handled and reported to the Trustees on all issues stemming from this pro rata payment.  As the Trust's workforce diminished, Lynn assumed claimant communication responsibilities in April of 1990, handling responses to claimant inquiries and entering communication information into Trust's PC Oracle database.  She recommended, directed and implemented payment of $63,000,000 to over 58,000 claimants in December of 1999, which effectively enabled the Trust to close eight years ahead of schedule.  Lynn handled follow-up from that payment, which included better address research, reissuing checks, tracking claimant

Lynn C. Greer
Page 3

inquiries, developing policies to respond consistently to such inquiries. Lynn targeted and addressed legal and operational issues attendant to Trust's closure. Lynn was the last remaining employee of the Dalkon Shield Claimants Trust and led it to its closure by Court order on April 30, 2000.

After the closure of the Dalkon Shield Claimants Trust, Lynn joined Orran Brown, continuing her work in mass claims resolution in the representation of Wyeth, handling countless legal and administrative issues arising in the implementation of the National Class Action Settlement Agreement. BrownGreer serves as liaison counsel between Wyeth and the AHP Settlement Trust and in that role has worked with and advised the Trustees on all aspects of claims processing and policies.

In March, 2002, Lynn and Orran were hired to provide full service legal representation and claims administration to the court-appointed Claims Administrator to implement the $1 billion nationwide Class Action Settlement Agreement approved by the United States District Court for the Northern District of Ohio to resolve the claims of 27,000 class members against the parent and subsidiary companies of U.S. and Swiss defendants Sulzer, Sulzer Medica, Sulzer AG, and Sulzer Orthopedics US. The disputed claims include allegations of defective hip and knee prostheses manufactured over several years. BrownGreer assisted in designing claims forms, drafting the court-approved notice to class members, and designing the claims administration processes for reviewing claims and scheduling payment. The firm received and has maintained an inventory of claim submissions, designed and maintains the database to track and assist with the processing of those claims, and staffed a call center with carefully trained operators who responded to class member and attorney inquiries.

In September, 2002, Lynn and Orran founded BrownGreer PLC, a firm devoted to unique client service in the areas of claims administration and class action settlements and litigation. BrownGreer continues to handle personal injury claims, including a class action in South Carolina involving the drug OxyContin, as well as administering many other actions, including financial settlements in cases brought against mortgage lending companies, settlements of wage and hour cases brought under the Fair Labor and Standards Act, antitrust actions, and a financial settlement involving a large automobile retailer.

### *Professional Activities*

Virginia State Bar
Virginia Bar Association
Defense Research Institute

### *Bar Admissions*

Virginia
Federal Courts in Virginia
United States Court of Appeals for the Fourth Circuit

Lynn C. Greer
Page 4

### ***Personal***

Born in Charlotte, North Carolina, 1963
Married to Harold E. Greer, III, Division Chief, Joint Legislative and Audit Review
Commission, Commonwealth of Virginia
Three children, Julia (14), Will (11) and Ben (9)

**BrownGreer Significant Case History**

Our experience and skill sets are applicable to all types of multiple claims situations across a broad spectrum of industries, and we can apply our vast experience to your situation.  We have served as lawyers, advisors, data managers, claims administrators, trustees, and experts for large and small multiple claims situations.  Our clients know that they can rely on and benefit from our specialized expertise, legal knowledge, unique perspective, honed skills, and practical know-how.

## PERSONAL INJURY CASE EXPERIENCE

### "Fen-Phen" Diet Drugs

Liaison counsel between Wyeth and the $5 billion AHP settlement Trust for more than 700,000 claimants in the national class action settlement of "Fen-Phen" diet drug claims.  As Liaison Counsel, BrownGreer handles countless legal and administrative issues arising in the implementation of the Settlement Agreement, including working with the Trustee of the facility, notices to the class, and evidentiary and other hearings before the supervisory federal district court on such matters.  We played a key role in negotiating, drafting, and securing court approval of a $1.275 billion amendment to the Settlement Agreement, including testimony before the district court at the fairness hearing on the amendment.

