UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL Docket No. 1769

This document relates to:

ADAM MCKELLAR v. ASTRAZENECA PHARMACEUTICALS, LP
MDL Case No. 6:2007-cv-10166-ACC-DAB

## PLAINTIFF'S RESPONSE TO ASTRAZENECA PHARMACEUTICALS, LP'S MOTION REQUESTING DISMISSALS WITHOUT PREJUDICE FOR FAILURE TO SERVE PLAINTIFF FACT SHEETS

**COMES NOW,** Plaintiff Adam McKellar, and responds to AstraZeneca Pharmaceuticals, LP's Motion Requesting Dismissals Without Prejudice for Failure to Serve Plaintiff Fact Sheets as follows:

On June 15, 2007, Plaintiff's counsel received a letter from Defendant's counsel indicating that the Plaintiff Fact Sheet's were overdue in the above captioned cases. Defendant's counsel requested that a Plaintiff's Fact Sheet be provided to them within twenty (20) days from that correspondence.

On July 5, 2007, Plaintiff served his completed Plaintiff's Fact Sheet on AstraZeneca Pharmaceuticals, LP's counsel, Marjorie Shiekman, Esquire, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104 by electronic mail to seroquelpfs@dechert.com. Attached hereto, is a copy of the email that was sent to seroquelpfs@dechert.com on July 5, 2007 at 2:19 PM.

WHEREFORE, premises considered, Plaintiffs pray that this Court deny AstraZeneca Pharmaceuticals, LP's Motion Requesting Dismissals without Prejudice for Failure to Serve Fact Sheets and grant any other relief to which they may be entitled.

Respectfully submitted,

**BAILEY & GALYEN**

*[signature]*

**ROBERT A. SCHWARTZ**
Federal Bar # 4287
18333 Egret Bay Blvd., Suite 120
Houston, Texas 77058
(281) 335-7744 (Telephone)
(281) 335-5871 (Telefax)
email: rschwartz@galyen.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been furnished to all parties and/or counsel of record via CM/ECF and email on this 13th day of July, 2007.

*[signature]*

**ROBERT A. SCHWARTZ**