**Christy Hunter**

| | |
|---|---|
| **From:** | Christy Hunter |
| **Sent:** | Thursday, July 05, 2007 2:19 PM |
| **To:** | 'seroquelpfs@dechert.com' |
| **Cc:** | Angela L. Nixon; Christy Hunter |
| **Subject:** | Seroquel  MDL  6:06-md-01769-ACC-DAB - Plaintiff's Fact Sheet |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

 

Jones Alvin - Fact Sheet (to ...   McKellar - Fact Sheet - (to be...

Attached please find the fact sheet and all authorizations for the following Plaintiffs:

Alvin Jones
Adam McKellar

These attachments should satisfy any and all requests for Plaintiff's Fact Sheets for the above Plaintiff's that were brought to our attention in your letter dated, June15, 2007.  If I can be of any further assistance, please do not hesitate to contact me.

Sincerely,


Christy Hunter
Legal Assistant to Robert A. Schwartz
18333 Egret Bay Blvd., Suite 120
Houston, Texas 77058
main: (281) 335-7744
toll free: (866) 715-1529
fax: (281) 335-5871

Please see our Web Sites for a listing of all offices and locations

http://www.thetexasattorney.com
http://www.pinjury.com

1