**Bailey Perrin Bailey, LLP**
**FL Eligibile Plaintiffs List**

|    | Last Name | First Name | City | State | Case No. |
|----|-----------|------------|------|-------|----------|
| 1  | Abear | Jannette | Hollywood | FL | 6:06--cv-01851-ACC-DAB |
| 2  | Alvarez | Kathryn | LaBelle | FL | 6:07--cv-13032-ACC-DAB |
| 3  | Anderton-Vilimek | Donna | Lake Butler | FL | 6:06--cv-01848-ACC-DAB |
| 4  | Ash | Jan | Miami | FL | 6:07--cv-10185-ACC-DAB |
| 5  | Barber | Karen | Holiday | FL | 6:07--cv-10187-ACC-DAB |
| 6  | Barnebee | James | Haines City | FL | 6:07--cv-15683-ACC-DAB |
| 7  | Batalla | Tomasa | Lutz | FL | 6:07--cv-10192-ACC-DAB |
| 8  | Beavers | Calvin | Polk City | FL | 6:07--cv-12285-ACC-DAB |
| 9  | Bennett | Evelyn | Lakeland | FL | 6:07--cv-10195-ACC-DAB |
| 10 | Berkhan | Catherine | Tampa | FL | 6:07--cv-10196-ACC-DAB |
| 11 | Berkowitz | Cathy | Pompano Beach, | FL | 6:07--cv-11396-ACC-DAB |
| 12 | Bess | Vera | Lehigh | FL | 6:07--cv-13110-ACC-DAB |
| 13 | Best | Carnetta | Fort Lauderdale | FL | 6:07--cv-15687-ACC-DAB |
| 14 | Binkowski | Maureen | Plantation | FL | 6:07--cv-10198-ACC-DAB |
| 15 | Blackmore | Winfred | Titusville | FL | 6:07--cv-10203-ACC-DAB |
| 16 | Bonebrake | Carole | Apopka | FL | 6:07--cv-15690-ACC-DAB |
| 17 | Brinker | Erania | Ocala | FL | 6:07--cv-11070-ACC-DAB |
| 18 | Brito | Shelley | Palm Coast | FL | 6:07--cv-10210-ACC-DAB |
| 19 | Brooks | Eddie | Lake City | FL | 6:07--cv-13158-ACC-DAB |
| 20 | Brown | Lois | Parkland | FL | 6:07--cv-15692-ACC-DAB |
| 21 | Browning | Dena | Englewood | FL | 6:07--cv-13182-ACC-DAB |
| 22 | Campbell | James | Callahan | FL | 6:07--cv-10223-ACC-DAB |
| 23 | Cantelmo | Linda | Port Richey | FL | 6:07--cv-10225-ACC-DAB |
| 24 | Capponi | Patricia | Hollywood | FL | 6:07--cv-11445-ACC-DAB |
| 25 | Carley | Peter | Port Orange | FL | 6:07--cv-10226-ACC-DAB |
| 26 | Carter | Sandra | La Belle | FL | 6:07--cv-13234-ACC-DAB |
| 27 | Chaplin | Ann-Marie | Kissimmee | FL | 6:07--cv-10229-ACC-DAB |
| 28 | Christiansen | Denis | Ocala | FL | 6:07--cv-10234-ACC-DAB |
| 29 | Clauson | Daniel | Clearwater | FL | 6:07--cv-15696-ACC-DAB |
| 30 | Creech | Linda | Palm Beach Gardens | FL | 6:07--cv-16036-ACC-DAB |
| 31 | Curley | Connie | Tampa | FL | 6:07--cv-15701-ACC-DAB |
| 32 | Cuyler | Dorian | Winter Haven | FL | 6:07--cv-15703-ACC-DAB |
| 33 | Dalrymple | Elizabeth | Daytona Beach | FL | 6:07--cv-10249-ACC-DAB |
| 34 | Dees, as Next Friend of M.A.D., a Minor | Lisa | Fort Myers | FL | 6:07--cv-13352-ACC-DAB |
| 35 | Delgado | Jeffrey | Cooper City | FL | 6:07--cv-11507-ACC-DAB |
