# EXHIBIT F

| | |
|---|---|
| **From:** | Jim Freebery |
| **Sent:** | Friday, June 29, 2007 10:49 AM |
| **To:** | Adupre@mccarter.com; McConnell, Stephen; Jim Freebery |
| **Subject:** | Fw: Outstanding Issues |

-----Original Message-----
From: Pederson, Mike <MPederson@weitzlux.com>
To: Dupre, Andrew; Freebery, James J.
Sent: Thu Jun 07 12:45:42 2007
Subject: Outstanding Issues

As per our previous discussions, the time frames set forth in the statement we filed today were your best estimates as to when these things can be accomplished. We understood you will do your best to meet these time frames but problems might develop. However, we also agreed that you will contact us if you see problems with the production of the corrections that were agreed to. You also agreed that you will us know as soon as possible of any problems you see with the timing of the corrections and we can try to work it out to both sides satisfaction.

I hope this assures you that we are on the same page on timing.