# EXHIBIT 1

## Bailey Perrin Bailey LLP

## List of Plaintiffs Fact Sheets

| LAST NAME | FIRST NAME | CASE NUMBER | DATE SERVED |
|---|---|---|---|
| Bridges | Kenneth | 6:07-cv-10825 | 7/16/2007 |
| Vance | Curtis | 6:07-cv-12239 | 6/28/2007 |
| Wilson | Terry | 6:07-cv-11342 | 7/12/2007 |