# EXHIBIT 2



**BAILEY PERRIN BAILEY**
*A Registered Limited Liability Partnership*

THE LYRIC CENTRE
440 LOUISIANA, SUITE 2100
HOUSTON, TEXAS 77002
(713) 425-7100 BUSINESS
(713) 425-7101 FACSIMILE

July 16, 2007

**Via FedEx Priority Overnight**
Mr. Brennan J. Torregrossa
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Re:   In re: Seroquel products Liability Litigation
      (MDL Docket No. 1769)
      Plaintiff, Kenneth Bridges

Dear Brennan:

Please find enclosed a CD containing a completed Fact Sheet for Plaintiff, Kenneth Bridges.

Please do not hesitate to contact me or Camp, should you have any questions.

Respectfully,

Sundeep S. Grewel
Attorney at Law

Enclosures:  As stated

cc:   Mr. Camp Bailey [Firm]

FedEx | Ship Manager | Label 7907 8424 3762      Page 1 of 1

From: Origin ID: EIXA (713)425-7100
Heather Santiago
Bailey Perrin Bailey, LLP
440 Louisiana St.
Suite 2100
Houston, TX 77002



CLS052907/21/23

Ship Date: 16JUL07
ActWgt: 1 LB
System#: 9787328/INET2600
Account#: S *********

Delivery Address Bar Code



SHIP TO: (215)994-4000    BILL SENDER
**Brennan Torregrossa**
**Dechert, LLP**
**Cira Centre**
**2929 Arch Street**
**Philadelphia, PA 191042808**

Ref #   Seroquel -PFS-K. Bridges
Invoice #
PO #
Dept #



TRK# 7907 8424 3762
0201

TUE - 17JUL    A1
**PRIORITY OVERNIGHT**

**XB-ESPA**

PHL
PA-US
19104



---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

## Heather Santiago

**From:** TrackingUpdates@fedex.com
**Sent:** Tuesday, July 17, 2007 9:54 AM
**To:** Heather Santiago
**Subject:** FedEx Shipment 790784243762 Delivered

```
This tracking update has been requested by:

Company Name: Bailey Perrin Bailey, LLP

Name:   Heather Santiago

E-mail:  hsantiago@bpblaw.com
```

```
Our records indicate that the following shipment has been delivered:

Tracking number:                        790784243762
Reference:                              Seroquel -PFS-K. Bridges
Ship (P/U) date:                        Jul 16, 2007
Delivery date:                          Jul 17, 2007 10:51 AM
Sign for by:                            W.KEIL
Delivered to:                           Receptionist/Front Desk
Service type:                           FedEx Priority Overnight
Packaging type:                         FedEx Envelope
Number of pieces:                       1
Weight:                                 0.50 lb.

Shipper Information                     Recipient Information
Heather Santiago                        Brennan Torregrossa
Bailey Perrin Bailey, LLP               Dechert, LLP
440 Louisiana St.                       Cira Centre
Suite 2100                              2929 Arch Street
Houston                                 Philadelphia
TX                                      PA
US                                      US
77002                                   191042808

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:54 AM  CDT
on 07/17/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.
```

7/17/2007



**BAILEY PERRIN BAILEY**
*A Registered Limited Liability Partnership*

THE LYRIC CENTRE
440 LOUISIANA, SUITE 2100
HOUSTON, TEXAS 77002
(713) 425-7100 BUSINESS
(713) 425-7101 FACSIMILE

June 28, 2007

**Via FedEx Priority Overnight**
Mr. Brennan J. Torregrossa
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

    Re:    In re: Seroquel products Liability Litigation
              (MDL Docket No. 1769)

Dear Brennan:

Please find enclosed a CD containing a total of thirty-five (35) fully executed Acknowledgements and a total of thirty-four (34) fully executed HIPAA Authorizations, for Plaintiffs designated in May. Also included on the CD is a completed Fact Sheet for Plaintiff Curtis Vance. I have included accompanying lists for your convenience. We will continue to provide you with additional Acknowledgements and HIPAAs as soon as they are received from our clients.

If you have any further questions regarding this matter please do not hesitate to contact me or Camp.

