**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation,**
**MDL DOCKET NO. 1769**

**This document relates to:**

**KENNETH BRIDGES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10825-ACC-DAB**

**CURTIS VANCE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12239-ACC-DAB**

**TERRY WILSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11342-ACC-DAB**

**ORDER**

This cause comes before the Court for consideration of Defendants' July 2, 2007, Motion Requesting Dismissals Without Prejudice For Failure to Serve Plaintiff Fact Sheets (Doc. 253). Pursuant to Case Management Order No. 2, all plaintiffs identified in Defendants' dismissal motion must, within ten business days after Defendants' motion is filed, file a notice with the Court certifying that a completed Plaintiff Fact Sheet (PFS) has since been served on Defendants. Each plaintiff is additionally required to attach documentation to the notice showing that Defendants in fact received the requested PFS. If plaintiffs file a timely notice with attached documentation, the plaintiffs' claims shall not be dismissed.

In the instant case, Defendants sought to dismiss the cases of 116 plaintiffs based on their failure to serve PFSs. The above-named plaintiffs filed a timely notice (Doc. 279) with the Court certifying that Defendants had been served with PFSs and appropriately attached documentation

indicating that Defendants did in fact receive the PFSs.  Thus, the Court deems the above-named plaintiffs in compliance with the Court's prior discovery orders and shall not dismiss their claims.

Accordingly, it is **ORDERED** that Defendants' dismissal motion (Doc. 253) is **DENIED** as to the above-named plaintiffs.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 18, 2007.

ANNE C. CONWAY
United States District Judge