# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation,**
**MDL DOCKET NO. 1769**

**This document relates to:**

**CYNTHIA ABRAMS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11350-ACC-DAB**

**CAMELIA ALBRIGHT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15855-ACC-DAB**

**LESLIE BAGO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10817-ACC-DAB**

**TINA CRAMER, as Next Friend of B.B., a Minor v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15588-ACC-DAB**

**RICKIE BROWNING v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11433-ACC-DAB**

**DONNIE BRYANT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15952-ACC-DAB**

**JACKIE R. BULLARD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13194-ACC-DAB**

**BILL M. BYRGE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13211-ACC-DAB**

**MICHAEL CARTER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15983-ACC-DAB**

**JULIE CLARK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11053-ACC-DAB**

**LISA CARTER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13233-ACC-DAB**

**ERIC M. CLEMENTS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13262-ACC-DAB**

**BRYAN COLMENERO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16009-ACC-DAB**

**PAMELA CORNELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16028-ACC-DAB**

**GARY CULBREATH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16042-ACC-DAB**

**TIMOTHY L. DAVIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10847-ACC-DAB**

**MALCOLM DAY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10848-ACC-DAB**

**SUSAN DE RAFELO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12124-ACC-DAB**

**ARMANDO L. DUNCAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10855-ACC-DAB**

**PAULA WILSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14513-ACC-DAB**

**WILLIAM EIBECK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11533-ACC-DAB**

**EDWARD C. EMERY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10862-ACC-DAB**

**BOBBIE FULLER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15834-ACC-DAB**

**AURORA GABALDON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13452-ACC-DAB**

**LINDA HARDIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11622-ACC-DAB**

**CAROLYN HEATLEY v. ASTRAZENECA LP, ET AL.**

**MDL Case No. 6:07-cv-16175-ACC-DAB**

**BARRY HENDRIX v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11636-ACC-DAB**

**TONY HOLLOWAY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11650-ACC-DAB**

**SHARON HULL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15595-ACC-DAB**

**ROSIE JAMMEH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13674-ACC-DAB**

**GEORGE W. JONES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13701-ACC-DAB**

**MARSHA KELLY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11708-ACC-DAB**

**TAMMIE J. KELLY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10912-ACC-DAB**

**SHAWN R. KRAMER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13780-ACC-DAB**

**DARRELL LAWSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11229-ACC-DAB**

**LINDSAY LEE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10684-ACC-DAB**

**EVELYN MARCH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16320-ACC-DAB**

**HARRY L. MCDANIEL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10698-ACC-DAB**

**KAREN MCKINNEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11786-ACC-DAB**

**NANCY MCNAIR v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12184-ACC-DAB**

**CYNTHIA MCREAKEN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10702-ACC-DAB**

**MARIA MELENDEZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12186-ACC-DAB**

**LARRY METCALF v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16362-ACC-DAB**

**ANGELA M. METZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10948-ACC-DAB**

**ANTHONY MOLTON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12188-ACC-DAB**

**DONNA MOORE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12190-ACC-DAB**

**BRYAN MUELLER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12191-ACC-DAB**

**JENNIFER L. NAPIER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13994-ACC-DAB**

**BRIAN NORDBY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12196-ACC-DAB**

**WILLIAM NORMAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16410-ACC-DAB**

**DARLENE OLSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12200-ACC-DAB**

**NICOLE OUSLEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12201-ACC-DAB**

**FRANK PARSONS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12203-ACC-DAB**

**VIRGINIA I. PARSONS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14036-ACC-DAB**

**KAREN PATRICK v. ASTRAZENECA LP, ET AL.**

**MDL Case No. 6:07-cv-15611-ACC-DAB**

**LASHAWN N. PATRICK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10714-ACC-DAB**

**KATHLEEN M. PENICK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14058-ACC-DAB**

**JUAN PEREA v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16443-ACC-DAB**

**SARA PLSEK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12206-ACC-DAB**

**SHARON PLUMMER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16460-ACC-DAB**

**EVELYN M. PUGH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10979-ACC-DAB**

**CHRISTINE RABIDEAUX v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12211-ACC-DAB**

**SANDRA READY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11898-ACC-DAB**

**WHITNEY D. RICH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14147-ACC-DAB**

**RUBIN D. RICHARDSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11282-ACC-DAB**

**EARLINE RILEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10415-ACC-DAB**

**JUDE C. ROBERTS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15575-ACC-DAB**

**RAYMOND T. SEPULVEDA v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10754-ACC-DAB**

**LONNIE E. SHELTON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11004-ACC-DAB**

**JACK TAYLOR v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16608-ACC-DAB**

**CHARLES E. TEVIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14368-ACC-DAB**

**ERIC THOMPSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14379-ACC-DAB**

**TIMOTHY M. THORNSBERRY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14385-ACC-DAB**

**GLORIA TRAUTZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12237-ACC-DAB**

**MARK TRICKEL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12238-ACC-DAB**

**JODY D. WEBB v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11331-ACC-DAB**

**CHAPLAIN DON WHITE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12052-ACC-DAB**

**JAMES WIEST v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12055-ACC-DAB**

**CHRISTINA WILLIAMS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12060-ACC-DAB**

**DORIS WOOD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16706-ACC-DAB**

**JACQUELYN KUKLA, as Next Friend of T.W., a Minor v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15598-ACC-DAB**

**VICKY WOODY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12079-ACC-DAB**

**CHASSIDY H. YARBROUGH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11345-ACC-DAB**

**ARTHUR YU v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-12084-ACC-DAB

**MICHAEL ZECK v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-12255-ACC-DAB

## ORDER

**IT IS ORDERED** as follows:

1. All of the claims of the above-named Plaintiffs are **DISMISSED WITHOUT PREJUDICE** for failure to timely serve upon Defendants completed Plaintiff Fact Sheets (PFS) with all requested information, documents, and authorizations.

2. Plaintiffs' claims may be reinstated upon motion to this Court to vacate the Dismissal Without Prejudice provided that Plaintiffs serve Defendants with substantially complete and verified PFSs, responsive documents, and authorizations. If such dismissal is vacated, the claims of Plaintiffs shall relate back to the date of original filing and will be treated for all purposes as if they had never been dismissed in the first place.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 18, 2007.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge