# Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs (3)**

| Last Name | First Name | Case No. | Ack. Served | HIPAA Served |
|-----------|-----------|-----------|-------------|--------------|
| Price | Herbert | 6:07-cv-11882 | 6/21/2007 | 7/03/2007 |
| Sanders | Donnetta | 6:07-cv-14216 | 7/03/2007 | 7/03/2007 |
| Williams | Katrina | 6:07-cv-10799 | 6/21/2007 | 7/03/2007 |