# Exhibit 2



**BAILEY PERRIN BAILEY**
*A Registered Limited Liability Partnership*

THE LYRIC CENTRE
440 LOUISIANA, SUITE 2100
HOUSTON, TEXAS 77002
(713) 425-7100 BUSINESS
(713) 425-7101 FACSIMILE

July 3, 2007

<u>**Via FedEx Priority Overnight**</u>
Mr. Brennan J. Torregrossa
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808

Re:    **In re: Seroquel products Liability Litigation
       (MDL Docket No. 1769)**

Dear Brennan:

Please find enclosed a CD containing a total of forty-one (41) fully executed Acknowledgements and a total of forty (40) fully executed HIPAA Authorizations, for Plaintiffs designated in May.  I have included an accompanying list for your convenience.  We will continue to provide you with additional Acknowledgements and HIPAAs as soon as they are received from our clients.

If you have any further questions regarding this matter please do not hesitate to contact me or Camp.

Respectfully,

Sundeep S. Grewel
Attorney at Law

Enclosures:  As stated

cc:    *Mr. Camp Bailey  [Firm]*

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production - Set V (May 30, 2007)**
**List of 38 Acknowledgements and HIPAA Authorizations**
July 3, 2007

| | Last Name | First Name |
|---|---|---|
| 1 | Baginski | Patricia |
| 2 | Billingsley | Willie |
| 3 | Boyden-Campbell | Betty |
| 4 | Brix | Phyllis |
| 5 | Buffington | Julia |
| 6 | Bunting | Sandra |
| 7 | Collier | Virigina |
| 8 | Crawford | Vanetta |
| 9 | Davis | Rudoph |
| 10 | Duprcee | Lyndia |
| 11 | Edge | Kim |
| 12 | Gentry | James |
| 13 | Gray | Mildred |
| 14 | Hildebrand | Amanda |
| 15 | Jeffries | Michael |
| 16 | Jones | Connie |
| 17 | Kunce | Roger |
| 18 | Lalum | William |
| 19 | Laver | Melissa |
| 20 | Levine | Kathleen |
| 21 | Miller | Kasey |
| 22 | Odum | Virginia |
| 23 | Penick | Kathleen |
| 24 | Pettinato | Anita |
| 25 | Powers | Larry |
| 26 | Sallee | Mark |
| 27 | Sarnol | Yolande |
| 28 | Scott | Bridgett |
| 29 | Smith | William |
| 30 | Stewart | Andrew |
| 31 | Stitch | Frank |
| 32 | Tinker | Jean |
| 33 | Wallace | David |
| 34 | Bohon | John |
| 35 | Kakmis | Stanley |
| 36 | Obanion | James |
| 37 | Sanders | Donnetta |
| 38 | Sterman | Dianne |

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production - Set V (May 30, 2007)**
**List of  3 Acknowledgements**
July 3, 2007

|   | Last Name | First Name |
|---|-----------|------------|
| 1 | Gordon | Lutricia |
| 2 | Hobart | Terri |
| 3 | Moore | James |

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production - Set V (May 30, 2007)**
**List of  2 HIPAA Authorizations**
July 3, 2007

|   | Last Name | First Name |
|---|-----------|------------|
| 1 | Price | Herbert |
| 2 | Williams | Katrina |

From:   Origin ID: EIXA   (713)425-7100
Heather Santiago
Bailey Perrin Bailey, LLP
440 Louisiana St.
Suite 2100
**Houston, TX 77002**



CLS052907/21/23

SHIP TO:   (215)994-4000        **BILL SENDER**

**Brennan Torregrossa**
**Dechert, LLP**
**Cira Centre**
**2929 Arch Street**
**Philadelphia, PA 191042808**

Ship Date: 03JUL07
ActWgt: 1 LB
System#: 9787328/INET2600
Account#: S *********

Delivery Address Bar Code

Ref #      Seroquel -HIPAAs & Ack.
Invoice #
PO #
Dept #

TRK#
0201      7917 1705 0757

THU - 05JUL        **A1**
**PRIORITY OVERNIGHT**

**XB-ESPA**

**PHL**
PA-US
**19104**

---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

## Heather Santiago

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, July 05, 2007 8:22 AM |
| **To:** | Heather Santiago |
| **Subject:** | FedEx Shipment 791717050757 Delivered |

This tracking update has been requested by:

Company Name: Bailey Perrin Bailey, LLP

Name:  Heather Santiago

E-mail:  hsantiago@bpblaw.com

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | 791717050757 |
| Reference: | Seroquel -HIPAAs & Ack. |
| Ship (P/U) date: | Jul 3, 2007 |
| Delivery date: | Jul 5, 2007 9:05 AM |
| Sign for by: | J.SHARPE |
| Delivered to: | Mailroom |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |

