# EXHIBIT 1

## Bailey Perrin Bailey LLP

## List of Plaintiffs' Acknowledgments/HIPAAs (1)

| Last Name | First Name | Case No. | Ack. Served | HIPAA Served |
|---|---|---|---|---|
| Scherer | Rebecca | 6:07-cv-10749 | 5/30/2007 | 7/09/2007 |