UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL Docket No. 1769

This document relates to:

ALL CASES IN EXHIBIT 1

### PLAINTIFFS' RESPONSE TO ASTRAZENECA DEFENDANTS' MOTION REQUESTING DISMISSALS WITHOUT PREJUDICE FOR FAILURE TO SERVE PLAINTIFF FACT SHEETS

On or about July 6, 2007, Defendant, AstraZeneca filed a motion to dismiss the cases listed on the attached Exhibit 1.

Unfortunately, despite Plaintiffs' Counsel best efforts, the following clients have been totally unresponsive to our requests for information; therefore, Plaintiffs' Counsel consents to the Court's dismissal WITHOUT PREJUDICE, of the claims of the following Plaintiffs:

1. Gino Baldelli
2. Angela Beshears
3. Peggy Brown
4. Michael Clark
5. Christopher Connolly
6. Bonnie Crum
7. Milton Goodson
8. Diane Hanshaw
9. Kim McDaniel
10. Lonnie Outlaw
11. Kayla Tunnell
12. Debbie Waldie
13. Pauline Whitaker

Due to a variety of reasons, Plaintiffs' Counsel consents to the dismissal, WITHOUT PREJUDICE, of the claims of the following Plaintiffs:

1. Eugene Brewer
2. Regina Carlisle
3. Frank Castleberry
4. Victoriano Flores
5. Ryan James
6. Dorothy Jones
7. Dennis Orwig
8. Suzanne Richardson

WHEREFORE, premises considered, Plaintiffs' Counsel respectfully requests that Defendant's Motion to Dismiss be denied, were appropriate.

Dated: July 19, 2007

By: /s/ *David P. Matthews*
DAVID MATTHEWS
Federal Bar No.: 11816
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, Texas 77098
Phone: 713/222-8080
Facsimile: 713/222-0066

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that, on the 19th of July, 2007, I caused a true and correct copy of the foregoing Plaintiffs' Response to AstraZeneca Defendants' Motion Requesting Dismissals Without Prejudice For Failure To Serve Plaintiff Fact Sheets to be served electronically through ECF upon the following:

Fred T. Magaziner
Elizabeth Balakhani
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

Larry Roth, Esquire
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL 32854-7637


/s/  *David P. Matthews*