UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

PAMELA ADAIR V. ASTRAZENECA PHARMACEUTICALS, LP, et al.,
MDL Case No. 6:07-cv-01320-ACC-DAB

JESSICA BJORN V. ASTRAZENECA PHARMACEUTICALS, LP, et al.,
MDL Case No. 6:07-cv-10201-ACC-DAB

JANET BONDS V. ASTRAZENECA PHARMACEUTICALS, LP, et al.,
MDL Case No. 6:07-cv-15922-ACC-DAB

WALTER BROWN V. ASTRAZENECA PHARMACEUTICALS, LP, et al.,
MDL Case No. 6:07-cv-13179-ACC-DAB

ANDREW DAVIS V. ASTRAZENECA PHARMACEUTICALS, LP, et al.,
MDL Case No. 6:07-cv-10250-ACC-DAB

LONNIE EVANS V. ASTRAZENECA PHARMACEUTICALS, LP, et al.,
MDL Case No. 6:07-cv-11179-ACC-DAB

MARY GOLDMAN V. ASTRAZENECA PHARMACEUTICALS, LP, et al.,
MDL Case No. 6:07-cv-15637-ACC-DAB

MILDRED GRAY V. ASTRAZENECA PHARMACEUTICALS, LP, et al.,
MDL Case No. 6:07-cv-11192-ACC-DAB

ANDREAN HENNEGAN V. ASTRAZENECA PHARMACEUTICALS, LP, et al.,
MDL Case No. 6:07-cv-11208-ACC-DAB

LA'NEQUA JOHNSON V. ASTRAZENECA PHARMACEUTICALS, LP, et al.,
MDL Case No. 6:07-cv-10673-ACC-DAB

DANNY JONES V. ASTRAZENECA PHARMACEUTICALS, LP, et al.,
MDL Case No. 6:07-cv-11698-ACC-DAB

NASHA NICKELL V. ASTRAZENECA PHARMACEUTICALS, LP, et al.,
MDL Case No. 6:07-cv-14004-ACC-DAB

## NOTICE OF CORRECTED CASE NUMBERS FOR ASTRAZENECA'S JULY 6, 2007 MOTION REQUESTING DISMISSALS

The AstraZeneca Defendants hereby correct scrivener's errors regarding case numbers in the Motion Requesting Dismissals Without Prejudice for Failure to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Docket No. 262). The substance of the Motion is correct, however, certain case numbers were incorrectly used and should be amended, including:

| Last Name | First Name | Incorrect Case No. | Correct Case No. |
|---|---|---|---|
| Adair | Pamela | 07-13013 | 07-01320 |
| Bjorn | Jessica | 06-01010 | 07-10201 |
| Bonds | Janet | 07-10496 | 07-15922 |
| Brown | Walter | 07-13174 | 07-13179 |
| Davis | Andrew | 07-10174 | 07-10250 |
| Evans | Lonnie | 07-16089 | 07-11179 |
| Goldman | Mary | 07-156373 | 07-15637 |
| Gray | Mildred | 07-13504 | 07-11192 |
| Hennegan | Adrean | 07-10300 | 07-11208 |
| Johnson | Lanequa | 07-13695 | 07-10673 |
| Jones | Danny | 07-15745 | 07-11698 |
| Nickell | Nasha | 07-15608 | 07-14004 |

Dated: July 19, 2007

/s/ Brennan J. Torregrossa
Fred T. Magaziner
Brennan J. Torregrossa
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

Attorneys for Defendants
AstraZeneca Pharmaceuticals LP
and AstraZeneca LP

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 19th of July, 2007, I caused a true and correct copy of the foregoing AstraZeneca Defendants' Motion Requesting Dismissals Without Prejudice For Failure To Serve Verified Plaintiff Fact Sheets and Medical Records Authorizations to be served electronically through ECF upon the following:

>K. Camp Bailey, Esq.
>Michael W. Perrin, Esq.
>Fletcher Trammell, Esq.
>Bailey Perrin Bailey LLP
>The Lyric Centre
>440 Louisiana, Suite 2100
>Houston, TX 77002
>Telephone: (713) 425-7240
>cbailey@bpblaw.com
>mperrin@bpblaw.com
>
>Larry Roth, Esq.
>Law Offices of Larry M. Roth, P.A.
>Post Office Box 547637
>Orlando, FL 32854-7637
>Telephone: (407) 872-2239
>LROTH@roth-law.com

>>>>>*/s/ Brennan J. Torregrossa*