**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation.**

Case No.  6:06-md-1769-Orl-22DAB

_____/

**ORDER TO SHOW CAUSE AND ORDER DESIGNATING CASES FOR AUGUST 2007 CASE-SPECIFIC DISCOVERY**

Pursuant to CMO 4, the Court designates the following five Plaintiff's cases for case-specific discovery in August 2007:

| | | |
|---|---|---|
| 1. | Brenda Echols | MDL Case No. 6:07-cv-15710-ACC-DAB |
| 2. | Sharon Fashner | MDL Case No. 6:07-cv-10265-ACC-DAB |
| 3. | Hope Lorditch | MDL Case No. 6:07-cv-12657-ACC-DAB |
| 4. | Jesse Runner | MDL Case No. 6:07-cv-10424-ACC-DAB |
| 5. | Barbara Spitz | MDL Case No. 6:07-cv-15579-ACC-DAB |

The parties shall show cause in writing before 5:00 p.m. on July 25, 2007 by electronically filing any objections to the cases designated above for case-specific discovery in August 2007. Failure to file timely objections to the Court-designated cases will constitute a waiver of such objections.

**DONE** and **ORDERED** in Orlando, Florida on July 23, 2007.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge