US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____1.01_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 1.01

**JOHN MARTIN**

12007 Sunrise Valley Drive – Suite 230, Reston, VA 20191 | 703.481.5550 | John.Martin@EDDLabs.com

EDUCATION

Buxton University
**B.S. in Engineering** **1994**
Areas of Concentration: Electronic Engineering Technology

University of Southern Mississippi
**Pre Engineering Studies** **1987**
Areas of Concentration: Electronic Engineering Technology, Forensic Science

William Carey College
**Computer Programming Studies** **1985**
Areas of Concentration: COBOL, Systems Security

US Army – Fort Sill, 3RD / 83rd FA
**Computer & Digital Communication Studies** **1984**
Areas of Concentration: VINSON, TACFire, FADAC Computer Systems

AWARDS/RECOGNITION

| | |
|---|---|
| Delaware Paralegal Association, Lecturer Recognition | **2006** |
| DELVACCA, Lecturer Recognition | **2006** |
| Alabama Paralegal Association, Lecturer Recognition | **2005** |
| Nevada Bar Association, Lecturer Recognition | **2003** |
| eGov's Pioneer Award - HUD/REAC | **2000** |
| BSA Eagle Scout / 5 Silver Palms | **1980** |

TEACHING EXPERIENCE

Birmingham, AL
**CLE Lecturer – "Changes In ESI Process and Procedure under the New FRCP"** **2007**
Developed syllabus and overall course structure.

Philadelphia, PA
**CLE Lecturer – "Best Practices: Effective Culling Techniques in eDiscovery"** **2006**
Developed syllabus and overall course structure.

Wilmington, DE
**Lecturer – "Best Practices: Effective Culling Techniques in eDiscovery"** **2006**
Developed syllabus and overall course structure.

Mobile, AL
**Lecturer – "Best Practices: What Paralegals Need to Know about eDiscovery"** **2005**
Developed syllabus and overall course structure.

Las Vegas, NV
**CLE Lecturer – "Digital Forensics for Effective Preservation and Chain-of-Custody"** **2003**
Developed syllabus and overall course structure.

Charleston, SC
**CLE Lecturer – "The Minefield of Electronic Discovery"** **2002**
Developed syllabus and overall course structure.

Hattiesburg, MS
**Laboratory Instructor – to Prof. Canfield in "Forensic Science"** **1987**
Collaborated on exams and laboratory test development, met with students on request, assisted in grading all written work, and assisted with the development of the first mainframe modeling of a cocaine molecule.

JOHN MARTIN                                                                                                               PAGE 2

## RELATED EXPERIENCE

EDDLabs, Inc.
**President**                                                                                                            August 2004 – Present
EDDLabs provides digital forensics and electronic technical support to both law firms and corporate legal departments. A vendor's vendor, some of the largest companies in the ESI domain, both nationally and internationally rely on EDDLabs for either superior capacity or capabilities.

Cricket Technologies, LLC
**Founder/CTO**                                                                                                          August 2001 – July 2004
Designed and developed a second generation Windows Electronic Discovery processing platform. Led the sole team that successfully processed the WorldCom matter – the largest eDiscovery case in history to that point. Vaulted the company to national recognition in both the 2003 and 2004 Socha-Gelbman Annual Reports on Electronic Discovery Companies.

Advocate Technologies, Inc.
**Founder/CTO**                                                                                                          1994
Designed and developed a first generation Windows Electronic Discovery processing platform. Negotiated the sale/merger of the company to ETG.

Independent Technology Consultant
**Various Projects**                                                                                                     1987
Worked as a contracted trouble shooter on various commercial, legal and government projects. Provided systems design, development and IT training.

United States Army Reserve
**Technical Specialist**                                                                                                 1983
Worked as battery and battalion level Fire Direction Control Operator for 155mm Howitzers. Received advanced training in computer systems, meteorological data correction and digital communications.

## PUBLICATIONS AND PAPERS

*"Carpe Datum: Using RedFile for Effective Data Archiving and Litigation Holds"*
White paper presented at the Association of Corporate Counsel Cruise.                                                    **2007**

*"RedFile Native Review: Using the RNR Platform for Native Review"*
White paper presented at the IKON National Technology Meeting.                                                           **2007**

*"Best Practices: Effective Culling Techniques in eDiscovery"*
White paper presented at the DELVACCA Annual Conference.                                                                 **2006**

*"The Minefield of Electronic Discovery"*
White paper presented at the South Carolina Bar Annual Conference.                                                       **2002**

## PATENTS

*Provisional Patent - Inventor*
Electronic data production apparatus, system, method, and electronically stored computer program product.                **2006**

*USPA # 20050066190 - Inventor*
Electronic archive filter and profiling apparatus, system, method, and electronically stored computer program product.   **2005**

*USPA # 20050027750 - Inventor*
Electronic discovery apparatus, system, method, and electronically stored computer program product.                     **2005**

*USPA # 20040073640 - Inventor*
Network load management apparatus, system, method, and electronically stored computer product.                          **2004**

*USPA # 20040039933 - Inventor*
Document data profiler apparatus, system, method, and electronically stored computer program product.                   **2004**

**JOHN MARTIN**  **PAGE 3**

LANGUAGES
- English – native language
- UML – Universal Modeling Language

MEMBERSHIPS
- EDRM – Electronic Discovery Reference Model, Metrics Committee
- EDRM – Electronic Discovery Reference Model, XML Committee
- American Legion