US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number:  1.02

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified:

Date Admitted:

# Exhibit 1.02



«The new phone concept supports the business process.»
explains Marc Schneider, AstraZeneca IT/IS Director in Zug.

Our technology partner:
ALCATEL

swisscom
solutions

# Renowned specialists, recognized expertise.

**Initial situation.**
Astra and Zeneca were originally two independent pharmaceutical companies. Their merger in 1999 created the globally active pharmaceutical group AstraZeneca, which has sales of over $ 21 billion, around 60,000 employees and branches in over 100 countries.

The Swiss company AstraZeneca AG employs almost 200 experts from the fields of science, marketing, sales and administration, over half of whom are based at the Swiss head office in Zug. In the Swiss pharmaceuticals market, AstraZeneca offers speciality prescription drugs in six different therapeutic areas. Those prescribing the drugs are primarily general practitioners and specialists. AstraZeneca preparations are also used in hospitals. When the company first came into existence, the existing Zeneca phone system was used. But this PBX system increasingly showed weak points and a lack of potential for expansion. There were also many faults and breakdowns, which hampered work. It required increasing administrative effort and financial expenditure. Yet smooth internal and external communications are vital for AstraZeneca's success in the marketplace. Providing scientific consultancy and support for doctors and pharmacists is a personal business, and often takes place over the phone.

**Solution.**
Marc Schneider, AstraZeneca's IT/IS Director, considered Voice over IP as a possible solution right from the start. Step by step, he and his team together with the strategic partner Swisscom Solutions made the arrangements and laid down the basic conditions. From a technical point of view, requirements such as maximum system reliability, high availability and straightforward reconfigurations at a user level were defined. From the user point of view, user-friendliness, click to dial, easy-to-use equipment, abbreviated dialling, move & change, conference calls, voice mail flexibility, call management and the quality of hands-free calls were amongst the most important criteria. The VoIP solution from Alcatel proved to be ideal. In order to implement the system, ensure local convergence and connect all the field sales staff, a project team was put together consisting of various different specialists. This project team was managed by AstraZeneca, and brought together specialists from Swisscom Solutions, Alcatel and NetLAN. Alcatel was able to set up and test the VoIP solution and the chosen applications in advance at Brest in France. It is precisely these applications, including unified messaging, soft clients (phone software on PCs) and the CTI solution (dialling from PCs – click to dial) which produce the most significant user benefits and ease of operation for individual users. The redundant system design, voice integration via a convergent backbone and the separate networks for VoIP and data contribute significantly to the system's reliability.

**The customer benefits.**

The new VoIP solution from Swisscom Solutions and Alcatel provides the AstraZeneca phone system with the required ease of use and all the necessary features, i.e. broad functionality, compatibility for integrating additional applications, and user-friendly terminals. All at a competitive and cost-effective price. The successful collaboration of renowned specialists proved key to the project's success. The outstanding quality of voice calls, the high level of employee satisfaction and the system's near 100% availability are all important benefits.

Moreover, operating costs have reduced by 10–15%. With Swisscom Solutions as its strategic partner, AstraZeneca is opting for innovation and technical progress, and therefore the telecommunications of the future. The close, process-oriented collaboration with Swisscom Solutions also gave AstraZeneca the advantage that synergies with the sister companies Swisscom Fixnet and Swisscom Mobile could be exploited. Last but not least, as a leading supplier of voice and data communication solutions, Swisscom Solutions provided a secure return on investment from a single source. And that is something AstraZeneca has never wanted to do without.





Interview with Marc Schneider, IT/IS Director at AstraZeneca in Zug.

## «I can see many benefits.»

**Swisscom Solutions:**
Why did you want a Voice over IP phone system?

**Marc Schneider:**
I've long been fascinated by convergence in communications. When our company came into being in 1999 as the result of a merger, the time was not yet right for Voice over IP. In 2004, the moment had arrived to issue an invitation to tender that included VoIP systems. Although Swisscom Solutions already had in-depth experience of VoIP, we adopted a pioneering role because our chosen Alcatel solution was the first installation of its type in Switzerland.

**Swisscom Solutions:**
Are there any disadvantages to VoIP telephony today?

**Marc Schneider:**
I can't see any. In fact, I can immediately come up with a whole list of advantages: reduced costs, particularly reduced operating costs, functionality, flexibility and faster connection set-ups. We can carry out reconfigurations and moves & changes ourselves on the Web. And all employees can use a centralized in-house AstraZeneca phone directory on their PC for setting up connections. I believe that this state-of-the-art communications solution is significantly contributing to the success of our business processes.

**Swisscom Solutions:**
What was it like collaborating with Swisscom Solutions?

**Marc Schneider:**
For us, Swisscom Solutions is a very important partner. In our business, telecommunications are a basic necessity. It is extremely important for the delicate communication between our specialists and scientists on the one hand and general practitioners and hospital doctors on the other hand. Urgent queries and clarifications usually take place over the phone, and we do everything we can to ensure that the relevant information is provided promptly. Because we know and value the reliability and integrity of Swisscom Solutions, we are continuing with this tried-and-tested partnership. It's certainly worth our while.

**Swisscom Solutions:**
Thank you for the interview.

You can find more information at:
www.swisscom.com/solutions

Our technology partner:

