US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number:  _____1.03_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 1.03

# Unknown

| | |
|---|---|
| **From:** | Kennedy, Rosemary |
| **Sent:** | Thursday, September 04, 2003 4:03 PM |
| **To:** | Gelman, Michele; Warner, Linda (Safety); Boornazian, Lisa |
| **Subject:** | FW: Question Concerning medwatch 2003UW08719 mep fwd to R. Kennedy and Scientists |

Please scroll down and see message from Gerald Limp.

Regulatory keeps sending it to me with a variety of
scientist, none of whom are Seroquel.

Thanks, Rosemary

-----Original Message-----
| | |
|---|---|
| **From:** | DSE - REGULATORY, Wilmington |
| **Sent:** | Thursday, September 04, 2003 2:09 PM |
| **To:** | Kennedy, Rosemary |
| **Cc:** | Horton, Mary R; Rungprakong, Sue; Sesso, Jacqueline |
| **Subject:** | FW: Question Concerning medwatch 2003UW08719 mep fwd to R. Kennedy and Scientists |

FYI

-----Original Message-----
| | |
|---|---|
| **From:** | RA AE Team, US |
| **Sent:** | Thursday, September 04, 2003 1:31 PM |
| **To:** | DSE - Regulatory Queries |
| **Subject:** | FW: Question Concerning medwatch 2003UW08719 mep fwd to R. Kennedy and Scientists |

FYI

-----Original Message-----
| | |
|---|---|
| **From:** | Limp, Gerald L |
| **Sent:** | Thursday, September 04, 2003 11:17 AM |
| **To:** | DeFeo, Pat A; Bertelsen, Darci L; Sparco, Joseph J; Boorstein, John |
| **Cc:** | McKenna, Kevin; Moreno, Michael |
| **Subject:** | RE: Question Concerning medwatch 2003UW08719 |

Thanks for progressing this FDA request - I was copied on the voicemail message from Pratt to Tony Rogers as well.

My question - is Drug Safety going to actively contact the reporting MD regarding this case? I don't have the MedWatch report in front of me, but if we do have the reporting health care professional contact info, I think AZ should contact that individual, given the FDA's interest in the case, and do that rapidly.

I'd rather not be in the position to respond to the FDA to say we have no additional info, if in fact we made no attempt to investigate. There is nothing stopping the FDA from pursing the case on their own, and we could be left out of the loop.

g

1

AZ/SER 0491654

-----Original Message-----
From: DeFeo, Pat A
Sent: Thursday, September 04, 2003 10:05 AM
To: Bertelsen, Darci L; Limp, Gerald L; Sparco, Joseph J; Boorstein, John
Cc: Spishock, Marion T; McKenna, Kevin; Moreno, Michael; Bullock, Arnold A
Subject: FW: Question Concerning medwatch 2003UW08719

Dear All,

I was given a message from Kevin McKenna that was received from Bob Pratt (Director Regulatory, Drug Safety) at FDA regarding AE 2003UW08719 (please see below). After contacting Mike Moreno for this AE and to see if any follow-up information has been received, I phoned Mr. Pratt and left a voice message. Mr. Pratt returned my call this morning stating they are interested in this case and "would appreciate any additional information, a discharge summary, anything like that". He said he noted that additional information had been requested on the form.

Mike Moreno has requested any available information from Drug Safety. I will keep you updated.

Regards,
Pat


-----Original Message-----
From: Moreno, Michael
Sent: Wednesday, September 03, 2003 3:49 PM
To: DeFeo, Pat A
Subject: FW: Question Concerning medwatch 2003UW08719


Hi Pat,

We are still waiting for a response from DS. We will foward any messge as soon as it is received.

Thanks
-----Original Message-----
From: RA AE Team, US
Sent: Wednesday, September 03, 2003 3:13 PM
To: DSE - Regulatory Queries
Subject: Question Concerning medwatch 2003UW08719

Please respond to question below from Pat Defeo.

Is there any record of AE 2003UW08719 (Seroquel) being submitted as a Follow Up.

 << Message: RE: 2003UW08719 >>

2

AZ/SER 0491655