US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number:  1.04

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified:

Date Admitted:

# Exhibit 1.04

**SEROQUEL Internal PR Milestones**
**2003 – 2004**

*(Tier 1 reach − company wide – MCPs, ISMO leadership, Neuroscience leadership, PS&L wide, all Seroquel MC teams.*
*Tier 2 = MC product and medical management teams, Neuroscience leadership, TAMT, GPT)*

| Milestone | Anticipated date | Key message | Audience reach | External support? | Budget | Proposed PR | Team lead |
|---|---|---|---|---|---|---|---|
| Reach Program | November 12, 2003<br><br>Press Release on REACH program including limited information from health survey<br><br>(Bill to provide 2004 announcements/milestones) | Provide clarity on outputs and achievements from phase I + plans for phase II | T.2 | Parexel | 3k | Powerpoint slide show? Interview with REACH steering group member? | Bill |
| Initiation of Bipolar Maintenance Trials | 2003 - 2004 | Another step toward Seroquel becoming the mood stabilizer of choice | T.2 | No | $0 | E-mail message | Bill/Carla |
| Study 46 results | April 2004 | More impressive data providing an opportunity for market leadership in another key segment | T.2 | No | $0 | E-mail message Powerpoint highlights? | Simon/ Carla |
| Sales Milestones | 2004 – (Carrie/Gurdish to | Marching towards market leadership and $4 billion | T.1./T.2 depends | Yes | 4k | Animation linked on web | Carla/ Simon |

AZ/SER 1612897

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| newsflashes including # 1 TRX in US (joint initiative) | advise on potential milestones and markets beyond US) | | upon milestone | | | site | |
| APA – BOLDER data + mania launch round up | May 2004 | Expedited pathway to mood stabilizer of choice. Unlike any data seen before in class | T.1 | Yes | 3k | Animated powerpoint /video clip? | Bill/ Carla |
| Global branding launch | June 2004 (CINP) | Consistent global branding for AZ #2 product | T.2. + MCPs | Yes | 3k | Animation – showing process, outputs and global brand benefits | Ali/Carla |
| Analyst reports positive to Seroquel | Monthly review – target at least one round up per quarter | Seroquel key to AZ, one to look out for in class, next class leader | T.2 + MCPs | Yes | 3k | Auto powerpoint show e-mail with key analyst highlights | Carla/Simon monthly review |
| International Bipolar Awareness Day | Sept/Oct tbc. | AstraZeneca supports major global initiative to raise awareness of bipolar disorder | T.1 | Yes | 3k | Video linked on web site + email message | Carla |
| Cumulative $5bn sales (ex-factory) | Aug/Sept. | Seroquel – Another mega milestone for a megabrand | T.1 | No | 0 | Powerpoint show on e-mail | Simon/ Carla |
| World Mental Health Day (consider joint initiative with $5bn | October 2004 | AstraZeneca demonstrates its ongoing commitment in support of mental health awareness | T.2 | No | 0 | e-mail | Carla |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| milestone?) | | | | | | | |
| Seroquel Reaches $2 billion (ex-factory) | December 2004 | Seroquel – Another mega milestone for a megabrand | T.1 | Yes | 6k | Mpeg video similar to $1bn celebration + posters at key sites | Simon/ Carla |

**Actions from meeting with Matti Ojanen - 032304**

| Action | Who | When |
|---|---|---|
| Find out and incorporate broader sales milestones from other key markets (e.g. sales, NRx and TRx, patient numbers, patient days, overtaking competitor) + timing | Simon | April 15th |
| Detailed list of global milestones (sales, TRx, NRx etc.) + timing | Carrie | April 15th |
| Add to "Tier" definitions a list of internal media (web sites, newsletters etc.) that Global Internal Communications will attempt to place tier 1 releases | Matti | April 15th |
| Internal Communications team will liaise with newsletter editors, web managers etc. to ensure Seroquel milestones are approved and agreed for inclusion ahead of release date | Matti | Ongoing |
| Internal Communications team to advise work with global team (and vendors involved in projects) on interactive media formats approved for global use | Matti | Ongoing |
| Review internal comms plan at next brand team meeting and share details with Carla | Nick (Simon on vacation) | April 6th |
| Set up follow up meeting with Carla, Matti and Simon to agree roll out | Simon | W/c April 19th |

AZ/SER 1612899