US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____1.05_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 1.05

# Unknown

| | |
|---|---|
| **Subject:** | Preparation for Seroquel Labeling Negotiations (Bipolar Mania) |
| **Location:** | .USUW Meeting Brandywine B2A-212 (12) |
| **Start:** | Wed 10/29/2003 3:15 PM |
| **End:** | Wed 10/29/2003 4:45 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Required Attendees:** | Bradley, Kathryn; DeFeo, Pat A; Fetchko, Amy A; Kohler, Frederick W; Leong, Ronald; Limp, Gerald L; Manning, Julia W; Mullen, Jamie A; Repp, Edward; Smith, Christine Duffy; Warner, Linda (Safety) |

(on behalf of Kathy Bradley)

Follow up from October 20th meeting.  Please clear your calendar if possible.

Thank you,

Pat Webb

1