US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____1.07_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 1.07

| | |
|---|---|
| **From:** | Dreyer, Malin |
| **To:** | Lozano; Helen; Warner; Safety; Leong; Ronald; Boornazian; Lisa; Groves; Angela J; Hee; Angela |
| **Cc:** | Chitra; Rohini; Malmaeus; Inger; Thinsz; Zoltan |
| **Subject:** | MEDHIST & CONMED (affects for example Diabetes & Neutropenia issues) |

Dear All,

Unfortunately we have found that incorrect sources/variables were used in some trials when the datasets MEDHIST (medicalhistory)  and CONMED (concomitant medications) were created in the Clinical Safety Database. This can influence for example the categorization of "Diabetes".


For example, in trial 5077IL/0056, only the high level term was saved in the dataset MEDHIST (not the investigator's free text), so we might have missed them in our searches for relevant terms.

In this trial (56) there are originally 25 cases of diabetes that might have been missed in our search for text "DIABETES" (high level term for diabetes cases seems to be "ENDOCRINE" (which we did not include in our search)) - however these patients might have been categorized due to some other criteria (Glucose level, ....)

For trial 5077IL/0109, 5077IL/0086 and 5077US/0004 another mistake was made:

Instead of taking information from the original medical history data (available in trial 109 and 86) data was by mistake taken from "Previous medications".
Also in this data a medical condition, "INDICATION"  is given - the reason for medication.

We can correct trial 109 and 86 to take data from the right original data (this change will not affect which patients will be classified as diabetes patients).

However, trial US/0004 will be problematic to change, as this trials seems to lack medical history CRF, but we have in the current version of the clinical safety database (with data from previous medication) a lot of patients (about
40) with DIABETES. We are uncertain how to handle this trial.

One way to act on trial US0004 is to remove the data taken from incorrect source, but the question is, can the info be relevant even if taken from wrong (but only) source?

However, to keep it leads us into a new problem:
There are other trials that lack MEDHIST information, but that might have some corresponding information in CONMED (for medications before treatment).  To be consistent, we then ought to try to get "some MEDHIST info" from medications form. However, this needs a lot of new rules and the CONMED data that we have sometimes include  medications before trial, sometimes not. (And INDICATION is not always filled in in CONMED).


A question:
For some old trials the variable BODYSYS (Costart Body System) in which patients having medical problem is filled in on MEDHIST. Usually codes as CV, SS HAL, BODY, MS, NER, DIG, RES, UG, ENDO, MAN, SKIN;.... are used.

The high level codes used for medical history in trial 56, 109 and 86 are 13
(+1) fixed codes:
HEINT, CNS, BLOOD/LYMPH, SKIN/HAIR, CARDIOVASCULAR, RESPIRATORY, GI, GENITOURINARY, MUSCULOSKELETAL, ENDOCRINE, ALLERGIC, PSYCHIATRIC, DRUG/ALCOHOL ABUSE (and OTHER)

Could these 13 codes be used as BODYSYS?

AZ/SER 078027

We need your advice how to handle this and would like to have a t/c and discuss this issue
(probably the Seroquel Safety Group will take the final decision how to handle this). Do
you need further information before the meeting take place, please let us know.

Please note that to investigate if there could be other studies effected and then to make
possible changes will use the limited resources we have and possibly have an impact on our
delivery of our Neutropinia and Diabetes questions. Our resources are extremely limited in
the RegDef/Safety DB group, with 1.5 critical gap, 2.5 though during February-March,
because of Malin's absence - in addition to the ongoing SR submission.


Kind Regards
Malin & Inger