US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number:  _____1.08_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 1.08

# Plaintiff AZ Search Terms List - 7/19/2007

## *Criteria –*

1. All terms are to be searched case-insensitive.
    a. BOB / Bob / bob are equal hits.
2. All terms are to be searched with stemming turned ON.
    a. Burn / burns / burning / burned are equal hits for Burn.
3. Quotation marks "" are to be considered literal strings.
    a. "See Spot Run" will not return See / Spot / Run / "See Spot" / "Spot Run".
    b. "See Spot Run" will return "See Spot Run"
4. All terms are to be searched with Fuzzy Logic turned OFF.
    a. Burn will not return Bum / Born.
5. All **OR** / **AND** / **NOT** / **XOR** within a search string are to be considered Boolean Operators.
    a. OR will return either the term to its left, the term to its right or both.
    b. AND will return only both terms.
    c. NOT will return only the term to its left when the term to its right does not occur.
    d. XOR will return either the term to its left or the term to its right, not both.
6. All **W/#** within a search string are to be considered Proximity Operators.
    a. "John W/2 Smith" will return both "John Smith" / "Smith John" equally.
7. All email files are to be searched as a Message Attachment Group or MAG.
    a. Outlook MSG file containing 2 document attachments –
        i. Report.XLS
        ii. Project.DOC
    b. Search term is "ZD5077 OR "ZD 5077".
    c. If the Email returns – all 3 documents are considered hits.
    d. If the Attachment returns – all 3 documents are considered hits.
8. All archive files are to be searched as a Single File Object or SFO.
    a. Archive.ZIP file containing 2 document attachments –
        i. Report.XLS
        ii. Project.DOC
    b. Search term is "ZD5077 OR "ZD 5077".
    c. If Report.XLS returns – Archive.ZIP and its contents are considered hits.
    d. If Project.DOC returns – Archive.ZIP and its contents are considered hits.
9. Asterisks **\*** are to be considered Wild Card Operators with Multiple Character Value, 0 to N.
    a. Ad / Ads / AdWords / Advertise / Advertisement are equal hits for ad\*.
10. Each search string below should be submitted for searching as they are separated by paragraph.

## IMPROVED AZ TERMS

Seroquel OR Serq OR Serquel OR Sercquel OR Sroquel OR Suroquel OR Snorequel OR Serowuel OR Serpquel OR Serquil OR Serouqel OR Ceroquel

"Quetiapine fumarate" OR Quetiapine

ZD5077 OR "ZD 5077"

Clintrace OR "Clintrace Report"

Abilify OR Aripiprazole OR Clozaril OR Clozapine OR Compazine OR Prochlorperazine OR Geodon OR Ziprasidone OR Haldol OR Haloperidol OR Mellaril OR Thioridazine OR Orap OR Pimozide OR Prolixin OR Fluplienazine OR Risperidal OR Risperidone OR Serzone OR Nefazodone OR Stelazine OR Trifluoperazine OR Thorazine OR Lithium OR Chlorpromazine OR Trilafon OR Perphenazine OR Zyprexa OR Olanzapine

Antipsychotic OR "Anti Psychotic" OR Antidepressant OR "Anti Depressant" OR Antidepression OR "Anti Depression" OR Antianxiety OR "Anti Anxiety" OR Neuroleptic

Diabetes OR Diabetic OR Endocrinologist OR Endocrinology

Insulin

NIDDM OR IDDM OR "Non-Insulin Dependant Diabetes Mellitus" OR "Insulin Dependant Diabetes Mellitus" OR Mellitus

"Gestational diabetes" OR "Pediatric diabetes"

MODY

Hyperglycemia OR Hypoglycemia

"Blood Sugar" OR "FBGC" OR "Fasting Blood Glucose" OR "Glucose Urinalysis" OR "Glucose w/3 Spinal"

Glucose

Dysregulation OR "Non Regulated"

Hemoglobin OR HGB OR Hematocrit OR HCT OR CBC OR "Complete Blood Count" OR RBC OR "Red Blood Cell Count" OR "Erythrocyte Count"

