US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number:  1.09

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified:

Date Admitted:

# Exhibit 1.09

Ibis Consulting, Inc.
291 Promenade Street
Providence, RI 02908
www.ibisconsulting.com
ibis@ibisconsulting.com
Tel: 401-453-9000

**Deduplication**                                                                                               **Operational Excellence**

**A Valuable Source of Information and Evidence**
Ibis has developed a unique approach to identify duplicate files by analyzing files on a bit level. This functionality guarantees that a document is deemed a duplicate only when there are absolutely no differences, including marks, annotations, or metadata. Duplicates are electronically exact copies of original documents. Duplicate files are segregated from the data collection, and never eliminated.

Ibis has enhanced its technology by incorporating the hashing algorithm MD5 into the deduplication process. MD5 is an algorithm used to verify data integrity by taking an electronic file of arbitrary length and producing a 128-bit fingerprint or message digest of the input. The message digest is as unique to that specific data as a fingerprint is to a specific individual. The MD5 standard maintains that it is "computationally infeasible" for any two non-duplicative files to have the same message digests. It is mathematically accurate to $3.402 \times 10^{38}$.

The application of MD5 is the most accurate method of verifying data integrity. This robust solution ensures complete accuracy in determining duplicate e-mail and application files.

**Deduplication Options**

- Elimination of duplicate electronic files across an entire data collection
- Elimination of duplicate electronic files within an individual user's data collection
- Elimination of duplicate electronic files within a user prefix data collection (a single instance of a user's data)

**Deduplication Criteria for Mail Data**

- MD5 hash value
- Subject
- Date Sent

**Deduplication Criteria for Application Files**

- MD5 hash value
- Original file name size

**Learn More**
To learn more about how to apply Ibis's expertise, quality of service, information integrity and operational excellence to your clients' electronic discovery requirements, contact Ibis at 401.453.9000, visit our website at www.ibisconsulting.com, or send your inquiry by e-mail to: ibis@ibisconsulting.com.

*Copyright 2006 Ibis Consulting, Inc. All rights reserved.*