US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____1.10_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 1.10

Document Tracking System

| Document Attribute | Attribute Value |
|---|---|
| Author: | Street, Paul R |
| Begin Attachment Num: | ED00270858 |
| Beginning Bates #: | AZSER0929181 |
| Control Number: | ED00270859 |
| Document Date : | 2005-06-09 |
| Electronic Doc Type: | Email Message |
| Ending Bates #: | AZSER0929182 |
| File Name: | RE: Seroquel GPT - MDD GAD Presentation on June 27 |
| FileCreationDate: | 2006-03-10 |
| FileLastSaveDate: | 2006-03-10 |
| Imported: | 3/20/2007 - 1:02 AM |
| Name: | AZSER929181 |
| OCRed: | YES |
| Pages: | 2 |
| Processed Index: | Processed 2007.03.23 |
| Recipients: | Busch, Kim A |
| Source: | Busch, Kim |
| Subject: | RE: Seroquel GPT - MDD GAD Presentation on June 27 |
| Title: | AZ-SER0929181 3/20/2007 1:02:05 AM3/20/2007 |

Weitz & Luxenberg