US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number:     1.11

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified:

Date Admitted:

# Exhibit 1.11

AZSER08094539 – produced in Production #16 – note neither Murray nor Mueller were specified as custodians

| | |
|---|---|
| **Beginning Bates #** | AZSER08094539 |
| **Ending Bates #** | AZSER08094539 |
| **Control Number** | ED00579969 |
| **FileCreationDate** | |
| **Begin Attachment Num** | ED00579969 |
| **Source** | Chavoshi, Soheil |
| **Source Location** | |
| **Document Date** | |
| **Electronic Doc Type** | |
| **Title** | Murray edits!!!   RE: Latest Brand Strategy Presentation 1-04 |
| **Author** | Murray, Michael F (Seroquel) |
| **Recipients** | Barton, Laura;DJ Hanson;Kimberly Stanley |
| **Copyee/CC** | Byers, Cindy;Chavoshi, Soheil;Domine, Lisa I;Janine Panico;Kim Stanley;maderosa@optonline.net;marwrite@aol.com |
| **BCC** | |
| **File Name** | |
| **FileLastSaveDate** | |
| **Folder** | \Start of IPM tree\Orphaned messages\noname_8902\DEMs\Jan 2006 DEM |
| **Subject** | Murray edits!!!   RE: Latest Brand Strategy Presentation 1-04 |
| **Redaction** | |

AZ-SER-3177719 attachment to this email – produced in Production #8

| | |
|---|---|
| **Beginning Bates #** | AZ-SER-3177719 |
| **Ending Bates #** | AZ-SER-3177750 |
| **Control Number** | ED00579970 |
| **FileCreationDate** | 20060105 |
| **Begin Attachment Num** | ED00579969 |
| **Source** | Chavoshi, Soheil;Mueller, Karin;Murray, Mike |
| **Source Location** | |
| **Document Date** | 20060105 |
| **Electronic Doc Type** | Microsoft Word |
| **Title** | Murray edits 1_5 SER_DEM_BS_v4a_0104_ds1.doc |
| **Author** | |
| **Recipients** | |
| **Copyee/CC** | |
| **BCC** | |
| **File Name** | Murray edits 1_5 SER_DEM_BS_v4a_0104_ds1.doc |
| **FileLastSaveDate** | 20060105 |
| **Folder** | |
| **Subject** | |
| **Redaction** | |