US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number:         1.12

6:06-md-01769-ACC-DAB

**In Re:  Seroquel Products Liability Litigation**

Date Identified:

Date Admitted:

# Exhibit 1.12

Metadata from the email AZSER08028911 (from Production #16):

| | |
|---|---|
| **Beginning Bates #** | AZSER08028911 |
| **Ending Bates #** | AZSER08028911 |
| **Control Number** | ED00554326 |
| **FileCreationDate** | |
| **Begin Attachment Num** | ED00554326 |
| **Source** | Chavoshi, Soheil;Mueller, Karin |
| **Source Location** | |
| **Document Date** | 20060105 |
| **Electronic Doc Type** | Email Message |
| **Title** | Murray edits!!!   RE: Latest Brand Strategy Presentation 1-04 |
| **Author** | Murray, Michael F (Seroquel) |
| **Recipients** | Barton, Laura;DJ Hanson;Kimberly Stanley |
| **Copyee/CC** | Byers, Cindy;Chavoshi, Soheil;Domine, Lisa I;Janine Panico;Kim Stanley;maderosa@optonline.net;marwrite@aol.com |
| **BCC** | |
| **File Name** | |
| **FileLastSaveDate** | |
| **Folder** | Outlook Folders\Seroquel Files.pst 27-Jul-2006 16.54.17\Commercial\Sales \DEMs\Jan 2006 DEM |
| **Subject** | Murray edits!!!   RE: Latest Brand Strategy Presentation 1-04 |
| **Redaction** | |

Metadata from Murray's document AZ-SER-3153444 (from Production #8):

| | |
|---|---|
| **Beginning Bates #** | AZ-SER-3153444 |
| **Ending Bates #** | AZ-SER-3153475 |
| **Control Number** | ED00554327 |
| **FileCreationDate** | 20060105 |
| **Begin Attachment Num** | ED00554326 |
| **Source** | Chavoshi, Soheil;Mueller, Karin;Murray, Mike |
| **Source Location** | |
| **Document Date** | 20060105 |
| **Electronic Doc Type** | Microsoft Word 2000/2002/2003 |
| **Title** | Murray edits 1_5 SER_DEM_BS_v4a_0104_ds1.doc |
| **Author** | Michael Murray |
| **Recipients** | |
| **Copyee/CC** | |
| **BCC** | |
| **File Name** | Murray edits 1_5 SER_DEM_BS_v4a_0104_ds1.doc |
| **FileLastSaveDate** | 20060105 |
| **Folder** | |
| **Subject** | |
| **Redaction** | |

Comments:

- Mike Murray is missing on the email as a custodian

- The control number for the email indicates that the attachment was processed as the next document directly after the email; however:
    - We received the email 8 productions later than the attachment
    - The bates number of the email has two hyphens and a completely different range, much greater, than the attachment