US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____3_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 3

1

```
 1                    UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF FLORIDA
 2                          ORLANDO DIVISION

 3              Docket No.6:06-MD-1769-Orl-22DAB

 4   . . . . . . . . . . . . . . ..
     IN RE:                             :
 5   SEROQUEL PRODUCTS LIABILITY        :
     LITIGATION                         :         Orlando, Florida
 6   MDL DOCKET No. 1769                :         November 6, 2006
                                        :         1:30 p.m.
 7   ALL CASES                          :
                                        :
 8   . . . . . . . . . . . . . . .:

 9
                    TRANSCRIPT OF PRETRIAL CONFERENCE
10              BEFORE THE HONORABLE DAVID A. BAKER
                    UNITED STATES MAGISTRATE JUDGE
11

12   APPEARANCES:

13   For the Plaintiffs:         Paul Pennock

14                               Larry M. Roth

15                               K. Camp Bailey

16                               Fletch Trammell

17                               Matthew E. Lundy

18                               Keith M. Jensen

19                               John J. Driscoll

20                               Kenneth W. Smith

21                               Lawrence J. Gornick

22                               Michael E. Pederson

23                               Michael W. Perrin

24

25   Court Reporter:    Sandra K. Tremel, RMR/CRR
```

```
 1   they'll go get that person's entire document production
 2   and give it to us.  And we would do that on some type of
 3   rolling basis, hopefully working out a schedule that's
 4   agreeable to the Court.
 5        I have spoken with Mr. Davis and we agreed that if
 6   it's okay with the Court we would like to have an
 7   opportunity to come up with the custodial file production
 8   schedule over the next 30 days, and propose that to the
 9   Court.  So all in all, I do feel that things have been
10   moving well given the enormity of a litigation such as
11   this.
12        I don't have any specific issues or disputes that we
13   have between us at this time, but I'm sure that we'll have
14   plenty of opportunity for that in the future.
15             THE COURT:  What's the status of getting the
16   regulatory documents from the defendant?
17             MR. PENNOCK:  They have them ready to be
18   produced, Judge.
19             MR. DAVIS:  I may address that if the Court
20   wishes.  We have our IND and NDA ready to produce.  We
21   have it.  We have it all set to go.  Plaintiffs can have
22   it.  The difficulty is we don't have the protective order
23   entered.  I think we're going to get that done, Your
24   Honor, right away.
25        The Court pointed out at the outset there has been
```