US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____6_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 6

```
 1                 UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
 2                       ORLANDO DIVISION

 3             Docket No.6:06-MD-1769-Orl-22DAB

 4    . . . . . . . . . . . . . . ..
      IN RE:                         :
 5    SEROQUEL PRODUCTS LIABILITY    :
      LITIGATION                     :      Orlando, Florida
 6    MDL DOCKET No. 1769            :      December 12, 2006
                                     :      11:30 a.m.
 7    ALL CASES                      :
                                     :
 8    . . . . . . . . . . . . . . .:

 9
                   TRANSCRIPT OF PRETRIAL CONFERENCE
10             BEFORE THE HONORABLE DAVID A. BAKER
                  UNITED STATES MAGISTRATE JUDGE
11

12    APPEARANCES:

13    For the Plaintiffs:         Larry M. Roth

14                                K. Camp Bailey

15                                Fletch Trammell

16                                Keith M. Jensen

17                                Michael E. Pederson

18                                Dennis Canty

19                                E. Ashley Cranford

20                                Ken Smith

21                                Angela Nixon

22                                Lizy Santiago

23                                Jonathan Jaffe

24

25    Court Reporter:  Sandra K. Tremel, RMR/CRR
```

```
 1   a pilot program.  We still think that may happen, but we
 2   didn't get far enough last night and the commitment we're
 3   making to the Court in that regard is that we will meet
 4   and confer promptly about a pilot program.  And if we can
 5   agree on something to recommend to the Court jointly, we
 6   will see how that impacts the other parts of this.  But
 7   for the time being, we're not making any agreement on
 8   that.
 9          ==With regard to the production of documents,==
10   ==AstraZeneca is going to produce its first set of documents==
11   ==on January 5, 2007.==  We're also going to make available to
12   the plaintiffs a list of the most knowledgeable available
13   AstraZeneca IT persons with primary responsibility for the
14   14 different identified databases that we have.  And we
15   will allow the plaintiffs to interview those people by
16   telephone or in person.  By January 25, 2007, those
17   interviews will be complete.
18          We're going to produce documents on a custodial basis
19   within one week of today.  We're going to give plaintiffs
20   our current organizational charts related to the general
21   corporate structure, the Seroquel team, and the drug
22   safety team.  Those charts will have a lot of names of
23   people who are in the organization.  And the plaintiffs
24   will then be able to prioritize how we collect documents
25   from those custodials.  So if they say we're most
```