US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: __10__

6:06-md-01769-ACC-DAB

**In Re:  Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 10

1

```
 1                    UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF FLORIDA
 2                          ORLANDO DIVISION

 3            Docket No.6:06-MD-1769-Orl-22DAB

 4     . . . . . . . . . . . . . . ..
       IN RE:                         :
 5     SEROQUEL PRODUCTS LIABILITY    :
       LITIGATION                     :        Orlando, Florida
 6     MDL DOCKET No. 1769            :        June 13, 2007
                                      :        1:30 p.m.
 7     ALL CASES                      :
                                      :
 8     . . . . . . . . . . . . . . .:

 9
                    TRANSCRIPT OF PRETRIAL CONFERENCE
10              BEFORE THE HONORABLE DAVID A. BAKER
                   UNITED STATES MAGISTRATE JUDGE
11

12     APPEARANCES:

13     For the Plaintiffs:        Paul Pennock

14                                Larry M. Roth

15                                Scott Allen

16                                F.Kenneth Bailey

17                                Camp Bailey

18     For the Defendant

19     AstraZeneca:               Fred Magaziner

20                                Stephen J. McConnell

21                                James Freebery

22

23     Court Reporter:  Sandra K. Tremel

24     Proceedings recorded by mechanical stenography, transcript

25     produced by computer-aided transcription.
```

```
 1   there, you know the drill, you need to get your proposal
 2   together and then sit down with opposing counsel who, as I
 3   said, I'm confident has some ideas about how to go forward
 4   with those matters.  And then we will entertain it, either
 5   I will or Judge Conway will.  We're getting to that gray
 6   area in terms of the district judge/magistrate judge's
 7   control of the case.  District judge clearly controls
 8   everything in terms of how much she wants me to do in the
 9   first instance and how much she wants to do.
10          So all right.
11              MR. MAGAZINER:  Your Honor asked where we are in
12   the production of the custodial documents from the initial
13   80 custodians. Mr. Freebery can address that issue.
14              MR. FREEBERY:  Just to supplement what
15   Mr. Pennock said, Your Honor, we are up to just under
16   8 million pages of documents that have been produced to
17   the plaintiffs.  And we have now given them 59 of the 80
18   custodians consistent with the schedule that we worked out
19   before Your Honor I think two times ago when we were last
20   in front of you.  And we're on track to complete the
21   initial 80 custodians by the June 30 deadline.
22              MR. MAGAZINER:  To address another issue that
23   Mr. Pennock raised, Your Honor, when we received Judge
24   Conway's order regarding case specific discovery, we began
25   thinking about it.  There are some issues about
```