US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____15_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 15

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation**

                                      **Case No. 6:06-md-1769-Orl-22DAB**

_____/

## ORDER AND NOTICE OF HEARING

This cause came on for consideration following a Pretrial Conference held on September 7, 2006. The following deadlines were set at the Pretrial Conference:

| | |
|---|---|
| **Master Complaint filed** | **September 21, 2006** |
| **Notice of class action status filed** | **September 14, 2006** |
| **Production of electronic versions of Investigational New Drug Application and New Drug Application by Defendant [served not filed]** | **November 7, 2006** |
| **Parties' Agreement on from for Plaintiffs' Fact Sheet [not filed]** | **September 21, 2006** |
| **Plaintiffs' Authorizations for medical records and Completed Fact Sheets for current Plaintiffs [not filed]** | **November 7, 2006** |

**TAKE NOTICE** that a Discovery Conference will be held before the undersigned on **MONDAY**, **NOVEMBER 6, 2006** at **1:30 P.M.** in Courtroom #6, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida. **Counsel and any party to this case wishing to participate in this hearing by telephone conference call may do so by calling Chambers to make advance arrangements at least three days prior to the hearing at telephone number (407) 835-4290.** Counsel is **ORDERED** to file a statement of issues by **October 31, 2006**.

All counsel who wish to bring an electronic device (without camera) to the hearing must file a motion at least three days in advance seeking leave listing their identity and the device; a consolidated motion from each side is preferred.

**DONE** and **ORDERED** in Orlando, Florida on September 11, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Any Unrepresented Party

**PLEASE NOTE**:  **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.