US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____16.02_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 16.02

**Based on First 8 Custodian vs Shipped/Imported Productions**

| Production | Letter Date | DocumentCount | Pagecount | First8DocumentCount | First8Pagecount |
|---|---|---:|---:|---:|---:|
| Custodial Files IP1 | 2/6/2007 | 23046 | 266910 | 22261 | 262001 |
| Custodial Files IP2 | 3/15/2007 | 30575 | 325119 | 29749 | 319615 |
| Custodial Files IP3 | 3/16/2007 | 877 | 4808 | 16 | 37 |
| Custodial Files IP4 | 4/2/2007 | 44102 | 378130 | 1590 | 31220 |
| Custodial Files IP5 | 4/9/2007 | 15486 | 178491 | 11318 | 157587 |
| Custodial Files IP6 | 4/16/2007 | 1446 | 25078 | 1109 | 22199 |
| Custodial Files IP7 | 4/23/2007 | 21600 | 549605 | 20944 | 505907 |
| Custodial Files IP8 | 4/27/2007 | 47297 | 829377 | 23223 | 509199 |
| Custodial Files IP9 | 5/1/2007 | 48899 | 454364 | 63 | 1306 |
| Custodial Files IP10 | 5/7/2007 | 84423 | 764138 | 335 | 2147 |
| Custodial Files IP11 | 5/14/2007 | 66922 | 973875 | 305 | 12373 |
| Custodial Files IP12 | 5/22/2007 | 39370 | 608189 | 0 | 0 |
| Custodial Files IP13 | 5/31/2007 | 8145 | 98815 | 36 | 543 |
| Custodial Files IP14 | 5/30/2007 | 2440 | 37057 | 247 | 4665 |
| Custodial Files IP15 | 6/10/2007 | 157797 | 1323420 | 175 | 1810 |
| Custodial Files IP16 | 6/25/2007 | 256284 | 2434789 | 455 | 4255 |
| Custodial Files IP17 | 7/2/2007 | 10 | 50 | 0 | 0 |
| **Totals** | | **848,719** | **9,252,215** | **111,826** | **1,834,864** |