US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number:      16.14

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified:

Date Admitted:

# Exhibit 16.14

## Jaffe, Jonathan

| | |
|---|---|
| **From:** | Yeager, Joe [JYeager@McCarter.com] |
| **Sent:** | Friday, July 13, 2007 8:37 AM |
| **To:** | Jaffe, Jonathan |
| **Subject:** | Update on corrected load files |

Jonathan,

I apologize for the late update on the delivery of the corrected load files. Our vendor has been slow to provide us with a replacement drive. I expect to send you something today but no later than Monday. Feel free to contact me with any questions or concerns. Again, I am sorry for the late notice.

Sincerely,

---

Joe P. Yeager, Esq
McCarter & English, LLP
Business Litigation Group
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984.6300 telephone
(302) 984.6399 facsimile
Email: jyeager@mccarter.com

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

4

# Jaffe, Jonathan

| | |
|---|---|
| **From:** | Yeager, Joe [JYeager@McCarter.com] |
| **Sent:** | Monday, July 16, 2007 11:08 AM |
| **To:** | Jaffe, Jonathan |
| **Cc:** | Winchester, Tony; Freebery, James J.; Dupre, Andrew |
| **Subject:** | Extracted Text with page breaks. |

Jonathan,

As a follow-up to my e-mail to you on Friday, July 13, I wanted to give you an update on the status of delivery of corrected load files. In particular, I expect to deliver the production media containing the Extracted Text with Page Break files by end of day today. Should anything interfere with this time line, I will make certain you are informed.

Sincerely,


Joe P. Yeager, Esq
McCarter & English, LLP
Business Litigation Group
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984.6300 telephone
(302) 984.6399 facsimile
Email: jyeager@mccarter.com



This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

# Jaffe, Jonathan

**From:** Yeager, Joe [JYeager@McCarter.com]
**Sent:** Monday, July 16, 2007 5:38 PM
**To:** Jaffe, Jonathan
**Cc:** Winchester, Tony; Freebery, James J.; Dupre, Andrew; Fox, Martha
**Subject:** Extracted Text with Page Breaks

Jonathan,

I write to give you an update on the status of our production of the Extracted Text files for the 80 custodians. Although we expected to deliver this production to you by end of day today, our vendor failed to supply us with the portable media. Despite our best efforts, we will not be able to deliver this production to you today. Rather, we intend to have this production (as well as all other corrected load files) in you hands before the end of the week of July 20.

Again, my apologies for our inability to provide this to you sooner.

Sincerely,

Joe P. Yeager, Esq
McCarter & English, LLP
Business Litigation Group
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984.6300 telephone
(302) 984.6399 facsimile
Email: jyeager@mccarter.com

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

## Jaffe, Jonathan

| | |
|---|---|
| **From:** | Yeager, Joe [JYeager@McCarter.com] |
| **Sent:** | Friday, July 20, 2007 10:22 AM |
| **To:** | Jaffe, Jonathan |
| **Cc:** | Winchester, Tony; Freebery, James J.; Dupre, Andrew; Fox, Martha |
| **Subject:** | Corrected load file productions |

Jonathan,

I write to provide notice that I expect to deliver to you three separate hard drives by end of day today. In particular, this delivery contains a Replacement Document Production for mismatched files (a corrected version of a similar production delivered to you earlier in the week), a production containing Extracted Text and a production containing Native Excel files.

Please feel free to contact me should you have any questions.

Sincerely,

Joe

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

2