US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____16.17_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 16.17

1050 emails where Michael, Murray F (Seroquel) was found, but Mike Murray was not designated as a custodian.

This is a partial list as it does not include where Michael, Murray F (Seroquel) was one of many CC's or Recipients.

Here's the query used to extract:

```
select  distinct Bates = cv.columnvalue, Source = Source.columnValue, FoundIn = s.columnname from
dbo.tblDOXSExcelColumnValues cv (nolock)
inner join
dbo.tblDOXSExcelColumns c (nolock)
on cv.excelcolumnid = c.excelcolumnid
inner join
(
select exceljobid, rowid, columnname from

dbo.tblDOXSExcelColumnValues cv1 (nolock)
inner join tbldoxsexcelcolumns c1 (nolock) on
cv1.excelcolumnid = c1.excelcolumnid
where columnvalue =
'Murray, Michael F (Seroquel)'
) s
on cv.exceljobid = s.exceljobid and cv.rowid = s.rowid
inner join
dbo.tblDOXSExcelColumnValues source (nolock)
on cv.exceljobid = source.exceljobid and cv.rowid = source.rowid and
source.excelcolumnid = 131

where cv.excelcolumnid = 126 and charindex('murray', source.columnvalue) = 0
```

## List of Documents

| Beginning Bates | AZ Designated Source | Where Michael, Murray F (Seroquel) was found |
|---|---|---|
| AZSER08172881 | Chavoshi, Soheil | Author |
| AZSER08265777 | Chavoshi, Soheil | Author |
| AZ/SER2630403 | Mueller, Karin | Author |
| AZSER7602164 | Minnick, Jim | Author |
| AZ/SER4754738 | Repp, Ed | Copyee/CC |
| AZ-SER-6505873 | Domine, Lisa | Author |
| AZ-SER-3292080 | Mueller, Karin | Author |
| AZ-SER-6107015 | Blessington, Jim | Recipient |
| AZ/SER4688473 | Repp, Ed | Recipient |
| AZ-SER-3291885 | Mueller, Karin | Author |
| AZ-SER-3308877 | Mueller, Karin | Author |
| AZ-SER-3291731 | Mueller, Karin | Author |
| AZ-SER-3291877 | Mueller, Karin | Author |
| AZSER08171723 | Chavoshi, Soheil | Author |
| AZSER08286285 | Chavoshi, Soheil | Author |

707 emails where Michael, Murray F (Seroquel) was found, and Mike Murray was designated as a custodian.

This is a partial list as it does not include where Michael, Murray F (Seroquel) was one of many CC's or Recipients.

Here's the query used to extract:

```
select  distinct Bates = cv.columnvalue, Source = Source.columnValue, FoundIn
= s.columnname from
dbo.tblDOXSExcelColumnValues cv (nolock)
inner join
dbo.tblDOXSExcelColumns c (nolock)
on cv.excelcolumnid = c.excelcolumnid
inner join
(
select exceljobid, rowid, columnname from

dbo.tblDOXSExcelColumnValues cv1 (nolock)
inner join tbldoxsexcelcolumns c1 (nolock) on
cv1.excelcolumnid = c1.excelcolumnid
where columnvalue =
'Murray, Michael F (Seroquel)'
) s
on cv.exceljobid = s.exceljobid and cv.rowid = s.rowid
inner join
dbo.tblDOXSExcelColumnValues source (nolock)
on cv.exceljobid = source.exceljobid and cv.rowid = source.rowid and
source.excelcolumnid = 131

where cv.excelcolumnid = 126 and charindex('murray', source.columnvalue) <> 0
```

**List of Documents**

| Beginning Bates | AZ Designated Custodian | Where Michael, Murray F (Seroquel) was found |
|---|---|---|
| AZ-SER-3437218 | Murray, Mike | Author |
| AZ-SER-3437069 | Murray, Mike | Author |
| AZ-SER-3591851 | Murray, Mike | Recipient |
| AZ-SER-3472888 | Chavoshi, Soheil;Murray, Mike;Repp, Ed | Author |
| AZ-SER-3445935 | Blessington, Jim;Murray, Mike | Author |
| AZ-SER-3565006 | Murray, Mike;Repp, Ed | Recipient |
| AZ-SER-3437061 | Murray, Mike | Author |
| AZ-SER-3392261 | Murray, Mike | Copyee/CC |
| AZ-SER-3452718 | Beamish, Don;Murray, Mike | Recipient |
| AZ-SER-3437178 | Murray, Mike | Author |
| AZ-SER-3590864 | Murray, Mike;Peipher, Charles | Copyee/CC |
| AZ-SER-3570095 | Murray, Mike | Recipient |
| AZ-SER-3472974 | Chavoshi, Soheil;Murray, Mike;Repp, Ed | Author |