US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____16.19_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 16.19

## Jaffe, Jonathan

| | |
|---|---|
| **From:** | Freebery, James J. [JFreebery@McCarter.com] |
| **Sent:** | Monday, June 11, 2007 4:32 PM |
| **To:** | Freebery, James J.; Jaffe, Jonathan; Pederson, Mike |
| **Cc:** | Dupre, Andrew; Lyseight, Jo Ann |
| **Subject:** | Re: Next week |

...and specifically, in advance of a meet-and-confer, can you provide me your list of key databases and the types or fields of information within each database you would like to receive. Thanks


-----Original Message-----
From: Freebery, James J.
To: 'jjaffe@weitzlux.com' <jjaffe@weitzlux.com>; 'MPederson@weitzlux.com' <MPederson@weitzlux.com>
CC: Dupre, Andrew; Lyseight, Jo Ann; Winchester, Tony
Sent: Mon Jun 11 15:21:23 2007
Subject: Next week

Gentlemen:

I am aware that Jonathan is out of the office this week, but I wanted to suggest - or at least offer up the possibilty of - a meet-and-confer during one of the following weeks to follow-up on the resolution of technical issues, database collection/production, etc. I'd be happy to come back to New York if that would be more convenient to all.

Please let me know,
Jim


This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.