US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____16.23_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 16.23

## Jaffe, Jonathan

**From:** Dupre, Andrew [ADupre@McCarter.com]
**Sent:** Wednesday, June 20, 2007 4:10 PM
**To:** Pederson, Mike; Rhonda Radliff
**Cc:** Jaffe, Jonathan; Winchester, Tony; Freebery, James J.; Windfelder, Makenzie; Brown, Daniel
**Subject:** RE: Database Discussion

Mike, what do you mean by "Documentation that is readily available", i.e. the last 3 columns of the sheet?

Andrew S. Dupre, Esq.
McCarter & English, LLP
405 North King Street 8th Floor
Wilmington, Delaware 19801
Phone: 302-984-6328
Fax: 302-984-0311

> -----Original Message-----
> **From:** Pederson, Mike [mailto:MPederson@weitzlux.com]
> **Sent:** Wednesday, June 20, 2007 1:36 PM
> **To:** Dupre, Andrew; Rhonda Radliff
> **Cc:** Jaffe, Jonathan
> **Subject:** Database Discussion
>
> Andrew,
>    I have sent you a spread sheet of the databases we are interested in. As we discussed yesterday, we would like to have a few questions answered before we can prioritize your production. The spreadsheet contains some of the questions we discussed yesterday. As we explained, we feel we need answers to some of these basic questions before you start production of any databases. For example, if we know the size of a database, as compared to other databases, that will help us prioritize the production. I know the size of a database does not always mean it can be done faster, but this will tell us something on how long it might take to produce. Further, and as we discussed, we don't want to wait until you have gathered all the information for all the databases before you get back to us. The idea was to do a survey of what you can get your hands on in a few days and then let us know, so we can see how long this might take. I would ask that before you send this out to your group you give me a call, so I can clear up any questions you might have before talking to your side.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

| EXAMPLE answers... | 1999 - Present | 1,000 MB | ERD (Date) doc name.pdf | Joe Smith | 1000 users; Sales teams | most recent and /or original (dates) doc name.pdf | Verified system doc (date) doc name.pdf | Yes (as of date) doc name.pdf | AZ | | Y | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMOS | | | | | | | | | | | | |
| AZ Impact | | | | | | | | | | | | |
| AZ Academy | | | | | | | | | | | | |
| AZER | | | | | | | | | | | | |
| CANDA | | | | | | | | | | | | |
| CLINTRACE | | | | | | | | | | | | |
| COMPASS | | | | | | | | | | | | |
| COOL | | | | | | | | | | | | |
| Corporate Intranet & Public Internet Websites | | | | | | | | | | | | |
| CRF/DEN | | | | | | | | | | | | |
| CSTP | | | | | | | | | | | | |
| CT Reports | | | | | | | | | | | | |
| CTM | | | | | | | | | | | | |
| DASHBOARD | | | | | | | | | | | | |
| Data Warehouse | | | | | | | | | | | | |
| DIPLOMAT | | | | | | | | | | | | |
| DIRM | | | | | | | | | | | | |
| ECTD | | | | | | | | | | | | |
| EROOM | | | | | | | | | | | | |
| ESTAR | | | | | | | | | | | | |
| FIELD COACHING FORM | | | | | | | | | | | | |
| GDMRS | | | | | | | | | | | | |
| GEL | | | | | | | | | | | | |
| GESISS | | | | | | | | | | | | |
| ICON | | | | | | | | | | | | |
| IIRIS | | | | | | | | | | | | |
| IMS Data | | | | | | | | | | | | |
| INSIGHT | | | | | | | | | | | | |
| KNOWBOL | | | | | | | | | | | | |
| LECTURE BUREAU EXPRESS (LBX) | | | | | | | | | | | | |
| LIMS | | | | | | | | | | | | |
| LOTUS (ASTRA) | | | | | | | | | | | | |
| MACS | | | | | | | | | | | | |
| MARKET PRO | | | | | | | | | | | | |
| NICE | | | | | | | | | | | | |
| NORTH-STAR | | | | | | | | | | | | |
| OUTLOOK and EXCHANGE (ZENECA) | | | | | | | | | | | | |
| PLANET | | | | | | | | | | | | |
| PREP | | | | | | | | | | | | |
| PRICING | | | | | | | | | | | | |
| RADAR | | | | | | | | | | | | |
| RAVE | | | | | | | | | | | | |
| Sales Insite | | | | | | | | | | | | |
| SAM | | | | | | | | | | | | |