US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____17.01_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 17.01

# EXHIBIT 1

## Pederson, Mike

**From:** Miller, Rodney K. [rkmiller@sidley.com]
**Sent:** Wednesday, February 21, 2007 12:26 PM
**To:** Jaffe, Jonathan
**Cc:** Kelber, Tamar B.; cbailey@bpblaw.com; ftrammell@bpblaw.com; kj@kjensenlaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; lgornick@lskg-law.com; MPerrin@bpblaw.com; Pederson, Mike; Pennock, Paul; pschneider@gsnlaw.com; Schultz, Laurie
**Subject:** RE: Document Production Responses

Jonathan,

We are working with our vendor to come up with a schedule/time frame for future productions, and will forward to you once complete. As far as the next production, and as I believe already has been discussed among the parties, we will produce by March 15th the remaining documents for the first eight custodians.

Your name for the first custodian production is fine, and we will follow suit on our future productions.

Thanks,
Rodney Miller

---

**From:** Jaffe, Jonathan [mailto:jjaffe@weitzlux.com]
**Sent:** Tuesday, February 20, 2007 11:00 AM
**To:** Miller, Rodney K.
**Cc:** Kelber, Tamar B.; cbailey@bpblaw.com; ftrammell@bpblaw.com; kj@kjensenlaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; lgornick@lskg-law.com; MPerrin@bpblaw.com; Pederson, Mike; Pennock, Paul; pschneider@gsnlaw.com; Schultz, Laurie
**Subject:** RE: Document Production Responses

Rodney, is there a calendar of when I should expect future productions (and the rest of the redacted documents for this one) or some procedure to which we both agree so that I have some lead time on the arrivals?

Also, to keep track of these productions administratively, I propose we name the present one for the first eight custodians, Custodian Production #1.

Thanks,
Jonathan Jaffe

---

**From:** Miller, Rodney K. [mailto:rkmiller@sidley.com]
**Sent:** Thursday, February 08, 2007 8:02 AM
**To:** Jaffe, Jonathan
**Cc:** cbailey@bpblaw.com; ftrammell@bpblaw.com; kj@kjensenlaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; lgornick@lskg-law.com; MPerrin@bpblaw.com; Pederson, Mike; Pennock, Paul; pschneider@gsnlaw.com;

7/23/2007

Schultz, Laurie; Kelber, Tamar B.
**Subject:** RE: Document Production Responses

Jonathan,

Following up on my message from yesterday, the production was shipped last night to your attention, and should be delivered this morning. A copy of the transmittal letter is attached.

Thanks,
Rodney

---

**From:** Miller, Rodney K.
**Sent:** Wednesday, February 07, 2007 02:13 PM
**To:** 'Jaffe, Jonathan'
**Cc:** cbailey@bpblaw.com; ftrammell@bpblaw.com; kj@kjensenlaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; lgornick@lskg-law.com; MPerrin@bpblaw.com; Pederson, Mike; Pennock, Paul; pschneider@gsnlaw.com; Schultz, Laurie; Kelber, Tamar B.
**Subject:** RE: Document Production Responses

Jonathan,

We will receive the production set from our vendor later today, and will FedEx it to you for tomorrow delivery. As for your question regarding metadata, the metadata for the documents produced will include control numbers identifying all of their attachments, including control numbers for attachments that are not produced at this time because they are in the process of being redacted.

Thanks,
Rodney

---

**From:** Jaffe, Jonathan [mailto:jjaffe@weitzlux.com]
**Sent:** Wednesday, February 07, 2007 09:48 AM
**To:** Miller, Rodney K.
**Cc:** cbailey@bpblaw.com; ftrammell@bpblaw.com; kj@kjensenlaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; lgornick@lskg-law.com; MPerrin@bpblaw.com; Pederson, Mike; Pennock, Paul; pschneider@gsnlaw.com; Schultz, Laurie; Kelber, Tamar B.
**Subject:** RE: Document Production Responses

Rodney,

I have not received the documents below yet. Do you have tracking numbers?

Also, I want to confirm again that listed in the metadata will be documents that are yet to be produced because they are in the process of being redacted.

