US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number:  ____17.03____

6:06-md-01769-ACC-DAB

**In Re:  Seroquel Products Liability
Litigation**

Date Identified:
_____

Date Admitted:
_____

# Exhibit 17.03

# EXHIBIT 3

## Pederson, Mike

**From:** Miller, Rodney K. [rkmiller@sidley.com]
**Sent:** Tuesday, April 10, 2007 11:12 AM
**To:** Pederson, Mike
**Subject:** RE: Custodial File Production 1. Kevin Hamill

Mike,

We reviewed the documents below and note that, in converting these Excel spreadsheets to
TIFF, the resulting images do not fully recreate the native formatting for these documents.
We immediately contacted our vendor, and are working with them to obtain TIFF images that
will be more suitable to your review. We will respond shortly with our proposed solution.

Thanks,

Rodney K. Miller
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853 6098
(312) 853 7036 FAX
rkmiller@sidley.com

> **From:** Pederson, Mike [mailto:MPederson@weitzlux.com]
> **Sent:** Monday, April 09, 2007 5:06 PM
> **To:** Miller, Rodney K.
> **Subject:** Custodial File Production 1. Kevin Hamill
>
> Rodney, We are having a problem with viewing some of the files. Could you please "re-verify" the
> following files.
>
> Production 1. Kevin Hamill
>
> BATES NUMBER: AZSER0678314
>
> BATES NUMBER: AZSER0679480
>
> BATES NUMBER: AZSER0690864
>
> BATES NUMBER: AZSER0690861

```
Sidley Austin LLP mail server made the following annotations on 04/10/07, 10:12:14:
--------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we in
that, unless expressly stated otherwise, any U.S. federal tax advice contained in th
communication, including attachments, was not intended or written to be used, and ca
```

used, by any taxpayer for the purpose of avoiding any penalties that may be imposed
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is us
to by other parties in promoting, marketing or recommending any partnership or other
investment plan or arrangement, then (i) the advice should be construed as written i
with the promotion or marketing by others of the transaction(s) or matter(s) address
communication and (ii) the taxpayer should seek advice based on the taxpayer's parti
circumstances from an independent tax advisor.

*****************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or
If you are not the intended recipient, please delete the e-mail and any attachments
immediately.

*****************************************************************************************