US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number:  ___17.04___

6:06-md-01769-ACC-DAB

**In Re:  Seroquel Products Liability
Litigation**

Date Identified:
_____

Date Admitted:
_____

# Exhibit 17.04

# EXHIBIT 4

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

| | | | |
|---|---|---|---|
| STANLEY N. ALPERT * | STEVEN J. GERMAN††§ | DIANNE LE VERRIER | MICHAEL P. ROBERTS |
| BRYAN BELASKY | LAWRENCE GOLDHIRSCH ° * | JAMES C. LONG, JR. ** | CHRIS ROMANELLI †† |
| RUSSELL BOGART § | EDWARD J. HAHN* | VICTORIA MANIATIS †† | DAVID ROSENBAND |
| EDWARD S. BOSEK | CATHERINE HEACOX †† | RICHARD S. Mc GOWAN * ‡‡ ‡ | SHELDON SILVER* |
| JOHN M. BROADDUS ~ | RENEE L. HENDERSON** | C. SANDERS McNEW *ø | SANFORD SMOKLER § |
| DANIEL C. BURKE | MARIE I. IANNIELLO † | RICHARD MEADOW ** | FRANKLIN P. SOLOMON ¶ |
| PATTI BURSHTYN †† | ERIK JACOBS | WILLIAM J. NUGENT | BONNIE M. STEINWOLF |
| LISA NATHANSON BUSCH | EVAN M. JANUSH ‡ | MICHAEL E. PEDERSON | JAMES S. THOMPSON†† |
| | | | |
| DAVID A. CHANDLER | GARY R. KLEIN †† | PAUL J. PENNOCK ‡ | DOUGLAS D. von OISTE ‡ |
| | | | |
| EILEEN CLARKE | JERRY KRISTAL **‡ | STUART S. PERRY * | NICHOLAS WISE |
| THOMAS COMERFORD †† | RORY I. LANCMAN | G. RUSSELL RAGLAND ° ° | LAUREN WOLPINö |
| CHARLES M. FERGUSON | DEBBI LANDAU | ELLEN RELKIN * | ALLAN ZELIKOVIC |
| STUART R FRIEDMAN | ROBERTO LARACUENTE* | STEPHEN J. RIEGEL | GLENN ZUCKERMAN |

\*   Of Counsel
‡   Also admitted in CT
°   Also admitted in FL
‡‡ Also admitted in MA

††  Also admitted in NJ
§   Also admitted in DC
†   Also admitted in NJ and CT
**  Also admitted in NJ and PA
    Also admitted in NJ and DC
¶   Admitted only in NJ and PA
¤   Also admitted in VA and NJ
° °          Also admitted in DC
and TX
~           Also admitted in DC,
MD, PA and VA
ø   Also admitted in DC and VA
ö   Admitted only in CO

April 13, 2007

<u>Via Regular Mail:</u>
Mr. James J. Freebery
McCarter&English
Citizens Bank Building
919 North Market Street 18th Floor
Wilmington, DE 19801

Mr. James J. Freebery:

Plaintiffs have had several ongoing document production issues that need to be resolved before the next custodial documents are produced. Please review the issues outlined below and let us know of any solutions you can offer.

We are still having issues with the lack of page breaks in documents being produced to date. Jonathan Jaffe, from our IT unit has addressed these concerns with Mr. Rodney Miller. The lack of page breaks makes it problematic to conduct searches, for example "a document exceeding 22,000 pages that if we searched the text file for 'John Doe' and discovered 12 instances throughout the document, there is no way to tell which imaged page, i.e. Bates number stamped image, corresponds to the text found. Even in a 10 page document, given that you (AZ) can search the actual Word/Excel/Email and instantly know the page you are on, this constitutes an unreasonable burden on us." Mr. Jaffe offered Mr. Miller an off the shelf solution to the page break problem: "I do not know  your current process to generate the text files, but here's a recommendation that would make putting in the text page breaks trivial for all the document types. Windows has a Generic Text Printer driver. I spent this morning testing and confirming, but not only does it designate page breaks, it will do so consistent with how the document is printed/imaged to TIFF." Mr. Miller replied that by providing us with the extracted text and OCR text files, the documents are reasonably searchable. However, we disagree and we think the court might too.  Even with the extracted text and OCR text files this does not give us the corresponding Bates numbers for which the text can be found in the actual document. We believe

should not be happening.

