US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number:  17.05

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified:

Date Admitted:

# Exhibit 17.05

# EXHIBIT 5

Orelli, Jennifer

From: Freebery, James J. [JFreebery@McCarter.com]
Sent: Thursday, April 19, 2007 9:51 AM
To: Pederson, Mike
Cc: Freebery, James J.
Subject: Fw: Seroquel Plaintiffs Concerns in Custodial Production of Documents

Mike:

Received your letter. I will look into the issues and get back to you.
Jim


-----Original Message-----
From: Chiu, Yommy <YChiu@weitzlux.com>
To: Freebery, James J.
Sent: Wed Apr 18 18:10:32 2007
Subject: Seroquel Plaintiffs Concerns in Custodial Production of Documents

M <<Freebery.doc>> r. James Freebery, <<E-mail 1.pdf>>

Attached to t <<E-mail 2.pdf>> his e-mail is a le <<E-mail 3.pdf>> tter addressed and mailed to you today by Michael Pederson, at Weitz&Luxenberg. I have also enclosed several past e-mails addressing the same concerns Michael has raised in his letter to you.


Yommy Chiu
Weitz&Luxenberg
120 Wall Street
New York, NY 10005
Direct: 212-558-5919
Fax: 212-363-2721
YChiu@weitzlux.com



This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email (or helpdesk@mccarter.com) and destroy all copies of the original message.

*** eSafe scanned this email for malicious content ***
*** IMPORTANT: Do not open attachments from unrecognized senders ***


7/11/2007