US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____17.06_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 17.06

# EXHIBIT 6

**Pederson, Mike**

| | |
|---|---|
| From: | Miller, Rodney K. [rkmiller@sidley.com] |
| Sent: | Thursday, April 19, 2007 5:25 PM |
| To: | Pederson, Mike |
| Cc: | Chiu, Yommy; Jaffe, Jonathan; awinchester@mccarter.com; jfreebery@mccarter.com; Raven, Marc E.; Kelber, Tamar B. |
| Subject: | RE: Image issues |

Mike,

After review, the three documents you've identified below are .gif or .jpg images that either are pictures that make up part of a signature block, or are background images to an e-mail, but that were severed from their parent documents by our vendor when pulled from custodians' files. The first document is a picture of the word "Seroquel" that is part of a signature block. The second document is a color background to an e-mail. The third document is, like the first, part of a signature block. The third document is 49 pages long, however, because it is an animated picture that contains 49 frames, each of which was captured as a separate page in the document.

Thanks,

Rodney K. Miller
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853 6098
(312) 853 7036 FAX
rkmiller@sidley.com

> From: Pederson, Mike [mailto:MPederson@weitzlux.com]
> Sent: Thursday, April 19, 2007 2:27 PM
> To: Miller, Rodney K.
> Cc: Chiu, Yommy; Jaffe, Jonathan
> Subject: Image issues
>
> Rodney, In the 2nd production for Lisa Boornazian we found in folder AZ/SER 0752206, and in the last folder AZ-SER1253919 for Lisa, that most of the documents have either just the word "Seroquel" or just their "Bates Number." on a document. There were also several documents - all 49 pages that show nothing but a black star, or part of a star for all 49 pages. I am providing below several examples of these problems
>
> An example of a document with just "Seroquel" is AZSER 1256671.

7/23/2007

An example of a document with just a "Bates Number" is AZSER 1255035.

An example of the 49-page document is AZSER 1256573.

Please advise of the results of your investigation.

```
Sidley Austin LLP mail server made the following annotations on 04/19/07, 16:24:17:
--------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we in
that, unless expressly stated otherwise, any U.S. federal tax advice contained in th
communication, including attachments, was not intended or written to be used, and ca
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is us
to by other parties in promoting, marketing or recommending any partnership or other
investment plan or arrangement, then (i) the advice should be construed as written i
with the promotion or marketing by others of the transaction(s) or matter(s) address
communication and (ii) the taxpayer should seek advice based on the taxpayer's parti
circumstances from an independent tax advisor.

*************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or
If you are not the intended recipient, please delete the e-mail and any attachments
immediately.


*************************************************************************************
```