# EXHIBIT 9

Fw: Document Production Problems Page 2 of 2

Orelli, Jennifer

| | |
|---|---|
| From: | Freebery, James J. [JFreebery@McCarter.com] |
| Sent: | Monday, May 21, 2007 9:12 PM |
| To: | Pederson, Mike; tomp@lpm-triallaw.com |
| Cc: | Winchester, Tony; Dupre, Andrew; Freebery, James J. |
| Subject: | Fw: Document Production Problems |

Mike:

Just received your letter. I am happy to discuss these and any other issues concerning Defendant's document production at your convenience. I suggest - as we agreed to during our meet-and-confer on Tuesday and as I confirmed in my follow-up e-mail from Wenesday - that we set up the sit-down between Tom Pirtle's assistant (Chuck, I think he mentioned), plaintiff's IT guy and anyone else you wish to attend, and my colleague Andrew Dupre with our IT specialist. I understood that Tom's office was to contact me to schedule such meeting. This Thursday may work for our side; but we are amenable to other dates in the near future as your schedule permits. Perhaps we can discuss further in Florida tomorrow.

Safe travels,
Jim


-----Original Message-----
From: Orelli, Jennifer <Jorelli@weitzlux.com>
To: Freebery, James J.
Sent: Mon May 21 16:33:28 2007
Subject: Document Production Problems

D <<5-Digita.pdf>> ear Mr. Freebery:

Attached please find correspondence from Michael Pederson of Weitz & Luxenberg, P.C. Said correspondence was also sent via regular mail today.

Should you have any questions, please do not hesitate to contact the undersigned.

Thank you,
Jennifer Orelli, Legal Assistant to
Michael E. Pederson
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, NY 10038
P - (212) 558-5630
F - (212) 363-2721
E - jorelli@weitzlux.com


This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email (or helpdesk@mccarter.com) and destroy all copies of the original message.

*** eSafe scanned this email for malicious content ***

7/11/2007