US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: ___17.10___

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 17.10

# EXHIBIT 10

**Orelli, Jennifer**

| | |
|---|---|
| From: | Freebery, James J. [JFreebery@McCarter.com] |
| Sent: | Thursday, May 24, 2007 5:53 PM |
| To: | Pederson, Mike; tomp@lpm-triallaw.com; AngelaR@lpm-triallaw.com |
| Cc: | Pennock, Paul; Freebery, James J.; Lyseight, Jo Ann |
| Subject: | Re: Seroquel - Meet-and-confer |

Thanks Mike. I'll circulate to our IT people and vendor. I'll make sure we do everything we can to resolve all the issues that we can. Please let me know if you have anything additional in advance of next week's meet and confer. Again, good weekend if i don't talk to you.

-----Original Message-----
From: Pederson, Mike <MPederson@weitzlux.com>
To: Freebery, James J.; tomp@lpm-triallaw.com <tomp@lpm-triallaw.com>; AngelaR@lpm-triallaw.com <AngelaR@lpm-triallaw.com>
CC: Pennock, Paul <PPennock@weitzlux.com>
Sent: Thu May 24 17:41:04 2007
Subject: RE: Seroquel - Meet-and-confer

Jim,

Here is a list of technical issues that must be resolved. Please note, as I explained to you earlier, this list is not all inclusive. Moreover, some of these issues were raised as far back as December of 2006. Note we are still seeking a resolution of these problems. It is our position that corrections need to be made to prior productions, not just on an on going basis. Here are some of the more pressing needs:

1.) We need to receive corrected load files.

2.) Bates numbers should have no extraneous dashes, slashes, spaces, or characters.

3.) We need page breaks in the extracted text. The following is a sampling of the size of the documents we are receiving, and without page breaks it makes it next to impossible to do a search:

a. 42% of all documents are more than 10 pages (112,539 documents out of 270,463 in the first 9 productions)

b. 7.5% of all documents are greater than 50 pages (20,397 documents)

c. 3% of all documents are greater than 100 pages (7,575 documents)

d. 0.41% of all documents are greater than 500 pages (1,105 documents)

4.) We need to proof the .dat files before defendants give them to us. IP4 & IP5 had swapped fields for example.

5.) We need replacement images for all Excel spreadsheets, due to issue noted by Rodney Miller on April 10th.

6.) As previously promised by defendants, we want proper Bates numbers for the documents in the first privilege log and all subsequent logs.

7.) We need clear, consistent designation of Source (custodian) – who is the custodian, primary, and secondary.

8.) We are entitled to page level redaction information.

9.    9.) We want the defendant's objective coding for OCR'd and other documents.

10.) We need information on load file for IP7 where the custodians were not designated on Drive #2 data.dat.

11.) Need information on the folder in IP10 titled "Remaining non-produced 04290."

12.) We have missing information.

13.) Overdue privilege logs.

-----Original Message-----
From: Freebery, James J. [mailto:JFreebery@McCarter.com]
Sent: Thursday, May 24, 2007 1:49 PM
To: Pennock, Paul; Pederson, Mike
Cc: Winchester, Tony; tomp@lpm-triallaw.com; cbailey@bpblaw.com; Dupre, Andrew; Freebery, James J.
Subject: Re: Seroquel - Meet-and-confer

Nah. That works. See you there and then.

-----Original Message-----
From: Pennock, Paul <PPennock@weitzlux.com>
To: Freebery, James J.; Pederson, Mike <MPederson@weitzlux.com>
CC: Winchester, Tony; Tomp@lpm-triallaw.com <Tomp@lpm-triallaw.com>; cbailey@bpblaw.com <cbailey@bpblaw.com>; Dupre, Andrew
Sent: Thu May 24 12:45:21 2007
Subject: RE: Seroquel - Meet-and-confer

Meeting will be held at my offices at 180 Maiden Lane, NYC, 17th Fl. Let's start at 10, unless a later start is better for you.

-----Original Message-----
From: Freebery, James J. [mailto:JFreebery@McCarter.com]
Sent: Thursday, May 24, 2007 12:33 PM
To: Pederson, Mike
Cc: Winchester, Tony; Tomp@lpm-triallaw.com; Pennock, Paul; cbailey@bpblaw.com; Dupre, Andrew
Subject: Seroquel - Meet-and-confer

I write as a follow-up to our call this morning and confirm that you are going to provide me today with a list of Plaintiff's outstanding issues with Defendant's document production. I also understand that, while you will do you best to include every concern Plaintiffs currently have with the production, that you may need to supplement your list after talking with Tom Pirtle. I ask that you or Tom promptly supplement the list so that we can fully comply with Judge Baker's Order and so both sides can adequately address all of the issues at a sit-down meet-and-confer next week.

With regards to the sit-down, please do your best to make sure that all the necessary parties on Plaintiffs side can attend. I will do the same for Defedants. A preliminary check of my calendar reveals that Wednesday, Thursday morning and Friday would work best. Tuesday could also work though I would prefer to set that time aside so that my team can discuss and and attempt to troubleshoot your issue list in advance of the meet-and-confer, providing a more meaningful sit-down. We can do Wilmington, Philadelphia or New York - whichever works better for all involved.

7/11/2007

Thanks in advance for workin together on this. I look forward to your list. If I don't speak to you beforehand, have a good holiday weekend.

Jim

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.