US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____18_____

6:06-md-01769-ACC-DAB

In Re: Seroquel Products Liability Litigation

Date Identified: _____

Date Admitted: _____

# Exhibit 18

Confidential - Ann V. Booth-Barbarin

Page 1

IN THE SUPERIOR COURT
OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY
- - -

IN RE:
SEROQUEL LITIGATION   : MDL NO. 1769
                      :
THIS DOCUMENT RELATES :
TO ALL ACTIONS        :
------------------------------------------
IN RE:                : SUPERIOR COURT
RISPERDAL/SEROQUEL/   : OF NEW JERSEY
ZYPREXA LITIGATION    : LAW DIVISION
                      : MIDDLESEX COUNTY
                      : CASE NO. 274.
------------------------------------------
AIMEE DANIELS,        : IN THE CIRCUIT
                      : COURT OF THE
        V.            : COUNTY OF ST. LOUIS
                      : STATE OF
ASTRAZENECA           : MISSOURI
PHARMACEUTICALS, L.P. : 05CC-004759
ET AL.                : DIVISION 6
------------------------------------------
SANTOS MALDANADO,     : IN THE CIRCUIT
minor, by and through : COURT OF THE
his natural mother    : COUNTY OF ST. LOUIS
and next friend,      : STATE OF
LOUISE WILSON         : MISSOURI
        V.            : 06CC-003930
JANSSEN PHARMACEUTICA : DIVISION 6
L.P., ET AL.          :
            - - -
         C O N F I D E N T I A L
            - - -
           May 14, 2007
            - - -

     Videotaped deposition of Ann V.
Booth-Barbarin, held at the Four Seasons,
One Logan Square, Philadelphia,
Pennsylvania 19103 before Linda L.
Golkow, Registered Diplomate Reporter,
Certified Shorthand Reporter.
            - - -
       Golkow Technologies, Inc.
    1880 John F. Kennedy Boulevard
     Philadelphia, Pennsylvania  19103

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Ann V. Booth-Barbarin

Page 2

```
 1
 2   LENA BARNETT, minor,      : IN THE CIRCUIT
     by and through her        : COURT OF THE
 3   natural mother and        : COUNTY OF ST. LOUIS
     next friend,              : STATE OF
 4   MARY BARNETT              : MISSOURI
             V.                : 06CC-000333
 5   JANSSEN PHARMACEUTICA     : DIVISION 6
     L.P, ET. AL.              :
 6   ----------------------------------------
     LOIS BAER, as             : IN THE CIRCUIT
 7   Representative of the     : COURT OF THE
     Estate of MATTHEW         : COUNTY OF ST. LOUIS
 8   BAER, Deceased            : STATE OF
             V.                : MISSOURI
 9   JANSSEN PHARMACEUTICA     : 06CC-002401
     L.P, ET. AL.              : DIVISION 6
10   ----------------------------------------
     TERRY STRINGER            : IN THE CIRCUIT
11                             : COURT OF THE
             V.                : COUNTY OF ST. LOUIS
12                             : STATE OF
     JANSSEN PHARMACEUTICA     : MISSOURI
13   L.P, ET. AL.              : 06CC-002173
                               : DIVISION 6
14   ----------------------------------------
     STEPHEN ROSAS             : IN THE CIRCUIT
15                             : COURT OF THE
             V.                : COUNTY OF ST. LOUIS
16                             : STATE OF
     ASTRAZENECA               : MISSOURI
17   PHARMACEUTICALS,          : 05CC-004755
     L.P., ET.AL.              : DIVISION 6
18   ----------------------------------------
     PAMELA MOORE,             : IN THE CIRCUIT
19                             : COURT OF THE
             V.                : COUNTY OF ST. LOUIS
20                             : STATE OF
     JANSSEN PHARMACEUTICA     : MISSOURI
21   L.P, ET. AL.              : 05CC-006375
                               : DIVISION 6
22   ----------------------------------------
23
24
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Ann V. Booth-Barbarin

Page 3

```
 1   KATHRYN SCHULTZ,         : SUPERIOR COURT OF
     ET. AL.                  : THE STATE OF
 2                            : CALIFORNIA IN AND
            V.                : FOR THE COUNTY OF
 3                            : SAN FRANCISCO
     ASTRAZENECA              : CGC-06-453676
 4   PHARMACEUTICALS,         :
     L.P., ET.AL.             :
 5   ------------------------------------------
                        - - -
 6

 7              Videotaped deposition of Ann

 8   Booth-Barbarin, held at the Four Seasons,

 9   One Logan Square, Philadelphia,

10   Pennsylvania 19103, commencing at 11:06

11   a.m., on the above date, before Linda L.

