US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____19_____

6:06-md-01769-ACC-DAB

**In Re:  Seroquel Products Liability
Litigation**

Date Identified:

_____

Date Admitted:

_____

# Exhibit 19

Confidential - Alfred Paulson

Page 1

IN THE SUPERIOR COURT
OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

- - -

IN RE:
SEROQUEL LITIGATION  : MDL NO. 1769
                     :
THIS DOCUMENT RELATES:
TO ALL ACTIONS       :
-------------------------------------------
IN RE:               : SUPERIOR COURT
RISPERDAL/SEROQUEL/  : OF NEW JERSEY
ZYPREXA LITIGATION   : LAW DIVISION
                     : MIDDLESEX COUNTY
                     : CASE NO. 274
-------------------------------------------
AIMEE DANIELS,       : IN THE CIRCUIT
                     : COURT OF THE
        V.           : COUNTY OF ST. LOUIS
                     : STATE OF
ASTRAZENECA          : MISSOURI
PHARMACEUTICALS, L.P.: 05CC-004759
ET AL.               : DIVISION 6
-------------------------------------------
SANTOS MALDANADO,    : IN THE CIRCUIT
minor, by and through: COURT OF THE
his natural mother   : COUNTY OF ST. LOUIS
and next friend,     : STATE OF
LOUISE WILSON        : MISSOURI
        V.           : 06CC-003930
JANSSEN PHARMACEUTICA: DIVISION 6
L.P., ET AL.         :

- - -

June 20, 2007

- - -

C O N F I D E N T I A L

- - -

30(b)(6) deposition of ASTRAZENECA
PHARMACEUTICALS, L.P., by and through
ALFRED PAULSON.

- - -

Golkow Technologies, Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, Pennsylvania  19103
877.370.3377

Confidential - Alfred Paulson

Page 2

```
 1    LENA BARNETT, minor,  : IN THE CIRCUIT
      by and through her    : COURT OF THE
 2    natural mother and    : COUNTY OF ST. LOUIS
      next friend,          : STATE OF
 3    MARY BARNETT          : MISSOURI
              V.            : 06CC-000333
 4    JANSSEN PHARMACEUTICA : DIVISION 6
      L.P., ET. AL.         :
 5    - - - - - - - - - - - - - - - - - - - - - - - - - - -
      LOIS BAER, as         : IN THE CIRCUIT
 6    Representative of the : COURT OF THE
      Estate of MATTHEW     : COUNTY OF ST. LOUIS
 7    BAER, Deceased        : STATE OF
              V.            : MISSOURI
 8    JANSSEN PHARMACEUTICA : 06CC-002401
      L.P., ET. AL.         : DIVISION 6
 9    - - - - - - - - - - - - - - - - - - - - - - - - - - -
      TERRY STRINGER        : IN THE CIRCUIT
10                          : COURT OF THE
              V.            : COUNTY OF ST. LOUIS
11                          : STATE OF
      JANSSEN PHARMACEUTICA : MISSOURI
12    L.P., ET. AL.         : 06CC-002173
                            : DIVISION 6
13    - - - - - - - - - - - - - - - - - - - - - - - - - - -
      STEPHEN ROSAS         : IN THE CIRCUIT
14                          : COURT OF THE
              V.            : COUNTY OF ST. LOUIS
15                          : STATE OF
      ASTRAZENECA           : MISSOURI
16    PHARMACEUTICALS,      : 05CC-004755
      L.P., ET. AL.         : DIVISION 6
17    - - - - - - - - - - - - - - - - - - - - - - - - - - -
      PAMELA MOORE,         : IN THE CIRCUIT
18                          : COURT OF THE
              V.            : COUNTY OF ST. LOUIS
19                          : STATE OF
      JANSSEN PHARMACEUTICA : MISSOURI
20    L.P., ET. AL.         : 05CC-006375
                            : DIVISION 6
21    - - - - - - - - - - - - - - - - - - - - - - - - - - -
22
23
24
```

