# EXHIBIT 2



| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT | GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES<br>NEW YORK | SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>TOKYO<br>WASHINGTON, DC |
| rkmiller@sidley.com<br>(312) 853-6098 | FOUNDED 1866 | | |

November 10, 2006

**By Federal Express**

Camp Bailey, Esq.
Bailey Perrin Bailey, LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002

Re: **IN RE: Seroquel Products Liability Litigation
MDL DOCKET NO. 1769**

Dear Camp:

In accordance with Magistrate Judge Baker's November 9, 2006 Notice of Hearing and Order entered in the above litigation, counsel for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP hereby produce to all counsel for plaintiffs, care of your firm, the IND and NDA for SEROQUEL®. The enclosed production set consists of seven DVDs, containing 8,927 documents. The documents are labeled AZ/SER 0000001 – AZ/SER 0484624.

As stated in the Court's Notice and Order, these documents are produced subject to— and their review is governed by—the parties' agreed proposed protective submitted to the Court on November 7, 2006.

Sincerely,

Rodney K. Miller

Enclosures

cc: Tamar B. Kelber