# EXHIBIT 3

```
                                                                    1
                        UNITED STATES DISTRICT COURT
                         MIDDLE DISTRICT OF FLORIDA
                             ORLANDO DIVISION

                     Docket No.6:06-MD-1769-Orl-22DAB

   . . . . . . . . . . . . . . .
   IN RE:                         :
   SEROQUEL PRODUCTS LIABILITY    :
   LITIGATION                     :          Orlando, Florida
   MDL DOCKET No. 1769            :          March 2, 2007
                                  :          10:00 a.m.
   ALL CASES                      :
                                  :
   . . . . . . . . . . . . . . . .:


                 TRANSCRIPT OF PRETRIAL CONFERENCE
                BEFORE THE HONORABLE DAVID A. BAKER
                   UNITED STATES MAGISTRATE JUDGE


   APPEARANCES:

   For the Plaintiffs:         Paul Pennock

                               Larry M. Roth

                               Fletch Trammell

                               Kenneth W. Smith

                               Lawrence J. Gornick

                               Michael E. Pederson

                               Scott Allen

                               Scott Burdine

                               E. Ashley Cranford

                               Dennis Canty

                               Lowell Finson


   Court Reporter:     Sandra K. Tremel, RMR/CRR
```

```
 1   will be the same, but instead of listing all names, we
 2   will list "all plaintiffs" as a designation.
 3        So if you could, that should be a box that you should
 4   be able to choose as who you're filing on behalf of, and
 5   that will change the look and appearance.  Should be
 6   easier for you and for us.
 7        I have got to say that I'm perplexed by the approach
 8   the parties are taking with respect to discovery.  Let me
 9   ask, plaintiffs' counsel, as of today, what level of
10   documents have been made available to you and how much
11   have you actually reviewed?
12             MR. PENNOCK:  Paul Pennock for plaintiffs, Your
13   Honor.
14        As of today, we have been provided the NDA and the
15   IND, which we believe to be complete, although I don't
16   think it's been certified to be complete.  However, I
17   don't think there's a requirement it be certified.  I
18   just -- we believe that it is a complete document.
19        We have essentially completely reviewed the IND and
20   NDA.  And in fact, the folks that we had reviewing it,
21   we're holding a meeting with them in Houston at the end of
22   the month in order that everyone else can sort of be
23   educated on the findings and the outlines of everything
24   that's happened in terms of their review of the IND.
25        That was I think something on the order of 470,000
```