# EXHIBIT
# 4

1

```
 1                  UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
 2                       ORLANDO DIVISION

 3             Docket No.6:06-MD-1769-Orl-22DAB

 4     .  .  .  .  .  .  .  .  .  .  .  ..
       IN RE:                          :
 5     SEROQUEL PRODUCTS LIABILITY      :
       LITIGATION                       :        Orlando, Florida
 6     MDL DOCKET No. 1769              :        April 12, 2006
                                        :        2:00 p.m.
 7     ALL CASES                        :
                                        :
 8     .  .  .  .  .  .  .  .  .  .  .  .:

 9
                    TRANSCRIPT OF PRETRIAL CONFERENCE
10             BEFORE THE HONORABLE DAVID A. BAKER
                   UNITED STATES MAGISTRATE JUDGE
11

12     APPEARANCES:

13     For the Plaintiffs:        Paul Pennock

14                                Larry M. Roth

15                                Fletch Trammell

16                                Michael E. Pederson

17                                Scott Allen

18                                E. Ashley Cranford

19                                Lezzlie Hornsby

20                                Jonathan Jaffe

21                                Scott Armstrong

22                                Dennis Canty

23                                Richard Freese

24

25     Court Reporter:     Sandra K. Tremel, RMR/CRR
```

1    over two months after the initial conference.  It took us

2    another month and a half working, trying to work with the

3    defendants to get something that was workable, something

4    that we could review, that we could get through in a

5    reasonable and efficient and effective manner.  Not

6    something that was an utter burden that no one could

7    effectively get through in a reasonable period of time.

8        We finally got that in late December.  And, yet, when

9    we go through the -- we have been through the IND and NDA

10   almost in its entirety, everything they have given us.

11   There is a wholesale lack of metadata with respect to this

12   IND and NDA.  The documents were not produced in

13   chronological order even though we would suggest and we

14   don't know yet because we haven't been allowed any

15   depositions, but we suggest that they're probably

16   maintained in some type of reasonable order by the

17   company.

18       There are a lack of serial numbers, there are

19   numerous documents in this disclosure missing any type of

20   identifying number even though that was the manner in

21   which they were produced.  There is no FDA logbook

22   whatsoever, something that's typically found and disclosed

23   in these NDA productions.

24       There is this CANDA safety database.  This was an

25   electronic format database that was, we believe, being

1    utilized at the time that this submission was made to the

2    FDA.  We have references as early as 1996 that the CANDA

3    database was being utilized.  It was the manner in which

4    the defendants would, we believe, produce the safety

5    evaluations and reports to the FDA in an electronic

6    format.  We have -- there is nothing in this NDA that we

7    could find that incorporates this CANDA database.

8    Obviously, a central and core aspect of NDA and our review

9    of it.

10        There are -- we know for a fact that internally from

11   the document review we have already done in the so-called

12   custodial files that have been produced that there were

13   reports of diabetes that the company knew about early on.

14   But in the NDA, we can't find those reports that were

15   being made to the FDA.  Now, of course, if they weren't

16   reported to the FDA, we will be happy to learn that fact.

17   But we are missing quite a number of reports.  And I'm not

18   going to read this into the record.  It's from the

19   document that's currently under the confidentiality

20   stipulation.  But the bottom line is we know that there

21   should be reports in this NDA that aren't there.  And the

22   question, of course, today is where are these reports.

23        Zero telephone contacts with the FDA.  We have no

24   internal documentation regarding the FDA-- regarding the

25   NDA and its submission.  In other words, memos to one