# EXHIBIT 7



ATTORNEYS AT LAW

June 10, 2007

VIA COURIER

Jonathan Jaffe
Weitz & Luxenberg, P.C.
6th Floor
120 Wall Street
New York, NY 10005

Joe Yeager
Associate
T. 302.984.6391
F. 302.691.2162

Re: In Re Seroquel Products Liability Litigation: MDL-1769

Dear Jonathan:

Pursuant to our notice last week, we have enclosed two portable hard drives and one compact disk containing documents for AstraZeneca's fifteenth Custodian production in the above referenced matter. In particular, this production contains documents belonging to two custodians of Group 2 (contained on the compact disk), and documents from the eleven remaining custodians of Group 2. In addition, we have provided you a separate hard drive with 655 documents designated as our CANDA-CRF Production.

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

Consistent with our agreement on bates labeling, you will find all load files, text files and DAT files utilize the bates labeling convention of "AZSER0000." As we discussed last week, this production was already in process when these changes were made. Consequently, the bates stamp on the individual documents reveals a bates labeling convention of AZ/SER 00000. We will follow this convention in all future productions. Please let us know if we can correct any issues this may cause with this production.

BALTIMORE

BOSTON

Similar to our most recent productions, the large size of the remaining Group 2 Production demands the Custodians be set forth in multiple folders and corresponding sets. For your convenience, I have listed the Custodians according to their sets with corresponding bates numbers. The contents of the sets and the corresponding bates ranges are:

HARTFORD

NEW YORK

**Group 2, Supplement to First Cut**

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Blessington, James | AZSER7940062 | AZSER7940065 |
| Chitra, Rohini | AZSER7896070 | AZSER7896100 |
|  | AZSER7940066 | AZSER7940096 |

ME1 6500530v.1

Jonathan Jaffe
June 10, 2007
Page 2

**Group 2, Next 11 Custodians**

**Set 1**

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Brecher, Martin | AZSER6596586 | AZSER6779768 |
|  | AZSER6779769 | AZSER6780105 |
| Bucklen, Kristin | AZSER6780106 | AZSER6965818 |
|  | AZSER6965819 | AZSER6967475 |

**Set 2**

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Geller, Wayne | AZSER6967476 | AZSER7017929 |
|  | AZSER7017930 | AZSER7018372 |
| Holl, Linda | AZSER7018373 | AZSER7225954 |
| Lawrence, Terri | AZSER7225955 | AZSER7268768 |

**Set 3**

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Leong, Ronald | AZSER7268769 | AZSER7421640 |
| Lloyd (Washington), Lisa | AZSER7421641 | AZSER7534465 |

**Set 4**

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Minnick, Jim | AZSER7534466 | AZSER7609958 |
| Ney, Christine | AZSER7609959 | AZSER7650197 |
| Scott, Mark | AZSER7650198 | AZSER7658896 |
| Sermeno, Al | AZSER7658897 | AZSER7896069 |

ME1 6500530v.1

Jonathan Jaffe
June 10, 2007
Page 3

**CANDA-CRF Production**

| **Beg Bates Range:** | **End Bates Range:** |
|---|---|
| AZSER7896102 | AZSER7940061 |

Should you have any questions or concerns, please feel free to contact me.

Sincerely,

*[signature]*

Joe P. Yeager

Enclosure

cc:   James J. Freebery

ME1 6500530v.1