# EXHIBIT
# 8

**From:** Kelber, Tamar B. [mailto:tkelber@Sidley.com]
**Sent:** Tuesday, December 19, 2006 4:52 PM
**To:** Camp Bailey
**Cc:** Magaziner, Fred; Flaster, Eben; Prince, Shane
**Subject:** Org Charts

Here are the organization charts that were produced in the Balser case.

                    <<Untitled.pdf>>

```
Sidley Austin LLP mail server made the following annotations on 12/19/06, 15:51:37:
------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we in
that, unless expressly stated otherwise, any U.S. federal tax advice contained in th
communication, including attachments, was not intended or written to be used, and ca
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is us
to by other parties in promoting, marketing or recommending any partnership or other
investment plan or arrangement, then (i) the advice should be construed as written i
with the promotion or marketing by others of the transaction(s) or matter(s) address
communication and (ii) the taxpayer should seek advice based on the taxpayer's parti
circumstances from an independent tax advisor.

******************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or
If you are not the intended recipient, please delete the e-mail and any attachments
immediately.

******************************************************************************
```

BALSER 0000050

CONFIDENTIAL -
SUBJECT TO
PROTECTIVE ORDER

CONFIDENTIAL
AZ/SER 0484625

# Brand Team Membership



BALSER 0000051

CONFIDENTIAL -
SUBJECT TO
PROTECTIVE ORDER

CONFIDENTIAL
AZ/SER 0484626



# Seroquel, Commercial



Don Beamish
Executive Director
Commercial Brand Leader

Marianne Jackson
National Sales Director

Gary Rowles
Finance Brand Leader

Harry Hatzipavlides
Brand Planning Manager

Betsy MacKenzie
Operations Brand Director

Christine Duffy-Smith
PRA Director

Lisa Lloyd-Washington
Brand Director
HC Professional

Ed Repp
Brand Leader
Life Cycle Management

Chuck Pelpher
Brand Leader
Managed Markets

Denise Campbell
Brand Director
Consumer

Georgia Tugend
Market Development Director

# Healthcare Professional, Seroquel

BALSER 0000052

CONFIDENTIAL -
SUBJECT TO
PROTECTIVE ORDER

CONFIDENTIAL
AZ/SER 0484627




Lisa Lloyd-Washington
Brand Director: HC Professional

**Paul Zimmerman** — Brand Insight Director

**Dave Duft** — Brand Manager

**Vance Ruberstein** — Brand Manager

**Lynn Hagger** — Brand Communications Leader

**Ed Repp** — Brand Leader, Life Cycle Management

VACANT — Market Research Manager

Chris Maurer — Sr. Market Research Manager

Barb Elliot — Sr. Analyst

Narges Shahranjian — Intelligence Affairs Manager

Frank Ma — Promotion Response Manager

VACANT — Forecasting Manager

Kevin Hamill — Promotions Manager, BiPolar

Tomi Lawrence — Promotions Manager, Schizophrenia

Doug Phaup — Promotions Manager, LTC

Linda Holt — Promotions Manager, Schizophrenia (.5)

Brad Martin — Sr. PREP Manager, BiPolar

Edmund Greenidge — PREP Manager, Schizophrenia

Kristin Buecklen — Sr. Promotions Manager, e-Promo (.5)

Julia Manning — Legal

Karin Mueller — Director, Medical Affairs

David Bielek — PRA Manager

Cindy Callaghan — Public Affairs

Jeff Morris — Sales Training (HQ)

Kathy Collins — IS Brand Leader



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BALSER 0060053

# Consumer, Seroquel

Denise Campbell
Brand Director, Consumer

Kristin Bucklen
Sr. Promotions Manager
Consumer (.5)

Chris Maurer
Sr. Market Research Manager
Consumer (.5)

CONFIDENTIAL
AZ/SER 0484628

BALSER 00000054

CONFIDENTIAL -
SUBJECT TO
PROTECTIVE ORDER

CONFIDENTIAL
AZ/SER 0484629

# Managed Markets, Seroquel




Chuck Peipher
Brand Leader, Managed Markets

Linda Holl
Promotions Manager
Managed Markets (.5)

Barb Elliot
Sr. Analyst
Managed Care (.5)

VACANT
Brand Manager
Managed Markets

BALSER 0000055

CONFIDENTIAL –
SUBJECT TO
PROTECTIVE ORDER

CONFIDENTIAL
AZ/SER 0484630



# Finance, Seroquel



Gary Rowles
Finance Brand Leader

Colleen Proctor
Sr. Financial Analyst



BALSER 0000056

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL

AZ/SER 0484631



# Commercial AC's, Seroquel

CONFIDENTIAL -
SUBJECT TO
PROTECTIVE ORDER

BALSER 0000057

CONFIDENTIAL
AZ/SER 0484632

| Pat Saufley | Kimm Jensen | Lisa McCave | Vonda Hinton | Mona Robinson | Piet Campbell | Mary Ann Warren |
|---|---|---|---|---|---|---|
| Johan Hoogstodt | Don Beamish | Kevin Hamill | Ed Repp | Paul Zimmerman | Chuck Pejchar | Marianne Jackson |
| Georgia Tugend | Lisa Lloyd-Washington | Terri Lawrence | Lynn Hagger | Chris Mauer | Dave Duff | Lynn Gionta |
| Denise Campbell | Harry Hatzipyilides | Doug Phaup | Brian Martin | Barb Elliot | Vance Rubenstein | Lisa Domine |
| | | Linda Holl | Edmund Greenidge | Narges Shahangian | Kristin Bucklen | Taylor Wallace |
| | | | | Frank Ma | | |

