# EXHIBIT 9



MAY-11-2007 FRI 11:39 AM GENE HULL FAX NO. 63403 P. 01/07

Privileged & Confidential
AstraZeneca US
Ownership 100% Unless Otherwise Noted
March 1, 2007
AstraZeneca PLC (UK)
Zeneca Wilmington Inc. (US)
AstraZeneca UK Limited (UK)
Advent Healthcare and Life Sciences III - A Limited Partnership (US)
AZ-Mont Insurance Co. (US)
Cambridge Antibody Technology Holdings Inc. (US)
Optein, Inc. (US)
Cambridge Antibody Technology Inc. (US)
AstraZeneca Treasury Limited (UK)
AstraZeneca AB (Sweden)
Astra USA, Inc. (US)
AstraZeneca Holdings BV (The Netherlands)
Astra Tech Inc. (US)
Astra U.S. Holdings Corporation (US)
90.3% GP
4.7% (LP)
0.1% (LP)
AstraZeneca Pharmaceuticals LP (US)
AstraZeneca R&D Boston
4.9% (LP)
Zeneca Holdings Inc. (US) (See Attachment A)
AstraZeneca Patient Assistance Organization (non-profit corporation)
Zeneca Inc. (US) (See Attachment B)
Aptium Oncology Group (US)
Ownership:
65% Zeneca Holdings Inc.
35% AstraZeneca UK Ltd.
(See Attachments C1 & C2)
AstraZeneca HealthCare Foundation (non-profit corporation)
AstraZeneca Foundation (non-profit corporation)
99% GP
AstraZeneca LP (US)
1% (LP)
KBI Sub. Inc. (Merck)
8593
CONFIDENTIAL

CONFIDENTIAL
AZSER 10376260



CONFIDENTIAL

# Zeneca US
## Pre Merger April 5, 1999

CONFIDENTIAL
AZSER 10576261

CONFIDENTIAL
AZSER 10378262

CONFIDENTIAL
AZSER 10[illegible]

CONFIDENTIAL

# Operating Structure

**AZLP:**

Marketing & Sales
Operations (Westborough)
Clinical Development

**AZPLP:**

Human Resources
Finance
Legal, Policy & Scientific Affairs
Business Operations (HQ & Newark)
Information Services
Discovery (Research)
Brand Strategy & Portfolio Operations

1. AZPLP has entered into a service agreement to provide AZLP with the functional support itemized above.
2. CDMA workforce in AZPLP was leased to AZLP to combine development in AZLP.
3. AZLP was appointed the nonexclusive agent to sell and market AZPLP (Zeneca) products in the US (Agency Agreement) and has entered into a contract to develop AZPLP (Zeneca) products (Clinical Development Agreement).
4. AZPLP is the center for Discovery (Research).
5. The Sales/Marketing organization is combined in AZLP (except as noted above).
6. Salary and benefits will be the same in the two entities, with incentive plans linked to the combined performance of AZLP and AZPLP.

Restructuring of AstraZeneca US
Structure as of 1/1/01
100% Ownership Unless Otherwise Noted
CONFIDENTIAL
AstraZeneca PLC
AstraZeneca AB
Astra US Holdings
Astra USA
90.3% GP
0.1%
4.7% LP
AZPLP
AZ R&D Boston
99% GP
AZ LP
1% LP
KBI Sub
4.9% LP
AstraZeneca UK Ltd.
AstraZeneca Treasury Ltd.
AstraZeneca Holdings BV
AstraZeneca Holdings A/S
Zeneca Holdings Inc.
Zeneca Inc.

CONFIDENTIAL
AZSER 10878264

ZENECA HOLDINGS INC. & AFFILIATES
ORGANIZATION CHART
November, 1995
ZENECA GROUP PLC
United Kingdom
Zeneca Limited
United Kingdom
Zeneca Wilmington Inc.
Delaware 6-9-93
Sugen, Inc.
Delaware
20.4% Ownership
Zeneca Holdings Inc.
Delaware 5-12-71
Atkemix Thirty-eight Inc.
Delaware 10-21-87
Garst Seed Company
Delaware 12-3-86
Stauffer Management Company
Delaware 7-15-87
Stuart Disease Management Services Inc.
Delaware 12-3-86
Zeneca Foreign Sales Corporation
Barbados, B.W.I. 4-27-88
Zeneca Holdings Financial Corporation
Delaware 10-15-87
Zeneca Metalex Inc.
Delaware 1-27-86
Zeneca Pharma Inc.
Delaware 10-17-86
Salick Health Care, Inc.
Delaware 7-25-91
50%+ Atkemix Thirty-eight Inc.
50%(-) Public
Atkemix Thirty-seven Inc.
Delaware 7-15-87
Stauffer Chemical Company of Canada, Ltd.
Canada 7-16-57
Montrose Chemical Corporation of CA
Delaware 8-15-46
50% Stauffer Mgt. Co.
50% Chris-Craft Industries, Inc.
Zeneca Inc.
Delaware 4-22-71
Atkemix Nine Inc.
Delaware 11-14-85
Atkemix Ten Inc.
Atkemix Twelve Inc.
Delaware 12-3-86
Corpus Christi Holdings Inc.
Delaware 11-3-76
Corpus Christi Global Chemicals Company
Partnership
Texas 11-15-76
37.5 % C.C. Holdings
37.5 % Champlin Petro.
25% Soltex Petrochem.
Garst Research Farms, Inc.
Nebraska 3-22-85
49% Zeneca Inc.
51% GRF of Iowa Inc.
Zeneca Delaware Holdings Inc.
Delaware 10-19-83
Zeneca International Inc.
Delaware 12-3-86
Zeneca Resins Holdings Inc.
Delaware 9-1-88
Image Polymers Company
Partnership
Delaware 9-29-88
50% Zeneca Resins
50% MTC Chemicals, Inc.
Zeneca Pharmaceuticals Foundation **
Delaware 5-6-92
Zeneca HealthCare Foundation**
Delaware 8-3-93
** Non-profit Corporation
CONFIDENTIAL




