# EXHIBIT 10



# ICI AMERICAN HOLDINGS INC. & AFFILIATES
## ORGANIZATION CHART
### July, 1992

**Imperial Chemical Industries PLC**
United Kingdom 12-7-26

- **Ergon Investments UK Ltd.** — United Kingdom
  - **ICI North America Inc.** — Delaware 3-27-75
  - **ICI Wilmington Inc.** — Delaware 6-28-63
- **Ergon Investments International Ltd.** — United Kingdom
  - **ICI American Holdings Inc.** — Delaware 5-12-71
    - **ICI American Holdings Financial Corporation** — Delaware 10-15-87
    - **ICI Americas Foreign Sales Corporation** — Barbados, B.W.I. 4-27-88
    - **ICI Americas Inc.** — Delaware 4-22-71

### Under ICI American Holdings Inc.:
- **ICI Acrylics Inc.** — Missouri 4/18/47
  - The Glidden Company — Delaware 11-13-85
  - Allied Columbus Leasing, Inc. — Delaware 3-5-81
  - Columbus Chemical, Inc. — Delaware 3-3-81
  - Edinborough Properties, Inc. — Ohio 1-26-87
- **ICI Acrylics Canada Inc.** — Ontario 3/10/60
- **K-S-H Delaware Holdings Inc.** — Delaware 11/28/89

### Under ICI Americas Inc.:
- **Garst Research Farms, Inc.** — Nebraska 5-22-85
  - Garst Seed Company — Delaware 12-3-86
  - 49% ICI Americas Inc.
  - 51% GRF of Iowa Inc.
- **Atkemix Ten Inc.** — Delaware 12-3-86
  - Atkemix Nine Inc. — Delaware 11-14-85
  - Atkemix Eleven Inc.
  - Atkemix Twelve Inc.
  - Atkemix Thirteen Inc. — Delaware 12-3-86
- **ICI Delaware Holdings Inc.** — Delaware 10-19-83
- **ICI Petrochemicals Inc.** — Delaware 11-3-76
  - Corpus Christi Global Chemicals Company — Partnership Texas 11-15-75
    - 37 1/2% ICI Petrochem.
    - 37 1/2% Champlin Petro
    - 25% Solex Petrochem.
- **ICI Composites Inc.** — Delaware 12-8-81
  - Kasei Fiberite Co. Ltd. — Japan
    - 50% ICI Composites Inc.
    - 50% Mitsubishi Chemical Industries Ltd.
- **ICI Incorporated** — Delaware 7-3-86
- **ICI Metalex Inc.** — Delaware 1-27-86
  - Hydrometals Joint Venture — Partnership Delaware 3-10-86
    - 33 1/3% ICI Metalex Inc.
    - 33 1/3% TK Trade Inc.
    - 33 1/3% Nerco Minerals
- **ICI Pharma Inc.** — Delaware 10-17-86
- **Rubicon Inc.** — Louisiana 12-28-81
  - 50% ICI Americas Holdings
  - 50% Uniroyal Chemical Co Inc.
- **Stauffer Management Company** — Delaware 7-15-87
  - Atkemix Thirty-Seven Inc. — Delaware 7-15-87
  - Montrose Chemical Corporation of CA — Delaware 8-15-46
    - 50% Stauffer Mgt. Co.
    - 50% Chris-Craft Industries, Inc.
  - Stauffer Chemical Company of Canada, Ltd. — Canada 7-16-57
- **ICI Resins Holdings Inc.** — Delaware 9-1-88
  - Image Polymers Company — Partnership Delaware 9-29-88
    - 50% ICI Resins Holdings
    - 50% MTC Chemicals, Inc.
- **Security Pac Texas Inc.** — Texas 11-1-90
- **Transerco Radioactive Diagnostic Services Canada Inc.** — Canada 10-31-83
- **Coprain, S.A.** — Spain
  - 10% ICI Americas Inc.
  - 90% ICI España
- **Setco Lubricantes Metalicos S.A.** — Spain
  - 51% ICI Americas Inc.
  - 49% ICI España

EXHIBIT NO. 5 L. GOLKOW
CONFIDENTIAL

# ZENECA INC.

## ORGANIZATION CHART
March 3, 1997

**Zeneca Inc.**
A. K. Willard
Chairman

---

**Zeneca Ag Products**
R. A. Woods
President

(See Attached Chart)

