# EXHIBIT 11

# SEROQUEL

# ORGANIZATIONAL CHARTS

## INDEX

| SECTION | TAB | DOCUMENT DESCRIPTION |
|---------|-----|----------------------|
| A. | | Medical Affairs |
| | 1. | Seroquel Staff Listing in US Medical and Scientific Affairs |
| | 2. | External Scientific Affairs |
| B. | | Clinical |
| | 1. | US Clinical Development |
| | 2. | US Clinical Information Science Organization Chart |
| | 3. | US Clinical Information Science Directors & Leaders Organization Chart |
| | 4. | CIS Programming – US Region |
| | 5. | Medical Communications & Document Management |
| | 6. | US Clinical Information Science Biostatistics Organization Chart |
| | 7. | Data Management Technology |
| | 8. | Information Strategy |
| | 9. | Clinical Project Coordination |
| | 10. | Clinical Outsourcing |
| | 11. | Clinical Project management #1 |
| | 12. | Clinical Project Management #2 |

| SECTION | TAB | DOCUMENT DESCRIPTION |
|---------|-----|----------------------|
|  | 13. | Clinical Project Management #3 |
|  | 14. | Clinical Agreement and Grant Management |
|  | 15. | Clinical Project Management #4 |
|  | 16. | 4/1/07 - Study Delevery Organizational Chart |
|  | 17. | 1998 Team Contact Sheet |
|  | 18. | Seroquel Development Leadership team (DLT) – 2005 |
|  | 19. | Brand Team Membership |
| C. |  | Manufacturing |
|  | 1. | Human Resources |
| D. |  | GPT, DLT, CPT, and ISS |
|  | 1. | GPT |
|  | 2. | DLT |
|  | 3. | CPT |
|  | 4. | ISS |

# SECTION A

# MEDICAL AFFAIRS

# TAB 1

**Seroquel Staff Listing in US Medical and Scientific Affairs**

**1. Medical Information Scientists (MISs) Title changed in 2005 to Regional Scientific Manager (RSM).  Starts with year each individual started in the role.**

First year for MISs was in 1998—they originally were AZ Contractors (employed by company called SOS).  They were brought in as AZ employees at time of the AZ merger.

Pre 2000
Sarah Maseth
Ann Leon (now Ann Bullinger)
2-3 others (John Renna, Diana Rhupka?)

2000
John Renna (Spring 2000-left AZ Sept. 2005)
Tim Burke (Mar. 2000-promoted Regional Director Scientific Affairs Apr 2006)
Jann Johnson (Mar. 2000-present)
Faith Yao (May 2000-left AZ 2003)
Jane Grana (Spring 2000-left AZ 2003)
Lizbhet Delgado (Sept. 2000-present)
Sue Souder (Summer 2000-left SA late 2003; joined global Seroquel team through 2005;
left global team late 2005, joined ESA in CV Alliance team)
Mike Stevenson (Summer 20000-promoted RSBD 2003, left AZ Feb. 2006)
Sherry Wilcox (Spring 2000-left AZ March 2001)
Jim Driver (Spring 2000-transferred to CV SA team 2002)
Brian Miller (Summer 2000-left AZ winter 2001)
Mai Nguyen (09/00 to 08/04 transfer to CV SA team)

2001
Dave Cook (early 2001-left AZ???)
Elham Tabarsi (08/01 to present)
Marlene Wilson (Aug. 2001-late 2003)
Anh La (Aug. 2001 to present)
Howie Berkowitz (late 2001-left AZ 2005)
Lorie Mody (late 2001-left AZ early 2005)
Melissa Santiago (late 2001-promoted SAM June 2006)
Julia Kocal (late 2001-left AZ early 2006)
Nancy Ortiz (late 2001-present)
Corinne Zabinski (mid 2001-present)
Sherry Andes (early 2001-left AZ late 2001)
Jennifer Wilbanks (early 2001-left AZ mid-2001)

