# EXHIBIT 11

# TAB 17

*As of 1998*

3

| TITLE | NAME (Ext.) | ADMIN.ASST.(Ext). |
|---|---|---|
| **PULMONARY (FOC 2 SE) (22-558112) FAX:** | | |
| Associate Medical Director | William S. Mezzanotte, MD (4670) | Ursala Garnett (8312) |
| Medical Program Manager | Scott Tutak (5960) | Ursala Garnett |
| Clinical Research Specialist | John Otterson (8988) | Teresa Orloff |
| Clinical Research Associate | Lynne Hallman** (4330) | Teresa Orloff |
| Clinical Research Associate | Fred Osmers* (2991) | Teresa Orloff |
| Clinical Research Associate | Michael Castiglione (5960) | Teresa Orloff |
| Clerk | Tammy Hall* | |
| **ENDO-ONCOLOGY (FOC 2 SW) (22-558113) FAX: 1898** | | |
| Senior Medical Director | Geert J.C.M. Kolvenbag, MD (2801) | Kathy Zurlo (8271) |
| Associate Medical Director | Lisa E. Porter, MD (5106) | Heidi Fields (2453) |
| Medical Program Manager | Lisa Mentzer (5892) | Heidi Fields |
| Sr. Clinical Research Associate | Cheryl Birch (5996) | Heidi Fields |
| Clinical Research Associate | K. Danielle Smith (3663) | Heidi Fields |
| Sr. Clinical Research Associate | Camille Anderson (3384) | Heidi Fields |
| Clinical Research Associate | Laura Duffy* (5334) | Heidi Fields |
| Clinical Research Associate | Donna Dixon* (8832) | Heidi Fields |
| **SEROQUEL (FOC 2 SW) (22-558111) FAX: 5567** | | |
| Associate Medical Director | Jamie Mullen, MD (2779) | Camile Watson* (5668) |
| Medical Program Manager | Nancy Devine (7921) | Camile Watson |
| Sr. Clinical Research Specialist | Ann Schilling (2617) | Camile Watson |

*Contractor/** Zeneca Temporary

# TAB 18

# Seroquel Development Leadership Team (DLT)





## Purpose
### Development Leadership Team is Accountable for:

✓ Create integrated development plan for US market

✓ Accountable for the execution of the development plan

✓ Influence GPT to ensure US needs are fully understood and acted upon

✓ Deliver key elements of business planning cycle: e.g., TG, PMC, and (RBU) financial submissions

✓ Create and develop a fully integrated development team with seamless alignment between Clinical Development, Regulatory Affairs and Medical Affairs

✓ Create and recognize a high performance culture for the extended brand team

Redefine Success

# TAB 19



Brand Team Membership