# EXHIBIT 11

# SECTION C

# MANUFACTURING

# TAB 1

# HUMAN RESOURCES







# HUMAN RESOURCES

Date/Time: 05/09/...  ):09:09

HUMAN ...OURCES

# HUMAN RESOURCES

**Sr Dir Operations**
Nwk - Administration
Tanya Yvette Harris
Territory:
Mail Drop:
Phone: 302/286-3559

**Sr Mgr Operations Systems Svcs**
Nwk - Ops System Support
Jimmie Brown
Territory:
Mail Drop: NWK Newark
Phone: 302/286-4946

**Admin Coordinator**
Nwk - Pkg Production Supervisor
Luann Shivone
Territory:
Mail Drop: NWK Newark
Phone: 302/286-3628

**Sr Mgr Whse Dist & Logistics**
Nwk - LGDC
Richard L Cait
Territory:
Mail Drop: NWK Newark
Phone: 302/286-8164

**Dir Sterile Processing**
Nwk - Ziprasidone
Christopher J Pastore
Territory:
Mail Drop: NWK Newark
Phone: 302/286-3892

**Dir Packaging**
Nwk - Pkg Production Supervisor
Tony Jackson
Territory:
Mail Drop: NWK Newark
Phone: 302/286-4003

**Dir Manufacturing**
Nwk - Mfg Production Supervisor
Robert F Kuhl
Territory:
Mail Drop: NWK Newark
Phone: 302/286-4255

Shown head count: 0   Open positions: 0   Planned: 0