# EXHIBIT 11

# SECTION D

# TAB 1

# Seroquel Global Product Team


Seroquel — help patients be their best

## Core Members

- Carolyn Fitzsimons — VP GM
- Jonas Rastad — VP DP
- Martin Brecher — MSD
- Susanne Fors — GRAD
- Marianne Jackson — CBL
- Martin Jones — GPM
- Julia Manning — Legal
- Shawn Martin — GPM
- Susan McHale — CPCD
- Justin Platt — GSBD
- Mark Scott — DBL
- Sue-Ellen Wingertz — GPM

### Agenda driven attendence:

- Cameron Burness — Ops
- John Gilday — PR&D
- Robert Sepelyak — PAR&D
- Natalie Atkinson — Finance
- Others as needed

AC: Barbara D'Antonio
Lois Replenski

Dist List: +Seroquel GPT

January 2007

# Bipolar Cross-Functional Team

AC: Barbara D'Antonio
Dist List: +Seroquel Bipolar CFT

**Members:**
- Martin Jones — GPM/Lead
- Mikael Åström — GPS
- Kevan Clarke — US LCM
- Richard Olbrich — MAM
- Vince Mazzella — SDD
- Niki Morabbi — GBM
- Pat Patterson — GRAM
- Björn Paulsson — Medic
- Karen Spencer — Sub Dir

Seroquel
help patients be their best

January 2007