# EXHIBIT 11

# MDD/GAD Cross-Functional Team

AC: Barbara D'Antonio
Dist List:
+Seroquel MDD/GAD CFT

**Members:**

- Shawn Martin — GPM/Lead
- Kim Busch — US LCM
- Willie Earley — Medic – MDD
- John Gallahger — MAM
- Jonas Karlsson — GBM
- Julie Locklear — VDL
- Vince Mazzella — SDD
- Duncan Nickless — GRAM
- Bengt Olausson — Medic – GAD
- Karen Spencer — Sub Dir
- cc: Didier Meulien — Medic – MDD

Seroquel
help patients be their best

January 2007

# Schizophrenia & New Opportunities Cross-Functional Team

**Members:**

- Mark Scott — DBL/Lead
- Jill Bailey — PDM/GBM
- Kim Busch — US LCM
- Rohini Chitra — CISD
- Patricia Johansen — MAM
- Vince Mazzella — SDD
- Didier Meulien — Medic
- Gurdish Singh — GBM
- Paul Street — GRAM
- Sue-Ellen Wingertz — GPM

Ad hoc:
- Natalie Thomas — Finance

cc: Julia Manning — Legal

AC: Lois Replenski
Dist List:
+Seroquel Schiz & New Opps CFT

Seroquel — help patients be their best

January 2007