# EXHIBIT 11

# ISS/Local Studies CFT

**Members:**

- John Gallagher — Pub Mgr/Lead
- Lena Bolin/TBD — Study Delivery
- Kim Busch — US LCM
- Jeff Goldstein — Risk Mgmt
- Justin Platt — GSBD*
- Christine Ney — US TBL
- Kristina Timdahl — Medic
- Lisa Wissinger — CPM

Ad hoc:
- Julia Manning — Legal
- George Melko — Regulatory

*GPT sponsor

AC: Lee Sipple
Dist List:
+Seroquel ISS/Local CFT

Seroquel
help patients be their best

January 2007

# TAB 2

# DLT

Redefine Success

**Brand Planning Manager** Michelle Baymor

**Executive Director Development** Mark Scott

**Executive Director Commercial** Marianne Jackson

**PR/A** James Gaskill

**Field Medical Physician** Jamie Street

**Brand Leader Life Cycle** Coleen Pierce

**STBL** Christine Ney

**Regulatory Affairs Director** Gerald Limp

**Study Delivery Director** Todd Leathers

**Brand Team Physician** Art Lazarus

**Project Coordination Director** VACANT

 = Leadership Team
 = Brand Team

# TAB 3

CPT has existed for approximately 4 years.

**The members of the CPT:**
Martin Brecher (Medical Director)
Richard Helman (Information sciences) (predecessor: Rohani Chitran)
Vince Mazzella (Study Delivery Director) (predecessor: Ellis Wilson)
Susan McHale (Clinical Product Commercial Director) (predecessor: Joan Shaw)

**GPT Predecessors:**
After approval, the GPT members were: Lisa Arvanitis (lead), Ricky Bache (Regulatory Director), Diane Linstrom (Project Manager), Shawn O'Brien (Marketing Director), Bob Sepelyak, and Geert de Vriese (Global Product Director).

Eva Nordstrom was Carolyn Fitzsimons predecessor (Eva was the Development Director for Science & Commercial)
Margaret Melville preceded Susanne Fors
Don Beamish preceded Marianne Jackson
Jack Schwartz preceded Mark Scott
GPM's - Shawn Martin, Sue Wingertz and Martin Jones - no predecessors
Rebecca Bowman and Shawn O'Brien preceded Justin Platt
Joan Shaw preceded Susan McHale
Geert de Vriese and Alex Oldham (Global Product Directors)

# TAB 4

## Seroquel ISS Review Team

| Name | Title |
|---|---|
| Czapor, John | Program Coordinator - IPS |
| Diffenderfer, Lynn | Drug Safety Specialist- Seroquel |
| Dillione, Michelle | Sr. Counsel |
| Earley, Willie | Dir Clinical Research |
| Gelman, Michelle | Drug Safety Specialist- Seroquel |
| Goldstein, Jeff | Director Clin Science (Preclin contact) |
| Goldstein, Jeff | Risk Assessment |
| Horton, Mary Jean | Drug Safety Specialist- Zomig |
| Johnson, Shely | Drug Safety Specialist- Seroquel |
| Lazarus, Art | Sr. Director, Clinical Research |
| Leathers, Todd | Study Delivery Dir |
| Leong, Ron | Sr. Safety Medical Director |
| Levia, Karen | Trade Customer Service Spec |
| Marshall, William | ISS Specialist |
| Munro, Gail | Safety Operations Manager |
| Murray, Millicent | ISS Associate |
| Santiago, Melissa | Scientific Alignment Mgr. |
| Rajagopalan, Kitty | Dir HEOR |
| Schwartz, Deborah | Regulatory Affairs Assoc |
| Scott, Mark | Exec Dir Development |
| Stella, Joanne | Sr. Investigator Agreement Spec |
| Sweitzer, Dennis | Principal Statistican |
| Simcoe, Donna | Clinical Publications Lead |
| Warner, Linda | Safety Surveillance Assoc Dir |
| Williams-Hughes, Celeste | Clinical Publications Assoc |
| Ye, Mindy | Drug Safety Specialist- Seroquel |