# EXHIBIT 12

# US Drug Safety Organizational Chart
## Drug Safety Leadership Team



Vikram J. Dev, M.D.
VP, Clinical Drug Safety, US

Donna Barrick
AC

Judith Zander, M.D.
Executive Director
US Drug Safety Surveillance

Wendy Ammirato
Sr. Director, Drug Safety Compliance, Support & Systems

Vita Petrik
Director, Safety Operations

4/01/07



Petrik
EXHIBIT NO. 2
5-17-07
L. GOLKOW

# US Drug Safety Organizational Chart
## Drug Safety Surveillance



4/01/07



US Drug Safety Organizational Chart
Drug Safety Compliance, Support & Systems

4/01/07

\* Represents Reporting relationship, not supporting relationship



# US Drug Safety Organizational Chart
## Drug Safety Operations (1)

4/01/07

\*\*Denotes contractor

\* Represents Reporting relationship, not supporting relationship

# US Drug Safety Organizational Chart
## Drug Safety Operations (2)



4/01/07

**Denotes contractor

* Represents Reporting relationship, not supporting relationship

## US Drug Safety Organizational Chart
### Drug Safety Operations (3)

```
                    Vita Petrik
              Director, Safety Operations
           ┌──────────────┼──────────────┐
    Sri Challa**    Kishan Vadlamudi**   Ramesh Jammula**
    Sapphire UAT    Sapphire UAT         Sapphire UAT
```



**Denotes contractor

4/01/07



## US Drug Safety Organizational Chart
Drug Safety Leadership Team

12/22/05

Lawrence Bassin
Vice President, US Drug Safety

Peggy Pennington
[illegible]

Vikram Dev
Executive Director, US Drug Safety Surveillance

Wendy Ammirato
Sr. Director, Drug Safety Compliance, Support & Systems

Vita Petrik
Director, Safety Operations

Sandy Cumpston
Director, Safety Strategy

Susan Romanies
Project Administrator*

Vacant
Executive Director, [illegible]**

\* Not member of DSLT
\*\* Continue with recruitment efforts but do not fill now



US Drug Safety Organizational Chart
Drug Safety Compliance, Support & Systems



# US Drug Safety Organizational Chart
## Drug Safety Operations (2)

12/22/05

**Vita Petrik**
Director, Safety Operations
06064

### Michelle Nolan — Operations Manager - CV (10845)
- Andrea Sala-Brady, Senior Specialist, 44983
- Krista Beck, Senior Specialist, 10853
- Vince Morrell, Specialist, 10891
- Paula Robertson, Specialist, 52490
- Sharon Gavin, Associate, 50539
- Rosemary Kennedy, Associate, 10860
- Heather Weiss, Associate, 32989
- Ann Yeager, Associate, 44693
- Jodi Pysher, Associate, 51650
- Joy Foraker, Specialist, 10865

### Gail Munro — Operations Manager - GI (49653)
- Shelly Johnson, Senior Specialist, 10878
- Michelle Gelman, Specialist, 10867
- Lynn Diffenderfer, Specialist, 50534
- Mike Bandru, Specialist, 10886
- Mindy Ye, Specialist, 10851
- Lora Kurtz, Associate, 10857
- Colleen McMahon, Associate, 44574
- Diana McGuire, Sr. Associate, 10867
- Jason Fisher, Associate, 10892
- Linda O'Brien, Associate, 10859

### Beth Barrett — Operations Manager - Oncology (10879)
- Nancy Dyroff, Specialist, 50526
- Suzanne Guidera, Specialist, 10887
- Nicole Bruni, Specialist, 10852
- Blanche Johnson, Senior Associate, 10875
- Catherine Graham, Senior Associate, 10856
- David Kwiatkowski, Senior Associate, 10873
- Trina McKinney, Associate, 10868
- Rosemarie McCormick, Associate, 50511

### Christine Martin — Operations Manager - Resp/CNS/Pain (10846)
- Joanne Padgett, Sr. Specialist, 10880
- Mary Horton, Specialist, 50535
- Sue Rungprakong, Specialist, 50633
- Nina DeLillo, Senior Associate, 44577
- Louise Hale, Associate, 10864
- Patricia Decker, Associate, 10854
- Martha Thomas, Associate, 51653
- Tonya Mayes, Associate, 49192
- Maureen Tchinnis, Sr. Associate, 50637

\* Represents Reporting relationship, not supporting relationship



US Drug Safety Org Chart

6/9/2003



## US Drug Safety Organizational Chart
### Drug Safety Surveillance

Vikram Dev
Executive Director, US Drug Safety
08086

- Mary Fran Moeller, TA Team Leader, 49615
  - Alie Basma, Product Manager, 50524
  - Anita Maiers, Product Manager

- Ed Haas, Associate Director, Surveillance, 50118
  - Linda Warner, Associate Director, 50522
  - Wayne Geller, Medical Director, 44910

- Rebecca Wang, Senior Medical Director, 51371
  - Louisa Walsh, Medical Director, 44600
  - Scott Allender, Medical Director, 50640
  - Mark Tacelosky, TA Team Leader, 49614
  - Anthony Oladipo, TA Team Leader, 11319
  - Dona Ely, TA Team Leader, 11320
  - Sophia Goodison, TA Team Leader, 51367
  - Renee Stango - t, Product Manager

- Monica Yost, Associate Director
  - Sandra Raff, Medical Director, 52481
  - Connie Ou, Senior Product Manager, 50523
  - Helen Henry, Product Manager, 49617
  - Suzanne Elliott, Product Manager, 51367
  - Claudia Lamp, Product Manager, 48445

- Lisa Boomazian, Senior Product Manager, 51301
  - Chace Wayne, Product Manager, 10433
  - Eva Alam, Product Manager, 49616
  - Helen Lozano, Product Manager, 51300
  - Deborah Rolfe, Product Manager

- Liza DeAnnuntis, Medical Director
  - Ewa Lyzell, TA Team Leader, 10379
  - John Pasquale, Senior Product Manager, 11323
  - Chace Wayne - SERM only, Product Manager, 10433
  - Mingfang Zhu, Product Manager, 11324

* Represents Reporting relationship, not supporting relationship



Safety Operations and Systems

6/9/2003