# EXHIBIT 13

# AstraZeneca Regulatory Affairs
## Leadership Team

Bradley EXHIBIT NO. 3 MC 5/24/07

28 Mar 2007

**Graham Higson**

- Annabelle Hendrick - PA
- David Berglund (GEL Governance)
- Peter Deegan — Quality Assurance & Compliance Group
- Richard Elton - Finance
- Cathy Carney - HR

Therapy Areas:
- CVTA — Moira Daniels
- GITA — Moira Daniels
- NSTA — Kevin McKenna
- Onc/InfTA — Barry Sickels
- RITA — Pam Smith

Hubs:
- Sweden Hub — Christina Pernvi
- US Hub — Donna Dea
- UK Hub — Ann Readman

Regions:
- Europe — Ali Harrison
- International — Ann Readman
- US — Tony Rogers
- Japan — Shogo Nakamori

By selecting the option to view this document in 'Slide Show' view enables the bookmarks to be selected, to 'jump' you through the charts.







## USRA Organisation

- Back to AZRA
- AstraZeneca — 1 Mar 2006
- EXHIBIT NO. 6

- **VP USRA** — Tony Rogers
  - **AC** — Belinda Johnson
  - **RPL** — Doug Dobak
  - **US RADS** — See attachment
  - **RPL - Oncology/Infection** — Barry Sickels
  - **RPL – Neuroscience** — Gary Horowitz
  - **RPL - GI/RITA** — Eric Couture
  - **RPL – CV** — Ian Hunt
  - **FDA Liaison** — Cathie Schumaker
  - **Senior Director AZENITY & Labeling** — Robert Orzolek
    - **AZENITY & Labeling** — See attachment

Case 6:06-md-01769-ACC-DAB Document 297-19 Filed 07/23/07 Page 6 of 6 PageID 5104



# Neuroscience TA

Back to AZRA

**RVPTA**
Kevin McKenna

Valerie Koelsch - AC

TA Labelling Expert
Marianne Jonsson - L

GRADs
Åsa Holmgren - S
Robert Griffin – W
Marie Gårdmark (S)
Kristina Hultgren – S
Gerd Hallnemo - S
Anna Skottner-Lundin - S
Ingrid Nordgren – S

AstraZeneca
1 Dec 2006

AP = Alderley Park; CW= Charnwood; L= Lund; Lu = Luton; M = Mölndal; S = Södertälje; W = Wilmington
ML = Maternity or Paternity Leave; Se = Secondment; C = Contractor; JS = Job Share