# EXHIBIT 14



# MARKETING ORGANIZATION

# MARKETING ORGANIZATION



CONFIDENTIAL



MARKETING ORGANIZATION

3/97

Steven E. Strand
Marketing Director
Specialty/
Oncology Care

Anne J. Grobman
Administrative Assistant

Keith E. Patterson
Assoc. Marketing
Director
Spec./Onc. Products

Mark L. Rickards
Product Manager
Spec./Onc. Products
(KADIAN)

Cindy Martone
Administrative Assistant
NOLVADEX®
ARIMIDEX®
KADIAN®

Vacant
Product Manager
Spec./Onc. Products
NOLVADEX/ARIMIDEX

Athena M. Ruhl
Sr Product Manager
CNS Products
(SEROQUEL™)

Anne J. Grobman
Administrative Assistant

Cassandra M. Ruiz
Administrative Assistant
ZOLADEX®
- Benign
- PC
- 10.8 mg
CASODEX
METASTRON
TOMUDEX

Vacant
Product Manager
Spec./Onc. Products
(TOMUDEX)

Vacant
Assoc. Promo. Mgr.
Spec./Onc. Products
(TOMUDEX)

Mark L. Felsenauer
Product Promo. Mgr.
Spec./Onc. Products
(CASODEX/ZOLADEX)

G. George Caswell
Assoc. Promo. Mgr.
Spec./Onc. Products
(CASODEX/ZOLADEX)

Timothy Arenson
Assoc. Promo. Mgr.
Spec./Onc. Products
(CASODEX/ZOLADEX)

Paul B. Felrstein
Assoc. Promo. Mgr.
Spec./Onc. Products
(KADIAN)

Brian A. Keyes
Assoc. Promo. Mgr.
Spec./Onc. Products

Jeffery J. Traczewski
Assoc. Promo. Mgr.
Spec./Onc. Products

Georgia L. Tugend
Product Promo. Mgr.
ONS Products
(SEROQUEL)

Michael Murray
Assoc. Promo. Mgr.
CNS Products
(SEROQUEL)

CONFIDENTIAL

# MARKETING ORGANIZATION



8/97

Michael P. Hickey
Marketing Director
Specialty/Hospital Care

Debra Bowers
Administrative Assistant

Bruce A. Mather
Group Product Manager
Anesthesia Products

Debra Bowers
Administrative Assistant

Joseph Soler
Product Promo. Mgr.
Anesthesia Products

Daniel Harris
Product Promo. Mgr.
Anesthesia Products

Athena M. Ruhl
Sr. Product Manager
CNS Products
(SEROQUEL™)

Georgia L. Tugend
Product Promo. Mgr.
CNS Products
(SEROQUEL)

Michael Murray
Assoc. Promo. Mgr.
CNS Products
(SEROQUEL)

Edward W. Berger
Sr. Product Manager
Anti-infective Products

Sheila Needam
Administrative Assistant

Richard F. Reid
Assoc. Promo. Mgr.
Anti-infective Products

Tom Viscount
Assoc. Promo. Mgr.
Anti-infective Products

CONFIDENTIAL



# MARKETING ORGANIZATION

9/97

CONFIDENTIAL

**Michael P. Hickey**
Marketing Director
Specialty/Hospital Care

Debra Bowers
Administrative Assistant

Debra Bowers
Administrative Assistant

**Bruce A. Mather**
Group Product Manager
Anesthesia Products

**Daniel Harris**
Product Promo. Mgr.
Anesthesia Products

**Joseph Soler**
Product Promo. Mgr.
Anesthesia Products

**Athena M. Ruhl**
Sr. Product Manager
CNS Products
(SEROQUEL™)

**Georgia L. Tugend**
Product Promo. Mgr.
CNS Products
(SEROQUEL)

**Michael Murray**
Assoc. Promo. Mgr.
CNS Products
(SEROQUEL)

**Edward W. Berger**
Sr. Product Manager
Anti-infective Products

Sheila Needam
Administrative Assistant

**Richard F. Reid**
Assoc. Promo. Mgr.
Anti-infective Products

**Thomas Viscount**
Assoc. Promo. Mgr.
Anti-infective Products



Page 1 of 2
Spravstawe
Marketing

PPMO —g Charts

Information Gateway | US Intranet Home

AstraZeneca

**PP&MO Organizational Charts**

Home | All PP&MO Org Charts | Jump to specific Charts | Download Charts | Full Screen View |

First   Previous   Next   Last

## Operations and Portfolio Management – August 1, 2000

OPM Chair & Senior Vice President of
Commercialization & Portfolio Management

**David Brennan**

OPM Team

Sales
Tony Zook

Clinical
Ron Wall

Operations
Ken Mudra

Vice President
Marketing
James Pusey

Strategic Planning &
Business Development
John Barber

Licensing
Russ Gantt

**TA Leader CNS** — Michael Hickey
Product Directors: Don Beemish, Jim McDermott
AC: Debra Bovers
AC: Dawn DiCardio
AC: Beth Best

**TA Leader CV** — Adele Gulfo
Product Directors: Nancy Faglay, Patricia McDonald, Rick Stelly, Vacant
AC: Madalyn Warren, Eileen McCullough
AC: Barbara Jones, Kathy Wyatt, Vacant
AC: Carole Curtis, Diane Morgan
AC: Marcia Burrell, Bayle Kobus, K.Basile

**TA Leader GI** — Mark Mallon
Product Directors: Marianne Jackson, Paul Rogers, Lisa Schoenberg
AC: Claire Donovan
AC: Nicole Civello
AC: Cheryl Paul
AC: Mary Gerace

**TA Leader DMU** — Steve Strand
Product Directors: Kevin O'Neill, Mark Rickards, David Shoup
AC: Anna Grootman
AC: Mary Ann Warren
AC: Linda Nejelsan

**TA Leader PAI** — Sarah Harrison
Product Directors: Connie Damilamani, Mahendra Gupta, Howard Rosenberg
AC: Linda Abrams
AC: Mary Laski
AC: Melissa Claus, Arlene Whitington
AC: Irene Nessen

**TA Leader RITA** — Rich Forte
Product Directors: Mahmood Lachani, Gerard O'Malley, Don Paras, Doug Smith
AC: Marye Sefiane
AC: Bonnie Callahan
AC: Lisa Fonca
AC: Nancy Martin
AC: Lisa Lewis

Deployed Resources: CNS  CV  GI  PAI  UNC  RITA  FA

CONFIDENTIAL

9/15/2000

EXHIBIT NO. ___
L. GOLKOW

http://usintranet.astrazeneca.net/ppmoorgcharts/sld001.htm

