# EXHIBIT 14



Seroquel Commercial Organizational Charts — Being the Best — AstraZeneca, life inspiring ideas





Seroquel, Commercial

Don Beamish - Executive Director, Commercial Brand Leader

- Marianne Jackson - National Sales Director
- Jim Blessington - Finance Brand Leader
- Harry Hatzibaxides - Brand Planning Manager
- Betsy MacKenzie - Operations Brand Director
- Jim Gaskill - IPRA Skills Leader
- Mike Murray - Brand Director, HCP Professional
- Ed Reap - Brand Leader, Life Cycle Management
- Chuck Pelpher - Brand Leader, Managed Markets
- Denise Campbell - Brand Director, Consumer
- Vacant - Market Development Director

