# EXHIBIT 14

Consumer, Seroquel
Denise Campbell
Brand Director, Consumer
Kristin Bucklen
Sr. Promotions Manager
Consumer (5)
Chris Maurer
Sr. Market Research Manager
Consumer (5)
CONFIDENTIAL

Managed Markets, Seroquel
Chuck Peipher
Brand Director, Managed Markets
Linda Holl
Promotions Manager
Managed Markets (.5)
Ned Petrick
Market Research Manager
Managed Markets (.5)
Mina Makar
Brand Manager
Managed Markets

Finance, Seroquel
Jim Blessington
Finance Brand Leader
Rob Busch
Sr. Financial Analyst
CONFIDENTIAL

Sales
Marianne Jackson
National Sales Director
Tom Viscout
Area Sales Director
East
Georgia Tugend
National Scientific
Business Director
Brian Smith
Area Sales Director
West
Lynn Gionta
Communications Manager
Michele Khatib Evans
Business Integration Manager
Taylor Wallace
Sr. Specialty Business Analyst
Laura Barton
Field Readiness Leader
CONFIDENTIAL