# EXHIBIT 14



# Seroquel Commercial Org Charts




CONFIDENTIAL

# Commercial



Don Beamish
Executive Director
Commercial Brand Leader

- Mike Murray, Brand Director, Healthcare Professional Specialty
- Don Dwyer, Brand Director, Healthcare Professional Primary Care
- Denise Campbell, Brand Director, Consumer
- Chuck Peipher, Brand Director, Managed Markets and Pricing
- Kim Busch, Brand Leader, Life Cycle Management
- Marianne Jackson, National Sales Director
- Jim Blessington, Finance Brand Leader
- Harry Hatzipavlides, Brand Planning Manager
- Ann Smith, Operations Brand Leader
- Jim Gaskill, PRA Skills Leader



# Healthcare Professional