# EXHIBIT 14



# Primary Care

- **Don Dwyer** — Brand Director, PC
  - **Ed Repp** — Brand Communications Director
  - **Paul Zimmerman** — Brand Insight Director
  - **Michael Wong** — Brand Director, Commercial Strategic Resourcing
  - **Kevin Hamill** — Brand Manager, PC

CONFIDENTIAL

# Consumer



**Denise Campbell**
Brand Director, Consumer

- Kristin Bucklen
  Brand Manager, Adherance
- Julie Hebe
  Sr. Promotions Manager
  Consumer
- Evan Anderson
  Sr. Market Research Manager
  Consumer (.5)

CONFIDENTIAL

# Managed Markets and Pricing



- Jared Cohen, Brand Manager
- Karin Mueller, Brand Manager
- Chuck Peipher, Brand Director, MMaP
  - Linda Holl, Sr. Promotions Manager
  - Ned Pethick, Market Research Manager MMaP (.5)
  - Kennie Aondowase, Manager, Strategic Projects Contractor

CONFIDENTIAL

# Finance



Jim Blessington
Finance Brand Leader

Rob Busch
Financial Brand Manager

CONFIDENTIAL



# Sales

- Marianne Jackson — National Sales Director
  - Mary Ann Warren — Administrative Coordinator
  - Tom Viscount — Area Sales Director, East
  - Cindy Byers — Area Sales Director, West
  - Michele Khatib-Evans — Business Integration Manager
  - Laura Barton — Field Readiness Leader
  - Taylor Wallace — Sr. Specialty Business Analyst
  - Cara Clooney — Business Integration Manager

CONFIDENTIAL

# Commercial AC's



Lisa Schoenberg

Don Beamish
Mike Murray
Harry Hatzipavlides

Lisa Domine
Terri Lawrence
Janine Moody
Carrie Lapp

Ed Repp
Kim Busch
Colleen Pierce
Mike O'Laughlin
Evan Anderson
Susan Norton

Paul Zimmerman
John Cusmina
Narges Shahangian
Josh Prince
Sese Abhulimen

Don Dwyer
Kevin Hamill
Jeff McVey
Al Sermeno

Denise Campbell
Soheil Chavoshi
Kristin Bucklen
Julie Hebe

Chuck Peipher
Karin Mueller
Jared Cohen
Linda Holl
Ned Pethick

CONFIDENTIAL