# EXHIBIT 14

# Seroquel Commercial Org Charts

Feb-Mar 06

Seroquel — Redefine Success

CONFIDENTIAL

Paisher
EXHIBIT NO. 2
6-7-07
L. GOLKOW





