# EXHIBIT 14





# Finance

- Jim Blessington, Finance Brand Leader
  - Rob Busch, Financial Brand Manager

Seroquel
Redefine Success

CONFIDENTIAL



# Sales

- Al Paulson, National Sales Director
  - Mary Ann Warren, Administrative Coordinator
  - Tom Viscount, Area Sales Director – East
  - Cindy Byers, Area Sales Director – West
  - Michele Khatib-Evans, Business Integration Manager
  - Laura Barton, Field Readiness Leader
  - Taylor Wallace, Sr. Specialty Business Analyst
  - Cara Clobney, Business Integration Manager

Seroquel — Redefine Success

CONFIDENTIAL