# EXHIBIT 14



# Managed Markets and Pricing

```
                    Chuck Peipher
                    Brand Director, MMaP
                            |
        ┌───────────────┬───┴───────────┬───────────────┐
        |               |               |               |
   Jared Cohen     Karin Mueller    Linda Hol      Ned Pelnick           Kennie Abndowase
   Brand Manager   Brand Manager    Sr Promotions  Market Research       Manager, Strategic Projects
                                    Manager        Manager               Contractor
                                                   MMaP (5)
```

Seroquel
Redefine Success

CONFIDENTIAL



