# EXHIBIT 14



# Seroquel Commerical Org Charts

CONFIDENTIAL



# Commercial

**Marianne Jackson**
Executive Director,
Commercial Brand Leader

- **Denise Campbell** — Brand Director, Consumer
- **Kathryn Jones** — Director, Strategic Risk Management
- **Al Paulson** — National Sales Director
- **Harry Hatzipavlides** — Brand Planning Manager
- **Ann Smith** — Operations Brand Leader

- **Chuck Peipher** — Brand Director, Healthcare Professional
- **Rich Herbst** — Brand Director, Managed Markets and Pricing
- **Jim Minnick** — Director, Business Communications, CNS / Azenity
- **Vacant** — Finance Brand Leader
- **Vinay Deshmukh** — Brand Insight Director
- **Jim Gaskill** — PRA Skills Leader

CONFIDENTIAL

CONFIDENTIAL

# Healthcare Professional

- **Kim Busch** — Brand Leader, Life Cycle Management
- **Kevan Clarke** — Brand Leader, Bipolar
- **Chuck Peipher** — Brand Director, Healthcare Professional
  - **Sohell Chavoshi** — Brand Leader, Speaker Programming
  - **Lisa Domine** — Brand Manager, Schizophrenia
    - **Ed Repp** — Brand Communications Director
      - Carrie Lipp — Promo Manager
      - Lynn Gionta — Promo Manager
      - Rod Villanueva — Promo Manager
      - John Dougherty — Project Coordinator, Contractor
      - Scott Weinraub — Promo Manager
      - Colleen Pierce — Promo Manager
      - Janine Woody — Promo Manager
      - Georgene Nambotavage — Production Specialist
      - Melissa Magralono — Process Associate