# EXHIBIT 14

# Consumer

- **Denise Campbell** — Brand Director, Consumer
  - **Debbie Franklin** — Sr. Manager, Consumer Insight
  - **Julie Hebe** — Sr. Promotions Manager, Consumer
  - **Kim Malcolm** — Associate Product Manager, Consumer
  - **Kristin Bucklen** — Brand Manager, Adherence
  - **Laureen Memis** — Promotions Manager, Consumer (5) / HCP (5)

CONFIDENTIAL

Case 6:06-md-01769-ACC-DAB   Document 297-30   Filed 07/23/07   Page 3 of 5 PageID 5153

# Managed Markets & Pricing

**Rich Herbst**
Brand Director, MMaP

- **Jared Cohen**
  Brand Manager
- **Karin Mueller**
  Brand Manager
- **Linda Holl**
  Sr. Promotions Manager
- **Tom Ross**
  Market Research Manager
  MMaP

CONFIDENTIAL

# Brand Insight

CONFIDENTIAl