# EXHIBIT 14

CONFIDENTIAL

# Brand External Affairs

**Jim Minnick**
Director Brand Communications
CNS / Azenity

**Amy Morris**
Administrative Coordinator

**Hugo Perez**
Brand Communications Manager
CNS

**Vacant**
Brand Communications Manager
CNS / Azenity

**Sandra Heinig**
Sr. Brand Communications Manager
CNS / Azenity


CONFIDENTIAL



# PostScript Error

There has been an error in the PostScript for this print job.
Job Name: PEIPHER EXHIBIT 14.pdf
Details of the error are as given below.
You should report this error to your administrator or system provider.

Object in Error:   image
Error:             ioerror
Error Description: An error has occured while accessing a file.
Stacks:

| Operand Stack | Dictionary Stack Sample Element | Execution Stack |
|---|---|---|
| Latest-> (dict) | /Height=2550 | (packedarray) |
| (save) | /initialize=(packedarray) | (file) |
| | /initialize=(packedarray) | (file) |
| | /overprintstack=(null) | (packedarray) |
| | /pdf_svglb=false | @aborted |
| | /MSx=(array) | (packedarray) |
| | /pdf_svglb=false | @aborted |
| | / =(array) | (packedarray) |
| | /eexec=eexec | @aborted |
| | | (packedarray) |
| | | (packedarray) |
| | | @stopped |
| | | {handleerror} if |
| | | @exec |