# EXHIBIT 15

## McConnell, Stephen

| | |
|---|---|
| **From:** | Kerns, Kevin |
| **Sent:** | Monday, July 16, 2007 10:11 AM |
| **To:** | Pennock, Paul; ftrammell@bpblaw.com; lgornick@lskg-law.com; cbailey@bpblaw.com; kbailey@bpblaw.com; sallen@crusescott.com; eblizzard@blizzardlaw.com; tomp@lpm-triallaw.com; dmatthews@thematthewslawfirm.com; buffm@lpm-triallaw.com; richl@lpm-triallaw.com |
| **Cc:** | Magaziner, Fred; Susan Weber - Sidley; Munno, Thomas; Torregrossa, Brennan; McConnell, Stephen; Moyer, Louise |
| **Subject:** | Plaintiffs' Document Request No. 1 |

Counsel:

During our meet and confer on July 11th regarding your pending sanctions motion, you stated that you were seeking sanctions for our alleged failure to produce organizational charts that show the legal and business relationship between AstraZeneca PLC and ICI American Holdings (Document Request No. 1).

As we explained on the call and in teleconferences with Scott Allen and Ed Blizzard, and in our written response, we believe that we have produced charts that are sufficient to show this relationship. We also promised to identify these documents by their bates numbers.

We have reviewed the charts produced, and identify the documents as follows:

AZSER10376259
AZSER10376260
AZSER10376261-AZSER10376264
AZSER10376265
AZSER10376266
AZSER10376267
AZSER10376268
AZSER10376269
AZSER10376270
AZSER10376271

If you disagree that these documents show the legal and business relationship between AstraZeneca PLC and ICI American Holdings, please contact us as soon as possible.

-Kevin Kerns
215.994.2729

1