# EXHIBIT 16

# STATUS OF DOCUMENT PRODUCTION



Number of Pages Produced

| Date | Pages |
|---|---|
| Jan-07 (CM02 Entered) | 483,609 |
| Feb-07 | 750,282 |
| Mar-07 | 1,450,000 |
| Apr-07 | 3,650,000 |
| MAY 07 to date | 6,490,000 |
| July-07 to date | 10,364,693 |