# EXHIBIT 17

# Electronic Document Production

[T]oday more than ninety percent of all information is created in an electronic format.

-The Sedona Principles: Second Edition, Introduction

## 885,880 documents produced

- Paper Documents (11%): 94,664 (11%)
- Electronic Documents (89%): 791,216 (89%)