# EXHIBIT 24



**McCARTER & ENGLISH**
ATTORNEYS AT LAW

July 18, 2007

VIA COURIER

Jonathan Jaffe
Weitz & Luxenberg, P.C.
6th Floor
120 Wall Street
New York, NY 10005

Joe Yeager
Associate
T. 302.984.6391
F. 302.691.2162

Re: In Re Seroquel Products Liability Litigation: MDL-1769

Dear Jonathan:

Pursuant to my notice, I have enclosed a portable hard drive containing documents for AstraZeneca's eighteenth Custodian production in the above referenced matter. In particular, this production contains replacement documents belonging to Custodians Don Beamish, Kim Busch, Kathryn Bradley, Lisa Boornazian, John Boorstein, Kevin Hamill and Karen Meuller. These productions are the result of our vendor's repair of blank pages originally delivered to you and as such do not constitute new documents. Rather, these are replacement documents for images that you received earlier as blank. We have decided to provide you with entire productions for Beamish and Busch as a matter of convenience as the reconstituted pages were quite numerous. Please note that this production is subject to the agreed upon confidentiality stipulation and any state court protective orders.

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

Consistent with our recent productions, the Custodians be set forth in multiple folders and corresponding sets. For your convenience, I have listed the Custodians according to their sets with corresponding bates numbers. The contents of the sets and the corresponding bates ranges are:

BALTIMORE

BOSTON

HARTFORD

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Beamish, Don | AZSER3656462 | AZSER3890066 |
| Busch, Kim | AZSER0570865 | AZSER0597731 |
| Bradley, Kathryn | AZSER2203296 | AZSER2203296 |
| Mueller, Karin | AZSER1442481 | AZSER1442481 |
|  | AZSER1442491 | AZSER1442491 |
|  | AZSER1442492 | AZSER1442492 |
|  | AZSER3317929 | AZSER3317929 |
|  | AZSER3321595 | AZSER3321595 |

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 6586312v.1

Jonathan Jaffe
July 18, 2007
Page 2

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Boornazian, Lisa | AZSER2873697 | AZSER2873697 |
| | AZSER2874422 | AZSER2874422 |
| | AZSER2874424 | AZSER2874424 |
| | AZSER2874428 | AZSER2874428 |
| | AZSER2874430 | AZSER2874430 |
| | AZSER2874431 | AZSER2874431 |
| | AZSER2878771 | AZSER2878771 |
| | AZSER2888715 | AZSER2888715 |
| | AZSER2888716 | AZSER2888716 |
| | AZSER2888718 | AZSER2888718 |
| | AZSER2888725 | AZSER2888725 |
| Boorstein, John | AZSER2897505 | AZSER2897505 |
| Hamill, Kevin | AZSER3055784 | AZSER3056001 |

Should you have any questions or concerns, please feel free to contact me.

Sincerely,

Joe P. Yeager

Enclosure

cc:   James J. Freebery

ME1 6586312v.1