# EXHIBIT 26

```
-----Original Message-----
From:      Dupre, Andrew
Sent: Tuesday, June 12, 2007 11:28 AM
To:    'mpederson@weitzlux.com'; 'jjaffe@weitzlux.com'
Cc:    Freebery, James J.; Winchester, Tony
Subject:   Seroquel - Revised Certification
```

Here is a draft - if you are satisfied this is what we'll use.  Cheers!   <<AZ Seroquel 6-1



AZ Seroquel
i-12-2007 Draft Ce..
           -2007 Draft Certification of Completed Production.DOC>>

Andrew S. Dupre, Esq.
McCarter & English, LLP
405 North King Street 8th Floor
Wilmington, Delaware 19801
Phone: 302-984-6328
Fax: 302-984-0311

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

---

This Document Relates to ALL CASES

---

### CERTIFICATION OF COMPLETE CUSTODIAL PRODUCTION

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca"), by and through their attorneys, hereby certify that reasonable steps and processes have been taken to collect, process and produce, all non-privileged documents related to Seroquel® found in the Custodial Files of the # custodians listed below, subject to pending meet and confer requests.

Each custodian is an individual employee or former employee of AstraZeneca. The Custodial File for each custodian consists of documents maintained by that custodian through July 6, 2006, and includes paper documents maintained in the custodian's hard copy files, electronic documents maintained on the custodian's work (desktop and/or laptop) computer and personal drive or shared drives on AstraZeneca's network, emails including those existing in ".pst" format maintained in or deleted from the custodian's AstraZeneca email account, and documents contained on personal computing devices such as, for example, PDA, BLACKBERRY, or similar device ("Custodial Documents"). The Seroquel® Keyword Search For Filtering Of Electronic Documents (Exhibit A hereto) was applied to

each custodian's electronic Custodial Documents to determine whether such documents may be related to Seroquel®.

As used herein, the term "documents" has the broadest possible meaning and interpretation ascribed to it, including, but not limited to: writings, drawings, graphs, charts, photographs, phone records, and other data compilations from which information can be obtained and converted, if necessary, by the respondent into reasonably usable form.

Custodians for whom production is complete:


Dated:

                                                     A. Richard Winchester
                                                   McCarter & English
                                                   Citizens Bank Building
                                                   919 N. Market Street, 18th Floor
                                                   Wilmington, DE 19801
                                                   Tel.: 302.984.6305
                                                   Fax.: 302.984.6399
                                                   Email: awinchester@McCarter.com

                                                 *Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

MB1 6504420v.1

## CERTIFICATE OF SERVICE

I hereby certify that, on the ____ day of ____, 2007, I caused to be served a true and correct copy of the foregoing via electronic mail and/or United States first-class mail upon the individuals listed below.

Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5500
Ppennock@weitzlux.com

Camp Bailey, Esq.
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7240
cbailey@bpblaw.com

*Lead Counsel for Plaintiffs*

/s/ A. Richard Winchester

ME1 6504420v.1