# EXHIBIT 27

-----Original Message-----
From: Pederson, Mike <MPederson@weitzlux.com>
To: Freebery, James J.
Sent: Tue Jun 26 16:41:17 2007
Subject: RE: Certification

Jim, We are looking it over.

    -----Original Message-----
    From: Freebery, James J. [mailto:JFreebery@McCarter.com]
    Sent: Tuesday, June 26, 2007 3:15 PM
    To: Pederson, Mike
    Cc: Dupre, Andrew
    Subject: Certification


    Michael:

    Wondering if you had a chance to review/sign-off on the revised Certification
language?  Thanks.

    Jim


    This email message from the law firm of McCarter & English, LLP is for the sole use
of the intended recipient(s)and may contain confidential and privileged information. Any
unauthorized review, use, disclosure or distribution is prohibited. If you are not the
intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and
destroy all copies of the original message.

1