# EXHIBIT 30

Case 6:06-md-01769-ACC-DAB Document 297-47 Filed 07/23/07 Page 2 of 7 PageID 5231
Case 6:06-md-01769-ACC-DAB Document 256-9 Filed 07/03/2007 Page 3 of 8
Case 6:06-md-01769-ACC-DAB Document 203-5 Filed 05/02/2007 Page 2 of 7

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to ALL CASES

### CERTIFICATION OF COMPLETE CUSTODIAL PRODUCTION

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca"), by and through their attorneys, hereby certify that reasonable steps and processes have been taken to collect, process and produce, subject to technical limitations, all relevant, non-privileged documents found in the Custodial Files of the eight custodians listed below.

Each custodian is an individual employee or former employee of AstraZeneca. The Custodial File for each custodian consists of documents maintained by that custodian through July 6, 2006, and includes paper documents maintained in the custodian's hard copy files, electronic documents maintained on the custodian's work (desktop and/or laptop) computer and personal drive on AstraZeneca's network, and emails, including those existing in ".pst" format, maintained in the custodian's AstraZeneca email account ("Custodial Documents"). The Seroquel® Keyword Search For Filtering Of Electronic Documents (Exhibit A hereto) was applied to each custodian's electronic Custodial Documents to determine the potential relevance of all such Custodial Documents.

MEI 6349886v.1

Case 6:06-md-01769-ACC-DAB    Document 297-47    Filed 07/23/07    Page 3 of 7 PageID 5232
Case 6:06-md-01769-ACC-DAB    Document 256-9    Filed 07/03/2007    Page 4 of 8
Case 6:06-md-01769-ACC-DAB    Document 203-5    Filed 05/02/2007    Page 3 of 7

As used herein, the term "documents" has the broadest possible meaning and interpretation ascribed to it, including, but not limited to: writings, drawings, graphs, charts, photographs, phone records, and other data compilations from which information can be obtained and converted, if necessary, by the respondent into reasonably usable form.

Custodians for whom production is complete:

> Lisa Boornazian
> Jack Boorstein
> Katheryn Bradley
> Kim Busch
> Vikram Dev
> Kevin Hamill
> Karin Mueller
> Mike Murray

Dated: April 30, 2007

A. Richard Winchester
McCarter & English
Citizens Bank Building
919 N. Market Street, 18th Floor
Wilmington, DE 19801
Tel.: 302.984.6305
Fax.: 302.984.6399
Email: awinchester@McCarter.com

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

ME1 6349886v.1

Case 6:06-md-01769-ACC-DAB  Document 297-47  Filed 07/23/07  Page 4 of 7 PageID 5233
Case 6:06-md-01769-ACC-DAB  Document 256-9  Filed 07/03/2007  Page 5 of 8
Case 6:06-md-01769-ACC-DAB  Document 203-5  Filed 05/02/2007  Page 4 of 7

## CERTIFICATE OF SERVICE

I hereby certify that, on the 30th day of April, 2007, I caused to be served a true and correct copy of the foregoing via electronic mail and/or United States first-class mail upon the individuals listed below.

>Paul J. Pennock, Esq.
>Weitz & Luxenberg, P.C.
>180 Maiden Lane - 17th Floor
>New York, NY 10038
>Telephone: (212) 558-5500
>Ppennock@weitzlux.com
>
>Camp Bailey, Esq.
>Bailey Perrin Bailey LLP
>The Lyric Centre
>440 Louisiana, Suite 2100
>Houston, TX 77002
>Telephone: (713) 425-7240
>cbailey@bpblaw.com
>
>*Lead Counsel for Plaintiffs*

/s/ A. Richard Winchester

MB1 6349886v.1

Case 6:06-md-01769-ACC-DAB Document 297-47 Filed 07/23/07 Page 5 of 7 PageID 5234
Case 6:06-md-01769-ACC-DAB Document 256-9 Filed 07/03/2007 Page 6 of 8
Case 6:06-md-01769-ACC-DAB Document 203-5 Filed 05/02/2007 Page 5 of 7

**EXHIBIT A**

Case 6:06-md-01769-ACC-DAB   Document 297-47   Filed 07/23/07   Page 6 of 7 PageID 5235
Case 6:06-md-01769-ACC-DAB   Document 256-9   Filed 07/03/2007   Page 7 of 8
Case 6:06-md-01769-ACC-DAB   Document 203-5   Filed 05/02/2007   Page 6 of 7

## SEROQUEL® KEYWORD SEARCH LIST FOR FILTERING OF ELECTRONIC DOCUMENTS

Seroquel
quetiapine fumarate
ZD5077

Abilify
aripiprazole
Clozaril
clozapine
Compazine
prochlorperazine
Geodon
ziprasidone
Haldol
haloperidol
Mellaril
thioridazine
Orap
pimozide
Prolixin
fluphenazine
Risperdal
risperidone
Serzone
nefazodone
Stelazine
trifluoperazine
Thorazine
chlorpromazine
Trilafon
perphenazine
Zyprexa
olanzapine

Antipsychotics
Neuroleptics

Diabetes
Insulin
NIDDM
Mellitus
Gestational Diabetes
MODY
Hyperglycemia

Case 6:06-md-01769-ACC-DAB   Document 297-47   Filed 07/23/07   Page 7 of 7 PageID 5236
Case 6:06-md-01769-ACC-DAB   Document 256-9   Filed 07/03/2007   Page 8 of 8
Case 6:06-md-01769-ACC-DAB   Document 203-5   Filed 05/02/2007   Page 7 of 7

Blood Sugar
Glucose
Dysregulation
Hemoglobin
HbA1c
HA1c
A1c

Weight Gain
Hypercholesterolemia
Hypertriglyceridemia
Pancreatitis
Tachycardia
Extrapyramidal Symptoms
Rigidity
Tremors
Dystonia
muscle contractions
Akathasia
restlessness
Parkinsonism
QT Prolongation
Tardive Dyskinesia
TD
Agranulocytosis
Neuroleptic Malignant Syndrome
metabolism
metabolic disorder
neuropinephrine

Schizophrenia
Bipolar
Mania
Dopamine
Seratonin

direct-to-consumer ad!
DTC ad!

2