# EXHIBIT 31

**From:** Kelber, Tamar B. [mailto:tkelber@Sidley.com]
**Sent:** Sunday, December 24, 2006 7:30 PM
**To:** Camp Bailey
**Cc:** Magaziner, Fred; Schoon, Eugene A.
**Subject:** AstraZeneca document custodians

Attached is a list of the custodians from whom we have begun collecting documents. To assist in your review, we have provided information regarding each person's job at AstraZeneca. At your earliest convenience, please give me a call to discuss plaintiffs' preferences for the prioritization of further document production and review.

<<AZ Custodian Category (2).pdf>>

```
Sidley Austin LLP mail server made the following annotations on 12/24/06, 18:51:36:
--------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we in
that, unless expressly stated otherwise, any U.S. federal tax advice contained in th
communication, including attachments, was not intended or written to be used, and ca
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is us
to by other parties in promoting, marketing or recommending any partnership or other
investment plan or arrangement, then (i) the advice should be construed as written i
with the promotion or marketing by others of the transaction(s) or matter(s) address
communication and (ii) the taxpayer should seek advice based on the taxpayer's parti
circumstances from an independent tax advisor.

****************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or
If you are not the intended recipient, please delete the e-mail and any attachments
immediately.


****************************************************************************
```

7/19/2007

## AstraZeneca Document Custodians

### I. Clinical Studies (8)

| Custodian | Position |
|---|---|
| Dusak, Betsy | Project Coordination Director - Clinical Project Management #1 |
| Goldstein, Jeff | Director, Clinical Science |
| Lazarus, Art | Sr. Director Clinical Research |
| MacFadden, Wayne | Director Clinical Research |
| Mazzella, Vince | Study Delivery Director |
| Mullen, Jamie A. | Sr. Director Clinical Research |
| Phillips, Bethany | Clinical Project Manager |
| Wilson, Ellis | Sr. Director Study Delivery Team |

### II. Drug Safety (5)

| Custodian | Position |
|---|---|
| Boornazian, Lisa | Safety Surveillance Team Leader |
| Dev, Vikram | V.P. Drug Safety |
| Gellar, Wayne | Medical Director, Safety Surveillance, Drug Safety |
| Leong, Ronald | Sr. Medical Director Drug Safety and Seroquel Global Drug Safety Physician |
| Warner, Linda | Associate Director Drug Safety Surveillance |

### III. Marketing (32)

| Custodian | Position |
|---|---|
| Beamish, Don G. | Ex. Director Commercial Operations - Seroquel |
| Blessington, James K. | Brand Finance Leader - Seroquel/Specialty Care |
| Bucklen, Kristin | Brand Manager - Consumer - Seroquel |
| Busch, Kim A. | Brand Leader - Life Cycle Management - Seroquel |
| Campbell, Denise | Brand Director - Consumer Marketing Seroquel |
| Chavoshi, Soheil | Brand Leader - Health Care Professionals Seroquel |
| Deshmukh, Vinay | Brand Insight Director - Seroquel |
| Domine, Lisa | Brand Manager - Health Care Professionals |
| Dwyer, Donald | Brand Director |
| Hamill, Kevin | Brand Manager - Health Care Professionals Primary Care |
| Hatzipavlides, Harry | Brand Planning Manager - Seroquel |
| Hebe, Julie | Sr. Promotions Manager - Consumer - Seroquel Consumer & Alternative Promos |
| Herbst, Richard | Brand Director - Managed Markets - Seroquel |

