# EXHIBIT 32

| NAME | POSITION | YEAR | DEPARTMENT |
|---|---|---|---|
| Dev, Vikram J. | Vice President - Drug | 2006 - | Drug Safety Management |
| | Executive Director Drug Safety | 2004 | Safety Surveillance |
| | Senior Medical Director | 2001 | DS Management &TA |
| | TA Safety Medic Ldr. | 2000 | DS Management &TA |
| | Medical Director | 1999 | Drug Safety |
| | Assoc. Medical Director | 1998 | Drug Safety |
| | | | |
| Leong, Ronald W. | Senior Safety Medical Director | 2003 - | Safety Surveillance |
| | Medical Director | 2002 | DS Management & TA |
| | Director Product Safety | 1998 | Product Safety/M1 Finance Adm. |
| | | | |
| Warner, Linda | Safety Surveillance | 2005 - | Safety Surveillance |
| | Assoc. Director Pharmacovi | 2004 | Safety Surveillance |
| | Safety Surveillance | 2002 | Safety Surveillance |
| | | | |
| Boornazian, Lisa M. | Safety Surveillance | 2005 - | Safety Surveillance |
| | Senior Product Manager DS | 2004 | Safety Surveillance |
| | Safety Surveillance | 2003 | Safety Surveillance |
| | | | |
| Minnick, James G. | Dir Brand Comm-CNS/Az | 2005 - | Brand Communications |
| | Dir Brand Public Aff | 2004 | Public Relations |
| | Global PR Mgr Neuros | 2003 | PS&L Public Relations |
| | Global PR Mgr CNS/Pa | 2002 | PS&L Public Relations |
| | Sr Mgr, CNS PA | 2001 | Public Rel & Ally Dvl |
| | Ldr, Therapeutic Area | 2000 | Public Rel & Ally Dvl |
| | Comm Prog Mgr II | 1998 | Comm & Assoc Rel |
| | | | |
| Quan, Marian | MR Sr Medical Info | 2005 - | Medical Resources |
| | | | |
| | TA Intellgnc Ldr-Car | 2006 - | IS SPKS KI |
| Shahangian, Narges | Comp Tech Intell Mgr | 2005 | IS SPKS KI |
| | Comp Tech Intell Mgr | 2003 | Business Insight |
| | Comp Tech Intell Manager | 2002 | Bus Analysis & Intell |
| | Comp Tech Intell Analyst | 2000 | Bus Analysis & Intell |
| | | | |
| Deshmukh, Vinay | Brd Insight Dir- Sero | 2006 - | HCP Insight |
| | Reg Dir, Customer So | 2003 | Latin America (Miami) |
| | Reg Dir, Customer So | 2002 | Customer Solutions Ad |
| | District Sales Manager | 2001 | CNS Spec Care Team |
| | District Sales Manager | 2000 | CNS- Team Philadelphia |
| | Professional Promotion Mktg | 2000 | Promotions & Inf |
| | Assoc Promo Mgr | 1999 | Hosp Care Marketing |
| | Mgr Health Economics | 1998 | Pharmaco Economics |
| | Spec Care Analyst | 1998 | Bus & Mktg Research |
| | Mktg Res Analyst | 1997 | Bus & Mktg Research |

| NAME | POSITION | YEAR | DEPARTMENT |
|---|---|---|---|
| Zimmerman, Paul M. | Brd Insight Dir- Hlth | 2006 - | HCP Brand Insight |
| | Brd Insight Dir- Sero | 2003 | Business Insight |
| | Global Brand Manager | 2002 | Publications - PS&L |
| | Seroquel Global Bran | 2001 | R&D Health Economics |
| | Zomig Global Brand Mgr | 2001 | R&D PS&L other |
| | Liaison - Portfolio Planning | 2000 | Portfolio Planning |
| | Zomig Analyst | 1999 | Bus & Mktg Research |
| | Onc Spec Care Analyst | 1999 | Bus & Mktg Research |
| | Sr Mktg Res Analyst | 1998 | Bus & Mktg Research |
| | Sr Bus Analyst | 1997 | Financial Support |
| | | | |
| Wilson, Ellis Jr. | Sr Dir Study Delivery | 2006 - | Study Delivery 2/3 |
| | Study Delivery Director | 2005 | Study Delivery Direct |
| | Clinical Project Director | 2004 | Project Management |
| | Development Project | 2003 | Project Management |
| | Program Development | 2002 | Project Management |
| | Development Project | 2000 | Project Management |
| | | | |
| Mazzella, Vincent | Study Delivery Direct | 2005 - | Study Delivery Direct |
| | Clinical Project Director | 2003 | Project Management |
| | Development Project | 2000 | Project Management |
| | Clin Res Mgr | 1998 | Clin Trial Mgmt |
| | Clin Res Mgr | 1997 | CMA Accolate |
| | | | |
| Phillips, Bethany W. | Clinical Project Manager | 2005 - | Clinical Project |
