# EXHIBIT 33

| AstraZeneca | Employee Change Notice (ZECN) | | | Page 1 of 2 | | | | | | | Date Printed: 07/18/2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee ID | Employee Name | | Salary/Wage Roll# | Adj Svc Date | Benefit Svc Dt | Vested Svc Dt | | | Req # ( | | |
| 05103616 | Busch, Kimberly A | | 29191 | 09/24/90 | | | | | | | |

| Company | Dept ID | | Business Level 1 | Business Level 2 | Position Reports To | | FT/PT | Req/Temp | Employee Class | Secrecy | Hrs/Week |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ASM | AZ1581036 | | AZCOMMERCL | AZMKST | 00008098 | | F | R | All Others | Y | 37.5 |

### Current Job Information

| Client/Co | Cost Center | | Job Code | Job Family | Position # | Expected LOA Return Dt | Terr | | Shift | Location | Mail Drop | Rate | Factor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43/15 | 15581036 | | Z03113 | T068L6 | 00010318 | | | | N | FFX | Fairfax Complex Wil | 0.000 | 0.000 |

### Employment History

| | Type | Actn | Reason | Eff Date | Position Title | | Organization Name | Emp Cls | Evl Gd | Adm Gd | FLSA | Salary | % Inc | Amt Inc | % MRP | Perf Rtg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | POS | | Conversion | 06/01/07 | Brand Ldr - LCM-Sero | | HCP Marketing | All Other | | | | | | | | |
| 2. | DTA | | Other | 03/01/07 | Brand Ldr - LCM-Sero | | HCP Marketing | All Other | | | | | | | | |
| 3. | PAY | | AnnlSalRev | 03/01/07 | Brand Ldr - LCM-Sero | | HCP Marketing | All Other | | | | | | | | |
| 4. | POS | | Update | 05/01/06 | Brand Ldr - LCM-Sero | | HCP Marketing | All Other | | | | | | | | |
| 5. | PAY | | AnnlSalRev | 03/01/06 | Brand Ldr - LCM-Sero | | HCP Marketing | All Other | | | | | | | | |
| 6. | POS | | Re-Org | 01/01/06 | Brand Ldr - LCM-Sero | | HCP Marketing | All Other | | | | | | | | |
| 7. | XFR | | Lateral | 04/01/05 | Brand Ldr - LCM-Sero | | Brand Ops Admin | All Other | | | | | | | | |
| 8. | PAY | | AnnlSalRev | 03/01/05 | Brand Mgr - Emerg Br | | Brand Ops Admin | All Other | | | | | | | | |
| 9. | POS | | Update | 10/01/04 | Brand Mgr - Emerg Br | | Brand Ops Admin | All Other | | | | | | | | |
| 10. | PAY | | Merit | 03/01/04 | Brand Mgr - Emerg Br | | Brand Ops Admin | All Other | | | | | | | | |
| 11. | POS | | Re-Org | 04/01/03 | Brand Mgr - Emerg Br | | Brand Ops Admin | All Other | | | | | | | | |
| 12. | PAY | | Merit | 03/01/03 | Product Strategist | | Marketing & Pricing | All Other | | | | | | | | |
| 13. | XFR | | Lateral | 01/01/03 | Product Strategist | | Marketing & Pricing | All Other | | | | | | | | |
| 14. | XFR | | EndAsgn | 11/01/02 | Portfolio Planning L | | Operations & Portfoli | All Other | | | | | | | | |
| 15. | PAY | | Adjustment | 09/01/02 | Portfolio Planning L | | Operations & Portfoli | Expat | | | | | | | | |
| 16. | XFR | | Expat Asgn | 06/01/02 | Portfolio Planning L | | Operations & Portfoli | Expat | | | | | | | | |

### Other Earnings — One-Time Payments

| | Earns Type | Pay End Dt | Amount |
|---|---|---|---|
| 1. | Rwd500&Ovr | 03/14/07 | 2,000.00 |
| 2. | AZIP/Pr Yr | 03/13/07 | 36,593.21 |
| 3. | Rwd500&Ovr | 09/14/06 | 500.00 |
| 4. | AZIP/Pr Yr | 03/13/06 | 30,643.43 |
| 5. | Rwd500&Ovr | 02/14/06 | 1,500.00 |

### Recurring Payments

| Earns Type | Start Dt | End Dt | Freq | Amount | Goal |
|---|---|---|---|---|---|

### Current Control Information (HR use only)

| PayGroup | Salary Plan | Scale | Recvry | Retro |
|---|---|---|---|---|
| SSM | P01 | GBL | | |

Approvals

1. _____  2. _____

3. _____  4. _____

### Explanations

AstraZeneca  Employee Change Notice (ZECN)  Page 2 of 2  Date Printed: 07/18/2007

| Employee ID | Employee Name | Salary/Wage Roll# | Adj Svc Date | Benefit Svc Dt | Vested Svc Dt |
|---|---|---|---|---|---|
| 05103616 | Busch,Kimberly A | 29191 | 09/24/90 | | |

