# EXHIBIT 35



**McCARTER ENGLISH**
ATTORNEYS AT LAW

May 7, 2007

VIA COURIER

Jonathan Jaffe
Weitz & Luxenberg, P.C.
6th Floor
120 Wall Street
New York, NY 10005

Joe Yeager
Associate
T. 302.984.6391
F. 302.691.2162

Re: In Re Seroquel Products Liability Litigation: MDL-1769

Dear Jonathan:

Enclosed please find a portable hard drive bearing contents for our tenth custodian production in the above referenced matter. The bates ranges for the documents contained on this hard drive with corresponding custodian names produced herein are as follows:

McCarter & English, LLP
Citizens Bank Building
919 N. Market Street -18th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Beamish, Don | AZ-SER 4125837 | AZ-SER 4186607 |
| Campbell, Denise | AZ-SER 4186608 | AZ-SER 4211003 |
| Gaskill, James | AZ-SER 4211004 | AZ-SER 4219197 |
| Goldstein, Jeffrey | AZ-SER 4219198 | AZ-SER 4277008 |
| Jackson, Marianne | AZ-SER 4277009 | AZ-SER 4298758 |
| Jones, Kathryn | AZ-SER 4298759 | AZ-SER 4309404 |
| Mullen, Jamie | AZ-SER 4309405 | AZ-SER 4344612 |
| Palczuk, Linda | AZ-SER 4344613 | AZ-SER 4353191 |
| Repp, Ed | AZ-SER 4353192 | AZ-SER 4874651 |

BALTIMORE

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 6368594v.1

Jonathan Jaffe
May 7, 2007
Page 2

In addition to the above files, this hard drive includes additional files as follows:

| **Next 9 Custodian files:** | **Beg Bates Range:** | **End Bates Range:** |
|---|---|---|
| | AZ-SER 3671126 | AZ-SER 4123863 |

**Next 9 Supplemental Production (Excluding Custodian Ed Repp):**

| | AZ-SER 4874652 | AZ-SER 4875261 |
|---|---|---|

**Next 9 Supplemental Production (Ed Repp Custodian only):**

| | AZ-SER 4875262 | AZ-SER 4875501 |
|---|---|---|

Should you have any questions or concerns, please feel free to contact me.

Sincerely,

Joe Yeager

Enclosure

cc: James J. Freebery