# EXHIBIT 36



**ATTORNEYS AT LAW**

May 8, 2007

VIA PDF AND FIRST CLASS MAIL

Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane – 17th Floor
New York, NY 10038

Camp Bailey, Esq.
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002

A. Richard Winchester
Partner
twinchester@mccarter.com

McCarter & English, LLP
Citizens Bank Building
919 N. Market Street -18th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

BALTIMORE

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

Re: **Confirmation of Production for Next 9 Custodians**

Dear Paul and Camp:

I understand you have objected to the April 30, 2007 Certification of Complete Custodial Production issued in connection with the first 8 custodians: Lisa Boomazian, Jack Boorstein, Katheryn Bradley, Kim Busch, Vikram Dev, Kevin Hamill, Karin Mueller and Mike Murray. In this regard, I ask that you promptly contact me or Jim Freebery so that we can schedule a meet and confer to discuss your objections to the Certification.

In the interim, and until we can reach agreement on a form of such Certification, I write to confirm that reasonable steps and processes also were taken to collect, process and produce, subject to technical limitations, all relevant, non-privileged documents found in the Custodial Files of the following 9 custodians: Don Beamish, Denise Campbell, James Gaskill, Jeffrey Goldstein, Marianne Jackson, Kathryn Jones, Jamie Mullen, Linda Palczuk and Ed Repp, save for that relatively small number of documents that cannot be coded for production because their native format includes languages other than English which are addressed in the attached request for a meet and confer sent to Jonathan Jaffe of Mr. Pennock's office.

Very truly yours,

A. Richard Winchester
ARW:jr
Enclosure

cc: Fred Magaziner, Esq.
    Tom Munno, Esq.

ME1 6376329v.1