# EXHIBIT 37



**McCARTER ENGLISH**
ATTORNEYS AT LAW

May 14, 2007

VIA COURIER

Jonathan Jaffe
Weitz & Luxenberg, P.C.
6th Floor
120 Wall Street
New York, NY 10005

Joe Yeager
Associate
T. 302.984.6391
F. 302.691.2162

Re: In Re Seroquel Products Liability Litigation: MDL-1769

Dear Mr. Jaffe:

Enclosed please find a portable hard drive containing documents for AstraZeneca's eleventh custodian production in the above referenced matter. As explained in Tony Winchester's email of May 11, 2007, you will note two features particular to this production. First, as this is the largest single production to date, AstraZeneca's production vendor has arranged and grouped the custodian folders according to "sets." Without such groupings, the folders would have been too large to easily open, and too unwieldy to easily upload. Second, consistent with AstraZeneca's continuing duty to produce documents as they are discovered, through additional quality control and repair of documents containing technical flaws combined with creation of privilege logs, a small number of documents belonging to the initial 8 Custodians were subsequently determined to be relevant and not privileged. These documents are included on this hard drive in a separate folder labeled by our vendor "First 8 Final".

McCarter & English, LLP
Citizens Bank Building
919 N. Market Street -18th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

Accordingly, this hard drive contains seven folders, each with multiple custodians contained therein, and one folder corresponding to the additional initial 8 custodians. The contents of the sets and the corresponding bates ranges are:

BALTIMORE

BOSTON

HARTFORD

### Set 1

NEW YORK

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Byers, Cindy | AZ-SER 4875502 | AZ-SER 4917887 |
| Casty, Frank | AZ-SER 4917888 | AZ-SER 4924475 |
| Deshmukh, Vinay | AZ-SER 4924476 | AZ-SER 4939912 |
| Domine, Lisa | AZ-SER 4939913 | AZ-SER 5045347 |

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 6388585v.1

Jonathan Jaffe
May 14, 2007
Page 2

### Set 2

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Dwyer, Donald | AZ-SER 5045348 | AZ-SER 5149991 |
| Hebe, Julie | AZ-SER 5149992 | AZ-SER 5202807 |

### Set 3

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Hoegstedt, Johan | AZ-SER 5202808 | AZ-SER 5290468 |
| Law, Heather | AZ-SER 5290469 | AZ-SER 5299840 |
| Mazzella, Vince | AZ-SER 5299841 | AZ-SER 5306067 |
| McKee, Victor | AZ-SER 5306068 | AZ-SER 5308322 |
| McKenna, Kevin | AZ-SER 5308323 | AZ-SER 5317645 |
| Morris, Jeff | AZ-SER 5317646 | AZ-SER 5320974 |

### Set 4

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Paulson, Alfred | AZ-SER 5320975 | AZ-SER 5421094 |
| Peipher, Charles | AZ-SER 5421095 | AZ-SER 5469134 |

### Set 5

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Phillips, Bethany | AZ-SER 5469135 | AZ-SER 5477578 |
| Polinsky, Ronald | AZ-SER 5477579 | AZ-SER 5479822 |
| Schwartz, Jack | AZ-SER 5479823 | AZ-SER 5513123 |
| Smith, Brian | AZ-SER 5513124 | AZ-SER 5542520 |

ME1 6388585v.1

Jonathan Jaffe
May 14, 2007
Page 3

### Set 6

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Van Steenis, Brian | AZ-SER 5542521 | AZ-SER 5702453 |

### Set 7

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Viscount, Thomas | AZ-SER 5702454 | AZ-SER 5792365 |
| Zimmerman, Paul | AZ-SER 5792366 | AZ-SER 5831626 |

In addition to the above files, this hard drive includes additional files as follows:

| First 8 Final : | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Boornazian, Lisa | AZ-SER 5831627 | AZ-SER 5833190 |
|  | AZ-SER 5849268 | AZ-SER 5849269 |
| Boorstein, John | AZ-SER 5833191 | AZ-SER 5834005 |
| Bradley, Kathryn | AZ-SER 5834006 | AZ-SER 5834020 |
| Busch, Kim | AZ-SER 5834021 | AZ-SER 5836472 |
| Dev, Vikram | AZ-SER 5836473 | AZ-SER 5842153 |
| Hamill, Kevin | AZ-SER 5842154 | AZ-SER 5843135 |
| Muller, Karin | AZ-SER 5843172 | AZ-SER 5844035 |
|  | AZ-SER 5849270 | AZ-SER 5849275 |
| Murray, Mike | AZ-SER 5844036 | AZ-SER 5849267 |
|  | AZ-SER 5843136 | AZ-SER 5843171 |

Jonathan Jaffe
May 14, 2007
Page 4

Should you have any questions or concerns, please feel free to contact me.

Sincerely,

Joe P. Yeager

Enclosure

cc:   James J. Freebery