# EXHIBIT 38



**McCARTER ENGLISH**
ATTORNEYS AT LAW.

May 22, 2007

VIA COURIER

Jonathan Jaffe
Weitz & Luxenberg, P.C.
6th Floor
120 Wall Street
New York, NY 10005

Joe Yeager
Associate
T. 302.984.6391
F. 302.691.2162

Re: <u>In Re Seroquel Products Liability Litigation: MDL-1769</u>

Dear Mr. Jaffe:

Enclosed please find two portable hard drives containing documents for AstraZeneca's twelfth custodian production in the above referenced matter. This production contains ten custodians belonging to Group 2.

McCarter & English, LLP
Citizens Bank Building
919 N Market Street -18th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

Accordingly, the first hard drive for this production contains two folders, each with multiple custodians contained therein. The second hard drive contains one folder corresponding to one single custodian. The contents of the sets and the corresponding bates ranges are:

**Group 2, First Cut**

**Set 1**

| **Custodian:** | **Beg Bates Range:** | **End Bates Range:** |
| --- | --- | --- |
| Blessington, James | AZ-SER 5849276 | AZ-SER 6147667 |
|  | AZ-SER 6147668 | AZ-SER 6152551 |

**Set 2**

| **Custodian:** | **Beg Bates Range:** | **End Bates Range:** |
| --- | --- | --- |
| Carey, Rosemarie | AZ-SER 6152552 | AZ-SER 6158925 |
|  | AZ-SER 6341987 | AZ-SER 6344118 |
| Chitra, Rohini | AZ-SER 6158926 | AZ-SER 6326348 |
|  | AZ-SER 6341888 | AZ-SER 6344686 |

ME1 6421664v.1

Jonathan Jaffe
May 22, 2007
Page 2

| Custodian: | | |
|---|---|---|
| Dusak, Betsy | AZ-SER 6326349 | AZ-SER 6341887 |

**Set 3**

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Fors, Susanne | AZ-SER 6344681 | AZ-SER 6368955 |
| | AZ-SER 6398441 | AZ-SER 6398522 |
| Hall, Marietta | AZ-SER 6368956 | AZ-SER 6383323 |
| Melville, Margaret | AZ-SER 6383324 | AZ-SER 6398344 |
| | AZ-SER 6398345 | AZ-SER 6398365 |
| Wingertz, Sue Ellen | AZ-SER 6398366 | AZ-SER 6398440 |
| | AZ-SER 6478036 | AZ-SER 6496457 |
| Rubenstein, Vance | AZ-SER 6398523 | AZ-SER 6466018 |
| Shahangian, Narges | AZ-SER 6466019 | AZ-SER 6478035 |

Should you have any questions or concerns, please feel free to contact me.

Sincerely,

Joe P. Yeager

Enclosure

cc: James J. Freebery

ME1 6421664v.1