# EXHIBIT 39



**McCARTER ENGLISH**
ATTORNEYS AT LAW

May 30, 2007

VIA HAND DELIVERY

Jonathan Jaffe
Weitz & Luxenberg, P.C.
6th Floor
120 Wall Street
New York, NY 10005

Joe Yeager
Associate
T. 302.984.6391
F. 302.691.2162

Re: In Re Seroquel Products Liability Litigation: MDL-1769

Dear Mr. Jaffe:

Enclosed please find a portable hard drive containing documents for AstraZeneca's fourteenth custodian production in the above referenced matter. This production contains all foreign language documents for the first 80 identified custodians. AstraZeneca made four meet-and-confer requests (on May 7, 8, 14, and 22, 2007) to discuss translation of these documents into English. Plaintiffs have not yet responded to those requests. AstraZeneca therefore provides these documents without translation. AstraZeneca remains willing to discuss a joint effort to translate these documents.

McCarter & English, LLP
Citizens Bank Building
919 N. Market Street - 18th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

This hard drive contains four folders, each with multiple custodians contained therein. The contents of the sets and the corresponding bates ranges are:

| Production Name: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| First 8 Custodians | AZ-SER 6496458 | AZ-SER 6501299 |
| Next 9 Custodians | AZ-SER 6501300 | AZ-SER 6504880 |
| Group 1 Custodians | AZ-SER 6504881 | AZ-SER 6505797 |
| Group 2 Custodians | AZ-SER 6505798 | AZ-SER 6520247 |
| Group 3 Custodians | AZ-SER 6520248 | AZ-SER 6533514 |

BALTIMORE

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 6444367v.1

Jonathan Jaffe
May 30, 2007
Page 2

Should you have any questions or concerns, please feel free to contact me.

Sincerely,


Joseph Yeager

McCarter and English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, Delaware 19899

302.984.6300



Enclosure

ME1 6444367v.1