# EXHIBIT 40



ATTORNEYS AT LAW

May 31, 2007

**By Federal Express**

Jonathan Jaffe
Weitz & Luxenberg, P.C.
6th Floor
120 Wall Street
New York, NY 10005

Joe Yeager
Associate
T. 302.984.6391
F. 302.691.2162

Re:   In Re Seroquel Products Liability Litigation; MDL-1769

Dear Jonathan:

Attached on a portable hard drive please find our thirteenth custodian production in the above-referenced litigation. Please note that this production consists of 8,148 documents and is intended to supplement our eleventh and twelfth custodian productions, delivered to you on May 14th and May 22nd. Our vendor discovered late last week an issue in its production script that caused these documents to be sourced to custodians who fall later in the production schedule and to therefore be excluded from the above-referenced productions. Upon being informed of this issue, we immediately instructed our vendor to prepare the present supplemental production. Our vendor has informed us that this issue did not effect prior productions (namely one through ten) and that the cause of the issue has now been corrected.

McCarter & English, LLP
Citizens Bank Building
919 N. Market Street -18th Floor
Wilmington, DE 19801
T. 302.984.6300
F: 302.984.6399
www.mccarter.com

Please note that this production does not reflect the recent changes to the labeling convention as agreed at our meet and confer of May 30, 2007. Rather, this production contains Bates Labels with hyphens and spaces included. This fact notwithstanding, we intend to provide you with "corrected" load files with the agreed bates labeling convention of "AZSER00001" consistent with our discussions and agreement at our meet and confer. In addition, we have addressed the naming convention issue with our vendor and have instructed that all future productions, including the Final Cut for this Group of 21 custodians due June 11, 2007, will have the new labeling convention. The Bates ranges for the documents contained on this hard drive, and the names of the custodians whose files are produced herein, are as follows:

BALTIMORE

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

### Group 1, Supplement

| Custodian | Beg Bates Range | End Bates Range |
|---|---|---|
| Casty, Frank | AZ-SER 6499657 | AZ-SER 6500150 |
| Deshmukh, Vinay | AZ-SER 6500151 | AZ-SER 6501841 |
| Domine, Lisa | AZ-SER 6501842 | AZ-SER 6510527 |

ME1 6442167v.1

May 31, 2007
Page 2

| Custodian | Beg Bates Range | End Bates Range |
|---|---|---|
| Dwyer, Donald | AZ-SER 6510528 | AZ-SER 6513321 |
| Hebe, Julie | AZ-SER 6513322 | AZ-SER 6521830 |
| Hoegstedt, Johan | AZ-SER 6521831 | AZ-SER 6526342 |
| Law, Heather | AZ-SER 6526343 | AZ-SER 6526408 |
| Mazzella, Vince | AZ-SER 6526409 | AZ-SER 6526432 |
| McKenna, Kevin | AZ-SER 6526433 | AZ-SER 6527064 |
| Morris, Jeffrey | AZ-SER 6527065 | AZ-SER 6527074 |
| Paulson, Alfred | AZ-SER 527075 | AZ-SER 6528699 |
| Peipher, Charles | AZ-SER 6528700 | AZ-SER 6529899 |

| Custodian | Beg Bates Range | End Bates Range |
|---|---|---|
| Phillips, Bethany | AZ-SER 6529900 | AZ-SER 6530029 |
| Polinsky, Ronald | AZ-SER 6530030 | AZ-SER 6530201 |
| Schwartz, Jack | AZ-SER 6530202 | AZ-SER 6532205 |
| Smith, Brian | AZ-SER 6532214 | AZ-SER 6532885 |
| Van Steenis, Brian | AZ-SER 6532886 | AZ-SER 6548544 |
| Viscount, Thomas | AZ-SER 6548545 | AZ-SER 6556413 |
| Zimmerman, Paul | AZ-SER 6556416 | AZ-SER 6557223 |

### Group 2, Priority 10 Supplement

| Custodian | Beg Bates Range | End Bates Range |
|---|---|---|
| Blessington, James | AZ-SER 6557224 | AZ-SER 6575492 |
| Carey, Rosemarie | AZ-SER 6575498 | AZ-SER 6576605 |
| Chitra, Rohini | AZ-SER 6576606 | AZ-SER 6580682 |
| Dusak, Betsy | AZ-SER 6580683 | AZ-SER 6580695 |
| Fors, Susanna | AZ-SER 6580696 | AZ-SER 6581292 |
| Hall, Marietta | AZ-SER 6581293 | AZ-SER 6581475 |
| Melville, Margaret | AZ-SER 6582753 | AZ-SER 6587434 |
| Rubenstein, Vance | AZ-SER 6587435 | AZ-SER 6594228 |
| Shahangian, Narges | AZ-SER 6594229 | AZ-SER 6595464 |
| Wingertz, Sue Ellen | AZ-SER 6595483 | AZ-SER 6596585 |

May 31, 2007
Page 3

| Custodian | Beg Bates Range | End Bates Range |
| --- | --- | --- |
| Carey, Rosemarie | AZ-SER 6496859 | AZ-SER 6496868 |
| Chitra, Rohini | AZ-SER 6496869 | AZ-SER 6499585 |
| | AZ-SER 6499587 | AZ-SER 6499589 |
| | AZ-SER 6499593 | AZ-SER 6499606 |
| | AZ-SER 6499627 | AZ-SER 6499650 |
| Fors, Susanna | AZ-SER 6499590 | AZ-SER 6499592 |
| Melville, Margaret | AZ-SER 6496467 | AZ-SER 6496858 |
| | AZ-SER 6499651 | AZ-SER 6499656 |
| Rubenstein, Vance | AZ-SER 6496458 | AZ-SER 6496466 |
| Wingertz, Sue Ellen | AZ-SER 6499586 | AZ-SER 6499586 |
| | AZ-SER 6499607 | AZ-SER 6499626 |

Please let me know if you have any questions.

Sincerely,

Joe P. Yeager

Enclosure

cc: James Freebery

ME1 6442167v.1