# EXHIBIT
# 41

June 25, 2007

VIA COURIER

Jonathan Jaffe
Weitz & Luxenberg, P.C.
6th Floor
120 Wall Street
New York, NY 10005

Joe Yeager
Associate
T. 302.984.6391
F. 302.691.2162

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

Re:  In Re Seroquel Products Liability Litigation: MDL-1769

Dear Jonathan:

Pursuant to our notice last week, we have enclosed three portable hard drives and two compact disks containing documents for AstraZeneca's sixteenth Custodian production in the above referenced matter.  In particular, this production contains documents belonging to the twenty-one custodians of Group 3, a Supplemental Production of documents discovered as a result of an audit sweep conducted by the vendor; and a small number of documents belonging to Custodian Wayne MacFadden.   This production also contains a corrected Foreign Language Document Production with proper bates labeling.  Finally, this production includes the following documents responsive to Plaintiffs Request for Production filed on May 25, 2007:

   Department of Justice investigation;

   Documents responsive to a 30(b)(6) depositions;

   AstraZeneca Management List; and

   Seroquel® Patent Application.

Consistent with our agreement on bates labeling, you will find all load files, text files and DAT files utilize the bates labeling convention of "AZSER####."  In addition, we have provided extracted text files with page breaks for the Foreign Language Document Production and Supplemental Production.  As agreed, we will provide extracted text with page breaks for previous productions.

Similar to our most recent productions, the large size of the Group 3 Production demands the Custodians be set forth in multiple folders and corresponding sets. For your convenience, I have listed the Custodians according to their sets with corresponding bates numbers.  The contents of the sets and the corresponding bates ranges are:

ME1 6532843v.1

Jonathan Jaffe
June 25, 2007
Page 2

**Group 3 Production**

**Set 1**

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Chavoshi, Soheil | AZSER7977154 | AZSER8307646 |

**Set 2**

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Hatzipavlides, Harry | AZSER8307647 | AZSER8410338 |
| Herbst, Richard | AZSER8410339 | AZSER8419966 |

**Set 3**

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Jones, Martin | AZSER8419967 | AZSER8759603 |

**Set 4**

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Lazarus, Art | AZSER8759604 | AZSER8782022 |
| Limp, Gerald | AZSER8782023 | AZSER8795400 |
| Makar, Mina | AZSER8795401 | AZSER8966126 |
|  | AZSER10293794 | AZSER10297795 |
| McCormack, Eileen | AZSER8966127 | AZSER9040097 |
| Pethick, Ned | AZSER9040098 | AZSER9156953 |

**Set 5**

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Quan, Marian | AZSER9156954 | AZSER9201788 |
| Schipke, Connie | AZSER9201789 | AZSER9221973 |

ME1 6532843v.1

Jonathan Jaffe
June 25, 2007
Page 3

| | | |
|---|---|---|
| Sepelyak, Robert | AZSER9221974 | AZSER9278884 |
| Shaw, Joan | AZSER9278885 | AZSER9412996 |
| Smith, Ann | AZSER9412997 | AZSER9434445 |
| Smith, Christine | AZSER9434446 | AZSER9443999 |
| Street, Jamie | AZSER9444000 | AZSER9486664 |

**Set 6**

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Tenlen, Martin | AZSER9486665 | AZSER9571588 |
| Trotter, Christophus | AZSER9571589 | AZSER9571607 |
| | AZSER9571608 | AZSER9574240 |
| Warner, Linda | AZSER9574241 | AZSER9701934 |

**Set 7**

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Wilson, Ellis | AZSER9701935 | AZSER10097343 |

**Set 8**

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| MacFadden, Wayne | AZSER10097344 | AZSER10293793 |

The following breakdown represents documents recently discovered by our vendor pertaining to sixty-one of the eighty Custodians.

**Supplemental Document Production**

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Beamish, Don | AZSER10293892 | AZSER10294527 |
| Blessington, James | AZSER10336696 | AZSER10336798 |
| Brecher, Martin | AZSER10336799 | AZSER10336898 |
| Bucklen, Kristin | AZSER10336899 | AZSER10338077 |

ME1 6532843v.1

Jonathan Jaffe
June 25, 2007
Page 4

| | | |
|---|---|---|
| Busch, Kim | AZSER10293796 | AZSER10293883 |
| Byers, Cindy | AZSER10296216 | AZSER10296217 |
| Carey, Rosemarie | AZSER10338078 | AZSER10338143 |
| Casty, Frank | AZSER10296218 | AZSER10296378 |
| Chavoshi, Soheil | AZSER10360642 | AZSER10363570 |
| Chitra, Rohini | AZSER10338144 | AZSER10339524 |
| Deshmukh, Vinay | AZSER10296379 | AZSER10296499 |
| Domine, Lisa | AZSER10296500 | AZSER10296861 |
| Dwyer, Donald | AZSER10296862 | AZSER10296945 |
| Geller, Wayne | AZSER10339525 | AZSER10339542 |
| Hall, Marietta | AZSER10339543 | AZSER10339585 |
| Hatzipavlides, Harry | AZSER10363571 | AZSER10364235 |
| Hebe, Julie | AZSER10296946 | AZSER10296963 |
| Herbst, Richard | AZSER10364236 | AZSER10364658 |
| Hoegstedt, Johan | AZSER10296964 | AZSER10297237 |
| Holl, Linda | AZSER10339586 | AZSER10341444 |
| Jones, Kathryn | AZSER10294528 | AZSER10294721 |
| Jones, Martin | AZSER10364659 | AZSER10365082 |
| Law, Heather | AZSER10297238 | AZSER10297245 |
| Lawrence, Terri | AZSER10341445 | AZSER10341545 |
| Lazarus, Art | AZSER10365083 | AZSER10365113 |
| Leong, Ronald | AZSER10341546 | AZSER10343904 |
| Limp, Gerald | AZSER10365114 | AZSER10365223 |
| Lloyd (Washington), Lisa | AZSER10343905 | AZSER10344005 |
| Macfadden, Wayne | AZSER10365224 | AZSER10365407 |
| Makar, Mina | AZSER10365408 | AZSER10369016 |
| McCormack, Eileen | AZSER10369017 | AZSER10369218 |
| McKee, Victor | AZSER10297246 | AZSER10297326 |
| McKenna, Kevin | AZSER10297327 | AZSER10298589 |
| Melville, Margaret | AZSER10344006 | AZSER10344006 |
| Minnick, Jim | AZSER10344007 | AZSER10344523 |
| Morris, Jeff | AZSER10298590 | AZSER10305071 |
| Mueller, Karin | AZSER10293884 | AZSER10293891 |
| Ney, Christine | AZSER10344524 | AZSER10359772 |
| Palczuk, Linda | AZSER10294722 | AZSER10295289 |
| Paulson, Alfred | AZSER10305072 | AZSER10307535 |
| Peipher, Charles | AZSER10307536 | AZSER10307587 |
| Pethick, Ned | AZSER10369219 | AZSER10373598 |
| Polinsky, Ronald | AZSER10307588 | AZSER10307652 |
| Quan, Marian | AZSER10373599 | AZSER10374704 |
| Repp, Ed | AZSER10295290 | AZSER10296215 |

Jonathan Jaffe
June 25, 2007
Page 5

## Supplemental Document Production (continued)

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Rubenstein, Lance | AZSER10359773 | AZSER10360311 |
| Schwartz, Jack | AZSER10307653 | AZSER10308572 |
| Scott, Mark | AZSER10360312 | AZSER10360312 |
| Sepelyak, Robert | AZSER10374705 | AZSER10374731 |
| Sermeno, Al | AZSER10360313 | AZSER10360626 |
| Shahangian, Narges | AZSER10360627 | AZSER10360641 |
| Shaw, Joan | AZSER10374732 | AZSER10374891 |
| Smith, Ann | AZSER10374892 | AZSER10374893 |
| Smith, Brian | AZSER10308573 | AZSER10308894 |
| Smith, Christine | AZSER10374894 | AZSER10374909 |
| Street, Jamie | AZSER10374910 | AZSER10375217 |
| Tenlen, Martin | AZSER10375218 | AZSER10375273 |
| Trotter, Christophus | AZSER10375274 | AZSER10375274 |
| Van Steenis, Brian | AZSER10308895 | AZSER10309989 |
| Viscount, Thomas | AZSER10309990 | AZSER10336695 |
| Wilson, Ellis | AZSER10375275 | AZSER10375462 |

The following breakdown represents a corrected Foreign Language Document Production with proper bates labeling organized by custodian in alphabetical order.

## Foreign Language Document Production:

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Beamish, Don | AZSER7940097 | AZSER7945847 |
| Blessington, Jim | AZSER7949428 | AZSER7949432 |
| Boornazian, Lisa | AZSER7940419 | AZSER7942190 |
| Boorstein, John | AZSER7942191 | AZSER7943603 |
| Brecher, Martin | AZSER7949433 | AZSER7950766 |
| Bucklen, Kristin | AZSER7950767 | AZSER7952491 |
| Busch, Kim | AZSER7943604 | AZSER7943739 |
| Campbell, Denise | AZSER7945848 | AZSER7946113 |
| Carey, Rosemarie | AZSER7952492 | AZSER7952551 |
| Chavoshi, Soheil | AZSER7963878 | AZSER7963899 |
| Chitra, Rohini | AZSER7952552 | AZSER7953143 |
| Deshmukh, Vinay | AZSER7948511 | AZSER7948577 |
| Dev, Vikram | AZSER7943740 | AZSER7944091 |
| Domine, Lisa | AZSER7948578 | AZSER7948820 |
| Dwyer, Donald | AZSER7948821 | AZSER7948851 |
| Fors, Susanne | AZSER7953144 | AZSER7954857 |

ME1 6532843v.1

Jonathan Jaffe
June 25, 2007
Page 6

| | | |
|---|---|---|
| Gaskill, James | AZSER7946114 | AZSER7946122 |
| Geller, Wayne | AZSER7954858 | AZSER7955358 |
| Goldstein, Jeff | AZSER7946123 | AZSER7946262 |
| Hall, Marietta | AZSER7955359 | AZSER7955360 |
| Hamill, Kevin | AZSER7944092 | AZSER7944728 |
| Hatzipavlides, Harry | AZSER7963900 | AZSER7963910 |
| Hebe, Julie | AZSER7948852 | AZSER7949003 |
| Hoegstedt, Johan | AZSER7949004 | AZSER7949152 |
| Holl, Linda | AZSER7955361 | AZSER7955424 |
| Jones, Martin | AZSER7963911 | AZSER7971962 |
| Law, Heather | AZSER7949153 | AZSER7949200 |
| Lawrence, Terri | AZSER7955425 | AZSER7955460 |
| Lazarus, Art | AZSER7971963 | AZSER7971964 |
| Leong, Ronald | AZSER7955461 | AZSER7960931 |
| Lloyd (Washington), Lisa | AZSER7960932 | AZSER7960958 |
| Macfadden, Wayne | AZSER7971965 | AZSER7972060 |
| Makar, Mina | AZSER7972061 | AZSER7972127 |
| Mazella, Vince | AZSER7949201 | AZSER7949203 |
| McCormack, Eileen | AZSER7972128 | AZSER7973041 |
| McKenna, Kevin | AZSER7949204 | AZSER7949328 |
| Melville, Margaret | AZSER7960959 | AZSER7961614 |
| Minnick, Jim | AZSER7961615 | AZSER7963113 |
| Mueller, Karin | AZSER7944729 | AZSER7944822 |
| Mullen, Jamie | AZSER7946263 | AZSER7977153 |
| Murray, Mike | AZSER7944823 | AZSER7944938 |
| Ney, Christine | AZSER7963114 | AZSER7963346 |
| Palczuk, Linda | AZSER7947721 | AZSER7947727 |
| Pethick, Ned | AZSER7973042 | AZSER7973046 |
| Phillips, Bethany | AZSER7949329 | AZSER7949336 |
| Polinksy, Ronald | AZSER7949337 | AZSER7949347 |
| Quan, Marian | AZSER7973047 | AZSER7973141 |
| Repp, Ed | AZSER7947728 | AZSER7948510 |
| Schipke, Connie | AZSER7973142 | AZSER7973145 |
| Schwartz, Jack | AZSER7949348 | AZSER7949393 |
| Scott, Mark | AZSER7963347 | AZSER7963686 |
| Sepelyak, Robert | AZSER7973146 | AZSER7973397 |
| Sermeno, Al | AZSER7963687 | AZSER7963781 |
| Shahangian, Narges | AZSER7963782 | AZSER7963787 |
| Shaw, Joan | AZSER7973398 | AZSER7973495 |
| Smith, Christine | AZSER7973496 | AZSER7973500 |
| Street, Jamie | AZSER7973501 | AZSER7973503 |
| Tenlen, Martin | AZSER7973504 | AZSER7974050 |
| Van Steenis, Brian | AZSER7949394 | AZSER7949427 |

Jonathan Jaffe
June 25, 2007
Page 7

| Warner, Linda | AZSER7974051 | AZSER7974926 |
| Wilson, Ellis | AZSER7974927 | AZSER7977144 |
| Wingertz, Sue Ellen | AZSER7963788 | AZSER7963877 |

**Wayne MacFadden Supplemental Production**:

|  | AZSER10375463 | AZSER10376257 |

**30(b)(6) Deposition Production**:

|  | AZSER10376258 | AZSER10380343 |

**Department of Justice Production**:

|  | AZSER10380344 | AZSER10382596 |

**Patent Production**:

|  | AZSER10382597 | AZSER10382765 |

**Management List Production**:

|  | AZSER10382766 | AZSER10382774 |

Should you have any questions or concerns, please feel free to contact me.


Sincerely,


Joe P. Yeager


Enclosure

cc:   James J. Freebery

ME1 6532843v.1