# EXHIBIT 42

July 2, 2007

VIA COURIER

Jonathan Jaffe
Weitz & Luxenberg, P.C.
6th Floor
120 Wall Street
New York, NY 10005

Joe Yeager
Associate
T. 302.984.6391
F. 302.691.2162

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T 302.984.6300
F. 302.984.6399
www.mccarter.com

Re: In Re Seroquel Products Liability Litigation: MDL-1769

Dear Jonathan:

Pursuant to my notice last week, I have enclosed a compact disk containing documents for AstraZeneca's Seventeenth Custodian Production in the above referenced matter. In particular, this production contains documents responsive to Request number fifteen of Plaintiff's Amended Request For Production and is subject to the agreed upon confidentiality stipulation and any state court protective orders.

For your convenience, I have listed the corresponding bates numbers. The contents of the bates range are as follows:

**RFP #15:**

AZSER10382775            AZSER10382824

Should you have any questions or concerns, please feel free to contact me.

Sincerely,

Joe P. Yeager

Enclosure

cc:   James J. Freebery

ME1 6551048v.1