# EXHIBIT 43

CONFIDENTIAL

```
 1              IN THE SUPERIOR COURT
            OF THE STATE OF DELAWARE
 2          IN AND FOR NEW CASTLE COUNTY
                   -   -   -
 3   IN RE:
     SEROQUEL LITIGATION   : MDL NO. 1769
 4                         :
     THIS DOCUMENT RELATES:
 5   TO ALL ACTIONS        :
     -----------------------------------------
 6   IN RE:                : SUPERIOR COURT
     RISPERDAL/SEROQUEL/   : OF NEW JERSEY
 7   ZYPREXA LITIGATION    : LAW DIVISION
                           : MIDDLESEX COUNTY
 8                         : CASE NO. 274
     -----------------------------------------
 9   AIMEE DANIELS,        : IN THE CIRCUIT
                           : COURT OF THE
10        V.               : COUNTY OF ST. LOUIS
                           : STATE OF
11   ASTRAZENECA           : MISSOURI
     PHARMACEUTICALS, L.P.: 05CC-004759
12   ET AL.                : DIVISION 6
     -----------------------------------------
13   SANTOS MALDANADO,     : IN THE CIRCUIT
     minor, by and through: COURT OF THE
14   his natural mother    : COUNTY OF ST. LOUIS
     and next friend,      : STATE OF
15   LOUISE WILSON         : MISSOURI
          V.               : 06CC-003930
16   JANSSEN PHARMACEUTICA: DIVISION 6
     L.P., ET AL.          :
17                   -   -   -
                   May 9, 2007
18                   -   -   -
              C O N F I D E N T I A L
19                   -   -   -
          30(b)(6) deposition of ASTRAZENECA
20   PHARMACEUTICALS, L.P., by and through JON
     DOWLING.
21
                     -   -   -
22         Golkow Technologies, Inc.
                 Suite 760
23       1880 John F. Kennedy Boulevard
          Philadelphia, Pennsylvania  19103
24              877.370.3377
```

CONFIDENTIAL

Page 2

```
1  LENA BARNETT, minor, : IN THE CIRCUIT
   by and through her    : COURT OF THE
2  natural mother and    : COUNTY OF ST. LOUIS
   next friend,          : STATE OF
3  MARY BARNETT         : MISSOURI
        V.        : 06CC-000333
4  JANSSEN PHARMACEUTICA: DIVISION 6
   L.P., ET. AL.         :
5  ------------------------
   LOIS BAER, as         : IN THE CIRCUIT
6  Representative of the: COURT OF THE
   Estate of MATTHEW     : COUNTY OF ST. LOUIS
7  BAER, Deceased        : STATE OF
        V.        : MISSOURI
8  JANSSEN PHARMACEUTICA: 06CC-002401
   L.P., ET. AL.    : DIVISION 6
9  ------------------------
   TERRY STRINGER       : IN THE CIRCUIT
10       V.        : COURT OF THE
                   : COUNTY OF ST. LOUIS
11                 : STATE OF
   JANSSEN PHARMACEUTICA: MISSOURI
12 L.P., ET. AL.    : 06CC-002173
                   : DIVISION 6
13 ------------------------
   STEPHEN ROSAS        : IN THE CIRCUIT
14       V.        : COURT OF THE
                   : COUNTY OF ST. LOUIS
15                 : STATE OF
   ASTRAZENECA          : MISSOURI
16 PHARMACEUTICALS,     : 05CC-004755
   L.P., ET. AL.    : DIVISION 6
17 ------------------------
   PAMELA MOORE,        : IN THE CIRCUIT
18       V.        : COURT OF THE
                   : COUNTY OF ST. LOUIS
19                 : STATE OF
   JANSSEN PHARMACEUTICA: MISSOURI
20 L.P., ET. AL.    : 05CC-006375
                   : DIVISION 6
21 ------------------------
22
23
24
```

Page 4

```
1  APPEARANCES:
2
3      AYLSTOCK, WITKIN & SASSER, PLC
       BY: KENNETH W. SMITH, ESQUIRE
4      4400 Bayou Boulevard, Suite 58
       Pensacola, Florida 32503-2673
5      850-916-7450
       ksmith@aws-law.com
6      Representing Plaintiffs in New
       Jersey and Delaware
7
8
       SHELLER LUDWIG & SHELLER, PC
9      BY: STEPHEN SHELLER, ESQUIRE
       and
10     BY: THOMAS E. MELLON, III, ESQUIRE
       3rd Floor
11     1528 Walnut Street
       Philadelphia, Pennsylvania 19102
12     215-790-7300
       tmellon@sheller.com
13     Representing Plaintiffs in New
       Jersey
14
15
       DECHERT LLP
16     BY: BRENNAN J. TORREGROSSA, ESQUIRE
       and
17     BY: A. ELIZABETH BALAKHANI, ESQUIRE
       Cira Centre, 2929 Arch Street
18     Philadelphia, PA 19104
       215-994-2358
19     215-994-2487
       brennan.torregrossa@dechert.com
20     elizabeth.balakhani@dechert.com
       Representing AstraZeneca
21
22
23
24
```

Page 3

```
1  KATHRYN SCHULTZ,    : SUPERIOR COURT OF
   ET. AL.        : THE STATE OF
2                 : CALIFORNIA IN AND
        V.        : FOR THE COUNTY OF
3                 : SAN FRANCISCO
   ASTRAZENECA        : CGC-06-453676
4  PHARMACEUTICALS,   :
   L.P., ET.AL.       :
5  ------------------------
6
7       30(b)(6) deposition of ASTRAZENECA
8  PHARMACEUTICALS, L.P., by and through JON
9  DOWLING, taken pursuant to notice, was
10 held at the Four Seasons Hotel,
11 Philadelphia, Pennsylvania, commencing at
12 9:00 a.m., on the above date, before
13 Linda Rossi Rios, RPR, CSR and Notary
14 Public.         - - -
15
16
17
18
19
20
21
22
23
24
```

Page 5

```
1  APPEARANCES:
2
       PEPPER HAMILTON LLP
3      BY: SARA A. ALIABADI, ESQUIRE
       3000 Two Logan Square
4      18th and Arch Streets
       Philadelphia, Pennsylvania 19103
5      215-981-4181
       aliabadis@pepperlaw.com
6      Representing Eli Lilly & Company
7
   ALSO PRESENT:
8      BAILEY PERRIN BAILEY
       RHONDA RADLIFF
9      PROJECT MANAGEMENT
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

2 (Pages 2 to 5)

CONFIDENTIAL

Page 6

1                - - -
2            I N D E X
3              - - -
4
   Testimony of:  JON DOWLING
5
6    By Mr. Smith            8
7
              - - -
8
          E X H I B I T S
9
              - - -
10
11   NO.      DESCRIPTION        PAGE
12   Dowling-1  AstraZeneca LP and
              AstraZeneca
13            Pharmaceuticals LP's
              Cross-Notice of Rule
14            30(b)(6) Depositions  11
15   Dowling-2  Resume            75
16
17
18
19
20
21
22
23
24

Page 7

1                - - -
2      DEPOSITION SUPPORT INDEX
3                - - -
4
5    Direction to Witness Not to Answer
6    Page Line    Page Line    Page Line
7    42    14
8    56    9
9
10   Request for Production of Documents
11   Page Line    Page Line    Page Line
12   None
13
14
15   Stipulations
16   Page Line    Page Line    Page Line
17   8    1
18
19
20   Question Marked
21   Page Line    Page Line    Page Line
22   None
23
24

Page 8

```
1              (It is hereby stipulated and
2    agreed by and among counsel that
3    sealing, filing and certification
4    are waived; and that all
5    objections, except as to the form
6    of questions, be reserved until
7    the time of trial.)
8                - - -
9              JON DOWLING, after having
10   been duly sworn, was examined and
11   testified as follows:
12               - - -
13           EXAMINATION
14
15   BY MR. SMITH:
16       Q.    Good morning, Mr. Dowling,
17   nice to see you again.  You understand
18   that -- first, would you please state
19   your name for the record?
20       A.    Jon Dowling.
21       Q.    Your address?
22       A.    2624 Bittersweet Drive,
23   Wilmington, Delaware is 19840.
24       Q.    Your place of employment?
```

Page 9

```
1        A.    AstraZeneca.
2        Q.    In Wilmington?
3        A.    Wilmington, Delaware.
4        Q.    You understand you are under
5    oath today?
6        A.    Yes.
7        Q.    And have you been deposed
8    before?
9        A.    No, I have not.
10       Q.    I'm going to ask you
11   questions, they may not always be clear
12   to you.  If they're not, would you please
13   stop and say I don't understand that or
14   ask me to rephrase the question, I'll be
15   happy to do that?  I don't want you to
16   answer the question if you don't
17   understand it.  We want the answers to
18   match up with the questions.
19           We'll take a break at any
20   time you need one.  Otherwise, we'll take
21   one about once an hour.  I'll need you to
22   answer questions verbally.  We all have a
23   habit of shaking our head or saying
24   uh-huh or uh-uh, and it doesn't come
```

3 (Pages 6 to 9)

CONFIDENTIAL

Page 10

1  across very clearly in the record.  So if
2  you'll say yes or no, and you may need to
3  explain that, but if you'll give a yes or
4  no, then that would help.
5        So if you answer my
6  question, I'm going to assume that you're
7  telling the truth, giving me the whole
8  answer and you understood the question.
9  Is that fair?
10       A.    Yes.
11       Q.    My name is Kenneth Smith.  I
12 represent a number of plaintiffs in the
13 litigation.  I'm taking this on behalf of
14 the plaintiffs in the MDL.  I'm also pro
15 hoc'd into the Delaware litigation and
16 into the New Jersey litigation.
17       MR. TORREGROSSA:  Can I just
18       get the agreement from the Sheller
19       folks that they've signed on to
20       the stipulation before you get
21       into substance here?  If you guys
22       could state on the record that you
23       agree to be bound by the MDL
24       stipulation, whatever final

Page 11

1  form --
2        MR. SHELLER:  Subject to
3  Judge Garruto's, whatever he does
4  with it.
5        MR. MELLON:  And Tom Mellon
6  agrees as well.
7        MR. SHELLER:  That's Judge
8  Garruto for New Jersey.
9        MR. SMITH:  Do you want to
10 identify yourselves for the
11 record?
12       MR. TORREGROSSA:  Brennan
13 Torregrossa for AstraZeneca as
14 well as for the witness.
15       MS. BALAKHANI:  Liz
16 Balakhani for AstraZeneca as well
17 as for the witness.
18 BY MR. SMITH:
19       Q.    Mr. Dowling, did you receive
20 a copy of the cross notice for this
21 deposition?  Let me mark it as Dowling-1.
22            - - -
23       (Exhibit Dowling-1,
24 AstraZeneca LP and AstraZeneca

Page 12

1  Pharmaceuticals LP's Cross-Notice
2  of Rule 30(b)(6) Depositions, was
3  marked for identification.)
4            - - -
5        (Interruption.)
6            - - -
7        THE WITNESS:  This document
8  you handed me, the actual things I
9  would be familiar with would be I
10 guess it's called Exhibit B.  I
11 recall reading this.  This looks
12 more like what I've seen.
13 BY MR. SMITH:
14       Q.    Exhibit B being the letter
15 from Mr. Magaziner to Mr. Allen?
16       A.    I believe so.  I don't
17 recall seeing the first one.  They look
18 very similar.  Definitely haven't seen
19 the stuff in the middle, Exhibit A.
20       Q.    Why don't we look at Exhibit
21 B, on page 3 there is a list of databases
22 or systems.  Could you, or your counsel
23 if you prefer, go through and check off
24 on the record the databases that we're

Page 13

1  going to talk about today?
2        A.    My familiarity on this list
3  going down would be SAP, Touchstone,
4  Compass, NICE, MACS, KNOWBOL, ICON,
5  SnapPharma, AZER, ViewPoint,
6  LectureBureau Express, PREP and
7  Northstar.
8        Q.    And SnapPharma should be a
9  P-H instead of an F?
10       A.    Yes, and MAX should be
11 M-A-C-S.
12       Q.    Do you know what the other
13 databases are that are listed there?
14       A.    I do not know -- let's see.
15 I heard of CLINTRACE and I've heard the
16 name IRIS.  I'm not familiar with the
17 others.  The two I mentioned I'm not
18 familiar with.
19       Q.    Thank you.
20       MR. TORREGROSSA:  Could we
21 just get counsel for Lilly's
22 appearance and that she has agreed
23 to be bound by the situation?
24       MS. ALIABADI:  Sara

4 (Pages 10 to 13)

Page 14

1     Aliabadi, and I agree to be bound
2     by the MDL stipulation.
3  BY MR. SMITH:
4     Q.   Do you understand you've
5  been designated as a corporate designee
6  by AstraZeneca on certain topics for
7  today?
8     A.   Yes, I do.
9     Q.   And did you agree to serve
10 in that function?
11    A.   Yes, I did.
12    Q.   You understand that
13 AstraZeneca is a defendant in this
14 action?
15    A.   Yes, I do.
16    Q.   What is your current
17 position with AstraZeneca?
18    A.   My position is senior
19 manager, application maintenance for the
20 Commercial Information Services and
21 Solutions.
22    Q.   And when did you enter that
23 position?
24    A.   I began this role on January

Page 15

1  1, 2006.
2     Q.   And what does that involve?
3     A.   My role as the application
4  maintenance leader is to ensure the
5  operations management of the systems that
6  support Commercial are managed.
7     Q.   What do you mean by the term
8  "applications"?
9     A.   Any system that may be used
10 by the marketing and sales organization
11 such as Compass, Northstar.
12    Q.   Some systems would involve
13 databases?
14    A.   Yes.
15    Q.   But not all applications
16 would involve databases.  Is that
17 correct?
18    A.   Correct.
19    Q.   So you're familiar with both
20 database and nondatabase applications as
21 identified just a minute ago?
22    A.   Yes, I am.
23    Q.   Now, those were databases
24 that were in that list.  That list did

Page 16

1  not include applications that did not
2  involve databases, did it?
3     A.   That would be correct.
4     Q.   What are some of the
5  applications that you work with that are
6  not included on that list because they
7  don't involve databases?
8     A.   Let me think about that.
9  Web sites come to mind.
10    Q.   What is your involvement
11 with Web sites?
12    A.   We ensure the operations are
13 up and running, the systems supporting
14 them, working with the -- to make sure
15 they run.
16    Q.   What types of systems
17 support the Web sites?
18    A.   Talking about Web site, they
19 sit on a Web server.  They allow you to
20 access the Web site and to view the
21 information on it.
22    Q.   Do you have more than one
23 Web server?  When I say you, I mean
24 AstraZeneca.

Page 17

1     A.   Yes.
2     Q.   How many Web servers does
3  AstraZeneca have to your knowledge?
4     A.   I don't have an exact
5  number.  I know it's more than one.  I
6  really don't know that number off the top
7  of my head.
8          Let me -- when I say
9  database, and I want to make sure it's
10 clear, the database -- there would not be
11 a Web -- like a database that would
12 always collect information.  It's a view
13 site.  Some Web sites do have databases.
14    Q.   That was my next question.
15    A.   Okay.
16    Q.   Who would be the best person
17 to ask about AstraZeneca's Web servers,
18 is there an overall person in charge of
19 that?
20    A.   Again, I don't know the
21 count.  I know where they are.  I know,
22 you know, potentially which site might be
23 on which, but I don't have the exact
24 count.

5 (Pages 14 to 17)

Golkow Technologies, Inc. - 1.877.370.DEPS

CONFIDENTIAL

Page 18

1    Q.    Is there a person who would
2  have more knowledge about Web site
3  servers than you do for AstraZeneca?
4    A.    Yes.  There probably would
5  be.
6    Q.    Who would be the person you
7  would ask if you wanted to know more
8  about the Web servers?
9    A.    The first person to ask
10  would be Josh Bengal.
11    Q.    Could you spell that,
12  please?
13    A.    J-O-S-H, B-E-N-G-A-L.
14    Q.    Where does he work?
15    A.    AstraZeneca.
16    Q.    How about third parties or
17  outside people who would work on the --
18  be involved with the Web servers, what
19  company or people would do that?
20    A.    We have our -- we have an
21  environment called EBI which posts our --
22  what we call external Web servers.  They
23  would have -- you know, be able to say
24  which one they're on.

Page 19

1    Q.    Are all of your Web servers
2  external?
3    A.    No, sir.
4    Q.    What internal Web servers do
5  you have?
6    A.    We have what we call
7  Intranet sites.  I don't know, like I
8  said, the number of ones we would have
9  supporting Intranet sites.
10    Q.    Could you tell me what types
11  of Internet sites you would have?
12    A.    Intranet.
13    Q.    Intranet.  Thank you.
14    A.    We have -- not necessarily
15  supported by me.  There is the -- what we
16  call the AstraZeneca home page.  We see
17  information about AstraZeneca internally,
18  I can find information, go to HR
19  information, all the documents, anything
20  about the company, information like that.
21  There's -- in general, that's the one we
22  use, I would use on a daily basis.  It's
23  not something I would support.
24    Q.    What types of information

Page 20

1  are contained on that server about the
2  company?
3    A.    Example, the HR site.  I can
4  go in there and see information about our
5  policies in terms of HR, in terms of how
6  -- my vacation policy.  I can see how
7  much -- where the holidays are.  I can go
8  in and see -- we have a performance
9  management process, I can see the
10  documents and all the things associated
11  with that and how to do things.
12    Q.    What other types of
13  information would be on -- what is the
14  name of that server?
15    A.    I don't know the server
16  name.  It's the AstraZeneca home page.
17    Q.    Close enough.  On that
18  AstraZeneca home page, which is an
19  Intranet server, what other types of
20  information besides HR information are on
21  that internal Web site?
22    A.    The home page would have
23  information about the company.  It would
24  have information about events.  It would

Page 21

1  have information about -- you can
2  actually link to a page where you could
3  buy stuff, people internal selling.  You
4  wanted to sell a car, I could actually
5  put it there.  You could go to --
6  different parts of the organization have
7  their own -- they link to that to be able
8  to go to like an IS Web site that talks
9  about IS stuff and what we do.
10    Q.    By "IS" you mean?
11    A.    Information systems.  I'm
12  sorry.  So I could go in and see, you
13  know -- it's not very good.  It just
14  tells information about the IS groups and
15  like --
16    Q.    Are you saying the system is
17  not very good or your description of it
18  is not very good?
19    A.    Both are.  The system isn't
20  very good.  I don't go to the IS home
21  site very often, there's not a whole lot
22  of information there.
23    Q.    What types of information
24  would be on the IS site?

6 (Pages 18 to 21)

CONFIDENTIAL

Page 22

1    A.   I know there's a tips page.
2  If there is a person in the company, they
3  can go and get a tip on how to use e-mail
4  or Word or something like that.
5    Q.   It would be like a help
6  button?
7    A.   Yeah, basically.  Very basic
8  help.
9      MR. TORREGROSSA:  Mr.
10     Dowling, if you could wait until
11     the question is over because
12     sometimes the reporter has trouble
13     taking both down at the same time.
14     MR. SMITH:  Thank you.
15 BY MR. SMITH:
16   Q.   So can various information
17 systems be accessed through this home
18 page?  Are they linked in some way?
19   A.   No, they're not.  I don't
20 know of any system that links off of that
21 page.
22   Q.   I'm interrupting you.  I
23 apologize.  It's just information on
24 there about the information systems, is

Page 23

1  that what you're saying, as opposed to
2  having links to the systems themselves?
3    A.   Yes.
4    Q.   So you have HR information
5  and you have some tips and general
6  information about IS.  Anything else on
7  that internal site?  A company directory
8  for example?
9    A.   I can type in a person's
10 name and get a phone number.
11   Q.   Any information about the
12 drug products that are sold by
13 AstraZeneca?
14   A.   There may be.  This is from
15 my usage of it.  I don't tend to surf
16 around on that because it takes time.
17   Q.   Who is responsible for
18 maintaining that server?  Who would be
19 the manager for that server?
20   A.   That area is in a different
21 organization called SPKS, and the
22 person's name I would think would be
23 Steve Aaronson.
24   Q.   Could you spell that,

Page 24

1  please?
2    A.   A-A-R-O-N-S-O-N, Aaronson.
3    Q.   Who authorizes what goes on
4  that server or when changes can be made
5  to that server, would that be Mr.
6  Aaronson or somebody else?
7    A.   I would look to Steve to
8  know that answer.  I don't know.
9    Q.   What about some of the
10 external Web servers, can you tell me
11 about the ones that you're familiar with?
12   A.   We have brand servers.  We
13 have --
14   Q.   When you say brand --
15   A.   I'm sorry, sites.  Brand
16 sites.
17   Q.   May I stop you there and ask
18 you to tell me what you mean by a "brand
19 site"?
20   A.   Sure.  Product --
21 AstraZeneca product site.  We have a
22 breast cancer site.
23   Q.   So the brand site for
24 AstraZeneca products would be all

Page 25

1  products or is there a separate site for
2  each product, for example, Seroquel?
3    A.   There are separate sites.
4    Q.   So there's a Seroquel brand
5  site?
6    A.   Yes.  I'm not sure of the
7  title right off the top of my head.
8    Q.   And who would be responsible
9  for -- who would be the manager for the
10 Seroquel brand site?
11   A.   Operationally I would.  My
12 organization.
13   Q.   Can you describe that site
14 for us and tell us what it contains?
15     MR. TORREGROSSA:  Before you
16     do, this is not an area we've
17     designated Mr. Dowling to talk
18     about.  You can continue inquiry
19     on his individual basis, but this
20     is not -- we're not prepared to go
21     forward on 30(b)(6) on Web sites.
22     I thought that was a separate
23     issue we had put to the side as
24     part of our negotiations.

7 (Pages 22 to 25)

Page 26

1          MR. SMITH:  I see it as --
2     not to argue with that, but I see
3     it as being related to IT in
4     general, and I don't know of
5     anybody else who has been
6     designated there and maybe that is
7     something we can talk about later,
8     designating someone for that.
9  BY MR. SMITH:
10     Q.   I don't want to go into
11 great detail, but since you manage that,
12 let me ask you this.  First of all, can
13 you give me a general description of the
14 Seroquel brand site?
15     A.   I really can't.
16     Q.   What is its purpose?
17          MR. TORREGROSSA:  Objection
18     to form.  You can answer.
19          THE WITNESS:  I believe its
20     purpose is to -- it's an external
21     or Internet site to allow people
22     to find out information about the
23     product.
24  BY MR. SMITH:

Page 27

1     Q.   The server is an external
2  server, is that what you're saying?
3     A.   It's an EBI environment
4  where our external servers are supported,
5  yes.
6     Q.   Is access available to
7  anybody who is not an AstraZeneca
8  employee?
9     A.   Yes.
10     Q.   What types of persons would
11 have access to it?
12     A.   It's an Internet site.
13     Q.   Internet?
14     A.   Yes.  Meaning -- I would
15 call that public.  Anybody who knows the
16 site could go to that site.
17     Q.   So there would be
18 information -- publicly available
19 information about Seroquel would be
20 available on this site?
21     A.   Yes.
22     Q.   Would that be something that
23 marketing would have input into then?
24     A.   Correct.  To my knowledge,

Page 28

1     we maintain the site, we make sure the
2     server is running, the content is managed
3     by the business.
4        Q.   Now, do you know anything
5     about whether the content on that site is
6     FDA approved or not?
7          MR. TORREGROSSA:  Objection
8     to form.  You can answer.  Again,
9     there are the sales folks that
10     deal with the product information
11     and who know what you're talking
12     about, and there's the IT folks.
13     I just want to make sure you
14     understand that.
15          MR. SMITH:  Sure.  I'll try
16     to keep it limited.
17          THE WITNESS:  Could you
18     repeat the question, please?
19  BY MR. SMITH:
20     Q.   Would marketing have the --
21 have input into that Seroquel Web site?
22     A.   As I said, they would manage
23 the content.
24     Q.   Your answer is better than

Page 29

1     my question.
2          Material or information that
3  is posted on that Web site, after it's
4  taken off the Web site, would it be --
5  where would it be maintained or archived
6  or stored?
7     A.   Our Web sites in terms of
8  what we manage are contained in a
9  SourceSafe repository, which means you
10 make the changes and you put it in there
11 and so all the history of changes is in
12 that repository.
13     Q.   Is there any database that
14 manages that type of information?
15     A.   The product I described,
16 SourceSafe, is a Microsoft product.  I
17 believe it would have a database within
18 itself.
19     Q.   If you wanted to output
20 information from SourceSafe, how would
21 you do that?
22     A.   We would go into SourceSafe
23 and pull out the information you're
24 looking for.  So you would pull out the

CONFIDENTIAL

Page 30

1 current version or you could go versions
2 back.
3     Q.    You could output the whole
4 thing if you wanted to, everything that
5 had been on there?
6     A.    It would be very
7 challenging.  It's changed over a large
8 period of time and it's document by
9 document.
10     Q.    We've outlined some
11 databases that you work with, and we
12 talked a little bit about applications
13 and we got into Web sites.  What are some
14 of the other applications that your work
15 entails that you supervise?
16     A.    I supervise the applications
17 that would support sales.  SalesInsite
18 would be one.  TimeTrax, Touchstone
19 Interactive, Touchstone Reporting to name
20 a few.
21     Q.    And what is SalesInsite?
22     A.    It would be the tool a
23 salesperson uses to manage -- the best
24 description is it's somewhat like what is

Page 31

1 called a portal, an information site for
2 the salesperson.  They can view their
3 e-mail.  They can view messages.  They
4 can view -- access reports, access that
5 TimeTrax tool.
6     Q.    Access reports?
7     A.    Yes.
8     Q.    What do you mean by access
9 reports or what are access reports?
10     A.    Get to reports if they were
11 sent, spreadsheets or something in a
12 report format.
13     Q.    This report would be on
14 sales of Seroquel, it would include that?
15     A.    Yes.  They would get a
16 report that would be the prescription
17 sales.
18     Q.    Would this be company-wide
19 data?
20     A.    Can you help me with the
21 question?
22     Q.    The reports, what types of
23 reports can they access through
24 SalesInsite?

Page 32

1     A.    They could access a
2 prescription report.  They could
3 access -- some of these are no longer in
4 existence -- a Dashboard report.  They
5 could have accessed an FSIP or incentive
6 report of how their -- you know, their
7 compensation.
8     Q.    Can you describe Dashboard
9 for me?
10     A.    Dashboard, which is no
11 longer in existence, would have
12 information about how they would have
13 made calls, their calls for the period of
14 time reported.  They're -- I'm trying to
15 think, it's been a while.  They may have
16 descript information of the products,
17 detailing in summary for their business
18 area.  I haven't looked at one of those
19 in several years.  I'm trying to think.
20 The product information, the call or
21 execution data.  That would be the ones
22 that stand out in my mind.  And the
23 TimeTrax information, the time off
24 territory.

Page 33

1     Q.    Is Dashboard a sales
2 automation tool?
3     A.    No, it was actually a
4 report.  The technology was called -- it
5 was what you would call Web-based
6 technology.
7     Q.    How did it work?
8     A.    The reports were basically
9 distributed via SalesInsite, and they
10 would go in and see the report was
11 available and click it and it would open
12 up and display the information in front
13 of them.  Like it was in a, I would say,
14 Web type technology, meaning if you're on
15 the Internet, in Internet Explorer, it
16 would look and feel that way.
17     Q.    And this information, would
18 it be information about a particular
19 physician that they wanted to visit?
20 Would there be information available
21 about a particular physician in
22 Dashboard?
23     A.    Dashboards were summary
24 reporting, not at the physician level.

9 (Pages 30 to 33)

CONFIDENTIAL

Page 34

1      Q.   And if you wanted to access
2  the information -- what was the time
3  period for Dashboard that it was in
4  operation?
5      A.   I'm thinking.  These are
6  approximate.  Approximately January 2001
7  until, I believe, February, March 2006.
8  March, I believe.
9      Q.   Is there a system that
10 replaces Dashboard?
11     A.   Touchstone Reporting.
12     Q.   Is there a system that
13 preceded Dashboard?
14     A.   I can't recall anything of
15 that.  It was something new when it was
16 first built.
17     Q.   Is data contained in the
18 Dashboard system available to be
19 retrieved?
20         MR. TORREGROSSA:  Objection
21     to form.
22 BY MR. SMITH:
23     Q.   Can you retrieve data in the
24 Dashboard -- that was in the Dashboard

Page 35

1  system?
2      A.   The data would be -- in the
3  format, yes, there are Dashboards, we do
4  have some archives -- you know, we have
5  them.  And then if we didn't, the data
6  would be available in like the Compass
7  database, like the call execution data.
8      Q.   You mentioned Touchstone.
9  The data from Dashboard, was it migrated
10 into Compass?
11     A.   No.  Dashboard is a
12 reporting -- is a report of data
13 collected from Compass, or would have
14 been IMS data.  Prescription data comes
15 from IMS.
16     Q.   So Dashboard received
17 information from IMS and from Compass.
18 Is that correct?
19     A.   Yes.
20     Q.   And then it generated
21 reports?
22     A.   Yes.
23     Q.   And are both the reports and
24 the data available now?

Page 36

1      A.   The reports are limited in
2  terms of what is available.  They are
3  based on like a three month or four month
4  period, we may have a set of those
5  reports.  And I believe we have them
6  going to 2002.  The -- what was the other
7  part of the question?
8      Q.   Was the data available and
9  were the reports available?
10     A.   The Compass data related to
11 the calls and the things that were
12 reported would be available.  The IMS
13 data, I'm not sure where that would
14 come -- if it would be readily available
15 today.  IMS data is a rolling 24 months.
16 We have the current information
17 available.
18     Q.   IMS is a third-party vendor.
19 Is that correct?
20     A.   Yes, it is.
21     Q.   IMS stands for what?
22     A.   IMS.  I'm sorry.  Never even
23 asked that question.
24     Q.   Can you just tell us briefly

Page 37

1  what kind of information IMS provides to
2  AstraZeneca?
3      A.   The information I know that
4  they provide is they provide early view
5  which is weekly data related to
6  prescriptions.  They provide exponent
7  which is monthly summarized prescription
8  data.  And they provide DDD which is
9  account or outlet type data.  DDD, my
10 understanding is sales to a hospital or a
11 wholesaler or something of that nature.
12 I don't know if wholesale, but it's what
13 they buy.
14     Q.   And if you were looking at
15 Seroquel, it would provide information
16 not only for Seroquel but for competing
17 brands?
18     A.   Yes.
19     Q.   What are some of the other
20 applications that you're responsible for?
21     A.   Touchstone.  The databases
22 are application databases.  Compass was,
23 we retired that.  The MACS system which
24 is the information cost center.  The

10 (Pages 34 to 37)

CONFIDENTIAL

Page 38

1  TimeTrax.  The synchronization tool that
2  allows the reps to synchronize.  Those
3  are the bigger ones.
4      Q.    Let's take them in order.
5  Why don't you talk to us about
6  Touchstone.  Tell us what Touchstone is.
7      A.    Touchstone is a sales force
8  automation tool.  It's built on the
9  Siebel systems platform which is a bought
10  product.  Siebel system manages that type
11  of application and it allows the sales
12  reps, or PSSes as I refer to them, to
13  record their information, their
14  interactions with their accounts or their
15  customers.
16      Q.    What is a PSS?
17      A.    Pharmaceutical sales
18  specialist.  Also known as a sales rep.
19      Q.    When did Touchstone start?
20      A.    Touchstone began rolling out
21  in June of 2006.
22      Q.    And how much of the prior
23  data was migrated into Touchstone?
24      A.    To start Touchstone, we

Page 39

1  migrated and it was January 1, 2005.
2      Q.    And data from prior to
3  January 1, 2005, was it archived in some
4  way?
5      A.    No.  The data is in Compass.
6      Q.    And that data still exists
7  in Compass?
8      A.    Yes.
9      Q.    Can you still use Compass?
10      A.    The application, no.
11      Q.    If you wanted to look at
12  data that was contained in Compass, how
13  would you go about it?
14      A.    I would have to make a
15  request for that information within our
16  organization.
17      Q.    To whom?
18      A.    We have a request database
19  that says what are -- you know, an ad hoc
20  request system that lets you put in a
21  request for information like that.  And
22  it goes to our resource manager who would
23  assign it to a resource to pull the
24  information.

Page 40

1      Q.    Who is the -- is there just
2  one resource manager?
3      A.    For that area, it would be
4  one, yes.
5      Q.    And who would that be?
6      A.    Jayne Tomforde.
7      Q.    So you could send a request
8  to Jayne Tomforde for data from the
9  Compass database in -- prior to January 1
10  of 2005 and she could produce that to
11  you?
12          MR. TORREGROSSA:  Objection
13      to form.
14          THE WITNESS:  She would not.
15      She would assign a resource to do
16      it.  And then have -- we have a
17      resource pool of people who would
18      be able to do that.
19  BY MR. SMITH:
20      Q.    And do you have any
21  information with the resource pool?
22      A.    I know who they are.  They
23  work for -- the responsibility for that
24  resides with her in terms of managing

Page 41

1  them and things like that.  They work in
2  the same organization I work in.
3      Q.    Now, you are a manager with
4  applications maintenance and Jayne is a
5  manager with resources?
6      A.    Uh-huh.
7      Q.    If you could explain what
8  the difference is?
9      A.    My job is operational care
10  and feeding, to ensure the systems run.
11  If there is anything to deal with the
12  system running, making sure what I call
13  the lights are on.  The maintenance, the
14  general care and feeding, you know.  Also
15  any help desk type related situations
16  where a user calls and needs help, I
17  manage a team that does that, too,
18  related to systems.  Her role, resource
19  manager, is to what I call the demand
20  side.  If somebody asks for things, if
21  they want something done, if they want to
22  have something built, as a resource
23  manager she may do that on a more limited
24  basis.  On a limited basis, larger stuff,

11 (Pages 38 to 41)

CONFIDENTIAL

Page 42

1  she would not be assigning resources to.
2      Q.   Have you been involved in
3  document production in this litigation?
4          MR. TORREGROSSA:  Objection
5      to form.  You can answer that
6      question yes or no, but don't
7      reveal any substance of
8      attorney-client communications.
9          THE WITNESS:  Yes.
10 BY MR. SMITH:
11     Q.   What is your role in
12 producing documents pertaining to
13 Seroquel?
14         MR. TORREGROSSA:  Objection.
15     Do not reveal any attorney-client
16     information.  You can only answer
17     that question yes or no or what it
18     is.  Actually, he can't answer
19     that question, Ken.  He can't
20     describe what he does.  That's
21     privileged.
22         MR. SMITH:  You're directing
23     him not to answer?
24         MR. TORREGROSSA:  I'm

Page 43

1      directing him not to answer that
2      question.  As I told you, he's not
3      here to talk about that today.  If
4      you would like a 30(b)(6) on that,
5      we'll consider it.  But he's not
6      here to talk about the document
7      production or document production
8      issues.
9          MR. SMITH:  How is it that
10     it doesn't relate to the
11     applications that he manages?
12         THE WITNESS:  Well, it
13     might.  I'm just telling you that
14     retention, he's here to talk about
15     retention from a 30(b)(6)
16     perspective.  What is there, what
17     is available.  How difficult it is
18     to access it.  That type of thing.
19         He is not -- if you
20     issued -- you did, in fact, issue
21     a 30(b)(6) that said tell us about
22     the document production and the
23     retention for that, and that was
24     withdrawn.  That's my only point.

Page 44

1          He's here on an IT basis,
2      not a lawyer, what are we doing
3      for retention purposes for
4      litigation basis.  And any
5      involvement he has in working with
6      legal counsel to produce
7      information, I would deem that as
8      perfectly privileged.
9          MR. SMITH:  Let me follow a
10     thought here and we'll take a
11     break in a minute.  It's about
12     time for a break.
13 BY MR. SMITH:
14     Q.   I assume you're going to
15 follow your counsel's advice and you're
16 not going to tell me what your
17 involvement is with document production
18 in this case.  Is that correct?
19     A.   Yes.
20     Q.   Can you tell me whether you
21 have searched for data prior to
22 January 1, 2005 relating to sales force
23 automation?
24         MR. TORREGROSSA:  And I

Page 45

1      caution you that you can answer
2      the question, Mr. Dowling, but in
3      doing so, do not reveal any legal
4      requests or legal advice or legal
5      questions from the legal
6      department.  But you can answer
7      for business purposes.  Do you
8      understand my instruction?
9          THE WITNESS:  Yes, I do.
10         MR. TORREGROSSA:  Could we
11     have it read back for the witness,
12     please?
13             - - -
14         (The court reporter read the
15     pertinent part of the record.)
16             - - -
17         THE WITNESS:  We -- there
18     have definitely been cases where
19     we would have looked at
20     information -- prior to January 1,
21     2005 for information.  I can't
22     recall explicitly off the top of
23     my head one.
24 BY MR. SMITH:

12 (Pages 42 to 45)

CONFIDENTIAL

Page 46

1    Q.   How far back were you able
2  to go looking for sales force automation
3  data?
4        MR. TORREGROSSA:  Same
5    instruction.  Same caution.
6        THE WITNESS:  The database
7    contains -- the Compass database
8    contains information all the way
9    back to its inception, which is
10   1994.  I don't remember the exact
11   date.
12 BY MR. SMITH:
13   Q.   So if you wanted to --
14 Seroquel was marketed in September of
15 1997, I believe.  Does that accord with
16 your recollection?
17   A.   September or October,
18 something at that time frame, that fall.
19   Q.   So for sales force
20 automation data, would there be anything
21 existing prior to the launch of Seroquel?
22       MR. TORREGROSSA:  Would
23   there be anything prior to --
24 BY MR. SMITH:

Page 47

1    Q.   Would there be any sales
2  force automation data prior to the
3  launch?  I'm trying to ascertain what the
4  sales force automation data is.  Do you
5  understand?
6        MR. TORREGROSSA:  I don't
7    understand the question, but go
8    ahead.  Objection to form.
9  BY MR. SMITH:
10   Q.   Do you understand, Mr.
11 Dowling?
12   A.   My understanding of the
13 question is, would there be data related
14 to activities with physicians in the
15 sales force automation tool prior to
16 launch?
17   Q.   Prior to launch.
18   A.   My understanding, no, it
19 would not have been a promoted product.
20   Q.   Now, data relating to sales
21 force automation is available then post
22 launch beginning in September or October
23 of 1997.  Is that correct?
24       MR. TORREGROSSA:  Objection

Page 48

1  to form.
2        THE WITNESS:  Yes, it is.
3  BY MR. SMITH:
4    Q.   And can you tell us in --
5  why don't we take a break here.
6        MR. SHELLER:  Before we do,
7    I'm a little bit at a loss because
8    I just learned about this
9    deposition yesterday.
10       Mr. Dowling is here, maybe
11   it's just an explanation, but Mr.
12   Dowling is here to discuss the
13   topic of IT/databases?
14       MR. TORREGROSSA:  He's here
15   to talk about AstraZeneca's past
16   and current databases and computer
17   systems as modified by the
18   30(b)(6) agreement between the
19   parties, yes.
20       MR. SHELLER:  Where I'm
21   confused is, I'm not sure what
22   that is meant to encompass.  You
23   might be able to help me with
24   that.

Page 49

1        MR. TORREGROSSA:  If you
2    want to do it on the record, we
3    can do it on the record or I'd be
4    happy to discuss off the record
5    our negotiations.
6        MR. SHELLER:  I would like
7    something on the record so we have
8    it when we review it.
9        MR. TORREGROSSA:  There were
10   extensive negotiations, Mr.
11   Sheller.  There were eleven
12   notices issued by MDL plaintiffs'
13   counsel on 262 different areas of
14   30(b)(6) testimony.  We found that
15   to be a bit ludicrous.  So we
16   engaged in extensive negotiations
17   over a week to try to narrow the
18   focus and come up with an
19   acceptable and agreeable 30(b)(6)
20   notice.
21       So what you see before us
22   today is the result of all those
23   efforts, and so Mr. Dowling is to
24   talk about number 3 and the parts

CONFIDENTIAL

Page 50

1   of number 3 that we've identified
2   as part of that agreement.
3        MR. SMITH:  Just before we
4   break -- is that good for you,
5   Steve?
6        MR. SHELLER:  Well, I'm
7   looking at -- you're talking about
8   number 3 in the notice.  Right?
9        MR. TORREGROSSA:  I am
10  talking about number 3 in Mr.
11  Magaziner's --
12       MR. SHELLER:  AstraZeneca's
13  past and present data including
14  all backup, et cetera, paragraph
15  3, numbered 3.
16       MR. TORREGROSSA:  Correct.
17       MR. SMITH:  Let me ask a
18  couple of questions and see if you
19  have any follow up, and then we'll
20  break as I promised.
21  BY MR. SMITH:
22       Q.   Mr. Dowling, would you look
23  at Exhibit B to the Exhibit 1 which would
24  be the letter from Mr. Magaziner,

Page 51

1   representing AstraZeneca, to Scott Allen,
2   representing the plaintiffs.  And on page
3   3 of that letter, paragraph numbered 3,
4   do you see that?
5        Would you just read that
6   paragraph -- I'll just read it in.  It
7   says, "AstraZeneca's past and current
8   databases and computer systems, including
9   (a) all backup and retention systems and
10  policies and procedures used to collect,
11  store, audit, analyze, and report
12  information concerning adverse event
13  reports relating to Seroquel..."
14       So that's something that is
15  Mr. Draper's bailiwick up to that point?
16       MR. TORREGROSSA:  You're
17  asking if he is the one designated
18  to talk about adverse event
19  reporting?
20       MR. SMITH:  Yes.
21  BY MR. SMITH:
22       Q.   That would be Mr. Draper.
23  Is that correct?
24       A.   It would be Mr. Draper's,

Page 52

1   yes.  I would be able to tell you there
2   is a form they fill out and they send it
3   to -- I think it goes to CLINTRACE.  The
4   sales force fills out a form and then
5   that is sent to CLINTRACE and that's
6   where I would not be able to go at that
7   point, speak of it.
8        Q.   Still under that subject,
9   "...the activity of the Seroquel sales
10  force, data and sales materials
11  distributed to the Seroquel sales
12  force...," again, that would be -- that
13  would be your area, wouldn't it?
14       A.   I would be able to speak
15  about the activities in the database and
16  the systems used -- some of the systems,
17  I believe, related to the sales materials
18  distribution.
19       Q.   So you're prepared to talk
20  today about systems related to, and I'll
21  read it again, "...the activity of the
22  Seroquel sales force, data and sales
23  materials distributed to the Seroquel
24  sales force...," right?  You're prepared

Page 53

1   to talk about that today.  Right?
2        A.   Yes.
3        Q.   And then going up above
4   that, that includes backup and retention
5   systems and policies and procedures
6   relating to the activities of the sales
7   force?  You would be able to talk about
8   that today, wouldn't you?
9        A.   Yes.
10       MR. TORREGROSSA:  Yes.
11  That's what I clarified, from the
12  IT perspective.
13       MR. SHELLER:  Data from
14  clinical and preclinical trials,
15  is that included?
16       MR. TORREGROSSA:  Hold it.
17  One at a time.
18       MR. SHELLER:  I'm sorry.
19       MR. TORREGROSSA:  If Mr.
20  Smith wants to ask that question,
21  he can ask that question.  This is
22  not a panel.
23       MR. SHELLER:  I'm just
24  trying to understand why he's

14 (Pages 50 to 53)

CONFIDENTIAL

Page 54

1    here.
2         MR. TORREGROSSA:  That's a
3    perfectly fine question.
4         MR. SHELLER:  Steve, if you
5    could ask that one thing.  It says
6    something about data from clinical
7    and preclinical studies, is Mr.
8    Dowling here to talk about that?
9         MR. TORREGROSSA:  The answer
10   is no.  Mr. Draper is here, going
11   to testify on the 17th and 18th,
12   and he will address clinical and
13   preclinical data and the systems
14   used for that.
15        MR. SHELLER:  And systems
16   used for that.
17   BY MR. SMITH:
18        Q.   Lastly, Mr. Dowling, we're
19   going to talk about, "(b) the location,
20   function, and design of computer systems,
21   databases, software, e-mail systems...,"
22   which we've already talked about some,
23   "...internet or intranet
24   applications...," which we've already

Page 55

1    talked about some, "...mainframes,
2    computers, local area network and wide
3    area network servers, desktop, laptop,
4    phone and voicemail, and other messaging
5    systems used by AstraZeneca from the time
6    Seroquel was first developed until the
7    present."
8         We're going to be able to
9    talk about those today.  Right?
10        A.   Yes.  Except for -- I would
11   not be as familiar with the phone and
12   voice mail.
13        MR. TORREGROSSA:  That's Mr.
14        Draper.  So you're correct.
15   BY MR. SMITH:
16        Q.   I didn't quite hear the
17   answer.
18        A.   I would not be quite
19   familiar with the phone and voice mail
20   systems.
21        Q.   That would be Mr. Draper?
22        A.   Yes.
23        MR. SMITH:  Why don't we
24        take a break.

Page 56

1         MR. SHELLER:  Before we do,
2    can I clarify one thing?  As an
3    example, if a sales rep is out in
4    the field and visits a doctor or
5    somebody and writes a call note,
6    is that something you're able to
7    talk about or is that someone
8    else?
9         MR. TORREGROSSA:  Don't
10   answer that.  Yes, he is able to
11   answer that.  The sales call
12   automation system we will be able
13   to discuss today.
14        MR. SHELLER:  Call notes and
15   visits to doctors, he's able to
16   talk about that?
17        MR. TORREGROSSA:  From an IT
18   standpoint, yes.
19        MR. SHELLER:  I just want to
20   be sure.
21        MR. SMITH:  Let's take a
22   break.
23             - - -
24        (A recess was taken from

Page 57

1         10:37 a.m. to 10:57 a.m.)
2             - - -
3    BY MR. SMITH:
4         Q.   We're back on the record.
5         Mr. Dowling, talk to me
6    about Touchstone, if you will.  That's
7    one of the applications that you manage.
8    Is that correct?
9         A.   Yes.
10        Q.   What is Touchstone?
11        A.   It's a sales force
12   automation tool that allows the sales
13   reps to enter information about their
14   discussions with their customers,
15   doctors.
16        Q.   So that's what they can put
17   into Touchstone.  Right?
18        A.   Yes.
19        Q.   What can they get out of
20   Touchstone?
21        MR. TORREGROSSA:  The sales
22        reps?
23        MR. SMITH:  The sales rep.
24        MR. TORREGROSSA:  Okay.

15 (Pages 54 to 57)

CONFIDENTIAL

Page 58

1    THE WITNESS:  They have the
2    profile information on the doctor,
3    address type of information.  The
4    products -- well, actually that's
5    entered.  The doctors who they
6    target to do sales against.  Let's
7    see.  And like affiliations to,
8    say, an account, meaning a doctor
9    could be affiliated to a hospital
10    or a group practice type stuff.
11  BY MR. SMITH:
12    Q.    Besides the sales reps'
13  input, which is, I believe you said,
14  information they got after a sales visit,
15  sales call, besides the sales reps, who
16  else would input information into the
17  Touchstone system?
18    A.    Touchstone is used by the
19  sales reps, and the account directors
20  would also be able to use the system.
21    Q.    And how would the account
22  directors use the system?
23    A.    The account directors deal
24  with the accounts they manage for -- like

Page 60

1    have to have an account.  There is a
2    limited number of accounts.  And also
3    licenses.  It's a licensed product from
4    Siebel.  The general customer is the
5    pharmaceutical sales specialist.  The
6    district sales managers, their regional
7    sales director and some headquarters
8    people.
9    Q.    You said the general
10  customer is the pharmaceutical sales
11  specialist.  Is that the owner as far as
12  AstraZeneca is concerned?  Is that the
13  department that the bills are charged to?
14    A.    I don't understand what you
15  mean.
16    Q.    What do you mean when you
17  say the general customer is the
18  pharmaceutical sales specialist?
19    A.    That's the number one
20  customer using the system.
21    Q.    Who is able to request or
22  make changes to the system?
23    A.    The sales reps can enter
24  data.  Help me understand your question.

Page 59

1  HMO type accounts and things of that
2  nature.  So there's similar interactions
3  they may have.
4    Q.    Anybody else who would be
5  able to input information into
6  Touchstone?
7    A.    If you -- you could enter --
8  a sales manager could enter it, a
9  district sales manager, PSS' boss, could
10  enter information.
11    Q.    Does the IMS information go
12  into Touchstone?
13    A.    There is the ability to see
14  a limited amount of data around IMS, yes.
15    Q.    What types of information
16  from IMS?
17    A.    The prescription data.
18    Q.    Who can access Touchstone
19  and -- to extract information?
20    A.    Can you explain from the --
21    Q.    Who has permission to go
22  into Touchstone and look at data or
23  generate reports?
24    A.    To access Touchstone you

Page 61

1    Q.    Is there somebody at
2  AstraZeneca who could say, well, I need
3  to do something else, and ask that it be
4  modified?
5    MR. TORREGROSSA:  Objection
6    to form.
7    THE WITNESS:  The business
8    makes decisions on what they could
9    do with the system.
10  BY MR. SMITH:
11    Q.    Who in the business would
12  have the ultimate responsibility for
13  Touchstone?
14    A.    Howard Kaplan.
15    Q.    What is his title?
16    A.    I don't know his exact
17  title.  He's director and he would be
18  covering that area.  I can't recall his
19  exact title.
20    Q.    Can you give me your best
21  approximation of his title or describe
22  the job that he does?
23    A.    I believe the title would be
24  something like director, CRM, customer

16 (Pages 58 to 61)

CONFIDENTIAL

Page 62

1 relationship management.
2     Q.   Is there an area, a division
3 or a department that CRM comes under?
4     A.   It's in the Commercial
5 organization. I don't know the title of
6 the exact area.
7     Q.   If he wanted a change to the
8 system, who would he work with to
9 accomplish that?
10        MR. TORREGROSSA: Objection
11     to form.
12        THE WITNESS: He would work
13     with the client partner in the
14     CISS organization to understand
15     what he needs -- he wants done.
16 BY MR. SMITH:
17     Q.   And what is CISS?
18     A.   Commercial Information
19 Services and Solutions.
20     Q.   And are you a part of CISS?
21     A.   Yes, I am.
22     Q.   Would he come to you if he
23 wanted changes or somebody else?
24        MR. TORREGROSSA: Do you

Page 63

1        mean changes to the overall system
2        and how it works?
3        MR. SMITH: Yes.
4        MR. TORREGROSSA: Go ahead.
5        THE WITNESS: He would go to
6        the client partner.
7 BY MR. SMITH:
8     Q.   And who is the client
9 partner?
10     A.   Ed Seidl.
11     Q.   Could you spell that,
12 please?
13     A.   S-E-I-D-L.
14     Q.   Are the costs of Touchstone
15 charged to some department or division in
16 AstraZeneca?
17     A.   Yes.
18     Q.   And to which division or
19 department are they charged to?
20     A.   My organization. CISS.
21     Q.   Are there links between
22 Touchstone and other applications or
23 systems?
24     A.   Help me understand the

Page 64

1 question.
2     Q.   Is information put in or
3 taken out through any other systems?
4     A.   Yes.
5     Q.   What other systems?
6     A.   There's sampling, a sampling
7 system. The sales rep signs a sample,
8 that information goes to the sampling
9 accountability system.
10     Q.   Is there a name for the
11 sampling system?
12     A.   I call it the sampling
13 accountability system.
14     Q.   Is that a system that,
15 again, you're responsible for?
16     A.   No, sir.
17     Q.   No, sir?
18     A.   No, sir.
19     Q.   Who is responsible for that?
20     A.   The person I would say would
21 be David Wolfe.
22     Q.   And that's on the IT side?
23     A.   Yes.
24     Q.   Somebody else in CISS?

Page 65

1     A.   No, sir.
2     Q.   What division is he in?
3     A.   OAFS.
4     Q.   What is that?
5     A.   Operations and Finance
6 Solutions.
7     Q.   With a system like
8 Touchstone, is there something called a
9 data map?
10     A.   A data map I would refer to
11 as an ERD, Entity Relationship Diagram.
12     Q.   The E is entity?
13     A.   ERD.
14     Q.   ERD, and what does the E
15 stand for?
16     A.   Entity Relationship Diagram.
17     Q.   Does such a thing exist for
18 Touchstone?
19     A.   Yes.
20     Q.   Does it exist for all of the
21 databases that you're going to talk about
22 today?
23     A.   I'm not sure if it exists
24 for all of them.

17 (Pages 62 to 65)

CONFIDENTIAL

Page 66

1      Q.    Could you sketch a data map
2  for me for Touchstone?
3      A.    No, sir.
4      Q.    Can you tell me -- we talked
5  a little bit about the inputs and the
6  outputs.  Sampling is able to extract or
7  access certain information in Touchstone,
8  is that what you said?
9      A.    No, it's not.
10      Q.    It's not.
11      A.    That's not what I said.
12      Q.    What is the relationship
13  between -- I don't want to misstate what
14  you said.  What is the relationship
15  between sampling and Touchstone?
16      A.    A sales rep leaves samples
17  with a doctor and they sign for the
18  samples, the order that was sent to them.
19  And that information is sent to the
20  sample accountability database.
21      Q.    Besides the sample
22  accountability database, what other
23  systems can access Touchstone?
24      A.    You have the -- a PIR allows

Page 67

1  you the ability to enter a Professional
2  Information Request, or a physician's,
3  and that is sent to, I believe, the
4  Webster system.
5      Q.    Webster?
6      A.    Yes.
7      Q.    What is the Webster system?
8      A.    I'm not familiar with that.
9  I know we send the PIRs to them to
10  manage.
11      Q.    Who would be knowledgeable
12  about the Webster system?
13      A.    That would be Steve
14  Aaronson.
15      Q.    What have you done to
16  prepare for today's deposition?
17      MR. TORREGROSSA:  You can
18      answer the question but don't
19      reveal the substance of any
20      communications we've had or with
21      other AstraZeneca counsel.  You
22      can answer the question.
23      THE WITNESS:  I met with
24      colleagues to review the systems

Page 68

1  we're discussing today.
2  BY MR. SMITH:
3      Q.    So other than your counsel,
4  you met with colleagues, meaning other
5  people who work at AstraZeneca?
6      A.    Yes, sir.
7      Q.    Who did you meet with?
8      A.    Lynn Winkler.  Jason Holler.
9  Joe Keane.  Steve Dupre.  Mike Marcus.
10  Sindy Schneck.
11      Q.    Would you spell that for me,
12  please?
13      A.    S-C-H-N-E-C-K.
14      Chris Doyle.  Eugene Tayam.
15  Scott Morgan.
16      Q.    Could you spell Tayam for
17  me?
18      A.    T-A-Y-A-M.
19      Q.    Anyone else?
20      A.    Scott Morgan.  Scott Brown.
21  Holly Branham.  Alex Manganella.
22      Q.    Could you spell Holly's name
23  for me?
24      A.    B-R-A-N-H-A-M, I believe.

Page 69

1      Q.    Alex?
2      A.    Alex Manganella.
3      Q.    Take a stab at that for me.
4      A.    Exactly.  M-A-N-G-A-N-E-L-L-A.
5  That's phonetic.
6      Q.    Who is Mr. or Ms. Winkler?
7      MR. TORREGROSSA:  Ms.
8      THE WITNESS:  Ms.
9  BY MR. SMITH:
10      Q.    Ms.
11      A.    She manages in the systems
12  related to the e-mail.
13      Q.    And Mr. Holler?
14      A.    He deals with SAP.
15      Q.    Mr. Keane?
16      A.    He deals with SAP.
17      Q.    Mr. Dupre?
18      A.    The AZER system.
19      Q.    And there was a Mike Marcus?
20      A.    Touchstone and Compass.
21      Q.    And how does he deal with
22  Touchstone and Compass?
23      A.    Operations.
24      Q.    How does it differ from what

CONFIDENTIAL

Page 70

1   you do?
2       A.   He works for me.
3       Q.   Mr. Schneck?
4       A.   Ms.
5       Q.   Ms. Schneck?
6       A.   Touchstone and Compass.
7       Q.   And what does she do?
8       A.   She deals with the same
9   systems, operations, things of that
10  nature.
11      Q.   Chris Doyle?
12      A.   He would be with ViewPoint
13  and LectureBureau Express.
14      Q.   Eugene Tayam?
15      A.   Same thing.
16      Q.   Scott Morgan?
17      A.   Those two.  Those two
18  applications.
19      Q.   Scott Brown?
20      A.   Same thing.
21      Q.   Holly Branham?
22      A.   Branham, B-R-A-N-H-A-M.
23      Q.   What does she do?
24      A.   MACS.

Page 71

1       Q.   And Mr. Manganella?
2       A.   MACS.
3       Q.   Did you talk to anybody
4   about SAP?
5       A.   That was Joe Keane and Jason
6   Holler.
7       Q.   KNOWBOL?
8       A.   KNOWBOL would have been
9   Kelly Wallace.
10      Q.   ICON?
11      A.   Holly.
12      Q.   SnapPharma?
13      A.   Jay Kent.
14      Q.   AZER?
15      A.   Steve Dupre.
16      Q.   PREP?
17      A.   Nancy Jarret.
18      Q.   And Northstar?
19      A.   Mike and Sindy.
20      Q.   What documents have you
21  reviewed in preparation for today's
22  deposition?
23      A.   I have not reviewed
24  documents for today.

Page 72

1           MR. TORREGROSSA:  Aside, of
2       course, Ken, from what you already
3       have, the notice.
4   BY MR. SMITH:
5       Q.   Who is your supervisor?
6       A.   Amy Herman.
7       Q.   What is her title?
8       A.   Director, CISS Skills
9   Center.
10      Q.   And what is the skills
11  center?
12      A.   It's the area where I work.
13  We manage the -- part of managing it is
14  where I and Jayne, my peer, work.  We
15  manage the skills center operations, care
16  and feeding, change work goes through the
17  systems.
18      Q.   Who does Amy report to?
19      A.   Matt Pammer.
20      Q.   What is his title?
21      A.   Senior director,
22  Commercial -- CISS.
23      Q.   Is there a group or team
24  that you head?

Page 73

1       A.   The application maintenance
2   team.
3       Q.   The application maintenance
4   team.  And you have how many people
5   working under you on that team?
6       A.   Approximately about 40.
7       Q.   Can you talk about the
8   responsibilities of the employees in your
9   group in general terms?  Are there
10  certain groups -- within your group, are
11  there subgroups?
12          MR. TORREGROSSA:  You're
13      asking what the employees do?
14          MR. SMITH:  Yes, about the
15      employees that are in his group, I
16      want to ask if there are subgroups
17      of those employees?
18          THE WITNESS:  Help me
19      understand "subgroups."
20  BY MR. SMITH:
21      Q.   If it's broken up into four
22  or five different functions and you have
23  separate groups that do those functions
24  or jobs.  Does that help?

19 (Pages 70 to 73)

CONFIDENTIAL

Page 74

1    A.   Yes.  I have -- my employees
2  are application service managers.  And I
3  have a service -- her title is service
4  management analyst.  Application service
5  managers that cover different sets of
6  applications.
7    Q.   How do the management
8  analysts differ from the application
9  service managers?
10   A.   A service management
11 analyst, which is new to my group,
12 basically helps to manage the managers
13 associated with making sure the
14 applications are running.  In other
15 words, service level agreements to make
16 sure that they're being met.
17   Q.   Is that in some way dealing
18 with, for lack of a better term, the
19 customers within AstraZeneca to see
20 whether it's meeting their needs or not?
21   A.   The work she does is for the
22 leadership within our organization.
23   Q.   She does work for the
24 leadership?

Page 75

1    A.   Yes.
2    Q.   In which organization?
3    A.   CISS.
4    Q.   What sorts of things are
5  they measuring?  How are they -- what are
6  they measuring?
7    A.   Examples would be system up
8  time.  How many calls to the help desk.
9        MR. SMITH:  Why don't we
10       mark this as Exhibit 2.  I'm going
11       to show you your resume, Mr.
12       Dowling.
13              - - -
14       (Exhibit Dowling-2, Resume,
15       was marked for identification.)
16              - - -
17 BY MR. SMITH:
18   Q.   Can you identify Exhibit 2
19 for me, please?
20   A.   That is my resume.
21   Q.   Is that prepared by you?
22   A.   Yes, it was.
23   Q.   Is it current?
24   A.   It is current.

Page 76

1    Q.   I'm looking under senior
2  manager, application maintenance, it says
3  you manage a team of four employees and
4  32 contractors.  Where are the
5  contractors from?
6    A.   The contractors are part of
7  the group called Accenture.
8    Q.   And what do the contractors
9  do?
10   A.   They manage the sales
11 applications like Touchstone.
12 Operational care and feeding.  And the
13 help desk.
14   Q.   Who supplies those people to
15 you?
16   A.   Accenture.
17   Q.   Accenture?  And where are
18 they based?
19   A.   They have an office in
20 Wilmington.  I don't know their corporate
21 location.
22   Q.   Do they basically sell and
23 service the Siebel system as a vendor?
24   A.   No.

Page 77

1    Q.   You get that directly from
2  Siebel, the Touchstone?
3    A.   Yes.  We buy the licensing
4  directly from Siebel.
5    Q.   Your previous position was
6  manager, applications and operations?
7    A.   Yes.
8    Q.   And how was that different
9  from what you do now?
10   A.   I had less responsibility.
11   Q.   What additional
12 responsibility did you have as senior
13 manager, application maintenance?
14   A.   I maintain -- I am
15 responsible for all the applications.  In
16 the previous role I didn't have as many.
17   Q.   How much of your work is
18 directly related to Seroquel?
19   A.   My work related to Seroquel
20 is making sure the systems are configured
21 and -- the way they're supposed to be.
22 To make sure they're running to allow
23 people to do their jobs.
24   Q.   Another way to put it, I

20 (Pages 74 to 77)

CONFIDENTIAL

Page 78

1  assume you provide services for other
2  drug products?  Do you provide
3  informational services relating to drug
4  products other than Seroquel?
5       A.   I'm not sure of the
6  question.
7       Q.   Does your work involve just
8  Seroquel or does it involve all the drug
9  products that AstraZeneca makes?
10      A.   The systems I manage support
11 AstraZeneca's products, yes.
12      Q.   And products other than
13 Seroquel?
14      A.   Yes.
15      Q.   About how much of your time
16 is involved with Seroquel?
17      A.   I don't look at my time as
18 involved with Seroquel as managing the
19 systems.
20      Q.   Is the Touchstone system
21 used for products other than Seroquel?
22      A.   Yes.
23      Q.   Which of the applications
24 that we identified this morning, if any,

Page 79

1  deal with just Seroquel?
2       MR. TORREGROSSA:  You mean
3  from the notice?
4       MR. SMITH:  Right.
5  BY MR. SMITH:
6       Q.   Are any of these exclusive
7  to Seroquel?  If we look at the list on
8  page 3 of the letter.  Why don't I just
9  take them in order.  SAP is not exclusive
10 to Seroquel I assume.  Right?
11      A.   Correct.
12      Q.   And Touchstone is used for
13 other products?
14      A.   Correct.
15      Q.   If a sales representative
16 is -- makes a call on a physician for
17 Seroquel and another product, how are
18 those call notes treated?
19      MR. TORREGROSSA:  In
20      Touchstone?
21 BY MR. SMITH:
22      Q.   In Touchstone.
23      A.   The notes are for -- there's
24 one set of notes for that call.

Page 80

1       Q.   Was that true with Compass
2  as well?
3       A.   Yes.
4       Q.   And Northstar?
5       A.   Yes.
6       Q.   What products was Compass
7  used for?
8       A.   Any AstraZeneca product
9  promoted by the sales force.
10      Q.   And NICE?
11      A.   No.  Not used by the sales
12 force.
13      Q.   Is it used for products
14 other than Seroquel?
15      A.   Yes.
16      Q.   And the MACS system, is that
17 used for products other than Seroquel?
18      A.   Yes.
19      Q.   KNOWBOL?
20      A.   Yes.
21      Q.   ICON?
22      A.   Yes.
23      Q.   SnapPharma?
24      A.   Yes.

Page 81

1       Q.   AZER?
2       A.   Yes.
3       Q.   ViewPoint?
4       A.   Yes.
5       Q.   LectureBureau Express?
6       A.   Yes.
7       Q.   PREP?
8       A.   Yes.
9       Q.   So none of those are
10 exclusive to Seroquel then.  Right?
11      A.   Correct.
12      Q.   Have you ever been what is
13 called a database administrator at
14 AstraZeneca?
15      A.   No, I have not.
16      Q.   Do each of the databases
17 that we just discussed in the list have a
18 database administrator?  Just in general
19 terms.  I'm going to go over these
20 individually in a little bit.
21      A.   In general, yes.
22      Q.   Did you help design or
23 participate in the development of any of
24 these databases?

21 (Pages 78 to 81)

CONFIDENTIAL

Page 82

```
1          MR. TORREGROSSA:  Objection.
2     Compound.
3  BY MR. SMITH:
4     Q.    Did you help design any of
5  these databases?
6     A.    No.
7     Q.    Did you participate in the
8  development of any of these databases?
9     A.    I did not do any development
10 work on any of these databases.
11    Q.    Any programming?
12    A.    Yes.  I did programming with
13 SnapPharma.
14    Q.    SnapPharma?
15         MR. TORREGROSSA:  Keep your
16    voice up just a bit.
17         THE WITNESS:  I'm sorry.
18 BY MR. SMITH:
19    Q.    Any others?
20    A.    No.
21    Q.    Now, did you come from the
22 Astra side or the Zeneca side prior to
23 the merger?
24    A.    Zeneca.
```

Page 83

```
1          MR. TORREGROSSA:  Can I have
2     a one-minute break?
3          MR. SMITH:  Sure.
4              - - -
5          (A recess was taken from
6     11:34 a.m. to 11:38 a.m.)
7              - - -
8  BY MR. SMITH:
9     Q.    Why don't we cover some
10 basics, make sure that we're all on the
11 same page.  What is a database?
12    A.    A database is a place in
13 which you store data for a system.  Data
14 is pieces of information -- data is just
15 that, it's data.
16    Q.    How is information stored or
17 organized in a database?
18    A.    A database stores data.  The
19 way you connect those pieces of data
20 provides the information.
21    Q.    Is it organized within
22 tables?
23    A.    Yes, sir.
24    Q.    And the tables contain rows
```

Page 84

```
1  of data?
2     A.    Yes.
3     Q.    And there are fields of data
4  in the tables?
5     A.    Yes, sir.
6     Q.    Are the fields -- and by
7  "field," is that a category of
8  information that is tracked in the
9  database?
10    A.    Yes.
11    Q.    And you can search by fields
12 in a database?
13    A.    Yes.
14    Q.    And the purpose of a
15 database is to retain information in
16 electronic format that is easily
17 accessible?
18         MR. TORREGROSSA:  Objection
19    to form.
20         THE WITNESS:  The purpose is
21    to contain information in
22    electronic format.  Easy is a
23    relative term.
24 BY MR. SMITH:
```

Page 85

```
1     Q.    Are spreadsheets used as
2  collections of data within AstraZeneca?
3     A.    My understanding,
4  spreadsheets have been used to collect
5  data.
6     Q.    Are you familiar with some
7  of the spreadsheets that are used as
8  such?
9     A.    I am not.
10    Q.    Do you know where
11 spreadsheets would be maintained?
12         MR. TORREGROSSA:  For which?
13    What are we talking about?  Sales
14    or what are we talking about here?
15         MR. SMITH:  Well, he's
16    involved with Commercial, so I
17    guess if we have spreadsheets that
18    are not a part of the database,
19    where would AstraZeneca employees
20    keep those spreadsheets
21    electronically.
22         MR. TORREGROSSA:  So if I
23    understand your question,
24    computer-wise, is there a general
```

22 (Pages 82 to 85)

Golkow Technologies, Inc. - 1.877.370.DEPS

CONFIDENTIAL

Page 86

1    place that AstraZeneca employees
2    keep their spreadsheets?
3        MR. SMITH: That's a
4    starting point. We may have to
5    expound on that.
6  BY MR. SMITH:
7        Q.    But is there a place within
8    the computer system where they would keep
9    spreadsheets?
10       A.    In general, you can keep it
11   in your -- on your laptop, on your
12   desktop or on the server.
13       Q.    Is there any policy as far
14   as retaining those spreadsheets?
15       A.    For an explicit spreadsheet,
16   no.
17       Q.    They would be contained on a
18   laptop or on a PC?
19       A.    Yes.
20       Q.    And each employee's, let's
21   say, PC, how is that backed up?
22       A.    The PCs are backed up by an
23   agent called DLO to a server.
24       Q.    Can you tell me what DLO

Page 87

1    stands for?
2        A.    I do not know.
3        Q.    And it's backed up to the
4    server, what is that server called?
5        A.    The DLO server.
6        Q.    Fair enough. How often is
7    that done?
8        A.    My understanding of the
9    process is it's done pretty much on a
10   daily basis when you're connected.
11       Q.    How long would those backups
12   be retained?
13       A.    The backups exist on the
14   server and as long as you're working on
15   the system.
16       Q.    If you want to extract
17   information from a database, you would do
18   a search, you could do a search?
19       A.    Yes.
20       Q.    Or to find information I
21   should say, you could do a search.
22   Right?
23       A.    Yes. You would use a tool
24   to query the database.

Page 88

1        Q.    And these applications that
2    we're talking about today, those are such
3    tools, they allow you to search a
4    database by query? We'll go into more
5    detail, particulars later, but in general
6    terms.
7        MR. TORREGROSSA: In general
8    terms do every one of these
9    databases allow a search?
10       MR. SMITH: Yes.
11       THE WITNESS: In general
12   terms, a database, these databases
13   could be searched.
14   BY MR. SMITH:
15       Q.    And if you could search it,
16   can you generate a report?
17       A.    You can provide the data in
18   a format, yes.
19       Q.    And those reports could be
20   exported?
21       A.    Yes.
22       Q.    Are you familiar with the
23   term "schema"?
24       A.    Yes.

Page 89

1        Q.    Is that the same or
2    different from the -- I used the term
3    "data map" earlier, and you said
4    relational -- I forget what your term was
5    for a data map. You had a term for a
6    data map?
7        A.    ERD.
8        Q.    ERD. Would an ERD be
9    different from a schema?
10       A.    I believe they would be
11   similar in nature.
12       Q.    Would a schema be something
13   that would tell you how to use a system?
14       MR. TORREGROSSA: We're
15   talking generally here?
16       MR. SMITH: In general. So
17   if we use that term later, we'll
18   be talking about the same thing.
19       MR. TORREGROSSA: Yes, sir.
20       THE WITNESS: It would not
21   tell you how to use a system.
22   BY MR. SMITH:
23       Q.    Would it describe how the
24   system works?

23 (Pages 86 to 89)