CONFIDENTIAL

Page 90

1      A.    In some way it would
2  describe how the system is related.
3      Q.    Would each of these
4  databases have a schema?
5      A.    Similarly to the ERD
6  question, I don't believe every one would
7  necessarily have a schema.
8      Q.    Is "business analyst" a term
9  that you would use in connection with
10  these databases or systems?
11      A.    No.
12      Q.    "Business owner"?
13      A.    Yes.
14      Q.    What does "business owner"
15  mean to you?
16      A.    The business owner would be
17  the person who would own the business
18  that would own the data.
19      Q.    Now, for Touchstone, is that
20  CISS?
21      A.    We manage and own the system
22  or the database.  The business owns the
23  data.
24      Q.    You manage the -- CISS

Page 91

1  manages the system.  Correct?
2      A.    Yes.
3      Q.    And the data is owned by --
4  for Touchstone, for example, the data is
5  owned by whom?
6      A.    The business.
7      Q.    The business being
8  AstraZeneca or the business being
9  Commercial or what?
10      A.    Commercial.
11      Q.    Is there somebody within
12  Commercial who directs the development or
13  changes of Touchstone?
14      A.    Yes.
15      Q.    And who would that person
16  be?
17      A.    Howard Kaplan.
18      Q.    What kinds of searches can
19  be done in Touchstone?  Is that too broad
20  a question?
21      A.    I'm confused on the
22  question.
23      Q.    What are the fields in
24  Touchstone?

Page 92

1      A.    There are a lot of fields in
2  the Touchstone database.  I could not
3  recall all of them.
4      Q.    Could you give me the main
5  ones?
6      A.    Things related to the call
7  entry would be things like the product,
8  message delivered, notes.
9      Q.    The message being what?
10      A.    A product has a set of
11  messages that you may deliver about the
12  product.
13      Q.    These would be marketing
14  messages?
15          MR. TORREGROSSA:  Objection
16      to form.
17          THE WITNESS:  Yes.  There
18      are messages related to -- they're
19      allowed to speak about the
20      product.
21  BY MR. SMITH:
22      Q.    So these messages would be
23  promotional materials that have been
24  approved by AstraZeneca for use in the

Page 93

1  field?
2          MR. TORREGROSSA:  Objection
3      to form.
4          THE WITNESS:  No.
5  BY MR. SMITH:
6      Q.    Who approves the messages
7  for use?
8      A.    There's an organization
9  called PRA is my understanding.  It's not
10  in my area.
11      Q.    PRA is not part of
12  Commercial?
13      A.    It's not part of Commercial
14  from my understanding, no.
15      Q.    Do you know what PRA stands
16  for?
17      A.    No.
18      Q.    Who would be knowledgeable
19  about PRA?
20      A.    I am not familiar with who
21  would lead that.
22      Q.    Can you output data from
23  Touchstone in a native format?
24      A.    Yes.

CONFIDENTIAL

Page 94

1    Q.    What would be the native
2  format for that?
3    A.    Define "native."
4    Q.    Actually I was trying to ask
5  you about how -- how you would use the
6  term "native" in connection with
7  Touchstone, in relation to Touchstone?
8    A.    A native format would be the
9  manner in which it was producing it --
10  displaying it in the same way it was
11  being entered.
12    Q.    It would be the manner in
13  which it's displayed.  Right?
14    A.    Yes.
15    Q.    And the data could be
16  displayed in other formats as well, could
17  it not, from Touchstone?
18    A.    The data in the application
19  is displayed in the application in the
20  format in which it was entered.
21    Q.    And if you looked at the
22  data in the native format, would you
23  require the software, the Touchstone
24  software, to be able to view it?

Page 95

1    A.    Yes.
2    Q.    Could that same data be
3  outputted in a format that would be
4  viewable without the software?
5    A.    Yes.
6    Q.    What types of formats could
7  it be outputted in?
8    A.    Depending on the size and
9  amount, it could be a file that is common
10  to limited that has a definition to it.
11    Q.    If its output is common to
12  limited, it could be read by most
13  commonly available programs such as
14  Access?
15    A.    Yes.
16    Q.    In connection with the
17  production of documents in this case, are
18  the contents of Touchstone being produced
19  in a native format or some other format?
20        MR. TORREGROSSA:  Hold on.
21    Objection.  Could I have the
22    question back, please?
23        - - -
24    (The court reporter read the

Page 96

1  pertinent part of the record.)
2        - - -
3        MR. TORREGROSSA:  I don't
4  think -- as I said, Mr. Dowling is
5  not here to talk about the
6  production or his involvement in
7  the production as a 30(b)(6)
8  witness.  I don't believe any
9  database information has been
10  produced.  I know we've been in
11  discussions about that, but I
12  don't think anything has been
13  produced yet.  That's why --
14  that's the source of confusion.  I
15  don't know how he would know that
16  if it hasn't been produced yet.
17  BY MR. SMITH:
18    Q.    Have you -- and this is in
19  connection with the capabilities of the
20  system or any limitations to the system.
21  Have you attempted to collect information
22  from the Touchstone system and to output
23  it in any format?
24        MR. TORREGROSSA:  And I

Page 97

1  object there.  You can answer the
2  question, but I caution you not to
3  reveal any legal requests or legal
4  communications as part of the
5  answer.  But you can answer the
6  question.
7        THE WITNESS:  We have
8  provided for business needs the
9  information in a summary format on
10  total numbers of calls that may be
11  generated.
12  BY MR. SMITH:
13    Q.    Total numbers of calls
14  indicating -- with what fields that you
15  can recall off the top of your head?
16    A.    Aggregated information by
17  selling team, region, district,
18  territory.  Total calls.
19    Q.    But not individual call
20  information then, is that what you're
21  saying?
22    A.    Correct.
23    Q.    So they're not talking about
24  on such and such a date they went to such

25 (Pages 94 to 97)

CONFIDENTIAL

Page 98

1  and such a doctor and detailed such and
2  such a product?
3       A.   No, sir.
4       Q.   But you could do that if you
5  wanted to.  Right?
6            MR. TORREGROSSA:  Objection
7  to form.
8            THE WITNESS:  It could be
9  done.
10 BY MR. SMITH:
11      Q.   I mean, you could output the
12 Touchstone data so that it would provide
13 data relating to each visit by a sales
14 representative to any doctor who was
15 visited.  Right?
16           MR. TORREGROSSA:  Objection
17 to form.
18           THE WITNESS:  It would be
19           complex to build what you just
20           described.  It could be done.
21 BY MR. SMITH:
22      Q.   You couldn't get a listing
23 of each doctor who received a sales call
24 for Seroquel?

Page 99

1            MR. TORREGROSSA:  We're in
2  Touchstone still.  Right?
3            MR. SMITH:  Yes.
4            MR. TORREGROSSA:  Objection
5  to form.  You can answer.
6            THE WITNESS:  Yes, you
7            could.
8  BY MR. SMITH:
9       Q.   And what format would that
10 information be in, then, if you outputted
11 that?
12      A.   The format is based on the
13 request.
14      Q.   What data could you put into
15 a report from Touchstone?
16           MR. TORREGROSSA:  Objection
17 to form.
18           THE WITNESS:  The data could
19           be, depending on what was
20           requested, explicitly what fields
21           of information were requested.
22 BY MR. SMITH:
23      Q.   To get information out, you
24 have to make a request or a query.

Page 100

1  Right?
2       A.   Yes.
3       Q.   We understand that.  Your
4  request could cover any field or category
5  of information that is in the system.
6  Right?
7       A.   Yes.
8       Q.   And so you would have fields
9  that would give you the name and address
10 of a doctor.  Right?
11      A.   There are fields that could
12 hold that information.
13      Q.   And you would have fields of
14 the date of each call on that doctor.
15 Right?
16      A.   Yes.
17      Q.   And you would have fields
18 for the product that was detailed to that
19 doctor.  Right?
20      A.   Yes.
21      Q.   Would you have fields for
22 comments from the sales representative
23 about that visit?
24      A.   Yes.

Page 101

1       Q.   Would you have fields for
2  professional information requests from
3  the doctor pertaining to that visit?
4            MR. TORREGROSSA:  Pertaining
5  to that visit?
6            MR. SMITH:  To each visit.
7            MR. TORREGROSSA:  Objection
8  to form.  Do you understand the
9  question?
10           THE WITNESS:  Yes, I'm
11           trying to be -- we would have
12           fields related to the Professional
13           Information Request.  I cannot
14           tell you if they would be related
15           directly to a visit to connect
16           that exactly.  I can tell you the
17           date.
18 BY MR. SMITH:
19      Q.   You can tell me the date of
20 the Professional Information Request?
21      A.   Yes.
22      Q.   Is there some way that the
23 system would track what happens to that
24 PIR?

CONFIDENTIAL

Page 102

1    A.    The PIR is sent over to the
2  Webster system.  At that point, I don't
3  know what happens to it.
4    Q.    Does it somehow come back
5  from the Webster system?  Assuming it's
6  fulfilled in medical affairs, does it
7  somehow come back into the Touchstone
8  system --
9    A.    No, it doesn't.
10    Q.    -- to show that -- I'm
11  sorry?
12    A.    To my knowledge, no, it does
13  not.
14    Q.    Would the system show what
15  -- to ask it another way, would the
16  system show what professional information
17  has been given to the doctor, Touchstone?
18    A.    I do not believe so.
19    Q.    Would the system show
20  whether any samples have been left with
21  the doctor?
22    A.    Yes.
23    Q.    Would the system show
24  whether the doctor requested any samples?

Page 103

1    A.    Yes.
2    Q.    Would the system show
3  whether the doctor was invited to any
4  sort of speaking on the -- with regard to
5  Seroquel?
6        MR. TORREGROSSA:  Just a
7    clarification.  Attend --
8        MR. SMITH:  Let me rephrase
9    it.
10  BY MR. SMITH:
11    Q.    Would the system show if the
12  doctor was invited to attend any sort of
13  talk or lecture on Seroquel?
14    A.    It would show information if
15  it was input into the system.
16    Q.    If it was input?
17    A.    By the PSS.
18    Q.    Well, would a sales rep
19  invite a doctor to a talk and not input
20  it into the system?
21    A.    I don't know -- again,
22  that's the habits of the individual.  I
23  don't know, I would think that they would
24  put it in there.

Page 104

1    Q.    Is there a field for whether
2  they have been invited to a talk or not?
3    A.    There's an activity field
4  that describes that call, and it may have
5  a field about attendance to a program.
6    Q.    Do you recall what the
7  choices are for that field, the entries
8  that can be made?
9    A.    I don't recall.
10    Q.    For example, if the salesman
11  just made a call at the office, there
12  would be a descriptor for that?
13    A.    Right, the ones I do recall
14  I know are stand up detail.
15    Q.    That would be an office
16  call?
17    A.    Yes.
18    Q.    Stand up detail?
19    A.    Yes.
20    Q.    If you took the doctor to
21  lunch, what would that be?
22    A.    That's referred to as a, I
23  believe, lunch and learn.
24    Q.    If he invited the doctor to

Page 105

1  a convention or to go on some sort of a
2  trip, would that be an available entry?
3    A.    I don't know of an entry
4  around that.  I can't recall what they
5  might be, if there was one.
6    Q.    If the sales rep provided a
7  nice new medical textbook to the doctor,
8  would that go into the system somehow?
9    A.    I believe you could enter
10  it.
11    Q.    But it wouldn't be required
12  to?
13    A.    There is a promotion items
14  field.  I don't believe we were required
15  to enter it.
16    Q.    So promotional items could
17  be medical textbooks, it could also be a
18  Seroquel pen?
19    A.    That is my understanding.
20    Q.    Would the system have
21  information if the doctor was retained as
22  a speaker himself or herself?
23    A.    No.
24    Q.    Would the system have a

27 (Pages 102 to 105)

CONFIDENTIAL

Page 106

1  field that would cover an adverse event
2  reported to the sales rep by the doctor?
3      A.   The sales rep can submit an
4  adverse event form.  It's not in the
5  system.
6      Q.   There's no tracking within
7  the Touchstone system for a report by the
8  doctor of an adverse event?
9      A.   No.  To my knowledge.
10     Q.   Is there information in the
11 Touchstone system about the doctor's
12 prescribing habits?
13         MR. TORREGROSSA:  Objection
14     to form.
15         THE WITNESS:  Define
16     "prescribing habits."
17 BY MR. SMITH:
18     Q.   Sales tracking.  How many
19 prescriptions for Seroquel is he writing
20 versus how many prescriptions is he
21 writing for Risperdal, say?
22     A.   Yes.
23     Q.   That would be in Touchstone?
24     A.   Yes.

Page 107

1      Q.   And would it show whether --
2  the number of prescriptions he wrote for
3  Seroquel in April and the number of
4  prescriptions that he wrote for Seroquel
5  in March, you know, on a monthly basis?
6      A.   Yes.
7      Q.   What other types of
8  informational fields can you think of
9  that are in Touchstone relating to sales
10 calls?
11     A.   Activity type.
12     Q.   Is that like a stand up
13 detail?
14     A.   Yes, sir.
15     Q.   Okay.
16     A.   The date.  The product.  The
17 message.  The notes.
18     Q.   Will it indicate whether the
19 doctor is a family practitioner or a
20 psychiatrist?
21     A.   There is a field that allows
22 that, that has the information in it.
23     Q.   Will it indicate the
24 conditions in which the doctor is

Page 108

1  prescribing the drug to treat?  In other
2  words, would it indicate whether he is
3  prescribing the drug to treat
4  schizophrenia or bipolar mania or bipolar
5  depression?
6      A.   No.
7      Q.   Is there any system that
8  would contain that information in the
9  AstraZeneca system?
10     A.   Let me step back.  Unless
11 somebody wrote it in the system.
12         MR. TORREGROSSA:  Could we
13     have the question repeated unless
14     you want to restate it?
15         MR. SMITH:  She can reread
16     it or I can.
17 BY MR. SMITH:
18     Q.   The question was, will it
19 indicate the condition for which the
20 doctor is prescribing the drug to treat?
21         Let me ask whether the
22 Touchstone database would contain
23 diagnosis codes for the patient, which is
24 related to a slightly different question?

Page 109

1      A.   I'm not familiar with the
2  diagnosis codes.
3      Q.   IC-9 uniform system for
4  diagnosis for insurance purposes?
5      A.   I don't recall anything of
6  that nature within Touchstone.
7      Q.   Now, the managed care
8  entities, they're tracked in Touchstone
9  as well.  Right?
10     A.   The accounts, as I refer to
11 them, for managed care, HMO, some of them
12 are in Touchstone, yes.
13     Q.   Medicaid?
14     A.   Yes.
15         MR. TORREGROSSA:  You're
16     asking if calls to a Medicaid
17     individual or employee would be in
18     Touchstone?  Is that the question?
19         MR. SMITH:  Yes.
20         THE WITNESS:  Yes.
21 BY MR. SMITH:
22     Q.   So, for example, if
23 AstraZeneca wanted to have Seroquel added
24 to the formulary for the State of

28 (Pages 106 to 109)

CONFIDENTIAL

Page 110

1   Pennsylvania, there would be information
2   concerning that in the Touchstone
3   database?
4           MR. TORREGROSSA:  Objection
5       to form.
6           THE WITNESS:  There would be
7       formulary information if the State
8       of Pennsylvania was listed.  There
9       could be formulary information
10      listed there, yes.
11  BY MR. SMITH:
12      Q.   If the president of the
13  company wanted information from the
14  Touchstone system, would he go to you or
15  would he go to Jayne, a resource person?
16  I'm trying to -- who would he go to to
17  obtain the information and output a
18  report from the Touchstone system?
19      A.   I don't think he would be
20  calling me.  If there was a request for
21  information, he would work with the
22  appropriate IS contact within our group
23  that could help him who would then make
24  that same request as I described it to

Page 111

1   the request system for that information.
2       Q.   Would that be a resource
3   request?  We talked about Jayne -- I
4   forget her last name -- Tomforde, being
5   head of resources for IS.  Is that
6   something that would go to her division?
7       A.   Right.  They would send it
8   to her.
9       Q.   To Ms. Tomforde or somebody
10  in her group?
11          MR. TORREGROSSA:  What's the
12      question?
13  BY MR. SMITH:
14      Q.   To obtain data from
15  Touchstone?
16      A.   Who?
17      Q.   Anybody.  The president of
18  the company.
19      A.   No.  The information is
20  requested through the system.  The
21  president would not go to Jayne.  They
22  would go to the person who would support
23  them.
24      Q.   He would ask somebody in

Page 112

1   Commercial to get it for him, I assume?
2       A.   Yes.
3       Q.   And who would that person go
4   to?  Are they doing it directly
5   themselves or are they going to go to
6   somebody in CISS to get a report?
7       A.   They would go to somebody in
8   CISS to get the information.
9       Q.   So, for example, a sales
10  representative wouldn't be able to
11  generate a report from Touchstone him or
12  herself?  So I get some picture of this,
13  would they have to send a request and
14  then an IT person, an IS person would
15  actually do that report for them?  Is
16  that kind of the way it works?
17      A.   Help me understand.
18      Q.   Sure.  If -- a sales rep
19  uses the Touchstone system.  Right?
20      A.   Yes.
21      Q.   They have it available to
22  them over the Intranet through their
23  laptop, I assume.  Right?
24      A.   Yes.

Page 113

1       Q.   And if they wanted
2   information about Dr. Jones just before
3   they went to see him, there's probably
4   a -- is there a certain amount of
5   information that they can -- is readily
6   available to them without going through
7   anybody else?
8       A.   Yes.
9       Q.   But if they wanted a more
10  broad-based report, that would be
11  something that they might send a request
12  to an IS person for.  Right?
13      A.   I'm not sure what you mean
14  by "broad-based."
15      Q.   If they wanted to know -- if
16  they wanted information about prescribing
17  trends for all doctors rather than a
18  particular doctor, if they wanted that
19  type of information?
20          MR. TORREGROSSA:  Objection
21      to form.
22  BY MR. SMITH:
23      Q.   If that makes any sense to
24  you.

29 (Pages 110 to 113)

Page 114

1      A.   It kind of doesn't.
2      Q.   There's no point in wasting
3  time with questions that don't make any
4  sense.
5           MR. TORREGROSSA:  I was
6      confused, too.
7  BY MR. SMITH:
8      Q.   Is sales information in
9  Touchstone?
10     A.   Yes.
11     Q.   What types of sales
12  information would be available through
13  Touchstone?
14     A.   The IMS data information.
15     Q.   Is that something that a
16  sales representative could access
17  directly himself or herself?
18     A.   Yes.
19     Q.   If you wanted a report from
20  IMS, is there another way to get at it
21  other than through Touchstone?
22     A.   Yes.
23     Q.   What other systems would
24  contain IMS data?

Page 115

1      A.   Touchstone Reporting.
2      Q.   How does Touchstone
3  Reporting differ from what I've been
4  calling Touchstone, I guess?
5      A.   Touchstone Reporting is the
6  system where the information is provided
7  around your business area, the rep's
8  business.  So it would contain that IMS
9  type data that you just described.
10     Q.   I'm not sure I understood
11  your answer.  It's probably not your
12  fault, probably more my fault.  I'm
13  trying to understand how Touchstone
14  Reporting is different from Touchstone.
15  I guess maybe we have to say -- if you
16  can tell me what is Touchstone and then
17  tell me what is Touchstone Reporting, and
18  I'll try to understand the difference.
19     A.   Touchstone is your sales
20  force automation tool.  It is your data
21  entry point.  It has the information
22  about your doctor, you know, address and
23  type of stuff around them.  The Reporting
24  is the tool that summarizes information

Page 116

1  and provides script level information for
2  that doctor.
3      Q.   I think we're starting to
4  talk the same things here.  I was talking
5  about a broad-based request earlier, I
6  was thinking in terms of summaries.  I
7  think we're kind of headed in that
8  direction.  So that's good.
9           You say "script."  What do
10  you mean by "script"?
11     A.   RXes.
12     Q.   No, I'm sorry, the script
13  reporting -- what did you say?
14     A.   Prescription.
15     Q.   So you were talking about
16  prescriptions.
17          Does the sales
18  representative in the field have access
19  to the Touchstone Reporting?
20     A.   Yes.
21     Q.   And anything that you could
22  get through Touchstone Reporting could be
23  outputted into -- let's say printed out,
24  let's talk about if we wanted to print it

Page 117

1  out, I was trying to think of what --
2  whether you would have to have the
3  Touchstone software to view the data or
4  whether you could put it into a common to
5  limited file and view it with Access or
6  something like that?
7           MR. TORREGROSSA:  Objection
8      to form.
9  BY MR. SMITH:
10     Q.   Do you understand what I'm
11  talking about?
12     A.   Yeah, I'm not sure which
13  system.
14     Q.   I'm talking about the form
15  of the output from Touchstone Reporting
16  and how you would view that data.  Let's
17  say if you wanted to -- if somebody said
18  I want you to give me all the data in
19  Touchstone, you would go through -- you
20  would use Touchstone Reporting as a tool
21  to do that.  Right?
22          MR. TORREGROSSA:  You mean
23      everything that is in the
24      database?

30 (Pages 114 to 117)

Page 118

1    MR. SMITH: Yeah.
2  BY MR. SMITH:
3    Q.    Could you do that with
4  Touchstone Reporting, could you give
5  somebody all the data that is in the
6  Touchstone database?
7    A.    No.
8    Q.    What would you use to get at
9  the -- all of the data in the Touchstone
10  database?
11    MR. TORREGROSSA: Objection
12  to form. You mean search it, get
13  it, search it?
14    MR. SMITH: Produce it.
15  Search it, get it produced.
16    MS. RADLIFF: Export it.
17    MR. TORREGROSSA: What would
18  you do to export all the data in
19  Touchstone?
20    MR. SMITH: Sure. Thank
21  you.
22    THE WITNESS: That would be
23  huge. The data is contained in
24  the Touchstone database, is where

Page 119

1  you would find all the data. That
2  would be the only place you would
3  find all that data.
4  BY MR. SMITH:
5    Q.    And that is a big table with
6  rows and fields. Right?
7    A.    I believe the count is
8  somewhere in like 3,000 tables. It's --
9    Q.    So each one of those tables
10  could be exported then. Right?
11    MR. TORREGROSSA: Objection
12  to form.
13    THE WITNESS: In theory an
14  individual table could be
15  exported.
16  BY MR. SMITH:
17    Q.    In what formats would it be
18  exported? What would you be capable of
19  doing in exporting it in one form or
20  another? What would be your choices?
21    MR. TORREGROSSA: Objection
22  to form.
23  BY MR. SMITH:
24    Q.    For example, could you

Page 120

1  export it in the form of an Access
2  spreadsheet?
3    MR. TORREGROSSA: And the
4  question is still all the data in
5  that table?
6    MR. SMITH: In one of the
7  3,000 tables.
8    MR. TORREGROSSA: Could all
9  the data in one of those tables be
10  put in one spreadsheet?
11    MR. SMITH: Yes, could you
12  put it in an Access spreadsheet.
13    MR. TORREGROSSA: Thank you
14  for the clarification. Go ahead.
15    THE WITNESS: Depending on
16  the table you select. It's the
17  amount of information would limit
18  you on how much you could put in a
19  spreadsheet.
20  BY MR. SMITH:
21    Q.    Access would have a limit as
22  to how much data you could put into one
23  table. Right?
24    A.    Yes. The tools you're

Page 121

1  describing would have limits.
2    Q.    Access -- now, there are
3  other tools that can handle more data
4  than Access. Right?
5    A.    Yes.
6    Q.    So what are some of the --
7  what are some of the formats -- let's say
8  you have one of the 3,000 tables, it's
9  too big to put into an Access database.
10  One possibility might be, could you
11  output it in terms of common to limited
12  data?
13    A.    Yes.
14    Q.    And then it would be up to
15  the reader to use some type of tool to be
16  able to organize it and put it back into
17  a table, I guess. Right?
18    A.    I would assume so, yes.
19    Q.    And that would be -- that
20  would be doable. Right?
21    MR. TORREGROSSA: Objection
22  to form.
23  BY MR. SMITH:
24    Q.    On your end, you could put

31 (Pages 118 to 121)

CONFIDENTIAL

Page 122

1  it out into a -- you could output it to a
2  common to limited file.  Right?
3          MR. TORREGROSSA:  Objection
4      to form.
5          THE WITNESS:  A table of
6      data could be exported into a
7      common to limited file, yes.
8  BY MR. SMITH:
9      Q.    Now, would there be any sort
10  of metadata that would be associated with
11  that table, this hypothetical table we're
12  talking about?
13          MR. TORREGROSSA:  In
14      Touchstone?
15          MR. SMITH:  In Touchstone.
16          THE WITNESS:  Yes.
17  BY MR. SMITH:
18      Q.    What types of data would be
19  there?
20      A.    Data about the data.
21      Q.    Can you give me some
22  examples?  Let's say -- let's pick a
23  table if you could, just pick one off the
24  top of your head out of Touchstone and

Page 123

1  say we wanted to just pick one?
2      A.    I couldn't pick an explicit
3  table name.  If you had a table, it may
4  describe --
5      Q.    A table about something.
6  Pick one and say it's about something.
7      A.    The data may tell you
8  something about the field, the size of a
9  field, how big it is, how many characters
10  of information it may be able to hold,
11  the type.
12      Q.    Would the metadata show
13  changes to the table?
14      A.    What I know is the metadata
15  describes the data that is there.  I'm
16  not sure if there would be information
17  about the table structure changes.
18      Q.    Would it show the last date
19  that it was changed so you would know
20  whether the table was last changed in
21  this year or last year?  Some date that
22  the last time and entry was made?  When I
23  say "change," I mean a change in the
24  data, that could be the addition of data,

Page 124

1  the deletion of data or anything?
2          MR. TORREGROSSA:  Objection
3      to form.
4          THE WITNESS:  The Siebel
5      system may track an addition to a
6      table or a change in that table
7      structure.  My understanding of
8      the Siebel system is you don't
9      want to do too much monkeying
10      around.  It could break it.  It's
11      not ours.
12  BY MR. SMITH:
13      Q.    Does Siebel provide -- do
14  you have access to information from
15  Siebel that would tell you how to export
16  data?
17      A.    Yes.
18      Q.    As part of your contract
19  with Siebel, would they -- if you asked
20  them to export data for you, would they
21  help you do it?
22      A.    No.
23      Q.    Would they tell you how to
24  do it if you asked them?

Page 125

1      A.    Yes.  I believe they would.
2      Q.    You haven't talked to them
3  about the possibility of outputting data
4  from Touchstone, talk to anybody from
5  Siebel?
6          MR. TORREGROSSA:  You can
7      answer the question, but in doing
8      so, don't reveal any legal
9      requests or legal communications
10      that were made as part.
11          THE WITNESS:  I have not
12      talked to Siebel about how to do
13      that.
14  BY MR. SMITH:
15      Q.    If somebody were to do that,
16  would you be the person or somebody else
17  from AstraZeneca?
18      A.    It would be somebody on the
19  operations team.
20      Q.    The operations team being?
21      A.    Well, it could be somebody
22  on the operation team.
23      Q.    Are you on the operations
24  team?

32 (Pages 122 to 125)

CONFIDENTIAL

Page 126

1     A.   I'm a leader of it, yes.
2     Q.   So it would be somebody on
3   your team?
4     A.   It could be, or Jayne's
5   team.
6     Q.   Is the Compass system still
7   accessible in its original form on a
8   server somewhere?
9         MR. TORREGROSSA:  Original
10        form as in you're able to view it
11        as you were when it was in the
12        field?
13        MR. SMITH:  Exactly.
14        THE WITNESS:  No.
15  BY MR. SMITH:
16    Q.   When was it -- I'm looking
17  for a better word than "retired," but not
18  when did you stop using it, but when was
19  the -- let's say the system dismantled.
20  Does that make sense?
21    A.   12/31/2006 the system was
22  retired.
23    Q.   Now, only data from 2005
24  forward was migrated into Touchstone.  Is

Page 127

1   that correct?
2     A.   Correct.
3     Q.   So for data prior to 2005,
4   before you dismantled the system, was the
5   data exported in any format?
6     A.   The database exists in the
7   same format.  The system --
8     Q.   It's my fault.  It's not
9   your fault.  I'm not following you, but
10  it's not your fault, it's my fault.
11        MS. RADLIFF:  If I could
12        help here.
13        MR. SMITH:  Whisper in my
14        ear.  Between us we'll get there.
15  BY MR. SMITH:
16    Q.   So the Compass system would
17  be what you would call the front end, in
18  other words, that's the way you would
19  look at the data in the database.  Right?
20    A.   You could, yes.
21    Q.   It's the way you would
22  access it, it's the way you would display
23  it.  Right?
24    A.   Yes.

Page 128

1     Q.   Now, if you dismantled the
2   Compass system, the data is still on the
3   server.  Right?
4     A.   Yes.
5     Q.   So you had that data?
6     A.   Yes.
7     Q.   And how would -- for your
8   own purposes, if you wanted to export
9   that -- if you wanted to search that
10  data, how would you do it?
11    A.   In general you would use a
12  database query tool.
13    Q.   What tool would you use?
14    A.   There's a tool called Toad
15  that allows you to query the database
16  directly.
17    Q.   Is that a commercially
18  available program that anybody could buy?
19    A.   Yes.
20    Q.   So could you use Toad to
21  query the database and generate reports?
22    A.   You could use Toad to query
23  the database, write a SQL statement of
24  information you're asking about to

Page 129

1   produce that information, to produce a
2   set of data or information -- data
3   related to your request, yes.
4     Q.   Could you use Toad to
5   produce the entire database?
6         MR. TORREGROSSA:  Objection
7         to form.  Could you use Toad to
8         extract the whole database?
9         MR. SMITH:  To extract it,
10        yes.
11        MR. TORREGROSSA:  The entire
12        database?
13        MR. SMITH:  The entire
14        database.  The entire Compass
15        database.
16        THE WITNESS:  Yes.
17  BY MR. SMITH:
18    Q.   How long would it take you
19  to do that?  That's probably what you're
20  smiling about.
21    A.   That would be very complex.
22    Q.   You'll have to raise your
23  voice because the heating and
24  air-conditioning just came on and I can't

CONFIDENTIAL

Page 130

1   hear you.
2        A.   It would be very complex.
3   It's a very large database.  And it would
4   take time in understanding of the
5   relationships of the tables within the
6   database.
7        Q.   But you have that
8   understanding of the relationships, do
9   you not?
10       A.   I have a data dictionary
11  that tells me the understanding of how
12  that all interrelates.  It's large.
13       Q.   That data dictionary, would
14  that be like the ERD for Compass?
15       A.   In combination.
16       Q.   Would you be the person to
17  do that?  If AstraZeneca were looking for
18  the best person to do that, would you be
19  the best person to do that?
20            MR. TORREGROSSA:  To what?
21            MR. SMITH:  To extract the
22       data from the Compass database.
23            THE WITNESS:  No, I would
24       not.

Page 131

1   BY MR. SMITH:
2        Q.   Who would do that?
3        A.   The resources -- the request
4   was put in, the resources was more
5   skilled in that area.
6        Q.   Now, Compass goes back how
7   far?
8             MR. TORREGROSSA:  The system
9        itself?
10            MR. SMITH:  Yes.
11            MR. TORREGROSSA:  The
12       software.
13  BY MR. SMITH:
14       Q.   When was Compass placed into
15  service?  When was it started?
16       A.   1994 is approximate.
17  Sometime in 1994.  I'm not exactly sure
18  what date.
19       Q.   So you have data in the
20  Compass system going back to 1994 related
21  to Seroquel.  Right?
22            MR. TORREGROSSA:  Objection
23       to form.  Mischaracterizes.
24  BY MR. SMITH:

Page 132

1        Q.   Did I misstate it?  If I
2   did, it wasn't intentional.  Maybe I
3   misunderstood what you said.  Do you want
4   to restate it?
5        A.   Yes, please.
6        Q.   How far back do you have --
7   well, I probably know -- you have data
8   back to at least 1997 for Seroquel in the
9   Compass database.  Right?
10       A.   No, I do not.
11       Q.   And why not?
12       A.   Compass was not a Zeneca
13  tool.
14       Q.   It was an Astra tool?
15       A.   Yes.
16       Q.   And Astra and Zeneca merged
17  in September of '99 or thereabouts
18  approximately?
19       A.   Yeah.  The merger began in
20  1999.
21       Q.   So you had information going
22  back to sometime in 1999 for Seroquel in
23  the Compass database, then.  Right?
24       A.   Yes.

Page 133

1        Q.   This would be a sales
2   automation tool, data in connection with
3   that.  Right?
4        A.   Yes.
5        Q.   Now, for information from
6   Zeneca prior to the merger, was there a
7   sales automation tool in use?
8        A.   Yes.
9        Q.   And what was that tool?
10       A.   SnapPharma.
11       Q.   SnapPharma.  Does the
12  SnapPharma database exist today?
13       A.   The database proper does not
14  exist.
15       Q.   Does the data exist?
16       A.   Some data does exist.
17       Q.   Which data exists?
18       A.   Data related to calls with
19  sampling.
20       Q.   Which data relating to
21  Seroquel does not exist in SnapPharma?
22            MR. TORREGROSSA:  Objection
23       to form.
24  BY MR. SMITH:

34 (Pages 130 to 133)

CONFIDENTIAL

Page 134

1    Q.   Which data related to
2  Seroquel no longer exists?
3    A.   The tables related -- I
4  don't know what tables aren't there.
5  There are some tables that were retained.
6    Q.   Do those tables have
7  descriptive names in SnapPharma?
8    A.   Yes.
9    Q.   Do you know approximately
10 how many tables there are in SnapPharma?
11 Is it hundreds, is it thousands?
12   A.   The SnapPharma database
13 doesn't exist.
14   Q.   Doesn't exist.  But the
15 tables still exist.  Right?
16   A.   Some of the tables exist.
17   Q.   Some of the tables exist.
18 Okay.  We're trying to figure out which
19 tables don't exist any longer.  Do you
20 know which ones don't exist any longer?
21   A.   I do not.
22   Q.   So the database is
23 incomplete, but you're not sure what it
24 does or does not contain.  Is that

Page 135

1  correct?
2    A.   No.
3    Q.   Okay.  Can you straighten me
4  out?
5    A.   It contains the call data
6  and the sample data and the prescribers
7  that were in that database.
8    Q.   A better question would be,
9  what other information is not there now
10 that used to be there?  Let me try it
11 again.  I'll rephrase the question, it
12 would be easier.
13         Were you familiar -- are you
14 familiar with the SnapPharma database?
15   A.   I was.
16   Q.   You were.  And it was put
17 out of commission when?
18   A.   During merger.
19   Q.   During the merger.  So
20 sometime in 1999?
21   A.   In 2000.
22   Q.   In 2000.  Up until 2000,
23 though, you were familiar with the
24 SnapPharma database?

Page 136

1    A.   Yes.
2    Q.   And do you know what data
3  was contained in SnapPharma prior to its
4  decommissioning?
5    A.   I don't recall explicitly
6  what was in there.
7    Q.   Is there anything that you
8  can think of other than the sales call
9  information and the sampling information
10 which you mentioned, is there anything
11 else that you would have expected to find
12 in there that you either don't think is
13 there or you're not sure is there?
14   A.   The tables of information,
15 the ones -- I can't recall what wasn't
16 brought forward.
17   Q.   If you can't remember, you
18 can't remember.
19         Do you know what happened to
20 the information that is not there now?
21   A.   I do not.
22   Q.   Have you at any time since
23 the -- strike that.
24         Was the SnapPharma data

Page 137

1  migrated to Compass after the merger?
2    A.   All data from September 1,
3  1999 forward.
4    Q.   And for the information
5  prior to September 1, 1999, did it -- it
6  simply remained in the SnapPharma
7  database, it just wasn't migrated?
8    A.   Correct.
9    Q.   And that would have gone
10 back to what year, 1994?
11   A.   Launch.
12   Q.   Launch.  1997?
13   A.   Launch of SnapPharma?
14   Q.   Yes.
15   A.   1996.
16         MR. TORREGROSSA:  I think we
17 were confused.  Is it data back
18 related to Seroquel?  Is that the
19 question?
20         MR. SMITH:  Related to
21 Seroquel.  We might as well limit
22 it to Seroquel.
23         THE WITNESS:  Launch of
24 Seroquel.

35 (Pages 134 to 137)

CONFIDENTIAL

Page 138

BY MR. SMITH:
1  Q.    So there exists now a set of
2  data from launch in 1997 until the merger
3  in 1999, that SnapPharma data still
4  exists today.  Right?
5  A.    There is a set of data, yes.
6  Q.    And would you be able to
7  access that data or get somebody in
8  resources to access that data?
9  MR. TORREGROSSA:  Objection.
10  Compound.
11  BY MR. SMITH:
12  Q.    Would you be able to access
13  that data yourself?
14  A.    No.
15  Q.    Could you get somebody in
16  resources to do it?
17  A.    Yes.
18  Q.    Have you attempted to do
19  that at any time since 2000?
20  MR. TORREGROSSA:  You can
21  answer the question, but in doing
22  so, do not reveal any legal
23  request or legal communications

Page 139

1  that were made.
2  THE WITNESS:  Not for a
3  business reason.
4  BY MR. SMITH:
5  Q.    Could you use Toad to search
6  that data?
7  A.    I believe so.
8  Q.    What was the platform for
9  SnapPharma?
10  A.    You mean -- explain what you
11  mean by "platform."
12  Q.    Sure.  I guess platform --
13  some people use that to mean the server
14  and some people use it to mean the
15  basic --
16  MR. TORREGROSSA:  The
17  viewing tool.
18  BY MR. SMITH:
19  Q.    Whether it's SQL or Oracle.
20  A.    I use the term in the form
21  of a database, Oracle.
22  Q.    So SnapPharma was an Oracle
23  database?
24  A.    Yes.

Page 140

1  Q.    And who was the -- who or
2  what company designed the SnapPharma
3  database?
4  A.    The company we dealt with
5  was called Sales Technologies.
6  Q.    Where were they out of?
7  A.    They were based in Atlanta.
8  Q.    Are they still in existence
9  if you know?
10  A.    I don't believe they are.
11  Q.    And who in -- who at
12  AstraZeneca would be most knowledgeable
13  about the SnapPharma database?
14  A.    Myself and Jay Kent.
15  Q.    And Jay Kent, who is he?
16  A.    He's a developer.
17  Q.    Okay.  So we're talking
18  about on the IS side.  Okay.  Fine.
19  Mr. Kent still works for
20  AstraZeneca?
21  A.    Yes, he does.
22  Q.    Did SnapPharma at any time
23  contain information pertaining to
24  promotional materials?

Page 141

1  A.    I can't really recall if
2  that was in there.
3  MR. TORREGROSSA:  You might
4  be a little bit more specific and
5  that might help.  I'm not sure I
6  understand the question.
7  BY MR. SMITH:
8  Q.    If I use the term "detail
9  piece," is that a term that you're
10  familiar with; in other words, a piece of
11  literature about Seroquel that you hand
12  the doctor?
13  A.    I can't recall if there was
14  the capability of recording something
15  like that.
16  Q.    Do you recall if it had the
17  capability of recording sales information
18  similar to what IMS does?
19  A.    SnapPharma, to my
20  recollection, did not contain IMS data.
21  Q.    Do you know if it contained
22  any safety data?
23  A.    To my recollection, it would
24  not have contained safety data.

CONFIDENTIAL

Page 142

1    Q.    Do you know if it contained
2  any PIR data?
3    A.    It did not contain PIR data.
4    Q.    Now, PIR data is currently
5  contained in Touchstone.  Is that
6  correct?
7    A.    The record is passed through
8  and the record of it passing through.
9    Q.    The record of a request
10 having been made?
11   A.    Yes.
12   Q.    Was that true of Compass
13 also?
14   A.    Yes.
15   Q.    Are you aware of any audits
16 of PIRs?
17         MR. TORREGROSSA:  You can
18   answer.  Of course, don't reveal
19   any legal requests or audits of
20   the PIR system.  But other than
21   that, you can answer the question
22   if you understand it.
23         THE WITNESS:  Can you define
24   that?

Page 143

1  BY MR. SMITH:
2    Q.    Okay.  Does it tell you --
3  is there a way to tell what became of a
4  request, whether it was fulfilled or not,
5  what the response was by AstraZeneca?
6    A.    I do not know how that was
7  done.
8    Q.    Who would know about that?
9    A.    That was the Webster system.
10   Q.    Who would be knowledgeable
11 about the Webster system on the IS side?
12   A.    Steve Aaronson.
13   Q.    Now, Compass was also an
14 Oracle-based system?
15   A.    Yes, Oracle database.
16   Q.    An Oracle database.  Is
17 Touchstone an Oracle database?
18   A.    Yes, it is.
19   Q.    Steve Aaronson is on the IS
20 side of things.  Right?
21   A.    Yes.
22   Q.    And who would his
23 counterpart be on the business side if
24 you recall?

Page 144

1    A.    I don't know.
2    Q.    I've been talking about
3  outputting or exporting and using these
4  terms pretty generally.  Is there a term
5  within the Oracle world unloading data or
6  data?  Is there such a term, "unloading"?
7    A.    Unloading?
8    Q.    Yes.
9    A.    I'm not familiar with that
10 term.
11   Q.    What does the term
12 "replication" mean in relationship to an
13 Oracle database, is that a term that you
14 would use?
15   A.    The term "replication" in
16 relation to an Oracle database.  In my
17 mind, that would be replicating
18 information between a database.
19   Q.    From one database to
20 another?
21   A.    Yes.
22   Q.    Kind of like copying?
23   A.    Yes.
24   Q.    You could do that with a

Page 145

1  database such as Touchstone, you could
2  copy from one -- from Touchstone to
3  another database?
4          MR. TORREGROSSA:  Objection
5    to form.
6          THE WITNESS:  Yes.
7  BY MR. SMITH:
8    Q.    To another Oracle database?
9  Would it have to be an Oracle database?
10   A.    In my mind it would be.  The
11 term -- how replication would take place
12 is what I'm not sure of.
13   Q.    That would be a resource --
14 that would be a task for resource?
15   A.    Yes, it would.
16   Q.    What sort of graphical
17 interface does Touchstone have, can you
18 describe that for me?
19   A.    It's a Web-based interface
20 that has drop down buttons for, you know,
21 fixed or structured data and fields for
22 things like entering notes where you
23 could type into it.
24   Q.    Are there like tabs across

37 (Pages 142 to 145)

CONFIDENTIAL

Page 146

1   the top?
2       A.   It's Web-like.  There would
3   not be tabs.
4       Q.   So what are the -- with that
5   graphical interface, what are the areas
6   that you can go to on that Web-like
7   interface?  Can you kind of describe it
8   in general terms for me?
9       A.   You can click to your
10  prescriber list.  You can click to create
11  an activity.  You can click to a
12  prescriber list called contacts.  You can
13  click to accounts, buildings, you know,
14  business accounts.  You could click to --
15      Q.   Could you explain that to
16  me, the accounts, you say buildings?
17      A.   When I say "buildings," I
18  don't mean people.  So you may have --
19      Q.   You mean like a hospital?
20      A.   Yes, sir.
21      Q.   Okay.  Or a managed care
22  account?
23      A.   Yes.
24      Q.   Is that a separate category

Page 147

1   from what you described as building?
2       A.   No.
3       Q.   It's in that same portal?
4       A.   It would be the same, yes.
5       Q.   I'm sorry, I stopped you
6   there.  What other information is on the
7   graphical interface or options, things
8   that you can do?
9       A.   There's also a query option.
10      Q.   And what would the query
11  option allow you to do?
12      A.   Search in Touchstone for
13  the -- say a doctor.
14      Q.   Are there links to other
15  applications on that interface?
16      A.   You can do PIRs.  You can
17  enter a PIR there.
18      Q.   How about expenses?
19      A.   No.
20      Q.   There is no link for
21  expenses?
22      A.   Not in the application.
23      Q.   How about to -- money to
24  send the doctor to a meeting or

Page 148

1   something?
2           MR. TORREGROSSA:  I'm sorry,
3       I didn't catch that.
4   BY MR. SMITH:
5       Q.   Money to send a doctor to a
6   meeting, request money to do that, to
7   send the doctor to a CME program?
8       A.   No.
9       Q.   Pardon?
10      A.   No.
11      Q.   So what other sorts of links
12  are there?  We talked about PIR, anything
13  else?
14      A.   The adverse event.
15      Q.   Adverse events?
16      A.   Yeah.  It's a form.
17      Q.   How does that work, through
18  the Touchstone system?
19      A.   I'm trying to think.
20          MR. TORREGROSSA:  Take your
21      time.
22  BY MR. SMITH:
23      Q.   Is it better to ask Mr.
24  Kramer about that?

Page 149

1       A.   Mr. who?
2       Q.   Is it better to ask Mr.
3   Draper about that?
4       A.   I want to make sure I know
5   that you can access the AE form from
6   Touchstone if I say that.  The AE form is
7   available in the tools SalesInsite.
8   That's why I'm making sure I get it
9   right.
10      Q.   What is SalesInsite?
11          MR. TORREGROSSA:  We went
12      over that before.
13          THE WITNESS:  The portal,
14      the sales portal information site.
15          I believe you can access an
16      AE form within Touchstone.
17  BY MR. SMITH:
18      Q.   How is the Touchstone data
19  backed up?
20      A.   Can you quantify the
21  question in terms of --
22      Q.   Just making sure that there
23  is another copy of the data somewhere in
24  case something happens to the system?

38 (Pages 146 to 149)

CONFIDENTIAL

Page 150

1    A.    Touchstone database is
2    backed up, a full backup or cold backup
3    is done on a weekly basis.  And then
4    daily there are what are referred to as
5    hot backups, are done when the system is
6    still available.
7        Q.    Who does those backups?
8        A.    The backup team in
9    Southbury, Connecticut.
10       Q.    Now, the salesmen's laptops,
11   how are they synchronized with the
12   Touchstone system?  Any time they
13   connect, will they synchronize?
14       A.    They have to click to
15   synchronize once they connect to the
16   network.
17       Q.    How are the salesmen's
18   laptops backed up?
19       A.    The DLO process.
20       Q.    And they can do that over
21   the Web?
22       A.    Once connected to the
23   network.
24       Q.    Who handles training of the

Page 151

1    users of the Touchstone system?
2        A.    The sales training
3    organization.
4        Q.    Do you assist in that?
5        A.    I do not.
6        Q.    Who is the database manager
7    for Touchstone?
8        A.    The database manager for
9    Touchstone would be Andy Nelson.
10       Q.    And who does he work for?
11       A.    Ultimately me.
12       Q.    Who was the database manager
13   for Compass?
14       A.    Andy Nelson.
15       Q.    There might have been more
16   than one.
17       A.    Andy Nelson.
18       Q.    How about SnapPharma?
19       A.    That, I can't recall who
20   would be that title.
21       Q.    In Touchstone, can you
22   search for rankings of the doctors in
23   terms of their prescribing habits?
24       MR. TORREGROSSA:  You mean

Page 152

1    number of prescriptions or do you
2    mean different?  Can you rank them
3    by what is my question?
4    BY MR. SMITH:
5        Q.    In terms of their expected
6    script writing, in terms of -- there
7    might be several things that would go
8    into that.  Let me ask you this.  What
9    sorts of data are you aware of that go
10   into the ranking of doctors as to whether
11   it's worthwhile for the sales
12   representative to go spend the time
13   visiting with that doctor?
14       MR. TORREGROSSA:  Objection
15       to form.
16       THE WITNESS:  They would
17       have targeting information about a
18       doctor.
19   BY MR. SMITH:
20       Q.    And where does that
21   targeting information come from?
22       A.    It is supplied by the
23   targeting performance group.
24       Q.    Are there links through

Page 153

1    Touchstone to a database that contains
2    targeting information?
3        A.    The targeting information
4    would be available in Touchstone.
5        Q.    What sorts of information
6    are included in that, in the targeting
7    information?
8        A.    You would have obviously --
9    not obviously -- if they were targeted
10   and if they were for what product a
11   doctor may be targeted for.  And
12   information on how often the PSS would
13   call on that doctor in the period of
14   time.
15       Q.    Would the prescription data
16   from IMS factor into the targeting?
17       A.    I'm not familiar with how
18   they create the targeting plan.
19       MR. TORREGROSSA:  He can
20       tell you what is in the system at
21       the time it gets there, but the
22       targeting itself may be with
23       another 30(b)(6) witness.
24   BY MR. SMITH:

39 (Pages 150 to 153)

CONFIDENTIAL

Page 154

1    Q.    But the targeting plan can
2  be accessed by the sales representative,
3  the PSS?
4    A.    Yes.
5    Q.    Through Touchstone?
6    A.    Yes.
7    Q.    And then they could -- the
8  targeting plan is a database, another
9  database, I guess, where you can then
10 search for different -- you can -- the
11 PSS can search for specific information.
12 Is that the way it works?
13        MR. TORREGROSSA:  Objection
14    to form.  I think that misstates
15    his testimony.
16        MR. SMITH:  I'm not trying
17    to misstate it.  I'm trying to
18    clarify for myself.  Let me
19    rephrase it.
20 BY MR. SMITH:
21    Q.    Is the targeting plan -- is
22 there a link to the targeting plan
23 through Touchstone?
24    A.    No.

Page 155

1    Q.    Is the targeting plan a tool
2  that is part of Touchstone?
3    A.    Yes.
4    Q.    So it's not a separate
5  system.  Is that right?
6    A.    A targeting information is
7  in Touchstone.
8    Q.    Is that the only place that
9  that information resides?
10    A.    No.
11    Q.    Where else does it reside?
12    A.    The collaborative STP tool.
13    Q.    The collaborative STP?
14    A.    CSTP.
15    Q.    What is CSTP?
16    A.    The C is collaborative.  I
17 think it's targeting plan for the T and
18 the P.  And the S, I believe, is
19 strategic.
20    Q.    Is what?
21    A.    Strategic.
22    Q.    Do you have any
23 responsibilities for maintaining any
24 applications or databases for the CSTP?

Page 156

1    A.    Yes.
2    Q.    And what is your role there?
3    A.    It's in my organization.
4    Q.    And what is the CSTP or
5  describe how it works?
6        MR. TORREGROSSA:  The
7    database?
8        MR. SMITH:  If it is a
9    database.
10 BY MR. SMITH:
11    Q.    Is it a database?
12        MR. TORREGROSSA:  Or
13    whatever it is.
14        THE WITNESS:  It's a
15    database.  And it allows the PSSes
16    to see their targeting information
17    prior to it being entered into
18    Touchstone.
19 BY MR. SMITH:
20    Q.    Who is in charge of that?
21 Who is the owner of the CSTP?
22    A.    The application?
23    Q.    Yes.
24    A.    I am.

Page 157

1    Q.    Who is the business owner?
2  Who is the person in the organization for
3  whom you are doing this?
4    A.    Targeting performance team.
5    Q.    Targeting performance team.
6  Who is in charge of that, please?
7    A.    Mike Forst.
8    Q.    So from time to time he
9  might ask you to perform a task?  To make
10 a change in the system, he would come to
11 you for that and the way it works?
12    A.    He would be able to do that,
13 yes.
14    Q.    And this allows the people
15 in the targeting performance team or the
16 sales reps to see this data before it
17 goes into Touchstone?  I'm not sure that
18 I followed you in other words.  You said
19 that somebody is able to see this
20 information before it goes into
21 Touchstone.  Who was that?
22    A.    The sales teams.
23    Q.    The sales teams.  How would
24 they access that?  If not through

CONFIDENTIAL

Page 158

1  Touchstone, how are they accessing it
2  then?
3      A.   It's an application that
4  they connect to from their laptops.
5      Q.   Can they run queries through
6  that application?
7      A.   They could search in there,
8  yes.
9      Q.   And could you unload or
10 produce the data from that database?
11         MR. TORREGROSSA:  Objection
12     to form.  Incompetent.
13         Could we have the question
14     again?
15 BY MR. SMITH:
16     Q.   It's whether you can produce
17 the information that is contained in the
18 CSTP?
19         MR. TORREGROSSA:  Objection
20     to form.  I assume you mean
21     extract?
22         MR. SMITH:  Extract is maybe
23     a better term.  I'll accept that.
24 BY MR. SMITH:

Page 159

1      Q.   Can you extract that
2  information?
3      A.   Yes.
4      Q.   That's an Oracle -- is that
5  an Oracle-based system, also?
6      A.   Yes.
7      Q.   And how long has that been
8  around?
9      A.   Within Touchstone, since the
10 beginning of the year.
11     Q.   Within Touchstone?
12     A.   Yes.  Within usage with
13 Touchstone.
14     Q.   Because Touchstone is the
15 new system?
16     A.   Yes.
17     Q.   But was the -- the CSTP was
18 in use prior to Touchstone then.  Right?
19     A.   Yes.
20     Q.   And how long was it in use
21 prior to Touchstone?
22     A.   I believe it was 2003.
23         MR. SMITH:  I'm going to
24     stop here.  I might have a couple

Page 160

1  more questions on that, but it's
2  time to stop for lunch.
3         MR. TORREGROSSA:  Yes.
4         - - -
5         (A recess was taken from
6  1:11 p.m. to 2:25 p.m.)
7         - - -
8         MR. TORREGROSSA:  Mr.
9  Dowling wanted to clarify
10 one piece of testimony.
11 BY MR. SMITH:
12     Q.   You are still under oath,
13 Mr. Dowling.
14     A.   Absolutely.  That's why I
15 wanted to make sure we got that right.
16 You used the term "native" format.
17     Q.   Yes.
18     A.   I think the question was
19 related to pulling data out of the table
20 in its native format.
21         MR. TORREGROSSA:  From
22 Touchstone.
23         THE WITNESS:  From
24 Touchstone.  My reference to yes

Page 161

1  you could do that meant if I was
2  pulling the table, there is a
3  table of information, you could
4  pull that table and see it in that
5  format.  If the question is
6  related to the front end or the
7  user interface, reproducing that
8  is the application, that's not the
9  native form.  In other words, the
10 data needs to be in the tool to be
11 viewed in its native format in the
12 application.  Does that make
13 sense?
14 BY MR. SMITH:
15     Q.   You're distinguishing
16 between the data and the appearance
17 through the front end?
18     A.   Right.  Correct.  I just
19 wanted to make sure it's clear.  I
20 referenced, and it may have been my own
21 head, when you say "native format," the
22 table.  There's a table of data and it
23 can be presented in its native format of
24 the table.

41 (Pages 158 to 161)

CONFIDENTIAL

Page 162

1    Q.   We're back from lunch.  Have
2  you discussed your testimony with anybody
3  during the lunch hour?
4          MR. TORREGROSSA:  You can
5  answer that question yes or no.
6          THE WITNESS:  Yes.
7  BY MR. SMITH:
8    Q.   Have you discussed it with
9  your counsel?
10    A.   Yes.
11    Q.   I'd like to talk to you
12  about the AZER database.  Is that okay?
13    A.   Sure.
14    Q.   What is the AZER database?
15    A.   It's the AstraZeneca Expense
16  Reporting system.
17    Q.   Do you have access to a data
18  map for the AZER database?  You had
19  another term for it.  EDR, ERD?
20    A.   I could obtain an ERD.
21  Entity Relationship Diagram.
22    Q.   Who would be the person you
23  would go to to -- would you obtain that
24  yourself or would you go to somebody to

Page 163

1  get that data map?
2    A.   I would go to somebody else.
3    Q.   Who would you go to?
4    A.   Steve Dupre.
5    Q.   And he's an AstraZeneca
6  employee?
7    A.   Yes.
8    Q.   Is he the database
9  administrator for AZER?
10    A.   No.
11    Q.   Who is the database
12  administrator?
13    A.   I am not sure who the
14  database administrator would be for AZER.
15    Q.   Who would know that?
16    A.   Steve Dupre.
17    Q.   On the business side, who
18  would be the business analyst for AZER?
19    A.   What I know is it would be
20  in the finance department.  I'm not sure
21  of the person exactly who would be the
22  business analyst for that tool.
23    Q.   And by "business analyst,"
24  that would be the person or department

Page 164

1  who heads the collection of data and
2  determines the requirements?
3    A.   Yes, that would be the
4  definition I believe that you're asking.
5    Q.   Who within -- and the person
6  within the IS department would be Steve?
7    A.   Dupre.
8    Q.   Dupre, and on business side
9  it would be finance?
10    A.   Yes.  Let me state, I
11  believe it may be a guy named Mike
12  Heriban.  Good luck with the spelling.
13  H-E-R-I-B-A-N.  I don't deal with that
14  group.  The IS team doesn't deal with
15  that finance area, so I'm not 100 percent
16  sure of it.
17    Q.   But you, yourself, are
18  familiar with the AZER system?
19    A.   Yes.
20    Q.   What are the data sources
21  for the AZER system?
22    A.   The data sources for the
23  AZER system would be the American Express
24  corporate card billing information.  The

Page 165

1  information entered by the person
2  entering an expense report.  And the
3  attendees list within AZER to pick the
4  attendees in, say, a business meal.
5    Q.   Can you give me examples of
6  the types of fields that are available in
7  AZER?
8    A.   Sure.  Date.  I use AZER to
9  file expense reporting.  I know it has
10  date.  I have an expense report name.  A
11  period.  Not just a date submitted, but a
12  period of time it represents.  And you
13  can have different categories of expense
14  types, business meal.  You can have
15  communications like cell phone.  You can
16  have hotel, things of that nature, what
17  type of expense.  You can enter a project
18  which to bill it to, it would be related
19  to.  And you could have -- if it's not
20  American Express, how it might have been
21  paid, cash or another charge card type
22  thing.
23    Q.   Would entertainment expenses
24  be included in there?

CONFIDENTIAL

Page 166

1    A.   Yes, they would.
2    Q.   So if a sales representative
3  entertained a doctor in some fashion,
4  that would be in the AZER database?
5         MR. TORREGROSSA:  Objection
6    to form.
7         THE WITNESS:  If a sales rep
8    entertained a doctor, yes.
9  BY MR. SMITH:
10   Q.   And the name of the doctor
11 would be in the database?  That would be
12 a field?
13   A.   It would be something they
14 would have to enter and select, yes.
15   Q.   Would that be a separate
16 field?
17   A.   Yes.
18   Q.   And would it be some sort of
19 field that describes the purpose of the
20 expense?
21   A.   Yes.
22   Q.   Who are the vendors of the
23 AZER system?  Who sold it to AstraZeneca?
24   A.   I believe the company's name

Page 167

1  is ExpenseIT.
2    Q.   And where are they based?
3    A.   I'm not familiar with where
4  they're based.
5    Q.   Do they maintain anyone on
6  site at AstraZeneca to work with the
7  program?
8    A.   Steve Dupre's group.
9    Q.   But he's an AstraZeneca
10 employee.  Right?
11   A.   Yes.
12   Q.   But the ExpenseIT, do they
13 have any employees on site at AstraZeneca?
14   A.   I'm not aware of anybody
15 being on site.
16   Q.   Who would conduct training
17 for the AZER system at AstraZeneca?
18   A.   The AZER system training,
19 which is based on my personal experience
20 having trained it, is going through CBT
21 or computer-based training with a
22 handout, you know, paper that tells you
23 the fields.  So you have a paper and a
24 computer-based training.

Page 168

1    Q.   And that training was
2  developed by somebody at ExpenseIT or
3  somebody at AstraZeneca?
4    A.   I believe the training was
5  developed as part of the AZER -- putting
6  AZER in place by the finance group.
7    Q.   Is the AZER system in use
8  currently?
9    A.   Yes, it is.
10   Q.   And it applies to Seroquel,
11 correct, among other things?
12        MR. TORREGROSSA:  Applies to
13   any Seroquel expense report?
14        MR. SMITH:  Right, along
15   with other products I assume.
16        THE WITNESS:  Yes.  All
17   products, yes.
18 BY MR. SMITH:
19   Q.   When was the AZER system put
20 in place?
21   A.   I believe April 2002.
22   Q.   What type of database is it?
23   A.   I'm not familiar with the
24 exact database that the AZER system uses.

Page 169

1    Q.   Where is it located
2  physically?
3    A.   It is with -- I'm not sure
4  where that is located.  I would have to
5  check.
6    Q.   Somewhere within
7  AstraZeneca?
8    A.   I believe it's hosted by a
9  third party.
10   Q.   What documentation exists in
11 relation to AZER?
12        MR. TORREGROSSA:  Objection
13   to form.
14        - - -
15        (Interruption.)
16        - - -
17        (The court reporter read the
18   pertinent part of the record.)
19        - - -
20 BY MR. SMITH:
21   Q.   Any written information?
22        MR. TORREGROSSA:  Objection
23   to form.  It was a bit general.  I
24   was trying to see what you were

CONFIDENTIAL

Page 170

1    after.  Go ahead.
2  BY MR. SMITH:
3      Q.    Any information in writing
4  or available through a Web site that
5  pertains to the system and how it works
6  or how to use it?
7      A.    As I mentioned, it has --
8  the information I'm aware of is the
9  training documentation which talks about
10  how to use it and how to input the
11  expenses you are filing.
12      Q.    Other than a data map that
13  we talked about already, would there be
14  any other documentation that would
15  describe the relationships, how the
16  database is structured, what the
17  relationships are between different
18  fields?
19      A.    I believe that would exist.
20  I would have to check with Steve to
21  confirm.
22      Q.    ViewPoint, that's an
23  AstraZeneca system that you're familiar
24  with?

Page 171

1      A.    Yes.
2      Q.    What is the ViewPoint
3  system?
4      A.    The ViewPoint is a system
5  used to manage the information related to
6  speakers who speak on AstraZeneca's
7  behalf.
8      Q.    How is it different from or
9  related to LectureBureau Express?
10      A.    The LectureBureau Express is
11  the tool by which the sales force can,
12  meaning the PSSes, can select speakers to
13  do an event.
14      Q.    And ViewPoint does what?
15      A.    It manages the information
16  related to speakers who speak on behalf
17  of AstraZeneca.
18      Q.    So are those two databases
19  going to be related, linked to each
20  other?
21      A.    Yes.
22      Q.    Is the LectureBureau Express
23  a tool that you would use to obtain
24  information from ViewPoint?

Page 172

1      A.    No, it's not.
2      Q.    How are the two databases
3  related?
4      A.    ViewPoint would provide the
5  speakers that have been deemed eligible
6  to speak on AstraZeneca's behalf to the
7  LectureBureau system.
8      Q.    And then the LectureBureau
9  system would be used by whom?  Who would
10  be the users of the LectureBureau
11  Express?
12      A.    The sales reps and anybody
13  who might engage a speaker as part of
14  working at AstraZeneca.
15      Q.    On ViewPoint, who are the --
16  is there a data map available for
17  ViewPoint, an ERD?
18      A.    I believe there is a data
19  map -- ERD available for ViewPoint.
20      Q.    Where would you find that?
21      A.    I would call Scott Morgan.
22      Q.    Who is the database
23  administrator or manager?
24      A.    The manager of the system

Page 173

1  would be Scott Morgan.  He would oversee
2  the day to day of that tool.
3      Q.    Now, is there a person
4  within CISS who we could refer to as a
5  business analyst who is distinct from the
6  database manager?
7      A.    Yes.
8      Q.    Okay.  So the database
9  manager is basically -- that's the care
10  and feeding of the system.  Right?
11      A.    Yes.
12      Q.    And business analyst, that
13  is the person who heads the collection of
14  data or specifies the requirements, who
15  is getting the work out of the system
16  then, right, getting the product?
17      A.    Okay.  Describe the business
18  analyst again.
19      Q.    The person who heads the --
20  who is responsible for the collection of
21  the data that goes into ViewPoint.
22          MR. TORREGROSSA:  Do you
23  understand the question?
24          THE WITNESS:  I'm a little

44 (Pages 170 to 173)

CONFIDENTIAL

Page 174

1    confused on the question.
2    BY MR. SMITH:
3        Q.   The ViewPoint is a
4    collection of data.  Right?
5        A.   Yes.
6        Q.   And there is somebody who
7    collects the data.  Right?
8            MS. RADLIFF:  This is
9        different from data.
10           MR. TORREGROSSA:  Could we
11       have the question again?
12               -  -  -
13       (The court reporter read the
14       pertinent part of the record.)
15               -  -  -
16   BY MR. SMITH:
17       Q.   Who collects the data that
18   goes into ViewPoint?
19       A.   Could you help me understand
20   what you mean by "collect the data"?  I'm
21   sorry.
22       Q.   Who gets the name of the
23   speakers for the system?  The ViewPoint
24   is a collection of available speakers.

Page 175

1    Right?
2        A.   Right.  Speakers are
3    nominated by the district sales managers.
4            MR. TORREGROSSA:  I thought
5        your question was how is this
6        collected to be put into the
7        database.
8    BY MR. SMITH:
9        Q.   My question is, who is the
10   person primarily responsible for
11   collecting the names of the speakers, or
12   the division or the department?
13       A.   There is a department, I
14   don't know the specific name of the
15   department, that owns that service.
16       Q.   But it's the district sales
17   managers --
18       A.   They nominate -- my
19   understanding is they nominate speakers
20   that would be entered into ViewPoint.
21       Q.   And they nominate them.  Who
22   approves or rejects the nominations?
23           MR. TORREGROSSA:  Hold on.
24       I'm going to allow this testimony

Page 176

1    but on an individual basis.  He is
2    obviously an IT person and doesn't
3    exactly know the speaker process.
4    But he can testify to what he
5    knows on an individual basis.
6        THE WITNESS:  My
7    understanding is that the speaker
8    is nominated and then an
9    evaluation is done, I don't know
10   the criteria on which they're
11   evaluated.
12   BY MR. SMITH:
13       Q.   Do you know which department
14   is doing that?
15       A.   I do not know the
16   department.
17       Q.   Now, that's on the business
18   side, then, the collection of that
19   information.  Right?
20       A.   Yes.
21       Q.   On the IS side, the business
22   analyst, who is the person who is
23   responsible for the system requirements?
24       A.   The IS person who would work

Page 177

1    with the business to understand what they
2    wanted to do would be Eugene Tayam and
3    Chris Doyle.  They are what -- as I
4    mentioned earlier, the client partner
5    side of our organization.
6        Q.   The business owner or the
7    lead person on the business side is --
8    you don't know the name, but do you know
9    the department?
10       A.   I don't know the department.
11       Q.   As far as data sources for
12   the ViewPoint database, we mentioned the
13   district managers who nominate people.
14   What other sources of information go into
15   the ViewPoint system?
16           MR. TORREGROSSA:  Objection
17       to form.  That misstates his
18       testimony.  Go ahead.
19   BY MR. SMITH:
20       Q.   Did I misstate your
21   testimony?
22           MR. SMITH:  I think he said
23       earlier the district sales
24       managers nominate possible

Golkow Technologies, Inc. - 1.877.370.DEPS

CONFIDENTIAL

Page 178

1   speakers.
2       MR. TORREGROSSA:  You got
3   that right.  I was not
4   understanding -- I didn't hear the
5   connection that that has actually
6   a data point field in ViewPoint.
7   I've stated my objection.
8   BY MR. SMITH:
9       Q.   Is there a data field in
10  ViewPoint for who nominates the person?
11      A.   I believe there's a data
12  field that says you nominated that
13  person.
14      Q.   And is there a data field
15  for who approves it?
16      A.   There would need to be
17  approval and I believe it would be in
18  there, yes.
19      Q.   Is there a data field for
20  the qualifications of the speaker?
21      A.   Yes.
22      Q.   Is there a data field for
23  the cost of the speaker?
24      A.   Yes.  There is a data field,

Page 180

1   example, not specifically Seroquel, would
2   that be an example of an unbranded talk?
3       MR. TORREGROSSA:  Objection
4   to form.
5       THE WITNESS:  Yeah, I would
6   call that -- I've heard that term
7   referenced like "disease state."
8   BY MR. SMITH:
9       Q.   So if somebody wanted to
10  speak about the disease state of
11  schizophrenia, there is a field in there
12  that would talk about whether they're
13  going to -- what the topic is, whether
14  it's going to be a disease state -- let
15  me strike that.
16      Is there a field for disease
17  state?
18      A.   I would have to check on
19  that.
20      Q.   Is there a field for the
21  Seroquel brand as being a topic?
22      A.   Yes.
23      Q.   Is there any data coming
24  from vendors outside of AstraZeneca and

Page 179

1   when you say "costs," in other words,
2   what they would be paid.
3       Q.   Exactly.  Would this include
4   branded and unbranded speaking?
5       MR. TORREGROSSA:  Objection
6   to form.
7       THE WITNESS:  My
8   understanding is it's the
9   speakers -- it contains the
10  speakers who speak on behalf of
11  AstraZeneca.  And, therefore, I
12  believe in any capacity.
13  BY MR. SMITH:
14      Q.   And by "branded," we're
15  meaning to talk about Seroquel, right,
16  the Seroquel brand?
17      A.   If you say "branded" in this
18  conversation, yes, I would say Seroquel.
19      Q.   Is that a term that you use,
20  "branded," or that you're familiar with?
21      A.   I'm familiar with "brand."
22      Q.   And then "unbranded" would
23  be if AstraZeneca wanted a speaker to
24  just talk about schizophrenia, for

Page 181

1   going into ViewPoint?
2       A.   Yes.
3       Q.   What type of data?
4       A.   Information -- vendors
5   provide the training Web site
6   information, so how they've been trained,
7   and that's fed into ViewPoint.
8       Q.   How who has been trained?
9       A.   The speaker.
10      Q.   So you obtain information
11  about the speaker's background from an
12  outside vendor?
13      A.   Yes, the vendor manages that
14  for AstraZeneca.
15      Q.   Is there a field in there
16  for a curriculum vitae or CV or resume
17  provided by the speaker him or herself?
18      A.   I understand they have a
19  place to store the resume.  I believe
20  it's located within the ViewPoint system.
21      Q.   Is there a place within the
22  ViewPoint system to store, for example, a
23  PowerPoint authored by the speaker?
24      MR. TORREGROSSA:  Objection

46 (Pages 178 to 181)