CONFIDENTIAL

Page 182

1    to form.
2         THE WITNESS:  I do not
3    believe there is a PowerPoint
4    created by a speaker.
5    BY MR. SMITH:
6         Q.   Could it store a transcript
7    from a speaker?
8         MR. TORREGROSSA:  Objection
9    to form.
10   BY MR. SMITH:
11        Q.   A transcript of an actual
12   talk?
13        MR. TORREGROSSA:  Same
14   objection.
15        THE WITNESS:  I do not
16   believe it stores any transcripts.
17   BY MR. SMITH:
18        Q.   Or an outline or speaking
19   points?
20        A.   What I do know is that it
21   outlines what they can speak about.  It
22   has information about what that speaker
23   is eligible to speak about within
24   AstraZeneca.  Explicitly a category, I

Page 183

1    would not be able to say right now.
2         Q.   Is there any place within
3    ViewPoint where an AstraZeneca approved
4    script is provided to speakers?
5         MR. TORREGROSSA:  Objection
6    to form.
7         THE WITNESS:  I am not aware
8    of the ability that it will store
9    an actual script provided to a
10   speaker.
11   BY MR. SMITH:
12        Q.   Could you search within the
13   database to see how many times a speaker
14   has spoken on behalf of AstraZeneca?
15        A.   Yes.
16        Q.   And the dates on which they
17   spoke?
18        A.   Yes.
19        Q.   And the organization to
20   which they spoke or the audience, let's
21   say?
22        MR. TORREGROSSA:  Objection
23   to form.
24   BY MR. SMITH:

Page 184

1         Q.   Let's call it the audience.
2    Let's call -- who they talk to.
3         MR. TORREGROSSA:  Do you
4    mean in general fashion?
5    BY MR. SMITH:
6         Q.   Is there something in the
7    database that would tell you who they
8    spoke to?
9         A.   I do not believe so.  I
10   would need to check.
11        Q.   Is there something in the
12   database that would tell you how much
13   they were paid each time they spoke?
14        A.   Yes.
15        Q.   Could you see a total of
16   compensation paid to a particular speaker
17   for all engagements?
18        A.   My understanding is yes.
19        Q.   Within the system, would
20   there be contracts or written agreements
21   of some type relating to the engagement?
22        MR. TORREGROSSA:  With the
23   doctor?
24        MR. SMITH:  Yes, the

Page 185

1    speaker.
2         THE WITNESS:  Yes.
3    BY MR. SMITH:
4         Q.   Would a copy of that, in
5    other words, a copy of an engagement
6    letter or agreement be within the system?
7         A.   The system would tell me a
8    contract was on file.
9         Q.   But it wouldn't actually
10   link in any way to the contract?
11        A.   I don't believe the actual
12   contract would be linked.
13        Q.   Who conducts training with
14   regard to ViewPoint within AstraZeneca?
15        A.   Within the ViewPoint system?
16        Q.   No, with regard to
17   ViewPoint.
18        A.   I believe that would be a
19   business area function.
20        Q.   Within the sales department?
21        MR. TORREGROSSA:  Objection
22   to form.  Foundation.
23        THE WITNESS:  I believe the
24   DSMs would have to be trained on

47 (Pages 182 to 185)

CONFIDENTIAL

Page 186

1   it, and that's about as familiar
2   as I am with what training might
3   be done in terms of ViewPoint in
4   uses as a tool.
5   BY MR. SMITH:
6       Q.   The tool is used by the
7   PSSes, though.  Right?
8       A.   To my knowledge, it's not.
9       Q.   They use --
10      A.   LectureBureau Express.
11      Q.   -- LectureBureau Express.
12           What documentation do you
13  know of that exists with relation -- in
14  relation to ViewPoint?
15           MR. TORREGROSSA:  Objection
16  to form.
17           MR. SMITH:  Let me rephrase.
18  BY MR. SMITH:
19      Q.   By "documentation," can we
20  agree that that would include user
21  manuals?
22      A.   When you say
23  "documentation," I'm thinking from an IT
24  management perspective?

Page 187

1       Q.   Yes.
2       A.   There would be documentation
3   on the operations of how to manage that
4   system.
5       Q.   So there would be
6   documentation on how to manage the system
7   from an IT perspective?
8       A.   Yes.
9       Q.   And there would also be
10  documents on how to use the system from
11  the user perspective.  Right?
12      A.   I believe they would exist,
13  but I'm not familiar with those.
14      Q.   Are you familiar with
15  documentation on the IT side as to how
16  the system operates?
17      A.   I know the documents exist.
18      Q.   And the database
19  administrator would have those or the
20  business analyst or both?
21      A.   I would look to Scott
22  Morgan, as I mentioned before, to have
23  that information.
24      Q.   When was this system put in

Page 188

1   place?
2       A.   It began in 2002.
3       Q.   What type of database is it?
4       A.   It is a SQL server.
5       Q.   Where are the servers
6   maintained?
7       A.   The servers are maintained
8   in Southbury, Connecticut.
9       Q.   By whom?
10      A.   That is the AstraZeneca
11  data -- data center support that is run
12  by IBM.
13      Q.   Was there a similar system
14  prior to this?
15      A.   I am not familiar with the
16  systems that existed prior to ViewPoint.
17      Q.   Let's turn to LectureBureau
18  Express.  And I'm having a little trouble
19  understanding how they work together or
20  what the difference is, but see if you
21  can help me on that.
22           LectureBureau Express, what
23  is it?
24      A.   It is a tool by which a

Page 189

1   sales rep can request a speaker to speak
2   at a program for them.
3       Q.   Now, is that part of or
4   linked to Touchpoint?
5           MR. TORREGROSSA:  Touchstone.
6           MR. SMITH:  Touchstone.
7   Thank you.
8           THE WITNESS:  Is it linked
9   to it?  No.
10  BY MR. SMITH:
11      Q.   I'm sorry?
12      A.   No, it is not.
13      Q.   So it's a separate tool on
14  the PSS' laptop?
15      A.   It's a Web site.
16      Q.   It's a Web site.
17           How do they use this tool,
18  if you know?
19      A.   They go to the Web site and
20  they go in and pull a speaker for a
21  program they want to present.
22      Q.   How do they find out whether
23  that speaker is available or not for a
24  certain date?

CONFIDENTIAL

Page 190

1    A.    My understanding is if
2  they're in LB Express, they're available
3  to speak.  Whether they're -- to your
4  question, for a particular date, I am not
5  sure if that would tell them.
6    Q.    Who could answer that
7  question as to how the sales reps would
8  find out whether a particular speaker is
9  available for a given time and place?
10    A.    I believe that's a business
11  process.  I understand the LectureBureau
12  Express team would manage that for -- in
13  other words, they would request it and
14  LectureBureau Express would take care of
15  arranging that.
16    Q.    So if I understand, then,
17  the LectureBureau Express basically
18  conveys a request from the PSS to the
19  LectureBureau Express team and then they
20  try to make the arrangements and fulfill
21  the request?
22    A.    That is my understanding.
23    Q.    Do they -- does the team use
24  the LectureBureau Express to respond to

Page 191

1  the PSS?
2    A.    I would have to check on
3  that.  I'm not sure at this point.
4    Q.    Would Scott Morgan?
5    A.    For LectureBureau Express, I
6  would call Eugene Tayam.
7    Q.    Would there be a data map
8  for LectureBureau Express?
9    A.    I would have to check with
10  Eugene.
11    Q.    Who is the database
12  administrator?
13    A.    I am not familiar with who
14  that is.  He's a third-party hosting
15  application.
16    Q.    Who is the third party?
17    A.    A company called Novus.
18    Q.    And where are they located?
19    A.    They are -- I don't know
20  exactly where they're physically located.
21    Q.    Who is the business analyst?
22    A.    When you say "business
23  analyst" --
24    Q.    Within the IT --

Page 192

1    A.    Eugene Tayam.
2    Q.    Who is the business owner
3  going over to the business side?
4    A.    The name I know for -- we're
5  talking about LB Express?
6      MR. TORREGROSSA:  Yes.
7  BY MR. SMITH:
8    Q.    Yes.
9    A.    The name I'm familiar with
10  in that area is Ronan Barrett.
11    Q.    And does that person head
12  the team?  Is that the head of the
13  Business Express team?
14      MR. TORREGROSSA:  Objection
15      to form.  You said Business
16      Express team.
17  BY MR. SMITH:
18    Q.    The LectureBureau Express
19  team?
20    A.    I believe he would be the
21  head of that organization.
22    Q.    Can you tell me, is Novus a
23  software company or is that an
24  organization that manages a speaker

Page 193

1  program or manages a speaker bureau?
2    A.    I believe it would be
3  manages a speaker bureau.
4    Q.    Do you know who -- where the
5  software comes from, who owns the
6  software?
7    A.    I've always known it to be
8  Novus managing the software.
9    Q.    It's their software wherever
10  they got it from?
11    A.    They manage it.
12    Q.    They use that software?
13    A.    Yes.
14    Q.    And then people at
15  AstraZeneca use that software with their
16  permission.  Right?
17    A.    That is my understanding.
18    Q.    Do you know what the data
19  source is -- well, strike that.
20      LectureBureau Express, is
21  that a data collection?
22    A.    Can you --
23    Q.    It sounds like it's more of
24  a tool than it is a data collection.  I'm

49 (Pages 190 to 193)

CONFIDENTIAL

Page 194

1  not sure if that is correct or not, but
2  that's what it sounds like.
3       A.   Can you define -- sorry.
4  Can you define what you mean by "data
5  collection"?
6       Q.   A collection of information
7  in one place.
8       A.   I was thinking of on the
9  front end and indicating I want to
10  nominate this doctor, they would collect
11  that information.
12      Q.   Sure.  So it's at least a
13  collection of that much information.
14  Right?
15      A.   Right.
16      Q.   Is ViewPoint accessible to
17  the people at Novus?
18      A.   I cannot say for sure, but I
19  have to say if they're going to manage
20  it -- I'm sorry, did you say ViewPoint?
21      Q.   ViewPoint.  I'm still
22  working on the relationship between these
23  two.
24      A.   Sorry.  Do we allow people

Page 195

1  at Novus to access ViewPoint?  I am not
2  sure.  I would have to check.
3       Q.   Who would you check with?
4       A.   I would ask Scott Morgan.
5       Q.   Besides requests from the
6  PSSes, what other data sources would
7  there be for LectureBureau Express?
8       A.   ViewPoint provides the
9  speakers and the information related to
10  the amount they could be paid, the amount
11  that would be paid for an engagement.
12      Q.   Provides that information to
13  LectureBureau Express?
14      A.   Yes.  There is also
15  information provided as to the sales reps
16  that can -- in other words, the
17  information, the sales reps are also
18  provided -- they're in the system, so
19  they can access the system.
20      Q.   Other than the sales reps,
21  who had access to the LectureBureau
22  Express system?
23      A.   I'm more familiar with how
24  the sales reps use the system.  I'm not

Page 196

1  sure what other roles may be accessing
2  that within AstraZeneca.
3       Q.   What documentation is there
4  for LectureBureau Express?
5            MR. TORREGROSSA:  Objection
6  to form.
7            THE WITNESS:  I believe
8       training materials exist in order
9       for them to be able to use the
10      tool.  That would be one I would
11      be familiar with I believe would
12      exist.
13  BY MR. SMITH:
14      Q.   Do you know who would
15  conduct the training?
16      A.   I believe the sales training
17  organization would conduct that training.
18      Q.   And any other documentation
19  to allow you to understand how the system
20  works?
21      A.   I would believe that Novus
22  would have that information to allow them
23  to be able to operate the system.  I am
24  not familiar with and have not seen that

Page 197

1  information.
2       Q.   When was LectureBureau
3  Express put into place?
4       A.   It was put into place in
5  June 2000 -- June 2004.
6       Q.   Was there a system that did
7  something like this prior to
8  LectureBureau Express?
9       A.   Yes.
10      Q.   What was that?
11      A.   PREP.
12      Q.   We touched on this, but I'm
13  not sure I got the final answer.  The
14  sales reps make a request through
15  LectureBureau Express and somehow,
16  whether it's through LectureBureau
17  Express or some other way, they're going
18  to get a response back telling them
19  whether they could use that rep or not.
20  Right?  How is that done?
21      A.   I believe I said I'm not
22  exactly familiar with how they would
23  receive that information back whether
24  they would be able to use that doctor.

CONFIDENTIAL

Page 198

1    Q.    Is there a reporting feature
2  to LectureBureau Express?  Strike that.
3            Is there a query feature to
4  LectureBureau Express?
5    A.    A PSS looking for a speaker
6  would be able to search in there by key
7  fields like ZIP code or doctor's name to
8  be able to find somebody they were
9  looking for or looking for a ZIP code for
10  an area.
11    Q.    Topic?
12    A.    I would believe they would
13  be able to narrow it down to a specific
14  topic.
15    Q.    How about PREP, tell me what
16  PREP stands for?
17    A.    I'll try.  Professional
18  Relations and Education Programs.
19    Q.    And who is the vendor for
20  that?
21    A.    That was AstraZeneca's.
22    Q.    And who at AstraZeneca
23  developed that program?
24    A.    That program was developed

Page 199

1  in-house by the Accenture organization.
2    Q.    And do you know why the
3  switch was made to LectureBureau Express?
4    A.    My understanding was to take
5  that and decouple it -- my understanding
6  is they wanted to have a third party host
7  that site and manage it, to allow them to
8  manage the programs overall, including --
9  again, this is my understanding as I
10  don't work in that business area --
11  including managing the engagement of a
12  speaker, even helping with assigning --
13  they have the capability of assigning
14  restaurants, ones you can go to and
15  can't.  Without LectureBureau, a rep
16  could pick a restaurant on their own.
17  The intention, I believe, was to reduce
18  the actual amount of time reps had to do
19  that work, so they weren't calling about
20  reservations as an example is my
21  understanding.
22    Q.    So in LectureBureau Express,
23  is there a field there somewhere for
24  restaurants?

Page 200

1    A.    Yes, I believe there's an
2  approved restaurant list within the areas
3  you select.
4    Q.    So the rep would put in the
5  name of a city or ZIP code or something,
6  and the list of available restaurants
7  would be provided in response?
8    A.    I believe they would be able
9  to do that, yes.
10    Q.    Was there a data map for
11  PREP?
12    A.    Yes.
13    Q.    And who would have that?
14    A.    My organization.
15    Q.    Who in that organization,
16  yourself?
17    A.    I could obtain it, yes.
18    Q.    Who would you get it from?
19    A.    Andy Nelson.
20    Q.    Does the information that
21  was in PREP still exist?
22    A.    Yes.
23    Q.    In what format?  What form?
24    A.    Database.

Page 201

1    Q.    And who was the database
2  administrator?
3    A.    Andy Nelson.
4    Q.    And within the IT division,
5  who was the business analyst?
6    A.    Eugene Tayam.
7    Q.    And somebody in
8  Commercial -- I'm sorry, go ahead.
9    A.    I'm thinking of the time
10  frame.
11        MR. TORREGROSSA:  You mean
12      it changed over time?
13        THE WITNESS:  Yes, it
14      changed over time.  Eugene is
15      there now.  Prior to Eugene, Mike
16      Forst would have been the IS
17      person.
18  BY MR. SMITH:
19    Q.    Who would be the business
20  owner?
21        MR. TORREGROSSA:  Who would
22      be?  Who would have been?
23  BY MR. SMITH:
24    Q.    Who would have been?  Who

Golkow Technologies, Inc. - 1.877.370.DEPS

CONFIDENTIAL

Page 202

1  was?
2      A.    Was, Ronan Barrett.  If it
3  existed today, it would have been Ronan
4  Barrett.  I'm trying to think of the
5  predecessor.  I'm sorry, I can't recall
6  the name.
7      Q.    Can you tell me what the
8  data sources were?
9      A.    The data sources for PREP?
10     Q.    Yes.
11     A.    Would have been Compass and
12  information from ViewPoint.  And I
13  believe the business would have provided
14  data to provide input in there on
15  eligibility.  I'm not sure how.
16     Q.    Any outside vendors at that
17  point for PREP?
18     A.    Not to my knowledge.
19     Q.    Other than who is managing
20  it, how would you describe the
21  differences between PREP and
22  LectureBureau Express?
23     A.    One of the big differences,
24  as I mentioned, was that -- I'm thinking

Page 203

1  on the business process side, was what I
2  mentioned earlier, where a PSS would set
3  up their own -- if they had a program,
4  they would set up the program, they would
5  arrange all that and PREP would be where
6  they request all the information, request
7  the speaker.  The LectureBureau team
8  takes care of all that detail, my
9  understanding is, for the most part for
10  the rep.
11         The other component that
12  comes to mind is the contracts were
13  signed -- signatures for contracts were
14  obtained by the reps in the PREP system
15  via electronic means.  The contracts
16  today are not managed by the reps.
17     Q.    Were there outputs from the
18  PREP system to the financial side as far
19  as paying the speakers?
20     A.    Yes.  The speaker, upon
21  approval for the engagement, they were
22  supplied the payment, for lack of a
23  better term, to provide that over to the
24  SAP system which then the check would be

Page 204

1  distributed via SAP.
2      Q.    And does LectureBureau
3  Express output to the SAP?
4      A.    Yes, it does.
5      Q.    So today the expenses for
6  the restaurant, the payment to the
7  speakers, those sorts of things, those
8  things are paid directly by AstraZeneca
9  as opposed to being paid by Novus and
10  then billed to AstraZeneca?
11         MR. TORREGROSSA:  Objection
12  to form.
13         THE WITNESS:  The check to
14  the speaker is paid by
15  AstraZeneca.  The expenses are
16  managed by Novus, and I'm not
17  100 percent sure of the details of
18  how that works, but they're
19  managing, my understanding, with
20  J.P. Morgan and then they expense
21  it on -- I believe it's an
22  American Express card, and then AZ
23  reimburses the J.P. Morgan
24  expenses.

Page 205

1  BY MR. SMITH:
2      Q.    The documentation still
3  exists for PREP?
4          MR. TORREGROSSA:  Objection
5  to form.
6          THE WITNESS:  Documentation
7  in terms of?
8  BY MR. SMITH:
9      Q.    How the system works, how
10  it's constructed.
11     A.    Yes.
12     Q.    What type of database was
13  PREP?
14     A.    Oracle.
15     Q.    Where was it located
16  physically?
17     A.    Southbury, Connecticut.
18     Q.    Let's move on to -- excuse
19  me.
20         PREP came into existence
21  when?  You say 2002?
22     A.    PREP came into existence --
23  I'm not exactly sure of the exact date.
24  I became familiar with PREP when we

52 (Pages 202 to 205)

CONFIDENTIAL

Page 206

```
1   merged.  It was a former Astra product.
2       Q.    So it's been around since at
3   least 1999?
4       A.    Yes.
5       Q.    With the PREP system, the
6   sales reps had to make a lot of these
7   arrangements themselves.  Correct?
8       A.    Yes.
9       Q.    They probably had to keep
10  track of certain arrangements on their
11  laptop outside of -- PREP didn't do that
12  for them, so they would have to do it in
13  some other type of system or just in
14  notes to themselves on their laptop?  How
15  would they do that?
16          MR. TORREGROSSA:  Objection
17  to form.
18          THE WITNESS:  I'm not sure
19  how each individual would have
20  managed that locally.
21          MR. TORREGROSSA:  Before you
22  go into another database, could we
23  take a break?
24          MR. SMITH:  Sure.
```

Page 207

```
1           - - -
2          (A recess was taken from
3   3:25 p.m to 3:35 p.m.)
4           - - -
5          MR. TORREGROSSA:  Before we
6   start, I was reminded that I need
7   to designate this deposition as
8   confidential under the protective
9   stipulation.  Obviously it
10  involves a currently marketed
11  drugs as well as sensitive
12  information about that drug.  So I
13  put that on the record.
14          And then before we start,
15  Mr. Smith, he has one more date
16  clarification for you that jogged
17  his memory about LectureBureau
18  Express.
19          MR. SMITH:  Is it your
20  position that everything in the
21  deposition today is confidential?
22          MR. TORREGROSSA:  My
23  position is that parts of it are,
24  and I will have to figure out how
```

Page 208

```
1   we're going to go about
2   designating the parts that are.
3          MR. SMITH:  So you will
4   designate parts of it as
5   confidential?
6          MR. TORREGROSSA:  That is my
7   understanding.  If you would like
8   the date clarification, we can
9   give that to you now, sir.
10  BY MR. SMITH:
11      Q.    Mr. Dowling, we're back on
12  the record.  I understand that you would
13  like to clarify some portion of your
14  earlier testimony.  Is this after
15  consulting with your attorney?
16      A.    It was the -- I was
17  struggling on the date, and it was around
18  the LectureBureau Express and when it was
19  created.  If you recall, I was thinking
20  very hard on that one, because the date,
21  the exact date was escaping me.  I
22  believe I said 2004, and I'm thinking
23  back to when my colleague, Mike Forst,
24  started working in that area.  It was
```

Page 209

```
1   2005 and that's when I think
2   LectureBureau Express went live.  I want
3   to clarify that.
4       Q.    With these systems,
5   ViewPoint, LectureBureau Express and
6   PREP, did any of these systems contain
7   approved slides or any other type of
8   presentation related to Seroquel?
9          MR. TORREGROSSA:  Objection
10  to form.  Compound.
11  BY MR. SMITH:
12      Q.    In other words, materials
13  approved by AstraZeneca to be used by the
14  speakers?
15      A.    Can you repeat the question,
16  please?
17      Q.    Sure.  Did any of these
18  three systems that we've just been
19  discussing contain slides or materials
20  approved by AstraZeneca for presentation
21  by the speakers?
22      A.    PREP was no.  The LB Express
23  system, from my understanding and the
24  usage that we've talked about, would be
```

CONFIDENTIAL

Page 210

1  no.  That's not a confirmation that Novus
2  might not have that information.  And
3  from the systems management side of
4  ViewPoint, I do not recall of any
5  document storage of that nature within
6  ViewPoint.
7      Q.    Would you agree that
8  AstraZeneca from time to time approved
9  slides or other presentation materials
10  for use by speakers?
11          MR. TORREGROSSA:  Objection
12  to form.  And also that's outside
13  the scope of this notice.  You can
14  answer in his individual capacity,
15  but it's not his function.  This
16  is an IT dep.
17          MR. SMITH:  Are you
18  directing him not to answer?
19          MR. TORREGROSSA:  No, I'm
20  not directing him not to answer.
21  I'm directing him to answer in his
22  individual capacity, not as a
23  30(b)(6).  His role is not
24  involved in the approving or

Page 211

1          whatnot with respect to speaker
2          slides.
3              Would you like the question
4          read back?
5          THE WITNESS:  I'm not
6      familiar with how speaker slides
7      would be managed.
8  BY MR. SMITH:
9      Q.    Who would know?
10      A.    I -- let me restate that.
11  I'm very unfamiliar with how that is done
12  and I don't want to go down the path of
13  who might know.
14      Q.    Turning to the NICE system,
15  is that a database maintained by
16  AstraZeneca?
17      A.    NICE is a system maintained
18  by AstraZeneca.
19      Q.    What kind of system is it?
20      A.    It's a voice recording
21  system.
22      Q.    Are these recorded voice
23  mails?
24      A.    No.

Page 212

1      Q.    Are there -- what
2  information regarding the voice mails is
3  in the system?
4          MR. TORREGROSSA:  Remember,
5      he's not the phone and voice mail
6      witness we're putting up.
7          THE WITNESS:  NICE does not
8      contain voice mail.
9          MR. SMITH:  It actually is
10      included within the description of
11      what he's to testify.
12          MR. TORREGROSSA:  Mr. Smith,
13      I'm not disagreeing with you that
14      this is the witness for NICE.  I'm
15      saying you're confused.  This is
16      not a system for voice mails and
17      this is not a witness for voice
18      mails.
19          MR. SMITH:  Okay.
20  BY MR. SMITH:
21      Q.    Do you agree that NICE is
22  not a system for voice mails?
23      A.    Yes.
24      Q.    Do you know what it is?

Page 213

1  What can you tell me about the NICE
2  system?
3      A.    NICE is a voice recording
4  system for calls received by the
5  information center from outside people.
6      Q.    Who are the users of the --
7  strike that.
8          Is this a public information
9  center?
10          MR. TORREGROSSA:  Public as
11      in --
12  BY MR. SMITH:
13      Q.    Can the public call in to
14  this information center?
15      A.    Yes.
16      Q.    Can AstraZeneca employees
17  such as PSSes call into this system?
18      A.    Yes.
19      Q.    Who are the users of the
20  system?
21          MR. TORREGROSSA:  The call
22      center?
23  BY MR. SMITH:
24      Q.    Who are the users of the

54 (Pages 210 to 213)

CONFIDENTIAL

Page 214

1  call center?
2      A.   Who calls the call center?
3      Q.   Who calls, yeah, okay.  We
4  want to know who calls the call center
5  and then we want to know who at
6  AstraZeneca accesses that information in
7  some way.  So let's break it down like
8  that.
9      A.   The call center can be
10  called by anybody, period.  It's a public
11  internal whatever.  The internal group,
12  as I call it the IC center, utilizes the
13  tools within the call center to do their
14  jobs.
15      Q.   What does NICE stand for?
16  It's an acronym?
17      A.   I know it as NICE.
18      Q.   I was thinking I-C in the
19  middle was information center?
20      A.   We just like to say things
21  like nice.
22      Q.   It's just going to be nice
23  to people that call in.
24          What types of calls?

Page 215

1      A.   Any call that is received by
2  our information center around inquiries
3  about AstraZeneca products explicitly.
4      Q.   So if a drugstore calls and
5  -- gets the number for AstraZeneca and
6  calls and says we're out of Seroquel, can
7  you send me some more, does that go
8  through the call center?
9      A.   My understanding from the
10  business process side, that call would
11  actually not be kept.  They would
12  transfer it to somebody who might be able
13  to help with the order.
14      Q.   If a consumer called in and
15  said I took Seroquel and something bad
16  happened, would that call be handled by
17  the call center?
18          MR. TORREGROSSA:  Objection
19  to form.
20          THE WITNESS:  Yes.
21  BY MR. SMITH:
22      Q.   Any other types of calls
23  that would be handled in the call center
24  and not referred out?

Page 216

1      A.   My understanding, the types
2  of calls received include what I've
3  heard as a doctor may ask, if they don't
4  have a sample, they may call and say
5  could you have somebody stop by for
6  samples.  That's one thing I've heard.
7  Other things, usually inquiries around
8  AstraZeneca, around the product level.
9      Q.   How about PIRs, would that
10  be handled by the call center?
11      A.   They could be handled by the
12  call center.
13      Q.   And why are the calls
14  recorded?
15      A.   Because of Arnold
16  Schwarzenegger.  The State of California
17  required that all -- I believe it's
18  consumer-based interactions, are required
19  to be recorded.
20      Q.   So would they record calls,
21  PIR calls from a doctor?
22      A.   The understanding I have,
23  the business put this in place, is they
24  record everything.  All calls they take,

Page 217

1  they record.
2      Q.   And where are the records of
3  these calls kept?
4      A.   They're in the -- help me
5  understand what you mean by "record"?
6      Q.   Where are the recordings
7  kept?
8      A.   They're kept in the NICE
9  system.
10      Q.   Which is maintained where?
11      A.   It's maintained in actually
12  Wilmington.
13      Q.   How long are the recordings
14  kept?
15      A.   We have all recordings.
16      Q.   When was the system
17  initiated?
18      A.   January 2005.
19      Q.   Was there any other system
20  to record calls prior to that?
21      A.   No.
22      Q.   Was there any other system
23  to record information about calls prior
24  to that?

55 (Pages 214 to 217)

CONFIDENTIAL

Page 218

1    A.    Yes.
2    Q.    Can you name that system?
3    A.    MACS.
4    Q.    So we'll talk about that
5  separately then.
6          Now, what is your
7  understanding of the function of the IC?
8    A.    My understanding of the
9  function of the IC is a place in which a
10  consumer and/or professional can call
11  with inquiries about AstraZeneca
12  products.
13    Q.    Is there an audit process
14  that would allow you to determine how the
15  call was responded to by AstraZeneca?
16    A.    Could you rephrase the
17  question?  I'm not clear what you're
18  asking.
19    Q.    Is there any sort of audit
20  process that would allow you to say that
21  a call came in from a certain -- if you
22  looked at all the calls that came in
23  today, would you be able to determine how
24  those calls were responded to and by

Page 219

1  whom?
2    A.    My understanding --
3    Q.    A month from now or two
4  months from now.
5          MR. TORREGROSSA:  We got
6     confused with this last time with
7     audit.  Is there any system that
8     tracks?
9  BY MR. SMITH:
10    Q.    Audits, tracks.
11    A.    Yes, that would be MACS.
12  What you're asking, my ability to say
13  what happened on that date and the
14  discussion?
15    Q.    What is NICE in relation to
16  MACS?  We'll have to distinguish those or
17  show how they work together.
18    A.    NICE is a voice recording
19  system.
20    Q.    Simply a voice recording
21  system?
22    A.    Correct.
23    Q.    And that's all it does, is
24  just records the calls?

Page 220

1    A.    Yes.
2    Q.    And data relating to the
3  call, then, is maintained in MACS?
4    A.    Yes.
5    Q.    And that's the only place
6  that the data is -- about the calls is
7  recorded, is in MACS.  Correct?
8    A.    Yes.  The recordings in
9  NICE, all information about the call
10  itself is entered into MACS.
11    Q.    When was MACS put into
12  operation?
13    A.    MACS was put into place in
14  April 2004.
15    Q.    2004?
16    A.    Yes.
17    Q.    NICE was put in place in
18  January of 2005?
19    A.    Yes.
20    Q.    Whose job is it to track
21  these calls?
22    A.    The information center.
23    Q.    And the information center
24  would use the MACS program to track these

Page 221

1  calls?
2    A.    When you say "track,"
3  meaning entering them and understanding
4  what they are and information around
5  them, yes.
6    Q.    Acting on them?
7    A.    Yes.  That is my
8  understanding of the business process,
9  there is some action, the information
10  center follows through on that.  But it's
11  not the tool.  That's the process around
12  the tool.
13    Q.    The MACS tool?
14    A.    Yes.  One point of
15  clarification.  You said -- you had asked
16  me PIR?
17    Q.    Yes, sir.
18    A.    PIR could be -- if somebody
19  calls in and has a PIR, it's entered and
20  sent to the Webster system is my
21  understanding.  That doesn't reside like
22  -- the PIR itself would be entered and
23  then managed through that process.
24    Q.    Would the Webster system

56 (Pages 218 to 221)

CONFIDENTIAL

Page 222

1   provide any feedback to the MACS system
2   as to what was done?
3       A.   What I understand, it's a
4   one-way system.  The PIR is tracked by
5   Webster.
6       Q.   Is there some system that
7   would take a telephone recording of an
8   adverse event and track that?
9       A.   No.
10      MR. TORREGROSSA:  Are you
11   asking the equivalent of a PIR
12   question, if there's an adverse
13   event that came in through the
14   call center, it's sent to somebody
15   else?
16      MR. SMITH:  I think he
17   answered the question.
18      THE WITNESS:  Could you
19   repeat it?
20   BY MR. SMITH:
21      Q.   The question was if an
22   adverse event came in through a call to
23   the call center, would it be tracked?
24      A.   I believe you said call

Page 223

1   recording.
2       Q.   I'm sorry?
3       A.   I thought you said call
4   recording.
5       MR. SMITH:  It's very
6   difficult to hear, I'm sure on
7   both sides.
8       THE WITNESS:  Was it call
9   recording?
10          - - -
11      (The court reporter read the
12   pertinent part of the record.)
13          - - -
14      THE WITNESS:  There is not a
15   tracking system that would track a
16   telephone recording.
17   BY MR. SMITH:
18      Q.   There is no system that
19   would track that recording?
20      A.   NICE would have the
21   recording.  There's no system --
22      Q.   We have to start all over
23   again.
24      The call comes in, a

Page 224

1   recording is made, and that's in NICE?
2       A.   Correct.
3       Q.   Now, the fact that a call
4   came in or the information contained in
5   the call, is that sent someplace
6   regarding an adverse event?
7       A.   Yes.
8       Q.   And where is that
9   information sent?
10      A.   An adverse event form would
11   be created or filled out similarly as we
12   talked about in the other systems, and
13   then it goes over to the drug safety and
14   I believe the system is CLINTRACE.
15      Q.   It would be filled out in
16   the IC?
17      A.   Yes.
18      Q.   An adverse event report
19   would be filled out and sent on?
20      A.   That's my understanding,
21   yes.
22      Q.   And then as far as the IC is
23   concerned, is there any review of the
24   records of adverse event calls to ensure

Page 225

1   that they all went to safety?
2       MR. TORREGROSSA:  Objection
3   to form.
4       THE WITNESS:  I don't know
5   the explicit business process that
6   would review, to answer your
7   question, a review process that
8   would occur.
9   BY MR. SMITH:
10      Q.   Is there a database where
11   you could look and see all of the adverse
12   event calls that came in to the call
13   center, came in to the IC regarding
14   Seroquel?
15      A.   I believe within the MACS
16   system, you would have the ability to
17   mark it as related to an adverse event.
18      Q.   And so you could do a query
19   in MACS to find all of the telephone
20   adverse event calls relating to Seroquel?
21      A.   I believe so.  My
22   understanding of adverse events is
23   they're sent to drug safety and managed
24   by the drug safety organization to ensure

57 (Pages 222 to 225)

CONFIDENTIAL

Page 226

1 that everything is followed through
2 properly.
3     Q.   Who on the IS side would be
4 the database administrator for MACS?
5     A.   I think it would be Tom
6 McCarthy.
7     Q.   Would you call NICE a
8 database?
9     A.   I would not.  I would call
10 it a voice recording system.
11     Q.   A voice recording system.
12 Who would be the administrator or manager
13 of that voice recording system?
14     A.   If there is a technical
15 support related issue around it, it would
16 fall to Alex Manganella or Holly Branham
17 to help with.  From a management of the
18 system, it operates -- its functions,
19 that would be the business side, that
20 would be Sandy Garlinski.
21     Q.   Just to be clear, we talked
22 about filling out an adverse event form
23 in the IC when one came in via telephone.
24 Are those calls ever transferred to

Page 227

1 someone over at safety rather than being
2 handled initially in the IC?
3     A.   Those types of calls, from
4 my understanding, business process wise,
5 are retained and managed by the IC.
6     Q.   Now, all that NICE does is
7 just record the call.  Right?  Is that
8 correct?  Or to put it another way, does
9 the NICE system have anything that tracks
10 these calls in any way or is that all
11 done through MACS?  That's what I'm
12 trying to understand.
13     A.   The NICE system records the
14 calls.  And you can retrieve that call
15 based on the -- you knew the phone number
16 that was called in on or a date and time
17 range.  And you could pull a call based
18 on a particular time.
19     Q.   But if you knew the name of
20 the caller, would you be able to find
21 that call?
22     MR. TORREGROSSA:  Objection
23     to form.
24     THE WITNESS:  No.

Page 228

1 BY MR. SMITH:
2     Q.   But you could search by
3 number or date.  Is that correct?
4     MR. TORREGROSSA:  NICE or
5     MACS?
6     MR. SMITH:  NICE.
7     MR. TORREGROSSA:  Can you
8     search by name or date?
9     THE WITNESS:  Within
10     NICE, you can search by a phone
11     number.  Based on the phone
12     number -- I want to clarify.  The
13     phone number that is picked up by
14     the NICE system when you call in
15     is automatically pulled through.
16 BY MR. SMITH:
17     Q.   It's like a caller ID?
18     A.   Correct.  And the
19 clarification is it comes through a
20 trunk, a trunk line.  Similarly -- I'll
21 use this hotel as an example.  If you
22 dial out of this hotel, I'm pretty sure
23 the number that the person receives is
24 not going to have this room number on it.

Page 229

1 They will have a number out of the trunk.
2 So the incoming call is based on whatever
3 it's trunked from.
4     Q.   If it's coming from a
5 person's home, will the system show the
6 identity of the caller, the NICE system?
7     A.   It would have the phone
8 number where the person is calling from.
9     Q.   But would it have the
10 identity of the caller?  Like caller ID.
11 When I said caller ID earlier, I wanted
12 to follow up on that to say if you get a
13 phone call at home, you have caller ID,
14 it shows who is calling.  Does the NICE
15 system just record the number or does it
16 also, if available, record the identity
17 of the caller?
18     A.   The NICE system records the
19 number.
20     Q.   So using the -- what is your
21 involvement with the MACS system?
22     A.   It's another system.
23     Q.   How familiar are you with
24 it?  How much work do you do with the

58 (Pages 226 to 229)

CONFIDENTIAL

Page 230

1  MACS system?
2      A.   It's another system that my
3  organization manages.
4      Q.   And somebody underneath you
5  is primarily responsible for handling
6  technical questions relating to the MACS
7  system?
8      A.   Care and feeding.
9      Q.   Care and feeding?
10     A.   Yes.
11     Q.   Is that Tom?
12     A.   He would be the -- as you
13  ask, he would be the database
14  administrator.
15     Q.   And that's the person who
16  cares and feeds the database?
17     A.   He's the administrator.  The
18  more technical work, as you asked before,
19  it would be Alex Manganella and Holly
20  Branham.
21     Q.   Now, if an adverse event
22  call comes in, somebody at the IC
23  center -- is there a -- is it anybody in
24  the IC center or are certain persons

Page 231

1  designated to take over if its an adverse
2  event call within the IC?
3      A.   I'm a little unfamiliar with
4  the business process and how that might
5  route through.
6      Q.   The identity of the caller,
7  of course, is entered into the MACS
8  system.  Right?
9          MR. TORREGROSSA:  Objection
10     to form.
11         THE WITNESS:  My
12     understanding is if the caller
13     volunteers that information, they
14     will enter it.
15  BY MR. SMITH:
16     Q.   So if available, it would be
17  entered into the MACS system?
18     A.   Yes.
19     Q.   And the information that is
20  put into the adverse event report, is
21  that information available within the
22  MACS system as searchable data?
23         MR. TORREGROSSA:  Could I
24     have that read back?

Page 232

1          - - -
2          (The court reporter read the
3      pertinent part of the record.)
4          - - -
5          MR. SMITH: I'll rephrase
6      the question.  Maybe it will
7      clarify it a bit.
8  BY MR. SMITH:
9      Q.   There are a number of fields
10  in the adverse event report.  Correct?
11         MR. TORREGROSSA:  That was
12     the reason for my question.  I
13     think it's stepping outside the
14     individuals' knowledge.
15  BY MR. SMITH:
16     Q.   Are you aware that there are
17  a number of fields in the adverse event
18  report?
19         MR. TORREGROSSA:  You can
20     answer that as an individual as
21     opposed to the 30(b)(6).
22         THE WITNESS:  I'm not
23     familiar with all the fields that
24     would be available.  It's not

Page 233

1  something that I'm dealing with at
2  the level the others are.
3  BY MR. SMITH:
4      Q.   I wasn't even going to give
5  you a quiz on that.  I was just going to
6  ask you in general, whatever the fields
7  are in an adverse event report, are all
8  those fields put into the MACS system,
9  whatever they are?
10         MR. TORREGROSSA:  Objection
11     to form and foundation.
12  BY MR. SMITH:
13     Q.   If you know.
14     A.   Since I don't know all the
15  fields that are on the adverse event
16  form, I cannot confirm they're all
17  entered in MACS.
18     Q.   But the administrator would
19  know?
20     A.   I believe the IC center
21  personnel would know.
22     Q.   And the IC center personnel
23  would know.
24         Would there be an ERD which

Page 234

1 would show how MACS relates to -- how
2 it's outputted to other systems or
3 accessed by other systems?
4      A.   The ERD would be about the
5 MACS system and how it relates to itself.
6 The table relationships.
7      Q.   Table relationships?
8      A.   Yes.
9      Q.   Would there be what I'm
10 calling a data map then, would be a
11 diagram which would show how the MACS
12 system relates to other systems at
13 AstraZeneca?  Does that make sense?
14      A.   It does make sense.
15      Q.   In other words, it would
16 show what the sources of data are for
17 MACS, that would be illustrated on the
18 diagram in some way, and then how the
19 information is shared with other systems,
20 or outputted, that would be indicated on
21 the diagram in some way?  Would that be
22 reasonable?
23           MR. TORREGROSSA:  Objection
24      to form.  Do you want it read

Page 235

1      back?
2           THE WITNESS:  No, I'm trying
3      to -- I would know that MACS would
4      have an ERD.  I would not be aware
5      of where a system relationship and
6      relationship diagram would exist.
7      I think it would be reasonable to
8      say one may.
9 BY MR. SMITH:
10      Q.   Have you seen such system
11 relation diagrams for MACS?
12      A.   I don't recall seeing any
13 system related diagrams.
14      Q.   Do you believe one would
15 exist?
16      A.   I believe it's reasonable
17 that one may exist.
18      Q.   Would you expect one to
19 exist for each of the databases that are
20 used by AstraZeneca?
21           MR. TORREGROSSA:  Objection
22      to form.  Take your time.
23           THE WITNESS:  Let me step
24      back on the MACS.  MACS is a

Page 236

1      validated system.
2 BY MR. SMITH:
3      Q.   Which means?
4      A.   Which means there would be
5 documentation to the effect that would
6 show you how data flows.
7      Q.   Okay.
8      A.   Step back and look at that
9 perspective, yes, that's part of the
10 process.
11      Q.   For each of the databases,
12 is that a standard practice within your
13 organization, that you would have an
14 information flow chart for each system, a
15 system flow chart, which I'm calling it
16 data map and you're calling it, I think,
17 a system flow chart?
18           MR. TORREGROSSA:  And I'm
19      calling it very confusing.
20      Objection to form.
21           THE WITNESS:  I would say
22      that not every database that we're
23      talking about would necessarily
24      have a data flow chart.

Page 237

1 BY MR. SMITH:
2      Q.   Or diagram?
3      A.   Diagram.  That's not to say
4 there wouldn't be an ERD for a database.
5      Q.   But if I'm understanding you
6 correctly, the ERD is something that is
7 internal to the system.  Is that correct?
8      A.   Yes.
9      Q.   It describes the
10 relationships in the tables?
11      A.   Yes.
12      Q.   And between the tables
13 within the system?
14      A.   Yes.
15      Q.   But it doesn't -- but the
16 ERD doesn't include sources outside the
17 system and it doesn't include other
18 systems which can access the target
19 systems.  Is that correct?
20      A.   Correct.
21      Q.   But in some cases there are
22 system flow diagrams, but not for all
23 systems at AstraZeneca.  Is that correct?
24      A.   Correct.

CONFIDENTIAL

Page 238

1      Q.   Is the business owner for
2  MACS someone within the IC?
3      A.   Yes.
4      Q.   Do you know who that person
5  would be?
6      A.   A person who I know oversees
7  that area would be Grant Andes.  Senior
8  director.
9      Q.   Is MACS an AstraZeneca
10 system or is it obtained from an outside
11 vendor?
12     A.   MACS is another tool from
13 the Siebel systems called Siebel
14 Information Center.
15     Q.   And what is Siebel
16 Information Center?  This is the first
17 time we heard that term today.
18     A.   Going back to earlier when
19 you talked about Siebel with Touchstone.
20 Siebel makes a tool, they make --
21 obviously a company that makes a lot of
22 tools like this.  This one is built for a
23 call center type system for a call center
24 to enter information based on calls.

Page 239

1      Q.   So the Siebel Information
2  Center is not synonymous with MACS but
3  MACS is based on the Siebel Information
4  Center.  Is that correct?
5      A.   Let me rephrase that.  MACS
6  is the name that AstraZeneca has given to
7  their implementation of the Siebel call
8  center.  Sorry about that.
9      Q.   So the Siebel call center
10 would be used by other organizations?
11     A.   Absolutely.
12     Q.   And when AstraZeneca
13 purchased it, then did they make whatever
14 modifications they felt were necessary to
15 make it work for AstraZeneca?
16     A.   Yes.
17     Q.   And Grant, could you spell
18 his last name?
19     A.   A-N-D-E-S.
20     Q.   Andes?
21     A.   Yes.
22     Q.   So Mr. Andes would be --
23 would have been involved in telling
24 Siebel what AstraZeneca needed and

Page 240

1  working with them to get a system that
2  met AstraZeneca's needs for their call
3  center.  Is that correct?
4      A.   He would be today.
5      Q.   He would be today.  Was
6  there a predecessor -- was preliminary
7  work done prior to his tenure in that
8  position by someone else?
9      A.   I know who Grant is.  I'm
10 sorry, the name that comes to mind is
11 Frank.  I can't remember his last name.
12     Q.   I appreciate your trying.
13 If you don't remember, that's okay.
14          What are the sources of
15 information for the MACS system other
16 than the information relating to the call
17 itself?  For example, would the MACS
18 system contain information about Seroquel
19 in some fashion?
20          MR. TORREGROSSA:  Objection
21     to form.
22          THE WITNESS:  There would be
23     information in the record around
24     the products explicitly.  Each

Page 241

1          record is actually around a
2          product.
3  BY MR. SMITH:
4      Q.   So there is a Seroquel
5  record, is that what you're saying?
6      A.   Yes.
7      Q.   And for the Seroquel record,
8  obviously we're focused on that, in that
9  record, is there going to be information
10 such as what are the adverse events
11 contained in the labeling, the approved
12 labeling for the product?  Does that make
13 any sense?
14     A.   It doesn't.  If you could
15 restate the question.
16     Q.   Let's say if the labeling
17 contained a reported adverse event
18 associated with Seroquel such as diabetes
19 or pancreatitis or tardive dyskinesia,
20 would that information be somewhere in
21 the MACS system?
22          MR. TORREGROSSA:  As an
23     entry about the call or
24     separately?

61 (Pages 238 to 241)

CONFIDENTIAL

Page 242

1    MR. SMITH:  As another
2    source of information in the
3    system.
4    MR. TORREGROSSA:  Okay.  I
5    think there's some confusion, but
6    I'll just object to form and let
7    him answer.
8    BY MR. SMITH:
9    Q.   Let me go about it another
10   way.  When somebody at the IC receives a
11   telephone adverse event report, what
12   tools do they use to evaluate -- strike
13   that.
14        What tools do they use to
15   fill in the blanks in the adverse event
16   report?
17        MR. TORREGROSSA:  I'll
18   object to form and say he could
19   answer on an individual basis.  I
20   think it's stepping outside of the
21   system itself and into drug safety
22   surveillance, but he could answer
23   on an individual basis.
24        MR. SMITH:  He is here as a

Page 243

1    corporate representative.  It's
2    not really helpful to say he's
3    answering on his own.
4    BY MR. SMITH:
5    Q.   Mr. Dowling, does the MACS
6    system contain information or tools that
7    people in the IC can use in processing an
8    adverse event call?
9    A.   The MACS system allows you
10   to enter the information on the caller.
11   They provide it.  It allows you to enter
12   notes around that call.
13   Q.   Is that in the form of a
14   script?  Does it follow a checklist type
15   format?  You start with the caller's name
16   if he'll give it to you?
17   A.   My understanding, I don't
18   know the exact scripts the business uses,
19   when you talk to an individual, that's
20   the process they use, but my general
21   understanding is you would ask for the
22   name, as we mentioned earlier, and if
23   they give it, you would write it in there
24   or it would not be written in there.

Page 244

1    Q.   There's a graphical
2    interface and they're filling in blanks?
3    A.   Yes.
4    Q.   Is there also a script in
5    the sense that an operator at the -- or
6    the person taking the call asks certain
7    questions to the caller -- of the caller?
8    A.   My understanding is the
9    operators are trained to be able to take
10   a call and would ask certain questions.
11   I don't know what those are.
12   Q.   In other words, does the
13   system itself prompt the person who is
14   taking the call to ask certain questions
15   or to do certain things?
16        MR. TORREGROSSA:  Does the
17   MACS system?
18        THE WITNESS:  What I know is
19   it allows you to enter information
20   about the call, who is calling and
21   that nature.  Notes about the
22   call, things you talked about.  It
23   doesn't explicitly allow you to --
24   prompt you to ask questions.  I

Page 245

1    would have to find out.  I'm not
2    as familiar with that.
3    BY MR. SMITH:
4    Q.   Who would you ask about
5    that?
6    A.   I would ask Susan Bonnett.
7    Q.   Barnett?
8    A.   Bonnett.
9    Q.   Bonnett.
10        Other than NICE and MACS,
11   what other tools do people in the IC
12   taking calls have at their disposal for
13   handling these calls?
14   A.   KNOWBOL.
15   Q.   KNOWBOL?  And KNOWBOL is
16   what?
17   A.   It's a knowledge-based
18   repository.  It's a document storage for
19   information and what they can talk about.
20   Q.   And what else?
21   A.   That's it.
22   Q.   That's where I was going
23   earlier.  That will help us, I think,
24   because when I was asking about do they

62 (Pages 242 to 245)

CONFIDENTIAL

Page 246

1  have access to the information for the
2  drug, that might be available through
3  KNOWBOL.  Does that make sense now, that
4  certain information about Seroquel would
5  be available to the --
6      A.   Yes.
7      Q.   Can I call that person an
8  operator?
9      A.   I will accept that, yes.
10     Q.   I'll call that person an
11 operator, I hope that's fine.
12         So that person could obtain
13 information about the drug product
14 Seroquel through KNOWBOL if it would help
15 them do their job.  Right?
16     A.   Yes.
17     Q.   Do you know what kinds of --
18 well, I'm going to -- let me ask a couple
19 of more questions about MACS and then go
20 on to KNOWBOL and see if we can separate
21 them that way so we don't get confused.
22         Who does the training for
23 MACS?
24     A.   I know there's training that

Page 247

1  is performed as they train the operators
2  as we refer to them here.  I'm not sure
3  exactly who does it.  It's within the
4  business area.
5      Q.   There would be documentation
6  of the training?
7      A.   That is my understanding.
8      Q.   And there would be
9  documentation of the relationships
10 between data within tables and between
11 tables in the MACS system, there would be
12 documentation describing those
13 relationships.  Correct?  Some sort of an
14 ERD?
15     A.   Yes.  Again, I want to make
16 sure it's clear that you separated the
17 business -- you went to the IS side where
18 you would look differently than you would
19 do on the business side.  Using the tool
20 versus managing or making sure it's
21 operational.
22     Q.   Okay.  I got you.  So we
23 were talking about documentation, we were
24 talking about training and then we were

Page 248

1  talking about how the system works.  And
2  we talked earlier about you believe that
3  there was probably a diagram which would
4  show the flow between MACS and other
5  systems.  Right?
6      A.   I think one may -- it may
7  exist.  And again, that's within the
8  validated system.  As being a validated
9  system, that would exist, yes.
10     Q.   Are some of these systems
11 unvalidated, when I say "these systems,"
12 the ones that we're talking about today?
13     A.   Yes.
14     Q.   Which ones are not
15 validated, which will help me understand
16 what we mean by "validation"?
17     A.   Touchstone, Compass,
18 SnapPharma, most of Northstar.  PREP.  I
19 would have to verify on ViewPoint and
20 LectureBureau Express.
21     Q.   Maybe an example, a starting
22 point might be with Northstar, parts of
23 it are validated and parts are not?
24     A.   Correct.

Page 249

1      Q.   Could you explain to me the
2  differences there?
3      A.   The part that is validated
4  with Northstar -- and actually let me
5  step back.
6          Touchstone also would have
7  the validated components similar to
8  Northstar.  The validated components are
9  the sampling ordering process that
10 AstraZeneca uses in which the PSS would
11 go in a doctor's office and have an order
12 for samples, the doctor would sign.  That
13 sample order is the validated process.
14 It's to -- it would make sure that that
15 sample order is transmitted and what is
16 taken would be sent through.  That's the
17 validated process.
18     Q.   And if the PSS -- can he
19 make some notes about his perception of
20 the doctor in a free form fashion in
21 Touchstone?
22     A.   Yes.
23     Q.   Call notes?
24     A.   Yes.

63 (Pages 246 to 249)

CONFIDENTIAL

Page 250

1    Q.    And those are not validated?
2    A.    No.
3    Q.    Because they don't go
4 anywhere, nobody else is directly acting
5 upon that. Is that right?
6    A.    Correct.
7    Q.    So validation is kind of
8 like tracking or auditing that we were
9 talking about earlier?
10    A.    Yes. Now, I want to comment
11 on validation. Validation meets
12 regulatory requirements by the
13 government.
14    Q.    So the AZER system is a
15 validated system?
16    A.    No. AZER is not validated.
17    MR. TORREGROSSA:  Do you
18    need more time?
19    THE WITNESS:  Yes, I'm a
20    little confused on the question.
21    I thought you asked me -- which
22    ones are or are not?
23 BY MR. SMITH:
24    Q.    I think we were talking

Page 251

1 about the ones that --
2    - - -
3    (Interruption.)
4    - - -
5 BY MR. SMITH:
6    Q.    Mr. Dowling, the question
7 was, which ones are not validated?  And
8 your answer was Touchstone, Compass,
9 SnapPharma, most of Northstar and you
10 said you would have to check on ViewPoint
11 and LectureBureau Express.  And then you
12 said part of Touchstone was validated and
13 part of it was not.
14    MR. TORREGROSSA:  Is that
15    what you --
16    THE WITNESS:  Let me go back
17    and review that again just to make
18    sure. MACS is validated. KNOWBOL
19    is not. NICE I would have to
20    verify. AZER, I believe, is not,
21    but I would have to verify also.
22 BY MR. SMITH:
23    Q.    And ViewPoint?
24    A.    I would have to verify.

Page 252

1    Q.    LectureBureau Express?  You
2 said you would have to verify on
3 ViewPoint and LectureBureau Express?
4    A.    Yes. PREP is not.
5    Q.    SAP?
6    A.    Is.
7    Q.    ICON, did you say whether it
8 was or was not?  We haven't really talked
9 about that yet.
10    A.    ICON is no longer in
11 operation.  I would have to verify it was
12 validated.
13    Q.    Let's talk about KNOWBOL.
14 Is that KNOW as K-N-O-W and then B-O-L?
15    A.    Yes. That's the spelling as
16 I know it.
17    Q.    Do you know what that stands
18 for?
19    A.    I'll tell you what it does.
20    Q.    Okay. I'll except that.
21    A.    It's a knowledge-based
22 repository.
23    Q.    What are the sources for the
24 KNOWBOL system?

Page 253

1    A.    In the context of the
2 conversations we've had, the sources --
3 there are no system feeds to KNOWBOL.
4 That's what you're referring to as
5 sources?
6    Q.    Okay. So what kind of
7 information -- what kind of knowledge is
8 in this knowledge database?
9    A.    Documents are entered.
10    Q.    Are they images of documents
11 or are we talking something else?
12    A.    No. They're documents. As
13 an example, Word, Microsoft Word document
14 can be entered into KNOWBOL.
15    Q.    So it would be searchable by
16 Word, all of the language would be
17 searchable in these documents?
18    MR. TORREGROSSA:  Objection
19    to form. Foundation.
20    THE WITNESS:  No.
21 BY MR. SMITH:
22    Q.    No.
23    A.    KNOWBOL accepts Word
24 documents, Microsoft Excel documents.

CONFIDENTIAL

Page 254

1 There's a pdf which is Adobe.  The
2 Microsoft Adobe makes a pdf
3 functionality.  And it accepts html,
4 meaning Web documents.  And you can put
5 Web links into the system.
6      Q.    How is the system used?
7      A.    The administrator, and that
8 would be the business administrator,
9 would take a new document that they would
10 use in the information center and input
11 it in there through the tool, upload it
12 into the tool, and then it would store
13 the document.  And it has automated
14 keyword search features in that allows
15 it to identify keywords within the
16 document.
17      Q.    Are you restricted to the
18 keywords in your searching capabilities?
19      A.    My understanding is no.  It
20 doesn't allow you to do keywords on pdf
21 files.
22      Q.    And in general, if you take
23 an Acrobat -- if you take a pdf document,
24 you can search it these days.  Right?

Page 255

1      A.    In the native tool of Adobe.
2      Q.    Yes.  But not in KNOWBOL?
3      A.    Right.  That application
4 does not have the ability to read the
5 text within the pdf file itself where it
6 can do it in Word.
7      Q.    So who would take the pdf
8 documents and provide the keywords by
9 which they would be indexed?
10      A.    My understanding of pdf
11 files that are contained in KNOWBOL are
12 by title search, document name.
13      Q.    Not the contents?
14      A.    That is my understanding.
15      Q.    So when I was talking
16 earlier about images that we know now
17 that wasn't correct, but it sounds like
18 you're describing a warehouse for
19 documents as opposed to a system that can
20 search the contents of the documents?
21      A.    The system builds the
22 capabilities to search those documents
23 that they can build keyword searching on.
24 As an example, Word or Excel were input,

Page 256

1 it would build the keyword searching
2 features on those.
3      Q.    Who are the users besides
4 the IC department?
5      A.    For that tool, it's the IC
6 department.
7      Q.    Strictly IC?
8      A.    That is my understanding.
9      Q.    Who puts these documents in
10 KNOWBOL?
11      A.    My understanding is there is
12 two people in the IC department who can
13 actually enter the documents and have the
14 administrative access to do that.
15      Q.    Is there some way that
16 medical affairs can input documents into
17 KNOWBOL?
18      A.    Medical affairs, as I
19 understand it, is not using that tool.
20 Therefore, the answer being that the two
21 administrators in IC could do it.  They
22 could not do that.
23      Q.    There are two persons in the
24 IC who can upload documents to the

Page 257

1 KNOWBOL system.  Correct?
2      A.    That is my understanding.
3      Q.    Do you know how and where
4 they obtain those documents?
5      A.    I am not familiar with the
6 process of exactly how they obtain any
7 document they can use.
8      Q.    Do you know what types of
9 documents with regard to subject matter
10 are placed in the database?
11      A.    In general, it's information
12 about the products.
13      Q.    Would it contain labeling
14 information, current labeling information
15 for the product?
16      A.    I would believe so.
17      Q.    Would it contain medical
18 articles relating to the product?
19      A.    In terms of what documents
20 and exactly every one they would put in
21 there, I'm really not that familiar with
22 that.  It's a business decision on which
23 ones they would store in there.  I know
24 it would manage the documents and allow

CONFIDENTIAL

Page 258

1  them to handle -- you know, do that
2  searching we talked about.
3      Q.   Is there a site where people
4  outside the IC can look at medical
5  articles on Seroquel, like a Web site?
6          MR. TORREGROSSA:  Is there
7      an Intranet site where AZ
8      employees --
9  BY MR. SMITH:
10     Q.   Is there an internal site
11  where AZ employees, disregarding the IC
12  for now, can look at medical articles on
13  Seroquel?
14         MR. TORREGROSSA:  I believe
15     that's covered by Mr. Draper, but
16     I'll let Mr. Dowling confirm that.
17         THE WITNESS:  Actually, from
18     that point in the area, I'm not
19     familiar in terms of how that type
20     of information is managed.
21         MR. TORREGROSSA:  There
22     is -- I believe there is
23     something, perhaps not an
24     Intranet, but something that can

Page 259

1      be used, and I believe Mr. Draper
2      can talk about that access to that
3      information.
4  BY MR. SMITH:
5      Q.   Is there a medical
6  dictionary, for example, that is
7  available on an Intranet site to
8  AstraZeneca employees?
9      A.   I'm not familiar with
10  anything along those lines.  It's not
11  something I'm familiar with in terms of
12  the content.
13         MR. TORREGROSSA:  When you
14     get to a convenient point.  We've
15     been going over an hour.
16         MR. SMITH:  Let's take a
17     break.
18                   - - -
19         (A recess occurred 4:43 p.m.
20     to 4:52 p.m.)
21                   - - -
22  BY MR. SMITH:
23     Q.   Yes, sir.
24     A.   You asked me a couple of

Page 260

1  questions about KNOWBOL and NICE in terms
2  of their names and what they stand for.
3  I went ahead and called --
4      Q.   I appreciate that.
5      A.   I called Sandy Garlinski on
6  NICE.  It's NICE.  It's the name of the
7  company.  It's a third-party tool we
8  purchased.  It's the name of the company
9  that actually provides us the tool.  It's
10  called NICE Systems.  That's what it is.
11     Q.   You said Sandy?
12     A.   Garlinski.
13     Q.   Who is she?
14     A.   She's the administrator, the
15  person who manages the NICE system in
16  terms of the recording.
17     Q.   She's in IC?
18     A.   She's in the IC center.
19         The KNOWBOL is Knowledge
20  Base Online.
21     Q.   And that's only accessible
22  to -- the only users are in the call
23  center.  Right?
24     A.   Yes.

Page 261

1      Q.   I have a few more questions
2  about KNOWBOL then.  Can you give me
3  examples of any other types of
4  information that are in KNOWBOL?
5      A.   What I know about KNOWBOL,
6  as I mentioned earlier, it stores the
7  document types.  And the document types I
8  understand that are stored in there are
9  Word, Excel, pdf, html, and it can store
10  Web links.  And of those, html, Excel and
11  Word can be built, when you enter them,
12  it develops a keyword search around the
13  documents.
14     Q.   Do you know who developed
15  the keyword search, the keywords?
16     A.   I do not.  It would be -- I
17  assume somebody in the IC center.
18     Q.   Who is the vendor?
19     A.   Of KNOWBOL?
20     Q.   Yes, sir.
21     A.   You mean who built the
22  product?
23     Q.   Yes, sir.  It might have
24  been in-house for all I know.

66 (Pages 258 to 261)

CONFIDENTIAL

Page 262

1    A.   It's not in-house.  The
2 actual vendor name I would not know.
3 It's a third-party tool we purchased.
4    Q.   When was it put in place?
5    A.   That -- I would have to find
6 out about that.
7    Q.   Can you tell me about any
8 documentation that exists for KNOWBOL?
9         MR. TORREGROSSA:  Around the
10    system?
11        MR. SMITH:  Yes.
12        THE WITNESS:  Yes.  As a
13    third-party product, it would be a
14    system documentation.  I would
15    not -- I would have to find out
16    exactly what the document names
17    were.
18 BY MR. SMITH:
19    Q.   What type of database is it?
20    A.   My understanding of the
21 database, it's proprietary to the tool
22 itself.
23    Q.   Where is the server?
24    A.   The server for KNOWBOL, it's

Page 263

1 in a data center.  It's either -- I
2 believe it could be in the Southbury data
3 center, but it could also -- I will -- it
4 could be in the AstraZeneca data center
5 in Wilmington, also.  It could be in one
6 or the other.  It's in one of our data
7 centers.
8    Q.   How would a user from IC
9 find a document in KNOWBOL?
10    A.   They would bring it up and
11 -- it's a search tool.  In other words,
12 it's to search documents.
13    Q.   It can search for keywords?
14    A.   Right.
15    Q.   Is there any other way to
16 search it?
17    A.   From my understanding of the
18 usage, it would be a keyword search tool,
19 but I believe you could search -- it's
20 just a document, if you had the document
21 name.
22    Q.   Like types of documents,
23 like if they wanted to search for
24 labeling information or if they wanted to

Page 264

1 search for medical articles or if they
2 wanted to search for general medical
3 information, are there categories of
4 information like that so that they could
5 go into a particular area?  Say there is
6 a table of contents, they can go into
7 some area there and look at certain types
8 of documents?
9    A.   My understanding is you
10 would open up the tool and type in a
11 keyword, as an example "label," and it
12 would pull up the labels.
13    Q.   And is there any interface
14 that you're aware of between KNOWBOL and
15 medical affairs?
16    A.   Systems interface, no.
17    Q.   Just in case, in the MACS
18 system, is it my understanding that there
19 is not a script that the operators
20 follow?
21        MR. TORREGROSSA:  Objection
22    to the form, your understanding.
23        THE WITNESS:  My
24    understanding is I'm not aware of

Page 265

1    what scripts they may follow.
2 BY MR. SMITH:
3    Q.   So there could be some, but
4 you're not aware of them.
5    A.   That would be the business
6 side of how they do that, how they do
7 their job.
8    Q.   One last thing for the day.
9 I understand that your counsel basically
10 has instructed you not to talk about
11 production of documents in this case, but
12 may I ask you if you know who at
13 AstraZeneca is responsible for collecting
14 the documents for production in this
15 case?  Because this is outside of your
16 area of knowledge.  Who would be the
17 person at AstraZeneca who would be most
18 knowledgeable about the document
19 production and how it's going?
20        MR. TORREGROSSA:  You can
21    answer that in your individual
22    capacity if you know.
23        THE WITNESS:  Explain that.
24    Explain the question again.

67 (Pages 262 to 265)

Page 266

BY MR. SMITH:
2   Q.   As far as producing
3 documents in this litigation, have you
4 heard the term "custodial production"?
5   A.   It sounds like a legal term.
6   Q.   Okay.  Do you know who is --
7 who at AstraZeneca is chiefly responsible
8 for collecting documents to provide to
9 the plaintiffs in this litigation?
10      MR. TORREGROSSA:  Or to the
11      defense lawyers to give to the
12      plaintiffs.
13      MR. SMITH:  Same difference.
14      MR. TORREGROSSA:  Okay.
15      MR. SMITH:  You can give
16      them to us directly if you'd like.
17      MR. TORREGROSSA:  We decline
18      your invitation.
19      THE WITNESS:  Explicitly I
20      would look at our internal
21      counsel, Kathy Connelly, as the
22      person I would work with in that
23      capacity.
24 BY MR. SMITH:

Page 267

1   Q.   And as far as an IT person,
2 an IS person, do you know who --
3 apparently it's not yourself -- or I
4 should ask, are you involved in the
5 document production as far as gathering
6 documents to give to your lawyers to give
7 to the plaintiffs?
8      MR. TORREGROSSA:  You can
9      answer that in your individual
10      capacity and you can answer it yes
11      or no.  Are you involved in
12      gathering your documents to give
13      in to the litigation?
14      THE WITNESS:  Yes.
15 BY MR. SMITH:
16   Q.   And other than yourself, who
17 would be the person chiefly responsible
18 for gathering that information, and other
19 than your inside counsel?
20      MR. TORREGROSSA:  In
21      gathering all the documents,
22      you're talking about everything
23      here?
24      MR. SMITH:  Right.  I assume

Page 268

1 there is somebody in charge of the
2 process other than the lawyers.
3      MR. TORREGROSSA:  In your
4      individual capacity, if you know.
5      THE WITNESS:  If I
6      understand the question, the
7      person in IS --
8      MR. TORREGROSSA:  No, that's
9      not the question.  It's not the
10      person in IS.  It's all documents.
11      If you know the person who is the
12      most knowledgeable about gathering
13      all the AstraZeneca documents for
14      production in this products
15      liability litigation, that's the
16      question.
17 BY MR. SMITH:
18   Q.   Let's do this.  How about if
19 I ask you is somebody in IS tasked with
20 the job of basically functioning as some
21 sort of a liaison or a central person for
22 the purposes of collecting documents to
23 produce to the plaintiffs in the
24 litigation?  Does that make any sense?

Page 269

1      MR. TORREGROSSA:  I'm having
2      trouble here.
3 BY MR. SMITH:
4   Q.   Is there an IS person who is
5 in charge of the process from the IS
6 standpoint?
7      MR. TORREGROSSA:  Working
8      with the legal department to
9      produce documents in this
10      litigation.
11      MR. SMITH:  That's
12      reasonable.
13      MR. TORREGROSSA:  If you
14      have that knowledge, you can give
15      that knowledge as a name.
16      THE WITNESS:  Kathy Collins.
17 BY MR. SMITH:
18   Q.   She's in the IS department?
19   A.   Yes.
20   Q.   What is her job other than
21 that?  What is her title?  Kathy Collins?
22   A.   Yes.  She's a director in
23 the SPKS organization, S-P-K-S we
24 mentioned earlier.  I couldn't quote you

CONFIDENTIAL

Page 270

1    Kathy's exact title.
2        Q.    Could you spell me again
3    what SPKS is in case we didn't cover that
4    earlier, or describe it?
5        A.    I'll describe it.
6        Q.    Okay.  That's good enough.
7    I know you'll come back tomorrow morning
8    and say you remember what it is or you
9    found out, but just for now.
10        A.    The group, Kathy's group,
11   works with our legal organization from an
12   IS perspective.  In other words, they --
13        MR. TORREGROSSA:  Don't
14   reveal -- just what they do.
15   Their name, that's it.  No legal
16   disclosure of any communications
17   or anything beyond that.
18        MR. SMITH:  All right.  Why
19   don't we adjourn until 9:00
20   tomorrow morning, same place.
21        (Witness excused.)
22        (Deposition concluded at
23   approximately 5:06 p.m.)
24

Page 271

1        CERTIFICATE
2
3
4        I HEREBY CERTIFY that the
5    witness was duly sworn by me and that the
6    deposition is a true record of the
7    testimony given by the witness.
8
9
10   _____
     Linda Rossi Rios,
11   A Federally Approved Registered
     Professional Reporter and
12   Notary Public
     Dated:  May 9, 2007
13
14
15        (The foregoing certification
16   of this transcript does not apply to any
     reproduction of the same by any means,
17   unless under the direct control and/or
     supervision of the certifying reporter.)
18
19
20
21
22
23
24

Page 272

1        INSTRUCTIONS TO WITNESS
2
3        Please read your deposition
4    over carefully and make any necessary
5    corrections.  You should state the reason
6    in the appropriate space on the errata
7    sheet for any corrections that are made.
8        After doing so, please sign
9    the errata sheet and date it.
10        You are signing same subject
11   to the changes you have noted on the
12   errata sheet, which will be attached to
13   your deposition.
14        It is imperative that you
15   return the original errata sheet to the
16   deposing attorney within thirty (30) days
17   of receipt of the deposition transcript
18   by you.  If you fail to do so, the
19   deposition transcript may be deemed to be
20   accurate and may be used in court.
21
22
23
24

Page 273

1        - - - - - -
         E R R A T A
2        - - - - - -
3    PAGE  LINE  CHANGE
4    ____  ____  _____
5    ____  ____  _____
6    ____  ____  _____
7    ____  ____  _____
8    ____  ____  _____
9    ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____

69 (Pages 270 to 273)