Page 317

1  with pricing?
2       MR. TORREGROSSA: Objection.
3       Scope. This is one of the
4       databases covered by Mr. Draper.
5  BY MR. SMITH:
6    Q.  You can answer the question
7  if you can. Would you?
8    A.  I'm not familiar with AMOS.
9    Q.  Are you familiar with a
10 pricing database?
11      MR. TORREGROSSA: Objection
12      to form.
13      THE WITNESS: There is an
14      application called Pricing. I'm
15      not as familiar with the details.
16 BY MR. SMITH:
17   Q.  Who is the business owner of
18 that application?
19   A.  I'm not familiar with who
20 the exact business owner of that
21 application would be.
22   Q.  Who is the business
23 consultant for that within IS, for that
24 application?

Page 318

1    A.  The business consultant who
2  may -- there's some recent changes. The
3  client partner in the area that I know
4  would have been Chuck Boohar.
5    Q.  Could you spell that last
6  name?
7    A.  B-O-O-H-A-R.
8    Q.  And you say "client
9  partner," can you explain what client
10 partner means?
11   A.  Yes. Client partner would
12 be similar to a business consultant, that
13 would be a manager of an area. They
14 would be the -- they would manage the
15 business consultants.
16   Q.  They would be the
17 supervisors of the business consultants?
18   A.  Yes.
19   Q.  Is there a database manager
20 for the Pricing application?
21   A.  If it's an Oracle database,
22 it would be covered by our DBA and most
23 likely Tom McCarthy.
24   Q.  Do you know whether it is an

Page 319

1  Oracle database?
2    A.  I do not have that
3  information today.
4       MR. TORREGROSSA: Mr. Smith,
5       this area is outside of what Mr.
6       Dowling is here to talk about. If
7       you want to talk to me a little
8       bit more about what you're after,
9       we may be able to provide you some
10      more information. I don't think
11      pricing was ever on the radar
12      screen between the parties.
13      MR. SMITH: We need to know
14      about all of the databases and
15      applications that AstraZeneca uses
16      or used, and two persons have been
17      designated by AstraZeneca to
18      provide information about those.
19      One is Mr. Dowling and the other
20      is Mr. Draper. I don't know if
21      pricing fits within either of Mr.
22      Dowling's or Mr. Draper's
23      bailiwick. And if not, then we
24      would ask that you produce

Page 320

1  somebody else to give us
2  information about that.
3       MR. TORREGROSSA: I'm not
4       agreeing or disagreeing with you.
5       If you give me a little bit more
6       about what you're after, I can
7       take it back to my people and we
8       can talk about it. This hasn't
9       come up between the parties.
10      MR. SMITH: We're going to
11      want to know the same basic
12      information about the Pricing
13      application as we do about the
14      other databases. We want to know
15      what it is, what it's used for and
16      who uses it.
17      MR. TORREGROSSA: And I'm
18      not disagreeing or agreeing with
19      you.
20      MR. SMITH: And how it's
21      linked to other systems.
22      MR. TORREGROSSA: Let's talk
23      after the deposition.
24      MR. SMITH: I'm happy to

Confidential - Jon Dowling

Page 321

1    talk about it later.
2        THE WITNESS: Could we take
3        a quick break?
4        MR. SMITH: Absolutely.
5        - - -
6        (A recess was taken from
7        9:53 a.m. to 10:05 a.m.)
8        - - -
9    BY MR. SMITH:
10       Q. Let's turn to something
11   else. I want to talk about retention
12   policies again. Can you tell me what
13   your retention policy is for e-mail?
14       MR. TORREGROSSA: Objection.
15       Scope. Privilege, work product.
16       You can answer the question with
17       respect to the business company
18       policies on retention of e-mail.
19       THE WITNESS: The retention
20       policies on e-mail are what is
21       called active life, which is as
22       long as you deem that needing to
23       be active. Otherwise, delete it.
24   BY MR. SMITH:

Page 322

1        Q. And the person who makes the
2    determination as to whether e-mail has an
3    active life or not?
4        A. Is the individual receiving
5    the e-mail.
6        Q. So that means each
7    individual sets his own retention policy
8    for e-mail?
9        MR. TORREGROSSA: Objection
10       to form. Mischaracterizes.
11       THE WITNESS: No, the policy
12       is active life, based on what
13       e-mail you receive and what is
14       contained in it.
15   BY MR. SMITH:
16       Q. I don't understand. How
17   would you determine what the active life
18   is for your e-mails?
19       A. How would I determine that?
20       Q. How would one determine
21   that?
22       A. Based on my experience and
23   -- that is the value of the information
24   in the e-mail in doing my job.

Page 323

1        Q. I guess I'm trying to say,
2    wouldn't you have to look at each and
3    every e-mail to determine whether the
4    information still had an active life or
5    not?
6        A. I can answer that for me.
7        Q. Yes, sir.
8        A. If I read an e-mail, I may
9    save it for the reference later as a
10   project or something around the project.
11   If I got an e-mail from a colleague that
12   says what are you doing for lunch, I'm
13   not necessarily going to retain that
14   information. It just fills up your
15   e-mail.
16       Q. Assume you don't delete it
17   immediately or the next day, is it ever
18   going to get deleted, the e-mail about
19   the lunch?
20       A. The e-mail system has a
21   limit of how much information is on the
22   server. I will get the nasty gram that
23   says you have too much mail.
24       Q. You're over your limit?

Page 324

1        A. You're over your limit.
2    That's my opportunity to say get rid of
3    some of this stuff.
4        Q. How often is e-mail backed
5    up as a company policy?
6        A. E-mail is backed up daily,
7    weekly and monthly.
8        Q. How long are those backups
9    retained?
10       A. The backups are retained --
11   they're retained.
12       Q. So you still have e-mail
13   backup, say, from 1997?
14       A. I have e-mail backups --
15       Q. When I say "you," I mean
16   AstraZeneca.
17       A. In this case, AstraZeneca
18   would have e-mail backups from June 2002.
19       Q. And what happened to e-mails
20   prior to June 2002, those backups?
21       A. They would not exist. They
22   had a six-month rotation.
23       Q. Now, do you have the ability
24   to restore those backups?

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Jon Dowling

Page 325

1  MR. TORREGROSSA: Objection
2  to form.
3  THE WITNESS: Yes.
4  BY MR. SMITH:
5  Q. Where are they located?
6  A. The tapes would be -- the
7  current would be in the Southbury -- the
8  AstraZeneca data center in Connecticut.
9  The older tapes would be what I call
10  boxed and shipped, we use a company
11  called Iron Mountain to hold them.
12  Q. Iron Mountain is located in
13  Wilmington. Correct? They have a
14  facility in Wilmington, put it that way?
15  A. They do work for us. It
16  would make sense they have a facility in
17  Wilmington.
18  Q. What sorts of documents do
19  they store for you besides e-mail?
20  MR. TORREGROSSA: Iron
21  Mountain?
22  MR. SMITH: Iron Mountain.
23  MR. TORREGROSSA: If you
24  have knowledge of this, you can

Page 326

1  answer. This is outside the
2  scope.
3  THE WITNESS: I don't have
4  knowledge around this. How we
5  deal with Iron Mountain explicitly
6  on every detail, I don't know.
7  BY MR. SMITH:
8  Q. Who would have knowledge
9  about that, more knowledge about that?
10  MR. TORREGROSSA: Same
11  instruction. This is outside the
12  scope. But if you have knowledge,
13  you can answer his question.
14  THE WITNESS: I am not
15  familiar with the organization
16  that deals with Iron Mountain and
17  everything they do for us.
18  BY MR. SMITH:
19  Q. Is the AstraZeneca retention
20  policy for e-mail in -- is it a written
21  policy?
22  A. The written policy for
23  retention in e-mail exists, it's six
24  months.

Page 327

1  Q. How about your retention
2  policies on data collections?
3  A. I'm sorry?
4  Q. For any of the databases
5  that we've been discussing here that
6  are -- that you provide support for, your
7  division provides support for?
8  MR. TORREGROSSA: The same
9  instruction. You can discuss this
10  with any business retention
11  purposes but not legal.
12  THE WITNESS: AstraZeneca
13  has business retention policies.
14  BY MR. SMITH:
15  Q. They're written policies?
16  A. Yes.
17  Q. Do they -- are there
18  different policies for each of the
19  databases we've been discussing or is
20  there a general policy that covers all of
21  them or both?
22  A. Let me look.
23  MR. TORREGROSSA: Take your
24  time.

Page 328

1  THE WITNESS: I will speak
2  more of general policies. I'm not
3  sure how each may apply on every
4  system here at this point.
5  General policies on retention vary
6  based on my understanding of
7  regulatory requirements. So if
8  there's a regulated piece of
9  information, it would be retained
10  based on the regulatory
11  requirements of information.
12  BY MR. SMITH:
13  Q. Besides regulatory
14  requirements, is there a general
15  AstraZeneca policy regarding the
16  retention of data?
17  A. I believe the general policy
18  would be two years. But it varies, as I
19  say, e-mails, general policy is six
20  months.
21  Q. What systems are in use by
22  the regulatory affairs department?
23  MR. TORREGROSSA: Objection.
24  Scope. That is not what this

Confidential - Jon Dowling

Page 329

1  witness is prepared on.
2      THE WITNESS:  I cannot speak
3  about the systems.
4  BY MR. SMITH:
5      Q.  Are any of the systems that
6  we've been discussing used by regulatory
7  affairs?
8      MR. TORREGROSSA:  Same
9  objection.  Scope.  Take your
10 time.
11     The question, again, any of
12 the systems we talked about used
13 by the regulatory affairs
14 department?
15     MR. SMITH:  Yes, sir.
16     THE WITNESS:  I am not aware
17 of any usage by regulatory affairs
18 with any of the systems in what I
19 would call doing their business
20 job.
21 BY MR. SMITH:
22     Q.  Would they use Touchstone?
23     MR. TORREGROSSA:  Same
24 objection.

Page 330

1      THE WITNESS:  Not to my
2  knowledge.
3  BY MR. SMITH:
4      Q.  Would information used by
5  the PSSes be approved by somebody in
6  regulatory affairs?
7      MR. TORREGROSSA:  Objection
8  to form.  Vague.
9      THE WITNESS:  My
10 understanding of information that
11 the sales reps would use, the
12 PSSes, would go through the --
13 what I referred to yesterday as
14 the PRA approval process.  I think
15 the RA is regulatory affairs.
16 BY MR. SMITH:
17     Q.  And P is professional?
18     A.  As I said yesterday, I
19 wasn't sure exactly the acronym.  I
20 believe it's regulatory affairs is the
21 RA.  I believe P could be professional,
22 promotional, one or the other.
23     Q.  Would they use -- would PRA
24 use Touchstone?

Page 331

1      MR. TORREGROSSA:  Objection.
2  Scope.  This is outside of his
3  area of testimony for a 30(b)(6).
4  You can answer if you know.
5      THE WITNESS:  My
6  understanding is no.  I don't
7  consider them a customer when I
8  think about Touchstone.
9  BY MR. SMITH:
10     Q.  Who would be the person most
11 knowledgeable about regulatory affairs
12 systems?
13     MR. TORREGROSSA:  Same
14 objection.  But you can answer
15 based on your individual
16 knowledge.
17     THE WITNESS:  I'm not
18 familiar with who that person
19 would be.
20     MR. TORREGROSSA:  Is the
21 question who would be the most
22 knowledgeable person about each
23 system or all the systems in
24 general?

Page 332

1      - - -
2      (Interruption.)
3      - - -
4  BY MR. SMITH:
5      Q.  Who would be the person most
6  knowledgeable about regulatory affairs
7  systems?
8      MR. TORREGROSSA:  Again,
9  this is outside the scope of his
10 testimony, but I'll allow him to
11 answer in his individual capacity.
12 BY MR. SMITH:
13     Q.  Let me ask you another way.
14 What department would provide IS support
15 to regulatory affairs?
16     A.  That's where my hesitation,
17 I'm not sure exactly which group does
18 that support for regulatory affairs.  I
19 know my group does not.
20     Q.  If somebody from regulatory
21 affairs had a question about Excel or
22 something, they were working on a
23 spreadsheet and had a problem, is there a
24 help desk within your department that

Page 333

1  they would contact?
2          MR. TORREGROSSA: Objection.
3      Scope. You can answer.
4          THE WITNESS: There's a help
5      desk for AstraZeneca, which is not
6      mine.
7  BY MR. SMITH:
8      Q.   So for Microsoft
9  applications, they would contact --
10     A.   Correct.
11     Q.   -- the help desk that is
12 operated by your department?
13     A.   They would contact the
14 AstraZeneca technology support center.
15     Q.   And that's not you? Is that
16 in your department?
17     A.   No, it is not.
18     Q.   Where is that?
19     A.   That physical location?
20     Q.   That would be part of the
21 question. Who and where?
22     A.   It's the technology support
23 center, what I would call tier one, is
24 the IBM support desk that does the

Page 334

1  support for AstraZeneca.
2      Q.   And then what department are
3  they in?
4      A.   They are -- the IT services
5  organization manages that relation.
6      Q.   How does your department
7  relate to IT services?
8      A.   IT services provides what
9  you call infrastructure support for
10 AstraZeneca as a whole. And when I say
11 "infrastructure," that's like the data
12 center management, the help desk, tier
13 one.
14     Q.   So your department is the IS
15 department, CISS?
16     A.   I am one of the IS
17 departments, yes.
18     Q.   And the IT department is
19 outside of CISS?
20     A.   IT services is another IS
21 group, and it's not within CISS.
22     Q.   CISS then deals with
23 application software I take it?
24     A.   Correct.

Page 335

1      Q.   And IT would deal with the
2  hardware then. Is that correct?
3      A.   In general.
4      Q.   They would run the servers,
5  right?
6      A.   Yes.
7      Q.   They would be responsible
8  for common drives, the IT people?
9      A.   Yes.
10     Q.   And there are common drives
11 that would be used by multiple divisions
12 within AstraZeneca. Correct?
13     A.   Please define what you mean
14 by "common drives" a little more clearly.
15     Q.   Let's say a drive that
16 contains data and applications and it's
17 accessible by more than one department.
18 Let's say it's accessible -- more than
19 one person. Say it's accessible by
20 somebody in commercial and also
21 accessible by somebody in regulatory
22 affairs?
23     A.   My understanding of the
24 question is, is there a server in which

Page 336

1  there is a shared file space?
2      Q.   Let's say for AstraZeneca,
3  are there shared -- are there servers
4  where there are shared file space for
5  AstraZeneca?
6      A.   Yes.
7      Q.   Across the departments?
8      A.   File spaces are managed
9  depending on need.
10     Q.   And then within departments
11 are there shared drives that are shared
12 only by persons within that department?
13     A.   Yes.
14     Q.   Do you handle -- do you
15 provide support for applications that are
16 used on shared drives in Commercial?
17     A.   When you say -- when I think
18 of a file share space, that's not an
19 application space.
20     Q.   Let's say what is your --
21 what shared file spaces are there for
22 personnel within the commercial
23 department?
24     A.   The file share, where you

16 (Pages 333 to 336)

Page 337

```
 1  can store documents or data that you may
 2  have to share it with others, I couldn't
 3  explicitly call out each one, but they
 4  would exist and a group would have set up
 5  to have access to that information.
 6      Q.  And a shared file space
 7  could contain -- could it contain Excel
 8  spreadsheets?
 9      A.  Yes.
10      Q.  Could it contain
11  PowerPoints?
12      A.  Yes.
13      Q.  Could it contain Word
14  documents?
15      A.  Yes.
16      Q.  Could it contain collections
17  of data?
18      A.  What do you mean by
19  "collections of data"?
20      Q.  Like a smaller database, one
21  that we haven't mentioned, other than the
22  main databases that we've been talking
23  about.
24      A.  Applications that my group
```

Page 338

```
 1  is responsible for managed on application
 2  servers, not file servers.
 3      Q.  Your group is responsible
 4  for applications on -- in other words,
 5  you maintain the application servers,
 6  then, that serve Commercial.  Right?
 7      A.  Yes.
 8      Q.  Who maintains -- there also
 9  would be file servers that would have
10  information on them that would be used by
11  personnel in Commercial.  Correct?
12      A.  Yes, sir.
13      Q.  And then there would be
14  personal PCs or laptops that would be
15  used by personnel in Commercial.  Right?
16      A.  Correct.
17      Q.  So people would use their
18  laptop or PC to access applications on
19  your server or to access file servers.
20  Is that correct?
21      A.  Correct.
22      Q.  Who would maintain the file
23  servers?
24      A.  IT services.
```

Page 339

```
 1      Q.  IT services.  And those
 2  would be common drives then within --
 3  there would be some common drives on --
 4  these file servers would be common drives
 5  then within Commercial.  Correct?  Shared
 6  drives?
 7      A.  Right.  There are access
 8  restrictions on shared drives.
 9      Q.  And then there would be
10  other shared drives, for example, that
11  would have the AstraZeneca home page that
12  we talked about, the Intranet site that
13  would be on a file server somewhere that
14  is accessible by everybody in
15  AstraZeneca.  Correct?
16      A.  It would be on a Web server
17  and accessible via the Web application.
18      Q.  Do you know who in IT
19  services is responsible for the file
20  servers for Commercial?
21      A.  When you say "responsible,"
22  could you define that, please?
23      Q.  The care and feeding of the
24  file servers.
```

Page 340

```
 1      A.  When you say "care and
 2  feeding," when I think about a file
 3  server, I look at the physical server
 4  location, the server availability, the
 5  backups, things of that nature.  That's
 6  IT services.
 7      Q.  So they would back up the
 8  file servers, not you.  Right?
 9      A.  They back up everything.
10      Q.  Who would you call at IT
11  services if you had a question about the
12  file servers?
13      A.  If I had a question, I would
14  call Karl Jorgensen to have him find out.
15      Q.  How does a different
16  department share common documents?
17      A.  How do they share common
18  documents?  They could use the file share
19  or send them to each other via e-mail.
20  They could throw them out and hand them
21  to each other.
22      Q.  How would sales managers get
23  information to their teams, for example?
24      A.  Could be -- actually most --
```

Page 341

1  in general, I believe, they would use
2  e-mail.
3      Q.   And then would they also --
4  is there also some way to use Touchstone
5  to sort of post a general message to the
6  sales force?
7      A.   I do not believe that
8  capability would exist within Touchstone.
9      Q.   Are there capabilities like
10 that in some of these other systems that
11 you support?
12     A.   Not to my knowledge.
13     Q.   Are there bulletin boards in
14 use by people in the Commercial
15 department?
16     A.   We have -- the bulletin
17 board that comes to mind is the home
18 page, and I think of that in context of
19 posting a car for sale, something of that
20 nature.  Content management of that,
21 again, is business driven.
22     Q.   Something that would provide
23 a common area for discussion of topics
24 that are of interest to, you know, a

Page 342

1  number of people in the department?
2          MR. TORREGROSSA:  Within
3      Commercial?
4  BY MR. SMITH:
5      Q.   The commercial department.
6      A.   When you say "discussion,"
7  help me?
8      Q.   Bulletin boards, blogs,
9  anything like that?  IMing?
10     A.   Who?
11     Q.   IMing, instant messaging?
12     A.   Of the things that you've
13 mentioned, the one that would come to
14 mind would be an e-room.
15     Q.   An e-room?
16     A.   Yes.  That's a file -- it is
17 another project file share space.
18     Q.   Who would be the business
19 owner of that file share space?
20     A.   Whoever requested an e-room.
21     Q.   There's more than one e-room
22 I take it?
23     A.   Yes, I have e-rooms.
24     Q.   Who would you go to to get

Page 343

1  an e-room?
2      A.   I make a request to the
3  e-room administrator.
4      Q.   Who is?
5      A.   A link that sends it to the
6  e-room administrator.
7      Q.   And who runs that?
8          MR. TORREGROSSA:  Which
9      department?
10 BY MR. SMITH:
11     Q.   It's somebody in the IS or
12 IT department who would maintain and
13 support those e-rooms?
14     A.   A name that I would know
15 related to that, whether they do it today
16 or not, I'm not sure, she did it in the
17 past.  Liz Klingeter, K-L-I-N-G-E-T-E-R.
18     Q.   And what division or
19 department is she in?
20     A.   I believe that is part of
21 the SPKS organization.
22     Q.   Would information in those
23 shared spaces be backed up?
24         MR. TORREGROSSA:  Are we on

Page 344

1  e-rooms?
2          MR. SMITH:  The e-rooms.
3          THE WITNESS:  My
4      understanding is the e-room
5      information is backed up.
6  BY MR. SMITH:
7      Q.   Is there an online training
8  system within Commercial?
9          MR. TORREGROSSA:  Objection
10     to the form.
11         THE WITNESS:  Yes.
12 BY MR. SMITH:
13     Q.   Can you describe it for me?
14     A.   Commercial online training
15 system is called AZ Academy.  It allows
16 you to take courses that are offered in
17 their -- and schedule classes and -- you
18 know, to schedule a class.  I believe
19 there may be online training information
20 within that also.
21     Q.   Who is the business owner
22 for that?
23     A.   If I recall, I believe it's
24 Ed Berger.  That's the last name I would

Page 345

1  associate with that.
2      Q.  Who would be the business
3  consultant for that?
4      A.  My thought is it may be Sean
5  Evans.  However, I don't know the
6  mapping.
7      Q.  How long has that system
8  been around?
9      A.  AZ Academy, I'm going to say
10 a year, I believe it was 2001.  I'm not
11 sure of the exact date when it came on
12 line.
13     Q.  Would there be any
14 documentation for AZ Academy?
15         MR. TORREGROSSA:  Objection
16     to the form.  Vague.
17         THE WITNESS:  I would
18     believe there would be
19     documentation.  I would have to --
20     I would not know exactly what.
21 BY MR. SMITH:
22     Q.  Would there be -- would
23 there be an ERD for that?
24     A.  What I believe is there most

Page 346

1  likely is.  However, I would have to
2  check.
3      Q.  What type of software does
4  it utilize?
5      A.  I could not competently say
6  the software.  I believe the software is
7  called Sabba, S-A-B-B-A, which is a
8  training software product.
9      Q.  And who is the vendor?
10     A.  Sabba.  When I say "Sabba,"
11 I use the vendor name.  I don't know what
12 the explicit software name may be.
13     Q.  Do you know where they're
14 located?
15     A.  I'm not aware of where
16 they're located.
17     Q.  Where are the servers
18 located, are they AstraZeneca servers?
19     A.  AZ Academy would be in the
20 data center, and I believe it would be in
21 Southbury, Connecticut.
22     Q.  Would persons outside of AZ
23 be given access to these materials to
24 your knowledge?

Page 347

1      A.  AZ Academy is an internal
2  tool.
3      Q.  Would regulatory affairs
4  personnel have access to it?
5          MR. TORREGROSSA:  Objection.
6      Scope.  Outside this individual's
7      30(b)(6) testimony.  You can
8      answer based on personal knowledge
9      if you have any.
10         THE WITNESS:  I'm under the
11     understanding that anybody could
12     sign up to an AZ Academy course if
13     there is room available.
14 BY MR. SMITH:
15     Q.  Do you maintain some sort of
16 system for ordering or monitoring
17 samples?
18     A.  As we mentioned yesterday,
19 the sample ordering goes through
20 Northstar or Touchstone now in order to
21 create the order to send it over to the
22 safety accountability team.
23     Q.  Would sources for that
24 information include Lash?

Page 348

1      A.  Who?
2          MR. TORREGROSSA:  Objection
3      to the form.
4  BY MR. SMITH:
5      Q.  Are you familiar with Lash?
6      A.  I am not familiar with Lash.
7      Q.  Are you familiar with
8  McKesson?
9          MR. TORREGROSSA:  Same
10     objection.
11         THE WITNESS:  McKesson is a
12     company.
13 BY MR. SMITH:
14     Q.  Do they provide sampling
15 data to AstraZeneca?
16     A.  Do they provide -- can you
17 help me understand the context of what
18 you mean?
19     Q.  Do they provide sample
20 services to AstraZeneca?
21     A.  Not to my knowledge.
22     Q.  Is there an outside entity
23 that takes orders or provides samples of
24 AstraZeneca products to physicians?

Page 349

1  A. I don't deal with them
2  directly, but my understanding is the
3  organization that I believe you would be
4  referring to with that question is
5  Phoenix Marketing Group.
6  Q. And do they provide
7  information that feeds into the
8  Touchstone system?
9  A. What I know of the sampling
10 information is the -- and again, the
11 sample -- I call it the sample
12 accountabilities database, provides the
13 information on orders that had been --
14 the fulfillment of orders that are sent
15 from Phoenix. I'm not sure how they
16 intertwine. It's not my area.
17 Q. Is that information
18 contained or accessible through
19 Touchstone?
20 A. Within Touchstone, you have
21 a -- you request the sample order. It is
22 transacted to the sample accountability
23 system. What is provided back is the
24 order status.

Page 350

1  Q. Some IMS data is available
2  through Touchstone. Is that correct?
3  A. Yes.
4  Q. Where does the IMS data go
5  before it gets into Touchstone?
6  A. The Touchstone Reporting
7  system.
8  Q. How is it handled by the
9  Touchstone Reporting system?
10 A. They have the summarized
11 information and they provide it to
12 Touchstone.
13 Q. Does IMS provide certain
14 types of reports to AstraZeneca?
15 A. They have provided reports,
16 and they would have requested.
17 Q. Do they provide reporting
18 tools to AstraZeneca?
19 A. Help me understand
20 "reporting tool."
21 Q. Or just raw data?
22 A. They have supplied raw data
23 and actually what I would call, when you
24 say reports, spreadsheets.

Page 351

1  Q. Where would the spreadsheets
2  be kept by AstraZeneca?
3  A. The ones that I am aware of,
4  that I would know, would be in that
5  SalesInsite reporting, whatever is
6  current. And they're getting old.
7  Q. Where would the raw data be
8  kept?
9  A. With the raw data, I am not
10 sure where the raw data would be kept in
11 terms of what is not current.
12 Q. If someone in Commercial
13 wanted a new or customized report
14 regarding IMS data, how would they go
15 about doing that?
16 A. They could get it from the
17 data warehouse. There would be an
18 analyst who may create that information
19 for them, take that data and make it
20 information.
21 Q. Who would be the -- would
22 there be a person in charge of the
23 analyst? Who would be the head of that?
24     MR. TORREGROSSA: Do we have

Page 352

1  a pending question?
2  BY MR. SMITH:
3  Q. Who would be in charge of
4  the analyst?
5      MR. TORREGROSSA: Who would
6  be in charge of the analyst.
7      Thank you.
8  BY MR. SMITH:
9  Q. Let me ask it another way.
10 Who would be in charge of the data
11 warehouse?
12 A. A data warehouse would fall
13 in my area.
14 Q. So you're in charge?
15 A. I'm in charge of the care
16 and feeding.
17 Q. Who is in charge of the
18 system requirements for the data
19 warehouse?
20 A. In terms of what area?
21 Q. From Commercial -- what
22 types of data are -- well, first of all,
23 tell me what the data warehouse is,
24 please?

Page 353

1   A.   The data warehouse is a
2   place where data is brought in for
3   analysis.
4       Q.   Would IMS data be stored in
5   the data warehouse?
6       A.   Yes.
7       Q.   Raw data?
8       A.   Yes, sir.
9       Q.   And who would determine what
10  data gets stored on the data warehouse?
11      A.   The Commercial business
12  would make requirements for that.
13      Q.   And who in Commercial
14  business would do that?
15      A.   I'm trying to think.  I
16  wouldn't say it was one individual.  It
17  covers different groups and a person that
18  I might know would be like Mike Forst.
19  His group may have a request for some
20  information to be available.
21      Q.   Is the data warehouse a
22  server or more than one server?
23      A.   It's a server.
24      Q.   Are there any applications

Page 354

1   residing on the server?
2       A.   Data warehouse.
3       Q.   Data warehouse is an
4   application?
5       A.   Yes.
6       Q.   So if you needed a report
7   of -- if you needed an inventory of all
8   the data in the data warehouse, who would
9   you ask for that report?
10      A.   If I wanted a listing of all
11  the data that would be available in the
12  warehouse, I would make a request for
13  that information through our processes we
14  talked about, and that request would go
15  to Bob Carroll.
16      Q.   Is the data on the -- in the
17  data warehouse backed up on a regular
18  basis?
19      A.   Yes.
20      Q.   What are the retention
21  policies for that data?
22      A.   The data in the data
23  warehouse is -- in general it's two
24  years; 24, 26 months as a rotating --

Page 355

1   what do you call it -- current, current
2   24, 26 months.
3       Q.   Is there a graphical
4   interface for the data warehouse?
5       A.   Yes.
6           MR. TORREGROSSA:  Mr. Smith,
7       when you come to a convenient
8       point.
9           MR. SMITH:  It's convenient
10      now.  Let's take a short break.
11              - - -
12          (A recess occurred 10:57
13      a.m. to 11:12 a.m.)
14              - - -
15  BY MR. SMITH:
16      Q.   If I asked this before, I
17  apologize.  Who manages the systems for
18  medical affairs?
19      A.   Steve Aaronson.  We talked
20  about him yesterday.
21      Q.   Could you give me a list of
22  the users for -- authorized users for
23  Touchstone?
24          MR. TORREGROSSA:  Objection

Page 356

1   to form.  To the extent you're
2       suggesting we will produce such a
3       thing, but you can answer the
4       question.
5           THE WITNESS:  I could create
6       a list of users authorized to use
7       Touchstone.
8   BY MR. SMITH:
9       Q.   You could do that for each
10  of the databases we've talked about here
11  today?
12      A.   I believe, based on the
13  databases we have listed, I could produce
14  a list of users of those.
15      Q.   What is TimeTrax?
16      A.   TimeTrax is used by the
17  PSSes and ESMs to record time off and
18  respectively time on territory.
19      Q.   Is that accessible through
20  Touchstone?
21      A.   It's accessible through
22  SalesInsite.
23      Q.   Through SalesInsite?
24      A.   Yes.

Golkow Technologies, Inc. - 1.877.370.DEPS