Page 357

1  Q. What type of software does
2  TimeTrax use?
3  A. The TimeTrax today uses --
4  it's an online tool and uses
5  Microsoft.net technology.
6  Q. And who is -- is there a
7  database administrator or manager for
8  that?
9  A. The TimeTrax database, yes.
10  Q. And who would that be?
11  A. Tom McCarthy would be the
12  most likely DBA.
13  Q. And is there a business
14  consultant for TimeTrax?
15  A. Yes.
16  Q. Who would that be?
17  A. Rob Kauffman.
18  Q. And a client partner?
19  A. Ed Seidl, S-E-I-D-L.
20  Q. And the data sources for
21  TimeTrax?
22  A. TimeTrax receives -- it's
23  preconfigured by the operations team for
24  corporate holidays, and we interface with

Page 358

1  the HR system to provide leave of absence
2  and what they call bank vacation time.
3  Meaning it's time available to use as
4  banked vacation versus bigger vacation.
5  Q. Types of fields?
6  A. Fields, the territory -- are
7  you asking what is visible or what is
8  available total in the database?
9  Q. Let's start with what is
10  visible.
11  A. Depending on the role, the
12  PSS would pull it up and it wouldn't
13  display their territory as it was then.
14  It may display it, but it's not a field
15  of entry. They would be able to pick the
16  type of -- the tool allows them to pick
17  the type of time off territory and to
18  enter based on a preset calendar date put
19  in by day the amount of time they would
20  have been off territory in half day
21  increments. It's either .5 or 1.0. They
22  select that.
23        I'm thinking about that.
24  I'm not -- I do not believe they have any

Page 359

1  comments. They may have a comment -- if
2  they choose other, they may have a
3  comment.
4  Q. Fields that are not visible?
5  A. When I say "visible," in
6  this context, I'll call it the selectable
7  or things that you would use a drop down.
8  For a PSS, the territory code, the
9  employee ID of the PSS would not be
10  visible. I believe it's not visible at
11  all. And then, you know, underlying
12  system codes, you know, there is a
13  category called vacation. There may be a
14  code number, there is a code number
15  associated with that vacation, displayed
16  vacation value. That's on the PSS.
17        On the DSM or the sales
18  manager, the PSS' supervisor, they can
19  actually select a user for time on
20  territory and they select the -- they do
21  what they call coaching, and so if they
22  go out with a rep and coach them, they
23  select the territory and the PSS they
24  coach that day.

Page 360

1  Q. Can you describe the
2  coaching for me, your understanding of
3  it?
4        MR. TORREGROSSA: Objection.
5  Scope. That's outside of this
6  witness' knowledge with respect to
7  the 30(b)(6) testimony, but he can
8  answer if he knows on an
9  individual basis.
10       THE WITNESS: My
11  understanding of what coaching day
12  is, a sales manager would ride
13  with their sales reps and watch
14  them and understand how they're
15  doing their job and coach them on
16  doing their job.
17  BY MR. SMITH:
18  Q. And how would that be
19  reflected in TimeTrax?
20  A. It would be listed as a day
21  in which it would be basically they
22  coached that person that day.
23  Q. Would it include comments by
24  the supervisor, suggestions for

Confidential - Jon Dowling

Page 361

1 improvement?
2   A. Not in TimeTrax.
3   Q. In some other system?
4   A. Yes.
5   Q. What system would have those
6 comments?
7   A. The field coaching form.
8   Q. The field coaching form. We
9 haven't talked about that one before.
10 Let me finish with TimeTrax and then
11 we'll come back to the field coaching
12 form.
13       With regard to TimeTrax, are
14 there any training modules for this
15 program?
16   A. There is training
17 documentation for TimeTrax.
18   Q. Is there other documentation
19 for TimeTrax?
20   A. Yes.
21   Q. When was this system
22 installed?
23   A. TimeTrax was created during
24 merger in 2000 and implemented in October

Page 362

1 of 2000.
2   Q. Is it backed up regularly?
3   A. Yes.
4   Q. Do you maintain those
5 backups?
6   A. Do I? IT services.
7   Q. It's not IS, it's IT doing
8 the backups?
9   A. Yes, the group is called IT
10 services.
11   Q. So they -- do you know how
12 long they're maintained?
13   A. Not exactly sure. I believe
14 they may be on a six-month rotation.
15   Q. Unless they're retained
16 specially, do you believe you could only
17 go back six months to see what has
18 happened in the past?
19   A. My understanding in TimeTrax
20 is we have the information dated back to
21 October 1. TimeTrax is not a large
22 database.
23   Q. What type of database is it?
24   A. It's Oracle.

Page 363

1   Q. And where is the server?
2   A. In Southbury, Connecticut.
3 The AstraZeneca data center.
4   Q. Could you give us a screen
5 scrape or a screen shot that would show
6 what the graphical display looks like for
7 this software?
8       MR. TORREGROSSA: I object
9       to the extent you're suggesting
10      we'll produce such a thing, but
11      you can answer the question.
12      THE WITNESS: A screen shot
13      could be made.
14 BY MR. SMITH:
15   Q. Could you do that for each
16 of the applications we've talked about?
17      MR. TORREGROSSA: Same
18      objection. You can answer.
19      THE WITNESS: A screen shot
20      could be made.
21 BY MR. SMITH:
22   Q. Now, with regard to the
23 field coaching form, is that a form
24 suggested that is like one document? I

Page 364

1 assume there's more than a document, it's
2 some sort of application?
3   A. The field coaching form is
4 an application.
5   Q. Can you describe for me how
6 it works?
7       MR. TORREGROSSA: Let me
8       just interpose an objection here.
9       Scope-wise, certainly to the
10      extent it's in the application,
11      it's in the system, you're free to
12      talk to him about those issues.
13      To the extent it's a sales issue
14      and about how they go about
15      filling the form out and what
16      their comments should be,
17      obviously this witness is not
18      qualified to talk about that. You
19      can answer.
20      THE WITNESS: The field
21      coaching form is an application.
22      It allows a district sales manager
23      to enter information around the
24      coaching activities they had with

Confidential - Jon Dowling

Page 365

1  the PSS. I don't know the
2  explicit categories here, but
3  there are explicit questions that
4  they would ask that are in the --
5  that are inherent in the form.
6  They're not free form. They're
7  structured.
8  BY MR. SMITH:
9      Q.   Are there reports available
10 for the field coaching form system?
11     A.   My understanding of the
12 usage of the field coaching form, they
13 are stored as individual forms.
14     Q.   Who would be the -- would
15 there be a database administrator for the
16 field coaching form?
17     A.   That would most likely be
18 Tom McCarthy.
19     Q.   Who would be the business
20 consultant?
21     A.   Her name escapes me at the
22 moment. I can see her face.
23     Q.   You want to draw me a
24 picture? Who is the client partner?

Page 366

1      A.   Chuck Boohar.
2      Q.   Who is the business owner?
3      A.   I believe the business owner
4  would be David Massie, M-A-S-S-I-E.
5      Q.   Data sources for the field
6  coaching form?
7      A.   Chris Gabbard,
8  G-A-B-B-A-R-D, is the business
9  consultant.
10     Q.   Thank you.
11         Would there be someplace
12 where you could obtain a listing of these
13 types of personnel for each of these
14 systems where you could go for a
15 particular system and it would list who
16 the database administrator, client
17 partner, business consultant and business
18 owner are for that system?
19     A.   There is not a listing that
20 would give you all that information in
21 one place.
22     Q.   Is there information like
23 that in the documentation for each of
24 these systems?

Page 367

1      A.   A validated system record
2  would have information on the system
3  owners and validated system and the
4  people involved with it, with the
5  validation. Nonvalidated, it's
6  documentation of a system.
7      Q.   The IS department doesn't
8  have some -- doesn't it have some sort of
9  data collection, a spreadsheet or
10 something that would list each of the
11 systems supported and who these people
12 are for each of these systems? You're
13 doing a great job from memory, I'm
14 impressed.
15     A.   I'm truly answering your
16 question. No, there's not one source of
17 that information. That's the reaching
18 the -- remembering who each one would be.
19 And please keep in mind, things change
20 over time.
21     Q.   Is there a vendor for the
22 field coaching form?
23     A.   No, it's in-house.
24     Q.   Is there documentation

Page 368

1  related to training?
2      A.   I believe there would be
3  training documentation for a DSM on how
4  to use the form.
5      Q.   Something on line or
6  something in writing?
7      A.   I would not be able to
8  describe where it would be.
9      Q.   When was the field coaching
10 form installed?
11     A.   The field coaching form
12 application was piloted in December 2005
13 and rolled out completely in January
14 of 2006.
15     Q.   Was there something similar
16 before that?
17     A.   It's my understanding it was
18 all done on paper type forms or some
19 other method.
20     Q.   What type of software is it?
21     A.   Field coaching form is,
22 again, Microsoft.net technology.
23     Q.   And where is it maintained?
24     A.   The -- my organization.

24 (Pages 365 to 368)

Page 369

1  Q. You have the server in
2 Wilmington?
3  A. The server is in Southbury,
4 Connecticut.
5  Q. Let's talk about
6 SalesInsite. What type of program is
7 that?
8      MR. TORREGROSSA: Objection.
9 Asked and answered.
10      THE WITNESS: Sorry?
11      MR. TORREGROSSA: You can
12   answer.
13 BY MR. SMITH:
14  Q. What type of program is
15 that?
16  A. SalesInsite as described
17 yesterday is somewhat of an information
18 portal. It is a -- it's built on
19 Microsoft Technologies and it's viewable
20 within Outlook. Outlook today allows you
21 to put this in there.
22  Q. Is that S-I-G-H-T or
23 S-I-T-E?
24  A. S-I-T-E.

Page 370

1  Q. And what are the sources for
2 SalesInsite, the data sources?
3      MR. TORREGROSSA: Same
4   objection.
5      THE WITNESS: It allows you
6   to view Outlook e-mail within
7   Outlook, within it. The other
8   sources of information are
9   communications, documents sent out
10  not via e-mail. It is -- it
11  allows access to other tools like
12  TimeTrax. You can submit a PIR.
13  You can submit an AE via
14  SalesInsite. And it has alerts
15  that are provided to it to allow
16  you to -- like I mentioned reports
17  earlier that were in SalesInsite.
18  If you got a report, you can get
19  an alert that says your new
20  reports are here.
21 BY MR. SMITH:
22  Q. Is there a database
23 administrator?
24      MR. TORREGROSSA: Objection.

Page 371

1   Asked and answered. Repetitive.
2      THE WITNESS: Yes.
3 BY MR. SMITH:
4  Q. Who is that?
5  A. Andy Nelson.
6  Q. The business consultant?
7  A. Rob Kauffman.
8  Q. Client partner?
9  A. Ed Seidl.
10  Q. Business owner?
11  A. I believe it would be Howard
12 Kaplan. I don't know if he would agree.
13  Q. Is there documentation over
14 this program?
15      MR. TORREGROSSA: Objection
16   to the form.
17      THE WITNESS: There are
18   training documents for SalesInsite.
19 BY MR. SMITH:
20  Q. And when was it installed?
21  A. As part of the merger. In
22 2000.
23  Q. Was there a legacy system?
24      MR. TORREGROSSA: Objection.

Page 372

1   Asked and answered. Answer it
2   again.
3      THE WITNESS: No.
4 BY MR. SMITH:
5  Q. We talked briefly about
6 Touchstone Interactive yesterday and
7 Touchstone Reporting. Can you compare
8 and contrast and explain the difference?
9  A. Touchstone Reporting is a
10 delivery tool. As we spoke about, we
11 used to provide an Excel spreadsheet of a
12 report, of information. It's now
13 provided in Touchstone Reporting. And it
14 provides summarized and some detailed
15 information relating to IMS script data
16 and how a rep may be doing their calls
17 and the execution, the calls that are
18 made, things like that.
19      Touchstone Interactive is
20 a -- it's interactive promotions. It's a
21 tool they use instead of hard copy when
22 working with a doctor.
23  Q. So the doctor -- I mean the
24 PSS is displaying this on a laptop with

Confidential - Jon Dowling

Page 373

1 the doctor?
2     A.    It's a tablet PC.  Yes.
3     Q.    Is that the same device that
4 the PSS uses for Touchstone?
5     A.    Yes.
6     Q.    And who provides that
7 software for Touchstone Interactive?
8     A.    That is Proscape.
9           MR. TORREGROSSA:  What is it
10    again?
11          THE WITNESS:  Proscape is
12    the company.
13 BY MR. SMITH:
14    Q.    Who or what is Proscape?
15    A.    Proscape is the software.  I
16 believe the company name is also
17 Proscape.  Actually I'm pretty sure of
18 that.  What is it?  What was the
19 question?
20    Q.    That answers that question.
21 That's fine.
22          When was it installed?
23    A.    Proscape was first piloted
24 in the fall of 2005.

Page 374

1     Q.    And what did they use before
2 that?
3     A.    That would have all been
4 paper based.
5     Q.    And who would be the
6 business owner for Touchstone
7 Interactive?
8     A.    I would say Christian
9 Keller.
10    Q.    The database administrator?
11    A.    Andy Nelson.
12    Q.    Client partner?
13    A.    Jennie Duca.
14    Q.    Business consultant?
15    A.    Katie Krull.
16    Q.    For Touchstone Reporting,
17 who is the provider of the software?
18    A.    It is built on another
19 Siebel product called Siebel Analytics.
20 Actually Disconnected Analytics is what
21 it's called also.
22          MS. RADLIFF:  Dis what?
23          THE WITNESS:  Disconnected.
24    There's a client version.

Page 375

1           MR. TORREGROSSA:  You
2     answered the question.
3 BY MR. SMITH:
4     Q.    Who is the database
5 administrator?
6     A.    That would be Tom McCarthy.
7     Q.    The client partner?
8     A.    Marie Weigand.
9     Q.    Business consultant?
10    A.    Cathy Panos.
11    Q.    The business owner?
12    A.    Jennifer McGovern.
13    Q.    Data sources?
14    A.    The information coming -- it
15 would be coming from the warehouse, it
16 would be sources like IMS and the
17 summarized call information.
18    Q.    Examples of fields, types of
19 fields?
20    A.    Information displayed in
21 Touchstone Reporting would be things like
22 script information.  You could see things
23 at a doctor level.  You could see
24 summarized information for your

Page 376

1 territory, district, region.
2     Q.    What type of documentation
3 is available for this?
4           MR. TORREGROSSA:  Objection
5     to the form.  Go ahead.
6           THE WITNESS:  There is --
7     they do this with computer-based
8     training.
9 BY MR. SMITH:
10    Q.    Who is responsible for that?
11    A.    Ultimately the business.
12 They would work with the client partner.
13    Q.    When was that installed?
14    A.    Touchstone Reporting, it
15 began pilot in the fall of 2005.  Full
16 roll-out completed in April of 2006.
17    Q.    What software or what
18 systems track professional information
19 requests?
20          MR. TORREGROSSA:  Objection.
21    Scope.  This is outside the
22    witness' 30(b)(6) testimony, but
23    you can answer, if he knows, on an
24    individual basis.  I'll also

26 (Pages 373 to 376)

Page 377

```
 1      interpose an objection asked and
 2      answered yesterday.  Go ahead.
 3          THE WITNESS:  The PIRs as
 4      described are submitted and would
 5      flow, to my understanding, to the
 6      Webster system.
 7  BY MR. SMITH:
 8      Q.   Do you have a cold storage
 9  solution for e-mail?
10          MR. TORREGROSSA:  I'm sorry?
11  BY MR. SMITH:
12      Q.   A cold storage solution.
13          MR. TORREGROSSA:  Objection
14      to form.
15          THE WITNESS:  I will ask you
16      to explain your question.
17  BY MR. SMITH:
18      Q.   It's not a term you're
19  familiar with?
20      A.   Cold storage?  No.
21      Q.   You mentioned Accenture.
22  What other outside consulting firms does
23  AstraZeneca use for its information
24  management systems?
```

Page 378

```
 1          MR. TORREGROSSA:  Objection.
 2      Asked and answered.
 3          THE WITNESS:  Besides
 4      Accenture, the ones I would work
 5      with would be IBM, Cognizant and
 6      Cieber, C-I-E-B-E-R.
 7  BY MR. SMITH:
 8      Q.   What does Cognizant provide?
 9      A.   Cognizant provides the
10  development work for the Touchstone
11  reporting system.
12      Q.   And what does Ceiber
13  provide?
14      A.   Cieber provides the support
15  for ViewPoint and LectureBureau Express.
16      Q.   Are there minutes of
17  meetings of management in the Commercial
18  department?
19          MR. TORREGROSSA:  Objection.
20      Scope.  It's not within this
21      witness' testimony.  He can answer
22      if he has any knowledge.
23          THE WITNESS:  I'm sorry,
24      could you repeat the question?
```

Page 379

```
 1  BY MR. SMITH:
 2      Q.   Minutes of meetings of the
 3  management within the Commercial
 4  department?
 5          MR. TORREGROSSA:  Objection.
 6      Scope.  It's outside this witness'
 7      30(b)(6) testimony, but he can
 8      answer on his individual basis if
 9      he has knowledge.
10          THE WITNESS:  I can't say
11      what meetings may have a minute.
12  BY MR. SMITH:
13      Q.   I understand that.
14      A.   There may be something.
15      Q.   If they have minutes, is
16  there a shared drive where they would be
17  stored?
18      A.   I cannot speak about how
19  they would manage those minutes and where
20  they would put them.
21      Q.   Who would be able to tell us
22  about that?
23      A.   I would suggest it would be
24  an individual -- on an individual basis
```

Page 380

```
 1  who is running the meeting.  I could not
 2  believe there is one person who could
 3  tell that answer.
 4      Q.   Is there a system which
 5  would list the participants in meetings?
 6      A.   If a meeting was scheduled,
 7  and the participants that were invited
 8  via Outlook calendar may -- would be in
 9  Outlook.
10      Q.   How far back do those
11  calendars exist in archive?
12      A.   Calendar is part of Outlook
13  which is part of Mail which goes back to
14  June 2002.
15      Q.   Do you have anything prior
16  to June 2002 for Outlook?
17      A.   We do not.
18      Q.   Did you have any other
19  e-mail system prior to 2002?
20      A.   Prior to 2002?
21      Q.   Prior to 2002.
22      A.   Yes.
23      Q.   What was that?
24      A.   The e-mail systems prior to
```

Confidential - Jon Dowling

Page 381

1  merger, Outlook was implemented fully in
2  merger, the Astra organization used Lotus
3  Notes.  The Zeneca organization used
4  Outlook for the sales force, that would
5  be the DSMs and PSSes, and Exchange for
6  headquarters.  Prior to that, it would
7  have been MS Mail and I'll stop there.
8       Q.    Do you know what system ICI
9  used?
10      A.    I do not.
11      Q.    What systems does
12 headquarters use today?
13      A.    Outlook.
14      Q.    So all of AstraZeneca uses
15 Outlook today?
16      A.    All of AstraZeneca uses
17 Outlook today.
18      Q.    Are the records from Astra's
19 Lotus system still available?
20      A.    My understanding is that
21 information is not available.
22      Q.    Is information from Zeneca's
23 Exchange system available today?
24      A.    My understanding is that

Page 382

1  information is not available.
2       Q.    Is information from Zeneca's
3  Outlook system for the PSSes and DSMs
4  available today?
5       A.    My understanding is that the
6  mail that is available is the Outlook
7  information for 2002.
8       Q.    The merger was in 1999,
9  wasn't it?
10      A.    The merger began in 1999.
11      Q.    And was completed in 2000?
12      A.    Yes.
13      Q.    And what happened to
14 information between -- communications
15 information between 2000 and 2002?
16           MR. TORREGROSSA:  Objection
17      to form.  Vague.  Do you
18      understand the question?
19           THE WITNESS:  It doesn't
20      exist.
21 BY MR. SMITH:
22      Q.    Do you know what happened to
23 it?
24      A.    It wasn't required -- as we

Page 383

1  spoke about earlier, it was a six-month
2  retention on mail, and it would have been
3  retented out, I guess would be the
4  expression.  Is that a word?
5       Q.    We'll take it as one.
6            Is there a separate IT or IS
7  division that supports Professional
8  Information Requests?
9            MR. TORREGROSSA:  Again,
10      outside this witness' scope.
11      Answer on an individual basis if
12      you have knowledge.
13           THE WITNESS:  Yes.
14 BY MR. SMITH:
15      Q.    What is that division, what
16 is it and where is it?
17           MR. TORREGROSSA:  Same
18      objection.  Same instruction.
19           THE WITNESS:  The SPKS
20      organization is my understanding.
21 BY MR. SMITH:
22      Q.    And who is the person most
23 knowledgeable about SPKS?
24      A.    Most knowledgeable about

Page 384

1  SPKS would be John Pelkowski who heads
2  SPKS.
3       Q.    Sometime prior to sending
4  information from a database to backup
5  storage, can it go to some other place or
6  application where it's easier to access
7  than the backup would be?
8            MR. TORREGROSSA:  Objection
9       to form.
10           THE WITNESS:  Could you
11      rephrase the question?
12 BY MR. SMITH:
13      Q.    With regard to the systems
14 that you support, prior to backing up the
15 data, is it sometimes sent to another
16 server, another file or to another
17 application other than just being backed
18 up?
19      A.    If I understand the
20 question, it's backed up, is the method
21 of backing up the information.
22      Q.    Are copies of the data made
23 and kept anywhere else other than through
24 backup?

Page 385

1    A.    Not as far as any official
2  backup policy to my knowledge. I
3  couldn't speak if anything explicitly...
4    Q.    Who is the e-mail
5  administrator?
6    A.    E-mail is managed through IT
7  Services.
8    Q.    Is there a particular person
9  who would be the manager of that?
10    A.    The person I would reference
11 when talking about e-mail is Lynn
12 Winkler. However, I don't believe you
13 could call her the e-mail administrator.
14    Q.    Does your division provide
15 any support to the finance department?
16    A.    We do not support finance.
17    Q.    Does your division provide
18 any support for SAP?
19    A.    We do not support SAP.
20    Q.    Does your division deal with
21 SAP as a source for some of the systems
22 that you do administer?
23    A.    Only -- yes.
24    Q.    Which systems receive

Page 386

1  information from SAP?
2    A.    The data warehouse would
3  receive summarized expense information
4  related to the expenses submitted by
5  sales.
6    Q.    Does your division -- strike
7  that.
8         Where are the AZ budgets
9  kept?
10        MR. TORREGROSSA: Objection
11    to form and scope. I'm not sure
12    that is within this witness
13    30(b)(6) notice.
14        THE WITNESS: Since we're
15    not part of finance, I can't speak
16    where that might be.
17 BY MR. SMITH:
18    Q.    How about business plans?
19        MR. TORREGROSSA: Same
20    objection. Same scope.
21        THE WITNESS: I cannot
22    recall a system that may support
23    business plans.
24 BY MR. SMITH:

Page 387

1    Q.    Commercial would have
2  business plans, wouldn't they?
3        MR. TORREGROSSA: Objection.
4    Scope. You can testify to your
5    individual knowledge if you have
6    any.
7        THE WITNESS: I would
8    believe they would have a business
9    plan.
10 BY MR. SMITH:
11    Q.    But you're not aware of any
12 system that you support that would handle
13 those or manage those business plans?
14    A.    That is correct.
15    Q.    Where would the business
16 plan be managed if you know?
17        MR. TORREGROSSA: Same
18    objection. Same scope issue.
19        THE WITNESS: I would not
20    know the system that would -- I
21    cannot recall anything that would
22    support that.
23 BY MR. SMITH:
24    Q.    Who would be the person to

Page 388

1  ask about SAP?
2    A.    My understanding of SAP,
3  that question, it would not be -- it's a
4  very broad system. I believe we spoke
5  about it yesterday. It does --
6  manufacture resource planning and finance
7  functionality within the system. So
8  there would be not one person that I
9  could think of.
10    Q.    Would there be someone
11 within Commercial who would be
12 knowledgeable about their use of SAP?
13    A.    There may be. I would not
14 be able to -- I wouldn't know who that
15 person would be.
16    Q.    Do the systems you
17 administer, are they linked to data
18 sources outside of the United States?
19        MR. TORREGROSSA: Could I
20    have the question back?
21            - - -
22        (The court reporter read the
23    pertinent part of the record.)
24            - - -

Page 389

1   MR. TORREGROSSA: As you
2   know, as part of the negotiation,
3   we took off the table any foreign
4   discovery of any type as part of
5   these 30(b)(6)s.
6   MR. SMITH: Well, I'm not
7   aware of that.
8   MR. TORREGROSSA: Well, I
9   will allow this limited answer to
10  this limited question. Do you
11  need it read back to you?
12  MR. SMITH: And I haven't
13  agreed to it in Delaware for sure.
14  MR. TORREGROSSA: Counsel,
15  it's on the first page of the
16  letter that's guiding this entire
17  30(b)(6). But in any event, I
18  will allow this limited question.
19  Can we have it read back,
20  please?
21       - - -
22  (The court reporter read the
23  pertinent part of the record.)
24       - - -

Page 390

1   THE WITNESS: To my
2   knowledge, no. I am very focused
3   on the U.S. business and don't
4   recall things outside the scope of
5   the United States.
6   BY MR. SMITH:
7   Q.  Are there foreign users who
8   have access to the systems that you
9   administer?
10  MR. TORREGROSSA: Again, I
11  will allow the answer to this
12  limited question. Is it foreign
13  users of these databases that we
14  talked about today?
15  MR. SMITH: Yes.
16  MR. TORREGROSSA: I will
17  allow that limited question to go
18  forward.
19  THE WITNESS: To my
20  knowledge, again, it's U.S.
21  business tools. I am not aware of
22  foreign users within the systems
23  that I support.
24  BY MR. SMITH:

Page 391

1   Q.  If the business plans for
2   Commercial are not contained in the
3   databases that we've been talking about,
4   do you know if there -- if they're
5   maintained in some other application or
6   are they maintained in spreadsheets? Do
7   you know where they would be?
8   MR. TORREGROSSA: Objection.
9   Asked and answered. You can
10  answer again.
11  THE WITNESS: I would not
12  know where they would be.
13  BY MR. SMITH:
14  Q.  We talked a little bit about
15  CSTP, I believe, yesterday. I wanted to
16  ask you a couple more questions about
17  that.
18  Can you tell me who the
19  business owner is for CSTP?
20  A.  Mike Forst.
21  Q.  And the database manager?
22  A.  Andy Nelson.
23  Q.  The client partner?
24  A.  Sean Evans.

Page 392

1   Q.  The business consultant?
2   A.  Barb Kovacs.
3   Q.  Is that an Oracle-based
4   system?
5   A.  Yes.
6   Q.  Is that accessed through
7   Touchstone?
8   A.  I believe it can be. I'm
9   thinking about yesterday's statement and
10  I wasn't quite -- I may have said it. I
11  believe it can be.
12  Q.  If not through Touchstone,
13  how can it be accessed?
14  A.  It would be an application
15  on the user's laptop. It would be an
16  ICON.
17  Q.  What is a SourceSafe
18  database?
19  A.  A SourceSafe database is a
20  place where you will store the source
21  code or source information to manage your
22  applications. It's a repository to
23  ensure you have all the information to
24  change and the latest code available to

Page 393

1  you.
2      Q.   Can you pull the information
3  for any date or time from a SourceSafe
4  database?
5          MR. TORREGROSSA:  Objection
6      to form.
7          THE WITNESS:  My understanding
8      is yes.
9  BY MR. SMITH:
10     Q.   Can you pull it for the
11  whole database?
12         MR. TORREGROSSA:  Same
13     objection.
14         THE WITNESS:  It would be
15     rather -- I believe you handed me
16     a rather extensive operation as
17     you would explicitly have to pull
18     every version out as a stand-alone
19     piece of information.
20 BY MR. SMITH:
21     Q.   If you were to right click
22 on the latest project and say get latest
23 version, would that export everything
24 from BSS to a location on a disk?

Page 394

1          MR. TORREGROSSA:  Objection
2      to form.  I'm not familiar with
3      the SourceSafe clicking, exactly
4      where to click to do what you just
5      described, so I couldn't
6      necessarily feel competent in
7      answering that.
8  BY MR. SMITH:
9      Q.   Is there somebody in your
10 division that would be familiar with
11 that?
12     A.   A developer.
13     Q.   Which one?
14     A.   Any developer who would use
15 SourceSafe to store the code would
16 probably most likely know the minute
17 usage of it.
18     Q.   Is there a name of somebody,
19 one of the developers that would have
20 this information?
21     A.   I would believe Jay Kent
22 would be able to answer that question.
23     Q.   Do you know where reports
24 for management in Commercial are

Page 395

1  collected and stored?
2          MR. TORREGROSSA:  Objection
3      to form.  Vague in scope.  You can
4      answer on an individual basis.
5          THE WITNESS:  Can you help
6      me understand what you might mean
7      by "management"?
8  BY MR. SMITH:
9      Q.   Well, the people who head
10 the Commercial division, the people who
11 make decisions, business decisions for
12 the department?
13         MR. TORREGROSSA:  Same
14     objection.
15         THE WITNESS:  Once a
16     report -- if a report is created,
17     where they may store it as they're
18     looking at it, I would not be
19     familiar.  In terms of the
20     Commercial headquarters based
21     organization, it's distributed to
22     them and they can store it for
23     their own access in those
24     locations we talked about.

Page 396

1  BY MR. SMITH:
2      Q.   Are there -- is there an
3  application that would allow a PSS to
4  search all published medical studies?
5          MR. TORREGROSSA:  Objection.
6      Scope.
7  BY MR. SMITH:
8      Q.   For Seroquel?
9          MR. TORREGROSSA:  This is
10     not within this witness' 30(b)(6)
11     testimony.  You can answer on an
12     individual basis.
13         THE WITNESS:  I am not
14     familiar with any ability to do
15     that.
16 BY MR. SMITH:
17     Q.   Are the PSSes able to search
18 through a limited collection of medical
19 studies on Seroquel, for example?
20         MR. TORREGROSSA:  Same
21     objection.
22         THE WITNESS:  Again, to
23     answer the question, I am not
24     familiar with how -- the