Page 397

1  capability it might have to do
2  something you just described.
3  BY MR. SMITH:
4      Q.  Maybe to try to rephrase it,
5  but is there -- are you aware of any
6  collection of medical studies that are
7  available to the PSSes?
8          MR. TORREGROSSA:  Same
9      objection.  Same instruction.
10         THE WITNESS:  I am not aware
11     of a collection of any type that
12     the PSSes would be able to search,
13     whether it be one or -- in each
14     site to allow that search.  I
15     can't recall that.
16         MR. TORREGROSSA:  Mr. Smith,
17     Mr. Draper will address a database
18     that will involves literature.  I
19     don't know how far it goes, but I
20     put that in your mind.
21 BY MR. SMITH:
22     Q.  Is there any medical
23 literature in Touchstone that you're
24 aware of?

Page 398

1      A.  Could you give me an example
2  of what might be medical literature?
3      Q.  If a sales representative
4  wanted to look at an article that had
5  been published in a medical journal about
6  Seroquel, for example, you know, is there
7  some place within Touchstone where such
8  information might be maintained and
9  accessible?
10     A.  In reference to that, I
11 believe that would be a document and that
12 answer would be no.
13     Q.  What sorts of documents
14 would be available to the PSS using
15 Touchstone?
16     A.  There aren't.  That's why my
17 answer is based on it being a document.
18 There's no document in Touchstone.
19 There's no documents stored in
20 Touchstone.
21     Q.  There are no links --
22 Touchstone is a tool basically.  Right?
23     A.  Yes.
24     Q.  And does it link to any

Page 399

1  repositories of documents of any type?
2      A.  I don't recall anything of
3  that nature.
4      Q.  Would it link to sales aids?
5      A.  No.
6      Q.  Can you e-mail from
7  Touchstone?
8      A.  No.
9      Q.  If a PSS sends an e-mail to
10 a client or a doctor, does Touchstone
11 capture that interaction?
12     A.  The system does not capture
13 that interaction.
14     Q.  There is no record of it in
15 Touchstone?
16     A.  The Touchstone system does
17 not.  If it was entered?
18     Q.  For example, the Touchstone
19 system, if you have a meeting with a
20 doctor, you're going to enter that
21 through Touchstone.  Correct?
22     A.  Correct.
23     Q.  And if you call the doctor
24 on the telephone, is that going to be

Page 400

1  entered through Touchstone?  Would there
2  be a record of that telephone call?
3      A.  I'm not sure if they would
4  enter a telephone call or not.  If they
5  wanted to record that dialogue, basically
6  similar to how they might record a stand
7  up detail, I believe the information
8  would be the same.
9      Q.  Similarly if you wanted to
10 send a birthday card to a doctor, would
11 that be recorded in Touchstone?
12     A.  Touchstone has the
13 capability of recording that information.
14 Whether a person might put down if they
15 sent a birthday card to a doctor, I don't
16 know.
17     Q.  Does it have the capability
18 of recording the fact that an e-mail was
19 sent to a doctor?
20     A.  I'm not sure if -- when I
21 think of what you're asking me, we spoke
22 about the interaction type yesterday,
23 stand up detail, things like that.  I'm
24 not sure if it explicitly has one that

Page 401

1  says e-mail in it.
2      Q.  But you're pretty sure that
3  there is nothing in Touchstone that
4  clicks when it sends an e-mail?  It's not
5  an automatic logging of that transaction?
6      A.  Touchstone is not connected
7  to the e-mail system.
8          MR. TORREGROSSA:  I want to
9      push through if you're almost
10     done.
11         MR. SMITH:  I think we are.
12     Why don't I take a real short
13     break here and go over my notes.
14              - - -
15     (A recess was taken from
16     12:14 p.m. to 12:30 p.m.)
17              - - -
18 BY MR. SMITH:
19     Q.  Mr. Dowling, has there been
20 any inadvertent loss of data in any of
21 the systems that you support which you
22 are aware?
23     A.  SnapPharma.
24     Q.  And that was the 1998

Page 402

1  period?  When was that?
2      A.  In the information call
3  notes in the period April 1, 1998 to
4  August 31, 1999.
5      Q.  And what happened to those?
6      A.  I have no idea.
7      Q.  Is there anybody who would
8  know what happened to them?
9      A.  Not to my knowledge.
10     Q.  Is there any backup for that
11 period?
12     A.  For that period, no.  It
13 does not exist.
14     Q.  Do we know why there is no
15 backup?
16     A.  The SnapPharma system was
17 decommissioned in 2000.
18     Q.  If it was decommissioned in
19 2000, why wouldn't there be a backup from
20 1998?
21     A.  The retention time for the
22 backup is not required.
23     Q.  For any data systems that
24 you support, any data systems or

Page 403

1  applications, has there been any serious
2  corruption that would cause the data to
3  be unreliable?
4      A.  With the exception of what
5  we just talked about just now,
6  SnapPharma, to my knowledge, there have
7  been no serious corruptions of any
8  database to cause lost or data integrity
9  issues.
10     Q.  When someone leaves or is
11 reassigned, what happens to that person's
12 records?
13         MR. TORREGROSSA:  Objection
14     to form.
15         THE WITNESS:  Could you --
16 BY MR. SMITH:
17     Q.  Come up with an example?
18     A.  Help me understand what
19 you're asking.
20     Q.  Say in Touchstone you have a
21 sales representative that is no longer
22 working as a sales representative.  What
23 happens to the data, you know, in
24 Touchstone or the systems that are linked

Page 404

1  to Touchstone, what happens to his data,
2  his or her data?
3      A.  It's still there.
4      Q.  It's not taken out?
5      A.  No.
6      Q.  How about for other systems,
7  where a person made some sort of a data
8  entry or something or an entry -- keep it
9  to one question I guess.  If somebody
10 made a data entry?
11     A.  I'm going to read through
12 the listing of databases here.
13 Touchstone, no.  No meaning nothing
14 happens, it's still there.  Let me
15 rephrase that.  It's still there.
16 Compass is still there.  NICE it would be
17 still there.  MACS it would be there.
18 ICON it would be still there.  KNOWBOL is
19 a document management system, that's not
20 a data entry tool.  Make sure it's clear
21 if I didn't say that.  ViewPoint would
22 still be there.  I believe LectureBureau
23 Express would still be there.  PREP would
24 still be there.  Northstar information is

Page 405

1  in Compass, it would still be there.
2    Q.  Does anything from
3  Touchstone find its way into the GEL
4  system?
5    A.  I have to ask the question,
6  what is GEL?  It's not something I cover,
7  so I believe the answer, then, would be,
8  since I don't know it, it mostly likely
9  does not.
10       MR. TORREGROSSA:  That's
11    outside his scope.
12  BY MR. SMITH:
13    Q.  It would be regulatory
14  affairs.
15       MR. TORREGROSSA:  Is there a
16    pending question?
17       MR. SMITH:  Yes.  Before he
18    answered the question, he wanted
19    to know what GEL was, and I said
20    it's a system in regulatory
21    affairs.
22       THE WITNESS:  And as we
23    talked about earlier, I'm not
24    familiar with regulatory affairs

Page 406

1    systems and don't recall anything
2    that would go there from
3    Touchstone.
4  BY MR. SMITH:
5    Q.  If we had a data map for
6  Touchstone, would it show what other
7  systems it links to?
8    A.  When you refer to data map
9  in our conversations, I call it Entity
10  Relationship Diagram.  That's within the
11  database itself.  That's the relationship
12  between all --
13    Q.  Between tables and fields?
14    A.  Yes.
15    Q.  But would there be any sort
16  of a diagram that would show how the
17  Touchstone system relates to other
18  systems which I'm calling a data map?
19    A.  Not within the database
20  itself.  There may be one, I would not
21  have it readily -- there may be one.
22    Q.  Is there a service level
23  agreement for Touchstone?
24       MR. TORREGROSSA:  Objection

Page 407

1    to form.
2       THE WITNESS:  Yes.
3  BY MR. SMITH:
4    Q.  And would it show how
5  Touchstone interacts with other systems?
6    A.  It would, yes.
7    Q.  Is there a service level
8  agreement for all the databases that you
9  support?
10    A.  There is at least on all
11  systems a service level agreement in
12  terms of minimum up time, meaning the
13  system was available.  Explicitly for
14  each one, if there is any more detail
15  than that, I wouldn't be able to say.
16  But there's definitely up time.
17    Q.  What documentation would
18  show interaction between the systems you
19  support?
20    A.  An interface list.
21    Q.  There is such a thing for
22  all of the databases that you support?
23    A.  There would be an interface
24  list for the databases.  I'm not sure if

Page 408

1  they would be 100 percent comprehensive.
2    Q.  Is there any reason why you
3  couldn't get those to us, a copy of those
4  interface lists?
5       MR. TORREGROSSA:  Objection
6    to the extent you're suggesting we
7    will produce them to you.
8       THE WITNESS:  Is there
9    any -- I'm sorry, repeat the
10    question.
11  BY MR. SMITH:
12    Q.  Is there any impediment to
13  getting us copies of those interface
14  lists?
15       MR. TORREGROSSA:  Same
16    objection.
17       THE WITNESS:  Interface
18    lists could be obtained.
19  BY MR. SMITH:
20    Q.  Do you consider any piece of
21  data you are responsible for impossible
22  to get?
23       MR. TORREGROSSA:  Objection
24    to form.

Page 409

1      THE WITNESS: If data exists
2  in the database, it's possible to
3  get it, it would be my belief.
4  However, practical can be a
5  challenge and the complexity
6  around getting it, that piece of
7  information, and making it
8  sensical, a sensical piece of
9  information, would definitely be
10 where more challenges would lie.
11     MR. SMITH: Mr. Dowling,
12 thank you for your time, and I
13 thank the other counsel present
14 for their time and cooperation.
15     MR. TORREGROSSA: Thank you,
16 sir.
17     I have no questions. We'll
18 read and sign. And we're going to
19 make the cross notices in all the
20 other cases as an exhibit together
21 as Dowling-3.
22            - - -
23     (Exhibit Dowling-3,
24 Cross-Notices, was marked for

Page 410

1  identification.)
2            - - -
3      (Witness excused.)
4      (Deposition concluded at
5  approximately 12:42 p.m.)

Page 411

CERTIFICATE

    I HEREBY CERTIFY that the
witness was duly sworn by me and that the
deposition is a true record of the
testimony given by the witness.


_____
Linda Rossi Rios,
A Federally Approved Registered
Professional Reporter and
Notary Public
Dated: May 10, 2007


        (The foregoing certification
of this transcript does not apply to any
reproduction of the same by any means,
unless under the direct control and/or
supervision of the certifying reporter.)

Page 412

INSTRUCTIONS TO WITNESS

        Please read your deposition
over carefully and make any necessary
corrections. You should state the reason
in the appropriate space on the errata
sheet for any corrections that are made.
        After doing so, please sign
the errata sheet and date it.
        You are signing same subject
to the changes you have noted on the
errata sheet, which will be attached to
your deposition.
        It is imperative that you
return the original errata sheet to the
deposing attorney within thirty (30) days
of receipt of the deposition transcript
by you. If you fail to do so, the
deposition transcript may be deemed to be
accurate and may be used in court.

Page 413

E R R A T A

PAGE  LINE  CHANGE

Page 414

1  ACKNOWLEDGMENT OF DEPONENT
2
       I,_____, do
3  hereby certify that I have read the
   foregoing pages, 276 - 410, and that the
4  same is a correct transcription of the
   answers given by me to the questions
5  therein propounded, except for the
   corrections or changes in form or
6  substance, if any, noted in the attached
   Errata Sheet.
7
8  _____
   JON DOWLING          DATE
9
10
   Subscribed and sworn
11 to before me this
   ____ day of _____, 20____.
12
   My commission expires:_____
13
14 _____
   Notary Public

Page 415

LAWYER'S NOTES
PAGE  LINE