# EXHIBIT 45

# JON R. DOWLING

2624 Bittersweet Drive  
Wilmington, DE 19810

Telephone/Messages  
(302) 885-4166

## SUMMARY
Over eleven years experience working with the Commercial Organization providing technology solutions to complex business requirements. Seven years of project management experience with a track record of delivering projects on time, in budget and accurate. A Creative, customer focused, highly ethical, service/results oriented team player.

## EXPERIENCE

**AstraZeneca,** Wilmington, DE                                                                                   6/94-present

### Sr. Manager, Application Maintenance                                                                     1/06 – present
- Manage a team of 4 employees and 32 contractors in the management of Operations and Support for the entire suite of Commercial applications.
- Responsible for compliance, software upgrade strategies, hardware infrastructure, application interfaces, administration and licensing for all Commercial applications.
- Lead the transition efforts for the Application Maintenance group to the new CISS PBO Organization model.
- Champion the IS vision and operating model as well as contribute to the IS strategic direction.

### Manager, Applications and Operations                                                                     1/04-12/05
- Successfully Managed Project for the CISS PBO Transition Team Governance Workstream to establish the Commercial Operations and Commercial IS integrated Governance model in the management of IS priorities. Project established all levels of Governance within the Organization and was signed off and agreed to by Executive Leadership form the Business and IS.
- Worked with the CISS Leadership team in the development of the CISS Organizational design as part of the movement to a PBO.
- Led, Motivated and Managed performance for a team of 6 direct reports – 5 Employee, 1 Contractor. Team provides operational support of all Field Sales Web Based Applications and Alignment Systems. Team provides application development for internal alignment systems, internal standard reporting and ad-hoc reporting requests. Responsible for approximately 55 Applications and Processes.
- Ensure team follows the AZ rules for compliance ethical behavior.
- Managed the 2005 Client Refresh for Sales and Medical Affairs Remote users to ensure proper communications, minimize disruption of services and to ensure compliance from users. Created a team of liaisons and system testers to ensure proper completion and delivery of the new Client.
- Worked with TP&S service management group to create system update process for both critical security patches and non-sales tools application updates for field Sales builds that is recognized as a model on how to get systems updated. Process has ensured remote users are typically updated two to four days ahead of Headquarters when critical patching occurs.
- Managed Broadband Project for implementation of broadband to approximately 6000 Pharmaceutical Specialists in the field. Ensure proper support and communications were in place. Interfaced with Sales Leadership to provide updates, manage issue escalation and to ensure user compliance to project deadlines.
- Effectively communicate within IS. Maintained cross IS relationships with BIS Sales, BIS Marketing, BIS Managed Care, BIS Brands and TP&S to ensure best practice and information sharing.

### Project Leader                                                                                                       12/02-12/03
- Managed CRESTOR Launch Reporting initiatives. Worked with Sales Operations and Brand teams to determine the needs for initial launch reporting and supervised team to create and distribute. Reacted to ad hoc requests during launch to adjust reports as needed. Worked across BIS Sales Teams to understand issues impacting PSSs ability to synchronize data and manage expectations in Sales Operations organization on how this impacts reporting.
- Managed IS component of Balanced Scorecard project for the Sales Operations. Manage automated reporting work stream to deliver solution in August 2003. Worked with Sales Operations Project Lead to create interim solution for reporting. Successfully delivered the first scorecard to the Senior Sales Leadership Team to rave reviews.
- Managed project to provide automated posting of managed care formulary pages to the Managed Care Buying Group website. Successfully rolled out the automated creation of formulary State Summaries and Medical Group/IDS summaries.

*Jon R. Dowling*   *Page 2*

- ◊ Was the BIS Sales member of the Sales Operations Report Planning Team. Provided consultation on the best ways to provide reporting to Field Sales. Group presents recommendations to Senior Sales Operations leadership.
- ◊ Supervised and mange priorities for two contracted resources on the BIS Sales Operations team.
- ◊ Manage the Managed Care Analytic and Sales Team requests requiring BIS Sales resources.
- ◊ Provided BIS services to the Sales Operations Departments: Sales Targeting/Performance and Incentive Compensation. Ensure their BIS needs are captured, prioritized and delivered.

**Senior IS Business Consultant**  12/99-11/02
- ◊ Managed project to deliver Resource Management exception reporting to Field Sales Leadership. Worked with Sales Operations Leadership to define requirements and scope. Provided direction for Accenture project team to enhance Compass reporting for the PSSs and the Sales Prescriber Warehouse group to provide automated exception reports to Sales Leadership.
- ◊ Managed priorities for development of the Sales Prescriber Warehouse for the Sales Operations organization. Gain consensus from Sales Operations leadership on priority tasks, interact with Commercial Data Warehouse team to ensure their development efforts are in line with the priorities and communicate results to the Sales Operation leaders.
- ◊ Managed training on Sales Prescriber Warehouse for Sales Operations leadership and analysts. Successfully trained over 100 analysts and leaders since launch in July 2000.
- ◊ Managed project to provide enhanced IC address updates and change reporting for Sales Operations IC group.
- ◊ Managed BIS component of the 2002 Sales Force alignment implementation. Coordinated cross team understanding and communications to ensure implementation was successful and on time.
- ◊ Provided timely analysis on the needs for Sales Operations users to the Client 2000 upgrade teams, resulting in a successful rollout to the Sales Operations Regional and Business Integration groups.
- ◊ Engaged Director and Managers of Contract Sales Organizations to ensure IS requirements were met and data was captured properly for to measure contractual obligations.

**Senior Programmer/Analyst**  2/99-11/99
- ◊ IS lead in successful Sample Validation project for field sales sample system. Researched and provided sample system supporting documentation, identified system enhancements and developed and performed validation protocols to a business critical objective.
- ◊ Managed project to develop SNAP/Pharma communications reports. Analyzed needs and secured IS resources to develop and implement.
- ◊ Defined proactive communication support procedures for field sales help desk to enhance field sales support.
- ◊ Co-Authored the Sales Force Platform Strategy document for the AstraZeneca BIS Sales organization. Strategy was accepted by the business and implemented as Sales Insite.
- ◊ Assisted manager of SMIS in the review and documentation of the Y2K projects: Business Continuity Plans and the Millennium Operating Regime documentation.
- ◊ Participated in the analysis and design of Sale Insite reporting and time tracking components.

**Programmer/Analyst**  5/97-1/99
- ◊ Provided IS consultation for sample and literature order fulfillment processes to assist in identifying new opportunities for improving the process to meet internal and external concerns.
- ◊ Assisted in determining and implemented new configuration requirements for expanding sales force.
- ◊ Sought after for input on CTP analysis, physician summary sheet data, realignments, incentive compensation issues and sales reporting.
- ◊ Mentored two junior counterparts in sales and marketing information systems to increase their skills in programming.
- ◊ Project lead for successful technical implementation project to replace SNAP/Pharma Commserver communications software with RemoteWare for 2000 users.
- ◊ Managed successful million-dollar project to transition hardware support to a new hardware services vendor while concurrently rolling out 2000 re-cored laptops.

**Senior Programmer**  6/96-4/97
- ◊ Participated in successful sales force realignment through quality assurance, development and testing.
- ◊ Configured server and remote databases to help ensure four successful new product launches.
- ◊ Developed day after recall daily reports for the respective product marketing teams during product launches.
- ◊ Participated in Sales and Marketing projects to ensure business capitalization of SNAP/Pharma potential.

- ◊ Led project to developed a sample product recall system, meeting FDA compliance.
- ◊ Continued identifying enhancements and development of internal product detail reports and remote reports.
- ◊ Led project to test SNAP/Pharma communications to identify areas of improvement for the vendor. Resulted in an increase in successful communication connections from an average of 75% to 92%.
- ◊ Moved from Pharmaceuticals IS department to Sales and Marketing IS department in February 1997.
- ◊ Picked up responsibilities and was fully functional and contributing to the business within 2 weeks.
- ◊ Provided technical consultation in assessing and implementing a variety of laptop applications identified by the business areas.

**Programmer**                                                                                                              6/95-5/96

- ◊ Learned the applications, operating systems and programming languages of SQL, Visual Basic, Crystal Reports, Oracle, Watcom, VMS/DCL, MS Access and MS Query.
- ◊ Developed remote client report viewer and reports.
- ◊ Developed internal server based reports for national and regional short term, long term and adhoc reporting.
- ◊ Developed process for server extracts required for sales force bonus and forecast.
- ◊ Supported SNAP/Pharma in testing and development for successful launch to 1000 remote users.

**Assistant Special Project Manager**                                                                    6/94-5/95

- ◊ Hired as a summer intern and continue on part time as assistant to special project manager during school.
- ◊ Learned Visual Basic Help compiler implementation, learned user job for sample product system and wrote an initial Windows Help system all in 3 weeks.
- ◊ Manage development of reengineered sample product system and product literature system for 1000 person sales force.

**University of Delaware, Newark, DE**                                                                  9/93-6/94
  Computer Consultant, Morris Library Micro Computing Site
- ◊ Supported faculty and students on approximately 15 software packages.

**Citicorp Insurance Group, Dover, DE**                                                               Summer 1993
  Summer Intern, PC Support
- ◊ Supported employees in all departments with software, operating system and hardware upgrades.

**David W. Wehrs Seafood, Towson, MD**                                                         6/92-7/92
  Entrepreneur
- ◊ Managed and controlled all aspects of business while investigating possible purchase of $100,000/year retail business. After in-depth consultation with real estate accountant and lawyer, turned down opportunity to purchase.

**Captains Catch Seafood, Wilmington, DE**                                                     9/83-6/92
  General Manager
- ◊ Managed retail and wholesale seafood business with annual sales of $1,600,000 year. Leadership grew the company from $400,000 to $1,600,000 in the period 1984 to 1992.

## EDUCATION

**University of Delaware**, BS in Computer Science                                              1993-1995
        Major GPA 3.23/4.00
**Goldey Beacom College**, Marketing Classes                                                    1986-1988
        GPA 3.00/4.00
**University of Delaware**, Mechanical Engineering Classes                                 1981-1985
        GPA 2.00/4.00

## BACKGROUND

Competed as a member of University of Delaware Programming Team. Reached the finals of 19th Annual ACM International Programming Contest. Team finished with a ranking of 28/780 original teams. Interests include fishing, snow skiing and travel. References available upon request.