Page 34

1  position with AstraZeneca and what your
2  duties are?
3      A.   My position at AstraZeneca
4  is service performance manager.  And
5  while that job title, essentially all
6  that is, has some roles and
7  responsibilities of which are ensuring
8  the delivery and support for services
9  used by AstraZeneca business areas.
10     Q.   Let me see if I can read
11 that.
12          AstraZeneca business areas,
13 is that what your answer was?
14     A.   Yes.
15     Q.   Can you explain what you
16 mean by business areas, AstraZeneca
17 business areas?
18     A.   There are departments within
19 AstraZeneca, and those departments
20 represent certain business processes or
21 own certain business processes.
22     Q.   Which areas are you
23 concerned with?
24     A.   I'm not sure I understand

Page 35

1  the question.
2      Q.   Okay.  Are you concerned
3  with all of the areas of AstraZeneca's
4  business in the US?
5      A.   Do you mean do I have a
6  responsibility?
7      Q.   Yes.
8      A.   I do not have a
9  responsibility for all AstraZeneca
10 business areas.
11     Q.   Which business areas do you
12 have a responsibility for?
13     A.   The clinical drug
14 development area.
15     Q.   That's the only business
16 area that you have responsibility for?
17     A.   As I said, there are, how
18 can I say, departments, functions within
19 global clinical drug development.  An
20 example would be drug safety.
21     Q.   What are some of the other
22 divisions of clinical drug development
23 that you're responsible for, divisions or
24 departments?

Page 36

1      A.   Study delivery enablement.
2      Q.   What does that mean?
3      A.   That's an area of the
4  business that has a responsibility for
5  the delivery of studies.
6      Q.   From whom and to whom?
7  Delivery suggests that it's from somebody
8  to somebody else.
9      A.   Delivery on behalf of drug
10 projects.  So therapeutic areas receive a
11 compound, and it is -- I mean, they
12 decide they want to study that particular
13 compound.  The study team or study
14 delivery would be involved with the
15 set-up, I guess agreeing or involving
16 centers and sites and investigators to
17 perform certain activities of the trial
18 or the study.
19     Q.   Would that include
20 laboratory and animal trials?
21     A.   No.
22     Q.   Would it include human
23 clinical trials?
24     A.   Yes.

Page 37

1      Q.   And what is your involvement
2  with the human clinical trials, as far as
3  the services you provide?
4      A.   These -- a number of these
5  databases support that area of the
6  business.  And I'm here to answer
7  questions, technical questions, with
8  regard to those databases.
9           Does that answer the
10 question?
11     Q.   Not really.
12          Which databases are you
13 responsible for that support the human
14 clinical trials?
15     A.   I'm assuming that you're
16 referring to the databases listed here.
17     Q.   No.  It's an open-ended
18 question.
19     A.   SAM, SAMSON.  That's all I
20 see at the moment from the list.
21     Q.   Okay.  Are there any other
22 databases that you're responsible for
23 that support human clinical trials that
24 are not on the list?

Page 38

1   A.   Databases that support human
2   clinical trials?
3   Q.   Yes, sir.
4   A.   I don't believe that there
5   are any others.
6   Q.   Aside from databases, are
7   there any software applications that you
8   are responsible for that support clinical
9   trials?
10  A.   Can I -- I would like to go
11  back to my earlier statement about
12  databases --
13  Q.   Sure.
14  A.   -- other databases.
15       Could I just -- could you
16  ask me the question again, the previous
17  question, because I want to make sure
18  that I've...
19       MR. SMITH: Let me ask the
20       court reporter to find it. She's
21       probably better at it than I am.
22           - - -
23       (The court reporter read the
24       pertinent part of the record.)

Page 39

1           - - -
2       THE WITNESS: There is a
3       medical dictionary database that I
4       have a responsibility for.
5   BY MR. SMITH:
6   Q.   Any other databases that you
7   can think of?
8   A.   There is a database which
9   is a -- it's also part of the dictionary.
10  It's a database, but it's related to
11  medical dictionary management.
12  Q.   Is there a name for that?
13  A.   Yes.
14  Q.   What?
15  A.   GDMRS.
16  Q.   GDMRS?
17  A.   Correct.
18  Q.   And what does that stand
19  for?
20  A.   Global dictionary management
21  request system.
22  Q.   And you're responsible for
23  the operation of that?
24  A.   Yes.

Page 40

1   Q.   Did you e-mail anyone at
2   AstraZeneca concerning the software
3   systems that you're responsible for in
4   preparation for today's deposition?
5   A.   Could you ask the question
6   again? I want to make sure I understand.
7   Q.   Did you e-mail anyone at
8   AstraZeneca concerning the software
9   systems that you're responsible for in
10  preparation for today's deposition?
11  A.   I sent meeting requests to
12  individuals from the business areas that
13  use the systems, certain systems, the
14  systems I have a responsibility for.
15  Q.   Was any information
16  concerning the systems or their use of
17  the systems sent to you by way of e-mail?
18  A.   I did receive confirmations
19  for the individuals that I had asked to
20  attend the face-to-face meeting.
21  Q.   Did anybody provide any
22  information to you other than to confirm
23  the meetings?
24  A.   In the meeting request, I

Page 41

1   specifically asked --
2       MR. TORREGROSSA: Don't
3       discuss what was asked to the
4       extent it was by direction of
5       counsel. Just state what was the
6       general nature of the request.
7       THE WITNESS: I'm sorry,
8       could you ask the question again,
9       please?
10  BY MR. SMITH:
11  Q.   Did anybody provide any
12  information to you other than to confirm
13  the meetings?
14  A.   Yes.
15  Q.   What type of information?
16  A.   Information such as --
17  actually, I'm -- could you ask the
18  question again, because I'm not sure I --
19  Q.   Did anybody provide any
20  information to you other than to confirm
21  the meetings?
22       MR. TORREGROSSA: My
23       objection is to the extent it
24       calls for privileged information.

Page 42

```
 1      You can answer and say whether you
 2      did or not, but don't disclose any
 3      communications that were made
 4      between us to counsel.
 5          THE WITNESS:  Yes, I did
 6      receive information.
 7  BY MR. SMITH:
 8      Q.   What type of information?
 9          MR. TORREGROSSA:  Again,
10      same instruction.  You can
11      describe it generally, but don't
12      describe the communications to the
13      extent they were privileged.
14          THE WITNESS:  Information,
15      general technical information or
16      business process information.
17  BY MR. SMITH:
18      Q.   And that was information
19  that you felt that you needed to be able
20  to discuss these areas today?
21      A.   Not necessarily, no.
22      Q.   Why would you ask for it
23  then?
24      A.   I didn't -- what do you
```

Page 43

```
 1  mean, ask for?
 2      Q.   I assume that if somebody
 3  sent you some information, it was because
 4  you asked for it.
 5      A.   I asked the -- I sent a
 6  meeting request to discuss certain
 7  aspects of the systems, their use, and
 8  any technical information that would be
 9  relevant on how the system is designed or
10  architected.
11      Q.   And did they respond by
12  providing you with technical information
13  relevant to how the system is designed or
14  architected?
15      A.   What I asked for -- what I
16  asked for was to have a discussion so
17  that I could speak about -- technically
18  about these systems.
19      Q.   And in response, did they
20  provide you with some information that
21  would enable you to speak technically
22  about these systems?
23      A.   Yes.
24      Q.   And they did that via
```

Page 44

```
 1  e-mail?
 2      A.   Yes.
 3      Q.   In some cases, did they
 4  attach materials to their replies?
 5      A.   Yes.
 6      Q.   Is there any reason why you
 7  couldn't produce those to me?
 8          MR. TORREGROSSA:  Objection
 9      to the extent you're saying we
10      will produce them.
11          THE WITNESS:  I did not
12      review any of the information that
13      was sent to me.
14  BY MR. SMITH:
15      Q.   So if somebody sent you an
16  attachment regarding the technical
17  information that would be relevant on how
18  the system is designed or architected,
19  you didn't open the attachments?
20      A.   That's correct.
21      Q.   Can you give me an example
22  of -- name somebody that you corresponded
23  with via e-mail regarding the technical
24  information or architecture for one of
```

Page 45

```
 1  your systems?
 2      A.   I'm sorry, can you state the
 3  question again?
 4      Q.   Can you give me an example
 5  of -- can you name somebody that you
 6  corresponded with via e-mail regarding
 7  the technical information or architecture
 8  for one of your systems?
 9      A.   Are you asking me to name a
10  person?
11      Q.   Yes.
12      A.   Okay.  Robert Lane.
13      Q.   And who is Robert Lane?
14      A.   He is the director of
15  networking -- I'm sorry, it's voice and
16  network communications.
17      Q.   And what technical
18  information did you want to get from Mr.
19  Lane?
20          MR. TORREGROSSA:  Again, you
21      can discuss this generally, but do
22      not give specific communications
23      that were made by and between us.
24  BY MR. SMITH:
```

Confidential - Darryl Draper

Page 46

1  Q. I'm not asking for
2  communications between you and your
3  lawyer. I'm asking for communications
4  between you and Mr. Lane.
5      Is that clear?
6      MR. TORREGROSSA: Directly.
7  And I'm objecting to the extent it
8  calls for me -- or for discussion
9  of what I directed him to do.
10     But you're correct, any
11 one-on-one communications that you
12 had with him, you can discuss.
13     MR. SMITH: Well, I didn't
14 ask him if somebody told him to do
15 it. I hadn't even mentioned
16 anything like that.
17     It's interfering with the
18 purpose of the deposition to tell
19 him that that's privileged because
20 it's not privileged.
21     MR. TORREGROSSA: Well, if
22 you are asking what kinds of
23 information did he seek out from
24 Mr. Lane, I agree with you. He

Page 47

1  can answer that question.
2      THE WITNESS: Phone and
3  voicemail systems.
4  BY MR. SMITH:
5  Q. What did you want to know
6  about the phone and voicemail systems?
7  A. How they're used, their
8  technical components and the
9  architecture.
10 Q. Did he send you any
11 documentation regarding the phone and
12 voicemail systems?
13 A. No.
14 Q. Who else did you correspond
15 with via e-mail in preparation for
16 today's deposition?
17 A. There are many others that I
18 sent meeting requests to.
19     Do you want to go through
20 the entire list?
21 Q. If you would, please.
22 A. I'm going to try to do it.
23 I mean, I don't recall -- I may not
24 recall every individual.

Page 48

1  Robert Lane. Paul Seymour.
2  Q. Who is Paul Seymour?
3  A. Paul Seymour is an
4  AstraZeneca employee. His job role is
5  similar to mine. He's a service
6  performance manager.
7  Q. And what systems is he
8  responsible for?
9  A. He has a responsibility for
10 CLINTRACE.
11 Q. Would he be a better person
12 to ask about the systems for CLINTRACE
13 than yourself?
14     MR. TORREGROSSA: Objection
15 to form.
16     Go ahead. You can answer.
17     THE WITNESS: No.
18 BY MR. SMITH:
19 Q. Did he provide any
20 documentation to you regarding CLINTRACE?
21 A. No.
22 Q. Or any technical
23 information, by e-mail or otherwise, that
24 was in writing?

Page 49

1  A. I'm not sure -- can you
2  restate the question, please?
3  Q. Yes, let me rephrase it.
4      Did he provide -- what
5  information, what types of information,
6  did Mr. Seymour provide to you regarding
7  CLINTRACE?
8  A. I don't recall. I mean, I
9  didn't -- any information that was sent
10 to me, I did not review, I did not look
11 at. I --
12     MR. TORREGROSSA: I think
13 the question was, what information
14 did you inquire about to Mr.
15 Seymour.
16     Was that the question?
17     MR. SMITH: No. The court
18 reporter can read the question
19 back if that's necessary.
20     MR. TORREGROSSA: I
21 apologize.
22      - - -
23     (The court reporter read the
24 pertinent part of the record.)

13 (Pages 46 to 49)

Page 50

```
 1              - - -
 2          MR. TORREGROSSA:  Thank you,
 3      Mr. Smith.
 4          THE WITNESS:  Paul provided,
 5      during the interview, he provided
 6      information about database size.
 7          MR. TORREGROSSA:  Don't
 8      discuss the communications during
 9      our meeting, but you can describe
10      the type -- you can answer his
11      question with respect to types of
12      information he provided with
13      regard to CLINTRACE.
14          THE WITNESS:  The types of
15      information were of a technical
16      nature.
17  BY MR. SMITH:
18      Q.   Was counsel present at this
19  meeting?
20      A.   Yes.
21      Q.   I need to know more about
22  the type of information that he gave to
23  you.
24      A.   Can you be more specific?
```

Page 51

```
 1      Q.   I assume that wasn't
 2  everything that he gave to you.
 3          How long did the meeting
 4  last?
 5      A.   Approximately an hour.
 6      Q.   And during that hour, what
 7  did you talk about?
 8          MR. TORREGROSSA:  Objection.
 9      Don't answer that.  That's
10      privileged.
11          MR. SMITH:  Not what your
12      lawyer talked about, what did you
13      talk about.
14          MR. TORREGROSSA:  No.
15      That's privileged.  We were all
16      meeting to prepare for this
17      deposition.  That is sacrosanct.
18      You cannot get into that.
19  BY MR. SMITH:
20      Q.   Did you discuss any of the
21  systems for which you're testifying today
22  with anyone at AstraZeneca when your
23  counsel was not present?
24      A.   No.
```

Page 52

```
 1      Q.   Would you have a job
 2  description or performance record that
 3  would outline all of the systems and
 4  applications that you manage?
 5      A.   No.
 6      Q.   What is Mr. Seymour's title,
 7  if you can recall?
 8      A.   He was a -- I'm sorry.  His
 9  title is service performance manager.
10      Q.   Is he responsible for just
11  CLINTRACE or for other applications?
12      A.   I believe he has a
13  responsibility for some other
14  applications.
15      Q.   Does he work for you or is
16  he over you?  What's the organizational
17  relationship?
18      A.   He's a peer.
19      Q.   He's a peer.
20          Who is your boss?
21      A.   I'm sorry, can you be a bit
22  clearer on what you mean?
23      Q.   Who is your supervisor?
24      A.   Who is my supervisor?  Mary
```

Page 53

```
 1  Gabie.
 2      Q.   Could you spell that last
 3  name, please?
 4      A.   G-A-B-I-E.
 5      Q.   And who is Mr. Seymour's
 6  supervisor?
 7      A.   I would check with Sophia
 8  Parker, who is the person that could give
 9  me that information.
10      Q.   And who is she?
11      A.   She's a -- she has a
12  responsibility for the, what we call
13  resource managers within our
14  organization.
15      Q.   Are you a resource manager?
16      A.   I'm a service performance
17  manager.
18      Q.   What's a resource manager?
19      A.   They manage resources within
20  an IS or IT function.
21      Q.   Do you mean human resources?
22      A.   Yes.
23      Q.   Personnel?
24      A.   Personnel.
```

Page 54

1    Q.   Okay.  What is your
2   responsibility for CLINTRACE?
3    A.   I'm not sure I understand
4   your question.
5        With regard to the
6   deposition?
7    Q.   With regard to your position
8   at AstraZeneca.
9    A.   I don't have a day-to-day
10  responsibility for CLINTRACE.
11   Q.   Did you ever have a
12  day-to-day responsibility for CLINTRACE?
13   A.   Yes.
14   Q.   When was that?
15   A.   From 1999 to about 2003.
16   Q.   And what were your
17  responsibilities for CLINTRACE during
18  that period of time?
19   A.   Incident management, problem
20  management, change management and release
21  management.
22   Q.   Can you define each of those
23  terms for me?
24   A.   Yes.  Incident management is

Page 55

1   the response to issues, technical issues
2   and/or questions on how to use a system.
3    Q.   An incident is not an
4   occasion where the system breaks down or
5   malfunctions?
6    A.   An incident is the system
7   not responding or behaving the way that a
8   user would expect it to.
9    Q.   That sounds pretty good.
10       That's an incident then?
11   A.   That's an incident.
12   Q.   When it's not behaving.
13   A.   Can I just clarify?
14   Q.   Yes.
15   A.   I mean that incident may
16  simply be the result of not understanding
17  how to use the system.
18       MR. SMITH:  With that, why
19       don't we take a break.  It's been
20       about an hour.
21       - - -
22       (Deposition Exhibit No.
23       Draper-2, Resume, was marked for
24       identification.)

Page 56

1       - - -
2       (A recess occurred.)
3       - - -
4   BY MR. SMITH:
5    Q.   I'm sure it's not necessary
6   to remind you, but you're still under
7   oath.
8        Welcome back.  And you have
9   before you Exhibit Number 2.
10       Can you identify that for
11  me, please?
12   A.   That's my resume.
13   Q.   Is it current and accurate?
14   A.   Yes.
15   Q.   I'd like to shift gears a
16  little bit here.
17       Let's talk about AMOS,
18  A-M-O-S.
19       Is that a system for which
20  you're responsible?
21   A.   No, but it's a system that
22  I'm here to talk about today.
23   Q.   What does AMOS stand for?
24   A.   It no longer really has

Page 57

1   relevance to AstraZeneca.  It stood for
2   Astra Monitoring, I believe it's
3   Operating System.
4    Q.   And what was its purpose?
5    A.   It is -- its purpose is to
6   collect data from case report forms.
7    Q.   And what are the case report
8   forms?
9    A.   The case report forms are a
10  paper document used to collect patient
11  information during a visit.
12   Q.   And how do these case report
13  forms get to AstraZeneca?  In other
14  words, are you talking about clinical
15  trials, or are you talking about
16  spontaneous reports?  What do you mean by
17  case report forms?
18   A.   A case report form is a
19  method whereby, during a trial, a patient
20  would visit and provide information about
21  their health and --
22   Q.   Just so I -- I'm sorry.  I
23  didn't mean to interrupt you.
24   A.   It's all right.  Go ahead.

Confidential - Darryl Draper

Page 58

```
 1      Q.   Just so we're clear then,
 2   we're not talking about spontaneous
 3   post-marketing adverse event reports.
 4            We're talking about clinical
 5   trials.  Right?
 6      A.   The CRF is not a method for
 7   spontaneous adverse events, no.
 8      Q.   Who are the users of AMOS?
 9      A.   It's the clinical data
10   management organization.
11      Q.   Is it currently in use?
12      A.   Yes.
13      Q.   Is it used by any other
14   groups?
15      A.   It is also -- I believe that
16   it's also used by the study teams.
17      Q.   Is it used for drug products
18   other than Seroquel?
19      A.   Yes.
20      Q.   And it's used for Seroquel;
21   is that correct?
22      A.   It can be used for Seroquel.
23      Q.   Is it used for Seroquel?
24      A.   You're asking me a question
```

Page 59

```
 1   with regard to whether -- when and how
 2   the business decide to use AMOS, so I
 3   think that's more of a business process
 4   question more so than a technical
 5   question.
 6      Q.   Who should that question be
 7   put to, in your opinion?
 8      A.   It probably should be posed
 9   to someone within the CNS study team.
10      Q.   Anyone in particular?
11      A.   I don't know the names of
12   individuals on the -- in the CNS
13   therapeutic area study teams.
14      Q.   When was AMOS first put into
15   use?
16      A.   Is your question when was it
17   first used in AstraZeneca?
18      Q.   Yes.
19      A.   In 2000.
20      Q.   Who maintains the servers?
21      A.   IBM.
22      Q.   What platform is AMOS based
23   on?
24      A.   If your question is with
```

Page 60

```
 1   regard to the database, it is on a Sun
 2   Microsystem Unix server.
 3      Q.   Is the software on a
 4   different server?
 5      A.   Yes.
 6      Q.   Where is the software?
 7      A.   I just want to restate that
 8   answer.
 9            Software for the system
10   encompasses all components.  And so any
11   hardware, software for the system would
12   be on multiple components to the
13   hardware.
14      Q.   And what software runs for
15   AMOS?
16      A.   What is the software?
17      Q.   What software is used for --
18   what is the software?
19      A.   If you're referring to the
20   programming language, is it, I believe it
21   is VB.net.
22      Q.   Who are the vendors --
23      A.   I'm sorry, I'm sorry.
24      Q.   I'm sorry.  Go ahead.
```

Page 61

```
 1      A.   It's not.  It's Java.  It's
 2   written in a language called Java.
 3      Q.   Can you describe the front
 4   end?
 5      A.   A series of screens whereby
 6   you would find particular patients'
 7   related information that was designed for
 8   the study, used -- that would be used to
 9   enter the data.  It's a data entry
10   system.
11      Q.   Who are the vendors for the
12   system?
13      A.   AstraZeneca.
14      Q.   It was developed in-house?
15      A.   Yes.
16      Q.   What are the data sources
17   for AMOS?
18      A.   Case report forms.
19      Q.   Can you give me examples of
20   the fields that are used?
21      A.   Patient ID, visit number,
22   blood pressure.  Those are some examples.
23      Q.   Product, I assume?
24      A.   No.
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Page 62

1  Q. Clinical investigator?
2  A. Yes.
3  Q. Any information about --
4  A. Study center.
5  Q. Study center.
6     Anything about institutional
7  review board?
8  A. Not that I can recall, no.
9  Q. Who would be the business
10 analyst or consultant in IS for the
11 system?
12 A. To answer that question, I
13 believe I would have to inquire with the
14 application service manager.
15 Q. Who is that?
16 A. That's Rita White.
17 Q. Are you familiar with the
18 term "client partner"?
19 A. I'm not sure I am, no.
20 Q. Would there be somebody in
21 IS who works closely with the business
22 owner? Wouldn't that be a client
23 partner?
24 A. I guess you could use the

Page 63

1  term "client partner."
2  Q. If you don't use the term,
3  then that's okay.
4  A. I mean, we have what was
5  known as a business partner.
6  Q. Okay. What would be the
7  business partner? Who would be the
8  business partner?
9  A. Again, I would have to
10 inquire with the application service
11 manager to identify that individual.
12 Q. What does the business
13 partner do? What is his or her function?
14 A. To understand the
15 business -- the inquiries from a business
16 perspective. An example would be you go
17 to visit a car sales rep, and they're
18 going to ask you, do you want a sunroof,
19 do you want tilt steering, you know, what
20 do you need to meet your transportation
21 needs.
22 Q. Who is the business owner
23 for this system?
24 A. The business owner. I'm

Page 64

1  struggling to recall the individual's
2  name. I would get that information from
3  talking again to Rita White.
4     It may come back to me.
5  Q. Who provides user training
6  on the system?
7  A. The business.
8  Q. Do you know whether there's
9  documentation for user training?
10 A. There should be
11 documentation for training users prior to
12 using the system.
13 Q. Is there separate training
14 for IS persons responsible for the
15 system?
16 A. Yes.
17 Q. Is there documentation for
18 that?
19 A. Yes.
20 Q. What type of documentation?
21 A. Training required to support
22 the system.
23 Q. Who conducts that training?
24 A. Much of it is the

Page 65

1  responsibility of the individual to read
2  those materials. There is also
3  instructor-led training that's conducted
4  by the quality management organization.
5     So I think the answer to
6  your question is, it's both the
7  individual and the instructor.
8  Q. Is there somebody in quality
9  management who provides training for each
10 system?
11 A. No.
12 Q. There's somebody in quality
13 management who provides IS training,
14 though, for AMOS. Right?
15 A. Not specifically for AMOS.
16 Q. Who has access to AMOS and
17 how is that done?
18 A. I think I answered that
19 question earlier.
20 Q. Could you explain it to me
21 again?
22 A. Okay. If I recall
23 correctly, your question was who uses
24 AMOS.

17 (Pages 62 to 65)

Confidential - Darryl Draper

Page 66

1  Would that be similar to who
2  has access?
3  Q. Yes, it would.
4  Okay. How do they get
5  access?
6  A. They are required to go
7  through training. A request is sent to
8  the administrator of the application.
9  And they're given access. Their account
10 is created.
11 Q. Okay. How do they
12 physically access the information in
13 AMOS? What machines do they use?
14 A. Well, they would use their
15 computer that has been assigned to them,
16 and they would launch a shortcut to the
17 application. They'd enter their
18 credentials, and they would be in the
19 system.
20 Q. Can AMOS be accessed by
21 AstraZeneca employees overseas?
22 MR. TORREGROSSA: Objection
23 to form. Don't answer that
24 question.

Page 67

1  MR. SMITH: Are you going to
2  follow your counsel's advice?
3  THE WITNESS: Yes.
4  BY MR. SMITH:
5  Q. What kinds of reports can be
6  run in AMOS?
7  A. Patient summary visit.
8  Q. Anything else?
9  A. I'm certain there are
10 others. I don't have the specific
11 titles. It would be -- require some
12 additional analysis to list the reports,
13 provide a list of the reports.
14 Q. Who could provide that
15 information to you?
16 A. Probably the application
17 service manager.
18 Q. Did you talk to the
19 application service manager in
20 preparation for this deposition?
21 A. No.
22 Q. Does the AMOS system feed
23 other applications?
24 A. If what you mean by feed is

Page 68

1  a pushing of information to another
2  system, no.
3  Q. Does AMOS contain raw
4  clinical data that can be exported to SAS
5  data sets for analysis?
6  A. Yes.
7  Q. Are the results of those
8  analyses in GEL?
9  A. If they were part of the
10 NDA, they would be in GEL.
11 Q. Why did you say no when I
12 asked you earlier if the system could
13 feed other applications?
14 MR. TORREGROSSA: Objection.
15 Misstates the question, but go
16 ahead. You can answer.
17 THE WITNESS: What I said
18 was if what you mean is pushing
19 data, AMOS initiating push of data
20 to another system, it does not.
21 BY MR. SMITH:
22 Q. So for SAS, the data is not
23 pushed but the data is pulled?
24 A. Yes.

Page 69

1  Q. What term would you use to
2  describe or how would you describe the
3  interaction between AMOS and other
4  applications?
5  A. I'm sorry, could I just --
6  could I make sure I understand the
7  question correctly?
8  MR. TORREGROSSA: Sure. We
9  can have the court reporter --
10 MR. SMITH: Can you read it
11 back, please.
12 - - -
13 (The court reporter read the
14 pertinent part of the record.)
15 - - -
16 THE WITNESS: I guess
17 integration.
18 BY MR. SMITH:
19 Q. So AMOS is integrated with
20 other applications or systems?
21 A. By virtue of sharing data,
22 yes.
23 Q. With what other systems does
24 AMOS share data?

18 (Pages 66 to 69)

Confidential - Darryl Draper

Page 70

```
 1      A.   SPOLA.
 2      Q.   Can you make sure we have
 3  that spelling correct?
 4           MR. TORREGROSSA:  Spell the
 5  acronym.
 6           THE WITNESS:  S-P-O-L-A,
 7  SPOLA.
 8  BY MR. SMITH:
 9      Q.   And what is SPOLA?
10      A.   SPOLA is an application
11  that's used to analyze clinical study
12  data.
13      Q.   Who are the users of SPOLA?
14      A.   They -- I believe it's the
15  study teams.
16      Q.   We'll come back to SPOLA in
17  a little bit then.  Let me stay on AMOS
18  for a while.
19           What other systems share
20  data with AMOS?
21      A.   I guess there's an
22  application called COOL.
23      Q.   And just briefly, what is
24  COOL?
```

Page 71

```
 1      A.   COOL is a -- it's an
 2  electronic CRF or remote data capture
 3  application.
 4      Q.   Is data shared in both
 5  directions between AMOS and COOL?
 6      A.   No.  In fact, COOL does not
 7  share data back and forth between AMOS.
 8      Q.   How does COOL interface with
 9  AMOS?
10      A.   It's in -- AMOS is paper
11  base case report forms.  COOL is remote
12  electronic case report forms.
13      Q.   Does COOL feed into the SAS
14  data sets for analysis?
15      A.   Does COOL feed into -- if
16  what you're referring to, does the --
17  does the data that is captured in COOL
18  end up in SAS data sets, yes.
19           I just want to clarify that
20  the resulting data is not a SAS data set
21  by entering data into COOL.  The
22  resulting data is not -- it does not
23  result -- does not directly result in a
24  SAS data set.
```

Page 72

```
 1      Q.   How does it get into a SAS
 2  data set?
 3      A.   It gets extracted from the
 4  COOL data repository into a SAS data set.
 5      Q.   By whom?  Who does that?
 6      A.   I'm sorry?
 7      Q.   Who does that?
 8      A.   I believe it's the study
 9  teams that build those SAS data sets when
10  the trial is closed.
11      Q.   Was there a previous system
12  that performed some of the same functions
13  as AMOS?
14      A.   Yes.
15      Q.   And what was that system
16  called?
17      A.   Is your question with regard
18  to this litigation?
19      Q.   It's with regard to the
20  database and the collection of those
21  types of data.
22           Was there another system
23  prior to AMOS that did something like
24  that?
```

Page 73

```
 1      A.   Yes.
 2      Q.   What was that?
 3      A.   That was called DIPLOMAT.
 4      Q.   And AMOS is a collection of
 5  documents.
 6           Is that what you said
 7  earlier?
 8      A.   No.
 9      Q.   No?  I misunderstood you
10  then.
11      A.   AMOS is a data entry system.
12      Q.   Okay.  Was data from the
13  DIPLOMAT system migrated into AMOS?
14      A.   Some data was migrated to
15  AMOS.
16      Q.   Which data was migrated into
17  AMOS?
18      A.   I'm sorry, I want to correct
19  that.
20           No, there was no migration
21  to AMOS.
22      Q.   Is there access to AMOS by
23  third parties?
24      A.   No.
```

19 (Pages 70 to 73)