Confidential - Darryl Draper

Page 74

1   Q. The people who are
2   conducting clinical trials, do they have
3   access to AMOS?
4   A. No.
5      I'm just -- can you just
6   clarify what you mean by conducting
7   clinical trials?
8   Q. Investigators.
9   A. The answer is no.
10  Q. How is the clinical data
11  from investigators managed in AMOS?
12  A. I'm not sure I understand
13  the question.
14  Q. How does the system work?
15  How does it manage the data?
16  A. It's a data collection tool.
17  I'm not certain I understand what you
18  mean by manage the data.
19  Q. Okay. Let's start with
20  that.
21     How is the data collected?
22  A. The patient data?
23  Q. Yes.
24  A. The patient data is

Page 75

1   collected on a case report form.
2   Q. Is there any other data that
3   goes into AMOS?
4   A. Not that I'm aware of.
5   Q. So the only source for AMOS
6   is the CRFs; is that correct?
7   A. Correct.
8   Q. And who actually puts the
9   data into AMOS?
10  A. That would be AstraZeneca
11  personnel.
12  Q. Did you play any role in the
13  development of AMOS?
14  A. No.
15  Q. Would there be a schema for
16  AMOS?
17  A. Can you define schema? I
18  mean, what do you mean?
19  Q. Is that a term that you
20  would use in talking about how a database
21  operates?
22  A. If what you mean by schema
23  in terms of a relational database, there
24  is a schema to support the data that's

Page 76

1   entered into AMOS, yes.
2   Q. Would you refer to that as
3   an ERD?
4   A. No.
5   Q. Are you familiar with the
6   acronym ERD?
7   A. Entity relationship diagram.
8      MR. TORREGROSSA: Mr.
9   Draper, I think you need to speak
10  up just a bit.
11     THE WITNESS: I'm sorry.
12  I'm a very low key person.
13  BY MR. SMITH:
14  Q. Would there be an ERD for
15  AMOS?
16  A. No, I don't believe there is
17  an ERD for AMOS.
18  Q. Would there be anything like
19  that, any sort of diagram that shows the
20  relationships?
21  A. I mean, generally speaking,
22  you would -- if you're designing a
23  system, you would build a diagram of
24  sort; but a database in itself, you know,

Page 77

1   is the -- are the technical components
2   that would otherwise make up what you
3   would see in a visual diagram.
4   Q. You're not aware of any
5   visual diagram?
6   A. I'm not aware of any visual
7   diagram, no.
8   Q. Are you aware of a
9   description that would take the place of
10  a visual diagram?
11  A. Yes.
12  Q. So there's documentation for
13  the system that contains those
14  relationships?
15  A. Yeah, there's documentation.
16  Q. And you could provide a copy
17  of that documentation to us?
18     MR. TORREGROSSA: Objection
19  to the form. Objection to the
20  extent you suggest we will produce
21  it to you.
22     But you can answer if you
23  understand. You can answer the
24  question if you understand.

Page 78

```
 1        THE WITNESS: I mean, if I
 2    could put my hands on the
 3    document, I could produce it.
 4  BY MR. SMITH:
 5      Q.  Can you get your hands on
 6  the document?
 7      A.  That would require, you
 8  know, some investigation. I'm certain
 9  that I could, yes.
10      Q.  Do you think there would be
11  a diagram or flow chart that would show
12  the data sources and outputs or
13  interfaces with other systems for AMOS?
14      A.  Could you simply -- I think
15  I understood the question. I'm just
16  asking if you could just simply
17  restate -- read.
18      Q.  Read it back?
19      A.  Read it back, please.
20        MR. SMITH: If you would,
21    please.
22             - - -
23        (The court reporter read the
24    pertinent part of the record.)
```

Page 79

```
 1             - - -
 2        THE WITNESS: In my personal
 3    opinion, I think there probably
 4    could be a diagram.
 5  BY MR. SMITH:
 6      Q.  If I handed you a blank
 7  sheet of paper, could you draw a diagram
 8  of the relationships?
 9      A.  Sure. Yes.
10      Q.  Is there a term that you
11  would call for such a diagram? What
12  would you call such a diagram?
13      A.  Maybe like a system map.
14      Q.  All right. Could we mark
15  this as Exhibit Number 3 and ask Mr.
16  Draper to draw a system map for me for
17  AMOS.
18        MR. TORREGROSSA: Mr. Smith,
19    while he draws, can we take a
20    break, a quick break --
21        MR. SMITH: Sure,
22    absolutely.
23        MR. TORREGROSSA: -- while
24    he does that?
```

Page 80

```
 1        Thank you.
 2             - - -
 3        (Deposition Exhibit No.
 4    Draper-3, Sketch of a System Map,
 5    was marked for identification.)
 6             - - -
 7        (A recess occurred.)
 8             - - -
 9  BY MR. SMITH:
10      Q.  Mr. Draper, would you do me
11  a favor and go through your diagram for
12  us audibly and then we can make copies at
13  lunchtime and look at it, but just in
14  case we have trouble reading your
15  writing.
16      A.  All right.
17      Q.  I appreciate it.
18      A.  This is a system map of AMOS
19  and the kind of relationships.
20        What I have in the center is
21  a database server housing a database with
22  an AMOS and COOL schema, as you referred
23  to them.
24        Connected to that database
```

Page 81

```
 1  server, I have two, three boxes. And
 2  those represent the SPOLA application
 3  server, the AMOS application server and
 4  an external nonAstraZeneca computer.
 5        Let's see. Connected to
 6  the -- the two application servers within
 7  the AstraZeneca intranet is an
 8  AstraZeneca client machine used to access
 9  the systems.
10        Then outside of the
11  intranet, I also drew a box which is also
12  an AstraZeneca client representing the
13  device that a user, an AstraZeneca member
14  or person, personnel, would use to enter
15  data.
16        The COOL client, which is
17  outside of the AstraZeneca intranet, is
18  used -- typically used by a
19  nonAstraZeneca person, such as a CRO.
20  And I have it listed that way or
21  identified that way on this diagram.
22      Q.  And a CRO is what?
23      A.  Clinical research
24  organization.
```

Page 82

1  Q.  Can I see that for a second?
2  A.  Sure.
3  Q.  Is there a service level
4  agreement for AMOS?
5  A.  Yes.
6  Q.  And who would have that?
7  A.  Application service manager.
8  Q.  Has any of the data
9  maintained in the AMOS system been lost
10 or destroyed?
11     MR. TORREGROSSA:  Objection
12 to form.
13     You can answer.
14     THE WITNESS:  No.
15 BY MR. SMITH:
16 Q.  Have there been any
17 incidents to your knowledge which would
18 affect the reliability of the data in the
19 system?
20     MR. TORREGROSSA:  Same
21 objection.
22     THE WITNESS:  No.
23 BY MR. SMITH:
24 Q.  Let's turn to the DIPLOMAT

Page 83

1  system now and go through that, if you
2  will.
3     Is the DIPLOMAT system one
4  for which you were responsible?
5  A.  No.
6  Q.  Are you familiar with it?
7  A.  Yes.
8  Q.  What was the DIPLOMAT
9  system?
10 A.  Similar to AMOS.
11 Q.  Would you be able to draw a
12 system map for DIPLOMAT like you did for
13 AMOS?
14 A.  I'm not sure that I can in
15 that the system was decommissioned.
16 Q.  Can you look at the system
17 map for AMOS and tell me if you can
18 recall how DIPLOMAT was different, if it
19 was?
20 A.  I don't believe it would
21 have differed much at all from the
22 diagram that I provided for AMOS.
23     Can I just clarify?
24 Q.  Yes.

Page 84

1  A.  Minus the application names,
2  obviously.
3  Q.  Sure.
4  A.  So if you remove the names,
5  I think that probably would correctly
6  represent DIPLOMAT.
7  Q.  What were the dates for
8  DIPLOMAT, the date that it was put into
9  service and the date it was retired?
10 A.  It was retired in 2004.  I
11 believe it was brought into service in
12 the 1990s.
13 Q.  Who was the database
14 manager?
15 A.  I could answer that question
16 by probably looking at the system
17 documentation materials.  I would highly
18 doubt that that individual is still at
19 AstraZeneca.
20 Q.  Could you provide us with a
21 copy of the documentation?
22     MR. TORREGROSSA:  Same
23 objection.
24     You can answer if you

Page 85

1  understand the question.
2     THE WITNESS:  Provided I was
3  able to locate the materials, I
4  believe I could produce it.
5  BY MR. SMITH:
6  Q.  Do you know whether they
7  exist or not?
8  A.  I don't have firsthand
9  knowledge that they exist.  In principle,
10 we try to maintain and keep all
11 appropriate materials relating to
12 validate systems.
13 Q.  Would you have a file where
14 you would have hard copies or a book, a
15 notebook, some sort of collection of
16 documentation for each system for which
17 you're responsible?
18 A.  Yes.
19 Q.  Could you make copies of
20 that information for each of those
21 systems and provide it to us through your
22 counsel?
23     MR. TORREGROSSA:  Again,
24 same objection to the extent

Confidential - Darryl Draper

Page 86

1  you're asking him to produce it to
2  you. We of course will work with
3  you, but he's not here to say what
4  he will or won't produce.
5       But you can answer the
6  question, if you understand.
7       THE WITNESS: It will
8  require considerable effort to
9  collect all of the information
10 related to DIPLOMAT that would
11 otherwise be in paper archives.
12 BY MR. SMITH:
13    Q.   I'm not sure if I followed
14 your answer.
15    A.   I'm answering the question
16 by stating that it's doable, however,
17 those materials aren't sitting in an
18 office somewhere where I can simply walk
19 up and pick up the binder and make
20 copies. It would require, as I said,
21 considerable time and effort to search
22 and locate those materials from our paper
23 archives.
24    Q.   So those materials would be

Page 87

1  stored someplace. They would be archived
2  somewhere in paper form.
3       Is that what you're saying?
4    A.   Yes.
5    Q.   Would they also be archived
6  somewhere in electronic format?
7    A.   I think our method of system
8  documentation for an application such as
9  IMPACT --
10      MR. TORREGROSSA: Wrong
11 system.
12      THE WITNESS: I'm sorry.
13 DIPLOMAT.
14      MR. TORREGROSSA: It's okay.
15 Go ahead.
16      THE WITNESS: DIPLOMAT is a
17 very old system used for a long
18 period of time. I would expect
19 there to be material in an
20 archive.
21 BY MR. SMITH:
22    Q.   Is IMPACT a system which is
23 a current system for AstraZeneca?
24    A.   I'm sorry, can you --

Page 88

1    Q.   Is IMPACT a current system
2  in use at AstraZeneca?
3    A.   IMPACT or DIPLOMAT?
4    Q.   No, you mentioned IMPACT.
5       I'm asking, is that a system
6  that's currently in use at AstraZeneca?
7    A.   Yes.
8    Q.   Are you prepared to discuss
9  IMPACT today?
10   A.   Yes.
11   Q.   We're still on DIPLOMAT
12 then.
13   A.   Yes.
14   Q.   Do you know who the business
15 analyst is for DIPLOMAT?
16   A.   The business analyst.
17      The name escapes me at this
18 moment. I would need to talk to the
19 service manager.
20   Q.   Do you know who the business
21 partner is?
22   A.   The business partner is -- I
23 believe it's Mark Harrison. I may be
24 confusing that with the application

Page 89

1  service manager. But Mark Harrison is
2  the person I would go to to inquire
3  information -- further information on
4  DIPLOMAT.
5    Q.   And what were the data
6  sources for DIPLOMAT?
7    A.   I think I answered that
8  question earlier in that DIPLOMAT, the
9  information being like AMOS, would come
10 from a case report form, physical case
11 report form.
12   Q.   Was there a vendor for AMOS?
13 I mean DIPLOMAT?
14   A.   Yes. It's AstraZeneca.
15   Q.   Did you ever do any
16 programming or developmental work with
17 DIPLOMAT?
18   A.   No; but I worked very
19 closely with individuals who supported
20 DIPLOMAT.
21   Q.   And who were those
22 individuals?
23   A.   The person that comes to
24 mind is no longer at AstraZeneca.

23 (Pages 86 to 89)

Page 90

1  Q.  Who is that?
2  A.  A gentleman by the name of
3  Ken McKeown.
4  Q.  Do you know where he is now?
5  A.  I'm uncertain. I think he
6  might be privately employed.
7  Q.  Do you know where he lives?
8  A.  He lives in Delaware.
9  Q.  In Wilmington?
10 A.  I don't think so, no.
11 Q.  Was DIPLOMAT archived on
12 file shares?
13 A.  Is DIPLOMAT archived on file
14 shares?
15     If what you mean was data
16 extracted from DIPLOMAT to support an NDA
17 such as a SAS data set, I would expect
18 that it would have been assembled in a
19 SAS data set, yes.
20 Q.  I mean, it's not online now;
21 is that correct?
22 A.  That's correct.
23 Q.  So is there a paper request
24 system to request data from DIPLOMAT?

Page 91

1  A.  Being that DIPLOMAT, the
2  data from DIPLOMAT was entered from case
3  report forms, you could acquire the paper
4  for that data from archive.
5  Q.  Who would be the person in
6  charge of that or the department?
7  A.  I would expect somebody from
8  the records management would assist in
9  acquiring physical case report forms from
10 archive.
11 Q.  And those report forms would
12 be in electronic format as well as paper?
13 A.  The physical paper.
14 Q.  Are they still in -- when
15 DIPLOMAT was operational, were they
16 available in electronic format?
17 A.  DIPLOMAT was not -- was not
18 electronic case report forms. It was a
19 data collection -- data management
20 database whereby you would take
21 information off the case report form and
22 enter that into DIPLOMAT.
23 Q.  So the data that was on the
24 CRFs was put into DIPLOMAT?

Page 92

1  A.  Correct.
2  Q.  And that data still exists
3  in a shared file someplace. Right?
4  A.  I would expect if it was
5  extracted to SAS data sets, that it would
6  be available on a file share.
7  Q.  Would that be the only form
8  in which it would exist other than the
9  actual paper forms would be in a SAS data
10 set?
11 A.  No. Prior to
12 decommissioning, the data was assembled
13 into flat text files.
14 Q.  And where do those exist?
15 A.  They exist on a -- a file
16 server.
17 Q.  And whose file server is
18 that?
19 A.  Whose file server? I mean,
20 it's AstraZeneca.
21 Q.  What department?
22 A.  I believe it's drug
23 development IS.
24 Q.  Is there any sort of audit

Page 93

1  for what was input into DIPLOMAT?
2  A.  Yes.
3  Q.  Is it a validated system?
4  A.  Yes. Was.
5  Q.  Was.
6      Was there a service level
7  agreement for DIPLOMAT?
8  A.  I'm not aware of any
9  specific service level agreement. That's
10 a relatively new term used in the IT
11 industry.
12 Q.  What does that term mean to
13 you?
14 A.  It's an agreement for the
15 IS/IT organization to provide a certain
16 level of service around an application.
17 Q.  What type of database was
18 DIPLOMAT?
19 A.  It was a focus database.
20 Q.  Would you be able to obtain
21 a user list for that database?
22 A.  I'm uncertain that there was
23 so-called user lists assembled prior to
24 decommissioning.

Page 94

1  Q. What were the query or
2  search capabilities for DIPLOMAT?
3  A. Similar to what you would
4  have in AMOS.
5  Q. How about exportability,
6  exporting data?
7  A. As I said earlier, SAS data
8  sets was the general form of getting
9  clinical data out for analysis.
10  Q. Let's talk about the COOL
11  system, because that's a system which you
12  support. Is that a system you support?
13  A. There's two questions there.
14  Q. Is that a system?
15  A. Is it, yes.
16  Q. Do you support it?
17  A. No.
18  Q. Does somebody in your group
19  or team support it?
20  A. Somebody within our
21  organization supports it, and I'm here to
22  speak about it today.
23  Q. Who supports it?
24  A. Global drug development IS.

Page 95

1  Q. What is it?
2  A. It's an application used to
3  collect information on an electronic case
4  report form.
5  Q. And when was it initiated?
6  A. If your question is, when
7  did AstraZeneca start to use COOL?
8  Q. Yes.
9  A. Around 2000-2001.
10  Q. What did they use to perform
11  that function before that?
12  A. Well, prior to remote data
13  capture, the data was entered -- there
14  was a -- we had case report forms. And
15  the information would have been collected
16  on the case report form and entered into
17  DIPLOMAT.
18  Q. Who is the database manager
19  for COOL?
20  A. I don't have the -- I mean,
21  the individual's name is not coming to me
22  right at this minute. I do know that the
23  database is managed by GDDIS, global drug
24  development IS.

Page 96

1  Q. Did you contact anyone
2  regarding --
3  A. I'm sorry, can I just back
4  up and correct?
5  Q. Yeah.
6  A. Because I'm trying to draw
7  this --
8      MR. TORREGROSSA: You can.
9      THE WITNESS: I'm trying to
10     get this information assembled in
11     my mind.
12         The database is managed by a
13     gentleman by the name of Sam
14     Fitzpatrick.
15  BY MR. SMITH:
16  Q. Who is the business analyst
17  for COOL?
18  A. I would probably go to Rita
19  White to identify who the business
20  analyst is.
21  Q. And the business owner?
22  A. It's not -- I can't recall
23  the person's name. Again, I would speak
24  to -- probably speak to Rita White.

Page 97

1  Q. And the business partner?
2  A. Again, I'd have to speak to
3  Rita White.
4  Q. Do you know who the vendor
5  is?
6  A. Vendor is AstraZeneca.
7  Q. What type of database is it?
8  A. It's an Oracle database.
9  Q. What information is in COOL?
10  A. I think I answered that
11  question already.
12  Q. Is COOL Web-based?
13  A. Yes.
14  Q. Can investigators enter
15  comments into COOL?
16     MR. TORREGROSSA: Objection
17     to form.
18         You can answer.
19     THE WITNESS: To the best of
20     my knowledge, there is no form for
21     entering comments.
22  BY MR. SMITH:
23  Q. Is there a comment field
24  within COOL?

Page 98

1  A. Again, I don't believe
2  there's any comment field in COOL.
3  Q. Do persons outside of
4  AstraZeneca have access to COOL?
5  A. Yes.
6  Q. Can an investigator choose
7  to put a study in COOL or AMOS?
8  A. No.
9  Q. Are they required to put a
10 study in one or the other?
11 A. No.
12 Q. Do they put studies in COOL?
13 A. No.
14 Q. Do they put studies in AMOS?
15 A. No.
16 Q. How about if we say data
17 from studies, would that help?
18 A. Yes.
19 Q. Bingo. All right. Let's go
20 back through the questions.
21 A. Sorry.
22 Q. All right. Okay. Can
23 investigators put data from the studies
24 into COOL?

Page 99

1  A. No.
2  Q. Does data from the studies
3  get into COOL?
4  A. Information that is
5  collected during a patient visit is
6  entered into COOL.
7  Q. By whom?
8  A. By a clinical research
9  organization.
10 Q. An outside group?
11 A. An outside contracted
12 organization.
13 Q. And is that done via the
14 Web? Is it Web-based?
15 A. Yes.
16 Q. At this point in time do
17 they have a choice of entering the data
18 via paper forms in AMOS?
19 A. No.
20 Q. Was there a time when
21 investigators could choose between using
22 COOL or AMOS to enter their data?
23 A. The users don't make that
24 decision. The people that enter data

Page 100

1  don't make that decision.
2  Q. Who does make that decision?
3  A. The study team makes the
4  decision of whether or not to use AMOS or
5  a remote data capture application, such
6  as COOL.
7  Q. And does the team do that?
8  They sometimes use one or the other?
9  A. I'm going to have to say
10 that that's a business process decision.
11 I mean --
12     MR. TORREGROSSA: Objection
13 to scope.
14     Go ahead.
15     THE WITNESS: Technically,
16 we support both with these
17 databases. I can't speak to what
18 the business rules or decisions
19 are on how to choose one or the
20 other.
21 BY MR. SMITH:
22 Q. We're talking about data
23 from patient visits. Right?
24 A. Correct.

Page 101

1  Q. And you could have data from
2  patient visits in COOL, which would be in
3  electronic format because it's Web-based.
4  Correct?
5  A. Yes.
6  Q. And you could have it in
7  paper CRFs, which would go into the AMOS
8  system then. Right?
9  A. You're referring to the
10 data?
11 Q. Yes. Data from the patient
12 visits.
13 A. Yes.
14 Q. Is there any interface
15 between the COOL and AMOS systems?
16 A. No.
17 Q. Is there any way to combine
18 patient visit data from the COOL system
19 with patient visit data from the AMOS
20 system?
21     MR. TORREGROSSA: Objection
22 to form and also scope. I think
23 this is outside the notice.
24     Go ahead. You can answer.

26 (Pages 98 to 101)

Confidential - Darryl Draper

Page 102

1   THE WITNESS: I mean, just
2   purely from my personal technical
3   perspective, if I had two data
4   sets, I could certainly add them
5   together.
6   BY MR. SMITH:
7   Q.  Now, are you involved on a
8   day-to-day basis with either COOL or
9   AMOS?
10   A.  No.
11   Q.  Do you know whether any
12   attempt has been made to interface or
13   merge the patient visit data from COOL
14   with that from AMOS?
15   A.  I'm sorry, could you just
16   read the question back, please?
17          - - -
18   (The court reporter read the
19   pertinent part of the record.)
20          - - -
21   THE WITNESS: No.
22   BY MR. SMITH:
23   Q.  And there are Seroquel
24   studies, data from Seroquel studies in

Page 103

1   COOL?
2   A.  I would assume that if the
3   business made a decision to run a study
4   via a CRO, that they could use COOL to
5   collect patient information.
6   Q.  You don't know whether
7   they've done that for Seroquel or not; is
8   that correct?
9   A.  There may be Seroquel study
10   data in COOL.
11   Q.  Does that mean there is or
12   isn't?  I hate to be pushing you on it,
13   but I'm --
14   A.  The business -- the business
15   make the decision.  I would expect if
16   they decided to use -- if it was a large
17   enough study and they decided to use a
18   clinical research organization, that --
19   and involving Seroquel, that that
20   information would have been collected and
21   stored in the COOL database.
22   Q.  Do you know whether they
23   have ever made that business decision to
24   do that?

Page 104

1   A.  I don't.
2   Q.  Does COOL stand for clinical
3   online?
4   A.  Yes.
5   Can I just make a
6   correction?  It's clinical operation
7   online.
8   Q.  Thank you.
9   A.  Yeah.
10   MR. TORREGROSSA: If you
11   need to correct something else, go
12   ahead.
13   THE WITNESS: Yeah,
14   actually, just two -- two things.
15   One with regard to this
16   Exhibit 3, this diagram.  I have a
17   line there that shows a COOL
18   client connected to the
19   AstraZeneca database server.  It's
20   actually a data file exchanged.
21   BY MR. SMITH:
22   Q.  Do you need to amend your
23   diagram to indicate that?
24   A.  I would simply add a data

Page 105

1   store representing a file is produced
2   that contains the patient information.
3   And then that is imported into the COOL
4   database.
5   Q.  Do you want to use a red pen
6   to make that change?
7   A.  Yeah.
8   MR. TORREGROSSA:  Can we go
9   off for a second?
10          - - -
11   (A discussion off the record
12   occurred.)
13          - - -
14   BY MR. SMITH:
15   Q.  Did you want to say
16   something?
17   A.  The other correction.  I
18   have two corrections.
19   AstraZeneca had recently --
20   your question about what other systems
21   and applications are related to AMOS.
22   And AstraZeneca have started to use
23   another product called Rave, which is
24   just a vendor product as opposed to a

Page 106

1  AstraZeneca product, to do remote data
2  capture.
3      So the diagram is accurate
4  in that, you know, the function of remote
5  data capture comes into AMOS, but, you
6  know, we have started to use another
7  application called Rave.
8      Q.  Now, is Rave an acronym or
9  is that the name of the vendor?
10     A.  That's the name of the
11 product.
12     Q.  The name of the product.
13     A.  Right.
14     Q.  Do you know what that stands
15 for?
16     A.  I would simply be guessing.
17 I don't know the -- it may not be
18 representing anything.  It just may be,
19 you know, a name.
20     Q.  Now, do you know who the
21 administrator would be for Rave?
22     A.  Probably the similar
23 resources that support remote data
24 capture systems such as COOL.

Page 107

1      Q.  When did AstraZeneca begin
2  using Rave?
3      A.  Probably 2006.
4      Q.  Now, I believe you indicated
5  that they had started using it.  That
6  suggests that it's not fully implemented
7  maybe.
8      Can you explain that?
9      A.  I know that there was --
10 typically when we look at -- when
11 AstraZeneca look at different
12 technologies and systems, we'll do sort
13 of an evaluation or a nonproduction
14 review or pilot.  So we'll assemble a
15 team and we'll look at, you know, does
16 this vendor product meet our business
17 requirements and our needs.  So starting
18 to use, what I meant was we started to,
19 you know, assemble some information on
20 whether or not that would be a suitable
21 and adequate replacement for our
22 internal, in-house built application.
23     Q.  Who's the vendor for the
24 Rave system?

Page 108

1      A.  Medidata.
2      Q.  Where are they located, if
3  you know?
4      A.  I don't recall.
5      Q.  And how would you compare
6  Rave with COOL?
7      A.  Like for like?
8  Homegrown/vendor built?
9      Q.  Does it have the same
10 purpose and the same function, the same
11 users as COOL?
12     A.  Yes.
13     Q.  Would searches and reports
14 be similar?
15     A.  I can't say for certain
16 whether or not they would be similar.
17 Again, they typically support a very
18 similar function.  I would have to do
19 some research with the -- on that
20 particular vendor and that particular
21 product and some comparison with our COOL
22 application to say that we had identical
23 reporting capability.
24     Q.  Would the sources be the

Page 109

1  same as for COOL, the data sources?
2      A.  Yes.
3      Q.  How about if we go to
4  CRF/DEN now.
5      Can you describe that system
6  for me?
7      A.  It is a case report form
8  imaging system.
9      Q.  Is it searchable?
10     A.  Yes.
11     Q.  How do you search it?
12     A.  Study, center, patient.
13     Q.  And the output is going to
14 be in the form of images?
15     A.  No.  The output would be in
16 the form of items displayed on the
17 screen.
18     Q.  These items displayed on the
19 screen, are they some type of document?
20     A.  No.  It's simply information
21 about the document.
22     Q.  So it's more like a report?
23     A.  It's simply an on-screen
24 listing of document images.

Confidential - Darryl Draper

Page 110

1  Q. Does it relate in any way to
2  AMOS?
3  A. Yes.
4  Q. Is it on our diagram?
5  A. No.
6  Q. Could it be added to the
7  diagram?
8  A. Yes.
9  Q. Would it facilitate an
10 understanding of how these systems
11 interface?
12 A. I don't believe so, no.
13 Q. Is it just something that
14 you didn't think about when you were
15 drawing this diagram?
16        MR. TORREGROSSA: Objection
17 to form.
18        THE WITNESS: No.
19        MR. TORREGROSSA: Go ahead.
20 BY MR. SMITH:
21 Q. Or is it something that
22 doesn't really belong on this diagram?
23 A. Correct.
24 Q. Why is it something that

Page 111

1  doesn't belong on this diagram which is
2  Exhibit 3?
3  A. Because it has to do with
4  the storage of physical -- I'm sorry, it
5  has to do with the imaging of a physical
6  document.
7  Q. How does it interface with
8  AMOS?
9  A. It doesn't interface with
10 AMOS.
11 Q. How does it interface with
12 COOL?
13 A. It doesn't. COOL's
14 electronic case report forms. There's no
15 physical document.
16 Q. AMOS is based on paper CRFs?
17 A. Correct.
18 Q. And is CRF/DEN based on
19 paper CRFs?
20 A. Yes.
21 Q. Can you explain how they're
22 similar or different?
23 A. Can I explain how AMOS and
24 CRF/DEN are different?

Page 112

1  Q. Yes, please.
2  A. Okay. They're different in
3  that AMOS is used to take information off
4  of the case report form and then turned
5  into a database.
6         CRF/DEN is a system whereby
7  we scan that CRF as the source document
8  for that data and we put that -- we take
9  that scan, which is an image of the
10 physical paper, and we store that in a
11 storage data source.
12 Q. And who's the business owner
13 for CRF/DEN?
14 A. Wendy Ramsey.
15 Q. And the users would be?
16 A. The users would be the --
17 what we referred to as study delivery
18 enablement.
19 Q. Are these the same people
20 who use AMOS?
21 A. No.
22 Q. If AstraZeneca receives a
23 paper CRF from a study, who gets it?
24        MR. TORREGROSSA: Objection

Page 113

1  to form.
2         Go ahead.
3  BY MR. SMITH:
4  Q. The next question will be,
5  what do they do with it?
6  A. When the company -- I'm
7  sorry.
8  Q. No, I was interrupting you.
9  I just said, the next question will be
10 what will they do with it, to put that in
11 some sort of perspective.
12 A. The first question was?
13 Q. The first question is, who
14 gets it?
15        MR. TORREGROSSA: Same
16 objection.
17 BY MR. SMITH:
18 Q. Who gets the paper CRF form?
19 A. If I understand your
20 question correctly, you said when
21 AstraZeneca receives it, who gets it.
22        It would be the clinical
23 data management group.
24 Q. And what do they do with it?

29 (Pages 110 to 113)

## Page 114

```
 1      A.   They enter the data into
 2  AMOS.
 3      Q.   Do they also scan it into
 4  CRF/DEN?
 5      A.   No.  They send the paper to
 6  be scanned into CRF/DEN.
 7      Q.   So the data from the form
 8  ends up in AMOS, and the image of the
 9  form itself ends up being scanned into
10  CRF/DEN.  Right?
11      A.   That's correct.
12      Q.   And neither one of these
13  relate to COOL, right, or interface with
14  COOL.  Right?
15      A.   Correct.
16      Q.   Okay.  Is CRF/DEN a
17  validated system?
18      A.   Yes.
19      Q.   And when was CRF/DEN put
20  into place?
21      A.   CRF/DEN was implemented in
22  1995.
23      Q.   Was that an Astra or a
24  Zeneca system?
```

## Page 115

```
 1      A.   That was a Zeneca system.
 2      Q.   What platform is it built
 3  on?
 4      A.   You mean the --
 5      Q.   Is it Oracle?
 6      A.   You mean the database?  I'm
 7  sorry.
 8      Q.   Is it an Oracle database?
 9      A.   It is an Oracle database.
10      Q.   What is FileNet?
11      A.   FileNet is the technology
12  used to actually house the images.
13      Q.   Can you annotate the images
14  in some way in CRF/DEN?
15           MR. TORREGROSSA:  Objection
16      to form.
17           THE WITNESS:  No.
18  BY MR. SMITH:
19      Q.   Are there fields used to
20  identify the CRFs?
21      A.   Yes.
22      Q.   What types of fields
23  identify the CRFs?
24      A.   Study, center, patient,
```

## Page 116

```
 1  visit.
 2      Q.   Can you search it by
 3  patient?
 4           MR. TORREGROSSA:  Objection
 5      to form.
 6           Go ahead.
 7           THE WITNESS:  It's very
 8      difficult to search based strictly
 9      on a patient.  You have to have
10      some idea of what study that
11      patient is participating in.
12  BY MR. SMITH:
13      Q.   Otherwise, you cannot find a
14  patient in the CRF/DEN database; is that
15  correct?
16      A.   The general business use is
17  to start with the study that you're
18  investigating.
19           MR. TORREGROSSA:  Would now
20      be a good time for lunch or later?
21           MR. SMITH:  Yes.  I'll just
22      finish up on this topic.
23           MR. TORREGROSSA:  Yes, sir.
24  BY MR. SMITH:
```

## Page 117

```
 1      Q.   Do the CRF forms get
 2  forwarded to safety in some cases?
 3           MR. TORREGROSSA:  Objection,
 4      scope.
 5           THE WITNESS:  You're asking
 6      me a business process question.  I
 7      mean, I can try to answer your
 8      questions related to technologies
 9      and the architecture.
10  BY MR. SMITH:
11      Q.   Is there a technology to
12  output adverse events from the CRF/DEN
13  system to somebody in safety.
14           MR. TORREGROSSA:  Objection
15      to form.  Objection to form.
16           You can answer.
17           THE WITNESS:  I'm sorry,
18      could you repeat the question,
19      please?
20               - - -
21           (The court reporter read the
22      pertinent part of the record.)
23               - - -
24           THE WITNESS:  Is that a
```