Page 170

1  you print out the results of a search?
2     A.   I don't know.
3     Q.   Can you produce the results
4  of a search?  It doesn't have to be in a
5  printed, hard copy, but in some
6  electronic format?
7     A.   I don't know.
8        MR. TORREGROSSA:  Just
9     telling you to wait until he
10    finishes his question.  That's
11    all.
12 BY MR. SMITH:
13    Q.   Can we talk about the PLANET
14 system?
15    A.   Okay.
16    Q.   Are you responsible for that
17 system?
18    A.   No.
19    Q.   Is your department
20 responsible for that system?
21    A.   Yes.
22    Q.   And what does your
23 department do with regards to that
24 system?

Page 171

1     A.   We provide the service and
2  support.
3     Q.   Is it used by drug safety?
4     A.   Yes.
5     Q.   What type of data is in the
6  PLANET system?
7     A.   Published literature.
8     Q.   Is that published literature
9  about AstraZeneca products?
10    A.   Yes.
11    Q.   Is it about any other
12 products?
13    A.   I think you're asking me
14 questions that relate to, again,
15 information that would be relevant to the
16 content of those published materials.
17 And while I can speak to the technical
18 nature and aspects of the PLANET
19 database, I don't know whether or not
20 that literature would or would not
21 contain other nonAstraZeneca products.
22    Q.   Is there a database of all
23 literature in the public domain
24 discussing AstraZeneca products?

Page 172

1        MR. TORREGROSSA:  I'm sorry,
2     I missed that.  Could I have that
3     repeated?  I didn't get it.
4        - - -
5        (The court reporter read the
6     pertinent part of the record.)
7        - - -
8        MR. TORREGROSSA:  Objection,
9     form.
10       THE WITNESS:  No.
11 BY MR. SMITH:
12    Q.   Is it a database of all the
13 literature in the public domain that
14 discusses AstraZeneca products of which
15 AstraZeneca is aware?
16    A.   Yes.
17    Q.   Does it contain the full
18 articles?
19    A.   No.
20    Q.   Does it contain abstracts?
21    A.   Yes.
22    Q.   Are the abstracts -- in what
23 format are they maintained in?
24    A.   Text.

Page 173

1     Q.   From within AstraZeneca, can
2  anyone access it?
3     A.   Yes.
4     Q.   Do you know whether search
5  history of users is saved in the system?
6     A.   No.  I'm sorry.  Can I hear
7  the question again, because I -- make
8  sure I answered it correctly.
9        - - -
10       (The court reporter read the
11    pertinent part of the record.)
12       - - -
13       THE WITNESS:  Yes.
14 BY MR. SMITH:
15    Q.   Is it?
16    A.   No.
17    Q.   Do you know where within
18 AstraZeneca unpublished studies would be
19 stored?
20    A.   Go back, because I think I
21 need to make a correction with regard to
22 unpublished articles.
23       I believe that if a -- you
24 asked me questions about the actual

Page 174

1  content. And, you know, I'm not -- I
2  can't answer those questions on behalf
3  of, you know, the people who -- the
4  business owners of PLANET, so I want
5  to -- I feel like I need to correct that
6  answer, because again, I can answer the
7  technical questions with regard to, you
8  know, the architecture of the application
9  PLANET.
10      Q.   Are you or someone in your
11 department responsible for shared drives,
12 where information is stored for clinical
13 studies, other than in the databases that
14 we've discussed?
15      A.   I'm not sure I understand
16 the question.
17      Q.   Does your department provide
18 any services with regard to information
19 that's contained on shared drives within
20 the clinical studies department?
21      A.   Again, I really don't
22 understand what you're trying to ask.
23      Q.   Are you aware of any place
24 on AstraZeneca's computers where

Page 175

1  unpublished articles are stored?
2      A.   Again, I think that's a
3  business process question.
4          What I know and can answer
5  are in respect to these databases.
6      Q.   Do your duties include
7  providing IS services relating to systems
8  or applications that are not necessarily
9  databases?
10      A.   That would require some
11 additional research to answer that
12 question.
13      Q.   What type of research?
14      A.   Looking at all of the
15 systems across the entire organization, I
16 would imagine.
17      Q.   You only provide support to
18 drug safety and clinical studies?
19      A.   We -- I'm sorry. You're
20 referring to me specifically?
21      Q.   Your department, the IS
22 department.
23      A.   The department, just in the
24 two departments you described were --

Page 176

1      Q.   Let's back up.
2          What departments in
3  AstraZeneca does your department provide
4  IS services to?
5      A.   Drug development.
6      Q.   Is that it, drug
7  development?
8      A.   The whole gamut of drug
9  development.
10      Q.   Does that include drug
11 safety?
12      A.   Yes.
13      Q.   And it includes clinical
14 studies?
15      A.   Yes.
16      Q.   It includes research and
17 development?
18      A.   Yes.
19      Q.   Does it include regulatory
20 compliance?
21      A.   Yes.
22      Q.   Is there a list somewhere of
23 all of the systems that your department
24 supports?

Page 177

1      A.   I don't believe there is a
2  single list.
3      Q.   Would there be more than one
4  list?
5      A.   Yes.
6      Q.   Do you know of some lists?
7      A.   Can you --
8      Q.   Do you know of the
9  existence?
10      A.   Can you just describe for me
11 what you mean by list?
12      Q.   Lists of systems for which
13 your department provides IS services.
14      A.   Yes.
15      Q.   Could you produce those
16 lists?
17          MR. TORREGROSSA:  Objection.
18      Object to the extent that you're
19      suggesting we will.
20          But you can answer if you
21      understand.
22          THE WITNESS:  Yes.
23 BY MR. SMITH:
24      Q.   How many members of your

Page 178

1  department or team, how many are there?
2      A.   I don't have an exact
3  number.  It's a few hundred.
4          MR. TORREGROSSA:  When you
5      get to a convenient time, Mr.
6      Smith, if you would, we can take a
7      break?  We've been going for an
8      hour and 15 minutes.
9          MR. SMITH:  Okay.
10 BY MR. SMITH:
11     Q.   Is PLANET broken down by
12 therapy areas?
13     A.   Yes.
14     Q.   Who's the third-party vendor
15 who sends data to AstraZeneca for the
16 PLANET system?
17     A.   Thompson Scientific.
18     Q.   What can people download to
19 a laptop from the system?
20     A.   You mean from PLANET?
21     Q.   Yes.
22     A.   I believe it's the abstract.
23     Q.   Is there any way to make and
24 store comments pertaining to items that

Page 179

1  are contained in PLANET?
2      A.   Can you restate the
3  question, please?  I'm not sure --
4      Q.   Is there any way that a user
5  could make a comment regarding an
6  abstract that he or she found on PLANET?
7      A.   When you refer to user,
8  what?  Somebody who has --
9      Q.   Anybody who has access.
10     A.   I cannot make comments, no.
11     Q.   Are there other people who
12 would have permission to make comments?
13     A.   Yes.
14     Q.   What department or team or
15 persons would those be?
16     A.   I believe it's the
17 information services.
18     Q.   Is there a way to share
19 comments relating to these articles among
20 users?
21     A.   No.
22     Q.   Is information regarding the
23 acquisition of a new abstract
24 disseminated in some way to users?

Page 180

1      A.   Can you read that question
2  back, please?
3          - - -
4          (The court reporter read the
5      pertinent part of the record.)
6          - - -
7          THE WITNESS:  Yes.
8  BY MR. SMITH:
9      Q.   Can you describe that?
10     A.   You can assemble certain key
11 words in PLANET for an individual to
12 receive notification that there is an
13 abstract relating to those particular key
14 words.
15     Q.   If I understand you
16 correctly, does that mean that if I were
17 a user -- if you were a user of PLANET
18 and you wanted to be notified if anything
19 appeared in an abstract relating to the
20 search term "atypical," that you would
21 automatically be sent a notification that
22 an abstract relating to or containing the
23 word "atypical" had been received?
24     A.   If atypical appeared in the

Page 181

1  abstract or any of the other key index
2  attributes, yes.
3      Q.   Would there be a way that
4  you could, if you were a user of PLANET,
5  order the full article?
6      A.   Yes.
7      Q.   How would you do that?
8      A.   You would submit a request.
9      Q.   Would you submit a request
10 through PLANET?
11     A.   No.
12     Q.   How would you do it?  How
13 does the system work for requesting a
14 full article?
15     A.   You submit a request to the
16 information -- sorry, the scientific
17 information library.  They would seek to
18 acquire that article.
19     Q.   Is there a link to the
20 library within PLANET?
21     A.   I don't recall precisely
22 whether or not there's a link to a
23 physical article, no.
24     Q.   Is there something on the

Page 182

1  page, a button that you can click on,
2  that allows you to request the full
3  article?
4    A.  Not that I'm aware of.
5    Q.  Does it go via some separate
6  system?
7    A.  I think I just described the
8  process.
9    Q.  I don't understand your
10 answer.
11     Do you mean do you send an
12 e-mail to somebody and say, get me this
13 article?
14   A.  It would be an e-mail, yes.
15     MR. TORREGROSSA:  Is now
16 good?
17     MR. SMITH:  Sure.
18     MR. TORREGROSSA:  Thank you,
19 sir.
20        - - -
21     (A recess occurred.)
22        - - -
23 BY MR. SMITH:
24   Q.  I'd like to ask you some

Page 183

1  questions about AZ IMPACT.
2     What is AZ IMPACT?
3    A.  It is a study management
4  system.
5    Q.  Clinical studies?
6    A.  Yes.
7    Q.  When was it put into use?
8    A.  It was put into use at
9  AstraZeneca 2000 -- I believe it was
10 2001.
11   Q.  Is it still in use today?
12   A.  Yes.
13   Q.  What is your involvement
14 with or your responsibilities with regard
15 to AZ IMPACT?
16   A.  You mean for today?
17   Q.  What is your involvement
18 with or your responsibilities with regard
19 to AZ IMPACT?  I can break that down into
20 two questions, if you'd like.
21   A.  Please.
22   Q.  What is your involvement
23 with AZ IMPACT?
24   A.  I don't have any direct,

Page 184

1  day-to-day involvement.
2    Q.  What are your
3  responsibilities with regard to AZ
4  IMPACT?
5    A.  I don't have any direct
6  day-to-day responsibilities.
7    Q.  Is there a data map or
8  schema for AZ IMPACT?
9    A.  I believe what the -- the
10 vendor does provide information that you
11 would consider relevant to what would be
12 in a data map.
13   Q.  Could you produce that to
14 me?
15     MR. TORREGROSSA:  Objection.
16 Lawyers produce things, not
17 witnesses.
18     You can answer.
19     THE WITNESS:  I believe so,
20 yeah.
21 BY MR. SMITH:
22   Q.  Is there a system map?
23   A.  I'm not aware of any system
24 map.

Page 185

1    Q.  What other systems does it
2  interface with?
3    A.  I don't believe it has
4  interfaces with any other systems.
5    Q.  Is it a validated system?
6    A.  Yes.
7    Q.  Who's the database manager?
8    A.  I believe it's Tor Limberg.
9    Q.  Who's the business analyst?
10   A.  I believe it's Jasper
11 Hennington.
12   Q.  Who's the business owner?
13   A.  I'm sorry, can I make a
14 correction?
15     I believe Jasper Hennington
16 is the business owner, and it's Eva
17 Petterson who's the business analyst.  I
18 believe that's correct.
19   Q.  What are the data sources?
20   A.  Information that would be
21 part of the study protocol.
22   Q.  How is that put into the
23 system?
24   A.  It's entered on screens.

Page 186

1  Q.  By whom?
2  A.  By the Fowkes in study
3  delivery.
4  Q.  Is any of the data entered
5  by outside people?
6      MR. TORREGROSSA:  Objection
7  to form.
8      THE WITNESS:  No.
9  BY MR. SMITH:
10  Q.  How's the data organized?
11  A.  It's organized by study.
12  Q.  Could you give me a list of
13  the fields?
14      MR. TORREGROSSA:  Objection.
15      I'm sorry, were you
16  finished?
17      MR. SMITH:  Uh-huh.
18      MR. TORREGROSSA:  Objection
19  to form.
20      THE WITNESS:  I believe
21  since it's a vendor product, that
22  there would be lists of fields.
23  BY MR. SMITH:
24  Q.  Who's the vendor?

Page 187

1  A.  Perceptive Informatics.
2  Q.  And where are they located?
3  A.  Birmingham, England.
4  Q.  Do you know whether foreign
5  studies are entered into the system or
6  not?
7      MR. TORREGROSSA:  You can
8  answer that limited question yes
9  or no.
10      THE WITNESS:  Yes.
11 BY MR. SMITH:
12  Q.  By whom?
13      MR. TORREGROSSA:  The rest,
14  Mr. Smith, I have to object for
15  the same reasons, paragraph G.
16      MR. SMITH:  Paragraph G
17  states that this does not
18  preventing questioning concerning
19  the witness's personal knowledge
20  of these topics that were reported
21  to the United States.
22      MR. TORREGROSSA:  But were
23  reported to the United States.
24  That's the distinction that you're

Page 188

1  missing.  The agreement is what it
2  is, which is foreign databases and
3  foreign information in databases
4  are off the table for now.  That's
5  my position.
6      Instruct the witness not to
7  answer.
8  BY MR. SMITH:
9  Q.  You're going to follow your
10 counsel's advice?
11  A.  Yes.
12  Q.  Could you get me a copy of
13 training documentation?
14      MR. TORREGROSSA:  Objection
15  to form.
16      You can answer.
17      THE WITNESS:  Could you be
18  more specific?
19 BY MR. SMITH:
20  Q.  Could you get me a user
21 guide?
22      MR. TORREGROSSA:  Same
23  objection.  I'm sorry.
24      THE WITNESS:  Yes.

Page 189

1  BY MR. SMITH:
2  Q.  Is training on how to
3  operate the system conducted?
4  A.  Yes.
5  Q.  Is it conducted by
6  AstraZeneca personnel or by the vendor or
7  both?
8  A.  By AstraZeneca.
9  Q.  Is IS training regarding the
10 system performed by AstraZeneca?
11  A.  Yes.
12  Q.  Are there training materials
13 that are available?
14  A.  Yes.
15  Q.  Could you get me those?
16      MR. TORREGROSSA:  Objection
17  to form.
18      THE WITNESS:  It would take
19  some work to get those materials.
20 BY MR. SMITH:
21  Q.  But it could be done?
22      MR. TORREGROSSA:  Same
23  objection.
24      THE WITNESS:  Yes.

Confidential - Darryl Draper

Page 190

```
 1  BY MR. SMITH:
 2      Q.   What other types of
 3  documentation are available?
 4      A.   Vendor documentation.
 5      Q.   And could you produce a copy
 6  of that?
 7           MR. TORREGROSSA:  Same
 8      objection.
 9           THE WITNESS:  Yes.
10  BY MR. SMITH:
11      Q.   What type of database is it?
12      A.   It is an Oracle database.
13      Q.   Who maintains the servers?
14      A.   IBM.
15      Q.   Could you produce a list of
16  the authorized users?
17           MR. TORREGROSSA:  Same
18      objection.  Same objection.  I
19      object to the extent you suggest
20      we will produce it.
21           But you can answer the
22      question.
23           THE WITNESS:  Yes.
24  BY MR. SMITH:
```

Page 191

```
 1      Q.   What system preceded AZ
 2  IMPACT?
 3      A.   There was a system called
 4  Trial Manager.
 5      Q.   Is that system still in use?
 6      A.   No.
 7      Q.   Was data from Trial Manager
 8  migrated to AZ IMPACT?
 9      A.   Yes.
10      Q.   Was there any data in Trial
11  Manager that was not migrated to AZ
12  IMPACT?
13      A.   I don't believe that there
14  was anything that was not migrated.
15      Q.   Was there any data in Trial
16  Manager that was --
17      A.   I'm sorry, can I hear the
18  question again, please?
19                - - -
20           (The court reporter read the
21      pertinent part of the record.)
22                - - -
23           THE WITNESS:  No.
24  BY MR. SMITH:
```

Page 192

```
 1      Q.   Was there any data in Trial
 2  Manager that was lost or destroyed?
 3      A.   No.
 4           MR. TORREGROSSA:  I'm sorry.
 5      Objection to form.  Go ahead.
 6           THE WITNESS:  Sorry.
 7  BY MR. SMITH:
 8      Q.   When was Trial Manager put
 9  into service?
10      A.   1998.
11      Q.   Who was the database
12  manager?
13      A.   The database manager for AZ
14  IMPACT, I believe I answered that
15  question.
16           Did I --
17      Q.   I'm sorry, was AZ IMPACT put
18  into service in 1998?
19      A.   It was first used by
20  AstraZeneca in 2000.
21      Q.   In 2000.  Okay.
22           And so you only have two
23  years of data from Trial Manager, from
24  1998 to approximately 2000?
```

Page 193

```
 1           MR. TORREGROSSA:  Objection
 2      to form.
 3           THE WITNESS:  That's
 4      correct.
 5  BY MR. SMITH:
 6      Q.   What system was used prior
 7  to Trial Manager?
 8      A.   I believe it was a system
 9  called the Clinical Information Trial
10  System, CITS.
11      Q.   And when was that system put
12  into place?
13      A.   I believe it was in the
14  early 1990s.
15      Q.   Is that system still in use?
16      A.   No.
17      Q.   Was the data in CITS
18  migrated into another system when it was
19  retired?
20      A.   I don't believe once the
21  study was completed that that information
22  would have been migrated.  It would have
23  only been active studies.
24      Q.   So any active studies for
```

Page 194

1  which there was data in CITS would have
2  been migrated to Trial Manager?
3      A.  To answer your question, I'd
4  have to go back and look at the
5  information regarding Trial Manager and
6  how it was decommissioned and what was
7  migrated to the system that we use today.
8      Q.  Where would the closed
9  studies be archived?
10         MR. TORREGROSSA:  I didn't
11     catch one of those words, where
12     was the --
13         MR. SMITH:  Closed studies.
14         MR. TORREGROSSA:  Thank you,
15     sir.
16         THE WITNESS:  I believe that
17     information is -- goes into -- I'd
18     have to do a bit more research.  I
19     don't recall exactly how
20     information gets out of AZ
21     IMPACT -- or I'm sorry, this CITS,
22     once a study is complete.
23  BY MR. SMITH:
24      Q.  Who would know the answer to

Page 195

1  that question?
2      A.  Well, I would get that
3  answer by going to probably documentation
4  in material that is in our archive.
5      Q.  Could you produce a copy of
6  the documentation material that's in your
7  archives?
8         MR. TORREGROSSA:  Objection.
9         THE WITNESS:  Yes.
10  BY MR. SMITH:
11      Q.  Could you do that for Trial
12  Manager as well?
13         MR. TORREGROSSA:  Same
14     objection.
15         THE WITNESS:  Yes.
16  BY MR. SMITH:
17      Q.  Do you know who the database
18  manager was for CITS?
19      A.  I -- again, I would have to
20  go look at those decommissioning
21  materials to identify who the database
22  administrator was.
23      Q.  Does CITS contain data
24  pertaining to Seroquel?

Page 196

1      A.  I would expect that if
2  the -- there would be information there
3  for the studies, yes.
4      Q.  Would a data map be
5  available for CITS?
6      A.  Possibly.
7      Q.  Would a system map be
8  available?
9      A.  Possibly.
10     Q.  Who is the vendor for CITS?
11     A.  I believe it was
12  AstraZeneca, but I would need to, again,
13  refer to the decommissioning and system
14  documentation to acquire that specific
15  vendor.
16     Q.  Could you provide copies of
17  the system documentation for CITS?
18        MR. TORREGROSSA:  Same
19     objection.
20        THE WITNESS:  Didn't I
21     answer that question already?
22  BY MR. SMITH:
23     Q.  Could you provide system
24  documentation for CITS?

Page 197

1      A.  Again, I believe I answered
2  that question already.
3      Q.  Well, that was with regard
4  to data maps or system maps.
5          Do you believe there would
6  be other types of system documentation?
7      A.  Yes.
8      Q.  And you could provide that?
9          MR. TORREGROSSA:  Same
10     objection.
11         THE WITNESS:  Yes.
12  BY MR. SMITH:
13     Q.  Who were the users of that
14  system?
15     A.  Study delivery.
16     Q.  Did it have query and search
17  capabilities?
18     A.  Yes.
19     Q.  Could you export data?
20     A.  I'm struggling to understand
21  what relevance exporting data from a
22  decommissioned system has with the
23  current systems that we use at
24  AstraZeneca.

Page 198

1  Q. Well, would you have been
2  able to export data from CITS and then
3  import it into Trial Manager?
4  A. If a migration program was
5  written, then yes.
6  Q. Do you know if there was a
7  migration program?
8  A. Again, I think I already
9  answered that question.
10  Q. What was your answer?
11  A. I'll have to refer back to
12  the reporter's notes, please.
13  Q. We talked about closed
14  studies and open studies?
15  A. Yes.
16  Q. Could the data for the
17  closed studies be exported today?
18  A. No.
19  Q. Is it stored somewhere?
20  A. Not -- not to my knowledge.
21  It's not stored.
22  Q. Does the data still exist?
23  A. Again, I would have to refer
24  to the decommissioning documentation for

Page 199

1  that system to answer the question.
2  Q. Pardon me if I asked you
3  before, can you provide system
4  documentation for Trial Manager?
5      MR. TORREGROSSA: Objection
6  to form.
7      THE WITNESS: Yes.
8  BY MR. SMITH:
9  Q. What is IIRIS?
10  A. A system for managing
11  investigator-sponsored studies.
12  Q. What do you mean by
13  managing?
14  A. Managing the details, the
15  particulars of a request by an
16  investigator.
17  Q. What is the purpose of the
18  system?
19  A. Isn't that very similar to
20  the answer I just gave or the question
21  that was --
22  Q. Similar. Different enough.
23      What is the business purpose
24  of the IIRIS system?

Page 200

1  A. To manage investigator
2  initiated --
3  Q. The reason for managing
4  that?
5  A. I think that's a question
6  more appropriate for a business
7  representative.
8  Q. How's the information
9  managed?
10  A. In a database, by --
11  Q. What type of database?
12  A. Sorry?
13  Q. I'm sorry, what type of
14  database?
15  A. An Oracle database.
16  Q. And within the Oracle
17  database, how's the data managed?
18  A. I'm not sure I understand
19  your question.
20  Q. Take the data from the input
21  to the output and tell me what happens to
22  it in between.
23  A. How the data is managed is
24  the business responsibility. It's not an

Page 201

1  IT responsibility.
2      So I can answer your
3  questions with regard to technology. But
4  again, I think that management of that
5  information is not my responsibility.
6  Q. Don't they work with IS to
7  come up with a system to help them do
8  their work?
9  A. Yes.
10  Q. And so you have to discuss
11  their needs and how to meet them with a
12  system. Right? And you come up with a
13  system between you. Right?
14  A. Yes.
15  Q. If the system needs to be
16  modified in some way, you work it out.
17  Right?
18  A. What do you mean by work it
19  out?
20  Q. If they want the system to
21  do something differently or to do it in a
22  different way, they would come to you and
23  say, I want it to do something
24  differently or I want it to be done in a

Page 202

1 different way, and you would figure out a
2 way to do that if it could be done.
3 Right?
4     A.   Yes.
5     Q.   So how is the data handled
6 then? That's a system thing. How does
7 the system handle the data from the time
8 that it's inputted to the time that it's
9 outputted?
10     A.   The data is stored to the
11 database.
12     Q.   Let me stop you here and ask
13 you, where does it come from? What are
14 the sources?
15     A.   It would come from
16 investigators' correspondence to initiate
17 a study.
18     Q.   And I apologize for
19 interrupting you.
20     Is the system, does it
21 interface with other systems on the input
22 side?
23     A.   No.
24     Q.   It doesn't obtain any data

Page 203

1 through an interface with another system
2 then?
3     A.   No.
4     Q.   So the data comes in and
5 it's stored.
6     Then what happens to it?
7     A.   It can be updated. It can
8 be reviewed.
9     Q.   Are applications to initiate
10 research put into IIRIS?
11     MR. TORREGROSSA: Objection
12 to form.
13     THE WITNESS: Could you --
14 BY MR. SMITH:
15     Q.   Do investigators make
16 applications to conduct research --
17 strike that.
18     Are investigators'
19 applications to do research processed
20 through IIRIS?
21     MR. TORREGROSSA: I'm sorry.
22 Withdraw my objection.
23 Go ahead.
24     THE WITNESS: Could you

Page 204

1 define what you mean by
2 application?
3 BY MR. SMITH:
4     Q.   If an investigator submits
5 the organization -- his or her
6 organization to conduct clinical research
7 relating to an AstraZeneca product, I
8 assume there's a process for evaluating
9 and acting upon that application.
10 Correct?
11     A.   Yes.
12     MR. TORREGROSSA: Objection.
13 BY MR. SMITH:
14     Q.   Now, how does the IIRIS
15 system play a part in that?
16     A.   That correspondence would
17 be -- if it's electronic, it would be
18 stored in IIRIS.
19     Q.   What sorts of fields would
20 be used to identify or define that
21 request, that application?
22     A.   Investigator's name,
23 document title, product.
24     Q.   Could you get me a field

Page 205

1 list?
2     MR. TORREGROSSA: Objection
3 to form.
4     THE WITNESS: Yes. I
5 believe a simple screen shot of
6 the data entry fields would
7 provide your list.
8 BY MR. SMITH:
9     Q.   Could you get me system
10 documentation for IIRIS?
11     MR. TORREGROSSA: Objection
12 to form.
13     THE WITNESS: Yes.
14 BY MR. SMITH:
15     Q.   Would that include a data
16 map?
17     A.   No.
18     Q.   System map?
19     A.   No.
20     Q.   Training materials?
21     A.   No.
22     Q.   Descriptions of tables?
23     A.   Yes.
24     Q.   Relationships between

Page 206

1 tables?
2     A.    Yes.
3     Q.    Relationships to other
4 systems?
5           MR. TORREGROSSA:  Objection
6     to form.
7           THE WITNESS:  No.
8 BY MR. SMITH:
9     Q.    User guides?
10    A.    I mean, can I just clarify?
11    Q.    Sure.
12    A.    There are no interfaces with
13 other systems.  Therefore, you would not
14 find such interfaces.  That's why I've
15 answered no.
16    Q.    Is it a validated system?
17    A.    Yes.
18    Q.    Would discussions regarding
19 an application be stored in the system?
20          MR. TORREGROSSA:  Objection
21    to form.
22          THE WITNESS:  Depends on
23    what you mean by discussion.
24 BY MR. SMITH:

Page 207

1     Q.    Discussions among
2 AstraZeneca personnel regarding the
3 application?
4           MR. TORREGROSSA:  Same
5     objection.  Same objection.
6           You can answer.
7           THE WITNESS:  And the
8     objection was?
9           MR. TORREGROSSA:  To form.
10          You can answer.
11          THE WITNESS:  Sorry, can I
12    have the court reporter provide
13    that question again, please?
14             - - -
15         (The court reporter read the
16    pertinent part of the record.)
17             - - -
18          THE WITNESS:  No.
19 BY MR. SMITH:
20    Q.    Would it contain resumes for
21 the investigator or the organization?
22    A.    Yes.
23    Q.    Would it contain a decision
24 as to whether the application was

Page 208

1 accepted or rejected?
2     A.    I'm not sure I understand
3 what you mean by decision.
4     Q.    Somebody approves or
5 disapproves the application.  Right?
6     A.    Yes.
7     Q.    Would that determination be
8 indicated somewhere in the system?
9     A.    Yes.  To answer your
10 question, there would be a status of
11 whether or not that was accepted or
12 rejected.
13    Q.    So the applications, if
14 there's a status, then the applications
15 would be tracked in the system from their
16 receipt to the point at which they're
17 acted upon.  Correct?
18    A.    That is the purpose of
19 IIRIS.
20    Q.    If the request is approved,
21 then does IIRIS track the progress of the
22 research?
23    A.    That's a business process
24 question.

Page 209

1     Q.    No.
2           Can the system track the
3 progress of the research?
4     A.    The system -- yes.
5     Q.    If the contract for the
6 research contains goals or milestones,
7 can the system track whether those goals
8 or milestones are met?
9     A.    Yes.
10    Q.    Are documents attached to
11 the records?
12          MR. TORREGROSSA:  To the
13    records?
14          Go ahead.
15          THE WITNESS:  Yes.
16 BY MR. SMITH:
17    Q.    There's a record for any
18 research application, is there not?
19    A.    There would be a database
20 record, yes.
21    Q.    Are status reports
22 generated?
23    A.    If what you mean, does the
24 application generate status reports, no.

Confidential - Darryl Draper

Page 210

1  Q. Can status reports be
2  generated by the system?
3  A. Yes.
4  Q. Was there a prior system
5  that did this?
6      MR. TORREGROSSA: You mean
7      the management in general, not --
8      MR. SMITH: Management of
9      the research applications.
10     MR. TORREGROSSA: Yes, sir.
11     Thank you.
12     THE WITNESS: I don't
13     believe there was a system prior
14     to IIRIS, a computer system.
15 BY MR. SMITH:
16  Q. Were active research
17 projects put into the system after it was
18 initiated? In other words, ones that had
19 been begun before the system was
20 acquired --
21  A. Yes.
22  Q. -- but were still active?
23 Okay.
24  A. Sorry.

Page 211

1  Q. My fault.
2      And how are finances
3  pertaining to this research handled in
4  IIRIS? How are they managed?
5  A. There is some information in
6  IIRIS that gets entered.
7  Q. Pertaining to payments to
8  the investigators?
9  A. Yes.
10 Q. Pertaining to sample
11 drugs that are -- not sample drugs, but
12 drugs for the clinical study, are those
13 tracked in the system?
14 A. No.
15     And I'm going to qualify
16 that in that we don't track shipment.
17 There's a status of whether or not an
18 investigator received or will receive
19 product.
20 Q. When was the system put in
21 place?
22 A. 1996.
23 Q. For some reason, I thought
24 it was put into -- the IIRIS system was

Page 212

1  put in place in 2000. I thought you said
2  that in our prior meeting, and I may be
3  wrong.
4      Does that ring any bells or
5  is it your recollection that IIRIS was
6  put into place in 1996?
7      MR. TORREGROSSA: Take your
8      time.
9      THE WITNESS: No, I did want
10     to correct that.
11     It was implemented in 2000.
12 BY MR. SMITH:
13 Q. Was there another system
14 that was in place in 1996 that was
15 similar?
16 A. No.
17 Q. Why were you thinking 1996,
18 if there's any reason?
19 A. Because there is information
20 in IIRIS for investigator-initiated
21 research around the time in 1996.
22 Q. That goes back to 1996?
23 A. Correct.
24 Q. So that would be what we

Page 213

1  talked about earlier, when we said that
2  if there were pending projects, then they
3  were put into IIRIS when IIRIS was
4  implemented? Is that what we're talking
5  about?
6  A. Yes, I believe my earlier
7  answer to that, yes.
8      MR. SMITH: That's fine.
9      Why don't we take a break.
10     MR. TORREGROSSA: Yes, sir.
11     - - -
12     (A recess occurred.)
13     - - -
14 BY MR. SMITH:
15 Q. Let me just ask you first,
16 Mr. Draper, if you conferred with your
17 counsel during the break?
18     MR. TORREGROSSA: You can
19     answer that yes or no.
20     THE WITNESS: I'm sorry,
21     confirmed --
22 BY MR. SMITH:
23 Q. Conferred with your counsel
24 concerning the subject of the deposition

Page 214

1  during the break?
2  MR. TORREGROSSA: You can
3  answer that yes or no.
4  THE WITNESS: Yes.
5  BY MR. SMITH:
6  Q. Now, what did you want to
7  clarify?
8  A. Earlier statement with
9  regard to training materials. That was
10  an incorrect answer. There are
11  procedures, procedural documents for
12  managing the information that you would
13  put into IIRIS.
14  Q. Okay. You could provide
15  those to us. Right?
16  MR. TORREGROSSA: Objection
17  to form.
18  THE WITNESS: Yes.
19  BY MR. SMITH:
20  Q. Okay, thanks.
21  Let's talk about SAMSON.
22  What does SAMSON stand for?
23  A. Safety adverse management --
24  I'm sorry. Apologies. Can I withdraw

Page 215

1  that, if it's possible?
2  MR. TORREGROSSA: It's not,
3  but state what you want to state.
4  THE WITNESS: It really has
5  no meaning whatsoever, other than
6  it was a very similar technology
7  and application of SAM.
8  BY MR. SMITH:
9  Q. Which came first?
10  A. SAM.
11  Q. What is your involvement
12  with SAMSON?
13  A. I'm the application service
14  manager.
15  Q. And as an application
16  service manager, what do you do for
17  SAMSON?
18  A. I ensure the delivery of
19  that service and all its support.
20  Q. When was SAMSON put in
21  place?
22  A. Around 2000-2001.
23  Q. Is that an Oracle system?
24  A. Yes.

Page 216

1  Q. Was that a Zeneca or an
2  Astra system?
3  You said it was put in place
4  around 2000 or 2001. Right? Strike that
5  question.
6  MR. TORREGROSSA: He doesn't
7  get to strike things either.
8  MR. SMITH: I can do that;
9  you can't.
10  BY MR. SMITH:
11  Q. What does SAMSON do?
12  A. It manages investigator
13  safety letter packages.
14  Q. And how does it do that?
15  A. A safety report's entered
16  into the system and assembled with other
17  documents into a package.
18  Q. All right. Let me break
19  that -- I'm sorry. Go ahead.
20  A. That's it.
21  Q. All right. A safety report?
22  Did you say a safety report is -- who
23  prepares the safety report?
24  A. Drug safety.

Page 217

1  Q. Is that done through the
2  SAMSON system?
3  A. No.
4  Q. Is it transmitted to the
5  investigator through the SAMSON system?
6  A. No.
7  Q. How does SAMSON enter a
8  safety report into the system?
9  A. It's imported.
10  Q. From where?
11  A. From a file system.
12  Q. I'm sorry?
13  A. From a file system.
14  Q. What file system?
15  A. Where you would store the
16  investigator safety letter.
17  Q. Where is the investigator
18  safety letter stored?
19  A. The investigator safety
20  letter is imported into SAMSON and then
21  stored in SAMSON.
22  Q. Okay. Who prepares the
23  investigator safety letter?
24  A. Drug safety. I'm sorry.