Page 309

1  A.  Can you import documents
2  from Market Pro into eStar?  No.
3      Can I --
4  Q.  Please.
5  A.  EStar is where you review
6  and approve.  You review and approve
7  those documents.  That's simply a
8  repository of that material.
9      Market Pro, it's my
10 understanding, pulls those active
11 marketing materials into Market Pro.
12 Q.  I'm sorry, your answer was
13 that Market Pro pulls those materials
14 into Market Pro?  I think you may have
15 misspoken or that doesn't make sense to
16 me.
17     Is that what you meant to
18 say?
19 A.  Materials that you find in
20 Market Pro are retrieved by a process, an
21 automated process, from Market Pro.
22 That's my understanding.
23 Q.  From Market Pro to Market
24 Pro?

Page 310

1      MR. TORREGROSSA:  You're
2   right.  That last one -- why don't
3   you start over, because you said
4   Market Pro twice.  Go ahead.
5      THE WITNESS:  Market Pro
6   acquires the active promotional
7   marketing materials from eStar.
8      So I may have been using the
9   word "Market Pro" incorrectly.
10 BY MR. SMITH:
11 Q.  So the direction is that
12 materials go from eStar to Market Pro,
13 not the other way around?
14 A.  Yes.
15 Q.  And do you know what happens
16 to them in Market Pro?
17     MR. TORREGROSSA:  Let me
18     interpose an objection on scope
19     here.  This was an area that
20     should have been inquired into in
21     Mr. John Dowling's deposition.
22     You're free to ask this
23     witness what he knows based on his
24     personal knowledge.

Page 311

1      THE WITNESS:  I don't know.
2      MR. SMITH:  For the record,
3   Market Pro was not listed by Mr.
4   Pogust as databases that either
5   one of these witnesses was going
6   to discuss.
7      MR. TORREGROSSA:  For the
8   record, Mr. Smith, that record
9   came from you, not from us.  And
10  those are the ones you asked us to
11  be prepared about.  Just because
12  you didn't name Market Pro is not
13  our issue.
14     MR. SMITH:  It came from the
15  Dechert law firm, which you're a
16  part of.
17     MR. TORREGROSSA:  Mr. Smith,
18  I was extensively involved in the
19  negotiations.  We pulled this list
20  as part of those negotiations from
21  your folks.
22     So this list is yours.
23  Market Pro is a sales and
24  marketing database that you were

Page 312

1   free to inquire about with Mr.
2   Dowling, and you chose not to.
3      MR. SMITH:  I didn't choose
4   not to.  You haven't disclosed it
5   to us.
6  BY MR. SMITH:
7  Q.  Can you export documents
8  from eStar to anyplace other than Market
9  Pro?
10 A.  Yes.
11 Q.  What other systems could you
12 export the documents to?
13 A.  I wouldn't necessarily
14 export it to a system.  You could export
15 a .pdf of that marketing material onto
16 your C drive.
17 Q.  Is there a user list for
18 Market Pro?
19     MR. TORREGROSSA:  For --
20     hold on.  For Market Pro?
21     MR. SMITH:  For Market Pro.
22     MR. TORREGROSSA:  Can I have
23     a running objection, sir?
24     MR. SMITH:  Sure.

Page 313

1    MR. TORREGROSSA: Thank you.
2    THE WITNESS: I don't have
3    knowledge, information,
4    organization, technical components
5    of Market Pro.
6  BY MR. SMITH:
7    Q.  Has there been any
8  corruption or loss of information from
9  eStar, to your knowledge?
10   A.  No.
11   Q.  There was a system of some
12 sort that was mentioned yesterday. We
13 didn't go into it, and I don't know if
14 the letters were even reported correctly
15 by the court reporter, although she's
16 doing a great job, but my reading is
17 GDMRS.
18      Is that a system, an
19 AstraZeneca system, to your knowledge?
20   A.  Yes.
21   Q.  Is GDMRS the correct name of
22 the system?
23   A.  Yes.
24      MR. TORREGROSSA: I think

Page 314

1    you owe an apology to the court
2    reporter.
3    MR. SMITH: I owe an apology
4    to the court reporter.
5  BY MR. SMITH:
6    Q.  What does that stand for?
7    A.  Global dictionary management
8  request system.
9    Q.  Is that a system that you
10 support, your department?
11   A.  Yes.
12   Q.  What is your involvement, if
13 any, with GDMRS?
14   A.  I'm global application
15 service manager.
16   Q.  And what does global mean?
17   A.  Sorry. I'm the application
18 service manager.
19   Q.  You're not the global
20 application service manager?
21   A.  I -- the global application
22 service manager and service manager are
23 synonymous. I'm sorry I used that word
24 "global."

Page 315

1    Q.  That's because all these
2  systems we've been discussing are
3  actually used globally; is that correct?
4    MR. TORREGROSSA: Objection
5    to form.
6    THE WITNESS: No.
7  BY MR. SMITH:
8    Q.  But some of them are?
9    MR. TORREGROSSA: You can
10   answer that yes or no. That's it.
11   THE WITNESS: Yes.
12   MR. SMITH: Counsel, the
13   only thing in that letter
14   regarding foreign materials is
15   that you weren't going to let us
16   ask about foreign regulatory
17   submissions. Everything else is
18   on the table. I don't know where
19   you got the idea that we couldn't
20   talk about anything that was
21   foreign. It's only foreign
22   regulatory submissions. We can
23   talk about foreign access to data,
24   we can talk about foreign adverse

Page 316

1    event reporting, we can talk about
2    all of that under the terms of
3    your letter.
4    MR. TORREGROSSA: It
5    discusses events, is the first
6    part of my response. And I
7    believe it was clear from the
8    negotiations that you were not a
9    part of that anything foreign you
10   could submit your own 30(b)6. You
11   would have the right to do that,
12   and we would have the right to
13   object. No one in any of the
14   other depositions, as far as I am
15   aware, have violated that
16   agreement except for you. I think
17   it was crystal clear. My
18   objection stands.
19   MR. SMITH: All right. The
20   language of the letter really
21   speaks for itself. And in
22   addition, it includes a sentence
23   which says, "This does not prevent
24   questioning concerning the

Confidential - Darryl Draper

Page 317

1  witness' personal knowledge of
2  these topics that were reported to
3  the United States."
4      So we may pursue that a
5  little bit further, Mr. Draper.
6  BY MR. SMITH:
7      Q.   So not talking about
8  regulatory affairs but talking about in
9  regard to GDMRS, if I understand your
10 testimony correctly, this is a global
11 system, which means it can be accessed by
12 related entities in the United Kingdom or
13 Sweden or elsewhere; is that correct?
14     MR. TORREGROSSA:  You can
15 answer that yes or no.
16     THE WITNESS:  Yes.
17 BY MR. SMITH:
18     Q.   Is AMOS a global system?
19     MR. TORREGROSSA:  You can
20 answer that yes or no.
21     THE WITNESS:  Yes.
22 BY MR. SMITH:
23     Q.   DIPLOMAT?
24     MR. TORREGROSSA:  Same

Page 318

1  instruction.
2      THE WITNESS:  Yes.
3  BY MR. SMITH:
4      Q.   COOL?
5      MR. TORREGROSSA:  Same
6  instruction.
7      THE WITNESS:  Yes.
8  BY MR. SMITH:
9      Q.   CRF/DEN?
10     MR. TORREGROSSA:  Same
11 instruction.
12     THE WITNESS:  No.
13 BY MR. SMITH:
14     Q.   By the way, what did the DEN
15 stand for, the D-E-N, if you know?
16     A.   Data edit notation.
17     Q.   Can you repeat your answer
18 for the court reporter?
19     A.   I'm sorry.  Data edit
20 notation.
21     Q.   Is DIRM a global system?
22     MR. TORREGROSSA:  Same
23 instruction.
24     THE WITNESS:  No.

Page 319

1  BY MR. SMITH:
2      Q.   Is PLANET a global system?
3      MR. TORREGROSSA:  Same
4  instruction.
5      THE WITNESS:  Yes.
6  BY MR. SMITH:
7      Q.   S-A-M, SAM?
8      MR. TORREGROSSA:  Same
9  instruction.
10     THE WITNESS:  Yes.
11 BY MR. SMITH:
12     Q.   GESISS?
13     MR. TORREGROSSA:  Same
14 instruction.
15     THE WITNESS:  Yes.
16 BY MR. SMITH:
17     Q.   AZ IMPACT?
18     MR. TORREGROSSA:  Same
19 instruction.
20     THE WITNESS:  Yes.
21 BY MR. SMITH:
22     Q.   IIRIS?
23     MR. TORREGROSSA:  Same
24 instruction.

Page 320

1      THE WITNESS:  No.
2  BY MR. SMITH:
3      Q.   SAMSON?
4      MR. TORREGROSSA:  Same
5  instruction.
6      THE WITNESS:  No.
7  BY MR. SMITH:
8      Q.   CLINTRACE?
9      MR. TORREGROSSA:  Same
10 instruction.
11     THE WITNESS:  Yes.
12 BY MR. SMITH:
13     Q.   GEL?
14     MR. TORREGROSSA:  Same
15 instruction.
16     THE WITNESS:  Yes.
17 BY MR. SMITH:
18     Q.   SPOLA?
19     MR. TORREGROSSA:  Same
20 instruction.
21     THE WITNESS:  Yes.
22 BY MR. SMITH:
23     Q.   RAVE?
24     MR. TORREGROSSA:  Same

Golkow Technologies, Inc. - 1.877.370.DEPS

Page 321

1  instruction.
2      THE WITNESS: No.
3  BY MR. SMITH:
4      Q. Would it be if it's
5  implemented?
6      MR. TORREGROSSA: I'm sorry,
7  I didn't catch that.
8      Would it be --
9      MR. SMITH: If it is
10 implemented.
11     THE WITNESS: Yes.
12 BY MR. SMITH:
13     Q. Webster?
14     MR. TORREGROSSA: Same
15 instruction.
16     THE WITNESS: No.
17 BY MR. SMITH:
18     Q. EStar?
19     MR. TORREGROSSA: Same
20 instruction.
21     THE WITNESS: No.
22     Can I -- I just want to make
23 sure that I'm answering your
24 questions correctly.

Page 322

1  You changed your question a
2  few statements back.
3      So I just want to be sure
4  that the answers are to your
5  original question and not your
6  last question.
7      Can I have some
8  clarification?
9      MR. TORREGROSSA: You're
10 asking if all those answers were
11 whether they're global?
12     THE WITNESS: That's
13 correct.
14     MR. TORREGROSSA: Yes.
15 That's what he was asking. Right?
16     THE WITNESS: Well, he's
17 changed the question, so all my
18 answers, I just want to, you know,
19 for the record, I want to make --
20     MR. SMITH: The last
21 question was, would it, meaning
22 RAVE, be global if it's
23 implemented.
24     THE WITNESS: Okay.

Page 323

1  BY MR. SMITH:
2      Q. You're not referring to that
3  question, are you?
4      A. I was referring to that
5  question, yes.
6      Q. But the question for all of
7  these systems was, are they global or
8  not.
9      A. Right.
10     Q. And the implementation
11 question only pertained to RAVE because I
12 understood that that's in a trial status.
13 Right?
14     A. Correct.
15     Q. Okay. And it's being
16 evaluated?
17     A. Just trying to make sure
18 that I'm answering your questions
19 correctly.
20     Q. All right. So that there's
21 no question then, Webster is or is not a
22 global system?
23     A. It is not.
24     Q. And eStar?

Page 324

1      A. No.
2      Q. And CTM is or was a global
3  system?
4      A. Was.
5      Q. And GDMRS is global. Right?
6      A. Yes.
7      Q. Was STEP 2000 global?
8      A. No.
9      MR. TORREGROSSA: When you
10 get to a good spot, if we could
11 take a break.
12     MR. SMITH: Yes. I just
13 want to finish this line and then
14 we'll --
15     MR. TORREGROSSA: Okay, sir.
16     MR. SMITH: Okay.
17 BY MR. SMITH:
18     Q. Is Market Pro global?
19     A. No.
20     MR. TORREGROSSA: Scope
21 objection.
22     THE WITNESS: To the best of
23 my knowledge, it is not global.
24 BY MR. SMITH:

Confidential - Darryl Draper

Page 325

1  Q.  Is CANDA global?
2  A.  Sorry, I just want to -- to
3  the best of my personal knowledge, it's
4  not global.
5  Q.  With regard to Market Pro?
6  A.  Yes.
7  Q.  Is CANDA global?
8  A.  I can't answer that yes or
9  no.
10 Q.  Why?
11 A.  Again, what I am able to
12 talk about are the technical aspects,
13 kind of what its purpose was. But
14 decisions by the business to use it for
15 globally as opposed to strictly US, that
16 would have been a business decision. And
17 IT/IS aren't always that aware of those
18 decisions.
19      MR. TORREGROSSA: Objection,
20   scope.
21 BY MR. SMITH:
22 Q.  Is your answer with
23 reference to CANDA only? Is that what
24 you're referring to?

Page 326

1  A.  Yes.
2  Q.  Did you or your department
3  provide or do you now provide support for
4  CANDA, IS support?
5  A.  We did.
6  Q.  And what was your
7  involvement?
8  A.  I did not have any direct
9  involvement.
10 Q.  What does CANDA stand for,
11 the name?
12 A.  Computer assisted NDA.
13 Q.  Can you describe CANDA?
14 A.  Yes. It's an application
15 used to navigate an NDA.
16 Q.  Does it perform any tracking
17 function?
18      MR. TORREGROSSA: Objection
19   to the form.
20      THE WITNESS: Not to the
21   best of my knowledge, no.
22 BY MR. SMITH:
23 Q.  Is it a repository for
24 documents?

Page 327

1  A.  No.
2  Q.  Is it a database?
3  A.  No.
4  Q.  What type of system is it?
5  A.  It's an application very
6  similar to what you -- such as Adobe
7  Acrobat, if that helps.
8  Q.  What are the dates of use
9  for CANDA?
10 A.  I believe it was 19 -- early
11 '90s.
12 Q.  Is it still in use today?
13 A.  No.
14 Q.  When was it retired?
15 A.  2000.
16 Q.  What replaced it?
17 A.  Well, ECTD.
18 Q.  What is ECTD?
19 A.  Electronic -- sorry.
20 Electronic -- ECDT. Electronic common --
21 sorry.
22      MR. TORREGROSSA: Take your
23   time. Take your time.
24      THE WITNESS: ECTD,

Page 328

1  electronic common technical
2  document.
3       MR. TORREGROSSA: You made
4    Mr. Smith wear his pencil down.
5       THE WITNESS: Apologies.
6    It's the world I live in, the
7    acronyms.
8  BY MR. SMITH:
9  Q.  What is ECTD?
10 A.  ECTD is a regulatory
11 standard or format.
12 Q.  How is it used?
13 A.  It's used for electronic
14 submissions.
15 Q.  Is that an application
16 supported by you or your department?
17 A.  It's not an application.
18 It's a format.
19 Q.  A format.
20     Would that be used globally?
21      MR. TORREGROSSA: You can
22   answer that yes or no.
23      THE WITNESS: I'm sorry, can
24   I have the question again, please?

17 (Pages 325 to 328)

Page 329

1  BY MR. SMITH:
2      Q.   Would ECTD be used globally?
3          MR. TORREGROSSA:  You can
4  answer that yes or no.
5          THE WITNESS:  Yes.
6          MR. SMITH:  Why don't we
7  take a break.
8          MR. TORREGROSSA:  Thank you,
9  sir.
10         - - -
11         (A recess occurred.)
12         - - -
13 BY MR. SMITH:
14     Q.   Who is the business owner
15 for Market Pro, if you know?
16         MR. TORREGROSSA:  Same
17 running objection.
18         THE WITNESS:  Well, I
19 thought we were talking about
20 CANDA.
21 BY MR. SMITH:
22     Q.   We're talking about lots of
23 things.
24     A.   Okay.  I don't know.

Page 330

1      Q.   Do you know who the business
2  owner is for CANDA?  You anticipated my
3  next question.
4      A.   I can't recall.
5      Q.   And who would you ask to
6  find that out?
7      A.   Probably Bob Keesler.
8      Q.   Is there an application
9  service manager for CANDA?
10     A.   I think I would go to Bob
11 Keesler to identify who that individual
12 was.
13     Q.   Is any information collected
14 in CANDA or is it just a tool?
15     A.   It's a tool.  It's a tool,
16 yes.
17     Q.   Do you know if there are
18 training materials for CANDA?
19     A.   I would expect there to be
20 training materials or user guides.
21     Q.   Would there be any IS
22 documentation for CANDA?
23     A.   I would expect there to be
24 IS documentation.

Page 331

1      Q.   Is there any reason why you
2  couldn't make copies of users guides or
3  IS documentation for CANDA?
4          MR. TORREGROSSA:  Objection
5  to form, scope.
6          You can answer.
7          THE WITNESS:  Yes.
8  BY MR. SMITH:
9      Q.   What would that reason be?
10         MR. TORREGROSSA:  Would
11 there be any reason you couldn't?
12         THE WITNESS:  I'm sorry.
13 I'm not sure I understood the
14 question.
15         MR. TORREGROSSA:  Right.
16 Could you get the question back,
17 please?
18         MR. SMITH:  We'll give you a
19 second bite at the apple.
20         Would there be any reason
21 why you couldn't make a copy of
22 the user guide or the IS
23 documentation for CANDA?
24         MR. TORREGROSSA:  Objection

Page 332

1  to form, scope.
2          THE WITNESS:  No.
3  BY MR. SMITH:
4      Q.   Was there a predecessor to
5  CANDA?
6      A.   No.
7      Q.   Is there any sort of search
8  or report capability in CANDA?
9      A.   In the sense that you can
10 navigate through the electronic NDA, and
11 there are, let's say, hyperlinks to
12 various sections, similar to what you'd
13 call a bookmark in, say, like Adobe
14 Reader.
15     Q.   Thank you.
16         Who's the vendor for CANDA?
17     A.   AstraZeneca.
18     Q.   Do you know who the vendor
19 is for Market Pro?
20         MR. TORREGROSSA:  Scope.
21         THE WITNESS:  No.
22 BY MR. SMITH:
23     Q.   The ECTD, is there a vendor
24 for that?

Page 333

1  A.  I guess you could call them
2  a vendor.
3  Q.  Is it the FDA?
4  A.  Yes.
5  Q.  Okay.
6  A.  Regulatory authorities.
7  Q.  Who's the vendor for GDMRS?
8  A.  AstraZeneca.
9  Q.  Is there a user list for
10 GDMRS?
11 A.  If what you mean by a list
12 is are we able to identify the users of
13 GDMRS, yes.
14 Q.  Can you make a copy of the
15 list of users for GDMRS?
16 A.  Yes.
17 Q.  Was there a predecessor to
18 GDMRS?
19 A.  Not that I'm aware of.
20 Q.  Can you describe that
21 system?
22 A.  Yes.  And I'm trying to
23 think of a way to come up with an
24 explanation to give you and help you

Page 334

1  understand what GDMRS is.
2     So the answer is yes.  It
3  allows folks to request additions to,
4  say, a drug dictionary.  For instance, if
5  we were -- we have a product that's in
6  the clinical trial and we need to be able
7  to identify that somehow, a request would
8  be placed to add that to the drug
9  dictionary and/or the medical dictionary.
10 Q.  I don't quite understand.
11    To add what to the medical
12 dictionary?
13 A.  To add a term or a drug to a
14 medical dictionary or to a dictionary.
15 It's just a simple request system.
16 Q.  And do you or your
17 department support that system?
18 A.  Yes.
19 Q.  Do you have any personal
20 involvement?
21 A.  I have direct involvement.
22 Q.  And what is your
23 involvement?
24 A.  I'm the application service

Page 335

1  manager.
2  Q.  Who's the business partner?
3  A.  Nate Blevins.
4  Q.  Business owner?
5  A.  Hillary Vass.
6  Q.  I didn't catch that last
7  name?
8  A.  Vass, Hillary Vass.
9  Q.  Can you spell that?
10 A.  I believe it's V-A-S-S.
11 Q.  What is the data source for
12 the GDMRS?
13 A.  A user requesting -- making
14 a request.
15 Q.  Would that be somebody on
16 the study team?
17 A.  No.  It could be an
18 individual on a study team.  I think it's
19 primarily used by people who are entering
20 data into the clinical data management
21 system.
22 Q.  Now, I'm not quite clear on
23 this, but let's say when development was
24 started on -- when did the system come

Page 336

1  into use?  Let's start there.
2  A.  I believe it was around
3  2000.
4  Q.  Approximately how many terms
5  would be defined in the GDMRS?
6  A.  You wouldn't define terms.
7  I don't believe you define terms in
8  GDMRS.  You simply ask for something to
9  be added, say, to a dictionary.
10 Q.  So what is added?  If it's
11 not defined, is it a search term?
12 A.  It may not appear in a
13 dictionary, or it may not be retrieved --
14 being retrieved appropriately during the
15 coding of data.  So you might request a
16 synonym be added to the dictionary.
17 Q.  Who uses the dictionary?
18    MR. TORREGROSSA:  Objection
19 to form, scope.
20    THE WITNESS:  Again, GDMRS
21 is not a dictionary.  Dictionaries
22 in general are used by anybody who
23 wants to code medical information.
24 BY MR. SMITH:

Confidential - Darryl Draper

Page 337

1  Q. What other systems does the
2  GDMRS interface with?
3  A. It doesn't.
4  Q. I'm having trouble
5  understanding how the information that's
6  put into GDMRS is used.
7  Can you explain that for me?
8  A. How the information is used.
9  You're asking me a question that, if I
10 was in the business, a business person
11 coding medical information, I could
12 explain to you how that was being used.
13 It's like asking me, you know, how my
14 mother uses her car. I mean, I'm
15 assuming that she uses it to travel back
16 and forth to work.
17 Q. That's exactly what I mean,
18 is think of it, it's like a car, and tell
19 me what you would use this car for.
20     MR. TORREGROSSA: Objection,
21     scope.
22     THE WITNESS: Again, it's to
23     request changes to dictionaries,
24     to medical dictionaries.

Page 338

1 BY MR. SMITH:
2  Q. To which dictionaries?
3  A. MedRA drug dictionary.
4  Q. And what is MedRA?
5  A. MedRA is a medical coding
6 dictionary. Precisely what it stands
7 for, again, you're better off asking
8 the -- you know, someone who uses the
9 MedRA dictionary on a day-to-day basis.
10 Q. Is MedRA, that is M-E-D-R-A?
11 A. M-E-D -- I believe it's D,
12 capital D, capital R, capital A. You can
13 search on the Internet and find it quite
14 easily.
15 Q. I mean, that's not an
16 AstraZeneca system, MedRA. Right?
17 A. No, it's not a system. It's
18 a dictionary.
19 Q. It's not an AstraZeneca
20 dictionary?
21 A. No, it's not.
22 Q. And the drug dictionary you
23 mentioned, what is that?
24     MR. TORREGROSSA: Objection,

Page 339

1     form and scope.
2     THE WITNESS: It's a
3     dictionary of drugs on the -- on
4     the market.
5 BY MR. SMITH:
6  Q. What is STEP 2000?
7  A. It's the predecessor system
8 to eStar.
9  Q. What does Step stand for, do
10 you know?
11 A. I believe it's just a name.
12 Q. What were the dates of use
13 for STEP 2000?
14 A. I would have to -- I'd have
15 to speak directly to Dina O'Brien to
16 understand when it was first used. It
17 was --
18 Q. And what's her connection
19 with STEP 2000?
20 A. Well, she is the now current
21 system owner for the system that is used
22 within AstraZeneca today, which is eStar.
23 Q. Do you know who the
24 application service manager was for STEP

Page 340

1 2000?
2  A. Again, I'd have to speak to
3 Dina.
4  Q. Same for the business
5 partner?
6  A. Yes.
7  You know, the data was
8 migrated into eStar, so I would expect
9 any inquiries, the active data, the
10 active marketing materials.
11 Q. Were the data sources for
12 STEP 2000 the study teams and the study
13 centers?
14     MR. TORREGROSSA: Objection
15     to form. I think that confuses
16     things.
17     THE WITNESS: I'm sorry, I
18     didn't understand the question.
19 BY MR. SMITH:
20 Q. Were the data sources for
21 STEP 2000 the study teams and the study
22 centers?
23     MR. TORREGROSSA: Objection
24     to form.

Confidential - Darryl Draper

Page 341

```
 1        THE WITNESS:  Again, I'd
 2   speak to Dina, try to get a better
 3   understanding of that.
 4        MR. TORREGROSSA:  Mr. Smith,
 5   it was the legacy system to eStar.
 6        MR. SMITH:  Uh-huh.
 7        MR. TORREGROSSA:  Okay.
 8   Yes, and if you direct certain
 9   inquiries to me after this
10   deposition, I will inquire whether
11   some of this information is still
12   available for STEP 2000.
13        MR. SMITH:  You'll answer my
14   20 questions on STEP 2000?
15        MR. TORREGROSSA:  I will try
16   and get you information, yes, sir.
17        MR. SMITH:  Okay.
18   BY MR. SMITH:
19   Q.   Let's take a look at
20   CLINTRACE.
21        Can you tell me what the
22   name means?
23   A.   It doesn't really -- as far
24   as I understand, it doesn't really have
```

Page 342

```
 1   any particular...
 2   Q.   That's fine.
 3        Can you describe CLINTRACE
 4   for me?
 5   A.   It is a data management
 6   system used to enter, track and report
 7   adverse events.
 8   Q.   Is it used to submit adverse
 9   events?
10   A.   It's used to produce output
11   that is ultimately the information
12   submitted to a regulatory authority, yes.
13   Q.   Does it interface with
14   another system to submit adverse event
15   reports?
16   A.   Yes.
17   Q.   What system is that?
18   A.   GES.
19   Q.   Is GES different from GEL?
20   A.   Yes.
21   Q.   What is GES?
22   A.   That's a system used to
23   submit electronic ICSRs to regulatory
24   bodies.
```

Page 343

```
 1   Q.   What does GES stand for, if
 2   you know?
 3   A.   Global electronic
 4   submissions.
 5   Q.   What does ICSR stand for?
 6   A.   Individual case safety
 7   report.
 8   Q.   What are the dates of use
 9   for CLINTRACE?
10   A.   March 31, 1998.
11        MR. TORREGROSSA:  Is that
12   specific enough, or were you
13   looking for something more?
14        MR. SMITH:  That's pretty
15   good.
16   BY MR. SMITH:
17   Q.   And that system is currently
18   used today?
19   A.   Yes.
20   Q.   Is there a data map for
21   CLINTRACE?
22   A.   I believe that the vendor
23   materials has information with regard to
24   a data map.
```

Page 344

```
 1   Q.   Do you know if it's in a
 2   diagram or schematic form?
 3   A.   I don't believe that that
 4   material has actual -- there
 5   are diagrams.  There are diagrams.  To
 6   what detail level, I'm not recalling.
 7   Q.   What is your involvement
 8   with CLINTRACE?
 9   A.   I was part of the
10   implementation team, as well as the
11   architect for AstraZeneca implementation.
12   Q.   What are your current
13   responsibilities with regard to
14   CLINTRACE?
15   A.   I don't have any day-to-day
16   direct responsibilities for CLINTRACE.
17   Q.   Is there an ERD for
18   CLINTRACE?
19   A.   Yes.  I believe the vendor
20   documentation does have specific
21   information pertaining to relationships
22   of data.
23   Q.   Is there a system map or
24   diagram?
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Darryl Draper

Page 345

A. Again, I recall diagrams in that documentation, you know, the complete picture of the data map. There's various components to CLINTRACE, and I believe those components are detailed, either, you know, textually. Again, I don't recall precisely whether or not there was like a picture. But that information would be available in that material.

Q. Some form of written documentation that would include that information is available then?
A. Yes.
Q. Are there user guides for CLINTRACE?
A. Yes, both AstraZeneca and vendor.
Q. And there's IS documentation for CLINTRACE?
A. Yes.
Q. Who's the application service manager?
A. Paul Seymour.

Page 346

Q. And he would be the global application service manager. Correct?
A. Yes.
Q. Who's the business partner?
A. Business partner is Al Fowkes.
Q. How do you spell Fowkes?
A. F-O-K-E-S, I believe.
Q. No L?
A. I believe it's F-O-W-K-E-S, Fowkes.
Q. Thank you.
    Business owner?
A. Business owner. Used to be Barry Erdle, but I think it's -- I have difficulty pronouncing the name, is it Jacques, I'd have to look at the exact spelling, but I have difficulty pronouncing it. It's a difficult name to pronounce.
    MR. TORREGROSSA: We'll get that for you.
    THE WITNESS: Sorry.
BY MR. SMITH:

Page 347

Q. Is there both a US business owner and a global business owner?
    MR. TORREGROSSA: You can answer that yes or no.
    THE WITNESS: Yes.
BY MR. SMITH:
Q. Is that two different people?
A. Can I go back to the question, please, the question that I've answered already?
Q. Is there both a US business owner and a global business owner, and you said yes. And now I'm asking, could they be the same person.
    Are they the same person, or are they two different people?
A. Al Fowkes is the -- I'm sorry, system owner. I'm confused now.
Q. Business owner?
A. Business owner. Okay. No, there is a system owner. There's not multiple owners.
Q. What types of information

Page 348

are in CLINTRACE?
A. Types of information would be adverse events.
Q. And those would be as documents?
    MR. TORREGROSSA: Objection to form, scope.
    Go ahead.
    THE WITNESS: The CLINTRACE is a data entry system, so it's very similar to AMOS in that you enter data onto forms or screens. So it's data, not document.
BY MR. SMITH:
Q. What's the difference between AMOS and CLINTRACE?
A. Well, CLINTRACE is the adverse events data management system, and AMOS is the clinical data management system.
Q. Thank you.
A. I'll just say, safety data, clinical data. So we're required to report things to regulatory authorities.

Confidential - Darryl Draper

Page 349

1  That data would be housed in CLINTRACE.
2         MR. TORREGROSSA: I think he
3     was making a technical comparison
4     versus a...
5  BY MR. SMITH:
6     Q.  Can the same information be
7  entered into CLINTRACE and AMOS? Can an
8  adverse event report be entered into both
9  CLINTRACE and AMOS?
10    A.  No. I think, again, I'm
11 going to -- this is more of a business
12 process question. However, I'll try to
13 give you a technical understanding
14 underneath CLINTRACE.
15        There are adverse events
16 experienced by the patient that are
17 recorded in the CLINTRACE database.
18    Q.  Is that by a patient in a
19 clinical study or a patient anywhere?
20        MR. TORREGROSSA: Objection
21     to form, scope.
22 BY MR. SMITH:
23    Q.  I'm trying to clarify your
24 answers.

Page 350

1      Are you referring to a
2  patient in a clinical study or to any
3  patient?
4         MR. TORREGROSSA: Same
5     objections.
6         THE WITNESS: It's a -- it
7     could be a patient in a clinical
8     study. It could also be a
9     spontaneous.
10 BY MR. SMITH:
11    Q.  With regard to CLINTRACE,
12 the source could be either from a
13 clinical study or a spontaneous report,
14 in CLINTRACE.
15        Is that your answer?
16        MR. TORREGROSSA: Same
17     objections.
18        THE WITNESS: My answer is
19     there are adverse event reports in
20     CLINTRACE.
21 BY MR. SMITH:
22    Q.  Right. And the source could
23 be, a possible source could be a
24 spontaneous report not from a study.

Page 351

1  Right?
2     A.  Various categories in
3  CLINTRACE, the way to categorize records
4  would be spontaneous investigator study
5  literature.
6         Does that help?
7     Q.  That does help.
8         MR. TORREGROSSA: Excuse me.
9     Let me interpose a form and scope
10    objection.
11        Go ahead, Mr. Smith.
12 BY MR. SMITH:
13    Q.  Any other categories of
14 adverse events that you can think of?
15        MR. TORREGROSSA: Same
16    objections.
17        THE WITNESS: Those are the
18    three very high level technical --
19    those are the -- what you call
20    them, like pick list items that
21    you find in the application.
22 BY MR. SMITH:
23    Q.  Did you say pick list or
24 pink list?

Page 352

1     A.  Pick list.
2     Q.  Pick list.
3     A.  I'm trying to give you a
4  technical understanding of the database.
5     Q.  So technically, if one
6  enters an adverse event into the
7  CLINTRACE database, I envision a pick ist
8  to be like a dropdown list or perhaps
9  where you could check off whether it's
10 spontaneous, investigator study or
11 literature.
12        How accurate is that?
13    A.  That's accurate.
14    Q.  Do you believe there are
15 other choices on the pick list other than
16 those three?
17    A.  I think those are the three.
18    Q.  What other fields are there
19 in CLINTRACE?
20    A.  Reporter, narrative, patient
21 initials, age group. I could probably
22 talk for a few hours on all of the
23 fields. There's quite extensive
24 information collected.

Golkow Technologies, Inc. - 1.877.370.DEPS