Confidential - Darryl Draper

Page 353

1  Q. How about types of adverse
2  events, is there some field for that?
3  A. I think -- did I just
4  describe the types? I mean --
5  Q. Sorry?
6  A. I think I just described the
7  types, spontaneous, sponsored study,
8  literature.
9  Q. I meant like diabetes, heart
10 attack, death, you know, event types.
11     MR. TORREGROSSA: Objection
12 to form, scope.
13 BY MR. SMITH:
14 Q. There's a field for that?
15 A. Yes.
16 Q. Could you print a list of
17 the fields for CLINTRACE?
18 A. The fields are listed in the
19 vendor documentation.
20 Q. Are there training materials
21 for CLINTRACE?
22 A. Yes.
23 Q. User guides?
24 A. Yes.

Page 354

1  Q. IS documentation?
2  A. Yes.
3  Q. Could you print copies of
4  those?
5  A. Yes.
6  Q. Are there standard operating
7  procedures pertaining to CLINTRACE?
8  A. Yes.
9  Q. Where are those located?
10 A. They're located in the
11 system documentation.
12 Q. What type of database is
13 CLINTRACE?
14 A. Oracle.
15 Q. Where is the server located?
16 A. It's in England.
17 Q. Could you print out a user
18 list for CLINTRACE?
19 A. Yes, I believe it's
20 possible.
21 Q. What was the predecessor for
22 CLINTRACE?
23 A. Predecessor for CLINTRACE.
24 There are two systems, SECURE and RADAR.

Page 355

1  Q. SECURE and RADAR?
2  A. Yes.
3  Q. And what was SECURE?
4  A. I'm sorry, what was the
5  question again?
6  Q. I'll come back to that
7  later.
8  A. It isn't that I couldn't
9  answer it; I just forgot what the
10 question was.
11 Q. Was all of the data from
12 SECURE migrated into CLINTRACE?
13 A. Yes, it was.
14 Q. Was all of the data from
15 RADAR migrated into CLINTRACE?
16 A. Not all data was migrated
17 from RADAR.
18 Q. Was all Seroquel data
19 migrated from RADAR?
20 A. All Seroquel data was
21 migrated to CLINTRACE.
22 Q. Has there been any loss or
23 corruption of data from CLINTRACE that
24 you're aware of?

Page 356

1  A. No.
2  Q. Any loss or corruption of
3  data from SECURE?
4  A. No.
5  Q. Any loss or corruption of
6  data pertaining to Seroquel for RADAR?
7  A. No.
8     MR. SMITH: Let's take two
9  minutes.
10    - - -
11    (A recess occurred.)
12    - - -
13 BY MR. SMITH:
14 Q. Other than CLINTRACE, Mr.
15 Draper, adverse event reports are logged
16 into or by what other systems?
17 A. As far as I'm aware, the
18 CLINTRACE system is the system we use to
19 track those adverse events.
20 Q. Are there other systems that
21 can access the -- that interface with
22 CLINTRACE?
23 A. Yes.
24 Q. What other systems interface

24 (Pages 353 to 356)

Page 357

1  with CLINTRACE?
2  A. I guess an example would
3  be -- I mentioned GES, which is a system
4  where the electronic case reports are
5  stored. Also refer to that as GESISS.
6  We talked yesterday about that.
7  Q. I'm sorry, I didn't
8  understand. GES what?
9  A. ISS.
10 Q. GESISS?
11 A. I use those terms very
12 loosely. Global electronic submission.
13 Q. Oh, okay. Fine. So GES is
14 not something -- GES and GESISS is the
15 same thing.
16 A. The system is GESISS.
17 Q. Great. That saves about 20
18 questions.
19 A. GES -- source documents are
20 stored into SAM. They are indexed based
21 on case ID. That case ID would be
22 validated against CLINTRACE.
23 Q. Where are investigator
24 brochures stored, do you know?

Page 358

1  A. GEL.
2  Q. Is all the information
3  submitted to the FDA located in GEL?
4  MR. TORREGROSSA: Objection
5  to the form, scope.
6  THE WITNESS: That is the
7  repository for AstraZeneca for
8  correspondence with regulatory --
9  with the regulatory agency, yes.
10 BY MR. SMITH:
11 Q. Are there any other
12 applications or systems that contain
13 information submitted to FDA?
14 A. Well, I thought I just
15 explained GES.
16 Q. Any other systems besides
17 GEL and GES?
18 A. No.
19 Q. Are documents stored in
20 CANDA?
21 A. No.
22 Q. So case report forms would
23 not be found in CANDA?
24 MR. TORREGROSSA: Objection

Page 359

1  to form.
2  THE WITNESS: No. Again,
3  CANDA would be the electronic NDA,
4  a tool used to view an electronic
5  NDA.
6  MR. TORREGROSSA: I'm sorry,
7  scope, too.
8  Go ahead.
9  BY MR. SMITH:
10 Q. But CANDA itself does not
11 contain any documents. Right? It's a
12 tool that's used to navigate the NDA?
13 A. That's correct.
14 Yes. I'm sorry, I didn't
15 mean to answer --
16 Q. So CANDA is simply a tool
17 that's used to navigate the NDA; is that
18 correct?
19 A. Yes.
20 Q. We're going to save some
21 trees and just do some pages.
22 I want to mark this as
23 Exhibit 4. Let me show it to counsel
24 first.

Page 360

1  MR. TORREGROSSA: We're not
2  giving him the whole document
3  because --
4  MR. SMITH: You can have it
5  if you want, but it's similar.
6  MR. TORREGROSSA: It's just
7  the list of investigators?
8  MR. SMITH: It goes on.
9  Right. If you want to look at it,
10 I have it here.
11 MR. TORREGROSSA: If you
12 wouldn't mind, while he looks at
13 that. Thank you, sir.
14 MR. SMITH: Let me have the
15 court reporter mark that as
16 Exhibit 4.
17      - - -
18 (Deposition Exhibit No.
19 Draper-4, Seroquel International
20 Approval Form, Bates stamped
21 AZ/SER 0834196 through AZ/SER
22 0834198, was marked for
23 identification.)
24      - - -

Page 361

BY MR. SMITH:
Q. Would you take a look at Exhibit 4, Mr. Draper.
   Mr. Draper, have you had an opportunity to look at Exhibit 4?
A. Yes. But --
Q. Yes.
A. But didn't you refer to this as Exhibit 5?
Q. No.
   You've had a chance to review that?
A. Yes.
Q. This is a listing of what type of information?
   MR. TORREGROSSA: I object to the form and scope. I think this is way outside the bounds of this deposition.
BY MR. SMITH:
Q. You can answer.
A. I'm sorry, the question again was?
Q. This is a listing of what

Page 362

type of information?
   MR. TORREGROSSA: Same objections.
   THE WITNESS: Well, according to the document, the initial approval form, the title, list of investigators.
BY MR. SMITH:
Q. Would this document be maintained in GEL?
   MR. TORREGROSSA: Same objections.
   THE WITNESS: I would expect this document to be in GEL, yes.
BY MR. SMITH:
Q. And for each of the investigators listed, if you follow across the row, does it indicate the location of the case report forms in the applications?
   MR. TORREGROSSA: Same objections.
   I assume you're talking about page -- I guess it's 4.

Page 363

   MR. SMITH: All the pages are the same lists.
   MR. TORREGROSSA: I understand. I'm just -- I thought you were referring to the first two pages. I'm sorry.
   You're referring to this page?
   MR. SMITH: Right. To the list.
   THE WITNESS: Your question again was?
BY MR. SMITH:
Q. For each of the investigators listed there following across the row, does it indicate the location in the application of the case report forms?
   MR. TORREGROSSA: Same objections as we have for the balance of the testimony, but go ahead.
   THE WITNESS: I'm sorry. I just simply need to hear the

Page 364

question again, because I want to make sure I'm giving a correct answer.
BY MR. SMITH:
Q. No problem. For each investigator listed --
A. Yes.
Q. -- if you follow across the row, does it indicate location in the application and case report forms?
   MR. TORREGROSSA: Same objections.
   THE WITNESS: It does have a column and a heading location in application. And there's a column that says case report forms with an asterisk.
BY MR. SMITH:
Q. And in the case report forms asterisk, the last column to the right, does it show listings for CANDA and CT Report?
   MR. TORREGROSSA: Same objections.

Page 365

1  THE WITNESS: Yes.
2  BY MR. SMITH:
3  Q. Now, if I understood your
4  testimony earlier, the case report forms
5  would not physically be located in CANDA;
6  is that correct?
7  A. That is correct.
8  Q. Would the case report forms
9  be physically located in a system listed
10 here as CT Report?
11 A. I honestly don't know
12 whether or not that is a report or an
13 application. I don't recognize it as an
14 application.
15 MR. TORREGROSSA: Objection
16   to form and scope.
17   I'm sorry, Mr. Smith. Go
18   ahead.
19 BY MR. SMITH:
20 Q. Are you saying that you
21 don't recognize CT Report as an
22 application? Is that what you were
23 saying?
24 A. That's correct.

Page 366

1  Q. Do you recognize it as
2  anything? Do you know what it is? Do
3  you know what a CT Report is?
4  MR. TORREGROSSA: Form and
5   scope.
6  THE WITNESS: I don't. I
7  can make assumptions.
8  MR. TORREGROSSA: Don't make
9   assumptions.
10 BY MR. SMITH:
11 Q. What assumptions would you
12 make about CT Report?
13 MR. TORREGROSSA: Objection
14   to form and scope.
15 THE WITNESS: The column
16   would suggest that it's a case
17   report form.
18 BY MR. SMITH:
19 Q. That CT Report is a case
20 report form?
21 MR. TORREGROSSA: Form and
22   scope.
23 THE WITNESS: Yes.
24 BY MR. SMITH:

Page 367

1  Q. And at the top of the page
2  it says Location In Application.
3  Do you know if that's
4  referring to the IND or the NDA?
5  MR. TORREGROSSA: Form and
6   scope.
7  THE WITNESS: Can I have the
8  question again, please.
9  BY MR. SMITH:
10 Q. I said, do you know whether
11 application refers to IND or NDA?
12 MR. TORREGROSSA: Form and
13   scope.
14 THE WITNESS: NDA.
15 MR. SMITH: I'd like to mark
16   this as Exhibit 5, please.
17   - - -
18   (Deposition Exhibit No.
19 Draper-5, Sources of Reporters,
20 Bates stamped AZ/SER 2288019, was
21 marked for identification.)
22   - - -
23 MR. SMITH: Please show that
24   to your counsel first, which I'm

Page 368

1  sure you will do anyway.
2  BY MR. SMITH:
3  Q. Would you look at Exhibit 5
4  for me, please, Mr. Draper.
5  Have you finished reviewing
6  Exhibit 5, sir?
7  A. Yes.
8  Q. Would you agree that it
9  depicts systems that can be sources of
10 information for drug safety?
11 MR. TORREGROSSA: Object to
12   the form as well as the scope.
13 THE WITNESS: No.
14 BY MR. SMITH:
15 Q. How would you interpret that
16 diagram?
17 MR. TORREGROSSA: Form and
18   scope.
19 THE WITNESS: I interpret
20   this diagram as sources of adverse
21   events.
22 BY MR. SMITH:
23 Q. Are you aware of any systems
24 that would contain sources of adverse

Page 369

1  events other than the ones listed on that
2  Exhibit 5?
3           MR. TORREGROSSA:  Objection
4  to form and mischaracterizes his
5  testimony.
6           You can answer the question.
7           THE WITNESS:  Can I have the
8  question repeated from the court
9  reporter, please.
10              - - -
11          (The court reporter read the
12  pertinent part of the record.)
13              - - -
14         MR. TORREGROSSA:  Same
15  objections.
16         THE WITNESS:  They are not
17  listed on that document.
18  BY MR. SMITH:
19     Q.  There are other sources that
20  are not listed of which you're aware?
21         MR. TORREGROSSA:  Objection
22  to form.
23         THE WITNESS:  There are no
24  systems listed on that document.

Page 370

1  BY MR. SMITH:
2     Q.  Okay.  I see what you're
3  saying.
4           Are there any systems of
5  which you are aware that we have not
6  discussed in this deposition so far that
7  contain information pertaining to those
8  sources of adverse event reports?
9     A.  No.
10    Q.  Can I see that, please?
11  Thank you.
12         MR. TORREGROSSA:  Sir, I
13  object to that last question to
14  the extent it calls for foreign
15  systems, but go ahead.
16         MR. SMITH:  Mark this as
17  Exhibit 6, please.
18             - - -
19         (Deposition Exhibit No.
20  Draper-6, Welcome to AstraZeneca
21  SOP No. 2 version 2 Drug Safety
22  Adverse Event Report Training,
23  Bates stamped AZ/SER 2288012
24  through AZ/SER 2288018, was marked

Page 371

1  for identification.)
2             - - -
3  BY MR. SMITH:
4     Q.  Would you review Exhibit 6
5  for me, please, Mr. Draper.
6     A.  Yes.
7     Q.  And let me know when you're
8  finished.
9           Finished?
10    A.  Yes.
11    Q.  Exhibit Number 6 is an SOP
12  for Drug Safety Adverse Event Report
13  Training; is that correct?
14         MR. TORREGROSSA:  Objection,
15  scope.
16         THE WITNESS:  No.  It's a
17  training template with references
18  to an SOP on adverse event
19  reporting.
20  BY MR. SMITH:
21    Q.  Is there a system that
22  contains these templates such as this?
23    A.  Could be on the file system.
24    Q.  What file system would that

Page 372

1  be?
2     A.  On file share, such as, you
3  know, a Windows -- Windows 2000 file
4  server.
5     Q.  So this template would be
6  used for training on drug safety, adverse
7  event reports.  Correct?
8          MR. TORREGROSSA:  Hold on.
9  Hold on a moment.  Mr. Smith, we
10  are so far out of the bounds that
11  I fail to see how you can ask our
12  IT person about this type of
13  training.  This is our IT person.
14  You're in the wrong deposition.
15         MR. SMITH:  Can you answer
16  the question?
17         MR. TORREGROSSA:  No, he
18  cannot.  Unless you give me some
19  basis for why you can ask our IT
20  person about drug safety training,
21  I cannot allow him to answer that
22  question on the scope of this
23  deposition.
24         MR. SMITH:  Are you

Case 6:06-md-01769-ACC-DAB  Document 297-76  Filed 07/23/07  Page 6 of 10 PageID 4530
Confidential - Darryl Draper

Page 373

1  directing him not to answer?
2       MR. TORREGROSSA: I am,
3  unless you give me a basis.
4       You're asking our IT person
5  about drug safety training.
6  BY MR. SMITH:
7   Q.  Do you provide training to
8  the drug safety personnel regarding the
9  systems that are used for adverse event
10 reports?
11  A.  No.
12  Q.  Does your department provide
13 any training in the use of those systems
14 for drug safety adverse event reports?
15  A.  Yes.
16      Could I just have the last
17 question repeated by the court reporter,
18 please. I want to make sure that I
19 accurately answered that question.
20      - - -
21      (The court reporter read the
22 pertinent part of the record.)
23      - - -
24      THE WITNESS: Thank you.

Page 374

1  BY MR. SMITH:
2   Q.  Was your answer accurate?
3   A.  Yes.
4   Q.  Are you familiar with the
5  electronic process manual?
6   A.  No. But I think I've heard
7  that term used before, and I'm not sure
8  whether it was within AstraZeneca or
9  somewhere else.
10  Q.  Are you familiar with the
11 clinical development SOP Web site?
12  A.  No. That sounds like a
13 business kind of a Web site.
14  Q.  Clinical development is a
15 department that your department provides
16 technical support for; is that correct?
17  A.  Yes.
18  Q.  Are you familiar with the
19 clinical GEL Web site?
20  A.  Just let me clarify that
21 while we in GDDIS are the support
22 organization for many IT systems, Web
23 sites are often assembled for the use by
24 a business and are maintained, the

Page 375

1  content are maintained by the business.
2  And the server is simply there provided
3  as a technical platform for those
4  business activities.
5       So where IT support those
6  kind of Web sites, we would ensure that
7  the server is available, that it's, you
8  know, accessible such that people in the
9  business can get to it related to their
10 day-to-day needs and desires.
11  Q.  Do people in your department
12 work with the developers of these Web
13 sites?
14  A.  There may often be technical
15 questions beyond the capability of a
16 content owner, yes.
17  Q.  Who would be the best person
18 in your organization to ask about Web
19 site content?
20      MR. TORREGROSSA: Content?
21      MR. SMITH: Content.
22      MR. TORREGROSSA: Thank you.
23      THE WITNESS: No one.
24 Content is owned by the business,

Page 376

1  not by IT.
2  BY MR. SMITH:
3   Q.  Are there applications that
4  are accessed through Web sites that your
5  organization or department supports?
6   A.  The answer is yes. And I'm
7  going to clarify that by articulating
8  that Web sites often have links to --
9  what I mean by a link is a -- kind of
10 like an icon on your desktop. So if you
11 were to click that, it would facilitate
12 launch of an application, not necessarily
13 direct access.
14      So does that help?
15  Q.  Sure. Where would drafts of
16 labels be kept?
17  A.  I think that's a business
18 question.
19      MR. TORREGROSSA: Objection,
20      scope.
21 BY MR. SMITH:
22  Q.  Do you provide service to
23 any system that is used to store or
24 review or submit drug product labeling?

29 (Pages 373 to 376)
Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Darryl Draper

Page 377

1    A.   That's GEL.
2    Q.   Is there any other system
3  that would contain drafts or notes or
4  discussions pertaining to the labels,
5  drafting of labels?
6        MR. TORREGROSSA:  Objection
7    to form, compound.
8        THE WITNESS:  What's
9    submitted and approved is in GEL.
10   So GEL, I would go to GEL to seek
11   labeling information.
12 BY MR. SMITH:
13   Q.   Would working drafts of
14 labeling be outside of GEL and then the
15 finished document would be imported into
16 GEL?
17   A.   Now, the business -- it's my
18 understanding the business are trained to
19 create and author those documents in GEL.
20 And once they are approved, that is, the
21 approved version is the -- that's the
22 information that's submitted and --
23   Q.   Does GEL have the capability
24 of importing a labeling document from

Page 378

1  another source or system and then
2  submitting that as opposed to creating it
3  within GEL?
4    A.   Yes.  You can scan a
5  document.  You can scan a physical
6  document and put that into GEL, so that's
7  a way of importing.
8    Q.   Sure.  What type of process
9  is involved in creating a document within
10 GEL?  I mean, I assume it's not a Word
11 document.
12       What type of document is it
13 within GEL?  Let's say a labeling
14 document, what do you use to create that
15 document?
16   A.   If you were creating that in
17 GEL, you would use the typical Microsoft
18 Office products, Word being one of those.
19 And then that document is then rendered
20 to a .pdf.  .pdf is the submitted
21 version --
22   Q.   That's how you submit it,
23 electronically?
24   A.   Electronically.

Page 379

1    Q.   You don't submit a Word
2  document.  You submit a .pdf form of that
3  document.  Right?
4    A.   The final approved document
5  in its native form, Word, is rendered to
6  .pdf.
7    Q.   Does -- I'm sorry?
8    A.   And that's what is submitted
9  to the authority.
10   Q.   Does GEL actually use Adobe
11 Acrobat to do that or some proprietary
12 means of converting it to a .pdf?
13   A.   I believe with documenting
14 there's a rendition component.  You know,
15 there are technical products on the
16 market such as kPublisher.  It's a way to
17 convert documents.  I mean, Adobe
18 Professional, you know, is another tool.
19       MR. SMITH:  Would you mark
20   this as Exhibit 7, please.
21            - - -
22       (Deposition Exhibit No.
23   Draper-7, IND Annual Report Call
24   for Information Contributors List

Page 380

1    for Seroquel (quetiapine fumarate)
2    IND Number 32,132, Bates stamped
3    AZ/SER 0535899, was marked for
4    identification.)
5            - - -
6        MR. SMITH:  Please show that
7    to Mr. Draper or his counsel
8    first.
9  BY MR. SMITH:
10   Q.   Would you look at that,
11 Exhibit 7, Mr. Draper, and let me know
12 when you've finished reviewing it.
13   A.   Okay.
14       I'm finished.
15   Q.   Are each of the persons and
16 departments on this list in Exhibit 7
17 supported by systems that GDDIS manages?
18       MR. TORREGROSSA:  Take your
19   time.
20       THE WITNESS:  Can I just
21   have the question read one more
22   time by the court reporter.
23       MR. SMITH:  Sure.
24            - - -

30 (Pages 377 to 380)

Page 381

```
 1        (The court reporter read the
 2   pertinent part of the record.)
 3              - - -
 4        THE WITNESS: You have to do
 5   it again, please.
 6              - - -
 7        (The court reporter read the
 8   pertinent part of the record.)
 9              - - -
10        THE WITNESS: I'm going to
11   ask again, please, for you to read
12   it.
13              - - -
14        (The court reporter read the
15   pertinent part of the record.)
16              - - -
17        THE WITNESS: I'm going to
18   answer this, and I believe I'm
19   going to also ask for some
20   clarification in that you're
21   asking me to make assumptions that
22   these individuals work for a
23   particular department, because
24   there are no departments
```

Page 382

```
 1   necessarily listed on this list.
 2        There are what I see as job
 3   titles, affairs representative,
 4   team leader, scientist,
 5   biostatistician, programmer,
 6   manager, director.
 7        While I do recognize some
 8   names on here as being users --
 9   BY MR. SMITH:
10     Q.   Why don't we start with
11   that.
12        Why don't you identify the
13   users, please.
14     A.   Ronald Leong, Mark Blake,
15   Jack Schwartz. Those are it.
16     Q.   Okay. Are there any titles
17   listed there that you believe you
18   probably support but you don't
19   necessarily recognize the name?
20     A.   Yes.
21     Q.   Could you identify those,
22   please.
23     A.   The names?
24     Q.   Yes. If you want to -- why
```

Page 383

```
 1   don't you identify the title or position.
 2   Why don't you do it that way.
 3     A.   US project physician. I'm
 4   sorry, you want the name as well?
 5     Q.   You can just give me the
 6   position because we can look at the list
 7   later and match it up.
 8     A.   US project physician,
 9   clinical trial management, technical
10   regulatory affairs, drug safety
11   operations -- I'm sorry, right, drug
12   safety operations, global RAD and RAM,
13   experimental medicine, US project
14   statistical. That's not necessarily a
15   department there, just a statistical
16   program.
17     Q.   Does your department support
18   statistical programming?
19     A.   We support software, SAS,
20   used by statistical programmers.
21     Q.   Okay.
22     A.   Clinical data management,
23   clinical development, information
24   sciences, regulatory affairs, clinical
```

Page 384

```
 1   development, reg ops, QAAS, and that's
 2   it.
 3     Q.   Can you think of any systems
 4   or applications that you provide support
 5   for that would be used by these persons
 6   or these positions that we haven't
 7   already discussed in this deposition?
 8        MR. TORREGROSSA: Objection
 9   to form.
10        THE WITNESS: I'm sorry,
11   that was a very complex question.
12        Could I --
13   BY MR. SMITH:
14     Q.   Are there any other systems
15   or applications that your department
16   supports, GDDIS, that we have not
17   discussed that would be used by these
18   people or positions?
19     A.   Right.
20        MR. TORREGROSSA: Objection
21   to form.
22        THE WITNESS: No. The
23   individuals I identified, no.
24   BY MR. SMITH:
```

Page 385

1  Q. Great. Thank you.
2  Does GDDIS support external
3  scientific affairs?
4  A. The title suggests that it's
5  an external -- would be an external
6  organization, so that's a difficult --
7  you're asking me, you know, based on that
8  title, I think you're asking me something
9  that really probably best be asked of the
10 business.
11 Q. Does GDDIS support the
12 Wilmington clinical information science
13 leadership team?
14 A. No. We -- I mean, the team
15 directly, I would have to say no.
16 However, if they use systems that we
17 provide, then the answer would be yes.
18 Q. You don't know which systems
19 they use?
20 A. I don't know who's on the
21 leadership team.
22 Q. I'll show you an
23 organizational chart. You can take a
24 look at that and see if that helps you.

Page 386

1  MR. TORREGROSSA: Mark that.
2  MR. SMITH: We might want to
3  mark that as Exhibit 8.
4  - - -
5  (Deposition Exhibit No.
6  Draper-8, US Clinical Information
7  Science Organizational Chart,
8  Wilmington Clinical Information
9  Science Leadership Team, was
10 marked for identification.)
11 - - -
12 MR. TORREGROSSA: Have you
13 reviewed it?
14 THE WITNESS: Yes, I have.
15 BY MR. SMITH:
16 Q. Does that help?
17 A. Can I have the question
18 again.
19 - - -
20 (The court reporter read the
21 pertinent part of the record.)
22 - - -
23 THE WITNESS: I recognize
24 names on this organizational

Page 387

1  chart, and based on that, there
2  are probably systems used by
3  personnel or persons reporting to
4  those individuals that we support,
5  we provide systems to.
6  BY MR. SMITH:
7  Q. Do you know what systems
8  they would use?
9  MR. TORREGROSSA: Objection
10 to form and scope.
11 THE WITNESS: Data
12 management. We're talking about
13 Wilmington clinical, so I'd have
14 to say the data management
15 systems, the clinical data
16 management systems.
17 BY MR. SMITH:
18 Q. All right. Does GDDIS have
19 any connection with CIS programming?
20 MR. TORREGROSSA: Objection
21 to form.
22 THE WITNESS: If the
23 question was, do we have any --
24 BY MR. SMITH:

Page 388

1  Q. Relationship. Do you have
2  any relationship with CIS programming?
3  MR. TORREGROSSA: Same
4  objection.
5  THE WITNESS: Yes.
6  BY MR. SMITH:
7  Q. What is that?
8  A. I believe we provide systems
9  that support their business functions.
10 Q. Do you know what CIS stands
11 for?
12 A. Clinical information
13 systems.
14 Q. And how do you support their
15 business systems?
16 A. We develop, we deliver and
17 we support IT technologies and systems.
18 Q. Can you tell me what
19 business systems they use?
20 A. Business systems would be
21 things like Microsoft Office, Excel,
22 PowerPoint.
23 Q. You would do that for
24 clinical development as well, right,

Confidential - Darryl Draper

Page 389

```
 1  GDDIS?
 2      A.  I'm not sure I understand
 3  the question.
 4      Q.  Would you support business
 5  services for clinical development?
 6      A.  No.
 7      Q.  Who would do that?
 8      A.  I believe that's IT
 9  services.
10      Q.  How about drug safety, do
11  you provide any business services to drug
12  safety?
13      A.  I'm not sure I understand
14  your use of the word "business services."
15      Q.  As you defined them as
16  servicing products like Microsoft Office.
17      A.  No.  Again, that's provided
18  by IT services.
19      Q.  Does GDDIS provide any
20  services to medical communications and
21  document management?
22      A.  Yes.
23      Q.  What type of services?
24      A.  Document management
```

Page 390

```
 1  services.
 2      Q.  Would PIRs come within that?
 3          MR. TORREGROSSA:  Objection,
 4  scope.
 5          THE WITNESS:  I'd have to
 6  look at what document you're
 7  looking at to help answer that
 8  question.
 9          MR. SMITH:  Can you mark
10  that as Exhibit 9, please.
11          THE WITNESS:  To know what
12  individuals you're referring to,
13  what functions.
14              - - -
15          (Deposition Exhibit No.
16  Draper-9, Medical Communications &
17  Document Management, was marked
18  for identification.)
19              - - -
20          THE WITNESS:  Can I have the
21  court reporter read that question
22  back to me, please.
23              - - -
24          (The court reporter read the
```

Page 391

```
 1  pertinent part of the record.)
 2              - - -
 3          THE WITNESS:  Let me go back
 4  and correct a statement that I
 5  said that GDDIS support these
 6  applications used by medical
 7  communication and document
 8  management.  The answer is no.
 9  BY MR. SMITH:
10      Q.  Do you know who would
11  provide IS services to medical
12  communications and document management?
13      A.  That is the commercial IS or
14  BIS, medical affairs IS.  They're
15  referred to a number of different ways,
16  but the way I understand and know them,
17  it's called business IS.
18          MR. SMITH:  Mark this as
19  number 10, please.
20          MR. TORREGROSSA:  Is it fair
21  to say these are organization
22  charts that are coming from
23  productions provided by us, sir?
24          MR. SMITH:  No.
```

Page 392

```
 1              - - -
 2          (Deposition Exhibit No.
 3  Draper-10, Data Management
 4  Technology, was marked for
 5  identification.)
 6              - - -
 7          THE WITNESS:  Can I have the
 8  question.
 9          MR. TORREGROSSA:  I don't
10  think there was one.
11          MR. SMITH:  No.
12  BY MR. SMITH:
13      Q.  For Exhibit Number 10, is
14  data management technology a group or
15  team within AstraZeneca that you are
16  familiar with?
17      A.  Yes.
18      Q.  What is it?  What do they
19  do?
20      A.  Well, I'm familiar with
21  certain names on here, knowing that we
22  provide systems that they and/or their
23  personnel may use.
24      Q.  What systems do you provide?
```

33 (Pages 389 to 392)