# EXHIBIT 50

**From:** Dupre, Andrew [mailto:ADupre@McCarter.com]
**Sent:** Monday, July 02, 2007 7:50 PM
**To:** Pederson, Mike; Jaffe, Jonathan; Rhonda Radliff
**Cc:** Torregrossa, Brennan; McConnell, Stephen; Tony Winchester; Jim Freebery; Windfelder, Makenzie
**Subject:** Database Survey

Michael:

Attached please find a copy of the survey sheet regarding databases. This sheet has been the subject of a letter exchange between Paul Pennock and Steve McConnell. Some caveats are important here:

1. This represents AZ's effort to compile information in an informal way, from the notes of depositions and by asking general questions. This sheet is not intended to be a verified response to which AZ could swear, i.e. like a response to an RFP. Instead, this sheet represents AZ's effort to quickly collect general information to support a meet/confer process.

2. AZ's investigation is ongoing. Time would allow it to fill in more of the empty spaces.

3. As a general matter, many of these databases duplicate each other. AZ expects the meet/confer process to settle on the best way of getting the information for which you really are looking into Plaintiffs' hands.

4. Provision of this list is not a promise to produce any database. AZ reserves the right to object to production of any database.

5. This list is subject to the confidentiality provisions of the relevant court orders.

6. The time estimates are really estimates, not promises or deadlines.

(D) indicates information taken from a deposition.

Please call Brennan Terragrossa if you would like to discuss database discovery. I am happy to be on the call if it would be helpful. Have a nice holiday-

<<AZ Seroquel 7-2-07 Database Chart to Plaintiffs.XLS>>

Andrew S. Dupre, Esq.
McCarter & English, LLP
405 North King Street 8th Floor

7/20/2007

Wilmington, Delaware 19801
Phone: 302-984-6328
Fax: 302-984-0311

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

7/20/2007

| # | System | Date Range of Data | Size of data (Megabytes) | Data Map or ERD columns or systems diagram | User Type & # (PSRs, Med Affairs, Clinical... generally who/depts) | Training materials | System documentation (eg., verified system data, disaster recovery docs, DBA docs) | Data Dictionary | AZ or Vendor Maintained? | Documentation Readily available in less than 1 week? | Documentation Readily available in less than 2 weeks? | Documentation Possibly available in more than 2 weeks? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | EXAMPLE answers... | 1996 - Present | 1,000 MB | ERD (Date) doc name.pdf | 1000 users; Sales teams | most recent and /or original (dates) doc name.pdf | Verified system doc (date) doc name.pdf | Yes (as of date) doc name.pdf | AZ | | Y | |
| | AMOS | (D) 2000 - 2006 | 20 GB | Maybe International | (D) clinical data management organization | AZ Sweden | | None | AZ | | | Y |
| | AZ Impact | 2000 -Present | 256 GB | None | Marketing companies | None | Back-up discussed - reference to docs not yet found | None | Vendor | | | Y |
| | AZ Academy | (D) 2001-Present | Possibly (D) | | | Possibly (D) | Possibly (D) | Possibly (D) | | | | |
| | AZER | 2002 - Present | Very Large Creates 150,000 expense reports annually | (D) Yes | AZ employees | (D) Yes, AZ | Produced to Plaintiffs on June 8, 2007 | | | | | |
| | CANDA | | | | | | | | | | | |
| | CLINTRACE | 1998 - Present | 133 GB | Yes | Drug Safety | Yes, AZ | Yes | Yes | Vendor | | | Y |
| | COMPASS | 1994 - 2006 | 1.89 TB | Yes | Sales | Yes | | Yes | | | | |
| | COOL | (D) 2001 - Present | 3 GB | Yes | Clinical management | | | None | AZ | | | Y |
| | Corporate Intranet & Public Internet Websites | | | | | | Request too broad - requires clarification of what Plaintiffs actually want. | | | | | |
| | CRF/DEN | 1995 - Present | 8 GB | Yes | Clinical management | Yes | Yes | Yes | AZ | | Y | |
| | CSTP | 2003 - Present (D) | | Yes | Sales (D) | Yes | Yes | Yes | | | | Y |
| | CT Reports | | | | Not clear what Plaintiffs want here - seems to be info housed in another named database. | | | | | | | |
| | CTM | 1998-2000 replaced by AZ Impact | | Most likely not available but if it were it would be archived (D) | Same people who use AZ Impact (D) | Y/Archives | Oracle | Most likely not available but if it were it would be archived (D) | | | | |
| | DASHBOARD | 2001 - 2006 replaced by Touchstone (D) | | | Sales (D) | | | | | | | Y |
| | Data Warehouse - Cornerstone | | 14tb | | Most people use it is a exactly that a data warehouse (D) | | System Back Up (D) | | | | Y | |
| | DIPLOMAT | 1992 - 2004 | | | Clinical Trial Mangement (D) | Archived | | No | AZ | | | Y |

| | | | | Clinical Trial Mangement (D) | | | | AZ | | Y | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DIRM | 1997 - Present | | Yes (D) | Regulatory Affairs (D) | | | | | | |
| | ECTD | 2000 - Present (D) it replaced CANDA | | | | System is Commercial (D) backed up (D) | | | | | | Y |
| | EROOM | This is similar to a virtual bulletin board (D) | | | | | | | | | | |
| | ESTAR (Electronic Submission Tracking & Review) | 2000 | 5 GB | ERD | Brand Team, PRA Team (medical/legal/P RA) | | eSTaR 2.3 SDS.doc User Requirements Specification for eSTaR 2.3.doc | | | | Y |
| | FIELD COACHING FORM | 2005 - Present | | | | Training documentation on DSM (D) | | | | | | |
| | GDMRS | 2000 - (D) | | | | | | | AZ | | Y | |
| | GEL | Some scanned documents from 1996.  DB migrated in 2000 | | No ERD. ERD exists for SLIM, which tracks how docs are used | Global Regulatory; 10,000 world wide | Generic, on-line and comp. based training at major sites | | Yes- for underlying oracle, but not for GEL specifically | AZ | | | Y |
| | GESISS | July 2005 - Present | | No | Drug safety | Drug Safety does the training | | No | AZ | | Y | |
| | ICON | 1997-2005 | 30 tables | | | | | Yes | | | | Y |
| | IIRIS | 2001 - Present | 5 gigs- 1/5 is seroquel | yes, current to v3.1, db at v3.3 | Clinical: 270 users- filed scientists and some drug safety | Process manuals with instructions | IIRIS v3.0 - System Design Specification.doc IIRIS v3.0 User Requirements Specification - Update 3.doc | Yes | | Y | | |
| | IMS Data | | | | Provides weekly/monthly prescription reports | | | | | | | |
| | INSITE | | | | | | Sales Insite is the correct name - see below. | | | | | |
| | KNOWBOL | 2000 - Present | | | IC dept. enters docs (D) | | | | | | | Y |
| | LECTURE BUREAU EXPRESS (LBX) | 2005 - Present (D) | | | | | | | Vendor | | | |
| | LIMS | 1991 - Present | | Data Map | | Samples | | | AZ | | | Y |
| | LOTUS (ASTRA) | | | | | Needs Clarification - has not been used for many years | | | | | | |
| | MACS | April 2004 - Present (D) | | Perhaps (D) | Sales, Medical Affairs | | | | | | | Y |
| | MARKET PRO | | | | Promotions and Marketing | | | Yes | | | | |
| | NICE | Jan 2005 - Present (D) | | | Call Center | | | | | | | |
| | NORTHSTAR | 2000 - 2006 | Local database - 350 doctors at one time | | | | | | | | | |

| System | Date | Size | | Users/Description | | | | Location | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OUTLOOK and EXCHANGE (ZENECA) | Calendars: 6/02 to Present (N & D) E-mail: 6/02 to Present for Astra; Zeneca had it pre-merger, but only information post 2002 is available (D) | | | 15,000 US personnel 6,800 - everyone internal at AZ and everyone going through the AZ firewall | Not believed to exist | User guidelines and product lit specialist team | | | | | |
| PLANET | 1978 - Present | 500,000 articles | Y | | Y | | | AZ | | Y | |
| PREP (Compass DB) | 1999 (D) - 2005 | 1.89TB | | | | PREP ERD.pdf | Yes | | Y | | Y |
| PRICING | | 1.47 GB | | | | Yes | | | | | |
| RADAR | pre-1991 - 1998 | | | Regulatory Affairs | | | | AZ | | | Y |
| RAVE | 2006 - Present | | | Same as COOL Sales | | | | Vendor | | | Y |
| Sales Insite | 2000 - Present (D) | | | 300 - 400 users, only 130 users prior to 2007, Drug Safety | Yes (D) | | | | | | |
| SAM | 12/2001 - Present | | System map available (D) | (N.D) | Y | | Yes, some indexing | AZ | | Y | |
| Sample Accountability system' Phoenix Marketing Group | | | | | | | Unclear what Plaintiffs want here. This is a vendor database. | | | | |
| SAMPLING | | | | | | | Unclear what Plaintiffs want here. | | | | |
| SAMSON | 2000-2001 | SAM has this information | Yes | Clinical data management; 250 (some Canadian) | Y | | Yes, but not its own; comes from IMPACT | AZ | | Y | |
| SAP | 12-1994 (R2 version) Fall 02 (R3 version) | | | Manufacturing inventory and accounting tool | | | | | | | |
| | | | | A global system for the management of AE reporting to regulatory bodies in UK & USA. Secure was the U.K. database. | | | | | | | |
| SECURE | 1998 | | | | | | | AZ | | Y | |
| SEROQUEL Lifecycle Scientific Database | | | | | | | | | | | |
| SNAPHARMA | 1996 - 9/1/1999 (D) decommissioned in 2000 (D) 1997 - 2000 Data Gap: April 1, 1998 to August 31, 1999 Decommissioned June 2000 | | | A Zeneca sales automation tool used until merger of 1999. (D) | | | | | | | |
| SPKS | | | | | | | | | | | |

| | | | | Clinical study teams (D) | | | AZ | | Y | |
|---|---|---|---|---|---|---|---|---|---|---|
| SPOLA | | | | | | | | | | |
| STEP 2000 | A predecessor of ESTAR - pre 2000 | | | | | | Vendor | | Y | |
| TIME TRAX | 2000 - Present (D) | 14GB | Y | Sales Reps (PSSes and ESMs) to record time on the territory (D) | Y (D) | Y | | | | |
| TOUCHSTONE (including Interactive/Reporting versions) | June 2006 - Present (D) | Smaller than Compass (D) | ERD (D) | Sales Reps (D) | | Parts of it are validated (D) | Y (D) | | | |
| VIEWPOINT | 2002 - Present (D) | 15 gigabytes | Y | Sales and Promotions (D) (D) | Yes available | Is not validated | Y | | | |
| Voicemail Database | | | | Not clear what Plaintiffs want here | | | Vendor | | | |
| | | | | | | User Requirements Specification WEBSTIR 1.6 doc v11.0.doc | | | | |
| WebSTIR | 2000 - Present | | Yes | Medical Affairs and Sales (D) | Yes | WEBSTIR 1.6 - System Design Specification.doc | Yes | Y | | |
| | | | | | | | | | | |