# EXHIBIT 56

```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                         ORLANDO DIVISION

                Docket No.6:06-MD-1769-Orl-22DAB

. . . . . . . . . . . . . . .
IN RE:                            :
SEROQUEL PRODUCTS LIABILITY       :
LITIGATION                        :         Orlando, Florida
MDL DOCKET No. 1769               :         April 12, 2007
                                  :         2:00 p.m.
ALL CASES                         :
                                  :
. . . . . . . . . . . . . . . :


              TRANSCRIPT OF PRETRIAL CONFERENCE
            BEFORE THE HONORABLE DAVID A. BAKER
                UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For the Plaintiffs:          Paul Pennock

                             Larry M. Roth

                             Fletch Trammell

                             Michael E. Pederson

                             Scott Allen

                             E. Ashley Cranford

                             Lezzlie Hornsby

                             Jonathan Jaffe

                             Scott Armstrong

                             Dennis Canty

                             Richard Freese


Court Reporter:       Sandra K. Tremel, RMR/CRR
```

1  something of a document dump.  That's not helpful.  That's
2  not efficient.  And it does not allow us to effectively go
3  about meeting all the burdens that we need to meet in all
4  of the discovery that has to take place in this case, in
5  all of the motion practice that has to take place in this
6  case.
7       I'll skip through this, but essentially, Judge, I
8  just laid out here a definition of what's customarily
9  viewed as a custodial file in other litigations we have
10 been involved in, and it's a very broad production that
11 should be taking place, and we're simply not getting it.
12      Most -- not most importantly, but of extreme
13 importance is the lack of e-mails.  As the Court might
14 imagine, for 10 years now e-mail communication within any
15 entity is one of the primary means of communication and
16 also one of the most fertile areas of evidence.  For
17 everything we have to do that I outlined at the beginning,
18 Vikram Dev is one of the key witnesses in this case.  This
19 is one guy we know we will be deposing out of the 80 names
20 they have given us.  He's absolutely key.  He's one of the
21 chief guys with respect to this whole, all of these
22 issues.  No e-mails.  We believe he was there at least as
23 of 1998.  But we're still not even certain of that because
24 we haven't gotten discovery 30(b)(6)wise to determine
25 that.

```
 1         And here are some other examples.  I'm going show the
 2    Court each of the eight witnesses for whom there has been
 3    some substantial production of documents.  Eighty-eight
 4    e-mails for Mueller, 904 he mails for Boornazian in over
 5    five years.  That's a rate of about one every two or three
 6    days.  Again, if you look at Bush, Okay?  Bush had 275
 7    e-mails.  We know that there were e-mails being used as
 8    far back as 1977 because in Bush's case there were about
 9    seven e-mails from 1997.  And yet we don't have any for
10    any of these other witnesses going back that far or even
11    close to it.  They all only go back to about 2002.  And
12    furthermore, with Bush there's three years in the middle
13    that we're missing -- there are no e-mails.  So we have a
14    few e-mails in '97, '98, '99, thereabouts, then we go
15    three years without any e-mail.  And, you know, the same
16    is very similar, I mean, even in a production such as
17    Boorstein with 1600 e-mails, that's only at the rate of
18    one per day, 1 e-mail per day over the years that we know
19    that witness was with AstraZeneca and he -- Boorstein may
20    have been with AstraZeneca before 2002.  We just don't
21    know yet.
22         The next issue with respect to the entire production
23    is we really have yet -- we cannot possibly understand yet
24    who these 80 people are and whether they are indeed the
25    key people.  And if AstraZeneca, the client, not the
```

1  we can get up on their system so they can use it and have
2  it in a form where it's easily searchable for them, and
3  where, you know, it's usable for trial and all these
4  different jurisdictions.
5      Now, just to move forward. What we expect to have
6  within the next week all -- the complete productions for
7  their first eight. Because we have the system, we have
8  everything moved through the system to the final vendor.
9  We think that we're going to be able to follow-up in very
10 short order with complete productions for their next 10,
11 the ones they have identified as deponents. We're hoping
12 within two weeks to have those in complete productions in
13 their hand. So at that point they'll have 18 or -- excuse
14 me -- 17, because there's an overlap, 17 full productions
15 in their hand by that point. And we're going to continue
16 on a rolling basis and we're on a timeline. We have the
17 schedule in place to make the Court's imposed deadline of
18 June 30th.
19     Again, we haven't filled out a certificate of
20 completeness they complained of, because, number one, he's
21 correct that none of the productions are complete. Within
22 a week or so hopefully that won't be an issue and they'll
23 have eight certificates of completion in their hand.
24     On the e-mail issue, Your Honor, there's absolutely
25 no systematic restrictions on e-mail. There is no initial

date restriction on e-mail. In fact, 80 percent of the documents that we're producing, Your Honor, are electronic documents. Only 20 percent are actually in some type of paper form. But I think that's part of the reason. I think what they're going to find is when we do get the complete productions run through and in their hands, there's going to be a representative number of e-mails.

Again, to get them documents, to get them started to produce on a steady rate, we gave them the easiest documents that we could get out the door first which were the paper documents normally not found in the e-mail form.

So I think once they have these productions in their complete form, it's going to be a representative number. If it's not, I mean, again, pick up the phone, call me, we will find out if there's a reason, then we will get them to them.

The identification of the 80 custodians was another issue the plaintiffs brought up, and really we're hearing the complaints of this for the first time in the papers they filed this week. And then here -- but they have assurances, Your Honor, in the case management order that if they want additional -- if they meet some of their responsibilities and they want additional custodians, they can come to us and talk to us and if Court says, yeah, go get those people too, we will do that. We will follow-up.