# EXHIBIT ONE

# EXHIBIT 1

## Bailey Perrin Bailey LLP

## List of Overdue Discovery

|     | Last Name | First Name | Case Number |
| --- | --- | --- | --- |
| 1.  | Broadnax | Jennie | 6:2007cv14672 |
| 2.  | Brown | Virginia | 6:2007cv14686 |
| 3.  | Bunch | David | 6:2007cv10221 |
| 4.  | Dutton | Richard | 6:2007cv16075 |
| 5.  | Guillory | Florina | 6:2007cv14928 |
| 6.  | Jackson | Ronald | 6:2007cv15596 |
| 7.  | Mongar | Douglas | 6:2007cv11800 |
| 8.  | Pace | Minnie | 6:2007cv16424 |
| 9.  | Potter | Charles W. | 6:2007cv11878 |
| 10. | Smith | David | 6:2007cv14284 |
| 11. | Taylor | Joann | 6:2007cv14361 |
| 12. | Wilson | Larry I. | 6:2007cv16699 |
| 13. | Yanes | Allison B. | 6:2007cv14541 |