**EXHIBIT THREE**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

ALL CASES IN EXHIBIT 1

---

    IT IS ON THIS _____ day of _____, 2007 **ORDERED** as follows:

All of the claims of Plaintiffs listed in Exhibit 1 to this Order only are **DISMISSED WITH PREJUDICE** from the above-captioned cases for failure to timely serve upon Defendants a completed PFS with all requested information, documents, and authorizations.

DATED: _____

                     **ORDERED BY THE COURT**

# EXHIBIT 1

## Bailey Perrin Bailey LLP

## List of Overdue Discovery

|  | Last Name | First Name | Case Number |
|---|---|---|---|
| 1. | Broadnax | Jennie | 6:2007cv14672 |
| 2. | Brown | Virginia | 6:2007cv14686 |
| 3. | Bunch | David | 6:2007cv10221 |
| 4. | Dutton | Richard | 6:2007cv16075 |
| 5. | Guillory | Florina | 6:2007cv14928 |
| 6. | Jackson | Ronald | 6:2007cv15596 |
| 7. | Mongar | Douglas | 6:2007cv11800 |
| 8. | Pace | Minnie | 6:2007cv16424 |
| 9. | Potter | Charles W. | 6:2007cv11878 |
| 10. | Smith | David | 6:2007cv14284 |
| 11. | Taylor | Joann | 6:2007cv14361 |
| 12. | Wilson | Larry I. | 6:2007cv16699 |
| 13. | Yanes | Allison B. | 6:2007cv14541 |