UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

_____

**This Document Relates to ALL CASES**

### ASTRAZENECA'S OBJECTIONS TO PLAINTIFFS' LIST OF SPECIFIC MATTERS AND EXPERT DESIGNATION FOR EVIDENTIARY HEARING

#### INTRODUCTION

Plaintiffs' List of Specific Matters ("List") does not conform to this Court's Order or the Local Rules. It impermissibly raises new issues not addressed in the sanctions motion, smuggles in an improper reply brief, and gives AstraZeneca insufficient notice of plaintiffs' use of expert testimony.

Plaintiffs' "List" sets forth items – voicemails, fax attachments, video attachments, emails sent by proxies, and AstraZeneca's de-duplication method – that were not raised in plaintiffs' motion for sanctions. Instead, plaintiffs interposed these new items to create, not resolve, discovery issues. This abuse of the "meet-and-confer" process prejudices AstraZeneca and wastes the Court's time.

#### ARGUMENT

**A.   New Allegations Of Discovery Failures Raised In Plaintiffs' List Violate This Court's Order And L.R. 3.01(g), And Should Be Excluded At The Evidentiary Hearing.**

The Court ordered plaintiffs to file a "notice listing specific matters on which they intend to rely at the [July 26 evidentiary] hearing with a new Local Rule 3.01(g) certification

as to *each* item." July 6, 2007 Notice of Two Hearings (emphasis added).  Plaintiffs instead filed their List, which is a combination of an improperly-filed reply brief in violation of Rule 3.01(c), and a new motion for sanctions, alleging new failures and seeking entirely different relief than sought by their motion.  Plaintiffs' List violates this Court's Order and Rule 3.01(g).

<u>First</u>, plaintiffs have violated this Court's Order by raising new issues that were not a part of their sanctions motion.  Plaintiffs' List claims that AstraZeneca's production is "missing important data, such as voicemail, fax attachments, MS Word documents utilizing 'track changes,' video attachments, and emails sent or received by proxies of custodians."  Pl. List, at 1.  Plaintiffs' List also complains that "AstraZeneca employed a flawed de-duplication method."  Pl. List, at 2.  Not one of these issues appears in plaintiffs' motion for sanctions.  This approach is typical of plaintiffs' bait-and-switch technique in addressing discovery issues.  Plaintiffs should not be allowed to raise these new alleged failures at the evidentiary hearing.

<u>Second</u>, plaintiffs' 3.01(g) certification once again misleads the Court.  Although plaintiffs' certification states that AstraZeneca "rebuffed plaintiffs' latest request for a further telephonic meet and confer," this description of events distorts the truth.  Consistent with what has now become plaintiffs' "meet-and-confer" *modus operandi*, plaintiffs first contacted AstraZeneca at 6:30 pm the night before they filed their List and demanded a 12:30 "meet-and-confer" the next day.  (*See* Ex. A, Email From M. Pederson to S. McConnell, 7/19/07).  AstraZeneca's attorney was unavailable at the proposed meeting time but inquired as to the nature of the "meet-and-confer" given that there had been a "meet-and-confer" on

the sanctions motion just the week before.  (*See* Ex. B, Email Exchange Between S. McConnell and L. Gornick, 7/19/07 to 7/20/07).  Plaintiffs' response shows that they were *not* seeking to "meet-and-confer" regarding the issues raised in the sanctions motion.  Rather, plaintiffs were simply creating new issues and making new demands about items such as fax attachments, documents utilizing "track changes," video attachments, e-mails involving proxies, and AstraZeneca's de-duplication process.  (*See* Ex. B, *supra*).

As plaintiffs' counsel knew full well, it was impossible to address these new issues in the 3.5 hours between the proposed meeting time and plaintiffs' deadline for filing their List.  Based on the parties' past discussions and negotiations, plaintiffs knew that addressing production-related issues takes significant time because AstraZeneca must work with its production vendors to assess the issues raised.  Plaintiffs were clearly not interested in a meaningful meet-and-confer.  They emailed AstraZeneca with their newest demands so that they could attach a 3.01(g) certification to their filing.

Plaintiffs' email raising a host of alleged discovery failures for the first time on the eve of their filing is not the good faith meet-and-confer that Rule 3.01(g) intended.  *See Pickett v. Executive Preference Corp.*, No. 05-CV-1128, 2006 WL 2045938 at *1 (M.D. Fla. July 20, 2006) ("Local Rule 3.01(g) requires that the parties 'confer,' not send demands…").  Nor is it what the Court envisioned when it ordered plaintiffs to file a new 3.01(g) certification as to *each* item on their List.  Plaintiffs have once again failed to satisfy Local Rule 3.01(g)'s good faith "meet-and-confer" requirement.

Third, to the extent plaintiffs' List includes arguments replying to AstraZeneca's opposition brief to plaintiffs' sanction motion (Pls. List, at 1-8) it is an improper reply brief

and should be stricken. *See Schaff v. Smithkline Beecham Corp.*, No. 06-CV-120, 2006 WL 2246146, at *1 (M.D. Fla. Aug. 4, 2006) (granting motion to strike unauthorized reply brief). If plaintiffs wished to reply to AstraZeneca's opposition brief, they should have sought leave of Court as required by L.R. 3.01(c). Instead, in addition to listing specific items on pages 9-10, plaintiffs rehash arguments (Pl. List, at 1-5), add new items (*id.*, at 1-3), request new, outlandish forms of relief (*id.*, at 6), and summarize case law (*id.*, at 7-8). Plaintiffs should not be permitted to play fast and loose with the Court's Rules.

> **B. Plaintiffs' Expert Should Not Be Allowed To Testify Because Plaintiffs Did Not Give AstraZeneca Adequate Notice As To What He Would Be Testifying About.**

Plaintiffs identify an expert, John Martin, in their List but provide no information other than his name. Almost immediately after plaintiffs filed their List, AstraZeneca requested information about plaintiffs' proposed expert. (*See* Ex. C, Email from S. McConnell to L. Gornick). Yet, plaintiffs did not provide such basic information as the subjects on which Mr. Martin will testify, or even his background, until the close of business Monday. The Court set the date for this evidentiary hearing on July, 6, over two weeks ago. Plaintiffs had ample opportunity to inform AstraZeneca they intended to call an expert and to identify the subject matter of his testimony. Plaintiffs' decision to wait until the eleventh hour to provide such information turns this hearing into an ambush, not a fair proceeding permitting this Court to assess the parties' conduct. AstraZeneca respectfully requests that Mr. Martin be stricken from plaintiffs' witness list or, in the alternative, that AstraZeneca be permitted to take Mr. Martin's deposition on an emergency basis. It is unfair for plaintiffs to

disclose an expert 3 days before an evidentiary hearing on a sanctions motion seeking relief as severe as the relief plaintiffs are seeking.

## CONCLUSION

Plaintiffs continue to ignore Local Rule 3.01(g)'s requirement of a *good faith* attempt to meet and confer. Instead, plaintiffs have submitted a "List" that improperly presents new issues and delivers an impermissible reply memorandum. Because plaintiffs' List fails to comply with Court-ordered requirements, AstraZeneca respectfully asks that the Court preclude plaintiffs from raising any alleged discovery failures not previously raised in their motion for sanctions at the evidentiary hearing. Additionally, because plaintiffs have failed to provide AstraZeneca with the most basic information about their proposed expert until three days before the hearing, the Court should preclude plaintiffs' expert from testifying or, in the alternative, permit AstraZeneca to take the expert's deposition on an emergency basis.

Respectfully submitted on this the 23rd day of July, 2007,

/s/ Stephen J. McConnell
Fred T. Magaziner
Stephen J. McConnell
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19103
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
fred.magaziner@dechert.com

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

5

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 23, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants listed on the attached Service List.

/s/ A. Elizabeth Balakhani

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br>E. Ashley Cranford, Esq.<br>Whatley Drake & Kallas, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ccf@whatleydrake.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Steven M. Selna, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>steven.selna@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>***Attorneys for Defendant AstraZeneca, PLC*** | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

10

| | |
|---|---|
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net |
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |