# EXHIBIT

# A

-----Original Message-----
From: McConnell, Stephen
Sent: Thursday, July 19, 2007 7:31 PM
To: 'MPederson@weitzlux.com'; Magaziner, Fred
Cc: 'cbailey@bpblaw.com'; 'lgornick@lskg-law.com'; 'dcanty@lskg-law.com';
'ftrammell@bpblaw.com'; 'PPennock@weitzlux.com'; 'LROTH@roth-law.com';
'sallen@crusescott.com'; 'IMCEAEX-_O=W+26L-ORG_OU=W+26L-
NY_CN=RECIPIENTS_CN=EdwardBlizzard@weitzlux.com'; 'kbailey@bpblaw.com'; Munno, Thomas;
Kerns, Kevin; Torregrossa, Brennan; Jim Freebery; Adupre@mccarter.com; Oswald, Alyson
Subject: Re: Meet and confer for July 26, 2007 hearing

Mike,

I am in an all-day meeting tomorrow.   We already had a meet-and-confer last week.   I am
not sure what is left to discuss.

Regards,

- Steve

----- Original Message -----
From: Pederson, Mike <MPederson@weitzlux.com>
To: McConnell, Stephen; Magaziner, Fred
Cc: cbailey@bpblaw.com <cbailey@bpblaw.com>; lgornick@lskg-law.com <lgornick@lskg-
law.com>; dcanty@lskg-law.com <dcanty@lskg-law.com>; ftrammell@bpblaw.com
<ftrammell@bpblaw.com>; Pennock, Paul <PPennock@weitzlux.com>; LROTH@roth-law.com
<LROTH@roth-law.com>; sallen@crusescott.com <sallen@crusescott.com>; Ed Blizzard
(eblizzard@blizzardlaw.com) <IMCEAEX-_O=W+26L-ORG_OU=W+26L-
NY_CN=RECIPIENTS_CN=EdwardBlizzard@weitzlux.com>; kbailey@bpblaw.com <kbailey@bpblaw.com>
Sent: Thu Jul 19 18:48:50 2007
Subject: Meet and confer for July 26, 2007 hearing

Steve,

    Would you be available tomorrow at 12:30 Eastern time to discuss the hearing set for
next Thursday? If yes, I will set up the call-in-number.