# EXHIBIT B

```
----- Original Message -----
From: McConnell, Stephen
To: 'lgornick@lskg-law.com' <lgornick@lskg-law.com>; Magaziner, Fred; Munno, Thomas;
Kerns, Kevin; Jim Freebery; Adupre@mccarter.com; Torregrossa, Brennan; Oswald, Alyson
Cc: 'PPennock@weitzlux.com' <PPennock@weitzlux.com>; 'CBailey@bpblaw.com'
<CBailey@bpblaw.com>; 'kbailey@bpblaw.com' <kbailey@bpblaw.com>; 'MPederson@weitzlux.com'
<MPederson@weitzlux.com>; 'sallen@crusescott.com' <sallen@crusescott.com>;
'Eblizzard@blizzardlaw.com' <Eblizzard@blizzardlaw.com>; 'dcanty@lskg-law.com'
<dcanty@lskg-law.com>
Sent: Fri Jul 20 14:43:35 2007
Subject: Re: Meet and confer for July 26, 2007 hearing
```

We are willing to discuss any sort of reasonable arrangements that work for everybody. But your requests are extreme (eg, produce all 59 databases, produce everything you want in 30 days, etc). Further, during the last conference call we had, you said that we were past the point where we could work things out.

You also are raising issues now that exist nowhere in your motion. For example, the last time I checked, July 11 (when you say you first mentioned voicemails) is after July 3 (when you filed your motion sans any meet and confer).

Let's be clear: this hearing is going forward because you never took the meet and confer process seriously.

```
----- Original Message -----
From: Larry J. Gornick <lgornick@lskg-law.com>
To: McConnell, Stephen; Magaziner, Fred; Munno, Thomas; Kerns, Kevin; Jim Freebery;
Adupre@mccarter.com; Torregrossa, Brennan; Oswald, Alyson
Cc: Pennock, Paul <PPennock@weitzlux.com>; Camp Bailey <CBailey@bpblaw.com>;
kbailey@bpblaw.com <kbailey@bpblaw.com>; Pederson, Mike <MPederson@weitzlux.com>; Scott
Allen <sallen@crusescott.com>; Edward Blizzard <Eblizzard@blizzardlaw.com>; Dennis Canty
<dcanty@lskg-law.com>
Sent: Fri Jul 20 13:59:04 2007
Subject: RE: Meet and confer for July 26, 2007 hearing
```

I am speaking for the plaintiff group. We are absolutely proceeding in good faith. The cumulative effect of all the problems that we have had with AZ discovery is months of lost time and a great deal of extra expense. Given court deadlines, and the upcoming depositions of our clients' doctors, the lost time has put us in an untenable situation, and therefore, we need remedies. We would be very happy if you could eliminate all or most of the outstanding discovery issues and agree to remedies that will alleviate the prejudice we have suffered due to the totality of discovery problems, past and current. We are more than willing to discuss all issues with you in good faith.

Point of clarification, I told you about the voice mail issue on July 11.

---

Lawrence J. Gornick
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, 36th Floor
San Francisco, CA 94104

1

Direct: (415) 646-7179
lgornick@lskg-law.com


-----Original Message-----
From: McConnell, Stephen [mailto:stephen.mcconnell@dechert.com]
Sent: Friday, July 20, 2007 9:15 AM
To: Larry J. Gornick; Magaziner, Fred; Munno, Thomas; Kerns, Kevin; Jim Freebery; Adupre@mccarter.com; Torregrossa, Brennan; Oswald, Alyson
Subject: Re: Meet and confer for July 26, 2007 hearing

Mr. Gornick,

I do not mean this personally, but you have not been one of the lead attorneys in this case, and I cannot tell if you are speaking for Paul and Camp or for yourself.

We believe that the motion violates Rule 11, and while we have discussed and remain prepared to discuss the issues, we need to have some sense that plaintiffs are willing to discuss the issues in good faith. We do not have that sense now.

With one exception, your email revisits issues that we have addressed ad nauseum or makes demands for the first time that are new and extraneous to the motion for sanctions. (We will look into some of the new issues you raise, such as faxes, tracked changes, and voice mails, but they were not included in your motion. We will also come up with time estimates for the newly-named custodians).

In summary, here is our position, which we have explained before.

Whenever plaintiffs have made a proper discovery request for information residing in databases, we have produced or have agreed to produce the information. Plaintiffs have never made such a request for production of the 59 databases themselves; we will respond appropriately once you do so. Your informal, post-hoc, wholesale request for 59 databases - which you know full well are not Seroquel specific - is plainly improper. It is as if you paid absolutely no attention to the interviews and depositions of the IT witnesses.

We view your list of additional search terms as the only potentially constructive part of your communication. Discussing and agreeing to additional terms is the only appropriate way to handle this issue. We will certainly consider your proposed search terms and determine how long it will take to run them. Why you waited so long to propose new search terms is mysterious and unfortunate. For you to say that you could not propose new searches because you lacked access to our people is disingenuous at best. Have you not read any of the many 30(b)(6) depositions?

There is no "dearth" of e-mails. Have you actually counted them?

As for witnesses, we will disclose ours after you disclose yours. By the way, there was no "architect" of the search-term process. The search decisions recently challenged by plaintiffs were made by lawyers, and those decisions are not a proper subject of your inquiry. In any event, the Judge will be able to assess the reasonableness of the search terms on their face.

As for the technical issues, I understand that virtually all of those discussed will be resolved today. The remaining consists of re-doing certain blank pages caused by PDS errors. These specific blanks are actually supposed to be blank - no information was deleted. Thus, the remaining changes are merely cosmetic. The substantive blanks have already been corrected and were redelivered yesterday.

Finally, I cannot comment on the celerity of our response regarding

2

confidentiality designations until we see your exhibit list.


----- Original Message -----
From: Larry J. Gornick <lgornick@lskg-law.com>
To: McConnell, Stephen; MPederson@weitzlux.com <MPederson@weitzlux.com>; Magaziner, Fred
Cc: cbailey@bpblaw.com <cbailey@bpblaw.com>; Dennis Canty <dcanty@lskg-law.com>; ftrammell@bpblaw.com <ftrammell@bpblaw.com>; PPennock@weitzlux.com <PPennock@weitzlux.com>; LROTH@roth-law.com <LROTH@roth-law.com>; sallen@crusescott.com <sallen@crusescott.com>; IMCEAEX-_O=W+26L-ORG_OU=W+26L-NY_CN=RECIPIENTS_CN=EdwardBlizzard@weitzlux.com <IMCEAEX-_O=W+26L-ORG_OU=W+26L-NY_CN=RECIPIENTS_CN=EdwardBlizzard@weitzlux.com>; kbailey@bpblaw.com <kbailey@bpblaw.com>; Munno, Thomas; Kerns, Kevin; Torregrossa, Brennan; Jim Freebery; Adupre@mccarter.com; Oswald, Alyson
Sent: Thu Jul 19 20:16:57 2007
Subject: RE: Meet and confer for July 26, 2007 hearing

You are correct that we have met and conferred extensively on the discovery issues that will be addressed at the hearing next week. However, we do not have answers to a number of questions.

1.     Databases: We don't know whether or when you will produce the 59 databases; We don't know whether or when you will produce the 17 databases that we identified as a priority last week.

2.     Keyword Search List: Attached please find a list of words which we believe should have been included in the search and suggested instructions. The list is not exhaustive due to the fact that we don't have access to your people. Why were these obvious terms left off your list? Will you run the list? How long will it take for you to produce documents that turn up as a result of the new search?

3.     Voicemail:  Where are they?

4.     Fax attachments: Where are they?

5.     Video attachments: Where are they?

6.     Word documents with track changes:  Where are they?

7.     Email: what is the explanation for the dearth of emails from some of the most important custodians (eg. Vikram Dev)? Did you search the files of custodians' delegates or proxies for emails?

8.     Technical issues:  When will you resolve the IT issues described in the Joint Statement of Resolved Issues filed with the court on June 7, 2007?

9.     Will you agree to any of the relief that we requested of you in our meet and confer phone conference on July 11?

10. Exhibits: We will be filing a list tomorrow. Some of them were marked "confidential" by AZ. Some of them clearly are not confidential (eg. AZSER 08028911). Will you tell us by Monday morning at 11:00 est as to which exhibits you will withdraw confidentiality designations?

11. Architect of AZ's key word search:  Will you produce this witness at the July 26 hearing?

12. When will you produce documents for the additional custodians we have identified?

3

We are happy to discuss these issues at your convenience.

---

Lawrence J. Gornick

Levin Simes Kaiser & Gornick LLP

44 Montgomery Street, 36th Floor

San Francisco, CA 94104

Direct: (415) 646-7179

lgornick@lskg-law.com


-----Original Message-----
From: McConnell, Stephen [mailto:stephen.mcconnell@dechert.com]
Sent: Thursday, July 19, 2007 4:31 PM
To: MPederson@weitzlux.com; Magaziner, Fred
Cc: cbailey@bpblaw.com; Larry J. Gornick; Dennis Canty;
ftrammell@bpblaw.com; PPennock@weitzlux.com; LROTH@roth-law.com;
sallen@crusescott.com;
IMCEAEX-_O=W+26L-ORG_OU=W+26L-NY_CN=RECIPIENTS_CN=EdwardBlizzard@weitzlu
x.com; kbailey@bpblaw.com; Munno, Thomas; Kerns, Kevin; Torregrossa,
Brennan; Jim Freebery; Adupre@mccarter.com; Oswald, Alyson
Subject: Re: Meet and confer for July 26, 2007 hearing


Mike,


I am in an all-day meeting tomorrow.   We already had a meet-and-confer
last week.   I am not sure what is left to discuss.


Regards,


- Steve


----- Original Message -----

From: Pederson, Mike <MPederson@weitzlux.com>

To: McConnell, Stephen; Magaziner, Fred

Cc: cbailey@bpblaw.com <cbailey@bpblaw.com>; lgornick@lskg-law.com
<lgornick@lskg-law.com>; dcanty@lskg-law.com <dcanty@lskg-law.com>;
ftrammell@bpblaw.com <ftrammell@bpblaw.com>; Pennock, Paul
<PPennock@weitzlux.com>; LROTH@roth-law.com <LROTH@roth-law.com>;
sallen@crusescott.com <sallen@crusescott.com>; Ed Blizzard
(eblizzard@blizzardlaw.com)
<IMCEAEX-_O=W+26L-ORG_OU=W+26L-NY_CN=RECIPIENTS_CN=EdwardBlizzard@weitzl
ux.com>; kbailey@bpblaw.com <kbailey@bpblaw.com>

4

Sent: Thu Jul 19 18:48:50 2007

Subject: Meet and confer for July 26, 2007 hearing

Steve,

    Would you be available tomorrow at 12:30 Eastern time to discuss the hearing set for next Thursday? If yes, I will set up the call-in-number.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.