# EXHIBIT
# C

----- Original Message -----
From: McConnell, Stephen
To: 'lgornick@lskg-law.com' <lgornick@lskg-law.com>; Magaziner, Fred; Munno, Thomas;
Kerns, Kevin; Jim Freebery; Adupre@mccarter.com; Torregrossa, Brennan; Oswald, Alyson
Cc: 'PPennock@weitzlux.com' <PPennock@weitzlux.com>; 'CBailey@bpblaw.com'
<CBailey@bpblaw.com>; 'kbailey@bpblaw.com' <kbailey@bpblaw.com>; 'MPederson@weitzlux.com'
<MPederson@weitzlux.com>; 'sallen@crusescott.com' <sallen@crusescott.com>;
'Eblizzard@blizzardlaw.com' <Eblizzard@blizzardlaw.com>; 'dcanty@lskg-law.com'
<dcanty@lskg-law.com>
Sent: Fri Jul 20 17:11:24 2007
Subject: Re: Meet and confer for July 26, 2007 hearing

The record is pretty clear regarding the issues actually addressed in your sanctions
motion.   Most issues are resolved.   You utterly failed to meet and confer prior to
filing your motion, and continue to make unreasonable demands.
I look forward to seeing you in Orlando next week.
I noticed that you listed an "expert" - John Martin.   Please supply an expert report and
cv.

----- Original Message -----
From: Larry J. Gornick <lgornick@lskg-law.com>
To: McConnell, Stephen; Magaziner, Fred; Munno, Thomas; Kerns, Kevin; Jim Freebery;
Adupre@mccarter.com; Torregrossa, Brennan; Oswald, Alyson
Cc: PPennock@weitzlux.com <PPennock@weitzlux.com>; CBailey@bpblaw.com
<CBailey@bpblaw.com>; kbailey@bpblaw.com <kbailey@bpblaw.com>; MPederson@weitzlux.com
<MPederson@weitzlux.com>; sallen@crusescott.com <sallen@crusescott.com>;
Eblizzard@blizzardlaw.com <Eblizzard@blizzardlaw.com>; Dennis Canty <dcanty@lskg-law.com>
Sent: Fri Jul 20 17:01:28 2007
Subject: RE: Meet and confer for July 26, 2007 hearing

You have mischaracterized our positions.  Our requests are not extreme.
We would be interested to hear any counter proposals that you may have
and your answers to the questions that remain unanswered.  Our side has
met and conferred with your side extensively and in good faith.  We are
willing to continue.  The hearing is going forward because of your
client's repeated transgressions which have caused us severe prejudice.

---

Lawrence J. Gornick
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Direct: (415) 646-7179
lgornick@lskg-law.com


-----Original Message-----
From: McConnell, Stephen [mailto:stephen.mcconnell@dechert.com]
Sent: Friday, July 20, 2007 11:44 AM
To: Larry J. Gornick; Magaziner, Fred; Munno, Thomas; Kerns, Kevin; Jim
Freebery; Adupre@mccarter.com; Torregrossa, Brennan; Oswald, Alyson
Cc: PPennock@weitzlux.com; CBailey@bpblaw.com; kbailey@bpblaw.com;
MPederson@weitzlux.com; sallen@crusescott.com;

1

Eblizzard@blizzardlaw.com; Dennis Canty
Subject: Re: Meet and confer for July 26, 2007 hearing

We are willing to discuss any sort of reasonable arrangements that work
for everybody.  But your requests are extreme (eg, produce all 59
databases, produce everything you want in 30 days, etc).  Further,
during the last conference call we had, you said that we were past the
point where we could work things out.

You also are raising issues now that exist nowhere in your motion.  For
example, the last time I checked, July 11 (when you say you first
mentioned voicemails) is after July 3 (when you filed your motion sans
any meet and confer).

Let's be clear:  this hearing is going forward because you never took
the meet and confer process seriously.

----- Original Message -----
From: Larry J. Gornick <lgornick@lskg-law.com>
To: McConnell, Stephen; Magaziner, Fred; Munno, Thomas; Kerns, Kevin;
Jim Freebery; Adupre@mccarter.com; Torregrossa, Brennan; Oswald, Alyson
Cc: Pennock, Paul <PPennock@weitzlux.com>; Camp Bailey
<CBailey@bpblaw.com>; kbailey@bpblaw.com <kbailey@bpblaw.com>; Pederson,
Mike <MPederson@weitzlux.com>; Scott Allen <sallen@crusescott.com>;
Edward Blizzard <Eblizzard@blizzardlaw.com>; Dennis Canty
<dcanty@lskg-law.com>
Sent: Fri Jul 20 13:59:04 2007
Subject: RE: Meet and confer for July 26, 2007 hearing

I am speaking for the plaintiff group.  We are absolutely proceeding in
good faith.  The cumulative effect of all the problems that we have had
with AZ discovery is months of lost time and a great deal of extra
expense.  Given court deadlines, and the upcoming depositions of our
clients' doctors, the lost time has put us in an untenable situation,
and therefore, we need remedies.  We would be very happy if you could
eliminate all or most of the outstanding discovery issues and agree to
remedies that will alleviate the prejudice we have suffered due to the
totality of discovery problems, past and current.  We are more than
willing to discuss all issues with you in good faith.

Point of clarification, I told you about the voice mail issue on July
11.

_____

Lawrence J. Gornick
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Direct: (415) 646-7179
lgornick@lskg-law.com


-----Original Message-----
From: McConnell, Stephen [mailto:stephen.mcconnell@dechert.com]
Sent: Friday, July 20, 2007 9:15 AM
To: Larry J. Gornick; Magaziner, Fred; Munno, Thomas; Kerns, Kevin; Jim
Freebery; Adupre@mccarter.com; Torregrossa, Brennan; Oswald, Alyson
Subject: Re: Meet and confer for July 26, 2007 hearing

Mr. Gornick,

I do not mean this personally, but you have not been one of the lead
attorneys in this case, and I cannot tell if you are speaking for Paul
and Camp or for yourself.

We believe that the motion violates Rule 11, and while we have discussed
and remain prepared to discuss the issues, we need to have some sense

2

that plaintiffs are willing to discuss the issues in good faith.  We do
not have that sense now.

With one exception, your email revisits issues that we have addressed ad
nauseum or makes demands for the first time that are new and extraneous
to the motion for sanctions.  (We will look into some of the new issues
you raise, such as faxes, tracked changes,  and voice mails, but they
were not included in your motion.  We will also come up with time
estimates for the newly-named custodians).

In summary, here is our position, which we have explained before.

Whenever plaintiffs have made a proper discovery request for information
residing in databases, we have produced or have agreed to produce the
information.  Plaintiffs have never made such a request for production
of the 59 databases themselves; we will respond  appropriately once you
do so.   Your informal, post-hoc, wholesale request for 59 databases -
which you know full well are not Seroquel specific - is plainly
improper.  It is as if you paid absolutely no attention to the
interviews and depositions of the IT witnesses.

We view your list of additional search terms as the only potentially
constructive part of your communication.  Discussing and agreeing to
additional terms is the only appropriate way to handle this issue.  We
will certainly consider your proposed search terms and determine how
long it will take to run them.  Why you waited so long to propose new
search terms is mysterious and unfortunate.  For you to say that you
could not propose new searches because you lacked access to our people
is disingenuous at best.  Have you not read any of the many 30(b)(6)
depositions?

There is no "dearth" of e-mails.  Have you actually counted them?

As for witnesses, we will disclose ours after you disclose yours.  By
the way, there was no "architect" of the search-term process.  The
search decisions recently challenged by plaintiffs were made by lawyers,
and those decisions are not a proper subject of your inquiry.  In any
event, the Judge will be able to assess the reasonableness of the search
terms on their face.

As for the technical issues, I understand that virtually all of those
discussed will be resolved today.  The remaining consists of re-doing
certain blank pages caused by PDS errors.  These specific blanks are
actually supposed to be blank - no information was deleted.  Thus, the
remaining changes are merely cosmetic.  The substantive blanks have
already been corrected and were redelivered yesterday.

Finally, I cannot comment on the celerity of our response regarding
confidentiality designations until we see your exhibit list.


----- Original Message -----
From: Larry J. Gornick <lgornick@lskg-law.com>
To: McConnell, Stephen; MPederson@weitzlux.com <MPederson@weitzlux.com>;
Magaziner, Fred
Cc: cbailey@bpblaw.com <cbailey@bpblaw.com>; Dennis Canty
<dcanty@lskg-law.com>; ftrammell@bpblaw.com <ftrammell@bpblaw.com>;
PPennock@weitzlux.com <PPennock@weitzlux.com>; LROTH@roth-law.com
<LROTH@roth-law.com>; sallen@crusescott.com <sallen@crusescott.com>;
IMCEAEX-_O=W+26L-ORG_OU=W+26L-NY_CN=RECIPIENTS_CN=EdwardBlizzard@weitzlu
x.com
<IMCEAEX-_O=W+26L-ORG_OU=W+26L-NY_CN=RECIPIENTS_CN=EdwardBlizzard@weitzl
ux.com>; kbailey@bpblaw.com <kbailey@bpblaw.com>; Munno, Thomas; Kerns,
Kevin; Torregrossa, Brennan; Jim Freebery; Adupre@mccarter.com; Oswald,
Alyson
Sent: Thu Jul 19 20:16:57 2007
Subject: RE: Meet and confer for July 26, 2007 hearing

3

You are correct that we have met and conferred extensively on the discovery issues that will be addressed at the hearing next week. However, we do not have answers to a number of questions.

1.    Databases: We don't know whether or when you will produce the 59 databases; We don't know whether or when you will produce the 17 databases that we identified as a priority last week.

2.    Keyword Search List:  Attached please find a list of words which we believe should have been included in the search and suggested instructions.  The list is not exhaustive due to the fact that we don't have access to your people.  Why were these obvious terms left off your list?  Will you run the list?  How long will it take for you to produce documents that turn up as a result of the new search?

3.    Voicemail:  Where are they?

4.    Fax attachments: Where are they?

5.    Video attachments: Where are they?

6.    Word documents with track changes:  Where are they?

7.    Email:  what is the explanation for the dearth of emails from some of the most important custodians (eg. Vikram Dev)? Did you search the files of custodians' delegates or proxies for emails?

8.    Technical issues:  When will you resolve the IT issues described in the Joint Statement of Resolved Issues filed with the court on June 7, 2007?

9.    Will you agree to any of the relief that we requested of you in our meet and confer phone conference on July 11?

10.Exhibits:  We will be filing a list tomorrow.  Some of them were marked "confidential" by AZ.  Some of them clearly are not confidential (eg. AZSER 08028911).  Will you tell us by Monday morning at 11:00 est as to which exhibits you will withdraw confidentiality designations?

11.Architect of AZ's key word search:  Will you produce this witness at the July 26 hearing?

12.When will you produce documents for the additional custodians we have identified?


We are happy to discuss these issues at your convenience.

_____

_____

Lawrence J. Gornick

Levin Simes Kaiser & Gornick LLP

44 Montgomery Street, 36th Floor

San Francisco, CA 94104

Direct: (415) 646-7179

lgornick@lskg-law.com

4

-----Original Message-----
From: McConnell, Stephen [mailto:stephen.mcconnell@dechert.com]
Sent: Thursday, July 19, 2007 4:31 PM
To: MPederson@weitzlux.com; Magaziner, Fred
Cc: cbailey@bpblaw.com; Larry J. Gornick; Dennis Canty;
ftrammell@bpblaw.com; PPennock@weitzlux.com; LROTH@roth-law.com;
sallen@crusescott.com;
IMCEAEX-_O=W+26L-ORG_OU=W+26L-NY_CN=RECIPIENTS_CN=EdwardBlizzard@weitzlu
x.com; kbailey@bpblaw.com; Munno, Thomas; Kerns, Kevin; Torregrossa,
Brennan; Jim Freebery; Adupre@mccarter.com; Oswald, Alyson
Subject: Re: Meet and confer for July 26, 2007 hearing


Mike,


I am in an all-day meeting tomorrow.   We already had a meet-and-confer
last week.  I am not sure what is left to discuss.


Regards,


- Steve


----- Original Message -----

From: Pederson, Mike <MPederson@weitzlux.com>

To: McConnell, Stephen; Magaziner, Fred

Cc: cbailey@bpblaw.com <cbailey@bpblaw.com>; lgornick@lskg-law.com
<lgornick@lskg-law.com>; dcanty@lskg-law.com <dcanty@lskg-law.com>;
ftrammell@bpblaw.com <ftrammell@bpblaw.com>; Pennock, Paul
<PPennock@weitzlux.com>; LROTH@roth-law.com <LROTH@roth-law.com>;
sallen@crusescott.com <sallen@crusescott.com>; Ed Blizzard
(eblizzard@blizzardlaw.com)
<IMCEAEX-_O=W+26L-ORG_OU=W+26L-NY_CN=RECIPIENTS_CN=EdwardBlizzard@weitzl
ux.com>; kbailey@bpblaw.com <kbailey@bpblaw.com>

Sent: Thu Jul 19 18:48:50 2007

Subject: Meet and confer for July 26, 2007 hearing


Steve,


     Would you be available tomorrow at 12:30 Eastern time to discuss the
hearing set for next Thursday? If yes, I will set up the call-in-number.


This e-mail is from Dechert LLP, a law firm, and may contain information
that is confidential or privileged. If you are not the intended

5

recipient, do not read, copy or distribute the e-mail or any
attachments. Instead, please notify the sender and delete the e-mail and
any attachments. Thank you.