# EXHIBIT 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs (10)**

| Last Name | First Name | Case No. | Ack. Served | HIPAA Served |
|---|---|---|---|---|
| Buttram | Michael | 6:07-cv-13208 | 7/12/2007 | 7/12/2007 |
| Chance | Nancy | 6:07-cv-13238 | 7/12/2007 | 7/12/2007 |
| Eblen | Michael | 6:07-cv-10260 | 7/12/2007 | 7/12/2007 |
| Hinson | Kimberly | 6:07-cv-11210 | 7/12/2007 | 7/12/2007 |
| Jackson | Cherie | 6:07-cv-12161 | 7/12/2007 | 7/12/2007 |
| Jones | Debra | 6:07-cv-10531 | 7/12/2007 | 7/12/2007 |
| McDougle | Dorothy | 6:07-cv-11244 | 7/12/2007 | 7/12/2007 |
| Sood | Alberta | 6:07-cv-10766 | 7/12/2007 | 7/12/2007 |
| Wood | Jason | 6:07-cv-12077 | 7/12/2007 | 7/12/2007 |
| Woods | Brian | 6:07-cv-10806 | 7/12/2007 | 7/12/2007 |