# Exhibit 1

## Bailey Perrin Bailey LLP

### List of Plaintiffs' Acknowledgments/HIPAAs (37)

| Last Name | First Name | Case No. | Ack. Served | HIPAA Served |
|---|---|---|---|---|
| Baginski | Patricia | 6:07-cv-11124 | 7/03/2007 | 7/03/2007 |
| Billingsley | Willie | 6:07-cv-10585 | 7/03/2007 | 7/03/2007 |
| Bohon | John | 6:07-cv-10496 | 7/03/2007 | 7/03/2007 |
| Boyden-Campbell | Betty | 6:07-cv-10498 | 7/03/2007 | 7/03/2007 |
| Brix | Phyllis | 6:07-cv-11144 | 7/03/2007 | 7/03/2007 |
| Buffington | Julia | 6:07-cv-11146 | 7/03/2007 | 7/03/2007 |
| Bunting | Sandra | 6:07-cv-15957 | 7/03/2007 | 7/03/2007 |
| Collier | Virigina | 6:07-cv-11466 | 7/03/2007 | 7/03/2007 |
| Crawford | Vanetta | 6:07-cv-10245 | 7/03/2007 | 7/03/2007 |
| Davis | Rudoph | 6:07-cv-11075 | 7/03/2007 | 7/03/2007 |
| Duprcee | Lyndia | 6:07-cv-11172 | 7/03/2007 | 7/03/2007 |
| Edge | Kim | 6:07-cv-10624 | 7/03/2007 | 7/03/2007 |
| Gentry | James | 6:07-cv-10638 | 7/03/2007 | 7/03/2007 |
| Gray | Mildred | 6:07-cv-11192 | 7/03/2007 | 7/03/2007 |
| Hildebrand | Amanda | 6:07-cv-10892 | 7/03/2007 | 7/03/2007 |
| Jeffries | Michael | 6:07-cv-10317 | 7/03/2007 | 7/03/2007 |
| Jones | Connie | 6:07-cv-10909 | 7/03/2007 | 7/03/2007 |
| Kakmis | Stanley | 6:07-cv-13721 | 7/03/2007 | 7/03/2007 |
| Kunce | Debra | 6:07-cv-13783 | 7/03/2007 | 7/03/2007 |
| Lalum | William | 6:07-cv-15599 | 7/03/2007 | 7/03/2007 |
| Laver | Melissa | 6:07-cv-10533 | 7/03/2007 | 7/03/2007 |
| Levine | Kathleen | 6:07-cv-10534 | 7/03/2007 | 7/03/2007 |
| Miller | Kasey | 6:07-cv-10370 | 7/03/2007 | 7/03/2007 |
| Obanion | James | 6:07-cv-16414 | 7/03/2007 | 7/03/2007 |
| Odum | Virginia | 6:07-cv-11835 | 7/03/2007 | 7/03/2007 |
| Penick | Kathleen | 6:07-cv-14058 | 7/03/2007 | 7/03/2007 |
| Pettinato | Anita | 6:07-cv-11861 | 7/03/2007 | 7/03/2007 |
| Powers | Larry | 6:07-cv-10976 | 7/03/2007 | 7/03/2007 |
| Sallee | Mark | 6:07-cv-11105 | 7/03/2007 | 7/03/2007 |
| Sarnol | Yolande | 6:07-cv-10426 | 7/03/2007 | 7/03/2007 |
| Scott | Bridgett | 6:07-cv-11943 | 7/03/2007 | 7/03/2007 |
| Smith | William | 6:07-cv-11973 | 7/03/2007 | 7/03/2007 |
| Sterman | Dianne | 6:07-cv-11111 | 7/03/2007 | 7/03/2007 |
| Stewart | Andrew | 6:07-cv-15620 | 7/03/2007 | 7/03/2007 |
| Stitch | Frank | 6:07-cv-12230 | 7/03/2007 | 7/03/2007 |

| Tinker | Jean | 6:07-cv-11020 | 7/03/2007 | 7/03/2007 |
| Wallace | David | 6:07-cv-11029 | 7/03/2007 | 7/03/2007 |