# EXHIBIT 1

## Bailey Perrin Bailey LLP

## List of Plaintiffs' Acknowledgments/HIPAAs (14)

| Last Name | First Name | Case No. | Ack. Served | HIPAA Served |
|---|---|---|---|---|
| Baas | Dianne | 6:07-cv-12103 | 7/06/2007 | 7/06/2007 |
| Bejarano | Rebecca | 6:07-cv-10582 | 7/06/2007 | 7/06/2007 |
| Bouslog | Melissa | 6:07-cv-13139 | 7/06/2007 | 7/06/2007 |
| Edwards | Judy | 6:07-cv-11530 | 7/06/2007 | 7/06/2007 |
| Fuller | Lola | 6:07-cv-13448 | 7/06/2007 | 7/06/2007 |
| Gillum | Sarina | 6:07-cv-11593 | 7/06/2007 | 7/06/2007 |
| Gordon | Doris | 6:07-cv-10646 | 7/06/2007 | 7/06/2007 |
| House | Hope | 6:07-cv-11659 | 7/06/2007 | 7/06/2007 |
| Jackson | Brenda | 6:07-cv-12160 | 7/06/2007 | 7/06/2007 |
| Monroy | Margaret | 6:07-cv-16371 | 7/06/2007 | 7/06/2007 |
| Mullins-Necessary | Tanya | 6:07-cv-10541 | 7/06/2007 | 7/06/2007 |
| Nixon | Judith | 6:07-cv-14007 | 7/06/2007 | 7/06/2007 |
| Reinhart | Julie | 6:07-cv-10550 | 7/06/2007 | 7/06/2007 |
| Scutt | Mariane | 6:07-cv-10752 | 7/06/2007 | 7/06/2007 |