**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

**MDL DOCKET NO. 1769**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**This Document Relates to ALL CASES**

────────────────────────────────

**JOINT STATUS REPORT, AGENDA, AND**
**MOTION TO ALLOW ELECTRONIC EQUIPMENT**

**July 27, 2007 Status Conference**

The MDL Plaintiffs and Defendants AstraZeneca Pharmaceuticals LP and

AstraZeneca LP ("AstraZeneca"), by and through their counsel, respectfully submit this Joint

Status Report, Agenda and Motion to Allow Electronic Equipment at the July 27, 2007 Status

Conference.

**I.      STATUS REPORT**

As of July 23, 2007, AstraZeneca was defending approximately 8,467 served or

answered Seroquel cases, with a total of 10,452 plaintiff groups, pending in federal and state

courts.  Several hundred additional cases have been filed but not yet served on AstraZeneca.

The federal/state breakdown of served cases and plaintiffs is as follows:

|  | **Number of Cases** | **Number of Plaintiffs** |
|---|---|---|
| **Federal** | 6,580 | 6,580 |
| **State** | 1,887 | 3,872 |

Of the Seroquel cases in federal court, approximately 6,556 are currently in this MDL.  An additional 24 cases have been tagged for transfer to this MDL.  It is expected that other federal cases will eventually be tagged and transferred to this MDL.

II.     **MOTIONS**

There are numerous motions pending before this Court:

1.      AstraZeneca's Motions to Dismiss for Failure to Serve Plaintiff Fact Sheets and Medical Record Authorizations and for Failure to Verify Plaintiff Fact Sheets. AstraZeneca served such motions in approximately 1,587 cases.  To date, approximately 302 of these plaintiffs have served or supplemented their Fact Sheets, 82 have stipulated to the dismissal of their cases, and 541 have been dismissed pursuant to Court Order. Approximately 662 motions are still pending.

2.      Plaintiffs' Motion for Sanctions Due to Defendant's Continued Discovery Failures (Doc. No. 256).  AstraZeneca has opposed plaintiffs' motion (Doc. No. 278), and the Court has scheduled an evidentiary hearing on July 26, 2007 to consider plaintiffs' motion.

3.      Joint Motion to Appoint a Project Management Office, filed jointly by the parties on July 12, 2007 (Doc. No. 271).

III.    **AGENDA**

A.      **Appointment of a Project Management Office.**  The parties would like to discuss their joint motion to appoint BrownGreer PLC as Project Management Office ("PMO") for this MDL.  A PMO should be appointed as soon as possible so that it can help coordinate the scheduling of August depositions.

     **B.**     **Lexecon Issues.**  The parties would like to discuss this Court's obtaining jurisdiction over certain cases for purposes of trial.

     **C.**     **Plaintiffs would like to discuss the following issues:**

          1.     AstraZeneca's objections to plaintiffs' list of eligible plaintiffs;

          2.     AstraZeneca's production of prescriber information;

          3.     Scheduling depositions of AstraZeneca witnesses;

          4.     AstraZeneca's schedule for producing documents from additional custodians identified by plaintiffs;

          5.     AstraZeneca's schedule for producing marketing documents requested by plaintiffs; and

          6.     Production of MacFadden documents.

     **D.**     **AstraZeneca would like to discuss the following issues:**

          1.     Obtaining documents and records from the Zyprexa litigation that pertain to plaintiffs in this MDL;

          2.     Allowing attorneys admitted to practice and in good standing in any United States District Court to participate in case-specific depositions;

          3.     AstraZeneca's objection to the Court's designation of the Brenda Echols case for case-specific discovery; and

          4.     Outstanding issues regarding the case-specific deposition program.

## IV.     MOTION TO ALLOW ELECTRONIC EQUIPMENT

Counsel for the MDL Plaintiffs and for AstraZeneca, pursuant to Middle District Local Rule 4.11(b), hereby seek Court approval for their use of electronic equipment at the July 27, 2007 Status Conference, and as grounds therefore would show as follows:

A.     The following plaintiffs' counsel seek to utilize BlackBerry email devices, cell phones without camera capabilities, and a laptop computer to facilitate communication with their offices regarding discovery issues and access to their calendars for scheduling purposes during the status conference:

1.     Paul Pennock (Blackberry, cell phone);

2.     Mike Pederson (Blackberry, cell phone);

3.     Fletch Trammell (Blackberry, laptop);

4.     John Martin (PDA, cell phone, laptop);

5.     Glen Krammer (Blackberry, cell phone);

6.     Jonathan Jaffe (Blackberry, cell phone, laptop);

7.     Yommy Chiu (Blackberry, cell phone, laptop);

8.     Ken Bailey (Blackberry);

9.     Camp Bailey (Blackberry);

10.    Scott Allen (Blackberry);

11.    Rick Laminack (Blackberry, cell phone);

12.    Buffy Martinez (Blackberry, cell phone);

13.    Ed Blizzard (Blackberry, cell phone);

14.    Tom Pirtle (Blackberry, cell phone);

         15.     Larry Gornick (Blackberry, cell phone, laptop);

         16.     Dennis Canty (Blackberry, cell phone, laptop); and

         17.     Larry Roth (projector, extension cable, cell phone).

     B.     The following counsel for AstraZeneca seek to utilize BlackBerry email devices and cell phones without camera capabilities to facilitate the scheduling of subsequent hearings and conferences in the above-captioned matter and to allow counsel to obtain information responsive to issues that may arise during the conference.  Counsel for AstraZeneca also seek to utilize PowerPoint® electronic equipment and will bring to the hearing one laptop computer.  It is Counsel's understanding that the Court has a screen and projector suitable for connection to a personal computer; however, if the Court's screen and projector are unavailable, counsel for AstraZeneca can provide them.

         1.     Robert L. Ciotti (cell phone, BlackBerry, laptop computer);

         2.     A. Elizabeth Balakhani (cell phone, BlackBerry, laptop computer);

         3.     Kathryn L. Connelly (cell phone, BlackBerry);

         4.     Fred T. Magaziner (cell phone, BlackBerry);

         5.     Stephen J. McConnell (cell phone, BlackBerry);

         6.     Andrew S. Dupre (cell phone, BlackBerry);

         7.     James J. Freebery (cell phone, BlackBerry);

         8.     Shane Prince (cell phone, BlackBerry, laptop computer); and

         9.     Jon Dowling (cell phone, BlackBerry).

     C.     Counsel for the parties represent, pursuant to Middle District Local Rule 4.11(b), that these devices will be switched to "silent activation mode" while in the courtroom.

Respectfully submitted on this the 24th day of July, 2007,


/s/ Paul Pennock                          /s/ Fred T. Magaziner
Paul Pennock                              Fred T. Magaziner
Weitz & Luxenberg, P.C.                   DECHERT LLP
180 Maiden Lane - 17th Floor              2929 Arch Street
New York, NY 10038                        Philadelphia, PA  19103
Telephone: (212) 558-5504                 Telephone: (215) 994-4000
Ppennock@weitzlux.com                     Facsimile: (215) 994-2222
                                          fred.magaziner@dechert.com
Camp Bailey
Bailey Perrin Bailey LLP                  *Counsel for AstraZeneca Pharmaceuticals*
The Lyric Centre                          *LP and AstraZeneca LP*
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7232
cbailey@bpblaw.com


*Co-Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 24th of July, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that the foregoing document and the notice of electronic filing was served on Plaintiffs' Liaison Counsel in accordance with CMO No. 1.

/s/ Shane T. Prince

## SERVICE LIST

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>***Plaintiffs' Lead Counsel*** | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca***<br>***Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen***<br>***Pharmaceutical Products and Johnson &***<br>***Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP***<br>***and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |