# EXHIBIT 1

## Bailey Perrin Bailey LLP

## List of Plaintiffs' Acknowledgments/HIPAAs (9)

| Last Name | First Name | Case No. | Ack. Served | HIPAA Served |
|---|---|---|---|---|
| Calloway | Veronica | 6:07-cv-15974 | 7/09/2007 | 7/09/2007 |
| Finley | Raymond | 6:07-cv-13428 | 7/09/2007 | 7/09/2007 |
| Gipson | Kenneth | 6:07-cv-11079 | 7/09/2007 | 7/09/2007 |
| Maness | Esther | 6:07-cv-10352 | 7/09/2007 | 7/09/2007 |
| Piagentini | Audrey | 6:07-cv-11271 | 7/09/2007 | 7/09/2007 |
| Rutledge | Jacki | 6:07-cv-11930 | 7/09/2007 | 7/09/2007 |
| Ryant | Terri | 6:07-cv-14209 | 7/09/2007 | 7/09/2007 |
| Sanchez | Pauline | 6:07-cv-15617 | 7/09/2007 | 7/09/2007 |
| Smith | Brittney | 6:07-cv-10439 | 7/09/2007 | 7/09/2007 |