# EXHIBIT 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs (16)**

| Last Name | First Name | Case No. | Ack. Served | HIPAA Served |
|---|---|---|---|---|
| Flores | Engracia | 6:07-cv-16103 | 7/12/2007 | 7/12/2007 |
| Goff | Dianna | 6:07-cv-12140 | 7/12/2007 | 7/12/2007 |
| Haley | Ella | 6:07-cv-15641 | 7/12/2007 | 7/12/2007 |
| Kramer | George | 6:07-cv-12169 | 7/12/2007 | 7/12/2007 |
| Licker | Jeffrey | 6:07-cv-10343 | 7/12/2007 | 7/12/2007 |
| Moore | James | 6:07-cv-10706 | 7/12/2007 | 7/12/2007 |
| Petruna | Peggy | 6:07-cv-11269 | 7/12/2007 | 7/12/2007 |
| Ruggles | William | 6:07-cv-10993 | 7/12/2007 | 7/12/2007 |
| Sanchez | Penny | 6:07-cv-16522 | 7/12/2007 | 7/12/2007 |
| Schaeffer | Robert | 6:07-cv-14230 | 7/12/2007 | 7/12/2007 |
| Schillaci | James | 6:07-cv-10430 | 7/12/2007 | 7/12/2007 |
| Simmons | Carlos | 6:07-cv-11959 | 7/12/2007 | 7/12/2007 |
| Smith | Pam | 6:07-cv-12225 | 7/12/2007 | 7/12/2007 |
| Sundquist | Jessica | 6:07-cv-10451 | 7/12/2007 | 7/12/2007 |
| Thomas | Lorraine | 6:07-cv-12235 | 7/12/2007 | 7/12/2007 |
| Wilson | Terry | 6:07-cv-11342 | 7/12/2007 | 7/12/2007 |