# EXHIBIT 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs (13)**

| Last Name | First Name | Case No. | Ack. Served | HIPAA Served |
|---|---|---|---|---|
| Allison | Rebecca | 6:07-cv-11358 | 7/13/2007 | 7/13/2007 |
| Brown | Chris | 6:07-cv-10213 | 7/13/2007 | 7/13/2007 |
| Busby | Harry | 6:07-cv-15963 | 7/13/2007 | 7/13/2007 |
| Dotson | Sharon | 6:07-cv-10621 | 7/13/2007 | 7/13/2007 |
| Ehlert | Melissa | 6:07-cv-10176 | 7/13/2007 | 7/13/2007 |
| Flower | Gregg | 6:07-cv-13432 | 7/13/2007 | 7/13/2007 |
| Garcia | Richard | 6:07-cv-15591 | 7/13/2007 | 7/13/2007 |
| Jaudon | Karyn | 6:07-cv-10316 | 7/13/2007 | 7/13/2007 |
| Johnson | Earnestine | 6:07-cv-10904 | 7/13/2007 | 7/13/2007 |
| Leake | Troy | 6:07-cv-12173 | 7/13/2007 | 7/13/2007 |
| Lemar | John | 6:07-cv-10685 | 7/13/2007 | 7/13/2007 |
| Mulkey | Richard | 6:07-cv-12192 | 7/13/2007 | 7/13/2007 |
| Wyman | Doralee | 6:07-cv-10809 | 7/13/2007 | 7/13/2007 |