# EXHIBIT 1

## Bailey Perrin Bailey LLP

## List of Plaintiffs' Acknowledgments/HIPAAs (10)

| Last Name | First Name | Case No. | Ack. Served | HIPAA Served |
|---|---|---|---|---|
| Bethea | Larry | 6:07-cv-10583 | 7/17/2007 | 7/17/2007 |
| Booker | Johnny | 6:07-cv-11140 | 7/17/2007 | 7/17/2007 |
| Collins | Lora | 6:07-cv-10239 | 7/17/2007 | 7/17/2007 |
| Ellison | Mark | 6:07-cv-11178 | 7/17/2007 | 7/17/2007 |
| Fulton | Andre | 6:07-cv-11583 | 7/17/2007 | 7/17/2007 |
| Hardy | Dietra | 6:07-cv-11623 | 7/17/2007 | 7/17/2007 |
| Marco | Theresa | 6:07-cv-11763 | 7/17/2007 | 7/17/2007 |
| Williams, as Next Friend of T.H., a Minor | Terry | 6:07-cv-12150 | 7/17/2007 | 7/17/2007 |
| Williamson | Roger | 6:07-cv-11340 | 7/17/2007 | 7/17/2007 |
| Zumbro | Marilyn | 6:07-cv-10570 | 7/17/2007 | 7/17/2007 |