# EXHIBIT 2



**BAILEY PERRIN BAILEY**
*A Registered Limited Liability Partnership*

THE LYRIC CENTRE
440 LOUISIANA, SUITE 2100
HOUSTON, TEXAS 77002
(713) 425-7100 BUSINESS
(713) 425-7101 FACSIMILE

July 17, 2007

**Via FedEx Priority Overnight**
Mr. Brennan J. Torregrossa
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808

Re:   In re: Seroquel products Liability Litigation
      (MDL Docket No. 1769)

Dear Brennan:

Please find enclosed a CD containing a total of eleven (11) fully executed Acknowledgements and a total of ten (10) fully executed HIPAA Authorizations, for Plaintiffs designated in May. I have included accompanying lists for your convenience. We will continue to provide you with additional Acknowledgements and HIPAAs as soon as they are received from our clients.

Please do not hesitate to contact me or Camp, should you have any questions.

Respectfully,

Sundeep S. Grewel
Attorney at Law

Enclosures:  As stated

cc:   Mr. Camp Bailey [Firm]

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production - Set V (May 30, 2007)**
**List of Acknowledgements and HIPAA Authorizations (10)**
July 17, 2007

|  | Last Name | First Name |
|---|---|---|
| 1 | Bethea | Larry |
| 2 | Booker | Johnny |
| 3 | Collins | Lora |
| 4 | Ellison | Mark |
| 5 | Fulton | Andre |
| 6 | Hardy | Dietra |
| 7 | Williams, as Next Friend of T.H., a Minor | Terry |
| 8 | Marco | Theresa |
| 9 | Williamson | Roger |
| 10 | Zumbro | Marilyn |

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production - Set V (May 30, 2007)**
**List of Acknowledgements (1)**
July 17, 2007

|  | Last Name | First Name |
|---|---|---|
| 1 | Kennedy | Kimberly |

```
From: Origin ID: EIXA  (713)425-7100          Ship Date: 17JUL07
      Heather Santiago                         ActWgt: 1 LB
      Bailey Perrin Bailey, LLP                System#: 9787328/INET2600
      440 Louisiana St.                        Account#: S *********
      Suite 2100
      Houston, TX 77002
```



FedEx Express

Delivery Address Bar Code

CL8052907/21/23

```
SHIP TO: (215)994-4000    BILL SENDER
Brennan Torregrossa
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 191042808
```

Ref #    Seroquel -HIPAAs & Ack.
Invoice #
PO #
Dept #



TRK# 0201   7982 2075 9452

WED - 18JUL    A1
PRIORITY OVERNIGHT

XB-ESPA

PHL
PA-US
19104



---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/ship_it/unity/5EiRy8AbXx7CaRx8GjYr2EeYr5CfUt0FdX...    7/17/2007

## Heather Santiago

**From:** TrackingUpdates@fedex.com
**Sent:** Wednesday, July 18, 2007 8:47 AM
**To:** Heather Santiago
**Subject:** FedEx Shipment 798220759452 Delivered

---

This tracking update has been requested by:

Company Name: Bailey Perrin Bailey, LLP

Name:   Heather Santiago

E-mail:  hsantiago@bpblaw.com

---

Our records indicate that the following shipment has been delivered:

```
Tracking number:                      798220759452
Reference:                            Seroquel -HIPAAs & Ack.
Ship (P/U) date:                      Jul 17, 2007
Delivery date:                        Jul 18, 2007 9:42 AM
Sign for by:                          K.GILLIAM
Delivered to:                         Receptionist/Front Desk
Service type:                         FedEx Priority Overnight
Packaging type:                       FedEx Envelope
Number of pieces:                     1
Weight:                               0.50 lb.

Shipper Information                   Recipient Information
Heather Santiago                      Brennan Torregrossa
Bailey Perrin Bailey, LLP             Dechert, LLP
440 Louisiana St.                     Cira Centre
Suite 2100                            2929 Arch Street
Houston                               Philadelphia
TX                                    PA
US                                    US
77002                                 191042808
```

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:47 AM   CDT
on 07/18/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

7/18/2007