UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

Case No. 6:2006-cv-01660-ACC-DAB

MDL DOCKET NO. 1769

This document relates to

    PLAINTIFF REPRESENTED BY
    MARK ALLEN KOEHN, P.C.

### NOTICE OF SERVICE OF PLAINTIFF HECTOR SEGURA S PLAINTIFF FACT SHEET TO DEFENDANT ASTRAZENECA PHARMACEUTICALS LP

Pursuant to Case Management Order No. 2, Plaintiff Fact Sheet was served upon Defendant AstraZeneca Pharmaceuticals LP on behalf of Plaintiff Hector Segura, represented by Mark Allen Koehn, P.C., on July 25, 2007.

Respectfully Submitted

By: /s/ Mark A. Koehn
Mark A. Koehn
Mark Allen Koehn, P.C.
P.O. Box 9655
Rapid City, SD  57709-9655
(605) 394-4951