# United States District Court
## Middle District of Florida
### Orlando Division

IN RE: Seroquel Products Liablity
Litigation.

Case No.  6:06-md-1769-Orl-22DAB

_____/

# ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment  into the George C. Young United States Courthouse for use in connection with a hearing in this case, it is **ORDERED** as follows:

1.     Robert L. Ciotti, A. Elizabeth Balakhani, Kathryn L. Connelly, Fred T. Magaziner, Stephen J. McConnell, Andrew S. Dupre, and James J. Freebery, Shane Prince, and Jon Dowling are each allowed to bring one "Blackberry" phone and/or email device; and Robert L. Ciotti, A. Elizabeth Balakhani, and Shane Prince each one laptop computer into the George C. Young United States Courthouse on **THURSDAY, JULY 26, 2007**, for use in the evidentiary hearing before the undersigned judicial officer scheduled to begin at **9:30 A.M.**

2.     Paul Pennock, Michael Pederson, Fletch Trammel, John Martin, Glen Krammer, Jonathan Jaffe, Yommy Chiu, Ken Bailey, Camp Bailey, Scott Allen, Rick Laminack, Buffy Martinez, Ed Blizzard, Tom Pirtle, Larry Gornick, Dennis Canty, and Larry Roth are hereby each granted permission to bring a BlackBerry email device and/or cell phone; Fletch Trammel, John Martin, Jonathan Jaffe, Yommy Chiu, Larry Gornick and Dennis Canty each one laptop computer; and Larry Roth projector and extension cables into the George C. Young United States Courthouse on

**THURSDAY, JULY 26, 2007**, for use in the evidentiary hearing before the undersigned judicial officer scheduled to begin at **9:30 A.M.**

3.      The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment.  In their discretion, courthouse security personnel may require to present picture identification at the time of entry.

4.      The equipment described above is subject to inspection at any time by courthouse security personnel.  Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

**DONE** and **ORDERED** in Orlando, Florida on July 25, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers