UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

IN RE: Seroquel Products Liability Litigation          Case No. 6:06-md-1769-Orl-22DAB
MDL DOCKET No. 1769 (All Cases)
_____/

## AMENDED EXHIBIT LIST

_____Government  _____ Plaintiff  _X_ Defendant  _____Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | | | | September 11, 2006 Order |
| 2. | | | | | November 10, 2006 Letter from R. Miller to C. Bailey enclosing Seroquel® IND and NDA |
| 3. | | | | | March 2, 2007 MDL Hearing Transcript; 5:14-20 plaintiffs indicate they have received and reviewed a complete copy of the Seroquel® IND and NDA. |
| 4. | | | | | April 12, 2007 MDL Hearing Transcript; 8:24-9:7 plaintiffs raise CANDA database |
| 5. | | | | | May 11, 2007 Letter from F. Magaziner to P. Pennock regarding CANDA |
| 6. | | | | | E-mail correspondence regarding document production |

ORL#754524.1

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 7. | | | | | June 10, 2007 Letter from J. Yeager to J. Jaffe enclosing CANDA |
| 8. | | | | | Original Production of Organizational Charts |
| 9. | | | | | Additional Organizational Charts Produced |
| 10. | | | | | Organizational Charts Produced at the 30(b)(6) Deposition of Ann Booth-Barbarin. |
| 11. | | | | | Organizational Charts Produced at the 30(b)(6) Deposition of Jamie Mullen |
| 12. | | | | | Organizational Charts Produced at the 30(b)(6) Deposition of Vita Petrick |
| 13. | | | | | Organizational Charts Produced at the 30(b)(6) Deposition of Katherine Bradley |
| 14. | | | | | Organizational Charts Produced at the 30(b)(6) Deposition of Charles Peipher |
| 15. | | | | | July 16, 2007 e-mail from K. Kerns to P. Pennock regarding organizational charts produced |

ORL#754524.1

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 16. | | | | | Chart tracking AstraZeneca's document production to date |
| 17. | | | | | Chart illustrating AstraZeneca's production of electronic documents |
| 18. | | | | | June 7, 2007 Joint Statement of Resolved Issues |
| 19. | | | | | June 8, 2007 Order |
| 20. | | | | | CMO 2 |
| 21. | | | | | June 1, 2007 letter from J. Freebery to M. Pederson responding to technical issues |
| 22. | | | | | June 7, 2007 e-mail from M. Pederson to A. Dupre acknowledging that technical issues may arise |
| 23. | | | | | June 13, 2007 correspondence from A. Dupre to M. Pederson regarding update on technical issues |
| 24. | | | | | July 18, 2007 letter from J. Yeager to J. Jaffe addressing technical issues regarding custodial production |

ORL#754524.1

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 25. | | | | | E-mail correspondence regarding AstraZeneca's resolution of technical issues |
| 26. | | | | | June 12, 2007 e-mail from A. Dupre to M. Pederson attaching amended certification |
| 27. | | | | | June 26, 2007 e-mail from M. Pederson to J. Freebery regarding approval of certification |
| 28. | | | | | June 29, 2007 letter from A. Winchester to M. Pederson and C. Bailey confirming completion of custodial production. |
| 29. | | | | | November 15, 2006 correspondence from Plaintiffs regarding preservation order; discussion regarding use of search terms |
| 30. | | | | | April 30, 2007 Certification of Complete Custodial Production and List of Search Terms |
| 31. | | | | | December 24, 2006 e-mail to Plaintiffs identifying 80 custodians |
| 32. | | | | | Chart listing first 80 custodians and their positions at AstraZeneca by year |

ORL#754524.1

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Objection** | **Description of Exhibit** |
|---|---|---|---|---|---|
| 33. | | | | | Chart listing positions held by Kimberly Busch at AstraZeneca |
| 34. | | | | | Correspondence regarding definition of custodial file |
| 35. | | | | | May 7, 2007 letter from J. Yeager to J. Jaffe enclosing portion of custodial production |
| 36. | | | | | May 8, 2007 letter from A. Winchester to P. Pennock and C. Bailey confirming production of nine custodians |
| 37. | | | | | May 14, 2007 letter from J. Yeager to J. Jaffe enclosing portion of custodial production |
| 38. | | | | | May 22, 2007 letter from J. Yeager to J. Jaffe enclosing portion of custodial production |
| 39. | | | | | May 30, 2007 letter from J. Yeager to J. Jaffe enclosing portion of custodial production |
| 40. | | | | | May 31, 2007 letter from J. Yeager to J. Jaffe enclosing portion of custodial production |
| 41. | | | | | June 25, 2007 letter from J. Yeager to J. Jaffe enclosing portion of custodial production |

ORL#754524.1

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 42. | | | | | July 2, 2007 letter from J. Yeager to J. Jaffe enclosing documents responsive to Plaintiffs' Amended Request for Production |
| 43. | | | | | Jon Dowling 30(b)(6) Transcript May 9, 2007 |
| 44. | | | | | Jon Dowling 30(b)(6) Transcript May 10, 2007 |
| 45. | | | | | Jon Dowling Resume |
| 46. | | | | | Darryl Draper 30(b)(6) Transcript May 17, 2006 |
| 47. | | | | | Darryl Draper 30(b)(6) Transcript May 18, 2007 |
| 48. | | | | | E-mail correspondence between A. Dupre and M. Pederson regarding databases |
| 49. | | | | | June 29, 2007 e-mail from S. McConnell to P. Pennock regarding databases |
| 50. | | | | | July 2, 2007 e-mail from A. Dupre to M. Pederson attaching completed survey sheet requested by Plaintiffs |

ORL#754524.1

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 51. | | | | | Correspondence regarding meet and confer on Plaintiffs' sanctions motion |
| 52. | | | | | May 31, 2007 letter from J. Freebury to M. Pederson regarding resolution of technical issues |
| 53. | | | | | June 5, 2007 email from M. Pederson to J. Freebury regarding resolution of technical issues |
| 54. | | | | | December 11, 2006 MDL Hearing Transcript |
| 55. | | | | | March 2, 2007 MDL Hearing Transcript |
| 56. | | | | | April 12, 2007 MDL Hearing Transcript; 12:12-13:21, 30:24-31:16 |

ORL#754524.1

Respectfully submitted on this the 25th day of July, 2007,

<u>/s/ Robert L. Ciotti</u>
Robert L. Ciotti, Esquire
CARLTON FIELDS, P.A.
4221 West Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607-5780
Telephone: (813) 223-7000
rciotti@carltonfields.com

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

ORL#754524.1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 25, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants listed on the attached Service List.


                                                                        /s/ Robert L Ciotti, Esquire

ORL#754524.1

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>***Plaintiffs' Lead Counsel*** | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br>E. Ashley Cranford, Esq.<br>Whatley Drake & Kallas, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ccf@whatleydrake.com |

ORL#754524.1

| | |
|---|---|
| Fred T. Magaziner<br>Stephen J. McConnell<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 994-4000<br>Facsimile: (215) 994-2222<br>fred.magaziner@dechert.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Steven M. Selna, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>steven.selna@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

ORL#754524.1

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>**Attorneys for Defendant AstraZeneca, PLC** | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>**Attorney for Defendant Dr. Asif Habib** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

ORL#754524.1

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net |

ORL#754524.1

| | |
|---|---|
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |

ORL#754524.1