IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Seroquel Products Liability Litigation
MDL Docket No. 1769

Case No. 6:06-md-01769-Orl-22DAB

THIS DOCUMENT RELATES TO:

ALL WHATLEY, DRAKE & KALLAS, LLC
REPRESENTED PLAINTIFFS AS LISTED

## NOTICE OF APPEARANCE

COME NOW Russell Jackson Drake and Mitchell M. Breit, attorneys for all Whatley Drake & Kallas plaintiffs as listed in the table below, and hereby enter this Notice of Appearance on their behalf in the above-styled cause.

| First Name | Last Name | MDL Case# |
|---|---|---|
| Patricia Ann | Adams | 6:07-CV-00336-ACC-DAB |
| Andrew William | Albert | 6:07-CV-00404-ACC-DAB |
| Tonya | Appleberry | 6:07-CV-00366-ACC-DAB |
| Judith | Baclawski | 6:07-CV-00355-ACC-DAB |
| Emmett | Bailey | 6:07-CV-00346-ACC-DAB |
| Susan | Baldwin | 6:07-CV-00352-ACC-DAB |
| Mary | Barker | 6:07-CV-00340-ACC-DAB |
| Joy | Batts | 6:07-CV-00342-ACC-DAB |
| Evelyn Marie | Beaird | 6:07-CV-00354-ACC-DAB |
| Dominique | Belcomey | 6:07-CV-00350-ACC-DAB |
| Daniel | Blanton | 6:07-CV-00349-ACC-DAB |
| Frank | Borges | 6:07-CV-00357-ACC-DAB |
| Francis | Branham | 6:07-CV-00343-ACC-DAB |
| William | Brock | 6:07-CV-00347-ACC-DAB |
| Darlene | Brown | 6:07-CV-00338-ACC-DAB |
| Christine | Bruce | 6:07-CV-00359-ACC-DAB |
| Darlin | Brutus | 6:07-CV-00368-ACC-DAB |
| Dianna | Burton | 6:07-CV-00363-ACC-DAB |
| Sammy | Burton | 6:07-CV-00370-ACC-DAB |
| June | Butler | 6:07-CV-00373-ACC-DAB |
| Sharon | Caldwell | 6:07-CV-00341-ACC-DAB |
| Miguel A. | Caraballo | 6:07-CV-00344-ACC-DAB |

| First Name | Last Name | MDL Case# |
| --- | --- | --- |
| Peter | Carreras | 6:07-CV-00348-ACC-DAB |
| Martha | Clarke | 6:07-CV-00341-ACC-DAB |
| Jeanne-Marie | Condict | 6:07-CV-00353-ACC-DAB |
| Sandra | Cooks | 6:07-CV-00356-ACC-DAB |
| Cannon | Curlee | 6:07-CV-00358-ACC-DAB |
| Karen | Daniels | 6:07-CV-00361-ACC-DAB |
| Elizabeth | DellaPiana | 6:07-CV-00362-ACC-DAB |
| Melanie | Duason | 6:07-CV-00364-ACC-DAB |
| Melvin | Dunlap | 6:07-CV-00365-ACC-DAB |
| Linda | Ellis | 6:07-CV-00369-ACC-DAB |
| Jack Lee | Farmer | 6:07-CV-00375-ACC-DAB |
| Mary | Flemming | 6:07-CV-00372-ACC-DAB |
| Warren | Frazier | 6:07-CV-00378-ACC-DAB |
| Paula | Garnett | 6:07-CV-00379-ACC-DAB |
| Wanda | Garsia | 6:07-CV-00380-ACC-DAB |
| Margaret | Gauvin | 6:07-CV-00381-ACC-DAB |
| Vickie | Genier | 6:07-CV-00382-ACC-DAB |
| Lea | Goodin | 6:07-CV-00383-ACC-DAB |
| Anita | Grant | 6:07-CV-00444-ACC-DAB |
| Melody | Gray | 6:07-CV-00443-ACC-DAB |
| Gloria | Grayson | 6:06-CV-01135-ACC-DAB |
| Samantha | Haas | 6:07-CV-00442-ACC-DAB |
| Dorothy | Haile | 6:07-CV-00441-ACC-DAB |
| Albert | Hamilton | 6:07-CV-00439-ACC-DAB |
| Vickie | Hammontree | 6:07-CV-00437-ACC-DAB |
| Dianne | Handy | 6:07-CV-00434-ACC-DAB |
| Darlene | Hanna | 6:07-CV-00428-ACC-DAB |
| Lawanzo | Harris | 6:07-CV-00426-ACC-DAB |
| Lois | Hawkey | 6:07-CV-00422-ACC-DAB |
| Richard | Heglin | 6:07-CV-00420-ACC-DAB |
| Donna | Higdon | 6:07-CV-00419-ACC-DAB |
| Doris | Holt | 6:07-CV-00418-ACC-DAB |
| George C. | Horton, Jr. | 6:07-CV-00403-ACC-DAB |
| Clementine | Howard | 6:07-CV-00402-ACC-DAB |
| John D | Huddy | 6:07-CV-00401-ACC-DAB |
| Christina | Jackson | 6:07-CV-00399-ACC-DAB |
| David | Jordan | 6:07-CV-00400-ACC-DAB |
| Raymond | Kaufman | 6:07-CV-00398-ACC-DAB |
| Edward | Kibbee | 6:07-CV-00397-ACC-DAB |
| Doyle | Kotellos | 6:07-CV-00396-ACC-DAB |
| Janet | Kubiszak | 6:07-CV-00395-ACC-DAB |
| Jerry | Land | 6:07-CV-00394-ACC-DAB |
| Valerie | Lawson | 6:07-CV-00368-ACC-DAB |

| First Name | Last Name | MDL Case# |
|---|---|---|
| Leonard | Lewis | 6:07-CV-00335-ACC-DAB |
| David | Lumadue | 6:07-CV-00393-ACC-DAB |
| Caroline | MacDuffie | 6:07-CV-00435-ACC-DAB |
| Neil | Maday | 6:07-CV-00339-ACC-DAB |
| Carla | Mariner | 6:07-CV-00345-ACC-DAB |
| Rose | Marshall | 6:07-CV-00391-ACC-DAB |
| Regina | Mays | 6:07-CV-00390-ACC-DAB |
| Christine | McCall | 6:07-CV-00388-ACC-DAB |
| Mariann | McCunney | 6:07-CV-00386-ACC-DAB |
| Dana | McKinney | 6:07-CV-00377-ACC-DAB |
| Brenda | McNease | 6:07-CV-00376-ACC-DAB |
| Judith | Merritt | 6:07-CV-00337-ACC-DAB |
| Susan A. | Mizner | 6:07-CV-00374-ACC-DAB |
| Teresa | Montgomery | 6:07-CV-00334-ACC-DAB |
| Belinda | Montgomery | 6:07-CV-00371-ACC-DAB |
| Earnest | Moore | 6:07-CV-00367-ACC-DAB |
| Jerry | Moore, Jr. | 6:07-CV-00384-ACC-DAB |
| Helen | Mylott | 6:07-CV-00385-ACC-DAB |
| Helen | Narbonne | 6:07-CV-00387-ACC-DAB |
| Leonard | Neal | 6:07-CV-00389-ACC-DAB |
| Nina | Nelson | 6:07-CV-00392-ACC-DAB |
| Robin | Page | 6:07-CV-00410-ACC-DAB |
| Bryant | Palmer | 6:07-CV-00412-ACC-DAB |
| Elizabeth | Pancake | 6:07-CV-00414-ACC-DAB |
| Roberta | Paron | 6:07-CV-00519-ACC-DAB |
| Ronald | Pearson | 6:07-CV-00445-ACC-DAB |
| Iris | Porter | 6:07-CV-00405-ACC-DAB |
| Timothy | Potts | 6:07-CV-00406-ACC-DAB |
| Lorraine | Render | 6:07-CV-00407-ACC-DAB |
| Christopher | Ricardo | 6:07-CV-00408-ACC-DAB |
| Brenda | Rice | 6:07-CV-00411-ACC-DAB |
| Azalee | Rice | 6:07-CV-00409-ACC-DAB |
| Arthur | Roberts | 6:07-CV-00413-ACC-DAB |
| Bernadette | Robinson | 6:07-CV-00415-ACC-DAB |
| Melissa | Royster-Serrano | 6:07-CV-00416-ACC-DAB |
| Barbara | Santos | 6:07-CV-00417-ACC-DAB |
| Marilyn | Scarbrough | 6:07-CV-00421-ACC-DAB |
| Catherine | Sena | 6:07-CV-00423-ACC-DAB |
| Paula | Shay | 6:07-CV-00424-ACC-DAB |
| Susan | Small | 6:07-CV-00425-ACC-DAB |
| Mary | Smith | 6:07-CV-00427-ACC-DAB |
| Doris | Sweazy | 6:07-CV-00429-ACC-DAB |
| Sandra | Taylor | 6:07-CV-00430-ACC-DAB |

| First Name | Last Name | MDL Case# |
|---|---|---|
| Ronald A. | Thomason | 6:07-CV-00433-ACC-DAB |
| Connie | Walker | 6:07-CV-00436-ACC-DAB |
| Donna | Wallis | 6:07-CV-00440-ACC-DAB |
| Elizabeth | Weir | 6:07-CV-00438-ACC-DAB |
| Chris | Weiss | 6:07-CV-00431-ACC-DAB |
| Robin | Wells | 6:07-CV-00432-ACC-DAB |

DATED:  July 25, 2007

Respectfully submitted,

/s/ Russell Jackson Drake
Russell Jackson Drake
Mitchell M. Breit
E. Ashley Cranford
**WHATLEY DRAKE & KALLAS, LLC**
2001 Park Place North, Suite 1000
P.O. Box 10647
Birmingham, AL 35202-0647
Telephone (205)328-9576
Facsimile (205) 328-9669

Attorneys for Plaintiffs

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **July 25, 2007**, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the counsel listed on the attached Service List. I further certify that I mailed the foregoing document and the Notice of Electronic Filing by First-Class mail delivery to the non-CM/ECF Participants listed on the attached Service List.

Date:   July 25, 2007

/s/ Russell Jackson Drake
Russell Jackson Drake
Mitchell M. Breit
E. Ashley Cranford

Of Counsel:

**WHATLEY DRAKE & KALLAS, LLC**
2001 Park Place North, Suite 1000
P.O. Box 10647
Birmingham, AL 35202-0647
Telephone (205)328-9576
Facsimile (205) 328-9669

Attorney for Plaintiffs

5

**SERVICE LIST**
(As of May 15, 2007)

**In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>lroth@roth-law.com | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford, Esq.<br>Whatley Drake & Kallas, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com<br>ecf@wdklaw.com |

| | |
|---|---|
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street<br>36th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone:  (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,<br>Marguerite Devon French*** |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone:  (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL  32503<br>Telephone:  (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>mailto:jsale@aws-law.comksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone:  (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>(current address unknown)<br>***Pro Se*** |

7

| | |
|---|---|
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* |
| Thomas Campion, Esq.<br>Steven M. Selna<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>tcampion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>Post Office Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>***Attorney for Defendant AstraZenca, PLC*** | Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** |

8

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>*Attorney for Defendants, Astrazeneca Pharmaceuticals, LP and Astrazeneca LP* | Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| David P. Matthews, Esq.<br>Matthews & Associates<br>2905 Sackett<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Howard Nations<br>Lori A. Siler<br>4515 Yoakum Boulevard<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com |
| Salvatore M. Machi<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058 | Scott Burdine, Esq.<br>Hagans Burdine Montgomery Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |
| Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, Texas 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com | Lizy Santiago, Esq.<br>Abraham, Watkins, Nichols, Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>(713) 222-7211<br>lsantiago@abrahamwatkins.com |

| | |
|---|---|
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net | Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com |
| James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com | Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |