**EXHIBIT ONE**

# EXHIBIT 1

## Bailey Perrin Bailey, LLP

## List of Overdue Discovery

|     | Name | Case Number |
| --- | --- | --- |
| 1.  | Aings, Maritta | 6:2007cv13024 |
| 2.  | Barner, Jerry | 6:2007cv13071 |
| 3.  | Beard, Marshall | 6:2007cv12284 |
| 4.  | Coleman, Janis | 6:2007cv12380 |
| 5.  | Davis, Patricia | 6:2007cv12413 |
| 6.  | Eggers, Tammy | 6:2007cv12450 |
| 7.  | Guyer, Arlis | 6:2007cv13527 |
| 8.  | Hatfeld, Sherry | 6:2007cv13579 |
| 9.  | Jackson, Carisa | 6:2007cv13660 |
| 10. | Jirik, Mark | 6:2007cv10318 |
| 11. | Jones, Debra | 6:2007cv10531 |
| 12. | Jones-Hands, Pamela | 6:2007cv13709 |
| 13. | Jordan, Danny | 6:2006cv13710 |
| 14. | Mapes, Elizabeth | 6:2007cv12665 |
| 15. | Mclauchlin, Shirley | 6:2007cv13915 |
| 16. | Meadows, William | 6:2007cv13923 |
| 17. | Mincey, Gladys | 6:2007cv13947 |
| 18. | Mitchem, James | 6:2007cv13952 |

| | | |
|---|---|---|
| 19. | Nelms, Mary | 6:2007cv13996 |
| 20. | Nichols, Michael | 6:2007cv12733 |
| 21. | Phillips, Chante | 6:2007cv12760 |
| 22. | Powell, Evelyn | 6:2007cv14092 |
| 23. | Reeves, Dawn | 6:2007cv14137 |
| 24. | Richardson, Irene | 6:2007cv14150 |
| 25. | Shired, Palthera | 6:2007cv14265 |
| 26. | Singleton, Lula | 6:2007cv14273 |
| 27. | Stotts, Wayne | 6:2007cv14334 |
| 28. | Tillery, Ernest | 6:2007cv12908 |
| 29. | Tommie, Clifford | 6:2007cv14391 |
| 30. | Vigil, Patricia | 6:2007cv14429 |
| 31. | Wagers, Janice | 6:2007cv12941 |
| 32. | Williams, Julia | 6:2007cv14488 |