**EXHIBIT TWO**


Dechert
LLP

Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000  Main
+1 215 994 2222  Fax
www.dechert.com

**BRENNAN J. TORREGROSSA**

brennan.torregrossa@dechert.com
+1 215 994 2358  Direct
+1 215 655 2358  Fax

June 29, 2007

**VIA FACSIMILE & FIRST-CLASS MAIL**

K. Camp Bailey, Esquire
Bailey Perrin Bailey LLP
440 Louisiana Street, Suite 2100
Houston, TX 77002

Re:  In re: Seroquel Products Liability Litigation (MDL Docket No. 1769) –
     Notice of Overdue Discovery

Dear Camp:

I am writing concerning the Plaintiff Fact Sheets that your law firm served in April 2007. In addition to the cases we already identified as having overdue discovery due to a missing verification, we have identified the following additional cases with overdue discovery in that the Plaintiffs failed to serve records authorizations in April 2007. The attached chart lists those cases.

If completed and executed records authorizations are not served within twenty (20) days in those cases to Marjorie Shiekman, Esquire, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia PA 19104 or to seroquelpfs@dechert.com, AstraZeneca will move for dismissal pursuant to Case Management Order No. 2 and these cases may be dismissed. As I stated before, in an effort to move the discovery process forward, we will send deficiency letters in these cases despite the failures of the Plaintiffs identified above. We nonetheless consider discovery in those cases as overdue.

If you would like to discuss these issues further, please call me. I look forward to your response.

Sincerely,

Brennan J. Torregrossa

Enclosure

U.S. Austin Boston Charlotte Harrisburg Hartford New York Newport Beach Palo Alto Philadelphia Princeton
San Francisco Washington DC  EUROPE Brussels London Luxembourg Munich Paris

## Bailey Perrin Bailey, LLP

## List of Bailey Missing Authorizations — April 2007

|     |                    |
| --- | ------------------ |
| 1.  | Aings, Maritta     |
| 2.  | Barner, Jerry      |
| 3.  | Barrera, Gonzalo   |
| 4.  | Beard, Marshall    |
| 5.  | Brown, Darcelia    |
| 6.  | Brown, Deborah     |
| 7.  | Coleman, Janis     |
| 8.  | Collins, Alvin     |
| 9.  | Davis, Patricia    |
| 10. | Dixon, William     |
| 11. | Dotson, Kristine   |
| 12. | Echols, Brenda     |
| 13. | Edwards, Cathy     |
| 14. | Eggers, Tammy      |
| 15. | Gonzalez, Eloisa   |
| 16. | Guyer, Arlis       |
| 17. | Guzman, Margarita  |
| 18. | Hall, Bruce        |

| | |
|---|---|
| 19. | Harris, Brunette |
| 20. | Hatfeld, Sherry |
| 21. | Holland, Mary |
| 22. | Ivers, Terry |
| 23. | Jackson, Carisa |
| 24. | Jirik, Mark |
| 25. | Jones, Debra |
| 26. | Jones-Hands, Pamela |
| 27. | Jordan, Danny |
| 28. | Kersey, Barbara |
| 29. | Krapf, Ronald |
| 30. | Lyles, Joyce |
| 31. | Mapes, Elizabeth |
| 32. | McCall, Ian |
| 33. | Mclaughlin, Shirley |
| 34. | Meadows, Wiliam |
| 35. | Mills, Henry |
| 36. | Mincey, Gladys |
| 37. | Mitchell, James |
| 38. | Mitchem, James |
| 39. | Muse, Karen |
| 40. | Nelms, Mary |

| | |
|---|---|
| 41. | Nichols, Michael |
| 42. | Peterson, Tyler |
| 43. | Phillips, Chante |
| 44. | Pokrywka, Lucy |
| 45. | Powell, Evelyn |
| 46. | Reeves, Dawn |
| 47. | Richardson, Irene |
| 48. | Shired, Palthera |
| 49. | Singleton, Lula |
| 50. | Smith-Roberts, Cynthia |
| 51. | Standish, Joyce c |
| 52. | Stewart, Debra |
| 53. | Stotts, Wayne |
| 54. | Swann, Belinda |
| 55. | Thompson, Charles |
| 56. | Tillery, Ernest |
| 57. | Tommie, Clifford |
| 58. | Tucker, Vickie |
| 59. | Vigil, Patricia |
| 60. | Villagomez, Lorenzo |
| 61. | Villareal, Ana |

| | |
|---|---|
| 62. | Wagers, Janice |
| 63. | Williams, Julia |
| 64. | Williamson, Barbara |
| 65. | Young, Darlene |
| 66. | Scott, Beatrice |