**EXHIBIT THREE**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

ALL CASES IN EXHIBIT 1

---

      IT IS ON THIS _____ day of _____, 2007 **ORDERED** as follows:

All of the claims of Plaintiffs listed in Exhibit 1 to this Order only are **DISMISSED WITH PREJUDICE** for failure to timely serve upon Defendants a completed PFS with all requested information, documents, and authorizations.


DATED: _____            _____
                                                                      **ORDERED BY THE COURT**

# EXHIBIT 1

## Bailey Perrin Bailey, LLP

## List of Overdue Discovery

|     |                     |                |
| --- | ------------------- | -------------- |
| 1.  | Aings, Maritta      | 6:2007cv13024  |
| 2.  | Barner, Jerry       | 6:2007cv13071  |
| 3.  | Beard, Marshall     | 6:2007cv12284  |
| 4.  | Coleman, Janis      | 6:2007cv12380  |
| 5.  | Davis, Patricia     | 6:2007cv12413  |
| 6.  | Eggers, Tammy       | 6:2007cv12450  |
| 7.  | Guyer, Arlis        | 6:2007cv13527  |
| 8.  | Hatfeld, Sherry     | 6:2007cv13579  |
| 9.  | Jackson, Carisa     | 6:2007cv13660  |
| 10. | Jirik, Mark         | 6:2007cv10318  |
| 11. | Jones, Debra        | 6:2007cv10531  |
| 12. | Jones-Hands, Pamela | 6:2007cv13709  |
| 13. | Jordan, Danny       | 6:2006cv13710  |
| 14. | Mapes, Elizabeth    | 6:2007cv12665  |
| 15. | Mclauchlin, Shirley | 6:2007cv13915  |
| 16. | Meadows, William    | 6:2007cv13923  |
| 17. | Mincey, Gladys      | 6:2007cv13947  |
| 18. | Mitchem, James      | 6:2007cv13952  |

| | | |
|---|---|---|
| 19. | Nelms, Mary | 6:2007cv13996 |
| 20. | Nichols, Michael | 6:2007cv12733 |
| 21. | Phillips, Chante | 6:2007cv12760 |
| 22. | Powell, Evelyn | 6:2007cv14092 |
| 23. | Reeves, Dawn | 6:2007cv14137 |
| 24. | Richardson, Irene | 6:2007cv14150 |
| 25. | Shired, Palthera | 6:2007cv14265 |
| 26. | Singleton, Lula | 6:2007cv14273 |
| 27. | Stotts, Wayne | 6:2007cv14334 |
| 28. | Tillery, Ernest | 6:2007cv12908 |
| 29. | Tommie, Clifford | 6:2007cv14391 |
| 30. | Vigil, Patricia | 6:2007cv14429 |
| 31. | Wagers, Janice | 6:2007cv12941 |
| 32. | Williams, Julia | 6:2007cv14488 |