# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

_____/

**Case No. 6:06-md-1769-Orl-22DAB**

## ORDER

On July 23, 2007, this Court designated five plaintiffs for August case-specific discovery. *See* Doc. 290. Pursuant to the Order, each party was to show cause in writing by electronically filing any objections to the Court-designated cases. On July 24, 2007, AstraZeneca objected to one of the Court-designated plaintiffs, Brenda Echols (MDL Case No. 6:07-cv-15710-ACC-DAB), as being absent from the Eligible Plaintiffs List. *See* Doc. 308. The Court acknowledges AstraZeneca's objection as proper and, accordingly, strikes Brenda Echols from the Court's list of plaintiffs designated for August case-specific discovery. As a replacement, the Court designates Sharon Duvall (MDL Case No. 6:07-cv-12433-ACC-DAB). There being no further objections to the Court's designations, all other plaintiffs chosen by the Court for August case-specific discovery shall remain the same.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 26, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge