# EXHIBIT 2



**BAILEY PERRIN BAILEY**
*A Registered Limited Liability Partnership*

THE LYRIC CENTRE
440 LOUISIANA, SUITE 2100
HOUSTON, TEXAS 77002
(713) 425-7100 BUSINESS
(713) 425-7101 FACSIMILE

July 12, 2007

**Via FedEx Priority Overnight**
Mr. Brennan J. Torregrossa
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808

Re:   In re: Seroquel products Liability Litigation
      (MDL Docket No. 1769)
      Plaintiff, Terry Wilson

Dear Brennan:

Please find enclosed a CD containing a total of 25 (twenty-five) fully executed Acknowledgements and HIPAA Authorizations, for Plaintiffs designated in May. Also included on the CD is a completed Fact Sheet for Plaintiff, Terry Wilson. I have included an accompanying list for your convenience. We will continue to provide you with additional Acknowledgements and HIPAAs as soon as they are received from our clients.

If you have any further questions regarding this matter please do not hesitate to contact me or Camp.

Respectfully,

Sundeep S. Grewel
Attorney at Law

Enclosures:  As stated

cc:   Mr. Camp Bailey  [Firm]

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production - Set V (May 30, 2007)**
**List of 25 Acknowledgements and HIPAA Authorizations**
July 12, 2007

|    | Last Name  | First Name |
|----|------------|------------|
| 1  | Buttram    | Michael    |
| 2  | Chance     | Nancy      |
| 3  | Eblen      | Michael    |
| 4  | Flores     | Engracia   |
| 5  | Goff       | Dianna     |
| 6  | Haley      | Ella       |
| 7  | Hinson     | Kimberly   |
| 8  | Jackson    | Cherie     |
| 9  | Jones      | Debra      |
| 10 | Kramer     | George     |
| 11 | Licker     | Jeffrey    |
| 12 | McDougle   | Dorothy    |
| 13 | Moore      | James      |
| 14 | Petruna    | Peggy      |
| 15 | Ruggles    | William    |
| 16 | Sanchez    | Penny      |
| 17 | Schaeffer  | Robert     |
| 18 | Schillaci  | James      |
| 19 | Simmons    | Carlos     |
| 20 | Smith      | Pam        |
| 21 | Sood       | Alberta    |
| 22 | Sundquist  | Jessica    |
| 23 | Thomas     | Lorraine   |
| 24 | Wood       | Jason      |
| 25 | Woods      | Brian      |

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production - Set V (May 30, 2007)**
**List of 1 Fact Sheet with Acknowledgement and HIPAA Authorization**
July 12, 2007

|   | Last Name | First Name |
|---|-----------|------------|
| 1 | Wilson    | Terry      |

# FedEx | Ship Manager | Label

Page 1 of 1

**From:** Origin ID: EIXA (713)425-7100
Heather Santiago
Bailey Perrin Bailey, LLP
440 Louisiana St.
Suite 2100
Houston, TX 77002



FedEx Express

E

CLS052907/21/23

**Ship Date:** 12JUL07
**ActWgt:** 1 LB
**System#:** 9787328/INET7061
**Account#:** S *********

Delivery Address Bar Code

**Ref #** Seroquel -HIPAAs & Ack.
**Invoice #**
**PO #**
**Dept #**

**SHIP TO:** (215)994-4000         **BILL SENDER**
**Brennan Torregrossa**
**Dechert, LLP**
**Cira Centre**
**2929 Arch Street**
**Philadelphia, PA 191042808**

**TRK#** 7902 9067 6079
0201

**FRI - 13JUL**       **A1**
**PRIORITY OVERNIGHT**



**XB-ESPA**

**PHL**
**PA-US**
**19104**

---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/ship/domesticShipmentAction.do?method=doShipContinue         7/12/2007

## Heather Santiago

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, July 13, 2007 8:59 AM
**To:** Heather Santiago
**Subject:** FedEx Shipment 790290676079 Delivered

```
This tracking update has been requested by:

Company Name: Bailey Perrin Bailey, LLP

Name:  Heather Santiago

E-mail:  hsantiago@bpblaw.com


Our records indicate that the following shipment has been delivered:

Tracking number:              790290676079
Reference:                    Seroquel -HIPAAs & Ack.
Ship (P/U) date:              Jul 13, 2007
Delivery date:                Jul 13, 2007 9:49 AM
Sign for by:                  C.STREETER
Delivered to:                 Receptionist/Front Desk
Service type:                 FedEx Priority Overnight
Packaging type:               FedEx Envelope
Number of pieces:             1
Weight:                       0.50 lb.

Shipper Information           Recipient Information
Heather Santiago              Brennan Torregrossa
Bailey Perrin Bailey, LLP     Dechert, LLP
440 Louisiana St.             Cira Centre
Suite 2100                    2929 Arch Street
Houston                       Philadelphia
TX                            PA
US                            US
77002                         191042808

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:59 AM  CDT
on 07/13/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.
```

7/13/2007