# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In Re:

Seroquel Products Liability Litigation,

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker<br>United States<br>Magistrate Judge | DATE AND TIME | Thursday<br>July 26, 2007<br>9:30-1:20<br>2:05-7:15 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Sandy Tremel |
| COUNSEL/PLTF. | Scott Allen<br>Camp Bailey<br>F. Kenneth Bailey<br>Dennis Canty<br>Lawrence Gornick<br>Richard Laminack<br>Buffy Martines<br>Paul Pennock<br>Larry Roth<br>Fletch Trammell<br>Holly Wheeler | COUNSEL/DEF. | Liz Balakhani<br>Robert Ciottai<br>Andrew Dupre<br>Fred Magaziner<br>Stephen J. McConnell<br>James Freebery<br>Eben Flaster |

Evidentiary Hearing on Motion for Discovery Sanctions (Doc.#256)

Case called, appearances taken
Procedural setting by court
Plaintiff counsel Gornick proceeds with opening statement
Plaintiff witness John Martin sworn and testifies
Cross-examination of Mr. Martin by defense counsel McConnell
Re-direct of Mr. Martin, by plaintiff counsel Gornick
Plaintiff witness Jonathan Jaffe sworn and testifies
Cross-examination of Mr. Jaffe by defense counsel
Court inquires of witness Mr. Jaffe
Plaintiff rests
Defense opening statement by counsel McConnell
Defense witness Andrew Dupre sworn and testifies, examined by Freebery

Page 2: Minutes

Cross-examination of Mr. Dupre, by plaintiff counsel Gornick
Court inquires of Mr. Dupre
Court admits all exhibits tendered today; exhibits to be scanned by the clerk and counsel is directed to review exhibits and paper exhibit will then be discarded
Defense counsel McConnell presents two reading submissions and presents case law
Defense rests
Court to take matter under advisement and issue ruling