U.S. District Court
Middle District of Florida

PLAINTIFF EXHIBIT

Exhibit No. 100
Case No. 06md 1769-Orl-22DAB
In Re: Seroquel Products Liability Litigation

Date Identified: JUL 2 6 2007
Date Admitted: JUL 2 6 2007

From: Meulien, Didier
Sent: April 12, 2005 6:22 AM
To: Spencer, Pam A; Boorstein, John (Jack); Carlson, Glenn F; Rohini; Darko, Denis; Eney, Howard; Faulds, Gary; Sullivan, Zoltan; Winter, Helen R
Cc: Huizar, Karin
Subject: RE: UPDATED Seroquel Study 041 - list of tasks to be co[mpleted]

Dear Pam,

Some answers from Karin and I:

AEs

- Diabetes related adverse events: it is confirmed that in the search based on th[e]
for related diabetes events there is no longer weight (the terms are disclosed in [the]
Specific interests)
but in 0041, in the SAP, weight was part of it.

0041: search terms based on 0041 SAP:
- Adverse events related to diabetes include thirst, polyuria, urinary frequency, weight increase, hyperglycemia, diabetes mellitus, ketosis, coma diabetic, glycosuria, and glucose tolerance decreased.

vs

Areas of specific interest doc:
Extracted from the last draft doc sent to all CTDs for final review last week by Christina:
The following MedDRA terms were searched: anti-insulin antibody increased, anti-insulin antibody positive, blood glucose abnormal, blood glucose fluctuation, blood glucose increased, blood insulin abnormal, blood insulin decreased, blood insulin increased, blood insulin C-peptide abnormal, blood insulin C-peptide decreased, blood insulin C-peptide increased, blood proinsulin abnormal, blood proinsulin decreased, blood proinsulin increased, dawn phenomenon, diabetes mellitus, diabetes mellitus inadequate control, diabetes mellitus insulin dependent, diabetes mellitus non-insulin dependent, diabetes with hyperosmolarity, diabetic coma, diabetic complication, diabetic hyperglycaemic coma, diabetic hyperosmolar coma, diabetic hyperosmolar non-ketoacidosis, diabetic ketoacidosis, diabetic ketoacidotic hyperglycaemic coma, glucose tolerance decreased, glucose tolerance impaired, glucose tolerance test abnormal, glucose urine present, glycosylated haemoglobin increased, hyperglycaemia, hyperinsulinaemia, hyperinsulinism, impaired fasting glucose, impaired insulin secretion, increased insulin requirement, insulin resistance, insulin resistance syndrome, insulin resistant diabetes, insulin-requiring type II diabetes mellitus, insulin tolerance test abnormal, metabolic disorder, somogyi phenomenon, polydipsia, polyuria, thirst, blood ketone body present, blood ketone body increased, neonatal diabetes mellitus, glycosuria during pregnancy, gestational diabetes, glucose tolerance impaired in pregnancy, diabetes complicating pregnancy.

Suggestion to be discussed: leave COSTART as it is and explain the differences why the search on the MEDRA terms does not include weight any longer - We are in favor of this

Arguments:

AZ/SER 0914388

- weight is not a diabetes related event. It is a risk factor for Diabetes mellitus but a patient having a weight gain does not mean that the patient has Diabetes Mellitus (fortunately).
- Then the new search terms for generating MeDRA is much more appropriate as it includes a greater number of terms that are clinically meaningful when it comes to relation to diabetes mellitus. It translates much better the specific interest of AZ on the related diabetes and metabolic events....

- EPS related adverse events: again we have differences in the search terms since the EPS term list has been revised and reviewed with final update last year -

0041 SAP:

Adverse events related to EPS include abnormal gait, akathisia, ataxia, buccoglossal syndrome, choreoathetosis, dysarthria, dyskinesia, dystonia, hyperkinesia, hypotonia, incoordination, movement disorders, myoclonus, oculogyric crisis, tardive dyskinesia, trismus, twitching, and the Parkinsonism adverse events of akinesia, cogwheel rigidity, extrapyramidal syndrome, hypertonia, hypokinesia, neck rigidity and tremor.
vs

Areas of specific interest doc:
Extracted from the last draft doc sent to all CTDs for final review last week by Christina:
The following MedDRA terms were searched: akathisia, akinesia, athetosis, bradykinesia, buccoglossal syndrome, cervical spasm, chorea, choreoathetosis, cogwheel rigidity, drooling, dyskinesia, dyskinesia oesophageal, dystonia, extrapyramidal disorder, freezing phenomenon, gait festinating, grimacing, hyperkinesia, hypertonia, hypokinesia, masked facies, micrographia, movement disorder, muscle contractions involuntary, muscle rigidity, nuchal rigidity, oculogyration, opisthotonus, parkinsonian gait, parkinsonism, pleurothotonus, posturing, psychomotor hyperactivity, restlessness, tardive dyskinesia, torticollis, tremor.

Suggestion to be discussed: leave COSTART as it is and explain the differences why the search on the MEDRA terms does not match the previous search terms used for generating COSTART - We are in favor of this.

- Table previous psychoactive drugs: we have defined a new table during our meeting with Martin - Do we apply it for 0041 or just at the Clin Efficacy Summary

Remark: BOLDER I was coded originally in MeDRA so no issue with COSTART but i could not get the answer whether they have been using the most updated search terms for generating the MeDRA for diabetes related events and EPS related events.

Best regards
Didier

-----Original Message-----
**From:** Spencer, Pam A
**Sent:** den 7 april 2005 16:56
**To:** Boorstein, John (Jack); Carlson, Glenn F; Chitra, Rohini; Darko, Denis; Eney, Howard; Faulds, Gary; Huizar, Karin; Meullen, Didier; Sullivan, James S; Thinsz, Zoltan; Winter, Helen R
**Subject:** UPDATED Seroquel Study 041 - list of tasks to be completed

I forgot to include SAE reconciliation in the previous list
-----------------------------------------------------------

AZ/SER 0914389

Dear All,

Here are the items or tasks that we identified during today's submission team meeting as critical to data interpretation and CSR completion for Study 041:

- SAE reconciliation - Clintrace vs study database
- Delivery of MedDRA AE tables
- Resolution of outstanding data issues (eg, weight units)
- Tables for safety areas of special interest per current Seroquel standards (can probably use programming specs for BP depression - need to check with Nadine Everett)
- Review of SAP and revision of planned analyses as necessary for consistency with submission standards, eg, removal of weight from analysis of events potentially related to diabetes - Didier to check with Karin, Karin to coordinate with Dennis Sweitzer, assigned statistician for Study 041
- Complete TFLs

Please review this list and send me any corrections or additions by Tuesday 12 April.

Thanks,

Pam

AZ/SER 0914390