Unknown

**From:** Leong, Ronald
**Sent:** Monday, August 16, 2004 3:07 PM
**To:** Bandru, Michael; Diffenderfer, Lynn; Gelman, Michele; Mun[...]; Boornazian, Lisa; Lozano, Helen; Rolfe, Deborah; Warner, L[...]
**Subject:** FW: SEROQUEL Pregnancy Registry?

U.S. District Court
Middle District of Florida
PLAINTIFF EXHIBIT
Exhibit No. 101
Case No. 06 md 1769-Orl 22
In Re: Seroquel Products   DAB
v.
Date Identified: JUL 2 6 2007
Date Admitted: JUL 2 6 2007

All,

FYI. We occasionally receive questions about whether we have a Seroquel Pregnancy R[egistry. The] answer is "no", I provided a more in depth explanation to a recent question from "the fiel[d" from a] Information Scientist. The MISs keep in contact with thought leaders and receive variou[s questions. Most of] the time they can answer the question by themselves or with help from Medical Resourc[es. Occasionally the] question gets forwarded to Safety. Since he found this explanation helpful, I am forward[ing it to you for future] questions on this topic.

Regards,

Ron

-----Original Message-----
**From:** Barber, Michael F
**Sent:** Monday, August 16, 2004 2:44 PM
**To:** Leong, Ronald; Kohler, Frederick W
**Subject:** RE: SEROQUEL Pregnancy Registry?

This is extremely helpful, and really corrects some of the misconceptions I've been led to in past discussions with several folks.

Thank you both!

Sincerely,
mike
*Michael J. Barber*
Michael F. Barber, Pharm.D., BCPP
Sr. Medical Information Scientist - CNS
AstraZeneca LP
2639 Mesa Verde Dr.
League City, TX 77573
Home Office (281) 337-7870
Mobile (832) 687-8602

-----Original Message-----
**From:** Leong, Ronald
**Sent:** Friday, August 13, 2004 11:48 AM
**To:** Kohler, Frederick W
**Cc:** Barber, Michael F
**Subject:** RE: SEROQUEL Pregnancy Registry?

Fred,

As discussed, we do not have a pregancy registry for Seroquel. What we have is our spontaneous adverse event reporting system, under which we record in our safety database reoprts of Seroquel exposure during pregnancy that are reported to us by patients or health care providers. We send a follow-up letter after the expected delivery date. Most of the time we don't get a response back. When we do, we record it in our safety database. We also receive reports where the first we learn about the pregancy is after delivery. Usually these have some kind of adverse event, e.g. congenital anomaly, miscarriage. Usuaully we don't receive reports where the first we learn about the pregnancy is after delivery and the outcome is normal.

AZ/SER 0493213

The reports we receive are treated as any other adverse event report. We don't disclose numbers or details to health care providers. We have discussed publishing an analysis of these reports, but due to higher priority issues (e.g. requests from regulatory authorities), we have not yet done so. Of course, if there would be a publication, it would have undergone internal company review, and obviously a publication could be provided to health care providers.

Also, I found the FDA Draft Guidance document on establishing pregnancy registries, and I have excerpted the definition from this draft Guidance:

A pregnancy exposure registry is a prospective observational study that actively collects information on medical product exposure during pregnancy and associated pregnancy outcomes. Pregnancy exposure registries differ from other postmarketing surveillance techniques, such as birth defect registries and spontaneous reporting of adverse drug reactions, in that pregnant women are enrolled before the outcome of pregnancy is known. These other surveillance methods are retrospective with enrollment typically based on an adverse outcome, such as an infant born with a birth defect, and risk factors are determined by looking backwards in time. Pregnancy exposure registries proceed from the point of drug exposure, however, so that a single registry can collect data on many pregnancy outcomes. This prospective orientation is an important feature - and the major strength - of the pregnancy exposure registry design.

As you can see from the definition, what we have is different than a registry.

If desired, I can provide for internal use only a copy of an analysis of pregnancy reports from our safety database through October, 2002. We review reports of pregancy on an ongoing basis, e.g. for the annual Periodic Safety Update Report [PSURs], which is submitted to regulatory authorities worldwide, but we have not conducted cumulative review of all reports since October, 2002. (These PSURs review reports for a 12 month period.)

In response to a question about usage in pregancy, we would refer to the USPI, and a standard response.

I hope this addresses the question.

Regards,

Ron

-----Original Message-----
From:       Kohler, Frederick W
Sent:       Friday, August 13, 2004 9:23 AM
To:         Leong, Ronald
Cc:         Barber, Michael F
Subject:    SEROQUEL Pregnancy Registry?

Hi Ron,

Does a pregnancy registry exist for SEROQUEL? Please refer to CNS MIS Mike Barber's audix message attached to this e-mail and kindly copy him with your response.

<< File: SEROQUEL Pregnancy Registry.wav >>

Regards,

Fred

*Frederick W. Kohler, Jr., RPh, PhD*
Sr. Medical Information Manager – Specialty Care
Medical Resources, Medical Affairs
AstraZeneca Pharmaceuticals
FOC SE1-725
Tel: 302-885-4415
Toll Free: 800-456-3669 x54415
Mobile: 610-405-0375
Fax: 302-885-0990
Telework Phone & Fax: 484-444-0387

2

AZ/SER 0493214

AZ/SER 0493215