**Unknown**

| | |
|---|---|
| **From:** | Murray, Michael F (Seroquel) |
| **Sent:** | Thursday, January 05, 2006 10:11 AM |
| **To:** | 'Kimberly Stanley';Barton, Laura;DJ Hanson |
| **Cc:** | Kim Stanley;Janine Panico;marwrite@aol.com;maderosa@opt ... Cindy;Domine, Lisa I;Chavoshi, Soheil |
| **Subject:** | Murray edits!!!  RE: Latest Brand Strategy Presentation 1-04 |
| **Importance:** | High |
| **Attachments:** | Murray edits 1_5 SER_DEM_BS_v4a_0104_ds1.doc |

U.S. District Court
Middle District of Florida

PLAINTIFF EXHIBIT

Exhibit No. _102_

Case No. _06 md 1769-Orl-22_
DAB

IN RE:
Seroquel Products
Liability Litigation

Date Identified:   JUL  2 6 2007
Date Admitted:    JUL  2 6 2007

Murray edits 1_5
SER_DEM_BS_v4...

Kim and DJ,

I made some edits in the document attached.  I thought you guys were
some of the languaging so it all ties together with the rest of the presentations, it
seems to be exactly as I sent it (with the addition of speaker notes).  What is the
timeline to turn those changes around?  Please advise.  Thanks

Mike


-----Original Message-----
From: Kimberly Stanley [mailto:kimberlystanley@mac.com]
Sent: Thursday, January 05, 2006 12:11 AM
To: Barton, Laura; Murray, Michael F (Seroquel)
Cc: Kim Stanley; Janine Panico; marwrite@aol.com; maderosa@optonline.net; DJ Hanson
Subject: Latest Brand Strategy Presentation 1-04

G

1

CONFIDENTIAL
AZSER 08028011