UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

IN RE: Seroquel Products Liability Litigation          Case No. 6:06-md-1769-Orl-22DAB
MDL DOCKET No. 1769 (All Cases)

_____/

# AMENDED EXHIBIT LIST

____Government   ____Plaintiff   _X_ Defendant   ____Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | JUL 2 6 2007 | | | September 11, 2006 Order |
| 2. | | JUL 2 6 2007 | | | November 10, 2006 Letter from R. Miller to C. Bailey enclosing Seroquel® IND and NDA |
| 3. | | JUL 2 6 2007 | | | March 2, 2007 MDL Hearing Transcript; 5:14-20 plaintiffs indicate they have received and reviewed a complete copy of the Seroquel® IND and NDA. |
| 4. | | JUL 2 6 2007 | | | April 12, 2007 MDL Hearing Transcript; 8:24-9:7 plaintiffs raise CANDA database |
| 5. | | JUL 2 6 2007 | | | May 11, 2007 Letter from F. Magaziner to P. Pennock regarding CANDA |
| 6. | | JUL 2 6 2007 | | | E-mail correspondence regarding document production |

ORL#754524.1

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 7. | | JUL 2 6 2007 | | | June 10, 2007 Letter from J. Yeager to J. Jaffe enclosing CANDA |
| 8. | JUL 2 6 2007 | JUL 2 6 2007 | Dupre | | Original Production of Organizational Charts |
| 9. | JUL 2 6 2007 | JUL 2 6 2007 | Dupre | | Additional Organizational Charts Produced |
| 10. | JUL 2 6 2007 | JUL 2 6 2007 | Dupre | | Organizational Charts Produced at the 30(b)(6) Deposition of Ann Booth-Barbarin. |
| 11. | JUL 2 6 2007 | JUL 2 6 2007 | Dupre | | Organizational Charts Produced at the 30(b)(6) Deposition of Jamie Mullen |
| 12. | JUL 2 6 2007 | JUL 2 6 2007 | Dupre | | Organizational Charts Produced at the 30(b)(6) Deposition of Vita Petrick |
| 13. | JUL 2 6 2007 | JUL 2 6 2007 | Dupre | | Organizational Charts Produced at the 30(b)(6) Deposition of Katherine Bradley |
| 14. | JUL 2 6 2007 | JUL 2 6 2007 | Dupre | | Organizational Charts Produced at the 30(b)(6) Deposition of Charles Peipher |
| 15. | JUL 2 6 2007 | JUL 2 6 2007 | Dupre | | July 16, 2007 e-mail from K. Kerns to P. Pennock regarding organizational charts produced |

ORL#754524.1

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 16. | | JUL 2 6 2007 | | | Chart tracking AstraZeneca's document production to date |
| 17. | | JUL 2 6 2007 | | | Chart illustrating AstraZeneca's production of electronic documents |
| 18. | JUL 2 6 2007 | JUL 2 6 2007 | Dupree | | June 7, 2007 Joint Statement of Resolved Issues |
| 19. | | JUL 2 6 2007 | | | June 8, 2007 Order |
| 20. | | JUL 2 6 2007 | | | CMO 2 |
| 21. | | JUL 2 6 2007 | | | June 1, 2007 letter from J. Freebery to M. Pederson responding to technical issues |
| 22. | JUL 2 6 2007 | JUL 2 6 2007 | Dupre | | June 7, 2007 e-mail from M. Pederson to A. Dupre acknowledging that technical issues may arise |
| 23. | | JUL 2 6 2007 | | | June 13, 2007 correspondence from A. Dupre to M. Pederson regarding update on technical issues |
| 24. | | JUL 2 6 2007 | | | July 18, 2007 letter from J. Yeager to J. Jaffe addressing technical issues regarding custodial production |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 25. | JUL 2 6 2007 | JUL 2 6 2007 | Dupre | | E-mail correspondence regarding AstraZeneca's resolution of technical issues |
| 26. | JUL 2 6 2007 | JUL 2 6 2007 | Dupre | | June 12, 2007 e-mail from A. Dupre to M. Pederson attaching amended certification |
| 27. | JUL 2 6 2007 | JUL 2 6 2007 | Dupre | | June 26, 2007 e-mail from M. Pederson to J. Freebery regarding approval of certification |
| 28. | | JUL 2 6 2007 | | | June 29, 2007 letter from A. Winchester to M. Pederson and C. Bailey confirming completion of custodial production. |
| 29. | | JUL 2 6 2007 | | | November 15, 2006 correspondence from Plaintiffs regarding preservation order; discussion regarding use of search terms |
| 30. | JUL 2 6 2007 | JUL 2 6 2007 | Dupre | | April 30, 2007 Certification of Complete Custodial Production and List of Search Terms |
| 31. | | JUL 2 6 2007 | | | December 24, 2006 e-mail to Plaintiffs identifying 80 custodians |
| 32. | | JUL 2 6 2007 | | | Chart listing first 80 custodians and their positions at AstraZeneca by year |

ORL#754524.1

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 33. | | JUL 2 6 2007 | | | Chart listing positions held by Kimberly Busch at AstraZeneca |
| 34. | | JUL 2 6 2007 | | | Correspondence regarding definition of custodial file |
| 35. | | JUL 2 6 2007 | | | May 7, 2007 letter from J. Yeager to J. Jaffe enclosing portion of custodial production |
| 36. | | JUL 2 6 2007 | | | May 8, 2007 letter from A. Winchester to P. Pennock and C. Bailey confirming production of nine custodians |
| 37. | | JUL 2 6 2007 | | | May 14, 2007 letter from J. Yeager to J. Jaffe enclosing portion of custodial production |
| 38. | | JUL 2 6 2007 | | | May 22, 2007 letter from J. Yeager to J. Jaffe enclosing portion of custodial production |
| 39. | | JUL 2 6 2007 | | | May 30, 2007 letter from J. Yeager to J. Jaffe enclosing portion of custodial production |
| 40. | | JUL 2 6 2007 | | | May 31, 2007 letter from J. Yeager to J. Jaffe enclosing portion of custodial production |
| 41. | | JUL 2 6 2007 | | | June 25, 2007 letter from J. Yeager to J. Jaffe enclosing portion of custodial production |

ORL#754524.1

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 42. | | JUL 2 6 2007 | | | July 2, 2007 letter from J. Yeager to J. Jaffe enclosing documents responsive to Plaintiffs' Amended Request for Production |
| 43. | | JUL 2 6 2007 | | | Jon Dowling 30(b)(6) Transcript May 9, 2007 |
| 44. | | JUL 2 6 2007 | | | Jon Dowling 30(b)(6) Transcript May 10, 2007 |
| 45. | | JUL 2 6 2007 | | | Jon Dowling Resume |
| 46. | | JUL 2 6 2007 | | | Darryl Draper 30(b)(6) Transcript May 17, 2006 |
| 47. | | JUL 2 6 2007 | | | Darryl Draper 30(b)(6) Transcript May 18, 2007 |
| 48. | | JUL 2 6 2007 | | | E-mail correspondence between A. Dupre and M. Pederson regarding databases |
| 49. | | JUL 2 6 2007 | | | June 29, 2007 e-mail from S. McConnell to P. Pennock regarding databases |
| 50. | JUL 2 6 2007 | JUL 2 6 2007 | Dupre | | July 2, 2007 e-mail from A. Dupre to M. Pederson attaching completed survey sheet requested by Plaintiffs |

ORL#754524.1

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 51. | | JUL 2 6 2007 | | | Correspondence regarding meet and confer on Plaintiffs' sanctions motion |
| 52. | | JUL 2 6 2007 | | | May 31, 2007 letter from J. Freebury to M. Pederson regarding resolution of technical issues |
| 53. | | JUL 2 6 2007 | | | June 5, 2007 email from M. Pederson to J. Freebury regarding resolution of technical issues |
| 54. | | JUL 2 6 2007 | | | December 11, 2006 MDL Hearing Transcript |
| 55. | | JUL 2 6 2007 | | | March 2, 2007 MDL Hearing Transcript |
| 56. | | JUL 2 6 2007 | | | April 12, 2007 MDL Hearing Transcript; 12:12-13:21, 30:24-31:16 |
| 57. | JUL 2 6 2007 | JUL 2 6 2007 | Martin | | Buxton University website |
| 60. | JUL 2 6 2007 | JUL 2 6 2007 | Martin | | EDD Labs, Inc. website |
| 61. | JUL 2 6 2007 | JUL 2 6 2007 | Martin | | Cricket Tech. website |
| 62. | JUL 2 6 2007 | JUL 2 6 2007 | Martin | | Domain statute |
| 66. | JUL 2 6 2007 | JUL 2 6 2007 | Martin Jaffe | | Document Start: 2416160 |
| 67. | JUL 2 6 2007 | JUL 2 6 2007 | Jaffe | | Clinical Studies document |

ORL#754524.1