

**U.S. District Court**
**Middle District of Florida**

**DEFENDANT'S EXHIBIT**

Exhibit No. 57

Case Number: 6:06-md-1769-0r1-22DA

In RE: Seroquel Products Liability Litigation

Date Identified: JUL 2 6 2007
Date Admitted: JUL 2 6 2007

Buxton University has been serving the cause of education since 1991. We are the number one educational choice of over 56,000 students and working professionals. We are fully accredited, and our programs enjoy worldwide acceptability. We offer educational programs and services tailored to fit the schedules and career goals of students and working professionals. Buxton's curriculum is based on richly rewarding programs, offering a diverse range of accredited bachelor's, master's and doctorate degrees. Buxton is truly a place for personal and professional development.


New Students Click Here

### About Buxton University

- The introduction of fifteen new majors in the bachelor's program is under consideration with Buxton's board of trustees.
- Buxton has been cited as the number one educational resource in Campus Bytes, a magazine for students.

### Why Buxton?

- We are an internationally recognized on-line university, serving the cause of distance education.
- We are accredited by the World Online Education Accrediting Commission (WOEAC) and the Board of Online Universities Accreditation (BOUA).
- We offer a wide range of courses to help you excel in your career.

**New Students Guide**

### Most Enrolled Degree Programs

- Education
- Nursing
- Accounting
- Mechanical Engineering
- Criminal Justice
- Social Work
- Business Administration
- Marketing
- Information Technology
- Biblical Studies



Request our free manual and make an informed decision! Click here


**Master's Degree**
A total of **65 credit h** to complete the mast program. More.


**Doctorate Degree**
This program offers a majors to choose fror specialization. More.


**Associate Degree**
A total of **65 credit h** to complete the assoc program. More.

**STUDENT Center**
This area provides our existing studen

**FACULTY Lounge**
This area provides our faculty membe

**ALUMNI Area**
This area accommo graduates or forme

**Partnership Progra**
You can view the p benefits that are be through our partne

http://www.buxtonuniversity.co.uk/                                    7/25/2007

Visit our new student's guide to learn more about us and our offerings. Click here



Accredited by the:
**World Online Education Accrediting Commission (WOEAC)**

programs:



**Corporate Program**



Com Coll

>> Other Degree Pro



**Education Verification Service**
We provide complete Authentication of the Degrees and Certificates.

Home | About Buxton | Q and As | New Students Guide | Available Programs | Offered Majors | Fee Structure |
Faculty Lounge | Student Center | Other Degree Programs | Alumni Area | Accreditation | 24-Hour Help Line | C
Job Opportunity | Community College Program | Corporate Program | Education Verification Service

Copyright © Buxton University. All rights reserved.
**Terms of Services**

http://www.buxtonuniversity.co.uk/                                                           7/25/2007