U.S. District Court
Middle District of Florida
**DEFENDANT'S EXHIBIT**
Exhibit Number: 60

Case Number:
06 md 1769-0rl-22
DAB
IN RE:
Seroquel Products
Date Identified: JUL 2 6 2007
Date Admitted: JUL 2 6 2007

| home | services | consulting | library | c |
|---|---|---|---|---|

## electronic data discovery laboratories

### Welcome to EDDLabs, Inc.

**About Us**

EDDLabs, is currently celebrating our 16th year in business. Founded... EDDLabs has a long, positive history of providing cost effective and secure data management and electronic discovery solutions for companies and law firms. Our core team has been working together for more than nine years. We have managed over 100 Terabytes of client data over the last five years. EDDLabs advantages stem from our domain knowledge of a wide variety of computer systems, data / document management, data conversion / migration and litigation support services. Our team draws from their professional experience gained from working in the technology arena for companies such as:

- Lotus Consulting
- PricewaterhouseCoopers
- Hewlett-Packard
- Mintz Levin Cohn Ferris Glovsky and Popeo

- Navy Federal Credit Union
- NASDAQ
- Xerox
- Cricket Technologies

Our average employee experience level in technology, data management and/or electronic discovery is 10+years.

**Featured Partners**

 

©EDDLabs, Inc 2007              Privacy & Terms of Use              

http://www.eddlabs.com/index.html                                        7/24/2007

**EDDLABS**
electronic data discovery laboratories

manage   optimize   review   produce

| home | services | consulting | library | contact us | login |

products & services

- overview
- manage
- optimize
- review
- produce
- service list
- beta products

## Overview

EDDLabs provides a full range of technical services targeted at the legal and compliance market. These services fall into four main areas that make up the complete EDD process. Clients can take advantage of any combination of these services.

### Manage

Our RedFile service provides corporations and law firms with an online email archiving, forensic capture, and data backup solution. This managed hosting service includes highly secure connectivity, encrypted storage for terabytes of data, and access to case documentation in a virtual environment using some of the industry's most popular litigation support applications. RedFile is one of the most reliable and cost effective solutions for managing your data assets.

### Optimize

Our EPICS grid uses our unique Single Instance Conversion Methodology (SICM) to search, filter, and reliably reduce the volume of data in a project. This highly advanced service optimizes both required processing and time required to review a project data set, while maintaining a complete Chain-of-Custody throughout the ediscovery process. Additional benefits are greatly reduced error rates in conversion and cost savings to the client.

### Review

Data converted by the EPICS grid can be exported to any of the most popular litigation support systems or hosted for review in our data center. Document reviews can be conducted, databases designed, built and managed all in a virtual environment. We provide litigation support services that can extend the capabilities and capacity of your in-house staff. Access to our virtual environment is provided through either a web-browser or client-server encrypted connection.

### Produce

Document production under the new FRCP allow the requesting party to choose the form of production. Many believe that native data files or color Image/Text PDF are the only two production formats that meet

the "acceptable" minimum. Our EPICS grid can produce the same electronic document in either native, converted native, TIFF, PDF, or paper production formats – all with authentication (MD5) and Chain-of-Custody throughout the production process.

## Service List

*Database Administration*

*Email - Data Archiving*

*Foreign Language Conversion*

*Forensic Technical Services*

*Hosting / Data Storage*

*Native Migration / Conversion*

*Optimized Search*

*Online Backup Service*

*Online Document Review*

*(OCR) Services*

*PDF / TIFF Image Conversion*

## Beta Products
Coming soon

**EDDLABS**
*electronic data discovery laboratories*

manage   optimize   review   produce

| home | services | consulting | library | contacts | login |

professional services

overview

for the case

for your client

for your firm

recent projects

## Professional Services

Our professional service offerings are designed to provide you with the EDD know-how *on demand* - for your client, for your firm or for a particular matter.

With the new Federal Rules of Civil Procedure that went info effect December 1st 2006, Electronic Data Discovery has become more visible within the case and so more regulated - now being covered under the Rule 26(b)(4)(B) provision. Providing discovery related consulting has been a service provided by EDDLabs professionals for many years - a service that is now an essential part of the litigation process to both the law firm and the client.

### For the Case

With the new rules in effect, a data discovery conference / negotiation is a first step in any new case. Our EDD Professionals will help you formulate the optimal discovery format for your firm and present that to opposing at the discovery format meeting. In addition, we will help identify sources of discoverable data and validate any requests made by opposing counsel.

### For Your Client

We help you and your client understand how litigation holds impact your clients business operations and what the response should be. Compliance to a litigation is critical, though does not have to be crippling - we ensure your client continues to function while being compliant and timely.

Locating data often takes time and effort, we can identify common areas where usable data resides and from there develop a cost effective and controlled response to any discovery request.

We provide Data Harvesting / Forensic services and provide understanding of what needs full forensic procedure and what requires less intense but still defensible effort. We are currently beta testing a remote harvesting tool that achieves unattended defensible acquisition

on a large scale

Automated Digital Archives (ADA) is a services provided by EDDLabs, Inc. that ensures an organization can effectively meet discovery requests by consistently archiving their critical data in a manner that complies with any regulatory requirements and also follows business rules.

## For Your Firm

We provide assessment services for EDD costs and requirements within your firm and can provide augmentation services to your litigation support department for database builds / manipulation and management of litigation support systems.

## Recent Projects

Coming soon.



## EDDLabs Library

Being launched 2nd quarter 2007, in this section you will find all kinds of information related to electronic document discovery, data manipulation, storage and retrieval and technology within the legal industry.

# EDDLABS
### electronic data discovery laboratories

manage   optimize   review   produce

| home | services | consulting | library | contacts | login |

## contact us

---

departments

main office

## Departments

administration          (703) 481-5550 x 114  admin@eddlabs.com
network operations      (703) 481-5550 x 218  noc@eddlabs.com
project management      (703) 481-5550 x 115  pm@eddlabs.com

## Main Office

**EDDLabs, Inc.**
12007 Sunrise Valley Drive,
Suite 230,
Reston, VA, 20191

Voice (703) 481-5550
Fax (703) 481-4535

(Google Directions)



client login

# Welcome to EDDLabs Online Data Conversion Service

EDDLabs, Inc. has launched an online service to handle small volumes of data conversion on-line. Features of this service include :

- Secure login and operation throughout the site, including encrypted passwords and 256bit SSL.

- Data located in a fully fault tolerant / high security data center.

- Private area for submitting and monitoring jobs.

- Upload of up to 400Mb data to the service via a zip file.

- Pre-processing report based on extracted contents of the zip - providing :
  o File Category - e.g. archive, graphics file.

  o File size.

  o File name and path relative to the zip file.

  o File name.

  o File type.

- On-line project status and updates.

- EDD Professional on-hand to answer questions .

- Ability to select:
  o Tiff or PDF.

  o Bates stamp & Endorsement.

  o Summation or Concordance load file (with opt and lfp).

- Sample output of deliverable provided on-line for validation.

- Ability to download completed output and/or have deliverable shipped to your location.

- On-line bill payment via credit card.

Any and all feedback is welcome as this service is constantly being updated - sign up for the EDDLabs Monthly Report to get details on the latest service features as well as the information on the electronic data discovery industry.

**Important Technical Information**
This site makes use of pop-up windows, JavaScript and active server pages to operate this service. Some browsers disable pop-up windows automatically, you can enable pop-up windows for this site only which will allow you to use this service but not have unwanted pop-up windows from other sites. In addition, your browser must be able to run JavaScripts - we primarily use JavaScript to interact with the user and enhance the functionality of the service.

Please read and understand our terms and conditions of using this service

http://www.eddlabs.com/user_area/welcome.htm                                          7/24/2007

Log a Problem   Home