

**U.S. District Court
Middle District of Florida**

**DEFENDANT'S EXHIBIT**

Exhibit Number: 61

Case Number: 06md1769-Orl-22 DAB

IN RE: v. Seroquel Products

Date Identified: JUL 2 6 2007

Date Admitted: JUL 2 6 2007

---

Cricket partners with Law Firms, Corporate Legal Departments, and Government Agencies and offers advanced technology solutions at each stage of the E-Discovery process: electronic data collection, restoration, profiling, culling, reviewing, converting, and production.
**LEARN MORE**

Litigators are turning to Cricket Technologies for E-Discovery solutions because Crickets powerful new technology and litigation experts provide customized solutions to E-Discovery that give you the advantage over opponents at a fraction of the cost.
**LEARN MORE**

In order to help you stay the latest developments Discovery case law, Crick together a useful and inn Discovery case index fea index is a comprehensive of case summaries searc discovery topic, jurisdicti text. **SEARCH NOW**

▲ Back to Top of Page | Site Map

© Copyright Cricket Technologies 2003

http://www.crickettechnologies.com/ 7/25/2007



ABOUT CRICKET



- Overview
- Leadership Team
- Press Room

### Leadership Team

Our core team is unparalleled in the industry in their depth of knowledge and They're committed to Cricket because they believe in what Cricket delivers. T members of the Cricket Technologies team strive for excellence in delivering solutions and creating cost-effective, efficient approaches for finding and ma information you need.

Click on a team member's name to learn more about what experience they b solve your problems.

**Lt. General Arthur C. Blades USMC (Ret.), President**
**Whitney Adams, General Counsel and VP of Business Development**
**Kara Hayduk, Senior Account Services Director**
**Brian Curtiss, Director of Client Services**
**Mike McHugh, Regional Sales Manager**
**Ben Gibson, Mid-Atlantic Regional Sales Manager**

**LT. GENERAL ARTHUR C. BLADES USMC (RET.), PRESIDENT**
Art Blades is a veteran senior manager, having served as a three-star Gener Marine Corps and President of two companies providing document managem technology services to government agencies, corporate legal departments, a firms. Art served two combat tours and seven operational commands in the I where he specialized in operational planning. Art has a B.S. from Villanova a Masters in Business Administration from Pepperdine University. He co-founde 2001.

**WHITNEY ADAMS, GENERAL COUNSEL AND VP OF BUSINESS DEVELOPMENT**
Whitney Adams (J.D., George Washington University), had more than 25 yea experience in complex litigation before joining Cricket's staff in 2002. Whitne for six years as an Assistant United States Attorney, where she handled com criminal and civil litigation. She then served as Assistant General Counsel for at the SEC and Deputy General Counsel for Litigation at the U.S. CFTC. Begir 1987, Whitney practiced as a litigator in her own firm and with major law firr including four years with Rogers & Wells (now Clifford Chance), where she ha

large, complex civil litigation.

Author of the popular Cricket e-discovery case index and numerous articles, serves a member of the Sedona Conference's Working Groups on Records M; Best Practices and Search Technologies as well as E-Discovery RFP Best Prac is a Board Member of the AMLaw Law Journal Newsletters on E-Discovery an Counselor. Previously she was the first woman Chair of the American Bar Ass prestigious White Collar Crime Committee, a Vice Chair of the ABA's Criminal Section, and a Barrister of the Edward Bennett Williams Inn of Court. Whitne the first woman Chair of the District of Columbia Federal Court's lawyer disci| committee. Whitney has been a regular commentator on CNBC, MSNBC, and regarding legal issues, and has served on the Virginia State Treasury Board, State Council for Higher Education, and the U.S. Chamber of Commerce Labc Committee. She co-founded Cricket in 2001.

**KARA HAYDUK, SENIOR ACCOUNT SERVICES DIRECTOR**
Kara Hayduk has more than ten years experience in managing litigation supp projects of increasing complexity. After graduating from Penn State Universit degree in Quantitative Business Analysis, Kara served in various project man functions with Aspen Systems for six years. She then served as a Project Ma the Director of National Litigation Support Operations for Uniscribe. Before jo Cricket in 2002 Kara was a Senior Project Manager for Litigation Systems, In she managed multiple major environmental, insurance, patent, and asbestos support projects.

**BRIAN CURTISS, DIRECTOR OF CLIENT SERVICES**
Brian manages the Sales and Marketing team and also works directly with Cr clients on consultative e-discovery solutions. Drawing on current industry be: and lessons learned during his 2 1/2 years managing the WorldCom governm investigation (currently still the largest litigation on record), Mr. Curtiss tailor discovery plan to meet specific case goals and objectives, while also keeping reducing bottom line costs through economical workflow and innovative uses technologies. Brian has been managing large-scale projects for more than 16 has been with Cricket since 2002. He has a Masters Degree in Education fron Washington University.

**MIKE MCHUGH, REGIONAL SALES MANAGER**
Michael McHugh has been in sales for over nine years and is responsible for t DC metro area and Northeast, with a special emphasis on digital printing anc paper-based services. Mr. McHugh specializes not only in sales, but in manac complex projects and problem solving. Mr. McHugh combines sales and proje management to provide quality customer service for all of his clients. From 2 2005, Michael ran his own company providing digital printing services to maj corporations.

**BEN GIBSON, MID-ATLANTIC REGIONAL SALES MANAGER**
Ben manages accounts in the greater Philadelphia metropolitan area includin New Jersey and Delaware. Based in downtown Philadelphia, Ben brings stron skills to assist Cricket's clients. He has an electrical engineering degree from Catholic University of America, programming skills, and experience in sales f

Imaging Systems Company. While in college, he developed an algorithm for digital watermarking, researched technology issues for an information service company, and played on Catholic University's varsity basketball team, which Division III NCAA National Championship in 2001.



▲ Back to Top of Page  |  Site Map                               © Copyright Cricket Technologies 2003