# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In Re:

Seroquel Products Liability Litigation,

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | **David A. Baker United States Magistrate Judge Anne C. Conway United States District Judge** | DATE AND TIME | Friday, July 27, 2007 10:15-11:55 1:15-2:05 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Sandy Tremel |
| COUNSEL/PLTF. | Scott Allen<br>Camp Bailey<br>F. Kenneth Bailey<br>Ruth Brooks<br>Dennis Canty<br>E. Ashley Cranford<br>Yonny Chiu<br>Lawrence Gornick<br>Lezzlie Hornsby<br>Glen Kramer<br>Angela Nixon<br>Paul Pennock<br>Larry Roth<br>Ken Smith<br>Fletch Trammell<br>Holly Wheeler | COUNSEL/DEF. | Liz Balakhani<br>Robert Ciottai<br>Fred Magaziner<br>Stephen J. McConnell<br>James Freebery<br>Shane Prince<br>Meghen Rohling |

### Status Conference

Case called, appearances taken
Procedural setting by court
Plaintiff counsel Scott Allen addresses sanction hearing held yesterday
Parties discuss venue issues

Parties argue ongoing discovery issues and agenda items at Document #304
Court sets next hearing for August 21, 2007 at 1:30 PM