# EXHIBIT LIST



\_\_\_ Government   ✓ Plaintiff   \_\_\_ Defendant

\_\_\_ Joint   \_\_\_ Court

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | JUL 27 2007 | JUL 27 2007 | | Hearing Exhibit: List - AstraZeneca Document Custodians |
| 2 | | JUL 27 2007 | | Letter to Pederson dated 7/20/07 |
| 3 | | JUL 27 2007 | | Letter to Spellane dated 7/25/07 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Case No. 06-md-1769-Orl-22-DAB   Style: In Re: Seroquel Products Liability Litigation