## AstraZeneca Document Custodians

I. Clinical Studies (8)

| Custodian | Position |
|---|---|
| Dusak, Betsy | Project Coordination Director - Clinical Management #1 |
| Goldstein, Jeff | Director, Clinical Science |
| Lazarus, Art | Sr. Director Clinical Research |
| MacFadden, Wayne | Director Clinical Research |
| Mazzella, Vince | Study Delivery Director |
| Mullen, Jamie A. | Sr. Director Clinical Research |
| Phillips, Bethany | Clinical Project Manager |
| Wilson, Ellis | Sr. Director Study Delivery Team |

II. Drug Safety (5)

| Custodian | Position |
|---|---|
| Boornazian, Lisa | Safety Surveillance Team Leader |
| Dev, Vikram | V.P. Drug Safety |
| Gellar, Wayne | Medical Director, Safety Surveillance, Drug Safety |
| Leong, Ronald | Sr. Medical Director Drug Safety and Seroquel Global Drug Safety Physician |
| Warner, Linda | Associate Director Drug Safety Surveillance |

III. Marketing (32)

| Custodian | Position |
|---|---|
| Beamish, Don G. | Ex. Director Commercial Operations - Seroquel |
| Blessington, James K. | Brand Finance Leader - Seroquel/Specialty Care |
| Bucklen, Kristin | Brand Manager - Consumer - Seroquel |
| Busch, Kim A. | Brand Leader - Life Cycle Management - Seroquel |
| Campbell, Denise | Brand Director - Consumer Marketing Seroquel |
| Chavoshi, Soheil | Brand Leader - Health Care Professionals Seroquel |
| Deshmukh, Vinay | Brand Insight Director - Seroquel |
| Domine, Lisa | Brand Manager - Health Care Professionals |
| Dwyer, Donald | Brand Director |
| Hamill, Kevin | Brand Manager - Health Care Professionals Primary Care |
| Hatzipavlides, Harry | Brand Planning Manager - Seroquel |
| Hebe, Julie | Sr. Promotions Manager - Consumer - Seroquel Consumer & Alternative Promos |
| Herbst, Richard | Brand Director - Managed Markets - Seroquel |

U.S. District Court
Middle District of Florida

PLAINTIFF EXHIBIT

Exhibit No. Hearing #1
Case No. 06 md 1769-Orl-22-DAB

In Re: v. Seroquel Products Liability Litigation

Date Identified: JUL 27 2007
Date Admitted: JUL 27 2007

| Custodian | Position |
|---|---|
| Holl, Linda | Managed Markets Sr. Promo Manager - Seroquel, Managed Markets Promotions |
| Law, Heather | Brand Communications Manager |
| Lawrence, Terri | Promotions Manager - Seroquel, Health Care Professionals Promotions |
| Lloyd (Washington), Lisa M. | Former Brand Director - Health Care Professionals - Seroquel |
| Makar, Mina | Director Managed Markets Promotion |
| McCormack, Eileen | Global Brand Manager - Seroquel |
| Minnick, Jim G. | Director Brand Communications - Central Nervous System |
| Morris, Jeff | Managed Markets Senior Promotional Manager |
| Mueller, Karin | Brand Manager - Managed Markets |
| Murray, Michael F. | Brand Director - Health Professionals - Seroquel |
| Peipher, Charles R. | Brand Director Managed Markets and Pricing |
| Pethick, Ned | Managed Markets Insight Manager |
| Quan, Marian | Medical Resources - Sr. Medical Information Manager |
| Repp, Ed | Brand Communications Director |
| Sermeno, Al | Promotions Manager - Health Care Professionals Promotions |
| Smith, Ann C. | Operations Brand Director |
| Street, Jamie S. | Sr. Director - Field Medical Physician |
| Van Steenis, Brian | Specialty Care Training Manager |
| Zimmerman, Paul | Brand Insight Director - Health Care Professionals |

### IV.   Regulatory (10)

| Custodian | Position |
|---|---|
| Boorstein, John (Jack) | Regulatory Affairs Manager |
| Bradley, Kathryn | Associate Director Regulatory Affairs |
| Carey, Rosemarie | Sr. Promotional Regulatory Affairs Manager |
| Fors, Susanne | Global Regulatory Affairs Director - NS |
| Gaskill, James L. | Director Promotional Regulatory Affairs |
| Hall, Marietta | Sr. Promotional Regulatory Affairs Manager |
| Limp, Gerald L. | Regulatory Affairs Director - SCBU - Seroquel |
| Melville, Margaret G. | Former Global Regulatory Affairs Director - Seroquel |
| Schipke, Connie | Sr. Promotional Regulatory Affairs Manager |
| Smith, Christine Duffy | Director Promotional Regulatory Affairs |

## V. Research & Development (14)

| Custodian | Position |
| --- | --- |
| Brecher, Martin | Medical Science Director/Lead Medical |
| Casty, Frank | V.P. Strategic Development |
| Chitra, Rohini | Information Science Director |
| Hoegstedt, Johan | V.P. Emerging Neuro. Onc. and Inf. Group |
| Jones, Martin | Global Project Manager (Formerly Global Project Statistician) |
| McKenna, Kevin | V.P. Therapeutic Area Regulator Neuroscience |
| Ney, Christine A. | Sr. Therapeutic Brand Leader - Scientific Affairs - Admin |
| Polinsky, Ronald | Therapeutic Area Scientific Director |
| Schwartz, Jack A. | Former Executive Director - Seroquel Development |
| Scott, Mark S. | Executive Director for Development - Seroquel |
| Sepelyak, Robert | Global PA R&D Project Manager |
| Shahangian, Narges | Comp Tech Intell Manager - Seroquel |
| Shaw, Joan | Sr. Director Project Coordination |
| Wingertz, Sue-Ellen | Global Project Manager - Seroquel |

## VI. Risk Management (1)

| Custodian | Position |
| --- | --- |
| Jones, Kathryn | Director, Strategic Risk Management |

## VII. Sales (10)

| Custodian | Position |
| --- | --- |
| Byers, Cindy | Area Sales Director, Central Nervous System (Business Center-West) (Los Angeles) |
| Jackson, Marianne | National Sales Director for Central Nervous System |
| McKee, Victor | Area Sales Director, Business Center-Southeast (Tampa) |
| Palczuk, Linda | Vice President, Sales |
| Paulson, Alfred | National Sales Director, Central Nervous System |
| Rubenstein, Vance | District Sales Manager - SC/LTC/Hosp., Central Nervous System Specialty MidAtlantic North |
| Smith, Brian P. | Area Sales Director, Central Nervous System (Business Center-Great Lakes) (Chicago) |
| Tenlen, Martin | District Sales Manager, MC Teams 3&4 - Mountain |
| Trotter, Christophus | Area Sales Director, Fairfax |
| Viscount, Thomas | Area Sales Director, Central Nervous System (Business Center-MidAtlantic) |