# Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs**

|    | Last Name  | First Name | Case No.      | Ack. Served | HIPAA Served |
|----|------------|------------|---------------|-------------|--------------|
| 1  | Altman     | Stephanie  | 6:07-cv-10182 | 7/23/2007   | 7/23/2007    |
| 2  | Anderson   | Michelle   | 6:07-cv-10184 | 7/23/2007   | 7/23/2007    |
| 3  | Buckingham | Trina      | 6:07-cv-10220 | 7/23/2007   | 7/23/2007    |
| 4  | Colmenero  | Bryan      | 6:07-cv-16009 | 7/23/2007   | 7/23/2007    |
| 5  | Huffaker   | Douglas    | 6:07-cv-15594 | 7/23/2007   | 7/23/2007    |
| 6  | Pegram     | Coral      | 6:07-cv-10395 | 7/23/2007   | 7/23/2007    |
| 7  | Pompeii    | Celecte    | 6:07-cv-11876 | 7/23/2007   | 7/23/2007    |
| 8  | Puckett    | Kenny      | 6:07-cv-10726 | 7/23/2007   | 7/23/2007    |
| 9  | Schall     | Joanna     | 6:07-cv-10554 | 7/23/2007   | 7/23/2007    |
| 10 | Spragling  | Jackie     | 6:07-cv-11010 | 7/23/2007   | 7/23/2007    |
| 11 | Watkins    | Bradley    | 6:07-cv-10469 | 7/23/2007   | 7/23/2007    |