**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**
**MDL DOCKET NO. 1769**
_____

**This Document Relates to All Cases**

## MOTION TO SEAL TWO EXHIBITS

AstraZeneca LP and AstraZeneca Pharmaceuticals LP ("Defendants") respectfully ask that this Court grant Defendants' Motion to Seal Two Exhibits ("Motion to Seal").   These two exhibits will support Defendants' Motion For Judgment On The Pleadings Or, Alternatively, For Summary Judgment, As To All Claims Against Seven Improperly Named Defendants ("Motion On Improperly Named Defendants").  Defendants must file their Motion On Improperly Named Defendants tomorrow, July 31, 2007, pursuant to the Court's March 7, 2007 Order.[1]  In support of the instant Motion to Seal, Defendants state the following:

1.      On November 7, 2006, the parties to this MDL filed a Joint Motion to Adopt Proposed Protective Order.[2]  On November 21, 2006, the Honorable Magistrate David Baker denied the joint motion, but adopted the essential substance of the parties' motion as a stipulation.[3]  Pursuant to the parties' Protective Stipulation, any discovery materials designated

_____

[1] Document No. 173 at ¶ 5.

[2] Document No. 67.

[3] *See* Document No. 83.

"Confidential" must be filed under seal.  The Court's Order of November 21, 2007,[4] however, cites to a prior Order, which states that documents *cannot* be filed under seal "absent a specific showing of justification."[5]

2.      The instant Motion to Seal establishes, by specific showing, that Defendants' are justified in moving to seal the two discrete exhibits that are at issue here.

3.      The two exhibits that Defendants move to seal contain discovery materials that have been duly designated "Confidential" in accordance with the parties' Protective Stipulation and that have been produced to Plaintiffs' counsel, who has not objected to the designations.

4.      The two exhibits that Defendants would like sealed are two of five exhibits (Exhibits B and C), which shall be attached to, and filed in support of, Defendants' Motion On Improperly Named Defendants.  The Motion On Improperly Named Defendants shall be filed and served through the Court's electronic filing system tomorrow, July 31, 2007.

5.      Exhibit B to Motion On Improperly Named Defendants is the Transcript of the Confidential Deposition of Defendants' corporate representative, Ann V. Booth-Barbarin ("Booth-Barbarin Depo.") taken by Plaintiffs' counsel on May 14, 2007.  The "Confidential" designation appears on the first page of the Booth-Barbarin Depo., *see* Exhibit 1, and on every page thereafter.

5.      Exhibit C to Motion On Improperly Named Defendants contains the Exhibits to the Confidential Deposition of Defendants' corporate representative, Ann V. Booth-Barbarin ("Booth-Barbarin Depo. Exhibits").  Not only are the Booth-Barbarin Depo. Exhibits properly

---

[4] *Id.*

[5] Document No. 70.

designated "Confidential" because they were proffered during a deposition that was itself duly designated "Confidential," most of these exhibits were independently designated as "Confidential" by the producing party.

6.      Pursuant to Local Rule 1.09(a) regarding Filing Under Seal, Defendants submit the following additional information, which corresponds to the numerical subparts of the Rule :

(i)      The Booth-Barbarin Depo. and the Booth-Barbarin Depo. Exhibits are Exhibits B and C, respectively, to Defendants' Motion On Improperly Named Defendants. These exhibits contain proprietary, commercial information that do not implicate any issues of public health, safety, or social-political interest.  Because the motion to which Exhibits B and C relate shall not be filed until the court-imposed deadline of July 31, 2007, no MDL Document Number is yet available.

(ii)      Filing these materials under seal is necessary to protect the proprietary nature of the information contained therein, which relates to the structural and operating organization of numerous entities, including legal corporate entities that are not party to this litigation.

(iii)      Sealing is necessary in this instance to maintain the confidential nature of the materials in question, which are not the type of materials that businesses generally disseminate or otherwise make available to the public, but which do implicate the privacy and proprietary interests of Defendants and third parties not present in this litigation.

(iv)      No means other than filing these exhibits under seal is satisfactory to protect the proprietary information contained in these materials while providing the Court with critical information needed to adjudicate Defendants' Motion On Improperly Named Defendants.

(v)     Defendants propose that these materials remain under seal until this litigation, including any appeals, is final, at which time Defendants ask that the copies of any materials properly filed under seal be destroyed or returned to lead counsel for the producing party.

(vi)    There is good cause for Defendants' request to seal Exhibits B and C to their Motion On Improperly Named Defendants.  *See Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 34-36 (1984) (affirming an order prohibiting the dissemination of information gained by discovery and explaining the "good cause" standard).   That is, the "common law right of access may be overcome by a showing of good cause, which requires 'balanc[ing] the asserted right of access against the other party's interest in keeping the information confidential.'"  *Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007) (quoting *Chicago Tribune v. Bridgestone/Firestone*, 263 F.3d 1304, 1309 (11th Cir. 2001)).  The public's *general*, more attenuated interest in accessing court documents is trumped here by Defendants' *specific and immediate* interest in keeping its proprietary commercial information private.  Furthermore, sealing the materials at issue here will neither impair any "court functions" nor cause hardship to any other party.  *Id.*[6]; *see also* Arthur R. Miller, *Confidentiality, Protective Orders, and Public Access to the Courts*, 105 HARV. L. REV. 427, 464-74 (1991) (explaining circumstances where a private interest in non-disclosure outweighs public interest in access).  Therefore, the relief that Defendants seek is amply supported by legal authority.

---

[6] In *Romero* the Eleventh Circuit distinguished the kind of confidential materials at issue here with the kind of public document at issue in *Romero* itself, which was a government official's declaration that had been improperly filed under seal by a party that had  neither "a privacy nor a proprietary interest in it."  480 F.3d at 1246.

7.    The Protective Stipulation regarding the definition and treatment of confidential documents was negotiated among the parties in good faith to promote both fairness and efficiency.  Pursuant to Federal Rule of Civil Procedure 26, *all parties recognized* that certain documents and categories of materials—including those that are the subject of this motion— merit protection because they contain trade secret or other confidential research, development, or commercial information that is usually *only* disclosed in a circumscribed fashion and, in the litigation context, is *only* made available for litigating the particular matter through which discovery is obtained.[7]  Simply put, the relief requested here—protecting *specific* proprietary business information from widespread dissemination—does not offend the public's legitimate but *general* interest in free access to any and all court documents.

## CONCLUSION

Defendants have shown a specific justification for filling two exhibits—Exhibits B and C to their Motion on Improperly Named Defendants—under seal.  Furthermore, granting the relief requested will not prejudice any other party, but will instead comport with the parties' previous stipulation regarding the designation and treatment of confidential materials.  Such materials are routinely given protection from broad disclosure in litigation of this kind.  Therefore, Defendants respectfully ask that this Court grant this Motion to Seal directly, and permit Defendants to file under seal the two exhibits described above in conjunction with their Motion On Improperly Named Defendants, to be filed on July 31, 2007.

DATED:  July 30, 2007

---

[7] *See* FED. R. CIV. P. 26(c)(7); *see also* Document No. 67.

Respectfully submitted,

*/s/ Fred T. Magaziner*
Fred T. Magaziner
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19103
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
fred.magaziner@dechert.com


Steven B. Weisburd
Gretchen S. Sween
DECHERT LLP
300 West 6th Street, Suite 1850
Austin, TX  78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001

*Counsel for AstraZeneca Pharmaceuticals LP
and AstraZeneca LP*


### <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify that, on July 30, 2007, I attempted to confer with Paul Pennock, Michael Pederson, Camp Bailey, Michael Perrin—Plaintiffs' Lead Counsel—and Larry Roth—Plaintiffs' Liaison Counsel—by e-mail about the relief requested in this motion.  Counsel for plaintiffs did not respond before this motion was filed.  Should Defendants' counsel receive a response from Plaintiffs' Lead or Liaison Counsel tomorrow stating that this motion is unopposed, Defendants' counsel shall update the Court's clerk immediately.

*/s/ Gretchen S. Sween*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 30, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system through which all participating parties are deemed served.  I further certify that, by using the CM/ECF, the foregoing has been served on plaintiffs' liaison counsel, who is charged with serving any non-CM/ECF participants on the attached Service List.

*/s/ Gretchen S. Sween*

SERVICE LIST

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>***Plaintiffs' Lead Counsel*** | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br>E. Ashley Cranford, Esq.<br>Whatley Drake & Kallas, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ccf@whatleydrake.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca***<br>***Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Steven M. Selna, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>steven.selna@dbr.com<br>***Attorneys for Defendants Janssen***<br>***Pharmaceutical Products and Johnson &***<br>***Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP***<br>***and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>***Attorneys for Defendant AstraZeneca, PLC*** | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

| Ellen R. Serbin | Scott Armstrong |
|---|---|
| Perona, Langer, Beck, Lalande & Serbin | 1719 West Main Street |
| 300 San Antonio Drive | Suite 201 |
| Long Beach, CA 90807-0948 | Rapid City, SD 57702 |
| (562) 426-6155 | (605) 399-3994 |
| davidhwang@plblaw.com | scottarmstrong1235@eathlink.net |
| Linda S. Svitak | James J. Freebery |
| Faegre & Benson, LLP | McCarter & English, LLP |
| 90 South 7th Street, Suite 2200 | 919 N. Market Street, 18th Floor |
| Minneapolis, MN 55402-3901 | Wilmington, DE 19801 |
| (612)766-7000 | (973) 622-4444 |
| lsvitak@faegre.com | jfreebery@mccarter.com |
| wjohnson@faegre.com | tpearson@mccarter.com |
| Richard D. Hailey | B. Andrew List |
| Ramey & Hailey | Clark, Perdue, Arnold & Scott |
| 3891 Eagle Creek Parkway | 471 East Broad Street, Suite 1400 |
| Suite C | Columbus, OH 43215 |
| Indianapolis, IN | (614) 469-1400 |
| (317) 299-0400 | alist@cpaslaw.com |
| rhailey@sprynet.com | lcollins@cpaslaw.com |