# EXHIBIT 1

Confidential - Ann V. Booth-Barbarin

Page 1

```
          IN THE SUPERIOR COURT
         OF THE STATE OF DELAWARE
         IN AND FOR NEW CASTLE COUNTY
                   - - -
IN RE:
SEROQUEL LITIGATION  : MDL NO. 1769
                     :
THIS DOCUMENT RELATES:
TO ALL ACTIONS       :
-------------------------------------------
IN RE:               : SUPERIOR COURT
RISPERDAL/SEROQUEL/  : OF NEW JERSEY
ZYPREXA LITIGATION   : LAW DIVISION
                     : MIDDLESEX COUNTY
                     : CASE NO. 274.
-------------------------------------------
AIMEE DANIELS,       : IN THE CIRCUIT
                     : COURT OF THE
        V.           : COUNTY OF ST. LOUIS
                     : STATE OF
ASTRAZENECA          : MISSOURI
PHARMACEUTICALS, L.P.: 05CC-004759
ET AL.               : DIVISION 6
-------------------------------------------
SANTOS MALDANADO,    : IN THE CIRCUIT
minor, by and through: COURT OF THE
his natural mother   : COUNTY OF ST. LOUIS
and next friend,     : STATE OF
LOUISE WILSON        : MISSOURI
        V.           : 06CC-003930
JANSSEN PHARMACEUTICA: DIVISION 6
L.P., ET AL.         :
                   - - -
           C O N F I D E N T I A L
                   - - -
              May 14, 2007
                   - - -
     Videotaped deposition of Ann V.
Booth-Barbarin, held at the Four Seasons,
One Logan Square, Philadelphia,
Pennsylvania 19103 before Linda L.
Golkow, Registered Diplomate Reporter,
Certified Shorthand Reporter.
                   - - -
           Golkow Technologies, Inc.
         1880 John F. Kennedy Boulevard
         Philadelphia, Pennsylvania  19103
```