# Exhibit 2



DEPARTMENT OF HEALTH & HUMAN SERVICES          Public Health Service

                                               Food and Drug Administration
                                               Rockville MD 20857

NDA 20-639

Zeneca Pharmaceuticals                         SEP 2 6 1997
Attention: W.J. Kennedy, Ph.D.
1800 Concord Pike
PO Box 15437
Wilmington, DE 19850-5437

Dear Dr. Kennedy:

Please refer to your new drug application dated and received July 29, 1996, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Seroquel (quetiapine fumarate) 25, 100, and 200 mg tablets.

We acknowledge receipt of your submissions of July 31, 1997, August 6, 1997, and August 7, 1997. The original User Fee goal date for this application was July 29, 1997. Your submission of July 31, 1997, extended the User Fee goal date to February 4, 1998.

This new drug application provides for a new chemical entity indicated for the treatment of the manifestations of psychotic disorders.

We have completed the review of this application, including the submitted draft labeling, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the enclosed marked-up draft labeling. Accordingly, the application is approved effective on the date of this letter.

The final printed labeling (FPL) must be identical to the enclosed marked-up draft labeling. Marketing the product with FPL that is not identical to this draft labeling may render the product misbranded and an unapproved new drug.

The enclosed labeling is identical to the labeling mutually agreed to in (1) an August 21, 1997, teleconference with agency staff that addressed all labeling issues except language in the "Cataracts" subsection under Precautions, General, and (2) an August 28, 1997 meeting with agency staff during which agreement was reached on labeling language for the cataract statement.

Please submit 20 copies of the FPL as soon as it is available, in no case more than 30 days after it is printed. Please individually mount ten of the copies on heavy-weight paper or similar material. For administrative purposes, this submission should be designated "FINAL PRINTED LABELING" for approved NDA 20-639. Approval of this submission by FDA is not required before the labeling is used.

Should additional information relating to the safety and effectiveness of the drug become available, revision of that labeling may be required.

NDA 20-639
Page 2

We remind you of the following Phase 4 commitments, specified in your submission of July 31, 1997, and further discussed in the meeting of August 28, 1997:

Protocols, data, and final reports should be submitted to your IND for this product and a copy of the cover letter sent to this NDA. Should an IND not be required to meet your Phase 4 commitments, please submit protocol, data, and final reports to this NDA as correspondences. In addition, we request under 21 CFR 314.81(b)(2)(vii) that you include in your annual report to this application, a status summary of each commitment. The status summary should include the number of patients entered in each study, expected completion and submission dates, and any changes in plans since the last annual report. For administrative purposes, all submissions, including labeling supplements, relating to these Phase 4 commitments must be clearly designated "Phase 4 Commitments."

Validation of the regulatory methods has not been completed. At the present time, it is the policy of the Center not to withhold approval because the methods are being validated. Nevertheless, we expect your continued cooperation to resolve any problems that may be identified.

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

NDA 20-639
Page 3

If you have any questions, please contact Steven D. Hardeman, R.Ph., Project Manager, at (301) 594-5533.

Sincerely yours,

Robert Temple, M.D.  9/26/97
Director
Office of Drug Evaluation I
Center for Drug Evaluation and Research

Attachment (labeling)

APPEARS THIS WAY
ON ORIGINAL

APPEARS THIS WAY
C

APPEARS THIS WAY
C