# EXHIBIT B

# MOTION TO SEAL PENDING (DOC. NO. 327)