# EXHIBIT C

# MOTION TO SEAL PENDING (DOC. NO. 327)