**EXHIBIT 1**

## Bailey Perrin Bailey, LLP

## List of Plaintiff Fact Sheets Missing Records Authorizations

|  | Plaintiff Last Name | Plaintiff First Name | Case Number |
|---|---|---|---|
| 1. | Boerner | Klarica | 6:07-cv-14644 |
| 2. | Braun | Donna | 6:07-cv-15933 |
| 3. | Briggs | Lyndon | 6:07-cv-15937 |
| 4. | Burris | Jessica | 6:07-cv-14693 |
| 5. | Coogle | Ralph | 6:07-cv-16015 |
| 6. | Cox | Debbie | 6:07-cv-16032 |
| 7. | Fairly | Perry | 6:07-cv-14840 |
| 8. | Haaland | Marika | 6:07-cv-14931 |
| 9. | Hill | William | 6:07-cv-16189 |
| 10. | Hudson | Barbara | 6:07-cv-16204 |
| 11. | Jordan | Lucille | 6:07-cv-15055 |
| 12. | Lambert | Richard | 6:07-cv-16280 |
| 13. | Moore | Margarita | 6:07-cv-16379 |
| 14. | Moss | Clifton | 6:07-cv-16389 |
| 15. | Nester | Mary | 6:07-cv-16404 |
| 16. | Norris | Billy | 6:07-cv-16411 |
| 17. | Pedigo | Alicia | 6:07-cv-16440 |
| 18. | Porch | Edith | 6:07-cv-16465 |
| 19. | Randolph | Diane | 6:07-cv-15283 |
| 20. | Rogers | Julia | 6:07-cv-16507 |
| 21. | Ross | Lynda | 6:07-cv-15310 |
| 22. | Seats | Shelly | 6:07-cv-11947 |
| 23. | Sotelo | Denise | 6:07-cv-16578 |
| 24. | Steiner | Daniel | 6:07-cv-15385 |
| 25. | Sudduth | Kathryn | 6:07-cv-15396 |
| 26. | Thomas | Annie | 6:07-cv-16616 |
| 27. | Travis | Cheryle | 6:07-cv-16636 |
| 28. | Wilson | Aaron | 6:07-cv-15521 |
| 29. | Wodja | Heather | 6:07-cv-15531 |
| 30. | Woolsey | Mable | 6:07-cv-15536 |