**EXHIBIT 2**

 Dechert

Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

**BRENNAN J. TORREGROSSA**

brennan.torregrossa@dechert.com
+1 215 994 2358 Direct
+1 215 655 2358 Fax

July 10, 2007

**VIA FACSIMILE & FIRST-CLASS MAIL**

K. Camp Bailey, Esquire
Bailey Perrin Bailey LLP
440 Louisiana Street, Suite 2100
Houston, TX 77002

Re: In re: Seroquel Products Liability Litigation (MDL Docket No. 1769) –
Notice of Overdue Discovery

Dear Camp:

I am writing concerning the Plaintiff Fact Sheets your firm served for June 2007. After comparing your firm's June 2007 designations with the Plaintiff Fact Sheets received, our records indicate that fact sheets were not served in 189 cases. Additionally, there continue to be an alarming number of Plaintiffs who failed to verify their Plaintiff Fact Sheets and/or failed to provide records authorizations. As the Court has made clear, the failure to serve completed Plaintiff Fact Sheets – along with completed verifications and completed records authorizations – is unacceptable and in violation of the Court's Order.

I have attached four charts to this letter listing cases with overdue discovery. Those four charts list: (1) the cases in which plaintiffs failed to serve any Plaintiff Fact Sheet (or records authorization); (2) the cases in which Plaintiffs failed to verify their Plaintiff Fact Sheets; (3) the cases in which the Plaintiffs failed to serve records authorizations; and (4) the cases in which Plaintiffs failed to verify their Plaintiff Fact Sheets and failed to provide records authorizations.

If completed Plaintiff Fact Sheets, including completed verifications and executed records authorizations, are not served within twenty (20) days in those cases to Marjorie Shiekman, Esquire, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia PA 19104 or to seroquelpfs@dechert.com, AstraZeneca will move for dismissal pursuant to Case Management Order No. 2 and these cases may be dismissed. As I stated before, in an effort to move the discovery process forward, we will send deficiency letters in these cases despite the failures of the Plaintiffs identified above. We nonetheless consider discovery in those cases as overdue.

U.S. Austin Boston Charlotte Harrisburg Hartford New York Newport Beach Palo Alto Philadelphia Princeton
San Francisco Washington DC EUROPE Brussels London Luxembourg Munich Paris



K. Camp Bailey, Esquire
July 10, 2007
Page 2

If you would like to discuss these issues further, please call me.  I look forward to your response.

Sincerely,

Brennan J. Torregrossa

BJT:mso

Enclosures

**Bailey Perrin Bailey, LLP**
**Plaintiff Fact Sheet Production – June 29, 2007**
**List of Missing Plaintiff Fact Sheets**

| | Plaintiff Last Name | Plaintiff First Name | Case Number |
|---|---|---|---|
| 1. | Adams | Aliza | 6:2007-cv-15849 |
| 2. | Aiken | Jean | 6:2007-cv-13023 |
| 3. | Aldridge | Dora | 6:2007-cv-15856 |
| 4. | Allen | Carole | 6:2007-cv-15859 |
| 5. | Angel | Ada | 6:2007-cv-15868 |
| 6. | Aragon | Pristinia | 6:2007-cv-14581 |
| 7. | Barron | Juanard | 6:2007-cv-15889 |
| 8. | Beehler | Richard A. | 6:2007-cv-13092 |
| 9. | Bell | Clarence | Not Found |
| 10. | Benavidez | Noe | Not Found |
| 11. | Bieber | Jerry W. | 6:2007-cv-11399 |
| 12. | Billings | Dan | 6:2007-cv-14635 |
| 13. | Blahut | Jeffrey | 6:2007-cv-15919 |
| 14. | Blount | Jake | 6:2007-cv-11405 |
| 15. | Bolen | Cheryl | 6:2007-CV-11409 |
| 16. | Bonner | Timothy | 6:2007-cv-14649 |
| 17. | Boyd | Michelle | 6:2007-cv-15930 |
| 18. | Brean | Judy | 6:2007-cv-14661 |
| 19. | Briggs | Walter | 6:2007-cv-14673 |
| 20. | Broach | Charles | 6:2007-cv-15940 |
| 21. | Brown | Wendy | 6:2007-cv-14687 |
| 22. | Bundy | Veronica | 6:2007-cv-12324 |
| 23. | Campbell | Brian D. | 6:2007-cv-10504 |
| 24. | Cayaman | Alfredo | 6:2007-cv-12362 |
| 25. | Cobb | Aaron | 6:2007-cv-12375 |
| 26. | Coleman | Jeffrey | 6:2007-cv-12381 |
| 27. | Collins | Billy | 6:2006-cv-01500 |
| 28. | Collins | Paula S. | 6:2007-cv-11159 |
| 29. | Corbett | Earnestine | 6:2007-cv-16023 |
| 30. | Cosley | Sonia | 6:2007-cv-14762 |
| 31. | Cotton | Mary | 6:2007-cv-14763 |
| 32. | Craig | Robert A. | 6:2007-cv-12396 |
| 33. | Crawford | Elizabeth | 6:2007-cv-11480 |
| 34. | Crocker | Linda | 6:2007-cv-16037 |
| 35. | Cruz | David O. | 6:2007-cv-13315 |
| 36. | Davis | Antoinette F. | 6:2007-cv-10511 |

| 37. | Davis | Robert R. | 6:2007-cv-10846 |
|-----|-------|-----------|-----------------|
| 38. | Dean | Michelle | 6:2007-CV-11505 |
| 39. | DeBord | JoAnn | 6:2007-cv-12419 |
| 40. | Dexter | Catherine | 6:2007-cv-16059 |
| 41. | Dressler | Chartine I. | 6:2007-cv-11521 |
| 42. | Edwards | Glen T. | 6:2007-cv-11531 |
| 43. | Edwards | Joyce | 6:2007-cv-16082 |
| 44. | Ezell | Amanda | 6:2007-cv-16091 |
| 45. | Ferguson | Dianna | 6:2007-cv-11181 |
| 46. | Fielder | Leslie A. | 6:2007-cv-11557 |
| 47. | Fix | Thomas | 6:2007-cv-14852 |
| 48. | Fortunato | Dominic V. | 6:2007-cv-10869 |
| 49. | Frederick | Gregory | 6:2007-cv-11578 |
| 50. | Frederick | James | 6:2007-cv-12477 |
| 51. | Gondek | Janet | 6:2007-cv-12141 |
| 52. | Grant | Shirley C. | 6:2007-cv-12513 |
| 53. | Greeson | Lynn | 6:2007-cv-14922 |
| 54. | Griffin | Ivey B. | 6:2007-cv-11609 |
| 55. | Guthman | Robert | 6:2007-cv-16150 |
| 56. | Hahn | Charlotte R. | 6:2007-cv-13533 |
| 57. | Hamilton | Edna M. | 6:2007-cv-13540 |
| 58. | Harmon | Dixie | 6:2007-cv-14950 |
| 59. | Hartmann | Alice M. | 6:2007-cv-11631 |
| 60. | Haslett | Debra | 6:2007-cv-14965 |
| 61. | Hayes | Charles T. | 6:2007-cv-12545 |
| 62. | Hayes | Robert L. | 6:2007-cv-13585 |
| 63. | Henderson | James W. | 6:2007-cv-12550 |
| 64. | Henderson | Ozzie L. | 6:2007-cv-12551 |
| 65. | Hendon | Betty J. | 6:2007-cv-12252 |
| 66. | Hendrick | Billy | 6:2007-cv-16180 |
| 67. | Hesser | Christina | 6:2007-cv-12257 |
| 68. | Hogan | Dennis | 6:2007-cv-14990 |
| 69. | Hogue | Norma J. | 6:2007-cv-12563 |
| 70. | Hopkins | Drew W. | 6:2007-cv-11655 |
| 71. | Howdeshell | Brenda | 6:2007-cv-15004 |
| 72. | Hutchinson | Clarence | 6:2007-cv-15013 |
| 73. | Jennings | Jessie | 6:2007-cv-16226 |
| 74. | Jensen | Traci L. | 6:2007-cv-11680 |
| 75. | Johnson | Catherine I. | 6:2007-cv-12595 |
| 76. | Johnson | Sheila A. | 6:2007-cv-12599 |
| 77. | Jones | Danny | 6:2007-cv-11698 |
| 78. | Jordan | Donald | 6:2007-cv-16257 |

| | | | |
|---|---|---|---|
| 79. | Kelley | Trina | 6:2007-cv-16264 |
| 80. | Kendrix | Katrina | 6:2007-cv-11710 |
| 81. | King | Kenneth W. | 6:2007-cv-10916 |
| 82. | Kirkland | Roger | 6:2007-cv-16540 |
| 83. | Knapp | Jeffrey | 6:2006-12167 |
| 84. | Knight | Bette | 6:2007-cv-13770 |
| 85. | Lambert | Billie | 6:2006-cv-01390 |
| 86. | Lane | Debra | 6:2007-cv-15087 |
| 87. | Larry | Diane M. | 6:2007-cv-11730 |
| 88. | Lavergne | Larry | 6:2007-cv-15090 |
| 89. | LeMaster | Dovie E. | 6:2007-cv-12640 |
| 90. | Lewis | Lisa R. | 6:2007-cv-11745 |
| 91. | Lewis | Norma | 6:2007-cv-15103 |
| 92. | Ley | Sharon | 6:2007-cv-16298 |
| 93. | Liggon | Gladys | 6:2007-cv-16299 |
| 94. | Lindsay | Debra J. | 6:2007-cv-11748 |
| 95. | Loredo | Susan V. | 6:2007-cv-12648 |
| 96. | Lovic | Brenda L. | 6:2007-cv-15114 |
| 97. | Lowman | Sherry | 6:2007-cv-15115 |
| 98. | Lyerly | Amelia | 6:2007-cv-16312 |
| 99. | Mace | Michael | 6:2007-cv-15122 |
| 100. | Mandel | Cynthia H. | 6:2007-cv-12664 |
| 101. | Manuel | Karen | 6:2007-cv-11762 |
| 102. | Marsett | Ruth | 6:2007-cv-16322 |
| 103. | Marshall | Loretta W. | 6:2007-cv-11765 |
| 104. | Martinez | Delia | 6:2007-cv-12674 |
| 105. | Martinez | Franklin | 6:2007-cv-12675 |
| 106. | Martinez | Katherine L. | 6:2007-cv-10536 |
| 107. | McClendon | Gwendolyn D. | 6:2007-cv-11779 |
| 108. | McFry | Tammie | 6:2007-cv-15148 |
| 109. | McLaughlin | Lori | Not Found |
| 110. | Middleton | Michael | 6:2007-cv-01384 |
| 111. | Montgomery | Teresa | 6:2007-cv-15177 |
| 112. | Moore | Bobby | 6:2007-cv-15180 |
| 113. | Mosley-Love | Lynn | 6:2006-cv-01139 |
| 114. | Nance | Shelia A. | 6:2007-cv-12726 |
| 115. | Oki | Beverly | 6:2007-cv-15228 |
| 116. | O'Leary | Christine | 6:2007-cv-12198 |
| 117. | Olson | Eugene | 6:2007-cv-12741 |
| 118. | Osborne | Johnny | 6:2007-cv-15232 |
| 119. | Owens | Philip H. | 6:2007-cv-11843 |
| 120. | Petracca | Michael | 6:2007-cv-16448 |

| | | | |
|---|---|---|---|
| 121. | Petty | Loner M. | 6:2007-cv-12759 |
| 122. | Pietras | Michael | 6:2007-cv-14075 |
| 123. | Pinkston | Ronnie | 6:2007-cv-15260 |
| 124. | Polk | Estelle | 6:2007-cv-16462 |
| 125. | Polzin | Suzanne E. | 6:2007-cv-12768 |
| 126. | Potter | James | 6:2007-cv-11879 |
| 127. | Ralphaelson | Delmar | 6:2007-cv-12781 |
| 128. | Reams | John | 6:2007-cv-11899 |
| 129. | Reeves | Dawn | 6:2007-cv-14137 |
| 130. | Rich | Ray | 6:2007-cv-12794 |
| 131. | Richardson | Gussie B. | 6:2007-cv-10413 |
| 132. | Rios | Manuel G. | 6:2007-cv-15664 |
| 133. | Rivas | Lucy P. | 6:2007-cv-11910 |
| 134. | Rizzo | Mario | 6:2007-cv-12799 |
| 135. | Robinson | Timothy A. | 6:2007-cv-12805 |
| 136. | Rodriquez (Deceased) | Carlos | 6:2007-cv-16504 |
| 137. | Roll (Deceased) | Mary M. | 6:2007-cv-11289 |
| 138. | Rollins | Alice M. | 6:2007-cv-11926 |
| 139. | Rosier | Della V. | 6:2007-cv-14193 |
| 140. | Russell | Eddie | 6:2007-cv-12815 |
| 141. | Salazar | Lori | 6:2007-cv-11931 |
| 142. | Sanders | Walter | 6:2007-cv-12820 |
| 143. | Santacroce | Lori | 6:2007-cv-01499 |
| 144. | Sauter | Doris M. | 6:2007-cv-12822 |
| 145. | Sawdon | Della | 6:2007-cv-15323 |
| 146. | Scarbrough | James D. | 6:2007-cv-11940 |
| 147. | Schiller | Howard | 6:2007-cv-15324 |
| 148. | Segars | Vivian | 6:2007-cv-15334 |
| 149. | Shilt | Carol E. | 6:2007-cv-12841 |
| 150. | Shoulders | Wendetta T. | 6:2007-cv-12844 |
| 151. | Simmons | Michael | 6:2007-cv-12847 |
| 152. | Sims | Joy C. | 6:2007-cv-12849 |
| 153. | Smitherman | JoAnne | 6:2007-cv-15368 |
| 154. | Snyder | Margaret | 6:2007-cv-15370 |
| 155. | Spicer | Debra L. | 6:2007-cv-12873 |
| 156. | Stacy | Freddie | 6:2007-cv-15376 |
| 157. | Staff | Laura | 6:2007-cv-15378 |
| 158. | Stancil | Janice | 6:2007-cv-15381 |
| 159. | Stewart | Ariza | 6:2007-cv-16591 |
| 160. | Stewart | Angela | 6:2007-cv-01138 |
| 161. | Stiver | Ross | 6:2007-cv-11012 |
| 162. | Stowers | Nathan D. | 6:2007-cv-14336 |

4

| 163. | Stutz | Kathleen | 6:2006-cv-01337 |
|------|-------|----------|-----------------|
| 164. | Tamulonis | Signe | 6:2007-cv-11016 |
| 165. | Tasby | Beria | 6:2007-cv-16606 |
| 166. | Taylor | LaCresha | 6:2007-cv-16609 |
| 167. | Thigpen | John C. | 6:2007-cv-12007 |
| 168. | Thomas | James E. | 6:2007-cv-12900 |
| 169. | Thomas | Terry | 6:2007-cv-12904 |
| 170. | Tilson (Deceased) | Sheryl | 6:2007-cv-12910 |
| 171. | Tucker | Louise | 6:2007-cv-10782 |
| 172. | Vaught | Seneca | 6:2007-cv-15453 |
| 173. | Walker | Jennifer | 6:2007-cv-15464 |
| 174. | Walters | Chayanna | 6:2007-cv-16660 |
| 175. | Ward (Deceased) | Robert | 6:2007-cv-15845 |
| 176. | Webb | Janet | 6:2007-cv-15486 |
| 177. | Weber | Cheryl | 6:2007-cv-12042 |
| 178. | Wendland | Lee A. | 6:2007-cv-10470 |
| 179. | Williams | Carol | 6:2007-cv-12985 |
| 180. | Williams | Robert L. | 6:2007-cv-10800 |
| 181. | Wilson | Freddie | 6:2007-cv-144507 |
| 182. | Woodford | Eva M. | 6:2007-cv-14525 |
| 183. | Wrenn | Jeanne | 6:2007-cv-15538 |
| 184. | Wright | Debra | 6:2007-cv-15541 |
| 185. | Wright | Wayne E. | 6:2007-cv-13008 |
| 186. | Young | Francis | 6:2007-cv-12254 |
| 187. | Young | James | 6:2007-cv-15552 |
| 188. | Zappa | Douglas | 6:2007-cv-10484 |
| 189. | Martin | Sherri | 6:2007-cv-16324 |

5

**Bailey Perrin Bailey, LLP**
**Plaintiff Fact Sheet Production - June 29, 2007**
**List of Plaintiff Fact Sheets Missing Verifications**

| # | Last Name | First Name |
|---|-----------|------------|
| 1. | Dawkins | Yvonne |
| 2. | Drew | James |
| 3. | Evans | Paul |
| 4. | Hagen | Dan |
| 5. | Hampton | Willie |
| 6. | Jackson | Relena |
| 7. | Navarro | Albert |
| 8. | Smith | Carla |
| 9. | Whitaker | Gwen |

**Bailey Perrin Bailey, LLP**
**Plaintiff Fact Sheet Production - June 29, 2007**
**List of Plaintiff Fact Sheets Missing Authorizations**

| # | Last Name | First Name |
|---|-----------|------------|
| 1. | Braun | Donna |
| 2. | Bridges | Mary |
| 3. | Burris | Jessica |
| 4. | Coogle | Ralph |
| 5. | Dillon | Janice |
| 6. | Foster | John |
| 7. | Fulmer | Vickey |
| 8. | Haaland | Marika |
| 9. | Hill | William |
| 10. | Hudson | Barbara |
| 11. | Jordan | Lucille |
| 12. | Lambert | Richard |
| 13. | Ledford | Alvin |
| 14. | Loftin | Jessie |
| 15. | Moore | Lee |
| 16. | Moore | Lloyd |
| 17. | Nester | Mary |
| 18. | Norris | Billy |
| 19. | Pedigo | Alicia |
| 20. | Phillips | Lillie |
| 21. | Polmanteer | Margaret |
| 22. | Porch | Edith |
| 23. | Randolph | Diane |
| 24. | Ross | Lynda |
| 25. | Seats | Shelly |
| 26. | Sotelo | Denise |
| 27. | Steiner | Daniel |
| 28. | Sudduth | Kathryn |
| 29. | Thomas | Annie |
| 30. | Tipton | June |
| 31. | Travis | Cheryle |
| 32. | Upton | Patricia |
| 33. | Wilson | Aaron |
| 34. | Wodja | Heather |
| 35. | Wood | Patricia |

**Bailey Perrin Bailey, LLP**
**Plaintiff Fact Sheet Production - June 29, 2007**
**List of Plaintiff Fact Sheets Missing Authorizations and Verifications**

| # | Last Name | First Name |
|---|-----------|------------|
| 1. | Aaron | Nancy |
| 2. | Acely | Jeannie |
| 3. | Albert | Darius |
| 4. | Anderson | Doretha |
| 5. | Anderson | Vickie |
| 6. | Andrews | Mellisa |
| 7. | Andrews | Stefanie |
| 8. | Anglin | William |
| 9. | Ash | Richard |
| 10. | Ashford | Lisa |
| 11. | Aycock | Darrell |
| 12. | Baccus | Emma |
| 13. | Baker | Jeanette |
| 14. | Ballew | Corinthia |
| 15. | Barnett | Natashia |
| 16. | Barney | Douglas |
| 17. | Barron | Anthony |
| 18. | Bates | Frank |
| 19. | Baucom | Kay |
| 20. | Baugh | Marie |
| 21. | Bautista | Lawrence |
| 22. | Beauregard | Arthur |
| 23. | Beckham | Gwen |
| 24. | Bennett | Kathy |
| 25. | Benson | Anna |
| 26. | Berry | Julia |
| 27. | Black | Bret |
| 28. | Black | Calvin |
| 29. | Black | Vernon |
| 30. | Blalock | Wailes |
| 31. | Blunt | Tracy |
| 32. | Boerner | Klarica |
| 33. | Bonfantino | Rose |
| 34. | Bonner | Brenda |
| 35. | Boscovich | Eric |

1

| 36. | Bradley | Carla |
|-----|---------|-------|
| 37. | Bradley | Carol |
| 38. | Braswell | Victoria |
| 39. | Brent | Gregory |
| 40. | Briggs | Lyndon |
| 41. | Briggs | Timothy |
| 42. | Briner | Tracy |
| 43. | Brinson | Charles |
| 44. | Brock | Tina |
| 45. | Brookman | Peggy |
| 46. | Brown | Charles |
| 47. | Brown | Karen |
| 48. | Brown | Tina |
| 49. | Brunson | Gayle |
| 50. | Buffington | Carol |
| 51. | Bufford | Marsel |
| 52. | Burgie | Felton |
| 53. | Burks | Russel |
| 54. | Burks | Walter |
| 55. | Burns | Janice |
| 56. | Burton | David |
| 57. | Burtschi | Diane |
| 58. | Butler | Donna Jean |
| 59. | Butler | James |
| 60. | Butterfield | Sandra |
| 61. | Caban | Iris |
| 62. | Cain | Donna |
| 63. | Calicott | Linda |
| 64. | Carey | Annie |
| 65. | Carr | Robert |
| 66. | Carroll | Thelma |
| 67. | Cartlidge | Otis |
| 68. | Casey | Kimberly |
| 69. | Chadwell | Danielle |
| 70. | Chambers | Jean |
| 71. | Chambers | Lorraine |
| 72. | Chandler | Martha |
| 73. | Cheathem | Patricia |
| 74. | Chester | Pauline |
| 75. | Clanton | Allison |
| 76. | Clark | Erica |

2

| 77. | Clark | Tina |
|---|---|---|
| 78. | Clayton | Lue |
| 79. | Cleary | Tammy |
| 80. | Cloughley | Ronald |
| 81. | Cobb | Charles |
| 82. | Coble | Sarah |
| 83. | Coers | Elain |
| 84. | Colbert | Lisa |
| 85. | Coleman | Tonya |
| 86. | Collins | James |
| 87. | Collins | Marenda |
| 88. | Collins | Roxanne |
| 89. | Collins | Temphra |
| 90. | Coman | Patricia |
| 91. | Conley | Kenneth |
| 92. | Conley | Murrie |
| 93. | Connard | Penny |
| 94. | Cook | Leonard |
| 95. | Cooper | Duane |
| 96. | Cooper | Michael |
| 97. | Cooper | Reece |
| 98. | Cooper | Rhonda |
| 99. | Cooper | Ryan |
| 100. | Courville | Andrew |
| 101. | Cousar | Cynthia |
| 102. | Cox | Debbie |
| 103. | Cox | Michael |
| 104. | Crosley | Michelle |
| 105. | Davis | April |
| 106. | Davis | Bonita |
| 107. | Davis | Christian |
| 108. | Davis | Derrick |
| 109. | Davis | Linda |
| 110. | Davis | Sylvia |
| 111. | Denby | Dorothy |
| 112. | DeRoche | Rodney |
| 113. | Dierks | Debrah |
| 114. | Dillion | Johnnie |
| 115. | Dixon | Bernadine |
| 116. | Dixon | David |
| 117. | Dorsey | Kathy |

3

| | | |
|---|---|---|
| 118. | Dowdle | Cheryl |
| 119. | DuBois | Lochreane |
| 120. | Duncan | Catherine |
| 121. | Dunovant | Joe |
| 122. | Eakin | Dianna |
| 123. | Eakle | Donetta |
| 124. | Eargle | Angela |
| 125. | Ebert | Cyndi |
| 126. | Edwards | Michelle |
| 127. | Ellerby | Catina |
| 128. | Elliot | Cynthia |
| 129. | Erickson | Dianne |
| 130. | Escareno | Emilia |
| 131. | Esquibel | Sylvia |
| 132. | Eubanks | Shirley |
| 133. | Evans | Dawn |
| 134. | Evans | Nancy |
| 135. | Evans | Tammy |
| 136. | Fairly | Perry |
| 137. | Faulkner | Roy |
| 138. | Ferguson | Robert |
| 139. | Finister | Gwendolyn |
| 140. | Finley | Angela |
| 141. | Fisher | Barbara |
| 142. | Fitch | Dawn |
| 143. | Flemons | Betty |
| 144. | Flowers | Jeremy |
| 145. | Foley | Kathleen |
| 146. | Ford | Cheryl |
| 147. | Ford | Kevin |
| 148. | Forshee' | Patrick |
| 149. | Forslin | Dianna |
| 150. | Forte | Charlene |
| 151. | Fowler | Lee |
| 152. | Frame | Brian |
| 153. | Frank | Kevin |
| 154. | Freda | Kenneth |
| 155. | Fullerton | Domenic |
| 156. | Gabauer | Patrina |
| 157. | Gaffer | David |
| 158. | Gallagher | Sandra |

| 159. | Gange | Linda |
|------|-------|-------|
| 160. | Garza | Glenda |
| 161. | Gibbs | Susanne |
| 162. | Gill | Ruby |
| 163. | Glasgow | Tracy |
| 164. | Glynn | Raegan |
| 165. | Gonzales | Adenago |
| 166. | Gordon | Cecil |
| 167. | Graham | Roslyn |
| 168. | Graham | Teresa |
| 169. | Green | Kelli |
| 170. | Greenwood | Tanya |
| 171. | Gregg | Ute |
| 172. | Gregory | William |
| 173. | Griffin | Mary |
| 174. | Groce | Ruby |
| 175. | Gudine | Graciela |
| 176. | Gurule | Greg |
| 177. | Gutierrez | Hector |
| 178. | Hall | Diana |
| 179. | Hall | Eleanor |
| 180. | Hambrick | Michael |
| 181. | Hamlett | Sybil |
| 182. | Hansen | Edward |
| 183. | Harbeson | Fredrick |
| 184. | Hardy | Arthur |
| 185. | Harmon | Leanna |
| 186. | Harper | Cathy |
| 187. | Harris | Deborah |
| 188. | Harris | Janet |
| 189. | Harris | Marvin |
| 190. | Harrison | Geraldine |
| 191. | Hatcher | Joyce |
| 192. | Hatley | Donald |
| 193. | Hawkins | James |
| 194. | Hays | Steven |
| 195. | Hearne | Pamela |
| 196. | Henderson | Catherine |
| 197. | Hernandez | Irisa |
| 198. | Hernandez | Melissa |
| 199. | Hernandez | Regina |

| 200. | Hill-Crock | Gale |
| --- | --- | --- |
| 201. | Hirsch | Beverly |
| 202. | Hirschinger | Debbie |
| 203. | Holden | Angela |
| 204. | Holmes | Florence |
| 205. | Hopkins | James E. |
| 206. | Hortona | Wayne |
| 207. | Houliahan | Margaret |
| 208. | House | Kenny |
| 209. | Howatt | Barbara |
| 210. | Hudgins | Gwendolyn |
| 211. | Hudson | Dorothy |
| 212. | Hull | Heidi |
| 213. | Jackson | Diane |
| 214. | Jackson | Kevin |
| 215. | Jackson | Linda |
| 216. | Jackson | Tiffany |
| 217. | Jaco | Juanita |
| 218. | James | Juanita |
| 219. | James | Mable |
| 220. | Jamison | Linda |
| 221. | Jenkins | Bonnie |
| 222. | Jenkins | Carol |
| 223. | Jesso | Sharon |
| 224. | Johnson | Bradley |
| 225. | Johnson | Donna |
| 226. | Johnson | Helen |
| 227. | Johnson | Rochelle |
| 228. | Johnson | Sarah |
| 229. | Johnston | Sydney |
| 230. | Jones | Catherine |
| 231. | Jones | James |
| 232. | Jones | Kathy |
| 233. | Jones | Raymond |
| 234. | Jordan | Alberta |
| 235. | Juarez | Valerie |
| 236. | Kay | Nancy |
| 237. | Keagy | Colleen |
| 238. | Kelley | Richard |
| 239. | Kennedy | Paul |
| 240. | Kennedy | Terry |

| | | |
|---|---|---|
| 241. | Kepley | Aaron |
| 242. | Kerr | Rae |
| 243. | Kesslick | Alisa |
| 244. | Kesterson | Michael |
| 245. | Kimbrell | Christopher |
| 246. | King | Sharnetha |
| 247. | Klemp | Carrie |
| 248. | Knight | Gina |
| 249. | Lammers | John |
| 250. | Landrum | Stephanie |
| 251. | Latham | Henry |
| 252. | Lathan | Beverly |
| 253. | Latta | Margot |
| 254. | Leach-Monroe | Myra |
| 255. | Lee | Douglas |
| 256. | Lemon | Shawna |
| 257. | Lepperd | Charles |
| 258. | Lestace | Stephanie |
| 259. | Leszczynski | Candi |
| 260. | Leven | Denver |
| 261. | Littlejohn | Sharon |
| 262. | Lombardo | Anthony |
| 263. | Lugo | John |
| 264. | Lundy | Camille |
| 265. | Luttrell | Kathryn |
| 266. | Lyons | Michael |
| 267. | MacDonald | Brenda |
| 268. | Macleod | Fiona |
| 269. | Madden | Homer |
| 270. | Maddox | Darrell |
| 271. | Malone | Brenda |
| 272. | Mardis | Ann |
| 273. | Martin | Brenda |
| 274. | Martin | Derrick |
| 275. | Martin | Faye |
| 276. | Martin | Glen |
| 277. | Martinez | Carlos |
| 278. | Martinez | David |
| 279. | Matson | Lisa-Marie |
| 280. | Matthews | Joshua |
| 281. | Maturin | Laurie |

7

| | | |
|---|---|---|
| 282. | May | Daryl |
| 283. | McBroom | Wayne |
| 284. | McCartney | Kimberly |
| 285. | McCorkle | Thomas |
| 286. | McCormick | Dianna |
| 287. | McCormick | Laurie |
| 288. | McCrary | Mariko |
| 289. | McCune | Kathy |
| 290. | McDonald | Vickie |
| 291. | McFee | Angela |
| 292. | McGhee | Patsy |
| 293. | McGhee | Robert |
| 294. | McKinney | Shirley |
| 295. | McKnight | Ricky |
| 296. | McLemore | Ella |
| 297. | McMahon | Elizabeth |
| 298. | McShan | Genevieve |
| 299. | Medley | Derrick |
| 300. | Melvin | Rosalind |
| 301. | Mendoza | Lauro |
| 302. | Mercado | Carmen |
| 303. | Merryman | Robert |
| 304. | Meyer | Delbert |
| 305. | Meyer | Tracie |
| 306. | Miller | Reality |
| 307. | Miller | Shalonda |
| 308. | Minton | Troy |
| 309. | Mitchell | Jacqueline |
| 310. | Mizell | Stephen |
| 311. | Molina | Iram |
| 312. | Molinari | Terry |
| 313. | Montano | Yolanda |
| 314. | Moore | Elaine |
| 315. | Moore | Elizabeth |
| 316. | Moore | Margarita |
| 317. | Moore | Patricia |
| 318. | Moraido | Robert |
| 319. | Morris | Brandon |
| 320. | Morris | Cynthia |
| 321. | Moss | Clifton |
| 322. | Moss | Danneea |

8

| | | |
|---|---|---|
| 323. | Motzkus | Denise |
| 324. | Mounts | Rebecca |
| 325. | Munoz | Sylvia |
| 326. | Munz | David |
| 327. | Myers | Sharon |
| 328. | Neeley | Martha |
| 329. | Nehlig | Marie |
| 330. | Nelson | Jane |
| 331. | Newcomb | Robert |
| 332. | Niemczyk | Cheryl |
| 333. | Nunog | Kinney |
| 334. | O'Bryan | Todd |
| 335. | O'Dunleye | Carolyn |
| 336. | Ogunmwonyi | Gladys |
| 337. | Olivas | Rachel |
| 338. | Osborne | Bruce |
| 339. | Osbourne | Sharon |
| 340. | Padron | Roseanna |
| 341. | Page | Sherri |
| 342. | Pagel | David |
| 343. | Palumbo | Louis |
| 344. | Parker | Atiba |
| 345. | Parker | Thomas |
| 346. | Parnell | Partricia |
| 347. | Patrom | Kimberly |
| 348. | Patterson | Timothy |
| 349. | Patton | Franklin |
| 350. | Payne | Shawn |
| 351. | Pegram | George |
| 352. | Pentelton | Vershell |
| 353. | Peters | Kathy |
| 354. | Pierce | Anthony |
| 355. | Pierson | Brian |
| 356. | Pietrangelo | Andrea |
| 357. | Pitts | Russell |
| 358. | Place | Candice |
| 359. | Polches | Louis |
| 360. | Pote | Jennifer |
| 361. | Powell | LaDawna |
| 362. | Pride | Rita |
| 363. | Pucket | Virgil |

9

| | | |
|---|---|---|
| 364. | Raciti | Maxe |
| 365. | Radcliff | Cynthia |
| 366. | Raines | Crystal |
| 367. | Rains | Terry |
| 368. | Raney | Alta |
| 369. | Raygoza | Sally |
| 370. | Reed | Brenda |
| 371. | Reed | Debbie |
| 372. | Relf | Lilly |
| 373. | Richard | Betty |
| 374. | Riddle | Donna |
| 375. | Rigsby | Steve |
| 376. | Riley | Michelle |
| 377. | Risher | Brandy |
| 378. | Ritter | Chad |
| 379. | Rivas | Connie |
| 380. | Rivera | Eliezer |
| 381. | Roberts | Jackie |
| 382. | Roberts | Virginia |
| 383. | Robinson | Lorenzo |
| 384. | Robison | Gregory |
| 385. | Rodriquez | Martha |
| 386. | Rogers | Anissa |
| 387. | Rogers | Judith |
| 388. | Rogers | Julia |
| 389. | Romero-Naranjo | Cynthia |
| 390. | Rose | Gary |
| 391. | Rosetta | Kayla |
| 392. | Ross | Curtiss |
| 393. | Russell | Vonda |
| 394. | Ryan | David |
| 395. | Rylance | Timothy |
| 396. | Sanders | Donna |
| 397. | Satterfield | Melanie |
| 398. | Saul | Elizabeth |
| 399. | Schouster | Katie |
| 400. | Schramm | Donald |
| 401. | Schultz | Tracy |
| 402. | Schwartz | Paul |
| 403. | Scott | Debra |
| 404. | Selvaggio | Aida |

10

| 405. | Shackelford | Craig |
|------|-------------|-------|
| 406. | Shaheed | Elizabeth |
| 407. | Sharp | Fechell |
| 408. | Shockley | Amber |
| 409. | Silvers | Wade |
| 410. | Simmons | Alberta |
| 411. | Simmons | Donna |
| 412. | Simmons | Yvonne |
| 413. | Simon | Teah |
| 414. | Simpson | Regina |
| 415. | Sims | Joyce |
| 416. | Slade | Patricia |
| 417. | Sledge | Lisa |
| 418. | Smith | Anne |
| 419. | Smith | Austin |
| 420. | Smith | Randy |
| 421. | Smith | Richard |
| 422. | Smith | Robert |
| 423. | Solez | Augie |
| 424. | Soto | Annie |
| 425. | Spears | Sandra |
| 426. | Spencer | Arnetta |
| 427. | Spencer | Michael |
| 428. | St. John | Justine |
| 429. | Stahlhood | Ronald |
| 430. | Stanley | Glenda |
| 431. | Stone | Deborah |
| 432. | Stork | Deaonna |
| 433. | Strickland | Stanley |
| 434. | Stufflebean | Keith |
| 435. | Sullivan | Linda |
| 436. | Sumlin | Renita |
| 437. | Sutton | James |
| 438. | Swift | Lori |
| 439. | Tate | Lori |
| 440. | Taylor | Anthony |
| 441. | Taylor | Colinda |
| 442. | Taylor | Gwendolyn |
| 443. | Taylor | Lester |
| 444. | Taylor | Lisa |
| 445. | Taylor | Regina |

| | | |
|---|---|---|
| 446. | Templet | Carol |
| 447. | Templeton | Randal |
| 448. | Thatcher | Kathlene |
| 449. | Thiara | Judy |
| 450. | Thomas | Maudie |
| 451. | Thomas | Ta-Tanisha |
| 452. | Thomas | Teresa |
| 453. | Thurman | Debbie |
| 454. | Tidwell | Henry |
| 455. | Tompkins | Marcillia |
| 456. | Toucheek | Angella-Marie |
| 457. | Townsend | Beverly |
| 458. | Trehern | Fred |
| 459. | Trivette | L. |
| 460. | Trudeau | Lillian |
| 461. | Truss | Wesley |
| 462. | Tucker | Denise |
| 463. | Turner | Jackie |
| 464. | Turner | Lester |
| 465. | Turner | Lydelle |
| 466. | Turner | Melvin |
| 467. | Valentine | William |
| 468. | Vaugh | Cheryl |
| 469. | Vaughan | Robert |
| 470. | Venus | Venus |
| 471. | Vera-Cedallos | Elizabeth |
| 472. | Villar | Rosa |
| 473. | Vipperman | Patricia |
| 474. | Wall | Theresa |
| 475. | Walters | Dana |
| 476. | Walton | Michael |
| 477. | Walton | Patricia |
| 478. | Ward | Charlene |
| 479. | Ward | Judie |
| 480. | Ware | Katina |
| 481. | Washington | Ricky |
| 482. | Watkins | Wanda |
| 483. | Watson | Damion |
| 484. | Watson | Jeffrey |
| 485. | Watts | John |
| 486. | Wesley | Erika |

| 487. | West | Sharon |
|---|---|---|
| 488. | Westbrook | Anthony |
| 489. | White | Kelly |
| 490. | Whyms | Joel |
| 491. | Wickard | Rosemary |
| 492. | Wight | Alyssa |
| 493. | Willett | Kristina |
| 494. | Williams | Amanda |
| 495. | Williams | Beth |
| 496. | Williams | Donald |
| 497. | Williams | Helen |
| 498. | Williams | Joanne |
| 499. | Williams | Leah |
| 500. | Williams | Lisa |
| 501. | Williams | Sharon |
| 502. | Williams | Wanda |
| 503. | Wilson | Angenette |
| 504. | Winters | Stacey |
| 505. | Wise | Sharon |
| 506. | Woolsey | Mable |
| 507. | Wright | Charles |
| 508. | Young | Christopher |
| 509. | Young | Crystal |
| 510. | Zarate | Estella |
| 511. | Zentner | Michael |