**EXHIBIT 3**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

ALL CASES IN EXHIBIT 1

_____

      IT IS ON THIS ____ day of _____, 2007 **ORDERED** as follows:

      All of the claims of Plaintiffs listed in Exhibit 1 to this Order only are **DISMISSED WITH PREJUDICE** for failure to timely serve upon Defendants a completed PFS with all requested information, documents, and authorizations.

DATED: _____       _____
                                                            **ORDERED BY THE COURT**