UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL Docket No. 1769

This document relates to:

ALL CASES IN EXHIBIT 1

---

## ASTRAZENECA DEFENDANTS' MOTION REQUESTING DISMISSALS WITH PREJUDICE FOR FAILURE TO SERVE VERIFIED PLAINTIFF FACT SHEETS AND RECORDS AUTHORIZATIONS

Certain Plaintiffs have failed to verify their Plaintiff Fact Sheets and have failed to provide executed Authorizations for Release of All Records (Records Authorizations) (see Exhibit 1 for a list of all cases).[1] Accordingly, the AstraZeneca Defendants (AstraZeneca) move to dismiss the claims of those Plaintiffs. Under Case Management Order (CMO) No. 2, Plaintiffs are obligated to provide completed and verified Plaintiff Fact Sheets, including Records Authorizations, within certain deadlines (MDL Docket No. 129 at ¶ I(A)-(B)). Three hundred ninety-eight (398) Plaintiffs, represented by the law firm of Bailey Perrin Bailey LLP, served their fact sheets in June 2007 without verifications and Records Authorizations. Despite an Notice of Overdue Discovery and a 20-day cure period, those 398 Plaintiffs have still failed to serve any Records Authorizations and verifications whatsoever and their claims should be

---

[1] Pursuant to the Court's June 22, 2007 Order, this Motion is filed in the Master MDL case because it relates to the identical issue in more than four cases. This Motion applies to the cases in Exhibit 1.

dismissed with prejudice in accordance with Case Management Order No. 2. In support of this Motion, AstraZeneca states as follows:

1. For cases filed prior to January 31, 2007, Paragraph I(A) of CMO No. 2 provides that Plaintiffs' counsel must designate when a completed Plaintiff's Fact Sheet, executed Records Authorization, and responsive documents will be served for each Plaintiff (MDL Docket Nos. 129, 285). For each month, the designated Plaintiff Fact Sheets, Records Authorizations, and responsive documents must be served on or before the last business day of the month. *Id.*

2. CMO No. 2 further provides that, if Plaintiffs do not serve a completed Plaintiff Fact Sheet (including completed records authorization) within 10 days of the due date, AstraZeneca should send a Notice of Overdue Discovery. *Id.* ¶ I(C).

3. If a completed Plaintiff Fact Sheet is not served within 20 days of the Notice, AstraZeneca may submit to the Court an Order dismissing the Complaint with prejudice. *See* MDL Docket No. 285, amending CMO No. 2 ¶ I(D).

4. Plaintiffs then have 80 days from the submission of the dismissal order to file a notice certifying that they served AstraZeneca with a completed Plaintiff Fact Sheet and provide documentation of receipt, or the case will be dismissed with prejudice. *Id.*

5. On June 30, 2007, Plaintiffs' counsel served these 398 Plaintiff Fact Sheets that did not provide verifications or Records Authorizations.

6. On July 10, 2007, AstraZeneca's counsel sent a letter to Plaintiffs' counsel stating that the verifications and Records Authorizations were missing for these Plaintiffs and requesting that they be served within 20 days (Exhibit 2).

7. Plaintiffs' counsel's 20-day cure period under CMO No. 2 to serve completed Plaintiff Fact Sheets (along with verifications and Records Authorizations) expired on July 30,

2

2007. To date, Plaintiffs' counsel has failed to provide verifications and Records Authorizations along with these Plaintiff Fact Sheets served in June 2007.

8. The Court has already dismissed claims of many Plaintiffs for failure to serve Fact Sheet verifications and/or records authorization, and has held that dismissal based on Plaintiffs' failure to serve a signed PFS verification is entirely consistent with the dismissal procedures outlined in CMO No. 2 because an "unverified PFS is virtually as worthless to Defendants as no PFS at all." *See Reagan v. AstraZeneca LP, et al.*, No. 07-cv-16485, June 15, 2007 Order; *Ables v. AstraZeneca LP, et al.*, No. 07-cv-12256, June 22, 2007 Order (dismissing without prejudice for failure to serve verification and medical records authorization).

9. Moreover, dismissal of cases where plaintiffs failed to provide a verification and/or records authorization has been held to be an appropriate sanction in multi-district product liability litigation. *See, e.g., In re PPA Products Liability Litigation*, 460 F.3d 1217, 1235-37, 1242 (9th Cir. 2006) (affirming district court's dismissal as appropriate sanction for failure to provide verification and/or records authorization).

10. Accordingly, AstraZeneca hereby moves the Court to Order the cases to be dismissed with prejudice if Plaintiffs do not serve AstraZeneca with completed and verified Plaintiff Fact Sheets, including signed Records Authorizations, and file proof of receipt within 80 days from the date of this Motion.

11. If Plaintiffs do not serve completed verifications and Records Authorizations by October 19, 2007, the Court should dismiss those cases with prejudice in accordance with CMO No. 2.

12. A form Order listing the cases ripe for dismissal is provided in accordance with CMO No. 2, paragraph I(D) (Exhibit 3).[2]

WHEREFORE, in accordance with the terms of CMO No. 2, AstraZeneca respectfully requests that the Court dismiss the 398 cases in Exhibit 1 with prejudice where no signed verification and records authorization has been served and there is no proof of service filed with the Court within 80 days from the date of this Motion.

Dated: July 31, 2007

/s/ Brennan J. Torregrossa
Fred T. Magaziner
Brennan J. Torregrossa
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

Attorneys for Defendants
AstraZeneca Pharmaceuticals LP
and AstraZeneca LP

---

[2] Counsel for Plaintiffs provide Plaintiff Fact Sheets, Plaintiff Fact Sheet verifications, and Records Authorizations in electronic format (CD-ROM). On the CD-ROMs, there is one file that contains the Plaintiff Fact Sheets and one file that contains the signed verification to the Plaintiff Fact Sheet and the Records Authorizations. AstraZeneca has not received a verification or a Records authorization for the 398 Plaintiffs listed in Exhibit 1. If the Court would like to examine the CD-ROMs, AstraZeneca will file them with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that, on the 31st of July, 2007, I caused a true and correct copy of the foregoing AstraZeneca Defendants' Motion Requesting Dismissals With Prejudice For Failure To Serve Verified Plaintiff Fact Sheets and Records Authorizations to be served electronically through ECF upon the following:

> K. Camp Bailey, Esq.
> Michael W. Perrin, Esq.
> Fletcher Trammell, Esq.
> Bailey Perrin Bailey LLP
> The Lyric Centre
> 440 Louisiana, Suite 2100
> Houston, TX 77002
> Telephone: (713) 425-7240
> cbailey@bpblaw.com
> mperrin@bpblaw.com
>
> Larry Roth, Esq.
> Law Offices of Larry M. Roth, P.A.
> Post Office Box 547637
> Orlando, FL 32854-7637
> Telephone: (407) 872-2239
> LROTH@roth-law.com

/s/ Brennan J. Torregrossa