**EXHIBIT 1**

## Bailey Perrin Bailey, LLP

## List of Plaintiff Fact Sheets Missing Verifications and Records Authorizations

|  | Plaintiff Last Name | Plaintiff First Name | Case Number |
|---|---|---|---|
| 1. | Aaron | Nancy | 6:06-cv-01846 |
| 2. | Acely | Jeannie | 6:07-cv-15847 |
| 3. | Albert | Darius | 6:07-cv-14566 |
| 4. | Anderson | Doretha | 6:07-cv-15864 |
| 5. | Anderson | Vickie | 6:07-cv-15866 |
| 6. | Andrew | Mellisa | 6:06-cv-01316 |
| 7. | Andrews | Stefanie | 6:07-cv-15867 |
| 8. | Anglin | William | 6:07-cv-15869 |
| 9. | Ash | Richard | 6:07-cv-15872 |
| 10. | Aycock | Darrell | 6:07-cv-14592 |
| 11. | Baccus | Emma | 6:07-cv-14594 |
| 12. | Baker | Jeanette | 6:07-cv-14596 |
| 13. | Barnett | Natashia | 6:07-cv-15888 |
| 14. | Barney | Douglas | 6:07-cv-14608 |
| 15. | Barron | Anthony | 6:07-cv-14610 |
| 16. | Bates | Frank | 6:07-cv-14612 |
| 17. | Baugh | Marie | 6:07-cv-15893 |
| 18. | Bautista | Lawrence | 6:07-cv-14617 |
| 19. | Beauregard | Arthur | 6:07-cv-15899 |
| 20. | Beckham | Gwen | 6:07-cv-15901 |
| 21. | Bennett | Kathy | 6:07-cv-14628 |
| 22. | Benson | Anna | 6:07-cv-14629 |
| 23. | Berry | Julia | 6:07-cv-14630 |
| 24. | Black | Bret | 6:07-cv-15917 |
| 25. | Black | Vernon | 6:07-cv-14637 |
| 26. | Blunt | Tracy | 6:07-cv-14643 |
| 27. | Bonfantino | Rose | 6:07-cv-15923 |
| 28. | Bonner | Brenda | 6:07-cv-15925 |
| 29. | Boscovich | Eric | 6:07-cv-14651 |
| 30. | Bradley | Carla | 6:07-cv-14658 |
| 31. | Braswell | Victoria | 6:07-cv-14660 |
| 32. | Brent | Gregory | 6:07-cv-15936 |
| 33. | Briggs | Timothy | 6:07-cv-15938 |
| 34. | Briner | Tracy | 6:07-cv-14669 |
| 35. | Brock | Tina | 6:07-cv-14675 |

|  | Plaintiff Last Name | Plaintiff First Name | Case Number |
|---|---|---|---|
| 36. | Brown | Karen | 6:07-cv-14682 |
| 37. | Brookman | Peggy | 6:07-cv-15941 |
| 38. | Brown | Tina (represented by Micky Orr) | 6:07-cv-16419 |
| 39. | Brunson | Gayle | 6:07-cv-15950 |
| 40. | Buffington | Carol | 6:07-cv-15956 |
| 41. | Bufford | Marsel | 6:07-cv-13192 |
| 42. | Burks | Russel | 6:07-cv-15958 |
| 43. | Burks | Walter | 6:07-cv-14691 |
| 44. | Burton | David | 6:07-cv-14694 |
| 45. | Burtschi | Diane | 6:07-cv-14695 |
| 46. | Butler | James | 6:07-cv-15967 |
| 47. | Butterfield | Sandra | 6:07-cv-14696 |
| 48. | Cain | Donna | 6:07-cv-15971 |
| 49. | Carey | Annie | 6:07-cv-14705 |
| 50. | Carr | Robert | 6:07-cv-14706 |
| 51. | Carroll | Thelma | 6:07-cv-14709 |
| 52. | Cartlidge | Otis | 6:07-cv-14714 |
| 53. | Casey | Kimberly | 6:07-cv-15987 |
| 54. | Chadwell | Danielle | 6:07-cv-15992 |
| 55. | Chambers | Jean | 6:07-cv-15994 |
| 56. | Chambers | Lorraine | 6:07-cv-14719 |
| 57. | Chester | Pauline | 6:07-cv-16001 |
| 58. | Clanton | Allison | 6:07-cv-14728 |
| 59. | Clark | Erica | 6:07-cv-16002 |
| 60. | Clayton | Lue | 6:07-cv-14732 |
| 61. | Cleary | Tammy | 6:07-cv-14733 |
| 62. | Cloughley | Ronald | 6:07-cv-14736 |
| 63. | Cobb | Charles | 6:07-cv-14737 |
| 64. | Coers | Elain | 6:07-cv-14740 |
| 65. | Coleman | Tonya | 6:07-cv-16006 |
| 66. | Collins | James | 6:07-cv-14746 |
| 67. | Collins | Temphra | 6:07-cv-16008 |
| 68. | Coman | Patricia | 6:07-cv-14750 |
| 69. | Conley | Kenneth | 6:07-cv-16011 |
| 70. | Conley | Murrie | 6:07-cv-16012 |
| 71. | Connard | Penny | 6:07-cv-16013 |
| 72. | Cooper | Duane | 6:07-cv-14755 |
| 73. | Cooper | Michael | 6:07-cv-14757 |

| | Plaintiff Last Name | Plaintiff First Name | Case Number |
|---|---|---|---|
| 74. | Cooper | Reece | 6:07-cv-14758 |
| 75. | Cooper | Rhonda | 6:07-cv-16021 |
| 76. | Cox | Michael | 6:07-cv-14766 |
| 77. | Crawford | Elizabeth | 6:07-cv-11480 |
| 78. | Crosley | Michelle | 6:07-cv-16038 |
| 79. | Davis | April | 6:07-cv-16045 |
| 80. | Davis | Bonita | 6:07-cv-16046 |
| 81. | Davis | Christian | 6:07-cv-14782 |
| 82. | Davis | Derrick | 6:07-cv-14783 |
| 83. | Davis | Sylvia | 6:07-cv-13341 |
| 84. | Dierks | Debrah | 6:07-cv-14799 |
| 85. | Dillion | Johnnie | 6:07-cv-16062 |
| 86. | Dorsey | Kathy | 6:07-cv-14804 |
| 87. | Dowdle | Cheryl | 6:07-cv-14807 |
| 88. | DuBois | Lochreane | 6:07-cv-14809 |
| 89. | Duncan | Catherine | 6:07-cv-16072 |
| 90. | Eakle | Donetta | 6:07-cv-16076 |
| 91. | Ebert | Cyndi | 6:07-cv-14816 |
| 92. | Edwards | Michelle | 6:07-cv-14819 |
| 93. | Elliot | Cynthia | 6:07-cv-14824 |
| 94. | Erickson | Dianne | 6:07-cv-16086 |
| 95. | Escareno | Emilia | 6:07-cv-14827 |
| 96. | Esquibel | Sylvia | 6:07-cv-14830 |
| 97. | Eubanks | Shirley | 6:07-cv-16088 |
| 98. | Evans | Dawn | 6:07-cv-14831 |
| 99. | Evans | Nancy | 6:07-cv-14832 |
| 100. | Evans | Tammy | 6:07-cv-14834 |
| 101. | Ferguson | Robert | 6:07-cv-14847 |
| 102. | Finister | Gwendolyn | 6:07-cv-14848 |
| 103. | Finley | Angela | 6:07-cv-14849 |
| 104. | Fisher | Barbara | 6:07-cv-14850 |
| 105. | Fitch | Dawn | 6:07-cv-14851 |
| 106. | Flemmons | Betty | 6:07-cv-16101 |
| 107. | Ford | Cheryl | 6:07-cv-16107 |
| 108. | Ford | Kevin | 6:07-cv-14857 |
| 109. | Forshee' | Patrick | 6:07-cv-14859 |
| 110. | Forslin | Dianna | 6:07-cv-14860 |
| 111. | Fowler | Lee | 6:07-cv-14865 |
| 112. | Frame | Brian | 6:07-cv-16112 |

| | Plaintiff Last Name | Plaintiff First Name | Case Number |
|---|---|---|---|
| 113. | Frank | Kevin | 6:07-cv-14868 |
| 114. | Freda | Kenneth | 6:07-cv-14871 |
| 115. | Fullerton | Domenic | 6:07-cv-14875 |
| 116. | Gabauer | Patrina | 6:07-cv-14878 |
| 117. | Gaffer | David | 6:07-cv-14879 |
| 118. | Gibbs | Susanne | 6:07-cv-11591 |
| 119. | Gill | Ruby | 6:07-cv-14897 |
| 120. | Glasgow | Tracy | 6:07-cv-14902 |
| 121. | Gonzales | Adenago | 6:07-cv-14906 |
| 122. | Gordon | Cecil | 6:07-cv-16139 |
| 123. | Graham | Roslyn | 6:07-cv-14909 |
| 124. | Greenwood | Tanya | 6:07-cv-14919 |
| 125. | Gregg | Ute | 6:07-cv-14920 |
| 126. | Gregory | William | 6:07-cv-14921 |
| 127. | Griffin | Mary | 6:07-cv-14923 |
| 128. | Groce | Ruby | 6:07-cv-14925 |
| 129. | Gudine | Graciela | 6:07-cv-14927 |
| 130. | Gurule | Greg | 6:07-cv-14929 |
| 131. | Gutierrez | Hector | 6:07-cv-16151 |
| 132. | Hall | Diana | 6:07-cv-14938 |
| 133. | Hamlett | Sybil | 6:07-cv-14942 |
| 134. | Harbeson | Fredrick | 6:07-cv-16159 |
| 135. | Hardy | Arthur | 6:07-cv-14948 |
| 136. | Harmon | Leanna | 6:07-cv-14949 |
| 137. | Harper | Cathy | 6:07-cv-14953 |
| 138. | Harris | Deborah | 6:07-cv-14957 |
| 139. | Harris | Janet | 6:07-cv-14958 |
| 140. | Harris | Marvin | 6:07-cv-14960 |
| 141. | Harrison | Geraldine | 6:07-cv-16167 |
| 142. | Hatcher | Joyce | 6:07-cv-16170 |
| 143. | Hatley | Donald | 6:07-cv-14966 |
| 144. | Hawkins | James | 6:07-cv-13581 |
| 145. | Hernandez | Irisa | 6:07-cv-14977 |
| 146. | Hernandez | Regina | 6:07-cv-14979 |
| 147. | Hill-Crock | Gale | 6:07-cv-14986 |
| 148. | Hirsch | Beverly | 6:07-cv-14988 |
| 149. | Hirschinger | Debbie | 6:07-cv-14989 |
| 150. | Holmes | Florence | 6:07-cv-16196 |
| 151. | Hortona | Wayne | 6:07-cv-15000 |

|  | Plaintiff Last Name | Plaintiff First Name | Case Number |
|---|---|---|---|
| 152. | Howatt | Barbara | 6:07-cv-16200 |
| 153. | Hudgins | Gwendolyn | 6:07-cv-15007 |
| 154. | Hudson | Dorothy | 6:07-cv-16205 |
| 155. | Hull | Heidi | 6:07-cv-15008 |
| 156. | Jackson | Diane | 6:07-cv-15017 |
| 157. | Jackson | Kevin | 6:07-cv-15021 |
| 158. | Jackson | Linda | 6:07-cv-15022 |
| 159. | Jackson | Tiffany | 6:07-cv-16219 |
| 160. | Jaco | Juanita | 6:07-cv-16220 |
| 161. | James | Juanita | 6:07-cv-15024 |
| 162. | Jenkins | Bonnie | 6:07-cv-16224 |
| 163. | Jenkins | Carol | 6:07-cv-15026 |
| 164. | Jesso | Sharon | 6:07-cv-15028 |
| 165. | Johnson | Bradley | 6:07-cv-16236 |
| 166. | Johnson | Donna | 6:07-cv-15032 |
| 167. | Johnson | Rochelle | 6:07-cv-16242 |
| 168. | Johnson | Sarah | 6:07-cv-16243 |
| 169. | Johnston | Sydney | 6:07-cv-15042 |
| 170. | Jones | Catherine | 6:07-cv-13699 |
| 171. | Jones | James | 6:07-cv-16250 |
| 172. | Jones | Raymond | 6:07-cv-15051 |
| 173. | Jordan | Alberta | 6:07-cv-15052 |
| 174. | Juarez | Valerie | 6:07-cv-16259 |
| 175. | Keagy | Colleen | 6:07-cv-15062 |
| 176. | Kennedy | Terry | 6:07-cv-16265 |
| 177. | Kerr | Rae | 6:07-cv-15067 |
| 178. | Kesslick | Alisa | 6:07-cv-16266 |
| 179. | Kimbrell | Christopher | 6:07-cv-16268 |
| 180. | King | Sharnetha | 6:07-cv-15072 |
| 181. | Klemp | Carrie | 6:07-cv-15075 |
| 182. | Knight | Gina | 6:07-cv-15079 |
| 183. | Lambert | Billie | 6:06-cv-01390 |
| 184. | Landrum | Stephanie | 6:07-cv-15085 |
| 185. | Latta | Margot | 6:07-cv-15089 |
| 186. | Lemon | Shawna | 6:07-cv-16293 |
| 187. | Lepperd | Charles | 6:07-cv-16294 |
| 188. | Lestace | Stephanie | 6:07-cv-15097 |
| 189. | Leszczynski | Candi | 6:07-cv-15098 |
| 190. | Leven | Denver | 6:07-cv-15099 |

|      | Plaintiff Last Name | Plaintiff First Name | Case Number    |
| ---- | ------------------- | -------------------- | -------------- |
| 191. | Littlejohn          | Sharon               | 6:07-cv-15105  |
| 192. | Lundy               | Camille              | 6:07-cv-16310  |
| 193. | MacDonald           | Brenda               | 6:07-cv-15121  |
| 194. | Macleod             | Fiona                | 6:07-cv-16313  |
| 195. | Madden              | Homer                | 6:07-cv-15123  |
| 196. | Malone              | Brenda               | 6:07-cv-16317  |
| 197. | Mardis              | Ann                  | 6:07-cv-16321  |
| 198. | Martin              | Brenda               | 6:07-cv-15127  |
| 199. | Martin              | Faye                 | 6:07-cv-15129  |
| 200. | Martin              | Glen                 | 6:07-cv-15130  |
| 201. | Martinez            | Carlos               | 6:07-cv-16325  |
| 202. | Martinez            | David                | 6:07-cv-16323  |
| 203. | Maturin             | Laurie               | 6:07-cv-15134  |
| 204. | May                 | Daryl                | 6:07-cv-15135  |
| 205. | McCartney           | Kimberly             | 6:07-cv-15138  |
| 206. | McCormick           | Dianna               | 6:07-cv-16343  |
| 207. | McCormick           | Laurie               | 6:07-cv-15142  |
| 208. | McCrary             | Mariko               | 6:07-cv-16345  |
| 209. | McDonald            | Vickie               | 6:07-cv-16351  |
| 210. | McFee               | Angela               | 6:07-cv-15147  |
| 211. | McGhee              | Patsy                | 6:07-cv-15150  |
| 212. | McGhee              | Robert               | 6:07-cv-15151  |
| 213. | McKinney            | Shirley              | 6:07-cv-16355  |
| 214. | McKnight            | Ricky                | 6:07-cv-16356  |
| 215. | McLemore            | Ella                 | 6:07-cv-16357  |
| 216. | McShan              | Genevieve            | 6:07-cv-15157  |
| 217. | Medley              | Derrick              | 6:07-cv-11790  |
| 218. | Melvin              | Rosalind             | 6:07-cv-15160  |
| 219. | Mendoza             | Lauro                | 6:07-cv-16360  |
| 220. | Mercado             | Carmen               | 6:07-cv-15161  |
| 221. | Meyer               | Delbert              | 6:07-cv-15164  |
| 222. | Meyer               | Tracie               | 6:07-cv-15165  |
| 223. | Miller              | Reality              | 6:07-cv-15166  |
| 224. | Miller              | Shalonda             | 6:07-cv-15167  |
| 225. | Minton              | Troy                 | 6:07-cv-16669  |
| 226. | Mitchell            | Jacqueline           | 6:07-cv-15172  |
| 227. | Mizell              | Stephen              | 6:07-cv-15174  |
| 228. | Molina              | Iram                 | 6:07-cv-16369  |
| 229. | Montano             | Yolanda              | 6:07-cv-16372  |

|  | Plaintiff Last Name | Plaintiff First Name | Case Number |
|---|---|---|---|
| 230. | Moore | Elaine | 6:07-cv-16376 |
| 231. | Moore | Elizabeth | 6:07-cv-15181 |
| 232. | Moore | Patricia | 6:07-cv-15184 |
| 233. | Moraido | Robert | 6:07-cv-16382 |
| 234. | Morris | Brandon | 6:07-cv-15189 |
| 235. | Mosley-Love | Lynn | 6:07-cv-01139 |
| 236. | Motzkus | Denise | 6:07-cv-15194 |
| 237. | Munoz | Sylvia | 6:07-cv-16392 |
| 238. | Munz | David | 6:07-cv-13986 |
| 239. | Myers | Sharon | 6:07-cv-16394 |
| 240. | Neeley | Martha | 6:07-cv-16401 |
| 241. | Nehlig | Marie | 6:07-cv-15204 |
| 242. | Niemczyk | Cheryl | 6:07-cv-15215 |
| 243. | Nunog | Kinney | 6:07-cv-15220 |
| 244. | O'Dunleye | Carolyn | 6:07-cv-15226 |
| 245. | Ogunmwonyi | Gladys | 6:07-cv-16416 |
| 246. | Osbourne | Sharon | 6:07-cv-16422 |
| 247. | Page | Sherri | 6:07-cv-15239 |
| 248. | Pagel | David | 6:07-cv-15240 |
| 249. | Palumbo | Louis | 6:07-cv-16425 |
| 250. | Parker | Atiba | 6:07-cv-16428 |
| 251. | Parker | Thomas | 6:07-cv-15242 |
| 252. | Parnell | Partricia | 6:07-cv-16430 |
| 253. | Patrom | Kimberly | 6:07-cv-15246 |
| 254. | Patterson | Timothy | 6:07-cv-16434 |
| 255. | Patton | Franklin | 6:07-cv-16435 |
| 256. | Payne | Shawn | 6:07-cv-16436 |
| 257. | Pentelton | Vershell | 6:07-cv-15251 |
| 258. | Peters | Kathy | 6:07-cv-16447 |
| 259. | Pierce | Anthony | 6:07-cv-14074 |
| 260. | Pierson | Brian | 6:07-cv-16455 |
| 261. | Pitts | Russell | 6:07-cv-16458 |
| 262. | Place | Candice | 6:07-cv-15261 |
| 263. | Polches | Louis | 6:07-cv-16461 |
| 264. | Pote | Jennifer | 6:07-cv-16466 |
| 265. | Powell | LaDawna | 6:07-cv-15269 |
| 266. | Pride | Rita | 6:07-cv-16469 |
| 267. | Pucket | Virgil | 6:07-cv-15275 |
| 268. | Raciti | Maxe | 6:07-cv-15278 |

|  | Plaintiff Last Name | Plaintiff First Name | Case Number |
|---|---|---|---|
| 269. | Radcliff | Cynthia | 6:07-cv-15279 |
| 270. | Raines | Crystal | 6:07-cv-15281 |
| 271. | Rains | Terry | 6:07-cv-16476 |
| 272. | Raney | Alta | 6:07-cv-15284 |
| 273. | Raygoza | Sally | 6:07-cv-16484 |
| 274. | Reed | Brenda | 6:07-cv-15285 |
| 275. | Reed | Debbie | 6:07-cv-15286 |
| 276. | Relf | Lilly | 6:07-cv-16488 |
| 277. | Richard | Betty | 6:07-cv-15291 |
| 278. | Riddle | Donna | 6:07-cv-15293 |
| 279. | Rigsby | Steve | 6:07-cv-16491 |
| 280. | Riley | Michelle | 6:07-cv-16492 |
| 281. | Risher | Brandy | 6:07-cv-16493 |
| 282. | Ritter | Chad | 6:07-cv-16494 |
| 283. | Rivas | Connie | 6:07-cv-15295 |
| 284. | Rivera | Eliezer | 6:07-cv-16495 |
| 285. | Roberts | Virginia | 6:07-cv-16496 |
| 286. | Robinson | Lorenzo | 6:07-cv-15300 |
| 287. | Robison | Gregory | 6:07-cv-14174 |
| 288. | Rodriquez | Martha | 6:07-cv-16505 |
| 289. | Rogers | Anissa | 6:07-cv-15303 |
| 290. | Rogers | Judith | 6:07-cv-15304 |
| 291. | Romero-Naranjo | Cynthia | 6:07-cv-15307 |
| 292. | Ross | Curtiss | 6:07-cv-16512 |
| 293. | Russell | Vonda | 6:07-cv-15319 |
| 294. | Ryan | David | 6:07-cv-15320 |
| 295. | Rylance | Timothy | 6:07-cv-16518 |
| 296. | Sanders | Donna | 6:07-cv-16524 |
| 297. | Santacroce | Lori | 6:07-cv-01499 |
| 298. | Satterfield | Melanie | 6:07-cv-15322 |
| 299. | Saul | Elizabeth | 6:07-cv-16530 |
| 300. | Schouster | Katie | 6:07-cv-15325 |
| 301. | Schramm | Donald | 6:07-cv-16533 |
| 302. | Schultz | Tracy | 6:07-cv-16534 |
| 303. | Schwartz | Paul | 6:07-cv-15237 |
| 304. | Scott | Debra | 6:07-cv-15238 |
| 305. | Selvaggio | Aida | 6:07-cv-15336 |
| 306. | Shaheed | Elizabeth | 6:07-cv-15339 |
| 307. | Sharp | Fechell | 6:07-cv-15341 |

|      | Plaintiff Last Name | Plaintiff First Name | Case Number |
|------|---------------------|----------------------|----------------|
| 308. | Shockley            | Amber                | 6:07-cv-15343  |
| 309. | Silvers             | Wade                 | 6:07-cv-15347  |
| 310. | Simmons             | Alberta              | 6:07-cv-16555  |
| 311. | Simmons             | Donna                | 6:07-cv-15348  |
| 312. | Simmons             | Yvonne               | 6:07-cv-15350  |
| 313. | Simon               | Teah                 | 6:07-cv-15351  |
| 314. | Simpson             | Regina               | 6:07-cv-15353  |
| 315. | Sims                | Joyce                | 6:07-cv-16560  |
| 316. | Slade               | Patricia             | 6:07-cv-15354  |
| 317. | Sledge              | Lisa                 | 6:07-cv-15356  |
| 318. | Smith               | Anne                 | 6:07-cv-16564  |
| 319. | Smith               | Austin               | 6:07-cv-16565  |
| 320. | Smith               | Randy                | 6:07-cv-15362  |
| 321. | Smith               | Robert               | 6:07-cv-15364  |
| 322. | Solez               | Augie                | 6:07-cv-16576  |
| 323. | Soto                | Annie                | 6:07-cv-16579  |
| 324. | Spears              | Sandra               | 6:07-cv-15373  |
| 325. | Spencer             | Michael              | 6:07-cv-16581  |
| 326. | Stahlhood           | Ronald               | 6:07-cv-15379  |
| 327. | Stanley             | Glenda               | 6:07-cv-15382  |
| 328. | Stone               | Deborah              | 6:07-cv-15389  |
| 329. | Stork               | Deaonna              | 6:07-cv-15390  |
| 330. | Strickland          | Stanley              | 6:07-cv-15393  |
| 331. | Stufflebean         | Keith                | 6:07-cv-15395  |
| 332. | Sullivan            | Linda                | 6:07-cv-153989 |
| 333. | Sumlin              | Renita               | 6:07-cv-16601  |
| 334. | Sutton              | James                | 6:07-cv-15400  |
| 335. | Swift               | Lori                 | 6:07-cv-15404  |
| 336. | Tate                | Lori                 | 6:07-cv-15408  |
| 337. | Taylor              | Anthony              | 6:07-cv-15409  |
| 338. | Taylor              | Colinda              | 6:07-cv-15410  |
| 339. | Taylor              | Gwendolyn            | 6:07-cv-15411  |
| 340. | Taylor              | Lester               | 6:07-cv-16610  |
| 341. | Taylor              | Lisa                 | 6:07-cv-15412  |
| 342. | Templet             | Carol                | 6:07-cv-15414  |
| 343. | Templeton           | Randal               | 6:07-cv-15415  |
| 344. | Thiara              | Judy                 | 6:07-cv-15418  |
| 345. | Thomas              | Maudie               | 6:07-cv-15422  |
| 346. | Thomas              | Ta-Tanisha           | 6:07-cv-15423  |

|  | Plaintiff Last Name | Plaintiff First Name | Case Number |
|---|---|---|---|
| 347. | Thomas | Terry | 6:07-cv-12904 |
| 348. | Thurman | Debbie | 6:07-cv-15425 |
| 349. | Tompkins | Marcillia | 6:07-cv-16632 |
| 350. | Toucheek | Angella-Marie | 6:07-cv-15428 |
| 351. | Trehern | Fred | 6:07-cv-16640 |
| 352. | Trivette | L. | 6:07-cv-15431 |
| 353. | Trudeau | Lillian | 6:07-cv-15433 |
| 354. | Truss | Wesley | 6:07-cv-15965 |
| 355. | Tucker | Denise | 6:07-cv-15434 |
| 356. | Turner | Jackie | 6:07-cv-15438 |
| 357. | Turner | Lester | 6:07-cv-15439 |
| 358. | Turner | Lydelle | 6:07-cv-14410 |
| 359. | Turner | Melvin | 6:07-cv-15440 |
| 360. | Valentine | William | 6:07-cv-15446 |
| 361. | Vaugh | Cheryl | 6:07-cv-15451 |
| 362. | Vaughan | Robert | 6:07-cv-15452 |
| 363. | Venus | Venus | 6:07-cv-15456 |
| 364. | Vera-Cedallos | Elizabeth | 6:07-cv-15457 |
| 365. | Villar | Rosa | 6:07-cv-15458 |
| 366. | Vipperman | Patricia | 6:07-cv-15460 |
| 367. | Wall | Theresa | 6:07-cv-15466 |
| 368. | Walton | Michael | 6:07-cv-15469 |
| 369. | Walton | Patricia | 6:07-cv-15470 |
| 370. | Ward | Charlene | 6:07-cv-15471 |
| 371. | Ward | Judie | 6:07-cv-16663 |
| 372. | Washington | Ricky | 6:07-cv-15477 |
| 373. | Watkins | Wanda | 6:07-cv-15480 |
| 374. | Watson | Damion | 6:07-cv-15481 |
| 375. | Watson | Jeffrey | 6:07-cv-15482 |
| 376. | Watts | John | 6:07-cv-15483 |
| 377. | West | Sharon | 6:07-cv-15488 |
| 378. | Westbrook | Anthony | 6:07-cv-15489 |
| 379. | White | Kelly | 6:07-cv-15492 |
| 380. | Wickard | Rosemary | 6:07-cv-15499 |
| 381. | Wight | Alyssa | 6:07-cv-15500 |
| 382. | Willett | Kristina | 6:07-cv-16683 |
| 383. | Williams | Amanda | 6:07-cv-16685 |
| 384. | Williams | Donald | 6:07-cv-16690 |
| 385. | Williams | Helen | 6:07-cv-15504 |

|  | Plaintiff Last Name | Plaintiff First Name | Case Number |
|---|---|---|---|
| 386. | Williams | Joanne | 6:07-cv-15507 |
| 387. | Williams | Leah | 6:07-cv-15510 |
| 388. | Williams | Lisa | 6:07-cv-16693 |
| 389. | Williams | Sharon | 6:07-cv-15516 |
| 390. | Williams | Wanda | 6:07-cv-15518 |
| 391. | Wilson | Angenette | 6:07-cv-15522 |
| 392. | Winters | Stacey | 6:07-cv-16703 |
| 393. | Wise | Sharon | 6:07-cv-16704 |
| 394. | Wright | Charles | 6:07-cv-15540 |
| 395. | Young | Christopher | 6:07-cv-15550 |
| 396. | Young | Crystal | 6:07-cv-15551 |
| 397. | Zarate | Estella | 6:07-cv-16711 |
| 398. | Zentner | Michael | 6:07-cv-16712 |