# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No. **6:06-md-1769-Orl-22DAB**

_____/

## ORDER

This cause came on for consideration of Defendants' Motion to [file under] Seal Two Exhibits (Doc. No. 327) in support of their Motion for Judgment on the Pleadings Or, Alternatively, For Summary Judgment, As To All Claims Against Seven Improperly Named Defendants. Doc. No. 330. Defendants are **DIRECTED** to submit the documents for *in camera* review to determine whether they qualify to be filed under seal.

**DONE** and **ORDERED** in Orlando, Florida on July 31, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE