UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL Docket No. 1769

This document relates to:

ALL CASES IN EXHIBIT 1

## ASTRAZENECA DEFENDANTS' MOTION REQUESTING DISMISSALS WITH PREJUDICE FOR FAILURE TO SERVE PLAINTIFF FACT SHEETS

Certain Plaintiffs have failed to serve their Plaintiff Fact Sheets (see Exhibit 1 for a list of all cases).[1] Accordingly, the AstraZeneca Defendants (AstraZeneca) move to dismiss the claims of those Plaintiffs. Under Case Management Order (CMO) No. 2, Plaintiffs are obligated to provide completed and verified Plaintiff Fact Sheets, including an executed Authorization for Release of All Records (Records Authorizations), within certain deadlines (MDL Docket No. 129 at ¶ I(A)-(B)). Fifteen (15) Plaintiffs, represented by the law firm of Bailey Perrin Bailey LLP, have failed to designate when their Plaintiff Fact Sheets would be due and failed to serve any Plaintiff Fact Sheet. Despite a Notice of Overdue Discovery and a 20-day cure period, these 15 Plaintiffs have still failed to serve any Plaintiff Fact Sheet whatsoever and their claims should be dismissed with prejudice in accordance with Case Management Order No. 2. In support of this Motion, AstraZeneca states as follows:

---

[1] Pursuant to the Court's June 22, 2007 Order, this Motion is filed in the Master MDL case because it relates to the identical issue in more than four cases. This Motion applies to the cases in Exhibit 1.

1. For cases filed prior to January 31, 2007, Paragraph I(A) of CMO No. 2 provides that Plaintiffs' counsel must designate when a completed Plaintiff's Fact Sheet, executed Records Authorization, and responsive documents will be served for each Plaintiff (MDL Docket Nos. 129, 285).

2. For Bailey Plaintiffs, like the Plaintiffs here, their Plaintiff Fact Sheets must be served on the last business day of either January, February, March, April, May, or June 2007. *Id.*

3. CMO No. 2 further provides that, if Plaintiffs do not serve a completed Plaintiff Fact Sheet (including completed Records Authorization) within 10 days of the due date, AstraZeneca should send a Notice of Overdue Discovery. *Id.* ¶ I(C).

4. If a completed Plaintiff Fact Sheet is not served within 20 days of the Notice, AstraZeneca may submit to the Court an Order dismissing the Complaint with prejudice. *See* MDL Docket No. 285, amending CMO No. 2 ¶ I(D).

5. Plaintiffs then have 80 days from the submission of the dismissal order to file a notice certifying that they served AstraZeneca with a completed Plaintiff Fact Sheet and provide documentation of receipt, or the case will be dismissed with prejudice. *Id.*

6. Pursuant to CMO No. 2, on February 16, 2007, Plaintiffs' counsel filed designations listing the month each Plaintiff's Fact Sheet was due (MDL Docket No. 150). These 15 Plaintiffs were not included in those designations.

7. On July 10, 2007, AstraZeneca's counsel sent a Notice of Overdue Discovery to Plaintiffs' counsel stating that the Plaintiff Fact Sheets were overdue and requesting that they be served within 20 days (Exhibit 2).

2

8. Plaintiffs' counsel's 20-day cure period under CMO No. 2 to serve completed Plaintiff Fact Sheets expired on July 30, 2007. To date, Plaintiffs' counsel has failed to serve the 15 Plaintiff Fact Sheets that should have been served on or before June 29, 2007.

9. The Court has already dismissed claims of many Plaintiffs for failure to serve Fact Sheets. *See Abrams v. AstraZeneca LP, et al.*, No. 07-cv-11350, July 18, 2007 Order (MDL Docket No. 281) (dismissing without prejudice for failure to serve Plaintiff Fact Sheet).

10. Accordingly, AstraZeneca hereby moves the Court to Order the cases to be dismissed with prejudice if Plaintiffs do not serve AstraZeneca with completed and verified Plaintiff Fact Sheets, including signed Records Authorizations, and file proof of receipt within 80 days from the date of this Motion.

11. If Plaintiffs do not serve completed Plaintiff Fact Sheets by October 19, 2007, the Court should dismiss those cases with prejudice in accordance with CMO No. 2. Indeed, dismissal of cases where plaintiffs failed to provide a completed Plaintiff Fact Sheet has been held to be an appropriate sanction in multi-district product liability litigation. *See, e.g., In re PPA Products Liability Litigation*, 460 F.3d 1217, 1234 (9th Cir. 2006) (affirming district court's dismissal as appropriate sanction for failure to Plaintiff Fact Sheets).

12. A form Order listing the cases ripe for dismissal is provided in accordance with CMO No. 2, paragraph I(D) (Exhibit 3).

3

WHEREFORE, in accordance with the terms of CMO No. 2, AstraZeneca respectfully requests that the Court dismiss the 15 cases in Exhibit 1 with prejudice where no completed Plaintiff Fact Sheet has been served and there is no proof of service filed with the Court within 80 days from the date of this Motion.

Dated: July 31, 2007

/s/ *Brennan J. Torregrossa*
Fred T. Magaziner
Brennan J. Torregrossa
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

Attorneys for Defendants
AstraZeneca Pharmaceuticals LP
and AstraZeneca LP

## CERTIFICATE OF SERVICE

I hereby certify that, on the 31st of July, 2007, I caused a true and correct copy of the foregoing AstraZeneca Defendants' Motion Requesting Dismissals With Prejudice For Failure To Serve Plaintiff Fact Sheets to be served electronically through ECF upon the following:

K. Camp Bailey, Esq.
Michael W. Perrin, Esq.
Fletcher Trammell, Esq.
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7240
cbailey@bpblaw.com
mperrin@bpblaw.com

Larry Roth, Esq.
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL 32854-7637
Telephone: (407) 872-2239
LROTH@roth-law.com

/s/ Brennan J. Torregrossa