**EXHIBIT 1**

## Bailey Perrin Bailey, LLP

## List of Missing Plaintiff Fact Sheets

|   | Plaintiff Last Name | Plaintiff First Name | Case Number |
|---|---|---|---|
| 1. | Taylor III | Carlos | 6:2007cv10454 |
| 2. | Thomas | Jonathon | 6:2007-cv-10561 |
| 3. | Finch | Megan Denise | 6:2006-cv-01340 |
| 4. | Frike | Mark | 6:2006-cv-01395 |
| 5. | Herman | John | 6:2007-cv-11637 |
| 6. | Quinones[1] | Cheryl | 6:2006-cv-01389 (No Severed Case Number Available on Pacer) |
| 7. | Burley | Angela | 6:2006-cv-01510 |
| 8. | Hogan as Proposed Administrator of the Estate of Alice Hogan | Robert | 6:2007-cv-15837 |
| 9. | Delao | Jessie | 6:2007-cv-16050 |
| 10. | Fisher | Kathryn | 6:2007-cv-16100 |
| 11. | Warren | Pierre | 6:2007-cv-12243 |
| 12. | Dees | Lisa | 6:2007-cv-13352 |
| 13. | Passmore-Smith | Sharon | 6:2007-cv-14040 |
| 14. | Kern | Kenneth | 6:2007-cv-15647 |
| 15. | McCall | Randy | 6:2007-cv-15651 |

---

[1] Cheryl Quinones appears as a Plaintiff on the Abad master Complaint (6:06-cv-01389) and is listed as a terminated party on that docket, but does not appear that Plaintiff Quinones received a severed case number.