**EXHIBIT 2**



Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

**BRENNAN J. TORREGROSSA**

brennan.torregrossa@dechert.com
+1 215 994 2358 Direct
+1 215 655 2358 Fax

July 10, 2007

**VIA FACSIMILE & FIRST-CLASS MAIL**

K. Camp Bailey, Esquire
Bailey Perrin Bailey LLP
440 Louisiana Street, Suite 2100
Houston, TX 77002

Re: In re: Seroquel Products Liability Litigation (MDL Docket No. 1769) –
    Notice of Overdue Discovery

Dear Camp:

I am writing to inform you that our records indicate that the 210 Plaintiffs listed in the attached chart have not served their Plaintiff Fact Sheets. Although all of the cases were all docketed in the MDL before January 31, 2007, the Plaintiffs have not provided Plaintiff Fact Sheets as required by Case Management Order No. 2. Therefore, in accordance with Case Management Order No. 2, paragraph I(A), the Plaintiff Fact Sheets for the Plaintiffs in the attached list are overdue.

If responses are still due in those cases, please provide the requisite information within twenty (20) days to Marjorie Shiekman, Esquire, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104, or fax to (215) 655-2019. Alternatively, responses can be electronically mailed to seroquelpfs@dechert.com. If completed Plaintiff Fact Sheets are not served within that time period, AstraZeneca will move for dismissal pursuant to Case Management Order No. 2, and the case may be dismissed by the Court. If you have already submitted a response in any of these cases, please let me know.



K. Camp Bailey, Esquire
July 10, 2007
Page 2

Should you have any questions, please contact me. Thank you for your cooperation in this matter.

Sincerely,

*Brennan J. Torregrossa /mso*

Brennan J. Torregrossa

BJT:mso

Attachment

## Bailey Perrin Bailey LLP

## List of Overdue Discovery --- Cases Transferred to MDL Prior to CMO Number 2

|  | PLAINTIFF LAST NAME | PLAINTIFF FIRST NAME | CASE NUMBER | GROUP COMPLAINT NAME | TRANSFERRED TO MDL |
|---|---|---|---|---|---|
| 1. | Boyd | Dixie | 6:2007-cv-10206 | Abeyta | CTO 4 |
| 2. | Cambell | James | 6:2007-cv-10223 | Abeyta | CTO 4 |
| 3. | Riley | Earline | 6:2007-cv-10415 | Abeyta | CTO 4 |
| 4. | Runner | Jesse | 6:2007-cv-10424 | Abeyta | CTO 4 |
| 5. | Taylor III | Carlos | 6:2007cv10454 | Abeyta | CTO 4 |
| 6. | Viarde | Geneive | 6:2007-cv-10463 | Abeyta | CTO 4 |
| 7. | Zapa | Douglas | 6:2007cv10484 | Abeyta | CTO 4 |
| 8. | Thomas | Jonathon | 6:2007-cv-10561 | Adams, P | CTO 4 |
| 9. | Lee | Lindsay | 6:2007-cv-10684 | Adams, J | CTO 4 |
| 10. | McDaniel | Harry | 6:2007-cv-10698 | Adams, J | CTO 4 |
| 11. | Patrick | Lashawn | 6:2007-cv-10714 | Adams, J | CTO 4 |
| 12. | Sepulveda | Raymond T. | 6:2007-cv-10754 | Adams, J | CTO 4 |
| 13. | Bago | Leslie | 6:2007-cv-10817 | Adair | CTO 4 |
| 14. | Bridges | Kenneth | 6:2007-cv-10825 | Adair | CTO 4 |
| 15. | Burks | Claudia | 6:2007-cv-10831 | Adair | CTO 4 |
| 16. | Davis | Timothy | 6:2007-cv-10847 | Adair | CTO 4 |
| 17. | Day | Malcolm | 6:2007-cv-10848 | Adair | CTO 4 |
| 18. | Duncan | Armando | 6:2007-cv-10855 | Adair | CTO 4 |

| | PLAINTIFF LAST NAME | PLAINTIFF FIRST NAME | CASE NUMBER | GROUP COMPLAINT NAME | TRANSFERRED TO MDL |
|---|---|---|---|---|---|
| 19. | Emery | Edward | 6:2007-cv-10862 | Adair | CTO 4 |
| 20. | Fambro | Gloria | 6:2007-cv-10864 | Adair | CTO 4 |
| 21. | Kelly | Tammie | 6:2007-cv-10912 | Adair | CTO 4 |
| 22. | Leherwood | April | 6:2007-cv-10920 | Adair | CTO 4 |
| 23. | Metz | Angela | 6:2007-cv-10948 | Adair | CTO 4 |
| 24. | Pugh | Evelyn | 6:2007-cv-10979 | Adair | CTO 4 |
| 25. | Shelton | Lonnie | 6:2007-cv-11004 | Adair | CTO 4 |
| 26. | Lawson | Darrell | 6:2007-cv-11229 | Adkins | CTO 4 |
| 27. | Richardson | Rubin | 6:2007-cv-11282 | Adkins | CTO 4 |
| 28. | Roll on behalf of Mary Roll | William | 6:2007-cv-11289 | Adkins | CTO 4 |
| 29. | Webb | Jody | 6:2007-cv-11331 | Adkins | CTO 4 |
| 30. | Wilson | Terry | 6:2007-cv-11342 | Adkins | CTO 4 |
| 31. | Yarbrough | Chassidy | 6:2007-cv-11345 | Adkins | CTO 4 |
| 32. | York-Lavender | Ruby | 6:2007-cv-11346 | Adkins | CTO 4 |
| 33. | Clark | Julie | 6:2007-cv-11053 | Arnold | CTO 4 |
| 34. | Garner | Bobbie | 6:2007-cv-11055 | Arnold | CTO 4 |
| 35. | Finch | Megan Denise | 6:2006-cv-01340 | | CTO 5 |
| 36. | Firke | Mark | 6:2006-cv-01395 | | CTO 6 |
| 37. | Abrams | Cynthia | 6:2007-cv-11350 | Abad | CTO 6 |
| 38. | Browning | Rickie | 6:2007-cv-11433 | Abad | CTO 6 |

| | PLAINTIFF LAST NAME | PLAINTIFF FIRST NAME | CASE NUMBER | GROUP COMPLAINT NAME | TRANSFERRED TO MDL |
|---|---|---|---|---|---|
| 39. | Crouch | Richie | 6:2007-cv-11485 | Abad | CTO 6 |
| 40. | Eibeck | William | 6:2007-cv-11533 | Abad | CTO 6 |
| 41. | Goage-Echols | Vanita | 6:2007-cv-11599 | Abad | CTO 6 |
| 42. | Hardin | Linda | 6:2007-cv-11522 | Abad | CTO 6 |
| 43. | Hartmann | Alice | 6:2007-cv-11631 | Abad | CTO 6 |
| 44. | Hendrix | Barry | 6:2007-cv-11636 | Abad | CTO 6 |
| 45. | Herman | John | 6:2007-cv-11537 | Abad | CTO 6 |
| 46. | Holloway | Tony | 6:2007-cv-11650 | Abad | CTO 6 |
| 47. | Hopkins | Drew | 6:2007-cv-11655 | Abad | CTO 6 |
| 48. | Jacobs | Clara | 6:2007-cv-11671 | Abad | CTO 6 |
| 49. | Jensen | Traci | 6:2007-cv-11680 | Abad | CTO 6 |
| 50. | Jones | Danny | 6:2007-cv-11698 | Abad | CTO 6 |
| 51. | Kelly | Marsha | 6:2007-cv-11708 | Abad | CTO 6 |
| 52. | McKinney | Karen | 6:2007-cv-11786 | Abad | CTO 6 |
| 53. | Quinones | Cheryl | 6:2006-cv-01389 (No Severed Case Number Available on Pacer) | Abad | CTO 6 |
| 54. | Ready | Sandra | 6:2007-cv-11898 | Abad | CTO 6 |
| 55. | Salisbury | Roberta | 6:2007-cv-11933 | Abad | CTO 6 |
| 56. | Salmons | Scott | 6:2007-cv-11934 | Abad | CTO 6 |
| 57. | Sterling | Huntley | 6:2007-cv-11985 | Abad | CTO 6 |

| | PLAINTIFF LAST NAME | PLAINTIFF FIRST NAME | CASE NUMBER | GROUP COMPLAINT NAME | TRANSFERRED TO MDL |
|---|---|---|---|---|---|
| 58. | Stewart | Frances | 6:2007-cv-11987 | Abad | CTO 6 |
| 59. | Sullivan | Dianna | 6:2007-cv-11993 | Abad | CTO 6 |
| 60. | Suttles | Lloyd | 6:2007-cv-11996 | Abad | CTO 6 |
| 61. | Thomton | Sarah | 6:2007-cv-12010 | Abad | CTO 6 |
| 62. | Walkup | Kathy | 6:2007-cv-12027 | Abad | CTO 6 |
| 63. | Warren | Hazel | 6:2007-cv-12031 | Abad | CTO 6 |
| 64. | Watts | Steven | 6:2007-cv-12038 | Abad | CTO 6 |
| 65. | Webb | Barbara | 6:2007-cv-12041 | Abad | CTO 6 |
| 66. | Wever | Cheryl | 6:2007-cv-12042 | Abad | CTO 6 |
| 67. | White | Don | 6:2007-cv-12052 | Abad | CTO 6 |
| 68. | Weist | James | 6:2007-cv-12055 | Abad | CTO 6 |
| 69. | Wilcox | Lillian | 6:2007-cv-12057 | Abad | CTO 6 |
| 70. | Williams | Brenda | 6:2007-cv-12059 | Abad | CTO 6 |
| 71. | Williams | Christina | 6:2007-cv-12060 | Abad | CTO 6 |
| 72. | Wills | Diana | 6:2007-cv-12069 | Abad | CTO 6 |
| 73. | Woody | Vicky | 6:2007-cv-12079 | Abad | CTO 6 |
| 74. | Yu | Arthur | 6:2007-cv-12084 | Abad | CTO 6 |
| 75. | Butler-Turner | Lydia | 6:2007-cv-11411 | Abad | CTO 6 |
| 76. | West | Mary | 6:2007-cv-12047 | Abad | CTO 6 |
| 77. | Burley | Angela | 6:2006-cv-01510 | | CTO 8 |
| 78. | Fuller | Bobbie | 6:2007-cv-15834 | Alexander- | CTO 14 |

| | PLAINTIFF LAST NAME | PLAINTIFF FIRST NAME | CASE NUMBER | GROUP COMPLAINT NAME | TRANSFERRED TO MDL |
|---|---|---|---|---|---|
| | | | | Douglas | |
| 79. | Hogan as Proposed Administrator of the Estate of Alice Hogan | Robert | 6:2007-cv-15837 | Alexander-Douglas | CTO 14 |
| 80. | Pena, Jr. | Isidro | 6:2006-cv-01852 (No Severed Case Number Available) | Alexander-Douglas | CTO 14 |
| 81. | Ruiz | Anthony | 6:2007-cv-15841 | Alexander-Douglas | CTO 14 |
| 82. | Ackerman | Stana | 6:2007-cv-15848 | Abbott | CTO 14 |
| 83. | Albright | Camelia | 6:2007-cv-15855 | Abbott | CTO 14 |
| 84. | Barry | Katie | 6:2007-cv-15890 | Abbott | CTO 14 |
| 85. | Bell | Mary | 6:2007-cv-15905 | Abbott | CTO 14 |
| 86. | Bell | Crystal | 6:2007-cv-15907 | Abbott | CTO 14 |
| 87. | Beth | | 6:2007-cv-15912 | Abbott | CTO 14 |
| 88. | Bryant | Donnie | 6:2007-cv-15952 | Abbott | CTO 14 |
| 89. | Carter on behalf of Miranda Carter | Michael | 6:2007-cv-15983 | Abbott | CTO 14 |
| 90. | Colmenero | Bryan | 6:2007-cv-16009 | Abbott | CTO 14 |
| 91. | Corbin | Laura | 6:2007-cv-16024 | Abbott | CTO 14 |
| 92. | Cornell | Pamela | 6:2007-cv-16028 | Abbott | CTO 14 |
| 93. | Culbreath | Garry | 6:2007-cv-16042 | Abbott | CTO 14 |

5

| | PLAINTIFF LAST NAME | PLAINTIFF FIRST NAME | CASE NUMBER | GROUP COMPLAINT NAME | TRANSFERRED TO MDL |
|---|---|---|---|---|---|
| 94. | Delao | Jessie | 6:2007-cv-16050 | Abbott | CTO 14 |
| 95. | Faile | Wanda | 6:2007-cv-16092 | Abbott | CTO 14 |
| 96. | Fisher | Kathryn | 6:2007-cv-16100 | Abbott | CTO 14 |
| 97. | Gamble as Representative of Johnny Gamble | Sandra | 6:2007-cv-16122 | Abbott | CTO 14 |
| 98. | Heatley | Carolyn | 6:2007-cv-16175 | Abbott | CTO 14 |
| 99. | March | Evelyn | 6:2007-cv-16320 | Abbott | CTO 14 |
| 100. | Metcalf | Larry | 6:2007-cv-16362 | Abbott | CTO 14 |
| 101. | Norman on behalf of Shelby Norman | William | 6:2007-cv-16410 | Abbott | CTO 14 |
| 102. | Perea | Juan | 6:2007-cv-16443 | Abbott | CTO 14 |
| 103. | Roy | Janice | 6:2007-cv-16515 | Abbott | CTO 14 |
| 104. | Russ | Geraldine | 6:2007-cv-16516 | Abbott | CTO 14 |
| 105. | Taylor | Jack | 6:2007-cv-16608 | Abbott | CTO 14 |
| 106. | Whitfield | Dereck | 6:2007-cv-16680 | Abbott | CTO 14 |
| 107. | Wilson | Carole | 6:2007-cv-16697 | Abbott | CTO 14 |
| 108. | Anderson | Dorothy | 6:2007-cv-12101 | Ammerman | CTO 14 |
| 109. | De Rafelo | Susan | 6:2007-cv-12124 | Ammerman | CTO 14 |
| 110. | Olson | Darlene | 6:2007-cv-12200 | Ammerman | CTO 14 |
| 111. | Ousley | Nicole | 6:2007-cv-12201 | Ammerman | CTO 14 |

| | PLAINTIFF LAST NAME | PLAINTIFF FIRST NAME | CASE NUMBER | GROUP COMPLAINT NAME | TRANSFERRED TO MDL |
|---|---|---|---|---|---|
| 112. | Parsons | Frank | 6:2007-cv-12203 | Ammerman | CTO 14 |
| 113. | Pisek | Sara | 6:2007-cv-12206 | Ammerman | CTO 14 |
| 114. | Rabideaux | Christine | 6:2007-cv-12211 | Ammerman | CTO 14 |
| 115. | Ryan | Kathy | 6:2007-cv-12216 | Ammerman | CTO 14 |
| 116. | McNair | Nancy | 6:2007-cv-12184 | Ammerman | CTO 14 |
| 117. | Melendez | Maria | 6:2007-cv-12186 | Ammerman | CTO 14 |
| 118. | Molton | Anthony | 6:2007-cv-12188 | Ammerman | CTO 14 |
| 119. | Moore | Donna | 6:2007-cv-12190 | Ammerman | CTO 14 |
| 120. | Mueller | Bryan | 6:2007-cv-12191 | Ammerman | CTO 14 |
| 121. | Trautz | Gloria | 6:2007-cv-12237 | Ammerman | CTO 14 |
| 122. | Trickel | Mark | 6:2007-cv-12238 | Ammerman | CTO 14 |
| 123. | Vance | Curtis | 6:2007-cv-12239 | Ammerman | CTO 14 |
| 124. | Warren | Pierce | 6:2007-cv-12243 | Ammerman | CTO 14 |
| 125. | Zeck | Michael | 6:2007-cv-12255 | Ammerman | CTO 14 |
| 126. | Davis | Debra | 6:2007-cv-12409 | Abernathy | CTO 14 |
| 127. | Nance | Sheila | 6:2007-cv-12726 | Abernathy | CTO 14 |
| 128. | Porter | Larry | 6:2007-cv-12774 | Abernathy | CTO 14 |
| 129. | Rizzo | Mario | 6:2007-cv-12799 | Abernathy | CTO 14 |
| 130. | Ruiz | Gloria | 6:2007-cv-12814 | Abernathy | CTO 14 |
| 131. | Orlenzer | Russel | 6:2007-cv-12816 | Abernathy | CTO 14 |
| 132. | Sadler | Zina | 6:2007-cv-12817 | Abernathy | CTO 14 |

| | PLAINTIFF LAST NAME | PLAINTIFF FIRST NAME | CASE NUMBER | GROUP COMPLAINT NAME | TRANSFERRED TO MDL |
|---|---|---|---|---|---|
| 133. | Salmons | Sheryl | 6:2007-cv-12818 | Abernathy | CTO 14 |
| 134. | Shaw | Donald | 6:2007-cv-12837; 12838 | Abernathy | CTO 14 |
| 135. | Stone | Glenda | 6:2007-cv-12884 | Abernathy | CTO 14 |
| 136. | Sublett | Rosetta | 6:2007-cv-12889 | Abernathy | CTO 14 |
| 137. | Walters | Ronald | 6:2007-cv-12951 | Abernathy | CTO 14 |
| 138. | Washington | Mae | 6:2007-cv-12956 | Abernathy | CTO 14 |
| 139. | Weathers | Treva | 6:2007-cv-12962 | Abernathy | CTO 14 |
| 140. | White | Teresa | 6:2007-cv-12975 | Abernathy | CTO 14 |
| 141. | Wiley | Tina | 6:2007-cv-12981 | Abernathy | CTO 14 |
| 142. | Williams | Alice | 6:2007-cv-12983 | Abernathy | CTO 14 |
| 143. | Bonebrake | Carole | 6:2007-cv-15690 | Abear | CTO 14 |
| 144. | Clauson | Daniel S. | 6:2007-cv-15696 | Abear | CTO 14 |
| 145. | Abercrombie, Sr. | Larry | 6:2007-cv-13011 | Abel | CTO 14 |
| 146. | Adams | Gail | 6:2007-cv-13014 | Abel | CTO 14 |
| 147. | Alford as next friend F.D., a Minor | Jeanna | 6:2007-cv-13028 | Abel | CTO 14 |
| 148. | Brock | Diane | 6:2007-cv-13156 | Abel | CTO 14 |
| 149. | Bullard | Jackie | 6:2007-cv-13194 | Abel | CTO 14 |
| 150. | Byrge | Bill | 6:2007-cv-13211 | Abel | CTO 14 |
| 151. | Clements | Eric | 6:2007-cv-13262 | Abel | CTO 14 |

| | PLAINTIFF LAST NAME | PLAINTIFF FIRST NAME | CASE NUMBER | GROUP COMPLAINT NAME | TRANSFERRED TO MDL |
|---|---|---|---|---|---|
| 152. | Dees | Lisa | 6:2007-cv-13352 | Abel | CTO 14 |
| 153. | Fuqua | Brian | 6:2007-cv-13451 | Abel | CTO 14 |
| 154. | Gabaldaon | Aurora | 6:2007-cv-13452 | Abel | CTO 14 |
| 155. | Gandy | Angela | 6:2007-cv-13459 | Abel | CTO 14 |
| 156. | Gartner | Herbert | 6:2007-cv-13468 | Abel | CTO 14 |
| 157. | Jammeh | Rosie | 6:2007-cv-13674 | Abel | CTO 14 |
| 158. | Jones | George | 6:2007-cv-13701 | Abel | CTO 14 |
| 159. | Kramer | Shawn | 6:2007-cv-13780 | Abel | CTO 14 |
| 160. | Molina as representative of Mona Vasquez | Lupe | 6:2007-cv-13956 | Abel | CTO 14 |
| 161. | Napier | Jennifer | 6:2007-cv-13994 | Abel | CTO 14 |
| 162. | Parsons | Virginia | 6:2007-cv-14036 | Abel | CTO 14 |
| 163. | Passmore-Smith | Sharon | 6:2007-cv-14040 | Abel | CTO 14 |
| 164. | Penick | Kathleen | 6:2007-cv-14058 | Abel | CTO 14 |
| 165. | Petties | Chyonna | 6:2007-cv-14066 | Abel | CTO 14 |
| 166. | Rich | Whitney | 6:2007-cv-14147 | Abel | CTO 14 |
| 167. | Rucker | Patricia | 6:2007-cv-14200 | Abel | CTO 14 |
| 168. | Salas | Anthony | 6:2007-cv-14210 | Abel | CTO 14 |
| 169. | Stewart | Joan | 6:2007-cv-14329 | Abel | CTO 14 |
| 170. | Stringer | Michael | 6:2007-cv-14339 | Abel | CTO 14 |

|  | PLAINTIFF LAST NAME | PLAINTIFF FIRST NAME | CASE NUMBER | GROUP COMPLAINT NAME | TRANSFERRED TO MDL |
|---|---|---|---|---|---|
| 171. | Stroik | Mary | 6:2007-cv-14340 | Abel | CTO 14 |
| 172. | Taylor | Angela | 6:2007-cv-14359 | Abel | CTO 14 |
| 173. | Terhark | JoAnn | 6:2007-cv-14367 | Abel | CTO 14 |
| 174. | Tevis | Charles | 6:2007-cv-14368 | Abel | CTO 14 |
| 175. | Thompson on behalf of Barbara Thomson | Eric | 6:2007-cv-14379 | Abel | CTO 14 |
| 176. | Thornsberry | Timothy | 6:2007-cv-14385 | Abel | CTO 14 |
| 177. | Welch | Johnny | 6:2007-cv-14461 | Abel | CTO 14 |
| 178. | White | Leon | 6:2007-cv-14471 | Abel | CTO 14 |
| 179. | Will, Jr. | James F. | 6:2007-cv-14476 | Abel | CTO 14 |
| 180. | Willard | Paula | 6:2007-cv-14477 | Abel | CTO 14 |
| 181. | Wilson as representative of Lee Eads | Paula | 6:2007-cv-14513 | Abel | CTO 14 |
| 182. | Carter | Lisa | 6:2007-cv-13233 | Abel | CTO 14 |
| 183. | Davis for A.D.M., minor | Andrea | 6:2007-cv-13332 | Abel | CTO 14 |
| 184. | Cramer as Representative of Bret Brown | Tina | 6:2007-cv-15588 | Ashley | CTO 14 |
| 185. | Hull | Sharon | 6:2007-cv-15595 | Ashley | CTO 14 |
| 186. | Kukla as Representative of Tyler Wood | Jacquelyn | 6:2007-15598 | Ashley | CTO 14 |

|  | PLAINTIFF LAST NAME | PLAINTIFF FIRST NAME | CASE NUMBER | GROUP COMPLAINT NAME | TRANSFERRED TO MDL |
|---|---|---|---|---|---|
| 187. | Patrick | Karen | 6:2007-cv-15611 | Ashley | CTO 14 |
| 188. | Roberts | Jude | 6:2007-cv-15575 | Anderton-Vilmek | CTO 14 |
| 189. | Zimberic | Jennifer A. | 6:2007-cv-15581 | Anderton-Vilmek | CTO 14 |
| 190. | Henoch | Patti | 6:2007-cv-15643 | Anderson | CTO 14 |
| 191. | Kern | Kenneth | 6:2007-cv-15647 | Anderson | CTO 14 |
| 192. | McCall | Randy | 6:2007-cv-15651 | Anderson | CTO 14 |
| 193. | Woods | Barbara | 6:2007-cv-15676 | Anderson | CTO 14 |
| 194. | Brock | Darlene | 6:2007-cv-14673 | Aaron | CTO 14 |
| 195. | Garrett | Karen | 6:2007-cv-14888 | Aaron | CTO 14 |
| 196. | George | Deborah | 6:2007-cv-14692 | Aaron | CTO 14 |
| 197. | Issac | Lillie | 6:2007-cv-15015 | Aaron | CTO 14 |
| 198. | Morgan | Carol | 6:2007-cv-15187 | Aaron | CTO 14 |
| 199. | Ross | Linda | 6:2007-cv-15310 | Aaron | CTO 14 |
| 200. | Shaw | James | 6:2007-cv-15342 | Aaron | CTO 14 |
| 201. | Stanley | Glenda | 6:2007-cv-15382 | Aaron | CTO 14 |
| 202. | Stine | Charles | 6:2007-cv-15388 | Aaron | CTO 14 |
| 203. | Stuggs | Minnie | 6:2007-cv-15397 | Aaron | CTO 14 |
| 204. | Swain | James | 6:2007-cv-15401 | Aaron | CTO 14 |
| 205. | Wade | Tonya | 6:2007-cv-15462 | Aaron | CTO 14 |
| 206. | Wallace | Jimmie | 6:2007-cv-15467 | Aaron | CTO 14 |

|  | PLAINTIFF LAST NAME | PLAINTIFF FIRST NAME | CASE NUMBER | GROUP COMPLAINT NAME | TRANSFERRED TO MDL |
|---|---|---|---|---|---|
| 207. | White | Charisa | 6:2007-cv-15491 | Aaron | CTO 14 |
| 208. | Whitehead | Carolyn | 6:2007-cv-15494 | Aaron | CTO 14 |
| 209. | Whitehead | David | 6:2007-cv-15495 | Aaron | CTO 14 |
| 210. | Wood | Wanda | 6:2007-cv-15535 | Aaron | CTO 14 |