**EXHIBIT 1**

## Bailey Perrin Bailey, LLP

## List of Missing Plaintiff Fact Sheets

|     | Plaintiff's Last Name | Plaintiff's First Name | Case Number |
|-----|----|----|----|
| 1.  | Bieber | Jerry W. | 6:2007-cv-11399 |
| 2.  | Blount | Jake | 6:2007-cv-11405 |
| 3.  | Bolen | Cheryl | 6:2007-cv-11409 |
| 4.  | Boyd | Michelle | 6:2007-cv-15930 |
| 5.  | Campbell | Brian D. | 6:2007-cv-10504 |
| 6.  | Collins | Paula S. | 6:2007-cv-11159 |
| 7.  | Davis | Robert R. | 6:2007-cv-10846 |
| 8.  | Dean | Michelle | 6:2007-cv-11505 |
| 9.  | Dressler | Chartine I. | 6:2007-cv-11521 |
| 10. | Edwards | Glen T. | 6:2007-cv-11531 |
| 11. | Ferguson | Dianna | 6:2007-cv-11181 |
| 12. | Fielder | Leslie A. | 6:2007-cv-11557 |
| 13. | Fortunato | Dominic V. | 6:2007-cv-10869 |
| 14. | Frederick | Gregory | 6:2007-cv-11578 |
| 15. | Griffin | Ivey B. | 6:2007-cv-11609 |
| 16. | Hartmann | Alice M. | 6:2007-cv-11631 |
| 17. | Hopkins | Drew W. | 6:2007-cv-11655 |
| 18. | Jensen | Traci L. | 6:2007-cv-11680 |
| 19. | Johnson | Catherine I. | 6:2007-cv-12595 |
| 20. | Jones | Danny | 6:2007-cv-11699 |
| 21. | Kendrix | Katrina | 6:2007-cv-11710 |
| 22. | King | Kenneth W. | 6:2007-cv-10916 |
| 23. | Larry | Diane M. | 6:2007-cv-11730 |
| 24. | Lewis | Lisa R. | 6:2007-cv-11745 |
| 25. | Lindsay | Debra J. | 6:2007-cv-11748 |
| 26. | Mace | Michael | 6:2007-cv-15122 |
| 27. | Manuel | Karen | 6:2007-cv-11762 |
| 28. | Marshall | Loretta W. | 6:2007-cv-11765 |
| 29. | Martinez | Katherine L. | 6:2007-cv-10536 |
| 30. | McClendon | Gwendolyn D. | 6:2007-cv-11779 |
| 31. | Owens | Philip H. | 6:2007-cv-11843 |
| 32. | Potter | James | 6:2007-cv-11879 |
| 33. | Reams | John | 6:2007-cv-11899 |
| 34. | Richardson | Gussie B. | 6:2007-cv-10413 |
| 35. | Rivas | Lucy P. | 6:2007-cv-11910 |
| 36. | Roll (Deceased) | Mary M. | 6:2007-cv-11289 |

| 37. | Rollins | Alice M. | 6:2007-cv-11926 |
| 38. | Salazar | Lori | 6:2007-cv-11931 |
| 39. | Scarbrough | James D. | 6:2007-cv-11940 |
| 40. | Staff | Laura | 6:2007-cv-15378 |
| 41. | Stiver | Ross | 6:2007-cv-11012 |
| 42. | Tamulonis | Signe | 6:2007-cv-11016 |
| 43. | Tucker | Louise | 6:2007-cv-10782 |
| 44. | Walker | Jennifer | 6:2007-cv-15464 |
| 45. | Walters | Chayanna | 6:2007-cv-16660 |
| 46. | Weber | Cheryl | 6:2007-cv-12042 |
| 47. | Wendland | Lee A. | 6:2007-cv-10470 |
| 48. | Wright | Wayne E. | 6:2007-cv-13008 |
| 49. | Zappa | Douglas | 6:2007-cv-10484 |