# Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs (1)**

| Last Name | First Name | Case No. | Ack. Served | HIPAA Served |
|---|---|---|---|---|
| Valdez | Nancy | 6:07-cv-10461 | 7/27/2007 | 7/27/2007 |