# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION | MDL Docket No.: |
| | 6:06-md-1769-ACC-DAB |
| THIS RELATES TO: | |
| Plaintiffs Identified in Exhibit 1 | |

## NOTICE AND CERTIFICATION OF SERVICE OF PLAINTIFFS' ACKNOWLEDGEMENTS AND MEDICAL AUTHORIZATIONS

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiffs identified in Exhibit 1 hereby give notice and certify that Plaintiffs' Acknowledgements and Medical Authorizations were served on Mr. Brennan J. Torregrossa, who is an attorney for Defendants **ASTRAZENECA PHARMACEUTICALS LP AND ASTRAZENECA LP**, and whose address is Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808, (215) 994-4000, by delivery via Federal Express on the dates identified in Exhibit 1. Documentation of receipt of Plaintiffs' Acknowledgements and Medical Authorizations is attached as Exhibit 2.

Pursuant to CMO No. 2, Plaintiffs' cases shall not be dismissed for failure to provide Acknowledgements and/or Medical Authorizations.

Respectfully submitted,

/s/ K. Camp Bailey

F. Kenneth Bailey, Jr.
K. Camp Bailey
Fletch V. Trammell
Laurence Tien
Bailey Perrin Bailey LLP
440 Louisiana St., Suite 2100
Houston, TX 77002-4206
713-425-7100 Telephone
713-425-7101 Facsimile
kbailey@bpblaw.com
cbailey@bpblaw.com
ftrammell@bpblaw.com
ltien@bpblaw.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 1st day of August, 2007, I electronically filed the foregoing **NOTICE AND CERTIFICATION OF SERVICE OF PLAINTIFFS' ACKNOWLEDGEMENTS AND MEDICAL AUTHORIZATIONS** with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Mr. Fred T. Magaziner, Esq.<br>Ms. Marjorie Shiekman, Esq.<br>**Attorneys for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP**<br>Dechert, LLP<br>Cira Center<br>2929 Arch St.<br>Philadelphia, PA 19104-2808<br>Tel: (215) 994-4000<br>fred.magaziner@dechert.com<br>marjorie.shiekman@dechert.com | |

/s/ K. Camp Bailey