# Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs (9)**

| Last Name | First Name | Case No. | Ack. Served | HIPAA Served |
|---|---|---|---|---|
| Barrow | Rebecca | 6:07-cv-10580 | 7/27/2007 | 7/27/2007 |
| Berkevich | William | 6:07-cv-11395 | 7/27/2007 | 7/27/2007 |
| Brezonick | Bobbette | 6:07-cv-12110 | 7/27/2007 | 7/27/2007 |
| Cutshaw | James | 6:07-cv-11492 | 7/27/2007 | 7/27/2007 |
| Dolbow | Dyanna | 6:07-cv-13373 | 7/27/2007 | 7/27/2007 |
| McKeithen | Brandi | 6:07-cv-10363 | 7/27/2007 | 7/27/2007 |
| Wallen | Melanie | 6:07-cv-15844 | 7/27/2007 | 7/27/2007 |
| Wright | Bonnie | 6:07-cv-12081 | 7/27/2007 | 7/27/2007 |