**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation.**

Case No.  6:06-md-1769-Orl-22DAB

_____/

### ORDER TO SHOW CAUSE AND ORDER DESIGNATING CASES FOR SEPTEMBER 2007 CASE-SPECIFIC DISCOVERY

Pursuant to CMO-4, the Court designates the following ten plaintiff's cases for case-specific discovery in September 2007:

| | | |
|---|---|---|
| 1. | Burl Cook | MDL Case No. 6:07-cv-16017-ACC-DAB |
| 2. | Susan C. Cooper | MDL Case No. 6:07-cv-13297-ACC-DAB |
| 3. | Peggy J. Daugherty | MDL Case No. 6:07-cv-15589-ACC-DAB |
| 4. | Lisa D. Ellerbee | MDL Case No. 6:07-cv-13399-ACC-DAB |
| 5. | Shirley M. Green | MDL Case No. 6:07-cv-10649-ACC-DAB |
| 6. | Elizabeth Haynie-Whynot | MDL Case No. 6:07-cv-10112-ACC-DAB |
| 7. | Kevin R. McCarthy | MDL Case No. 6:07-cv-11096-ACC-DAB |
| 8. | Nora J. Navin | MDL Case No. 6:07-cv-12727-ACC-DAB |
| 9. | Larry E. Palen | MDL Case No. 6:07-cv-10712-ACC-DAB |
| 10. | Malcom R. Williams | MDL Case No. 6:07-cv-12988-ACC-DAB |

The parties shall show cause in writing before 5:00 p.m. on August 2, 2007 by electronically filing any objections to the cases designated above for case-specific discovery in

September 2007.  Failure to file timely objections to the Court-designated cases will constitute a waiver of such objections.

       **DONE** and **ORDERED** in Orlando, Florida on July 31, 2007.

Copies furnished to:

Counsel of Record

                ANNE C. CONWAY
                United States District Judge