# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

                                           **Case No.  6:06-md-1769-Orl-22DAB**

_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **FOR LEAVE TO FILE UNDER SEAL (Doc. No. 327)**
>
> **FILED:**    July 30, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

The items designated as "Confidential" and submitted by Defendants for filing under seal do not bear any evident characteristics that would support their being filed under seal, either in whole or in part. The materials include some descriptions of internal organization of certain entities, but there has been no showing that such information is entitled to protection from the normal use of business information in litigation. Receiving, using and referring to material under seal creates a significant burden on the Court, the Clerk's office and the parties. In addition, the public interest in the open adjudication of disputes disfavors filings under seal absent a compelling showing of necessity. Defendants have not made that showing here, and Plaintiffs' acquiescence in the "confidential" designation does not assist in that regard.

The motion for leave to file under seal is denied without prejudice to Defendants pursuing one of the following options.  They can file their motion with the supporting exhibits in the public file; they may file the motion without reference to these exhibits (perhaps substituting an affidavit); or they may seek reconsideration, supported by a substantial showing that the material is appropriate for filing under seal (in whole or in part).  *See* Local Rule 1.09.

**DONE** and **ORDERED** in Orlando, Florida on August 3, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record