# EXHIBIT "1"

# WEITZ & LUXENBERG

A PROFESSIONAL CORPORATION
• LAW OFFICES •

180 MAIDEN LANE • NEW YORK, NY 10038-4925
TEL. 212-558-5500    FAX 212-344-5461
WWW.WEITZLUX.COM

April 9, 2007

**VIA Facsimile and Regular Mail**

Marjorie Shiekman, Esquire
Dechert, LLP
Cira Center
2929 Arch Street
Philadelphia, PA 19104-2808

      Re:      **Evelyn Hughes v. AstraZeneca, et al, MDL Case No. 06-cv-01615**

Dear Ms. Shiekman:

      Enclosed for service upon you, please find information regarding the above referenced plaintiff. This information is being provided in response to Ms. Richman's letter of April 2, 2007, concerning defendants' request for missing/incomplete Plaintiff Fact Sheet responses. Please note the following supplemental information:

**II. Personal Information for the Seroquel User**

      **II. (B)—Maiden of Other Names**
      Dates of use for Evelyn Jones: 10/31/1961 to 1980 or 1981

      **II. (I) (1)—High School Education**
      Plaintiff has no high school education.

      **II. (I) (2)—Post High School Education**
      Plaintiff has no post high school education.

210 LAKE DRIVE EAST, SUITE 101 • CHERRY HILL, NJ 08002 • TEL 856-755-1115 • FAX 856-755-1995
76 SOUTH ORANGE AVENUE, SUITE 201 • SOUTH ORANGE NJ 07079 • TEL 973-761-8995 • FAX 973-763-4020
215 MONARCH STREET, SUITE 202 • ASPEN, CO 81611 • TEL 970-925-6101 • FAX 970-925-6035
100 E. 15TH STREET, SUITE 400 • FORT WORTH, TX 76102 • TEL 817-885-7815 • FAX 817-882-8585

### III. Employment Information

#### III. (B)—Unemployment Information
**Reason for unemployment:** Depression and schizophrenia

#### III. (C)—Health Related Work Absence
**Employed at time of the health related work absence:** Great American Wirebound Box Company

### IV. Seroquel®

#### IV. Seroquel®—Use, Prescriber and Pharmacy Information Chart
Plaintiff cannot recall the complete name and address of each doctor at Mississippi State Hospital who prescribed Seroquel to her.

### VI. Healthcare Providers and Pharmacies

#### VI. (A)—Information About Healthcare Providers
Plaintiff consulted physicians at the following clinic:
Magnolia Clinic
111 Magnolia Street
Magnolia, MS 39652
601-783-2374
**Dates of treatment:** Approximately 1993-2006
**Reason for treatment:** General health; primary care physicians

Plaintiff cannot recall the complete name of the physicians with whom she consulted at Magnolia Clinic, other than Dr. David Snow as stated on page 5 of the original Plaintiff Fact Sheet.

Plaintiff cannot recall the complete name of the physicians with whom she consulted at Mississippi State Hospital during the relevant time period. Plaintiff was treated at Mississippi State Hospital for depression and schizophrenia.

Plaintiff recalls the name to be Dr. William Turner rather than Dr. Turner William. Plaintiff also recalls the name of the facility to be Pine Grove rather than Pine Groe.

Dr. William Turner
Pine Grove
2255 Broadway
Hattiesburg, MS 39402
601-288-4800

#### VI. (A)—Information About Healthcare Providers (Dr. David Snow)
Dr. David Snow
**Specialty:** Internal Medicine

**VI. (A)—Information About Healthcare Providers (Dr. David Smith)**
Dr. David Smith
**Specialty:** Internal Medicine

**VI. (A)—Information About Healthcare Providers (Dr. E. J. Price Jr.)**
Plaintiff cannot recall the complete name for Dr. E. J. Price, Jr.
**Specialty:** Gynecology

**VI. (A)—Information About Healthcare Providers (Southwest Mississippi Mental Health)**
Plaintiff cannot recall the complete names and specialties for the healthcare providers with whom she consulted at Southwest Mississippi Mental Health Complex.
**Reason for treatment:** Depression and schizophrenia

**VI. (A)— Information About Healthcare Providers (Pine Grove)**
Plaintiff cannot recall the complete names and specialties for the healthcare providers with whom she consulted at Pine Grove other than Dr. William Turner. Dr. Turner's specialty is psychiatry.

**VI. (B)—Information About Hospitalizations**
Plaintiff does not recall being hospitalized from 1993 to 1997, 1999, 2001, nor from 2004 to the present.

**VI. (B)—Information About Hospitalizations (Southwest Mississippi Regional Medical Center)**
Southwest Mississippi Regional Medical Center
215 Marion Avenue
McComb, MS 39648

**VI. (B)—Information About Hospitalizations (River Region)**
River Region Health System
2100 Highway 61 North
Vicksburg, MS 39183

**VI. (B)—Information About Hospitalizations (Mississippi State Hospital)**
Plaintiff can only recall the following address for Mississippi State Hospital; however, plaintiff recalls the location of the hospital to be Jackson, MS:

Mississippi State Hospital
3550 Highway 468 West
Whitfield, MS 39193
601-351-8018

### VI. (C) Information About Pharmacies
Plaintiff does not recall filling prescriptions between the years 1993 and 1996; however, if she did her prescriptions would have been filled at the following pharmacies:

Magnolia Discount Drug
125 West Railroad Avenue
Magnolia, MS 39652
601-783-2393

Corner Drug Store
101 West Railroad Avenue North
Magnolia MS 39652-2895
601-783-2321

## VII. Medical Background

### VII. (E)—Current Medical Conditions (Depression)
Dr. William Turner
Pine Grove
2255 Broadway
Hattiesburg, MS 39402
601-288-4800

## VIII. Medications

### VIII. (A)—Psychiatric Medications Chart

**Any Other Psychiatric Medication (Remeron)**
Plaintiff cannot recall the dates she used Remeron.

**Any Other Psychiatric Medication (Paxil)**
Plaintiff cannot recall the dates she used Paxil.

## X. Fact Witness

### X. (A)—Fact Witness Chart

Martha Jackson has some information about plaintiff's diabetes.
1019 Jackson Road
McComb, MS 39648

Shelia Magee has some information about plaintiff's diabetes.
1116 Rio Lane Road
Magnolia, MS 39652

## XI. Insurance and Benefits

**XI. (B)—Worker's Compensation or Other Claims (Social Security Administration)**
**Nature of Injury:** Depression and schizophrenia

Plaintiff reserves the right to supplement or amend these responses up to and including the time of trial. If you have any questions, please feel free to contact the undersigned at (212) 558-5905.

> Very truly yours,
> WEITZ & LUXENBERG, P.C.
>
> _____
>
> Erin Rocchio
> Legal Assistant

ER