UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This Document Relates to All Cases

## ORDER

This cause comes before the Court for consideration of Defendants' Motion to Seal certain documents and future filings relating to Dr. Wayne MacFadden (Doc.____), filed August 3, 2007. Upon consideration of Defendants' Motion, and any opposition thereto, it is hereby **ORDERED** that Defendants' motion is **GRANTED** as follows:

1. The documents identified in Exhibit 1 ("MacFadden Documents") shall be sealed; and

2. All future motions or filings (including exhibits) made by either party describing the MacFadden Documents shall be filed under seal in accordance with this Court's procedures.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on _____, 2007.

_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE