**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

On August 1, 2007, this Court entered an Order to Show Cause and Order Designating Cases for September 2007 Case-Specific Discovery (Doc. 340), ordering both parties to file any objections to the Court-designated cases by 5:00 p.m. on August 2, 2007. Defendants filed a timely Response to Order to Show Cause (Doc. 347), but voiced no objection to the Court's designations, and instead objected to three of the Plaintiffs' September 2007 case designations.

Without passing on the merits of Defendants' objections, the Court finds that Defendants' Response is not responsive to the Court's specific request for objections to the Court's case designations. The Court did not request either party to show cause why the other party's case designations should be stricken and the Court did not require either party to file a response if they had no objection to the Court's case designations. Further, because Defendants request an order from the Court requiring Plaintiffs to substitute the three cases to which Defendants object with new cases from the Eligible Plaintiffs List, Defendants have failed to comply with Fed. R. Civ. P. 7 (b), which requires any application to the court for an order to be made by motion. Accordingly, it is **ORDERED** that Defendants' Response to Order to Show Cause (Doc. 347) is stricken as nonresponsive and for failure to comply with Fed. R. Civ. P. 7 (b).

**DONE** and **ORDERED** in Orlando, Florida on August 3, 2007.

Copies furnished to:

Counsel of Record

                                                                      */s/ Anne C. Conway*
                                                                      ANNE C. CONWAY
                                                                       United States District Judge