# Exhibit 1

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production -
Set VI (June 29, 2007)
Acknowledgments and HIPAA Authorizations (13)**
August 02, 2007

|    | Last Name | First Name | Case Number    | Ack. Served | HIPAA Served |
|----|-----------|------------|----------------|-------------|--------------|
| 1  | Black     | Vernon     | 6:07-cv-14637  | 8/2/2007    | 8/2/2007     |
| 2  | Brunson   | Gayle      | 6:07-cv-15950  | 8/2/2007    | 8/2/2007     |
| 3  | Chadwell  | Danielle   | 6:07-cv-15992  | 8/2/2007    | 8/2/2007     |
| 4  | Conley    | Kenneth    | 6:07-cv-16011  | 8/2/2007    | 8/2/2007     |
| 5  | Dillion   | Johnnie    | 6:07-cv-16062  | 8/2/2007    | 8/2/2007     |
| 6  | Ferguson  | Robert     | 6:07-cv-14847  | 8/2/2007    | 8/2/2007     |
| 7  | Finley    | Angela     | 6:07-cv-14849  | 8/2/2007    | 8/2/2007     |
| 8  | Graham    | Roslyn     | 6:07-cv-14909  | 8/2/2007    | 8/2/2007     |
| 9  | Moore     | Patricia   | 6:07-cv-15184  | 8/2/2007    | 8/2/2007     |
| 10 | Risher    | Brandy     | 6:07-cv-16493  | 8/2/2007    | 8/2/2007     |
| 11 | Schramm   | Donald     | 6:07-cv-16533  | 8/2/2007    | 8/2/2007     |
| 12 | Swift     | Lori       | 6:07-cv-15404  | 8/2/2007    | 8/2/2007     |
| 13 | Zarate    | Estella    | 6:07-cv-16711  | 8/2/2007    | 8/2/2007     |