# EXHIBIT B

Confidential - Ann V. Booth-Barbarin

Page 1

IN THE SUPERIOR COURT
OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY
- - -

IN RE:
SEROQUEL LITIGATION   : MDL NO. 1769
                      :
THIS DOCUMENT RELATES :
TO ALL ACTIONS        :
----------------------------------------
IN RE:                : SUPERIOR COURT
RISPERDAL/SEROQUEL/   : OF NEW JERSEY
ZYPREXA LITIGATION    : LAW DIVISION
                      : MIDDLESEX COUNTY
                      : CASE NO. 274.
----------------------------------------
AIMEE DANIELS,        : IN THE CIRCUIT
                      : COURT OF THE
      V.              : COUNTY OF ST. LOUIS
                      : STATE OF
ASTRAZENECA           : MISSOURI
PHARMACEUTICALS, L.P. : 05CC-004759
ET AL.                : DIVISION 6
----------------------------------------
SANTOS MALDANADO,     : IN THE CIRCUIT
minor, by and through : COURT OF THE
his natural mother    : COUNTY OF ST. LOUIS
and next friend,      : STATE OF
LOUISE WILSON         : MISSOURI
      V.              : 06CC-003930
JANSSEN PHARMACEUTICA : DIVISION 6
L.P., ET AL.          :
                 - - -
        C O N F I D E N T I A L
                 - - -
             May 14, 2007
                 - - -

     Videotaped deposition of Ann V.
Booth-Barbarin, held at the Four Seasons,
One Logan Square, Philadelphia,
Pennsylvania 19103 before Linda L.
Golkow, Registered Diplomate Reporter,
Certified Shorthand Reporter.
                 - - -
         Golkow Technologies, Inc.
       1880 John F. Kennedy Boulevard
       Philadelphia, Pennsylvania  19103

## Confidential - Ann V. Booth-Barbarin

---

**Page 2**

```
1
2   LENA BARNETT, minor, : IN THE CIRCUIT
    by and through her    : COURT OF THE
3   natural mother and    : COUNTY OF ST. LOUIS
    next friend,          : STATE OF
4   MARY BARNETT          : MISSOURI
         V.               : 06CC-000333
5   JANSSEN PHARMACEUTICA: DIVISION 6
    L.P., ET. AL.         :
6   ----------------------------
    LOIS BAER, as         : IN THE CIRCUIT
7   Representative of the: COURT OF THE
    Estate of MATTHEW     : COUNTY OF ST. LOUIS
8   BAER, Deceased        : STATE OF
         V.               : MISSOURI
9   JANSSEN PHARMACEUTICA: 06CC-002401
    L.P., ET. AL.         : DIVISION 6
10  ----------------------------
    TERRY STRINGER        : IN THE CIRCUIT
11                        : COURT OF THE
         V.               : COUNTY OF ST. LOUIS
12                        : STATE OF
    JANSSEN PHARMACEUTICA: MISSOURI
13  L.P., ET. AL.         : 05CC-002173
                          : DIVISION 6
14  ----------------------------
    STEPHEN ROSAS         : IN THE CIRCUIT
15                        : COURT OF THE
         V.               : COUNTY OF ST. LOUIS
16                        : STATE OF
    ASTRAZENECA           : MISSOURI
17  PHARMACEUTICALS,      : 05CC-004755
    L.P., ET.AL.          : DIVISION 6
18
19  PAMELA MOORE,         : IN THE CIRCUIT
                          : COURT OF THE
         V.               : COUNTY OF ST. LOUIS
20                        : STATE OF
    JANSSEN PHARMACEUTICA: MISSOURI
21  L.P., ET. AL.         : 05CC-006375
                          : DIVISION 6
22  ----------------------------
23
24
```

---

**Page 4**

```
1   A P P E A R A N C E S :
2
3   WEITZ & LUXENBERG, P.C.
    BY:  PAUL J. PENNOCK, ESQUIRE
4   One Maiden Lane
    New York, New York 10038
5   Ppennock@weitzlux.com
    212.558.5500
6   Representing Plaintiffs
7
8
    BLIZZARD MCCARTHY & NABERS
9   BY: EDWARD BLIZZARD, ESQUIRE
    440 Louisiana - Suite 1710
10  Houston, Texas 77002
    Eblizzard@blizzardlaw.com
11  Hwheeler@blizzardlaw.com
    713.844.3750
12  Representing Plaintiffs
13
14
15  LAMINACK PIRTLE & MARTINES
    BY: THOMAS W. PIRTLE, ESQUIRE
16  440 Louisiana - Suite 1250
    Houston, Texas 77002
17  713.292.2750
    Representing Plaintiffs
18
19
20  SHELLER LUDWIG & SHELLER, PC
    BY:  BY:  THOMAS E. MELLON, III, ESQUIRE
21  3rd Floor - 1528 Walnut Street
    Philadelphia, Pennsylvania 19102
22  215-790-7300
    tmellon@sheller.com
23  Representing Plaintiffs in New Jersey
24
```

---

**Page 3**

```
1   KATHRYN SCHULTZ,   : SUPERIOR COURT OF
    ET. AL.            : THE STATE OF
2                      : CALIFORNIA IN AND
         V.            : FOR THE COUNTY OF
3                      : SAN FRANCISCO
    ASTRAZENECA        : CGC-06-453676
4   PHARMACEUTICALS,   :
    L.P., ET.AL.       :
5   ----------------------------
              - - -
6
7       Videotaped deposition of Ann
8   Booth-Barbarin, held at the Four Seasons,
9   One Logan Square, Philadelphia,
10  Pennsylvania 19103, commencing at 11:06
11  a.m., on the above date, before Linda L.
12  Golkow, Registered Diplomate Reporter,
13  Certified Shorthand Reporter and Notary
14  Public.
15            - - -
16
17
18
19
20
21
22
23
24
```

---

**Page 5**

```
1   A P P E A R A N C E S :
2
3   DECHERT, LLP
    BY:  THOMAS MUNNO, ESQUIRE
4   30 Rockefeller Plaza
    New York, New York 10112-2200
5   Thomas.munno@dechert.com
    Representing AstraZeneca
6
7
    DECHERT LLP
8   BY: COLLEEN CASEY VOSHELL, ESQUIRE
    2929 Arch Street
9   Cira Center
    Philadelphia, Pennsylvania 19104
10  Colleen.voshell@dechert.com
    215.994.2523
11  Representing AstraZeneca
12
13  PEPPER HAMILTON LLP
    BY: MATTHEW J. HAMILTON, ESQUIRE
14  3000 Two Logan Square
    18th and Arch Streets
15  Philadelphia, Pennsylvania 19103
    215-981-4781
16  Hamiltonm@pepperlaw.com
    Representing Eli Lilly & Company
17
18            - - -
19  A L S O  P R E S E N T :
20
       BAILEY PERRIN BAILEY
21     Rhonda Radliff
22
       WEITZ LUXENBERG
23     Yommy Chiu
24            - - -
```

---

Golkow Technologies, Inc. - 1.877.370.DEPS

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 6

1
2           - - -
3         I N D E X
4   WITNESS           PAGE NO.
    ANN BOOTH-BARBARIN
5     By Mr. Pennock      14
6     By Mr. Blizzard    158
7           - - -
8       E X H I B I T S
9
    NO.   DESCRIPTION   PAGE NO.
10
11  Booth-    AstraZeneca Annual   37
    Barbarin-1   Report and Form-20F
12
    Booth-    Organizational      60
13  Barbarin-2   Chart
14
    Booth-    Organizational      66
15  Barbarin-3   Chart
16  Booth-    AstraZeneca US      69
    Barbarin-4   Ownership 100%
17           Unless Otherwise
             Noted - March 1,
18           2007
19  Booth-    AstraZeneca US      71
    Barbarin-5   Ownership 100%
20           Unless Otherwise
             Noted - March 1,
21           2007
22  Booth-    Zeneca, Inc.       71
    Barbarin-6   Organization Chart
23           - Magrch 3, 1997
24

Page 7

1   Booth-    Restructuring of    72
    Barbarin-7   AstraZeneca US
2            Structure as of
             1/1/01
3
    Booth-    Resume of Ann v.    82
4   Barbarin-8   Booth-Barbarin
5   Booth-    Zeneca Holdings,   103
    Barbarin-9   Inc. Structure
6            2.3.97
7   Booth-    Zeneca Holdings,   104
    Barbarin-10   Inc. Structure
8            2.3.97
9   Booth-    Zeneca Inc.        104
    Barbarin-11   Organization Chart
10           3.3.97
11  Booth-    Zeneca, Inc.       105
    Barbarin-12   Organization Chart
12           12/1994
13  Booth-    Zeneca, Holdings   105
    Barbarin-13   Inc. & Affiliates
14           Organization Chart
             November, 1995
15
    Booth-    Letter, Bates Nos.  114
16  Barbarin-14   AZ/SER 0003530
17  Booth-    List of Officers   119
    Barbarin-15
18           List of Officers   124
    Booth-
19  Barbarin-16
20
21
22
23
24

Page 8

1
2           - - -
3       THE VIDEOTAPE TECHNICIAN:
4   My name is Robert McDonald, member
5   of the National Legal Video
6   Association for Golkow Litigation
7   Technologies.
8       Today is May 14th, 2007, and
9   on the record at approximately
10  11:06 a.m., and here In Re:
11  Seroquel Litigation.
12      The witness is Ann
13  Booth-Barbarin, and we are at the
14  Four Seasons Hotel, One Logan
15  Square, Philadelphia,
16  Pennsylvania.
17      Will counsel introduce
18  themselves for the record, please.
19      MR. PENNOCK:  Paul Pennock,
20  Weitz & Luxenberg, New York, New
21  York.
22      MR. MELLON:  Tom Mellon, the
23  Sheller firm.
24      MR. BLIZZARD:  Ed Blizzard
    for plaintiffs.

Page 9

1       MR. PIRTLE:  Tom Pirtle for
2   plaintiffs.
3       MR. HAMILTON:  Matt
4   Hamilton, Pepper Hamilton,
5   Philadelphia, Eli Lilly & Company.
6       MS. VOSHELL:  Colleen Casey
7   Voshell from Dechert for the
8   AstraZeneca defendants.
9       MR. MUNNO:  Thomas Munno,
10  Dechert for AstraZeneca
11  defendants.
12      THE VIDEOTAPE TECHNICIAN:
13  Thank you.
14      Will the court reporter
15  please swear in the witness.
16          - - -
17      ANN BOOTH-BARBARIN,
18  after having been duly
19  sworn, was examined and testified
20  as follows:
21          - - -
22      THE VIDEOTAPE TECHNICIAN:
23  You may proceed.
24      MR. MUNNO:  Before we get

3  (Pages 6 to 9)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 10

1   started, I have a care package for
2   you.
3        MR. PENNOCK:  Okay.
4        MR. MUNNO:  Essentially,
5   what they are are organization
6   charts showing corporate
7   relationships for different days.
8   And let me just tell you what they
9   are.  There's a corporate org
10  chart for AstraZeneca US dated
11  March 1, 2007.
12       MR. PENNOCK:  And is there
13  some reason you couldn't get these
14  to me before right now?
15       MR. MUNNO:  We've been
16  working pretty hard to get all of
17  them for you.
18       MR. PENNOCK:  Right now.  I
19  tell you, you must be pretty busy
20  if you can't put these together
21  before this morning, but that's
22  all right, we'll be back here
23  Friday.
24       MR. MUNNO:  Well, if you

Page 11

1   want me to take it back and not
2   give it to you, then we won't --
3        MR. PENNOCK:  We'll be back
4   here Friday.
5        MR. MUNNO:  We won't do it.
6        MR. PENNOCK:  No, I'm just
7   going to make a record so I can
8   talk to the magistrate --
9        MR. MUNNO:  I understand.
10       MR. PENNOCK:  -- that this
11  is the kind of conduct that we've
12  been dealing with for months, and
13  we're not going to continue to
14  deal with it.  So, I would
15  strongly suggest you not continue
16  to do it.  That's all right.
17  We'll come back on Friday, but,
18  yes, let me just --
19       MR. MUNNO:  I'm going to
20  give you the package.  I'm not
21  going to get into an argument with
22  you, Paul.  I disagree with both
23  the substance of your comments and
24  the tenor of your voice, and I

Page 12

1   won't reciprocate.
2        MR. PENNOCK:  Nobody likes
3   the tenor of my voice.
4        MR. MUNNO:  Also, an org
5   chart, Zeneca US premerger, April
6   5th, 1999.  Org chart Astra US
7   premerger April 5th, 1999.
8   Astra-Zeneca US as of April 6th,
9   1999.
10       A document called "Operating
11  structure."
12       A document called
13  "Restructuring of AstraZeneca US
14  structure as of 11/1/01."
15       Document also showing an org
16  chart, corporate org chart, Zeneca
17  Holdings, Inc. and affiliates
18  organization chart, November of
19  1995.
20       MR. PENNOCK:  Tom --
21       MR. MUNNO:  Yes.
22       MR. PENNOCK:  -- do you
23  intend to read every one of those
24  documents?

Page 13

1        MR. MUNNO:  No, I'm almost
2   done.  I'm almost done.
3        Zeneca Inc. organization
4   chart dated December, 1994.
5   Imperial Chemical Industries
6   PLC organization chart.  There are
7   two of those.
8        Then there are additional
9   Zeneca Inc. organizational charts
10  in 1997.
11       I've also brought with me
12  annual reports and other
13  information that show who the
14  officers and directors are of the
15  companies on the organizational
16  charts.  Most of these are public
17  documents, but not all of them,
18  but to the extent you wanted the
19  names of officers and directors,
20  they are on the documents.
21       (Handing over documents.)
22       MR. PENNOCK:  May I proceed?
23       MR. MUNNO:  You may.
24            - - -

4 (Pages 10 to 13)

Confidential - Ann V. Booth-Barbarin

Page 14

```
 1            EXAMINATION
 2               - - -
 3   BY MR. PENNOCK:
 4        Q.   Ms. Booth-Barbarin, have I
 5   pronounced that correctly?
 6        A.   Barbarin.
 7        Q.   Barbarin, Booth-Barbarin.
 8        A.   Barbarin.
 9        Q.   Okay.
10            If I keep screwing it up, I
11   apologize in advance.
12        A.   That's okay.
13        Q.   As you may have heard, my
14   name is Paul Pennock.  I'm with the law
15   firm of Weitz & Luxenberg.  I'm going to
16   have a number of questions for you today
17   and probably continuing on Friday.
18            If at any time you don't
19   understand my questions, please let me
20   know, and I'll be happy to rephrase them.
21   All right?
22        A.   Uh-huh.
23        Q.   If you need to take a break,
24   just let me know.  As long as there's not
```

Page 15

```
 1   an open question on the record, I'll be
 2   happy to accommodate you.  All right?
 3        A.   (Witness nods.)
 4        Q.   Now, have you met with
 5   counsel prior to this deposition?
 6        A.   Yes.
 7        Q.   Okay.
 8            And do you consider counsel
 9   here to be your attorneys?
10        A.   Yes.
11        Q.   Okay.
12            And how long did you meet
13   with them?
14        A.   Two days.
15        Q.   Okay.
16            And what two days did you
17   meet with them?
18        A.   Friday, and I can't remember
19   the first day, but I had been traveling
20   for about ten days in between the first
21   day and Friday.
22        Q.   And how many hours did you
23   meet with them?
24        A.   I would say around seven or
```

Page 16

```
 1   eight.
 2        Q.   Seven or eight total?
 3        A.   Yes.
 4        Q.   Could you tell me, what do
 5   you know about Seroquel?
 6        A.   What do I know about
 7   Seroquel?
 8        Q.   Yeah.
 9            MR. MUNNO:  Before you
10   answer Ms. Barbarin, she's here
11   as a 30(b)(6) witness to discuss
12   corporate structure.  She's not
13   here to discuss Seroquel.  She can
14   answer your question.
15            THE WITNESS:  I know it's
16   one of the drugs that AstraZeneca
17   makes.
18   BY MR. PENNOCK:
19        Q.   All right.
20            I'm just trying to get set
21   on, for example, when did you first learn
22   about Seroquel?
23            MR. MUNNO:  Paul, she's here
24   as a 30(b)(6) witness and not as a
```

Page 17

```
 1   witness as to her knowledge about
 2   --
 3            MR. PENNOCK:  I heard you
 4   the first time.
 5            MR. MUNNO:  I know you did.
 6            MR. PENNOCK:  I heard you
 7   the first time.
 8            MR. MUNNO:  But if you
 9   expect to go to Friday, then I'll
10   tell you this right now, I have no
11   problem going to Friday if your
12   examination on corporate structure
13   takes you to Friday.  But if your
14   examination is going to focus as
15   if this witness was a fact witness
16   on Seroquel, then we will have a
17   problem with Friday.
18            MR. PENNOCK:  Okay.
19            Well, I've asked two
20   questions.
21            MR. MUNNO:  I understand.
22            MR. PENNOCK:  You've given
23   two soliloquies.  Okay?  I think
24   it's kind of important for me to
```

5 (Pages 14 to 17)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 18

1    understand some fundamental
2    knowledge of the witness'
3    awareness of Seroquel since I'm
4    going to be asking her about
5    structures and how they have
6    related to the development and
7    marketing and so forth of
8    Seroquel.
9    BY MR. PENNOCK:
10       Q.   So, again, I think my
11   question, I'll restate it, is when was
12   the very first time that you ever heard
13   about Seroquel as a drug that was being
14   made by any company that you worked for?
15       A.   I can't remember the exact
16   date, but I've been with the company for
17   some time, so...
18       Q.   Okay.
19            You started with what
20   company?
21       A.   I started with ICI Americas,
22   Inc.
23       Q.   Okay.
24            As far as you knew back in

Page 19

1    1991 when you started with them, were
2    they developing Seroquel?
3        A.   I don't really have any
4    recollection of the exact drugs that were
5    in development at that point.
6        Q.   Okay.
7             And were you with Zeneca
8    when it was the first time that you heard
9    about Seroquel?
10       A.   Yes.  I mean, that's when I
11   recall -- I mean, I recall it being
12   marketed when I was with Zeneca, yes.
13       Q.   You recall it being
14   marketed?
15       A.   Or being, you know, a drug
16   that we were selling in the U.S., yes.
17       Q.   Do you have an understanding
18   as to what areas of testimony you are
19   here to talk about today?
20       A.   Yes.
21       Q.   What is that?
22       A.   Corporate structure.
23       Q.   Okay.
24            And do you know why you were

Page 20

1    selected to give this deposition?
2            MR. MUNNO:  Answer yes or
3    no.
4            THE WITNESS:  No.  I mean,
5    do I know specifically why?
6    BY MR. PENNOCK:
7        Q.   Yes.
8        A.   Do I know?  Do I -- I
9    mean...
10           MR. MUNNO:  The question is
11   do you know, and answer yes or no.
12           THE WITNESS:  I don't know,
13   no.
14   BY MR. PENNOCK:
15       Q.   Okay.
16           Do you feel that you have
17   knowledge regarding the corporate
18   structures of the various entities
19   commonly referred to as AstraZeneca?
20       A.   Yes.
21       Q.   And you've been with the
22   company for about 16 years?
23       A.   Yes.
24       Q.   Why don't we start out with

Page 21

1    telling me about the structure of the
2    company starting with the late 1980s as
3    you understand it.
4        A.   Okay.  I --
5            MR. MUNNO:  I'm sorry.
6            Which company are you talking
7    about?
8            MR. PENNOCK:  ICI.
9            THE WITNESS:  Americas,
10   Inc.?
11   BY MR. PENNOCK:
12       Q.   Yes.
13       A.   I joined in 1991.  So, can I
14   tell you from 1991 forward?
15       Q.   Do you have any knowledge
16   regarding the structure of the company
17   prior to 1991?
18       A.   Yes.
19       Q.   Okay.
20           So, start with whatever
21   knowledge you had prior to 1991, and
22   let's move forward to when it became
23   Zeneca.
24       A.   I know that the company in

6 (Pages 18 to 21)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 22

1    the U.S. was a subsidiary, ICI Americas,
2    Inc. was a subsidiary of Imperial
3    Chemical Industries PLC and that it was a
4    U.S. subsidiary, wholly-owned subsidiary
5    of that entity.
6        Q.   Okay.
7             Imperial Chemicals --
8        A.   Chemicals Industries.
9        Q.   Industries PLC?
10       A.   ICI PLC, yes.
11       Q.   And where was that company
12   located?
13       A.   Where was it?
14       Q.   Yes.
15       A.   In the UK.
16       Q.   In the UK.
17            And for how long had it been
18   a wholly-owned subsidiary of that
19   company?
20       A.   ICI Americas, Inc. was
21   incorporated, I believe, in 1971.
22       Q.   All right.
23            So, since at least since
24   1971?

Page 23

1        A.   Yes.
2        Q.   And it operated continuously
3    as a wholly-owned subsidiary of the
4    corporation that you just mentioned,
5    Imperial Chemicals Industries PLC from
6    1971 until when?
7        A.   Until 1993.
8        Q.   And what happened at that
9    time?
10       A.   1993 there was what we
11   called a demerger and --
12       Q.   I'm sorry, a what?
13       A.   A demerger.
14       Q.   A demerger.
15       A.   Yes.
16       Q.   All right.
17       A.   And it no longer was a
18   subsidiary of -- Imperial Chemicals
19   Industries became a subsidiary of Zeneca
20   PLC.
21       Q.   Okay.
22            Was Zeneca Group PLC an
23   entirely separate corporation, or I
24   should say separate entity, from the

Page 24

1    Imperial Chemicals entity at the time
2    that ICI became a part of Zeneca?
3        A.   I'm not sure I'm following
4    your question.
5        Q.   You don't understand?  Okay.
6    I apologize.
7             Here's the bottom line.  Was
8    Zeneca in any way related to Imperial
9    Chemicals prior to the time that it
10   acquired or somehow merged with ICI?
11       A.   Just tell me which Zeneca
12   you are talking about.
13       Q.   Any Zeneca.
14       A.   Okay.  Zeneca Inc. is the
15   Delaware corporation, and before
16   demerger, Zeneca Inc. was called ICI
17   Americas, Inc.  It is the ICI Americas,
18   Inc. Delaware corporation, changed its
19   name to Zeneca Inc. I believe at the end
20   of 1992 before demerger, which happened
21   in 1993.  So, Zeneca Inc. was one of the
22   legal entities because it was -- is, in
23   fact, the entity that was ICI Americas,
24   Inc. that was under Imperial Chemicals

Page 25

1    Industries.
2        Q.   Gotcha.
3             And then, so, essentially,
4    though, I understand there was a new
5    corporation formed with sort of a name
6    change then in 1992?
7        A.   No.
8        Q.   Okay.
9             What happened?
10       A.   So, a name change is not a
11   new corporation.  So, what happened in
12   1992, at the end of 1992, we changed the
13   name of ICI Americas, Inc. to Zeneca Inc.
14   Again, it was right around the end or the
15   beginning of 1993.  So, I'm not exactly
16   sure, but I think it was the very end of
17   1992.  So, ICI Americas, Inc. changed its
18   name to Zeneca Inc.  We incorporated
19   another entity, I think we called it ICI
20   Chemicals, Inc. at the end of 1992, and
21   changed its name to ICI Americas, Inc. in
22   the United States.  Both of those are
23   Delaware corporations.
24       Q.   And from that point forward,

7 (Pages 22 to 25)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 26

1   what, if any, interest did Imperial
2   Chemicals have in ICI?
3           MR. MUNNO:  Imperial
4       Chemicals PLC?
5   BY MR. PENNOCK:
6       Q.   Imperial Chemicals
7   Industries PLC.
8       A.   From that point on?  What's
9   "that point"?  Sorry.
10      Q.   From the point that --
11      A.   The names changed?
12      Q.   Yes.
13      A.   Okay.  In 1992, we got
14  everything together and we did what was
15  called a hive down at the beginning of
16  1993, and what that was, was to separate
17  the traditional chemical businesses from
18  the biotech or bioscience businesses, and
19  that was in the beginning of 1993.  And
20  so all of the businesses that were the
21  bioscience side went to Zeneca Inc. in
22  the U.S., and all the businesses that
23  were traditional chemical businesses went
24  to the ICI, the new ICI Americas, Inc. in

Page 27

1   the U.S.  And it wasn't until 1993, at
2   demerger, which happened, I believe
3   around June of 1993, that the entities
4   split.  So, at the point in 1992 when we
5   changed these names, everybody was all
6   still related and they all still sat
7   under Imperial Chemicals Industries.
8       Q.   When the split actually
9   happened, when the demerger happened,
10  Imperial Chemicals Industries PLC, did
11  they have any interest, continuing
12  interest in Zeneca Inc.?
13      A.   There was some share
14  movement at demerger that could have
15  lasted a bit beyond the actual demerger
16  date.  So, I'm unable to kind of give you
17  a definitive yes or no at that point.
18      Q.   Was the first time that you
19  learned that there was a drug called
20  Seroquel in your pipeline before the drug
21  was actually launched?
22      A.   I'm sorry, say that again.
23      Q.   When was -- I'm still trying
24  to figure out when you first learned

Page 28

1   about it.
2       A.   I don't really remember an
3   exact date.  I mean, I've been with the
4   company for 17 years, so, 16-and-a-half
5   years.
6       Q.   I was looking at your CV
7   that was provided, and it said that, you
8   know, during the time period 1991 through
9   basically 1997, that you had fairly
10  extensive involvement in all aspects of
11  the company and advising with respect to
12  numerous aspects of the companies, but
13  you don't think you had any knowledge of
14  Seroquel during that time?
15          MR. MUNNO:  Objection, form.
16          Go ahead.
17  BY MR. PENNOCK:
18      Q.   Go ahead.
19      A.   Of the corporate structure.
20  I think from 1991 through that period, I
21  was corporate secretary, provided a
22  number of other legal services to a
23  number of other functions, but I'm not
24  sure what you are asking.  I'm sorry.

Page 29

1       Q.   Well, at some point in time
2   you made mention that you have advised
3   the company regarding product liability,
4   for example?
5       A.   With respect to the products
6   that I supported.
7       Q.   Okay.
8           And did you at any time
9   support Seroquel?
10      A.   No.
11      Q.   What were the products that
12  you supported?
13      A.   I supported Rhinecort Aqua,
14  I supported Pulmicort Respules.  Those
15  were the main products that I supported.
16      Q.   So, your role was to give
17  advice of whatever types regarding those
18  products in addition to being an
19  assistant secretary to the corporation?
20      A.   Correct.
21      Q.   I see.
22          And you're here today
23  primarily because of your role as
24  assistant secretary and being familiar

8 (Pages 26 to 29)

Confidential - Ann V. Booth-Barbarin

Page 30

1  with the mergers and restructurings and
2  all that sort of thing?
3     A.   Correct.
4     Q.   Okay.
5          So, we've now created Zeneca
6  Inc. around about 1993, right?
7     A.   No.
8     Q.   I thought you said it was --
9     A.   Zeneca Group PLC is the one
10 that Zeneca Group -- it is the
11 parent corporation in 1993.  Zeneca Inc.
12 was created  -- Zeneca, Inc. is the legal
13 entity that was ICI Americas, Inc.
14 changed its name.  So, Zeneca Inc., the
15 legal entity --
16    Q.   No longer existed?  Did it
17 continue to exist, Zeneca Inc. the legal
18 entity?
19    A.   Zeneca Inc. is the legal
20 entity that was incorporated in 1971.
21    Q.   Well, I understand that.
22 But that entity, did that continue to
23 exist after 1993?
24    A.   Absolutely --

Page 31

1     Q.   Please understand that we've
2  had zero information --
3     A.   I do.  I understand.
4     Q.   -- provided to us, and these
5  charts probably would have saved us a lot
6  of aggravation, but we didn't get it --
7          MR. MUNNO:  Excuse me.
8  First of all --
9          MR. PENNOCK:  So --
10         MR. MUNNO:  Wait a minute.
11 Excuse me.  If you are going to
12 make speeches on the record, then
13 I'm going to make a speech on the
14 record.
15         MR. PENNOCK:  Make a speech.
16         MR. MUNNO:  I would actually
17 prefer that neither one of us make
18 speeches and we have questions and
19 answers.
20         MR. PENNOCK:  I would just
21 prefer if you are going to make a
22 speech, make it and don't warn me
23 about it.
24         MR. MUNNO:  The information

Page 32

1  that you received probably doesn't
2  get to this level of detail, and
3  the answer is, is that we gave it
4  to you as an aid to help her
5  answer these questions.  If you
6  don't want to use it, you don't
7  have to use it.  But I really
8  don't like the snide remarks.  I
9  really do recent them, I don't
10 want you making speeches --
11         MR. PENNOCK:  What were the
12 snide remarks?
13         MR. MUNNO:  Excuse me.  And
14 I don't want you making speeches
15 to the witness.
16         MR. PENNOCK:  Okay.
17 BY MR. PENNOCK:
18    Q.   Let's continue.
19         So, Zeneca Inc. did continue
20 and has continued as a legal entity to
21 this date?
22    A.   Yes, yes.
23    Q.   Okay.
24         And what does Zeneca Inc.

Page 33

1  do?
2          MR. MUNNO:  Today?
3          THE WITNESS:  Today?
4  BY MR. PENNOCK:
5     Q.   Yes.
6     A.   Today, Zeneca Inc. has some
7  of the residual liabilities from some of
8  the old companies that it operated
9  historically.
10    Q.   Okay.
11         Which would include ICI
12 Americas, was it PLC?  I don't remember.
13    A.   ICI Americas, Inc.?  Well,
14 the businesses that worked formally in
15 ICI Americas, Inc. as they related to the
16 bioscience businesses.
17    Q.   Does bioscience include
18 pharmaceuticals?
19    A.   Yes.
20    Q.   Okay.
21         Ultimately, Zeneca, some
22 entity purchased the Astra pharmaceutical
23 company, right, at some point?
24    A.   Which Astra firm?

9  (Pages 30 to 33)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Page 34

1    Q.   I don't know.  At some point
2  in, I think it was June -- let's see,
3  November 17, 1999 or 1998, there was what
4  might commonly be referred to as an
5  acquisition by an entity in the United
6  States with some entities in Europe that
7  formed what we now know as AstraZeneca.
8  I'm here to find out from you what all
9  transpired in the sort of level of detail
10 that only you can provide.  Okay.
11      So, at some point, there was
12 some type of organizational merger or
13 acquisition that created what we now call
14 AstraZeneca, right?
15   A.   Correct.
16   Q.   Okay.
17      Could you tell me about that
18 just so I can kind of get the big picture
19 of what happened?
20   A.   Sure.  In April of 1999,
21 there was a merger between Zeneca Group
22 PLC and Astra AB.  And as a result of
23 that merger, it wasn't a traditional
24 merger, because it was done in the UK and

Page 35

1  they don't have traditional mergers as we
2  do in the U.S.  As a result of that
3  merger, there was an exchange of shares,
4  and the Astra group of companies around
5  the world became merged with and part of
6  what is now the AstraZeneca group.  And
7  so the parent corporation, Zeneca Group
8  PLC, changed its name to AstraZeneca PLC
9  and is now the ultimate parent of the
10 combined set of entities.
11   Q.   Okay.  Thanks.
12      So, let me talk about those
13 combined set of entities.
14      First of all, I think you
15 said this was in April of 1999, right?
16   A.   Yes.
17   Q.   Okay.
18      So, let's take the years
19 1995 through 1999.  Do you know what
20 entity or entities were developing the
21 drug Seroquel during those years?
22   A.   It would have been Zeneca --
23 it would have been in the Zeneca group.
24 1995 to 1990 --

Page 36

1    Q.   9, April of 1999.
2    A.   Before the merger?
3    Q.   Yes.
4    A.   It would have been within
5  the Zeneca group of companies.  And, so,
6  Zeneca Inc., and it would have been
7  Zeneca UK Limited.  And there may have
8  been others, but I don't know.
9    Q.   You mentioned Zeneca UK
10 Limited.  Why did you mention them
11 specifically?  What is it that you know
12 about them that they were involved with
13 Seroquel?
14   A.   All I know is that Zeneca UK
15 Limited was the operating entity for
16 Zeneca Group PLC.
17   Q.   What is the operating
18 entity?  What does that mean?
19   A.   Well, a PLC is a publicly
20 traded company and tends not to be
21 operating, it is the entity that issues
22 shares.  So, underneath that one, we have
23 traditionally had a legal entity that is
24 the one that does the business.

Page 37

1    Q.   Okay.
2       And that would have been
3  Zeneca UK Limited?
4    A.   Yes.
5    Q.   All right.
6       MR. PENNOCK:  I have this
7  chart.  Do you have another copy
8  of this that I can mark?  That
9  came from some of the documents
10 that we did get.  Let me mark that
11 as Exhibit 1.
12          - - -
13       (Whereupon, Deposition
14 Exhibit Booth-Barbarin-1,
15 AstraZeneca Annual Report and
16 Form-20F Information 2004, was
17 marked for identification.)
18          - - -
19       THE WITNESS:  Thank you.
20 BY MR. PENNOCK:
21   Q.   If you'd look at what we
22 marked as Exhibit 1 to your deposition,
23 it seems to be some type of filing or
24 it's called -- at the top it says

Confidential - Ann V. Booth-Barbarin

Page 38

1  "AstraZeneca Annual Report and Form 20-F
2  Information 2004." Do you see that
3  statement?
4      A.  Yes.
5      Q.  Do you recognize this type
6  of document at all?
7      A.  Yes.
8      Q.  Okay.
9          Now, in the far right-hand
10 column, and I want to ask you a couple
11 questions about these terms that may help
12 us just kind of move things along today.
13         Each of the entities that's
14 listed on the form has sort of a
15 principal activity, which denoted
16 principal activity listed. Do you see
17 that?
18     A.  Yes.
19     Q.  All right.
20         And so when I was looking at
21 this, I think there were essentially four
22 different principal activities once you
23 set aside insurance and underwriting,
24 treasury, and I want to ask you about

Page 39

1  those. What is the principal activity
2  research?
3      A.  Are you asking my
4  understanding?
5      Q.  Yes.
6      A.  My understanding of research
7  is that it is the early stage of
8  research. It generally tends to be
9  preclinical work.
10     Q.  Preclinical. All right.
11         And is there someone other
12 than you, off the top of your head, that
13 you think would best be able to describe
14 more fully what the principal activity is
15 defined as listed on this form?
16         MR. MUNNO: Objection, form.
17         MR. PENNOCK: I'll rephrase.
18 BY MR. PENNOCK:
19     Q.  Is there somebody other than
20 you that would be able to tell me more
21 fully what the definition is for the
22 principal activity research as listed on
23 this form?
24         MR. MUNNO: Objection, form.

Page 40

1  BY MR. PENNOCK:
2      Q.  You can answer.
3      A.  I don't know of any, no.
4      Q.  You don't know of anyone
5  other than you?
6      A.  No.
7      Q.  Okay.
8          There probably is someone,
9  but you don't know who it is?
10         MR. MUNNO: Objection. If
11 you want to ask her more questions
12 about this, do so. But I think
13 her answer was pretty fulsome to
14 begin with, and if you want more
15 information, you can ask her the
16 question about it.
17         MR. PENNOCK: Are you
18 directing her not to answer?
19         MR. MUNNO: No, no.
20         THE WITNESS: So, your
21 question again?
22 BY MR. PENNOCK:
23     Q.  There probably is someone
24 who could give me a more complete

Page 41

1  definition of what research is as a
2  principal activity for these entities
3  that are listed on Exhibit 1, but you're
4  unable to tell me who that is?
5          MR. MUNNO: Objection. She
6  spoke about one entity, not
7  entities. She told you what
8  research meant. And if you have
9  followup questions, ask the
10 followup question.
11         MR. PENNOCK: It was a
12 followup question.
13         Go ahead.
14         MR. MUNNO: Objection, form.
15         Go ahead.
16         THE WITNESS: Can you say
17 the question one more time?
18 BY MR. PENNOCK:
19     Q.  Yeah.
20         When you look at Exhibit 1,
21 there are a whole bunch of entities
22 listed on the left-hand column, right?
23 Do you see that?
24     A.  Yes.

11 (Pages 38 to 41)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 42

```
1       Q.   Those are the principal --
2  it appears to be the principal
3  subsidiaries?
4       A.   Yes.
5       Q.   Okay.
6            And they are the principal
7  subsidiaries of what entity?
8       A.   AstraZeneca PLC.
9       Q.   Okay.
10           And it lists adjacent to
11 each of these principal subsidiaries,
12 these terms that are supposed to be the
13 principal activity of the principal
14 subsidiaries.  Do you see that?
15      A.   Yes.
16      Q.   All right.
17           And I asked you about the
18 first word under the principal activities
19 column, which is the word "Research,"
20 right?  Do you see that?
21      A.   Yes.
22      Q.   And you said to me, my
23 understanding?  And I said, sure, your
24 understanding.  Do you remember that?
```

Page 43

```
1       A.   Yes.
2       Q.   Okay.
3            And you said, my
4  understanding is, or words to this
5  effect, that research, and you gave me a
6  definition for what you think research
7  means, right?
8       A.   Yes.
9            MR. MUNNO:  No.  She gave
10 you what it means on this
11 particular document and what that
12 company did.
13           MR. PENNOCK:  Okay.  Okay.
14 Tom, you are familiar, I
15 assume, with the Federal rules in
16 terms of --
17           MR. MUNNO:  We're all
18 familiar with the Federal rules.
19           MR. PENNOCK:  -- speaking
20 objections --
21           MR. MUNNO:  We are, Paul.
22           MR. PENNOCK:  -- and
23 coaching witnesses on the record.
24           MR. MUNNO:  But we are also
```

Page 44

```
1  familiar with the rules about
2  people conducting an examination
3  should not paraphrase testimony in
4  a way that you just did.  You
5  asked her what the term meant.
6  She gave you the answer.  And I
7  don't know why --
8            MR. PENNOCK:  Well,
9  actually, your testimony helped
10 clarify things a great deal, so
11 let me follow up on that.
12 BY MR. PENNOCK:
13      Q.   Your lawyer has just said
14 that your testimony is that the word
15 "research" on this document means what
16 you indicated it means, that that's not
17 just your understanding, that that's what
18 it means on this document?
19           MR. MUNNO:  Objection, form.
20           MR. PENNOCK:  Let's go back
21 to that question.  Can you pull
22 that up, please?  The question and
23 answer.  I'll give you your exact
24 words.  All right?
```

Page 45

```
1                 - - -
2            (Whereupon, the requested
3  portion of the notes of testimony
4  was read by the court reporter.)
5                 - - -
6  BY MR. PENNOCK:
7       Q.   Is that your understanding
8  of what this term "research" means on
9  this document, or is that what that term
10 means on this document?
11           MR. MUNNO:  Objection, form.
12           Go ahead.
13           THE WITNESS:  I'm not sure
14 how to distinguish the two.
15 BY MR. PENNOCK:
16      Q.   Well, then, let me ask you
17 this.
18           Did you draft this document?
19      A.   No.
20      Q.   Okay.
21           Did you play any role in the
22 development of the definition for these
23 terms called "Principal Activity"?
24      A.   For AstraZeneca UK Limited,
```

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 46

1 no.
2      Q.   What about for the rest of
3 them?
4      A.   No.  The only one that I
5 would have had input into would be the
6 U.S. ones.
7      Q.   Okay.
8           You would have input into
9 the definition for research?
10     Q.   What gets listed as
11 principal activity and what I understand
12 those legal entities in the U.S. to be
13 doing.
14     Q.   Well, who comes up with the
15 definition of research?  This word
16 "research" has a definition somewhere,
17 right?
18     A.   Well, within -- I mean,
19 research and development means research
20 and development.
21     Q.   I don't know what it means.
22 That's why I'm asking you.
23          MR. MUNNO:  Objection,
24      argumentative.

Page 47

1           THE WITNESS:  It means
2      research.
3 BY MR. PENNOCK:
4      Q.   Okay.
5           So --
6      A.   The research around drugs.
7      Q.   The research around drugs
8 preclinical?
9      A.   And the reason I say that is
10 research and development includes
11 preclinical and the post -- you know,
12 once you pass a certain threshold of
13 evaluation of a drug.
14     Q.   Okay.  Let's come back to
15 that in a second.  Okay?
16          So, whenever I see the word
17 "research" in the right-hand column under
18 "Principal Activity," that means that
19 that particular entity was involved in
20 preclinical work for drugs?
21     A.   I can only answer for what I
22 know the AZLP and AZPLP ones intend to
23 mean.  I can't answer for the rest of the
24 entities around the group because I

Page 48

1 didn't create this document.
2      Q.   Okay.
3           Well, that brings me back to
4 my earlier question.
5           Who would be able to answer
6 for what the word "research" means when
7 it is listed for AstraZeneca UK Limited?
8      A.   I don't know an exact
9 person's name, but I assume somebody
10 within that legal entity.
11     Q.   Within that legal entity?
12     A.   Who worked on this document.
13     Q.   Okay.
14           So, does this word
15 "research" that's listed in the left
16 column here of this document under
17 "Principal Activity," does that mean a
18 different thing for each of these
19 companies as far as you know?
20     A.   As far as I know, no.
21     Q.   It does not.  It all means
22 the same?
23     A.   As far as I know.
24     Q.   As far as you know.

Page 49

1           So, someone else would make
2 the decision to list the word
3 "research" -- withdrawn.
4           There wasn't one person or
5 team of people that would have decided
6 what to list under "Principal Activity"
7 for all of the entities?  Is that what
8 you are saying?
9      A.   I don't know the answer to
10 that.
11     Q.   Okay.
12     A.   Because I did not create
13 the -- I mean, I'm not responsible for
14 this part of the annual report, and --
15     Q.   Okay.
16           So, you had some involvement
17 anyway with respect to a couple of the
18 entities listed on here, right?
19     A.   I had the opportunity to
20 comment and influence on the U.S. legal
21 entities.
22     Q.   Okay.
23           And that's AstraZeneca LP?
24     A.   LP and PLP.

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 50

1     Q.   Okay.
2          And let's look at those.
3  For AstraZeneca PLC you listed "research
4  and development"?
5     A.   I didn't list that, but,
6  yes, that's what's listed.
7     Q.   Okay.
8          Well, you had some
9  involvement in this?
10    A.   But the appropriate
11 comment.
12    Q.   What does "development"
13 mean?
14    A.   "Research and development"
15 means, again, preclinical and clinical.
16 So, the totality of the research and
17 development, it means research and
18 development. I mean, you know, you
19 develop --
20    Q.   Preclinical and clinical
21 work on the drug. Okay.
22    A.   Yes.
23    Q.   And then what does
24 "production" mean?

Page 51

1     A.   That means manufacturing.
2     Q.   All right.
3          So, actually, the making --
4     A.   Formulation, manufacturing,
5  packaging, all of those things.
6     Q.   All right.
7          And "marketing," I think
8  that means the marketing of the drug,
9  launch and post launch?
10    A.   Marketing and sales.
11    Q.   So, AstraZeneca LP and
12 AstraZeneca Pharmaceuticals are both
13 involved in research and development
14 production and marketing of drugs?
15    A.   Yes.
16    Q.   Okay.
17          Now, do you know if they
18 were both involved in research,
19 development, production and marketing of
20 Seroquel?
21    A.   Do I know that?
22    Q.   Uh-huh.
23    A.   I know that AZLP and AZPLP
24 are involved in marketing. I know

Page 52

1  that AZPLP -- what I call AZPLP is
2  AstraZeneca Pharmaceuticals LP -- is
3  involved in some part of the production.
4  And I don't know the level of involvement
5  in the research and development, but I do
6  believe that AZPLP is involved in the
7  research and development.
8     Q.   Okay.
9          What about AstraZeneca UK
10 Limited, are they involved or have they
11 been involved in research and development
12 production and marketing of Seroquel?
13    A.   I don't know about -- I
14 mean, I don't feel that I can answer that
15 question.
16    Q.   Okay.
17          And in order to get the
18 answer to that question, I would have to
19 talk to somebody from AstraZeneca UK
20 Limited, I guess?
21    A.   About Seroquel?
22    Q.   Uh-huh.
23    A.   Yes.
24    Q.   All right. Let's go down

Page 53

1  the list of these other entities, and I
2  want to ask the same sort of question. I
3  wanted to ask you about AstraZeneca AB.
4  Do you know if AstraZeneca AB was
5  involved in any way in the research and
6  development, production and marketing of
7  Seroquel?
8     A.   Do I know? It is not within
9  my knowledge.
10    Q.   Okay.
11          What about NV AstraZeneca
12 SA?
13    A.   Which one? Production and
14 marketing? I don't know what that one
15 is. And I guess for AstraZeneca AB
16 Sweden, I guess the one thing is I do
17 know that some of the research and
18 development people are located in
19 AstraZeneca AB, and it would include for
20 Seroquel and for other products.
21    Q.   I see.
22    A.   So, I do know that our
23 research and development tends to sit in
24 AstraZeneca AB as a function.

14  (Pages 50 to 53)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 54

1    Q.   Do you know how long that
2  has been so?
3    A.   I think that has been the
4  case since merger.
5    Q.   Okay.
6    A.   But, again, I'm not
7  either -- it has been --
8    Q.   You think that's been the
9  case since merger?
10    A.   I know it couldn't be
11  before merger, right, because there
12  wasn't any Astra AB.
13    Q.   Right.
14    A.   AstraZeneca AB is Astra AB
15  renamed, just so you know.  So, that is
16  the Astra AB entity.
17    Q.   Let's go back to 1991 with
18  the ICI America, Inc.
19    A.   Uh-huh.
20    Q.   All right.
21        Do you know where research
22  and development, what entity it was
23  located in, under that company?
24    A.   Research and development?

Page 55

1    Q.   Uh-huh.
2    A.   Generically research and
3  development?
4    Q.   No, for drugs.
5    A.   That's what I mean.  Any and
6  all of our drugs?
7    Q.   Yeah, let's start with that.
8    A.   I would say that it probably
9  was not located in only one entity.
10    Q.   Okay.
11        Do you know where research
12  and development was located for Seroquel?
13    A.   Do I know?  "Located"
14  meaning a place where it was done?
15    Q.   Well, you just mentioned, to
16  use your word, you said I think that's
17  where research and development sits.
18    A.   Right.  I guess one place
19  where research and development is
20  conducted, and so research and
21  development is conducted in AstraZeneca
22  AB.  I know that AstraZeneca AB does
23  research and development at some of its
24  facilities.  I know that research and

Page 56

1  development is done in the U.S., in the
2  legal entities in the U.S.  There are
3  research and development activities that
4  occur here in the U.S., both in AZLP and
5  technically in AZPLP as well.  And I know
6  research and development activities occur
7  in AstraZeneca UK Limited.  So, I know
8  that generally that research and
9  development activities occur in all of
10  those legal entities.
11    Q.   All right.
12        So, going back to ICI
13  Americas, Inc. back in the early '90s --
14    A.   Okay.
15    Q.   -- research and development,
16  did it occur in any particular entity
17  that you can recall or entities that were
18  under ICI Americas, Inc.?
19    A.   Under ICI Americas, Inc. or
20  Imperial Chemical PLC?
21    Q.   Well, how about either.  I'm
22  just trying to figure out where it took
23  place.
24    A.   Okay.  So, ICI Americas,

Page 57

1  Inc. would have done research and
2  development.  Do I know back in the ICI
3  days?  I'm just trying to remember the UK
4  operating legal entity name, and I can't,
5  because it was a long time ago.
6    Q.   Okay.
7    A.   But it would have been a UK
8  operating legal entity.
9        MR. MUNNO:  And we gave you
10  an organizational chart which
11  would show that.
12        THE WITNESS:  Yeah, it's on
13  there.  Yeah, it's on there.
14        MR. PENNOCK:  You just gave
15  it to me?
16        MR. MUNNO:  Yes.
17        MR. PENNOCK:  Is it this
18  one?
19        THE WITNESS:  No.
20        MR. MUNNO:  No.
21        THE WITNESS:  We didn't get
22  anything back that far.  There's
23  an '85 one.
24  BY MR. PENNOCK:

15 (Pages 54 to 57)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 58

1    Q.   Let's see if we can pull
2    that out.
3        A.   Sure.  The problem is, this
4    one brings you right into the U.S.,
5    because I wanted to show the U.S.
6    entities.  So, it doesn't give you the
7    name of the operating entity under PLC.
8        Q.   Okay.
9        A.   This just -- this was a
10   chart -- this -- the U.S.
11       MR. MUNNO:  Paul, I want to
12   take a very short --
13       MR. PENNOCK:  Let me just
14   ask a followup question to you.
15       MR. MUNNO:  -- a very
16   short -- a very short break.  I
17   want to ask the witness a
18   question.
19       MR. PENNOCK:  But I think I
20   have an open question on the
21   record.
22       MR. MUNNO:  Go right ahead.
23       MR. PENNOCK:  All right.
24   BY MR. PENNOCK:

Page 59

1    Q.   My question that was open on
2    the record was, who was the entity in the
3    UK involved with research and development
4    for potentially when ICI America, Inc.
5    existed?
6        A.   Right.  I just don't have
7    the chart.
8        Q.   You don't know?
9        A.   But I know -- I just need a
10   chart that takes me into the UK legal
11   entity, and I don't want to give you the
12   wrong name for it.
13       Q.   That's fine.  So, do you --
14       MR. MUNNO:  Before you ask
15   another question, I want to ask
16   the witness a question.
17       (Whereupon, an
18   off-the-record discussion was held
19   between the witness and her
20   counsel.)
21       MR. PENNOCK:  Go ahead.
22   BY MR. PENNOCK:
23       Q.   Is there a chart that you're
24   aware of --

Page 60

1        MR. PENNOCK:  Let's mark
2    this as Exhibit 2 to the
3    deposition.
4            - - -
5        (Whereupon, Deposition
6    Exhibit Booth-Barbarin-2,
7    Organizational Chart, was marked
8    for identification.)
9            - - -
10   BY MR. PENNOCK:
11       Q.   We've marked as Exhibit 2
12   the deposition chart that your counsel
13   provided to us earlier today.
14       A.   Uh-huh.
15       Q.   And that's a corporate
16   organizational chart for what?
17       A.   It shows kind of the parent
18   corporation and then the holdings within
19   the U.S.
20       Q.   Okay.
21       A.   Not between the parent and
22   the first U.S. entity, which was AZ
23   American -- I'm sorry, ICI American
24   Holdings Inc.  So, there's entities above

Page 61

1    that, but it's just not shown on the
2    chart.
3        Q.   I see.
4            And would there be a chart
5    that existed which would show that?
6        A.   Yes.
7        Q.   Okay.
8            So, what would we call that
9    chart?  What would --
10           That other chart that we
11   don't have, what's it called?
12       A.   It would just -- it's no
13   magic name, it's an organizational chart.
14       Q.   For?
15       A.   That would show the holdings
16   between PLC and ICI American Holdings.
17       MR. MUNNO:  Yes, and we'll
18   endeavor --
19   BY MR. PENNOCK:
20       Q.   Between those two entities?
21       A.   Yeah, between the two.
22       MR. MUNNO:  We'll endeavor
23   to find that chart.
24   BY MR. PENNOCK:

16 (Pages 58 to 61)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 62

1      Q.   And on that chart, we're
2  likely to find the entity that would have
3  also been involved in research and
4  development during those years that I
5  mentioned in the early '90s with ICI
6  America, Inc.?
7      A.   Yes.
8      Q.   Okay.
9           So, between the chart that
10  we just marked as Exhibit 2 and the chart
11  that we are going to make an effort to
12  find, we'll know what entity -- we'll
13  have the names of all the entities that
14  may have been involved in research and
15  development for Seroquel?
16      A.   You won't necessarily have
17  all of the entities.
18      Q.   Okay.
19      A.   You'll have a chart that
20  shows you ICI American Holdings up to its
21  parent corporation in a direct ownership
22  chain.  It's a multinational --
23      Q.   No, that's fine.  I'm just
24  trying to follow you.

Page 63

1      A.   -- company.  And it has
2  entities around the patch, and they don't
3  necessarily all go into ownership into
4  the U.S.  And so if there are other
5  entities that do research and
6  development, they wouldn't necessarily be
7  on ownership, because they may not be an
8  owner up through the U.S. chain.
9      Q.   Okay.  Gotcha.
10           This Exhibit 2, what time
11  period does this org chart cover?
12      A.   The date on the bottom is
13  3/85.
14      Q.   March '85.
15           And do you have any
16  knowledge as to whether it changed
17  between then and, let's say, 1993?
18      A.   Absolutely changed.
19      Q.   Absolutely changed?
20      A.   Absolutely.
21      Q.   And do you have any --
22           Have you seen or has anyone
23  shown you any charts that are different
24  than this one that showed the changes

Page 64

1  from 1985 to 1993?
2      A.   I'm --
3      Q.   I'm just trying to see, I've
4  been given Exhibit 2, and I'm wondering
5  if you have had an opportunity to see
6  other charts for the time period that I'm
7  referencing?
8      A.   I mean, I went through my
9  chart folder, and I just tried to kind of
10  give representative status of corporate
11  structure in the U.S., you know, picking
12  them throughout time between '86 and
13  today, and I just pulled these together,
14  but I didn't really kind of scrutinize to
15  see if I have every single chart.  So,
16  it's possible that I have other charts.
17           Again, we would try to do
18  these charts when there was significant
19  changes.  So, I may have charts in my
20  files, I may be able to get access to
21  charts, but we did these as, again, the
22  name change.  For example, ICI Americas
23  changed its name.  That was definitely a
24  change between this chart and 1993.

Page 65

1  So -- and it is possible that some of
2  these entities may have changed names or
3  may have done other things, and so we
4  would have that, because I would have, to
5  the extent they are in the U.S., would
6  have been somewhat involved.
7      Q.   And so you may have some of
8  these other charts that an additional
9  search might reveal, right?
10      A.   Uh-huh.
11      Q.   And is there anyone else
12  that might have other charts that you
13  could identify who we could ask to take a
14  look for those other charts?
15      A.   I think that the tax group
16  might have other charts as well.
17      Q.   Okay.
18           MR. MUNNO:  With your
19  permission, Paul, I would like to
20  put in front of the witness an org
21  chart for ICI American Holdings
22  dated July '92.  I'll give it to
23  you instead.
24           MR. PENNOCK:  Let's mark

17 (Pages 62 to 65)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 66

1	this as Exhibit 3.
2	- - -
3	(Whereupon, Deposition
4	Exhibit Booth-Barbarin-3,
5	Organizational Chart, was marked
6	for identification.)
7	- - -
8	THE WITNESS: Thank you.
9	BY MR. PENNOCK:
10	Q. Case 6:06-md-01769-ACC-DAB      Document 356-6   Filed 08/06/2007      Page 19 of 59
11	We've marked as Exhibit 3
12	what appears to be maybe a more -- an org
13	chart that's a little more recent than
14	Exhibit 2; is that true? Is it a more
15	recent comprehensive org chart?
16	A. It is more recent, yes.
17	Q. And in terms of, if you take
18	a look at Exhibit 2 and Exhibit 3, are
19	they both attempting to reflect the same
20	organizational structure?
21	A. Yes.
22	Q. Okay.
23	By the way, prior to your
24	deposition, during the time that you were

Page 67

1	meeting with counsel, did counsel show
2	you any documents to prepare for the
3	deposition?
4	A. Show me any documents? I
5	don't think so. I think mostly I was
6	pulling things together.
7	Q. You don't have any
8	recollection of any of them showing you
9	anything?
10	A. Just -- not other than
11	things that I -- I mean, I pulled my
12	resume and, I mean, we went over the
13	things that I had pulled together.
14	Q. Okay.
15	The documents that were
16	provided earlier by your attorney, were
17	those documents that you provided to him
18	or that he provided to you or something
19	else?
20	A. Those are documents that I
21	provided.
22	Q. You provided all of those?
23	A. Uh-huh.
24	Q. So, this came from your

Page 68

1	files?
2	A. (Witness nods.)
3	Q. Okay.
4	You mentioned that the tax
5	group would probably have some additional
6	charts?
7	A. They may. I have no idea.
8	But, again, I was working with the
9	finance. When I say "tax," maybe finance
10	is a better description.
11	Q. So, we had this chart. This
12	chart seems to be from around 1992,
13	right, July of '92?
14	A. Yes.
15	Q. Do you have a later chart
16	that you provided to counsel in this pile
17	that you --
18	MR. MUNNO: For what company
19	now?
20	BY MR. PENNOCK:
21	Q. For the same entity, its
22	successor entity.
23	A. You mean like at the top
24	level? At the parent level?

Page 69

1	Q. A chart that would mirror
2	this one, but later in time, and by "this
3	one," I'm referring to Exhibit 3.
4	A. I think there's one that is
5	the current chart. I don't know if it
6	has PLC as the parent, but, yes.
7	MR. PENNOCK: Let me mark
8	this as Exhibit 4.
9	THE WITNESS: Yes. That's
10	the one I'm thinking of.
11	- - -
12	(Whereupon, Deposition
13	Exhibit Booth-Barbarin-4,
14	AstraZeneca US Ownership 100%
15	Unless Otherwise Noted - March 1,
16	2007, was marked for
17	identification.)
18	- - -
19	BY MR. PENNOCK:
20	Q. Okay.
21	I'm going to show you
22	Exhibit 4. This appears to be
23	AstraZeneca US, March 1, 2007?
24	A. Yes.

18 (Pages 66 to 69)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 70

1    Q.   All right.
2        So, do you have anything
3    between 1992 and March 1, 2007?
4    A.   I mean, I expect that,
5    again, if you want me to go through my
6    files and try to find them, I can and
7    will.
8    Q.   Okay.
9        We'll follow up on that.
10    MR. MUNNO: We also have
11    materials for April 5, 1999, by
12    the way.
13    MR. PENNOCK: Okay.
14    Where was that?
15    MR. MUNNO: (Handing over
16    documents.)
17    THE WITNESS: Which was
18    right before the merger.
19    MR. MUNNO: And we also have
20    the Zeneca organizational chart,
21    March 3, 1997.
22    MR. PENNOCK: Let's mark
23    these then.
24    MR. MUNNO: Hold on.

Page 71

1    MS. VOSHELL: The top one is
2    two different pages.
3    MR. PENNOCK: This will be
4    the next exhibit, which I think is
5    exhibit --
6    MR. MUNNO: There are two,
7    one dated February 3 and one is
8    dated March of '97.
9    Okay, hold on. We actually
10    have more than we thought we did.
11    THE WITNESS: Those are
12    people, remember that. Those
13    aren't entities.
14    - - -
15    (Whereupon, Deposition
16    Exhibit Booth-Barbarin-5,
17    AstraZeneca US Ownership 100%
18    Unless Otherwise Noted - March 1,
19    2007, was marked for
20    identification.)
21    - - -
22    (Whereupon, Deposition
23    Exhibit Booth-Barbarin-6, Zeneca,
24    Inc. Organization Chart - March 3,

Page 72

1    1997, was marked for
2    identification.)
3    - - -
4    (Whereupon, Deposition
5    Exhibit Booth-Barbarin-7,
6    Restructuring of AstraZeneca US
7    Structure as of 1/1/01, was marked
8    for identification.)
9    - - -
10    MS. RADLIFF: We'll give
11    you our file back, so it's --
12    MR. MUNNO: Right. That's
13    right. Well, I just want to make
14    sure that you'll have a complete
15    set of everything, as will we.
16    MS. RADLIFF: We no longer
17    have what we were given. I just
18    want to make that clear.
19    MR. PENNOCK: Let's mark
20    that.
21    MR. MUNNO: I'll be more
22    than happy to give it back to you
23    if you'd like. Okay?
24    MR. PENNOCK: Okay.

Page 73

1    So you now have what you
2    handed to me earlier?
3    MS. VOSHELL: I think it's
4    all commingled, but this is it.
5    Some of it you marked as exhibits.
6    MR. PENNOCK: Right.
7    MR. MUNNO: What you have in
8    your hand, Paul, plus what you've
9    marked as exhibits is everything
10    that we've given you.
11    MR. PENNOCK: Okay. This is
12    everything, we've now gotten it
13    back.
14    MS. VOSHELL: Yes.
15    MR. PENNOCK: All right.
16    BY MR. PENNOCK:
17    Q.   So, I'm going to show you
18    the charts that we've just been marking
19    that came out of the pile of papers we
20    got this morning, and the next one is
21    Exhibit 5. Can you tell me what that is?
22    A.   This is a chart showing the
23    Zeneca US boxes or organizational chart
24    right before merger, April 5th.

19  (Pages 70 to 73)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 74

1    The next page shows the
2  Astra US legal entity holdings right
3  before merger, and this is -- these are
4  the principal holdings. And then
5  underneath each one of those boxes are
6  other entities.
7    And then this one shows what
8  happened with the parent corporation,
9  which I explained earlier at merger,
10  where Zeneca -- AstraZeneca PLC became the
11  parent, whereas that one has Zeneca Group
12  PLC, and this one has Astra AB as the
13  parent. Right after merger, AstraZeneca
14  becomes the parent. So, it shows kind of
15  our holdings right before and our
16  holdings right after.
17    Q.  I got it. Okay.
18    On the first page of Exhibit
19  5, which is the Zeneca U.S. premerger
20  April 5th, 1999 chart, there is a box
21  that's called "GB Bioscience Group."
22  What is that?
23    A.  GB Bioscience Group. That
24  is -- I believe that's the ag -- we had

Page 75

1  done an acquisition of an ag group, I
2  think it was a seeds business, and that's
3  I think what is behind this box.
4    Q.  What kind of a group?
5    A.  Seeds.
6    Q.  Seeds. Oh, agricultural
7  group. Okay.
8    A.  Uh-huh.
9    Q.  And that's what that was,
10  you think?
11    A.  Yeah.
12    Q.  All right.
13    And what about Zeneca FSC?
14    A.  Foreign sales corporation.
15    Q.  Okay.
16    And what did they do?
17    A.  A foreign sales corporation
18  is where you kind of pool the sales. It
19  really is an entity that's established
20  under the tax code essentially.
21    Q.  All right.
22    And then if you could just
23  flesh out the SHC Group and the SMC.
24    A.  Okay.

Page 76

1    Q.  Two different ones.
2    A.  SHC is Salick Health Care,
3  S-A-L-I-C-K, Health Care. It is a
4  company that we acquired. I think also,
5  and I can't remember the exact date off
6  the top of my head, but it is a company
7  that has cancer centers and it manages
8  cancer centers. There is a number of
9  entities behind each one of these boxes,
10  as I said.
11    Q.  All right.
12    A.  SMC is Stauffer Management
13  Company, and it is an entity that we set
14  up and acquired as a result of the
15  Stauffer Acquisition back in '87, I
16  believe.
17    Q.  And what did they do?
18    A.  Stauffer had a number of
19  entities or a number of businesses,
20  rather, but the one that we were actually
21  acquiring it for was the ag business.
22  So, Stauffer Chemical Company was a big
23  giant conglomerate, and Stauffer
24  Management Company is one of the

Page 77

1  significant liabilities, like
2  environmental issues and things were
3  managed by Stauffer Management Company.
4    Q.  Okay.
5    Now, the center of the chart
6  is Zeneca Inc., and is it says underneath
7  it, "Pharms Div.," "Ag Div.," "Spec
8  Div.," so, that's pharmaceutical
9  division, agricultural division and
10  specialities division?
11    A.  Specialty chemicals.
12    Q.  Specialty chemicals.
13    And do you see underneath
14  that there's a date 4/10/06?
15    A.  Uh-huh.
16    Q.  What does that date refer
17  to?
18    A.  Probably the date that this
19  was printed. I mean --
20    Q.  The date it was printed?
21    A.  Yeah. I mean, the date that
22  we put it together, it's just -- or the
23  date it was printed probably for purposes
24  of our training. Because we use these

Confidential - Ann V. Booth-Barbarin

Page 78

1 charts for our training as well.
2     Q.   Just to obtain a historical
3 perspective on the company?
4     A.   Exactly, exactly.
5     Q.   Okay.
6         Now, between 1993 and 1999,
7 what entity or entities would have been
8 involved with the research and
9 development of Seroquel?
10    A.   Zeneca Inc.
11    Q.   Yes.
12    A.   Again, Zeneca Inc.
13    Q.   Okay.
14        If you need to look at any
15 other of these other charts, let me know.
16    A.   No.  I mean, I'm not
17 necessarily going to be able to tell you
18 all the entities around the group that
19 were involved in research and development
20 of Seroquel.  I can tell you Zeneca Inc.
21 was the legal entity in the U.S. that was
22 involved in research and development, and
23 that would have included Seroquel.  And,
24 again, Zeneca Limited would have been

Page 79

1 the -- that's the UK company here.
2     Q.   Uh-huh.
3     A.   That would have been the
4 main operating legal entity under the
5 group company, and so it would have been
6 the operating entity within which
7 research and development would have taken
8 place.  But there may have been other
9 entities within the group that also
10 conducted some component of research and
11 development as it related to Seroquel.
12    Q.   Where would they fall under?
13    A.   They would not be in this
14 chain because they are not necessarily
15 leading to U.S. If they existed, they
16 would be maybe a subsidiary of Zeneca
17 Limited or something, but --
18    Q.   Branching off of Zeneca
19 Limited?
20    A.   Yes.  I just don't know
21 that.  Yes.
22        MR. PENNOCK:  Okay.
23        I think we've got to change
24 the videotape.  Okay?

Page 80

1         MR. MUNNO:  Good time for a
2 break then, Paul.
3         MR. PENNOCK:  Yeah, let's do
4 that.
5         THE VIDEOTAPE TECHNICIAN:
6 This completes Videotape 1.  Off
7 the record at 12:04 p.m.
8            - - -
9         (Whereupon, a recess was
10 taken from 12:04 p.m. until
11 12:20 p.m.)
12            - - -
13        THE VIDEOTAPE TECHNICIAN:
14 This is Videotape Number 2.  Back
15 on the record at 12:20 p.m.
16 BY MR. PENNOCK:
17    Q.   Are you ready?
18    A.   Uh-huh.
19    Q.   Since the merger has
20 occurred, what, if any, types of
21 interactions are there between
22 AstraZeneca LP here in the United States
23 and the entity in the UK?
24        MR. MUNNO:  Mr. Pennock, let

Page 81

1 me just comment, and I apologize
2 for interrupting, actually.  In
3 the U.S., there's AstraZeneca
4 Pharmaceuticals LP.
5         MR. PENNOCK:  Right.
6         MR. MUNNO:  And AstraZeneca
7 LP.  You referred to one of the
8 two and not both.
9         MR. PENNOCK:  I really meant
10 both.  Thanks.
11        MR. MUNNO:  I know you did.
12        THE WITNESS:  Okay.
13        Between AZ -- and I call
14 them AZPLP and AZLP.
15        MR. PENNOCK:  Okay.
16        THE WITNESS:  But between
17 AZPLP and AZLP and any entity
18 outside of the U.S. or?
19 BY MR. PENNOCK:
20    Q.   No.  I think there's
21 AstraZeneca PLC in the UK, right?  I'm
22 sorry, AstraZeneca Limited in the UK.
23 That's the operational entity?
24    A.   AstraZeneca UK Limited --

21 (Pages 78 to 81)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 82

```
 1  AstraZeneca UK Limited is the primary
 2  operating entity.  AstraZeneca AB is also
 3  an operating entity.
 4      Q.   And that's the one in
 5  Sweden?
 6      A.   Yes, in Sweden.
 7      Q.   Okay.
 8          So, let's just focus on --
 9      A.   And there may be others.
10  Okay, so, those are the two -- AZ AB
11      Q.   Let's just focus on the one
12  in the UK.
13          MR. PENNOCK:  And let me
14  mark your CV.  Is that okay?  I
15  think this is your CV.
16          - - -
17          (Whereupon, Deposition
18  Exhibit Booth-Barbarin-8, Resume
19  of Ann v. Booth-Barbarin, was
20  marked for identification.)
21          - - -
22          MR. MUNNO:  Yes.
23          Paul, if I can suggest, if
24  you could also mark the current
```

Page 83

```
 1  corporate structural
 2  organizational chart, it might be
 3  easier.
 4          MS. RADLIFF:  It already is
 5  Exhibit Number 4.
 6          MR. PENNOCK:  Number 4,
 7  yeah.  I'm just looking at it
 8  right now.
 9          MR. MUNNO:  Just show it to
10  me.
11          MR. PENNOCK:  (Handing over
12  document.)
13          THE WITNESS:  Yeah, that's
14  it.
15          MR. MUNNO:  That's it.
16  BY MR. PENNOCK:
17      Q.   That's essentially your CV
18  or your resume, right?
19      A.   Yeah.  It's not current
20  current, but, yes.
21      Q.   That's all right.
22          So, in terms of the dealings
23  between AstraZeneca UK Limited and
24  AstraZeneca LP and AstraZeneca PLP, what
```

Page 84

```
 1  types of dealings did those entities have
 2  on an operational level with respect to
 3  pharmaceuticals being marketed in the
 4  United States?
 5      A.   Interactions, you said?
 6      Q.   Uh-huh.
 7      A.   So, AZLP and AZPLP are the
 8  U.S. -- the principal U.S. legal
 9  operating entities that sell and market
10  our products in the U.S. -- and the
11  part of that activity is that which they
12  do on behalf of their parent
13  corporations, including AstraZeneca UK
14  Limited and AstraZeneca PLC.
15      Q.   So, I think that right after
16  the merger, I think I saw somewhere that
17  there was a senior management team that
18  was put together for AstraZeneca PLC and
19  AstraZeneca LP; is that true?
20      A.   You have to show me the
21  senior executive team.  Is that them?
22      Q.   I think it was the senior
23  executive team.  Let me see if I can find
24  that.
```

Page 85

```
 1          MR. MUNNO:  Paul, again, I
 2  apologize for interrupting.  It
 3  would help, because I've been
 4  through this once before, that if
 5  you did it -- if you went through
 6  the Exhibit 4 and each org chart
 7  and the senior leadership team and
 8  the other teams because it varies
 9  with which company you are talking
10  about, and there are so many of
11  them, that it gets confusing.  It
12  certainly is to me, and I suspect
13  to everyone else.
14          MR. PENNOCK:  Well, right
15  now I am just trying to zero in on
16  one particular senior executive
17  team.
18          MR. MUNNO:  I understand.
19          MR. PENNOCK:  And so I have
20  a few questions about that, if
21  that's all right.
22          MR. MUNNO:  I understand.
23          MR. PENNOCK:  No, no.  I
24  appreciate what you are saying,
```

22 (Pages 82 to 85)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 86

1    but I'm focused on something else
2    right now.  I'm looking for my
3    folder.
4         MR. MUNNO:  Again, I'm
5    actually doing this to be helpful
6    and not obstreperous.
7         MR. PENNOCK:  Your good
8    intentions notwithstanding.
9         MR. MUNNO:  No, I
10   understand.
11        It is just that different
12   organizations are going to have
13   different names for their
14   leadership teams, and it is easier
15   to match them up when you are
16   talking about a specific entity.
17        MR. PENNOCK:  Okay.
18        Thank you for the
19   recommendation, but I'm focused on
20   something else right now.
21        MR. MUNNO:  Okay.  Fair
22   enough.
23        MR. PENNOCK:  Because I'm
24   getting to a particular

Page 87

1    individual.
2    BY MR. PENNOCK:
3         Q.   Do you know who Ron Krall
4    is?
5         A.   Ron Krall?
6         Q.   Yes.
7         A.   Uh-huh, yes.
8         Q.   Who is he?
9         A.   He's not with the company
10   anymore.
11        Q.   Okay.
12        A.   He was the vice president, I
13   believe, of our research and development.
14   Clinical development type of guy is his
15   exact title.
16        Q.   Clinical development,
17   medical and regulatory affairs, right?
18        A.   Okay.
19        Q.   He was senior vice
20   president, right?
21        A.   CDMA.
22        Q.   And he was part of the new
23   leadership team immediately following the
24   merger, right?

Page 88

1         A.   In the U.S.
2         Q.   Right, in the U.S.
3         Do you know where he was
4    originally from?  Was he originally from
5    Astra?
6         A.   I don't know, but I -- I
7    don't know.
8         Q.   Okay.
9         And part of this U.S.
10   leadership team, of course, the CEO at the
11   time, right, Johanssen at the time?
12        A.   CG, uh-huh.
13        Q.   Okay.  CG.
14        MR. MUNNO:  I'm sorry, we're
15   talking about the senior
16   leadership team for which entity?
17        THE WITNESS:  Of the U.S.
18        MR. PENNOCK:  Of the U.S., I
19   said.
20        MR. MUNNO:  Fine, okay.
21        Go ahead.
22   BY MR. PENNOCK:
23        Q.   So, where was he from
24   originally prior to the merger?

Page 89

1         A.   CG was from Astra.
2         Q.   Right.
3         So, as I understand it, and,
4    again, I'm just trying to piece it
5    together from the few things that I had,
6    what was that team called that the CEO,
7    Krall and a handful of others were on?
8         A.   I believe it was called the
9    AZLT, the AstraZeneca leadership team.
10        Q.   Okay.
11        And then underneath that
12   there was some other, a management team,
13   right?  Do you remember that?
14        A.   (Witness shakes head.)
15        Q.   No?
16        A.   There are many teams.
17        Q.   No.  Directly reporting to
18   them.
19        A.   Again, there are many teams,
20   so, do you know which one you are talking
21   about?  Is there a particular one you are
22   talking about?
23        Q.   Let me see if I can find it.
24        By the way, I thought I saw

Golkow Technologies, Inc. - 1.877.370.DEPS

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 90

1  in your resume that you sit on the board
2  of some of these U.S. entities or both of
3  them?
4      A.   Yes.
5      Q.   What ones do you sit on the
6  board for?
7      A.   I sit on the board of the
8  foundations that we have, all the
9  foundations that give free drug and do
10  pharmaceutical and some other
11  charitable work that we do.  I sit on a
12  number of -- I might actually sit on a
13  number of the boards of the entities that
14  really have kind of historical real
15  estate or they are not operating.  But
16  I'm not on the board.  We have
17  partnerships now, so, there is no board.
18      Q.   All right.
19           The U.S. leadership team was
20  responsible for AstraZeneca
21  Pharmaceuticals and healthcare business
22  in the United States right after the
23  merger, right?
24      A.   Yes.

Page 91

1      Q.   And the person in charge of
2  that team was CG Johanssen?
3      A.   Yes.
4      Q.   Then Ron Krall was also on
5  that team?
6      A.   Yes.
7      Q.   When did he leave the
8  company?
9      A.   I can't remember the exact
10  date.  It's been a few years, I believe.
11      Q.   It's been a few years.
12           Do you know how many years?
13      A.   We merged in '99.  2003.
14  I'm guessing, though.
15      Q.   And do you know where he
16  went?
17      A.   I think GSK, but I'm not
18  sure.
19      Q.   Okay.
20           Now, so, there were -- here
21  it is.  The senior executive team, that's
22  what you mentioned, right?
23      A.   Yes.
24      Q.   On the senior executive

Page 92

1  team, there was Tom McKillop, right, he
2  was the chairman?
3      A.   Then.
4      Q.   Then, right.  That's why I
5  said he was the chairman.
6      A.   Yes.
7      Q.   And then someone by the name
8  of Ake Stavling, do you know that?
9      A.   Ake Stavling.
10      Q.   Ake Stavling, okay.
11           There are a number of
12  others.  And then Claus Wilhelmson.  Do
13  you know him?
14      A.   Claus Wilhelmson.  He's not
15  here anymore.
16      Q.   He's not with the company
17  anymore?
18      A.   I don't think Claus is there
19  anymore.
20      Q.   So, I take it he was
21  probably from Astra?
22      A.   Claus was, yes.
23      Q.   Okay.
24           And he was involved with

Page 93

1  research and development?
2      A.   Yes.
3      Q.   Then you had Michael
4  O'Brien.  Do you know where he was from?
5      A.   Mike is from the Zeneca
6  side.
7      Q.   He's from Zeneca.
8           Is he still with the
9  company?
10      A.   Yes.
11      Q.   Okay.
12           What does he do now?
13      A.   He has -- I don't know his
14  title off the top of my head, but he's a
15  very senior executive in the
16  pharmaceutical business.
17      Q.   At the time of the merger,
18  he apparently was in charge of
19  international sales and marketing.
20      A.   Okay.
21      Q.   Does that sound about right?
22      A.   Sounds --
23      Q.   Do you know if he's still in
24  sales and marketing?

Confidential - Ann V. Booth-Barbarin

Page 94

1    A.  I'm not sure if his role is
2  sales and marketing anymore.  I don't
3  really know.
4         MR. MUNNO:  Paul, I just
5     note, I view this as slightly
6     outside the 30(b)(6) ambit of this
7     particular witness' testimony.  I
8     have no problem with you asking
9     the question, but I don't view her
10    as speaking for the company on
11    these particular questions.
12        MR. PENNOCK:  Well, help me
13    out there.  On what questions?  It
14    was a little unclear to me --
15        MR. MUNNO:  On what a
16    particular individual is doing
17    now.
18        MR. PENNOCK:  Okay.  To the
19    extent it's helpful, it may help
20    shortcut things.
21        MR. MUNNO:  Absolutely.
22        MR. PENNOCK:  All right.
23  BY MR. PENNOCK:
24    Q.  Are you familiar with a

Page 95

1  position called product strategy?  Do you
2  know what that is?  There's a guy by the
3  name of John Patterson.  Do you know him?
4    A.  Product, yes.
5    Q.  Okay.
6         What does he do?
7    A.  Not the same thing that he
8  did then.
9    Q.  Okay.
10   A.  But I mean, I know that
11  there was something, and it had an
12  acronym that went with it, but that was
13  kind of, you know, strategic decisions
14  around I guess what you did with products
15  or what kind of in-licensing
16  opportunities there were, et cetera.
17   Q.  What kind of what licensing?
18   A.  In-licensing.
19   Q.  What is that?
20   A.  Acquisitions and licensing
21  opportunities for the company.  So, I'm
22  not sure what the role was that that is a
23  product strategy, but there was a product
24  strategy leadership team as well.

Page 96

1    Q.  Would that involve --
2         Would that product strategy
3  position at that time that Patterson held
4  it include pharmaceutical products?
5    A.  All of those are the
6  pharmaceutical side.
7    Q.  All of this is?
8    A.  Yeah.  But I don't know -- I
9  mean, I don't know exactly what it was.
10   Q.  Okay.
11        Since the merger, is there
12  some entity that is primarily responsible
13  for what I think is typically called drug
14  safety?
15   A.  One entity?  I mean, I know
16  that there's a drug safety group within
17  the legal entities in the U.S.  I also
18  know that there's a global drug safety
19  group, and whether that sits in AZAD or
20  AZUK or the combined two, it is very
21  possible that it might be in both, but I
22  do know that there's in the U.S., U.S.
23  drug safety department, and there's a
24  global drug safety function as well.

Page 97

1    Q.  Can you name any of the
2  people that may have been in charge of
3  the global drug safety unit that may have
4  sat in the UK or in Sweden?
5    A.  When?
6    Q.  Since the merger.
7    A.  Any time?
8    Q.  Any names that you can
9  recall.
10   A.  I just can't recall off the
11  top of my head names.
12   Q.  And fair enough.
13        I think what your counsel
14  said earlier is that you were more here
15  for the structure and not the people.
16        Who would be best for us to
17  talk to with respect to the people on an
18  issue like drug safety?
19   A.  I would think somebody in
20  drug safety, somebody in the drug safety
21  function.
22   Q.  That would be able to tell
23  us historically who had been working in
24  those areas?

25 (Pages 94 to 97)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 98

1      A.   I would think that somebody
2  in drug safety.
3      Q.   Okay.
4      A.   You know, you may need more
5  than one person depending on how -- the
6  time frame, but...
7      Q.   Okay.
8          Let me launch back then to
9  the time period when ICI Pharmaceutical
10  Groups. I'm looking at this -- the Exhibit 3
11  here that we prepared, and I have it that
12  ICI Pharmaceutical Groups changed to
13  Zeneca Pharmaceutical Groups, a business
14  unit of Zeneca Inc. in January 1993.
15  Does that sound about right to you?
16      A.   Well, that sounds like it is
17  consistent with right before the end of
18  1992, when we switched all these names
19  and hived down, which is what I explained
20  earlier, which is the splitting of the
21  bioscience businesses from the
22  traditional chemical businesses.  So, it
23  sounds consistent with that process,
24  where the bioscience side went into what

Page 99

1  is Zeneca Inc. and the pharmaceutical
2  business wanted to make sure that it is
3  clear that they are no longer ICI, now
4  they are Zeneca, that's consistent with
5  that.
6      Q.   And then in December of '94,
7  the Zeneca Pharmaceuticals Group became
8  Zeneca Pharmaceuticals LP?
9      A.   I'm sorry?
10      Q.   In 1994, Zeneca
11  Pharmaceuticals Group became an entity
12  called Zeneca Pharmaceuticals LP?
13      A.   No.
14      Q.   What did it become?
15      A.   I mean, you're talking about
16  a -- Zeneca Pharmaceuticals is kind of
17  a -- until we became a limited
18  partnership, which didn't occur until
19  1990 -- the AstraZeneca Limited
20  partnership didn't come together until
21  1999, and technically until January 1st
22  of 2000.  We had Zeneca, Inc.  That was
23  the Delaware corporation, the legal
24  entity.  And so business units came up

Page 100

1  with the names that they wanted for their
2  business.  And so they were all just
3  units.  And so if what you are reading is
4  that they somehow started calling
5  themselves Zeneca group in the U.S., I
6  assume you are talking in the U.S.  Is
7  that the question?
8      Q.   That's correct.  Yes.
9      A.   Then it just is a business
10  unit kind of just calling, okay, we're
11  going to call ourself this.  The legal
12  entity was Zeneca Inc.  That I can tell
13  you.
14      Q.   Okay.
15          That's very helpful, because
16  it is hard for us to piece this together
17  from what we're looking at.
18      A.   Yes.
19      Q.   Thank you.
20          At that time, it appears
21  that there was a marketing arm called
22  Stuart Pharmaceuticals.  Are you familiar
23  with that?
24      A.   In 1994?

Page 101

1      Q.   Yes.  Well, that it may have
2  been eliminated in 1994.
3      A.   Yes.  I mean, these are all
4  things that, again, the one legal entity
5  we had in the U.S. in 1984 was Zeneca
6  Inc.  It was a pharmaceutical business.
7  And some people in the pharmaceutical
8  business may have said, oh, we're Zeneca
9  Pharmaceuticals Group.  Some people may
10  have used the remnant name of Stuart
11  Pharmaceuticals, which is a predecessor
12  entity that was bought -- you know,
13  that's how ICI got in the business of
14  pharmaceuticals, was through the Stuart
15  Pharmaceutical acquisition.  So, you
16  know, there's a time when we started or
17  stopped, but, again, they were all names
18  and divisions of the same legal entity
19  here in the U.S.  And there wasn't, to my
20  knowledge, any formality to the starting
21  or stopping of these name uses.  I don't
22  know if that helps you.
23      Q.   It does, thank you.
24          All right.  There were two

26 (Pages 98 to 101)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 102

1  exhibits, I think 6 and 7.  Do we have
2  the exhibits over there?  Okay.
3        Ma'am, I'm going to show you
4  what's been marked as Exhibit 4.  I'm
5  just concerned that we have all the same
6  pages together until we can get them
7  attached.  Do those three belong
8  together?
9     A.  No.
10    Q.  I don't -- Okay.
11    A.  I don't think so.
12       THE WITNESS:  Do you know?
13       MR. MUNNO:  No --
14       THE WITNESS:  I mean, I
15  think this one is just a separate.
16  I don't know --
17       MR. MUNNO:  "This one" being
18  the one that actually has the
19  exhibit sticker on it.
20       THE WITNESS:  That's today.
21  I mean, if you put them together,
22  that's fine.
23  BY MR. PENNOCK:
24    Q.  No, no, I'm just wondering

Page 103

1  if they'd -- they were just handed back
2  to me, and I want to make sure we get it
3  sorted out.
4        So, let's mark this as a new
5  exhibit then.  Okay?  Just so we can -- I
6  want to make sure we go over all of these
7  charts.
8         - - -
9       (Whereupon, Deposition
10  Exhibit Booth-Barbarin-9, Zeneca
11  Holdings, Inc. Structure 2.3.97,
12  was marked for identification.)
13        - - -
14  BY MR. PENNOCK:
15    Q.  Okay.
16       I'm going to show you
17  Exhibit 9.  Can you tell us what that is?
18    A.  This is an organizational
19  chart which shows as of February 3rd,
20  1997 the general holdings and the primary
21  holdings in the U.S. of Zeneca Group PLC.
22       MR. PENNOCK:  Okay.
23       Let's mark that.
24        - - -

Page 104

1       (Whereupon, Deposition
2  Exhibit Booth-Barbarin-10, Zeneca
3  Holdings, Inc. Structure 2.3.97,
4  was marked for identification.)
5        - - -
6       (Whereupon, Deposition
7  Exhibit Booth-Barbarin-11, Zeneca
8  Inc. Organization Chart 3.3.97,
9  was marked for identification.)
10       - - -
11  BY MR. PENNOCK:
12    Q.  Okay.
13       Could you tell us what 10
14  and 11 are, starting with 10?
15    A.  Can you tell me -- I'm
16  sorry, but what did you just hand me
17  before this one?
18    Q.  Exhibit 9.
19    A.  This just looks like the
20  same thing I just read.
21    Q.  Okay.
22    A.  This is the Zeneca Holdings,
23  the U.S. structure holdings February 3rd,
24  1997, but it looks exactly like the same

Page 105

1  thing.  Let me see.
2       MR. PENNOCK:  Let's go off
3  the record for a second.
4       THE VIDEOTAPE TECHNICIAN:
5  Off the record at 12:40 p.m.
6        - - -
7       (Whereupon, a recess was
8  taken from 12:40 p.m. until
9  12:44 p.m.)
10       - - -
11       (Whereupon, Deposition
12  Exhibit Booth-Barbarin-12, Zeneca,
13  Inc. Organization Chart 12/1994,
14  was marked for identification.)
15       - - -
16       (Whereupon, Deposition
17  Exhibit Booth-Barbarin-13, Zeneca,
18  Holdings Inc. & Affiliates
19  Organization Chart November, 1995,
20  were marked for identification.)
21       - - -
22       THE VIDEOTAPE TECHNICIAN:
23  Back on the record at 12:44 p.m.
24  BY MR. PENNOCK:

27 (Pages 102 to 105)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 106

1    Q.  Okay.
2        I'm going to show you what's
3    been marked as Exhibit 12, and if you
4    could identify that for us, please.
5    A.  Okay.  This is a Zeneca Inc.
6    organizational chart from December of
7    1994 showing people.
8    Q.  And Exhibit 13?
9    A.  This is an organizational
10   chart from November of 1995 showing
11   entities in the U.S.
12   Q.  Okay.
13       Going back to Number 12.
14   A.  Yes.
15   Q.  There are a bunch -- there
16   are a list of names that appear under the
17   center box of "Pharmaceuticals"?
18   A.  Yes.
19   Q.  Okay.
20       You've got R.C. Black, what
21   was his first name, by the way?
22   A.  Robert.
23   Q.  And then all these people
24   that are bullet pointed underneath that

Page 107

1    box, did they all work in
2    pharmaceuticals?
3    A.  Yes.
4    Q.  All right.  Okay.
5        So, let me ask you about a
6    couple of people.  Does W.J. O'Shea still
7    work for the company?
8    A.  No.
9    Q.  He was in sales and
10   marketing apparently?
11   A.  He was a VP, yes.
12   Q.  He was a VP.
13       And then under "Research,
14   Development & Regulatory Affairs," you
15   have an M. Wharmby, executive VP.  Does
16   he or she still work for the company?
17   A.  I don't know if Mike Wharmby
18   is still with the company.  I don't think
19   so.
20   Q.  What was the
21   "Pharmaceuticals Info. Services"?  Do you
22   see that bullet pointed?
23   A.  That would have been like
24   the IT group.

Page 108

1    Q.  Okay.
2        The IT group.
3    A.  Right.  Anything having to
4    do with --
5    Q.  Computers?
6    A.  Yes.
7    Q.  All right.
8        And R.L. Bogle, VP, does he
9    or she still work for the company?
10   A.  I don't know if Bob Bogle is
11   there anymore.  But I'm not sure.  He's
12   not in that role.
13   Q.  What was external affairs?
14   A.  External affairs is public
15   affairs.  Does that help?
16   Q.  All right.
17       Going back to Exhibit 13,
18   Zeneca Group PLC from the UK, at the top
19   of the heap here, right?
20   A.  Yes.
21   Q.  Do you know the names of any
22   of the individuals that may have been
23   involved with Seroquel that were working
24   for Zeneca Group PLC in November of 1995?

Page 109

1    A.  Zeneca Group PLC is a
2    publicly-traded company and doesn't
3    really have employees.
4    Q.  So, who was the entity under
5    Zeneca Group PLC in 1995?  Zeneca
6    Limited?
7    A.  Yes.
8    Q.  Okay.
9        So, in this particular chart
10   it kind of shows Zeneca Limited and
11   Zeneca Wilmington, Inc. as being parallel
12   entities, but is it not true that Zeneca
13   Wilmington Inc. more or less reported to
14   Zeneca Limited?
15   A.  Zeneca Wilmington, the
16   reason that they are parallel is because
17   these entities are direct subsidiaries of
18   Zeneca Group PLC.
19   Q.  I understand.
20       So, in terms of the actual
21   operations, the one in the U.S. was more
22   or less kind of reporting to the one in
23   the UK, right?
24   A.  Zeneca Wilmington, Inc. is

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Page 110

```
1   an entity that is just dead.
2        Q.   It is a shell.
3            So, what was the U.S. --
4        A.   No.  I wouldn't say a shell.
5   It is an entity that is just dead to the
6   public.
7        Q.   Oh, I'm sorry, I
8   misunderstood.
9            So, where is the U.S. entity
10  under this structure, Zeneca Inc. Do you
11  here?
12       A.   Yeah.  No, all of these are
13  U.S. entities.  This is Zeneca Inc.,
14  which is the one that kind of ties into
15  that other chart.
16       Q.   All right.
17           Do you know someone by the
18  name of Barry Arnold?
19       A.   Barry Arnold is -- was
20  the -- I'm not sure he's with the company
21  anymore.
22       Q.   Okay.
23           What did he do?
24       A.   I think Barry Arnold was the
```

Page 111

```
1   vice president of operations, I think.
2        For Zeneca Inc. -- I'm
3   sorry, for AstraZeneca Pharmaceuticals LP
4   or which entity?
5        A.   Barry was in the UK or
6   Sweden, one of them.
7        Q.   Oh, he was in the UK or
8   Sweden?
9        A.   That's my recollection.
10       Q.   Do you have any knowledge as
11  to whether he was involved with Seroquel
12  at all?
13       A.   No.  I don't -- I mean, I
14  don't really know what he did.  If he was
15  operations, then he would have had
16  operations for all the legal entities --
17  I mean, all the products.
18       Q.   What is the VP for
19  operations?
20       A.   What is the vice president
21  for operations?
22       Q.   Uh-huh.
23       A.   You mean what --
24       Q.   What was it in the context
```

Page 112

```
1   of these entities we've been talking
2   about?
3            Let me rephrase that.
4            Barry Arnold, what type of
5   job did he have?
6        A.   Again, if he had the vice
7   president of operations, it would have
8   been the head person in the UK or Sweden,
9   wherever he sat, that would have been
10  over the functions or operations globally.
11       Q.   Globally?
12       A.   Yes.
13       Q.   Okay.
14           So, even though he wasn't
15  formally in the U.S. entities, he still
16  would have sort of overseen the U.S.
17  operations?
18       A.   Only to the extent that that
19  oversight was -- necessarily went up
20  through the global organization.  So, not
21  everything runs up through the global
22  organization.
23       Q.   Do you have any knowledge as
24  to what types of things do run up through
```

Page 113

```
1   the global organization?
2        A.   I have knowledge of things
3   that have -- that affect strategy, that
4   affect kind of global organization, such
5   as dealing with the shareholders and
6   investor relations, for example, those
7   things run up to the parent corporation.
8   Those things that, again, have
9   significant strategic global implications
10  tended to go up.
11       Q.   So, for example, a new drug
12  like Seroquel, that's something that when
13  it was being launched, that's something
14  that would go up?
15           MR. MUNNO:  Object to the
16  form.
17           Go ahead.
18           THE WITNESS:  I would say to
19  the extent it involves global
20  manufacturing, global purchasing,
21  global -- you know -- some -- you
22  know, the way that a company works
23  is it does global organization
24  around, okay, so, where would this
```

Confidential - Ann V. Booth-Barbarin

Page 114

1    product be manufactured, what are
2    the backup facilities, et cetera,
3    et cetera. So, to the extent that
4    that involves a global
5    decision-making, global
6    implications, global implications
7    for the companies around the group
8    or relationships, it would go up.
9        MR. PENNOCK: Let's mark
10   Case 6:06-md-01769-ACC-DAB    Document 356-B-A-5 Bad 08/06/2007    Page 31 of 59
11       - - -
12       (Whereupon, Deposition
13   Exhibit Booth-Barbarin-14, Letter,
14   Bates Nos. AZ/SER 0003530, was
15   marked for identification.)
16       - - -
17   BY MR. PENNOCK:
18       Q.   We've marked this, I guess,
19   Exhibit 14. Take a look at that for a
20   second. Do you know who the gentleman is
21   that is listed as the author of that
22   letter?
23       A.   I know Kevin McKenna.
24       Q.   You do?

Page 115

1        A.   I do.
2        Q.   Okay.
3        Who is he?
4        A.   He is -- I believe he's in
5    regulatory affairs, regulatory group.
6        Q.   So, he still is, because
7    this seems to have been dated December of
8    1994?
9        A.   Kevin, I think -- I believe
10   is still with the company, yeah.
11       Q.   Okay.
12       In the regulatory affairs
13   group?
14       A.   Uh-huh.
15       Q.   All right.
16       MR. MUNNO: Ann, if you
17   could answer yes as opposed to
18   uh-huh.
19       THE WITNESS: Yes, I'm
20   sorry. Yes.
21       MR. MUNNO: It will help the
22   court reporter, if nothing else.
23       THE WITNESS: Sorry.
24   BY MR. PENNOCK:

Page 116

1        Q.   I may have asked you this
2    earlier, but do you know a gentleman by
3    the name of Jack Schwartz?
4        A.   I've heard the name.
5        Q.   Larry Bassis, do you know
6    who that is?
7        A.   What's the last name?
8        Q.   I think it is B-A-S-S-I-S.
9        A.   I don't know that last name.
10       Q.   Who is the global safety
11   director right now, do you know?
12       A.   I think you have to ask me
13   more -- I'm not sure that there's one
14   global safety director. There may be a
15   global safety person for each product. I
16   don't know how that's organized.
17       Q.   Okay.
18       So, you don't know who it
19   would be for Seroquel?
20       A.   No, I don't know.
21       Q.   You had mentioned earlier
22   that you supported products liability
23   with respect to a couple of drugs, and

Page 117

1    you'd mentioned those. Do you know who
2    supported products liability for Seroquel
3    since its launch?
4        A.   I don't know the answer to
5    that question only because it might have
6    changed from, you know, time to time, but
7    I don't know who that was.
8        Q.   Do you know any of the
9    individuals that supported products
10   liability for Seroquel since its launch
11   in the same capacity that you did for
12   those other drugs?
13       A.   And when you say "supported
14   product" I mean, literally, I support the
15   product and so all of the legal work for
16   that product, to the extent it relates to
17   the commercial side, and we have
18   litigators who support it from a
19   litigation perspective. So, I think -- I
20   know that the person -- there have been
21   two people that I know who have supported
22   Seroquel --
23       Q.   Who is that?
24       A.   -- in the past.

30 (Pages 114 to 117)

Golkow Technologies, Inc. - 1.877.370.DEPS

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 118

1        And that's Julia Manning.
2     Q.   Okay.
3     A.   And Michelle Dillione.
4     Q.   Michelle Dillione.
5        Do you know how to spell her
6  name?
7     A.   D-I-L-L-I-O-N-E.  Those are
8  the lawyers that are supporting that
9  product that I know of.
10     Q.   On the same way that you
11  supported the product that you mentioned
12  earlier, the couple of products you
13  mentioned?
14     A.   Well, I supported it from a
15  U.S. perspective.  I forget which one of
16  them does the U.S. perspective, but one
17  of them was U.S. and one was global.
18        MR. MUNNO:  M-A-N-N-I-N-G.
19        MR. PENNOCK:  Do we have all
20     the documents that they gave us?
21        MS. RADLIFF:  We didn't get
22     the list.  Well, they gave it to
23     us and we hadn't made one by the
24     time we gave it back, so...

Page 119

1        MR. PENNOCK:  You gave us
2     everything back.
3        MR. MUNNO:  You have
4     everything.  You either have
5     everything or it is in the exhibit
6     pile.
7        MR. PENNOCK:  Can we go off
8     the record?  Let's take a quick
9     break.
10        THE VIDEOTAPE TECHNICIAN:
11     Off the record, 12:57 p.m.
12        - - -
13        (Whereupon, a recess was
14     taken from 12:57 p.m. until
15     1:10 p.m.)
16        - - -
17        THE VIDEOTAPE TECHNICIAN:
18     Back on the record at 1:10 p.m.
19        - - -
20        (Whereupon, Deposition
21     Exhibit Booth-Barbarin-15, List of
22     Officers, was marked for
23     identification.)
24        - - -

Page 120

1  BY MR. PENNOCK:
2     Q.   Ma'am, we've marked as
3  Exhibit 15 some other documents that were
4  provided to us by your attorneys.  Do you
5  know what these documents are?
6     A.   These are the list of
7  officers of AstraZeneca Pharmaceuticals
8  LP, AZPLP, the Delaware limited
9  partnership.
10     Q.   Okay.
11        These are the officers?
12     A.   Yes.
13     Q.   Does AZLP, do they have a
14  board of directors, or, no, because they
15  are a limited partnership, they just have
16  officers?  How does that work?
17     A.   Are you asking LP and PLP?
18     Q.   Either.  Give me both of
19  them.  How about that?
20     A.   It is a limited partnership,
21  and so a limited partnership doesn't have
22  a board of directors.  The way that we
23  have them structured is that they have
24  officers, as you see, and they have a

Page 121

1  management team.
2     Q.   And do any of these officers
3  sit on the boards of any of the corporate
4  entities in the UK or in Sweden or
5  anywhere else?
6     A.   At different times these
7  people have sat on the boards of Sweden.
8  The general partner of Astra Limited
9  Partnership is AstraZeneca AB.  So, the
10  general partner is AB.
11     Q.   Okay.
12     A.   And so, for example, just
13  going down the list, excuse me, CG
14  Johanssen I believe sat as an officer or
15  director of AZAB.
16        David Brennan, I know at one
17  point was a director and potentially an
18  officer of AZAB.  So, from time to time
19  some of these people might also sit on
20  other legal entities around the group.
21        In addition, as you probably
22  know, David Brennan sits, currently sits
23  on AstraZeneca PLC and AstraZeneca UK
24  Limited as well.

Confidential - Ann V. Booth-Barbarin

| Page 122 | Page 124 |
|---|---|

**Page 122**

1    Q.   Sits on the boards?
2    A.   Yes.
3    Q.   Okay.
4    A.   And he's the CEO.
5    Q.   He's the CEO of AstraZeneca
6  Pharmaceuticals LP?
7    A.   Not anymore.  This is from
8  2005.  When David went over to the UK,
9  he's no longer sitting on this legal
10  entity.
11          Tony Zook sits as the CEO of
12  AZPLP now.
13    Q.   Does Tony Zook sit on any of
14  the boards over there?
15    A.   Tony Zook is not on the
16  board, but he's a member of the senior
17  executive team, the SET, what we call the
18  SET.
19    Q.   And what's the senior
20  executive team?
21    A.   Senior executive team is the
22  group of managers that David Brennan, as
23  the chairman, has empowered to kind of do
24  the business from the parent corporation

**Page 124**

1    A.   No.  This is the U.S. legal
2  entity.  So, this is AstraZeneca -- this
3  is only one of the limited partnerships.
4  I also gave you AZLP.  So, you have a
5  list of officers of both PLP and LP.
6  That's directors.
7    Q.   Okay.
8          Let's get back to this then.
9          MR. MUNNO:  I didn't know we
10  were going to go to SET, but
11  let me give you this.  That might
12  help.
13          (Handing over document.)
14          MS. VOSHELL:  Tom, that's
15  multiple copies.
16          MR. MUNNO:  That's multiple
17  copies of the same document.
18          MR. PENNOCK:  Let me just
19  give you one copy.
20              - - -
21          (Whereupon, Deposition
22  Exhibit Booth-Barbarin-16, List of
23  Officers, was marked for
24  identification.)

| Page 123 | Page 125 |
|---|---|

**Page 123**

1  down.
2    Q.   "Do the business from the
3  parent corporation down," what do you
4  mean?
5    A.   Yes.  Do the AstraZeneca
6  Pharmaceuticals business around the
7  world.
8    Q.   Okay.
9          Around the world.  So, that
10  would be AstraZeneca UK Limited down?
11    A.   Yes.  And the AstraZeneca
12  AB, which is Sweden and down.  Everything
13  around the group.
14    Q.   The senior executive team
15  does the pharmaceutical business
16  worldwide for those entities?
17    A.   And they manage it.  I mean,
18  they don't do -- you know -- I mean, you
19  know, they don't do the business, but
20  that's the senior management team from
21  the group down.
22    Q.   That SET, is there a list of
23  the SET team on here, anywhere on this
24  document?

**Page 125**

1              - - -
2          THE WITNESS:  So, this is
3  current.
4  BY MR. PENNOCK:
5    Q.   So, let me ask you a
6  question.
7          This is marked as Exhibit
8  16, and what is Exhibit 16?
9    A.   This is just a list that we
10  put together.  Actually, this is from the
11  list that I keep -- put together because
12  I do Hart-Scott filings here in the U.S.,
13  and so that I can know who to send my
14  requests to --
15    Q.   What's that filing?
16    A.   A Hart-Scott filing is when
17  you do an acquisition, you have to file
18  something with the government.  So, you
19  need to know SET numbers because you need
20  to know who to ask questions about.
21    Q.   Okay.
22          So, these are the current
23  people on the senior executive team?
24    A.   Yes.

32  (Pages 122 to 125)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 126

1    Q.   All right.
2         And their titles, right,
3   their current titles?
4    A.   Yes.  I think Martin is gone
5   now at this point, but, you know, people
6   come and go, but, yes, their current
7   titles.
8    Q.   And how would I know --
9    A.   And Tony is gone, too.
10
11   Q.   What's that?
12   A.   Tony has been replaced.  I
13  don't know when Lynn Tetrault is taking
14  his place.  I don't know exactly when her
15  start date is.
16   Q.   Under the SET list, the
17  first name is Angelici?
18   A.   Yes.
19   Q.   And it continues through
20  Zook, right?
21   A.   Uh-huh.
22   Q.   Okay.
23        How would I know where these
24  people are located in which --

Page 127

1    A.   Legal entity?
2    Q.   -- legal entity they are
3   located?  Can we go through that and you
4   can tell me?  Starting with Angelici?
5    A.   Bruno.
6    Q.   Yeah, Bruno, where is he?
7    A.   I believe Bruno -- I know
8   Bruno is in Italy, and so I believe he's
9   in the Italy AZ legal entity, but I can
10  confirm that for you.
11   Q.   Okay.
12        And Bloxham?
13   A.   Tony, Bloxham, Tony is in UK
14  Limited.  But, again, Tony is leaving and
15  Lynn is coming on.  Lynn is definitely in
16  the UK.
17   Q.   Lynn who?
18   A.   Tetrault.  I'm sorry.
19  That's taking the VP of human resources.
20  She may have started.  It's coming soon
21  if it hasn't already taken place.
22   Q.   Brennan?
23   A.   David Brennan is in the UK,
24  and he is technically an employee of AZUK

Page 128

1   Limited.
2    Q.   Lundberg?
3    A.   Jan, I think Jan is in
4   Sweden, AZAB.
5    Q.   Niklasson?
6    A.   Martin, I have to find out
7   who replaced him, but Martin was in
8   Sweden as well.
9    Q.   And someone has replaced
10  him?
11   A.   Or is about to, so, this
12  just has --
13   Q.   Does he know that?
14        John Patterson?
15   A.   John is in the UK, in AZUK
16  Limited.
17   Q.   David Smith?
18   A.   David Smith is new.  I
19  believe he's in the UK.
20   Q.   Jonathan Symonds?
21   A.   John Symonds is in the UK.
22   Q.   And then Tony Zook is North
23  America?
24   A.   Yes, he's in the U.S.

Page 129

1    Q.   The USLT, that's United
2   States leadership team?
3    A.   Yes.  And this is the ones
4   that I was -- I guess I was starting to
5   say, we have officers here and then we
6   have a management team.  The management
7   team of the two limited partnerships in
8   the U.S. is the USL team.
9    Q.   So, you've kind of got some
10  people from both of the limited
11  partnerships and the U.S. working with
12  each other on the U.S. leadership team?
13   A.   Yes.  And these are all U.S.
14  people, but, yes.  And they work for
15  both -- both for the limited partnerships
16  we have here in the U.S.
17   Q.   They are actually employed
18  by both or they --
19   A.   No.
20   Q.   I'm sorry, let me clarify.
21        So, some of these people on
22  the USLT work for one limited partnership
23  and some of them work for the other
24  limited partnership?

33  (Pages 126 to 129)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Page 130

1    A.   No.  Generally they work for
2  both limited partnerships, because the
3  entire pharmaceutical business is
4  conducted, if you think of it as a
5  totality, it is conducted through two
6  legal entities here in the U.S., two
7  limited partnerships here in the U.S.,
8  AZLP and AZLPLP.  But all of the business
9  that needs to get done to do it is done
10  collectively through those two legal
11  entities.  And so we have a USLT, that's
12  a USLT that services or works for both of
13  those legal entities because it is the
14  totality that is the business.
15    Q.   And then the USLT more or
16  less reports up the chain to the SET?
17    A.   No.
18    Q.   No?
19    A.   No.  The USLT reports in to
20  Tony Zook.
21    Q.   Okay.
22         And then Tony Zook reports
23  up the chain to the SET?
24    A.   He's a SET member.

Page 131

1    Q.   He's a SET member.
2         So --
3    A.   And he represents North
4  America on the SET.
5    Q.   I see.
6         So, any operations that they
7  want to work through in the U.S. would be
8  worked through the SET and then down to
9  the USLT?
10    A.   Say that again.
11    Q.   Basically if the SET wants
12  to engage in or make decisions regarding
13  things happening in the U.S., they will
14  operate and then pass on what they want
15  to have happen to the USLT through Tony
16  Zook or his equal?
17    A.   That would be one direction
18  that they could do that.  I mean,
19  unfortunately, you know, there are a lot
20  of teams and circles, and so they
21  would -- yes, Tony would be an
22  appropriate person to work through for
23  North America.  To the extent that it was
24  a function like operations, they could

Page 132

1  also work through kind of both operations
2  function, as well as through Tony.
3    Q.   Okay.
4         Are there other sort of
5  crossover teams between, let's say,
6  AstraZeneca Limited UK and US entities,
7  or it all comes through the SET?
8    A.   The SET, when you say it all
9  comes through the SET, I'm not sure I
10  understand what you're asking.
11    Q.   In other words, if
12  AstraZeneca UK Limited -- I'll withdraw
13  that.
14         If the SET wants something
15  accomplished in the UK, do they only work
16  through the executive vice president
17  North America who sits on the SET, or can
18  they also work directly with some of the
19  other departments or teams in the US and
20  tell them what to do?
21         MR. MUNNO:  Paul, think you
22  misspoke, because I think you said
23  in the UK as opposed to the US.
24         THE WITNESS:  Let me make

Page 133

1  sure I understand the question.
2  BY MR. PENNOCK:
3    Q.   Yeah.  Go ahead.
4    A.   So, what are you asking?
5  I'm sorry.  So I don't --
6    Q.   Does the SET operate and
7  make decisions for or give direction and
8  guidance to people in the US only through
9  Tony Zook or his equivalent or do they --
10  does the SET give direction and guidance
11  to what happens in the US entities
12  through other people in the US entities
13  that they deal with more directly?
14    A.   The SET actually provides
15  the functions and gets -- for the
16  chairman of the parent corporation, David
17  Brennan.  And to the extent that there's
18  activity such as -- and I'm going to use
19  another example.  To the extent that
20  there's an activity such as a licensing
21  opportunity or event, you know, they
22  decide that we're going to go out and
23  license something or do an acquisition,
24  it will not necessarily only go through

34  (Pages 130 to 133)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 134

1  Tony to the extent that it affects the
2  US, it could also go through other ways.
3  Tony would be involved, and Tony would
4  be -- you know, have knowledge of it and
5  potentially could be part of the approval
6  process, but it wouldn't -- it's not that
7  one directional is all I'm suggesting.
8      Q.   So, the SET can link up with
9  other important people in the US entities
10  and deal with them directly, not
11  just through Tony, when they want to get
12  things done in the US?
13     A.   I mean, the SET tends not to
14  do -- I mean, you know -- I mean, the
15  SET -- can they link up with people in
16  the US? The SET can do whatever they
17  want to do, but are you asking if there's
18  a process, a formal process? Is that the
19  question?
20     Q.   Uh-huh, right.
21     A.   I don't think it is --
22  again, I guess I can give some examples
23  again. John Simons is the CFO of
24  finance. He can and does have certain

Page 135

1  financial interactions with people in the
2  US that go down the finance function.
3  Don't necessarily go through Tony, but go
4  down the finance function. So, does that
5  answer your question?
6      Q.   I think so. I mean, I think
7  you've answered it in totality. Let me
8  turn to something else.
9          So, the decisions that the
10  SET make or the work that they do, what
11  types of things does it relate to?
12  Anything that has to do with the
13  operation of the companies?
14     A.   No. I mean, there is --
15  there are certain powers that are
16  delegated to the SET from David Brennan.
17     Q.   Okay. And -- all right.
18     A.   And so they include a number
19  of things like for finance, delegated to
20  John Simons.
21     Q.   What are the powers that are
22  delegated from Brennan to the SET?
23     A.   I mean, there are a number
24  of things. There's investor relations,

Page 136

1  there's major capital decisions, there's
2  major business acquisitions and
3  licensing. All of those things there are
4  delegations that are done from the
5  chairman to the SET members. And then
6  Tony, being a SET member, has those, and
7  then he kind of has that power under that
8  SET delegation, and then he implements it
9  in the US within his legal entities.
10     Q.   So, David Brennan
11  delegates power with respect to running
12  anything and everything with respect to
13  the pharmaceutical business to the SET?
14         MR. MUNNO: Object to the
15  form.
16         Go ahead.
17  BY MR. PENNOCK:
18     Q.   Brennan sort of says, okay,
19  SET, here, I want you to run, you know,
20  the drugs and the pharmaceuticals we're
21  developing and marketing around the
22  world, and he sort of offloads that
23  ability and power to the SET?
24         MR. MUNNO: Let me interpose

Page 137

1  the objection. I really do
2  believe this is well beyond this
3  witness's 30(b)(6)
4  responsibilities or knowledge.
5          You can answer it as best
6  you can, Ann, but --
7          THE WITNESS: I mean, the
8  SET is empowered by David Brennan.
9          Does that answer your question?
10  BY MR. PENNOCK:
11     Q.   I think so.
12         The SET is empowered by
13  David Brennan. So, as the chairman, he's
14  able to deliver or allow them to do
15  whatever it is they have to do to further
16  the interests of the companies worldwide?
17         MR. MUNNO: Objection, form.
18         THE WITNESS: I think that,
19  you know, again, David Brennan has
20  authority from the board, and
21  David Brennan has used the SET as
22  a management team to which it
23  is -- he has delegated authority.
24  BY MR. PENNOCK:

Page 138

```
 1      Q.   How long has the SET been
 2  around, been in existence, since the
 3  merger?
 4      A.   Yes.  The SET was a
 5  mechanism put together.
 6      Q.   And then there are different
 7  people that have been on the SET since
 8  the merger?
 9      A.   Yes.
10      Q.   And is there anywhere -- or
11  we have a list going, you know, from the
12  merger to today of the people that were
13  on the SET?
14      A.   Of the SET members?  I can
15  get that list.
16      Q.   Okay.
17           I would ask if you could
18  provide that to your counsel, and he can
19  give it to us.
20      A.   Okay.
21      Q.   Getting back to Exhibit 16.
22  This is a list of officers for KB USA LP.
23  The first page of it is from July 1998.
24  What does KB stand for?  I saw that
```

Page 139

```
 1  reference.
 2      A.   I know that it stood for
 3  something, but I can't remember right off
 4  the top of my head.
 5      Q.   So, it was just kind of a
 6  name they gave to the company while they
 7  were about to merge?
 8      A.   It means something.  It does
 9  have meaning, but I can't remember.  It
10  has a history.
11      Q.   So, the first page was what
12  entity?  Who are these folks?
13      A.   KB USA LP is the name of
14  what is now AstraZeneca Pharmaceuticals
15  LP.  So, it is just the same legal
16  entity, different name.  In 1998, this is
17  what it was called.
18      Q.   All right.
19           Next page it says KB USA
20  LP --
21      A.   Right.  The same.
22      Q.   -- as of April 9th, 1999?
23      A.   Correct.
24      Q.   The same, this is the
```

Page 140

```
 1  continuation of the same entity?
 2      A.   Same legal entity.
 3      Q.   Okay.
 4           Then we move to July 1,
 5  2000.  Now we have a partnership called
 6  AstraZeneca Pharmaceuticals LP.
 7      A.   Same legal entity, different
 8  name.
 9      Q.   Same one.
10           That's my point, through the
11  rest of this --
12      A.   Correct.
13      Q.   -- document?
14      A.   Correct.
15      Q.   David Brennan was --
16  apparently he was the president and Chief
17  Executive Officer for AstraZeneca
18  Pharmaceuticals LP starting at some point
19  after -- well, at some point in July --
20  some point in 2001?
21      A.   Sometime, yes, between July
22  of 2000 and July of 2001, yes.
23      Q.   Right.  Because July 2000 it
24  was Johanssen, he was the president and
```

Page 141

```
 1  CEO?
 2      A.   Yes, yes.
 3      Q.   And then Brennan took over?
 4      A.   Yes.
 5      Q.   And he's the president and
 6  CEO of the limited partnership known as
 7  AstraZeneca Pharmaceuticals?
 8      A.   Correct.
 9      Q.   And the general partner for
10  that entity was AstraZeneca AB?
11      A.   Correct.
12      Q.   All right.
13           And did Brennan sit on any
14  board in the UK or elsewhere while he was
15  president and CEO of AstraZeneca
16  Pharmaceuticals LP?
17      A.   I believe he was also a
18  director of AZAB, AstraZeneca AB.
19      Q.   Okay.
20           He continued in that role
21  until when?  He continued in the role as
22  president and CEO of AstraZeneca
23  Pharmaceuticals LP here in the States,
24  and then he was also director of AZAB,
```

36 (Pages 138 to 141)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 142

1  and then he became what? He apparently
2  left the presidency and the CEO position
3  in AstraZeneca LP, and where did he go?
4      A.   After he left AstraZeneca
5  Pharmaceuticals LP, he went to the parent
6  corporation and is chairman of AZUK
7  Limited and chairman of AZUK LC -- not
8  chairman. I'm sorry. He's CEO.
9      Q.   CEO.
10         Because earlier you had said
11 he was the chairman?
12     A.   Yeah, I'm sorry. He's not
13 the chairman of the parent corporation.
14 I believe the chairman is -- it's in the
15 public documents from the annual report.
16 I think we have an external chairman, but
17 he's the CEO, yes.
18     Q.   He's the CEO of which one?
19     A.   The parent and the AZUK
20 Limited.
21         MR. MUNNO: By "the
22 parent" --
23 BY MR. PENNOCK: Is he the chairman of
24 either --

Page 143

1      A.   AZPLC.
2      Q.   He's the chairman of AZPLC?
3      A.   CEO, CEO, Chief Executive
4  Officer.
5      Q.   Okay.
6          Let's sort it out just to
7  make sure we have it clear because
8  earlier --
9      A.   I know. I called him the
10 chairman, but I didn't mean to.
11     Q.   Yeah, okay.
12         So, he is not the chairman
13 of AZUK Limited, correct?
14     A.   Correct. I don't think
15 he's -- I think we have an external
16 chairman.
17     Q.   Okay.
18     A.   And, again, I have to look
19 at the public documents, but that's all
20 in the annual report.
21     Q.   But he is the CEO --
22         MR. MUNNO: Paul, excuse me.
23 I apologize. I really don't want
24 to interrupt. I think we are

Page 144

1      confusing UK Limited and PLC in
2  the question.
3          MR. PENNOCK: I'm not. I'm
4  sorting it out. I understand.
5          MR. MUNNO: I just want to
6  make sure that Ann has it
7  straight.
8  BY MR. PENNOCK:
9      Q.   He is the CEO --
10         He would be saying the
11 president and CEO of AstraZeneca
12 Pharmaceuticals LP here in the States and
13 a director of AstraZeneca UK Limited at
14 that time, right? He was both?
15     A.   AstraZeneca AB.
16     Q.   I'm sorry. He was
17 AstraZeneca AB director at that time. He
18 was both?
19     A.   And then now he is in the
20 UK. So, he's AZUK Limited. And
21 AstraZeneca PLC, I would just have to
22 check the public documents to figure out
23 what his title in AZPLC is. I believe it
24 is CEO, not chairman, and I misspoke,

Page 145

1  but...
2      Q.   And he clearly is CEO of
3  AstraZeneca UK Limited?
4      A.   Yes.
5          MR. PENNOCK: Okay.
6          You want to change the tape,
7  then.
8          THE VIDEOTAPE TECHNICIAN:
9  This completes Videotape 2. Off
10 the record at 1:32 p.m.
11             - - -
12         (Whereupon, a discussion off
13 the record occurred.)
14             - - -
15         THE VIDEOTAPE TECHNICIAN:
16 This is Videotape Number 3. Back
17 on the record at 1:34 p.m.
18 BY MR. PENNOCK:
19     Q.   Was the SET appointed by the
20 CEO of AstraZeneca UK Limited?
21     A.   The SET was appointed by
22 David Brennan, the current SET, yes.
23     Q.   And he --
24     A.   That's the one that I

37  (Pages 142 to 145)

Confidential - Ann V. Booth-Barbarin

Page 146

1  wanted -- I would say I need to see the
2  public documents to see if he is CEO or
3  chairman of the publicly-traded company.
4  But it was appointed by David Brennan,
5  the current SET was appointed by David
6  Brennan.
7       Q.   So, is the SET appointed by
8  the person that is either the CEO or
9  chairman of AstraZeneca PLC?
10      A.   In the capacity as the
11  chairman or CEO of AstraZeneca PLC, it is
12  his management team, and this is -- I
13  mean --
14           MR. MUNNO:  Paul, is your
15      question whether it's appointed by
16      the chairman/CEO of PLC as opposed
17      to UK Limited?
18           MR. PENNOCK:  That's my
19      question.
20           THE WITNESS:  Yeah, that is
21      your question.  I'm trying to
22      figure out how to answer this
23      question because it is appointed
24      by David Brennan as -- in both

Page 147

1       capacities, so...
2  BY MR. PENNOCK:
3       Q.   So, you are not sure where
4  he derived his power from?
5       A.   He derived his power from
6  the board of PLC.
7       Q.   He did?
8       A.   Yes.
9       Q.   Okay.
10           So, one way or the other,
11  the power to appoint the SET is derived
12  from the board of PLC?
13      A.   David Brennan derives his
14  power from PLC.  He has chosen the SET as
15  the vehicle in the management team that
16  he decides to kind of operate under.
17      Q.   Gotcha.
18           But at some point, somebody
19  before David Brennan decided to have a
20  SET, too, because it's been in existence
21  since the merger, right?
22      A.   Yes.  And so CG decided that
23  with respect to him, and then before it
24  was something else.

Page 148

1       Q.   Okay.
2            I saw a corporate filing
3  creation of a corporation in Delaware
4  just this past April, April -- like April
5  19th, 2007 for AstraZeneca
6  Biopharmaceuticals, I think it was
7  called?
8       A.   Yes.
9       Q.   What was that entity?  What
10  was it was created?
11      A.   Well, in connection with all
12  of our initiatives around licensing and
13  acquisitions, we were setting up some
14  additional companies in order to be able
15  to facilitate those acquisitions
16  in-licensing.  So, I know we set up
17  six -- we incorporated six of them, and
18  so this may be one of them, but there are
19  a number that are being set up in order
20  to facilitate acquisitions and licensing
21  opportunities that we're having in the US
22  when we need a US legal entity to do
23  that.
24      Q.   I see.

Page 149

1            I have a few questions about
2  your resume.  What is Intercept?
3       A.   Intercept is a global group,
4  actually, and they review the trade
5  agreements and the -- they work on trying
6  to get the pharmaceuticals appendix to
7  the harmonized tariff schedule.  I don't
8  know if you know any of this.  But the
9  harmonized tariff schedule are updated
10  such that pharmaceuticals are duty free
11  around the world.
12      Q.   So, it is an industry trade
13  group, Intercept?
14      A.   Yes.
15      Q.   Okay.
16           You had mentioned in your
17  resume that since 1999 you had a role in
18  developing and implementing a new company
19  code of conduct?
20      A.   Yes.
21      Q.   Okay.
22           What does that refer to?
23      A.   Within the US legal
24  entities, most all of the operating ones,

38  (Pages 146 to 149)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 150

1   we have something called a code of
2   conduct.  And it is just a Code of Ethics
3   essentially by which all employees are
4   required to conduct their business, and
5   it sits underneath the global code of
6   conduct as well.  There's a global one,
7   there's a US one, and it kind of takes
8   into account all the nuances of US law
9   and regulations and, you know, codes that
10  we are subject to.
11      Q.   Did such a code of conduct
12  exist before you developed and
13  implemented one for the US?
14      A.   Yes.  But I think that was
15  referring to kind of implementing a new
16  one after merger.  So, the previous
17  Zeneca had a code of conduct and ICI had
18  a code of conduct.  Everybody had a code
19  of conduct.  So, it's just kind of
20  facilitating coming up with the new one
21  in connection with the merger.
22      Q.   So, if we asked your
23  attorneys for copies of those codes of
24  conduct that have existed at various

Page 151

1   point in these entities, we'll be able to
2   get a copy of those?
3       A.   In the US?  Yes.
4       Q.   What about globally?
5       A.   I would assume if they have
6   copies of them.
7       Q.   Were you given a copy of the
8   deposition notice that was served for
9   this deposition?
10      A.   Only -- I mean, I understand
11  that I didn't get the new one.  I was
12  given one, yes.
13          MS. RADLIFF:  You may have
14      been given this one.  It is much
15      longer.
16  BY MR. PENNOCK:
17      Q.   Come back to the SET for a
18  second.
19          Where are the minutes kept
20  for the SET meetings?  In the UK?
21      A.   Yes.  It would not be in the
22  US.
23      Q.   Would it be in Sweden or the
24  UK, do you know?

Page 152

1       A.   For the SET?  The UK.
2       Q.   The UK.
3           MR. PENNOCK:  Let's go off
4   the record.
5           THE VIDEOTAPE TECHNICIAN:
6   Off the record, 1:41 p.m.
7                - - -
8           (Whereupon, a recess was
9   taken from 1:41 p.m. until
10  1:48 p.m.)
11               - - -
12          THE VIDEOTAPE TECHNICIAN:
13  Back on the record at 1:48 p.m.
14  BY MR. PENNOCK:
15      Q.   The Swedish entity,
16  AstraZeneca AD, right?
17      A.   Yes.
18      Q.   Does that have its own board
19  of directors?
20      A.   Yes.
21      Q.   Okay.
22          And AstraZeneca UK, we've
23  already established, has its own board of
24  directors?

Page 153

1       A.   Correct.
2       Q.   And AstraZeneca PLC has its
3   own board of directors?
4       A.   Correct.
5       Q.   And are there any members of
6   the boards of directors of those three
7   entities that are the same?
8       A.   (Indicating.)
9       Q.   (Handing over document.)
10      A.   Again, there may be overlap
11  between AstraZeneca AB and AstraZeneca UK
12  Limited with some of those -- some of the
13  SET members are also directors, and they
14  would be on AstraZeneca UK Limited, and
15  some of them, those located in Sweden,
16  could be directors of AstraZeneca AB.
17  Brennan was a director of AstraZeneca AB,
18  David Brennan.  He is clearly a director
19  of AstraZeneca UK Limited.  Whether he
20  has been removed yet from AstraZeneca AB
21  because he's taken this new role, I am
22  not sure.  So, there may absolutely be
23  overlap between the directors of
24  AstraZeneca AB and AstraZeneca UK

39 (Pages 150 to 153)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 154

1  Limited, and even AstraZeneca PLC if
2  Brennan, for example, is in that capacity
3  as an example.
4       Q.   As an example.
5       A.   Yes.  He would be an
6  example.  But there could be others, as
7  well, that happen to be an AB, UK Limited
8  and/or PLC.
9       Q.   Where are the actual
10  headquarters for AstraZeneca UK Limited?
11  Where are the headquarters?
12       A.   The headquarters is in
13  Stanhope Gate in London for these two.
14  (Indicating.)
15       Q.   Okay.
16       That's for --
17       A.   Actually for the PLC, that's
18  where the headquarters is.
19       AstraZeneca UK Limited, I
20  believe their headquarters is in Alderley
21  Park, which is also in the UK.  That's
22  the main facility for AstraZeneca UK
23  Limited.
24       And then AstraZeneca AB, the

Page 155

1  headquarters is in Södertälje, in Sweden.
2       Q.   Okay.
3       My assistant here just
4  pointed out that there appears to be a
5  Merck entity that's on this org chart.
6  What's the story with that?
7       A.   Well, AstraZeneca LP is a
8  limited partnership, and, again, the
9  structure of the AZPLP and AZLP is other
10  partnerships that existed, there was a
11  relationship.  Astra Merck was the other
12  part of this, was originally Astra Merck.
13  And then in 1998, Astra Merck ended their
14  relationship, it was no longer Astra
15  Merck, and Astra and Merck divided.
16       As a result of that, there
17  was a limited partnership set up, this
18  bottom limited partnership, AstraZeneca
19  LP, and Merck has a 1 percent residual
20  limited partnership interest in that as a
21  result of the undoing of Astra Merck.
22  So, it is simply just a residual limited
23  partnership interest to kind of have some
24  of the --

Page 156

1       Q.   Money go to Merck?
2       A.   Exactly.
3       Q.   As part of the deal for the
4  breakup basically?
5       A.   That's --
6       Q.   Know all about those
7  divorces.
8       A.   Kind of generally.
9       MR. PENNOCK:  Okay.
10  I don't have any
11  further questions subject to the
12  filings I discussed with counsel
13  off the record.
14       There were some documents
15  provided pursuant to the notice
16  this morning.  We appreciate you
17  bringing them.  I would like to
18  have an opportunity to look them
19  over and reserve some time for
20  Friday which we already have set.
21  It is unlikely we'll need to come
22  back.  I'll let your counsel know
23  by the end of the business day on
24  Wednesday whether we think we have

Page 157

1  to come back to ask some followups
2  from the documents that were
3  presented.
4       In addition to that, I just
5  had a concern I wanted to make
6  sure with your attorney that we
7  were clear that you were only
8  being presented for corporate
9  organizational structure today,
10  notwithstanding anything that some
11  co-counsel may have written in a
12  notice.
13       MR. MUNNO:  Well, in
14  fairness to him, to our
15  co-counsel, he's talking about
16  depositions and witnesses, plural,
17  covering a variety of topics, but
18  I agree with you that Mrs.
19  Booth-Barbarin was presented for
20  the purposes that you just said
21  and not for the purpose of
22  identifying individuals in
23  particular operating functions in
24  the companies.  I agree with that.

40 (Pages 154 to 157)

Confidential - Ann V. Booth-Barbarin

Page 158

1    MR. PENNOCK:  Although I'll
2  state on the record, I appreciate
3  that she, to the extent she had
4  specific knowledge, she provided
5  that to us.
6    MR. MUNNO:  Yes.
7    MR. PENNOCK:  And now, I
8  think that if you don't mind, Ed
9  Blizzard, you had a couple of
10  questions for the record, and then
11    MR. BLIZZARD:  Yes, I just
12  have --
13    MR. PENNOCK:  Is that all
14  right?
15    MR. MUNNO:  Sure.
16    MR. PENNOCK:  Ed just has a
17  couple followups.
18       - - -
19    EXAMINATION
20       - - -
21  BY MR. BLIZZARD:
22    Q.   I just have one question, so
23  I don't need the microphone.
24    You've been referring to the

Page 159

1  parent company a number of times, and you
2  may have already said this, but I need to
3  be sure.
4    Who is the parent company?
5    A.   When I referred to it, I
6  probably was referring to the ultimate
7  parent corporation.  And the ultimate
8  parent corporation is AstraZeneca PLC.
9  But as the charts indicate, there are
10  parentage up the chain until you get
11  there.
12    Q.   So, the entire lineage is
13  listed on the chart that I'm not looking
14  at right now, but the ultimate parent
15  corporation over all of it is the PLC?
16    A.   The publicly-traded company,
17  yes.  That's the one that issues shares.
18    MR. BLIZZARD:  Okay.
19    That's the only question I
20  have.  I would like to say,
21  though, for the record, that I'm
22  going to be doing the deposition
23  on Wednesday of Ms. Petrik, so, to
24  the extent that you guys do get

Page 160

1  documents together before then,
2  I'll be here at the Four Seasons,
3  so I can receive those documents
4  here.
5    MR. MUNNO:  Fair enough.
6    MR. PENNOCK:  For the
7  record, this is Motel 8.
8    THE VIDEOTAPE TECHNICIAN:
9  This completes Videotape 3.  Off
10  the record at 1:56 p.m.
11    MR. MUNNO:  I just want to
12  ask attorneys for Lilly to
13  acknowledge on the record that
14  they will be bound by the
15  confidentiality order in these
16  matters.
17    MR. HAMILTON:  Lilly agrees
18  to be bound by the confidentiality
19  order in these matters.
20    MR. MUNNO:  Thank you.
21       - - -
22    (Whereupon, the deposition
23  concluded at 1:56 p.m.)
24       - - -

Page 161

C E R T I F I C A T E

I, LINDA L. GOLKOW, a Notary
Public and Certified Shorthand Reporter
of the State of New Jersey, do hereby
certify that prior to the commencement of
the examination, ANN BOOTH-BARBARIN, was
duly sworn by me to testify to the truth,
the whole truth and nothing but the
truth.

I DO FURTHER CERTIFY that the
foregoing is a verbatim transcript of the
testimony as taken stenographically by
and before me at the time, place and on
the date hereinbefore set forth, to the
best of my ability.

I DO FURTHER CERTIFY that I am
neither a relative nor employee nor
attorney nor counsel of any of the
parties to this action, and that I am
neither a relative nor employee of such
attorney or counsel, and that I am not
financially interested in the action.

_____
LINDA L. GOLKOW, CSR
Notary Number:  1060147
Notary Expiration:  1-2-08
CSR Number: 30XI176200
Dated:  May 17, 2007

41 (Pages 158 to 161)

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

Page 162

1    ACKNOWLEDGMENT OF DEPONENT
2      I,_____, do
     hereby certify that I have read the
3    foregoing pages, 1 - 163, and that the
     same is a correct transcription of the
4    answers given by me to the questions
     therein propounded, except for the
5    corrections or changes in form or
     substance, if any, noted in the attached
6    Errata Sheet.
7
8
9    Case 6:06-md-01769-ACC-DAB      Document 357      Filed 08/06/2007      Page 43 of 59
10
11
     _____
12   ANN BOOTH-BARBARIN          DATE
13
14
15
16
17
18   Subscribed and sworn
     to before me this
19      day of      , 20  .
20   My commission expires:
21
22   Notary Public
23
24

Page 163

1       - - - - - -
          E R R A T A
2       - - - - - -
3    PAGE  LINE  CHANGE
4    _____ _____ _____
5    _____ _____ _____
6    _____ _____ _____
7    _____ _____ _____
8    _____ _____ _____
9    _____ _____ _____
10   _____ _____ _____
11   _____ _____ _____
12   _____ _____ _____
13   _____ _____ _____
14   _____ _____ _____
15   _____ _____ _____
16   _____ _____ _____
17   _____ _____ _____
18   _____ _____ _____
19   _____ _____ _____
20   _____ _____ _____
21   _____ _____ _____
22   _____ _____ _____
23   _____ _____ _____
24   _____ _____ _____

c4e2a4d9-5adc-44e4-91ad-71e5b50e86ab

Confidential - Ann V. Booth-Barbarin

**A**

**AB** 34:22 53:3,4,15
53:19,24 54:12,14
54:14,16 55:22,22
74:12 82:2 121:9
121:10 123:12
141:10,18 144:15
144:17 153:11,16
153:17,20,24
154:7,24
**ability** 136:23
161:10
**able** 39:13,20 48:5
64:20 78:17 97:22
137:14 148:14
151:1
**absolutely** 30:24
63:18,19,20 94:21
153:22
**access** 64:20
**accommodate** 15:2
**accomplished**
132:15
**account** 150:8
**acknowledge**
160:13
**ACKNOWLED...**
162:1
**acquired** 24:10
76:4,14
**acquiring** 76:21
**acquisition** 34:5,13
75:1 76:15 101:15
125:17 133:23
**acquisitions** 95:20
136:2 148:13,15
148:20
**acronym** 95:12
**action** 161:13,15
**ACTIONS** 1:5
**activities** 38:22
42:18 56:3,6,9
**activity** 38:15,16
39:1,14,22 41:2
42:13 45:23 46:11

47:18 48:17 49:6
84:11 133:18,20
**actual** 27:15
109:20 154:9
**AD** 152:16
**addition** 29:18
121:21 157:4
**additional** 13:8
and zon 154:857
**adjacent** 42:10
**advance** 14:11
**advice** 29:17
**advised** 29:2
**advising** 28:11
**affairs** 87:17
107:14 108:13,14
108:15 115:5,12
**affect** 113:3,4
**affiliates** 7:13
12:17 105:18
**ag** 74:24 75:1 76:21
77:7
**aggravation** 31:6
**ago** 57:5
**agree** 157:18,24
**agreements** 149:5
**agrees** 160:17
**agricultural** 75:6
77:9
**ahead** 28:16,18
41:13,15 45:12
58:22 59:21 88:21
113:17 133:3
136:16
**aid** 32:4
**AIMEE** 1:9
**Ake** 92:8,9,10
**AL** 1:12,16 2:5,9
2:13,21 3:1
**Alderley** 154:20
**allow** 137:14
**ambit** 94:6
**America** 54:18
59:4 62:6 128:23
131:4,23 132:17
**American** 60:23,23

61:16 62:20 65:21
**Americas** 18:21
21:9 22:1,20
24:17,17,23 25:13
25:17,21 26:24
30:13 33:12,13,15
56:13,18,19,24
64:22
and 154:857
**Angelici** 126:17
127:4
**Ann** 1:19 3:7 6:4
7:3 8:11 9:17
82:19 115:16
137:6 144:6 161:5
162:12
**annual** 6:11 13:12
37:15 38:1 49:14
142:15 143:20
**answer** 16:10,14
20:2,11 32:3,5
40:2,13,18 44:6
44:23 47:21,23
48:5 49:9 52:14
52:18 115:17
117:4 135:5 137:5
137:9 146:22
**answered** 135:7
**answers** 31:19
162:4
**anymore** 87:10
92:15,17,19 94:2
108:11 110:21
122:7
**anyway** 49:17
**apologize** 14:11
24:6 81:1 85:2
143:23
**apparently** 93:18
107:10 140:16
142:1
**appear** 106:16
**appears** 42:2 66:12
69:22 100:20
155:4
**appendix** 149:6

**appoint** 147:11
**appointed** 145:19
145:21 146:4,5,7
146:15,23
**appreciate** 85:24
156:16 158:2
**appropriate** 131:22
**approval** 134:5
approxi 68:2 78:8
**April** 12:5,7,8
34:20 35:15 36:1
70:11 73:24 74:20
139:22 148:4,4,4
**Aqua** 29:13
**Arch** 5:8,14
**areas** 19:18 97:24
**argument** 11:21
**argumentative**
46:24
**arm** 100:21
**Arnold** 110:18,19
110:24 112:4
**aside** 38:23
**asked** 17:19 42:17
44:5 116:1 150:22
**asking** 18:4 28:24
39:3 46:22 94:8
120:17 132:10
133:4 134:17
**aspects** 28:10,12
**assistance** 90:10
**assistant** 29:19,24
155:3
**Association** 8:5
**assume** 43:15 48:9
100:6 151:5
**Astra** 12:6 33:22
33:24 34:22 35:4
54:12,14,16 74:2
74:12 88:5 89:1
92:21 121:8
155:11,12,13,14
155:15,21
**AstraZeneca** 1:11
2:16 3:3 5:5,11
6:11,16,19 7:1 9:8

9:10 12:13 16:16
20:19 34:7,14
35:6,8 37:15 38:1
42:8 45:24 48:7
49:23 50:3 51:11
51:12 52:2,9,19
53:3,4,11,15,19
53:24 54:14 55:21
55:22 56:7 69:14
69:23 71:17 72:6
74:10,13 80:22
81:3,6,21,22,24
82:1,2 83:23,24
83:24 84:10,13,14
84:18,19 89:9
90:20 99:19 111:3
120:7 121:9,23,23
122:5 123:5,10,11
124:2 132:6,12
139:14 140:6,17
141:7,10,15,18,22
142:3,4 144:11,13
144:15,17,21
145:3,20 146:9,11
148:5 152:16,22
153:2,11,11,14,16
153:17,19,20,24
153:24 154:1,10
154:19,22,24
155:7,18 159:8
**Astra-Zeneca** 12:8
**attached** 102:7
162:5
**attempting** 66:19
**attorney** 67:16
157:6 161:13,14
**attorneys** 15:9
120:4 150:23
160:12
**author** 114:21
**authority** 137:20
137:23
**aware** 59:24
**awareness** 18:3
**AZ** 60:22 81:13
127:9

Confidential - Ann V. Booth-Barbarin

**AZAB** 121:15,18
  128:4 141:18,24
**AZAD** 96:19
**AZLP** 47:22 51:23
  56:4 81:14,17
  84:7 120:13 124:4
  130:8 155:9
**AZLT** 89:9
**AZPLC** 143:21
  144:23
**AZPLP** 47:22
  51:23 52:1,1,6
  56:5 81:14,17
  84:7 120:8 122:12
  130:8 155:9
**AztraZeneca** 10:10
**AZUK** 96:20
  127:24 128:15
  142:6,7,19 143:13
  144:20
**AZ/SER** 7:16
  114:14
**a.m** 3:11 8:9

———————
**B**
———————
**B** 6:8
**back** 10:22 11:1,3
  11:17 18:24 44:20
  47:14 48:3 54:17
  56:12,13 57:2,22
  72:11,22 73:13
  76:15 80:14 98:8
  103:1 105:23
  106:13 108:17
  118:24 119:2,18
  124:8 138:21
  145:16 151:17
  152:13 156:22
  157:1
**backup** 114:2
**BAER** 2:6,8
**BAILEY** 5:20,20
**Barbarin** 14:6,7,8
  16:10
**Barbarin-1** 6:11
**Barbarin-10** 7:7

**Barbarin-11** 7:9
**Barbarin-12** 7:11
**Barbarin-13** 7:13
**Barbarin-14** 7:16
**Barbarin-15** 7:17
**Barbarin-16** 7:19
**Barbarin-2** 6:13
**Barbarin-3** 6:15
**Barbarin-4** 6:17
**Barbarin-5** 6:19
**Barbarin-6** 6:22
**Barbarin-7** 7:1
**Barbarin-8** 7:4
**Barbarin-9** 7:5
**BARNETT** 2:2,4
**Barry** 110:18,19,24
  111:5 112:4
**basically** 28:9
  131:11 156:4
**Bassis** 116:5
**Bates** 7:15 114:14
**beginning** 25:15
  26:15,19
**behalf** 84:12
**believe** 22:21 24:19
  27:2 52:6 74:24
  76:16 87:13 89:8
  91:10 115:4,9
  121:14 127:7,8
  128:19 137:2
  141:17 142:14
  144:23 154:20
**belong** 102:7
**best** 39:13 97:16
  137:5 161:10
**better** 68:10
**beyond** 27:15
  137:2
**big** 34:18 76:22
**Biopharmaceutic...**
  148:6
**bioscience** 26:18,21
  33:16,17 74:21,23
  98:21,24
**biotech** 26:18
**bit** 27:15

**Black** 106:20
**Blizzard** 4:8,9 6:6
  8:23,23 158:9,11
  158:21 159:18
**Bloxham** 127:12,13
**board** 90:1,6,7,16
  90:17 120:14,22
  122:16 137:20
  122:18 137:20
  152:18,23 153:3
**boards** 90:13 121:3
  121:7 122:1,14
  153:6
**Bob** 108:10
**Bogle** 108:8,10
**Booth** 6:11,13,14
  6:16,19,22 7:1,3,5
  7:7,9,11,13,15,17
  7:18
**Booth-Barbarin**
  1:20 3:8 6:4 7:4
  8:12 9:17 14:4,7
  82:19 157:19
  161:5 162:12
**Booth-Barbarin-1**
  37:14
**Booth-Barbarin-...**
  104:2
**Booth-Barbarin-...**
  104:7
**Booth-Barbarin-...**
  105:12
**Booth-Barbarin-...**
  105:17
**Booth-Barbarin-...**
  114:13
**Booth-Barbarin-...**
  119:21
**Booth-Barbarin-...**
  124:22
**Booth-Barbarin-2**
  60:6
**Booth-Barbarin-3**
  66:4
**Booth-Barbarin-4**
  69:13

**Booth-Barbarin-5**
  71:16
**Booth-Barbarin-6**
  71:23
**Booth-Barbarin-7**
  72:5
**Booth-Barbarin-8**
  82:18
**Booth-Barbarin-9**
  103:10
**bottom** 24:7 63:12
  155:18
**bought** 101:12
**Boulevard** 1:23
**bound** 160:14,18
**box** 74:20 75:3
  106:17 107:1
**boxes** 73:23 74:5
  76:9
**Branching** 79:18
**break** 14:23 58:16
  80:2 119:9
**breakup** 156:4
**Brennan** 121:16,22
  122:22 127:22,23
  133:17 135:16,22
  136:10,18 137:8
  137:13,19,21
  140:15 141:3,13
  145:22 146:4,6,24
  147:13,19 153:17
  153:18 154:2
**bringing** 156:17
**brings** 48:3 58:4
**brought** 13:11
**Bruno** 127:5,6,7,8
**bullet** 106:24
  107:22
**bunch** 41:21
  106:15
**business** 36:24 75:2
  76:21 90:21 93:16
  98:13 99:2,24
  100:2,9 101:6,8
  101:13 122:24
  123:2,6,15,19

  130:3,8,14 136:2
  136:13 150:4
  156:23
**businesses** 26:17
  26:18,20,22,23
  33:14,16 76:19
  98:21,22
**busy** 10:19
**buy** 15:1 116:8
  116:10

———————
**C**
———————
**C** 1:17 4:1 5:1
  161:1,1
**CALIFORNIA** 3:2
**call** 34:13 52:1 61:8
  81:13 100:11
  122:17
**called** 12:10,12
  23:11 24:16 25:19
  26:15 27:19 37:24
  45:23 61:11 74:21
  89:6,8 95:1 96:13
  99:12 100:21
  139:17 140:5
**calling** 100:4
**cancer** 76:7,8
**capacities** 147:1
**capacity** 117:11
  146:10 154:2
**capital** 136:1
**care** 10:1 76:2,3
**case** 1:8 54:4,9
**Casey** 5:8 9:6
**CASTLE** 1:2
**CDMA** 87:21
**center** 5:9 77:5
  106:17
**centers** 76:7,8
**CEO** 88:11 89:6
  122:4,5,11 141:1
  141:6,15,22 142:2
  142:8,9,17,18
  143:3,3,21 144:9
  144:11,24 145:2

145:20 146:2,8,11
**certain** 47:12
134:24 135:15
**certainly** 85:12
**Certified** 1:22 3:13
161:3
**certify** 161:4,8,12
162:2
cetera 95:16 114:3
114:3
**CFO** 134:23
**CG** 88:12,13 89:1
91:2 121:13
147:22
**CGC-06-453676**
3:3
**chain** 62:22 63:8
79:14 130:16,23
159:10
**chairman** 92:2,5
122:23 133:16
136:5 137:13
142:6,7,8,11,13
142:14,16,23
143:2,10,12,16
144:24 146:3,9,11
**chairman/CEO**
146:16
**change** 25:6,10
64:22,24 79:23
145:6 163:3
**changed** 24:18
25:12,17,21 26:11
27:5 30:14 35:8
63:16,18,19 64:23
65:2 98:12 117:6
**changes** 63:24
64:19 162:5
**charge** 91:1 93:18
97:2
**charitable** 90:11
**chart** 6:13,15,22
7:9,11,14 10:10
12:5,6,16,16,18
13:4,6 37:7 57:10
58:10 59:7,10,23

60:7,12,16 61:2,4
61:9,10,13,23
62:1,9,10,19
63:11 64:9,15,24
65:21 66:5,13,15
68:11,12,15 69:1
69:5 70:20 71:24
73:22,23 74:20
Case 6:06-md-01769-ACC-DAB
103:19 104:8
105:13,19 106:6
106:10 109:9
110:15 155:5
159:13
**charts** 10:6 13:9,16
31:5 63:23 64:6
64:16,18,19,21
65:8,12,14,16
68:6 73:18 78:1
78:15 103:7 159:9
**check** 144:22
**chemical** 13:5 22:3
26:17,23 56:20
76:22 98:22
**chemicals** 22:7,8
23:5,18 24:1,9,24
25:20 26:2,4,6
27:7,10 77:11,12
**Chief** 140:16 143:3
**Chiu** 5:23
**chosen** 147:14
**Cira** 5:9
**circles** 131:20
**CIRCUIT** 1:9,13
2:2,6,10,14,18
**clarify** 44:10
129:20
**Claus** 92:12,14,18
92:22
**clear** 72:18 99:3
143:7 157:7
**clearly** 145:2
153:18
**clinical** 50:15,20
87:14,16
**coaching** 43:23

**code** 75:20 149:19
150:1,2,5,11,17
150:18,18
**codes** 150:9,23
**collectively** 130:10
**Colleen** 5:8 9:6
**Colleen.voshell...**
5:10
column 38:11
41:22 42:19 47:17
48:16
**combined** 35:10,13
96:20
**come** 11:17 47:14
99:20 126:6
151:17 156:21
157:1
**comes** 46:14 132:7
132:9
**coming** 127:15,20
150:20
**commencement**
161:4
**commencing** 3:10
**comment** 49:20
50:11 81:1
**comments** 11:23
**commercial** 117:17
**commingled** 73:4
**commission** 162:20
**commonly** 20:19
34:4
**companies** 13:15
28:12 33:8 35:4
36:5 48:19 114:7
135:13 137:16
148:14 157:24
**company** 5:16 9:5
18:14,16,20 20:22
21:2,6,16,24
22:11,19 28:4,11
29:3 33:23 36:20
43:12 54:23 63:1
68:18 76:4,6,13
76:22,24 77:3
78:3 79:1,5 85:9

87:9 91:8 92:16
93:9 94:10 95:21
107:7,16,18 108:9
109:2 110:20
113:22 115:10
139:6 146:3
149:18 159:1,4,16
**complete** 40:24
**completes** 80:6
145:9 160:9
**component** 79:10
**comprehensive**
66:15
**Computers** 108:5
**concern** 157:5
**concerned** 102:5
**concluded** 160:23
**conduct** 11:11
149:19 150:2,4,6
150:11,17,18,19
150:24
**conducted** 55:20
55:21 79:10 130:4
130:5
**conducting** 44:2
**confidentiality**
160:15,18
**confirm** 127:10
**confusing** 85:11
144:1
**conglomerate**
76:23
**connection** 148:11
150:21
**consider** 15:8
**consistent** 98:17,23
99:4
**context** 111:24
**continuation** 140:1
**continue** 11:13,15
30:17,22 32:18,19
**continued** 32:20
141:20,21
**continues** 126:19
140:10

**continuing** 14:17
27:11
**continuously** 23:2
**copies** 124:15,17
150:23 151:6
**copy** 37:7 124:19
151:2,7
**corporate** 10:6,9
Document 356-6   17:12
19:22 20:17 28:19
28:21 60:15 64:10
83:1 121:3 148:2
157:8
**corporation** 23:4
23:23 24:15,18
25:5,11 29:19
30:11 35:7 60:18
62:21 74:8 75:14
75:17 99:23 113:7
122:24 123:3
133:16 142:6,13
148:3 159:7,8,15
**corporations** 25:23
84:13
**correct** 29:20 30:3
34:15 100:8
139:23 140:12,14
141:8,11 143:13
143:14 153:1,4
162:3
**corrections** 162:5
**correctly** 14:5
**counsel** 8:16 15:5,8
59:20 60:12 67:1
67:1 68:16 97:13
138:18 156:12,22
161:13,14
**COUNTY** 1:2,7,10
1:14 2:3,7,11,15
2:19 3:2
**couple** 38:10 49:17
107:6 116:24
118:12 158:9,17
**course** 88:10
**court** 1:1,6,9,13 2:2
2:7,11,15,19 3:1

Confidential - Ann V. Booth-Barbarin

9:14 45:4 115:22
**cover** 63:11
**covering** 157:17
**co-counsel** 157:11
157:15
**create** 48:1 49:12
**created** 30:5,12
34:13 148:10
**creation** 121:22
**crossover** 132:5
**CSR** 161:19,21
**current** 69:5 82:24
83:19,20 125:3,22
126:3,6 145:22
146:5
**currently** 121:22
**CV** 28:6 82:14,15
83:17

---

**D**

**D** 1:17 6:2
**DANIELS** 1:9
**date** 3:11 18:16
27:16 28:3 32:21
63:12 76:5 77:14
77:16,18,20,21,23
91:10 126:15
161:10 162:12
**dated** 10:10 13:4
65:22 71:7,8
115:7 161:21
**David** 121:16,22
122:8,22 127:23
128:17,18 133:16
135:16 137:8,13
137:19,21 140:15
145:22 146:4,5,24
147:13,19 153:18
**day** 15:19,21
156:23 162:19
**days** 10:7 15:14,16
15:20 57:3
**dead** 110:1,5
**deal** 11:14 44:10
133:13 134:10
156:3

**dealing** 11:12
113:5
**dealings** 83:22 84:1
**Deceased** 2:8
**December** 13:4
99:6 106:6 115:7
**Dechert** 5:3,7 9:7
9:10
**decided** 49:5
147:19,22
**decides** 147:16
**deciding** 100:10
**decision** 49:2
**decisions** 95:13
131:12 133:7
135:9 136:1
**decision-making**
114:5
**defendants** 9:8,11
**defined** 39:15
**definitely** 64:23
127:15
**definition** 39:21
41:1 43:6 45:22
46:9,15,16
**definitive** 27:17
**Delaware** 1:24:15
24:18 25:23 99:23
120:8 148:3
**delegated** 135:16
135:19,22 137:23
**delegates** 136:11
**delegation** 136:8
**delegations** 136:4
**deliver** 137:14
**demerger** 23:11,13
23:14 24:16,20
27:2,9,14,15
**denoted** 38:15
**department** 96:23
**departments**
132:19
**depending** 98:5
**DEPONENT** 162:1
**deposition** 1:19 3:7

15:5 20:1 37:13
37:22 60:3,5,12
66:3,24 67:3
69:12 71:15,22
72:4 82:17 103:9
104:1,6 105:11,16
114:12 119:20
124:21 151:8,9
159:22 161:12
**depositions** 157:16
**derived** 147:4,5,11
**derives** 147:13
**describe** 39:13
**DESCRIPTION**
6:9
**detail** 32:2 34:9
**develop** 50:19
**developed** 150:12
**developing** 19:2
35:20 136:21
149:18
**development** 18:6
19:5 45:22 46:19
46:20 47:10 50:4
50:12,14,17,18
51:13,19 52:5,7
52:11 53:6,18,23
54:22,24 55:3,12
55:17,19,21,23
56:1,3,6,9,15 57:2
59:3 62:4,15 63:6
78:9,19,22 79:7
79:11 87:13,14,16
93:1 107:14
**different** 10:7
38:22 48:18 63:23
71:2 76:1 86:11
86:13 121:6 138:6
139:16 140:7
**Dillione** 118:3,4
**Diplomate** 1:21
3:12
**direct** 62:21 109:17
**directing** 40:18
**direction** 131:17
133:7,10

**directional** 134:7
**directly** 89:17
132:18 133:13
134:10
**director** 116:12,15
121:15,17 141:18
141:24 144:13,17
153:17,18
**directors** 116:16,17
120:14,22 124:6
152:19,24 153:3,6
153:13,16,23
**disagree** 11:22
**discuss** 16:11,13
**discussed** 156:12
**discussion** 59:18
145:12
**distinguish** 45:14
**Div** 77:7,7,8
**divided** 155:15
**division** 1:7,12,16
2:5,9,13,17,21
77:9,9,10
**divisions** 101:18
**divorces** 156:7
**document** 1:4
12:10,12,15 38:6
43:11 44:15,18
45:9,10,18 48:1
48:12,16 83:12
123:24 124:13,17
140:13 153:9
**documents** 12:24
13:17,20,21 37:9
67:2,4,15,17,20
70:16 118:20
120:3,5 142:15
143:19 144:22
146:2 156:14
157:2 160:1,3
**doing** 46:13 86:5
94:16 159:22
**draft** 45:18
**drug** 18:13 19:15
27:19,20 35:21
47:13 50:21 51:8

90:9 96:13,16,18
96:23,24 97:3,18
97:20,20 98:2
113:11
**drugs** 16:16 19:4
47:6,7,20 51:14
55:4,6 116:24
117:12 136:20
**duly** 7:18 161:5
**duty** 149:10
**D-I-L-L-I-O-N-E**
118:7

---

**E**

**E** 1:17 4:1,1,20 5:1
5:1,19,19 6:2,8
161:1,1 163:1
**earlier** 48:4 60:13
67:16 73:2 74:9
97:14 98:20 116:2
116:22 118:12
142:10 143:8
**early** 39:7 56:13
62:5
**easier** 83:3 86:14
**Eblizzard@blizz...**
4:10
**Ed** 8:23 158:8,16
**EDWARD** 4:9
**effect** 43:5
**effort** 62:11
**eight** 16:1,2
**either** 54:7 56:21
119:4 120:18
142:24 146:8
**Eli** 5:16 9:5
**eliminated** 101:2
**employed** 129:17
**employee** 127:24
161:12,14
**employees** 109:3
150:3
**empowered** 122:23
137:8,12
**endeavor** 61:18,22
**ended** 155:13

---

Confidential - Ann V. Booth-Barbarin

engage 131:12
entire 130:3 159:12
entirely 23:23
entities 20:18 24:22
27:3 34:6 35:10
35:13,20 38:13
41:2,7,21 46:12
47:24 49:7,18,21
53:1 58:1,6,9,11
58:6 60:24 61:20
62:13,17 63:2,5
65:2 71:13 74:6
76:9,19 78:7,18
79:9 84:1,9 90:2
90:13 96:17
106:11 109:12,17
110:13 111:16
112:1,15 121:4,20
123:16 130:6,11
130:13 132:6
133:11,12 134:9
136:9 149:24
151:1 153:7
entity 22:5 23:24
24:1,23 25:19
30:13,15,18,20,22
32:20 33:22 34:5
35:20 36:15,18,21
36:23 41:6 42:7
47:19 48:10,11
54:16,22 55:9
56:16 57:4,8 58:7
59:2,11 60:22
62:2,12 68:21,22
74:2 75:19 76:13
78:7,21 79:4,6
80:23 81:17,23
82:2,3 86:16
88:16 96:12,15
99:11,24 100:12
101:4,12,18 109:4
110:1,5,9 111:4
122:10 124:2
127:1,2,9 139:12
139:16 140:1,2,7
141:10 148:9,22

152:15 155:5
environmental
77:2
equal 131:16
equivalent 133:9
Errata 162:6
ESQUIRE 4:3,9,15
4:20 5:3,8,13
24:10,17,20,22,24
25:3 38:21 75:20
83:17 136:10
150:3
established 75:19
152:23
estate 2:7 90:15
et 1:12,16 2:5,9,13
2:21 3:1 95:16
114:2,3
Ethics 150:2
ET.AL 2:17 3:4
Europe 34:6
evaluation 47:13
event 133:21
everybody 27:5
150:18
exact 18:15 19:4
28:3 44:23 48:8
76:5 87:15 91:9
exactly 25:15 78:4
78:4 96:9 104:24
126:14 156:2
examination 14:1
17:12,14 44:2
158:19 161:5
examined 9:19
example 16:21 29:4
64:22 113:6,11
121:12 133:19
154:2,3,4,6
examples 134:22
exchange 35:3
excuse 31:7,11
32:13 121:13
143:22
executive 84:21,23
85:16 91:21,24

93:15 107:15
122:17,20,21
123:14 125:23
132:16 140:17
143:3
exhibit 37:11,14,22
41:3,20 60:2,6,11
62:10 63:10 64:4
66:18 69:3,8,13
69:22 71:4,5,16
71:23 72:5 73:21
74:18 82:18 83:5
85:6 102:4,19
103:5,10,17 104:2
104:7,18 105:12
105:17 106:3,8
108:17 114:13,19
119:5,21 120:3
124:22 125:7,8
138:21
exhibits 73:5,9
102:1,2
exist 30:17,23
150:12
existed 30:16 59:5
61:5 79:15 150:24
155:10
existence 138:2
147:20
expect 17:9 70:4
Expiration 161:20
expires 162:20
explained 74:9
98:19
extensive 28:10
extent 13:18 65:5
94:19 112:18
113:19 114:3
117:16 131:23
133:17,19 134:1
158:3 159:24
external 108:13,14
142:16 143:15

———————
F

F 1:17,23 161:1
facilitate 148:15,20
facilitating 150:20
facilities 55:24
114:2
facility 154:22
fact 17:15 24:23
fair 86:21 97:12
fairly 28:9
fairness 157:14
fall 79:17
familiar 29:24
43:14,18 44:1
94:24 100:22
far 18:24 38:9
48:19,20,23,24
57:22
February 71:7
103:19 104:23
Federal 43:15,18
feel 20:16 52:14
figure 27:24 56:22
144:22 146:22
file 72:11 125:17
files 64:20 68:1
70:6
filing 37:23 125:15
125:16 148:2
filings 125:12
156:12
finance 68:9,9
134:24 135:2,4,19
financial 135:1
financially 161:15
find 34:8 61:23
62:2,12 70:6
84:23 89:23 128:6
fine 59:13 62:23
88:20 102:22
firm 8:22 14:15
33:24
first 15:19,20 16:21
17:4,7 18:12 19:8
27:18,24 31:8
35:14 42:18 60:22

74:18 106:21
126:17 138:23
139:11
flesh 75:23
Floor 4:21
focus 17:14 82:8,11
focused 86:1,19
folder 64:9 86:3
folks 18:9 159:2
follow 44:11 62:24
70:9
following 24:3
87:23
follows 9:20
followup 41:9,10
41:12 58:14
followups 157:1
158:17
foregoing 161:8
162:3
foreign 75:14,17
forget 118:15
form 28:15 38:1,14
39:15,16,23,24
41:14 44:19 45:11
113:16 136:15
137:17 162:5
formal 134:18
formality 101:20
formally 33:14
112:15
formed 25:5 34:7
Formulation 51:4
Form-20F 6:11
37:16
forth 18:7 161:10
forward 21:14,22
25:24
foundations 90:8,9
four 1:20 3:8 8:13
38:21 160:2
frame 98:6
FRANCISCO 3:3
free 90:9 149:10
Friday 10:23 11:4
11:17 14:17 15:18

Confidential - Ann V. Booth-Barbarin

15:21 17:9,11,13
17:17 156:20
**friend** 1:14 2:3
**front** 65:20
**FSC** 75:13
**fully** 39:14,21
**fulsome** 40:13
**function** 53:24
96:24 97:2 98:2
112:10 131:24
132:2 135:2,4
**functions** 28:23
133:15 157:23
**fundamental** 18:1
**further** 137:15
156:11 161:8,12

### G

**Gate** 154:13
**GB** 74:21,23
**general** 103:20
121:8,10 141:9
**generally** 39:8 56:8
130:1 156:8
**Generically** 55:2
**gentleman** 114:20
116:2
**getting** 86:24
138:21
**giant** 76:23
**give** 11:2,20 20:1
27:16 29:16 40:24
44:23 58:6 59:11
64:10 65:22 70:10
72:22 90:9 120:18
124:11,19 133:7
133:10 134:22
138:19
**given** 17:22 64:4
72:10,17 73:10
151:7,12,14 162:4
**global** 96:18,24
97:3 112:20,21
113:1,4,9,19,20
113:21,23 114:4,5
114:6 116:11,15

116:16 118:17
149:3 150:5,6
**globally** 112:10,11
151:4
**go** 17:9 28:16,18
41:13,15 44:20
45:12 52:24 54:17
58:22 59:21 63:3
63:8,22 100:3,6
105:2 113:10,14
113:17 114:8
119:7 126:6 127:3
133:3,22,24 134:2
135:2,3,3 136:16
142:3 152:3 156:1
**going** 11:7,13,19,21
14:15 17:11,14
18:4 31:11,13,21
56:12 62:11 69:21
73:17 78:17 86:12
100:11 102:3
103:16 106:2,13
108:17 121:13
124:10 133:18,22
138:11 159:22
**Golkow** 1:21,23
3:12 8:5 161:3,19
**good** 80:1 86:7
**Gotcha** 25:2 63:9
147:17
**gotten** 73:12
**government** 125:18
**great** 44:10
**group** 23:22 30:9
30:10 34:21 35:4
35:6,7,23 36:5,16
47:24 65:15 68:5
74:11,21,23 75:1
75:4,7,23 78:18
79:5,9 96:16,19
99:7,11 100:5
101:9 103:21
107:24 108:2,18
108:24 109:1,5,18
114:7 115:5,13
121:20 122:22

123:13,21 149:3
149:13
**Groups** 98:10,12
98:13
**GSK** 91:17
**guess** 52:20 53:15
53:16 55:18 95:14
114:18 129:4
134:22
**guessing** 91:14
**guidance** 133:8,10
**guy** 87:14 95:2
**guys** 159:24

### H

**H** 6:8
**Hamilton** 5:13,13
9:3,4,4 160:17
**Hamiltonm@pe...**
5:16
**hand** 73:8 104:16
**handed** 73:2 103:1
**handful** 89:7
**Handing** 13:21
70:15 83:11
124:13 153:9
**happen** 131:15
154:7
**happened** 23:8
24:20 25:9,11
27:2,9,9 34:19
74:8
**happening** 131:13
**happens** 133:11
**happy** 14:20 15:2
77:22
**hard** 10:16 100:16
**harmonized** 149:7
149:9
**Hart-Scott** 125:12
125:16
**head** 39:12 76:6
89:14 93:14 97:11
112:8 139:4
**headquarters**
154:10,11,12,18

154:20 155:1
**Health** 76:2,3
**healthcare** 90:21
**heap** 108:19
**heard** 14:13 17:3,6
18:12 19:8 116:4
**held** 1:20 3:8 59:18
96:3
**help** 8:24 36:10
85:3 94:12,19
108:15 115:21
124:12
**helped** 44:9
**helpful** 86:5 94:19
100:15
**helps** 101:22
**hereinbefore**
161:10
**historical** 78:2
90:14
**historically** 33:9
97:23
**history** 139:10
**hive** 26:15
**hived** 98:19
**hold** 70:24 71:9
**holdings** 7:5,7,13
12:17 60:18,24
61:15,16 62:20
65:21 74:2,4,15
74:16 103:11,20
103:21 104:3,22
104:23 105:18
**Hotel** 8:13
**hours** 15:22
**Houston** 4:10,16
**human** 127:19
**Hwheeler@blizz...**
4:11

### I

**ICI** 18:21 21:8 22:1
22:10,20 24:2,10
24:16,17,23 25:13
25:17,19,21 26:2
26:24,24 30:13

33:11,13,15 54:18
56:12,18,19,24
57:2 59:4 60:23
61:16 62:5,20
64:22 65:21 98:9
98:12 99:3 101:13
150:17
**idea** 68:7
**identification**
37:17 60:8 66:6
69:17 71:20 72:2
72:8 82:20 103:12
104:4,9 114,14,20
114:15 119:23
124:24
**identify** 65:13
106:4
**identifying** 157:22
**III** 4:20
**immediately** 87:23
**Imperial** 13:5 22:2
22:7 23:5,18 24:1
24:8,24 26:1,3,6
27:7,10 56:20
**implemented**
150:13
**implementing**
149:18 150:15
**implements** 136:8
**implications** 113:9
114:6,6
**important** 17:24
134:9
**include** 33:11,17
53:19 96:4 135:18
**included** 78:23
**includes** 47:10
**including** 84:13
**incorporated** 22:21
25:18 30:20
148:17
**indicate** 159:9
**indicated** 44:16
**Indicating** 153:8
154:14
**individual** 87:1

94:16
**individuals** 108:22
  117:9 157:22
**Industries** 13:5
  22:3,8,9 23:5,19
  25:1 26:7 27:7,10
**industry** 149:12
**influence** 49:20
**Info** 107:21
**information** 6:12
  13:13 31:2,24
  37:16 38:2 40:15
**initiatives** 148:12
**input** 46:5,8
**insurance** 38:23
**intend** 12:23 47:22
**intentions** 86:8
**interactions** 80:21
  84:5 135:1
**Intercept** 149:2,3
  149:13
**interest** 26:1 27:11
  27:12 155:20,23
**interested** 161:15
**interests** 137:16
**international** 93:19
**interpose** 136:24
**interrupt** 143:24
**interrupting** 81:2
  85:2
**introduce** 8:16
**investor** 113:6
  135:24
**involve** 96:1
**involved** 36:12
  47:19 51:13,18,24
  52:3,6,10,11 53:5
  59:3 62:3,14 65:6
  78:8,19,22 92:24
  108:23 111:11
  134:3
**involvement** 28:10
  49:16 50:9 52:4
**involves** 113:19
  114:4
**in-licensing** 95:15

95:18 148:16
**issue** 97:18
**issues** 36:21 77:2
  159:17
**Italy** 127:8,9

**J**

**J** 4:3 5:13
**Jacked** 6:2
**Jan** 128:3,3
**JANSSEN** 1:16 2:5
  2:9,12,20
**January** 98:14
  99:21
**Jersey** 1:6 4:23
  161:4
**job** 112:5
**Johanssen** 88:11
  91:2 121:14
  140:24
**John** 1:23 95:3
  128:14,15,21
  134:23 135:20
**joined** 21:13
**Jonathan** 128:20
**Julia** 118:1
**July** 65:22 68:13
  138:23 140:4,19
  140:21,22,23
**June** 27:3 34:2

**K**

**KATHRYN** 3:1
**KB** 138:22,24
  139:13,19
**keep** 14:10 125:11
**Kennedy** 1:23
**kept** 151:19
**Kevin** 114:23 115:9
**key** 82:10
**kind** 11:11 17:24
  27:16 34:18 38:12
  60:17 64:9,14
  74:14 75:4,18
  90:14 95:13,15,17
  99:16 100:10

109:10,22 110:14
  113:4 122:23
  129:9 132:1 136:7
  139:5 147:16
  150:7,15,19
  155:23 156:8
**knew** 18:24
**know** 14:20,24 16:5
  19:15,24 20:5,8
  20:11,12 21:24
  28:8 34:1,7 35:19
  36:8,11,14 40:3,4
  40:9 44:7 46:21
  47:11,22 48:8,19
  48:20,23,24 49:9
  50:18 51:17,21,23
  51:24 52:4,13
  54:1,15,21 55:11
  55:13,22,24 56:5
  56:7 57:2 59:8,9
  62:12 64:11 69:5
  78:15 79:20 81:11
  87:3 88:3,6,7
  89:20 91:12,15
  92:8,13 93:4,13
  93:23 94:3 95:2,3
  95:10,13 96:8,9
  96:15,18,22 98:4
  101:12,16,22
  102:12,16 107:17
  108:21 110:17
  111:14 113:21,22
  114:20,23 116:2,5
  116:9,12,17,19,21
  117:1,4,6,7,8,20
  117:21 118:5,9
  120:5 121:16,22
  123:18,19 124:9
  125:13,19,20
  126:5,8,13,14,23
  127:7 128:13
  131:19 133:21
  134:4,14 136:19
  137:19 138:11

139:2 143:9
  148:16 149:8,8
  150:9 151:24
  156:6,22
**knowledge** 17:1
  18:2 20:17 21:15
  21:21 28:13 53:9
  63:16 101:20
  63:16 101:20
**known** 141:6
**Krall** 87:3,5 89:7
  91:4

**L**

**L** 1:17,21 3:11 5:19
  161:3,19
**LAMINACK** 4:15
**Lane** 4:4
**Larry** 116:5
**lasted** 27:15
**late** 21:2
**launch** 51:9,9 98:8
  117:3,10
**launched** 27:21
  113:13
**law** 1:7 14:14 150:8
**lawyer** 44:13
**lawyers** 118:8
**LC** 142:7
**leadership** 85:7
  86:14 87:23 88:10
  88:16 89:9 90:19
  95:24 129:2,12
**leading** 79:15
**learn** 16:21
**learned** 27:19,24
**leave** 91:7
**leaving** 127:14
**left** 48:15 142:2,4
**left-hand** 41:22
**legal** 8:4 24:22
  28:22 30:12,15,17
  30:19 32:20 36:23
  46:12 48:10,11

49:20 56:2,10
  57:4,8 59:10 74:2
  78:21 79:4 84:8
  96:17 99:23
  100:11 101:4,18
  111:16 117:15
  121:20 122:9
  122:11 127:1,2,9
  133:6,9 136:9
  139:15 140:2,7
  148:22 149:23
**LENA** 2:2
**letter** 7:15 114:13
  114:22
**let's** 21:22 32:18
  34:2 35:18 44:20
  47:14 50:2 52:24
  54:17 55:7 58:1
  60:1 63:17 65:24
  70:22 72:19 80:3
  82:8,11 103:4,23
  105:2 114:9 119:8
  124:8 132:5 143:6
  152:3
**level** 32:2 34:9 52:4
  68:24,24 84:2
**liabilities** 33:7 77:1
**liability** 29:3
  116:23 117:2,10
**license** 133:23
**licensing** 95:17,20
  133:20 136:3
  148:12,20
**likes** 12:2
**Lilly** 5:16 9:5
  160:12,17
**limited** 36:7,10,15
  37:3 45:24 48:7
  52:10,20 56:7
  78:24 79:17,19
  81:22,24 82:1
  83:23 84:14 99:17
  99:19 109:6,10,14
  120:8,15,20,21
  121:8,24 123:10
  124:3 127:14

Confidential - Ann V. Booth-Barbarin

128:1,16 129:7,10
129:15,22,24
130:2,7 132:6,12
141:6 142:7,20
143:13 144:1,13
144:20 145:3,20
146:17 153:12,14
153:19 154:1,7,10
154:19,22 155:8,9
155:17,18,20,22
**Linda** 1:21 3:11
161:3,19
**line** 24:7 163:3
**lineage** 159:12
**link** 134:8,15
**list** 7:17,18 49:2,6
50:5 53:1 106:16
118:22 119:21
120:6 121:13
123:22 124:5,22
125:9,11 126:16
138:11,15,22
**listed** 38:14,16
39:15,22 41:3,22
46:10 48:7,15
49:18 50:3,6
114:21 159:13
**lists** 42:10
**literally** 117:14
**litigation** 1:3,7 8:5
8:10 117:19
**litigators** 117:18
**little** 66:13 94:14
98:10
**LLP** 5:3,7,13
**located** 22:12 53:18
54:23 55:9,12,13
126:24 127:3
153:15
**Logan** 1:20 3:9
5:14 8:13
**LOIS** 2:6
**London** 154:13
**long** 14:24 15:12
22:17 54:1 57:5
138:1

**longer** 23:17 30:16
72:16 99:3 122:9
151:15 155:14
**look** 37:21 41:20
50:2 65:14 66:18
78:14 114:19
143:18 156:18
**looking** 28:6 38:20
57:16
**looks** 104:19,24
**lot** 31:5 131:19
**LOUIS** 1:10,14 2:3
2:7,11,15,19
**LOUISE** 1:15
**Louisiana** 4:9,16
**LP** 49:23,24 50:3
51:11 52:2 80:22
81:4,7 83:24
84:19 99:8,12
111:3 120:8,17
122:6 124:5
138:22 139:13,15
139:20 140:6,18
141:16,23 142:3,5
144:12 155:7,19
**LUDWIG** 4:20
**Lundberg** 128:2
**Luxenberg** 4:3
5:22 8:19 14:15
**Lynn** 126:13
127:15,15,17
**L.P** 1:11,16 2:5,9
2:13,17,21 3:4

---

### M

**M** 107:15
**magic** 61:13
**magistrate** 11:8
**Maiden** 4:4
**main** 29:15 79:4
154:22
**major** 136:1,2
**making** 32:10,14
51:3
**MALDANADO**

1:13
**manage** 123:17
**managed** 77:3
**management** 76:12
76:24 77:3 84:17
89:12 121:1
123:20 129:6,6
137:22 146:12
**managers** 122:22
**manages** 76:7
**Manning** 118:1
**manufactured**
114:1
**manufacturing**
51:1,4 113:20
**Maqrch** 6:23
**March** 6:17,20
10:11 63:14 69:15
69:23 70:3,21
71:8,18,24
**mark** 37:8,10 60:1
65:24 69:7 70:22
72:19 82:14,24
103:4,23 114:9
**marked** 37:17,22
60:7,11 62:10
66:5,11 69:16
71:19 72:1,7 73:5
73:9 82:20 102:4
103:12 104:4,9
105:14,20 106:3
114:15,18 119:22
120:2 124:23
125:7
**market** 84:9
**marketed** 19:12,14
84:3
**marketing** 18:7
51:7,8,10,14,19
51:24 52:12 53:6
53:14 93:19,24
94:2 100:21
107:10 136:21
**marking** 73:18
**Martin** 126:4 128:6

128:7
**MARTINES** 4:15
**MARY** 2:4
**match** 86:15
**materials** 70:11
**Matt** 9:3
**matters** 160:16,19
**MATTHEW** 2:7
5:10
**Ma'am** 102:3 120:2
**MCCARTHY** 4:8
**McDonald** 8:3
**McKenna** 114:23
**McKillop** 92:1
**MDL** 1:3
**mean** 19:10,11 20:4
20:9 28:3 36:18
46:18 47:23 48:17
49:13 50:13,18,24
52:14 54:10 55:5
64:8 67:11,12
68:23 70:4 77:19
77:21 78:16 95:10
96:9,15 99:15
101:3 102:14,21
111:13,17,23
117:14 123:4,17
123:18 131:18
134:13,14,14
135:6,14,23 137:7
143:10 146:13
151:10
**meaning** 55:14
139:9
**means** 43:7,10
44:15,16,18 45:8
45:10 46:19,21
47:1,18 48:6,21
50:15,17 51:1,8
139:8
**meant** 41:8 44:5
81:9
**mechanism** 138:5
**medical** 87:17
**meet** 15:12,17,23
**meeting** 67:1

**meetings** 151:20
**Mellon** 4:20 8:21
8:21
**member** 8:3 122:16
130:24 131:1
136:6
**members** 136:5
138:14 153:5,13
138:14 153:5,13
**mention** 23:2 36:10
**mentioned** 23:4
36:9 55:15 62:5
68:4 91:22 116:22
117:1 118:11,13
149:16
**Merck** 155:5,11,12
155:13,15,15,19
155:21 156:1
**merge** 139:7
**merged** 24:10 35:5
91:13
**merger** 34:12,21,23
34:24 35:3 36:2
54:4,9,11 70:18
73:24 74:3,9,13
80:19 84:16 87:24
88:24 90:23 93:17
96:11 97:6 138:3
138:8,12 147:21
150:16,21
**mergers** 30:1 35:1
**met** 15:4
**Michael** 93:3
**Michelle** 118:3,4
**microphone** 158:23
**MIDDLESEX** 1:7
**Mike** 93:5 107:17
**mind** 158:8
**minor** 1:13 2:2
**minute** 31:10
**minutes** 151:19
**mirror** 69:1
**MISSOURI** 1:11
1:15 2:4,8,12,16
2:20
**misspoke** 132:22
144:24

Confidential - Ann V. Booth-Barbarin

misunderstood 110:8
Money 156:1
months 11:12
MOORE 2:18
morning 10:21 73:20 156:16
Motel 160:7
mother 42:3,6
move 21:22 38:12 140:4
movement 27:14
multinational 62:22
multiple 124:15,16
Munno 5:3 9:9,9 9:24 10:4,15,24 11:5,9,19 12:4,21 13:1,23 16:9,23 17:5,8,21 20:2,10 21:5 26:3 28:15 31:7,10,16,24 32:13 33:2 39:16 39:24 40:10,19 41:5,14 43:9,17 43:21,24 44:19 45:11 46:23 57:9 57:16,20 58:11,15 58:22 59:14 61:17 61:22 65:18 68:18 70:10,15,19,24 71:6 72:12,21 73:7 80:1,24 81:6 81:11 82:22 83:9 83:15 85:1,18,22 86:4,9,21 88:14 88:20 94:4,15,21 102:13,17 113:15 115:16,21 118:18 119:3 124:9,16 132:21 136:14,24 137:17 142:21 143:22 144:5 146:14 157:13 158:6,15 160:5,11 160:20

M-A-N-N-I-N-G 118:18

N
N 1:17,17 4:1 5:1 5:19 6:2
NABERS 4:8
name 8:3 14:14 24:19 25:5,10,13 25:18,21 30:14 35:8 48:9 57:4 58:7 59:12 61:13 64:22,23 92:7 95:3 97:1 101:10 101:21 106:21 110:18 116:3,4,7 116:9 118:6 126:17 139:6,13 139:16 140:8
names 11:19 26:11 27:5 62:13 65:2 86:13 97:8,11 98:18 100:1 101:17 106:16 108:21
National 8:4
natural 1:14 2:3
necessarily 62:16 63:3,6 78:17 79:14 112:19 133:24 135:3
need 14:23 59:9 78:14 98:4 125:19 125:19 146:1 148:22 156:21 158:23 159:2
needs 130:9
neither 31:17 161:12,14
new 1:2,6 4:4,4,23 5:4,4 8:19,19 25:4 25:11 26:24 87:22 103:4 113:11 128:18 149:18 150:15,20 151:11 153:21 161:4

Niklasson 128:5
nods 15:3 68:2
nomenclature 68:10
North 128:22 131:3 131:23 132:17
Nos 7:15 114:14
Notary 3:13 161:3
note 94:5
noted 6:17,20 69:15 71:18 162:5
notes 45:3
notice 151:8 156:15 157:12
notwithstanding 86:8 157:10
November 7:14 12:18 34:3 105:19 106:10 108:24
nuances 150:8
number 14:16 28:22,23 76:8,18 76:19 80:14 83:5 83:6 90:12,13 92:11 106:13 135:18,23 145:16 148:19 159:1 161:20,21
numbers 125:19
numerous 28:12
NV 53:11

O
O 1:17 5:19
Object 113:15 136:14
objection 28:15 39:16,24 40:10 41:5,14 44:19 45:11 46:23 137:1 137:17
objections 43:20
obstreperous 86:6
obtain 78:2
occur 56:4,6,9,16

99:18
occurred 80:20 145:13
officer 121:14,18 140:17 143:4
officers 7:17,18 13:14,19 119:22 120:7,11,16,24
offered 103:7 129:5 138:22
offloads 136:22
off-the-record 59:18
oh 75:6 101:8 110:7 111:7
okay 10:3 14:9,12 15:7,11,15 17:18 17:23 18:18,23 19:6,23 20:15 21:4,19 22:6 23:21 24:5,14 25:8 26:13 29:7 30:4 32:16,23 33:10,20 34:10,16 35:11,17 37:1 38:8 40:7 42:5,9 43:2,13,13 45:20 46:7 47:4,14,15 48:2,13 49:11,15 49:22 50:1,7,21 51:16 52:8,16 53:10 54:5 55:10 56:14,24 57:6 58:8 60:20 61:7 62:8,18 63:9 65:17 66:10,22 67:14 68:3 69:20 70:8,13 71:9 72:23,24 73:11 74:17 75:7,15,24 77:4 78:5,13 79:22,24 81:12,15 82:7,10,14 86:17 86:21 87:11,18 88:8,13,20 89:10 91:19 92:10,23

93:11,20 94:18 95:5,9 96:10 98:3 98:7 100:10,14 102:2,10 103:5,15 103:22 104:12,21 106:1,5,12,19 107:4 108:1 109:8 110:22 112:13 114:21 115:2,11 116:18 118:2 120:10 121:11 122:3 123:8 124:7 125:21 126:22 127:11 130:21 132:3 135:17 136:18 138:16,20 140:3 141:19 143:5,11,17 145:5 147:9 148:1 149:15,21 152:21 154:15 155:2 156:9 159:18
old 33:8
once 38:22 47:12 85:4
ones 46:6 47:22 76:1 82:10 90:5 129:3 149:24
open 15:1 58:20 59:1
operate 131:14 133:6 147:16
operated 23:2 33:8
operating 12:10 36:15,17,21 57:4 57:8 58:7 79:4,6 82:2,3 84:9 90:15 149:24 157:23
operation 135:13
operational 81:23 84:2
operations 109:21 111:1,15,16,19,21 112:7,10,17 131:6 131:24 132:1
opportunities

Confidential - Ann V. Booth-Barbarin

95:16,21 148:21
**opportunity** 49:19
50:10 64:5 133:21
156:18
**opposed** 115:17
132:23 146:16
**order** 52:17 148:14
148:19 160:15,19
**org** 10:9,23 46:15
12:16 63:11 65:20
66:12,15 85:6
155:5
**organization** 6:22
7:9,11,14 10:5
12:18 13:3,6
71:24 104:8
105:13,19 112:20
112:22 113:1,4,23
**organizational**
6:13,14 13:9,15
34:12 57:10 60:7
60:16 61:13 66:5
66:20 70:20 73:23
83:2 103:18 106:6
106:9 157:9
**organizations**
86:12
**organized** 116:17
**originally** 88:4,4,24
155:12
**ourself** 100:11
**outline** 98:10
**outside** 81:18 94:6
**overlap** 153:10,23
**overseen** 112:16
**oversight** 112:19
**owner** 63:8
**ownership** 6:16,19
62:21 63:3,7
69:14 71:17
**O'Brien** 93:4
**O'Shea** 107:6

———————
**P**
**P** 4:1,1 5:1,1,19
**package** 10:1 11:20

**packaging** 51:5
**page** 6:3,9 74:1,18
138:23 139:11,19
163:3
**pages** 71:2 102:6
162:3
**PAMELA** 2:18
**papers** 73:19
**paradel** 40:21
**paraphrase** 44:3
**parent** 30:11 35:7,9
60:17,21 62:21
68:24 69:6 74:8
74:11,13,14 84:12
113:7 122:24
123:3 133:16
142:5,13,19,22
159:1,4,7,8,14
**parentage** 159:10
**Park** 154:21
**part** 24:2 35:5
49:14 52:3 84:11
87:22 88:9 134:5
155:12 156:3
**particular** 43:11
47:19 56:16 85:16
86:24 89:21 94:7
94:11,16 109:9
157:23
**parties** 161:13
**partner** 121:8,10
141:9
**partnership** 99:18
99:20 120:9,15,20
120:21 121:9
129:22,24 140:5
141:6 155:8,17,18
155:20,23
**partnerships** 90:17
124:3 129:7,11,15
130:2,7 155:10
**pass** 47:12 131:14
**patch** 63:2
**patient** 90:10
**Patterson** 95:3 96:3
128:14

**Paul** 4:3 8:18 11:22
14:14 16:23 43:21
58:11 65:19 73:8
80:2 82:23 85:1
94:4 132:21
143:22 146:14
**PC** 4:20
**Pennock** 4:3 6:5
8:8,11,19,20,21
10:18 11:3,6,10
12:2,20,22 13:22
14:3,14 16:18
17:3,6,18,22 18:9
20:6,14 21:8,11
26:5 28:17 31:9
31:15,20 32:11,16
32:17 33:4 37:6
37:20 39:17,18
40:1,17,22 41:11
41:18 43:13,19,22
44:8,12,20 45:6
45:15 47:3 57:14
57:17,24 58:13,19
58:23,24 59:21,22
60:1,10 61:19,24
65:24 66:9 68:20
69:7,19 70:13,22
71:3 72:19,24
73:6,11,15,16
79:22 80:3,16,24
81:5,9,15,19
82:13 83:6,11,16
85:14,19,23 86:7
86:17,23 87:2
88:18,22 94:12,18
94:22,23 102:23
103:14,22 104:11
105:2,24 114:9,17
115:24 118:19
119:1,7 120:1
124:18 125:4
133:2 136:17
137:10,24 142:23
144:3,8 145:5,18
146:18 147:2
151:16 152:3,14

156:9 158:1,7,13
158:16 160:6
**Pennsylvania** 1:21
1:24 3:10 4:21
5:9,15 8:15
**people** 44:2 49:5
53:18 71:12 97:2
97:15,17 101:7,9
117:21 121:7,19
125:23 126:5,24
129:10,14,21
133:8,12 134:9,15
135:1 138:7,12
**Pepper** 5:13 9:4
**percent** 155:19
**period** 28:8,20
63:11 64:6 98:9
**permission** 65:19
**PERRIN** 5:20
**person** 49:4 91:1
98:5 112:8 116:16
117:20 131:22
146:8
**person's** 48:9
**perspective** 78:3
117:19 118:15,16
**Petrik** 159:23
**PHARMACEUT...**
1:16 2:5,9,12,20
**pharmaceutical**
33:22 77:8 93:16
96:4,6 98:9,12,13
99:1 101:6,7,15
123:15 130:3
136:13
**pharmaceuticals**
1:11 2:17 3:4
33:18 51:12 52:2
81:4 84:3 90:21
99:7,8,11,12,16
100:22 101:9,11
101:14 106:17
107:2,21 111:3
120:7 122:6 123:6
136:20 139:14

140:6,18 141:7,16
141:23 142:5
144:12 149:6,10
**Pharms** 77:7
**Philadelphia** 1:20
1:24 3:9 4:21 5:9
5:15 8:14 9:5
**picking** 64:11
**piece** 89:4 100:16
**pile** 68:16 73:19
119:6
**pipeline** 27:20
**Pirtle** 4:15,15 9:1,1
**place** 55:14,18
56:23 79:8 126:14
127:21 161:9
**plaintiffs** 4:6,12,17
4:23 8:24 9:2
**play** 46:21
**Plaza** 5:4
**PLC** 13:6 22:3,9,10
23:5,20,22 26:4,7
27:10 30:9,10
33:12 34:22 35:8
35:8 36:16,19
42:8 56:20 58:7
61:16 69:6 74:10
74:12 81:21 84:14
84:18 103:21
108:18,24 109:1,5
109:18 121:23
144:1,21 146:9,11
146:16 147:6,12
147:14 153:2
154:1,8,17 159:8
159:15
**please** 8:17 9:15
14:19 31:1 44:22
106:4
**PLP** 49:24 83:24
120:17 124:5
**plural** 157:16
**plus** 73:8
**point** 19:5 25:24
26:8,9,10 27:4,17

Confidential - Ann V. Booth-Barbarin

34:11 121:17
126:5 140:18,19
140:20 147:18
151:1
**pointed** 106:24
107:22 155:4
**pool** 75:18
**portion** 45:3
**position** 95:1,9,63
142:2
**possible** 64:16 65:1
96:21
**post** 47:11 51:9
**potentially** 59:4
121:17 134:5
**power** 136:7,11,23
147:4,5,11,14
**powers** 135:15,21
**Ppennock@weit...**
4:5
**preclinical** 39:9,10
47:8,11,20 50:15
50:20
**predecessor** 101:11
**prefer** 31:17,21
**premerger** 12:5,7
74:19
**prepare** 67:2
**prepared** 98:11
**presented** 157:3,8
157:19
**presidency** 142:2
**president** 87:12,20
111:1,20 112:7
132:16 140:16,24
141:5,15,22
144:11
**pretty** 10:16,19
40:13
**previous** 150:16
**primarily** 29:23
96:12
**primary** 82:1
103:20
**principal** 38:15,16
38:22 39:1,14,22

41:2 42:1,2,6,11
42:13,13,18 45:23
46:11 47:18 48:17
49:6 74:4 84:8
**printed** 77:19,20
77:23
**prior** 15:5 21:17,21
24:9 66:23 88:24
**probably** 14:17
31:5 32:1 40:8,23
55:8 68:5 77:18
77:23 92:21
121:21 159:6
**problem** 17:11,17
58:3 94:8
**proceed** 9:23 13:22
**process** 98:23
134:6,18,18
**product** 29:3 95:1
95:4,23,23 96:2
114:1 116:16
117:14,15,16
118:9,11
**production** 50:24
51:14,19 52:3,12
53:6,13
**products** 29:5,11
29:15,18 53:20
84:10 95:14 96:4
111:17 116:23
117:2,9 118:12
**pronounced** 14:5
**propounded** 162:4
**provide** 34:10
138:18
**provided** 28:7,21
31:4 60:13 67:16
67:17,18,21,22
68:16 120:4
156:15 158:4
**provides** 133:14
**public** 3:14 13:16
108:14 110:6
142:15 143:19
144:22 146:2

161:3 162:22
**publicly** 36:19
**publicly-traded**
109:2 146:3
159:16
**pull** 44:21 58:1
**pulled** 64:13 67:11
67:13
**pulling** 67:6
**Pulmicort** 29:14
**purchased** 33:22
**purchasing** 113:20
**purpose** 157:21
**purposes** 77:23
157:20
**pursuant** 156:15
**put** 10:20 65:20
77:22 84:18
102:21 125:10,11
138:5
**P.C** 4:3
**p.m** 80:7,10,11,15
105:5,8,9,23
119:11,14,15,18
145:10,17 152:6,9
152:10,13 160:10
160:23

___

**Q**

**question** 15:1
16:14 18:11 20:10
24:4 40:16,21
41:10,12,17 44:21
44:22 48:4 52:15
52:18 53:2 58:14
58:18,20 59:1,15
59:16 94:9 100:7
117:5 125:6 133:1
134:19 135:5
137:9 144:2
146:15,19,21,23
158:22 159:19
**questions** 14:16,19
17:20 31:18 32:5
38:11 40:11 41:9
85:20 94:11,13

125:20 149:1
156:11 158:10
162:4
**quick** 119:8

___

**R**

**R** 4:1 5:1,19 161:1
163:1,1
**Radliff** 5:21 72:10
72:16 83:4 118:21
151:13
**read** 12:23 45:4
104:20 162:2
**reading** 100:3
**ready** 80:17
**real** 90:14
**really** 19:3 28:2
32:7,9 64:14
75:19 81:9 90:14
94:3 109:3 111:14
137:1 143:23
**reason** 10:13 47:9
109:16
**recall** 19:11,11,13
56:17 97:9,10
**receive** 160:3
**received** 32:1
**recess** 80:9 105:7
119:13 152:8
**reciprocate** 12:1
**recognize** 38:5
**recollection** 19:4
67:8 111:9
**recommendation**
86:19
**record** 8:8,17 11:7
15:1 31:12,14
43:23 58:21 59:2
80:7,15 105:3,5
105:23 119:8,11
119:18 145:10,13
145:17 152:4,6,13
156:13 158:2
159:21 160:7,10
160:13
**refer** 77:16 149:22

**reference** 139:1
**referencing** 64:7
**referred** 20:19 34:4
81:7 159:5
**referring** 69:3
150:15 158:24
159:6
**reflect** 58:10 66:19
**regarding** 20:17
21:16 29:3,17
131:12
**Registered** 1:21
3:12
**regulations** 150:9
**regulatory** 87:17
107:14 115:5,5,12
**relate** 135:11
**related** 18:6 24:8
27:6 33:15 79:11
**relates** 1:4 117:16
**relations** 113:6
135:24
**relationship** 155:11
155:14
**relationships** 10:7
114:8
**relative** 161:12,14
**remarks** 32:8,12
**remember** 15:18
18:15 28:2 33:12
42:24 57:3 71:12
76:5 89:13 91:9
139:3,9
**remnant** 101:10
**removed** 153:20
**renamed** 54:15
**rephrase** 14:20
39:17 112:3
**replaced** 126:12
128:7,9
**report** 6:11 37:15
38:1 49:14 142:15
143:20
**reported** 109:13
**reporter** 1:21,22
3:12,13 9:14 45:4

Confidential - Ann V. Booth-Barbarin

115:22 161:3
reporting 89:17
 109:22
reports 13:12
 130:16,19,22
representative 2:7
 64:10
Representing 4:6
 4:12,13,19,21
 5:16
represents 131:3
requested 45:2
requests 125:14
required 150:4
research 39:2,6,8
 39:22 41:1,8
 42:19 43:5,6
 44:15 45:8 46:9
 46:15,16,19,19
 47:2,6,7,10,17
 48:6,15 49:3 50:3
 50:14,16,17 51:13
 51:18 52:5,7,11
 53:5,17,23 54:21
 54:24 55:2,11,17
 55:19,20,23,24
 56:3,6,8,15 57:1
 59:3 62:3,14 63:5
 78:8,19,22 79:7
 79:10 87:13 93:1
 107:13
reserve 156:19
residual 33:7
 155:19,22
resources 127:19
respect 28:11 29:5
 49:17 84:2 97:17
 116:24 136:11,12
 147:23
responsibilities
 137:4
responsible 49:13
 90:20 96:12
Respules 29:14
rest 46:2 47:23
 140:11

restate 18:11
Restructuring 7:1
 12:13 72:6
restructurings 30:1
result 34:22 35:2
 76:14 155:16,21
resume 7:3 67:12
 82:18 83:18 90:1
role 29:16,23 57:21
 94:1 95:22 108:12
 141:20,21 149:17
 153:21
reveal 65:9
review 149:4
Rhinecort 29:13
Rhonda 5:21
right 10:14,18,22
 11:16 14:21 15:2
 16:19 17:10 22:22
 23:16 25:14 30:6
 33:23 34:14 35:15
 37:5 38:19 39:10
 41:22 42:16,20
 43:7 44:24 46:17
 49:18 51:2,6
 52:24 54:11,13,20
 55:18 56:11 58:4
 58:22,23 59:6
 65:9 68:13 70:1
 70:18 72:12,13
 73:6,15,24 74:2
 74:13,15,16 75:12
 75:21 76:11 81:5
 81:21 83:8,18,21
 84:15 85:14,21
 86:2,20 87:17,20
 87:24 88:2,11
 89:2,13 90:18,22
 90:23 91:22 92:11
 92:4 93:21 94:22
 98:15,17 101:24
 107:4 108:3,7,16
 108:19 109:23
 110:16 115:15
 116:12 126:1,2,20
 134:20 135:17
 139:3,18,21
 140:23 141:12
 144:14 147:21

152:16 158:14
 159:14
right-hand 38:9
 47:17
RISPERDAL/SE...
 1:6
Robert 8:3 106:22
Rockefeller 5:4
Rockefeller's 5:21
Rodney 2:16
Roe 20:1,2,14
 94:1 95:22 108:12
 141:20,21 149:17
 153:21
Ron 87:3,5 91:4
ROSAS 2:14
rules 43:15,18 44:1
run 112:24 113:7
 136:19
running 136:11
runs 112:21
R.C 106:20
R.L 108:8

_____

**S**

S 4:1 5:1,19,19 6:8
SA 53:12
safety 96:14,16,18
 96:23,24 97:3,18
 97:20,20 98:2
 116:11,15,16
sales 51:10 75:14
 75:17,18 93:19,24
 94:2 107:9
Salick 76:2
SAN 3:3
SANTOS 1:13
sat 27:6 97:4 112:9
 121:7,14
saved 31:5
saw 84:16 89:24
 138:24 148:2
saying 49:8 85:24
says 37:24 77:6
 136:18 139:19
schedule 149:7,9
SCHULTZ 3:1
Schwartz 116:3

screwing 14:10
scrutinize 64:14
search 65:9
Seasons 1:20 3:8
 8:13 160:2
second 47:15 105:3
 114:20 151:18
secretary 28:21
 29:9,23
see 29:21 34:2 38:2
 38:16 41:23 42:14
 42:20 47:16 53:21
 58:1 61:3 64:3,5
 64:15 77:13 84:23
 89:23 105:1
 107:22 120:24
 131:5 146:1,2
 148:24
seeds 75:2,5,6
seen 63:22
selected 20:1
sell 84:9
selling 19:16
send 125:13
senior 84:17,21,22
 85:7,16 87:19
 88:15 91:21,24
 93:15 122:16,19
 122:21 123:14,20
 125:23
separate 23:23,24
 26:16 102:15
Seroquel 1:3 8:10
 16:5,7,13,22
 17:16 18:3,8,13
 19:2,9 27:20
 28:14 29:9 35:21
 36:13 51:20 52:12
 52:21 53:7,20
 55:12 62:15 78:9
 78:20,23 79:11
 108:23 111:11
 113:12 116:20
 117:2,10,22
served 151:8
services 28:22

107:21 130:12
set 16:20 35:10,13
 38:23 72:15 76:13
 122:17,18 123:22
 123:23 124:10
 125:19 126:16
 130:16,23,24
 131:1,4,8,11
 132:5,8,13,14,17
 133:6,10,14 134:8
 134:13,15,16
 135:10,16,22
 136:5,6,8,13,19
 136:23 137:8,12
 137:21 138:1,4,7
 138:13,14 145:19
 145:21,22 146:5,7
 147:11,14,20
 148:16,19 151:17
 151:20 152:1
 153:13 155:17
 156:20 161:10
setting 148:13
seven 15:24 16:2
shakes 89:14
share 27:13
shareholders 113:5
shares 35:3 36:22
 159:17
SHC 75:23 76:2
Sheet 162:6
shell 110:2,4
Sheller 4:20,20
 8:22
short 58:12,16,16
shortcut 94:20
Shorthand 1:22
 3:13 161:3
show 13:13 57:11
 58:5 61:5,15 67:1
 67:4 69:21 73:17
 83:9 84:20 102:3
 103:16 106:2
showed 63:24
showing 10:6 12:15
 67:8 73:22 106:7

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Ann V. Booth-Barbarin

Page 13

106:10
**shown** 61:1 63:23
**shows** 60:17 62:20
  74:1,7,14 103:19
  109:10
**side** 26:21 93:6
  96:6 98:24 117:17
**significant** 64:18
  77:10,16 95:8 115:6
**Simons** 134:23
  135:20
**simply** 155:22
**single** 64:15
**sit** 53:23 90:1,5,7
  90:11,12 121:3,19
  122:13 141:13
**sits** 55:17 96:19
  121:22,22 122:1
  122:11 132:17
  150:5
**sitting** 122:9
**six** 148:17,17
**slightly** 94:5
**SMC** 75:23 76:12
**Smith** 128:17,18
**snide** 32:8,12
**soliloquies** 17:23
**somebody** 39:19
  48:9 52:19 97:19
  97:20 98:1 147:18
**somewhat** 65:6
**soon** 127:20
**sorry** 21:5 23:12
  26:9 27:22 28:24
  60:23 81:22 88:14
  99:9 104:16 110:7
  111:3 115:20,23
  126:10 127:18
  129:20 133:5
  142:8,12 144:16
**sort** 25:5 30:2 34:9
  38:14 53:2 112:16
  132:4 136:18,22
  143:6
**sorted** 103:3
**sorting** 144:4

sound 93:21 98:15
**sounds** 93:22 98:16
  98:23
**speaking** 43:19
  94:10
**Spec** 77:7
**specialities** 77:10
**Specialty** 77:11,12
**Specific** 77:8 78:6
  158:4
**specifically** 20:5
  36:11
**speech** 31:13,15,22
**speeches** 31:12,18
  32:10,14
**spell** 118:5
**split** 27:4,8
**splitting** 98:20
**spoke** 41:6
**Square** 1:20 3:9
  5:14 8:14
**ST** 1:10,14 2:3,7,11
  2:15,19
**stage** 39:7
**stand** 138:24
**Stanhope** 154:13
**start** 20:24 21:20
  55:7 126:15
**started** 10:1 18:19
  18:21 19:1 100:4
  101:16 127:20
**starting** 21:2
  101:20 104:14
  127:4 129:4
  140:18
**state** 1:1,10,14 2:3
  2:8,12,16,20 3:1
  158:2 161:4
**statement** 38:3
**States** 25:22 34:6
  80:22 84:4 90:22
  129:2 141:23
  144:12
**status** 64:10
**Stauffer** 76:12,15
  76:18,22,23 77:3

Stavling 92:8,9,10
**stenographically**
  161:9
**STEPHEN** 2:14
**sticker** 102:19
**stood** 139:2
**stopped** 101:17
**stopping** 101:21
**story** 11:9 143:2,8
**straight** 144:7
**strategic** 95:13
  113:9
**strategy** 95:1,23,24
  96:2 113:3
**Street** 4:21 5:8
**Streets** 5:14
**STRINGER** 2:10
**strongly** 11:15
**structural** 83:1
**structure** 7:2,5,7
  12:11,14 16:12
  17:12 19:22 21:1
  21:16 28:19 64:11
  66:20 72:7 97:15
  103:11 104:3,23
  110:10 155:9
  157:9
**structured** 120:23
**structures** 18:5
  20:18
**Stuart** 100:22
  101:10,14
**subject** 150:10
  156:11
**Subscribed** 162:18
**subsidiaries** 42:3,7
  42:11,14 109:17
**subsidiary** 22:1,2,4
  22:4,18 23:3,18
  23:19 79:16
**substance** 11:23
  162:5
**successor** 68:22
**suggest** 11:15
  82:23
**suggesting** 134:7

Suite 4:9,16
**SUPERIOR** 1:1,6
  3:1
**support** 29:9
  117:14,18
**supported** 29:6,12
  29:13,14,15
  116:23 117:2,9,13
**supporting** 118:8
**supposed** 42:12
**sure** 24:3 25:16
  28:24 34:20 42:23
  45:13 58:3 72:14
  91:18 94:1 95:22
  99:2 103:2,6
  108:11 110:20
  116:14 132:9
  133:1 143:7 144:6
  147:3 153:22
  157:6 158:15
  159:3
**suspect** 85:12
**swear** 9:15
**Sweden** 53:16 82:5
  82:6 97:4 111:6,8
  112:8 121:4,7
  123:12 128:4,8
  151:23 153:15
  155:1
**Swedish** 152:15
**switched** 98:18
**sworn** 9:19 161:5
  162:18
**Symonds** 128:20
  128:21
**S-A-L-I-C-K** 76:3
**Södertälje** 155:1

– – – – – – – –
**T**
**T** 1:17 5:19 6:8
  161:1,1 163:1
**take** 11:1 14:23
  35:18 58:12 65:13
  66:17 92:20
  114:19 119:8

taken 79:7 80:10
  105:8 119:14
  127:21 152:9
  153:21 161:9
**takes** 17:13 59:10
  150:7
**talk** 11:8 19:19
  35:12 52:19 97:17
**talking** 24:12
  85:9 86:16 88:15
  89:20,22 99:15
  100:6 112:1
  157:15
**tape** 145:6
**tariff** 149:7,9
**tax** 65:15 68:4,9
  75:20
**team** 49:5 84:17,21
  84:23 85:7,17
  87:23 88:10,16
  89:6,9,12 90:19
  91:2,5,21 92:1
  95:24 121:1
  122:17,20,21
  123:14,20,23
  125:23 129:2,6,7
  129:8,12 137:22
  146:12 147:15
**teams** 85:8 86:14
  89:16,19 131:20
  132:5,19
**technically** 56:5
  99:21 127:24
**TECHNICIAN** 8:2
  9:12,22 80:5,13
  105:4,22 119:10
  119:17 145:8,15
  152:5,12 160:8
**Technologies** 1:23
  8:6
**tell** 10:8,19 16:4
  17:10 21:14 24:11
  34:17 39:20 41:4
  73:21 78:17,20
  97:22 100:12
  103:17 104:13,15

Confidential - Ann V. Booth-Barbarin

127:4 132:20
**telling** 21:1
**ten** 15:20
**tended** 113:10
**tends** 36:20 39:8
53:23 134:13
**tenor** 11:24 12:3
**term** 44:5 45:8,9
**terms** 08:11 42:02
43:16 45:23 66:17
83:22 109:20
**TERRY** 3:17
**testified** 9:19
**testify** 161:5
**testimony** 19:18
44:3,9,14 45:3
94:7 161:9
**Tetrault** 126:13
127:18
**Texas** 4:10,16
**thank** 9:13 37:19
66:8 86:18 100:19
101:23 160:20
**Thanks** 35:11
81:10
**they'd** 103:1
**thing** 30:2 48:18
53:16 95:7 104:20
105:1
**things** 38:12 44:10
51:5 65:3 67:6,11
67:13 77:2 89:5
94:20 101:4
112:24 113:2,7,8
131:13 134:12
135:11,19,24
136:3
**think** 17:23 18:10
25:16,19 28:13,20
34:2 35:14 38:21
39:13 40:12 43:6
51:7 54:3,8 55:16
58:19 65:15 67:5
67:5 69:4 71:4
73:3 75:2,3,10
76:4 79:23 81:20

82:15 84:15,16,22
91:17 92:18 96:13
97:13,19 98:1
102:1,11,15
107:18 108:10
110:24 111:1
115:9 116:8,13
117:19 126:4
132:21,22 134:21
135:6,6 137:11,18
142:16 143:14,15
143:24 148:6
150:14 156:10,24
158:8
**thinking** 69:10
**Thomas** 4:15,20
5:3 9:9
**Thomas.munno...**
5:5
**thought** 30:8 71:10
89:24
**three** 102:7 153:6
**threshold** 47:12
**ties** 110:14
**time** 14:18 17:4,7
18:12,17 19:8
23:9 24:1,9 27:18
28:8,14 29:1,8
41:17 57:5 63:10
64:6,12 66:24
69:2 80:1 88:11
93:17 96:3 97:7
98:6,9 100:20
101:16 117:6,6
118:24 121:18,18
144:14,17 156:19
161:9
**times** 121:6 159:1
**title** 87:15 93:14
144:23
**titles** 126:2,3,7
**tmellon@sheller...**
4:22
**today** 8:7 14:16
19:19 29:22 33:2

33:3,6 38:12
60:13 64:13
102:20 138:12
157:9
**told** 41:7
**Tom** 8:21 9:1 12:20
43:14 92:1 124:14
**Tony** 122:11,13,15
126:9,12 127:13
127:13,14 128:22
130:20,22 131:15
131:21 132:2
133:9 134:1,3,3
134:11 135:3
136:6
**top** 37:24 39:12
68:23 71:1 76:6
93:14 97:11
108:18 139:4
**topics** 157:17
**total** 16:2
**totality** 50:16 130:5
130:14 135:7
**trade** 149:4,12
**traded** 36:20
**traditional** 26:17
26:23 34:23 35:1
98:22
**traditionally** 36:23
**training** 77:24 78:1
**transcript** 161:8
**transcription** 162:3
**transpired** 34:9
**traveling** 15:19
**treasury** 38:24
**tried** 64:9
**true** 66:14 84:19
109:12
**truth** 161:5,6,6
**try** 64:17 70:6
**trying** 16:20 27:23
56:22 57:3 62:24
64:3 85:15 89:4
146:21 149:5
**turn** 135:8
**two** 5:14 13:7 15:14

15:16 17:19,23
45:14 61:20,21
71:2,6 76:1 81:8
82:10 96:20
101:24 117:21
129:7 130:5,6,10
154:13
**type** 34:12 37:23
38:8 76:14 102:4
**types** 29:17 80:20
84:1 112:24
135:11
**typically** 96:13

---

### U

**uh-huh** 14:22
51:22 52:22 54:19
55:1 60:14 65:10
67:23 75:8 77:15
79:2 80:18 84:6
87:7 88:12 111:22
115:14,18 126:21
134:20
**UK** 22:15,16 34:24
36:7,9,14 37:3
45:24 48:7 52:9
52:19 56:7 57:3,7
59:3,10 79:1
80:23 81:21,22,24
82:1,12 83:23
84:13 97:4 108:18
109:23 111:5,7
112:8 121:4,23
122:8 123:10
127:13,16,23
128:15,19,21
132:6,12,15,23
141:14 144:1,13
144:20 145:3,20
146:17 151:20,24
152:1,2,22 153:11
153:14,19,24
154:7,10,19,21,22
**ultimate** 35:9 159:6
159:7,14
**Ultimately** 33:21

**unable** 27:16 41:4
**unclear** 94:14
**underneath** 36:22
74:5 77:6,13
89:11 106:24
150:5
**understand** 11:9
14:19 17:21 18:1
14:19 17:21 18:1
21:5 24:5,5:4
30:21 31:1,3
46:11 85:18,22
86:10 89:3 109:19
132:10 133:1
144:4 151:10
**understanding**
19:17 39:4,6
42:23,24 43:4
44:17 45:7
**underwriting**
38:23
**undoing** 155:21
**unfortunately**
131:19
**unit** 97:3 98:14
100:10
**United** 25:22 34:5
80:22 84:4 90:22
129:1
**units** 99:24 100:3
**updated** 149:9
**USA** 138:22 139:13
139:19
**use** 32:6,7 55:16
77:24 133:18
**uses** 101:21
**USL** 129:8
**USLT** 129:1,22
130:11,12,15,19
131:9,15
**U.S** 19:16 22:1,4
26:22 27:1 35:2
46:6,12 49:20
56:1,2,4 58:4,5,10
60:19,22 63:4,8
64:11 65:5 74:19
78:21 79:15 81:3

Confidential - Ann V. Booth-Barbarin

Case 6:06-md-01769-ACC-DAB   Document 357   Filed 08/06/2007   Page 58 of 59

81:18 84:8,8,10
88:1,2,9,17,18
90:2,19 96:17,22
96:22 100:5,6
101:5,19 103:21
104:23 106:11
109:21 110:3,9,13
112:15,16 118:15
118:16,24 123:4
125:12 128:24
129:8,11,12,13,16
130:6,7 131:7,13

**V**

v 1:10,15,19 2:4,8
2:11,15,19 3:2 7:3
82:19
varies 85:8
variety 157:17
various 20:18
150:24
vehicle 147:15
verbatim 161:8
vice 87:12,19 111:1
111:20 112:6
132:16
Video 8:4
videotape 8:2 9:12
9:22 79:24 80:5,6
80:13,14 105:4,22
119:10,17 145:8,9
145:15,16 152:5
152:12 160:8,9
Videotaped 1:19
3:7
view 94:5,9
voice 11:24 12:3
Voshell 5:8 9:6,7
71:1 73:3,14
124:14
VP 107:11,12,15
108:8 111:18
127:19

**W**

W 4:15

Wait 31:10
Walnut 4:21
want 11:1 32:6,10
32:14 38:10,24
40:11,14 53:2
58:11,17 59:11,15
70:5 72:13,18
103:2,6 131:7,14
143:23 144:5
145:6 160:11
wanted 13:18 53:3
58:5 99:2 100:1
146:1 157:5
wants 131:11
132:14
warn 31:22
wasn't 27:1 34:23
49:4 54:12 101:19
112:14
way 24:8 44:4 53:5
66:23 70:12 89:24
106:21 113:22
118:10 120:22
147:10
ways 134:2
Wednesday 156:24
159:23
Weitz 4:3 5:22 8:19
14:15
went 26:21,23 64:8
67:12 85:5 91:16
95:12 98:24
112:19 122:8
142:5 144:10
we'll 10:22 11:3,17
61:17,22 62:12,12
70:9 151:1 156:21
we're 11:13 43:17
62:1 88:14 100:10
100:17 101:8
133:22 136:20
148:21
we've 10:15 11:11
30:5 31:1 60:11
66:11 72:10 73:10

73:12,18 79:23
112:1 114:18
120:2 152:22
Wharmby 107:15
107:17
wholly-owned 22:4
22:18 23:3
Wilhelmson 92:12
97:23 108:23
120:3
Wilmington 109:11
109:13,15,24
WILSON 1:15
withdraw 132:12
withdrawn 49:3
witness 6:3 8:11
9:15 15:3 16:11
16:15,24 17:1,15
17:15 18:2 20:4
20:12 21:9 32:15
33:3 37:19 40:20
41:16 45:13 47:1
57:12,19,21 58:17
59:16,19 65:20
66:8 68:2 69:9
70:17 71:11 81:12
81:16 83:13 88:17
89:14 94:7 102:12
102:14,20 113:18
115:19,23 125:2
132:24 137:7,18
146:20
witnesses 43:23
157:16
witness's 137:3
wondering 64:4
102:24
word 42:18,19
44:14 46:15 47:16
48:6,14 49:2
55:16
words 43:4 44:24
132:11
work 39:9 47:20
50:21 90:11 107:1
107:7,16 108:9
117:15 120:16

129:14,22,23
130:1 131:7,22
132:1,15,18
135:10 149:5
worked 18:14
33:14 48:12 131:8
working 10:16 68:8
97:23 108:23
120:3
works 113:22
130:12
world 35:5 123:7,9
136:22 149:11
worldwide 123:16
137:16
wouldn't 63:6
110:4 134:6
written 157:11
wrong 59:12
W.J 107:6

**X**

X 6:2,8

**Y**

yeah 16:8 41:19
55:7 57:12,13
61:21 75:11 77:21
80:3 83:7,13,19
96:8 110:12
115:10 127:6
133:3 142:12
143:11 146:20
years 20:22 28:4,5
35:18,21 62:4
91:10,11,12
Yommy 5:23
York 4:4,4 5:4,4
8:19,20

**Z**

Zeneca 6:22 7:5,7,9
7:11,13 12:5,16
13:3,9 19:7,12
21:23 23:19,22
24:2,8,11,13,14

24:16,19,21 25:13
25:18 26:21 27:12
30:5,9,10,11,12
30:14,17,19 32:19
32:24 33:6,21
34:21 35:7,22,23
36:5,6,7,9,14,16
37:3 70:20 71:23
73:23 74:10,11,19
75:13 77:6 78:12
78:20,24 79:16,18
93:5,7 98:13,14
99:1,4,7,8,10,12
99:16,22 100:5,12
101:5,8 103:10,21
104:2,7,22 105:12
105:17 106:5
108:18,24 109:1,5
109:5,10,11,12,14
109:15,18,24
110:10,13 111:2
150:17
zero 31:2 85:15
Zook 122:11,13,15
126:20 128:22
130:20,22 131:16
133:9
ZYPREXA 1:7

**0**

0003530 7:16
114:14
05CC-004755 2:17
05CC-004759 1:11
05CC-006375 2:21
06CC-000333 2:4
06CC-002173 2:13
06CC-002401 2:9
06CC-003930 1:15

**1**

1 6:17,20 10:11
37:11,22 41:3,20
69:15,23 70:3
71:18 80:6 140:4
155:19 162:3

Confidential - Ann V. Booth-Barbarin

| | | | |
|---|---|---|---|
| **1st** 99:21 | **1769** 1:3 | 63:10 64:4 66:14 | **5** |
| **1-2-08** 161:20 | **18th** 5:14 | 66:18 80:14 145:9 | **5** 70:11 73:21 74:19 |
| **1/1/01** 7:2 72:7 | **1880** 1:23 | **2.3.97** 7:6,8 103:11 | **5th** 12:6,7 73:24 |
| **1:10** 119:15,18 | **19th** 148:5 | 104:3 | 74:20 |
| **1:32** 145:10 | **19102** 4:21 | **20** 162:19 | |
| **1:34** 145:17 | **19103** 1:21,24 3:10 | **20-F** 38:1 | **6** |
| **1:41** 152:6,9 | 5:15 | **2000** 99:22 140:5 | **6** 1:12,16 2:5,9,13 |
| **1:48** 152:10,13 | **19104** 5:9 | 140:22,23 | 2:17,21 102:1 |
| **1:55** 160:10 | **1971** 22:21 24:23,25 | **2001** 140:20,22 | **6th** 1:1 |
| **1:56** 160:23 | 30:20 | **2003** 91:13 | **60** 6:13 |
| **10** 104:13,14 | **1980s** 21:2 | **2004** 6:12 37:16 | **66** 6:14 |
| **100%** 6:16,19 | **1984** 101:5 | 38:2 | **69** 6:16 |
| 69:14 71:17 | **1985** 64:1 | **2005** 122:8 | |
| **10038** 4:4 | **1990** 35:24 99:19 | **2007** 1:18 6:18,21 | **7** |
| **10112-2200** 5:4 | **1991** 19:1 21:13,14 | 8:7 10:11 69:16 | **7** 102:1 |
| **103** 7:5 | 21:17,21 28:8,20 | 69:23 70:3 71:19 | **71** 6:19,22 |
| **104** 7:7,9 | 54:17 | 148:5 161:21 | **713.292.2750** 4:17 |
| **105** 7:11,13 | **1992** 24:20 25:6,12 | **212.558.5500** 4:5 | **713.844.3750** 4:11 |
| **1060147** 161:20 | 25:12,17,20 26:13 | **215-790-7300** 4:22 | **72** 7:1 |
| **11** 104:14 | 27:4 68:12 70:3 | **215-981-4781** 5:15 | **77002** 4:10,16 |
| **11/1/01** 12:14 | 98:18 | **215.994.2523** 5:10 | |
| **11:06** 3:10 8:9 | **1993** 23:7,10 24:21 | **274** 1:8 | **8** |
| **114** 7:15 | 25:15 26:16,19 | **2929** 5:8 | **8** 160:7 |
| **119** 7:17 | 27:1,3 30:6,11,23 | | **82** 7:3 |
| **12** 106:3,13 | 63:17 64:1,24 | **3** | **85** 57:23 63:14 |
| **12/1994** 7:12 | 78:6,10 98:14 | **3** 6:23 66:1,11,18 | **86** 64:12 |
| 105:13 | **1994** 13:4 99:10 | 69:3 70:21 71:7 | **87** 76:15 |
| **12:04** 80:7,10 | 100:24 101:2 | 71:24 145:16 | |
| **12:20** 80:11,15 | 106:7 115:8 | 160:9 | **9** |
| **12:40** 105:5,8 | **1995** 7:14 12:19 | **3rd** 4:21 103:19 | **9** 36:1 103:17 |
| **12:44** 105:9,23 | 35:19,24 105:19 | 104:23 | 104:18 |
| **12:57** 119:11,14 | 106:10 108:24 | **3.3.97** 7:10 104:8 | **9th** 139:22 |
| **124** 7:18 | 109:5 | **3/85** 63:13 | **90s** 56:13 62:5 |
| **1250** 4:16 | **1997** 6:23 13:10 | **30** 5:4 | **92** 65:22 68:13 |
| **13** 106:8 108:17 | 28:9 70:21 72:1 | **30XI176200** 161:21 | **94** 99:6 |
| **14** 1:18 6:5 114:19 | 103:20 104:24 | **30(b)(6)** 16:11,24 | **97** 71:8 |
| **14th** 8:7 | **1998** 34:3 138:23 | 94:6 137:3 | **99** 91:13 |
| **15** 120:3 | 139:16 155:13 | **3000** 5:14 | |
| **1528** 4:21 | **1999** 12:6,7,9 34:3 | **37** 6:11 | |
| **158** 6:6 | 34:20 35:15,19 | | |
| **16** 20:22 125:8,8 | 36:1 70:11 74:20 | **4** | |
| 138:21 | 78:6,10 99:21 | **4** 69:8,22 83:5,6 | |
| **16-and-a-half** 28:4 | 139:22 149:17 | 85:6 102:4 | |
| **163** 162:3 | | **4/10/06** 77:14 | |
| **17** 28:4 34:3 161:21 | **2** | **440** 4:9,16 | |
| **1710** 4:9 | **2** 60:2,11 62:10 | | |

Case 6:06-md-01769-ACC-DAB   Document 337   Filed 08/06/2007   Page 59 of 59