# EXHIBIT D



Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

**COLLEEN CASEY VOSHELL**

colleen.voshell@dechert.com
(215) 994-2523 Direct
(215) 655-2523 Fax

May 24, 2007

**VIA FACSIMILE**

Case 6:06-md-01769-ACC-DAB   Document 356-4   Filed 08/06/2007   Page 2 o

Scott Allen, Esquire
Cruse, Scott, Henderson & Allen, LLP
2777 Allen Parkway, 7th Floor
Houston, TX 77019

Re: In Re Seroquel Products Liability Litigation

Dear Scott:

Attached is Ann Booth-Barbarin's executed affidavit.

Very truly yours,

*CCVoshell*

Colleen Casey Voshell

U.S. Austin  Boston  Charlotte  Harrisburg  Hartford  New York  Newport Beach  Palo Alto  Philadelphia  Princeton
San Francisco  Washington DC    EUROPE  Brussels  London  Luxembourg  Munich  Paris

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

Case 6:06-md-01769-ACC-DAB   Document 356-4   Filed 08/06/2007   Page 3 o

This Document Relates to ALL CASES

### AFFIDAVIT OF ANN BOOTH-BARBARIN

ANN V. BOOTH-BARBARIN, being duly sworn, deposes and says:

1. I am Senior Counsel and Assistant Secretary of AstraZeneca Pharmaceuticals LP ("AZPLP"), and I submit this affidavit in connection with the Seroquel Products Liability Litigation. The statements contained herein are stated on information and belief.

2. ICI Americas Inc. was incorporated in Delaware in 1971. ICI Americas Inc. was a wholly owned subsidiary of Imperial Chemical Industries PLC ("ICI PLC"), a corporation organized under the laws of the United Kingdom. ICI PLC was formed in 1926.

3. In late 1992 through early 1993, through a process called a hive down, ICI PLC separated its chemical businesses from its bioscience businesses by placing them into separate entities. As part of this process, the entity that had existed since 1971 as ICI Americas Inc. changed its name to Zeneca Inc. on December 28, 1992, and the bioscience businesses, including pharmaceuticals, remained in Zeneca Inc. The chemical businesses from ICI Americas Inc. were moved into a newly formed corporation called ICI Chemicals Inc., and on December 28, 1992, ICI Chemicals Inc. changed its name to ICI Americas Inc.

Case 6:06-md-01769-ACC-DAB   Document 356-4   Filed 08/06/2007   Page 4 o

4. In June 1993, through a demerger, Zeneca Inc. became a subsidiary of Zeneca Group PLC and was no longer a subsidiary of ICI PLC. Zeneca Group PLC, a corporation organized under the laws of the United Kingdom, was created by separating the ICI PLC biosciences businesses from the ICI PLC chemical operations with effect from January 1, 1993. Since the demerger, ICI PLC and Zeneca Group PLC have operated as separate, publicly-traded groups.

5. In April 1999, Zeneca Group PLC and Astra AB merged to form AstraZeneca PLC, the then new name of Zeneca Group PLC.

6. As a result of the merger, the Astra group of companies and the Zeneca group of companies became part of what is now known as the AstraZeneca group of companies, under the ultimate parent AstraZeneca PLC.

7. AZPLP and AstraZeneca LP ("AZLP") are the principal U.S. legal operating entities involved with AstraZeneca pharmaceutical products in the United States.

8. AZPLP is the general partner of AZLP.

9. AstraZeneca AB ("AZAB"), a Swedish company, is the general partner of AZPLP.

10. AZAB is a wholly owned indirect subsidiary of AstraZeneca UK Limited, which, in turn, is wholly owned by AstraZeneca PLC.

11. For further information, I refer to my deposition taken in the above-captioned matter on May 14, 2007 and the exhibits marked therein.

*Ann V. Booth-Barbarin*

Case 6:06-md-01769-ACC-DAB   Document 356-4   Filed 08/06/2007   Page 5 o

Subscribed and sworn to before me this 25 day of May 2007.

Notary Public: *Sasha Pillai*

Sasha Pillai
Notary Public
State of Delaware
My Commission Expires Sept. 28, 2009

My commission expires: _____