# EXHIBIT E

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

Case 6:06-md-01769-ACC-DAB   Document 356-5   Filed 08/06/2007   Page 2 o

This Document Relates to ALL CASES LISTED ON EXHIBIT A

### DECLARATION OF ANN V. BOOTH-BARBARIN

My name is Ann V. Booth-Barbarin, and I declare:

1.   I am over the age of eighteen, and I am competent to make this declaration. I provide this declaration based upon my knowledge as a designated representative of the AstraZeneca group of companies. I would testify as to the facts in this declaration under oath at trial.

2.   I am Senior Counsel and Assistant Secretary of AstraZeneca Pharmaceuticals ("AZPLP"). I submit this declaration in conjunction with the litigation captioned above.

3.   I am familiar with the organizational structure of the AstraZeneca group of companies as they existed before the 1999 merger between the Swedish entity, Astra AB, and the Zeneca PLC Group of the United Kingdom, which resulted in the formation of AstraZeneca PLC, the ultimate parent of the AstraZeneca group of companies. I am also familiar with the organizational structure and relationship among the AstraZeneca group of companies as they exist today. In addition, I am familiar with whether the AstraZeneca legal entities named as defendants have had some involvement with the atypical antipsychotic prescription medication, SEROQUEL, that has been approved by the FDA since 1997.

1

4. "Astra USA Holdings Corporation," named as a defendant in this litigation, is not a legal entity among the AstraZeneca group of companies and never has been. To my knowledge as an AstraZeneca corporate representative, no such entity exists.

5. "AstraZeneca Research & Development," named as a defendant in this litigation, is not a legal entity among the AstraZeneca group of companies and never has been. To my knowledge as an AstraZeneca corporate representative, no such entity exists.

6. "AstraZeneca R & D Wilmington," named as a defendant in this litigation, is not a legal entity among the AstraZeneca group of companies and never has been. To my knowledge as an AstraZeneca corporate representative, no such legal entity exists.

7. "AstraZeneca R & D Boston", named as a defendant in this litigation, is not a legal entity among the AstraZeneca group of companies. To my knowledge as an AstraZeneca corporate representative, no such legal entity exists. AstraZeneca R & D Boston operates as a business unit of AstraZeneca Pharmaceuticals LP; it is not a separate legal entity. Before January 2001, a corporation named AstraZeneca R & D Boston Inc. existed, which merged into Astra U.S. Holdings Corporation on January 1, 2001.

8. Astra USA, Inc., named as a defendant in this litigation, is a holding company. It has never had any involvement in the creation, design, testing, sterilization, packaging, distribution, supply, or marketing of SEROQUEL in the United States.

9. Astra U.S. Holdings Corporation, named as a defendant in this litigation, is a 0.1% limited partner of AstraZeneca Pharmaceuticals LP. Astra U.S. Holdings Corporation has never been involved with the creation, design, testing, sterilization, packaging, distribution, supply, or marketing of SEROQUEL in the United States.

10. KBI Sub Inc., named as a defendant in this litigation, is a corporation owned by Merck & Co, Inc. (Merck) and is a 1% limited partner in AstraZeneca LP. KBI Sub Inc. was formed in connection with the dissolution of a joint venture between Astra AB and Merck. KBI

2

Sub Inc. is owned entirely by Merck and has never had anything to do with SEROQUEL. Specifically, KBI Sub Inc. has never been involved with the creation, design, testing, sterilization, packaging, distribution, supply, or marketing of SEROQUEL in the United States.

Case 6:06-md-01769-ACC-DAB Document 356-5 Filed 08/06/2007 Page 4 c

11. AstraZeneca Latin America Inc., named as a defendant in this litigation, has never had any involvement with the creation, design, testing, sterilization, packaging, distribution, supply, or marketing of AstraZeneca's prescription medication SEROQUEL in the United States.

12. AstraZeneca HealthCare Foundation, named as a defendant in this litigation, is a non-profit organization. It has never had any involvement with the creation, design, testing, sterilization, packaging, distribution, supply, or marketing of AstraZeneca's prescription medication SEROQUEL in the United States.

I declare under penalty of perjury under the laws of the United States of America and the laws of the state of Florida that the foregoing is true and correct to the best of my knowledge.

Signed this 20th day of July, 2007, in Wilmington, Delaware.

*[signature]*

Ann V. Booth-Barbarin

3