# Exhibit 1

## Bailey Perrin Bailey LLP

## List of Plaintiffs' Acknowledgments/HIPAAs

| Last Name | First Name | Case No. | Ack. Served | HIPAA Served |
|---|---|---|---|---|
| Anderson | Dinine | 6:07-cv-11362 | 08/02/2007 | 08/02/2007 |
| Baker | Joseph | 6:07-cv-11374 | 08/02/2007 | 08/02/2007 |
| Bearse | Amy | 6:07-cv-15582 | 08/02/2007 | 08/02/2007 |
| Dominguez | Javier | 6:07-cv-10620 | 08/02/2007 | 08/02/2007 |
| Flanigan | Michael | 6:07-cv-13430 | 08/02/2007 | 08/02/2007 |
| Hall | Wanda | 6:07-cv-11616 | 08/02/2007 | 08/02/2007 |
| Hawthorne | Theresa | 6:07-cv-11203 | 08/02/2007 | 08/02/2007 |
| Hobart | Terri | 6:07-cv-10305 | 08/02/2007 | 08/02/2007 |
| Johnson | Toni | 6:07-cv-13698 | 08/02/2007 | 08/02/2007 |
| Marshall | Teresa | 6:07-cv-11236 | 08/02/2007 | 08/02/2007 |
| Risher | Carlos | 6:07-cv-11909 | 08/02/2007 | 08/02/2007 |
| Shelton | Pamela | 6:07-cv-14261 | 08/02/2007 | 08/02/2007 |
| Tellez | Cassandra | 6:07-cv-10456 | 08/02/2007 | 08/02/2007 |
| Whitner | Austina | 6:07-cv-10474 | 08/02/2007 | 08/02/2007 |