# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No.  6:06-md-1769-Orl-22DAB

_____/

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **ASTRAZENECA'S UNOPPOSED MOTION TO SEAL DOCUMENTS AND FUTURE FILINGS RELATING TO DR. WAYNE MACFADDEN (Doc. No. 351)** |
| **FILED:** | **August 3, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

The public interest in the open adjudication of disputes disfavors filings under seal absent a compelling showing of necessity.  Defendants' description of the documents is too vague to support the filing under seal.  *See* Local Rule 1.09.  The motion for leave to file under seal is denied without prejudice to its reassertion with more specificity.  Defendant is also authorized to submit the documents for *in camera* review, if it wishes.

**DONE** and **ORDERED** in Orlando, Florida on August 8, 2007.

_David A. Baker_
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record