# Exhibit 1

Bailey Perrin Bailey, LLP

**List of Acknowledgments and HIPAA Authorizations (1)**

|   | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Tommie | Clifford | 6:07-cv-14391 | 7/19/2007 | 7/19/2007 |