# Exhibit 1

Bailey Perrin Bailey, LLP

**List of Acknowledgments and HIPAA Authorizations (6)**

|   | **Last Name** | **First Name** | **Case No.** | **Ack. Served** | **HIPAA Served** |
|---|---|---|---|---|---|
| 1 | Burton | David | 14694 | 8/7/2007 | 8/7/2007 |
| 2 | Chester | Pauline | 16001 | 8/7/2007 | 8/7/2007 |
| 3 | Jones, as Next Friend of S.L., a Minor | Sheila | 15085 | 8/7/2007 | 8/7/2007 |
| 4 | Lepperd | Charles | 16294 | 8/7/2007 | 8/7/2007 |
| 5 | Munoz | Sylvia | 16392 | 8/7/2007 | 8/7/2007 |
| 6 | Zentner | Michael | 16712 | 8/7/2007 | 8/7/2007 |