# Exhibit 2



**BAILEY PERRIN BAILEY**
*A Registered Limited Liability Partnership*

THE LYRIC CENTRE
440 LOUISIANA, SUITE 2100
HOUSTON, TEXAS 77002
(713) 425-7100 BUSINESS
(713) 425-7101 FACSIMILE

August 7, 2007

<u>**Via FedEx Priority Overnight**</u>
Mr. Brennan J. Torregrossa
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Re:   In re: Seroquel products Liability Litigation
      (MDL Docket No. 1769)

Dear Brennan:

Please find enclosed a CD containing a total of seven (7) Acknowledgments and six (6) HIPAA Authorizations, for Plaintiffs designated in June. I have included an accompanying list for your convenience. We will continue to provide you with additional Acknowledgments and HIPAAs as soon as they are received from our clients.

Please do not hesitate to contact me or Camp, should you have any questions.

Respectfully,

Sundeep S. Grewel
Attorney at Law


Enclosures:  As stated


cc:   Mr. Camp Bailey  [Firm]

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production -
Set VI (June 29, 2007)
Acknowledgments and HIPAA Authorizations (6)**
August 7, 2007

|   | Last Name | First Name |
|---|-----------|------------|
| 1 | Burton | David |
| 2 | Chester | Pauline |
| 3 | Jones, as Next Friend of S.L., a Minor | Sheila |
| 4 | Lepperd | Charles |
| 5 | Munoz | Sylvia |
| 6 | Zentner | Michael |

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production -
Set VI (June 29, 2007)
Acknowledgment (1)**
August 7, 2007

|   | Last Name | First Name |
|---|-----------|------------|
| 1 | Radcliff | Cynthia |

From: Origin ID: EIXA (713)425-7100
Heather Santiago
Bailey Perrin Bailey, LLP
440 Louisiana St.
Suite 2100
Houston, TX 77002



Ship Date: 07AUG07
ActWgt: 1 LB
System#: 9787328/INET7061
Account#: S *********

Delivery Address Bar Code



SHIP TO: (215)994-4000    BILL SENDER
**Brennan Torregrossa**
**Dechert, LLP**
**Cira Centre**
**2929 Arch Street**
**Philadelphia, PA 191042808**

Ref #    Seroquel -HIPAAs & Ack.
Invoice #
PO #
Dept #



TRK# 0201  7996 8894 2310

WED - 08AUG    A1
**PRIORITY OVERNIGHT**

**XB-ESPA**

PHL
PA-US
19104



Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

## Heather Santiago

**From:** TrackingUpdates@fedex.com
**Sent:** Wednesday, August 08, 2007 8:53 AM
**To:** Heather Santiago
**Subject:** FedEx Shipment 799688942310 Delivered

This tracking update has been requested by:

Company Name: Bailey Perrin Bailey, LLP

Name: Heather Santiago

E-mail: hsantiago@bpblaw.com

Our records indicate that the following shipment has been delivered:

Tracking number:        799688942310
Reference:              Seroquel -HIPAAs & Ack.
Ship (P/U) date:        Aug 7, 2007
Delivery date:          Aug 8, 2007 9:47 AM
Sign for by:            R.STOERRLE
Delivered to:           Receptionist/Front Desk
Service type:           FedEx Priority Overnight
Packaging type:         FedEx Envelope
Number of pieces:       1
Weight:                 0.50 lb.

Shipper Information              Recipient Information
Heather Santiago                 Brennan Torregrossa
Bailey Perrin Bailey, LLP        Dechert, LLP
440 Louisiana St.                Cira Centre
Suite 2100                       2929 Arch Street
Houston                          Philadelphia
TX                               PA
US                               US
77002                            191042808

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:53 AM CDT on 08/08/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

8/8/2007