

**BrownGreer ‖ PLC**

115 South 15th Street, Suite 400
Richmond, Virginia  23219-4209

Direct Dial:  (804) 521-7201
Office:  (804) 521-7200
Facsimile:  (804) 521-7299
obrown@browngreer.com

August 10, 2007

*By Electronic Submission*

The Honorable Sheryl L. Loesch, Clerk
United States District Court for the
 Middle District of Florida
Orlando Division
George C. Young U.S. Courthouse and
 Federal Building
80 North Hughey Avenue, Suite 300
Orlando, Florida  32801

  Re: *In re: Seroquel Products Liability Litigation*; Case No. 6:06-md-1769-Orl-22DAB

Dear Ms. Loesch:

 Enclosed for filing in this matter is the Designation by Project Management Office of Special Master.  A copy of the enclosed has been served upon the parties as stated in the Certificate of Service.  Thank you.

         Sincerely,

         **s/ Orran L. Brown**

         Orran L. Brown

OLB/jbb

cc:  Service List

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

This Document Relates to ALL CASES

## DESIGNATION OF SPECIAL MASTER BY PROJECT MANAGEMENT OFFICE

BrownGreer PLC advises the Court and the parties as follows:

1. Pursuant to Paragraph I.B of the August 3, 2007 Order Appointing Special Master and Directing Discovery (Document 348), BrownGreer PLC, as the Project Management Office, designates the following specific individual to serve as the Special Master:

> Orran L. Brown
> BrownGreer PLC
> 115 South 15th Street, Suite 400
> Richmond, Virginia  23219
> Telephone:  (804) 521-7201
> Facsimile:  (804) 521-7299
> Email:  obrown@browngreer.com

2. At this time, the Special Master may make use of certain BrownGreer staff under his supervision to accomplish the purposes of his appointment.  The Special Master will determine what assistance is necessary after the Court and the parties have determined the scope of duties, reporting, communications, and other matters pertinent to the appointment.

The Special Master will call upon the services of these persons only as necessary to perform the functions of his position, will avoid duplicative efforts, and will assign tasks to persons at the most cost-effective billing level for the particular task.

3. The Special Master will provide the parties with a schedule of rates and anticipated reimbursable expenses for the services contemplated, and shall attempt to achieve consensus among the parties on such rates and expenses by the August 22, 2007 status conference.

4. The Affidavit of Special Master Pursuant to Fed.R.Civ.P. 53(b)(3) is attached to this Designation as Attachment A, pursuant to the Court's directive in Paragraph I.B of the August 3, 2007 Order Appointing Special Master and Directing Discovery and in accordance with Fed.R.Civ.P. 23(b)(3) and 28 U.S.C. § 455.

Respectfully submitted,

BROWNGREER PLC

By: _____s/ Orran L. Brown_____

Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia  23219
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

This Document Relates to ALL CASES

AFFIDAVIT OF SPECIAL MASTER PURSUANT TO FED.R.CIV.P. 53(b)(3)

COMMONWEALTH OF VIRGINIA
CITY OF RICHMOND, to-wit:

Orran L. Brown, of full age, being duly sworn, upon his oath deposes and says:

**1.** *Personal Information.* My name is Orran L. Brown. I am the Chairman and a founding partner of BrownGreer PLC, located at 115 S. 15th Street, Suite 400, Richmond, Virginia.

**2.** *Personal Knowledge.* The matters set forth in this Affidavit are based upon my personal knowledge.

**3.** *Purpose of Affidavit.* This Affidavit is submitted pursuant to the Court's directive in Paragraph I.B of the August 3, 2007 Order Appointing Special Master and Directing Discovery and in accordance with Fed.R.Civ.P. 53(b)(3) and 28 U.S.C. § 455. As the Project Management Office under the Order, BrownGreer PLC has submitted a Designation of Special Master designating me as the Special Master for the functions described in the Order.

**ATTACHMENT A**

4.      ***No Grounds for Disqualification.***  No grounds exist under 28 U.S.C. § 455 that would cause me to be disqualified from serving as the Special Master in this proceeding and I have no such grounds to disclose to the Court and the parties. Executed on August __10__, 2007.

_____
Orran L. Brown

COMMONWEALTH OF VIRGINIA
CITY OF RICHMOND, to-wit

Sworn to and subscribed before me, the undersigned authority, on this 10th day of August, 2007.

_____
Notary Public

My commission expires: 12/31/07

Registration Number: 320046

**ATTACHMENT A**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants on the attached list.

                                                   **s/ Orran L. Brown**

                                            Orran L. Brown
                                            Virginia State Bar No. 25832
                                            BrownGreer PLC
                                            115 South 15th Street, Suite 400
                                            Richmond, Virginia  23219
                                            Telephone:  (804) 521-7201
                                            Facsimile:  (804) 521-7299
                                            Email:  obrown@browngreer.com

## NON-CM/ECF SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |
| Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |

| | |
|---|---|
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |