UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE:  SEROQUEL PRODUCTS<br><br>LIABILITY LITIGATION<br><br><br>THIS RELATES TO:<br><br>  ALL CASES | MDL Docket No.:<br>6:06-md-1769-Orl-22DAB |

### PLAINTIFFS' AND DEFENDANTS' STIPULATION OF DISMISSAL
### AS TO SEVEN NAMED DEFENDANTS

**TO THE HONORABLE JUDGE OF SAID COURT:**

All Plaintiffs and All Defendants file this Stipulation of Dismissal as to seven certain named Defendants <u>only</u> under Federal Rule of Civil Procedure 41(a)(1)(ii) in the cases listed on Exhibit "A" attached hereto.[1]

1.      Plaintiffs and Defendants have agreed to dismiss seven entities which have been named as Defendants in the cases listed on Exhibit "A" attached hereto.

2.      The seven Defendants to be dismissed are:

     a.      **ASTRA USA HOLDINGS CORPORATION;**
     b.      **ASTRAZENECA RESEARCH & DEVELOPMENT;**
     c.      **ASTRAZENECA R & D WILMINGTON;**
     d.      **ASTRAZENECA R & D BOSTON;**
     e.      **ASTRA USA, INC.;**
     f.      **ASTRA U.S. HOLDINGS CORPORATION; AND**
     g.      **KBI SUB, INC.**

---

[1] Exhibit "A" was originally attached to Defendants' "Motion for Judgment on the Pleadings or, Alternatively, for Summary Judgment, as to all Claims Against Seven Improperly Named Defendants" (Dkt. #330).  The column labeled "Improperly Named Defendants" is to be disregarded for purposes of this Stipulation of Dismissal which only applies to the seven specifically enumerated Defendants to be dismissed.

3.      Defendants have answered in all of these actions, and agree to these

dismissals.

4.      A receiver has not been appointed in these actions.

5.      These cases are not governed by any federal statute that requires an order

of the court for dismissal of these Defendants.

6.      Plaintiffs have not previously dismissed actions against these Defendants

based on or including the same claims as those presented in these suits.

7.      These Seven Defendants only are hereby dismissed without prejudice to

re-filing of the same.


Respectfully submitted this 10th day of August, 2007.


/s/ K. Camp Bailey __                        /s/ Gretchen S. Sween
K. Camp Bailey                               Gretchen S. Sween
Bailey Perrin Bailey LLP                     Dechert, LLP
440 Louisiana St., Suite 2100                300 W. 6th Street, Suite 1850
Houston, TX  77002-4206                      Austin, TX 78701
713-425-7100 Telephone                       512-394-3004 Telephone
713-425-7101 Facsimile                       512-394-3001 Facsimile
cbailey@bpblaw.com                           gretchen.sween@dechert.com
**Co-Lead Counsel for Plaintiff**           **Attorneys for Defendants**


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  10th day of August, 2007, I electronically filed

the foregoing with the Clerk of the Court by using the CM/ECF system which will send a

Notice of Electronic Filing to the counsel listed on the attached Service List.

/s/ K. Camp Bailey

## SERVICE LIST

In re: Seroquel Products Liability Litigation
MDL Docket No. 1769

| | |
|---|---|
| Scott Allen<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, TX 77019<br>Tel: (713) 650-6600<br>sallen@crusescott.com | Timothy Reese Balducci<br>The Langston Law Firm, P.A.<br>P.O. Box 787<br>100 South Main St.<br>Booneville, MS 38829<br>Tel: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Tel: (314) 231-3332<br>kbean@spvg.com<br>**Attorney for Defendant Dr. Asif Habib** | Scott Burdine<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, 4th Floor<br>Houston, TX 77006<br>Tel: (713) 222-2700<br>sburdine@hagans-law.com |
| Thomas Campion<br>Heidi E. Hilgendorff<br>Drinker Biddle & Reath, LLP<br>500 Campus Dr.<br>Florham Park, NJ 07932-1047<br>Tel: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>**Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.** | Robert L. Ciotti<br>Carlton Fields, P.A.<br>42212 W. Boy Scout Blvd., Suite 1000<br><br>Tampa, FL 33607-5736<br>Tel: (813) 223-7000<br>rciotti@carltonfields.com<br>**Attorney for Defendants AstraZeneca Pharmaceuticals, L.P, and AstraZeneca LP** |
| Mary B. Cotton<br>John D. Giddens, P.A.<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Tel: (601) 355-2022<br>betsy@law-inc.com | Mark W. Davis<br>Davis & Feder, P.A.<br>P.O. Drawer 6829<br>Gulfport, MS 39506-7018 |

| | |
|---|---|
| Michael Davis<br>James Mizgala<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn St.<br>Chicago, IL 60603<br>Tel: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>**Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP** | David Dickens<br>Miller & Associates<br>105 North Alfred St.<br>Alexandria, VA 22314-3010<br>Tel: (703) 519-8080<br>ddickens@doctoratlaw.com |
| Aaron K. Dickey<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Route 157<br>Edwardsville, IL 62025<br>Tel: (618) 650-7107<br>aaron@ghalaw.com | John J. Driscoll<br>Brown & Crouppen, PC<br>720 Olive St., Suite 1800<br>St. Louis, MO 63101<br>Tel: (314) 421-0216<br>Jdriscoll@brownand crouppen.com<br>asmith@brownand crouppen.com<br>blape@brownandcrouppen.com |
| Kenneth T. Fibich<br>Fibich, Hampton & Leebron, LLP<br>1401 McKinney St., Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Tel: (713) 751-0025<br>tfibich@fhl-law.com | Gregory P. Forney<br>Shaffer, Lombardo & Shurin<br>911 Main St., Suite 2000<br>Kansas City, MO 64105<br>Tel: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>**Attorney for Defendant, Marguerite Devon French** |

| | |
|---|---|
| Lawrence J. Gornick<br>William A. Levin<br>Dennis J. Canty<br>Levin Simses Kaiser & Gornick, LLP<br>44 Montgomery St., 36th Floor<br>San Francisco, CA 94104<br>Tel: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com | Todd S. Hageman<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Tel: (314) 241-2929<br>thageman@spstl-law.com |
| W. Todd Harvey<br>2323 2nd Ave. N<br><br>Birmingham, AL 35203-0647<br>Tel: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ccf@whatleydrake.com | Jona R. Hefner<br>3441 W. Memorial, Suite 4<br>Oklahoma, OK 73134-7000<br>Tel: (405) 286-3000<br>attorneyokc@hotmail.com |
| Janssen, L.P.<br>Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 | Keith M. Jensen<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Tel: (817) 334-0762<br>kj@kjensenlaw.com |
| Aaron C. Johnson<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Tel: (816) 640-9940<br>firm@summersandjohnson.com | Johnson & Johnson<br>Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 |
| William A. Levin<br>Levin Simses Kaiser & Gornick, LLP<br>One Bush St., 14th Floor<br>San Francisco, CA 94104 | Louisiana Wholesale Drug Co. Inc.<br>c/o Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>**Pro Se** |

| | |
|---|---|
| Matthew E. Lundy<br>Lundy & Davis<br>333 N. Sam Houston Pkwy., E<br>Suite 375<br>Houston, TX 77060<br>Tel: (281) 272-0797<br>mlundy@lundydavis.com | Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Tel: (281) 335-7744 |
| Fred T. Magaziner<br>Marjorie Shickman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>Stephen J. McConnell<br>Dechert, LLP<br>Cira Center<br>2929 Arch St.<br>Philadelphia, PA 19104-2808<br>Tel: (2215) 994-4000<br>Fred.magaziner@dechert.com<br>Marjorie.shiekman@dechert.com<br>Shane.prince@dechert.com<br>Eben.flster@dechert.com<br>Elizabeth.balakhani@dechert.com | David P. Matthews<br>Abraham, Watkins, Nichols, Sorrels,<br>Matthews & Friend<br>800 Commerce St.<br>Houston, TX 77002-1776<br>Tel: (713) 222-7211<br>dmatthews@abrahamwatkins.com<br>agoff@abrahamwatkins.com<br>jrhoades@abrahamwatkins.com<br>jwebster@abrahamwatkins.com |
| Eric B. Milliken<br>3 Sir Barton Ct.<br>Newark, DE 19702-2033<br>**Pro Se** | Howard Nations<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Tel: (713) 807-8400<br>nations@howardnations.com |
| Randy Niemeyer<br>15863 Pike 43<br>Bowling Green, MO 63334-2620<br>**Pro Se** | Matthew F. Pawa<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Tel: (617) 641-9550<br>Mp@pawalaw.com |
| Paul J. Pennock<br>Michael E. Pederson<br>Weitz & Luxenburg, P.C.<br>180 Maiden Lane – 17th Floor<br>New York, NY 10038<br>Tel: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com | Elizabeth Raines<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Rd., Suite 500<br>Kansas City, MO 64108-2504<br>Tel: (816) 471-2121<br>raines@bscr-law.com<br>**Attorneys for Defendant AstraZeneca, PLC** |

| | |
|---|---|
| Mark P. Robinson, Jr.<br>Robinson Calcagnie & Robinson<br>620 Newport Center Dr., 7th Floor<br>Newport Beach, CA 92660<br>Tel: (949) 720-1288<br>mrobinson@robinson-pilaw.com | Larry  Roth<br>Law Offices of Larry M. Roth, P.A.<br>P.O. Box 547637<br>Orlando, FL 32854-7637<br>Tel: (407) 872-2239<br>LROTH@roth-law.com |
| Robert L. Salim<br>Robert L. Salim Attorney At Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Tel: (318) 352-5999<br>robertsalim@cp-tel.net | Lizy Santiago<br>Abraham, Watkins, Nichols, Sorrels,<br>Matthews & Friend<br>800 Commerce St.<br>Houston, TX 77002-1776<br>Tel: (713) 222-7211<br>lsantiago@abrahamwatkins.com |
| Pete Schneider<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>Tel: (713) 228-2200<br>pschneider@gsnlaw.com | Robert A. Schwartz<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Tel: (281) 335-7744<br>bschwartz@galyen.com |
| Robert G. Smith, Jr.<br>Lorance & Thompson, PC<br>2900 N. Loop W, Suite 500<br>Houston, TX 77092 | Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>**Pro Se** |
| Justin Witkin<br>Ken Smith<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Blvd., Suite 58<br>Pensacola, FL 32503<br>Tel: (850) 916-7450<br>Jwitkins@AWS-LAW.COM<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com | |