# Exhibit A
# Part 6

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Plaintiff** | **Docket #** | **Residence** | **Lead Plaintiff** | **Implied Warranty** (count / para. #) |
| 1038 | Tonya Appleberry | 6:2007cv00366 | MA | Appleberry, Tonya | Cause of Action 4; Para. 68-73 |
| 1039 | Emmett Bailey | 6:2007cv00346 | MA | Bailey, Emmett | Cause of Action 4; Para. 68-73 |
| 1040 | Edna J. Beland | 6:2006cv01429 | MA | Beland, Edna J. | Cause of Action F; Para. 61-66 |
| 1041 | Miguel A. Menendez | 6:2007cv12096 | MA | Beland, Edna J. | Cause of Action F; Para. 61-66 |
| 1042 | Frank Borges | 6:2007cv00357 | MA | Borges, Frank | Cause of Action 4; Para. 68-73 |
| 1043 | June Butler | 6:2007cv00373 | MA | Butler, June | Cause of Action 4; Para. 68-73 |
| 1044 | Christine Clearly | 6:2007cv00668 | MA | Clearly, Christine | Counts VIII-IX; Para. 160-172 |
| 1045 | Elizabeth DellaPiana | 6:2007cv00362 | MA | DellaPiana, Elizabeth | Cause of Action 4; Para. 68-73 |
| 1046 | Melanie Duason | 6:2007cv00364 | MA | Duason, Melanie | Cause of Action 4; Para. 68-73 |
| 1047 | Linda Ellis | 6:2007cv00369 | MA | Ellis, Linda | Cause of Action 4; Para. 68-73 |
| 1048 | Darlene Hanna | 6:2007cv00428 | MA | Hanna, Darlene | Cause of Action 4; Para. 68-73 |
| 1049 | Lois Hawkey | 6:2007cv00422 | MA | Hawkey, Lois | Cause of Action 4; Para. 68-73 |
| 1050 | Caroline MacDuffie | 6:2007cv00435 | MA | MacDuffie, Caroline | Cause of Action 4; Para. 68-73 |
| 1051 | Christine McCall | 6:2007cv00388 | MA | McCall, Christine | Cause of Action 4; Para. 68-73 |
| 1052 | Helen Narbonne | 6:2007cv00387 | MA | Narbonne, Helen | Cause of Action 4; Para. 68-73 |
| 1053 | Leonard Neal | 6:2007cv00389 | MA | Neal, Leonard | Cause of Action 4; Para. 68-73 |
| 1054 | Nina Nelson | 6:2007cv00392 | MA | Nelson, Nina | Cause of Action 4; Para. 68-73 |
| 1055 | Robin Page | 6:2007cv00410 | MA | Page, Robin | Cause of Action 4; Para. 68-73 |
| 1056 | Ronald Pearson | 6:2007cv00445 | MA | Pearson, Ronald | Cause of Action 4; Para. 68-73 |
| 1057 | Lorraine Render | 6:2007cv00407 | MA | Render, Lorraine | Cause of Action 4; Para. 68-73 |
| 1058 | Paula Shay | 6:2007cv00424 | MA | Shay, Paula | Cause of Action 4; Para. 68-73 |
| 1059 | Richard Sylvain | 6:2007cv00672 | MA | Sylvain, Richard | Counts VIII-IX; Para. 172-184 |
| 1060 | Kevin Tyree | 6:2007cv00674 | MA | Tyree, Kevin | Counts VIII-IX; Para. 160-172 |
| 1061 | Elizabeth Weir | 6:2007cv00438 | MA | Weir, Elizabeth | Cause of Action 4; Para. 68-73 |
| 1062 | Nancy Aaron | 6:2006cv01846 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1063 | Betty Alexander | 6:2007cv14568 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1064 | Brandon Arrington | 6:2007cv14583 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1065 | Julia Arrowood | 6:2007cv14584 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1066 | Larry Austin | 6:2007cv14590 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1067 | Barbara Beard | 6:2007cv14621 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1068 | Steven Behe | 6:2007cv14625 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1069 | Theresa Berryman | 6:2007cv14631 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1070 | Beth Bessette | 6:2007cv14632 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1071 | Addlean Brown | 6:2007cv14679 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1072 | Diane Burtschi | 6:2007cv14695 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Plaintiff | Docket # | Residence | Lead Plaintiff | Implied Warranty (count / para. #) |
| 1073 | Robert Cole | 6:2007cv14743 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1074 | Icelon Cole | 6:2007cv14742 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1075 | Lavon Cooper | 6:2007cv14756 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1076 | Annette Davenport | 6:2007cv14778 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1077 | Anthony Davenport | 6:2007cv14779 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1078 | Gregory Della | 6:2007cv14794 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1079 | Brian Dixon, as the proposed administrator of the estate of Walter Dixon, deceased | 6:2007cv14802 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1080 | Kathy Dorsey | 6:2007cv14804 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1081 | Dawn Fitch | 6:2007cv14851 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1082 | Carolyn P. Franklin | 6:2007cv14869 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1083 | Gary Gates | 6:2007cv14889 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1084 | Vernita Gattis | 6:2007cv14891 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1085 | Ammie Green | 6:2007cv14915 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1086 | Theresa Harper | 6:2007cv14954 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1087 | Steven Harr | 6:2007cv14955 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1088 | Janet Harris | 6:2007cv14958 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1089 | Theresa Hurley | 6:2007cv15012 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1090 | Bobbie Jones | 6:2007cv15014 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1091 | Lee Jordan | 6:2007cv15054 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1092 | Carrie Klemp | 6:2007cv15075 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1093 | Bette Knight | 6:2007cv15078 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1094 | Kenneth Lee | 6:2007cv15094 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1095 | Kimberly A. McNeal | 6:2007cv15155 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1096 | Jerald Murdock | 6:2007cv15198 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1097 | Albert Navarro | 6:2007cv15202 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1098 | Theresa Nelson | 6:2007cv15207 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1099 | Pamela Nickerson | 6:2007cv15214 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1100 | Sandra Pearce | 6:2007cv15248 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1101 | Mark Powell | 6:2007cv15270 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1102 | Virgil Pucket | 6:2007cv15275 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1103 | James V. Reese | 6:2007cv15287 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1104 | Lorenzo Robinson II | 6:2007cv15300 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1105 | Linda Ross | 6:2007cv15310 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Plaintiff** | **Docket #** | **Residence** | **Lead Plaintiff** | **Implied Warranty** (count / para. #) |
| 1106 | Kimberly Rupe | 6:2007cv15317 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1107 | David S. Ryan | 6:2007cv15320 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1108 | Katie Schouster | 6:2007cv15325 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1109 | Marsha Scott | 6:2007cv15329 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1110 | Tykia Sessoms | 6:2007cv15337 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1111 | Sherry Severn | 6:2007cv15338 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1112 | Cornell Spears | 6:2007cv15372 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1113 | Arnetta Spencer | 6:2007cv15374 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1114 | Lori Tate | 6:2007cv15408 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1115 | Johnyetta Thomas | 6:2007cv15421 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1116 | James Van Meter | 6:2007cv15448 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1117 | Helen Williams | 6:2007cv15504 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1118 | Rhonda Wilson, Jr. | 6:2007cv15526 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1119 | Kenneth Woolshlger | 6:2007cv15526 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1120 | Victoria Yarworth | 6:2007cv15548 | MD | Aaron, Nancy | Cause of Action F; Para. 45-48 |
| 1121 | Lesile H. Dorsey | 6:2007cv11517 | MD | Abad, Jamie | Cause of Action F; Para. 56-59 |
| 1122 | Bonita A. Elzey | 6:2007cv10861 | MD | Adair, Pamela J | Cause of Action F; Para. 47-50 |
| 1123 | Angelique Hamilton | 6:2007cv11082 | MD | Aguirre, Natalie | Cause of Action F; Para. 47-50 |
| 1124 | Anthony Williams | 6:2007cv11116 | MD | Aguirre, Natalie | Cause of Action F; Para. 47-50 |
| 1125 | Jude C. Roberts | 6:2007cv15575 | MD | Anderton-Vilimek, Donna | Cause of Action F; Para. 45-48 |
| 1126 | Judith Baclawski | 6:2007cv00355 | MD | Baclawski, Judith | Cause of Action 4; Para. 68-73 |
| 1127 | Bryant Palmer | 6:2007cv00412 | MD | Palmer, Bryant | Cause of Action 4; Para. 68-73 |
| 1128 | Douglas N. Mongar | 6:2007cv11800 | MI | Abad, Jamie | Cause of Action F; Para. 56-59 |
| 1129 | Tina Abbott | 6:2006cv01853 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1130 | Aliza Adams | 6:2007cv15849 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1131 | Topazer Asher | 6:2007cv15873 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1132 | Latrease Banjoko | 6:2007cv15882 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1133 | Aurthur Banks | 6:2007cv15883 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1134 | Arthur Beauregard | 6:2007cv15899 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1135 | Lawrence Bibb | 6:2007cv15915 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1136 | Theresa Bill | 6:2007cv15916 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1137 | Jeffrey Blahut | 6:2007cv15919 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1138 | Harriett Bucher | 6:2007cv15954 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1139 | Carol Butler | 6:2007cv15964 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1140 | Mildred Causey | 6:2007cv15991 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Plaintiff** | **Docket #** | **Residence** | **Lead Plaintiff** | **Implied Warranty** (count / para. #) |
| 1141 | Teresa Chapman | 6:2007cv15999 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1142 | Shawnee Collett | 6:2007cv16007 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1143 | Zackery Corbin | 6:2007cv16025 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1144 | Laura Corbin as next friend of Z.C., a Minor | 6:2007cv16024 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1145 | Candice Edwards | 6:2007cv16080 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1146 | Jeannetta Fields | 6:2007cv16099 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1147 | Edward Gilchrist | 6:2007cv16132 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1148 | Raegan Glynn | 6:2007cv16134 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1149 | Jacqueline Griffin | 6:2007cv16146 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1150 | David Hardin | 6:2007cv16161 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1151 | David Hardin | 6:2007cv16162 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1152 | Tom Herman | 6:2007cv16182 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1153 | Dorothy Hudson | 6:2007cv16205 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1154 | Relena Jackson | 6:2007cv16217 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1155 | Rochelle Johnson | 6:2007cv16242 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1156 | Debra Karmar | 6:2007cv16260 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1157 | Helen Lee | 6:2007cv16291 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1158 | Camile Lundy | 6:2007cv16310 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1159 | Larry Manning | 6:2007cv16319 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1160 | Shelly McCown | 6:2007cv16344 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1161 | Mariko McCrary | 6:2007cv16345 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1162 | Patrick McDonald | 6:2007cv16350 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1163 | Vickie McDonald | 6:2007cv16351 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1164 | Alonzo Moore | 6:2007cv16374 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1165 | Timothy Nelson | 6:2007cv16403 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1166 | Mary Nester | 6:2007cv16404 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1167 | Marlene Norris, on Behalf of Billy Norris an incapacitated adult | 6:2007cv16411 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1168 | Randall Olsen | 6:2007cv16418 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1169 | Andrea Pietrangelo | 6:2007cv16456 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1170 | Chad Ritter | 6:2007cv16494 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1171 | Gwendolyn Ross | 6:2007cv16513 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1172 | Anthony Schulz | 6:2007cv16535 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1173 | Jamey Showers | 6:2007cv16554 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Plaintiff** | **Docket #** | **Residence** | **Lead Plaintiff** | **Implied Warranty** (count / para. #) |
| 1174 | Karen Simmons | 6:2007cv16557 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1175 | Marie Smith | 6:2007cv16572 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1176 | Linda Stell | 6:2007cv16589 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1177 | Valerie Strother | 6:2007cv16597 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1178 | Larry Thomas | 6:2007cv16620 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1179 | Mytrice Thomas | 6:2007cv16622 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1180 | Olivia Uddin | 6:2007cv16650 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1181 | Marjorie Wesley | 6:2007cv16676 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1182 | Mona Wilson, on Behalf of Myrtle Frazier, an Incapacitated Adult | 6:2007cv16701 | MI | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1183 | Alvenson Singleton | 6:2007cv15797 | MI | Abear, Jannette M. | Cause of Action F; Para. 45-48 |
| 1184 | Antionette Byron | 6:2007cv13212 | MI | Abel, Cynthia R. | Cause of Action F; Para. 45-48 |
| 1185 | Jeffrey A. Kotlarczyk | 6:2007cv13777 | MI | Abel, Cynthia R. | Cause of Action F; Para. 45-48 |
| 1186 | Michelle Mauricio, as the Proposed Administrator of the Estate of Karen A.Muse, Deceased | 6:2007cv13879 | MI | Abel, Cynthia R. | Cause of Action F; Para. 45-48 |
| 1187 | Mary Afshar | 6:2007cv10180 | MI | Abeyta, Valerie | Cause of Action F; Para. 47-50 |
| 1188 | Michelle Anderson | 6:2007cv10184 | MI | Abeyta, Valerie | Cause of Action F; Para. 47-50 |
| 1189 | Michael Brown | 6:2007cv10217 | MI | Abeyta, Valerie | Cause of Action F; Para. 47-50 |
| 1190 | Nathan Colman | 6:2007cv10240 | MI | Abeyta, Valerie | Cause of Action F; Para. 47-50 |
| 1191 | Marcia dolin | 6:2007cv10256 | MI | Abeyta, Valerie | Cause of Action F; Para. 47-50 |
| 1192 | Angela Emerick-Holland | 6:2007cv10262 | MI | Abeyta, Valerie | Cause of Action F; Para. 47-50 |
| 1193 | Kenneth Martin | 6:2007cv10354 | MI | Abeyta, Valerie | Cause of Action F; Para. 47-50 |
| 1194 | Sally Morehead | 6:2007cv10375 | MI | Abeyta, Valerie | Cause of Action F; Para. 47-50 |
| 1195 | Alice Pittman | 6:2007cv10398 | MI | Abeyta, Valerie | Cause of Action F; Para. 47-50 |
| 1196 | Yolande Sarnol | 6:2007cv10426 | MI | Abeyta, Valerie | Cause of Action F; Para. 47-50 |
| 1197 | Leslie Horn | 6:2007cv10895 | MI | Adair, Pamela J | Cause of Action F; Para. 47-50 |
| 1198 | Frances A. Hammond | 6:2007cv10653 | MI | Adams, James I | Cause of Action F; Para. 47-50 |
| 1199 | Patricia L. Kniffen | 6:2007cv11090 | MI | Aguirre, Natalie | Cause of Action F; Para. 47-50 |
| 1200 | Elizabeth M. Walker | 6:2007cv11115 | MI | Aguirre, Natalie | Cause of Action F; Para. 47-50 |
| 1201 | Russell F. Buchanan | 6:2007cv15568 | MI | Anderton-Vilimek, Donna | Cause of Action F; Para. 45-48 |
| 1202 | DeAnna M. Johnson | 6:2007cv15572 | MI | Anderton-Vilimek, Donna | Cause of Action F; Para. 45-48 |
| 1203 | Raymond R. Nagel | 6:2007cv15607 | MI | Ashley, Lisa C | Cause of Action F; Para. 45-48 |
| 1204 | Sandra Cooks | 6:2007cv00356 | MI | Cooks, Sandra | Cause of Action 4; Para. 68-73 |

- 35 -

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Plaintiff | Docket # | Residence | Lead Plaintiff | Implied Warranty (count / para. #) |
| 1205 | Lawanzo Harris | 6:2007cv00426 | MI | Harris, Lawanzo | Cause of Action 4; Para. 68-73 |
| 1206 | Donna Wallis | 6:2007cv00440 | MI | Wallis, Donna | Cause of Action 4; Para. 68-73 |
| 1207 | Jean Wangrud | 6:2007cv00518 | MI | Wangrud, Jean | Cause of Action 4; Para. 61-65 |
| 1208 | Norman Boyer | 6:2007cv11418 | PA | Abad, Jamie | Cause of Action F; Para. 56-59 |
| 1209 | Yvonne E. Summerville | 6:2007cv11994 | PA | Abad, Jamie | Cause of Action F; Para. 56-59 |
| 1210 | John Baytos | 6:2007cv15894 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1211 | Helena Bennett | 6:2007cv15911 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1212 | Bret Black | 6:2007cv15917 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1213 | Kelly Brigode | 6:2007cv15939 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1214 | Mark Carmichael | 6:2007cv15979 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1215 | Grace Dileone | 6:2007cv16061 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1216 | Michelle Freeman | 6:2007cv16118 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1217 | Francis Hudak | 6:2007cv16203 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1218 | Charles Lepperd | 6:2007cv16294 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1219 | Sharon Ley | 6:2007cv16298 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1220 | Anthony Lombardo | 6:2007cv16302 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1221 | Lou Lucchetti | 6:2007cv16307 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1222 | Lori Madrigale | 6:2007cv16315 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1223 | Becky McCullough | 6:2007cv16346 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1224 | Robert Merryman | 6:2007cv16361 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1225 | Louis Palumbo | 6:2007cv16425 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1226 | Carolyn Patton, individually and as the proposed administrator of the estate of Franklin Patton, Deceased | 6:2007cv16435 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1227 | Brian Pierson | 6:2007cv16445 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1228 | Ronnie Purdy | 6:2007cv16470 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1229 | Donald Schramm | 6:2007cv16533 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1230 | Tammy Sheets, as next friend of G.S., a minor | 6:2007cv16549 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1231 | Lester Taylor | 6:2007cv16610 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1232 | Dorcas Thomas | 6:2007cv16619 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1233 | Mark Thompson, Sr. | 6:2007cv16626 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1234 | Marcillia Tompkins | 6:2007cv16632 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1235 | Rosa Torres | 6:2007cv16633 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Plaintiff** | **Docket #** | **Residence** | **Lead Plaintiff** | **Implied Warranty** (count / para. #) |
| 1236 | Randolph Vogel | 6:2007cv16652 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1237 | Theodore Vogel | 6:2007cv16653 | PA | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1238 | Dennis J. Eckert | 6:2007cv15711 | PA | Abear, Jannette M. | Cause of Action F; Para. 45-48 |
| 1239 | Stephen T. Karczmarek | 6:2007cv15746 | PA | Abear, Jannette M. | Cause of Action F; Para. 45-48 |
| 1240 | Glenda Diffenderfer | 6:2007cv13364 | PA | Abel, Cynthia R. | Cause of Action F; Para. 45-48 |
| 1241 | Angela M. Keller | 6:2007cv13734 | PA | Abel, Cynthia R. | Cause of Action F; Para. 45-48 |
| 1242 | Margie McFarland, individually and as the proposed administrator of the estate of Wanda Timblin, Deceased | 6:2007cv13908 | PA | Abel, Cynthia R. | Cause of Action F; Para. 45-48 |
| 1243 | Shane Patterson | 6:2007cv14044 | PA | Abel, Cynthia R. | Cause of Action F; Para. 45-48 |
| 1244 | Thomas C. Thomas | 6:2007cv14375 | PA | Abel, Cynthia R. | Cause of Action F; Para. 45-48 |
| 1245 | Eileen Truckley | 6:2007cv14400 | PA | Abel, Cynthia R. | Cause of Action F; Para. 45-48 |
| 1246 | Wendy Albanese | 6:2007cv12262 | PA | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1247 | Collette M. Armstead | 6:2007cv12269 | PA | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1248 | Kenneth Austin | 6:2007cv12273 | PA | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1249 | Denise E. Burgess | 6:2007cv12327 | PA | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1250 | Janis E. Coleman | 6:2007cv12380 | PA | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1251 | Gary W. Darnell | 6:2007cv12407 | PA | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1252 | John A. Davis | 6:2007cv12411 | PA | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1253 | Shelia Dennis-Simmons | 6:2007cv12423 | PA | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1254 | Gary R. Guinan | 6:2007cv12525 | PA | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1255 | Alexander W. Jones | 6:2007cv12601 | PA | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1256 | Paul P. Roantree | 6:2007cv12800 | PA | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1257 | Yolanda Roman | 6:2007cv12810 | PA | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1258 | Samuel Smith | 6:2007cv12863 | PA | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1259 | Ralph O. Tharpe | 6:2007cv12898 | PA | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1260 | Thomas Foster | 6:2007cv10271 | PA | Abeyta, Valerie | Cause of Action F; Para. 47-50 |
| 1261 | Lynn A. Howell | 6:2007cv10898 | PA | Adair, Pamela J | Cause of Action F; Para. 47-50 |
| 1262 | Daniel P. Pawluk | 6:2007cv10966 | PA | Adair, Pamela J | Cause of Action F; Para. 47-50 |
| 1263 | Kathryn Ross | 6:2007cv11290 | PA | Adkins, Larry | Cause of Action F; Para. 47-50 |
| 1264 | Michael Temple | 6:2007cv11321 | PA | Adkins, Larry | Cause of Action F; Para. 47-50 |
| 1265 | Linda Callahan | 6:2007cv11072 | PA | Aguirre, Natalie | Cause of Action F; Para. 47-50 |
| 1266 | Carol A. Sherian | 6:2007cv11107 | PA | Aguirre, Natalie | Cause of Action F; Para. 47-50 |
| 1267 | Billy T. Richards | 6:2007cv15613 | PA | Ashley, Lisa C | Cause of Action F; Para. 45-48 |

| A | B | C | D | E |
|---|---|---|---|---|
| **Plaintiff** | **Docket #** | **Residence** | **Lead Plaintiff** | **Implied Warranty (count / para. #)** |
| 1268 John Baytos | 6:2006cv00964 | PA | Baytos, John | Cause of Action 6; Para. 82-87 |
| 1269 Ricky Bellman | 6:2006cv01044 | PA | Bellman, Dawn | Cause of Action 6; Para. 82-87 |
| 1270 Lamont Belpulti | 6:2006cv00961 | PA | Belpuliti, Lamont | Cause of Action 6; Para. 82-87 |
| 1271 Lisa Birkner | 6:2006cv01293 | PA | Birkner, Lisa | Cause of Action 6; Para. 99-104 |
| 1272 Jeffrey Boal | 6:2006cv01043 | PA | Boal, Jeffrey | Cause of Action 6; Para. 82-87 |
| 1273 Julia Boatwright | 6:2006cv01012 | PA | Boatwright, Julia | Cause of Action 6; Para. 82-87 |
| 1274 Mark Bobal | 6:2006cv00969 | PA | Bobal, Mark | Cause of Action 6; Para. 99-104 |
| 1275 Debra Boyer | 6:2006cv00970 | PA | Boyer, Debra | Cause of Action 6; Para. 82-87 |
| 1276 Dawn Burgess | 6:2006cv00987 | PA | Burgess, Dawn | Cause of Action 6; Para. 82-87 |
| 1277 Russell Doster | 6:2007cv10027 | PA | Campbell, Betty | Count VI; Para. 103-106 |
| 1278 Mary Green | 6:2007cv10031 | PA | Campbell, Betty | Count VI; Para. 103-106 |
| 1279 Thomas Jones | 6:2007cv10038 | PA | Campbell, Betty | Count VI; Para. 103-106 |
| 1280 Tina Layne | 6:2007cv10042 | PA | Campbell, Betty | Count VI; Para. 103-106 |
| 1281 Kenneth Spevack | 6:2007cv10051 | PA | Campbell, Betty | Count VI; Para. 103-106 |
| 1282 Christine Sutton | 6:2007cv10052 | PA | Campbell, Betty | Count VI; Para. 103-106 |
| 1283 James Temple | 6:2007cv10053 | PA | Campbell, Betty | Count VI; Para. 103-106 |
| 1284 Robert Tevis | 6:2007cv10054 | PA | Campbell, Betty | Count VI; Para. 103-106 |
| 1285 Shelia Thorton | 4:2006cv00180 | PA | Campbell, Betty | Count VI; Para. 103-106 |
| 1286 Miguel Caraballo | 6:2007cv00344 | PA | Caraballo, Miguel A. | Cause of Action 4; Para. 68-73 |
| 1287 Scott Caroll | 6:2006cv00974 | PA | Carroll, Lori | Cause of Action 6; Para. 82-87 |
| 1288 Sandra Chathams | 6:2006cv00999 | PA | Chathams, Sandra | Cause of Action 6; Para. 99-104 |
| 1289 Debra Collier | 6:2006cv01008 | PA | Collier, Deborah | Cause of Action 6; Para. 82-87 |
| 1290 Richard Bartoletti, Jr. | 6:2007cv10094 | PA | Conner, Gary R. | Count VII; Para. 73-76 |
| 1291 Jack Salamone | 6:2007cv10105 | PA | Conner, Gary R. | Count VII; Para. 73-76 |
| 1292 Carol Derosky | 6:2006cv00992 | PA | Derosky, Barry | Cause of Action 6; Para. 99-104 |
| 1293 Betty Evans | 6:2006cv01041 | PA | Evans, Betty | Cause of Action 6; Para. 82-87 |
| 1294 Laura Faulk | 6:2006cv01034 | PA | Faulk, Laura | Cause of Action 6; Para. 99-104 |
| 1295 Edward Faulk | 6:2006cv01034 | PA | Faulk, Laura | Cause of Action 6; Para. 99-104 |
| 1296 James Frederick | 6:2006cv01000 | PA | Frederick, James | Cause of Action 6; Para. 82-87 |
| 1297 Golana Frederick | 6:2006cv01000 | PA | Frederick, James | Cause of Action 6; Para. 82-87 |
| 1298 Valarie Ginyard | 6:2006cv01223 | PA | Ginyard, Valarie | Cause of Action 6; Para. 82-87 |
| 1299 Eddie Glover | 6:2006cv00977 | PA | Glover, Eddi | Cause of Action 6; Para. 82-87 |
| 1300 Ned Godfrey | 6:2006cv00979 | PA | Godfrey, Ned | Cause of Action 6; Para. 99-104 |
| 1301 Ghirley Goldsmith | 6:2006cv00986 | PA | Goldsmith, Shirley | Cause of Action 6; Para. 99-104 |
| 1302 Thelma Graham | 6:2006cv01496 | PA | Graham, Thelma | Cause of Action 6; Para. 127-132 |

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Plaintiff | Docket # | Residence | Lead Plaintiff | Implied Warranty (count / para. #) |
| 1303 | Gail Gringel | 6:2006cv00994 | PA | Gringel, Gail | Cause of Action 6; Para. 99-104 |
| 1304 | Ethel Harkins | 6:2006cv00982 | PA | Harkins, Ethel | Cause of Action 6; Para. 99-104 |
| 1305 | Michael Hawkins | 6:2006cv00984 | PA | Hawkins, Michael | Cause of Action 6; Para. 82-87 |
| 1306 | John Heigl | 6:2006cv00973 | PA | Heigl, John | Cause of Action 6; Para. 99-104 |
| 1307 | Marjorie Hess | 6:2006cv00989 | PA | Hess, Marjorie | Cause of Action 6; Para. 99-104 |
| 1308 | Shirley Keith | 6:2006cv01305 | PA | Keith, Shirley | Cause of Action 6; Para. 99-104 |
| 1309 | Kenneth King | 6:2006cv01013 | PA | King, Kenneth | Cause of Action 6; Para. 99-104 |
| 1310 | Rita Kurilla | 6:2006cv01291 | PA | Kurilla, Rita A. | Cause of Action 6; Para. 99-104 |
| 1311 | La Monte Lear | 6:2006cv01047 | PA | Lear, La Monte | Cause of Action 6; Para. 82-87 |
| 1312 | Donna Linderman | 6:2006cv01038 | PA | Linderman, Donna | Cause of Action 6; Para. 99-104 |
| 1313 | Dianne Mack | 6:2006cv01025 | PA | Mack, Dianne | Cause of Action 6; Para. 82-87 |
| 1314 | Michelle Massey | 6:2006cv00966 | PA | Massey, Michelle | Cause of Action 6; Para. 99-104 |
| 1315 | Shane Massey | 6:2006cv00966 | PA | Massey, Michelle | Cause of Action 6; Para. 99-104 |
| 1316 | Kathleen McAllister | 6:2006cv00980 | PA | McAllister, Kathleen | Cause of Action 6; Para. 82-87 |
| 1317 | Mariann McCunney | 6:2007cv00386 | PA | McCunney, Mariann | Cause of Action 4; Para. 68-73 |
| 1318 | Carole McIntyre | 6:2006cv00998 | PA | McIntyre, Carole | Cause of Action 6; Para. 82-87 |
| 1319 | Jerry Moore, Jr | 6:2007cv00384 | PA | Moore, Jerry Jr. | Cause of Action 4; Para. 68-73 |
| 1320 | William O'Hosky | 6:2006cv01016 | PA | O'Hosky, William | Cause of Action 6; Para. 99-104 |
| 1321 | Joy Orie | 6:2006cv00962 | PA | Orie, Joy | Cause of Action 6; Para. 99-104 |
| 1322 | Sandra Patton | 6:2006cv01726 | PA | Patton, Joseph D. | Cause of Action 6; Para. 127-132 |
| 1323 | Brian Peat | 6:2006cv01002 | PA | Peat, Lisa | Cause of Action 6; Para. 99-104 |
| 1324 | Mary Popp | 6:2006cv01023 | PA | Popp, Mary | Cause of Action 6; Para. 82-87 |
| 1325 | Dennis Porter | 6:2006cv01030 | PA | Porter, Dennis | Cause of Action 6; Para. 110-115 |
| 1326 | Shelly Powell | 6:2006cv00967 | PA | Powell, Shelley | Cause of Action 6; Para. 82-87 |
| 1327 | William Powell | 6:2006cv00967 | PA | Powell, Shelley | Cause of Action 6; Para. 82-87 |
| 1328 | James Reardon | 6:2006cv01388 | PA | Reardon, James | Cause of Action 6; Para. 99-104 |
| 1329 | Margaret Shearman | 6:2006cv01289 | PA | Shearman, Margaret A. | Cause of Action 6; Para. 99-104 |
| 1330 | Edward Sulkowski | 6:2006cv00991 | PA | Sulkowski, Edward | Cause of Action 6; Para. 82-87 |
| 1331 | Lesile F. Tennery | 6:2006cv01032 | PA | Tenney, Sharon | Cause of Action 6; Para. 99-104 |
| 1332 | Sharie Walker | 6:2006cv00995 | PA | Walker, Sharie | Cause of Action 6; Para. 82-87 |
| 1333 | Lucas Webb | 6:2006cv01003 | PA | Webb, Lucas | Cause of Action 6; Para. 99-104 |
| 1334 | Dawn Bellman | 6:2006cv01044 | PA | Bellman, Dawn | Cause of Action 6; Para. 82-87 |
| 1335 | Lori Carroll | 6:2006cv00974 | PA | Carroll, Lori | Cause of Action 6; Para. 82-87 |
| 1336 | Barry Derosky | 6:2006cv00992 | PA | Derosky, Barry | Cause of Action 6; Para. 99-104 |
| 1337 | Joseph Patton | 6:2007cv01726 | PA | Patton, Joseph D. | Cause of Action 6; Para. 127-132 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Plaintiff | Docket # | Residence | Lead Plaintiff | Implied Warranty (count / para. #) |
| 1338 | Lisa Peat | 6:2006cv01002 | PA | Peat, Lisa | Cause of Action 6; Para. 99-104 |
| 1339 | Sharon Tennery | 6:2006cv01032 | PA | Tenney, Sharon | Cause of Action 6; Para. 99-104 |
| 1340 | David Collins | 6:2007cv11468 | TN | Abad, Jamie | Cause of Action F; Para. 56-59 |
| 1341 | Thomas J. Johnson | 6:2007cv11696 | TN | Abad, Jamie | Cause of Action F; Para. 56-59 |
| 1342 | Jennifer McCamey | 6:2007cv16338 | TN | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1343 | Carolyn N. Curtis | 6:2007cv15702 | TN | Abear, Jannette M. | Cause of Action F; Para. 45-48 |
| 1344 | John. J. Billy, Jr. | 6:2007cv13112 | TN | Abel, Cynthia R. | Cause of Action F; Para. 45-48 |
| 1345 | Tammy R. Case | 6:2007cv13236 | TN | Abel, Cynthia R. | Cause of Action F; Para. 45-48 |
| 1346 | Stacey Grulkowski | 6:2007cv13523 | TN | Abel, Cynthia R. | Cause of Action F; Para. 45-48 |
| 1347 | Donna C. McQueen | 6:2007cv13921 | TN | Abel, Cynthia R. | Cause of Action F; Para. 45-48 |
| 1348 | Linda H. Peacock | 6:2007cv14051 | TN | Abel, Cynthia R. | Cause of Action F; Para. 45-48 |
| 1349 | Barbara Phillips, as the proposed administrator of the estate of James R. Phillips, Deceased | 6:2007cv14071 | TN | Abel, Cynthia R. | Cause of Action F; Para. 45-48 |
| 1350 | Jacqueline Ables | 6:2007cv12256 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1351 | Sherry C. Adams | 6:2007cv12260 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1352 | Jefferey L. Allen | 6:2007cv12264 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1353 | Peggy Allman | 6:2007cv12266 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1354 | Steven Apple | 6:2007cv12268 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1355 | Brenda Baker | 6:2007cv12276 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1356 | Marshall A. Beard | 6:2007cv12284 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1357 | Annie Belk | 6:2007cv12288 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1358 | William A. Berresheim | 6:2007cv12293 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1359 | Leola Biles | 6:2007cv12300 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1360 | Freddie M. Brown | 6:2007cv12318 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1361 | Robert A. Brown | 6:2007cv12320 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1362 | James P. Burger | 6:2007cv12326 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1363 | Walter M. Burnine | 6:2007cv12333 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1364 | Derek Bush | 6:2007cv12336 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1365 | Felicia D. Callion | 6:2007cv12341 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1366 | Sue Cathey | 6:2007cv12360 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1367 | Travis Chessor | 6:2007cv12367 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1368 | Timothy L. Clark | 6:2007cv12371 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1369 | Robin Cole | 6:2007cv12379 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1370 | Bernet Collier | 6:2007cv12383 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |

Case 6:06-md-01769-ACC-DAB Document 3687 Filed 08/10/07 Page 12 of 16 PageID 7709
Case 6:06-md-01769-ACC-DAB Document 372-2 Filed 08/10/2007 Page 12 of 16

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Plaintiff | Docket # | Residence | Lead Plaintiff | Implied Warranty (count / para. #) |
| 1371 | Gary D. Crutchfield | 6:2007cv12401 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1372 | Patricia M. Cunningham | 6:2007cv12404 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1373 | Earnestine Dabbs | 6:2007cv12406 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1374 | Lester Davis | 6:2007cv12412 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1375 | Genilla F. Dellinger | 6:2007cv12422 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1376 | Clay Dickens | 6:2007cv12427 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1377 | Liss Dillon | 6:2007cv12431 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1378 | Charlyn Dino | 6:2007cv12432 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1379 | MaryAnn Dobey | 6:2007cv12434 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1380 | Gloria Eggerson | 6:2007cv12451 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1381 | Billy Elliott | 6:2007cv12453 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1382 | Lem L. England | 6:2007cv12457 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1383 | Sara A. Fagg | 6:2007cv12468 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1384 | Melissa Floyd | 6:2007cv12473 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1385 | James Fredrick | 6:2007cv12477 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1386 | Felicia Gastelum | 6:2007cv12484 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1387 | Billy J. Gentry | 6:2007cv12487 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1388 | Linda C. Gentry | 6:2007cv12489 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1389 | Ronald M. Gibson | 6:2007cv12492 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1390 | Vivian Gilbreath | 6:2007cv12495 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1391 | Ashley N. Gillia | 6:2007cv12496 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1392 | Ralph D. Gilliam | 6:2007cv12497 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1393 | Andrea Gleaves | 6:2007cv12499 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1394 | David Goin | 6:2007cv12503 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1395 | Corrie N. Gooch | 6:2007cv12506 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1396 | Rosella T. Good | 6:2007cv12507 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1397 | Daniel S. Goolsby | 6:2007cv12508 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1398 | Robin D. Grabowski | 6:2007cv12511 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1399 | Annette C. Guerra | 6:2007cv12523 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1400 | Kathy D. Hall | 6:2007cv12529 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1401 | Wanda F. Harness | 6:2007cv12536 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1402 | Susan G. Harrell | 6:2007cv12539 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1403 | Asa W. Harris | 6:2007cv12540 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1404 | Robert E. Haynes | 6:2007cv12546 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1405 | James W. Henderson | 6:2007cv12550 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Plaintiff** | **Docket #** | **Residence** | **Lead Plaintiff** | **Implied Warranty** (count / para. #) |
| 1406 | Kenneth T. Hicks | 6:2007cv12558 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1407 | Patricia A. Higgins | 6:2007cv12559 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1408 | Shannon Hinkle | 6:2007cv12561 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1409 | Mary Holland | 6:2007cv12565 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1410 | Danny Hopper | 6:2007cv12571 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1411 | James W. Hunt | 6:2007cv12578 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1412 | Samiko M. Hunter | 6:2007cv12579 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1413 | Denise L. Iler | 6:2007cv12583 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1414 | May E. Isom | 6:2007cv12586 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1415 | Michael L. Jarrett | 6:2007cv12591 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1416 | James Jenkins | 6:2007cv12593 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1417 | Catherine I. Johnson | 6:2007cv12595 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1418 | Mary Johnson | 6:2007cv12597 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1419 | Michael V. Johnson | 6:2007cv12598 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1420 | Royal Jordan | 6:2007cv12607 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1421 | Gilbert Keith | 6:2007cv12609 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1422 | Amy G. Key | 6:2007cv12612 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1423 | Christy Konnick | 6:2007cv12621 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1424 | Charlene M. Koory | 6:2007cv12623 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1425 | Sandra L. Lackey | 6:2007cv12631 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1426 | Carrie Lee | 6:2007cv12643 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1427 | Lisa Lewallen | 6:2007cv12646 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1428 | William H. Lindsley | 6:2007cv12655 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1429 | Robbie M. Lucas | 6:2007cv12660 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1430 | Penny Mabe-Wortman | 6:2007cv12661 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1431 | Marian A. Marks | 6:2007cv12668 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1432 | Charles W. Martin | 6:2007cv12671 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1433 | Teresa M. Martin | 6:2007cv12673 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1434 | Wylma A. Mathes | 6:2007cv12679 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1435 | Priscilla A. Melton | 6:2007cv12698 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1436 | Larry L. Moore | 6:2007cv12710 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1437 | Willie G. Moore | 6:2007cv12712 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1438 | Paul E. Moses | 6:2007cv12716 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1439 | Timothy Mull | 6:2007cv12717 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1440 | Ernest D. Murphy | 6:2007cv12720 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Plaintiff | Docket # | Residence | Lead Plaintiff | Implied Warranty (count / para. #) |
| 1441 | Julia Murphy | 6:2007cv12721 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1442 | Shelia A. Nance | 6:2007cv12725 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1443 | Sharon A. Newbill | 6:2007cv12730 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1444 | Kimberly S. Newsom | 6:2007cv12732 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1445 | Donald D. Page | 6:2007cv12745 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1446 | Angela Patrick | 6:2007cv12749 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1447 | Lillie M. Patrick | 6:2007cv12750 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1448 | Lila L. Patten | 6:2007cv12751 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1449 | Joyce L. Peck | 6:2007cv12752 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1450 | Loner M. Petty | 6:2007cv12759 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1451 | Jennifer Pierce | 6:2007cv12763 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1452 | Warren Pitts | 6:2007cv12766 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1453 | Alicia Ponder | 6:2007cv12769 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1454 | Janet R. Pope | 6:2007cv12771 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1455 | Jimmy E. Poteete | 6:2007cv12775 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1456 | Clarence Prater, III | 6:2007cv12776 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1457 | Jonah A. Prather | 6:2007cv12777 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1458 | Tammy L. Rains-Inman | 6:2007cv12780 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1459 | Rhonda D. Randolph | 6:2007cv12784 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1460 | Reginald D. Ray | 6:2007cv12786 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1461 | Rebecca D. Rech | 6:2007cv12787 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1462 | Montrell Reid | 6:2007cv12791 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1463 | Helener Riddle | 6:2007cv12796 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1464 | Brenda Roberts | 6:2007cv12802 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1465 | William Robinson | 6:2007cv12806 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1466 | Nancy Romine | 6:2007cv12811 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1467 | Zina Y. Sadler | 6:2007cv12817 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1468 | Walter L. Sanders | 6:2007cv12820 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1469 | Tanny L. Shipley | 6:2007cv12842 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1470 | Michael Simmons | 6:2007cv12847 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1471 | Phillip R. Simpson | 6:2007cv12848 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1472 | Joy C. Sims | 6:2007cv12849 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1473 | Mary E. Sizemore | 6:2007cv12853 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1474 | Nancy E. Skow | 6:2007cv12854 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1475 | Nadine Slayton | 6:2007cv12855 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Plaintiff** | **Docket #** | **Residence** | **Lead Plaintiff** | **Implied Warranty** (count / para. #) |
| 1476 | Ingrid J. Smith | 6:2007cv12858 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1477 | Marsha L. Smith | 6:2007cv12861 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1478 | Robert Sorensen | 6:2007cv12871 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1479 | Ruby L. Spates | 6:2007cv12872 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1480 | Roger Sprague | 6:2007cv12874 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1481 | Kenneth D. Stephens | 6:2007cv12880 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1482 | Christy Street | 6:2007cv12886 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1483 | Linda Strickland | 6:2007cv12887 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1484 | Rosetta Sublett | 6:2007cv12889 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1485 | James H. Suddarth | 6:2007cv12890 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1486 | Versie L. Sullivan | 6:2007cv12891 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1487 | James Thomas | 6:2007cv12900 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1488 | Sheryl Tilson | 6:2007cv12910 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1489 | Nancy Turner | 6:2007cv12921 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1490 | Nicole Tyler | 6:2007cv12922 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1491 | Donna L. Underwood | 6:2007cv12923 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1492 | Linda J. Underwood | 6:2007cv12924 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1493 | Stephen Verran | 6:2007cv12931 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1494 | Gary A. Voiles | 6:2007cv12938 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1495 | Janice A. Wagers | 6:2007cv12941 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1496 | Donna L. Walker | 6:2007cv12944 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1497 | James S. Walker | 6:2007cv12946 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1498 | Jo Anita Wallace | 6:2007cv12949 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1499 | Ronald Walters | 6:2007cv12951 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1500 | Danny Ward | 6:2007cv12952 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1501 | Francis A. Ward | 6:2007cv12953 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1502 | Brenda Waters | 6:2007cv12957 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1503 | Alice Weber | 6:2007cv12966 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1504 | Lillie Wilson | 6:2007cv12994 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1505 | Shirley A. Wilson | 6:2007cv12945 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1506 | Charles D. Winder | 6:2007cv12946 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1507 | Elizabeth M. Wohrley | 6:2007cv12998 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1508 | Larry Woodley | 6:2007cv12999 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1509 | James E. Woodruff | 6:2007cv13000 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1510 | Terry L. Woody | 6:2007cv13005 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Plaintiff** | **Docket #** | **Residence** | **Lead Plaintiff** | **Implied Warranty** (count / para. #) |
| 1511 | Michael J. Wright | 6:2007cv13007 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1512 | Tonja M. Wynn | 6:2007cv13009 | TN | Abernathy, William | Cause of Action F; Para. 45-48 |
| 1513 | Susan Barnes | 6:2007cv10189 | TN | Abeyta, Valerie | Cause of Action F; Para. 47-50 |
| 1514 | James Blackard, Jr. | 6:2007cv10202 | TN | Abeyta, Valerie | Cause of Action F; Para. 47-50 |
| 1515 | Barbara Cotman | 6:2007cv10243 | TN | Abeyta, Valerie | Cause of Action F; Para. 47-50 |
| 1516 | Laverne Hines | 6:2007cv10303 | TN | Abeyta, Valerie | Cause of Action F; Para. 47-50 |
| 1517 | Daniel Brooks | 6:2007cv10589 | TN | Adams, James I | Cause of Action F; Para. 47-50 |
| 1518 | William R. Ziegman | 6:2007cv11347 | TN | Adkins, Larry | Cause of Action F; Para. 47-50 |
| 1519 | Sam Choate, Jr. | 6:2007cv12120 | TN | Ammerman, Michelle | Cause of Action F; Para. 45-48 |
| 1520 | Jewel Henderson | 6:2007cv10034 | TN | Campbell, Betty | Count VI; Para. 103-106 |
| 1521 | Wanda Garsia | 6:2007cv00380 | TN | Garsia, Wanda | Cause of Action 4; Para. 68-73 |
| 1522 | Anita Grant | 6:2007cv00444 | TN | Grant, Anita | Cause of Action 4; Para. 68-73 |
| 1523 | Vickee Hammontree | 6:2007cv00437 | TN | Hammontree, Vickie | Cause of Action 4; Para. 68-73 |
| 1524 | Janet Kubiszak | 6:2007cv00395 | TN | Kubiszak, Janet | Cause of Action 4; Para. 68-73 |
| 1525 | Marilyn Scarbrough | 6:2007cv00421 | TN | Scarbrough, Marilyn | Cause of Action 4; Para. 68-73 |
| 1526 | Joyce Hatcher | 6:2007cv16170 | UT | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1527 | Debra Joseph | 6:2007cv16258 | UT | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1528 | John Olham | 6:2007cv16417 | UT | Abbott, Tina | Cause of Action F; Para. 45-48 |
| 1529 | Lori L. Hulbert | 6:2007cv15738 | UT | Abear, Jannette M. | Cause of Action F; Para. 45-48 |
| 1530 | Carisa D. Jackson | 6:2007cv13660 | UT | Abel, Cynthia R. | Cause of Action F; Para. 45-48 |
| 1531 | Warren Judd, as the proposed administrator of the estate of LaJean Judd, Deceased | 6:2007cv13716 | UT | Abel, Cynthia R. | Cause of Action F; Para. 45-48 |
| 1532 | Janica Orullian | 6:2007cv14026 | UT | Abel, Cynthia R. | Cause of Action F; Para. 45-48 |
| 1533 | Whitney D. Rich | 6:2007cv14147 | UT | Abel, Cynthia R. | Cause of Action F; Para. 45-48 |
| 1534 | Virginia E. Turkington | 6:2007cv14406 | UT | Abel, Cynthia R. | Cause of Action F; Para. 45-48 |
| 1535 | David McCrary | 6:2007cv15604 | UT | Ashley, Lisa C | Cause of Action F; Para. 45-48 |
| 1536 | Kathy Langevin | 6:2007cv00515 | UT | Langevin, Kathy | Cause of Action 4; Para. 59-63 |
| 1537 | Connie Walker | 6:2007cv00436 | UT | Walker, Connie | Cause of Action 4; Para. 68-73 |
| 1538 | Catherine Post | 6:2007cv10399 | WY | Abeyta, Valerie | Cause of Action F; Para. 47-50 |
| 1539 | Jeffrey Garcia | 6:2007cv00684 | WY | Garcia, Jeffrey | Counts VIII-IX; Para. 172-184 |
| 1540 | Margaret McDonald | 6:2007cv00664 | WY | McDonald, Margaret | Counts VIII-IX; Para. 172-184 |
| 1541 | Machelle Schmaljohn | 6:2007cv00676 | WY | Schmaljohn, Machelle | Counts VIII-IX; Para. 172-184 |