# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

This Document Relates to ALL CASES

### AFFIDAVIT OF SPECIAL MASTER PURSUANT TO FED.R.CIV.P. 53(b)(3)

COMMONWEALTH OF VIRGINIA
CITY OF RICHMOND, to-wit:

Orran L. Brown, of full age, being duly sworn, upon his oath deposes and says:

1. *Personal Information.* My name is Orran L. Brown. I am the Chairman and a founding partner of BrownGreer PLC, located at 115 S. 15th Street, Suite 400, Richmond, Virginia.

2. *Personal Knowledge.* The matters set forth in this Affidavit are based upon my personal knowledge.

3. *Purpose of Affidavit.* This Affidavit is submitted pursuant to the Court's directive in Paragraph I.B of the August 3, 2007 Order Appointing Special Master and Directing Discovery and in accordance with Fed.R.Civ.P. 53(b)(3) and 28 U.S.C. § 455. As the Project Management Office under the Order, BrownGreer PLC has submitted a Designation of Special Master designating me as the Special Master for the functions described in the Order.

**ATTACHMENT A**

4. ***No Grounds for Disqualification.*** No grounds exist under 28 U.S.C. § 455 that would cause me to be disqualified from serving as the Special Master in this proceeding and I have no such grounds to disclose to the Court and the parties. Executed on August __10__, 2007.

_____
Orran L. Brown

COMMONWEALTH OF VIRGINIA
CITY OF RICHMOND, to-wit

Sworn to and subscribed before me, the undersigned authority, on this 10th day of August, 2007.

_____
Notary Public

My commission expires: __12/31/07__

Registration Number: __32 0046__

**ATTACHMENT A**