**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re: Seroquel Products Liability Litigation**

**Case No. 6:06-md-1769**

_____

**This Document Relates to ALL CASES**

_____

**[PROPOSED] ORDER**

It is hereby **ORDERED** that attorneys admitted to practice and in good standing in any United States District Court are admitted *pro hac vice* in this litigation.

**DONE** and **ORDERED** in Orlando, Florida on _____, 2007.

_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE