# EXHIBIT A

# EXHIBIT A
## BATES RANGES OF MACFADDEN DOCUMENTS

AZSER-10375464-10375493
AZSER-10375499-10375508
AZSER-10375513-10375538
AZSER-10375545-10375599
AZSER-10375603-10375605
AZSER-10375610-10375612
AZSER-10375618-10375627
AZSER-10375629-10375640
AZSER-10375644-10375662
AZSER-10375671-10375676
AZSER-10375677-10375679
AZSER-10375683-10375698
AZSER-10375703-10375715
AZSER-10375719-10375721
AZSER-10375728-10375745
AZSER-10375749-10375761
AZSER-10375762-10375778
AZSER-10375781-10375825
AZSER-10375828-10375883
AZSER-10375884-10375952
AZSER-10375956-10375965
AZSER-10375973-10376002
AZSER-10376005-10376007
AZSER-10376010-10376015
AZSER-10376019-10376034
AZSER-10376036-10376056
AZSER-10376058-10376061
AZSER-10376062-10376069
AZSER-10376071-10376077
AZSER-10376081-10376090
AZSER-10376101-10376106
AZSER-10376110-10376128
AZSER-10376131-10376137
AZSER-10376142-10376149
AZSER-10376151-10376172
AZSER-10376174-10376218
AZSER-10376228-10376230
AZSER-10376234-10376238
AZSER-10376242-10376248
AZSER-10376250-10376252
AZSER-10376254-10376255