**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation**

                                        Case No.  6:06-md-1769-Orl-22DAB

_____/

**ORDER**

On July 31, 2007, AstraZeneca filed a Motion for Judgment on the Pleadings, or, Alternatively, for Summary Judgment, as to All Claims Against Seven Improperly Named Defendants (Doc. 330), which was amended on August 6, 2007 (Doc. 356). In lieu of Plaintiffs' response to the motion, the parties filed a joint Stipulation of Dismissal as to Seven Named Defendants (Doc. 366), dismissing all claims against the following defendants: Astra USA Holdings Corporation, AstraZeneca Research & Development, AstraZeneca R & D Wilmington, AstraZeneca R & D Boston, Astra USA, Inc., Astra U.S. Holdings Corporation, and KBI Sub, Inc.  These seven defendants are the same seven alleged improperly named defendants to which AstraZeneca's motion applies.  Therefore, in light of the fact that all claims against the seven alleged improperly named defendants in this action have now been dismissed, it is **ORDERED** as follows:

1.       AstraZeneca's August 6, 2007, Amended Motion for Judgment on the Pleadings, or, Alternatively, for Summary Judgment, as to All Claims Against Seven Improperly Named Defendants (Doc. 356) is **DENIED** as moot.

2.       AstraZeneca's July 31, 2007 Motion for Judgment on the Pleadings, or,

Alternatively, for Summary Judgment, as to All Claims Against Seven Improperly Named Defendants (Doc. 330) is **DENIED** as moot in light of AstraZeneca's filing of the amended motion on August 6.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 15, 2007.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge