UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL Docket No. 1769

This document relates to:

GALE YOUNG v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-15626-ACC-DAB

JESSIE DELAO v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-16050-ACC-DAB

KATHRYN FISHER, AS NEXT FRIEND OF C.C., A MINOR v.
ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-16100-ACC-DAB

SHARON PASSMORE-SMITH v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-14040-ACC-DAB

CARLOS TAYLOR v. ASTRAZENECA, LP, et al.,
Case No. 6:07-cv-10454-ACC-DAB

---

### NOTICE OF WITHDRAWAL OF ASTRAZENECA DEFENDANTS' MOTION REQUESTING DISMISSALS WITHOUT PREJUDICE FOR FAILURE TO SERVE RECORDS AUTHORIZATIONS AND MOTION REQUESTING DISMISSALS WITH PREJUDICE FOR FAILURE TO SERVE PLAINTIFF FACT SHEETS

The AstraZeneca Defendants hereby withdraw their Motion Requesting Dismissals Without Prejudice for Failure to Serve Records Authorization, filed July 6, 2007 (Docket No. 261), as to Plaintiff Gale Young, MDL Case Number 6:07-cv-15626.

Additionally, the AstraZeneca Defendants hereby withdraw their Motion Requesting Dismissals With Prejudice for Failure to Serve Plaintiff Fact Sheets, filed July 31, 2007 (Docket No. 335), as to Plaintiffs:

Jessie DeLao (Case No. 6:07-cv-16050);
Kathryn Fisher, as Next Friend of C.C., a Minor (Case No. 6:07-cv-16100);
Sharon Passmore-Smith (Case No. 6:07-cv-14040); and
Carlos Taylor (Case No. 6:07-cv-10454).

The Motions were mistakenly filed as to these Plaintiffs. This Notice of Withdrawal does not apply to any of the other plaintiffs included in Defendants' Motions.

Dated: August 17, 2007          Respectfully submitted,

/s/ *Brennan J. Torregrossa*
Fred T. Magaziner
Brennan J. Torregrossa
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000
Attorneys for Defendants
AstraZeneca Pharmaceuticals LP
and AstraZeneca LP

2

## CERTIFICATE OF SERVICE

I herby certify that on the 17th day of August, 2007, I caused the foregoing Notice of Withdrawal of AstraZeneca Defendants' Motion Requesting Dismissals Without Prejudice for Failure to Serve Records Authorizations and Motion Requesting Dismissals With Prejudice for Failure to Serve Plaintiff Fact Sheets to be served electronically through ECF upon the following:

>K. Camp Bailey, Esq.
>Michael W. Perrin, Esq.
>Fletcher Trammell, Esq.
>Bailey Perrin Bailey LLP
>The Lyric Centre
>440 Louisiana, Suite 2100
>Houston, TX 77002
>cbailey@bpblaw.com
>mperrin@bpblaw.com
>ftrammell@bpblaw.com
>
>Larry Roth, Esq.
>Law Offices of Larry M. Roth, P.A.
>Post Office Box 547637
>Orlando, FL 32854-7637
>LROTH@roth-law.com

/s/ *Brennan J. Torregrossa*