# Exhibit 1

## Bailey Perrin Bailey LLP

## List of Plaintiffs' Fact Sheets Sent (3)

|   | Last Name | First Name | Case No. | PFS Sent Date |
|---|---|---|---|---|
| 1 | Burley, as next friend of L.S., a minor | Angela | 6:07-cv-01510 | 8/15/2007 |
| 2 | McCall | Randy | 6:07-cv-15651 | 8/15/2007 |
| 3 | Thomas | Jonathan | 6:07-cv-10561 | 8/15/2007 |