# Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs**

|   | Last Name | First Name | Case No. | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Dutton | Richard | 6:07-cv-16075 | 08/15/07 | 8/15/2007 |