# Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs**

|  | Last Name | First Name | Case No. | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Aycock | Darrell | 6:07-cv-14592 | 8/15/2007 | 8/15/2007 |
| 2 | Brookman | Peggy | 6:07-cv-15941 | 8/15/2007 | 8/15/2007 |
| 3 | Davis | Sylvia | 6:07-cv-11503 | 8/15/2007 | 8/15/2007 |
| 4 | Ford | Kevin | 6:07-cv-14857 | 8/15/2007 | 8/15/2007 |
| 5 | Frank | Kevin | 6:07-cv-14868 | 8/15/2007 | 8/15/2007 |
| 6 | Gregory | William | 6:07-cv-14921 | 8/15/2007 | 8/15/2007 |
| 7 | James | Juanita | 6:07-cv-15024 | 8/15/2007 | 8/15/2007 |
| 8 | Leszczynski | Candi | 6:07-cv-15098 | 8/15/2007 | 8/15/2007 |
| 9 | Mardis | Ann | 6:07-cv-16321 | 8/15/2007 | 8/15/2007 |
| 10 | Martin | Brenda | 6:07-cv-15127 | 8/15/2007 | 8/15/2007 |
| 11 | May | Daryl | 6:07-cv-15135 | 8/15/2007 | 8/15/2007 |
| 12 | McGhee | Patsy | 6:07-cv-15150 | 8/15/2007 | 8/15/2007 |
| 13 | Selvaggio | Aida | 6:07-cv-15336 | 8/15/2007 | 8/15/2007 |
| 14 | Williams | Helen | 6:07-cv-15504 | 8/15/2007 | 8/15/2007 |
| 15 | Williams | Lisa | 6:07-cv-16693 | 8/15/2007 | 8/15/2007 |