# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

**MDL DOCKET NO. 1769**

**This Document Relates to ALL CASES**

## JOINT STATUS REPORT, AGENDA, AND
## MOTION TO ALLOW ELECTRONIC EQUIPMENT

**August 22, 2007 Status Conference**

The MDL Plaintiffs and Defendants AstraZeneca Pharmaceuticals LP and

AstraZeneca LP ("AstraZeneca"), by and through their counsel, respectfully submit this Joint

Status Report, Agenda and Motion to Allow Electronic Equipment at the August 22, 2007

Status Conference.

## I.   STATUS REPORT

As of August 16, 2007, AstraZeneca was defending approximately 8,762 served or

answered Seroquel cases, with a total of 10,726 plaintiff groups, pending in federal and state

courts.  Approximately 1,500 additional cases have been filed but not yet served on

AstraZeneca.  The federal/state breakdown of served cases and plaintiffs is as follows:

|  | **Number of Cases** | **Number of Plaintiffs** |
|---|---|---|
| **Federal** | 6,525 | 6,525 |
| **State** | 2,237 | 4,201 |

Of the Seroquel cases in federal court, approximately 6,520 are currently in this MDL.  An additional 5 cases have been tagged for transfer to this MDL.  It is expected that other federal cases will eventually be tagged and transferred to this MDL.

## II.     MOTIONS

The following motions are pending before the Court:

1.     AstraZeneca's Motions to Dismiss for Failure to Serve Plaintiff Fact Sheets and Medical Record Authorizations and for Failure to Verify Plaintiff Fact Sheets. AstraZeneca served such motions in approximately 2,129 cases.  To date, approximately 466 of these plaintiffs have served or supplemented their Fact Sheets, 105 have stipulated to the dismissal of their cases, and 531 have been dismissed pursuant to Court Order. Approximately 1,027 motions are still pending.

2.     AstraZeneca's Motion for Judgment on the Pleadings Regarding the Strict Liability Design Defect Claims and Related Implied Warranty Claims Asserted by Plaintiffs in Jurisdictions That Do Not Recognize Those Claims in the Prescription Drug Context (Doc. No. 328).  Plaintiffs have opposed AstraZeneca's motion (Doc. No. 368), and AstraZeneca has requested leave to file a reply brief in response to certain issues raised in plaintiffs' opposition (*see* Doc. No. 381).

3.     AstraZeneca's Motion for Judgment on the Pleadings on the Basis of Federal Preemption (Doc. No. 329).  Plaintiffs have opposed AstraZeneca's motion (Doc. No. 365). This motion is fully-briefed and ready for the Court's consideration.  The parties request that the Court set a date for oral argument on this motion.

4.      AstraZeneca's Motion to Require Plaintiffs to Substitute Their Selection of the Evelyn Hughes Case for Case-Specific Discovery in September (Doc. No. 358). Plaintiffs' response is due on August 20.

5.      AstraZeneca's Motion for a Protective Order (Doc. No. 367).  Plaintiffs' response is due on August 21.

6.      AstraZeneca's Unopposed Motion for an Order on *Pro Hac Vice* Admission (Doc. No. 376).

7.      AstraZeneca's Renewed Motion to Seal Documents (Doc. No. 377). AstraZeneca has submitted the relevant documents for *in camera* review by the Court.

8.      Plaintiff's Motion for Order Imposing Sanctions (Heard July 26, 2007).

## III.    AGENDA

**A.      Project Management Office and Special Master.**  The Court stated that it would like to discuss the scope of duties, communications and other matters relating to the Project Management Office.

**B.      Plaintiffs would like to discuss the following issues:**

**1.      Custodial Production**

a.      Status of defendants' investigation into the preservation, collection and production of email not previously produced from specially dedicated email addresses (*i.e.*, Michael Murray's "Seroquel" email address);

b.      Status of defendants' investigation into the preservation, collection and production of email not previously produced from "proxies" or "delegates";

        c.      Status of defendants' investigation into the preservation, collection and production of voicemail, fax attachments and video;

        d.      Status of keyword search;

        e.      Defendants' production of all documentation (as set forth in Sedona Principles, Comment 6e) which describes what has been collected, the procedures employed in collection, and steps taken to ensure the integrity of the information collected.

        f.      The Court's appointment of an auditor of the collection and production process employed by Defendants.

        g.      Effect of custodial production deficiencies on plaintiffs' rights of due process.

        **2.**      **Case-Specific Discovery.**

        a.      Status of defendants' production of marketing and promotional documents and index.

        b.      Continued deficiencies in defendants' case-specific disclosures.

        c.      Disclosures regarding defendants' contacts with treating physicians.

        d.      Disclosure of contact information for sales representatives no longer employed by the defendants.

        **3.  Plan for Third Party Discovery.**

        a.      Deadline for production of third party documents

        b.      Scope of the third party subpoenas

        c.      Cost associated with third party production

        d.      Confidentiality of third party documents

**C.**    **AstraZeneca would like to discuss the following issues:**

       1.      Procedure for transferring cases with Florida resident plaintiffs to this Court for trial;

       2.      Obtaining documents and records from the Zyprexa litigation that pertain to plaintiffs in this MDL; and

       3.      Issues relating to the case-specific deposition program.

## IV.    MOTION TO ALLOW ELECTRONIC EQUIPMENT

Counsel for the MDL Plaintiffs and for AstraZeneca, pursuant to Middle District Local Rule 4.11(b), hereby seek Court approval for their use of electronic equipment at the July 27, 2007 Status Conference, and as grounds therefore would show as follows:

A.    The following plaintiffs' counsel seek to utilize BlackBerry email devices, cell phones without camera capabilities, and a laptop computer to facilitate communication with their offices regarding discovery issues and access to their calendars for scheduling purposes during the status conference.

       1.      Paul Pennock (Blackberry, cell phone, laptop computer);

       2.      Mike Pederson (Blackberry, cell phone, laptop computer);

       3.      Fletch Trammell (Blackberry, cell phone);

       4.      Scott Allen (Blackberry, cell phone);

       5.      Ed Blizzard (Blackberry, cell phone);

       6.      Ken Smith (laptop computer, cell phone); and

       7.      David Meltzer, Paralegal to Larry Roth (projector, cables, and cell phone).

       8.      Larry Gornick (Blackberry, cell phone, laptop computer);

       9.      Dennis Canty (Blackberry, cell phone, laptop computer);

      10.      Holly Wheeler (Blackberry, cell phone);

      11.      Ken Bailey (Blackberry); and

      12.      Camp Bailey (Blackberry).

B.      The following counsel for AstraZeneca seek to utilize BlackBerry email devices and cell phones without camera capabilities to facilitate the scheduling of subsequent hearings and conferences in the above-captioned matter and to allow counsel to obtain information responsive to issues that may arise during the conference.

      1.      Robert L. Ciotti (cell phone, BlackBerry, laptop computer);

      2.      A. Elizabeth Balakhani (cell phone, BlackBerry, laptop computer);

      3.      Kathryn L. Connelly (cell phone, BlackBerry);

      4.      Fred T. Magaziner (cell phone, BlackBerry);

      5.      Stephen J. McConnell (cell phone, BlackBerry);

      6.      Luke Mette (cell phone, BlackBerry);

      7.      Shane T. Prince (cell phone, BlackBerry, laptop computer); and

      8.      James J. Freebery (cell phone, BlackBerry).

C.      Counsel for the parties represent, pursuant to Middle District Local Rule 4.11(b), that these devices will be switched to "silent activation mode" while in the courtroom.

Respectfully submitted on this the 17th day of August, 2007,


/s/ Paul Pennock                                    /s/ Fred T. Magaziner
Paul Pennock                                        Fred T. Magaziner
Weitz & Luxenberg, P.C.                             DECHERT LLP
180 Maiden Lane - 17th Floor                        2929 Arch Street
New York, NY 10038                                  Philadelphia, PA  19103
Telephone: (212) 558-5504                           Telephone: (215) 994-4000
Ppennock@weitzlux.com                               Facsimile: (215) 994-2222
                                                    fred.magaziner@dechert.com
Camp Bailey
Bailey Perrin Bailey LLP                            *Counsel for AstraZeneca Pharmaceuticals*
The Lyric Centre                                    *LP and AstraZeneca LP*
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7232
cbailey@bpblaw.com


*Co-Lead Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the 17th of August, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that the foregoing document and the notice of electronic filing was served on Plaintiffs' Liaison Counsel in accordance with CMO No. 1.

<u>/s/ Shane T. Prince</u>

**<u>SERVICE LIST</u>**

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>***Plaintiffs' Lead Counsel*** | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca***<br>***Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen***<br>***Pharmaceutical Products and Johnson &***<br>***Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP***<br>***and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |