# Exhibit A

| No. | Third Party Vendor | General Description of Services | Served |
|---|---|---|---|
| 1 | ACNielsen<br>150 North Martingale Road<br>Schaumburg, IL 60173-2076 | Marketing research | August 13 |
| 2 | Avalere Health, LLC<br>1350 Connecticut Avenue NW,<br>Suite 900, Washington, DC 20036 | Strategic consulting | August 1 |
| 3 | Cadient Group<br>Five Tower Bridge<br>300 Barr Harbor Drive, Suite 400<br>West Conshohocken, PA 19428 | Marketing | August 15 |
| 4 | CME, LLC<br>2801 McGaw Ave.<br>Irvine, CA 92614-5835 | Continuing medical education | July 2 |
| 5 | Complete Medical Communications<br>20 Waterview Blvd.<br>Parsippany, NJ 07054 | Medical communications | July 2 |
| 6 | Communications Media Inc.<br>2200 Renaissance Blvd., Suite 160<br>King of Prussia, PA 19406 | Advertising media and promotions planning | August 15 |
| 7 | ConvenePro, LLC<br>114 Dennis Drive<br>Lexington, KY 40503 | Event management | July 2; re-served July 31 |
| 8 | Edelman<br>1500 Broadway, 26th Floor<br>New York, NY 10036 | Public relations | July 2 |
| 9 | Excerpta Medica<br>685 US-202<br>Bridgewater, NJ 08807 | Strategic medical communications and medical publishing | July 2 |
| 10 | FYI Worldwide, LLC<br>644 Danbury Road<br>Wilton, CT 06897 | Product forecasting | July 2 |

| No. | Third Party Vendor | General Description of Services | Served |
|---|---|---|---|
| 11 | GfK Market Measures<br>1060 State Road<br>Princeton, NJ 08540 | Marketing research | July 2 |
| 12 | Harris Interactive, Inc.<br>161 Sixth Avenue<br>New York, NY 10013 | Marketing research | July 2 |
| 13 | i3 CME<br>180 Regent Court, Suite 50<br>State College, PA 16801 | Continuing medical education | July 2 |
| 14 | ImpactRx, Inc.<br>307 Fellowship Rd., Suite 300<br>Mt. Laurel, NJ 08054 | Prescribing behavior tracking and analysis | July 2 |
| 15 | Klemtner Advertising, Inc.<br>375 Hudson Street, 9th Floor<br>New York, NY 10014 | Marketing and advertising | July 9 |
| 16 | Parexel MMS<br>181 Harbor Drive<br>Stamford, CT 06902 | Medical publishing | July 2 |
| 17 | Perry Communications Group, Inc.<br>925 L Street, Suite 1200<br>Sacramento, CA 95814 | Public relations | July 2 |
| 18 | Saatchi & Saatchi Healthcare<br>375 Hudson Street, 9th Floor<br>New York, NY 10014 | Healthcare marketing | July 9 |
| 19 | Simpson Healthcare Executives<br>255 Route 80<br>Killingworth, CT 06419 | Medical communications and marketing services | July 3 |
| 20 | Towers Perrin<br>Centre Square East<br>1500 Market Street<br>Philadelphia, PA 19102-4790 | Global professional services | July 2 |
| 21 | Verispan, LLC<br>800 Township Line Road, Suite 125<br>Yardley, PA 19067 | Health care information | July 2 |

| No. | Third Party Vendor | General Description of Services | Served |
|---|---|---|---|
| 22 | ZS Associates<br>One Liberty Place<br>1650 Market Street, Suite 3500<br>Philadelphia, PA  19103 | Sales force and marketing | July 3 |