UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br><br>MDL Docket No. 1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**PLAINTIFFS' DEPOSITION UPON WRITTEN QUESTIONS DIRECTED TO EDELMAN** |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

1.   Please state your full name, address, occupation and official title.

**ANSWER:** _____

2.   As part of your duties as custodian of records for Edelman are you the custodian of the following records:

    (a)   Any and all contracts or agreements between AstraZeneca and Edelman relating to Seroquel.

    (b)   Any and all communications between AstraZeneca and Edelman relating to Seroquel.

    (c)   Any and all communications between Edelman and any other person relating to Seroquel.

    (d)   Any and all documents prepared by, prepared for, or received by Edelman relating to Seroquel.

    (e)   Any and all marketing materials prepared by, prepared for, or received by Edelman relating to Seroquel.

Case 6:06-md-01769-ACC-DAB   Document 386-4   Filed 08/20/07   Page 2 of 8 PageID 7955

(f)　　All documents reflecting amounts paid to Edelman by AstraZeneca relating to professional services rendered by Edelman relating to Seroquel.

**ANSWER:** _____

3. Have you been served with a subpoena for the production the records requested in Question No. 2?

**ANSWER:** _____

4. Do you understand that the subpoena requests all records in your possession, custody, or control relating to Seroquel?

**ANSWER:** _____

5. Please tender at this time all records requested in Question No. 2 and in the subpoena that has been served on you. Have you complied? If not, why?

**ANSWER:** _____

6. Are you able to identify these records as the originals or true and correct copies of the originals?

**ANSWER:** _____

7. Are the records you have tendered in response to Question Nos. 2 and 5 a complete and accurate copy of the records described in Question No. 2?

**ANSWER:** _____

8. Was it in the regular course of your business, or of an employee in your office having personal knowledge of the act(s) recorded, to prepare the records, or transmit the information included in the records, you have tendered in response to Question Nos. 2 and 5?

**ANSWER:** _____

9. Were the records you have tendered in response to Question Nos. 2 and 5 made at or near the time when the acts, events, conditions and other information contained therein occurred, were observed or rendered?

ANSWER: _____

10. Were the records you have tendered in response to Question Nos. 2 and 5 kept in the regular course of the business of Edelman?

ANSWER: _____

11. Were the records you have tendered in response to Question Nos. 2 and 5 transmitted to your files, and did you maintain those records as part of your official duties as the custodian of records for Edelman?

ANSWER: _____

12. How long does Edelman maintain its files, and does Edelman ever destroy its files?

ANSWER: _____

13. Have you been requested or directed by any person, or has any person suggested to you, that you withhold or protect, for any reason, the records described in Question No. 2? If so, please identify the person who conveyed this information to you and when that event occurred.

ANSWER: _____

14. Do you know or have any reason to believe that the records you have tendered in response to Question Nos. 2 and 5 have in any manner been edited, purged, culled, or otherwise altered? If so, please identify the records and describe why they were altered.

ANSWER: _____

15. If any of the documents or information requested cannot be produced in full, please specify, to the extent possible, the reasons for your inability to produce the remainder, and the approximate date when you expect to produce such documents, if at all.

ANSWER: _____

16. With respect to any document that has been lost, destroyed, or otherwise disposed of since its preparation or receipt, please provide the following information separately as to each such document:

    (a) A general description of the subject matter, author, recipient(s), date;
    (b) The identity of each person who has received a copy or had an opportunity to receive a copy;
    (c) The last custodian of the document or copies thereof; and
    (d) The full particulars or circumstances whereby the document was disposed of, destroyed, or otherwise lost.

ANSWER: _____

17. With respect to any documents that have been deemed privileged or otherwise protected information or materials, provide the following information, designating and identifying those documents or information withheld from production on grounds of privilege:

    (a) The reason for withholding the document or information;
    (b) A statement of the legal basis for the claim of privilege, work product or other ground for non-disclosure;
    (c) A brief description of the document, including:
        a. The date of the document;
        b. The number of pages, attachments and appendices; and
        c. The name(s) of its author(s) or preparer(s) and identification by employment and title of each such person.

(d) The name of each person who sent, received, was copied on, or had custody of the document, together with an identification of each such person;

(e) The present custodian; and,

(f) The subject matter of the document, and in the case of any document relating or referring to a meeting or conversation, identification of such meeting or conversation, in sufficient detail to enable the Court to determine the propriety of any claim of privilege.

**ANSWER:** _____

18. With whom have you spoken concerning this deposition on written questions?

**ANSWER:** _____

19. Identify the person or persons that assisted you in responding to these questions.

**ANSWER:** _____

20. Other than the court reporter, who is present with you at the time you prepared your answers and/or are answering this deposition on written questions?

**ANSWER:** _____

_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct. I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 2007.

_____
NOTARY PUBLIC

My Commission Expires: _____

6

Dated: June 29, 2007                          PLAINTIFFS' STEERING COMMITTEE

                                       By:    /s/ Paul J. Pennock
                                              Paul J. Pennock
                                              ***Plaintiffs' Co-Lead Counsel***
                                              WEITZ & LUXENBERG, P.C.
                                              180 Maiden Lane
                                              New York, NY 10038


                                              Camp Bailey
                                              ***Plaintiffs' Co-Lead Counsel***
                                              Bailey, Perrin, Bailey, LLP
                                              The Lyric Center
                                              440 Louisiana, Suite 2100
                                              Houston, Texas 77002


                                              Larry Roth
                                              ***Plaintiffs' Liaison Counsel***
                                              Law Offices of Larry M. Roth, P.A.
                                              1615 Edgewater Drive, Suite 1801
                                              Orlando, Florida 32804

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of June, 2007, that I e-mailed the foregoing Deposition Upon Written Questions to Defendants, along with a copy by e-mail to all participants in the CM/ECF system, and that I mailed the foregoing document by Federal Express to the non-CM/EDF participants listed on the attached service list.

                                        PLAINTIFFS' STEERING COMMITTEE

                              By: /s/ Michael Pederson
                                  Michael Pederson, Esq.
                                  Weitz & Luxenberg, P.C.
                                  180 Maiden Lane
                                  New York, New York 10038

                                *Plaintiffs' Co-Lead Counsel*