# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

In re: Seroquel Products )  Case No: MDL 1769
Liability Litigation )  Case Pending in the Middle
) District of Florida,
) Orlando Division
_____ )

## Objections on Behalf of Avalere Health, L.L.C.
## to Subpoena in a Civil Case

Avalere Health, L.L.C. hereby objects pursuant to F.R.Civ.P. 45 to the subpoena served upon it in the above captioned matter. Avalere objects on the following grounds:

1. The subpoena is unduly broad and burdensome.

2. The subpoena calls for the production of documents that are not relevant to the claims or defenses raised in the complaint or answer, and not reasonably calculated to lead to the discovery of admissible evidence.

3. The burden imposed on Avalere, which is not a party to the underlying litigation, far exceeds the potential value of the documents demanded.

4. Many of the documents at issue can be or already have been obtained from a party to this litigation without imposing the burden of production on a third party.

5. The instructions impose burdens beyond those permitted under F.R.Civ.P. 45.

6. The subpoena demands the production of confidential and proprietary information, without providing adequate protection from public disclosure.

7. The date chosen for the production of documents and the deposition leaves inadequate time for Avalere to collect and produce the documents, and is an inconvenient date. In this regard, we note that the subpoena was served on July 31, and calls for the document production and deposition in late August, though important employees of Avalere and counsel are not reasonably available during this period.

                                               Respectfully submitted,

David U. Fierst
Robert L. Bredhoff
Stein, Mitchell & Mezines, LLP
1100 Connecticut Avenue
Suite 1100
Washington D.C. 20036
Tel: 202-737-7777
Fax: 202-296-8312