# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

BRIAN S. KAPLAN
212-506-1743
BKAPLAN@KASOWITZ.COM

ATLANTA
HOUSTON
NEWARK
SAN FRANCISCO

July 20, 2007

**VIA FEDEX**

Michael Pederson, Esq.
Weitz & Luxemberg, P.C.
180 Maiden Lane
New York, NY 10038

Re: In Re: Seroquel Products Liability Litigation

Dear Mr. Pederson:

This firm represents non-party Edelman, Inc. in connection with a subpoena and deposition upon written questions (the "Subpoena") served by Plaintiffs upon Edelman in the above-referenced matter. As we discussed on Friday, July 13, 2007, you agreed to extend for seven days, from July 16, 2007 to July 23, 2007, Edelman's time to serve objections to the Subpoena. You also indicated that you or one of your colleagues more intimately involved with the investigation of this matter would contact us to discuss issues including clarification and narrowing of the scope of the Subpoena. Inasmuch as we have not heard back from you at this time, we are enclosing our objections to the Subpoena. Feel free to contact either me at 212-506-1743 or my colleague Daniel Turinsky at 212-506-1756 to discuss.

Very truly yours,

Brian S. Kaplan

Enclosure