



July 27, 2007

By Mail

Michael Pederson, Esq.
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

By Mail and Fax

Holly M. Wheeler, Esq.
Blizzard, McCarthy & Nabers, LLP
Lyric Centre, 440 Louisiana, Suite 1710
Houston, TX 77002-1689

Re: Subpoena in a Civil Case to Excerpta Medica
   In re: Seroquel Products Liability Litigation
   Case Number: MDL No. 1769, US District Court, Middle District of Florida

Dear Mr. Pederson and Wheeler:

This letter is sent pursuant to F.R.C.P. 45 to object to the document requests and deposition notice contained in the Subpoena delivered to Elsevier's affiliate, Excerpta Medica (EM), in the above-referenced matter.

EM objects to the Subpoena on the grounds that the document requests are vague; the "Subpoena Definitions" are overbroad and create an undue burden on EM; the document requests seek documents from a third party to the litigation (EM) that can be obtained from other parties, including a litigation party (AstraZeneca); the document requests seek documents that may be confidential to EM and its customers; the scope of the search and production required create an undue burden on EM; and, given the breadth and scope of the document requests, the Subpoena provides insufficient time in which to respond.

If a protective order has been issued, please provide me with a copy. Please also contact me to discuss the remainder of the objections and whether the document requests and deposition upon written questions can be narrowed to address these objections.

Sincerely,

Maureen McArdle
Deputy General Counsel
Phone: 212-633-3952