

**Chris Gibson**
Attorney at Law
cgibson@boutindentino.com

Via 1st-Class U.S. Mail  July 6, 2007

Michael Pederson                    mpdederson@weitzlux.com
Weitz & Luxenberg
180 Maiden Lane
New York, New York 10038

Re:   *In Re: Seroquel Products Liability Litigation*
      USDC – Eastern District of California – Sacramento – Case No. MDL No. 1769
      (Case Pending in the Middle District of Florida, Orlando Division)

      **Perry Communications Group subpoena**

Dear Mr. Pederson:

As I mentioned on the telephone, Perry Communications Group would like to postpone the deposition scheduled for July 30, because of vacation schedules. I proposed August 29. Please let me know if this will work.

In the meantime, I enclose a formal set of objections to the subpoena.

I will be out through July 23, but we may speak about the subpoena when I return.

Sincerely,

Chris Gibson
CG:pal

Enclosure

cc    Kassy Perry
      John Di Giusto

118725.1   555 Capitol Mall, Suite 1500 • Sacramento, CA 95814 • Telephone: (916) 321-4444 • Fax: (916) 441-7597
www.boutindentino.com

1  Chris Gibson, SBN 073353
   BOUTIN DENTINO GIBSON
2  DI GIUSTO HODELL INC.
   555 Capitol Mall, Suite 1500
3  Sacramento, CA 95814-4603
   Tel. 916-321-4444
4
   Attorneys for Perry Communications Group, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation | Case No. : MDL No. 1769<br>Case Pending in the Middle District of Florida, Orlando Division<br><br>**WRITTEN OBJECTIONS TO APPEARANCE AT DEPOSITION AND PRODUCING DESIGNATED MATERIALS** |

Perry Communications Group, Inc. serves these objections to the subpoena in a civil case directing appearance for testimony and production of documents on July 30, 2007:

1. The time scheduled for the appearance to testify is not reasonably convenient to the witness who will testify on behalf of Perry Communications Group, Inc.

2. Perry Communications objects to the subpoena's instructions to the extent they purport to impose an obligation to respond greater than that required by Federal Rule of Civil Procedure 45.

3. Perry Communications objects to producing electronically stored information in the form required by the subpoena.

4. If Perry Communications has electronically stored information responsive to the subpoena, that information is not reasonably accessible because of undue burden or cost.

1
WRITTEN OBJECTIONS TO APPEARANCE AT DEPOSITION AND PRODUCING DESIGNATED MATERIALS

CERTIFICATE OF SERVICE

This is to certify that the attached WRITTEN OBJECTIONS TO APPEARANCE AT DEPOSITION AND PRODUCING DESIGNATED MATERIALS of July 6, 2007, was served this 6th day of July, 2007, via *1st-Class U.S. Mail*, postage prepaid, as follows, to:

Michael Pederson     mpdederson@weitzlux.com
Weitz & Luxenberg
180 Maiden Lane
New York, New York 10038

I declare the foregoing is true and correct and that this declaration was signed this **6th day of July, 2007.**

_____
Pamela Anne Lee
BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814

3
WRITTEN OBJECTIONS TO APPEARANCE AT DEPOSITION AND PRODUCING DESIGNATED MATERIALS

5. If Perry Communications has electronically stored information responsive to the subpoena, that information may contain information which is confidential and proprietary.

Dated: July 6, 2007

BOUTIN DENTINO GIBSON
DI GIUSTO HODELL INC.

By: _____
Chris Gibson, Attorneys for
Perry Communications Group, Inc.