

SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013
(213) 896 6000
(213) 896 6600 FAX

kfriedman@sidley.com
213-896-6055

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

FOUNDED 1866

August 16, 2007

Nancy Felston
Davis Wright Tremaine LLP
1633 Broadway
New York, NY 10019

Re:   In Re: Seroquel Product Liability Litigation, United States District Court for the Middle District of Florida, Orlando Division, MDL No. 1769

Dear Ms. Felston:

We represent AstraZeneca LP and AstraZeneca Pharmaceuticals LP ("AstraZeneca") in the above-referenced litigation. We have received a copy of the subpoena served on CME, LLC by Plaintiffs requesting documents related to Seroquel in their possession, custody, or control, and a deposition upon written questions.

Without asking you to waive any objections or rights permitted by the Federal Rules of Civil Procedure, AstraZeneca encourages you to cooperate with the parties in regard to this subpoena, to preserve any evidence that may be relevant to this action, to negotiate in good faith with regard to the scope, timing, and costs of your response, and to gather responsive documents quickly so that AstraZeneca has sufficient time to conduct any necessary review of the collection for confidential and privileged information.

Thank you for your anticipated cooperation. If you have any questions, please do not hesitate to contact me at (213) 896-6055.

Best regards,

Kenneth E. Friedman

cc:   Edward Blizzard, Plaintiffs' Counsel

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

LA1 977777v.1