**EXHIBIT 1**

**Bailey Perrin Bailey LLP**

**List of Cases to be Dismissed With Prejudice**

|    |          |             |              |
|----|----------|-------------|--------------|
| 1. | Ginter   | Cheryl      | 07-cv-11597  |
| 2. | Hamilton | Algee       | 07-cv-13539  |
| 3. | Hanshew  | Sharon      | 07-cv-11621  |
| 4. | Hensley  | Frederick   | 07-cv-12554  |
| 5. | Ironhawk | Williamette | 07-cv-11668  |
| 6. | Krager   | Nicholas    | 07-cv-11720  |
| 7. | McPherson| Pam         | 07-cv-12695  |
| 8. | Meddeaugh| Jay         | 07-cv-12185  |
| 9. | Reagan   | William     | 07-cv-16485  |
| 10.| Rochester| Tammy       | 07-cv-11919  |
| 11.| Warren   | Jennifer    | 07-cv-12955  |