# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liablity Litigation.**

**Case No.  6:06-md-1769-Orl-22DAB**

_____/

## ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment  into the George C. Young United States Courthouse for use in connection with a hearing in this case, it is **ORDERED** as follows:

1. Robert L. Ciotti, A. Elizabeth Balakhani, Kathryn L. Connelly, Fred T. Magaziner, Stephen J. McConnell, Luke Mette, Shane Prince, and James J. Freebery are each allowed to bring one "Blackberry" email device and/or cell phone; and Robert L. Ciotti, A. Elizabeth Balakhani, and Shane Prince each one laptop computer into the George C. Young United States Courthouse on **WEDNESDAY, AUGUST 22, 2007**, for use in the status conference before the undersigned judicial officer scheduled to begin at **1:30 A.M.**

2. Paul Pennock, Michael Pederson, Fletch Trammel, Ken Bailey, Camp Bailey, Scott Allen, Ed Blizzard, Ken Smith, David Meltzer, Larry Gornick, Dennis Canty, Holly Wheeler are hereby each granted permission to bring a BlackBerry email device and/or cell phone; Paul Pennock, Mike Pederson, Larry Gornick and Dennis Canty each one laptop computer; and David Meltzer projector and extension cables into the George C. Young United States Courthouse on **WEDNESDAY, AUGUST 22, 2007**, for use in the status conference before the undersigned judicial officer scheduled to begin at **1:30 A.M.**

3. The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require to present picture identification at the time of entry.

4. The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

**DONE** and **ORDERED** in Orlando, Florida on August 21, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers