# Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Fact Sheets Sent (2)**

|   | Last Name | First Name | Case No. | PFS Sent Date |
|---|---|---|---|---|
| 1 | Staff | Laura | 6:07-cv-16660 | 8/15/2007 |
| 2 | Walters | Chyanna | 6:07-cv-15378 | 8/15/2007 |