# Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs**

| Last Name | First Name | Case No. | Ack. Served | HIPAA Served |
|---|---|---|---|---|
| Cagg | William | 6:07-cv-13214 | 8/15/2007 | 8/15/2007 |
| Callahan | Linda | 6:07-cv-11072 | 8/15/2007 | 8/15/2007 |
| Chavez | Debra | 6:07-cv-11153 | 8/15/2007 | 8/15/2007 |
| Granger | Tracie | 6:07-cv-10285 | 8/15/2007 | 8/15/2007 |
| Gray | Twyla | 6:07-cv-10287 | 8/15/2007 | 8/15/2007 |
| Harney | Aundrea | 6:07-cv-11625 | 8/15/2007 | 8/15/2007 |
| Johnson | Roger | 6:07-cv-10674 | 8/15/2007 | 8/15/2007 |
| Lebron | Devalois | 6:07-cv-11230 | 8/15/2007 | 8/15/2007 |
| Pound | Brian | 6:07-cv-14091 | 8/15/2007 | 8/15/2007 |
| Rogers | Virginia | 6:07-cv-11925 | 8/15/2007 | 8/15/2007 |
| Rowe | Patricia | 6:07-cv-11292 | 8/15/2007 | 8/15/2007 |
| Sweeney | Michael | 6:07-cv-10452 | 8/15/2007 | 8/15/2007 |
| Williams | Mark | 6:07-cv-12250 | 8/15/2007 | 8/15/2007 |