# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In Re:**

**Seroquel Products Liability Litigation,**

Case No.  6:06-MD-1769-Orl-22DAB

| JUDGE | **David A. Baker**<br>**United States**<br>**Magistrate Judge** | DATE AND TIME | August 22, 2007<br>1:30-4:25 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Sandy Tremel |
| Special Master | Orran Brown | | |
| COUNSEL/PLTF. | Scott Allen<br>Camp Bailey<br>F. Kenneth Bailey<br>Dennis Canty<br>E. Ashley Cranford<br>Robert Cowen<br>Lawrence Gornick<br>Glenn Kramer<br>Angela Nixon<br>Gail Pearson<br>Paul Pennock<br>Larry Roth<br>Ken Smith<br>Fletch Trammell<br>Holly Wheeler | COUNSEL/DEF. | Liz Balakhani<br>Robert Ciottai<br>Fred Magaziner<br>Stephen J. McConnell<br>James Freebery |

## Status Conference

Case called, appearances taken
Procedural setting by court
Introduction to case by Special Master Orran Brown
Plaintiff  addresses current status of discovery
Defense responds

Parties discuss deadlines, scheduling, suggestions for sanctions, appointment of technical advisor
Defense counsel addresses motion to file under seal
Plaintiff responds
Court to enter confidentiality order
Plaintiff addresses transfer of Florida cases
Plaintiff addresses unresolved issues since the sanctions hearing
Defense responds
Parties discuss motions to dismiss
Parties discuss confidentiality agreement