# Exhibit 1

## Bailey Perrin Bailey LLP

## List of Plaintiffs' Acknowledgments/HIPAAs

| Last Name | First Name | Case No. | Ack. Served | HIPAA Served |
|---|---|---|---|---|
| Buggs | Jerome | 6:07-cv-11147 | 8/21/2007 | 8/21/2007 |
| Chestnut | Sean | 6:07-cv-10231 | 8/21/2007 | 8/21/2007 |
| DuBose | Donald | 6:07-cv-10854 | 8/21/2007 | 8/21/2007 |
| Fair | John | 6:07-cv-15635 | 8/21/2007 | 8/21/2007 |
| Fulk, as Next Friend of C.C.M., a Minor | April S. | 6:07-cv-15590 | 8/21/2007 | 8/21/2007 |
| Gerk | Phyllis | 6:07-cv-10280 | 8/21/2007 | 8/21/2007 |
| Jones | Danny | 6:07-cv-11698 | 8/21/2007 | 8/21/2007 |
| Kennedy | Kimberley | 6:07-cv-15646 | 8/21/2007 | 8/21/2007 |
| Kirkland | Loretta | 6:07-cv-13765 | 8/21/2007 | 8/21/2007 |
| Longo | Patricia | 6:07-cv-11750 | 8/21/2007 | 8/21/2007 |
| Loteckie | Judith | 6:07-cv-15573 | 8/21/2007 | 8/21/2007 |
| Meyer | Leshe | 6:07-cv-11792 | 8/21/2007 | 8/21/2007 |
| Montero | Sammy | 6:07-cv-10952 | 8/21/2007 | 8/21/2007 |