# Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiff's Fact Sheet, Acknowledgment, and HIPAAs**

| Last Name | First Name | Case No. | Plaintiff's Fact Sheet | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| Norman, on Behalf of Shelby Norman, an Incapacitated Adult | William | 6:07-cv-16410 | 8/21/2007 | 8/21/2007 | 8/21/2007 |