# Exhibit 1

## Bailey Perrin Bailey LLP

## List of Plaintiffs' Acknowledgments/HIPAAs

|   | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Briggs | Lyndon | 6:07-cv-15937 | 8/21/2007 | 8/21/2007 |
| 2 | Fairly | Perry | 6:07-cv-14840 | 8/21/2007 | 8/21/2007 |
| 3 | Moore | Margarita | 6:07-cv-16379 | 8/21/2007 | 8/21/2007 |
| 4 | Sotelo | Denise | 6:07-cv-16578 | 8/21/2007 | 8/21/2007 |