# Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs**

|   | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Eakle | Donetta | 6:07-cv-16076 | 8/21/2007 | 8/21/2007 |
| 2 | Erickson | Dianne | 6:07-cv-16086 | 8/21/2007 | 8/21/2007 |
| 3 | Gudine | Graciela | 6:07-cv-14927 | 8/21/2007 | 8/21/2007 |
| 4 | Lemon | Shawna | 6:07-cv-16293 | 8/21/2007 | 8/21/2007 |
| 5 | Palumbo | Louis | 6:07-cv-16425 | 8/21/2007 | 8/21/2007 |
| 6 | Taylor | Lester | 6:07-cv-16610 | 8/21/2007 | 8/21/2007 |