# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause came on for consideration after hearing on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **ASTRAZENECA'S RENEWED MOTION TO SEAL DOCUMENTS (Doc. No. 377)** |
| **FILED:** | August 15, 2007 |

**THEREON** it is **ORDERED** that the motion is **DENIED as unnecessary** for the reasons described at the August 22, 2007 status conference. Should Plaintiffs file a motion to compel with reference to these documents, it should be made by reference to the documents without detailed description to their content.

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR AN ORDER ON PRO HAC VICE ADMISSION (Doc. No. 376)** |
| **FILED:** | August 13, 2007 |

**THEREON** it is **ORDERED** that the motion is **DENIED as unnecessary**. There is no requirement for attorneys to be admitted *pro hac vice* in this case simply to participate in depositions.

By September 24, 2007 Plaintiffs are **ORDERED** to file a consolidated document to reflect the desire of those Plaintiffs residing in Florida to have their cases transferred to this Court for trial.

Defendants are **ORDERED** to file their Response within 15 days of the date of Plaintiffs' motion,

which response may include seeking relief with respect to possible transfer of additional cases in some fashion.

All counsel are reminded that, with respect to any material obtained through the discovery process under the auspices of this action, they are bound by the parties' agreement regarding confidentiality. This admonition does not apply to material obtained in reference to other litigation. Plaintiffs' Liaison Counsel is directed to assure that all counsel for plaintiffs are aware of the agreement.

**DONE** and **ORDERED** in Orlando, Florida on August 24, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record