UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

JANICE S. PEARSON V. ASTRAZENECA PHARMACEUTICALS, LP, et al.,
MDL Case No. 6:07-cv-10716-ACC-DAB

---

## NOTICE OF CORRECTED CASE NUMBERS FOR ASTRAZENECA'S JULY 6, 2007 MOTION REQUESTING DISMISSALS

The AstraZeneca Defendants hereby correct a scrivener's error regarding the case number for Plaintiff Janice S. Pearson in the Motion Requesting Dismissals Without Prejudice for Failure to Serve Medical Records Authorizations (MDL Docket No. 261). The substance of the Motion is correct. Plaintiff Pearson's case number, however, was incorrectly stated as 07-10394 and should be amended to read 07-10716.

Dated: August 24, 2007

/s/ *Brennan J. Torregrossa*
Fred T. Magaziner
Brennan J. Torregrossa
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

Attorneys for Defendants
AstraZeneca Pharmaceuticals LP
and AstraZeneca LP

## CERTIFICATE OF SERVICE

I hereby certify that, on the 24th of August, 2007, I caused a true and correct copy of the foregoing Notice of Corrected Case Number for AstraZeneca's July 6, 2007 Motion Requesting Dismissals to be served electronically through ECF upon the following:

K. Camp Bailey, Esq.
Michael W. Perrin, Esq.
Fletcher Trammell, Esq.
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7240
cbailey@bpblaw.com
mperrin@bpblaw.com

Larry Roth, Esq.
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL 32854-7637
Telephone: (407) 872-2239
LROTH@roth-law.com

/s/ Brennan J. Torregrossa