# EXHIBIT 1

## Bailey Perrin Bailey, LLP

| # | Last Name | First Name | Case Number |
|---|---|---|---|
| 1. | Adamson | Kathleen | 6:2007cv12261 |
| 2. | Allegri | Kathryn | 6:2007cv11356 |
| 3. | Amendola | Joan | 6:2007cv12267 |
| 4. | Amorese | Jayne | 6:2007cv13034 |
| 5. | Armstrong | Monique | 6:2007cv15679 |
| 6. | Augustine | Francis | 6:2007cv13051 |
| 7. | Austin | Richard | 6:2007cv13053 |
| 8. | Baker | Marcus | 6:2007cv13059 |
| 9. | Ball | Reva | 6:2007cv13063 |
| 10. | BandaVega | Manuel | 6:2007cv12278 |
| 11. | Banion | David | 6:2007cv13067 |
| 12. | Barnes | Valencia | 6:2007cv13072 |
| 13. | Barwick | Rodney | 6:2007cv13079 |
| 14. | Beckham | Donald | 6:2007cv13088 |
| 15. | Bedford | Cheryl | 6:2007cv13090 |
| 16. | Belille | Bonnie | 6:2007cv15685 |
| 17. | Bell | James | 6:2007cv13094 |
| 18. | Bellamy | Susan | 6:2007cv13096 |
| 19. | Bowens | Richard | 6:2007cv13140 |
| 20. | Brewer | Cynthia | 6:2007cv13152 |
| 21. | Brown | Dylan | 6:2007cv13166 |
| 22. | Brown | Freddie | 6:2007cv12318 |
| 23. | Brown | Larry | 6:2007cv13172 |
| 24. | Bruner | Robert | 6:2007cv13184 |
| 25. | Bryan | Jonathan | 6:2007cv13186 |
| 26. | Bucher | Amanda | 6:2007cv13191 |
| 27. | Burket | Melanie | 6:2007cv12328 |
| 28. | Cain | Pamela | 6:2007cv12338 |
| 29. | Campbell | Connie | 6:2007cv12344 |
| 30. | Campbell | Linda | 6:2007cv12345 |
| 31. | Campbell | Vera | 6:2007cv12346 |
| 32. | Carder | Sandra | 6:2007cv13225 |
| 33. | Chastain | Connie | 6:2007cv12366 |
| 34. | Chatham | Marvin | 6:2007cv13241 |
| 35. | Chewning | Ora | 6:2007cv13247 |
| 36. | Childers | Debra | 6:2007cv13249 |
| 37. | Childers | Sandra | 6:2007cv13250 |

| | | | |
|---|---|---|---|
| 38. | Chin | Kenneth | 6:2007cv12368 |
| 39. | Church | Mary | 6:2007cv13254 |
| 40. | Clark | Adam | 6:2007cv13256 |
| 41. | Clark | Timothy | 6:2007cv12371 |
| 42. | Claypool | Janet | 6:2007cv13259 |
| 43. | Claypool | Wanda | 6:2007cv13260 |
| 44. | Coffelt | Lila | 6:2007cv13272 |
| 45. | Coleman | Nancy | 6:2007cv13276 |
| 46. | Collins | Virginia | 6:2007cv13280 |
| 47. | Colwell | Angela | 6:2007cv15697 |
| 48. | Commodore | Robert | 6:2007cv13281 |
| 49. | Conrad | John | 6:2007cv12388 |
| 50. | Cooper | Richard | 6:2007cv13296 |
| 51. | Corpeno | Diane | 6:2007cv13301 |
| 52. | Cuestas | Ruth | 6:2007cv12402 |
| 53. | Curtis | Marilyn | 6:2007cv13318 |
| 54. | Daniels | Amirah | 6:2007cv13323 |
| 55. | Davis | Nancy | 6:2007cv13334 |
| 56. | Dean | Beverly | 6:2007cv13347 |
| 57. | Dickey | Donnie | 6:2007cv13362 |
| 58. | Dill | Ronald | 6:2007cv13365 |
| 59. | Dorwart | Carolyn | 6:2007cv12436 |
| 60. | Duckworth | Laura | 6:2007cv12439 |
| 61. | Dugger | Billie | 6:2007cv13386 |
| 62. | Durdel | Kathy | 6:2007cv12441 |
| 63. | Edens | Hazel | 6:2007cv12447 |
| 64. | Elliot | Frank | 6:2007cv12453 |
| 65. | Elliott | Rosa | 6:2007cv13400 |
| 66. | Eskew | Karen | 6:2007cv12461 |
| 67. | Farnsworth | Dusty | 6:2007cv11180 |
| 68. | Fell | Jennifer | 6:2007cv13420 |
| 69. | Ferguson | William | 6:2007cv13421 |
| 70. | Fernand | Dawn | 6:2007cv12471 |
| 71. | Fickbohm | Russell | 6:2007cv13423 |
| 72. | Field | Barry | 6:2007cv12472 |
| 73. | Fooce | Dianna | 6:2007cv13438 |
| 74. | Fraley | Richard | 6:2007cv13441 |
| 75. | Francis | Sherri | 6:2007cv13442 |
| 76. | Freshour | Sherry | 6:2007cv13445 |
| 77. | Gallegos | George | 6:2007cv13457 |
| 78. | Garcia | Thomas | 6:2007cv13463 |
| 79. | Gentry | Billy | 6:2007cv12487 |
| 80. | George | Shiela | 6:2007cv13471 |
| 81. | Gibson | Sandra | 6:2007cv12493 |

| # | Last | First | Case No. |
|---|---|---|---|
| 82. | Gillia | Ashley | 6:2007cv12496 |
| 83. | Givens | Judy | 6:2007cv13479 |
| 84. | Glasper | Korvetta | 6:2007cv13480 |
| 85. | Godbout | John | 6:2007cv13483 |
| 86. | Gomes | Jacquelilne | 6:2007cv13488 |
| 87. | Gragorace | Richard | 6:2007cv13500 |
| 88. | Gray | Janice | 6:2007cv12514 |
| 89. | Griffin | Debra | 6:2007cv13519 |
| 90. | Hadorn | Barbara | 6:2007cv12527 |
| 91. | Hagerman | Ricky | 6:2007cv13532 |
| 92. | Hall | Barbara | 6:2007cv12528 |
| 93. | Hall | Marion | 6:2007cv15732 |
| 94. | Hammond | Jenelle | 6:2007cv13545 |
| 95. | Hankinson | Robert | 6:2007cv13547 |
| 96. | Harlow | Teresa | 6:2007cv13557 |
| 97. | Harper | Kathy | 6:2007cv13560 |
| 98. | Harris | Dustin | 6:2007cv13564 |
| 99. | Hawkins | Sherry | 6:2007cv13583 |
| 100. | Haynes | Tanika | 6:2007cv12547 |
| 101. | Heredia | Alberto | 6:2007cv12555 |
| 102. | Hillard | Wilbur | 6:2007cv13604 |
| 103. | Holcomb | Angela | 6:2007cv13607 |
| 104. | Holloway | Robert | 6:2007cv12567 |
| 105. | Hollywood | Raymond | 6:2007cv13611 |
| 106. | Holmes | Robert | 6:2007cv13616 |
| 107. | Holt | Beatrice | 6:2007cv13618 |
| 108. | HurleyReid | Linda | 6:2007cv12580 |
| 109. | Hyatt | Dorothy | 6:2007cv13647 |
| 110. | Iler | Denise | 6:2007cv12583 |
| 111. | Irvin | Wilma | 6:2007cv12584 |
| 112. | Jackson | Brenda | 6:2007cv13659 |
| 113. | Jefferson | Tina | 6:2007cv13679 |
| 114. | Jenkins | Shellena | 6:2007cv13683 |
| 115. | Johnson | Beverly | 6:2007cv15741 |
| 116. | Johnson | Charles | 6:2007cv11683 |
| 117. | Johnson | David | 6:2007cv13690 |
| 118. | Johnson | Edward, as Next Friend of K.J., a Minor [designated as Korey Johnson] | 6:2007cv13693 |
| 119. | Jones | Irene | 6:2007cv13702 |
| 120. | Jones | Shirley | 6:2007cv12606 |
| 121. | Jones Adams | Emma | 6:2007cv13708 |
| 122. | Keith | Cindy | 6:2007cv13731 |

| | | | |
|---|---|---|---|
| 123. | Keith | Freddie | 6:2007cv13732 |
| 124. | Keith | Gilbert | 6:2007cv12609 |
| 125. | Kelley | Jada | 6:2007cv13736 |
| 126. | Kelly | Sean | 6:2007cv12611 |
| 127. | Kelsey | Ruby | 6:2007cv13741 |
| 128. | Kennedy | Debra | 6:2007cv13742 |
| 129. | Kent | Richard | 6:2007cv13745 |
| 130. | Kidder | Timothy | 6:2007cv13751 |
| 131. | Knoff | Matthew | 6:2007cv13772 |
| 132. | Kotlarczyk | Jeffrey | 6:2007cv13777 |
| 133. | Leal | Jaime | 6:2007cv12641 |
| 134. | Leal-Pena | Isidro | 6:2007cv12642 |