UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

_____/

NOTICE OF TWO HEARINGS

**TAKE NOTICE** that a hearing has been scheduled on AstraZeneca's Motion for Partial Judgment on the Pleadings on the Basis of Federal Preemption (Doc. 329) for **THURSDAY, SEPTEMBER 27, 2007,** at **9:00 A.M.,** in Courtroom #6A, 6th Floor, George C. Young U.S. Courthouse & Federal Building, 401 W. Central Boulevard, Orlando, Florida, before the Honorable Anne C. Conway, United States District Judge.

**TAKE FURTHER NOTICE** that a hearing has been scheduled on AstraZeneca's Motion for Judgment on the Pleadings Regarding the Strict Liability "Design Defect" Claims and Related "Implied Warranty" Claims Asserted by Plaintiffs in Jurisdictions That Do Not Recognize Those Claims in the Prescription Drug Context (Doc. 328) for **THURSDAY, SEPTEMBER 27, 2007,** at **10:00 A.M.,** in Courtroom #6A, 6th Floor, George C. Young U.S. Courthouse & Federal Building, 401 W. Central Boulevard, Orlando, Florida, before the Honorable Anne C. Conway, United States District Judge. **Oral argument on this motion shall be limited to the preliminary issue of which state law applies to the cases listed in Exhibit "A" to the motion.**

The parties are each **ORDERED** to select **one** representative to present all arguments to the Court with regard to each motion. Each party may designate a different representative for each motion, or the same representative may present argument as to both motions. The parties are further **ORDERED** to inform the Court of their respective selections by electronically filing a notice listing the name of the representative chosen to present argument as to each motion no later than **MONDAY, SEPTEMBER 24, 2007**.

DATED in Orlando, Florida on this 29th day of August, 2007.

SHERYL L. LOESCH, Clerk

By: *Sally A. Ford*
Deputy Clerk

Copies furnished to:

Judge Conway's Chambers
Counsel of Record
Unrepresented Party

**PLEASE NOTE**: Photo I.D. is required to enter the United States Courthouse. Also, cellular telephones and laptop computers are prohibited in the Courthouse.