# Exhibit 1


## Bailey Perrin Bailey LLP

## List of Plaintiffs' Acknowledgments/HIPAAs

|   | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Jackson | Carisa | 6:07-cv-13660 | 8/28/2007 | 8/28/2007 |
| 2 | Jirik | Mark | 6:07-cv-10318 | 8/28/2007 | 8/28/2007 |
| 3 | Jones-Hands | Pamela | 6:07-cv-13709 | 8/28/2007 | 8/28/2007 |
| 4 | Nelms | Mary | 6:07-cv-13996 | 8/28/2007 | 8/28/2007 |
| 5 | Powell | Evelyn | 6:07-cv-14092 | 8/28/2007 | 8/28/2007 |
| 6 | Stotts | Wayne | 6:07-cv-14334 | 8/28/2007 | 8/28/2007 |
| 7 | Vigil | Patricia | 6:07-cv-14429 | 8/28/2007 | 8/28/2007 |
| 8 | Wagers | Janice | 6:07-cv-12941 | 8/28/2007 | 8/28/2007 |