UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br>MDL Docket No. 1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**DECLARATION OF DENNIS J. CANTY IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER APPOINTING HITACHI CONSULTING AS INFORMATION TECHNOLOGY ADVISOR TO THE COURT** |

I, Dennis J. Canty, declare as follows:

1. I am an attorney associated with the law firm of Levin Simes Kaiser & Gornick LLP, counsel for plaintiffs in the captioned matter. I make this declaration in support of plaintiffs' Motion for Order Appointing Hitachi Consulting as Information Technology Advisor to this Court. I have personal knowledge of the facts set forth herein, and would competently testify to the same if called upon to do so.

2. Exhibits 1 through 7 are true and correct copies of email correspondence by and between counsel in the captioned action on the subject of the technical issues surrounding AstraZeneca's e-discovery processes. They are highlighted for emphasis.

I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct.

Date: August 30, 2007

_____
Dennis J. Canty