# Dennis Canty

| | |
|---|---|
| **From:** | Dupre, Andrew [ADupre@McCarter.com] |
| **Sent:** | Friday, August 17, 2007 9:19 AM |
| **To:** | Jaffe, Jonathan; Dennis Canty |
| **Cc:** | McConnell, Stephen; Winchester, Tony; Freebery, James J. |
| **Subject:** | Search terms Text File |
| **Attachments:** | Search_3_ver_3.txt |

Hello Jonathan:

As promised , attached is the executable text file that could provide a query for the new search terms.  Some caveats:

1.  This is based on the list that Plaintiffs gave us.  To the extent Plaintiffs wish to change that list, you will have to edit this file.  For example, we discussed that Plaintiffs actually want to stem on roots and to use proximity searches.  We have agreed that it will be Plaintiffs' responsibility to tell us what they really want.

2.  I expect this file will have to be heavily adjusted once Plaintiffs make those decisions.  We are willing to work with you to do so.

3.  We are looking at approximately a week long process to do the search.  Delays on finalizing this file will mean delays on having the agreed report in Plaintiffs' hands.

Hope you are well-

<<Search_3_ver_3.txt>>

Andrew S. Dupre, Esq.
McCarter & English, LLP
405 North King Street 8th Floor
Wilmington, Delaware 19801
Phone: 302-984-6328
Fax: 302-984-0311


This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.