# Dennis Canty

| | |
|---|---|
| **From:** | Dupre, Andrew [ADupre@McCarter.com] |
| **Sent:** | Monday, August 27, 2007 1:53 PM |
| **To:** | Dennis Canty |
| **Cc:** | McConnell, Stephen; Winchester, Tony; Freebery, James J.; cbailey@bpblaw.com; ftrammell@bpblaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; Larry J. Gornick; MPerrin@bpblaw.com; Pederson, Mike; Pennock, Paul; pschneider@gsnlaw.com; Schultz, Laurie; Fernandez, Lenny; Jaffe, Jonathan |
| **Subject:** | RE: Search terms Text File |

I received the first draft of the report today (it is actually two reports, one for produced and one for unproduced documents). My first pass suggests it looks good, but obviously I need to conduct quality assurance. The estimated timeline on this was 7-10 days. Right now it does not look like we will have any trouble meeting that. Hope you all are well-

Andrew S. Dupre, Esq.
McCarter & English, LLP
405 North King Street 8th Floor
Wilmington, Delaware 19801
Phone: 302-984-6328
Fax: 302-984-0311

-----Original Message-----
**From:** Dennis Canty [mailto:dcanty@lskg-law.com]
**Sent:** Monday, August 27, 2007 4:41 PM
**To:** Dupre, Andrew
**Cc:** McConnell, Stephen; Winchester, Tony; Freebery, James J.; cbailey@bpblaw.com; ftrammell@bpblaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; Larry J. Gornick; MPerrin@bpblaw.com; Pederson, Mike; Pennock, Paul; pschneider@gsnlaw.com; Schultz, Laurie; Fernandez, Lenny; Jaffe, Jonathan
**Subject:** RE: Search terms Text File

Andrew –

It has been a week. AstraZeneca has not provided the promised report, nor any indication of status. Please advise.

Dennis J. Canty
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel: 415/273-8138

**From:** Dupre, Andrew [mailto:ADupre@McCarter.com]
**Sent:** Monday, August 20, 2007 7:26 AM
**To:** Dennis Canty; Jaffe, Jonathan
**Cc:** McConnell, Stephen; Winchester, Tony; Freebery, James J.; cbailey@bpblaw.com; ftrammell@bpblaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; Larry J. Gornick; MPerrin@bpblaw.com; Pederson, Mike; Pennock, Paul; pschneider@gsnlaw.com; Schultz, Laurie; Fernandez, Lenny
**Subject:** RE: Search terms Text File

Hello all:

I can answer the first question immediately.  For page counts etc. I will have to go the vendor.

Quetiapine was searched as a single word, without stemming, case insensitive.  Thus, in the search, it appears as quetiapine  no quotes, asterixes, etc.

DM was searched in several variations in an attempt to capture all of its possible abbreviations.  If my memory serves, I believe Mr. Gornick may have suggested a few of these variations in the call we had approximately July 20.  All of these searches were case insensitive, no stemming.

dm
d.m.
dm.

Note that the elimination of punctuation in the search made the third search redundant to the first.  No harm was done in searching for both, however; it was simply extra work for us.

Please note that these searches predated our agreement regarding running reports to indicated document counts.  It is AstraZeneca's intention to simply produce all possibly relevant non-privileged documents that contain these terms, rather than list them on some report.  In our other reports, these documents will appear as "produced" (using the revised meaning of the term that has been discussed *ad nauseum* by phone).  These documents are either very close or already in the process of being produced.  I will get more information on that point for Plaintiffs today.

On a final note, I took dm and quetiapine off the final search term list because they had already been done.  I see that Jonathan has added them on again in the list circulated Friday.  That is fine with me if Plaintiffs really want them on there, but I respectfully suggest searching those terms again is a waste of time.

My best-

Andrew S. Dupre, Esq.
McCarter & English, LLP
405 North King Street 8th Floor
Wilmington, Delaware 19801
Phone: 302-984-6328
Fax: 302-984-0311

>-----Original Message-----
>**From:** Dennis Canty [mailto:dcanty@lskg-law.com]
>**Sent:** Friday, August 17, 2007 6:18 PM
>**To:** Jaffe, Jonathan; Dupre, Andrew
>**Cc:** McConnell, Stephen; Winchester, Tony; Freebery, James J.; cbailey@bpblaw.com; ftrammell@bpblaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; Larry J. Gornick; MPerrin@bpblaw.com; Pederson, Mike; Pennock, Paul; pschneider@gsnlaw.com; Schultz, Laurie; Fernandez, Lenny
>**Subject:** RE: Search terms Text File
>
>AstraZeneca has represented that the review and production process has begun for documents found using the "DM" and "quetiapine" terms.  Plaintiffs request that AstraZeneca provide: a) the syntax used for that search; b) the number of documents and pages yielded by that search; b) an indication of when the review and production process will be complete; and d) and indication of how the documents found in that search will be represented on the agreed report (i.e., will they come up as produced, not produced, under review, how?).
>
>Thanks.
>
>>**From:** Jaffe, Jonathan [mailto:jjaffe@weitzlux.com]
>>**Sent:** Friday, August 17, 2007 2:52 PM
>>**To:** Dupre, Andrew; Dennis Canty

2

**Cc:** McConnell, Stephen; Winchester, Tony; Freebery, James J.; cbailey@bpblaw.com; Dennis Canty; ftrammell@bpblaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; Larry J. Gornick; MPerrin@bpblaw.com; Pederson, Mike; Pennock, Paul; pschneider@gsnlaw.com; Schultz, Laurie; Fernandez, Lenny
**Subject:** RE: Search terms Text File

Andrew,

Here is the revised search term list. Please note that we have put the word REMOVED before all of the terms we replaced, and the word FIXED in front of the replacement terms. There were a few terms that were on our original list that were not present that we put with the word FIXED before. Please do not run with the words FIXED and REMOVED, these are intended just to make it easier for you to see our changes.

If you have questions, please do not hesitate to contact me.

Have a good weekend,
Jonathan

FIXED DM
FIXED Quet*
FIXED Quetiapine
QUEST
CAFE
CLEARS
COPE
PRIZE
REASSURE
SPIN
STACK
STAGE
REMOVED STORM
REMOVED STORMS
FIXED STORM*
SURPASS
SURPRISE
BEST
^BEST
DOC
^DOC
CDSS
EPS
NMS
SBT
SQL
SLT
WG
BOLDER
CATIE
QBAN
FIXED Q BAN
QUARTZ

3

SPARCLE
FIXED SPARKLE
REMOVED PRINCESS
FIXED PRINCES*
DKA
FBGC
HG
SQ
FDA
IR
S
REMOVED Diabetic*
FIXED Diabet*
FIXED Diabetic
Hypoglyc*
Manic*
REMOVED Metabolic*
FIXED Metabol*
REMOVED Neuroleptic*
Neurolept*
Parkinson*
REMOVED Pre-diabetic*
FIXED Prediab*
REMOVED Schizophrenic*
FIXED Schizophren*
FIXED Schizo*
Serq*
REMOVED Serequel*
Serequel
REMOVED Sroquel*
Sroquel
REMOVED Suroquel*
Suroquel
REMOVED Snorequel*
Snorequel
REMOVED Serowuel*
Serowuel
REMOVED Serpquel*
Serpquel
REMOVED Serouqel*
Serouqel
REMOVED Ceroquel*
Ceroquel
FIXED Seroguel
REMOVED Anxiety*
FIXED Anxiety
Atypical*
FIXED a typical*
REMOVED Dementia*
FIXED Dement*
REMOVED Depression*
FIXED Depress*

4

Depression
REMOVED Insomnia*
FIXED Insomn*
REMOVED Ketoacidosis*
FIXED Ketoacidosis
REMOVED Obesity*
FIXED Obes*
REMOVED Endocrinologist*
REMOVED Endocrinology*
FIXED Endocr*
REMOVED Lipids*
FIXED Lipid*
REMOVED QT Interval
FIXED QT Int*
REMOVED Weight Change
FIXED Weight .NEAR5. Change
REMOVED Weight Loss
FIXED Weight .NEAR5. Loss*
REMOVED Weight Neutral
FIXED Weight .NEAR5. Neutral
REMOVED Weight Normalizing
FIXED Weight .NEAR5. Normaliz*
REMOVED Bipolar Execution Strategy Team
FIXED Bipolar .NEAR5. Exec* .NEAR5. Strat*
REMOVED Calgary Depression Scale for Schizophrenia
FIXED Depress* .NEAR5. Scale .NEAR5. Schizo*
REMOVED Insulin Dependent Diabetes Mellitus
FIXED IDDM .OR. (Insulin .NEAR5. Depend* .NEAR5. Mel*)
REMOVED Insulin Resistance
FIXED Insulin .NEAR5. Resist*
Partial Responders International Schizophrenia
Quetiapine Experience with Safety
Seroquel Brand Team
FIXED Brand .NEAR5. Team
Seroquel Leadership Team
FIXED Leaders* .NEAR5. Team
Seroquel Publications Information News
FIXED Pub* .NEAR5. Info* .NEAR5. New*
Seroquel Takes Olanzapine Risperdal Market Share
FIXED Olanz* .NEAR5. Risp* .NEAR5. Mark*
REMOVED Mood Disorder
FIXED Mood Disord*
REMOVED Second Generation
FIXED (2nd .OR. Second) Gen*
REMOVED Black Box
FIXED Black Box .OR. BlackBox*
REMOVED Case Study
FIXED Case Stud*
REMOVED Consensus Statement
FIXED Consen* .NEAR5. Stateme*
REMOVED Elevated Cholesterol Level
FIXED Elevat* .NEAR5. Cholest* .NEAR5. (Level or Lvl)

REMOVED Elevated Triglyceride Level
FIXED Elevat* .NEAR5. (Trigly* or Trigli*) .NEAR5. (Level or Lvl)
REMOVED Off Label
FIXED Off Label .OR. OffLabel
State Government Affairs
FIXED (State or St) .NEAR5. (Government .OR. Gvt) .NEAR5. Affair*
Anti psychotic .OR. Antipsychotic
ASEC .OR. antipsychotic side effect checklist .OR. anti psychotic side effect checklist
BPRS .OR. brief psychiatric rating scale
REMOVED Direct to consumer .OR. DTC
FIXED (Direct .NEAR5. Consumer) .OR. DTC
REMOVED GAD .OR. generalized anxiety disorder .OR. general anxiety disorder
FIXED GAD .OR. gen* anxiety disorder*
REMOVED IDDM .OR. non insulin dependant diabetes mellitus
FIXED NIDDM .OR. ((non insulin .OR. noninsulin) .NEAR5. depend* dia* mel*)
REMOVED MADRS .OR. Montgomery Asberg
FIXED MADRS .OR. (Montg* .NEAR5. Asber*)
REMOVED SGA .OR. second generation antipsychotic .OR. second generation anti psychotic
FIXED SGA
YMRS .OR. young mania rating scale
FGT .OR. fasting glucose test
REMOVED Loss of balance .OR. loss of coordination
FIXED (loss .NEAR5. balance) .OR. (loss .NEAR5. coord*)
REMOVED MDD .OR. Major depressive disorder
FIXED MDD .OR. (Maj* .NEAR5. depress* .NEAR5. disord*)
REMOVED MDQ .OR. mood disorder questionnaire
FIXED MDQ .OR. (mood .NEAR5. disorder* .NEAR5. quest*)
REMOVED Neutropenia .OR. leukopenia
FIXED Neutropen* .OR. leukopen*
REMOVED OCD .OR. obsessive compulsive disorder
FIXED OCD .OR. (obsess* .NEAR5. comp* .NEAR5. disorder*)
REMOVED PANSS .OR. positive negative syndrome scale
FIXED PANSS .OR. (pos* .NEAR5. neg* .NEAR5. syndrome*)
REMOVED PTSD .OR. post traumatic stress disorder
FIXED PTSD .OR. ((post traum* .OR. posttraum*) .NEAR5. stress .NEAR5. disorder*)
REMOVED QDS .OR. quantitative decision science
FIXED QDS .OR. (quant* .NEAR5. deci* .NEAR5. science)
REMOVED Sleep .AND. (aid .OR. pill)
FIXED sleep .AND. (aid* .OR. pill*)
REMOVED TIMA .OR. Texas Implementation of Medication
FIXED TIMA .OR. (Texas .OR. TX) .NEAR5. Impl* .NEAR5. Med*
BMI .OR. body mass index
CNS .OR. central nervous system
REMOVED CVA .OR. core visual aid
FIXED CVA .OR. core visual aid*
REMOVED Dear Healthcare provider .OR. HCP .OR. Dear Doctor Letter .OR. DDL
FIXED (Dear .NEAR5. Health* .NEAR5. Provider*) .OR. (Dear .NEAR5. Doctor .Letter) .OR. DDL
REMOVED DOC .OR. department of corrections
FIXED DOC .OR. Dep* .NEAR5. Correction*
REMOVED KOL .OR. key opinion leader
KOL .OR. key opinion leader*
LTC .OR. long term care

REMOVED MHLW .OR. ministry of health labour welfare
FIXED MHLW .OR. (ministry .NEAR5. health .NEAR5. welfare)
REMOVED OLE .OR. open label extension
FIXED OLE .OR. open label extension*
REMOVED SERM .OR. safety evaluation review meeting
FIXED SERM .OR. safety .NEAR5. eval* .NEAR5. review .NEAR5. (meet* .OR. mtg*)
REMOVED SWOT .OR. strength weakness opportunity threat
FIXED SWOT .OR. (strength .NEAR5. weak* .NEAR5. opp* .NEAR5. threat*)
FIXED Study .NEAR5. [NUMBERS TO BE INSERTED BY AZ]
FIXED Trial .NEAR5. [NUMBERS TO BE INSERTED BY AZ]
FIXED DMH .OR. (Dep* .NEAR5. Mental .NEAR5. Health)

---

**From:** Dupre, Andrew [mailto:ADupre@McCarter.com]
**Sent:** Friday, August 17, 2007 4:22 PM
**To:** Jaffe, Jonathan; Canty, Dennis
**Cc:** McConnell, Stephen; Winchester, Tony; Freebery, James J.; cbailey@bpblaw.com; Canty, Dennis; ftrammell@bpblaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; lgornick@lskg-law.com; MPerrin@bpblaw.com; Pederson, Mike; Pennock, Paul; pschneider@gsnlaw.com; Schultz, Laurie; Fernandez, Lenny
**Subject:** RE: Search terms Text File

Refreshingly shorter response today:

1. ^
2. Yes - punctuation eliminated for search purposes (discussed on phone Tuesday in context of hyphens).
3. Here is an example of a 5 word proximity search - generalized.NEAR5.anxiety.NEAR5.disorder.
4. No.
5. Yes.
6. Segregating out the non-stemmed terms eliminates the need for space term space. Searching for EPS instead of *EPS* will only return EPS and not Dr. Epstein. We therefore no longer need the more complicated space term space model.
7. Yes - same as 2. they count as spaces. this means you'll have to do two searches for your terms like antipsychotic and anti-psychotic.



Andrew S. Dupre, Esq.
McCarter & English, LLP
405 North King Street 8th Floor
Wilmington, Delaware 19801
Phone: 302-984-6328
Fax: 302-984-0311

> -----Original Message-----
> **From:** Jaffe, Jonathan [mailto:jjaffe@weitzlux.com]
> **Sent:** Friday, August 17, 2007 12:49 PM
> **To:** Dupre, Andrew; Canty, Dennis
> **Cc:** McConnell, Stephen; Winchester, Tony; Freebery, James J.; cbailey@bpblaw.com; Canty, Dennis; ftrammell@bpblaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; lgornick@lskg-law.com; MPerrin@bpblaw.com; Pederson, Mike; Pennock, Paul; pschneider@gsnlaw.com; Schultz, Laurie; Fernandez, Lenny
> **Subject:** RE: Search terms Text File
>
> Andrew,

Some questions to help us mark this up appropriately:

1) What's the syntax to specify case sensitive? Is it a ^ before the term? I want to make sure that's not specified for all the terms (I see some are in all CAPS on the list you sent), and we may throw in ^best as well just to shorten the back and forth expected on that.
2) If a word comes at the beginning of a paragraph or at the end of a sentence or followed by a comma, semicolon or quotation mark, are all those marks ignored?
3) How do we specify proximity or that we do not want to match only on a specific word order?
4) Is there a .NOT.?
5) If we specify 'OR' instead of '.OR.' does that mean it would look for the literal term?
6) Earlier you had mentioned space word space as necessary to search the whole word. Some on this list have one space after them, like DOC, others have multiple, like the 4 spaces after weight loss, and most have no space before or after. Is this required? This question goes hand in hand with #2.
7) Can you confirm again that hyphens are ignored?

Thanks,
Jonathan Jaffe

---

**From:** Dupre, Andrew [mailto:ADupre@McCarter.com]
**Sent:** Friday, August 17, 2007 12:19 PM
**To:** Jaffe, Jonathan; Canty, Dennis
**Cc:** McConnell, Stephen; Winchester, Tony; Freebery, James J.
**Subject:** Search terms Text File


Hello Jonathan:

As promised, attached is the executable text file that could provide a query for the new search terms.  Some caveats:

1.  This is based on the list that Plaintiffs gave us.  To the extent Plaintiffs wish to change that list, you will have to edit this file.  For example, we discussed that Plaintiffs actually want to stem on roots and to use proximity searches.  We have agreed that it will be Plaintiffs' responsibility to tell us what they really want.

2.  I expect this file will have to be heavily adjusted once Plaintiffs make those decisions.  We are willing to work with you to do so.

3.  We are looking at approximately a week long process to do the search.  Delays on finalizing this file will mean delays on having the agreed report in Plaintiffs' hands.

Hope you are well-

<<Search_3_ver_3.txt>>

Andrew S. Dupre, Esq.
McCarter & English, LLP
405 North King Street 8th Floor
Wilmington, Delaware 19801
Phone: 302-984-6328
Fax: 302-984-0311

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.