# Dennis Canty

| | |
|---|---|
| **From:** | Kaufman, Daniel [daniel.kaufman@dechert.com] |
| **Sent:** | Tuesday, August 28, 2007 12:01 PM |
| **To:** | Dennis Canty; Jaffe, Jonathan |
| **Cc:** | Kerns, Kevin; Pederson, Mike; hwheeler@blizzardlaw.com; Larry J. Gornick |
| **Subject:** | RE: Email re meet and confer (attaching chart) |

Jonathan and Dennis,

I write to follow up on your various e-mails from yesterday regarding the eSTaR and MarketPro databases.

## Production of eSTaR Data

We are having difficulty coming up with a workable approach to redacting comments and irrelevant information about other AstraZeneca products from fields and attachments in the eSTaR database in a timely manner. You are incorrect in your assumption that the number of redacted items is "an almost negligible minority." For example, a large number of PRA materials require Legal Department sign off and therefore have the potential to have privileged attorney notes in the comments field.

Your suggested approach might work for dealing with the comment fields for the Seroquel-specific entries in eSTaR, but this approach would unquestionably be extremely burdensome and unreasonably time consuming for redacting *all* fields for other AstraZeneca CNS products referenced in the unbranded CNS and Managed Markets spreadsheets. In addition, your proposed approach does not resolve the issue of how to redact comments on the documents contained in eSTaR as "attachments."

We anticipate encountering similar problems when producing information from other AstraZeneca databases. Therefore, we think that it would be wise to deal with these issues globally and with the assistance of the court appointed independent IT expert. In the interim, AstraZeneca is in the process of producing a spreadsheet containing every field from eSTaR that would not contain privileged comments or information regarding unrelated AstraZeneca products. We are still willing to produce the remaining fields and attachments as redacted TIFF files, as we have done for the custodial, IND/NDA, and PRA productions.

## Reference Manuals for eSTaR

The reference manuals for eSTaR that you have requested were produced at the July 18, 2007 deposition of James Gaskill. The production bates numbers for these documents are AZ/SER 10591213 to AZ/SER 10591292 and AZ/SER 10591168 to AZ/SER 10591212.

## Meet and Confer Regarding MarketPro

We are still in the process of identifying the appropriate AstraZeneca personnel to meet and confer regarding the MarketPro database. We will provide names and proposed dates shortly.

Please call me if you have any questions or concerns.

Daniel S. Kaufman
Dechert LLP
A Pennsylvania Limited Liability Partnership
direct:  +1.212.698.3687
fax:  +1.212.698.3599
daniel.kaufman@dechert.com
www.dechert.com

**From:** Dennis Canty [mailto:dcanty@lskg-law.com]
**Sent:** Monday, August 27, 2007 9:00 PM
**To:** Dennis Canty; Jaffe, Jonathan; Kaufman, Daniel
**Cc:** Kerns, Kevin; Pederson, Mike; hwheeler@blizzardlaw.com; Larry J. Gornick
**Subject:** RE: Email re meet and confer (attaching chart)

Kevin/Dan:

Any word on when AZ will make available technically sophisticated representatives for the MarketPro meet and confer?

---

**From:** Dennis Canty
**Sent:** Monday, August 27, 2007 10:20 AM
**To:** 'Jaffe, Jonathan'; Kaufman, Daniel
**Cc:** Kerns, Kevin; Pederson, Mike; hwheeler@blizzardlaw.com
**Subject:** RE: Email re meet and confer (attaching chart)

Kevin/Dan:

You indicated AZ has training or operations manuals for ESTAR.  When can we expect to receive copies of those? Thanks.

---

**From:** Jaffe, Jonathan [mailto:jjaffe@weitzlux.com]
**Sent:** Monday, August 27, 2007 6:52 AM
**To:** Kaufman, Daniel
**Cc:** Kerns, Kevin; Pederson, Mike; Dennis Canty; hwheeler@blizzardlaw.com
**Subject:** RE: Email re meet and confer (attaching chart)

Dan,

We need to make sure that we preserve the redacted information in a useable, i.e. searchable, form. Unfortunately, a TIFF version would not meet that.

Taking a small sampling, do you have a general idea of the proportion of redacted to non-redacted records?

Working under the assumption that the number of redacted items is an almost negligible minority, I would suggest replacing the redacted text with a clear indication that there is a redaction, the length of the redaction, and the type of redaction. For example, if you needed to redact a name such as John Smith, you would replace this with the text REDACTED-2W-AC. The code here would be REDACTED hypen 2 words hyphen Attorney-Client. You can then give us an index of the codes employed.

If you feel the need to TIFF the redacted comments in addition, that's okay.

Please let me know your thoughts,

Jonathan Jaffe

---

**From:** Kaufman, Daniel [mailto:daniel.kaufman@dechert.com]
**Sent:** Friday, August 24, 2007 7:53 PM
**To:** Pederson, Mike; dcanty@lskg-law.com; Jaffe, Jonathan
**Cc:** Kerns, Kevin

**Subject:** FW: Email re meet and confer (attaching chart)
**Importance:** High

Gentlemen,

Per our telephone conference yesterday to meet and confer with our respective IT experts regarding promotional materials and the eSTaR database, below are our agreements and the additional information you requested:

- We agreed to produce a full extraction, in native Excel format, of the non-privileged Seroquel-related data from eSTaR after completing a review of potentially-privileged data and you indicated this was an accpetable manner of proceeding.
- We agreed to provide you with our working copy of a spreadsheet today, containing a limited number of fields, to immediately assist you in locating promotional materials referenced in call notes and you indicated this was an accpetable manner of proceeding. This spreadsheet is attached hereto.
- As we discussed, the attached spreadsheet is attorney work product reflecting the key information from the eSTaR database for Seroquel-related items, but excluding any fields that might contain privileged information. We removed comment fields from this chart, as they require additional review to redact privileged information.
- We agreed to identify the eSTaR data that we would need to review prior to production.
    - We will need to review comment fields to redact privileged information.
    - We will need to review spreadsheets reflecting information about non-branded CNS and managed market items to eliminate items that are not related to Seroquel.
    - We will need to review drafts contained in eSTaR to redact privileged information.
- We offered to quickly provide all Seroquel-related eSTaR data, excluding drafts, comments, and non-branded CNS and managed market pieces and to supplement this production with non-privileged drafts, comments, and non-branded CNS and managed market pieces upon completing our review thereof. You indicated that you would prefer to receive all of this information at one time, after we complete our review of the potentially-privileged data.
- After consulting with our vendor, we are unable to identify a method for redacting data in a native Excel production. If you are able to suggest a method to accomplish this task, please do so. Unless you can suggest a workable alternative, we propose the following:
    - We will first produce a full extraction, in native Excel format, of the non-privileged Seroquel-related data from eSTaR, excluding any fields or data that would possibly contain privileged information.
    - We will then provide a redacted spreadsheet in Tagged Image File Format (TIFF) containing the PRA number, title, and non-privileged comments regarding every Seroquel-related item in the eSTaR database.
    - We will also create TIFFs of the attachments maintained in the eSTaR database so that we can redact any privileged information contained therein.
- We agreed to arrange for a meet and confer regarding MarketPro and to arrange for technically sophisticated representatives with full knowledge of this database to participate in this call and you indicated this was an accpetable manner of proceeding. We are working to identify the appropriate AstraZeneca personnel to participate in this call and will contact you regarding scheduling as soon as possible.
- We did not agree to produce any materials from other databases unrelated to our PRA production.

3

Please let me know if I missed anything and whether you have any comments or questions about our proposed plan of action.

Thank you.

Daniel S. Kaufman
Dechert LLP
A Pennsylvania Limited Liability Partnership
direct:  +1.212.698.3687
fax:  +1.212.698.3599
daniel.kaufman@dechert.com
www.dechert.com

<<Book1.xls>>

This e-mail is from Dechert LLP, a law firm, and may contain information that is
confidential or privileged. If you are not the intended recipient, do not read,
copy or distribute the e-mail or any attachments. Instead, please notify the sender
and delete the e-mail and any attachments. Thank you.

*** eSafe scanned this email for malicious content ***
*** IMPORTANT: Do not open attachments from unrecognized senders  ***