UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re:  Seroquel Products Liability Litigation<br>MDL Docket No.  1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**L.R. 3.01g CERTIFICATION REGARDING PLAINTIFFS' MOTION FOR ORDER APPOINTING HITACHI CONSULTING AS INFORMATION TECHNOLOGY ADVISOR TO THE COURT** |

      Counsel for the plaintiffs (Lawrence Gornick and Dennis Canty) and counsel for AstraZeneca (Fred Magaziner and others) met and conferred extensively via telephone and email in an attempt to agree upon (1) the selection of an IT Advisor to the Court; and (2) the language of a proposed order appointing that Advisor.

      AstraZeneca objected to the appointment of plaintiffs' selection, Hitachi Consulting, and plaintiffs objected to the appointment of AstraZeneca's selections, John Jessen or George Socha. The parties could not agree on language for a proposed order.  When plaintiffs indicated their intent to file the present motion, AstraZeneca indicated that it would file its own motion to appoint one or both of its selections and for a competing form of order.

                              LEVIN SIMES KAISER & GORNICK LLP

                                   /s/ Dennis J. Canty
                              Lawrence J. Gornick (CA State Bar No. 136290)
                              Dennis J. Canty (CA State Bar No. 207978)
                              44 Montgomery Street, 36th Floor
                              San Francisco, CA  94104
                              Telephone:  415-273-8138
                              Facsimile:  415-981-1270
                              E-mail:      lgornick@lskg-law.com
                                                  dcanty@lskg-law.com