# EXHIBIT 1

# EXHIBIT 1

## Levin, Simes, Kaiser & Gornick, LLP

### List of Cases Ripe for Dismissal With Prejudice

|  | Plaintiff Last Name | Plaintiff First Name | Case Number |
|---|---|---|---|
| 1. | Adams | Larry | 6:06-cv-1026 |
| 2. | Alderson | Quincy | 6:06-cv-1042 |
| 3. | Ali | Donna | 6:06-cv-1024 |
| 4. | Birkner | Lisa | 6:06-cv-1293 |
| 5. | Burger | Russell | 6:06-cv-1315 |
| 6. | Burgess | Dawn | 6:06-cv-987 |
| 7. | Cannon | Daniel | 6:06-cv-1287 |
| 8. | Clements | Loraine | 6:06-cv-1021 |
| 9. | Eades | Lurae | 6:06-cv-1300 |
| 10. | Faulk | Laura | 6:06-cv-1034 |
| 11. | Geones | Mary | 6:06-cv-1036 |
| 12. | Graham | Thelma | 6:06-cv-1496 |
| 13. | Harkins | Ethel | 6:06-cv-982 |
| 14. | Hess | Marjorie | 6:06-cv-989 |
| 15. | Hopkins-Hyche | Katherine | 6:06-cv-1033 |
| 16. | Howell | Ramon | 6:06-cv-1497 |
| 17. | Kasperson | William | 6:06-cv-1006 |
| 18. | King | Kenneth | 6:06-cv-1013 |
| 19. | Kurilla | Rita | 6:06-cv-1291 |
| 20. | Lawshea | Donnell | 6:06-cv-1296 |
| 21. | Lear | Lamonte | 6:06-cv-1047 |
| 22. | Mack | Dianne | 6:06-cv-1025 |
| 23. | Marsiglia | Jimmy | 6:06-cv-1294 |
| 24. | Merryweather | Frances | 6:06-cv-1603 |
| 25. | Niemann | Frank | 6:06-cv-1290 |
| 26. | Peat | Lisa | 6:06-cv-1002 |
| 27. | Plummer | Clayton | 6:06-cv-1304 |
| 28. | Rosales | Elsie | 6:06-cv-983 |
| 29. | Ruscsak | Jennifer | 6:06-cv-1288 |
| 30. | Walker | Sharie | 6:06-cv-995 |
| 31. | Webb | Lucas | 6:06-cv-1003 |