# EXHIBIT "A"

**Plaintiff Fact Sheets Previously Submitted to Defendant AstraZeneca Pharmaceuticals LP**

| First Name | Last Name | Court Case # | PFS DUE |
|---|---|---|---|
| Anthony | Ciaramitaro | 6:06cv1015-Orl-22DAB | 12/14/06 |
| Cory | Collins | 6:07cv152-Orl-22DAB | 03/09/07 |
| Michael | Crawford | 6:06cv988-Orl-22DAB | 12/14/06 |
| Kenneth | Fowler | 6:06cv977-Orl-22DAB | 12/14/06 |
| Pamela | McCraney-Buzick | 6:06-cv-975-Orl-22DAB | 12/14/06 |
| Sharon | Nelson | 6:06cv990-Orl-22DAB | 12/14/06 |
| Willie | Palmer | 6:06cv978-Orl-22DAB | 12/14/06 |
| Judy | Price | 6:06cv971-Orl-22DAB | 12/14/06 |
| Kevin | Sanders | 6:06-cv-965-Orl-22DAB | 12/14/06 |
| Robert | Schuenemeyer | 6:06cv1136-Orl-22DAB | 12/14/06 |
| Charlene | Baker | 6:07-cv-10001-Orl-22DAB | 12/14/06 |
| Dorothy | Soucy | 6:06cv1004-Orl-22DAB | 12/14/06 |
| Roma | Wilken | 6:06-cv-981-Orl-22DAB | 12/14/06 |
| Larry | Williams | 6:06-cv-1007-Orl-22DAB | 12/14/06 |
| Gwen | Martin | 6:07-cv-510-Orl-22DAB | 04/30/07 |
| Gary | Tretton | 6:07-cv-511-Orl-22DAB | 04/30/07 |
| Elizabeth | Gilbertson | 6:07cv-898-Orl-22DAB | 07/22/07 |
| Derdra | Allen | 6:07-cv-995-Orl-22DAB | 8/8/07 |
| Ronald | Boyer | 6:07-cv-997-Orl-22DAB | 8/8/07 |
| Virginia | Johnson | 6:07-cv-993-Orl-22DAB | 8/8/07 |
| Valerie | Freeman | 6:07-cv-994-Orl-22DAB | 8/8/07 |

# EXHIBIT "A"

**Plaintiff Fact Sheets Previously Submitted to Defendant AstraZeneca Pharmaceuticals LP**

| **Pearl** | **White** | 6:07-cv-996-Orl-22DAB | 8/8/07 |
|---|---|---|---|