# EXHIBIT "B"

**Plaintiff Fact Sheets Due for Submission to Defendant AstraZeneca Pharmaceuticals LP**

| First Name | Last Name | Court Case # | PFS DUE |
|---|---|---|---|
| **Katherine** | **Sipes** | 6:07-cv-1143-Orl-22DAB | 09/13/07 |