# Exhibit 1

# EXHIBIT 1

## Bailey Perrin Bailey, LLP

### List of Cases Ripe for Dismissal With Prejudice

|     | Plaintiff Last Name | Plaintiff First Name | Case Number |
| --- | --- | --- | --- |
| 1.  | Lee | Carrie | 6:2007cv12643 |
| 2.  | LeFlore | Carla | 6:2007cv12639 |
| 3.  | Lillard | Ashley | 6:2007cv12649 |
| 4.  | Lindsey | Gerald | 6:2007cv12653 |
| 5.  | McCormack | Karen | 6:2007cv12686 |
| 6.  | McHan | Hilary | 6:2007cv12690 |
| 7.  | Myers | Ernest | 6:2007cv12723 |
| 8.  | Nance | Janet | 6:2007cv12725 |
| 9.  | Otis | Barbara | 6:2007cv12742 |
| 10. | Patten | Lila | 6:2007cv12751 |
| 11. | Peoples | Cheryl | 6:2007cv12754 |
| 12. | Pollack | Jason | 6:2007cv12767 |
| 13. | Poteete | Jimmy | 6:2007cv12775 |
| 14. | Rangel | Michael | 6:2007cv14120 |
| 15. | Renfro | Dominick | 6:2007cv14140 |
| 16. | Richardson | Barbara | 6:2007cv12795 |
| 17. | Rivera | Carlos | 6:2007cv14160 |
| 18. | Robinson | William | 6:2007cv12806 |
| 19. | Sandy | Geneva | 6:2007cv14220 |
| 20. | Sayles | Gale | 6:2007cv12823 |
| 21. | Smith | Ingrid | 6:2007cv12858 |
| 22. | Snow | Connie | 6:2007cv12868 |
| 23. | Steele | Sarah | 6:2007cv12878 |
| 24. | Thomas | Jodi | 6:2007cv12901 |
| 25. | Thompson | Jack | 6:2007cv12906 |
| 26. | Underwood | Donna | 6:2007cv12923 |
| 27. | Upton | Jerry | 6:2007cv12925 |
| 28. | Voiles | Gary | 6:2007cv12938 |
| 29. | Walker | John | 6:2007cv12947 |
| 30. | Walls | Belinda | 6:2007cv12950 |
| 31. | Wear | Kenneth | 6:2007cv12039 |
| 32. | Wesley | Cheyneitheia | 6:2007cv12968 |
| 33. | Whitehurst | Steven | 6:2007cv12978 |
| 34. | Winder | Charles | 6:2007cv12996 |