# Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs**

|   | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Beauregard | Arthur | 6:07-cv-15899 | 8/30/2007 | 8/30/2007 |
| 2 | Gutierrez | Hector | 6:07-cv-16151 | 8/30/2007 | 8/30/2007 |
| 3 | Roberts | Virginia | 6:07-cv-16496 | 8/30/2007 | 8/30/2007 |