UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

---

This Document Relates to ALL CASES

## ORDER

It is hereby ORDERED as follows:

    A.    That _____ is appointed to serve as a Technical Expert to the Court ("Technical Expert"). The Technical Expert shall be charged with:

        1.    Serving as a neutral, independent technical consultant to both parties to satisfactorily resolve all technological issues connected with AstraZeneca's e-discovery document production.

        2.    Providing transparency for the AstraZeneca e-discovery document production.

        3.    Resolving all pending e-discovery technology disputes. These include, but are not limited to:

            a.    The feasibility and form of production of AstraZeneca databases relevant to Seroquel;

            b.    The ability to search for documents in the AstraZeneca custodial production;

            c.    The form in which e-discovery shall be produced; and

      d. The de-duplication process.

   4. Establishing efficient technical parameters for all e-discovery document productions going forward.

   5. Reporting to the Court on a regular basis to provide updates regarding the e-discovery document production.

B. The Technical Expert may make use of appropriate staff under his or her supervision to accomplish the purposes of this appointment.

C. The Technical Expert may seek clarification or assistance from the Court in order to carry out the duties set forth herein.

D. The Technical Expert is directed to appear (by telephone) at the next status conference (currently scheduled for September 11, 2007 at 9:30 a.m.). At that time, any open issues relating to scope of duties, reporting, communications, and other matters pertinent under this Order will be addressed.

E. The Technical Expert shall provide the Court and parties with a schedule of rates and anticipated charges for the services contemplated. The Technical Expert shall submit a monthly bill to the Court. The Court will then allocate these fees to the parties for payment.

IT IS SO ORDERED.

Date: _____

                     Magistrate Judge David A. Baker