# EXHIBIT B






Home > Payments Compliance

## The Card Payments Environment

MasterCard & Visa have continuously enhanced and improved their offerings and in the process they have enhanced and improved the end to end payment system itself. They accomplish this through a vehicle known as a 'release' that communicates requirements changes. Typically, these releases are published twice annually, in the spring and fall. Even though Visa and MasterCard use the same calendar for releases, each employs a unique process. More often than not, each also employs a different business and technical approach to achieve essentially the same outcome. The results -- payments organizations have to manage two unique processes and the normalization of two sets of requirements with a single deadline.

Issuers, acquirers, merchants, processors and ISOs have very little involvement in or influence over the contents of releases or the methods employed to fulfill a particular requirement. Each receives, interprets and implements the changes described in the release requirements. Despite the number of payments organizations confronted with the same challenge, there is no mechanism that leverages their respective work efforts to comply with the same set of requirements.

Payments system executives rarely have the time or incentive to evaluate card association release projects as they might evaluate other major projects that they have to staff, manage and fund. In fact, most in the payments industry view these projects as activities that must be undertaken regardless of cost or inconvenience, in order to remain in compliance with card association rules -- they are simply a cost of doing business.

Operating managers typically have detailed knowledge of the impact of releases on their particular area of responsibility, but they rarely have the scope of authority or the time to view release projects holistically. Most view releases as a task they have to endure over and above their regular job.

This absence of any leverage between organizations results in massive duplication of effort across the payments system. In some multi-faceted payment businesses, this kind of duplication can exist within the walls of one organization. This, coupled with the knowledge vs. authority gap within each organization, makes it nearly impossible to gain business or product advantage through release projects. Instead it results in two sub optimal outcomes: crash projects managed as tightly as possible to reduce expense and unexploited opportunities to improve product portfolios and operations.

## Experiencing Profound Change

There is fundamental change occurring in the payments industry and more is in the offing.

- American Express and Discover are in the process of rolling out bank card offerings.
- MasterCard and Visa are changing their ownership and governance structures.
- All the major brands jointly announced the Payment Card Industry Data Security Standard (PCI DSS) Council which is

tasked with the development of security tools that each will implement independently.

As this environment evolves, the effects of the lack of leverage and the knowledge vs. authority gap are becoming more pronounced. The increasing cost of release projects and lost opportunities are becoming less acceptable. Managing a payments business in this complex and changing environment will require more knowledge and attention than it has received in the past. More importantly, it will require an entirely different perspective.

## Another Perspective

The organizational impact of card association releases, as well as the new PCI-DSS security mandates, is as diverse as the companies implementing them. In this context, we have developed a suite of five offerings, where expertise, experience and packaging will bring value to our clients. Each offering contains an element tailored to executive management, operations management and project management. In addition, our expertise positions us well to provide insights, counsel and assistance on any related issue or project unique to an organization.

## Tactical Offerings

**Release Requirements Normalization** – Synthesizes the changes required by all card associations and EFT networks for each release into a single comprehensive document, thereby leveraging one work effort to the benefit of all Dove clients.

**Release Opportunity Maximization** – Identifies key business and product opportunities resulting from the combined release mandates to improve service offerings and re-evaluate business choices in light of emerging requirements.

## Strategic Offerings

**Portfolio Optimization** – Identifies key considerations for evaluating new products offered by existing and new card associations, ensuring deployment an optimal product mix.

**Back Office Optimization** – Identifies opportunities to improve settlement reconciliation, chargeback and retrieval, disputes processing and other back-office operations.

**Release Management** – Identifies opportunities to improve the release process to meet compliance mandates resulting in improved consistency across the organization and reduced ongoing cost for future releases.

## The Payments Compliance Team

**Paul Turgeon**
**Vice President**
pturgeon@doveconsulting.com



Paul Turgeon was most recently a Senior Vice President for First Data Corporation where he was initially tasked with the integration of all back office operations of Concord EFT into FDC's operations. Subsequent to that he was responsible for all U.S. back office operations as well as the technology platforms through which FDC delivered services.

Prior to FDC Paul was Senior Vice President for NYCE Corporation, where he was responsible for the Advanced Products Group. Prior to NYCE, Paul

founded Schema Corporation, a provider of systems integration and consulting services, and was also a founding partner of Technology Management Associates, an EFT consulting services company.

**David A. Grace**
**Senior Manager**
dgrace@doveconsulting.com



David is a 16-year veteran in financial services, focused primarily on the card payments space where he has managed the development of several products and new business ventures.

David is the co-author of two patents for secure internet payments technology and cryptography and has deep experience in payments processing platforms and technology. Previous positions in the payment space include Vice President Product Development-Universal Network Message for First Data Corporation which involved pioneering a new message infrastructure for FDC's payments processing platforms, Director Product Management for NYCE Corporation where he successfully launched a payments processing JV in Canada for NYCE which boasts annual revenues of $20+ MM, and Manager Cash Management Product & Portfolio development for Bank One, Colorado, N.A., where he developed retail cash management products for the bank's largest corporate clients.

**Sue Hadnot**
**Manager**
shadnot@doveconsulting.com



Sue Hadnot was most recently the Senior Director of Industry Compliance Strategy and Communications at First Data Resources, and First Data Financial Institution Services.

Throughout Sue's 29 years with First Data, the majority of her experience has been in card association compliance where she managed teams responsible for the integration of Visa, MasterCard, AMEX and Discover business requirements. Other responsibilities included issue resolution of card association and client transmission files and back-office processes and operations addressing settlement, chargebacks/retrievals and disputes/exceptions.

**Rebecca McCartney**
**Manager**
rmccartney@doveconsulting.com



Rebecca McCartney was most recently the Director of Project Management for First Data Resources and First Data International Industry Compliance and Back Office Services.

In this role, Becky was responsible for a team of project management and testing resources focused on compliance and back-office software development and product maintenance/enhancements. Prior to working specifically on the FDR and FDI platforms, Becky managed the card association release process at an enterprise level to eliminate redundancies and capitalize on First Data's economies of scale.

©2007 Dove Consulting Group, Inc. | privacy statement | site map