# EXHIBIT C

Case 6:06-md-01769-ACC-DAB   Document 430-5   Filed 08/31/07   Page 2 of 9 PageID 8375

**Web**  Images  Video  News  Maps  Gmail  more ▼                                                              Sign in

Google          site:www.hitachiconsulting.com "electronic dis[  Search  ]  Advanced Search
                                                                           Preferences
                                                            New! View and manage your web history

**Web**  News

**Electronic Discovery**                          Sponsored Links                    Sponsored Links
www.Merrill-Legal.com    Learn How to Optimize E-Discovery To
Achieve Success and Cut Costs                                                **Free eDiscovery Webinar**
                                                                             Learn about best practices for
E-Discovery Video Demo                                                       litigation from top-rated EnCase.
www.Attenex.com    View 9 minute video to see Attenex E-                     www.ediscovery-guidance.com
Discovery software in action.
                                                                             **E-Discovery Made Easy**
                                                                             Archive, Search & Retrieve Email
Tip: Try removing quotes from your search to get more results.               Comply with new rule changes now
                                                                             www.AdvisorMail.net

Your search - **site:www.hitachiconsulting.com**                             **eDiscovery Services**
**"electronic discovery"** - did not match any documents.                    Immediate response available.
                                                                             Litigation support. 888-300-0824.
Suggestions:                                                                 www.FrontLine-IS.com/DataDiscovery

- Make sure all words are spelled correctly.                                 **E-Trail Digital Archive**
- Try different keywords.                                                    Email Regulatory Compliance
- Try more general keywords.                                                 Exchange/Outlook Mailbox Management
- Try fewer keywords.                                                        www.lighthousegt.com

                                                                             **Discovery Attender**
                                                                             Search content in email, PSTs &
                                                                             common file areas. Free Trial!
                                                                             www.sherpasoftware.com

                                                                             **EvidentData - FADV**
                                                                             Computer Forensics and Electronic
                                                                             Discovery - Facts First!
                                                                             www.evidentdata.com

                                                                             **Rapid Email Discovery**
                                                                             Email archive provides fastest
                                                                             E-Discovery search & recovery
                                                                             www.messageone.com

                                                                             **New Federal Rules**
                                                                             How will the new rules affect your
                                                                             Company? SDR has free ediscovery
                                                                             www.sdr4.com

                                                                                    More Sponsored Links »

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Case 6:06-md-01769-ACC-DAB   Document 430-5   Filed 08/31/07   Page 3 of 9 PageID 8376

Web   Images   Video   News   Maps   Gmail   more ▼                                              Sign in

Google          site:www.hitachiconsulting.com "e-discovery"    [Search]  Advanced Search
                                                                          Preferences
                                                             New! View and manage your web history

**Web**   **News**

**E-discovery**                        Sponsored Links                    Sponsored Links
www.Symantec.com   Stay compliant. Get email, IM, & document
discovery software today!

**E-Discovery** Solutions                                                 **Attenex E-Discovery**
www.Merrill-Legal.com   **E-discovery** For the optimal litigation        Reduce **E-Discovery** costs by 75%.
strategy                                                                  Learn more with free Whitepaper.
                                                                          www.Attenex.com

Tip: Try removing quotes from your search to get more results.            **E-Discovery** Made Easy
                                                                          Archive, Search & Retrieve Email
                                                                          Comply with new rule changes now
                                                                          www.AdvisorMail.net

Your search - **site:www.hitachiconsulting.com "e-**                      **Easy Digital Signatures**
**discovery"** - did not match any documents.                             Inscrybe Office doc authentication
                                                                          using USPS® Electronic Postmark®
Suggestions:                                                              my.inscrybe.com

- Make sure all words are spelled correctly.                              **Data Recovery Systems LLC**
- Try different keywords.                                                 1-888-FIX-TAPE, All Data Tape Types
- Try more general keywords.                                              Recoveries, Migrations, Conversions
- Try fewer keywords.                                                     www.DataRecoverySystems.com

                                                                          **E-discovery** solutions
                                                                          for corporate legal professionals
                                                                          from LexisNexis
                                                                          lexisnexis.com/counsel

                                                                          **E Discovery**
                                                                          Immediate Conformity to Emerging
                                                                          Regulatory Requirements. Learn More
                                                                          www.IronMountain.com

                                                                          **eDiscovery Services**
                                                                          Immediate response available.
                                                                          Litigation support. 888-300-0824.
                                                                          www.FrontLine-IS.com/**eDiscovery**

                                                                          **eDiscovery - Legal Holds**
                                                                          Proven end-to-end legal holds
                                                                          and collections software
                                                                          www.pss-systems.com

                                                                          More Sponsored Links »

Web  Images  Video  News  Maps  Gmail  more ▼                                                                Sign in

# Google

site:www.hitachiconsulting.com "document pro    [Search]   Advanced Search
                                                          Preferences
                                               New! View and manage your web history

**Web**

Tip: Try removing quotes from your search to get more results.                    Sponsored Links

Your search - **site:www.hitachiconsulting.com "document production"** - did not match any documents.

Suggestions:

- Make sure all words are spelled correctly.
- Try different keywords.
- Try more general keywords.
- Try fewer keywords.

**Online Documents**
Easily share & edit documents
online for free. Learn more today.
docs.google.com

**Legal Document Production**
Pro tools for document assembly
Download your free trial today!
www.dps8.com

**Document Production**
Simplify Document Collaboration
Over 900,000 Users - Free Trial
www.workshare.com

**Document Production**
Offshore **Document Production**
Processing of Microsoft Word docs
www.cenzatech.com

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Case 6:06-md-01769-ACC-DAB   Document 430-5   Filed 08/31/07   Page 5 of 9 PageID 8378

**Web**   Images   Video   News   Maps   Gmail   more ▼                                      Sign in

Google          site:www.hitachiconsulting.com "electronically   [Search]   Advanced Search
                                                                            Preferences
                                                              New! View and manage your web history

**Web**

Tip: Try removing quotes from your search to get more results.

Your search - **site:www.hitachiconsulting.com "electronically stored information"** - did not match any documents.

Suggestions:

- Make sure all words are spelled correctly.
- Try different keywords.
- Try more general keywords.
- Try fewer keywords.

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web  Images  Video  News  Maps  Gmail  more ▼                                                    Sign in

Google     site:www.doveconsulting.com "electronic disco  [Search]  Advanced Search
                                                                    Preferences
                                                          New! View and manage your web history

**Web**   News

**Electronic Discovery**                              Sponsored Link          Sponsored Links
www.Merrill-Legal.com     Learn How to Optimize E-Discovery To
Achieve Success and Cut Costs                                                 **E-Discovery Video Demo**
                                                                              View 9 minute video to see Attenex
                                                                              E-Discovery software in action.
Tip: Try removing quotes from your search to get more results.                www.Attenex.com


Your search - **site:www.doveconsulting.com "electronic**                     **Electronic Discovery**
**discovery"** - did not match any documents.                                 Free eDiscovery webinars and
                                                                              whitepapers from Guidance Software.
Suggestions:                                                                  www.ediscovery-guidance.com

- Make sure all words are spelled correctly.                                  **eDiscovery Services**
- Try different keywords.                                                     Immediate response available.
- Try more general keywords.                                                  Litigation support. 888-300-0824.
- Try fewer keywords.                                                         www.FrontLine-IS.com/DataDiscovery

                                                                              **EvidentData - FADV**
                                                                              Computer Forensics and Electronic
                                                                              Discovery - Facts First!
                                                                              www.evidentdata.com

                                                                              **Electronic Data Discovery**
                                                                              Free EDD hosting, electronic data
                                                                              services, evidence e-discovery firm
                                                                              www.trialgraphic.com

                                                                              **D6 Consulting LLC**
                                                                              Litigation Support Services
                                                                              Best Services, Lowest Prices
                                                                              d6-llc.com

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Video   News   Maps   Gmail   more ▼                                                    Sign in

Google      site:www.doveconsulting.com "e-discovery"   [ Search ]   Advanced Search
                                                                    Preferences
                                                    New! View and manage your web history

**Web**   **News**

### E-discovery
www.Symantec.com    See document discovery solutions to ensure    Sponsored Links
compliance & lower costs.                    Sponsored Links

### E-Discovery Solutions                                      **Attenex E-Discovery**
www.Merrill-Legal.com    **E-discovery** For the optimal litigation   Reduce **E-Discovery** costs by 75%.
strategy                                                        Learn more with free Whitepaper.
                                                                www.Attenex.com

Tip: Try removing quotes from your search to get more results.
                                                                **Sign Documents Online**
                                                                Inscrybe Office doc authentication
                                                                Easy, affordable, reliable
Your search - **site:www.doveconsulting.com "e-**               my.inscrybe.com
**discovery"** - did not match any documents.

Suggestions:                                                    **E-discovery solutions**
                                                                for corporate legal professionals
  • Make sure all words are spelled correctly.                  from LexisNexis
  • Try different keywords.                                     lexisnexis.com/counsel
  • Try more general keywords.
  • Try fewer keywords.                                         **E Discovery**
                                                                Conform Your Business to Regulatory
                                                                Agency & SEC 17a Requirements
                                                                www.IronMountain.com

                                                                **E-discovery**
                                                                Manage and Scale Quickly. Recover
                                                                Rapidly. Download whitepapers.
                                                                www.NetApp.com

                                                                **D6 Consulting LLC**
                                                                Litigation Support Services
                                                                Best Services, Lowest Prices
                                                                d6-llc.com

                                                                **The New E-Discovery Rules**
                                                                Effective Dec. 1, 2006
                                                                Paperback 128 pgs, only $15.00
                                                                www.legalpub.com

                                                                **E Discovery**
                                                                Computer Forensics, Electronic
                                                                Discovery, Email reviews
                                                                www.daylightforensic.com

                                                                More Sponsored Links »

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Case 6:06-md-01769-ACC-DAB   Document 430-5   Filed 08/31/07   Page 8 of 9 PageID 8381

**Web**   Images   Video   News   Maps   Gmail   more ▼                              Sign in

Google    site:www.doveconsulting.com "document prod    [ Search ]   Advanced Search
                                                                     Preferences
                                                      New! View and manage your web history

**Web**

Tip: Try removing quotes from your search to get more results.

Your search - **site:www.doveconsulting.com "document production"** -
did not match any documents.

Suggestions:

- Make sure all words are spelled correctly.
- Try different keywords.
- Try more general keywords.
- Try fewer keywords.

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Video   News   Maps   Gmail   more ▼                                           Sign in

# Google

site:www.doveconsulting.com "electronically st   [ Search ]   Advanced Search
                                                              Preferences
                                                   New! View and manage your web history

**Web**

Tip: Try removing quotes from your search to get more results.

Your search - **site:www.doveconsulting.com "electronically stored information"** - did not match any documents.

Suggestions:

- Make sure all words are spelled correctly.
- Try different keywords.
- Try more general keywords.
- Try fewer keywords.

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google