# EXHIBIT D



Home > About Dove



We specialize in strategy and organization consulting. Our value proposition—deep expertise for immediate value, sincere collaboration with our clients and the delivery of clear results—has enabled us to become a highly valued and trusted advisor to leading companies and their executive teams all over the world.

**Expertise:** We work in areas where our expertise has relevance and impact—we want to add value on day one of every engagement.

To learn more about Dove, contact us at: 617-482-2100, or email us.

**Collaboration:** We conduct our work to maximize client ownership—the strategies we help create must be understood down to the nuance level to facilitate changes on the fly during execution. Our firm's size and agility means that clients partner with the team they are introduced to, from start to finish. All teams are comprised of people who are passionate about their work and committed to the client's success.

**Results:** Our client's success is our success. We establish clear project goals, often linked to our fees, that drive performance and commitment of our teams, and gives confidence to our clients.

We started our business in 1981 and have developed deep expertise in four areas:

> **Financial Services** – with particular focus on companies participating in retail banking and payments – debit and credit card issuers, transaction processors, merchants, and technology providers.
>
> **Consumer Broadband** – with particular focus on companies developing and delivering information and entertainment – cable, media and telecommunications.
>
> **Consumer Packaged Goods** – with particular focus on companies food and beverage businesses.
>
> **Government and Not-for-Profit** – with particular focus on agencies in the Federal government undergoing significant change, and seeking to adopt private sector business practices.

Our clients are great companies and organizations. Many are among the Fortune 500, but that is not their defining characteristic. Our clients want to be the best of the best. They want a partner who is willing to give them honest, forthright advice so they can see their businesses clearly, recognize their own blind spots, and overcome them to achieve powerful results.

### The Team at Dove

We're not as big as some consulting firms. We make that work in your favor. You'll have consistent direct access to the most experienced people, all established experts in their fields. More importantly, you'll find our people share a talent for thinking that is authentic, and unconstrained by tradition.

To read a short bio of each of Dove's Managing Directors, click on a

name below.

David Dove
**Managing Vice President, Strategy and Organization Effectiveness**
"Great strategies must be unique and sustainable. If a competitor can easily imitate what you do, then more work is required. You need to make sure that your strategy has reasonably high barriers to imitation to give it the sustainability required for success."

Bob Davis
**Vice President, Strategy and Organization Effectiveness**
"After a century of standing still, the telecommunications industry is poised to bring unprecedented improvements to consumers' lives through broadband pipes and innovative content and services. Those first in can build a huge competitive advantage if they do it right."

Tony Hayes
**Vice President, Strategy and Organization Effectiveness**
"The retail financial services industry is undergoing monumental change. Organizations need to change to meet the changing preferences of their customers."

©2007 Hitachi Consulting Corporation | terms of use | site map