# EXHIBIT

# G



🖨 PRINT   ✉ EMAIL PAGE   ⭐ FAVORITES

ABOUT      SERVICES      NEWS      CAREERS      CONTACT
/ Company Profile  / The EED Experience  / Leadership Team  / Board of Directors

## Board of Directors

# Board of Directors

John Jessen

Mr. Jessen founded Electronic Evidence Discovery, Inc. in 1987 and served as CEO up until 2007. He has contributed to more than 20 legal journals and publications, serves on eight professional boards and organizations, and has spoken at more than 200 conferences and forums on electronic evidence, including guest lectures at Harvard Law and the University of Washington Law School and educational courses for law firms and federal judges. He graduated from the University of Washington and completed the Executive Management Program at Harvard Business School.

Jean Jessen

Mrs. Jessen has been with EED since it's conception in 1987 and was the CFO until 2006 when she transitioned to a board member. Jean graduated from Boston University with a bachelor's degree in science and completed the Executive Management Program at Harvard Business School, May 2004.

Robert A. Minicucci

Mr. Minicucci joined WCAS in 1993 and focuses on the information & business services industry. Prior to joining WCAS, Mr. Minicucci was Senior Vice President and Chief Financial Officer of First Data Corporation (FDC). Before joining FDC, he served as Senior Vice President and Treasurer of the American Express Company. He also spent 12 years at Lehman Brothers where he was a

Managing Director. Mr. Minicucci graduated from Amherst College in 1975 and received an MBA from Harvard Business School in 1979.

Eric J. Lee

Mr. Lee joined WCAS in 1999 and focuses on investments in the information & business services and healthcare industries. Before joining WCAS, he worked at Goldman, Sachs & Co. in the Mergers & Acquisitions and High Technology investment banking groups. Mr. Lee graduated from Harvard University in 1994.

© 2006 **Electronic Evidence Discovery, Inc.** All rights reserved.