# EXHIBIT

# H

EED - Electronic Evidence Discovery, Inc. - The EED Experience

Page 1 of 2



PRINT    EMAIL PAGE    FAVORITES

ABOUT        SERVICES        NEWS        CAREERS        CONTACT
/ Company Profile  / The EED Experience  / Leadership Team  / Board of Directors

# The EED Experience

## The EED Experience

When clients choose Electronic Evidence Discovery, Inc. ("EED®"), they choose the vendor with the most experience in the field of electronic discovery. Since 1987, EED has been influencing the shape and definition of eDiscovery practice. EED is the principal eDiscovery trainer for the federal judiciary and the sole technical advisor to the Sedona Conference. Our sustained leadership is the result of strict adherence to the basic principles upon which the company was founded.

### Innovation

EED has always been at the forefront in the application of new, innovative technology to the eDiscovery process. Yet, technology alone is not the solution to the problems eDiscovery practitioners face daily. Our principles of innovation demand we focus on the implementation of advanced technology and feature enhancement in harmony with practice for a stable, comfortable evolution of eDiscovery state-of-the-art.

### Client Partnership

EED is committed to listening to the marketplace and using what we hear to benefit our clients. This commitment is reflected in the talent and experience of our client services team, our project managers, consultants, and account executives. The result of this relationship-focused approach to client services is an unmatched level of client trust and service satisfaction.

### Can-Do Attitude

EED's proprietary data processing and loading technology can exceed loading rates greater than 1

terabyte per day. The Class A data center supporting EED's Discovery Partner® hosted review environment provides hundreds of terabytes of accessible storage capacity, and hundreds of terabytes more in offline storage. EED's operational capacity for conversion exceeds eight million pages per month with full quality control.

Regardless of the nature or scale of the eDiscovery project, EED has the resources to handle it.

© 2006 **Electronic Evidence Discovery, Inc.** All rights reserved.