# EXHIBIT I





PRINT    EMAIL PAGE    FAVORITES

ABOUT    SERVICES    NEWS    CAREERS    CONTACT
/ Company Profile   / The EED Experience   / Leadership Team   / Board of Directors

## Company Profile

### eDiscovery. Discovered Here.

Setting a Higher Standard for eDiscovery

Electronic Evidence Discovery, Inc. ("EED®") is the pioneer of electronic discovery practice and technology. Since our beginnings in 1987 we've accomplished an impressive number of industry firsts:

- First forensic collection software
- First online review application
- First native-file online review application
- First sponsor of the Sedona Working Group on Electronic Discovery
- First electronic discovery practice and technology trainers for federal and state judiciary
- First comprehensive, enterprise-class software for Electronic Discovery
- First Managed eDiscovery Service solution for corporations and law firms

Today EED is a standard-setting, full service electronic discovery provider and leads the industry in advising law firms and corporations on best practices related to record retention, evidence preservation, and electronic discovery. Our approach to business can be summarized through a set of core philosophies that guide our daily activities. Core philosophies:

- **Principled Innovation**—We focus on the implementation of advanced technology and feature enhancement in harmony with practice for a stable, comfortable evolution of state-of-the-art eDiscovery tools. To achieve this objective, we draw on nearly 20 years of

eDiscovery experience, the perspective provided by one of the most illustrious client bases in the industry, and a commitment to innovation through unmatched research and development resources. EED sets the standard in applying new technology and practices in support of delivering best-of-breed solutions to address our clients' electronic discovery needs.

- **Long-Term Partnership**—At EED, we treat each case as unique and address the short-term and long-term needs of our clients. We strive to meet immediate objectives through the coordinated actions of each client's support team, focusing always on building a lasting, trusted relationship. The result of this relationship-focused approach to client services is an unmatched level of client trust and service satisfaction.

- **Can-Do Attitude**—A culture of innovation and a focus on building lasting relationships with our clients is important only if we have the capacity to handle our clients' largest and most urgent needs. With our proprietary data processing and loading technology, EED can exceed loading rates greater than 1 terabyte per day. The Class A data center supporting EED Discovery Partner® hosted review environment provides hundreds of terabytes of accessible storage capacity, and hundreds of terabytes more in offline storage. EED's operational capacity for conversion exceeds eight million pages per month depending upon the file types and type of media and quality control requirements. With offices in Kirkland, Washington and New York, and account management and consulting resources throughout the United States, EED's client services staff is always available to ensure the personal treatment necessary to support any project. Regardless of the nature or scale of the eDiscovery project, EED has the resources to handle it.

- **Straightforward Approach**—The process and technology required for electronic discovery is complex, but the working relationship with your vendor need not be. EED has handled thousands of cases, ranging in size from very small to multiple terabytes of data. Using nearly 20 years of experience, the most talented people in the industry, and standard-setting proprietary technology, EED will strive to demystify the process to allow our clients to focus on the case rather than the complexities of eDiscovery.

© 2006 Electronic Evidence Discovery, Inc. All rights reserved.