# EXHIBIT

# J

Case 6:06-md-01769-ACC-DAB   Document 430-12   Filed 08/31/07   Page 2 of 2 PageID 8569

 **Socha Consulting** LLC
*informing digital discovery decisions*

Esq   651.690.1739   george@sochaconsulting.com

George J. Socha, Jr.,



## services > special master

**As an electronic discovery special master:**

:: Facilitate the resolution of electronic discovery disputes by bringing to bear an in-depth understanding of issues specific to electronic discovery.

:: Guide parties and their counsel through the more arcane and technical issues of electronic discovery to a broad range of effective solutions.

**Home**

:: Preside over electronic discovery disputes in areas such as:

.. preservation orders.
.. demands for production of electronic information.
.. responses to demands for production of electronic information.
.. search parameters, methodologies, protocols and criteria.
.. forms of production (native format, paper, PDF, etc.).
.. cost-shifting.

**Socha Consulting:**
Contact information
Services
Experience
Publications etc

:: Draw on 16 years experience as a litigation attorney, 14 years in automated litigation support, and 10 years in electronic discovery.

**Socha-Gelbmann ED Surveys:**
2003 ED Survey
2004 ED Survey
2005 ED Survey
2006 ED Survey
2007 ED Survey

:: Devote the time and resources needed to bring the parties to a successful resolution of their electronic discovery issues.

For more discussion about electronic discovery special masters, see "Mastering the Use of E-Discovery Special Masters," Reprinted with permission from Digital Discovery & e-Evidence, Volume 3, Number 3, pages 5-7 (March 2003). Copyright 2003 by Pike and Fischer, Inc. For more information on Digital Discovery & e-Evidence, call 1-800-255-8131 ext 248.

**The EDRM Projects:**
ED Reference Model
EDRM Metrics
EDRM XML

**Resources:**
In Re Discovery blog
Vendors
Tools
Current awareness
Books
Rules & rulemaking
Decisions
Orders
Neutrals & special masters

© 2003-2007 Socha Consulting LLC. All rights reserved.