# EXHIBIT K



Esq   651.690.1739   George J. Socha, Jr.  george@sochaconsulting.com



### experience > selected electronic discovery and automated litigation support activities

**2004**

Engaged as expert regarding scope of preservation demands.

Home

**2003**

**Socha Consulting:**
Contact information
Services
Experience
Publications etc

Engaged as special master and technical advisor to the court in the IPO Securities Litigation.

Advised legal market service providers and software developers on issues regarding the electronic discovery market and their roles in it.

Evaluated and made recommendations on enhancements to services offered by electronic discovery service provider.

**Socha-Gelbmann ED Surveys:**
2003 ED Survey
2004 ED Survey
2005 ED Survey
2006 ED Survey
2007 ED Survey

Evaluated and made recommendation on enhancements to litigation hold process used by major corporation.

Prepared white paper on electronic discovery features added to automated litigation support software package.

Conducted survey on the size, scope and growth of the electronic discovery market.

**The EDRM Projects:**
ED Reference Model
EDRM Metrics
EDRM XML

**1989-2003**

In a set of toxic tort cases, oversaw the scanning and coding of millions of pages of discovery documents and developed databases to track and work with detailed information from all complaints and answers and discovery requests and responses directed at client.

**Resources:**
In Re Discovery blog
Vendors
Tools
Current awareness
Books
Rules & rulemaking
Decisions
Orders
Neutrals & special masters

As part of the process of selecting electronic discovery and automated litigation support vendors for litigation projects, regularly evaluated the adequacy and appropriateness of policies, procedures, and technological processes used by those vendors to procure and work with information stored in electronic, paper, microfilm and other formats.

**2002**

Retained by pharmaceuticals manufacturer as an expert witness, initially on automated litigation support and then on electronic discovery; deposed by plaintiffs' counsel and testified before Texas state court judge regarding the adequacy and appropriateness of the processes used to scan and code over nine million pages of documents and produce the images and related database to the opposing parties.

Spearheaded joint project by plaintiffs' and defense counsel in multidistrict litigation to establish electronic service system.

Retained by educational institution to testify at trial regarding collection and analysis of electronic information relating to allegations of academic fraud.

**1994-2002**

In a contract dispute involving allegations of up to three billion dollars of damages, directed the collection of hundreds of AS-400 and Access database files and Excel spreadsheet files from backup tapes, CDs

and floppy discs; argued motions regarding production of the data; oversaw the conversion of that data to usable formats on workable media; oversaw scanning and coding of more than one million pages of documents; developed tools to analyze the electronic data and conducted analyses of the data both with substantive expert witnesses and separately; and prepared materials based on the data for presentation at trial.

**1999**

In one of the largest academic fraud investigations ever to be conducted, directed the collection of electronic information from computer networks, individual personal computers, and floppy disk as well as the collection of paper materials; oversaw conversion of electronic information into usable formats on workable media; oversaw scanning and coding of paper materials; developed tools to analyze the electronic data, conducted analyses, and prepared report sections on the data and their significance.

**1998**

In an employment dispute where the opposing party demanding production of data from over 1,000 backup tapes, conducted sampling exercise that ultimately led opposing counsel to the conclusion that pursuing the demand was not appropriate.

**1996**

Provided advice to a then and current leader in the electronic discovery industry that led to a complete overhaul of that vendor's approach to electronic discovery.

© 2003-2007 Socha Consulting LLC. All rights reserved.