Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs**

|  | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Andrews | Beverly | 6:07-cv-11363 | 8/29/2007 | 8/29/2007 |
| 2 | Bradford | Katharine | 6:07-cv-11419 | 8/29/2007 | 8/29/2007 |
| 3 | Brislane | Johnathan | 6:07-cv-11423 | 8/29/2007 | 8/29/2007 |
| 4 | Davis | Robert | 6:07-cv-11168 | 8/29/2007 | 8/29/2007 |
| 5 | Elliott | Frederick | 6:07-cv-11534 | 8/29/2007 | 8/29/2007 |
| 6 | Lyles | Atwina | 6:07-cv-10932 | 8/29/2007 | 8/29/2007 |
| 7 | Lyons | Lisa | 6:07-cv-12180 | 8/29/2007 | 8/29/2007 |
| 8 | Owens | Lynette | 6:07-cv-11845 | 8/29/2007 | 8/29/2007 |
| 9 | Patterson | Rebecca | 6:07-cv-10964 | 8/29/2007 | 8/29/2007 |
| 10 | Pittman | Jacqui | 6:07-cv-11871 | 8/29/2007 | 8/29/2007 |
| 11 | Ruff | Walter | 6:07-cv-14204 | 8/29/2007 | 8/29/2007 |
| 12 | Siler | Shaun | 6:07-cv-12222 | 8/29/2007 | 8/29/2007 |
| 13 | Sperry | Cheri | 6:07-cv-10445 | 8/29/2007 | 8/29/2007 |
| 14 | Sursely | Andrea | 6:07-cv-14348 | 8/29/2007 | 8/29/2007 |
| 15 | Woods | Lamont | 6:07-cv-11050 | 8/29/2007 | 8/29/2007 |