EXHIBIT 1

Bailey Perrin Bailey, LLP

List of Cases Ripe for Dismissal With Prejudice

|  | Plaintiff Last Name | Plaintiff First Name | Case Number |
|---|---|---|---|
| 1. | Long | Marcus | 6:2007cv13821 |
| 2. | Luckey | Hazel | 6:2007cv13830 |
| 3. | Maatman | Loretta | 6:2007cv13835 |
| 4. | Madosh | Marcia | 6:2007cv13840 |
| 5. | Mainor | Charles | 6:2007cv13843 |
| 6. | Manly | Burns | 6:2007cv13851 |
| 7. | Mayfield | Lilian | 6:2007cv13883 |
| 8. | McCabe | Jennifer | 6:2007cv13884 |
| 9. | McCallister | Delbert | 6:2007cv13886 |
| 10. | Mcclelland | Steven | 6:2007cv13891 |
| 11. | McCoy | Jamie | 6:2007cv13897 |
| 12. | McDaniel | Wilson | 6:2007cv13905 |
| 13. | Miller | Barbara | 6:2007cv13941 |
| 14. | Mitchell | Rodney | 6:2007cv15767 |
| 15. | Mize | Laronda | 6:2007cv13954 |
| 16. | Monarrez | Martin | 6:2007cv13957 |
| 17. | Mose | Margaret | 6:2007cv13976 |
| 18. | Mullins | Jason | 6:2007cv13983 |
| 19. | Myhre | Steven | 6:2007cv15771 |
| 20. | Nydell | Ruben | 6:2007cv14017 |
| 21. | Oloff | Barbara | 6:2007cv14023 |
| 22. | Onstad | Michelle | 6:2007cv14024 |
| 23. | Pace | Susan | 6:2007cv14032 |
| 24. | Patat | Charlie | 6:2007cv14041 |
| 25. | Peacock | Linda | 6:2007cv14051 |
| 26. | Pearson | Emanuel | 6:2007cv14055 |
| 27. | Philips | Monique | 6:2007cv14069 |
| 28. | Pickett | Donna | 6:2007cv14073 |
| 29. | Plendl | Sharon | 6:2007cv14082 |
| 30. | Pontious | Gary | 6:2007cv14084 |
| 31. | Porter | Neal | 6:2007cv14087 |
| 32. | Postell | Joseph | 6:2007cv14089 |
| 33. | Pritchett | Judith | 6:2007cv14100 |
| 34. | Rakim | Tyhhiimm | 6:2007cv14115 |

| 35. | Rank | Ryan | 6:2007cv14121 |
|---|---|---|---|
| 36. | Reader | Clyde, as Next Friend of D.R., a Minor [designated as Dustin Reader] | 6:2007cv14126 |
| 37. | Ream | Jackey | 6:2007cv14127 |
| 38. | Ring | Gary | 6:2007cv15787 |
| 39. | Roberts | Danielle | 6:2007cv15789 |
| 40. | Robinett | Dena | 6:2007cv14167 |
| 41. | Rodriguez | Rosa | 6:2007cv14181 |
| 42. | Rogers | Willie | 6:2007cv14185 |
| 43. | Rosenbalm | Sharon | 6:2007cv14191 |
| 44. | Rosenthal | Darlene | 6:2007cv14192 |
| 45. | Rudy | Kathleen | 6:2007cv14202 |
| 46. | Ruff | Keyon | 6:2007cv14203 |
| 47. | Rumsfelt | Nancy | 6:2007cv14205 |
| 48. | Rusinowski | Francis | 6:2007cv14206 |
| 49. | Sanchez | Linda | 6:2007cv14213 |
| 50. | Schiess | Todd | 6:2007cv14232 |
| 51. | Schmitt | Patrick | 6:2007cv14233 |
| 52. | Selario | James | 6:2007cv15794 |
| 53. | Singley | Brenda | 6:2007cv14274 |
| 54. | Smith | Angelo | 6:2007cv14279 |
| 55. | Smith | Clifton | 6:2007cv14282 |
| 56. | Smith | Jennifer | 6:2007cv15801 |
| 57. | Smith | LaTosha | 6:2007cv14289 |
| 58. | Smith | Pierrette | 6:2007cv14292 |
| 59. | Smith | Sonya | 6:2007cv14294 |
| 60. | Soliz | Richard | 6:2007cv14303 |
| 61. | Stines | Peter | 6:2007cv14332 |
| 62. | Strickland-Garland | Robin | 6:2007cv15807 |
| 63. | Tensley | Virginia | 6:2007cv14366 |
| 64. | Townsend | Barbara | 6:2007cv14395 |
| 65. | Tracey | Jimmie | 6:2007cv14396 |
| 66. | Urwiler | Veronica | 6:2007cv14414 |
| 67. | Warnell | David | 6:2007cv14449 |
| 68. | Watson | Lois | 6:2007cv14457 |
| 69. | Williamson | Robert | 6:2007cv14501 |
| 70. | Wimmer | Connie | 6:2007cv14517 |
| 71. | Wood | Starlett | 6:2007cv15821 |
| 72. | Woods | Maxine | 6:2007cv13002 |
| 73. | Woods | William | 6:2007cv13004 |

| | | | |
|---|---|---|---|
| 74. | Woolard | Simone, as Next Friend of D.L., a Minor [designated as David Lewis] | 6:2007cv15822 |
| 75. | Wynn | Tonja | 6:2007cv13009 |
| 76. | Yazzie | Jerry | 6:2007cv14544 |
| 77. | Yoney | Pauline | 6:2007cv14546 |