# EXHIBIT 1

## Bailey Perrin Bailey, LLP

## List of Cases Ripe for Dismissal With Prejudice

|    | Plaintiff Last Name | Plaintiff First Name | Case Number |
|----|---------------------|----------------------|-------------|
| 1. | Lopez               | Cynthia              | 6:2007cv15753 |
| 2. | Price               | Lillie               | 6:2007cv15273 |
| 3. | Spencer             | Phillip              | 6:2007cv15803 |
| 4. | Tooley              | Neala, as Next Friend of G.N.T., a Minor [Gary Tooley] | 6:2007cv14393 |
| 5. | Zachery             | Obiedee              | 6:2007cv14553 |

1