EXHIBIT 1

Bailey Perrin Bailey, LLP

List of Cases Ripe for Dismissal With Prejudice

|   | Plaintiff Last Name | Plaintiff First Name | Case Number |
|---|---|---|---|
| 1. | McCoy | Virginia | 6:2007cv13898 |
| 2. | Micheaux | Demetrius | 6:2007cv13938 |
| 3. | Morgan | Anthony | 6:2007cv13968 |
| 4. | Partee | Joyce | 6:2007cv14038 |
| 5. | Pfister | Michael | 6:2007cv14068 |
| 6. | Robinson | Lemuel | 6:2007cv14168 |
| 7. | Seiler | James | 6:2007cv14248 |
| 8. | Silva | Cynthia | 6:2007cv14268 |
| 9. | Thompson | Daniel | 6:2007cv14378 |
| 10. | Walker | Renee | 6:2007cv14438 |
| 11. | Watt | Julie | 6:2007cv14458 |