A CERTIFIED TRUE COPY

AUG 2 4 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
9-4-07  5:00pm
Date          Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 8 2007

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL NO. 1769

### IN RE Seroquel Products Liability Litigation

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-35)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 342 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 4 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-35 - TAG-ALONG ACTIONS
## MDL NO. 1769
### IN RE Seroquel Products Liability Litigation

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **INDIANA SOUTHERN** | |
| INS 1 07-894 | Michael Todd v. AstraZeneca Pharmaceuticals, LP, et al. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 07-2881 | Joseph Edgar v. AstraZeneca Pharmaceuticals, LP, et al. |
| **SOUTH CAROLINA** | |
| SC 6 07-2314 | Dorian DeKock v. AstraZeneca Pharmaceuticals, LP, et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 07-923 | Litishka Conley-Essel v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 07-924 | Esther Fox v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 07-925 | Sheila Odom v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 07-926 | Steven Moore v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 07-927 | Robert Smith v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 07-928 | Christina McGrath v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 07-929 | Christina Foote v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 07-931 | Marilyn Martone v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 07-932 | Stephen Tripp v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 07-934 | Dionisio Lorenzo v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 07-935 | Kyle Wilson v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 07-936 | Tammy Ray v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 07-937 | George Brown v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 07-938 | Kathy Oliver v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 07-939 | Kenneth Crawford v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 07-940 | Phyllis Gerk v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 07-941 | Linda Chevalier v. AstraZeneca Pharmaceuticals, LP, et al. |