**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation**

                                      **Case No.  6:06-md-1769-Orl-22DAB**

_____/

**ORDER TO SHOW CAUSE AND ORDER DESIGNATING**
**CASES FOR OCTOBER 2007 CASE-SPECIFIC DISCOVERY**

Pursuant to CMO-4, the Court designates the following ten plaintiff's cases for case-specific discovery in October 2007:

| | | |
|---|---|---|
| 1. | Vikie Davis | MDL Case No. 6:07-cv-14788-ACC-DAB |
| 2. | Samantha Lambert | MDL Case No. 6:07-cv-13788-ACC-DAB |
| 3. | Gwen Martin | MDL Case No. 6:07-cv-00510-ACC-DAB |
| 4. | Bruce Monson | MDL Case No. 6:07-cv-10372-ACC-DAB |
| 5. | Kenneth Myers | MDL Case No. 6:07-cv-11818-ACC-DAB |
| 6. | Jennifer Naramore | MDL Case No. 6:06-cv-1292-ACC-DAB |
| 7. | Samuel Robinson | MDL Case No. 6:07-cv-12804-ACC-DAB |
| 8. | Maureen Sanchez | MDL Case No. 6:07-cv-12819-ACC-DAB |
| 9. | Susan Small | MDL Case No. 6:07-cv-00425-ACC-DAB |
| 10. | Althea Turner | MDL Case No. 6:07-cv-15435-ACC-DAB |

The parties shall show cause in writing before 5:00 p.m. on September 6, 2007, by electronically filing any objections to the cases designated above for case-specific

discovery in October 2007. Failure to file timely objections to the Court-designated cases will constitute a waiver of such objections.

                **DONE** and **ORDERED** in Orlando, Florida on September 5, 2007.

Copies furnished to:

Counsel of Record

                                                ANNE C. CONWAY
                                                United States District Judge