# EXHIBIT 1

# EXHIBIT 1

## Bailey Perrin Bailey, LLP

### List of Cases Ripe for Dismissal With Prejudice

|     | Plaintiff Last Name | Plaintiff First Name | Case Number   |
| --- | ------------------- | -------------------- | ------------- |
| 1.  | Callahan            | Rita                 | 6:2007cv12340 |
| 2.  | Dice                | Ethel                | 6:2007cv12426 |
| 3.  | Faber               | Debbie               | 6:2007cv12467 |
| 4.  | Hill                | Freddie              | 6:2007cv12560 |
| 5.  | Lasseter            | Kristy               | 6:2007cv13794 |
| 6.  | May                 | Michael              | 6:2007cv12682 |
| 7.  | Miller              | Margaret             | 6:2007cv13943 |
| 8.  | Sampson             | Joanne               | 6:2007cv14211 |
| 9.  | Schutt              | Linda                | 6:2007cv14236 |
| 10. | Waters              | Brenda               | 6:2007cv12957 |
| 11. | Zinzeris            | Nicholas             | 6:2007cv15826 |