# EXHIBIT 1

# EXHIBIT 1

## Matthews & Associates

## List of Cases Ripe for Dismissal With Prejudice

|     | Plaintiff Last Name | Plaintiff First Name | Case Number   |
| --- | ------------------- | -------------------- | ------------- |
| 1.  | Bester              | Maria                | 6:07-cv-10020 |
| 2.  | Byerley             | Albert               | 6:07-cv-10021 |
| 3.  | Cassidy             | Daniel               | 6:07-cv-10023 |
| 4.  | Dismuke             | Twila                | 6:07-cv-10026 |
| 5.  | Doster              | Russell              | 6:07-cv-10027 |
| 6.  | Henderson           | Jewel                | 6:07-cv-10034 |
| 7.  | Jones               | Thomas               | 6:07-cv-10038 |
| 8.  | Keger-Nothnagel     | Kerry                | 6:07-cv-10040 |
| 9.  | Layne               | Tina                 | 6:07-cv-10042 |
| 10. | Peyton              | Timothy              | 6:07-cv-10045 |
| 11. | Spevack             | Kenneth              | 6:07-cv-10051 |
| 12. | Tevis               | Robert               | 6:07-cv-10054 |
| 13. | Thorton             | Sheila               | 6:07-cv-10055 |
| 14. | Walker              | Thomas               | 6:07-cv-10056 |
| 15. | Ward                | Steven               | 6:07-cv-10057 |