# Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs**

|  | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Chambers | Jean | 6:07-cv-15994 | 8/29/2007 | 8/29/2007 |
| 2 | Cooper, as Next Friend of R.C., a Minor | Ginger | 6:07-cv-14758 | 8/29/2007 | 8/29/2007 |
| 3 | Ebert | Cyndi | 6:07-cv-14816 | 8/29/2007 | 8/29/2007 |
| 4 | Harmon | Leanna | 6:07-cv-14949 | 8/29/2007 | 8/29/2007 |
| 5 | Raciti | Maxe | 6:07-cv-15278 | 8/29/2007 | 8/29/2007 |
| 6 | Rivas | Connie | 6:07-cv-15295 | 8/29/2007 | 8/29/2007 |
| 7 | Rogers | Judith | 6:07-cv-15304 | 8/29/2007 | 8/29/2007 |