# Exhibit 2



**BAILEY PERRIN BAILEY**
*A Registered Limited Liability Partnership*

THE LYRIC CENTRE
440 LOUISIANA, SUITE 2100
HOUSTON, TEXAS 77002
(713) 425-7100 BUSINESS
(713) 425-7101 FACSIMILE

August 29, 2007

<u>**Via FedEx Priority Overnight**</u>
Mr. Brennan J. Torregrossa
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808

Re:   In re: Seroquel products Liability Litigation
         (MDL Docket No. 1769)

Dear Brennan:

Please find enclosed a CD containing a total of nine (9) Acknowledgments and seven (7) HIPAA Authorizations, for Plaintiffs designated in June.  I have included an accompanying list for your convenience.  We will continue to provide you with additional Acknowledgments and HIPAAs as soon as they are received from our clients.

Please do not hesitate to contact me or Camp, should you have any questions.

Respectfully,

Sundeep S. Grewel
Attorney at Law


Enclosures.  As stated


cc:   Mr. Camp Bailey  [Firm]

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production -
Set VI (June 29, 2007)
Acknowledgments and HIPAA Authorizations (7)**
August 29, 2007

|   | Last Name | First Name |
|---|---|---|
| 1 | Chambers | Jean |
| 2 | Cooper, as Next Friend of R.C., a Minor | Ginger |
| 3 | Ebert | Cyndi |
| 4 | Harmon | Leanna |
| 5 | Raciti | Maxe |
| 6 | Rivas | Connie |
| 7 | Rogers | Judith |

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production -
Set VI (June 29, 2007)
Acknowledgments (2)**
August 29, 2007

|   | Last Name | First Name |
|---|---|---|
| 1 | Pierson | Brian |
| 2 | Thurman | Debbie |

FedEx | Ship Manager | Label

From: Origin ID: EIXA (713)425-7100
Heather Santiago
Bailey Perrin Bailey, LLP
440 Louisiana St
Suite 2100
Houston, TX 77002



Ship Date: 29AUG07
ActWgt: 1 LB
System#: 9787328/INET7061
Account#: S *********

Delivery Address Bar Code

SHIP TO: (215)994-4000        BILL SENDER
**Brennan Torregrossa**
**Dechert, LLP**
**Cira Centre**
**2929 Arch Street**
**Philadelphia, PA 191042808**

Ref #   Seroquel -HIPAAs & Ack
Invoice #
PO #
Dept #



TRK# 7917 5217 2517
0201

THU - 30AUG     A1
PRIORITY OVERNIGHT

**XB-ESPA**

PHL
PA-US
**19104**

---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex com FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e g jewelry, precious metals, negotiable instruments and other items listed in our Service Guide Written claims must be filed within strict time limits, see current FedEx Service Guide

https://www.fedex.com/ship/domesticShipmentAction.do?method=doShipContinue                                8/29/2007

## Heather Santiago

**From:** TrackingUpdates@fedex com
**Sent:** Thursday, August 30, 2007 8:52 AM
**To:** Heather Santiago
**Subject:** FedEx Shipment 791752172517 Delivered

```
This tracking update has been requested by:

Company Name: Bailey Perrin Bailey, LLP

Name:   Heather Santiago

E-mail:  hsantiago@bpblaw.com


Our records indicate that the following shipment has been delivered:

Tracking number:                        791752172517
Reference:                              Seroquel -HIPAAs & Ack.
Ship (P/U) date:                        Aug 30, 2007
Delivery date:                          Aug 30, 2007 9:44 AM
Sign for by:                            A.KEE
Delivered to:                           Receptionist/Front Desk
Service type:                           FedEx Priority Overnight
Packaging type:                         FedEx Envelope
Number of pieces:                       1
Weight:                                 0.50 lb.

Shipper Information                     Recipient Information
Heather Santiago                        Brennan Torregrossa
Bailey Perrin Bailey, LLP               Dechert, LLP
440 Louisiana St.                       Cira Centre
Suite 2100                              2929 Arch Street
Houston                                 Philadelphia
TX                                      PA
US                                      US
77002                                   191042808

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:51 AM   CDT
on 08/30/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.
```

8/30/2007