**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS<br><br>LIABILITY LITIGATION<br><br><br>THIS RELATES TO:<br><br>  ALL CASES | **MDL Docket No.:**<br>**6:06-md-1769-Orl-22DAB** |

**PLAINTIFFS' MOTION AND COMBINED MEMORANDUM**
**TO COMPEL PRODUCTION OF THE MACFADDEN DOCUMENTS**

Plaintiffs respectfully request the Court enter an order directing AstraZeneca to produce the un-redacted communications between former AstraZeneca employee, Dr. Wayne MacFadden, and third parties involved in the Seroquel-related projects, for the reasons set forth below.

**INTRODUCTION**

1.     Dr. Wayne MacFadden is a former Director of Clinical Research in the CNS Therapeutic Area and U.S. Medical Director for Seroquel.  While holding these positions, Dr. MacFadden became intimately involved with two women employed by third parties retained by AstraZeneca to perform clinical research and publishing services relating to Seroquel.  The documents at issue in this motion are the communications between Dr. MacFadden and these women ("MacFadden Documents"), which consist primarily of email exchanges through AstraZeneca's company server, and are a mixture of professional, personal, and oftentimes salacious exchanges.

2. Dr. MacFadden was among the original 80 AstraZeneca custodians identified by AstraZeneca in this litigation. Redacted versions of the MacFadden Documents were produced by AstraZeneca.[1] Counsel for the MDL Plaintiffs was allowed to review the un-redacted MacFadden Documents at the offices of defense counsel,; however, AstraZeneca has declined the MDL Plaintiffs' requests for un-redacted copies. AstraZeneca has provided a copy of the un-redacted MacFadden Documents to the Court for an *in camera* review.[2]

## BACKGROUND

3. As his titles suggest, Dr. MacFadden played a pivotal role in the development of Seroquel for use in the treatment of various mental disorders. Dr. MacFadden was also involved in communicating information about Seroquel from AstraZeneca to the medical community.[3] In his capacity as the Director of Clinical Research in the CNS Therapeutic Area, Dr. MacFadden engaged third parties in the United States and abroad to conduct clinical research involving Seroquel and its competitors. One of these third parties was the Institute of Psychiatry (IOP) in

---

[1] See Exhibit A, Bates Ranges of MacFadden Documents. These bates ranges were provided in Exhibit 1 to AstraZeneca's Unopposed Motion to Seal Documents and Future Filings Related to Dr. Wayne MacFadden (Document 351). The MDL Plaintiffs do not know if this is an exhaustive list of the MacFadden Documents. To the extent there are any MacFadden Documents not included on this list, the MDL Plaintiffs seek those documents as well. AstraZeneca recently informed Plaintiffs' counsel that an email to Dr. MacFadden containing confidential and private information subject to privacy redactions (AZSER10588022-AZSER10588023) was inadvertently produced. See Exhibit B, August 30, 2006 Letter from McCarter English to Plaintiffs' counsel. Plaintiffs seek this document as well.

[2] On August 3, 2007, AstraZeneca filed its Unopposed Motion to Seal Documents and Future Filings Related to Dr. Wayne MacFadden (Document 351) requesting the Court require the MDL Plaintiffs to file their forthcoming motion to compel the subject documents under seal. This motion was addressed during the August 22, 2007 status conference at which time the Court informed the parties that MacFadden related motions did not have to be filed under seal and need not contain detailed descriptions of the MacFadden Documents' salacious content. See August 22, 2007 Pretrial Conference Transcript, 49:6-18; 52:25-54:11.

[3] It is Dr. MacFadden's signature on the January 30, 2004 and April 22, 2004 "Dear Doctor" letters informing healthcare providers of the added warning statement describing the increased risk of hyperglycemia and diabetes in patients taking antipsychotic medications, including Seroquel, to the Seroquel label.

London, a postgraduate institute of the University of London and a school of King's College London.  While collaborating with IOP, Dr. MacFadden became intimately involved with an IOP researcher who, as well as being involved in other Seroquel-related projects, participated in the clinical research and abstract preparation relating to the effectiveness of Seroquel for use in the treatment of schizophrenia.  The dates of their communications suggest Dr. MacFadden and the IOP researcher were intimately involved from 2002 to 2005.

4.      Dr. MacFadden also engaged third parties specializing in medical publishing to prepare and edit manuscripts reporting the results of the clinical studies and which were ultimately published in various medical journals.  One of these "ghost writers" was PAREXEL MMS.   In 2005, while collaborating with PAREXEL, Dr. MacFadden became intimately involved with a PAREXEL Program Manager who had a number of Seroquel-related responsibilities, including preparing and editing of clinical trial manuscripts, communicating with physicians and scientists asked by AstraZeneca or PAREXEL to co-author manuscripts, and preparing and editing of materials utilized by speakers and Key Opinion Leaders hired by AstraZeneca to present the results of Seroquel studies to the medical community. The PAREXEL Program Manager was also involved in the preparation and editing of the BOLDER (BipOLar DEpRession) study, a large-scale study that examined Seroquel as a treatment for depressive episodes in patients with bipolar I and II disorders. *See* Joseph R. Calabrese, et al., *A Randomized, Double-Blind, Placebo-Controlled Trial of Quetiapine in the Treatment of Bipolar I and II Depression*, AM J PSYCHIATRY 2005; 162:1351-1360.   Dr. MacFadden was the project physician and one of the authors of the study which concluded that Seroquel was found to be efficacious and well tolerated for the treatment of bipolar depression.   The following year,

Seroquel was approval by the FDA for use in the treatment of major depressive episodes associated with bipolar disorder.

## **ARGUMENT**

5.      Rule 26 of the Federal Rules of Civil Procedure defines the scope of discovery as including "any matter, not privileged, that is relevant to the claim or defense of any party" or, upon a showing of good cause, "any matter relevant to the subject matter involved. . . ." FED.R.CIV.P. 26(b)(1). AstraZeneca does not assert that the redacted material in the MacFadden Documents is protected by any recognized privilege. (August 22, 2007 Pretrial Conference Transcript, 47:20-48:4; AstraZeneca's Unopposed Motion to Seal Documents and Future Filings Related to Dr. Wayne MacFadden (Document 351)). Rather, AstraZeneca challenges the relevancy of the *details* of the relationships contained in the redacted material. (August 22, 2007 Pretrial Conference Transcript, 50:5-51:14).

6.      It is well established that courts must employ a liberal discovery standard in keeping with the spirit and purpose of the discovery rules. *Tate v. United States Postal Serv*., 2007 U.S. Dist. LEXIS 10086 *3 (S.D. Fla. 2007); *American Sec. Educators, Inc. v. Miami-Dade County*, 2006 U.S. Dist. LEXIS 81994 *2-3 (S.D. Fla. 2006); *Graham v. Casey's Gen. Stores*, 206 F.R.D. 251, 253 (S.D. Ind. 2002); *In re Theragenics Corp. Secs. Litigation*, 205 F.R.D. 631, 636-37 (N.D. Ga. 2002); *White v. Kenneth Warren & Son, Ltd*., 203 F.R.D. 364, 366 (N.D. Ill. 2001). "Relevant information need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence." FED.R.CIV.P. 26(b)(1)

7.      To sustain its objections in response to this motion to compel, AstraZeneca must show that the requested discovery at issue has no possible bearing on the claims and defenses of the parties or otherwise on the subject matter of the action. *Tate*, 2007 U.S. Dist. LEXIS 10086

*4; *American Sec. Educators*, 2006 U.S. Dist. LEXIS 81994 *3; *Dunkin' Donuts Inc.*, 2001 WL

34079319 *2; *Flora v. Hamilton,* 81 F.R.D. 576, 578 (M.D.N.C. 1978); *Graham,* 206 F.R.D. at

254 ("The party opposing discovery has the burden of showing the discovery is overly broad,

unduly burdensome, or not relevant**."**).   This means that AstraZeneca must show either that the

requested discovery (1) does not come within the broad scope of relevance as defined under Rule

26 or (2) is of such marginal relevance that the potential harm occasioned by discovery would far

outweigh the ordinary presumption in favor of broad disclosure.  *Giardina v. Lockheed Martin*

*Corp.,* 2003 U.S. Dist. LEXIS 9386, 2003 WL 21276348 (E.D. La. May 30, 2003); *Gober v. City*

*of Leesburg,* 197 F.R.D. 519, 521 (M.D. Fla. 2000)).

　　　　8.　　　　Dr. MacFadden's personal relationships with these women (which were never

disclosed to the FDA, the publishers of the medical journals, or the medical community) call into

question the integrity of the clinical research and the information disseminated throughout the

medical community relating to Seroquel.   Even AstraZeneca acknowledges the relevancy of

these relationships.  (See August 22, 2007 Pretrial Conference Transcript, 50:5-51:14).

　　　　9.　　　　Rule 26 does not limit discovery to the *existence* of these relationships.   The

*details* of the relationships are also relevant to the MDL Plaintiffs' claims in this litigation.   The

Seroquel-related communications between Dr. MacFadden and these women often began and/or

ended with personal and often salacious exchanges, suggesting a blending of their professional

and personal relationships. Without detailing the redacted material as instructed by the Court, the

communications suggest some level of control or dependence between the persons involved.   It

is significant that IOP researcher and PAREXEL Program Manager were actively involved either

in Seroquel-related clinical research or the publishing of clinical trial results that were ultimately

disseminated to the medical community during a time period when the link between anti-

psychotics and diabetes was becoming ever more established.  During this same time period, AstraZeneca was going to great lengths to downplay the risks of diabetes and hyperglycemia associated with its blockbuster product and aggressively marketing Seroquel for its FDA-approved indications as well as "off-label" uses. The MDL Plaintiffs are entitled to the redacted material in order to discover whether the nature of their personal relationships effected these persons' professional judgment, decision-making and work product relating to Seroquel.  Clearly the work product contributed to the medical community's perception of the effectiveness and safety of Seroquel and may have impacted the habits of the physicians who prescribed Seroquel to the MDL Plaintiffs.   As such, the redacted material falls within the broad scope of relevance as defined under Rule 26.  At a minimum, the redacted material may lead to the discovery of admissible evidence.

10.     AstraZeneca has suggested that the redacted material will expose the company and the persons involved to embarrassment and violate their privacy. Any potential embarrassment suffered by AstraZeneca, Dr. MacFadden or the women involved, does not outweigh the presumption in favor of broad disclosure in this litigation which involves thousands of people who contracted diabetes or other related serious medical disorders while taking Seroquel.  Furthermore, Dr. MacFadden and these women carelessly communicated *via company email*, often mixing professional exchanges *relating to Seroquel* with personal or salacious exchanges.  Any argument that production of these materials will violate their privacy rights is disingenuous.

## CONCLUSION

Whether the Court later decides the redacted material is not relevant or admissible for purposes of trial, the broad discovery net cast by the Federal Rules of Civil Procedure

necessitates the production of this material for the reasons set forth above.  Therefore, the MDL

Plaintiffs respectfully request this Court enter an order compelling AstraZeneca to produce the

MacFadden Documents in an un-redacted form.

**BAILEY PERRIN BAILEY LLP**

By: /s/ K. Camp Bailey
      F. Kenneth Bailey Jr.
      K. Camp Bailey
      Fletcher V. Trammell
      Bailey Perrin Bailey LLP
      440 Louisiana St., Suite 2100
      Houston, Texas 77002
      (713) 425-7100 Telephone
      (713) 425-7101 Facsimile
      kbailey@bpblaw.com
      cbailey@bpblaw.com
      ftrammell@bpblaw.com

      Co-Lead Attorneys for Plaintiffs

## **CERTIFICATE OF CONFERENCE**

Pursuant to M.D.L.R. 3.01(g), counsel for the MDL Plaintiffs discussed the issues contained herein with defense counsel.  The parties were unable to resolve the issues. Furthermore, conferring pursuant to 3.01g is not necessary for this motion.

/s/ K. Camp Bailey_____
K. Camp Bailey

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 6th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants listed on the attached Service List.

/s/ K. Camp Bailey_____
K. Camp Bailey

# EXHIBIT A

## BATES RANGES OF MCFADDEN DOCUMENTS

AZSER-10375464-10375493
AZSER-10375499-10375508
AZSER-10375513-10375538
AZSER-10375545-10375612
AZSER-10375618-10375627
AZSER-10375629-10375640
AZSER-10375644-10375662
AZSER-10375671-10375676
AZSER-10375677-10375679
AZSER-10375683-10375698
AZSER-10375703-10375715
AZSER-10375719-10375721
AZSER-10375728-10375745
AZSER-10375749-10375761
AZSER-10375763-10375778
AZSER-10375781-10375825
AZSER-10375828-10375883
AZSER-10375884-10375952
AZSER-10375956-10375965
AZSER-10375973-10376002
AZSER-10376005-10376007
AZSER-10376010-10376015
AZSER-10376019-10376034
AZSER-10376036-10376056
AZSER-10376058-10376061
AZSER-10376062-10376069
AZSER-10376071-10376077
AZSER-10376081-10376090
AZSER-10376101-10376106
AZSER-10376110-10376128
AZSER-10376131-10376137
AZSER-10376142-10376149
AZSER-10376151-10376172
AZSER-10376174-10376218
AZSER-10376228-10376230
AZSER-10376234-10376238
AZSER-10376242-10376248
AZSER-10376250-10376252
AZSER-10376254-10376255


PLAINTIFF'S
EXHIBIT
A



# M℃CARTER
# ENGLISH
ATTORNEYS AT LAW

August 30, 2007

VIA E-MAIL AND FIRST CLASS MAIL

To:   Paul J. Pennock, Esq.
      K. Camp Bailey, Esq.
      Larry Roth, Esq.

A. Richard Winchester
Partner

twinchester@mccarter.com

**Re: In Re Seroquel Products Liability Litigation; Document AZSER 10588022-10588023**

Dear Counsel:

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8ᵗʰ Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

Please be advised that it has come to our attention that a confidential document was inadvertently produced in the production delivered to you on August 22, 2007 in the above referenced matter.  Specifically, this document is an email to Custodian Wayne MacFadden containing confidential and private information, including material subject to privacy redactions.  We request you return and destroy all copies of AZSER10588022-AZSER10588023 in your possession, including any copies on your electronic systems.  A redacted version of the document will be produced to you on or by September 14, 2007, along with a new copy of the August 22, 2007 production disks containing a redacted version of the document.

AZSER10588022-AZSER10588023 will be subject to the Court's ruling on AstraZeneca's privacy redactions.  If the Court orders production of unredacted versions of this document, we will produce it as directed by the Court.

Thank you for your cooperation in this matter.

BALTIMORE

BOSTON

Very truly yours,

HARTFORD

A. Richard Winchester

NEW YORK

JY:jr

NEWARK

cc:   VIA E-MAIL
      Fred T. Magaziner, Esq.
      Thomas Munno, Esq.
      Marc E. Raven, Esq.
      Stephen J. McConnell, Esq.
      Shane T. Prince, Esq.
      A. Elizabeth Balakhani, Esq.

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 6684832v.1



PLAINTIFF'S
EXHIBIT

## SERVICE LIST
(As of September 5, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone:  (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX  77002<br>Telephone:  (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone:  (407) 872-2239<br>lroth@roth-law.com | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX  77010<br>Telephone:  (713) 751-0025<br><br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F.Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone:  (617) 641-9550<br>Mp@pawalaw.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO  63101<br>Telephone:  (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone:  (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |

## SERVICE LIST
(As of September 5, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX  77060<br>Telephone:  (281) 272-0797      .<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br><br>E. Ashley Cranford, Esq.<br>Whatley Drake & Kallas, LLC<br>2323 2nd Avenue North<br>Birmingham, AL  35203<br>Telephone:  (205) 328-9576<br>THARVEY@whatleydrake.com<br>ecf@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street<br>36th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>**llsimes@levins-law.com**<br>**jkaiser@lskg-law.com**<br>**echarley@lskg-law.com**<br>**ddecarli@lskg-law.com**<br>**bsund@lskg-law.com**<br>**astavrakaras@lskg-law.com** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone:  (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone:  (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |

## SERVICE LIST
(As of September 5, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL  32503<br>Telephone:  (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>mailto:jsale@aws-law.comksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone:  (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>(current address unknown)<br>*Pro Se* |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone:  (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* |

## SERVICE LIST
(As of September 5, 2007)

### In Re: Seroquel Products Liability Litigation
### MDL Docket No.  1769 - Orl - 22DAB

| | |
|---|---|
| Thomas Campion, Esq.<br>Steven M. Selna<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone:  (973) 360-1100<br>tcampion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br><br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>Post Office Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone:  (816) 471-2121<br>raines@bscr-law.com<br>***Attorney for Defendant AstraZenca, PLC*** | Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** |

## SERVICE LIST
(As of September 5, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants, Astrazeneca***<br>***Pharmaceuticals, LP and Astrazeneca LP*** | Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| David P. Matthews, Esq.<br>Matthews & Associates<br>2905 Sackett<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Howard Nations<br>Lori A. Siler<br>4515 Yoakum Boulevard<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com |

## SERVICE LIST
(As of September 5, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058 | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |
| Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, Texas 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com | Lizy Santiago, Esq.<br>Abraham, Watkins, Nichols,<br>Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>(713) 222-7211<br>lsantiago@abrahamwatkins.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net | Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com |

## <u>SERVICE LIST</u>
(As of September 5, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| James J. Freebery<br><br>McCarter & English, LLP<br><br>919 N. Market Street, 18th Floor<br><br>Wilmington, DE 19801<br><br>(973) 622-4444<br><br>jfreebery@mccarter.com<br><br>tpearson@mccarter.com | Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com |
| Gale D. Pearson<br><br>Stephen J. Randall<br><br>Pearson, Randall & Schumacher, P.A.<br><br>Fifth Street Towers, Suite 1025<br><br>100 South 5th Street<br><br>Minneapolis, MN 55402<br><br>(612) 767-7500<br><br>attorneys@outtech.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |
| Ellen R. Serbin<br><br>Perona, Langer, Beck, Lalande & Serbin<br><br>300 San Antonio Drive<br><br>Long Beach, CA 90807-0948<br><br>(562) 426-6155<br><br>davidhwang@plblaw.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |
| William N. Riley<br>Jamie R. Kendall<br>Price, Waterhouse & Riley, LLC<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204<br>(317)633-8787<br>eamos@price-law.com | Earl Francis Carriveau<br>1012 6th Avenue<br>Lake Charles, LA 70601-4706 |

## SERVICE LIST
(As of September 5, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Michael T. Gallagher<br>The Gallagher Law Firm<br>2905 Sackett Street<br>Houston, TX 77098<br>(713) 222-8080<br>shawnaf@gld-law.com | Stacy K. Hauer<br>Charles S. Zimmerman<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>(612) 341-0400<br>(800) 755-0098<br>csz@zimmreed.com |
| Buffy Martines<br>Laminack, Pirtle & Martines<br>440 Louisiana, Suite 1250<br>Houston, TX 77002<br>(713) 292-2750<br>buffm@lpm-triallaw.com | |