**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation.**

Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment into the George C. Young United States Courthouse for use in connection with a hearing in this case, it is **ORDERED** as follows:

1. Robert L. Ciotti, A. Elizabeth Balakhani, Kathryn L. Connelly, Fred T. Magaziner, Stephen J. McConnell, Luke Mette, Eric Santoro, Shane Prince, and James J. Freebery are each allowed to bring one "Blackberry" email device and/or cell phone; and Robert L. Ciotti, A. Elizabeth Balakhani, and Shane Prince each one laptop computer into the George C. Young United States Courthouse on **TUESDAY, SEPTEMBER 11, 2007**, for use in the status conference before the undersigned judicial officer scheduled to begin at **9:30 A.M.**

2. Larry Roth, David Meltzer, Paul Pennock, Michael Pederson, Jonathan Sedgh, Ken Bailey, Camp Bailey, Scott Allen, Holly Wheeler, Rick Laminack, Buffy Martines, Larry Gornick, Ken Smith and Dennis Canty are hereby each granted permission to bring a BlackBerry email device and/or cell phone; Paul Pennock, Mike Pederson, Larry Gornick and Dennis Canty each one laptop computer; and David Meltzer projector and extension cables into the George C. Young United States Courthouse on **TUESDAY, SEPTEMBER 11, 2007**, for use in the status conference before the undersigned judicial officer scheduled to begin at **9:30 A.M.**

      3.      Prior to the September 11, 2007 hearing, counsel or support staff from counsels' office listed above may bring in a laptop computer to test the evidence display equipment.

      4.      The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require to present picture identification at the time of entry.

      5.      The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

      **DONE** and **ORDERED** in Orlando, Florida on September 7, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers