UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br>MDL Docket No. 1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**DECLARATION OF DENNIS J. CANTY IN OPPOSITION TO ASTRAZENECA'S MOTION REGARDING APPOINTMENT OF A NEUTRAL, INDEPENDENT TECHNICAL EXPERT** |

I, Dennis J. Canty, declare as follows:

3. I am an attorney associated with the law firm of Levin Simes Kaiser & Gornick LLP, counsel for plaintiffs in the captioned matter. I make this declaration in opposition to AstraZeneca's Motion Regarding Appointment of a Neutral, Independent Technical Expert. For convenience, numbering of paragraphs and exhibits will following those of my declaration support of plaintiffs' concurrent Motion for Order Appointing Hitachi Consulting as Information Technology Advisor to this Court. I have personal knowledge of the facts set forth herein, and would competently testify to the same if called upon to do so.

4. Exhibits 8 through 11 are true and correct copies of email correspondence by and between counsel in the captioned action on the subject of the technical issues surrounding AstraZeneca's preservation, collection and production of ESI. They are highlighted for emphasis.

//

//

//

//

5.  Exhibits 12 and 13 are true and correct copies of website excerpts relating to John Jessen and EED, Inc.

I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct.

Date:  September 9, 2007

_____
Dennis J. Canty