## Dennis Canty

| | |
|---|---|
| **From:** | Dupre, Andrew [ADupre@McCarter.com] |
| **Sent:** | Friday, September 07, 2007 6:34 PM |
| **To:** | Dennis Canty; Jaffe, Jonathan |
| **Cc:** | stephen.mcconnell@dechert.com; Freebery, James J.; Winchester, Tony; Yeager, Joe; Pederson, Mike; Sedgh, Jonathan; Larry J. Gornick; Pederson, Mike; Camp Bailey; Ken Bailey; Pennock, Paul |
| **Subject:** | RE: Search Terms |

Dennis:

1. Agreed - you have specified the errors accurately.
2. Agreed - she said that.  Of course, she was on the phone when we agreed to the format, but (as I told Judge Baker) I acknowledge that we are responsible for our vendors even when they let us down.
3. Agreed.
4. (a) I think you are incorrect about the new hits being passed onto Zantaz.  The whole problem was that they did not pass them on; that is why this is coming up now.
   (b) The error was that the batch of 10,200 documents was flagged as "culled" when it should have been tagged as "inactive".  Someone appears to have used a non-standard nomenclature for that batch.
   (c) Correct that we don't know why those documents are there, although the error path discussed here is probably the reason in some way.

5. Agreed.  I can't give that answer because I don't know - it is a substantive rather than a production question for which I need input from others.
6. I cannot give an expert opinion on the scope of EU privacy law, but my general understanding is that a search for a person's documents must be tailored to avoid getting purely personal documents. Some of the Plaintiffs' terms, such as best (which will pick up emails ending in "best wishes" for example) seem to facially violate this tenet.
7. I understand this to mean that the documents for the 10 new custodians will be subject to the same error in the quetiapine and dm searches as were the first 80 custodians.  That is correct because the error was only recently discovered.  However, in general the search worked; it failed to fire only on 10,200 of approximately 18 million documents that Planet Data possesses.  Thus, the success rate would be 99.994%


Andrew S. Dupre, Esq.
McCarter & English, LLP
405 North King Street 8th Floor
Wilmington, Delaware 19801
Phone: 302-984-6328
Fax: 302-984-0311

>
> -----Original Message-----
> **From:** Dennis Canty [mailto:dcanty@lskg-law.com]
> **Sent:** Friday, September 07, 2007 9:09 PM
> **To:** Dupre, Andrew; Jaffe, Jonathan
> **Cc:** stephen.mcconnell@dechert.com; Freebery, James J.; Winchester, Tony; Yeager, Joe; Pederson, Mike; Sedgh, Jonathan; Larry J. Gornick; Pederson, Mike; Camp Bailey; Ken Bailey; Pennock, Paul
> **Subject:** RE: Search Terms
>
> To summarize our call today, in keeping with the points outlined in our previous emails:
>
>> 1. Mr. Jaffe is correct concerning the absence of search terms from the reports produced by AZ.  This fact has led to investigation and the conclusion that the search of Planet Data's files was invalid, due to features such as "capitalization" turned "on" and "punctuation" turned "off," or some combination thereof.  The reports produced by AZ

are therefore inaccurate, and must be re-run.  Planet Data will re-run the search with the proper settings, and produce new results on Monday.  We will have another call on Monday to discuss.

2. Lori from Planet Data explained that the format specified "had never been shared" with Planet Data.  I trust that they are clear on that point now.

3. Same as above.

4. Brian McMahon informed us that:
   (a) Several months ago, a systemic error in the process was discovered.  A majority of all batches processed by Planet Data had some problem in which the extracted text was "invalid."  Plane Data then conducted a complete sweep and re-processing of all documents.  Following this sweep, AZ's original search term list was re-applied.  This captured a significant number of additional documents.  At this time, Planet Data believed it had captured and processed all documents containing the original search terms.  There is internal documentation of the remedial steps.  There is also a list of the resulting new documents which were ultimately passed on to Zantaz.
   (b) Sometime prior to Planet Data's search of documents for "DM" and "quetiapine," another type of error had occurred.  Some batches of files had inadvertently been flagged "inactive," and so were not searched for these terms.  This is the explanation for why these terms appear in the latest report on documents in the discard pile.  These documents are being reprocessed.
   (c) At this time, it is unknown why terms containing the word "Seroquel" results in hits in the discard pile.  This is yet "to be discussed" internally.  You termed this an "audit issue."

5. Because the reports produced to date were wholly unreliable, AZ was not prepared to further discuss a final search term list.  AZ suggested we do that on Monday, once the new report is available.  AZ has not yet provided the requested information regarding custodians who may not have devoted the greater majority of their time to Seroquel.

6. (new point)  AZ raised an issue regarding the search and production of documents coming from EU custodians, and maintains that searches for terms such as "BEST" will not be sufficiently tailored to meet EU standards for privacy.  AZ agreed to provide a list of terms it believes problematic, and a list identifying potentially affected EU custodians.

7. (new point) Documents from the first 10 custodians identified by plaintiffs were to be produced today or tomorrow.  You indicated that these productions will include only those documents captured by AZ's original search term list, with the addition of "DM" and "quetiapine."  Logically, it is impossible that this production would include documents reprocessed in accordance with 4(b) above.

We look forward to speaking with you all again on Monday.  Please provide a time and call-in number as soon as you are able.  Thanks.

Dennis J. Canty
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, 36th Floor
San Francisco, CA  94104
Tel: 415/273-8138

---

**From:** Dennis Canty
**Sent:** Friday, September 07, 2007 10:16 AM
**To:** 'Dupre, Andrew'; Jaffe, Jonathan
**Cc:** stephen.mcconnell@dechert.com; Freebery, James J.; Winchester, Tony; Yeager, Joe; Pederson, Mike; Sedgh, Jonathan; Larry J. Gornick; Pederson, Mike
**Subject:** RE: Search Terms

Plaintiffs expect to discuss, *inter alia*, the following responses to your points:

1. The impossibility of this point, as indicated by Mr. Jaffe's email to you this morning.
2. The format of the report was detailed by Mr. Jaffe on August 9 (attached).
3. Thank you. See number 2. Instead of one report, or even two, AZ has made the analysis more difficult by spreading it across four.
4. Whether or not the documents are now in production, we will need a thorough explanation as to how this occurred, and a disclosure of the total number of such documents that are "currently making their way through the production process."
5. We may not be far apart. However, please see points 2 and 3 of my August 7 email (attached). We again ask that AZ identify which custodians have devoted less than 75% of their time to Seroquel. We ask that, for those custodians, AZ let us know what they were doing with the remaining 26% or more of their time. I envision that this will bridge significantly the gap between our respective positions.

Thank you.


**From:** Dupre, Andrew [mailto:ADupre@McCarter.com]
**Sent:** Wednesday, September 05, 2007 6:20 PM
**To:** Dennis Canty; Jaffe, Jonathan
**Cc:** stephen.mcconnell@dechert.com; Freebery, James J.; Winchester, Tony; Yeager, Joe
**Subject:** Search Terms


Hello Dennis and Jonathan:

1. ==I now can verify that the following agreed search terms do not appear on the report because they have zero hits for all custodians:==

Elevat* .NEAR5. Cholest* .NEAR5. Level
Elevat* .NEAR5. Cholest* .NEAR5. Lvl
Elevat* .NEAR5. Trigl* .NEAR5. Level
Elevat* .NEAR5. Trigl* .NEAR5. Lvl
safety .NEAR5. eval* .NEAR5. review .NEAR5. mtg*
Seroquel Publications Information News
Seroquel Takes Olanzapine Risperdal Market Share
Snorequel
St .NEAR5. Gvt .NEAR5. Affair*
TX .NEAR5. Impl* .NEAR5. Med*

2. We are still waiting to here what Plaintiffs mean regarding the reporting format.
3. Per your request, attached please find two reports that break out document size by term and by custodian (i.e. by individual cell on the old report, rather than row or column).

4. ==I now can confirm that we have plumed the depths on the two error streams I previously identified.== Those documents are making their way through the production process now.

5. I would like to work collaboratively to decide which terms are overbroad. My initial feeling is that at least "best" and "s" are out. It does not really benefit either side to have to review thousands of documents very likely to be irrelevant or needlessly cumulative (we have to review them to), so I believe there may be room for agreement.

Hope you are well-

<<Size_Results_From_DeliveredDocs_ByCustTerm.xls>>
<<Size_Results_From_NotDeliveredDocs_ByCustTerm.xls>>

Andrew S. Dupre, Esq.
McCarter & English, LLP
405 North King Street 8th Floor
Wilmington, Delaware 19801
Phone: 302-984-6328
Fax: 302-984-0311

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.