**/o=levin/ou=First Administrative Group/cn=Recipients/cn=dcanty**

| | |
|---|---|
| **From:** | Jaffe, Jonathan [jjaffe@weitzlux.com] |
| **Sent:** | Friday, September 07, 2007 6:08 AM |
| **To:** | Dupre, Andrew; Dennis Canty |
| **Cc:** | stephen.mcconnell@dechert.com; Freebery, James J.; Winchester, Tony; Yeager, Joe; Pederson, Mike; Sedgh, Jonathan; Larry J. Gornick |
| **Subject:** | RE: Search Terms |

Andrew, what you say regarding #1 clearly is impossible. Take a look at AZ/SER2115000. This is a redacted Word Document that was produced. 2nd to last sentence has 'elevated cholesterol level' as a phrase, clearly falling under the first query below. This calls into question the validity of the search. Please be prepared to address on our call. Thanks.

---

**From:** Dupre, Andrew [mailto:ADupre@McCarter.com]
**Sent:** Wednesday, September 05, 2007 6:20 PM
**To:** Dennis Canty; Jaffe, Jonathan
**Cc:** stephen.mcconnell@dechert.com; Freebery, James J.; Winchester, Tony; Yeager, Joe
**Subject:** Search Terms


Hello Dennis and Jonathan:

1. I now can verify that the following agreed search terms do not appear on the report because they have zero hits for all custodians:

Elevat* .NEAR5. Cholest* .NEAR5. Level
Elevat* .NEAR5. Cholest* .NEAR5. Lvl
Elevat* .NEAR5. Trigl* .NEAR5. Level
Elevat* .NEAR5. Trigl* .NEAR5. Lvl
safety .NEAR5. eval* .NEAR5. review .NEAR5. mtg*
Seroquel Publications Information News
Seroquel Takes Olanzapine Risperdal Market Share
Snorequel
St .NEAR5. Gvt .NEAR5. Affair*
TX .NEAR5. Impl* .NEAR5. Med*
2. We are still waiting to here what Plaintiffs mean regarding the reporting format.
3. Per your request, attached please find two reports that break out document size by term and by custodian (i.e. by individual cell on the old report, rather than row or column).

4. I now can confirm that we have plumed the depths on the two error streams I previously identified. Those documents are making their way through the production process now.

5. I would like to work collaboratively to decide which terms are overbroad. My initial feeling is that at least "best" and "s" are out. It does not really benefit either side to have to review thousands of documents very likely to be irrelevant or needlessly cumulative (we have to review them to), so I believe there may be room for agreement.

Hope you are well-

<<Size_Results_From_DeliveredDocs_ByCustTerm.xls>> <<Size_Results_From_NotDeliveredDocs_ByCustTerm.xls>>


Andrew S. Dupre, Esq.
McCarter & English, LLP
405 North King Street 8th Floor

Wilmington, Delaware 19801
Phone: 302-984-6328
Fax: 302-984-0311


This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or [helpdesk@mccarter.com](helpdesk@mccarter.com)) and destroy all copies of the original message.