# Dennis Canty

| | |
|---|---|
| **From:** | Dupre, Andrew [ADupre@McCarter.com] |
| **Sent:** | Friday, September 07, 2007 6:16 PM |
| **To:** | Dennis Canty; Jaffe, Jonathan |
| **Cc:** | stephen.mcconnell@dechert.com; Freebery, James J.; Pederson, Mike; Sedgh, Jonathan; Larry J. Gornick; Camp Bailey; Ken Bailey; Pennock, Paul |
| **Subject:** | RE: Voicemails |

Dennis:

I am happy to give you a limited answer but we should probably do a meet/confer to dive deeper.  Can do next week at your convenience:

1.  As I testified, the company ran an AUDIX voicemail system during the relevant time period, not a Unified system as Plaintiffs seem to believe.  Generally, AUDIX voicemails were not saved to someone's computer; they were never on there at all but rather were on the phone system.  However, there appears to have been a program called Message Manager which the custodians could have requested if they had a desire to save voicemails.  It was an affirmative act and very few people did so (as you know, this issue is addressed in the recent change to the federal rules).  Hence the small number.  We don't yet know which of the audio files we will get will be voicemails and which will be songs (for example) that someone downloaded for personal use.

2.  All files that Planet Data possesses.

3.  Found out the information that I state in #1, and how voicemails would be saved in Message Manager (file format), and who of the 80 custodians had the program.  Voicemails would have been saved to the custodian's hard drive.  Thus, it is more important to figure out what the vendor did with any voicemails that it encountered, because the collection got everything on the hard drive by using ENCASE (i.e. everything that exists for these custodians is at the vendor already).

4.  We think it is the .wav files.  We have to check to see.  It is possible that there are some .lvp files that we couldn't find on the initial search, but I do not yet know.


Andrew S. Dupre, Esq.
McCarter & English, LLP
405 North King Street 8th Floor
Wilmington, Delaware 19801
Phone: 302-984-6328
Fax: 302-984-0311

>	-----Original Message-----
>	**From:** Dennis Canty [mailto:dcanty@lskg-law.com]
>	**Sent:** Friday, September 07, 2007 8:25 PM
>	**To:** Dupre, Andrew; Jaffe, Jonathan
>	**Cc:** stephen.mcconnell@dechert.com; Freebery, James J.; Pederson, Mike; Sedgh, Jonathan; Larry J. Gornick; Camp Bailey; Ken Bailey; Pennock, Paul
>	**Subject:** RE: Voicemails
>
>	Andrew, a few questions:
>
>	1.  Which are the audio files that represent voicemails?  It doesn't seem like there are many.  How do we resolve the limited number of voicemail files with the fact that there are 80+ custodians?
>	2.  Which files of Planet Data are reflected in the report?  Those produced?  Those in the discard pile?
>	3.  Other than searching Planet Data files for multimedia file types, what has been done to determine how AZ maintains voicemail, and to investigate the preservation, collection and production of discoverable voicemail?

1

4. How is voicemail from the Audix system represented on the report? How are those files maintained, preserved and collected by AZ?

**From:** Dupre, Andrew [mailto:ADupre@McCarter.com]
**Sent:** Friday, September 07, 2007 1:20 PM
**To:** Jaffe, Jonathan; Dennis Canty
**Cc:** stephen.mcconnell@dechert.com; Freebery, James J.; Pederson, Mike; Sedgh, Jonathan; Larry J. Gornick
**Subject:** RE: Voicemails

Planet Data, search for file extension type.


Andrew S. Dupre, Esq.
McCarter & English, LLP
405 North King Street 8th Floor
Wilmington, Delaware 19801
Phone: 302-984-6328
Fax: 302-984-0311

>-----Original Message-----
>**From:** Jaffe, Jonathan [mailto:jjaffe@weitzlux.com]
>**Sent:** Friday, September 07, 2007 4:18 PM
>**To:** Dupre, Andrew; Dennis Canty
>**Cc:** stephen.mcconnell@dechert.com; Freebery, James J.; Pederson, Mike; Sedgh, Jonathan; Larry J. Gornick
>**Subject:** RE: Voicemails
>
>Which vendor? How did they locate them?
>
>**From:** Dupre, Andrew [mailto:ADupre@McCarter.com]
>**Sent:** Friday, September 07, 2007 4:05 PM
>**To:** Jaffe, Jonathan; Dennis Canty
>**Cc:** stephen.mcconnell@dechert.com; Freebery, James J.
>**Subject:** Voicemails
>
>
>Hell Jonathan and Dennis:
>
>I have been asked to provide an update of our investigation into the production of voicemails. The short answer is that the vendor possesses the AV files in the numbers included on the attached spreadsheet. Those have been burned to a harddrive and are to be delivered to McCarter and English for attorney review on Monday. They were not previously flagged for production because these documents are not text documents (they are various forms of multimedia files). Many of these documents therefore did not trigger a hit from the key word search. Those that did could not be converted to TIFF as required by CMO2, and were therefore produced as slipsheets. Also as I am sure you know, some percentage of these documents is likely to be personal use files such as songs or funny video clips.
>
>Hope you are well-
>
><<Seroquel Media File Extensions Report 08-21-2007.xls>>
>
>Andrew S. Dupre, Esq.
>McCarter & English, LLP

2

405 North King Street 8th Floor
Wilmington, Delaware 19801
Phone: 302-984-6328
Fax: 302-984-0311

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

| Extension | Count |
| --- | --- |
| jpg | 67383 |
| png | 3716 |
| bmp | 2724 |
| wmz | 2086 |
| tif | 1802 |
| pcx | 1354 |
| cgm | 615 |
| wmv | 391 |
| jpeg | 294 |
| mpg | 275 |
| wav | 268 |
| swf | 164 |
| avi | 92 |
| mp3 | 82 |
| mov | 77 |
| art | 64 |
| mpeg | 54 |
| wma | 28 |
| tiff | 24 |
| scm | 18 |
| wmf | 16 |
| mpe | 15 |
| jpg_ | 15 |
| jpg 1 | 12 |
| asx | 10 |
| jpe | 10 |
| ico | 9 |
| rm | 6 |
| wrf | 6 |
| pict | 4 |
| dwg | 4 |
| gif&p | 4 |
| gif_s | 4 |
| jpg_a | 4 |
| gif_ | 4 |
| jfif | 3 |
| au | 3 |
| wm | 3 |
| pct | 3 |
| wax | 2 |
| jpg_x | 1 |
| pjpeg | 1 |
| jpg&s | 1 |
| ram | 1 |