# Dennis Canty

| | |
|---|---|
| **From:** | Dupre, Andrew [ADupre@McCarter.com] |
| **Sent:** | Friday, September 07, 2007 1:18 PM |
| **To:** | Jaffe, Jonathan; Dennis Canty |
| **Cc:** | Freebery, James J.; stephen.mcconnell@dechert.com |
| **Subject:** | Track Changes Documents |

Jonathan and Dennis:

I have been asked to provide an update regarding the status of the investigation of track changes documents.  Generally, we believe Plaintiffs are correct that few or no electronic track changes documents were produced.  This is because the vendor's TIFF module is set to Display Final View.

We have established a way to identify all documents that have track changes in native form by looking at the original metadata of the native file.  We have written a script that will open all the documents, look for Track Changes Yes, and isolate that data set.  They can then be reviewed by attorneys.  As I am sure you know, track changes drafts create special questions of privilege that will need to be dealt with.

Isolating the track changes data set is estimated to take approximately one week.  Best-

Andrew S. Dupre, Esq.
McCarter & English, LLP
405 North King Street 8th Floor
Wilmington, Delaware 19801
Phone: 302-984-6328
Fax: 302-984-0311


This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.