Case 6:06-md-01769-ACC-DAB   Document 447-7   Filed 09/10/07   Page 1 of 4 PageID 8710

Global Homepage | North American Homepage | Site Map | Help!



**Find Events by Keyword**



**Legal IQ**
- Legal IQ Home
- All Upcoming Events

**Get Involved Now**
- Register Your Place Now
- Sponsor & Exhibit

**Conference Details**
- Benefits of Attending
- Conference Day One
- Conference Day Two
- Workshops
- Prices & Discounts
- Request a Brochure

**Conference Partners**
- Sponsors & Exhibitors
- Media Partners

**Delegate Information**
- Venue & Accommodation
- FAQs

**You are here:** Global Homepage > North America > Legal IQ > E Discovery: Pharmaceutical and Biotech



# E Discovery: Pharmaceutical and Biotech

**Practical Solutions and Proactive Guidelines for an Evolving Environment**

November 30 - December 1, 2006 • *Park Hyatt Philadelphia, Philadelphia, PA*

## Benefits of Attending

## Why should I attend?

IQPC produces more than 1500 events each year across 6 continents. **E Discovery** has emerged as one of our most sought after programs. Based on marketplace demand, we are pleased to present our **E Discovery** event focused on **Pharmaceutical and Biotech**.

As members of a highly regulated industry, you face unique E Discovery challenges. It is critical that in-house counsel remain actively engaged in the overall management of electronic information. Learn how to proactively manage documents and minimize risks. Find out what you need to know, when you need to know it.

## Who will I meet and who is speaking?

- **Daniel M. Hawke**, District Administrator, Philadelphia Office, **U.S. Securities And Exchange Commission**
- **Perry Goldman**, Senior Director, Litigation, **Elan Pharmaceuticals**
- **Honorable Robert B. Collings**, U.S. Chief Magistrate Judge (D. MA.)
- **Honorable Paul W. Grimm**, U.S. Chief Magistrate Judge (d. Md.)
- **Honorable Nathan L. Hecht**, State Of Texas, Supreme Court
- **Honorable John J. Hughes**, U.S. Magistrate Judge (D. N.J.)
- **Lucie Miller**, Legal Associate/E Discovery Consultant, **Eli Lilly**
- **Leonard Deutchman**, General Counsel and Managing Partner, **LegisDiscovery, Llc**
- **Gerry Boccuti**, Litigation Support Manager, **Wyeth Law Department**

### Register Now
Register yourself and a team online now!

### Early Bird Discount
Register and pay by **October 27, 2006** and receive up to **$200 off!**

*This conference was excellent! Very professionally run yet jammed with information. Very impressed with the high quality of speakers.*

**Document Manager, Novartis Pharmaceuticals**

*This is a very distinguished and comprehensive program! Very thorough, very impressive.*

**Senior Counsel, Mayer, Brown, Rowe & Maw, LLP**

*This is a seminar that should not be missed!*

**U.S. Magistrate Judge**

*Well organized. Good mix of speakers with excellent knowledge and background. Great job! Well done. I look forward to the next conference!*

**Document Manager, Novartis Pharmaceuticals**

- **Mark Rachlin**, Senior Patent Litigation Counsel, **GlaxoSmithKline**
- **Damon Greer**, Safe Harbor Program Director, **U.S. Department Of Commerce**
- **Marc Eisner**, Vice President, Consulting Services, **EED, Inc.**
- **Marina Corodemus** (ret.), New Jersey Superior Court Law Division
- **C. Moze Cowper**, Senior Corporate Counsel, **Amgen, Inc.**
- **Helen Streck**, Director, Corporate Records Management, **Amgen, Inc.**
- **Mark Debrowski**, Legal Consultant, **Amgen, Inc.**
- **Howard M. Cyr**, Senior Corporate Counsel, **Wyeth Law Department**
- **Pamela Roberts**, Head of Litigation Support, Information Technology, **Novartis Pharmaceuticals Corporation**
- **Steve Sokolow**, Head of Litigation, **Novartis Pharmaceuticals Corporation**
- **John Jessen**, Founder And CEO, **EED, Inc.**
- **Tom Morrissey**, Senior Director, Senior Director, IT Litigation, **Purdue Pharma**
- **Owen O'Connor**, Associate Director, IT Security, **Elan Pharmaceuticals**
- **Mollie Shields-Uehling**, President and CEO, **Safe-BioPharma Association**

## Don't miss this event because…

**Legal IQ** has gathered a diverse and expert assembly of leaders - judges, in-house counsel, law firms, government representatives, technologists and solutions providers - all under one roof, all at the same time. Don't miss this opportunity to empower yourself with the tools and insight needed to succeed once the New Rules go into effect.

If you are not yet ready to register, feel free to **request a reminder nearer the time**. Alternatively, if this is not quite the event you are looking for, please check out our **related events**.

## Conference Partners

| Title Sponsor | Sponsors | Media Partners |
|---|---|---|



[ **Register Now**] · [ **Send to a Friend** ] · [ Next: **Conference Day One: Thursday, November 30, 2006** ]

**Questions?** Contact us on 1-800-882-8684 or 1-973-256-0211 or email info@iqpc.com now!

Global Homepage | North American Homepage | Site Map | Help!



**Find Events by Keyword**



**Legal IQ**

Legal IQ Home

All Upcoming Events

**Get Involved Now**

Register Your Place Now

Sponsor & Exhibit

**Conference Details**

Benefits of Attending

Conference Day One

Conference Day Two

Workshops

Prices & Discounts

Request a Brochure

**Conference Partners**

Sponsors & Exhibitors

Media Partners

**Delegate Information**

Venue & Accommodation

FAQs

**You are here:** Global Homepage > North America > Legal IQ > E Discovery: Pharmaceutical and Biotech > Sponsors & Exhibitors



# E Discovery: Pharmaceutical and Biotech

**Practical Solutions and Proactive Guidelines for an Evolving Environment**

November 30 - December 1, 2006 · *Park Hyatt Philadelphia, Philadelphia, PA*

## Sponsors & Exhibitors

## Title Sponsor



**digIT** is a proven technology designed for the effective and defensible management of electronically stored information (ESI) regardless of location, language or file format. digIT was developed specifically to assist corporations in the preservation and collection of electronically stored information throughout the enterprise. Laptops? digIT can get to them. Remote servers? Not a problem. Various file formats and storage systems? Yes. Foreign languages? digIT has the ability to search up to 34 different languages. digIT is the one software solution that truly addresses litigation readiness. Legal teams now have an application that can help identify areas of risk, respond to litigation more effectively and with greater accountability. Once information is indexed, legal teams can search the data using concepts, keywords, or both helping lawyers assess each case early in the cycle – and determine a realistic case budget. Save time. Save money. Reduce Risk. Can you digIT?

**Website: www.digitdata.com**

## Sponsors



Since 1987 **Electronic Evidence Discovery®** has been the global leader in comprehensive E Discovery solutions for corporations and law firms. EED offers a complete suite of services ranging from data collection through processing conversion. EED's Class A data hosting facility and award winning native review application, DiscoveryPartner®, enables attorneys from anywhere in the world to cost effectively participate in evidence review. EED's services are not, however, limited to centralized data processing and review hosting. EED's consulting team can be onsite anywhere in the world to help organizations prepare for litigation, execute collection orders and implement data reduction strategies. Through the EED Mobilized™ service, EED consultants leveraging the EED Discovery® software system can deliver and support comprehensive onsite data processing, review and evidence production — giving an

organization complete control over their data.



**LegisDiscovery, LLC** is the leading service provider of digital forensics, electronic discovery, data recovery, network and regulatory compliance audits, corporate investigations and hosting of electronic data. Our technical and legal experts are former law enforcement officers who helped establish the best practices in these areas. We acquire and deliver data from any environment, including deleted, encrypted and password protected files, search, analyze and process data, and present results to you in a searchable database load file for your review application or by hosting data on our ASP; we present the results of forensic investigations in database review or report form, as is most appropriate, and our experts, experienced in testifying, are available for testimony in court or elsewhere. Our legal experts both advise you as to the best and most efficient practices and work with our analysts to anticipate and render moot legal challenges.



[ **Register Now**] · [ **Send to a Friend** ] · [ Next: **Media Partners** ]


**Questions?** Contact us on 1-800-882-8684 or 1-973-256-0211 or email info@iqpc.com now!