# EXHIBIT 1

Bailey Perrin Bailey, LLP

|    | Last Name | First Name | Case Number |
|----|-----------|------------|-------------|
| 1  | Lee | Carrie | 6:07-CV-12643 |
| 2  | LeFlore | Carla | 6:07-CV-12639 |
| 3  | Lillard | Ashley | 6:07-CV-12649 |
| 4  | Lindsey | Gerald | 6:07-CV-12653 |
| 5  | McCormack | Karen | 6:07-CV-12686 |
| 6  | McHan | Hilary | 6:07-CV-12690 |
| 7  | Myers | Ernest | 6:07-CV-12723 |
| 8  | Nance | Janet | 6:07-CV-12725 |
| 9  | Otis | Barbara | 6:07-CV-12742 |
| 10 | Patten | Lila | 6:07-CV-12751 |
| 11 | Peoples | Cheryl | 6:07-CV-12754 |
| 12 | Pollack | Jason | 6:07-CV-12767 |
| 13 | Poteete | Jimmy | 6:07-CV-12775 |
| 14 | Rangel | Michael | 6:07-CV-14120 |
| 15 | Renfro | Dominick | 6:07-CV-14140 |
| 16 | Richardson | Barbara | 6:07-CV-12795 |
| 17 | Rivera | Carlos | 6:07-CV-14160 |
| 18 | Robinson | William | 6:07-CV-12806 |
| 19 | Sandy | Geneva | 6:07-CV-14220 |
| 20 | Sayles | Gale | 6:07-CV-12823 |
| 21 | Smith | Ingrid | 6:07-CV-12858 |
| 22 | Snow | Connie | 6:07-CV-12868 |
| 23 | Steele | Sarah | 6:07-CV-12878 |
| 24 | Thomas | Jodi | 6:07-CV-12901 |
| 25 | Thompson | Jack | 6:07-CV-12906 |
| 26 | Underwood | Donna | 6:07-CV-12923 |
| 27 | Upton | Jerry | 6:07-CV-12925 |
| 28 | Voiles | Gary | 6:07-CV-12938 |
| 29 | Walker | John | 6:07-CV-12947 |
| 30 | Walls | Belinda | 6:07-CV-12950 |
| 31 | Wear | Kenneth | 6:07-CV-12039 |
| 32 | Wesley | Cheyneitheia | 6:07-CV-12968 |
| 33 | Whitehurst | Steven | 6:07-CV-12978 |
| 34 | Winder | Charles | 6:07-CV-12996 |