# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**In Re:**

**Seroquel Products Liability Litigation,**

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker<br>United States<br>Magistrate Judge | DATE AND TIME | September 11, 2007<br>9:30-11:00 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Sandy Tremel |
| Special Master | Orran Brown | | |
| COUNSEL/PLTF. | Scott Allen<br>Camp Bailey<br>F. Kenneth Bailey<br>Dennis Canty<br>E. Ashley Cranford<br>Lawrence Gornick<br>Jonathan Jaffe<br>Richard Laminack<br>Buffy Martines<br>Angela Nixon<br>Paul Pennock<br>Larry Roth<br>Karen Schaeffer<br>Jonathan Sedgh<br>Holly Wheeler | COUNSEL/DEF. | Robert Ciotti<br>Fred Magaziner<br>Stephen J. McConnell<br>James Freebery<br>Robert Pass |

## Status Conference

Case called, appearances taken
Procedural setting by court
Parties discuss current issues
Report by Special Master Orran Brown
Court directs Mr. Brown to submit proposed stipulated orders regarding matters discussed in open court

Plaintiff articulates pending case management issues
Defense counsel responds
Court directs parties to report to court by Friday, September 14, 2007 following interviews of technical consultant in a joint report. Court to make final selection of this appointment.
Court sets next status conference for October 2, 2007 at 10:00 AM