# Exhibit 1

## Bailey Perrin Bailey LLP

## List of Plaintiffs' Acknowledgments/HIPAAs

|   | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Collier | Sandra | 6:07-cv-10609 | 9/10/2007 | 9/10/2007 |
| 2 | Klein | Connie | 6:07-cv-10680 | 9/10/2007 | 9/10/2007 |
| 3 | Lovin | Sarah | 6:07-cv-10692 | 9/10/2007 | 9/10/2007 |
| 4 | Meadows-Oneal | Carol | 6:07-cv-10703 | 9/10/2007 | 9/10/2007 |
| 5 | Scott | Marion | 6:07-cv-11000 | 9/10/2007 | 9/10/2007 |