# EXHIBIT 1

Bailey Perrin Bailey, LLP

| | Last Name | First Name | Case Number |
|---|---|---|---|
| 1 | Long | Marcus | 6:07-cv-13821 |
| 2 | Luckey | Hazel | 6:07-cv-13830 |
| 3 | Maatman | Loretta | 6:07-cv-13835 |
| 4 | Madosh | Marcia | 6:07-cv-13840 |
| 5 | Mainor | Charles | 6:07-cv-13843 |
| 6 | Manly | Burns | 6:07-cv-13851 |
| 7 | Mayfield | Lilian | 6:07-cv-13883 |
| 8 | McCabe | Jennifer | 6:07-cv-13884 |
| 9 | McCallister | Delbert | 6:07-cv-13886 |
| 10 | McClelland | Steven | 6:07-cv-13891 |
| 11 | McCoy | Jamie | 6:07-cv-13897 |
| 12 | McDaniel | Wilson | 6:07-cv-13905 |
| 13 | Miller | Barbara | 6:07-cv-13941 |
| 14 | Mitchell | Rodney | 6:07-cv-15767 |
| 15 | Mize | Laronda | 6:07-cv-13954 |
| 16 | Monarrez | Martin | 6:07-cv-13957 |
| 17 | Mose | Margaret | 6:07-cv-13976 |
| 18 | Mullins | Jason | 6:07-cv-13983 |
| 19 | Myhre | Steven | 6:07-cv-15771 |
| 20 | Nydell | Ruben | 6:07-cv-14017 |
| 21 | Oloff | Barbara | 6:07-cv-14023 |
| 22 | Onstad | Michelle | 6:07-cv-14024 |
| 23 | Pace | Susan | 6:07-cv-14032 |
| 24 | Patat | Charlie | 6:07-cv-14041 |
| 25 | Peacock | Linda | 6:07-cv-14051 |
| 26 | Pearson | Emanuel | 6:07-cv-14055 |
| 27 | Philips | Monique | 6:07-cv-14069 |
| 28 | Pickett | Donna | 6:07-cv-14073 |
| 29 | Plendl | Sharon | 6:07-cv-14082 |
| 30 | Pontious | Gary | 6:07-cv-14084 |
| 31 | Porter | Neal | 6:07-cv-14087 |
| 32 | Postell | Joseph | 6:07-cv-14089 |
| 33 | Pritchett | Judith | 6:07-cv-14100 |
| 34 | Rakim | Tyhhiimm | 6:07-cv-14115 |
| 35 | Rank | Ryan | 6:07-cv-14121 |

| 36 | Reader | Clyde, as Next Friend of D.R., a Minor [designated as Dustin Reader] | 6:07-cv-14126 |
|----|--------|----------------------------------------------------------------------|---------------|
| 37 | Ream | Jackey | 6:07-cv-14127 |
| 38 | Ring | Gary | 6:07-cv-15787 |
| 39 | Roberts | Danielle | 6:07-cv-15789 |
| 40 | Robinett | Dena | 6:07-cv-14167 |
| 41 | Rodriguez | Rosa | 6:07-cv-14181 |
| 42 | Rogers | Willie | 6:07-cv-14185 |
| 43 | Rosenbalm | Sharon | 6:07-cv-14191 |
| 44 | Rosenthal | Darlene | 6:07-cv-14192 |
| 45 | Rudy | Kathleen | 6:07-cv-14202 |
| 46 | Ruff | Keyon | 6:07-cv-14203 |
| 47 | Rumsfelt | Nancy | 6:07-cv-14205 |
| 48 | Rusinowski | Francis | 6:07-cv-14206 |
| 49 | Sanchez | Linda | 6:07-cv-14213 |
| 50 | Schiess | Todd | 6:07-cv-14232 |
| 51 | Schmitt | Patrick | 6:07-cv-14233 |
| 52 | Selario | James | 6:07-cv-15794 |
| 53 | Singley | Brenda | 6:07-cv-14274 |
| 54 | Smith | Angelo | 6:07-cv-14279 |
| 55 | Smith | Clifton | 6:07-cv-14282 |
| 56 | Smith | Jennifer | 6:07-cv-15801 |
| 57 | Smith | LaTosha | 6:07-cv-14289 |
| 58 | Smith | Pierrette | 6:07-cv-14292 |
| 59 | Smith | Sonya | 6:07-cv-14294 |
| 60 | Soliz | Richard | 6:07-cv-14303 |
| 61 | Stines | Peter | 6:07-cv-14332 |
| 62 | Strickland-Garland | Robin | 6:07-cv-15807 |
| 63 | Tensley | Virginia | 6:07-cv-14366 |
| 64 | Townsend | Barbara | 6:07-cv-14395 |
| 65 | Tracey | Jimmie | 6:07-cv-14396 |
| 66 | Urwiler | Veronica | 6:07-cv-14414 |
| 67 | Warnell | David | 6:07-cv-14449 |
| 68 | Watson | Lois | 6:07-cv-14457 |
| 69 | Williamson | Robert | 6:07-cv-14501 |
| 70 | Wimmer | Connie | 6:07-cv-14517 |
| 71 | Wood | Starlett | 6:07-cv-15821 |
| 72 | Woods | Maxine | 6:07-cv-13002 |
| 73 | Woods | William | 6:07-cv-13004 |

| | | | |
|---|---|---|---|
| 74 | Woolard | Simone, as Next Friend of D.L., a Minor [designated as David Lewis] | 6:07-cv-15822 |
| 75 | Wynn | Tonja | 6:07-cv-13009 |
| 76 | Yazzie | Jerry | 6:07-cv-14544 |
| 77 | Yoney | Pauline | 6:07-cv-14546 |