**EXHIBIT 1**

Bailey Perrin Bailey, LLP

|   | **Last Name** | **First Name** | **Case Number** |
|---|---|---|---|
| 1 | Lopez | Cynthia | 6:07-cv-15753 |
| 2 | Price | Lillie | 6:07-cv-15273 |
| 3 | Spencer | Phillip | 6:07-cv-15803 |
| 4 | Tooley | Neala, as Next Friend of G.N.T., a Minor [designated as Gary Tooley] | 6:07-cv-14393 |
| 5 | Zackery | Obiedee | 6:07-cv-14553 |