**EXHIBIT 1**

Bailey Perrin Bailey, LLP

|    | Last Name | First Name | Case Number |
|----|-----------|------------|-------------|
| 1  | McCoy     | Virginia   | 6:07-cv-13898 |
| 2  | Micheaux  | Demetrius  | 6:07-cv-13938 |
| 3  | Morgan    | Anthony    | 6:07-cv-13968 |
| 4  | Partee    | Joyce      | 6:07-cv-14038 |
| 5  | Pfister   | Michael    | 6:07-cv-14068 |
| 6  | Robinson  | Lemuel     | 6:07-cv-14168 |
| 7  | Seiler    | James      | 6:07-cv-14248 |
| 8  | Silva     | Cynthia    | 6:07-cv-14268 |
| 9  | Thompson  | Daniel     | 6:07-cv-14378 |
| 10 | Walker    | Renee      | 6:07-cv-14438 |
| 11 | Watt      | Julie      | 6:07-cv-14458 |