# EXHIBIT 1

Bailey Perrin Bailey, LLP

|    | Last Name | First Name | Case Number |
|----|-----------|------------|-------------|
| 1  | Callahan  | Rita       | 6:07-cv-12340 |
| 2  | Dice      | Ethel      | 6:07-cv-12426 |
| 3  | Faber     | Debbie     | 6:07-cv-12467 |
| 4  | Hill      | Freddie    | 6:07-cv-12560 |
| 5  | Lasseter  | Kristy     | 6:07-cv-13794 |
| 6  | May       | Michael    | 6:07-cv-12682 |
| 7  | Miller    | Margaret   | 6:07-cv-13943 |
| 8  | Sampson   | Joanne     | 6:07-cv-14211 |
| 9  | Schutt    | Linda      | 6:07-cv-14236 |
| 10 | Waters    | Brenda     | 6:07-cv-12957 |
| 11 | Zinzeris  | Nicholas   | 6:07-cv-15826 |