# Exhibit 1

## Bailey Perrin Bailey LLP

## List of Plaintiffs' Acknowledgments/HIPAAs

|   | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Burtschi | Diane | 6:07-cv-14695 | 9/12/2007 | 9/12/2007 |
| 2 | Fitch | Dawn | 6:07-cv-14851 | 9/12/2007 | 9/12/2007 |
| 3 | Latta | Margot | 6:07-cv-15089 | 9/12/2007 | 9/12/2007 |
| 4 | Turner | Jackie | 6:07-cv-15438 | 9/12/2007 | 9/12/2007 |