UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

**MDL DOCKET NO. 1769**

**This Document Relates to ALL CASES**

JOINT STATEMENT IN SUPPORT OF THE COURT'S
APPOINTMENT OF AN INFORMATION TECHNOLOGY ADVISER

The MDL Plaintiffs and Defendants AstraZeneca Pharmaceuticals LP and

AstraZeneca LP ("AstraZeneca"), by and through their counsel, respectfully submit this Joint

Statement in Support of the Court's Appointment of an Information Technology ("IT")

Adviser.  The parties have jointly interviewed both IT consultants recommended by the Court

and have met and conferred regarding their preferences for a Court-appointed adviser.  The

parties are unable to agree on which consultant the Court should appoint.

**I.      PLAINTIFFS' POSITION**

Plaintiffs reiterate their first preference for Hitachi Consulting as IT Advisor.  If the

Court is not inclined to consider Hitachi, as between the two appointees identified by the

Court, plaintiffs believe that Mr. Ball would best fill the role.

Mr. Ball clearly has more extensive experience. Courts have appointed him as an

E-Discovery neutral more than 20 times and litigants have jointly selected him for such a role

many more times than that.  Mr. Ball has devoted his practice to this area for more than 10

years, almost exclusively for the past five.  (He no longer maintains a law practice.)  As an

E-Discovery neutral, he has been involved in large scale litigation, such as the Enron and Tyco securities cases.  From his years in practice, he is experienced with product liability litigation.  Mr. Ball is a certified computer forensic examiner.  During his interview, he demonstrated fluency with the types of ESI at issue in this case, familiarity with the difficulties commonly encountered in collection and production of that ESI, and the expertise to ask the questions necessary to find solutions.

Mr. Daley has less experience as a neutral, having been appointed to that role twice since his firm was established in October 2005. In neither of those appointments was he called upon to conduct an audit or investigation.  In prior projects, Mr. Daley's team appears to have encountered some of the types of ESI at issue in this case, but Mr. Daley himself is less familiar with the purely technical aspects than is Mr. Ball.

Mr. Ball appears to carry less potential for bias.  Though he has represented plaintiffs in medical device litigation, he last did so more than 10 years ago.  In his present capacity as a consultant, he is retained by both plaintiffs and defendants, but more often by defendants. He has worked for companies in the pharmaceutical and medical technology industries.   At this time, he is on retainer with Pfizer.

At the time the first Seroquel cases were filed, Mr. Daley was still a member of Shook, Hardy & Bacon, LLP, a preeminent defense firm, well known for its decades-long leadership role in defending the tobacco industry.  At that time, he defended Bristol Meyers Squibb, Aventis, Pfizer and Glaxo Smith Kline in litigation, and he continues to serve Aventis and Pfizer in his current capacity.  Prior to his new firm's inception in October of 2005, Mr. Daley's partner, Lori Wagner, was a member of Faegre & Benson LLP, which firm currently represents AstraZeneca in this litigation.

It is AstraZeneca's conduct which necessitates the appointment of an IT Advisor.  As the aggrieved party, plaintiffs should be entitled to choose.  AstraZeneca should not be permitted to select the investigator if its own misdeeds.  As between the candidates selected by the Court, plaintiffs believe Mr. Ball is more suited to the role.

In interviewing Mr. Ball and Mr. Daley, it became clear that they would both view their role in charting a course forward as something akin to an e-discovery mediator.  It may be difficult for someone engaged as a mediator to prepare the unvarnished report of past conduct the Court envisions, and to aid the Court in determining appropriate sanctions.  Because of that dynamic, the Court may want to consider the appointment of two IT Advisors working in tandem.  One would focus on preparing an unvarnished report concerning past conduct and the resulting prejudice, while the other would work with the parties to resolve problems and move forward.  In the event that the Court is inclined to appoint two advisors, Plaintiffs respectfully urge the Court to appoint Hitachi and Mr. Ball.

## II.    ASTRAZENECA'S POSITION

### A.    Mr. Daley Has the Knowledge and Experience to Serve as IT Expert.

James Daley and his firm have technology credentials better suited to the issues in this case.  Mr. Daley has a Masters degree in Management Information Systems and is a member of the E-Discovery Board at Georgetown University Law Center.  He served as co-chair of the Sedona Conference's Working Group on International Electronic Information Management, Discovery and Disclosure.  Mr. Daley has co-edited Sedona Guidelines on electronic document management and has co-authored Sedona Principles on electronic production.  He has also published on the e-discovery of foreign documents – a complex

issue specifically relevant to this case, as AstraZeneca has documents in the European Union and around the world.

Mr. Daley has served as a court-appointed adviser on technical issues, has worked with courts to address sanctions issues, and has created solutions for production of corporate databases and document repositories. Mr. Daley's technical skills enabled him to extract millions of documents from tobacco defendants and to translate voicemail data into useable format – a skill specifically relevant to the concerns expressed by the plaintiffs in this case.

B.      Mr. Daley Has More Resources to Tackle the Job.

Mr. Daley's firm commands the resources necessary to resolve the technology issues in this case quickly and efficiently. Mr. Daley's firm is composed of attorneys and technology analysts, several of whom hold advanced degrees in technology-related fields. Both Mr. Daley and the more than 20 specialists in his firm have time to devote to this case.

In contrast, Craig Ball is a solo practitioner who has numerous commitments over the next several months. AstraZeneca is concerned that Mr. Ball's other engagements will prevent him from dedicating the resources necessary in this case.

C.      AstraZeneca Is Concerned that Mr. Ball Might Be Biased in this Case.

That Mr. Ball was a plaintiff lawyer in a firm with David Matthews, an attorney for the plaintiffs, is not, by itself, an indicator of bias or a basis for disqualification. But Mr. Matthews telephoned Mr. Ball on September 11, just after the Court told the parties it was considering Mr. Ball and the day before the joint interview. This *ex parte* contact seems inconsistent with the Court's plan for selecting an independent IT expert.

While Mr. Ball said he could be fair, he admits to an instinctive plaintiff bent, which is evident in his writings and remarks. In "The Plaintiff's Practical Guide to E-Discovery,"

Mr. Ball characterizes defendants as having "entrenched ignorance and outright obstinacy" and as being "foxes guard[ing] the henhouse" (p. 1).  He also states that "a vexing problem is defense counsels' cluelessness about electronic discovery" (p. 1).  And Mr. Ball's comments on the e-discovery amendments consistently adopted plaintiff positions – he favored stricter Rule 26 retention requirements, and, far worse, a harsher view on Rule 37 sanctions.

During the interview Mr. Ball stated that, based on the Court's sanctions order, he cannot say that AstraZeneca "starts even," but rather must "bend over backward to restore itself."  He also indicated that, given the order, he could not take at face value AstraZeneca's representations to him about discovery matters.  Of course, Mr. Ball says and may believe that he is neutral, but AstraZeneca is legitimately concerned about such statements and has qualms about Mr. Ball's ability to advise this Court in an impartial manner.

Respectfully submitted on this the 14th day of September, 2007,


/s/ Paul Pennock
Paul Pennock
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5504
Ppennock@weitzlux.com

Camp Bailey
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7232
cbailey@bpblaw.com

*Co-Lead Counsel for Plaintiffs*

/s/ Fred T. Magaziner
Fred T. Magaziner
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19103
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
fred.magaziner@dechert.com


*Counsel for AstraZeneca Pharmaceuticals*
*LP and AstraZeneca LP*

-6-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the 14th of September, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that the foregoing document and the notice of electronic filing was served on Plaintiffs' Liaison Counsel in accordance with CMO No. 1.


<u>/s/ Shane T. Prince</u>

<u>SERVICE LIST</u>

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>***Plaintiffs' Lead Counsel*** | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca***<br>***Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen***<br>***Pharmaceutical Products and Johnson &***<br>***Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP***<br>***and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |