# EXHIBIT 1

# EXHIBIT 1

Hefner & Associates / Matthews & Associates

List of Cases Ripe for Dismissal With Prejudice

|     | Plaintiff Last Name | Plaintiff First Name | Case Number |
| --- | --- | --- | --- |
| 1.  | Bradke     | Janeen   | 6:2007cv10060 |
| 2.  | Green      | Jack     | 6:2007cv10067 |
| 3.  | Harris     | Judith   | 6:2007cv10069 |
| 4.  | McGill     | Karen    | 6:2007cv10076 |
| 5.  | Merriel    | Marilyn  | 6:2007cv10077 |
| 6.  | Pelley     | Tim      | 6:2007cv10078 |
| 7.  | Plunk      | Nina     | 6:2007cv10079 |
| 8.  | Randol     | Ruth     | 6:2007cv16784 |
| 9.  | Smith      | Barbara  | 6:2007cv10083 |
| 10. | Smith      | Margaret | 6:2007cv10085 |
| 11. | Teeter     | Darren   | 6:2007cv10086 |
| 12. | Warford    | Paula    | 6:2007cv10089 |
| 13. | Washington | Brenda   | 6:2007cv10090 |
| 14. | West       | Leigh    | 6:2007cv10092 |