# EXHIBIT 1

# EXHIBIT 1

## Bailey Perrin Bailey LLP

### List of Cases Ripe for Dismissal With Prejudice

|    | **Plaintiff Last Name** | **Plaintiff First Name** | **Case Number** |
|----|-------------------------|--------------------------|-----------------|
| 1. | Ginter    | Cheryl     | 07-cv-11597 |
| 2. | Hamilton  | Algee      | 07-cv-13539 |
| 3. | Hanshew   | Sharon     | 07-cv-11621 |
| 4. | Hensley   | Frederick  | 07-cv-12554 |
| 5. | Ironhawk  | Williamette| 07-cv-11668 |
| 6. | Krager    | Nicholas   | 07-cv-11720 |
| 7. | McPherson | Pam        | 07-cv-12695 |
| 8. | Meddeaugh | Jay        | 07-cv-12185 |
| 9. | Rochester | Tammy      | 07-cv-11919 |
| 10.| Warren    | Jennifer   | 07-cv-12955 |