# EXHIBIT 2



Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000  Main
+1 215 994 2222  Fax
www.dechert.com

**BRENNAN J. TORREGROSSA**

brennan.torregrossa@dechert.com
+1 215 994 2358 Direct
+1 215 655 2358 Fax

June 22, 2007

**VIA FACSIMILE & FIRST-CLASS MAIL**

K. Camp Bailey, Esquire
Bailey Perrin Bailey LLP
440 Louisiana Street, Suite 2100
Houston, TX 77002

Re:  In re: Seroquel Products Liability Litigation (MDL Docket No. 1769) –
      Notice of Overdue Discovery

Dear Camp:

I am writing concerning the Plaintiff Fact Sheets that your law firm served in March 2007.  In addition to the cases we already identified as having overdue discovery due to a missing verification, we have identified the following additional cases with overdue discovery in that the Plaintiffs failed to serve records authorizations in March 2007.  The attached chart lists those cases.

If completed and executed records authorizations are not served within twenty (20) days in those cases to Marjorie Shiekman, Esquire, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia PA 19104 or to seroquelpfs@dechert.com, AstraZeneca will move for dismissal pursuant to Case Management Order No. 2 and these cases may be dismissed.  As I stated before, in an effort to move the discovery process forward, we will send deficiency letters in these cases despite the failures of the Plaintiffs identified above.  We nonetheless consider discovery in those cases as overdue.

If you would like to discuss these issues further, please call me.  I look forward to your response.

Sincerely,

Brennan J. Torregrossa

Enclosures

U.S. Austin  Boston  Charlotte  Harrisburg  Hartford  New York  Newport Beach  Palo Alto  Philadelphia  Princeton
San Francisco  Washington DC   EUROPE  Brussels  London  Luxembourg  Munich  Paris

Bailey Perrin Bailey LLP

Cases Missing Authorizations – March 2007

|  | Plaintiff Last Name | Plaintiff First Name |
|---|---|---|
| 1. | Arrowood | Julia |
| 2. | Aubrey | Charlotte |
| 3. | Bearcub | Colleen |
| 4. | Bircham | Joyce |
| 5. | Broadnax | Jennie |
| 6. | Brooks | George |
| 7. | Brown | Virginia |
| 8. | Bunch | David |
| 9. | Campos | Robert |
| 10. | Champman | Teresa |
| 11. | Clay-Darden | Donna |
| 12. | Coleman | Henry |
| 13. | Darnell | Teresa |
| 14. | Davenport | Little |
| 15. | Davis | Sylvia |
| 16. | Dillon | Tracy |
| 17. | Dutton | Richard |
| 18. | Dyers | Sui |
| 19. | Ford | Gwendolyn |
| 20. | Garcia | Jimmy |
| 21. | Garcia | Roberto |
| 22. | Gentry | Linda |
| 23. | Ginter | Cheryl |
| 24. | Gonzalez | Barbara |
| 25. | Goodman | Christine |
| 26. | Guillory | Florina |
| 27. | Hamilton | Algee |
| 28. | Hanshew | Sharon |
| 29. | Harris | Roger |
| 30. | Hensley | Frederick |
| 31. | Herman | Thomas |
| 32. | Hoag | Faith |
| 33. | Hundley | Pamela |
| 34. | Ironhawk | Williamette |
| 35. | Jackson | Ronald |
| 36. | Jackson | Verlinda |

|     | Plaintiff Last Name | Plaintiff First Name |
|-----|---------------------|----------------------|
| 37. | Krager | Nicholas |
| 38. | Lefler | John T. |
| 39. | Lewis | Christine R. |
| 40. | Lewis | Joyce C. |
| 41. | Lewis | Pearline |
| 42. | Liggett | Brian |
| 43. | Maloney | James D. |
| 44. | McPherson | Pam |
| 45. | Meddeaugh | Jay |
| 46. | Menser | Julius |
| 47. | Mongar | Douglas |
| 48. | Morrow | Jonathan |
| 49. | Nance | Margaret A. |
| 50. | Pace | Minnie |
| 51. | Pierce | Jennifer |
| 52. | Potter | Charles W. |
| 53. | Roberts | Henry |
| 54. | Rochester | Tammy |
| 55. | Rogers | Kathy A. |
| 56. | Smith | David |
| 57. | Taylor | Joann |
| 58. | Thaxton | John |
| 59. | Tucker | Clifton D. |
| 60. | Warren | Jennifer |
| 61. | Watkins | Hazel J. |
| 62. | West | Brenda |
| 63. | Williams | Gregory L. |
| 64. | Wilson | Larry I. |
| 65. | Woodberry | Annie M. |
| 66. | Woods | Bufus |
| 67. | Workman | Susan A. |
| 68. | Yanes | Allison B. |