# Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs**

|   | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Beck | Pamela | 6:07-cv-15900 | 9/12/2007 | 9/12/2007 |
| 2 | Jackson | Annie | 6:07-cv-10313 | 9/12/2007 | 9/12/2007 |
| 3 | Johnson | Jennifer | 6:07-cv-10672 | 9/12/2007 | 9/12/2007 |
| 4 | Pringle | Elsie | 6:07-cv-11274 | 9/12/2007 | 9/12/2007 |
| 5 | Quinones | Teresa | 6:07-cv-11889 | 9/12/2007 | 9/12/2007 |
| 6 | Replogle | Joseph | 6:07-cv-10411 | 9/12/2007 | 9/12/2007 |
| 7 | Rianda | Eric | 6:07-cv-11902 | 9/12/2007 | 9/12/2007 |
| 8 | Salinas | Mary | 6:07-cv-10744 | 9/12/2007 | 9/12/2007 |
| 9 | Young | Gary | 6:07-cv-15580 | 9/12/2007 | 9/12/2007 |