UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re:  Seroquel Products Liability Litigation<br>MDL Docket No.  1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**PLAINTIFFS' EMERGENCY MOTION TO REPLACE EXHIBITS PREVIOUSLY FILED VIA ECF** |

      Plaintiffs hereby move for the replacement of Exhibits 1, 2 and 3 (Document Nos. 417-2, 417-3, and 417-4) to the Declaration of Jonathan Jaffe (Document 417) in support of Plaintiffs' Motion to Appoint Hitachi Consulting as IT Advisor.  Plaintiffs' redactions of the original exhibits are insufficient to protect confidential information.  Plaintiffs regret the error, and ask that the Court substitute the attached Exhibits 1, 2 and 3.

Dated:  September 14, 2007

                                              LEVIN SIMES KAISER & GORNICK LLP


                                                 /s/ Dennis J. Canty
                                      Lawrence J. Gornick (CA State Bar No. 136290)
                                      Dennis J. Canty (CA State Bar No. 207978)
                                      44 Montgomery Street, 36th Floor
                                      San Francisco, CA  94104
                                      Telephone:  415-273-8138
                                      Facsimile:  415-981-1270
                                      E-mail:       lgornick@lskg-law.com
                                                             dcanty@lskg-law.com