UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION | MDL Docket No.: 6:06-md-1769-Orl-22DAB |
| THIS RELATES TO: SANDRA READY, *Plaintiff,* vs. ASTRAZENECA LP, ET. AL., *Defendants.* | Case No. 6:07-cv-11898 |

**PLAINTIFF SANDRA READY'S MOTION TO
VACATE ORDER OF DISMISSAL WITHOUT PREJUDICE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff **SANDRA READY** hereby moves to reinstate his/her claim, and vacate the previous Order of Dismissal Without Prejudice for failure to timely serve upon Defendants a verified Plaintiff's Fact Sheet and Medical Authorization.

Pursuant to this Court's Order of Dismissal regarding claims Dismissed Without Prejudice and reinstatement, Plaintiff may reinstate his/her claim upon motion to this Court provided that Plaintiff serves Defendants with a verified Plaintiff's Fact Sheet and Medical Authorizations.

Plaintiff served his/her verified Plaintiff's Fact Sheet and Medical Authorizations on Brennan J. Torregrossa, who is an attorney for Defendants **ASTRAZENECA PHARMACEUTICALS LP AND ASTRAZENECA LP**, and whose address is Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808, (215) 994-4000, by delivery via Federal Express on the dates identified in Exhibit 1. Documentation of receipt of verified Plaintiff's Fact Sheet and Medical Authorization is attached as Exhibit 2 and 3 respectively.

Pursuant to CMO No. 2 and the Court's Order of Dismissal without Prejudice, Plaintiff's claim shall relate back to the date of original filing and be treated for all purposes as if it had never been dismissed in the first place.

                Respectfully submitted,

                /s/ K. Camp Bailey_____
                F. Kenneth Bailey, Jr.
                K. Camp Bailey
                Fletch V. Trammell
                Laurence Tien
                Bailey Perrin Bailey LLP
                440 Louisiana St., Suite 2100
                Houston, TX  77002-4206
                713-425-7100 Telephone
                713-425-7101 Facsimile
                kbailey@bpblaw.com
                cbailey@bpblaw.com
                ftrammell@bpblaw.com
                ltien@bpblaw.com
                **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 14th day of September, 2007, I electronically filed the foregoing **PLAINTIFF'S MOTION TO VACATE ORDER OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Mr. Fred T. Magaziner, Esq.<br>Ms. Marjorie Shiekman, Esq.<br>**Attorneys for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP**<br>Dechert, LLP<br>Cira Center<br>2929 Arch St.<br>Philadelphia, PA 19104-2808<br>Tel: (215) 994-4000<br>fred.magaziner@dechert.com<br>marjorie.shiekman@dechert.com | |

                /s/ K. Camp Bailey