Bailey Perrin Bailey, LLP

**PFS, Acknowledgments and HIPAA Authorizations Served (1)**

| | Last Name | First Name | Case Number | PFS Served | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|---|
| | Ready | Sandra | 6:07-cv-11898 | 9/13/2007 | 8/29/2007 | 8/29/2007 |