**From:** <mark>Murray, Michael F on behalf of Murray, Michael F (Seroquel)</mark>
**Sent:** Friday, December 09, 2005 7:30 AM
**To:** Hamill, Kevin J; Domine, Lisa I; Chavoshi, Soheil
**Cc:** Dwyer, Donald; Repp, Edward
**Subject:** RE: Peer Group Capacity

REDACTED DUE TO CONFIDENTIALITY DESIGNATION

CONFIDENTIAL
AZ/SER 2714358