| Emails | Murray, Michael | "(Seroquel)" |
|---|---|---|
| No Date: | 146 | 162 |
| '92: | 1 | |
| '93: | 1 | |
| '97: | 7 | |
| '98: | 50 | |
| '99: | 64 | |
| '00: | 131 | 448 |
| '01: | 294 | |
| '02: | 327 | |
| '03: | 193 | |
| '04: | 6,752 | 1 |
| '05: | 10,043 | 2,053 |
| '06: | 486 | 3,670 |