# Dennis Canty

| | |
|---|---|
| **From:** | Jaffe, Jonathan [jjaffe@weitzlux.com] |
| **Sent:** | Wednesday, August 15, 2007 10:43 AM |
| **To:** | Adupre@mccarter.com; JYeager@McCarter.com; Munno, Thomas; Torregrossa, Brennan; Tony Winchester; Jim Freebery; McConnell, Stephen |
| **Cc:** | Pederson, Mike; Pennock, Paul; sallen@crusescott.com; cbailey@bpblaw.com; Dennis Canty; ftrammell@bpblaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; Larry J. Gornick; MPerrin@bpblaw.com; pschneider@gsnlaw.com; Fernandez, Lenny; Schultz, Laurie; Laura Brandenberg; Chiu, Yommy |
| **Subject:** | Page Breaks in the Extracted Text Files Issues |
| **Attachments:** | ExtractedTextBatesNotFound.xls; ExtractedTextMismatchingBreaks.xls; ExtractedTextMissing1stPagePageBreaks.xls |

Gentlemen,

My team has been working hard to process the corrections to the productions provided in the delivery shortly before the last hearing. In keeping everyone apprised of our technical issues, I am starting what will become a series of emails as to issues we have encountered in addition to those that have been previously raised. This email specifically addresses technical issues with the page breaks for the extracted text files.

I have attached three spreadsheets denoting issues with the first two custodians provided, Lisa Boornazian and John Boorstein. I am using these two custodians by way of example to illustrate the various issues that apply to the remaining in the 80.

***ExtractedTextMismatchingBreaks.xls***
The most serious of the spreadsheets, this details where the number of pages in the text replacement provided did not match the number of pages in the original document. For a small number, this was an expected error rate, but for the majority the error include missing or extra page breaks inexplicably. For example, some highlights are one document that has 7393 page breaks in the extracted text, but is only 36 pages, and conversely, a 336 page document, that only has 21 page breaks in the extracted text.


***ExtractedTextMissing1stPagePageBreaks.xls***
For most of these documents, it appears as if the page break for the first page was skipped, combining pages #1 and #2, but reasonably approximating the breaks on the rest of the pages. For some of these documents, the page breaks were wildly off.

***ExtractedTextBatesNotFound.xls***
This details where we were unable to find the Bates number referred to by the replacement text file's name.

Please let me know how we can correct, account for, and identify these issues.

Thank you,
Jonathan Jaffe