**Dennis Canty**

| | |
|---|---|
| **From:** | Jaffe, Jonathan [jjaffe@weitzlux.com] |
| **Sent:** | Wednesday, August 15, 2007 10:59 AM |
| **To:** | Adupre@mccarter.com; JYeager@McCarter.com; Munno, Thomas; Torregrossa, Brennan; Tony Winchester; Jim Freebery; McConnell, Stephen |
| **Cc:** | Pederson, Mike; Pennock, Paul; sallen@crusescott.com; cbailey@bpblaw.com; Dennis Canty; ftrammell@bpblaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; Larry J. Gornick; MPerrin@bpblaw.com; pschneider@gsnlaw.com; Fernandez, Lenny; Schultz, Laurie; Laura Brandenberg; Chiu, Yommy |
| **Subject:** | Native Excel Files Issues |
| **Attachments:** | NativeExcelBatesNotFound.xls |

Gentlemen,

This email specifically addresses technical issues with the native excel files, continuing the series of emails about issues with the corrections.

I have attached a spreadsheet detailing files where we could not find the Bates number matching the file.

Please let me know how we can correct and account for this issue.

Thank you,
Jonathan Jaffe