# Dennis Canty

| | |
|---|---|
| **From:** | Jaffe, Jonathan [jjaffe@weitzlux.com] |
| **Sent:** | Wednesday, August 15, 2007 11:04 AM |
| **To:** | Adupre@mccarter.com; JYeager@McCarter.com; Munno, Thomas; Torregrossa, Brennan; Tony Winchester; Jim Freebery; McConnell, Stephen |
| **Cc:** | Pederson, Mike; Pennock, Paul; sallen@crusescott.com; cbailey@bpblaw.com; Dennis Canty; ftrammell@bpblaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; Larry J. Gornick; MPerrin@bpblaw.com; pschneider@gsnlaw.com; Fernandez, Lenny; Schultz, Laurie; Laura Brandenberg; Chiu, Yommy |
| **Subject:** | Duplicate Bates Stamps |
| **Attachments:** | AZSER6496458_Ver1.PDF; AZSER6496458_Ver2.PDF |

Gentlemen,

This email specifically addresses the issue of documents with the appearance of duplicate bates stamps.

I have attached two pdfs of two separate documents bates labeled AZ/SER6496458.

Please let me know how we can identify, correct and account for this issue. We assume there are more instances.

Thank you,
Jonathan Jaffe