## Dennis Canty

| | |
|---|---|
| **From:** | Jaffe, Jonathan [jjaffe@weitzlux.com] |
| **Sent:** | Wednesday, August 15, 2007 11:08 AM |
| **To:** | Adupre@mccarter.com; JYeager@McCarter.com; Munno, Thomas; Torregrossa, Brennan; Tony Winchester; Jim Freebery; McConnell, Stephen |
| **Cc:** | Pederson, Mike; Pennock, Paul; sallen@crusescott.com; cbailey@bpblaw.com; Dennis Canty; ftrammell@bpblaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; Larry J. Gornick; MPerrin@bpblaw.com; pschneider@gsnlaw.com; Fernandez, Lenny; Schultz, Laurie; Laura Brandenberg; Chiu, Yommy |
| **Subject:** | Blank Pages Issue |

Gentlemen,

This email specifically addresses the issue of documents that we have not yet
received to correct blank pages.

I have included the email chain on this subject below.

Please let me know if any progress has been made on this issue.

Thank you,
Jonathan Jaffe


-----Original Message-----
From: Yeager, Joe [mailto:JYeager@McCarter.com]
Sent: Friday, August 10, 2007 3:19 PM
To: Jaffe, Jonathan
Cc: Dupre, Andrew; Freebery, James J.; Winchester, Tony; Pederson, Mike
Subject: Re: Blank Pages

Jonathan,  you make some very good points and perhaps this should be discussed
further.  I am out the rest of today but will take this back up Monday and reach
out to you then.  Sincerely, Joe.

-----Original Message-----
From: Jaffe, Jonathan <jjaffe@weitzlux.com>
To: Yeager, Joe
CC: Pederson, Mike <MPederson@weitzlux.com>; Winchester, Tony; Freebery, James
J.; Dupre, Andrew; john.martin@eddlabs.com <john.martin@eddlabs.com>; Larry J.
Gornick <lgornick@lskg-law.com>; Camp Bailey <CBailey@bpblaw.com>;
kbailey@bpblaw.com <kbailey@bpblaw.com>; Scott Allen <sallen@crusescott.com>;
Pennock, Paul <PPennock@weitzlux.com>; Dennis Canty <dcanty@lskg-law.com>
Sent: Fri Aug 10 15:12:21 2007
Subject: RE: Blank Pages

Joe,


What about the ones that appeared to be redactions and the Seroquel Flash Report?
Also, we provided just a small sampling, but there were many more that we came

1

across. Is this just based upon our list or more inclusive? Should we expect more fixes?

Does the vendor have a more technical reason for what happened and why it's not going to reoccur?

Finally, creating new bates numbers if pages were simply removed and nothing added is inconsistent with the last fixes for the blank pages provided on July 20th. We really need to discuss the pros and cons of going either way before you TIFF as this does impact our review and makes it extremely and increasingly more confusing as the same documents presented at depositions and as exhibits now can have multiple bates numbers.

Best regards,

Jonathan Jaffe

From: Yeager, Joe [mailto:JYeager@McCarter.com]
Sent: Friday, August 10, 2007 3:01 PM
To: Jaffe, Jonathan
Cc: Pederson, Mike; Winchester, Tony; Freebery, James J.; Dupre, Andrew
Subject: RE: Blank Pages

Jonathan,

Certainly.  I will pass this preference on to our vendor.  As for the class of blank pages, these are blank pages identified initially by your team I believe and were just failures of the TIFFing module to fire properly, usually by excluding the blank page removal tool.

Joe

     -----Original Message-----
     From: Jaffe, Jonathan [mailto:jjaffe@weitzlux.com]
     Sent: Friday, August 10, 2007 2:43 PM
     To: Yeager, Joe
     Cc: Pederson, Mike; Winchester, Tony; Freebery, James J.; Dupre, Andrew
     Subject: RE: Blank Pages

     Joe,

I would like to keep the fields as is and have a cross reference file as you specify.

What class of error do these blank pages fixes now resolve?

Best regards,

Jonathan Jaffe

From: Yeager, Joe [mailto:JYeager@McCarter.com]
Sent: Friday, August 10, 2007 2:34 PM
To: Jaffe, Jonathan
Cc: Pederson, Mike; Winchester, Tony; Freebery, James J.; Dupre, Andrew
Subject: RE: Blank Pages

Jonathan,

In answer to your question, yes the replacements were provided with new controls numbers in order to preserve the original documents in Introspect, as there should not be duplicate control numbers in the system. The replacement documents were then loaded in as new documents. These documents will be produced with new production bates numbers in order to mitigate any issues with gaps or overlaps due to the new and different page counts.

The replacement documents have new control numbers and will have new production bates numbers, but their relationship to the originally produced documents has been preserved. The question is what format would you like to receive this relationship data. We could create 2 new fields your online review tool that mimics the two new fields in Introspect and we can modify the DAT files to include this data.

Conversely, if you would like to keep the fields as is, and just have a cross-reference file, we can generate a report that details the current control number, current production bates number, original control number, and original production bates number for each document.

Joe

-----Original Message-----

3

From: Jaffe, Jonathan [mailto:jjaffe@weitzlux.com]
Sent: Friday, August 10, 2007 10:35 AM
To: Yeager, Joe
Cc: Winchester, Tony; Freebery, James J.; Dupre, Andrew; Pederson, Mike; Pennock, Paul
Subject: RE: Blank Pages

Joe,


Please remember to copy plaintiff's counsel on your communications. As a reminder, I am not counsel.


I'm a bit confused. Are the beginning bates numbers modified? If so, why? Why are the control numbers not equivalent as well?


Best regards,

Jonathan Jaffe


From: Yeager, Joe [mailto:JYeager@McCarter.com]
Sent: Friday, August 10, 2007 9:59 AM
To: Jaffe, Jonathan
Cc: Winchester, Tony; Freebery, James J.; Dupre, Andrew; Yeager, Joe
Subject: Blank Pages


Jonathan,

As you know, we expect to deliver a separate production of blank pages.  Our vendor requests guidance on how best to provide a reference of the original control numbers and original beg bates values in the new production. The choices are: (1) insert the original control numbers into the DAT file for your reference or (2) provide a separate spreadsheet with the original control numbers or (3) both or (4) neither.

We'd like to make this as easy as possible for you; please advise.

Sincerely,

Joe


_____
Joe P. Yeager, Esq
McCarter & English, LLP
Business Litigation Group

4

405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984.6300 telephone
(302) 984.6399 facsimile
Email: jyeager@mccarter.com

This email message from the law firm of McCarter & English, LLP
is for the sole use of the intended recipient(s)and may contain confidential and
privileged information. Any unauthorized review, use, disclosure or distribution
is prohibited. If you are not the intended recipient, please contact the sender
by reply email(or helpdesk@mccarter.com) and destroy all copies of the original
message.

This email message from the law firm of McCarter & English, LLP is for
the sole use of the intended recipient(s)and may contain confidential and
privileged information. Any unauthorized review, use, disclosure or distribution
is prohibited. If you are not the intended recipient, please contact the sender
by reply email(or helpdesk@mccarter.com) and destroy all copies of the original
message.

This email message from the law firm of McCarter & English, LLP is for the sole
use of the intended recipient(s)and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is
prohibited. If you are not the intended recipient, please contact the sender by
reply email(or helpdesk@mccarter.com) and destroy all copies of the original
message.

This email message from the law firm of McCarter & English, LLP is for the sole
use of the intended recipient(s)and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is
prohibited. If you are not the intended recipient, please contact the sender by
reply email(or helpdesk@mccarter.com) and destroy all copies of the original
message.