## Dennis Canty

| | |
|---|---|
| **From:** | Jaffe, Jonathan [jjaffe@weitzlux.com] |
| **Sent:** | Monday, August 20, 2007 10:02 AM |
| **To:** | Adupre@mccarter.com; JYeager@McCarter.com; Munno, Thomas; Torregrossa, Brennan; Tony Winchester; Jim Freebery; McConnell, Stephen |
| **Cc:** | Pederson, Mike; Pennock, Paul; sallen@crusescott.com; cbailey@bpblaw.com; Dennis Canty; ftrammell@bpblaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; Larry J. Gornick; MPerrin@bpblaw.com; pschneider@gsnlaw.com; Fernandez, Lenny; Schultz, Laurie; Laura Brandenberg; Chiu, Yommy |
| **Subject:** | Corrected Load Files: Missing Custodian From Source |

Gentlemen,

This email specifically addresses the issue of documents in the corrected load files that are missing what we believe to be the correct custodians in the Source field. Here are three examples out of many that I have pulled to illustrate the issue.

In the file Beamish, Don.dat, AZSER4874716 only has Blessington, Jim and Palczuk, Linda designated as custodians.

In the file Jones, Kathryn.dat, AZSER3673918 only has Jones, Martin and Mullen, Jamie designated as custodians.

In the file Repp, Ed.dat, AZSER4875356 only has Bucklen, Kristin designated as the custodian.

We still cannot process these files without a format alteration that changes and removes characters and may not keep the integrity of the file.

Please let me know how we can identify, correct and account for this issue.

Thank you,
Jonathan Jaffe