**Dennis Canty**

| | |
|---|---|
| **From:** | Jaffe, Jonathan [jjaffe@weitzlux.com] |
| **Sent:** | Monday, August 20, 2007 10:07 AM |
| **To:** | Adupre@mccarter.com; JYeager@McCarter.com; Munno, Thomas; Torregrossa, Brennan; Tony Winchester; Jim Freebery; McConnell, Stephen |
| **Cc:** | Pederson, Mike; Pennock, Paul; sallen@crusescott.com; cbailey@bpblaw.com; Dennis Canty; ftrammell@bpblaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; Larry J. Gornick; MPerrin@bpblaw.com; pschneider@gsnlaw.com; Fernandez, Lenny; Schultz, Laurie; Laura Brandenberg; Chiu, Yommy |
| **Subject:** | Corrected Load Files: Columns and Fields Counts Are Not Matching |
| **Attachments:** | Fields and Column Counts Not Matching.xls |

Gentlemen,

This email specifically addresses the issue of documents in the corrected load files where the count of fields are not matching the count of headers in the file leading to us not being able to load in the corrected metadata for these documents.

I have attached a list of over 5000 instances we have encountered while trying to process three of the first eight custodians.

Please let me know how we can identify, correct and account for this issue.

Thank you,
Jonathan Jaffe