**HITACHI** Inspire the Next

# Hitachi Consulting

# Hitachi Consulting Overview

*For Weitz & Luxenberg PC*

*August 27th, 2007*

*Inspiring Your Next Success!®*  Company Confidential - Copyright 2007 Hitachi Consulting

# Hitachi Consulting 

To:     Jonathan Jaffe

From:   Michael Reddy
        617.357.7901 (o)
        617.320.7071 (m)
        mreddy@hitachiconsulting.com

> The following document contains the information you requested to the best of our ability given the short timeframe.  Please excuse the format and any omissions or generalizations.  Over the course of the selection process, we will provide any additional information you may require.

> Your information request was for the following:
  » Overview of Hitachi Consulting (Size, Services)
  » Technology Vendor Capabilities (Alliance Status, Capabilities)
  » Disclosure of our ties the Pharmaceutical Industry
  » CV of a potential leader(s) of the effort  (Separate File)

 **Hitachi Consulting** 

# Hitachi Worldwide

**Corporate Branding**



- Hitachi Consulting's corporate statement embodies Hitachi's commitment to continue to inspire coming generations with the latest products, systems and services.
- We are committed to becoming a "Best Solution Partner" for all customers around the world. *

**By The Numbers**

- Founded in 1910
- 934 Companies (450 in Japan, 484 in other countries)
- 384,444 Employees
- $86.8 Billion Revenue
- Invested $3.6 Billion in R&D in 2006

**Overview**



- Over 1,500 consultants worldwide
- Practical Solutions:  Flexible, Expert
- Depth with Efficiency
    - Better alternative to boutiques and the Mega-firms



# Hitachi Consulting: What we are

Hitachi Consulting strives to understand each company's unique business needs and implements practical business strategies and technology solutions that improve their business. From business process optimization to enterprise application implementation and integration, Hitachi Consulting is committed to your success.

## INDUSTRY STRENGTHS

- Aerospace & Defense
- Communications, Media & Entertainment
- Food & Beverage/Consumer Packaged Goods
- Energy
- Engineering & Construction
- Financial Services
- Healthcare & Life Sciences
- High Tech Manufacturing & Software
- Industrial Manufacturing
- Retail
- Services

## SOLUTIONS EXPERIENCE

**CORPORATE MANAGEMENT**
- Corporate Performance Management
- Financial Analytics
- Finance Function Optimization
- HR Function Optimization
- Human Capital Analytics
- Operations Optimization
- Organization Effectiveness
- Strategy

**CUSTOMER AND CHANNEL**
- Applications & Technology
- Customer Care Optimization
- Marketing Optimization
- Performance Mgmt and Analytics
- Sales and Channel Optimization
- Strategy

**STRATEGIC TECHNOLOGY**
- BI Competency Center
- Enterprise Data Warehouse
- Enterprise Information Management
- IT Operations
- IT Strategy
- Service-Oriented Architecture

**SUPPLY CHAIN**
- Analytics & Performance Management
- Implementation
- Logistics Execution & Optimization
- Strategy & Assessment
- Manufacturing Execution & Optimization
- Procurement and Sourcing
- Procurement Outsourcing
- Sales & Operations Planning



## DELIVERY STRENGTHS

- Business Intelligence & Performance Management
- Business Process Improvement
- Custom Development
- External Education Services
- Infrastructure
- Organizational Change Management
- Packaged Applications
- Project, Program and Portfolio Management (3PM)
- Research
- Strategy Development
- Systems Integration

## STRATEGIC ALLIANCES

- Hyperion
- Lawson
- Microsoft
- Oracle / JDE
- SAP

- Project-oriented
- Technically skilled
- Functional experts
- Offshore-capable
- Small teams
- Flexible approach

 

# Alliances

At Hitachi Consulting, we build and nurture relationships with technology providers in all categories to ensure we can provide the best possible solutions for clients' unique business needs.

We have deep, long-standing relationships with several enterprise application providers. Our dedicated professionals collaborate with these strategic alliances to deliver and support integrated, end-to-end business solutions that help you achieve measurable value quickly.

    



# Our Microsoft Practice

> Hitachi Consulting has been a Microsoft Certified Consulting Partner since 1995
>> Hitachi Consulting is Gold Certified in Consulting Services and Systems Integration
>> Member of Microsoft BI and MBS Partner Advisory Councils
>> Microsoft practice of over 300 dedicated and trained Microsoft Professionals
>> Hitachi Consulting is Part of Microsoft's Virtual TS (Technology Specialist)  Program

> Microsoft Business Intelligence/Data Management Partner of the Year, 2006
>> Hitachi Consulting is Microsoft's Go-To Partner for Business Intelligence
>> Executive Level relationships throughout the entire Business Intelligence Stack

> Microsoft Information Worker Solutions, Messaging and Collaboration Partner of the Year, 2007
>> Hitachi Consulting is Microsoft's Go-To Partner for Information Worker Solutions, Messaging and Collaboration

> Microsoft Dynamics U.S. Partner of the Year 2005 & 2006 & 2007
>> 50% of all Master Certified AX Consultants are with Hitachi Consulting
>> Combined Experience of 100+ Dynamics AX Implementations

> Nation-wide Custom Development Competency dedicated to researching and presenting leading edge .NET solutions and architectures
>> Hitachi Consulting .NET Frameworks and reusable components built through several successful engagements that reduces risk and improves efficiency
>> An integrated methodology that blends industry standard SDLC (RUP) with project, change, and risk management, including specific user interaction/experience components
>> A superb team of . NET consultants who are experienced in .NET system development projects

> A premier relationship with Microsoft, both as a business partner (a leading implementer of its .NET technology) and as a client (Microsoft is one of Hitachi Consulting's largest and most trusted customers)



*Inspiring Your Next Success!*®   Company Confidential - Copyright 2007 Hitachi Consulting

© Copyright 2007 Hitachi Consulting All Rights Reserved, Proprietary and Confidential, For Discussion Purposes Only

**Hitachi Consulting** 

# Our Microsoft Service Offerings

## FY 07 Offerings

» Business Intelligence and Performance Management at the Edge

- Planning, Budgeting and Forecasting at the Edge
- Performance Point/CPM
- Mobile Analytics
- Microsoft Reporting Center of Excellence
    - Competitive Migrations to Reporting Services
- Building a Microsoft BI Infrastructure
    - Application Platform Infrastructure Optimization

» Information Worker Enablement

- Collaboration, ECM, KM and Workflow - BPIO
- MOSS 2007 Enterprise Deployments
    - MOSS 2007 as a Compliance Enabler
    - MOSS 2007 Migrations

» ERP/Microsoft Interoperability

- .NET SOA/Integration/Composite Applications
- MOSS 2007/Enterprise Portal Interoperability
- ERP/Microsoft BI Interoperability
- ERP/Microsoft Interoperability

» Custom Development & Systems Integration

- Migrations to the .NET Platform
- Customizations and Integration to Existing Applications
- Integration of Data Sources and Applications into a Unified View



*Inspiring Your Next Success!®*   6   Company Confidential - Copyright 2007 Hitachi Consulting

© Copyright 2007 Hitachi Consulting All Rights Reserved, Proprietary and Confidential, For Discussion Purposes Only

 

# Oracle Practice Alliance and Partnership

*Hitachi Consulting is a Certified Advantage Partner that provides a wide range of services related to Oracle business applications and supporting technology.*

> **Background**
  » One of 23 Certified Advantage Partners nationally (one of only 9 systems integrators)
  » Strong relationships between key Oracle executives and the Hitachi Consulting Oracle practice.
  » First implementers of key Oracle products for mid-size manufacturers such as Process Manufacturing, Flow Manufacturing
  » Member of Oracle's Field Advisory Board for Flow Manufacturing, Advanced Planning and Scheduling, Warehouse Management, and Process Manufacturing
  » Member of Oracle's Industry Advisory Board for Hi-Tech Manufacturing, Process Manufacturing, and AEC
  » Significant investment in Oracle-centric implementation tools and methods including the development of our AIM Plus methodology and Business Flow Accelerators

> **Key Metrics**
  » **2005 Regional Titan award recipient – Regional SI Integrator of the year**
  » Over **220 dedicated Oracle resources**, 370 skilled in Applications and Technology
  » Over **85 completed** or ongoing 11i implementations and upgrades
  » 1999 - 2004 Oracle General Business Partner of the Year
  » 1999, 2000, 2001, 2002, 2003, 2005 Regional Oracle Partner of the Year
  » Oracle's National Preferred Partner for the Engineering and Construction Industry
  » Certified Oracle On-Demand Implementer







# Deep SAP Background and Knowledge

> Hitachi Consulting has successfully implemented over 70 SAP projects

> Hitachi Consulting is one of only 2 firms that are National Certified **mid-market implementation partners**

> Hitachi is a user, reseller and global partner of SAP

> Hitachi is an end user of SAP solutions with SAP installations in over 24 divisions.

> Globally, Hitachi has 3,000 SAP consultants, plus another 2,000 with our Global Solution Center

> Our SAP consulting resources average more than 12 years of work experience, with most having a strong mix of consulting and industry experience
 » Averaging 12+ years of business experience
 » Including 5+ years of consulting experience
 » Combined with 6+ years of SAP experience
 » In-depth knowledge of solution sets





# Hitachi Consulting Alliance with SAP



Hitachi Consulting applies the full spectrum of SAP Business solutions, from upgrades and enterprise integration to supply chain management, procurement, and customer relationship management.

> SAP Assessments, Process Redesign
  » Hitachi Consulting has defined assessments in the following SAP focus areas: Project Planning, SAP Upgrades, SCM, CRM, ROI, Rapid Implementation, Hosting, & Continuous Improvement

> SAP Enterprise Resource Planning (SAP R/3, ECC 5 and ECC 6)
  » Hitachi Consulting delivers strategies for a traditional back office or collaborative environment. Our consultants implement rapid SAP-ERP implementations and B2B collaborative solutions

> SAP Customer Relationship Management (CRM)
  » Hitachi Consulting's distinctive mySAP CRM Roadmap takes companies through reviewing customer management concepts, developing a business case, and building an implementation plan

> SAP Portals
  » We implement both employee and external-facing portals using SAP's Enterprise Portal and technologies such as SSL, SiteMinder, and SAP's Unification Platform for a secure and fully ERP-integrated portal

> SAP Business Warehouse (BW)
  » Our Business Warehouse solution allows companies to leverage investments made in SAP technology by reducing the complexity of the IT system landscape

> SAP APO and Supply Chain Management
  » Averaging more than 12 years of supply chain experience, our consultants provide full lifecycle Supply Chain Management (SCM) solutions

 

# Disclosure



A&D, Automotive & Industrial Manufacturing
25%

High Tech Manufacturing & Software Providers
23%

Communications, Media & Entertainment
16%

Food & Beverage, Consumer Goods Mfg. & Retail
13%

Healthcare & Biotech
7%

Engineering & Construction
5%

Financial Services
4%

Energy & Utilities
2%

Other
5%

> Less than 8% of our firm's revenue comes form the Healthcare and Biotech industry

> eDiscovery is not a current offering of Hitachi Consulting

 

# Disclosure

> Hitachi Consulting has served over 750 clients in the last 4 years, and thousands of clients in its history.

> Healthcare is a recognized industry at our firm. However, it is not a significant revenue-generating industry.

> Pharmaceutical Industry is recognized as a segment within the Healthcare Industry. However, it is not a target within the Healthcare industry, nor is it a significant revenue-generating segment.

| HealthCare/LifeSciences | Greater than $500,000 in fees over last 4 years |
|---|---|
| Statline | x |
| Stowers Institute for Medical Research | |
| Alticor Inc | |
| Natrol | |
| Abbott Laboratories | x |
| BioMarin | |
| Combe Inc. | |
| Dendrite | |
| Organon USA Inc. | |
| Pfizer World Wide Pharmacuetical Sciences | |
| UCB Pharma, Inc. | x |
| Agensys | |
| Amgen, Inc. | |
| Serologicals Corporation | x |
| Magellan Health Services | x |
| Catholic Health Initatives (CHI) | x |
| HCA | x |
| Kessler Rehabilitation Corporation | |
| Matria Healthcare, Inc. | |
| MD Anderson Cancer Center | |
| SOUTHERN OHIO MEDICAL CENTER | |
| Spectrum Brands | |
| St. Paul Fire and Marine Insurance Co. | |
| Stevens Healthcare | |
| SUTTER HEALTH | |
| Tenet Healthcare Corporation | |
| Wheaton Franciscan Systems, Inc | |
| Wheaton Franciscan Systems, Inc | |
| Diagnostic Systems Laboratories, Inc | |
| Visiting Nurse - Hospice Atlanta | |
| Premier Bankcard | |
| AmeriPath | x |
| Express Scripts, Inc. | |
| HealthCare Partners Medical Group | |
| iHealth Technologies | |
| LifeMasters | x |

 

# Leader Resumes

> Included in the package is the resumes of three individuals. These represent consultants that may play a part in this effort. Timing, availability and further discovery with dictate eventual staffing.

> **Paul Turgeon:** Paul has spent most of his career in the development and management of highly secured software in the banking industry. His methods and experience in audit/compliance of highly controlled data and systems would be a strong asset to the team.

> **Jeff Gray:** One of our most advanced Microsoft experts, Jeff provides knowledge of the tools, techniques and products surrounding the Microsoft products.

> **Harry Abell:** Harry represents an architect that can both manage and provide technical expertise across a diverse technology infrastructure.

> **Not represented:** SAP, Oracle and other technologies. Hitachi Consulting has hundreds of highly experienced professionals in both these disciplines.