**EXHIBIT 1**

# EXHIBIT 1

## Bailey Perrin Bailey, LLP

## List of Cases Ripe for Dismissal With Prejudice

| | | | |
|---|---|---|---|
| 1. | Abrams | Cynthia | 6:07-cv-11350 |
| 2. | Albright | Camelia | 6:07-cv-15855 |
| 3. | Bago | Leslie | 6:07-cv-10817 |
| 4. | Browing | Rickie | 6:07-cv-11433 |
| 5. | Brown | B. [a minor, designated as Tina Cramer] | 6:07-cv-15588 |
| 6. | Bryant | Donnie | 6:07-cv-15952 |
| 7. | Bullard | Jackie | 6:07-cv-13194 |
| 8. | Byrge | Bill | 6:07-cv-13211 |
| 9. | Carter | Miranda [Michael Carter on behalf of] | 6:07-cv-15983 |
| 10. | Clark | Julie | 6:07-cv-11053 |
| 11. | Clarkson | Karen [Lisa Carter, on behalf of] | 6:07-cv-13233 |
| 12. | Clements | Eric | 6:07-cv-13262 |
| 13. | Cornell | Pamela | 6:07-cv-16028 |
| 14. | Culbreath | Gary | 6:07-cv-16042 |
| 15. | Davis | Timothy | 6:06-cv-10847 |
| 16. | Day | Malcolm | 6:07-cv-10848 |
| 17. | De Rafelo | Susan | 6:07-cv-12124 |
| 18. | Duncan | Armando | 6:07-cv-10855 |
| 19. | Eibeck | William | 6:07-cv-11533 |
| 20. | Emery | Edward | 6:07-cv-10862 |
| 21. | Fuller | Bobbie | 6:07-cv-15834 |
| 22. | Gabaldon | Aurora | 6:07-cv-13452 |
| 23. | Hardin | Linda | 6:07-cv-11622 |
| 24. | Heatley | Carolyn | 6:07-cv-16175 |
| 25. | Hendrix | Barry | 6:07-cv-11636 |
| 26. | Holloway | Tony | 6:07-cv-11650 |
| 27. | Hull | Sharon | 6:07-cv-15595 |
| 28. | Jammeh | Rosie | 6:07-cv-13674 |
| 29. | Jones | George W. | 6:07-cv-13701 |
| 30. | Kelly | Marsha | 6:07-cv-11708 |
| 31. | Kelly | Tammie J. | 6:07-cv-10912 |

| 32. | Kramer | Shawn | 6:07-cv-13780 |
|---|---|---|---|
| 33. | Lawson | Darrell | 6:07-cv-11229 |
| 34. | Lee | Lindsay | 6:07-cv-10684 |
| 35. | March | Evelyn | 6:07-cv-16320 |
| 36. | McDaniel | Harry | 6:07-cv-10698 |
| 37. | McKinney | Karen | 6:07-cv-11786 |
| 38. | McNair | Nancy | 6:07-cv-12184 |
| 39. | McReaken | Cynthia | 6:07-cv-10702 |
| 40. | Melendez | Maria | 6:07-cv-12186 |
| 41. | Metcalf | Larry | 6:07-cv-16362 |
| 42. | Metz | Angela | 6:07-cv-10948 |
| 43. | Molton | Anthony | 6:07-cv-12188 |
| 44. | Mueller | Bryan | 6:07-cv-12191 |
| 45. | Nordby | Brian | 6:07-cv-12196 |
| 46. | Olson | Darlene | 6:07-cv-12200 |
| 47. | Ousley | Nicole | 6:07-cv-12201 |
| 48. | Parsons | Frank | 6:07-cv-12203 |
| 49. | Parsons | Virginia | 6:07-cv-14036 |
| 50. | Patrick | Karen | 6:07-cv-15611 |
| 51. | Patrick | LaShawn | 6:07-cv-10714 |
| 52. | Perea | Juan | 6:07-cv-16443 |
| 53. | Plsek | Sara | 6:07-cv-12206 |
| 54. | Plummer | Sharon [designated as Pearlie Mae Johnson] | 6:07-cv-16460 |
| 55. | Pugh | Evelyn | 6:07-cv-10979 |
| 56. | Rabideaux | Christine | 6:07-cv-12211 |
| 57. | Richardson | Rubin | 6:07-cv-11282 |
| 58. | Riley | Earline | 6:07-cv-10415 |
| 59. | Roberts | Jude | 6:07-cv-15575 |
| 60. | Sepulveda | Raymond | 6:07-cv-10754 |
| 61. | Shelton | Lonnie | 6:07-cv-11004 |
| 62. | Taylor | Jack | 6:07-cv-16608 |
| 63. | Tevis | Charles | 6:07-cv-14368 |
| 64. | Thompson | Barbara [Eric Thompson, as a representative] | 6:07-cv-14379 |
| 65. | Thorsberry | Timothy | 6:07-cv-14385 |
| 66. | Trautz | Gloria | 6:07-cv-12237 |
| 67. | Trickel | Mark | 6:07-cv-12238 |
| 68. | Webb | Jody | 6:07-cv-11331 |

| 69. | Wiest | James | 6:07-cv-12055 |
|---|---|---|---|
| 70. | Williams | Christina | 6:07-cv-12060 |
| 71. | Wilson | Paula [designated as Lee Eads] | 6:07-cv-14513 |
| 72. | Wood | Doris | 6:07-cv-16706 |
| 73. | Wood | Tyler (Jacquelyn Kukla obo Tyler Wood, a minor) | 6:07-cv-15598 |
| 74. | Woody | Vicky | 6:07-cv-12079 |
| 75. | Yarbrough | Chassidy | 6:07-cv-11345 |
| 76. | Yu | Arthur | 6:07-cv-12084 |
| 77. | Zeck | Michael | 6:07-cv-12255 |