**EXHIBIT 2**

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE:  Seroquel Products Liability Litigation,**
**MDL DOCKET NO. 1769**

**This document relates to:**

**ALL CASES IN EXHIBIT 1**

_____

   **IT IS ON THIS ____ day of _____, 2007 ORDERED** as follows:

  All of the claims of Plaintiffs listed in Exhibit 1 to this Order only are **DISMISSED**

**WITH PREJUDICE** for failure to timely serve upon Defendants a completed PFS with all

requested information, documents, and authorizations.

DATED: _____    _____

              **ORDERED BY THE COURT**