# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

                              **Case No. 6:06-md-1769-Orl-22DAB**

**This document relates to:**

**CHERYL GINTER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11597-ACC-DAB**

**ALGEE HAMILTON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13539-ACC-DAB**

**SHARON HANSHEW v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11621-ACC-DAB**

**FREDERICK D. HENSLEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12554-ACC-DAB**

**WILLIAMETTE IRONHAWK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11668-ACC-DAB**

**NICHOLAS KRAGER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11720-ACC-DAB**

**PAM MCPHERSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12695-ACC-DAB**

**JAY MEDDEAUGH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12185-ACC-DAB**

**TAMMY ROCHESTER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11919-ACC-DAB**

**JENNIFER WARREN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12955-ACC-DAB**
_____/

**ORDER**

This cause comes before the Court for consideration of AstraZeneca's Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Plaintiff Fact Sheets (Doc. 387), filed on August 20, 2007, to which Plaintiffs responded (Doc. 421) on August 30, 2007. In accordance with Case Management Order No. 2, and for the reasons stated in this Court's September 14, 2007, Order (Doc. 463), it is **ORDERED** as follows:

1. AstraZeneca's Motion Requesting Conversion to Dismissal With Prejudice for Failure to Serve Plaintiff Fact Sheets (Doc. 387) is **GRANTED**.

2. All of the claims of the above-named Plaintiffs are hereby **DISMISSED WITH PREJUDICE** for repeated failures to timely serve upon Defendants completed and verified Plaintiff Fact Sheets with all requested information, documents, and authorizations.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 18, 2007.

Copies furnished to:

Counsel of Record

_____
ANNE C. CONWAY
United States District Judge