# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

**This document relates to:**

**KATHLEEN ADAMSON v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-12261-ACC-DAB

**KATHRYN ALLEGRI v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-11356-ACC-DAB

**JOAN M. AMENDOLA v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-12267-ACC-DAB

**JAYNE AMORESE v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-13034-ACC-DAB

**MONIQUE ARMSTRONG v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15679-ACC-DAB

**FRANCIS M. AUGUSTINE v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-13051-ACC-DAB

**RICHARD L. AUSTIN v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-13053-ACC-DAB

**MARCUS BAKER v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-13059-ACC-DAB

**REVA B. BALL v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-13063-ACC-DAB

**MANUEL BANDA-VEGA v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-12278-ACC-DAB

**DAVID BANION v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-13067-ACC-DAB

**VALENCIA J. BARNES v. ASTRAZENECA LP, ET AL.**

**MDL Case No. 6:07-cv-13072-ACC-DAB**

**RODNEY W. BARWICK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13079-ACC-DAB**

**DONALD BECKHAM v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13088-ACC-DAB**

**CHERYL A. BEDFORD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13090-ACC-DAB**

**BONNIE A. BELILLE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15685-ACC-DAB**

**JAMES BELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13094-ACC-DAB**

**SUSAN R. BELLAMY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13096-ACC-DAB**

**RICHARD C. BOWENS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13140-ACC-DAB**

**CYNTHIA K. BREWER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13152-ACC-DAB**

**DYLAN BROWN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13166-ACC-DAB**

**FREDDIE M. BROWN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12318-ACC-DAB**

**LARRY G. BROWN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13172-ACC-DAB**

**ROBERT S. BRUNER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13184-ACC-DAB**

**JONATHAN E. BRYAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13186-ACC-DAB**

**AMANDA BUCHER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13191-ACC-DAB**

**MELANIE BURKET v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12328-ACC-DAB**

**PAMELA R. CAIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12338-ACC-DAB**

**CONNIE CAMPBELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12344-ACC-DAB**

**LINDA M. CAMPBELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12345-ACC-DAB**

**VERA L. CAMPBELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12346-ACC-DAB**

**SANDRA CARDER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13225-ACC-DAB**

**CONNIE CHASTAIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12366-ACC-DAB**

**MARVIN CHATHAM v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13241-ACC-DAB**

**ORA CHEWNING v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13247-ACC-DAB**

**DEBRA L. CHILDERS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13249-ACC-DAB**

**SANDRA K. CHILDERS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13250-ACC-DAB**

**KENNETH S. CHIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12368-ACC-DAB**

**MARY G. CHURCH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13254-ACC-DAB**

**ADAM M. CLARK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13256-ACC-DAB**

**TIMOTHY L. CLARK v. ASTRAZENECA LP, ET AL.**

**MDL Case No. 6:07-cv-12371-ACC-DAB**

**JANET A. CLAYPOOL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13259-ACC-DAB**

**WANDA K. CLAYPOOL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13260-ACC-DAB**

**LILA K. COFFELT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13272-ACC-DAB**

**NANCY J. COLEMAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13276-ACC-DAB**

**VIRGINIA L. COLLINS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13280-ACC-DAB**

**ANGELA L. COLWELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15697-ACC-DAB**

**ROBERT D. COMMODORE, JR. v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13281-ACC-DAB**

**JOHN P. CONRAD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12388-ACC-DAB**

**RICHARD B. COOPER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13296-ACC-DAB**

**DIANE R. CORPENO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13301-ACC-DAB**

**RUTH CUESTAS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12402-ACC-DAB**

**MARILYN L. CURTIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13318-ACC-DAB**

**AMIRAH S. DANIELS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13323-ACC-DAB**

**R.N. NANCY DAVIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13334-ACC-DAB**

**BEVERLY DEAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13347-ACC-DAB**

**DONNIE L. DICKEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13362-ACC-DAB**

**RONALD DILL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13365-ACC-DAB**

**CAROLYN V. DORWART v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12436-ACC-DAB**

**LAURA DUCKWORTH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12439-ACC-DAB**

**BILLIE K. DUGGER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13386-ACC-DAB**

**KATHY L. DURDEL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12441-ACC-DAB**

**HAZEL D. EDENS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12447-ACC-DAB**

**FRANK L. ELLIOT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12453-ACC-DAB**

**ROSA B. ELLIOTT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13400-ACC-DAB**

**KAREN ESKEW v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12461-ACC-DAB**

**JENNIFER A. FELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13420-ACC-DAB**

**WILLIAM H. FERGUSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13421-ACC-DAB**

**DAWN FERNAND v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12471-ACC-DAB**

**RUSSELL FICKBOHM v. ASTRAZENECA LP, ET AL.**

**MDL Case No. 6:07-cv-13423-ACC-DAB**

**BARRY FIELD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12472-ACC-DAB**

**DIANNA L. FOOCE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13438-ACC-DAB**

**RICHARD W. FRALEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13441-ACC-DAB**

**SHERRY L. FRESHOUR v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13445-ACC-DAB**

**GEORGE F. GALLEGOS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13457-ACC-DAB**

**BILLY J. GENTRY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12487-ACC-DAB**

**SHIELA L. GEORGE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13471-ACC-DAB**

**SANDRA H. GIBSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12493-ACC-DAB**

**ASHLEY N. GILLIA v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12496-ACC-DAB**

**JUDY GIVENS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13479-ACC-DAB**

**KORVETTA S. GLASPER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13480-ACC-DAB**

**JOHN L. GODBOUT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13483-ACC-DAB**

**JACQUELINE GOMES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13488-ACC-DAB**

**RICHARD A. GRAGORACE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13500-ACC-DAB**

**JANICE C. GRAY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12514-ACC-DAB**

**DEBRA R. GRIFFIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13519-ACC-DAB**

**BARBARA A. HADORN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12527-ACC-DAB**

**BARBARA HALL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12528-ACC-DAB**

**MARION L. HALL, JR. v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15732-ACC-DAB**

**JENELLE HAMMOND v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13545-ACC-DAB**

**ROBERT W. HANKINSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13547-ACC-DAB**

**TERESA H. HARLOW v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13557-ACC-DAB**

**KATHY D. HARPER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13560-ACC-DAB**

**DUSTIN R. HARRIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13564-ACC-DAB**

**SHERRY HAWKINS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13583-ACC-DAB**

**TANIKA HAYNES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12547-ACC-DAB**

**ALBERTO R. HEREDIA v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12555-ACC-DAB**

**WILBUR G. HILLARD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13604-ACC-DAB**

**ANGELA B. HOLCOMB v. ASTRAZENECA LP, ET AL.**

**MDL Case No. 6:07-cv-13607-ACC-DAB**

**ROBERT L. HOLLOWAY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv- 12567-ACC-DAB**

**RAYMOND J. HOLLYWOOD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13611-ACC-DAB**

**ROBERT L. HOLMES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13616-ACC-DAB**

**BEATRICE H. HOLT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13618-ACC-DAB**

**LINDA J. HURLEY-REID v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12580-ACC-DAB**

**DOROTHY HYATT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13647-ACC-DAB**

**DENISE L. ILER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12583-ACC-DAB**

**WILMA IRVIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12584-ACC-DAB**

**BRENDA JACKSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13659-ACC-DAB**

**TINA JEFFERSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13679-ACC-DAB**

**SHELLENA W. JENKINS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13683-ACC-DAB**

**BEVERLY JOHNSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15741-ACC-DAB**

**CHARLES JOHNSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11683-ACC-DAB**

**DAVID JOHNSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13690-ACC-DAB**

**EDWARD JOHNSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13693-ACC-DAB**

**IRENE C. JONES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13702-ACC-DAB**

**SHIRLEY JONES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12606-ACC-DAB**

**EMMA E. JONES-ADAMS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13708-ACC-DAB**

**CINDY E. KEITH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13731-ACC-DAB**

**FREDDIE T. KEITH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13732-ACC-DAB**

**GILBERT L. KEITH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12609-ACC-DAB**

**JADA N. KELLEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13736-ACC-DAB**

**SEAN B. KELLY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12611-ACC-DAB**

**DEBRA KENNEDY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13742-ACC-DAB**

**TIMOTHY D. KIDDER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13751-ACC-DAB**

**MATTHEW KNOFF v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13772-ACC-DAB**

**JEFFREY A. KOTLARCZYK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13777-ACC-DAB**

**JAIME LEAL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12641-ACC-DAB**

**ISIDRO LEAL-PENA v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12642-ACC-DAB**

_____/

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 406), filed on August 27, 2007, to which Plaintiffs responded (Doc. 442) on September 6, 2007. In accordance with Case Management Order No. 2, and for the reasons stated in this Court's September 14, 2007, Order (Doc. 463), it is **ORDERED** as follows:

1. AstraZeneca's Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 406) is **GRANTED** as to the above-named Plaintiffs.

2. All of the claims of the above-named Plaintiffs are hereby **DISMISSED WITH PREJUDICE** for repeated failures to timely serve upon Defendants completed *and verified* Plaintiff Fact Sheets with all requested information, documents, and authorizations.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 18, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
ANNE C. CONWAY
United States District Judge