Responsible for designing and implementing a process for resolving over 60,000 diet drug opt-outs in a voluntary settlement program.  As part of this process, we created a secure web-based data entry system used by plaintiffs' firms for entering all relevant claim data on their clients.  We designed a database that housed all claim information, tracked submission and adequacy of proof, calculated benefits using a computer algorithm we designed, and tracked all payment information.  BrownGreer performed full-scale mail intake, claims review, communication with firms, negotiations, release preparation and tracking of all information relating to the 60,000 plaintiffs.

Provided litigation management services on behalf of Wyeth's defense counsel for diet drug lawsuits.  We developed and deployed secure web-based document repository system accessible by national and local counsel that houses all litigation-related documents received or generated by Wyeth's counsel.  Also, we maintained and circulated the national trial calendar, tracked each lawsuit and its status, tracked discovery dates and motion deadlines, and collected any and all relevant information about plaintiffs, pending jurisdictions, plaintiffs' lawyers, and alleged injuries.

# BrownGreer Significant Case History

**Dalkon Shield**

As outside and in-house counsel, the founding members of BrownGreer handled from opening to closing the three trust funds created in the Chapter 11 bankruptcy proceeding of the A.H. Robins Company to resolve over 300,000 Dalkon Shield Claims.

Orran Brown advised the Trust's management, Trustees, inside counsel, and other outside counsel in the United States and other countries on the legal and managerial aspects of the Trust's fiduciary duties, operations (including employment issues and the Trust's lease, banking, investment and other contractual relationships), claims processing arrangements and coordination and design of Alternative Dispute Resolution, arbitration, and trial proceedings on Dalkon Shield Claims.

Lynn Greer is the former General Counsel, Manager of the Legal Department, and Executive Director of the Dalkon Shield Claimants Trust. Lynn directed outside trial counsel, managing and coordinating the defense of over 600 product liability cases nationwide. She interviewed and hired defense counsel in thirty-five states, planned and conducted training sessions for outside counsel on medical, legal, and policy issues in the Dalkon Shield litigation, and developed computer systems to track case activity and outside counsel costs. As General Counsel and Executive Director, she led the Trust to its successful closure eight years ahead of schedule, designing and implementing the processes necessary to issue the final payments to eligible claimants and wind-up all operations.

On April 28, 2000, the Dalkon Trust was terminated by Order of the United States District Court for the Eastern District of Virginia, having distributed over $3 billion. Claimants, plaintiffs' counsel, legal experts, and judges have hailed the Trust as the most successful mass claims resolution facility in history. BrownGreer continues to advise the Trust's successor on residual issues relating to the wind-up of the Trust. We handle all the Dalkon Shield matters that arise under the final insurance coverage of such claims.

**Sulzer Settlement Trust**

Legal representation, management, and claims administration of the $1 billion Sulzer Settlement Trust for 27,000 claimants relating to hip and knee replacement devices. We assisted in designing claims forms, drafting the court-approved notice to class members, and designing the claims administration processes for reviewing claims and scheduling payment. We received and maintained an inventory of claim submissions, designed and maintains the database to track and assist with the processing of those claims, and staffed a call center with carefully trained operators who responded to class member and attorney inquiries.

**Chattem Settlement Trust**

Claims administration for the $60 million Chattem Settlement Trust for claimants relating to over-the-counter diet supplement. BrownGreer's duties included receiving and processing all claims for completeness, coordinating benefit payments from the trust, handling all opt-outs, and accounting for tax withholdings and liens.

2

**BrownGreer Significant Case History**

**OxyContin**

Currently Claims Administrator in a settlement of a class action related to the distribution of OxyContin from several clinics in South Carolina. We have reconstructed a database of class members, issued notice to over 3,000 potential claimants, arranged several local newspaper publications, and set up a call center and website for communications. We are making benefit determinations on claims and will disburse benefits once this process is complete.

**FINANCIAL CASE EXPERIENCE**

**Special Rates**

Trustee of the $173.5 million U.S. Special Rates Trust created in the settlement of class action litigation by the National Treasury Employees Union against the United States Government. The Settlement provided back pay payments to more than 212,000 current and former "special salary rate" federal employees. As Trustee, we were responsible for supervising the administration of the settlement and the claims adjudicator who heard contested determinations, and for ensuring that the Settlement was correctly and economically implemented.

**Nextel**

Expert witness in the class action field and advisor to the court on the adequacy of notification procedures and the overall settlement for class members in a large consumer class action involving improper monthly billing by Nextel Communications. The successful notice campaign reached nearly five million class members.

**EquiCredit**

Administered a $2.5 million class action settlement involving misapplication of loan proceeds by mortgage lending agent EquiCredit. BrownGreer coordinated with counsel, advised on settlement procedures, edited settlement documents, and oversaw the progress of notification, payment, and resolution of the case. The firm successfully generated mailings and distributed notices to almost 13,000 class members to two different populations and coordinated with Equifax to issue checks to class members that could no longer be compensated by offsetting loans held with the company.

**Children's Ibuprofen**

Notice Administrator in a class action settlement that resulted in charitable donations to resolve claims of antitrust activities by two drug producers in the sale of Children's Ibuprofen. BrownGreer successfully disseminated notice in multiple national publications and designed and implemented an internet notification campaign while also creating and maintaining a website for Class Member communications.

### BrownGreer Significant Case History

**GMAC Mortgage**

Settlement Administrator for a class action brought on behalf of 84,000 members alleging illegal markups on mortgage loans provided by GMAC.  We are issuing notice to all class members, and will distribute benefit checks after the settlement receives final judicial approval.

**Smithfield Foods**

Settlement Administrator for three wage and hour class actions brought by approximately 10,000 current and former employees of Smithfield Foods in three different states.  BrownGreer will provide personalized English and Spanish notice to all Former Employees and handle all communications with the class, track objections and opt-outs, and administer the three settlement funds.

**Sanderson Farms**

Claims Administrator for an employment class action under the Fair Labor and Standards Act covering over 16,000 employees of Sanderson Foods, alleging unpaid overtime wages.  We will distribute Notice, track those employees who chose to opt-in to the settlement, distribute benefits under the terms of the agreement; and handle all tax filing and reporting associated with the payment of these wages.  Notice and communications will be available in both English and Spanish.

**CarMax Automotive Superstores**

Administering a settlement of over $3 million to class members who purchased automobiles from CarMax stores in South Carolina.  class members will receive three mailings, including court approved notice, benefit coupons along with claim forms, and a potential additional payment to class members. BrownGreer will print, process, and administer all aspects of the coupon and fund distribution.

**Ovcon 35i**

Notice Administrator in an antitrust settlement that calls for payments to individual states and donations of pharmaceutical products to resolve claims of antitrust activities by two drug producers in the sale of Ovcon 35i oral contraceptive.  BrownGreer is designing a national notice campaign covering print and internet media targeting appropriate consumer demographics, as well as creating and maintaining a website for Class Member communications.

| | BrownGreer PLC<br>Billing Rates | |
|---|---|---|
| | **Skill Position** | **Hourly Rate** |
| **1.** | **Orran L. Brown** | $150-$380 |
| **2.** | **Lynn C. Greer** | $150-$300 |
| **3.** | **Attorney** | $135-$180 |
| **4.** | **Software Project Manager** | $100-$130 |
| **5.** | **Software Programmer** | $90-$120 |
| **6.** | **Senior Analyst** | $65-$110 |
| **7.** | **Analyst** | $45-$65 |
| **8.** | **Claims Specialist** | $25-$45 |
| **9.** | **Intake and Scanning** | $20-$30 |