| 36 | Dixon | William | New Port Richey | FL | 6:07--cv-15706-ACC-DAB |
| 37 | Dockett | Angela | Kissimmee | FL | 6:07--cv-14803-ACC-DAB |
| 38 | Duvall | Sharon | New Port Richey | FL | 6:07--cv-12443-ACC-DAB |
| 39 | Echols | Brenda | Saint Petersburg | FL | 6:07--cv-15710-ACC-DAB |
| 40 | Ellberg | Beverly | Rotonda West | FL | 6:07--cv-11177-ACC-DAB |
| 41 | Episcopo | Joan | New Smyrna Beach | FL | 6:07--cv-15715-ACC-DAB |

|    | Last Name | First Name | City | State | Case No. |
|----|-----------|------------|------|-------|----------|
| 42 | Epps | Lynda | Casselberry | FL | 6:07--cv-15716-ACC-DAB |
| 43 | Fashner | Sharon | Largo | FL | 6:07--cv-10265-ACC-DAB |
| 44 | Fernandez | Miguel | Groveland | FL | 6:07--cv-15719-ACC-DAB |
| 45 | Fish | Venus | Brandon | FL | 6:07--cv-10267-ACC-DAB |
| 46 | Francis | Paula | Key Largo | FL | 6:07--cv-15721-ACC-DAB |
| 47 | Garcia | Luz | Titusville | FL | 6:07--cv-15725-ACC-DAB |
| 48 | Garletts | Diane | New Port Richey | FL | 6:07--cv-10274-ACC-DAB |
| 49 | Grant | Judith | Saint Petersburg | FL | 6:07--cv-10286-ACC-DAB |
| 50 | Grass | Janie | Tampa | FL | 6:07--cv-15729-ACC-DAB |
| 51 | Grulkowski | Stacey | Sarasota | FL | 6:07--cv-13523-ACC-DAB |
| 52 | Guinn | Linda | Palm Bay | FL | 6:07--cv-10291-ACC-DAB |
| 53 | Hall | Betty | Miami | FL | 6:07--cv-10293-ACC-DAB |
| 54 | Haller | David | Dunedin | FL | 6:07--cv-15733-ACC-DAB |
| 55 | Harris | Gerline | Miami Gardens | FL | 6:07--cv-10296-ACC-DAB |
| 56 | Head | Benjamin | Live Oak | FL | 6:07--cv-11633-ACC-DAB |
| 57 | Hernandez | Christine | Saint Cloud | FL | 6:07--cv-15736-ACC-DAB |
| 58 | Herron | Randall | Englewood | FL | 6:07--cv-12556-ACC-DAB |
| 59 | Hickman | Cindy | Largo | FL | 6:07--cv-10301-ACC-DAB |
| 60 | Hinton | Joanne | Sebring | FL | 6:07--cv-10304-ACC-DAB |
| 61 | Houck, as Next Friend of C.H., a Minor | Tina | Holiday | FL | 6:07--cv-12094-ACC-DAB |
| 62 | Ing | Brenda | Orlando | FL | 6:07--cv-10312-ACC-DAB |
| 63 | Jones | William | Orlando | FL | 6:07--cv-10325-ACC-DAB |
| 64 | Joyner | Robert | Lake City | FL | 6:07--cv-13713-ACC-DAB |
| 65 | Kaliszeski | Patricia | Palm Bay | FL | 6:07--cv-10326-ACC-DAB |
| 66 | Kirkland | Charlene | Lehigh Acres | FL | 6:07--cv-11223-ACC-DAB |
| 67 | Klein | Jeri | Miami | FL | 6:07--cv-10329-ACC-DAB |
| 68 | Lamica | Terry | Debary | FL | 6:07--cv-10334-ACC-DAB |
| 69 | Leimonitis | Anthony | Port Richey | FL | 6:07--cv-10339-ACC-DAB |
| 70 | Lemons | Angel | Miami | FL | 6:07--cv-10340-ACC-DAB |
| 71 | Lester | Charles | Miami | FL | 6:07--cv-10342-ACC-DAB |
| 72 | Livesay | Debra | Palm Harbor | FL | 6:07--cv-15752-ACC-DAB |
| 73 | Looney | Sally | Palm Bay | FL | 6:07--cv-11751-ACC-DAB |
| 74 | Lorditch | Hope | Port Richey | FL | 6:07--cv-12657-ACC-DAB |
| 75 | Lowe-Bernard | Janet | Coral Springs | FL | 6:07--cv-15754-ACC-DAB |
| 76 | Lydard | Connie | Clearwater | FL | 6:07--cv-10348-ACC-DAB |
| 77 | Lyles | Joyce | Winter Haven | FL | 6:07--cv-13833-ACC-DAB |
| 78 | Mallard | Marie | Miami | FL | 6:07--cv-10351-ACC-DAB |
| 79 | Martin | Kimberly | Melbourne | FL | 6:07--cv-10355-ACC-DAB |
| 80 | Mays | Quentin | Bradenton | FL | 6:07--cv-10359-ACC-DAB |
| 81 | Mazzarini | Roberta | Port Richey | FL | 6:07--cv-15781-ACC-DAB |
| 82 | McAlexander | Eileen | Ocala | FL | 6:07--cv-10360-ACC-DAB |
| 83 | McCarthy | Kevin | Bonita Springs | FL | 6:07--cv-11096-ACC-DAB |
| 84 | McCraw | Shirley | Orlando | FL | 6:07--cv-10361-ACC-DAB |
| 85 | McDaniel | Kimberly | Ocala | FL | 6:07--cv-10362-ACC-DAB |
| 86 | McElroy | Suzanne | Lake Park | FL | 6:07--cv-15605-ACC-DAB |

|     | Last Name | First Name | City | State | Case No. |
|-----|-----------|------------|------|-------|----------|
| 87  | Michael | Robert | Celebration | FL | 6:07--cv-15762-ACC-DAB |
| 88  | Middleton | Clemmie | Gainesville | FL | 6:07--cv-10949-ACC-DAB |
| 89  | Miqueli | Barbara | Miami | FL | 6:07--cv-15765-ACC-DAB |
| 90  | Miranda | Jennifer | Wesley Chapel | FL | 6:07--cv-11797-ACC-DAB |
| 91  | Montague | Lois | Davenport | FL | 6:07--cv-10373-ACC-DAB |
| 92  | Montney | Lydia | Panama City | FL | 6:07--cv-10374-ACC-DAB |
| 93  | Morrow | Jonathan | Deland | FL | 6:07--cv-15770-ACC-DAB |
| 94  | Murphy | Brian | Englewood | FL | 6:07--cv-12719-ACC-DAB |
| 95  | Niswander | Virginia | Brandon | FL | 6:07--cv-10386-ACC-DAB |
| 96  | Pagan | Helen | Orlando | FL | 6:07--cv-10385-ACC-DAB |
| 97  | Pagar | Jeffrey | Delray Beach | FL | 6:07--cv-11848-ACC-DAB |
| 98  | Patton | Sonya | Orlando | FL | 6:07--cv-10393-ACC-DAB |
| 99  | Peach | Brandy | Seffner | FL | 6:07--cv-14050-ACC-DAB |
| 100 | Pereira | Victor | Longwood | FL | 6:07--cv-11858-ACC-DAB |
| 101 | Pinta | Sandra | Clearwater | FL | 6:07--cv-11870-ACC-DAB |
| 102 | Pokrywka | Lucy | North Port | FL | 6:07--cv-14083-ACC-DAB |
| 103 | Powell | Deborah | Orlando | FL | 6:07--cv-10401-ACC-DAB |
| 104 | Quinn | Lori | Lehigh Acres | FL | 6:07--cv-14108-ACC-DAB |
| 105 | Radford | Cheryl | Miami | Fl | 6:07--cv-11890-ACC-DAB |
| 106 | Ray | Charles | Orlando | FL | 6:07--cv-11102-ACC-DAB |
| 107 | Reinsmith | Terrance | Dania | FL | 6:07--cv-15784-ACC-DAB |
| 108 | Revell | Wanda | Jacksonville | FL | 6:07--cv-11281-ACC-DAB |
| 109 | Richmond | Melody | Oakland Park | FL | 6:07--cv-15786-ACC-DAB |
| 110 | Robbins | James | Hollywood | FL | 6:07--cv-15788-ACC-DAB |
| 111 | Robinson | Mary | Miami | FL | 6:07--cv-10417-ACC-DAB |
| 112 | Rodriguez | Candida | Cape Coral | FL | 6:07--cv-14178-ACC-DAB |
| 113 | Rose | Tina | Lutz | FL | 6:07--cv-10422-ACC-DAB |
| 114 | Runner | Jesse | Orlando | FL | 6:07--cv-10424-ACC-DAB |
| 115 | Russell | Carmen | Miami | FL | 6:07--cv-15791-ACC-DAB |
| 116 | Sarmiento | William | Kissimmee | FL | 6:07--cv-10425-ACC-DAB |
| 117 | Schapiro | Michael | Pembroke Pines | FL | 6:07--cv-10427-ACC-DAB |
| 118 | Scharet | Tammy | Ocala | FL | 6:07--cv-12217-ACC-DAB |
| 119 | Schroeter | Michel | Miami | FL | 6:07--cv-10434-ACC-DAB |
| 120 | Semljatschenko | Diane | Port Orange | FL | 6:07--cv-10437-ACC-DAB |
| 121 | Shaefer | James | Arcadia | FL | 6:07--cv-11299-ACC-DAB |
| 122 | Slapion | Andrea | Tallahassee | FL | 6:07--cv-12224-ACC-DAB |
| 123 | Smith | Connie | Lake Mary | FL | 6:07--cv-15799-ACC-DAB |
| 124 | Spitz | Barbara | Lake Butler | FL | 6:07--cv-15579-ACC-DAB |
| 125 | Stephens | Terry | Jacksonville | FL | 6:07--cv-15805-ACC-DAB |
| 126 | Stevens | Shirley | Ocala | FL | 6:07--cv-10448-ACC-DAB |
| 127 | Stoudt | Jessamy | Sunrise | FL | 6:07--cv-10450-ACC-DAB |
| 128 | Tanke | Mary | Lake Worth | FL | 6:07--cv-16603-ACC-DAB |
| 129 | Tanner | Kathleen | Fort Lauderdale | FL | 6:07--cv-15809-ACC-DAB |
| 130 | Thomas | Cherylyn | Orlando | FL | 6:07--cv-12008-ACC-DAB |
| 131 | Thomas | Leslie | Hollywood | FL | 6:07--cv-10457-ACC-DAB |
| 132 | Unger | Richard | Miami | FL | 6:07--cv-15812-ACC-DAB |
| 133 | Warren | Lance | Tampa | FL | 6:07--cv-10466-ACC-DAB |

|  | Last Name | First Name | City | State | Case No. |
|---|---|---|---|---|---|
| 134 | West | Charles | Apopka | FL | 6:07--cv-10471-ACC-DAB |
| 135 | White | Rhunette | Miami | FL | 6:07--cv-10473-ACC-DAB |
| 136 | White | Willie | Opa Locka | FL | 6:07--cv-15816-ACC-DAB |
| 137 | Whittington | Linda | Baldwin | FL | 6:07--cv-10475-ACC-DAB |
| 138 | Wilson | Michael | New Port Richey | FL | 6:07--cv-15818-ACC-DAB |
| 139 | Young | David | Sarasota | FL | 6:07--cv-15824-ACC-DAB |
| 140 | Young | Gilbert | Saint Petersburg | FL | 6:07--cv-10483-ACC-DAB |
| 141 | Zackschewski | George | Belleview | FL | 6:07--cv-14554-ACC-DAB |
| 142 | Nazzaro, as Next Friend of K.Z., a Minor | Patricia | Clermont | FL | 6:07--cv-15773-ACC-DAB |