Respectfully,

Sundeep S. Grewel
Attorney at Law

Enclosures: As stated

cc:    Mr. Camp Bailey [Firm]

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production - Set V (May 30, 2007)**
**List of 34 Acknowledgments and HIPAA Authorizations**
June 28, 2007

|    | Last Name         | First Name |
|----|-------------------|------------|
| 1  | Alexander         | Lisa       |
| 2  | Barnett-Chase     | Patricia   |
| 3  | Barstad           | Denise     |
| 4  | Beaty             | Linda      |
| 5  | Benson            | Michael    |
| 6  | Burrow            | Kari       |
| 7  | Crawford          | Bertha     |
| 8  | Davis             | Esther     |
| 9  | De La Cueva       | Linda      |
| 10 | Duff              | Donald     |
| 11 | Gebhardt          | Jeannie    |
| 12 | Greenwood         | Timmothy   |
| 13 | Gundlach          | Jamie      |
| 14 | Hauret            | Frederick  |
| 15 | Johnson           | James      |
| 16 | Knight            | Danielle   |
| 17 | Lang-Butler       | Teresa     |
| 18 | Leppert           | Jacqueline |
| 19 | Lostetter-Warsame | Davee      |
| 20 | Lunkkonen         | John       |
| 21 | Moran             | Donna      |
| 22 | Morman            | Sarah      |
| 23 | Pierre-Louis      | Sigismond  |
| 24 | Reichold          | William    |
| 25 | Rosado-Gonzalez   | Felicita   |
| 26 | Schapiro          | Michael    |
| 27 | Stevens           | Rebecca    |
| 28 | Strickland        | Ortney     |
| 29 | Stumpf            | Samantha   |
| 30 | Tilley            | Kathleen   |
| 31 | Walters           | Kathryn    |
| 32 | Wilson            | Gladys     |
| 33 | Wilson            | Robin      |
| 34 | Wrightinton       | Crystal    |

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production - Set V (May 30, 2007)**
List of 1 Acknowledgement
June 28, 2007

|   | Last Name | First Name |
|---|---|---|
| 1 | Forbey | Maria |

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production - Set V (May 30, 2007)**
List of 1 Plaintiff's Fact Sheet, HIPAA & Acknowledgement
June 28, 2007

|   | Last Name | First Name |
|---|---|---|
| 1 | Vance | Curtis |

From: Origin ID: EIXA (713)425-7100
Heather Santiago
Bailey Perrin Bailey, LLP
440 Louisiana St.
Suite 2100
Houston, TX 77002



Ship Date: 28JUN07
ActWgt: 1 LB
System#: 9787328/INET2600
Account#: S *********

Delivery Address Bar Code

CLS052907/21/23

SHIP TO: (215)994-4000    BILL SENDER
**Brennan Torregrossa**
**Dechert, LLP**
**Cira Centre**
**2929 Arch Street**
**Philadelphia, PA 191042808**

Ref #  Seroquel-PFS HIPAA & Ack
Invoice #
PO #
Dept #



TRK# 7987 0821 7271
0201

FRI - 29JUN    A1
PRIORITY OVERNIGHT

**XB-ESPA**

PHL
PA-US
**19104**



Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

## Heather Santiago

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, June 29, 2007 9:14 AM
**To:** Heather Santiago
**Subject:** FedEx Shipment 798708217271 Delivered

---

This tracking update has been requested by:

Company Name: Bailey Perrin Bailey, LLP

Name:   Heather Santiago

E-mail:  hsantiago@bpblaw.com

---

Our records indicate that the following shipment has been delivered:

```
Tracking number:            798708217271
Reference:                  Seroquel-PFS HIPAA & Ack
Ship (P/U) date:            Jun 28, 2007
Delivery date:              Jun 29, 2007 10:04 AM
Sign for by:                C.STREETER
Delivered to:               Shipping/Receiving
Service type:               FedEx Priority Overnight
Packaging type:             FedEx Envelope
Number of pieces:           1
Weight:                     0.50 lb.

Shipper Information         Recipient Information
Heather Santiago            Brennan Torregrossa
Bailey Perrin Bailey, LLP   Dechert, LLP
440 Louisiana St.           Cira Centre
Suite 2100                  2929 Arch Street
Houston                     Philadelphia
TX                          PA
US                          US
77002                       191042808
```

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:13 AM  CDT on 06/29/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of  the request, the requestor's message, or the accuracy of this tracking update.  For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

6/29/2007



**BAILEY PERRIN BAILEY**
*A Registered Limited Liability Partnership*

THE LYRIC CENTRE
440 LOUISIANA, SUITE 2100
HOUSTON, TEXAS 77002
(713) 425-7100 BUSINESS
(713) 425-7101 FACSIMILE

July 12, 2007

**<u>Via FedEx Priority Overnight</u>**
Mr. Brennan J. Torregrossa
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

    Re: **In re: Seroquel products Liability Litigation
(MDL Docket No. 1769)
Plaintiff, Terry Wilson**

Dear Brennan:

Please find enclosed a CD containing a total of 25 (twenty-five) fully executed Acknowledgements and HIPAA Authorizations, for Plaintiffs designated in May. Also included on the CD is a completed Fact Sheet for Plaintiff, Terry Wilson. I have included an accompanying list for your convenience. We will continue to provide you with additional Acknowledgements and HIPAAs as soon as they are received from our clients.

If you have any further questions regarding this matter please do not hesitate to contact me or Camp.

Respectfully,

Sundeep S. Grewel
Attorney at Law

Enclosures: As stated

cc:    Mr. Camp Bailey [Firm]

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production - Set V (May 30, 2007)**
**List of 25 Acknowledgements and HIPAA Authorizations**
July 12, 2007

|    | Last Name | First Name |
|----|-----------|------------|
| 1  | Buttram   | Michael    |
| 2  | Chance    | Nancy      |
| 3  | Eblen     | Michael    |
| 4  | Flores    | Engracia   |
| 5  | Goff      | Dianna     |
| 6  | Haley     | Ella       |
| 7  | Hinson    | Kimberly   |
| 8  | Jackson   | Cherie     |
| 9  | Jones     | Debra      |
| 10 | Kramer    | George     |
| 11 | Licker    | Jeffrey    |
| 12 | McDougle  | Dorothy    |
| 13 | Moore     | James      |
| 14 | Petruna   | Peggy      |
| 15 | Ruggles   | William    |
| 16 | Sanchez   | Penny      |
| 17 | Schaeffer | Robert     |
| 18 | Schillaci | James      |
| 19 | Simmons   | Carlos     |
| 20 | Smith     | Pam        |
| 21 | Sood      | Alberta    |
| 22 | Sundquist | Jessica    |
| 23 | Thomas    | Lorraine   |
| 24 | Wood      | Jason      |
| 25 | Woods     | Brian      |

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production - Set V (May 30, 2007)**
**List of 1 Fact Sheet with Acknowledgement and HIPAA Authorization**
July 12, 2007

|   | Last Name | First Name |
|---|-----------|------------|
| 1 | Wilson    | Terry      |

From: Origin ID: EIXA (713)425-7100
Heather Santiago
Bailey Perrin Bailey, LLP
440 Louisiana St.
Suite 2100
Houston, TX 77002


FedEx Express

Ship Date: 12JUL07
ActWgt: 1 LB
System#: 9787328/INET7061
Account#: S *********

Delivery Address Bar Code



CLS052907/21/23

SHIP TO: (215)994-4000    BILL SENDER
**Brennan Torregrossa**
**Dechert, LLP**
**Cira Centre**
**2929 Arch Street**
**Philadelphia, PA 191042808**

Ref #    Seroquel -HIPAAs & Ack.
Invoice #
PO #
Dept #



TRK# 0201   7902 9067 6079

FRI - 13JUL   A1
PRIORITY OVERNIGHT

**XB-ESPA**

PHL
PA-US
19104



Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

## Heather Santiago

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, July 13, 2007 8:59 AM
**To:** Heather Santiago
**Subject:** FedEx Shipment 790290676079 Delivered

This tracking update has been requested by:

Company Name: Bailey Perrin Bailey, LLP

Name: Heather Santiago

E-mail: hsantiago@bpblaw.com

Our records indicate that the following shipment has been delivered:

Tracking number:        790290676079
Reference:              Seroquel -HIPAAs & Ack.
Ship (P/U) date:        Jul 13, 2007
Delivery date:          Jul 13, 2007 9:49 AM
Sign for by:            C.STREETER
Delivered to:           Receptionist/Front Desk
Service type:           FedEx Priority Overnight
Packaging type:         FedEx Envelope
Number of pieces:       1
Weight:                 0.50 lb.

Shipper Information              Recipient Information
Heather Santiago                 Brennan Torregrossa
Bailey Perrin Bailey, LLP        Dechert, LLP
440 Louisiana St.                Cira Centre
Suite 2100                       2929 Arch Street
Houston                          Philadelphia
TX                               PA
US                               US
77002                            191042808

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:59 AM CDT on 07/13/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

7/13/2007