Shipper Information
Heather Santiago
Bailey Perrin Bailey, LLP
440 Louisiana St.
Suite 2100
Houston
TX
US
77002

Recipient Information
Brennan Torregrossa
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia
PA
US
191042808

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:21 AM  CDT
on 07/05/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

7/5/2007



**BAILEY PERRIN BAILEY**
*A Registered Limited Liability Partnership*

THE LYRIC CENTRE
440 LOUISIANA, SUITE 2100
HOUSTON, TEXAS 77002
(713) 425-7100 BUSINESS
(713) 425-7101 FACSIMILE

June 21, 2007

***Via FedEx Priority Overnight***
Mr. Brennan J. Torregrossa
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808

> Re:   In re: Seroquel products Liability Litigation
>        (MDL Docket No. 1769)

Dear Brennan:

Please find enclosed a CD containing a total of one-hundred-eighteen (118) fully executed Acknowledgements and a total of one-hundred-sixteen (116) fully executed HIPAA Authorizations, for Plaintiffs designated for May.  I have included accompanying lists for your convenience.  We will continue to provide you with additional Acknowledgements and HIPAAs as soon as they are received from our clients.

If you have any further questions regarding this matter please do not hesitate to contact me or Camp.

Respectfully,

Sundeep S. Grewel
Attorney at Law

Enclosures:  As stated

cc:     *Mr. Camp Bailey [Firm]*

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production – Set V (May 30, 2007)**
**List of 109 Acknowledgments and HIPAA Authorizations**
June 21, 2007

| | Last Name | First name |
|---|---|---|
| 1 | Allen | Katreena |
| 2 | Anderson | Pearl |
| 3 | Atkinson | Janet |
| 4 | Ballengee | Amy |
| 5 | Berg | Lisa |
| 6 | Blackmore | Winfred |
| 7 | Bragg | Misty |
| 8 | Branch-Hartzog | Ernestine |
| 9 | Brickey | Sharon |
| 10 | Bridges | Kenneth |
| 11 | Britten | Ann |
| 12 | Brumfield | Linda |
| 13 | Burgess | Shelly |
| 14 | Butland | Chloe |
| 15 | Cannon | Yvette |
| 16 | Cape | Elizabeth |
| 17 | Carter | Delores |
| 18 | Carter | Sandra |
| 19 | Chaplin | Ann-Marie |
| 20 | Cline | Dawn |
| 21 | Coleman | Sean |
| 22 | Cronin | Darlene |
| 23 | Cruz | Julio |
| 24 | Dennis-Williams | Yvonne |
| 25 | Dillon | Phillip |
| 26 | Elliott | Carretta |
| 27 | Evans | Jay |
| 28 | Fashner | Sharon |
| 29 | Febinger | Randi |
| 30 | Fiallos | Karla |
| 31 | Gay | Tim |
| 32 | Gowin | Marita |
| 33 | Grant | Billy |
| 34 | Gray | Barbara |
| 35 | Griffin | Reginald |
| 36 | Grimsrud | Richard |
| 37 | Groff | Jerome |
| 38 | Hancock | Erika |
| 39 | Harris | Beverly |
| 40 | Harris | Reallor |
| 41 | Harris | Tara |
| 42 | Hendren | Kenneth |
| 43 | Henry | Dorothy |

| 44 | Hess | Laure |
|----|------|-------|
| 45 | Hill | Marion |
| 46 | Jackson | Shirley |
| 47 | Jones | Arvis |
| 48 | Jones | James |
| 49 | Jones | Marion |
| 50 | Lafferty | Baylee |
| 51 | Lester | Charles |
| 52 | Lewis | Isaac |
| 53 | Little | Dorothy |
| 54 | Lomba | John |
| 55 | Manigault | Paula |
| 56 | Mares | Rebecca |
| 57 | Martin | Judy |
| 58 | Mayer | Anita |
| 59 | McCaslin | Cynthia |
| 60 | McDaniel | William |
| 61 | Miller | Alice |
| 62 | Moore | Cecil |
| 63 | Moore | James |
| 64 | Nafuna | Talibah |
| 65 | Oswald | Bryan |
| 66 | Pace | Edward |
| 67 | Palmer | Lawrence |
| 68 | Pearson | Marlene |
| 69 | Peon | Neang |
| 70 | Perez | Terri |
| 71 | Pitts | Palius |
| 72 | Pruden | David |
| 73 | Richardson | Sidney |
| 74 | Robinett | Patricia |
| 75 | Robinson | Shirley |
| 76 | Rogers | Robert |
| 77 | Rothering | Clarine |
| 78 | Russell | Christine |
| 79 | Salyer | Paul |
| 80 | Saunsoci | Cora |
| 81 | Shewmaker | James |
| 82 | Simpson | Virginia |
| 83 | Springer | Letha |
| 84 | Steele | Thomas |
| 85 | Steele | William |
| 86 | Stewart | Melanie |
| 87 | Stinson | Larry |
| 88 | Strother | Valerie |
| 89 | Stroy | Jesse |
| 90 | Taylor | John |
| 91 | Taylor | John |
| 92 | Taylor | Joyce |

| 93 | Thomas | Fred |
|---|---|---|
| 94 | Thomas | Lorraine |
| 95 | Thompson | Mychele |
| 96 | Trumph | Robert |
| 97 | Truscello | Josephine |
| 98 | Upchurch | Larry |
| 99 | Vance | Curtis |
| 100 | Walters | Trina |
| 101 | Ward | Delpha |
| 102 | Warwick | Pamela |
| 103 | Weatherly | Tina |
| 104 | Williams | Robert |
| 105 | Williams | Robert |
| 106 | Williams | Violet |
| 107 | Willis | Leroy |
| 108 | Woods | Barbara |
| 109 | Yeary | Callie |

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production - Set V (May 30, 2007)**
**List of  7 HIPAA Authorizations**
June 21, 2007

|   | Last Name | First name |
|---|-----------|------------|
| 1 | Anderson | Carol |
| 2 | Becker | Mark |
| 3 | Gaddy | Lartisha |
| 4 | Goldsworthy | Renee |
| 5 | Lilly | Brenda |
| 6 | Travis | Sandra |
| 7 | Williams | June |

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production - Set V (May 30, 2007)**
**List of 9 Acknowledgments**
June 21, 2007

|   | Last Name | First name |
|---|-----------|------------|
| 1 | Bryant | Valery |
| 2 | Burgess | Ruby |
| 3 | Chance | Nancy |
| 4 | Drum | Sally |
| 5 | Miller | Jerry |
| 6 | Price | Herbert |
| 7 | Sanders | Donnetta |
| 8 | Sood | Alberta |
| 9 | Williams | Katrina |

From: Origin ID: EIXA (713)425-7100
Heather Santiago
Bailey Perrin Bailey, LLP
440 Louisiana St.
Suite 2100
Houston, TX 77002



CL8022307/21/23

SHIP TO: (215)994-4000      BILL SENDER
**Brennan Torregrossa**
**Dechert, LLP**
**Cira Centre**
**2929 Arch Street**
**Philadelphia, PA 191042808**



Ship Date: 21JUN07
ActWgt: 1 LB
System#: 9787328/INET2600
Account#: S ********

Delivery Address Bar Code



Ref #      Seroquel -HIPAAs & Ack.
Invoice #
PO #
Dept #

**PRIORITY OVERNIGHT**                    **FRI**
                                        Deliver By:
TRK#    **7923  6615  7302**   FORM        22JUN07
                              0201
                                     **PHL**    A1

**19104**    -PA-US

**XB ESPA**



---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.

2. Fold the printed page along the horizontal line.

3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

## Heather Santiago

**From:**   TrackingUpdates@fedex.com

**Sent:**   Friday, June 22, 2007 8:08 AM

**To:**     Heather Santiago

**Subject:** FedEx Shipment 792366157302 Delivered

---

This tracking update has been requested by:

Company Name: Bailey Perrin Bailey, LLP

Name:  Heather Santiago

E-mail:  hsantiago@bpblaw.com

---

Our records indicate that the following shipment has been delivered:

Tracking number:           792366157302
Reference:                 Seroquel -HIPAAs & Ack.
Ship (P/U) date:           Jun 22, 2007
Delivery date:             Jun 22, 2007 9:04 AM
Sign for by:               J.SHARPE
Delivered to:              Receptionist/Front Desk
Service type:              FedEx Priority Overnight
Packaging type:            FedEx Envelope
Number of pieces:          1
Weight:                    0.50 lb.

Shipper Information          Recipient Information
Heather Santiago             Brennan Torregrossa
Bailey Perrin Bailey, LLP    Dechert, LLP
440 Louisiana St.            Cira Centre
Suite 2100                   2929 Arch Street
Houston                      Philadelphia
TX                           PA
US                           US
77002                        191042808

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:07 AM  CDT
on 06/22/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

6/22/2007