HbAlc OR HAlc OR Alc

"Weight Gain" OR "Weight Loss"

Hypercholesterolemia OR "Elevated Cholesterol Level"

Hypertriglyceridemia OR "Elevated Triglyceride Level"

Pancreatitis

Tachycardia OR "Elevated Heart Rate" OR Bradycardia OR "Low Heart Rate"

"Extrapyamidal Symptoms" OR "Extrapyamidal Symptoms"

Rigidity OR Stiffness

Tremor

Dystonia OR Spasticity

"Muscle Contraction"

Akathasia

Restlessness OR Paresythisia

Parkinsonism OR Parkinson OR "Parkinson's Disease"

"QT Prolongation" OR "QT Interval" OR EKG

"Tardive Dyskinesia" OR "Loss of Balance" OR "Loss of Coordination" OR TD

Agranulocytosis OR Neutropenia OR Leukopenia

"Neuroleptic Malignant Syndrome"

Metabolism OR Metabolic Disorder

Neuropinephrine OR Schizopherina

Bipolar OR "Mood Swings"

Mania OR Manic

Dopamine OR Seratonin

"Direct-to-consumer" OR "Direct to Consumer" OR "Direct to Consumer Ad*" OR "DTC Ad*"

## NEW ABBREVIATED TERMS

ASEC OR "Anti-Psychotic Side Effect Checklist"

BEST OR "Bipolar Execution Strategy Team"

BPRS OR "Brief Psychiatric Rating Scale"

CDSS OR "Calgary Depression Scale for Schizophrenia"

CNS OR "Central Nervous System"

COPE

CVA OR "Core Visual Aid"

DOC OR "Department of Corrections"

DMH OR "Department of Mental Health"

GAD OR "Generalized Anxiety Disorder" OR "General Anxiety Disorder"

KOL OR "Key Opinion Leader"

LTC OR "Long Term Care"

MADRS OR "Montgomery-Asberg" OR "Montgomery-Asberg Depression Rating Scale"

MDQ OR "Mood Disorder Questionnaire"

MDD OR "Major Depressive Disorder"

OCD OR "Obsessive Compulsive Disorder"

OLE OR "Open Label Extension"

PANSS OR "Positive Negative Syndrome Scale"

PRIZE OR "Partial Responders International Schizophrenia"

PTSD OR "Post Traumatic Stress Disorder"

QDS OR "Quantitative Decision Science"

QUEST OR "Quetiapine Experience with Safety"

SERM OR "Safety Evaluation Review Meeting"

SBT OR "Seroquel Brand Team"

SGA OR "State Government Affairs or Second Generation Anti-Psychotic"

SLT OR "Seroquel Leadership Team"

SPIN OR "Seroquel Publications Information News"

    STORM OR STORMS OR "Seroquel Takes Olanzapine Risperdal Market Share"

    SWOT OR "Strength Weakness Opportunity Threat"

    TIMA OR "Texas Implementation of Medication"

    YMRS OR "Young Mania Rating Scale"

## NEW ADDED TERMS

    DM OR HG OR SGA OR WG OR SQ

    Obesity

    Pancreatitis

    "Consensus Statement"

    FDA

    "Black Box"

    "Off Label"

    Insomnia

    "Sleep Aid" OR "Sleeping Pill"

    Anxiety

    "ICI 204,636" OR "ICI 204636" OR "ICI 204 636"

    "Direct to Consumer" OR "Direct-to-Consumer OR DTC

    "Case Study"

    EPS

    Zoloft

    25mg OR "25 mg"

    100mg OR "100 mg"

    200mg OR "200 mg"

    300mg OR "300 mg"

    adhd

MHLW OR "Ministry of Health, Labour Welfare"

Dementia

Depression

"Bolder II"

"Study W/5 125"

"Trial W/5 125"

"EM Study 13"

EM

"EM Study"

"Study 13"

"SP Schizophrenia  Study 132"

"Study 132"

Catie

Insulin

"Insulin Resistance" OR IR

"Pre-Diabetic" OR Diabetic OR "Diabetic Ketoacidosis" OR DKA

QUARTZ

CAFE