Regards,
Jonathan Jaffe

**From:** Miller, Rodney K. [mailto:rkmiller@sidley.com]
**Sent:** Friday, February 02, 2007 4:00 PM
**To:** Jaffe, Jonathan
**Cc:** cbailey@bpblaw.com; ftrammell@bpblaw.com; kj@kjensenlaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; lgornick@lskg-law.com; MPerrin@bpblaw.com; Pederson, Mike; Pennock, Paul; pschneider@gsnlaw.com; Schultz, Laurie; Kelber, Tamar B.
**Subject:** RE: Document Production Responses

Jonathan,

Upon receipt of your response, we sent documents from the eight custodians previously identified to you to the vendor for immediate processing for production. You will receive the documents and related metadata (this production set contains approximately 270,000 pages of documents) on one or more hard drives by next week. The names of the eight custodians are as follows:

- Lisa Boornazian
- John Boorstein
- Kathryn Bradley
- Kim Busch
- Vikram Dev
- Kevin Hamill
- Karin Mueller
- Michael Murray

Thanks,
Rodney

**From:** Jaffe, Jonathan [mailto:jjaffe@weitzlux.com]
**Sent:** Friday, February 02, 2007 11:26 AM
**To:** Miller, Rodney K.
**Cc:** cbailey@bpblaw.com; ftrammell@bpblaw.com; kj@kjensenlaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; lgornick@lskg-law.com; MPerrin@bpblaw.com; Pederson, Mike; Pennock, Paul; pschneider@gsnlaw.com; Schultz, Laurie
**Subject:** RE: Document Production Responses

Rodney,

Based on our understanding that you either cannot get the Source Location, or cannot get it without extraordinary effort, we would like to start production. You may leave this field, blank, in the metadata.

Please let us know how soon we can expect files, and for which custodians.

Best regards,

Jonathan Jaffe

**From:** Miller, Rodney K. [mailto:rkmiller@sidley.com]
**Sent:** Thursday, February 01, 2007 2:00 PM
**To:** Jaffe, Jonathan
**Subject:** RE: Document Production Responses

Jonathan,

As I explained to you on the phone, during the course of drafting CMO2, we discussed with our vendor the metadata fields that would be available to us to produce. Although the source location was identified as an available field, it was not populated with data -- instead, information pertaining to the source is made available to you in the File Location and Source Name metadata fields. Accordingly, when documents are produced, the source location field will be blank (alternatively, we can drop that field from the metadata produced to you).

Please discuss with your team, and let me know if we can begin preparing documents for production under these parameters.

Thanks,
Rodney

> **From:** Jaffe, Jonathan [mailto:jjaffe@weitzlux.com]
> **Sent:** Thursday, February 01, 2007 7:01 AM
> **To:** Miller, Rodney K.
> **Subject:** RE: Document Production Responses
>
> Rodney,
>
> When do you think that you will know about #5?
>
> Thanks,
> Jonathan Jaffe
>
> **From:** Miller, Rodney K. [mailto:rkmiller@sidley.com]
> **Sent:** Tuesday, January 30, 2007 4:56 PM
> **To:** Jaffe, Jonathan
> **Subject:** RE: Document Production Responses
>
> Jonathan,
>
> Additional follow up. With respect to no. 4, a 7-Bit text file is a text file that results when a user opens a non-text document through a text application. For example, if someone opened a JPEG image file in Wordpad, Wordpad may be able to read some

text in the JPEG. If the user were to save the JPEG as a text file, the result is a 7-bit text file.

We're still looking into no. 5.

- Rodney

> **From:** Jaffe, Jonathan [mailto:jjaffe@weitzlux.com]
> **Sent:** Tuesday, January 30, 2007 3:35 PM
> **To:** Miller, Rodney K.
> **Subject:** RE: Document Production Responses
>
> Thank you Rodney. Only #4 and #5 are holding us up now.

>> **From:** Miller, Rodney K. [mailto:rkmiller@sidley.com]
>> **Sent:** Tuesday, January 30, 2007 4:26 PM
>> **To:** Jaffe, Jonathan
>> **Subject:** Document Production Responses
>>
>> Jonathan,
>>
>> The following provides a status on your questions from earlier today. I will update this e-mail, and provide you estimates on timing of production, as soon as I learn more.
>>
>> (1) Sample document AZ/SER 233. The attachment to this document was not produced as part of the sample production, but the control number for the document applies to an existing document that will be produced in the course of the production.
>>
>> (2) The 1/1/1801 date. This "date" is used as a default to indicate documents that do not have a date. This date typically applies to paper documents that lack a date printed on the page. Where portions of a date are available -- for example, the year -- that information will be included in the date field.
>>
>> (3) Sample document AZ/SER 474 is a paper document that was scanned. We will add to each document's control number a prefix of "E" for electronic document and "P" for paper document.
>>
>> (4) 7-Bit Text. This designation typically is given to simple text files. I am continuing to investigate to get a final answer, and will respond as soon as I know more.

7/23/2007

(5) Blank "location" field. As with no. 4, I am continuing to investigate, and will respond once I know more.

Thanks,

Rodney K. Miller
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853 6098
(312) 853 7036 FAX
rkmiller@sidley.com

```
Sidley Austin LLP mail server made the following annot
----------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.
that, unless expressly stated otherwise, any U.S. fede
communication, including attachments, was not intended
used, by any taxpayer for the purpose of avoiding any
taxpayer by the Internal Revenue Service.  In addition
to by other parties in promoting, marketing or recomme
investment plan or arrangement, then (i) the advice sh
with the promotion or marketing by others of the trans
communication and (ii) the taxpayer should seek advice
circumstances from an independent tax advisor.

**********************************************************
This e-mail is sent by a law firm and may contain info
If you are not the intended recipient, please delete t
immediately.

**********************************************************
Sidley Austin LLP mail server made the following annotation
----------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Tr
that, unless expressly stated otherwise, any U.S. federal t
communication, including attachments, was not intended or w
used, by any taxpayer for the purpose of avoiding any penal
taxpayer by the Internal Revenue Service.  In addition, if
to by other parties in promoting, marketing or recommending
investment plan or arrangement, then (i) the advice should
with the promotion or marketing by others of the transactio
communication and (ii) the taxpayer should seek advice base
circumstances from an independent tax advisor.

**********************************************************
This e-mail is sent by a law firm and may contain informati
If you are not the intended recipient, please delete the e-
immediately.

**********************************************************
Sidley Austin LLP mail server made the following annotations on
----------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasur
that, unless expressly stated otherwise, any U.S. federal tax ad
```

```
                    communication, including attachments, was not intended or writte
                    used, by any taxpayer for the purpose of avoiding any penalties
                    taxpayer by the Internal Revenue Service. In addition, if any s
                    to by other parties in promoting, marketing or recommending any
                    investment plan or arrangement, then (i) the advice should be co
                    with the promotion or marketing by others of the transaction(s)
                    communication and (ii) the taxpayer should seek advice based on
                    circumstances from an independent tax advisor.

                    **************************************************************
                    This e-mail is sent by a law firm and may contain information th
                    If you are not the intended recipient, please delete the e-mail
                    immediately.

                    **************************************************************

            Sidley Austin LLP mail server made the following annotations on 02/02
            ----------------------------------------------------------------------
            IRS Circular 230 Disclosure: To comply with certain U.S. Treasury reg
            that, unless expressly stated otherwise, any U.S. federal tax advice
            communication, including attachments, was not intended or written to
            used, by any taxpayer for the purpose of avoiding any penalties that
            taxpayer by the Internal Revenue Service. In addition, if any such t
            to by other parties in promoting, marketing or recommending any partn
            investment plan or arrangement, then (i) the advice should be constru
            with the promotion or marketing by others of the transaction(s) or ma
            communication and (ii) the taxpayer should seek advice based on the t
            circumstances from an independent tax advisor.

            **************************************************************
            This e-mail is sent by a law firm and may contain information that is
            If you are not the intended recipient, please delete the e-mail and a
            immediately.

            **************************************************************

      Sidley Austin LLP mail server made the following annotations on 02/08/07, 07:02
      ----------------------------------------------------------------------
      IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations,
      that, unless expressly stated otherwise, any U.S. federal tax advice contained
      communication, including attachments, was not intended or written to be used, a
      used, by any taxpayer for the purpose of avoiding any penalties that may be imp
      taxpayer by the Internal Revenue Service. In addition, if any such tax advice
      to by other parties in promoting, marketing or recommending any partnership or
      investment plan or arrangement, then (i) the advice should be construed as writ
      with the promotion or marketing by others of the transaction(s) or matter(s) ad
      communication and (ii) the taxpayer should seek advice based on the taxpayer's
      circumstances from an independent tax advisor.

      **************************************************************
      This e-mail is sent by a law firm and may contain information that is privilege
      If you are not the intended recipient, please delete the e-mail and any attachm
      immediately.

      **************************************************************

Sidley Austin LLP mail server made the following annotations on 02/21/07, 11:22:58:
----------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we in
that, unless expressly stated otherwise, any U.S. federal tax advice contained in th
```

communication, including attachments, was not intended or written to be used, and ca used, by any taxpayer for the purpose of avoiding any penalties that may be imposed taxpayer by the Internal Revenue Service. In addition, if any such tax advice is us to by other parties in promoting, marketing or recommending any partnership or other investment plan or arrangement, then (i) the advice should be construed as written i with the promotion or marketing by others of the transaction(s) or matter(s) address communication and (ii) the taxpayer should seek advice based on the taxpayer's parti circumstances from an independent tax advisor.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is sent by a law firm and may contain information that is privileged or If you are not the intended recipient, please delete the e-mail and any attachments immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*