Further, on April 9th an e-mail was sent to Mr. Miller inquiring about problems that we were having in viewing some files from Custodian File Production 1 for Kevin Hamill. Mr. Miller replied back that "in converting these Excel spreadsheets to TIFF, the resulting images do not fully recreate the native formatting for these documents." Because the images are not fully recreated to the native formatting we are losing information from the original documents. Mr. Miller said he would speak to your vendor and let us know what they said. Therefore, we are requesting an update on the status on how this problem might be resolved, and when we can expect the fully restored documents to be completed. We also need to know whether this Excel problem extends to other Excel documents from other custodians and if so, can you identify the Bates numbers of the documents affected?

In previous productions, documents were provided to us in a "lump sum" based on Bates Number. Per our IT department, a "lump sum" of documents is all documents provided in one folder. An Excel document with all the METADATA for each document was also provided. We had to match the documents with the METADATA by the Bates number. The meta-data provided to us in the same production had an attribute called SOURCE, which our IT department defined as "custodian source" for each file and based on the SOURCE, separated the file to specific custodians. However, there are often multiple names in the SOURCE attribute, which leads to confusion as to which custodian a particular file belongs to from the Bates Number. Is there a way to fix this?

On April 13th an e-mail was sent to Mr. Miller regarding the privilege log and several concerns that we had. Mr. Miller responded on April 16th, however, we still have further follow-up questions and concerns. In Mr. Miller's e-mail he states that "the SQIED prefix and the following number sequence is nothing more than a unique identifier for each document on the chart. As you state, it is similar to a Bates number. It does not, however, indicate a range of pages." We would like to understand why Bates numbers were not utilized when creating the privilege log? Were privilege documents pulled before or after being Bates numbered, and if they were pulled after receiving a Bates number, how would we know if a complete custodian production was provided to us?

Additionally, we have noticed several corrupted images including those around Bates #s: AZ-SER1214026, AZ-SER 1231409, AZ-SER 1253184. When viewing the file, all we are able to see is a dark line across a white background. Clearly, this is a problem.

Finally, missing meta-data has been noticed in the second production for folder AZSER1341934, in which 747 documents are located. Moreover, no information has been provided to which of the corresponding custodians these 747 files belong to. We need to know this information.

After you have had an opportunity to review the above issues, I would appreciate your thoughts on how to resolve these problems.

Sincerely,

Michael Pederson, esq.

# EXHIBIT 5

## Orelli, Jennifer

| | |
|---|---|
| **From:** | Freebery, James J. [JFreebery@McCarter.com] |
| **Sent:** | Thursday, April 19, 2007 9:51 AM |
| **To:** | Pederson, Mike |
| **Cc:** | Freebery, James J. |

**Subject:** Fw: Seroquel Plaintiffs Concerns in Custodial Production of Documents

Mike:

Received your letter. I will look into the issues and get back to you.
Jim

-----Original Message-----
From: Chiu, Yommy <YChiu@weitzlux.com>
To: Freebery, James J.
Sent: Wed Apr 18 18:10:32 2007
Subject: Seroquel Plaintiffs Concerns in Custodial Production of Documents

M <<Freebery.doc>> r. James Freebery, <<E-mail 1.pdf>>

Attached to t <<E-mail 2.pdf>> his e-mail is a le <<E-mail 3.pdf>> tter addressed and mailed to you today by
Michael Pederson, at Weitz&Luxenberg. I have also enclosed several past e-mails addressing the same
concerns Michael has raised in his letter to you.

Yommy Chiu
Weitz&Luxenberg
120 Wall Street
New York, NY 10005
Direct: 212-558-5919
Fax: 212-363-2721
YChiu@weitzlux.com

This email message from the law firm of McCarter & English, LLP is for the sole use of the
intended recipient(s)and may contain confidential and privileged information. Any unauthorized
review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please
contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the
original message.

*** eSafe scanned this email for malicious content ***
*** IMPORTANT: Do not open attachments from unrecognized senders   ***