12   Golkow, Registered Diplomate Reporter,

13   Certified Shorthand Reporter and Notary

14   Public.

15                      - - -

16

17

18

19

20

21

22

23

24
```

Confidential - Ann V. Booth-Barbarin

Page 4

```
 1   A P P E A R A N C E S:

 2


 3   WEITZ & LUXENBERG, P.C.
     BY:  PAUL J. PENNOCK, ESQUIRE
 4   One Maiden Lane
     New York, New York 10038
 5   Ppennock@weitzlux.com
     212.558.5500
 6   Representing Plaintiffs


 7


 8
     BLIZZARD MCCARTHY & NABERS
 9   BY: EDWARD BLIZZARD, ESQUIRE
     440 Louisiana - Suite 1710
10   Houston, Texas 77002
     Eblizzard@blizzardlaw.com
11   Hwheeler@blizzardlaw.com
     713.844.3750
12   Representing Plaintiffs


13


14


15   LAMINACK PIRTLE & MARTINES
     BY: THOMAS W. PIRTLE, ESQUIRE
16   440 Louisiana - Suite 1250
     Houston, Texas  77002
17   713.292.2750
     Representing Plaintiffs
18


19


20   SHELLER LUDWIG & SHELLER, PC
     BY:   BY:  THOMAS E. MELLON, III, ESQUIRE
21   3rd Floor - 1528 Walnut Street
     Philadelphia, Pennsylvania  19102
22   215-790-7300
     tmellon@sheller.com
23   Representing Plaintiffs in New Jersey

24
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Ann V. Booth-Barbarin

Page 5

```
 1   A P P E A R A N C E S:

 2


 3   DECHERT, LLP
     BY:  THOMAS MUNNO, ESQUIRE
 4   30 Rockefeller Plaza
     New York, New York 10112-2200
 5   Thomas.munno@dechert.com
     Representing AstraZeneca
 6


 7
     DECHERT LLP
 8   BY: COLLEEN CASEY VOSHELL, ESQUIRE
     2929 Arch Street
 9   Cira Center
     Philadelphia, Pennsylvania 19104
10   Colleen.voshell@dechert.com
     215.994.2523
11   Representing AstraZeneca

12


13   PEPPER HAMILTON LLP
     BY:  MATTHEW J. HAMILTON, ESQUIRE
14   3000 Two Logan Square
     18th and Arch Streets
15   Philadelphia, Pennsylvania  19103
     215-981-4781
16   Hamiltonm@pepperlaw.com
     Representing Eli Lilly & Company
17


18              - - -

19   A L S O  P R E S E N T:

20
             BAILEY PERRIN BAILEY
21           Rhonda Radliff

22
             WEITZ LUXENBERG
23           Yommy Chiu

24              - - -
```

Confidential - Ann V. Booth-Barbarin

Page 6

```
 1                    - - -

 2                  I N D E X

 3   WITNESS                              PAGE NO.

 4   ANN BOOTH-BARBARIN

 5        By Mr. Pennock                     14

 6        By Mr. Blizzard                   158

 7                    - - -

 8                 E X H I B I T S

 9
     NO.             DESCRIPTION         PAGE NO.
10

11   Booth-          AstraZeneca Annual     37
     Barbarin-1      Report and Form-20F
12                   Information 2004

13   Booth-          Organizational         60
     Barbarin-2      Chart
14
     Booth-          Organizational         66
15   Barbarin-3      Chart

16   Booth-          AstraZeneca US         69
     Barbarin-4      Ownership 100%
17                   Unless Otherwise
                     Noted - March 1,
18                   2007

19   Booth-          AstraZeneca US         71
     Barbarin-5      Ownership 100%
20                   Unless Otherwise
                     Noted - March 1,
21                   2007

22   Booth-          Zeneca, Inc.           71
     Barbarin-6      Organization Chart
23                   - Maqrch 3, 1997

24
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Page 7

| # | Exhibit | Description | Page |
|---|---|---|---|
| 1, 2, 3 | Booth-Barbarin-7 | Restructuring of AstraZeneca US Structure as of 1/1/01 | 72 |
| 3, 4 | Booth-Barbarin-8 | Resume of Ann v. Booth-Barbarin | 82 |
| 5, 6 | Booth-Barbarin-9 | Zeneca Holdings, Inc. Structure 2.3.97 | 103 |
| 7, 8 | Booth-Barbarin-10 | Zeneca Holdings, Inc. Structure 2.3.97 | 104 |
| 9, 10 | Booth-Barbarin-11 | Zeneca Inc. Organization Chart 3.3.97 | 104 |
| 11, 12 | Booth-Barbarin-12 | Zeneca, Inc. Organization Chart 12/1994 | 105 |
| 13, 14, 15 | Booth-Barbarin-13 | Zeneca, Holdings Inc. & Affiliates Organization Chart November, 1995 | 105 |
| 16 | Booth-Barbarin-14 | Letter, Bates Nos. AZ/SER 0003530 | 114 |
| 17 | Booth-Barbarin-15 | List of Officers | 119 |
| 18, 19 | Booth-Barbarin-16 | List of Officers | 124 |

Confidential - Ann V. Booth-Barbarin

Page 9

1          MR. PIRTLE: Tom Pirtle for
2  plaintiffs.
3          MR. HAMILTON: Matt
4  Hamilton, Pepper Hamilton,
5  Philadelphia, Eli Lilly & Company.
6          MS. VOSHELL: Colleen Casey
7  Voshell from Dechert for the
8  AstraZeneca defendants.
9          MR. MUNNO: Thomas Munno,
10 Dechert for AstraZeneca
11 defendants.
12         THE VIDEOTAPE TECHNICIAN:
13 Thank you.
14         Will the court reporter
15 please swear in the witness.
16         - - -
17         ANN BOOTH-BARBARIN,
18         after having been duly
19 sworn, was examined and testified
20 as follows:
21         - - -
22         THE VIDEOTAPE TECHNICIAN:
23 You may proceed.
24         MR. MUNNO: Before we get

Confidential - Ann V. Booth-Barbarin

Page 10

1  started, I have a care package for
2  you.
3        MR. PENNOCK:  Okay.
4        MR. MUNNO:  Essentially,
5  what they are are organization
6  charts showing corporate
7  relationships for different days.
8  And let me just tell you what they
9  are.  There's a corporate org
10 chart for AztraZeneca US dated
11 March 1, 2007.
12       MR. PENNOCK:  And is there
13 some reason you couldn't get these
14 to me before right now?
15       MR. MUNNO:  We've been
16 working pretty hard to get all of
17 them for you.
18       MR. PENNOCK:  Right now.  I
19 tell you, you must be pretty busy
20 if you can't put these together
21 before this morning, but that's
22 all right, we'll be back here
23 Friday.
24       MR. MUNNO:  Well, if you

Confidential - Ann V. Booth-Barbarin

Page 11

```
 1      want me to take it back and not
 2      give it to you, then we won't --
 3             MR. PENNOCK:  We'll be back
 4      here Friday.
 5             MR. MUNNO:  We won't do it.
 6             MR. PENNOCK:  No, I'm just
 7      going to make a record so I can
 8      talk to the magistrate --
 9             MR. MUNNO:  I understand.
10             MR. PENNOCK:  -- that this
11      is the kind of conduct that we've
12      been dealing with for months, and
13      we're not going to continue to
14      deal with it.  So, I would
15      strongly suggest you not continue
16      to do it.  That's all right.
17      We'll come back on Friday, but,
18      yes, let me just --
19             MR. MUNNO:  I'm going to
20      give you the package.  I'm not
21      going to get into an argument with
22      you, Paul.  I disagree with both
23      the substance of your comments and
24      the tenor of your voice, and I
```

Confidential - Ann V. Booth-Barbarin

Page 12

1    won't reciprocate.
2           MR. PENNOCK: Nobody likes
3    the tenor of my voice.
4           MR. MUNNO: Also, an org
5    chart, Zeneca US premerger, April
6    5th, 1999. Org chart Astra US
7    premerger April 5th, 1999.
8    Astra-Zeneca US as of April 6th,
9    1999.
10          A document called "Operating
11   structure."
12          A document called
13   "Restructuring of AstraZeneca US
14   structure as of 11/1/01."
15          Document also showing an org
16   chart, corporate org chart, Zeneca
17   Holdings, Inc. and affiliates
18   organization chart, November of
19   1995.
20          MR. PENNOCK: Tom --
21          MR. MUNNO: Yes.
22          MR. PENNOCK: -- do you
23   intend to read every one of those
24   documents?

1        MR. MUNNO:  No, I'm almost
2    done.  I'm almost done.
3        Zeneca Inc. organization
4    chart dated December, 1994.
5        Imperial Chemical Industries
6    PLC organization chart.  There are
7    two of those.
8        Then there are additional
9    Zeneca Inc. organizational charts
10   in 1997.
11       I've also brought with me
12   annual reports and other
13   information that show who the
14   officers and directors are of the
15   companies on the organizational
16   charts.  Most of these are public
17   documents, but not all of them,
18   but to the extent you wanted the
19   names of officers and directors,
20   they are on the documents.
21       (Handing over documents.)
22       MR. PENNOCK:  May I proceed?
23       MR. MUNNO:  You may.
24            - - -

Confidential - Ann V. Booth-Barbarin

Page 60

1    MR. PENNOCK: Let's mark
2    this as Exhibit 2 to the
3    deposition.
4              - - -
5    (Whereupon, Deposition
6    Exhibit Booth-Barbarin-2,
7    Organizational Chart, was marked
8    for identification.)
9              - - -
10   BY MR. PENNOCK:
11       Q.   We've marked as Exhibit 2
12   the deposition chart that your counsel
13   provided to us earlier today.
14       A.   Uh-huh.
15       Q.   And that's a corporate
16   organizational chart for what?
17       A.   It shows kind of the parent
18   corporation and then the holdings within
19   the U.S.
20       Q.   Okay.
21       A.   Not between the parent and
22   the first U.S. entity, which was AZ
23   American -- I'm sorry, ICI American
24   Holdings Inc. So, there's entities above

```
 1    that, but it's just not shown on the
 2    chart.
 3           Q.    I see.
 4                 And would there be a chart
 5    that existed which would show that?
 6           A.    Yes.
 7           Q.    Okay.
 8                 So, what would we call that
 9    chart?  What would --
10                 That other chart that we
11    don't have, what's it called?
12           A.    It would just -- it's no
13    magic name, it's an organizational chart.
14           Q.    For?
15           A.    That would show the holdings
16    between PLC and ICI American Holdings.
17                 MR. MUNNO:  Yes, and we'll
18           endeavor --
19    BY MR. PENNOCK:
20           Q.    Between those two entities?
21           A.    Yeah, between the two.
22                 MR. MUNNO:  We'll endeavor
23           to find that chart.
24    BY MR. PENNOCK:
```

Confidential - Ann V. Booth-Barbarin

Page 62

1        Q.    And on that chart, we're
2   likely to find the entity that would have
3   also been involved in research and
4   development during those years that I
5   mentioned in the early '90s with ICI
6   America, Inc.?
7        A.    Yes.
8        Q.    Okay.
9              So, between the chart that
10  we just marked as Exhibit 2 and the chart
11  that we are going to make an effort to
12  find, we'll know what entity -- we'll
13  have the names of all the entities that
14  may have been involved in research and
15  development for Seroquel?
16       A.    You won't necessarily have
17  all of the entities.
18       Q.    Okay.
19       A.    You'll have a chart that
20  shows you ICI American Holdings up to its
21  parent corporation in a direct ownership
22  chain.  It's a multinational --
23       Q.    No, that's fine.  I'm just
24  trying to follow you.

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Ann V. Booth-Barbarin

Page 63

```
 1       A.   -- company.  And it has
 2  entities around the patch, and they don't
 3  necessarily all go into ownership into
 4  the U.S.  And so if there are other
 5  entities that do research and
 6  development, they wouldn't necessarily be
 7  on ownership, because they may not be an
 8  owner up through the U.S. chain.
 9       Q.   Okay.  Gotcha.
10            This Exhibit 2, what time
11  period does this org chart cover?
12       A.   The date on the bottom is
13  3/85.
14       Q.   March '85.
15            And do you have any
16  knowledge as to whether it changed
17  between then and, let's say, 1993?
18       A.   Absolutely changed.
19       Q.   Absolutely changed?
20       A.   Absolutely.
21       Q.   And do you have any --
22            Have you seen or has anyone
23  shown you any charts that are different
24  than this one that showed the changes
```

Confidential - Ann V. Booth-Barbarin

Page 64

1   from 1985 to 1993?

2         A.    I'm --

3         Q.    I'm just trying to see, I've
4   been given Exhibit 2, and I'm wondering
5   if you have had an opportunity to see
6   other charts for the time period that I'm
7   referencing?

8         A.    I mean, I went through my
9   chart folder, and I just tried to kind of
10  give representative status of corporate
11  structure in the U.S., you know, picking
12  them throughout time between '86 and
13  today, and I just pulled these together,
14  but I didn't really kind of scrutinize to
15  see if I have every single chart.  So,
16  it's possible that I have other charts.
17              Again, we would try to do
18  these charts when there was significant
19  changes.  So, I may have charts in my
20  files, I may be able to get access to
21  charts, but we did these as, again, the
22  name change.  For example, ICI Americas
23  changed its name.  That was definitely a
24  change between this chart and 1993.

Confidential - Ann V. Booth-Barbarin

Page 65

1   So -- and it is possible that some of
2   these entities may have changed names or
3   may have done other things, and so we
4   would have that, because I would have, to
5   the extent they are in the U.S., would
6   have been somewhat involved.
7          Q.    And so you may have some of
8   these other charts that an additional
9   search might reveal, right?
10         A.    Uh-huh.
11         Q.    And is there anyone else
12  that might have other charts that you
13  could identify who we could ask to take a
14  look for those other charts?
15         A.    I think that the tax group
16  might have other charts as well.
17         Q.    Okay.
18             MR. MUNNO:  With your
19         permission, Paul, I would like to
20         put in front of the witness an org
21         chart for ICI American Holdings
22         dated July '92.  I'll give it to
23         you instead.
24             MR. PENNOCK:  Let's mark