Confidential - Alfred Paulson

Page 3

```
 1   KATHRYN SCHULTZ,       : SUPERIOR COURT OF

     ET. AL.                : THE STATE OF

 2                          : CALIFORNIA IN AND

           V.               : FOR THE COUNTY OF

 3                          : SAN FRANCISCO

     ASTRAZENECA            : CGC-06-453676

 4   PHARMACEUTICALS,       :

     L.P., ET. AL.          :

 5   - - - - - - - - - - - - - - - - - - - - - - - - - - -

 6

 7          30(b)(6) deposition of ASTRAZENECA

 8   PHARMACEUTICALS, L.P., by and through

 9   ALFRED PAULSON, taken pursuant to notice,

10   was held at the Four Seasons Hotel, One

11   Logan Square, Philadelphia, Pennsylvania

12   19103 commencing at 9:05 a.m., on the

13   above date, before Linda Rossi Rios, RPR,

14   CSR and Notary Public.

15                   -   -   -

16

17

18

19

20

21

22

23

24
```

Confidential - Alfred Paulson

Page 4

```
 1   A P P E A R A N C E S :
 2
 3        CRUSE, SCOTT, HENDERSON & ALLEN,
          LLP
 4        BY:  T. SCOTT ALLEN, JR., ESQUIRE
          7th Floor
 5        2777 Allen Parkway
          Houston, Texas 77019-2133
 6        (713) 650-6600
          sallen@crusescott.com
 7        Counsel for the Plaintiffs
 8
          LAMINACK, PIRTLE & MARTINES, LLP
 9        BY:  THOMAS W. PIRTLE, ESQUIRE
          440 Louisiana, Suite 1250
10        Houston, Texas 77002
          (713) 292-2750
11        tomp@lpm-traillaw.com
          Counsel for the Plaintiffs
12
13        PEPPER HAMILTON LLP
          BY:  ALLYSON LANE BACCINI, ESQUIRE
14        3000 Two Logan Square
          18th and Arch Streets
15        Philadelphia, Pennsylvania  19103
          (215) 981-4781
16        baccinia@pepperlaw.com
          Counsel for Eli Lilly & Co.
17
18        BAKER BOTTS LLP
          BY:  RICHARD L. JOSEPHSON, ESQUIRE
19             and
               ELIZABETH EVE BAKER, ESQUIRE
20        One Shell Plaza
          910 Louisiana
21        Houston, Texas 77002
          (713) 229-1234
22        richard.josephson@bakerbotts.com
          elizabeth.baker@bakerbotts.com
23        Counsel for AstraZeneca
24
```

Confidential - Alfred Paulson

1    A P P E A R A N C E S (cont'd.):

2

         DRINKER BIDDLE & REATH LLP
3        BY:  VIKTORIYA MEYEROV, ESQUIRE
         One Logan Square
4        18th and Cherry Streets
         Philadelphia, Pennsylvania 19103
5        (215) 988-1136
         viktoriya.meyerov@dbr.com
6        Counsel for Janssen Pharmaceuticals

7

         HOGAN & HARTSON, LLP
8        BY:  MONICA N. SAHAF, ESQUIRE
         Columbia Square
9        555 Thirteenth Street, NW
         Washington, DC 20004
10       (202) 637-5532
         mnsahaf@hhlaw.com
11       Counsel for Bristol Myers

12

13

    A L S O   P R E S E N T:
14

15       CHUCK HUNGER, Paralegal
         JENNIFER MARTIN, Paralegal
16       ROBERT McDONALD, Videographer
17                    -   -   -
18

19

20

21

22

23

24

Confidential - Alfred Paulson

Page 6

```
 1                    -   -   -
 2                 I N D E X
 3  WITNESS                        PAGE NO.
 4  ALFRED PAULSON
 5        By Mr. Allen         11, 446, 457
 6        By Mr. Josephson        435, 456
 7
 8                    -   -   -
 9             E X H I B I T S
10  NO.          DESCRIPTION        PAGE NO.
11  Paulson-1  Notice of Deposition    13
12  Paulson-2  Resume                  13
13  Paulson-3  Portions of AZ -
                Business Policies
14              Partners in Policy      13
15  Paulson-6  Voice mail,
                AZ/SER 3778912          13
16
    Paulson-7  Organizational charts   13
17
    Paulson-8  June - December 2006
18              CNS Sales Force
                Communications Plan,
19              AZ/SER 3989336 - 3989342 284
20  Paulson-9  Seroquel Air Cover
                Programs,
21              AZ/SER 1133342          326
22  Paulson-10 9/29/00 Memo,
                AZ/SER 3812467 -
23              3812469                 335
24  Paulson-11 Envelope                377
```

Confidential - Alfred Paulson

Page 7

1

        E X H I B I T S (cont'd.)

2

   NO.              DESCRIPTION              PAGE NO.

3

   Paulson-12 Internal Memorandum,

4              AZ/SER 0972810                418

5

                     -   -   -

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Confidential - Alfred Paulson

Page 198

1    into the Touchstone system and look at a

2    call history, that is how many times this

3    doctor has been called upon by any sales

4    representative for AstraZeneca?

5         A.    That's correct.  There's

6    limited history in there, but that's

7    correct, they could look back.

8         Q.    Okay.  And the call notes

9    are in there, what transpired in the

10   doctor's office previous -- on previous

11   visits?

12        A.    Again, limited history.

13        Q.    Okay.  But there's

14   information on that?

15        A.    That's correct.

16        Q.    You said selling.  You said

17   on this database the sales aids that are

18   available to the detail or the

19   pharmaceutical sales rep are available on

20   this software system?

21        A.    That's correct.  Our

22   approved promotional pieces are on the

23   software.

24        Q.    And can they be downloaded

Confidential - Alfred Paulson

Page 199

1    by the sales representative?

2            A.      No.

3            Q.      Okay.  It just gives a

4    listing of what's available?

5            A.      No, the actual materials are

6    there.  The rep doesn't download.  The

7    materials, when they're updated, are

8    pushed to the rep.

9            Q.      Actually the physical

10   materials are in the representative's

11   hands?

12           A.      They do have promotional

13   materials in their hand.  They also have

14   promotional material on the laptop.

15           Q.      Gotcha.  And they can use a

16   laptop with the physician and/or

17   healthcare provider.  Is that right?

18           A.      That's correct.

19           Q.      And the third general

20   category of information is the data, you

21   said the data would be the prescription

22   history, the sales rep could determine

23   how much this doctor does or does not

24   prescribe second generation

Confidential - Alfred Paulson

Page 200

1    antipsychotics.  Is that correct?

2          A.    That's correct.

3          Q.    They could determine how

4    many scripts the doctor is writing of

5    Risperdal, or Abilify, or Zyprexa and

6    Seroquel.  Is that right?

7          A.    That's right.

8          Q.    They can determine the dates

9    of the prescriptions, whether they're new

10   prescriptions or whether they're old --

11   refills of old prescriptions.  Is that

12   correct?

13         A.    That's incorrect.

14         Q.    Okay.  Well, tell me what

15   they can tell about that.

16         A.    So they can -- they see new

17   RXes, which the definition of that is a

18   new piece of paper or a refill.  There's

19   no date associated with that.

20         Q.    Okay.

21         A.    And then TRX, which is

22   total, so that would be new and refills.

23   I'm sorry, new pieces of papers, refills

24   on all historical.

Confidential - Alfred Paulson

Page 201

1          Q.     Now, what system -- is
2    Touchstone the primary, if that's the
3    word, you tell me if it's not, is
4    Touchstone the primary software system or
5    database that's utilized by the PSSes on
6    a daily basis?

7          A.     Yes.

8          Q.     Okay.  What system was used
9    prior to Touchstone to provide the sales
10   representatives with the same
11   information?

12         A.     It was limited in the
13   information it had.  It didn't have all
14   of what Touchstone has, but Compass.

15         Q.     Compass.  Okay.  When was
16   Compass, approximately, you've
17   actually -- you know, we've looked at
18   your CV a lot.  You've been involved in
19   sales either at Zeneca or AstraZeneca
20   since 1994.  When was Compass -- when did
21   it begin to be utilized by the PSSes?

22         A.     Again, an approximation.

23         Q.     Yes, sir.

24         A.     Around 2000.

Confidential - Alfred Paulson

1          Q.     Okay.  And when -- is it

2     still in use today?

3          A.     No.

4          Q.     Okay.  Did Touchstone take

5     its place?

6          A.     Yes, it did.

7          Q.     And Compass was, again,

8     being utilized in 2000 up until about

9     2006 sometime?

10          A.     Correct.

11          Q.     Do you remember when Compass

12     was discontinued in 2006 and Touchstone

13     took over?

14          A.     Not the exact date.

15          Q.     Okay.  Approximately the

16     month.  Approximately, that's all I can

17     ask.

18          A.     All right.  Approximation,

19     first half of the year.

20          Q.     Thank you.  Sir, on Compass,

21     tell -- tell the jury -- and Compass

22     would be a software program that would be

23     loaded into this hardware provided by

24     AstraZeneca.  Tell me what the sales rep,

Confidential - Alfred Paulson

1    when he or she accesses Compass, what

2    information that provided?  What would

3    they get off Compass?

4            A.     They would have sales data.

5    Again, new RX, TRX.

6            Q.     Okay.  And the sales data,

7    they would have that.  So, for example,

8    if there's -- I represent client John

9    Doe.  And client John Doe has a

10   prescriber who is Dr. James Smith.  Okay.

11   Do you under -- are you following me?

12           A.     Uh-huh.

13           Q.     Sir?

14           A.     I do, yes.

15           Q.     Okay.  And if I wanted to

16   determine from AstraZeneca had they

17   called on Dr. James Smith between 2000

18   and 2006, the Compass database would have

19   that information?

20           A.     I don't know that -- how

21   records are stored and/or the database

22   still exists.

23           Q.     Well, assuming -- that's a

24   good point.  But we'll leave that to

Confidential - Alfred Paulson

Page 204

1    somebody else.

2                   Assuming that the Compass

3    database is stored and maintained, if my

4    client John Doe went to see Dr. James

5    Smith and the database has been

6    maintained, the Compass database on Dr.

7    James Smith could identify the sales

8    calls that were made on Dr. James Smith.

9    Correct?

10          A.     Correct.

11          Q.     It could identify the

12   detailing pieces that were available to

13   the sales rep for Dr. James Smith?

14          A.     Not the Compass system, no.

15          Q.     Okay.  So it would give the

16   number of sales calls and what happened

17   at the sales calls?

18          A.     Correct.

19          Q.     And it would give the

20   prescribing data and history.  Is that

21   correct?

22          A.     If that's retained.  I don't

23   know that it is or isn't.

24          Q.     Sir, we're hypothetically

Confidential - Alfred Paulson

Page 205

1    assuming it's maintained, and that will

2    be a question for somebody else some

3    other day.  I'm trying to figure out the

4    capabilities of the Compass system as of

5    the time it was used.  The Compass system

6    for the prescribing doctor would have the

7    sales calls and the number of sales calls

8    that were made on this doctor.  Correct?

9         A.    That's correct.

10         Q.    It would have the dates

11    those sales calls were made?

12         A.    That is correct.

13         Q.    It would have a history of

14    the sales call, a description of what

15    occurred on the sales call.  Correct?

16         A.    That's correct.

17         Q.    It would also have the

18    doctor's prescribing data information

19    concerning new RX and total RX

20    prescriptions for Seroquel and the second

21    generation antipsychotics?

22         A.    Historically, I'm not

23    certain that that data would still be

24    there looking backwards.

Confidential - Alfred Paulson

Page 206

1          Q.     I didn't ask that question.

2    You're misunderstanding me.  Let's assume

3    it's the year 2001.

4          A.     Yes.

5          Q.     Okay.  Put yourself back in

6    time.  And you and I are sitting here

7    with the hardware computer and we're

8    accessing the Compass program and you are

9    going to -- you and I are going to go

10   make a sales call together.

11         A.     Right.

12         Q.     On Mr. Josephson.

13         A.     Yes.

14         Q.     We turn on the Compass -- we

15   get on the Compass system.  All right.

16   It will give us a sales call history on

17   how many times we've been to see Mr.

18   Josephson and what transpired, right, and

19   it would tell us Mr. Josephson's -- Dr.

20   Josephson's prescribing history?

21         A.     Yes.

22         Q.     And that prescribing history

23   would be new prescriptions and total

24   prescriptions?

Confidential - Alfred Paulson

Page 207

1          A.      That's correct.

2          Q.      Of second generation

3    antipsychotics as a class?

4          A.      That's correct.

5          Q.      And Seroquel as in

6    particular?

7          A.      That's correct.

8          Q.      It also would probably give

9    prescribing new RX and total RX on other

10   CNS drugs, wouldn't it?

11         A.      No.

12         Q.      It didn't.  It was just

13   limited to second generation

14   antipsychotics?

15         A.      That's correct.

16         Q.      What about first

17   generations?

18         A.      I don't recall.

19         Q.      Okay.  That's fair.  Any

20   other information other than the sales

21   call history and the prescribing data

22   history that the Compass system did, any

23   other function or information maintained

24   on that?

Confidential - Alfred Paulson

1        A.      No.

2        Q.      And assuming, what you're

3    telling me you don't know, but assuming

4    somebody has retained the Compass system,

5    for the physicians and/or physicians'

6    offices that were called upon back in

7    2000, 2001, we could go to a particular

8    doctor's name, Dr. Richard Josephson,

9    plug in the name and the Compass system

10   would access and tell us the number of

11   sales calls and prescribing history?

12       A.      Assuming that database is

13   maintained, you'd be able to see number

14   of calls.  And assuming the prescribing

15   history was frozen in time and kept

16   there, yes, you'd be able to see that.

17       Q.      Okay.

18       A.      Well --

19       Q.      And let's talk about that,

20   sir.  I've seen those type of databases

21   before, it's not my first time to look at

22   these things.

23       A.      Right.

24       Q.      I've actually been provided

Confidential - Alfred Paulson

Page 209

1    by pharmaceutical companies and their

2    lawyers when I represented doctors, with

3    my client's prescribing history.  And

4    they had -- they had it tracked by month

5    and year.  And they had a historical

6    tracking of the prescribing history.

7    Didn't the Compass system do that?

8           A.     That's correct.

9           Q.     Okay.  I mean, otherwise, if

10   it's only a snapshot on one particular

11   day.  I mean, you want your

12   pharmaceutical sales specialist to have a

13   historical perspective of what this

14   doctor, he or she has done in the last

15   month, last two months, and you can see

16   how their -- whether their prescriptions

17   are growing or declining.  Isn't that

18   right?

19          A.     That's correct.

20          Q.     So that's exactly why you

21   keep this database.  Is that correct?

22          A.     Correct.  We're -- my

23   challenge is coming in, you know they're

24   large databases, I just don't know how

Confidential - Alfred Paulson

Page 210

1    long we retain them.

2         Q.    That's the only question I

3    have.  And we're going to find that out

4    and we're -- that's not you and I's job

5    today.  Okay.

6                    SnapPharma, what's

7    SnapPharma?

8         A.    That was the predecessor to

9    Compass.

10        Q.    And that was in existence

11   from when, approximately?

12        A.    Prior to 1999.

13        Q.    Okay.

14        A.    And I don't recall when we

15   actually initiated that system.

16        Q.    Would the same type of

17   information that was available on Compass

18   be available on SnapPharma?

19        A.    I do not believe there was

20   sales data on SnapPharma.

21        Q.    Okay.  That's fine.  AZER or

22   AZER, A-Z-E-R, tell me what the sales

23   department utilizes this database for.

24        A.    That's our expense reporting

Confidential - Alfred Paulson

Page 211

1   system.

2        Q.    Would expense reporting

3   system include things such as a

4   pharmaceutical sales rep's purchase of

5   food for the doctors' offices on a lunch

6   and learn?

7        A.    That's correct.

8        Q.    On a food-for-thought

9   program at night?

10       A.    I'm not familiar with the

11   food-for-thought program.

12       Q.    Okay.  Tell the jury the

13   type of expenses that would be kept on

14   the AZER database that a sales rep would

15   make, tell us the various categories or

16   types that you can think of as of this

17   time.

18       A.    Sure.  So gasoline for --

19   gasoline for their company car.

20   Certainly if they have any hotel stays

21   overnight for business purposes.

22   Personal meals when they travel

23   overnight.  Postage, any postage.  They

24   would record promotional budget spends,

Confidential - Alfred Paulson

1    too, as well.  So you're right, if we

2    were to buy coffee and/or donuts for a

3    physician's office, we will report them

4    there.  If they were to purchase a meal

5    for a physician, that would go to them.

6    I'm trying to think what other types of

7    expenses might be there.  But just

8    routine business expenses.

9         Q.    Right.  And the meal part --

10   I mean, we're going to get these policies

11   in a minute, but there's certain expenses

12   that are authorized for the sales force

13   to make.  And I think they're called in

14   the general area of access tools.  Do you

15   understand what I mean by the word

16   "access tools"?  Access solutions.

17   Access solutions.  Do you know what that

18   is?  If you don't recall right now, don't

19   beat yourself.

20        A.    I've never heard that term

21   used that way, no.

22        Q.    Okay.  We'll move on.

23   LectureBureau Express.  Tell us -- by the

24   way, when was AZER used?  I don't think I

Confidential - Alfred Paulson

Page 213

1    got a year on that or years.

2           A.    I honestly -- I don't recall

3    when we actually started using the AZER

4    system.

5           Q.    Sometime in the last two

6    years or the last five?

7           A.    Longer than that.

8           Q.    Okay.  Do you know what

9    system it superseded and it took over?

10          A.    I was called GELCO.

11          Q.    Oh, yeah, that's Mr.

12   Pirtle's favorite.  He wants to get into

13   GELCO.  GELCO is a global electronic

14   library, isn't it?

15          A.    I don't recall.  We're going

16   back a number of years.

17          Q.    Okay.  He'll be sad he

18   missed that.  The LectureBureau Express,

19   can you tell me what that is, please?

20          A.    So LectureBureau Express is

21   a company that we work with, and they

22   help us manage our speaker programs.

23          Q.    Okay.  Speaker programs,

24   that's -- we'll get into that later, but

Confidential - Alfred Paulson

Page 214

1    I think I know what those are.  But I

2    want to make -- see what the sales force

3    has to do with that.  How does the sales

4    force, why do they need to use

5    LectureBureau Express?

6          A.    That's the tool by which

7    they actually set up promotional speaker

8    programs.  What LectureBureau Express

9    does for us is when we put in a request

10   for a promotional speaker program and we

11   request a speaker, they coordinate that,

12   make sure all the appropriate contracts

13   are signed with that speaker.

14         Q.    Okay.  Got it.

15         A.    Check for availability of

16   the speaker.

17         Q.    Got you.  So if -- and does

18   a sales -- so the sales force plays a

19   role and can play a role in identifying

20   speakers that will speak on behalf of

21   AstraZeneca?

22         A.    They can.

23         Q.    And, for example, if my

24   client, John Doe, had went to Dr. James

Confidential - Alfred Paulson

Page 215

1    Smith and I wanted to determine if Dr.

2    James Smith had been a speaker for

3    AstraZeneca at any time, we could utilize

4    the software, LectureBureau Express, to

5    make that determination?

6         A.    I'm not certain of that.

7         Q.    Why?  Why are you not

8    certain of that, you just don't know if

9    it's maintained?

10        A.    Again, I don't -- I don't

11   know how they maintain their records.

12        Q.    Assuming it's maintained,

13   we're going to make the assumption that

14   LectureBureau Express has not been

15   deleted and/or Rosemary Woods has not

16   stepped on the pedal and the tape has not

17   been erased, okay.  We're assuming

18   LectureBureau Express has been

19   maintained.  If it was maintained, if I

20   wanted to identify whether a particular

21   doctor like Dr. Richard Josephson, Dr.

22   James Smith, had been a speaker for

23   AstraZeneca, we can determine that in

24   part through the LectureBureau Express

Confidential - Alfred Paulson

Page 216

1    software?

2           A.    If the --

3                 MR. JOSEPHSON:  Objection,

4           form.

5    BY MR. ALLEN:

6           Q.    You need to have her read it

7    back?

8           A.    Yes.

9           Q.    Well, why don't I just

10   rephrase it, because I don't want to

11   repeat it again.  I know -- we know when

12   he says that what you want.

13                MR. JOSEPHSON:  Rosemary

14          Woods and some of the other

15          friends of yours --

16                MR. ALLEN:  Okay.  Well,

17          those are all --

18                MR. JOSEPHSON:  -- that were

19          named.

20                MR. ALLEN:  Isn't that the

21          lady in Nixon's office that hit

22          that pedal and they had -- 17

23          minutes were gone?

24                MR. JOSEPHSON:  I'm sure it

Confidential - Alfred Paulson

Page 217

1          was.

2                    MR. ALLEN:   I think it is,

3          that's what my memory serves.

4    BY MR. ALLEN:

5          Q.     All right.   Let me rephrase

6    the question.   Assuming the LectureBureau

7    Express was maintained at AstraZeneca, if

8    I wanted to determine if Dr. Richard

9    Josephson had been a lecture speaker for

10   AstraZeneca, the LectureBureau Express

11   software would have that answer?

12         A.     If it was maintained, yes.

13         Q.     Okay.   When did the

14   LectureBureau Express software

15   approximately come into existence or use

16   by the sales force?

17         A.     Somewhere between 2003 and

18   2006.

19         Q.     Okay.   What software did it

20   replace?   Was there a prior software

21   program or database that it replaced?

22         A.     I don't recall.

23         Q.     Okay.   Northstar, the last

24   one that you told us about that you are

Confidential - Alfred Paulson

Page 218

1    familiar with that the sales department

2    has either used currently or used in the

3    past.  Is that correct?

4          A.     That's correct.

5          Q.     Tell us what Northstar is

6    for.

7          A.     Northstar was a small

8    handheld computer.

9          Q.     Okay.  Was it a -- that's a

10   piece of hardware?

11         A.     That's correct.

12         Q.     Did it -- okay.  Got it.

13   Now I know what Northstar is, or somebody

14   will explain it to me some day.  What did

15   it do?

16         A.     So when physicians request

17   samples, they would request samples via

18   the Northstar system.  It was just easier

19   for the rep to carry.

20         Q.     Okay.  So it would be a

21   product sampling software?

22         A.     That's correct.

23         Q.     It was actually hardware and

24   software combined?

Confidential - Alfred Paulson

Page 219

1          A.      That's correct.

2          Q.      Is it utilized today?

3          A.      No.

4          Q.      Okay.  When was it utilized

5     approximately?

6          A.      Prior to the roll out of

7     Touchstone, so prior to midyear or so

8     2006.  And I can't remember when we --

9     when we started with Northstar.  I would

10    assume -- well, I can't remember.

11         Q.      Okay.  Well, then,

12    Touchstone, which is the new software put

13    into effect in 2006.  Right?

14         A.      Uh-huh.

15         Q.      Is that yes?

16         A.      That's correct.

17         Q.      You said it had sales call

18    information, selling and detail pieces.

19    You said it had the prescribing data and

20    history available.

21         A.      That's correct.

22         Q.      But in addition it also has

23    this sampling function.  Is that correct?

24         A.      Yes, I included that with

Confidential - Alfred Paulson

Page 220

1    the sales call.

2         Q.    I'm sorry, I apologize if I

3    didn't hear you.

4              So -- but prior to the

5    institution of the Touchstone system,

6    this Northstar system would be the

7    hardware/software piece that would have a

8    list of the samples that were provided to

9    a doctor and/or a doctor's office?

10        A.    No.

11        Q.    Okay.  Well, tell me, I want

12   to know.  I'm not going to leave until we

13   understand it.

14        A.    So Northstar would be a

15   device that would list the samples that a

16   physician could request.  A physician

17   would request, representative would

18   then -- that would then sync with the

19   Compass computer, the representative

20   would communicate up to headquarters in

21   the evening, we work with a sample SIM

22   policy, samples are then sent to the

23   physician.  As far as historical tracking

24   of sample quantities, I don't recall if

Confidential - Alfred Paulson

Page 221

1    that's in Northstar.

2         Q.    And I'm -- you

3    sufficiently -- you've done your job,

4    you've confused me.  But we're going to

5    get to the bottom.

6              Northstar, you're telling me

7    the sales rep would hand the piece of

8    hardware over to the doctor?

9         A.    Yes.

10        Q.    Okay.  And the doctor would

11   actually punch in the samples he or she

12   wanted?

13        A.    The doctor requests, the rep

14   would enter in a number, and the doctor

15   would sign.

16        Q.    Okay.  But if the doctor --

17   okay.  And that -- where would that

18   request, this electronic request, where

19   would it go to?

20        A.    To headquarters.

21        Q.    Headquarters where?

22        A.    Wilmington, Delaware.

23        Q.    Okay.  And then you told me,

24   I think you said something that the rep

Confidential - Alfred Paulson

Page 222

1    could then go home and enter this

2    information on the Compass software?

3           A.    No.  I did confuse you, I

4    apologize.

5           Q.    Yes, sir.

6           A.    So the Northstar system is a

7    system stand-alone.  They sync the

8    Northstar system with their larger

9    computer in the evening and sync their

10   larger computer back with headquarters.

11          Q.    You used some -- what do you

12   call those -- pronouns, the "they"?

13          A.    The sales specialist.

14          Q.    So tell me without the

15   pronouns.  At night the sales

16   representative could go home and take the

17   Northstar request and enter that into

18   their Compass system?

19          A.    They wouldn't enter.

20          Q.    What would they do?

21          A.    The sales specialist would

22   not enter.  You can -- the two systems

23   could synchronize with a cable.

24          Q.    Okay.  Tell me -- somebody

Confidential - Alfred Paulson

Page 223

1  will tell me what this means later.

2          A.    Synchronize means that the

3  information on the smaller computer then

4  is transferred to the information on the

5  bigger computer.

6          Q.    Okay.

7          A.    So the representative

8  doesn't have to manually do it.  They

9  talk -- basically they talk to each

10  other.

11          Q.    They talk to each other?

12          A.    Yes.

13          Q.    And that's what I wouldn't

14  call synchronize, I'd call transfer.  But

15  maybe that's -- maybe I'm just not smart.

16  But the Northstar information would be

17  transferred over to the Compass database?

18          A.    That's correct.

19          Q.    And so then -- so then, when

20  a sales representative on the next visit

21  was about to call on that doctor, Dr.

22  James Smith, the representative would

23  have the sales call history.  Correct?

24          A.    Correct.

Confidential - Alfred Paulson

1          Q.     They would have the

2     prescribing information, both the new and

3     total treatment history.   Correct?

4          A.     Correct.

5          Q.     And if they had done their

6     job properly and synchronized from the

7     Northstar to the Compass, that sales

8     representative would have the sampling

9     history to that doctor?

10          A.     Correct.

11          Q.     Okay.  Are there -- now, I'm

12     a sales rep.  Assume I'm a professional

13     sales specialist for AstraZeneca, and I'm

14     trying to do just a dang good job, you

15     know, I'm pretty excited.  And I going to

16     the doctor's office, and before I, you

17     know, go to the doctor's office, I want

18     to utilize my Compass system to get this

19     information.  Are you following me?

20          A.     Yes.

21          Q.     Why do I want to get this

22     information?  What does it help me to do?

23          A.     Our sales calls are

24     oftentimes a continuation in time.  So

Confidential - Alfred Paulson

Page 225

1    it's a discussion, interrupted by time,

2    return to discussion.  So the call notes

3    themselves help the representative

4    remember what they spoke to the physician

5    about.

6            Q.    Why do they want to know

7    that?

8            A.    It's important because

9    physicians don't necessarily want to

10   repeat themselves and tell the sales

11   specialist the same thing over and over

12   again.  Most salespeople obviously keep

13   notes as to what they spoke to their

14   customers about.

15           Q.    Right.  So you want to have

16   that.  Now, why do you want to have this

17   prescribing information?  I don't know

18   why -- why do I want to have that if I'm

19   a sales specialist?  Why do I want that?

20           A.    Because it's important to

21   understand the physician's prescribing

22   habits.

23           Q.    Why?

24           A.    So you can adjust your sales