**From:** Flaster, Eben
**Sent:** Friday, July 20, 2007 2:57 PM
**To:** Oswald, Alyson
**Cc:** Balakhani, Elizabeth; Prince, Shane
**Subject:** FW: Org Charts

This was the second one.

**From:** Kelber, Tamar B. [mailto:tkelber@Sidley.com]
**Sent:** Wednesday, December 20, 2006 11:58 AM
**To:** Camp Bailey
**Cc:** Magaziner, Fred; Prince, Shane; Flaster, Eben
**Subject:** Org Charts

This includes the charts sent to you yesterday.  The words don't come through very well on the pdf, so we'll fedex you hard copies today.

      <<AZSER_0484625-32.pdf>> <<AZSER_0484633-44.pdf>> <<AZSER_0484645.pdf>>

```
Sidley Austin LLP mail server made the following annotations on 12/20/06, 10:58:03:
--------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we in
that, unless expressly stated otherwise, any U.S. federal tax advice contained in th
communication, including attachments, was not intended or written to be used, and ca
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is us
to by other parties in promoting, marketing or recommending any partnership or other
investment plan or arrangement, then (i) the advice should be construed as written i
with the promotion or marketing by others of the transaction(s) or matter(s) address
communication and (ii) the taxpayer should seek advice based on the taxpayer's parti
circumstances from an independent tax advisor.

********************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or
If you are not the intended recipient, please delete the e-mail and any attachments
immediately.

********************************************************************************
```

# Seroquel Commercial Org Charts

CONFIDENTIAL
AZ/SER 0484633

CONFIDENTIAL
AZ/SER 0484634

# Commercial



# Healthcare Professional



CONFIDENTIAL
AZ/SER 0484635

CONFIDENTIAL
AZ/SER 0484636

# Consumer



Denise Campbell
Brand Director, Consumer

Kristin Bucklen
Brand Manager, Adherance

Julie Hebe
Sr. Promotions Manager
Consumer

Evan Anderson
Sr. Market Research Manager
Consumer
(on leave)

Debbie Franklin
Market Research
Contractor

Laureen Memis
Promotions Manager
Consumer (.5)
HCP (.5)



CONFIDENTIAL
AZ/SER 0484637

# Brand Insight



CONFIDENTIAL
AZ/SER 0484638

CONFIDENTIAL
AZ/SER 0484639

# Finance



Jim Blessington
Finance Brand Leader

Mark White
Sr. Business Lead
MMaP

Cindy DiNetta
Business Leader
MC Finance

Rob Busch
Financial Brand Manager

CONFIDENTIAL
AZ/SER 0484640

# Brand External Affairs



**Jim Minnick**
Director Brand Communications
CNS / Azenity

**Amy Morris**
Administrative Coordinator

**Sandra Heinig**
Sr. Brand Communications Manager

**Lynn Gionta**
Brand Communications Manager
CNS / Azenity

**Hugo Perez**
Brand Communications Manager
CNS

CONFIDENTIAL
AZ/SER 0484641

# PRA



Jim Gaskill
Director, Seroquel/CNS - EB

Diane Stokes
Administrative Coordinator

Connie Schipke
Sr. PRA Manager

Rosemarie Carey
Sr. PRA Manager

Marietta Hall
Sr. PRA Manager

CONFIDENTIAL
AZ/SER 0484642

# Sales



CONFIDENTIAL
AZ/SER 0484643

# Sales Training



CONFIDENTIAL
AZ/SER 0484644

# Marketing AC's



Lisa Schoenberg

Marianne Jackson
Chuck Peipher
Harry Hatzipavlides

Kathryn Jones
Lisa Domine
Terri Lawrence
Janine Moody
Carrie Lapp

Ed Repp
Kim Busch
Colleen Pierce

Vinay Deshmukh
Soheil Chavoshi
John Cusmina
Narges Shahangian
Sese Abhulimen
Stephane Dechaux

Kevin Hamill
Jeff McVey
Al Sermeno
Rod Villanueva

Denise Campbell
Kristin Bucklen
Julie Hebe
Lauren Mernis
Debbie Franklin

Rich Herbst
Karin Mueller
Jared Cohen
Linda Holl
Ned Pethick

# US Drug Safety Org Chart



CONFIDENTIAL
AZ/SER 0484645

9/23/2003