ZENECA HOLDINGS INC.
STRUCTURE
February 3, 1997
Zeneca Group PLC
United Kingdom
Zeneca Limited
United Kingdom
Zeneca Holdings Inc.
Delaware 5-12-71
Atkemix Thirty-eight Inc.
Delaware 10-21-87
Salick Health Care, Inc.*
Delaware 7-25-91
50%+ Atkemix Thirty-eight Inc.
50%(-) Public
*See Salick Chart Attachment A
Stauffer Management Company
Delaware 7-15-87
Atkemix Thirty-seven Inc.
Delaware 7-15-87
Montrose Chemical Corporation of CA
Delaware 8-15-46
50% Stauffer Mgt. Co.
50% Chris-Craft Industries, Inc.
Stauffer Chemical Company of Canada, Ltd.
Canada 7-16-57
Stuart Disease Management Services Inc.
Delaware 12-3-86
Zeneca Foreign Sales Corporation
Barbados, B.W.I.
4-27-88
Zeneca Holdings Financial Corporation
Delaware 10-15-87
Zeneca Metalex Inc.
Delaware 1-27-86
Zeneca Pharma Inc.
Delaware 10-17-86
Zeneca Inc.
Delaware 4-22-71
Atkemix Nine Inc.
Delaware 11-14-85
Atkemix Ten Inc.
Atkemix Twelve Inc.
Delaware 12-3-86
Corpus Christi Holdings Inc.
Delaware 11-3-76
Corpus Christi Global Chemicals Company
Partnership Texas 11-15-76
37.5% Corpus Christi Holdings
37.5% Champlin Petrochem.
25% Soltex Petrochem.
Zeneca Delaware Holdings Inc.
Delaware 10-19-83
Zeneca International Inc.
Delaware 12-3-86
Zeneca Resins Holdings Inc.
Delaware 9-1-88
Image Polymers Company Partnership
Delaware 9-29-88
50% Zeneca Resins Holdings Inc.
50% MTC Chemicals, Inc.
Zeneca Pharmaceuticals Foundation**
Delaware 5-6-92
Zeneca HealthCare Foundation**
Delaware 8-3-93
** Non-Profit Corporation

CONFIDENTIAL

CONFIDENTIAL
AZSER 10376269



ZENECA HOLDINGS INC.
STRUCTURE
February 3, 1997
Zeneca Group PLC
United Kingdom
Zeneca Limited
United Kingdom
Zeneca Holdings Inc.
Delaware 5-12-71
Atkemix Thirty-eight Inc.
Delaware 10-21-87
Salick Health Care, Inc.*
Delaware 7-25-91
50%+ Atkemix
Thirty-eight Inc.
50%(-) Public
*See Salick Chart
Attachment A
Stauffer Management
Company
Delaware 7-15-87
Atkemix
Thirty-seven Inc.
Delaware 7-15-87
Montrose Chemical
Corporation of CA
Delaware 8-15-46
50% Stauffer Mgt. Co.
50% Chris-Craft
Industries, Inc.
Stauffer Chemical
Company of Canada, Ltd.
Canada 7-16-57
Stuart Disease
Management Services Inc.
Delaware 12-3-86
Zeneca Foreign
Sales Corporation
Barbados, B.W.I.
4-27-88
Zeneca Inc.
Delaware 4-22-71
Zeneca Holdings
Financial Corporation
Delaware 10-15-87
Zeneca Metalex Inc.
Delaware 1-27-86
Zeneca Pharma Inc.
Delaware 10-17-86
Atkemix Nine Inc.
Delaware 11-14-85
Atkemix Ten Inc.
Atkemix Twelve Inc.
Delaware 12-3-86
Corpus Christi
Holdings Inc.
Delaware 11-3-76
Corpus Christi Global Chemicals Company
Partnership Texas 11-15-76
37.5% Corpus Christi- Holdings
37.5% Champlin Petrochem.
25% Soltex Petrochem.
Zeneca Delaware
Holdings Inc.
Delaware 10-19-83
Zeneca
International Inc.
Delaware 12-3-86
Zeneca Resins
Holdings Inc.
Delaware 9-1-88
Image Polymers Company
Partnership
Delaware 9-29-88
50% Zeneca Resins Holdings Inc.
50% MTC Chemicals, Inc.
Zeneca
Pharmaceuticals
Foundation**
Delaware 5-6-92
Zeneca HealthCare
Foundation**
Delaware 8-3-93
** Non-Profit Corporation

CONFIDENTIAL

CONFIDENTIAL
AZSER 10376270



# Astra US

## Pre Merger April 5, 1999

100% Ownership Unless Otherwise Noted

Astra AB
Astra US Holdings Corporation
Astra Res. Center Boston, Inc.
Astra Arcus USA, Inc.
95% GP
AZPLP (KB USA, LP)
5% LP
Astra USA, Inc.
99% GP
APLP (Astra Pharmaceuticals, L.P.)
1% LP
KBI Sub
4/10/06

CONFIDENTIAL

CONFIDENTIAL
AZSER 10376271