---

**Zeneca Pharmaceuticals**
R. C. Black
President

- Business Development
  J. C. Barber, VP
- Clinical/Medical Affairs
  F. M. Armstrong, VP
- Controller
  R. A. Rausch, VP
- Drug Regulatory Affairs
  W. J. Kennedy, VP
- External Affairs
  A. J. Milbauer, VP
- Human Resources
  C. F. Bateman, Jr. VP
- International Compliance
  R. Y. Cardner, VP
- Legal & Intellectual Property
  W. C. Lucas, VP, General Counsel Pharmaceuticals
- Pharmaceuticals Information Services
  R. L. Bogle, VP
- Sales & Marketing
  W. J. O'Shea, VP
- Technical Operations
  R. G. Milkovics, VP

---

**Specialties Group**

- Biocides
  M. Howden, International General Manager
- Bio Products US
  J. T. Pinkney, General Manager, North America
- Controller US
  P. Whyte (Temporary)
- Human Resources
  D. E. Wilbur, Director
- Legal & Intellectual Property
  A. V. Booth-Barbarin
- Novacote US
  D. J. Roper
- Performance & Intermediate Chemicals
  B. J. Twomey, Business Director
- Resins US
  W. A. Scott, International General Manager
- Associated Company
  E. A. Armstrong, General Manager
  - Image Polymers Company
    L. F. Evans, President
- Stahl US
  J. W. Bouchard, General Manager

---

**Finance**
R. T. Kennedy
Vice President, Finance & Treasurer

**Legal**
G. M. Engelmann
Vice President, General Counsel & Secretary

**Corporate Affairs**
G. J. Quinn
Vice President

---

**Corporate Environmental Services**
B. A. Spiller
General Manager

**Diversity & Center Human Resources**
K. B. DeCarme
Director

**Environmental Law**
J. C. Kelly
Asst. General Counsel

**Executive Compensation & Benefits**
J. W. Coleburn III
Director

EXHIBIT NO. 6
5-14-07
L. GOLKOW

CONFIDENTIAL



# ZENECA Inc.

## ORGANIZATION CHART
March 3, 1997

**Zeneca Inc.**
A. K. Willard
Chairman

- **Zeneca Ag Products**
  R. A. Woods
  President
  (See Attached Chart)

- **Zeneca Pharmaceuticals**
  R. C. Black
  President
  - Business Development
    J. C. Barber, VP
  - Clinical/Medical Affairs
    F. M. Armstrong, VP
  - Controller
    R. A. Rausch, VP
  - Drug Regulatory Affairs
    W. J. Kennedy, VP
  - External Affairs
    A. J. Milbauer, VP
  - Human Resources
    C. F. Bateman, Jr. VP
  - International Compliance
    R. Y. Cardner, VP
  - Legal & Intellectual Property
    W. C. Lucas, VP, General Counsel
  - Pharmaceuticals
  - Pharmaceuticals Information Services
    R. L. Bogle, VP
  - Sales & Marketing
    W. J. O'Shea, VP
  - Technical Operations
    R. G. Milkovics, VP

- **Specialties Group**
  - Biocides
    M. Howden, International General Manager
  - Bio Products US
    J. T. Pinkney, General Manager, North America
  - Controller US
    P. Whyte (Temporary)
  - Human Resources
    D. E. Wilbur, Director
  - Legal & Intellectual Property
    A. V. Booth-Barbarin
  - Novacote US
    D. J. Roper
  - Performance & Intermediate Chemicals
    B. J. Twomey, Business Director
  - Resins US
    W. A. Scott, International General Manager
    E. A. Armstrong, General Manager
    - Associated Company
    - Image Polymers Company
      L. F. Evans, President
  - Stahl US
    J. W. Bouchard, General Manager

- **Finance**
  R. T. Kennedy
  Vice President, Finance & Treasurer

- **Legal**
  G. M. Engelmann
  Vice President, General Counsel & Secretary

- **Corporate Affairs**
  G. J. Quinn
  Vice President

- Corporate Environmental Services
  B. A. Spiller
  General Manager

- Diversity & Center Human Resources
  K. B. DeCarme
  Director

- Environmental Law
  J. C. Kelly
  Asst. General Counsel

- Executive Compensation & Benefits
  J. W. Coleburn III
  Director

EXHIBIT NO. 11
5-14-07
L. GOLKOW

CONFIDENTIAL