2002
Chris Moore
Linda Lauer (Jan. 02-Present)

Samuel Dyer (late 2002-left AZ early 2004)
Haleh Ouranos (05/02 to present)
Kim Lonergan (transferred 5/02 to present)
Chris Sparks (02/ 2002 to 12/03)
April Adams (transferred in 7/2002 from role as Respiratory MIS, left to join Respiratory
Scientific Affairs Team as RDSA Oct. 2006)
Mahnoosh Rajabnejad (transferred in from Respiratory MIS 7/02 to present)
Robert Herb (transferred in 7/2002, left for CV fall 2002)
Jeff Grey (transferred in 7/ 2002, left AZ 2003 or 2004)
Cindy Khordoc (transferred in 7/ 2002 to present)
Kwabena Opuni (transferred in 7/ 2002, left AZ)
Faith McKeon (transferred in 7/ 2002, left AZ 2006)
Christie Savarese (transferred in fall 2002, left AZ 2003)

<u>2003</u>
Dan Huffman (transferred in 3/03 to present)
William (BJ) Pottorf (Sept 2002 to Present)
Bill Davis (Oct. 2003-Present)
Julleah Wise (Jan 2001—transferred to SA from Sales in 2003?)
Elizabeth Leiderman (early 2003-left AZ late 2004)
Jim McGrory (May 2003-present)
Dionne Hearn (Dec. 2003-Present)

<u>2004</u>
Mike Barber (re-hired 3/04 to present)

<u>2005</u>
Wilma Wong (10/05 to 12/06)
Parshotam Sachdeva (mid 2005-present)
Glenn Frazer (June 2005-present)

<u>2006</u>
Laura Sinofsky-Bohm (joined AZ April 1998 was AZ PSS for Specialty Care; joined SA
early 2006-present)
Jennifer Kammerer (01/06 to present)
Bijal Sheth (July 2006-present)
Kelly Olson (October 2006-present)
Michelle Jacobs (Sept. 2006-present)
Anabelle Keohane (Nov. 2006-present)

**2. Leadership Roles within US Scientific and Medical Affairs)**

National Director Scientific Affairs (former titles were National Scientific Business Director and later, Senior Director Medical Affairs)

Janice Gaska (2000-2002)
Mark Page (2002-2003)
Donna Holder (2003-2004)
Georgia Tugend (2004-2006)

Senior Therapeutic Brand Leader
Christine Ney (2006-present)

Regional Director Scientific Affairs

Sarah Maseth (2000-present)
Tim Burke (2006-present)
Mike Stevenson (2002-2006)
Howard Berkowitz (2002-2005)
Walter Tatarowicz (2000-2001)
Kevin Ibaraki (11/00 to present)

Medical Marketing Leader
Ann Leon (Bullinger) (2000-2002)

Director Medical Affairs
Karin Mueller (late 2003-early 2005)

Scientific Alignment Manager - CNS
Christine Ney (7/05 to 4/06)
Melissa Santiago (7/06 to present)

Seroquel Medical Resources Staff (previously Medical Information)


MIM = Medical Information Manager
DIS = Drug Information Specialist (Pharm.D. contractor )
TTL = Therapeutic Team Leader
IMA = Inquiry Management Associate
IML = Inquiry Management Leader

| | | |
|---|---|---|
| Lynda Finis, Pharm.D. | TTL | 3/2007 - present |
| Christine Ney, PharmD | MIM/TTL | 1997-2001 |
| Donna Zarzuela, PharmD | MIM | 1997-1999? |
| Fred Kohler, RPh, PhD | MIM | 1998-present |
| Lorie (Butner) Mody, PharmD | MIM | 1998-2002 |
| Dionne Hearn, PharmD | MIM | 2002-2004 |
| Gay Owens, PharmD | MIM | 2004-2005 |
| Jackie Iannotta, PharmD, MBA | MIM | 2002-2005 |
| Linda Ziemba, PhD, on SQ) | MIM | 1999-2006 (not sure when she started working |
| Sejal Patel, PharmD | MIM | 2005 |
| Corie Shoop, PharmD | MIM | 2005 |
| Amy Timmins, PharmD | MIM | 2005 |
| Paul Miller, PharmD | MIM | 2005 |
| Tina (Kwong) Doshi PharmD | MIM | 1999-2001? |
| Karen Williams PharmD | TTL | 2001-2004 |
| Ray Coghlan PharmD | TTL | 2001 |
| Christine Fitzgerald | DIS | 2004-2005 |
| Gary Bosler | DIS | 2004-2005 |
| Fatima Ahmad | DIS | 2005 |
| Suzzanne Igbokwe | DIS | 2004-2006 |
| Kathryn Risha | DIS | 2006-present |
| Oksana Terleckyj | DIS | 2005-2007 |
| Nadine Halawa | DIS | 2004 |
| Amy Fetchko PharmD | MIM/TTL | 1999-2005 |
| Marian Quan PharmD | MIM | 2005-present |
| Jason Wright PharmD | MIM | 2005-present |
| Rich Stamer PharmD | MIM | 2005-present |
| Pamela Young PharmD | MIM | 2006-present |
| Joe McElroy PharmD | TTL | 2004-2006 |
| Mary Jo Psomas | Med Writer | 2000-2002? |

| | | |
|---|---|---|
| Does IM count too? | | |
| Dan Callahan | IML | ?-2006 |
| Ruth Mussellman | IML | ? |
| Deb Gutshall | IMA | |
| Maria Bevivino | IMA | 2006 |
| Jenn Mattison | IMA | 2006 |
| Susan Leighton | IMA | 2006 |
| Nancy Cairnes | IMA | 2005 |
| Michelle Morgan | IMA | ?-2005 |
| Sharon Napoli | IMA | 2005-present |
| Barabara Carroll | IMA | 2006-present |
| Betsi Hyatt | IMA | ?-present |
| Betty Wells | IMA | ?-present |
| Susan Quigley | IMA | ?-present |
| Lakita Greer | IMA | ?-present |

# TAB
# 2

# External Scientific Affairs



Catherine Bonuccelli, MD
Vice President
External Scientific Affairs

Tina Szymanski
Administrative Coordinator

**Catherine Bonuccelli, MD (Acting)**
Vice President
Medical Affairs

- Mary Alice Dwyer — Executive Director, Scientific Affairs
- Donna Holder — Senior Director, Medical Resources
- Paul Alexander, MD — Executive Director, MM & Strategic Cust. Grp
- Joe Cordaro — Sr. Therapeutic Brand Leader - Oncology
- Dave Tang — Sr. Therapeutic Brand Leader - CV
- Doug Willmott — Sr. Therapeutic Brand Leader - GI
- Christine Ney — Sr. Therapeutic Brand Leader - CNS
- Kevin Krause — Sr. Therapeutic Brand Leader - Respiratory

**Presti Pinto**
Executive Director
Medical Education & Regulatory Compliance

- Rose Ann Stanton — Senior Director, Promotional Regulatory Aff.
- Kevin Kerwath — Senior Director, Med Education Grants
- Karl Kraft — Director, Process & System Mgmt

**Edward Bortnichak, PhD**
Vice President
Scientific & Medical Healthcare Relations

- Harvey Maldow — Director, Professional Relations
- Kathy Gans-Brangs — Senior Director, Trade Group
- Tanuj Gupta — Senior Director, Medical & Quality HIT
- HHS — vacant
- Jamie Mullen — Executive Director, Scientific & Healthcare Alliances
  - Susan Souder — Alliance Proj Mgr
  - Mike Mallamaci — Alliance Proj Mgr
  - Wes Bell — Alliance Proj Mgr

**Karl Kraft (Acting)**
Senior Director
Business Information & Systems Planning

- Joan Korek — Director, Operations
- Tisa Blen — Director, Training & Development
- Renate Mastowski — Special Projects Director APC
- AC Deployment

**Sarah Harrison**
Executive on Loan with the NMA

**Wayne Rosenkrans, PhD**
Director
Scientific & Medical Strategy

**Tony Rogers**
Vice President
US Regulatory Affairs

- RPL's and RAD's
- Labeling
- FDA Office

# SECTION B

# TAB
# 1

# US Clinical Development



**Additional Wilmington Clinical Leadership Team (WCLT) Members**

Mark Behm
Director, Chief of Quality Assurance

Viktoria Day
Vice President, Drug Safety

Michelle Dillions
Sr. Counsel, Legal

Diane Cannon
Clinical Analyst, Exdir, Finance

Hillary Johnson
Human Resources Business Partner

Beth Hoster
Director, Development IS

Nancy Bayeo
Sr. Communications Partner

Karen Gotting-Smith
Vice President
Clinical Development

Vanessa Dzik
Administrative Coordinator

Joan Shaw
Executive Director
Study Delivery

Jim Blasino
Vice President
Strategic Development

Larry Bassin
Vice President
Clinical Information Science

Mary Callanan-Squire
Executive Director
Clinical Project Management

Elizabeth Bare
Executive Director
Clinical Business Operations Mgr

Frank Casty
Vice President
Medical Science

AstraZeneca

Revised: March 20, 2007

# TAB
# 2

# US Clinical Information Science Organizational Chart
## Wilmington Clinical Information Science Leadership Team



LAWRENCE P. BASSIN, M.D.
Vice President
US Clinical Information Science

Peggy Pennington
AC

Carole Caswell
Sr. Director, Clinical Information Science Directors

Janet Stoltenborg
Acting Director, Med. Communications & Doc. Mgmt.

Christopher Miller
Sr. Director, Biostatistics

Gerri Brown-Broadnax
Director, Data Management Techology

Dan Godoy
Director, Information Strategy

Jack Jacobsen
Director, Programming

4/12/07

# TAB
# 3



## US Clinical Information Science Directors & Leaders
### Organization Chart  05/07/07

**Carole Caswell**
Senior Director
Clinical Information Science Directors & Clinical Information Science Leaders

**Rosemary Corsaro**
Administrative Coordinator

### Cardiovascular/GI

**Walter Applin**
Clinical Information Science Director
Saxagliptin
Cheryl Connell, AC

**Jo Dole**
Clinical Information Science Director
AZD6140
Cheryl Connell, AC

**Sandy Fitt**
Clinical Information Science Director
CRESTOR
Cheryl Connell, AC

**Terry Flanagan**
Clinical Information Science Director
Nexium
Becky Weiss, AC

**Steve Sibley**
Clinical Information Science Director
EPT3
Dottie DiDinato, AC

### Neuroscience

**Richard Hellmund**
Clinical Information Science Director
Seroquel
Cheryl Connell, AC

**Brandon Simpson**
Clinical Information Science Director
Emerging Psychiatry & PN400
Lynne Lunatic, AC

**Ken Fretz**
CIS Leader
EPMT + DxMed CDT
Cheryl Connell, AC

### Oncology & Infection

**David Cartwright**
Clinical Information Science Director
Oncology Emerging Project Team 5
Cheryl Connell, AC

**Kathy Jelliffe**
Clinical Information Science Director
IRESSA
Cheryl Connell, AC

**Don Brown**
CIS Leader
EPMT – Infection
Marge Mason

### Respiratory & Inflammation

**Mario Cruz-Rivera**
Clinical Information Science Director
SYMBICORT
Judy Gillaspy, AC

Danny Cerro, CIS Leader, US EPMT, part-time

# TAB
# 4

# CIS PROGRAMMING - US REGION




Revised: 05/01/07

# TAB
# 5

# Medical Communications & Document Management



**Joanne Comaty**
Senior Director
Med Comms & Doc Mgmt

**Linda D'Ambro (AC)**

**Daniel Stoltenborg**
Acting Director
Med Comms & Doc Mgmt

**Marti Hubbard (AC)**

**Medical Communications**
**David Brown**
Associate Director
MCS: NEUROSCIENCE/ONC/INF

- Jude Fiorini (MCS)
- Joyce Francisco (PT Proofreader)
- James Gaddy (PMCS)
- Curt Johnson (SRMCS)
- Lynne Lunatici (AC)
- Barbara Nelson (SRMCS)
- Sarita Pereira (SRMCS)
- Steve Sibley (PMCS)
- Pam Spencer (PMCS)
- Kevin Stansberry (MCS)

**Medical Communications**
**Frank Hubbard**
Acting Associate Director
MCS: CV/GI RA/RA

- Catherine Baj-Lindsey (SRMCS)
- Joanne Blyskal (SRMCS)
- Kathleen Brewer (SRMCS)
- Judith Childs (MCS)
- Cheryl Connell (AC)
- Sep Farah (SRMCS)
- Kathleen Fry (SRMCS)
- Judy Gillaspy (AC)
- Kathleen Mulderrig (SRMCS)
- Robert Storella (SRMCS)

**MCS: CV/GI**

- Judy Borak (PMCS)
- Paul Desrochers (PMCS)
- Dottie DiDonato (AC)
- Jane Dixon (SRMCS)
- Becky Weiss (AC)

**Document Management**
**Diane Cavender**
Associate Director

- Nancy Bockrath (DMS)
- Leah Britton (DMS)
- Laird Cummings (DMS)
- Tammy Dorian (DMS)
- Jill Ford (PDMS)
- Kim Graf (SRDMS)
- Markea Jackson DMS
- Sonya Lindsey (DMS)
- Maryanne Loscalzo (SRDMS)
- Emma Martin (DMS)
- Melissa Mintzer (DMS)
- Suketu Patel (PDMS)
- Matt Rosenthal (DMS)
- Susan Schultz-Rachman (PDMS)
- Tina Webb (PDMS)

**Clinical Publications**
**Jonathan Dhanan**
Associate Director

- Jeff Fletcher (SRCPL)
- Jeanne McFadden (SRCPA)
- Karen McFadden (CPA)
- Kristen McGrory (CPA)
- Mary Jo Psomas (CPL)
- Donna Simcoe (CPL)
- Gregg Truitt (SRCPL)
- John Tumas (SRCPL)
- Joyce Weiner (CPL)
- Steve Wieland (CPL)
- Mary Wiggin (CPA)
- Celesta Williams-Hughes (SRCPA)

Rev 4/11/07

**Acronyms**
AC - Administrative Coordinator
CPL - Clinical Publications Lead
MCS - Medical Communications Scientist
PMCS - Principal Medical Communications Scientist
SRCPA - Senior Clinical Publications Associate
SRDMS - Senior Document Management Specialist
SRPA - Senior Publication Associate

CPA - Clinical Publications Associate
DMS - Document Management Specialist
PDMS - Principal Document Management Specialist
PTP - Part Time Proofreader
SRCPL - Senior Clinical Publications Lead
SRMCS - Senior Medical Communications Scientist

# TAB
# 6

# US Clinical Information Science Biostatistics Organization Chart 03/26/07



# TAB 7

# Data Management Technology



**Gerri Brown-Broadnax**
Director
Data Management Technology

**Suzanne Silver**
Technical Process Manager

**Debbie Giordano**
Administrative Assistant

**Rose Garman**
Associate Director
CRF/DB Development

- Diana Alexander
- Mary Askew
- Debbie Batten
- Maureen Boland
- Mary Brockson
- Anna Carson
- Renee Davis
- Mary Giancola
- Christine Janco
- Douglas Kitson
- Deborah Nicely
- Laura Broadbent**

**Bryan Budzynski**
Associate Director
System Support/Development

- Dave Branham
- Neil Chase
- Regina Dunn
- Tyrone Harper
- Susan Lamborn
- Anita Maura
- Wendy Ramsey
- Jonathan Russell
- Joe Sayer
- Vacant
- Vacant

**Ken Stoltzfus**
Associate Director
Technical Support 1
(CV/ONCO)

- Jeffrey Findley
- Vincent Jackson
- Karin LaPann
- Michael Ross
- Eugene Volodarsky
- George Wasilyew
- Varetta Winfrey-Flemming
- Richard Wilkins**
- Vacant**
- Vacant**

**Harpreet Sahni**
Associate Director
Technical Support 2
(GI/RITA/Neuro)

- Sunny Du
- Susan Gutsmuth
- Robert McGlade
- Scott Ross
- Boris Tenzer
- Betty Wang
- Brittny Weathers
- Christina Workman
- Bill Halter**
- Vacant**

**Jay Leeka**
Associate Director
DMT Standards

- Linda Blankley
- Denise Coppage
- Kristian Kuhner
- Jamie McCartney
- Annette Travalent
- Vacant

** Contractors

Revised: 4/2/07

# TAB
# 8



# TAB
# 9



# TAB
# 10

**Clinical Project Coordination**

# Clinical Outsourcing

AstraZeneca



**Clinical Outsourcing Director**
Linda Goodrich

**Administrative Coordinator**
Carmen Irizarry*

**Sr. Clinical Outsourcing Manager (G)**
Edgar Cannon

**Clinical Outsourcing Manager**
Megan Carroll

**Sr. Clinical Outsourcing Manager (G)**
Jeffrey DeHart

**Assoc. Clinical Outsourcing Manager**
Sharon DeRicco

**Assoc. Clinical Outsourcing Manager**
Theresa Sheridan*

**Sr. Clinical Outsourcing Manager**
Kelly Distefano

**Clinical Outsourcing Manager**
Claudia English

**Acting Assoc. Clinical Outsourcing Manager**
Jean Bernardo

**Clinical Outsourcing Manager**
Patricia Anne O'Malley

**Assoc. Clinical Outsourcing Manager**
Mary Menz*

**Clinical Outsourcing Manager**
Patricia Padovani

**Sr. Clinical Outsourcing Manager (G)**
Christopher Pitcherella

**Acting Assoc. Clinical Outsourcing Manager**
Maureen Shields

**Sr. Clinical Outsourcing Manager**
Kim Root

**Sr. Clinical Outsourcing Manager (G)**
Cindi Schmittlein

**Sr. Clinical Outsourcing Manager**
Jennifer Steele

**(G) Global Account Manager**

**\*Contractor**

**Updated 4/20/07**

# TAB 11

**Clinical Project Coordination**

# Clinical Project Management #1



AstraZeneca

*Contractor

Updated 4/20/07

# TAB 12



# TAB 13

Clinical Project Coordination

# Clinical Project Management #3



Sr. Clinical Project Management Director
Vacant

Administrative Coordinator
Vacant

Clinical Project Management Director
Karen Spencer

Clinical Project Manager
Kevin Johnson***

Clinical Project Manager
Jacqueline Donahue

Clinical Project Manager
Nico Janssen*

Clinical Project Management Director
Steve Patton

Clinical Project Manager
Karen Dieterle**

Associate Clinical Project Manager
Celestine Hicks

Associate Clinical Project Manager
David Higgins

Associate Clinical Project Manager
Ellen Quimby

Associate Clinical Project Manager
Susan Haverly

Clinical Project Manager
Jim Harrop

Associate Clinical Project Manager
Barbara Malatesta*



AstraZeneca

*Contractor

**Part-time assignment in role of Symbicort Global Lead for Clinical Outsourcing, will continue with
Symbicort CPM responsibilities as well.

***On assignment with Clinical Outsourcing.

Updated 4/20/07

# TAB 14

**Clinical Project Coordination**

# Clinical Agreement and Grant Management



AstraZeneca

*Contractor

**On assignment with Clinical Outsourcing.

Updated 4/20/07

# TAB
# 15

**Clinical Project Coordination**

# Clinical Project Management #4
## (ISS Coordination)



AstraZeneca

*Contractor

Updated 4/20/07

# TAB
# 16

# Study Delivery Organizational Chart

## April 1, 2007

















Goodrum,Kevin
Rgl Monitor Mgr
Regional Monitoring
CRM

Mayo,Kelly
Regional Clin
Research Assoc
Regional Monitoring
CRM

Scotton-
Bratcher,Cherese
Regional Sr Clin Res
Assoc
Regional Monitoring
CRM

Jessie,Erica
Regional Sr Clin Res
Assoc
Regional Monitoring
CRM

Watkins,Terry (Tris)
Regional Sr Clin Res
Assoc
Regional Monitoring
CRM

Sears,Christine
Regional Sr Clin Res
Assoc
Regional Monitoring
CRM

Chou,David S
Regional Sr Clin Res
Assoc
Regional Monitoring
CRM

Elligan,Anjanette Belt
Regional Clin
Research Assoc
Regional Monitoring
CRM

Mynatt, Pamela
CRA-C
Regional Monitoring
CRM

Lecara,Grace
Regional Sr Clin Res
Assoc
Regional Monitoring
CRM

Buck,Wendy K
Regional Sr Clin Res
Assoc
Regional Monitoring
CRM



Kohli,Julie
Rgl Monitor Mgr
Regional Monitoring
CRM

Bradley,Helene
Regional Clin
Research Assoc
Regional Monitoring
CRM

Stone,Deborah J
Regional Sr Clin Res
Assoc
Regional Monitoring
CRM

Kinsey,Todd
Regional Clin
Research Assoc
Regional Monitoring
CRM

Shoop,Dipti
Regional Sr Clin Res
Assoc
Regional Monitoring
CRM

Tomczak,Megan
Regional Clin
Research Assoc
Regional Monitoring
CRM

Boone,James B
Regional Sr Clin Res
Assoc
Regional Monitoring
CRM

Maniapaz,Noemi D
Regional Sr Clin Res
Assoc
Regional Monitoring
CRM

Milone,Cecilie
Regional Clin
Research Assoc
Regional Monitoring
CRM

Young,Tekeena
Regional Clin
Research Assoc
Regional Monitoring
CRM

Shanks,Shauna L
Regional Clin
Research Assoc
Regional Monitoring
CRM

Jafri-Hussain,Amber
Regional Clin
Research Assoc
Regional Monitoring
CRM

Harty,Allison
Regional Sr Clin Res
Assoc
Regional Monitoring
CRM









Settle,Gregory
Rgl Monitor Mgr
Regional Monitoring
CRM

Rivera,Nancy P
Regional Sr Clin Res
Assoc
Regional Monitoring
CRM

Lichenstein,Rebekah
Regional Clin
Research Assoc
Regional Monitoring
CRM

Boykin,Amber
Regional Clin
Research Assoc
Regional Monitoring
CRM

Wilde,Misti Leigh
Regional Clin
Research Assoc
Regional Monitoring
CRM

Rollins,Anne
Regional Clin
Research Assoc
Regional Monitoring
CRM

Nolley,Susana V
Regional Sr Clin Res
Assoc
Regional Monitoring
CRM

Stamm,Patricia G
Regional Sr Clin Res
Assoc
Regional Monitoring
CRM

Luebbe,Susan
Regional Sr Clin Res
Assoc
Regional Monitoring
CRM

Carnes,Leanne
Regional Clin
Research Assoc
Regional Monitoring
CRM













Fountas,Richard
Lead AD
Study Delivery 1
CV

Campbell,Catherine
Sr Study Delivery Ops
Spec
Study Delivery 1

Puchalski,Darya S
Clinical Research Scientist-C
Study Delivery 2

McDowell,Channeary
Study Delivery Prog Ldr
Study Delivery Directors

Roque,Frances E
Clinical Data Analyst-C
Study Delivery 1



Gillette,Stephen
Assoc Dir Study
Delivery Team
Study Delivery 2
CV

Esposito,Denise R
Sr Study Delivery Ops
Spec
Study Delivery 2
CV

Hutt,Carmella M
Study Delivery Assoc
Study Delivery 2
CV

Senker,Jennifer
Clinical Research
Sci,Senior-C
Study Delivery 2
AZD6140

Smith,Lauren
Study Delivery Ops
Spec
Study Delivery 2
CV

Halvorsen,Brian
Study Delivery Ops
Spec
Study Delivery 2
NS

Leonard-
Whalen,Caterina
Sr Study Delivery Ops
Spec
Study Delivery 2
NS

Torres,Arline S
Sr Study Delivery Ops
Spec
Study Delivery 2
CV

Oledziejewski,Tracy
Study Delivery Ops
Spec
Study Delivery 2
CV











Kirby,Clare
Assoc Dir Study
Delivery Team
Study Delivery 3
RITA

McCormick,Carol
Sr Study Delivery Ops
Spec
Study Delivery 3
NS

Bartuslak,Diane
Study Delivery Ldr
Study Delivery 3
ONC

Gianni,Suzanne E
Study Delivery Ldr
INF
Study Delivery 3

Stevens,Kimberly
Admin Coordinator
Study Delivery 3
INF

Smith,Marie A
Clinical Research
Scientist-C
Study Delivery 3
RITA

Drake,Theresa H
Study Delivery Ops
Spec
Study Delivery 3
NS

Schmitt,Nicole
Clinical Research
Scientist-C
Study Delivery 3
Symbicort

Hameed,Salma
Sr Study Delivery Ops
Spec
Study Delivery 3
ONC

Steele,Linda W
Sr Study Delivery Ops
Spec
Study Delivery 3
ONC

Zanestra,Melissa M
Clinical Research
Assistant-C
Study Delivery 3
RITA

Muldowney,Sharon
Sr Study Delivery Ops
Spec
Study Delivery 1
NS

Burke,Lea M.
Sr Study Delivery Ops
Spec
Study Delivery 3
ONC

Bauman,Daria
Clinical Research
Scientist-C
Study Delivery 3

Harmon,Leah
Study Delivery Ops
Spec
Study Delivery 3
ONC

Womack,Terri J
Sr Study Delivery Ops
Spec
Study Delivery 3
ONC

Kelly,Tracy
Study Delivery Ops
Spec
Study Delivery 3
ONC

Dale,Kathleen D
Clinical Research
Scientist-C
Study Delivery 3
RITA

Yellow,Jasmine
Study Delivery Ops
Spec
Study Delivery 3
CV



