| Custodian | Position |
|---|---|
| Holl, Linda | Managed Markets Sr. Promo Manager - Seroquel, Managed Markets Promotions |
| Law, Heather | Brand Communications Manager |
| Lawrence, Terri | Promotions Manager - Seroquel, Health Care Professionals Promotions |
| Lloyd (Washington), Lisa M. | Former Brand Director - Health Care Professionals - Seroquel |
| Makar, Mina | Director Managed Markets Promotion |
| McCormack, Eileen | Global Brand Manager - Seroquel |
| Minnick, Jim G. | Director Brand Communications - Central Nervous System |
| Morris, Jeff | Managed Markets Senior Promotional Manager |
| Mueller, Karin | Brand Manager - Managed Markets |
| Murray, Michael F. | Brand Director - Health Professionals - Seroquel |
| Peipher, Charles R. | Brand Director Managed Markets and Pricing |
| Pethick, Ned | Managed Markets Insight Manager |
| Quan, Marian | Medical Resources - Sr. Medical Information Manager |
| Repp, Ed | Brand Communications Director |
| Sermeno, Al | Promotions Manager - Health Care Professionals Promotions |
| Smith, Ann C. | Operations Brand Director |
| Street, Jamie S. | Sr. Director - Field Medical Physician |
| Van Steenis, Brian | Specialty Care Training Manager |
| Zimmerman, Paul | Brand Insight Director - Health Care Professionals |

IV. Regulatory (10)

| Custodian | Position |
|---|---|
| Boorstein, John (Jack) | Regulatory Affairs Manager |
| Bradley, Kathryn | Associate Director Regulatory Affairs |
| Carey, Rosemarie | Sr. Promotional Regulatory Affairs Manager |
| Fors, Susanne | Global Regulatory Affairs Director - NS |
| Gaskill, James L. | Director Promotional Regulatory Affairs |
| Hall, Marietta | Sr. Promotional Regulatory Affairs Manager |
| Limp, Gerald L. | Regulatory Affairs Director - SCBU - Seroquel |
| Melville, Margaret G. | Former Global Regulatory Affairs Director - Seroquel |
| Schipke, Connie | Sr. Promotional Regulatory Affairs Manager |
| Smith, Christine Duffy | Director Promotional Regulatory Affairs |

V. **Research & Development (14)**

| Custodian | Position |
|---|---|
| Brecher, Martin | Medical Science Director/Lead Medical |
| Casty, Frank | V.P. Strategic Development |
| Chitra, Rohini | Information Science Director |
| Hoegstedt, Johan | V.P. Emerging Neuro. Onc. and Inf. Group |
| Jones, Martin | Global Project Manager (Formerly Global Project Statistician) |
| McKenna, Kevin | V.P. Therapeutic Area Regulator Neuroscience |
| Ney, Christine A. | Sr. Therapeutic Brand Leader - Scientific Affairs - Admin |
| Polinsky, Ronald | Therapeutic Area Scientific Director |
| Schwartz, Jack A. | Former Executive Director - Seroquel Development |
| Scott, Mark S. | Executive Director for Development - Seroquel |
| Sepelyak, Robert | Global PA R&D Project Manager |
| Shahangian, Narges | Comp Tech Intell Manager - Seroquel |
| Shaw, Joan | Sr. Director Project Coordination |
| Wingertz, Sue-Ellen | Global Project Manager - Seroquel |

VI. **Risk Management (1)**

| Custodian | Position |
|---|---|
| Jones, Kathryn | Director, Strategic Risk Management |

VII. **Sales (10)**

| Custodian | Position |
|---|---|
| Byers, Cindy | Area Sales Director, Central Nervous System (Business Center-West) (Los Angeles) |
| Jackson, Marianne | National Sales Director for Central Nervous System |
| McKee, Victor | Area Sales Director, Business Center-Southeast (Tampa) |
| Palczuk, Linda | Vice President, Sales |
| Paulson, Alfred | National Sales Director, Central Nervous System |
| Rubenstein, Vance | District Sales Manager - SC/LTC/Hosp., Central Nervous System Specialty MidAtlantic North |
| Smith, Brian P. | Area Sales Director, Central Nervous System (Business Center-Great Lakes) (Chicago) |
| Tenlen, Martin | District Sales Manager, MC Teams 3&4 - Mountain |
| Trotter, Christophus | Area Sales Director, Fairfax |
| Viscount, Thomas | Area Sales Director, Central Nervous System (Business Center-MidAtlantic) |

3