| | Grp Ldr Project | 2003 | Capacity Planning |
| | Development Project | 2001 | Project Management |
| | Sourcing Operations | 2000 | Sourcing |
| | | | |
| Dusak, Betsy Ann | Clinical Project Mgmt D | 2006 - | Clinical Project Management |
| | Project Coordination | 2005 | Clinical Project Management |
| | Clinical Project Dir | 2003 | Project Management |
| | Development Program | 2002 | Project Management |
| | | | |
| Street, Jamie S. | Sr Dir Field Medical | 2006 - | Mngd Mkts & Stratgc/ Field Medical |
| | Sr Dir Field Medical | 2001 | Field Medical |
| | | | |
| Mullen, Jamie A. | Exec Dir Sci & Med A | 2006 - | Scientific & Medcl |
| | Sr Dir Clinical Research | 2005 | Medicine & Science 3 |
| | Sr Dir Clinical Research | 2003 | Clinical CNS - TA |
| | Dir Clinical Research | 2001 | Clinical CNS - TA |
| | Clin Res Physician Lv | 2000 | Medical Skills |
| | Assoc Med Dir | 1998 | Seroquel |
| | | | |
| Goldstein, Jeffrey M. | Director Clinical Science | 2005 - | Medicine & Science 3 |
| | Director Clinical Science | 2002 | Clinical CNS - TA |
| | Clinical Scientist | 2001 | Clinical CNS- TA |
| | Assistant Director | 2000 | Clinical Sciences |

| NAME | POSITION | YEAR | DEPARTMENT |
|---|---|---|---|
|  | Assistant Director | 1999 | Clinical Medicine |
|  | Assistant Director | 1998 | Clin Trial Mgmt |
|  | Assistant Director | 1997 | CMA Seroquel |
|  |  |  |  |
| Lazarus, Arthur | Sr Dir Clinical Research | 2005 - | Medicine & Science 3 |
|  | Sr Dir Clinical Research | 2003 | Clinical CNS- TA |
|  |  |  |  |
| Macfadden, Wayne (former employee) | Dir Clinical Research | 2005 | Medicine & Science 3 |
|  | Dir Clinical Research | 2001 | Clinical CNS- TA |
|  |  |  |  |
| Brecher, Martin Bruce | Exec Dir Med Science | 2006 - | Clinical Neuroscience |
|  | Medical Science Sr | 2005 | Clinical Neuroscience |
|  | Sr Medical Dir | 2002 | Clinical CNS - TA |
|  | Global Product Team | 2001 | Clinical CNS - TA |
|  | Sr Med Dir/ CSL | 2000 | Clinical Sciences |
|  | Sr Medical Dir | 1999 | Clinical Medicine |
|  |  |  |  |
| Casty, Frank | VP Medical Science | 2007 - | Central Clinical |
|  | VP Strategic Development | 2005 | Strategic Development |
|  | Exec Dir Sr EB Development | 2003 | Strategic Development |
|  | Exec Dir, Clinical Research | 2001 | CR Management & TA |
|  | Therapy Area Medical | 2000 | LCR Management & TA |
|  | Business Unit Medical | 2000 | R&D TA RITA |
|  | Business Unit Medical | 1999 | Drug Development |
|  |  |  |  |
| Sepelyak, Robert J. | Project Mgr PAR&D | 2006 - | Pharm Products & CMCD |
|  | Assoc Director, Pro | 2002 | Pharm Products & CMCD |
|  | Assoc Director, PAR | 2001 | Pharm Products & CMCD |
|  | Dir Phrm Dev | 2000 | Pharm Products & CMCD |
|  | Dir Phrm Dev | 1997 | PRD Pharm Dev Admin |
|  |  |  |  |
| Shaw, Joan E. | Exec Dir Study | 2006 - | Central Clinical |
|  | Sr Dir Project Coordinator | 2005 | Clinical Neuroscience |
|  | Clinical Project Dir | 2003 | Project Management |
|  | Dir TA Clinical Proj | 2002 | Project Management |
|  |  |  |  |
| Polinsky, Ronald J. | TA Scientific Direct | 2006 - | Clinical Neuroscience |
|  | TA Medical Scientist | 2005 | Clinical Neuroscience |
|  | VP, TA Med | 2004 | CR Management & TA |
|  | VP, TA Med | 2003 | TA Staff-CNS/Pain |
|  | VP, TA Med | 2001 | R&D TA CNS |
|  | Sr Medical Dir | 2000 | R&D TA CNS |
|  | Sr Medical Dir | 1999 | Clinical Strategy Leader |
|  | Sr Medical Dir | 1998 | Global Project Leader |
|  | Sr Medical Dir | 1997 | Med Research Admin |
|  |  |  |  |
| Ney, Christine A. | Sr Therapeutic Brand | 2006 - | Scientific Affairs |
|  | Scientific Alignment | 2005 | SA- CNS Admin |
|  | Med Aff Mgr - Neuros | 2004 | Neuroscience Central |

| NAME | POSITION | YEAR | DEPARTMENT |
|---|---|---|---|
| | Med Affairs Mgr, PS | 2003 | CNS PS&L Admin |
| | Med Affairs Mgr, CNS | 2001 | PS&L Health Economics |
| | MR Assoc Dir Therapeutic | 2001 | Medical Resources |
| | Med Knowledge Product | 2000 | Medical Knowledge |
| | Sr Med Info Projects | 1998 | Med Communications |
| | Med Info Proj Mgr | 1997 | Med Communications |
| | | | |
| Chitra, Rohini | Information Science | 2005 - | Information Science D |
| | Dir Biostatistics | 2004 | Biostatistics |
| | Assoc Dir Biostat | 2001 | Biostatistics |
| | Sr Statistical Scientist | 2000 | Biostatistics |
| | Research Biostatistician | 1998 | Biostatistics |
| | Sr Biostatistician | 1997 | Biostatistics |
| | Assoc Biostatistician | 1997 | Biostatistics |
| | | | |
| Jones, A Martin | Global Project Mgr | 2006 - | Development Projects |
| | Global Project Mgr | 2004 | TA Staff Neuroscience |
| | Dir Biostatistics | 2002 | Biostatistics |
| | Biostatistician | 1996 | Pharm Pre-96 Terms |
| | | | |
| Bradley, Kathryn E. | Assoc Dir Labeling | 2005 - | Reg Affairs Labeling |
| | Assoc Dir Labeling | 2001 | Labeling |
| | Labeling Manager | 2000 | Labeling |
| | Regulatory Labeling | 1999 | Regulatory Affairs |
| | Clinical Program Scientist | 1998 | Clinical Operations |
| | | | |
| Boorstein, John A. | Safety Surveillance | 2006 - | Safety Surveillance |
| | Reg Project Mgr | 2005 | Reg Affairs RAM |
| | Reg Project Mgr | 2002 | Product Team |
| | | | |
| Melville, Margaret | Sr Glbl RAD | 2005 - | Reg Affairs TA -CV |
| | Global RAD & RAM Mgr | 2004 | Reg Support (WWRA) |
| | Reg Affairs Dir | 2003 | Reg Support (WWRA) |
| | Reg Affairs Dir | 2002 | Reg Affairs Mgmt (WWRA) |
| | Dir. Regulatory Affairs | 2001 | RA Management & TA |
| | Regulatory Affairs Director | 2000 | Regulatory (WWRA) |
| | Mgr, WW Reg Prod | 1997 | World Wide Reg Affairs |
| | | | |
| McKenna, Kevin | VP TA Regulator | 2006 - | Reg Affairs - TA - NS |
| | Executive Director | 2005 | Regulatory Affairs |
| | Executive Director | 2001 | RA Management |
| | TA Regulatory Ldr | 2000 | CNRA Management & TA |
| | Assistant Director | 1999 | DRAD Marketed Prod |
| | Mgr Dra | 1998 | DRAD New Chem Entities |
| | Mgr Dra | 1997 | Drug Reg Affairs |
| | | | |
| Limp, Gerald L. | Reg Affairs Dir- SCBU | 2006 - | Reg Aff Portfolio |
| | Reg Affairs Dir | 2005 | Regulatory Affairs |
| | Dir, Regulatory Affairs | 2001 | RA Management & TA |
| | Product Team Regulator | 2000 | Product Team |

| NAME | POSITION | YEAR | DEPARTMENT |
|---|---|---|---|
| | Mgr Dra | 1998 | DRAD Marketed Prod |
| | Mgr Dra | 1997 | Drug Reg Affairs |
| | | | |
| Fors, Susanne Ingrid Katrina | Global Reg Affairs Dir | 2005 - | Regulatory Affairs |
| | Global Project Manager | 2003 | R&D TA CV |
| | Assoc Dir Reg Affair | 2002 | Product Team |
| | Sr Regulatory Project | 1997 | Pharm Pre-96 Terms/Re |
| | | | |
| Wingertz, Sue Ellen | Glbl Project Mgr | 2006 - | Development Projects |
| | Global Project Manager | 2005 | TA Staff Neuroscience |
| | Dir Head Glbl Products | 2004 | Reg Support (WWRA) |
| | | | |
| Smith, Christine Duffy | Dir PRA | 2000 - | Promotional Reg Affai |
| | PRA Skills Ldr | 2000 | Promotional Reg Affai |
| | Quality Liaison Partner | 1998 | Quality Skill Ctr - Q |
| | | | |
| Schipke, Constance A | Sr PRA Manager | 2005 - | Promotional Reg Affai |
| | PRA Manager | 2003 | Promotional Reg Affai |
| | Sr Clinical Research | 2003 | Clinical Trial Manage |
| | Clinical Research Manager | 2001 | Clinical Trial Manage |
| | Clinical Program Scien | 2000 | Clinical Trial Manage |
| | Clinical Operations Ma | 1999 | Clinical Operations |
| | Mgr Trng/Doc/GCP | 1998 | Clinical Res. Adminis |
| | | | |
| Hall, Marietta E | Sr PRA Manager | 2006 - | Promotional Reg Affai |
| | IC Therapeutic Area | 2002 | MMC Information Cent |
| | IC Therapeutic Area | 2001 | MPIC Information Cent |
| | IC Therapeutic Area | 2000 | Mktg Promotions & Inf |
| | Info Ctr Mgr, TA | 2000 | Mktg Promotions & Inf |
| | Grp Ldr, Prof. Svcs | 1997 | Professional Svcs |
| | | | |
| Gaskill, James L. | Dir PRA | 2004 - | Promotional Reg Affai |
| | Assoc Dir PRA | 2002 | Promotional Reg Affai |
| | | | |
| Carey, Rosmarie | Assoc Dir PRA | 2006 - | Promotional Reg Affai |
| | Sr PRA Manager | 2004 | Promotional Reg Affai |
| | PRA Field Associate | 2004 | Promotional Reg Affai |
| | PRA Fld Partner | 2000 | Promotional Reg Affai |
| | Sr. Field Promotions D | 2000 | Mktg Promotions & Inf |
| | Solutions Designer | 1999 | Midwest Customer Cent |
| | Solutions Designer | 1998 | North Chicago Custome |
| | Administrative Coordin | 1997 | North Chicago Custome |
| | | | |
| Smith, Ann C. | Operations Brand Dir | 2005 - | Prod & Tech Operation |
| | Phoenix OperationsSt | 2003 | Cust & Tech Operation |
| | Sr Mgr Ops CMC Strat | 2002 | Prod & Tech Operation |
| | Sr CMC Strategy Manage | 2002 | Prod & Tech Operation |
| | Sr CMC Strategy Manage | 2000 | Product Industrializa |
| | CMC Manager | 2000 | Product Industrializa |
| | CMC Manager | 1999 | Product Operations |
| | Product Operations Man | 1998 | Product Operations |

| NAME | POSITION | YEAR | DEPARTMENT |
|---|---|---|---|
| Scott, Mark | Exec Dir Development | 2003 - | Strategic Development |
| | Exec Dir Reg Oncolog | 2001 | RA Management & TA |
| | Exec Dir QDS | 2000 | Biostatistics |
| | Quantitative Dcsn Sc | 2000 | Biostatistics |
| | Sr Dir Biometrics/Sys | 1997 | Med research Admin |
| | Sr Dir Biometrics/Sys | 1996 | CMA Admin |
| | | | |
| Schwartz, Jack Anthony | Exec Dir Dev-Arimide | 2005 - | Strategic Development |
| | Exec Dir Dev-Arimide | 2003 | Strategic Development |
| | Clin Developmental D | 2001 | Project Management |
| | Global Clinical Proj | 2001 | Project Management |
| | Global Clinical Proj | 2000 | Clinical Operations |
| | Clin Oper Ldr | 2000 | Clinical Operations |
| | Clin Oper Ldr | 2000 | Clinical Sciences |
| | Clin Oper Ldr | 1998 | Global Project Leader |
| | Sr Project Mgr | 1997 | Dev Proj Grp |
| | | | |
| Rubenstein, Vance | DSM - SC/LTC/Hosp | 2007 - | Hospital Mid-Atlantic |
| | DSM - SC/LTC/Hosp | 2005 | CNS Specialty Mid-Atl |
| | Brand Leader- HCP Se | 2004 | Brand Ops Admin |
| | Brand Mgr-HealthProf | 2003 | Brand Ops Admin |
| | Sr Product Strategis | 2002 | Marketing & Pricing |
| | Product Strategist | 2002 | Marketing & Pricing |
| | Product Strategist, EP | 2001 | Marketing Strategy & |
| | Portfolio Planning Lia | 2000 | Portfolio Planning |
| | Liaison - Portfolio Pl | 2000 | Portfolio Planning |
| | Sr. Financial Analytic | 1999 | Mngd Healthcare Admin |
| | Mgr Financial Analytic | 1998 | Mngd Healthcare Admin |
| | Mgr Financial Analytic | 1998 | Utilz Based Contract |
| | Audit Spvr - Rev Progr | 1997 | Financial Support |
| | Contract Auditor | 1996 | Financial Support |
| | | | |
| Repp, Edward A | Brand Communications | 2006 - | HCP Promotions |
| | Brand Communications | 2005 | MMC Central Promotion |
| | Brand Ldr - LCM-Sero | 2003 | Brand Ops Admin |
| | Product Manager | 2002 | Marketing & Pricing |
| | Grp Dir IM Svcs | 1998 | SDMS Commercial/Pharm |
| | Grp Dir IM Svcs | 1997 | SDMS Commercial Field |
| | | | |
| Pethick, Edward B. | Brand Manager | 2006 - | MM Strategy |
| | Mgd Mkts Insight Mgr | 2004 | Business Insight |
| | Assoc Dir HEOR | 2003 | Health Economics |
| | HECON/OR Scientist | 2000 | Health Economics |
| | | | |
| Peipher, Charles | Brand Dir- HCP | 2006 - | HCP Marketing |
| | Brand Dir- Mgd Mkts | 2004 | Managed Markets/Pricing |
| | Brd Ldr - Mgd Mkts | 2003 | Managed Markets/Pricing |
| | Portfolio Planning | 2002 | Operations & Portfolio |
| | District Sales Manager | 2001 | Oncology/Urology Team |

| NAME | POSITION | YEAR | DEPARTMENT |
|---|---|---|---|
| | TA Focused Strategy | 2000 | Healthcare Sys Mgmt |
| | Associate Strategy Mgr | 1999 | Marketing Strategy |
| | Health Care Sls Mgr | 1998 | Spec LifeScience |
| | Key Account Mgr | 1997 | Spec LifeScience |
| | | | |
| Murray, Michael F. | Brd Dir- HealthProfes | 2006 - | Commercl Strategic Re/ MM Promotions |
| | Brd Dir- HealthProfes | 2005 | Brand Ops Admin |
| | Dir Sales Effective | 2004 | Sales Ops/CSO |
| | Regional Business Dir | 2003 | Boston Business Center |
| | Dir Sales Effective | 2002 | Providence Business |
| | Regional Business Dir | 2001 | Providence Business |
| | Sr Prod Strategist | 2000 | Marketing Strategy |
| | Product Promo Mgr | 1998 | Seroquel Marketing |
| | Assoc Promo Mgr | 1997 | Seroquel Marketing |
| | | | |
| Mueller, Karin | Brand Manager - | 2005 - | Managed Markets/Pricing |
| | Dir MA- Specialty | 2004 | MA CORE |
| | Dir MA- Specialty | 2003 | Business Enablement |
| | Sr Med Info Scientist | 2001 | Scientific Commercial |
| | Med Info Scientist | 2000 | Scientific Commercial |
| | | | |
| Morris, Jeffrey | Managed Markets Sr | 2005 - | MMC Managed Care/MM promotions |
| | Purch Bus Partner Sr | 2004 | Purchasing Business |
| | TA Training Leader | 2003 | Specialty Care Training |
| | Senior Promotions Manager | 2002 | MMC Central Promotion |
| | Promotions Manager | 2001 | MPIC Field Promotions |
| | TA Trainer- CNS | 2000 | Training |
| | Trainer | 1999 | Sls/Mkt Trn/Prog Dev |
| | Sls Rep- Comp Care | 1997 | East Cent Sls Reg |
| | | | |
| McCormack, Eileen | Global Brand Director | 2006 - | Specialist Care |
| | Global Brand Manager | 2004 | Neuroscience Central |
| | Int'l Job Code | 1998 | Pharm Pre-96 Terms/Re |
| | | | |
| Makar, Mina | Dir Managed Markets | 2006 - | Customer Alignment Ad |
| | Dir Medicare Outreach | 2005 | GPMM - Medicare/PPP |
| | Brand Manager | 2004 | Managed Markets/Pricing |
| | District Sales Manager | 2001 | GI/CV Team 1 - Philadelphia |
| | Regional Training | 2000 | SpecTraining |
| | Pharmaceutical Sales | 1999 | GI/CV Team 1 - Philadelphia |
| | | | |
| Lloyd-Washington, Lisa | Brand Fin Dir Respir | 2005 - | Portfolio Support/OPMT/ Commercial Finance |
| | Brd Dir- HealthProfes | 2004 | Brand Ops Admin |
| | Brand Director | 2003 | Marketing & Pricing |
| | Product Manager | 2002 | Marketing & Pricing |
| | Brand Promotions Leader | 2001 | MPIC Field Promotions |

| NAME | POSITION | YEAR | DEPARTMENT |
|---|---|---|---|
| | Sr. Prof Promotions Manager | 2000 | Mktg Promotions & Inf |
| | Sr TA Focused Promo | 2000 | Healthcare Sys Mgmt |
| | Associate Promo Mgr | 1999 | Marketing Strategy |
| | Associate Strategy Manager | 1998 | Marketing Strategy |
| | Accounting Dir | 1997 | SDMS Accounting |
| | | | |
| Lawrence, Terri A. | Promotions Manager - Seroquel | 2006 - | HCP Promotions |
| | Promotions Manager | 2002 | MMC Central Promotion |
| | Promotions Manager | 2001 | MPIC Field Promotions |
| | | | |
| Law, Heather | Market Research Manager | 2007 - | Consumer Insight |
| | Brand Communications | 2006 | Brand Communications |
| | Regional Public Relations | 2005 | Public Relations |
| | Brand PR Mgr | 2004 | Public Relations |
| | Public Affairs Assoc | 2003 | Public Rel & Ally Dvl |
| | Communications Coordinator | 2002 | Part Time Clearing |
| | Pharm Intern | 2001 | Part Time Clearing |
| | | | |
| Jones, Mary a.k.a. Kathryn Jones | Brand Dir | 2006 - | HCP Marketing |
| | Brand Dir | 2005 | MMC Central Promotion |
| | Brand Dir-Mgd Mkts | 2004 | Managed Markets/Pricing |
| | TA Managed Care Stat | 2003 | Marketing & Pricing |
| | Dir HEOR | 2002 | Health Economics |
| | Assoc Dir HEOR | 2001 | Health Economics |
| | Sr HEOR Scientist | 2000 | Health Economics |
| | HECON/OR Scientist | 1999 | Health Economics |
| | Health Econ & Outcome | 1998 | Health Economics |
| | | | |
| Jackson, Marianne | Exec Dir Commer Ops | 2006 - | Brand Ops Admin |
| | National Sls Dir | 2003 | CNS Headquarters |
| | Area Sales Dir | 2001 | GI/CV Headquarters |
| | Product Director - Prilosec products | 2000 | Commercialization Adm |
| | Action Team Leader | 1998 | 1 M&S Plan, Oper, & Comm |
| | Customer Unit Director | 1997 | Southwest Customer Cent |
| | | | |
| Holl, Linda M. | Mgd Mkts Sr Promo Mg | 2006 - | MM Promotions |
| | Mgd Mkts Sr Promo Mg | 2003 | MMC Managed Care |
| | MC Promotions Manager | 2001 | MPIC Managed Care |
| | Sls Analyst | 2000 | Sales Ops/CSO |
| | SMIS Business Analyst | 1998 | Sls/Mkt Info Systems |
| | Order Fulfillment Project | 1997 | Tech Oper Planning |
| | | | |
| Hoegstedt, Johan L | VP SPBD NA | 2006 - | Emerging Specialist |
| | VP Emerging Neuro | 2005 | Emerging Specialist |
| | VP Specialty Care | 2003 | Commercialization Adm |

| NAME | POSITION | YEAR | DEPARTMENT |
|---|---|---|---|
| | Exec Dir, Marketing | 2002 | Marketing & Pricing |
| | Exec Dir, Sales | 2001 | Training |
| | Director, Sales | 2000 | Training |
| | Customer Center Leader | 1999 | Southern US HQ |
| | Region Sales - Mgr | 1998 | Region 07-Western |
| | | | |
| Herbst, Richard J., Jr. | Brand Dir - Mgd Mkts | 2006 - | Managed Markets/Pricing |
| | Dir Managed Markets | 2004 | MMC Administration |
| | Contracting Director | 2001 | Mngd Care Contract |
| | Customer Segment Strat | 2000 | Healthecare Sys Mgmt |
| | Customer Group Manager | 1999 | Rochester Customer |
| | District Manager | 1998 | District 02-11 BUF |
| | | | |
| Hebe, Julie M. | Brand Mgr - Consumer | 2006 - | Consumer Marketing |
| | Sr Promo Mgr - Consum | 2003 | MMC Consumer Promotion |
| | Sr Promotions Mgr | 2002 | MMC Central Promotion |
| | | | |
| Hatzipavlides, Harry | Dir Finance - Fld Sls | 2006 - | Commercial Finance |
| | Brand Planning Mgr | 2003 | Business & Portfolio |
| | Portfolio Planning | 2002 | Operations & Portfolio |
| | Business Integration | 2001 | Sales Ops/CSO |
| | Sr Fin Analyst Field | 2000 | Portfolio and Commerc |
| | Field/Therapeutic Area | 2000 | Portfolio and Commerc |
| | Tax Analyst | 1998 | Fin - Treasury & Tax |
| | | | |
| Hamill, Kevin | Brand Director | 2006 - | HCP Marketing |
| | Brand Manager - HCP | 2005 | Brand Ops Admin |
| | Sr Promotions Mgr | 2003 | MMC Central Promotion |
| | PREP Manager | 2002 | MMC Central Promotion |
| | District Sales Manager | 2001 | CNS Spec Care Team |
| | Regional Training | 2000 | SpecTraining |
| | Comp Care Sls Rep | 1999 | Prim/Comp/GM Sales |
| | Sls Rep- Comp Care | 1998 | Prim/Comp/GM Sales |
| | | | |
| Dwyer, Donald F. | Sr Dir, Comm/Dev Bra | 2006 - | Brand Ops Admin |
| | Brand Dir- HCP | 2005 | Brand Ops Admin/HCP Marketing |
| | Regional Sales Director | 2004 | Brand Ops Admin |
| | Brand Director | 2002 | Marketing & Pricing |
| | Sr Product Manager | 2001 | Marketing Strategy |
| | Product Manager, CV | 2000 | Marketing Strategy |
| | Action Team Leader | 1998 | Program Management |
| | Regulatory Project Manager | 1997 | Regulatory Operations |
| | | | |
| Domine, Lisa | Regional Sales Dir | 2007 - | MCR - New Jersey |
| | Brand Manager | 2006 | HCP Marketing |
| | Brand Manager | 2005 | Brand Ops Admin |
| | Promotions Manager | 2004 | MMC Central Promotion |
| | CNS P&I Field Reading | 2003 | CNS Spec I- Chicago |
| | District Sales Manager | 2001 | CNS Spec Care Team |

| NAME | POSITION | YEAR | DEPARTMENT |
|---|---|---|---|
| | Senior Care Specialist | 2000 | CNS Team - Los Angeles |
| | Senior Care Specialist | 1999 | Hospital Sales - Cent |
| | Sr Psych Care Sls Rep | 1997 | North Cent Sls Reg |
| | | | |
| Blessington, James K. | Sr Dir Emerg Br Com | 2006 - | OPMT/Commercial Supp/Brand Ops Admin |
| | Brand Fin Ldr Seroquel | 2004 | Portfolio Support |
| | Sir Dir Pricing & Mgd | 2003 | Marketing Adminstrat |
| | Marketing Dir CNS | 2001 | Marketing Strategy |
| | CNS Financial Leader | 2000 | Portfolio and Commerc |
| | Mgr, Commercial Finance | 1997 | Financial Support |
| | | | |
| Chavoshi, Soheil | Brand Leader - HCP | 2006 - | HCP Marketing |
| | Brand Leader - HCP | 2005 | Brand Ops Admin |
| | District Sales Manag | 2004 | CNS Spec II- Philadelphia |
| | Product Mgr | 2001 | Marketing & Pricing |
| | Product Strategist | 2000 | Marketing Strategy |
| | | | |
| Campbell, Denise A. | Brand Dir Consumer | 2003 - | Consumer Marketing |
| | | | |
| Busch, Kimberly A. | Brand Ldr - LCM - Seroquel | 2005 - | HCP Marketing |
| | Brand Mgr - Emerg | 2004 | Brand Ops Admin |
| | Product Strategist | 2003 | Marketing & Pricing |
| | Portfolio Planning Lia | 2001 | Portfolio Planning |
| | Director, Finance | 2000 | R&D TA CNS |
| | Sr Res & Dev Accountant | 2000 | R&D TA CNS |
| | Sr Res & Dev Accountant | 1999 | Res & Dev Admin |
| | Sr Res & Dev Accountant | 1998 | Res & Dev Admin |
| | Res & Dev Accountant | 1997 | Res & Dev Admin |
| | | | |
| Bucklen, Kristin W. | Brand Mgr - Consumer | 2005 - | Consumer Marketing |
| | Sr ePromotions Mgr | 2002 | MMC Central Promotion |
| | ePromotions Manager | 2001 | MPIC Field Promotions |
| | | | |
| Beamish, Donald G. | Exec Dir Emerg Brands | 2006 - | Brand Ops Adm |
| | Exec Dir Commer Ops | 2003 | Brand Ops Adm |
| | Group Dir | 2002 | Commercialization Adm |
| | Dir CNS Products | 2001 | Commercialization Adm |
| | Product Director - Seroquel | 2000 | Commercialization Adm |
| | Product Dir, Zomig/Seroquel | 1999 | Marketing |
| | | | |
| Palczuk, Linda S | VP Sales | 2006 - | Commercialization Adm |
| | Exec Dir Commer Ops | 2003 | Brand Ops Admin |
| | National Sls Dir, The | 2001 | CNS Hdqtrs |
| | National Sls Dir, The | 2000 | CNS Team- Philadelphia |
| | National Sls Dir, CNS | 2000 | CNS Team- Philadelphia |
| | Nat'l Sales Dir | 1998 | Sales Admin |
| | Regional Business Dir | 1997 | Northeast Sls Reg |
| | | | |
| Paulson, Alfred N | National Sales Dir T | 2007 - | MCL HQ Admin |

| NAME | POSITION | YEAR | DEPARTMENT |
|---|---|---|---|
| | National Sales Dir T | 2006 | CNS Hdqtrs |
| | Rgl Comm Ldr | 2005 | Marketing Administrat |
| | Ex Dir Bus Analysis | 2004 | Marketing Administrat |
| | Exec Dir Bus Anlst | 2003 | Marketing Administrat |
| | Area Sales Dir | 2001 | CNS Hdqtrs |
| | Area Sales Dir | 2000 | SFO - Internal New Hi |
| | Regional Sales Dir | 2000 | CNS Team- Philadelphia |
| | Regional Sales Dir - C | 2000 | CNS Team- Philadelphia |
| | Regional Sales Dir | 1999 | Sales Admin |
| | Regional Sales Mgr | 1998 | Hospital Sales - East |
| | Regional Sales Mgr | 1998 | East Cent Sls Reg |
| | Regional Business Mgr | 1997 | Far West Sls Reg |
| | | | |
| Byers, Cindy | Area Sales Dir | 2007 - | MCL HQ Admin |
| | Area Sales Dir | 2005 | CNS Hdqtrs |
| | Regional Sales Dir - | 2005 | Mngd Mkts - West BC |
| | Regional Sales Dir - | 2003 | Managed Care Team- Lo |
| | Dir, Managed Care Fld | 2001 | Sales Training Admin |
| | District Sales Manag | 2000 | GI/CV Team 1- Los Ang |
| | Contracting Director | 2000 | Managed Care- Admin |
| | Regional Contracting D | 2000 | Managed Care- Admin |
| | Regional Contracting L | 1999 | Managed Care- Admin |
| | National Account Leade | 1998 | HMO Customer Unit |
| | Network Leader | 1997 | Southern Cal. Custome |
| | | | |
| Viscount, Thomas E | Ex Dir Custmr Alignm | 2006 - | Commercial Ops - Admin |
| | Area Sales Dir | 2003 | CNS Hdqtrs |
| | Regional Sales Dir | 2003 | MC Teams 1&2 - Phila |
| | Regional Sales Dir | 2003 | GI/CV Team 1&2 Phila |
| | Regional Sales Dir | 2000 | GI/CV Team 2- Philade |
| | Regional Sales Dir - G | 2000 | GI/CV Team 2- Philade |
| | Regional Business Mana | 2000 | Sales Ops/CSO |
| | District Sales Mgr | 1998 | Hospital Sales - East |
| | Product Promo Mgr | 1998 | Seroquel Marketing |
| | Assoc Promotions Mgr | 1997 | Hosp Care Marketing |
| | | | |
| Van Steenis, Brian (former employee) | Training Mgr - CNS | 2006 - | Specialty Care Traini |
| | Specialty Care Train | 2004 | Specialty Care Traini |
| | DSM - SC/LTC/Hosp | 2004 | CNS Spec II - Chicago |
| | District Sales Manager | 2003 | CNS Spec II - Chicago |
| | District Sales Manager | 2002 | CNS Chicago South |
| | District Sales Manager | 2002 | CNS Chicago North |
| | District Sales Manager | 2001 | CNS Spec Care Team - |
| | Regional Training Spec | 2001 | Spec Care Trng Chicago |
| | Regional Training Spec | 2000 | Training |
| | Pharms Sales Spec - CN | 2000 | CNS Team- Nashville |
| | Psych Care Sls Rep | 2000 | CNS Team- Nashville |
| | Psych Care Sls Rep | 1998 | Psych Sales - West |
| | | | |
| Trotter, Christophus | Area Sales Dir | 2006 - | GI/CV Headquarters |

| NAME | POSITION | YEAR | DEPARTMENT |
|---|---|---|---|
| | Dir, Primary Care Fld | 2003 | Sales Training Admin |
| | Regional Sales Dir | 2003 | GI/CV 4 & GC1-Nashvil |
| | Regional Sales Dir | 2001 | CNS Gen Care Team - N |
| | Regional Sales Dir | 2000 | Resp Team 3- Nashville |
| | Regional Sales Dir - R | 2000 | Resp Team 3- Nashville |
| | Customer Unit Director | 1999 | South Central HQ |
| | Customer Group Manager | 1997 | Cincinnati Customer U |
| | | | |
| Tenlen, Martin O | District Sales Mgr | 2007 - | MCL - Seattle WA |
| | District Sales Manag | 2005 | MC Teams 3&4 Mounta |
| | Brand Director | 2005 | Comercl Strategic Re |
| | Brand Director - HCP | 2005 | Brand Ops Admin |
| | District Sales Manag | 2004 | Brand Ops Admin |
| | Brand Director - LCM | 2003 | Brand Ops Admin |
| | Product Manager - Sy | 2002 | Marketing & Pricing |
| | Sr Product Strategist | 2002 | Marketing & Pricing |
| | Product Strategist | 2000 | Marketing Strategy & |
| | Product Strategist, Re | 2000 | Marketing Strategy & |
| | Marketing Partner | 1999 | Marketing Skill Cente |
| | Apm- Foscavir | 1998 | Office of Dir - Anest |
| | Sales Rep - Rx DIV | 1997 | Sales Force in Traini |
| | | | |
| Smith, Brian P. | Pharmaceutical Speci | 1999 - | Rochester Customer Un |
| | Pharmaceutical Speci | 1997 | New York CU |
| | | | |
| Sermeno, Albert | DSM - SC/LTC/Hosp | 2007 - | Hospital West |
| | DSM - SC/LTC/Hosp | 2006 | MC Teams 6&7 - Mounta |
| | Promotions Manager | 2006 | HCP Promotions |
| | Promotions Manager | 2005 | MMC Central Promotion |
| | DSM - SC/LTC/Hosp | 2005 | CNS Specialty - Pacific |
| | DSM - SC/LTC/Hosp | 2004 | CNS Specialty - Mount |
| | DSM - SC/LTC/Hosp | 2004 | CNS Spec I - Los Angl |
| | District Sales Manager | 2003 | CNS Spec I - Los Angl |
| | District Sales Manager | 2002 | CNS Los Angeles North |
| | District Sales Manager | 2001 | CNS Gen Care Team - L |
| | Pharmaceuticals Sales | 2001 | Hospital Team - Los A |
| | Pharms Sales Spec - Ho | 2000 | Hosp/Pain Team- Dallas |
| | Institution Pharm Spec | 2000 | Hosp/Pain Team- Dallas |
| | Institution Pharm Spec | 1999 | Pacific Managed Care |
| | Pharmaceutical Special | 1999 | Los Angeles Customer |
| | | | |
| McKee, Victor P | Sr Dir - Mgd Mkts | 2006 - | MA Managed Markets |
| | Area Sales Dir | 2003 | GI/CV Headquarters |
| | Area Sales Dir | 2001 | GI/CV Hdqtrs |
| | Area Sales Dir | 2000 | Resp Team 3- Nashville |
| | Area Sales Dir - CV | 2000 | Resp Team 3- Nashville |
| | Customer Center Leader | 1999 | Southern US HQ |
| | Customer Center Leader | 1997 | Western US |