Continued from Page 1)

| Type Actn | Reason | Eff Date | Position Title | Organization Name | Emp Cls | Evl Gd | Adm Gd | FLSA | Salary | % Inc | Amt Inc | % MRP | Perf Rtg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17. PAY | Merit | 03/01/02 | Portfolio Planning | LiaOperations & Portfoli | All | Other | | | | | | | |
| 18. POS | Re-Org | 01/01/02 | Portfolio Planning | LiaOperations & Portfoli | All | Other | | | | | | | |
| 19. PAY | Adjustment | 10/01/01 | Portfolio Planning | LiaOperations & Portfoli | All | Other | | | | | | | |
| 20. PAY | Merit | 03/01/01 | Portfolio Planning | LiaPortfolio Planning | All | Other | | | | | | | |
| 21. XFR | Xfr-Dvlpmn | 11/01/00 | Portfolio Planning | LiaPortfolio Planning | All | Other | | | | | | | |
| 22. POS | Update | 04/30/00 | Director, Finance CNS R & D | TA CNS | All | Other | | | | | | | |
| 23. DTA | MergBand | 04/01/00 | Sr Res & Dev AccountanR & D | TA CNS | All | Other | | | | | | | |
| 24. PAY | AA-Market | 02/01/00 | Sr Res & Dev AccountanR & D | TA CNS | All | Other | | | | | | | |
| 25. PAY | Merit | 02/01/00 | Sr Res & Dev AccountanR & D | TA CNS | All | Other | | | | | | | |
| 26. XFR | XFR-AZM | 01/01/00 | Sr Res & Dev AccountanR & D | TA CNS | All | Other | | | | | | | |
| 27. PAY | AZ Appt | 06/01/99 | Sr Res & Dev AccountanRes & Dev Admin | | All | Other | | | | | | | |
| 28. PAY | Adjustment | 02/01/99 | Sr Res & Dev AccountanRes & Dev Admin | | All | Other | | | | | | | |
| 29. PAY | Merit | 02/01/99 | Sr Res & Dev AccountanRes & Dev Admin | | All | Other | | | | | | | |
| 30. POS | Re-Org | 01/01/99 | Sr Res & Dev AccountanRes & Dev Admin | | All | Other | | | | | | | |
| 31. POS | Ladder Prg | 10/01/98 | Sr Res & Dev AccountanRes & Dev Admin | | All | Other | | | | | | | |
| 32. PAY | Merit | 10/01/97 | Res & Dev Accountant | Res & Dev Admin | All | Other | | | | | | | |
| 33. PAY | Merit | 12/11/96 | Res & Dev Accountant | Res & Dev Admin | All | Other | | | | | | | |
| 34. CNV | Cnv-Active | | | | | | | | | | | | |

DBS Salary History

| Efdt | Salary | Percent | Type Action | Elap Mos | Increase | Compa |
|---|---|---|---|---|---|---|
| 1. 10/01/96 | 50700 | 1.40 | MERIT | 2 | 700 | 85 |
| 2. 08/01/96 | 50000 | 8.40 | ADM ADJ | 12 | 3900 | 85 |
| 3. 08/01/95 | 46100 | 21.30 | PROMOTION | 8 | 8100 | 80 |
| 4. 12/01/94 | 38000 | 4.10 | MERIT | 12 | 1500 | 77 |
| 5. 12/01/93 | 36500 | 4.30 | MERIT | 15 | 1500 | 76 |

DBS Employment History

| HR Use | Date | Reason | Position Title | E Grade | A Grade | FLSA | Organization Name |
|---|---|---|---|---|---|---|---|
| 1. 10/28/96 | 10/01/96 | TRANSFER | Res & Dev Accountant | P034 | | E | Res & Dev Admin |
| 2. 08/15/95 | 08/01/95 | PROMOTION | Benefits Acct | 0034 | | E | Ag Salary Accou |
| 3. 09/16/93 | 09/01/93 | PROMOTION | Smc Accountant | 0033 | | E | Cntrlrs Corp Ac |
| 4. 01/16/92 | 01/01/92 | PROMOTION | Staff Accountant | 0032 | | E | Cntrlrs Acctg D |
| 5. 09/27/90 | 09/24/90 | HIRE | Staff Accountant | 0021 | 0020 | E | Cntrlrs Acctg D |

DBS Performance History

| | Date | Rating |
|---|---|---|
| 1. | 08/01/96 | EXC |
| 2. | 12/01/94 | EXC |
| 3. | 09/01/93 | EXC |
| 4. | 09/01/92 | FC |
| 5. | 09/01/91 | FC |

DBS Special Payment History

| | Type | Amount | Date |
|---|---|---|---|
| 1. | BN$ | 887.44 | 03/14/96 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

DBS Leave of Absence History

| | Type | Start Date | End Date | Status |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |