# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

                                                     Case No.  6:06-md-1769-Orl-22DAB

This document relates to:

**LARRY ADAMS, JR. v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:06-cv-1026-ACC-DAB

**QUINCY ALDERSON v. ASTRAZENECA PHARMACEUCICALS LP and ASTRAZENECA LP**
MDL Case No. 6:06-cv-1042-ACC-DAB

**DONNA ALI v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:06-cv-1024-ACC-DAB

**LISA A. BIRKNER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:06-cv-1293-ACC-DAB

**RUSSELL L. BURGER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:06-cv-1315-ACC-DAB

**DAWN BURGESS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:06-cv-987-ACC-DAB

**DANIEL CANNON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:06-cv-1287-ACC-DAB

**LORAINE CLEMENTS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:06-cv-1021-ACC-DAB

**LURAE EADES v. ASTRAZENECA PHARMACEUTICALS LP and**

**ASTRAZENECA LP**
**MDL Case No. 6:06-cv-1300-ACC-DAB**

**LAURA FAULK v. ASTRAZENECA PHARMACEUTICALS LP and**
**ASTRAZENECA LP**
**MDL Case No. 6:06-cv-1034-ACC-DAB**

**MARY GEONES v. ASTRAZENECA PHARMACEUTICALS LP and**
**ASTRAZENECA LP**
**MDL Case No. 6:06-cv-1036-ACC-DAB**

**THELMA D. GRAHAM v. ASTRAZENECA PHARMACEUTICALS LP and**
**ASTRAZENECA LP**
**MDL Case No. 6:06-cv-1496-ACC-DAB**

**ETHEL HARKINS v. ASTRAZENECA PHARMACEUTICALS LP and**
**ASTRAZENECA LP**
**MDL Case No. 6:06-cv-982-ACC-DAB**

**MARJORIE HESS v. ASTRAZENECA PHARMACEUTICALS LP and**
**ASTRAZENECA LP**
**MDL Case No. 6:06-cv-989-ACC-DAB**

**KATHERINE HOPKINS-HYCHE v. ASTRAZENECA PHARMACEUTICALS LP and**
**ASTRAZENECA LP**
**MDL Case No. 6:06-cv-1033-ACC-DAB**

**RAMON HOWELL v. ASTRAZENECA PHARMACEUTICALS LP and**
**ASTRAZENECA LP**
**MDL Case No. 6:06-cv-1497-ACC-DAB**

**WILLIAM KASPERSON v. ASTRAZENECA PHARMACEUTICALS LP and**
**ASTRAZENECA LP**
**MDL Case No. 6:06-cv-1006-ACC-DAB**

**KENNETH KING v. ASTRAZENECA PHARMACEUTICALS LP and**
**ASTRAZENECA LP**
**MDL Case No. 6:06-cv-1013-ACC-DAB**

**RITA A. KURILLA v. ASTRAZENECA PHARMACEUTICALS LP and**
**ASTRAZENECA LP**

**MDL Case No. 6:06-cv-1291-ACC-DAB**

**DONNELL L. LAWSHEA v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:06-cv-1296-ACC-DAB**

**LAMONTE LEAR v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:06-cv-1047-ACC-DAB**

**DIANNE MACK v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:06-cv-1025-ACC-DAB**

**JIMMY MARSIGLIA v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:06-cv-1294-ACC-DAB**

**FRANCES MERRYWEATHER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:06-cv-1603-ACC-DAB**

**FRANK R. NIEMANN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:06-cv-1290-ACC-DAB**

**LISA PEAT v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:06-cv-1002-ACC-DAB**

**CLAYTON L. PLUMMER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:06-cv-1304-ACC-DAB**

**ELSIE ROSALES v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:06-cv-983-ACC-DAB**

**JENNIFER RUSCSAK v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:06-cv-1288-ACC-DAB**

**SHARIE WALKER v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:06-cv-995-ACC-DAB**

**LUCAS WEBB v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:06-cv-1003-ACC-DAB**

_____/

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Plaintiff Fact Sheets (Doc. 422), filed on August 31, 2007, to which Plaintiffs have not responded, and AstraZeneca's Amended Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Plaintiff Fact Sheets (Doc. 424), filed on August 31, 2007, to which Plaintiffs have not responded. In accordance with Case Management Order No. 2, and for the reasons stated in this Court's September 14, 2007, Order (Doc. 463), it is **ORDERED** as follows:

1. AstraZeneca's Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Plaintiff Fact Sheets (Doc. 422) is **DENIED** as moot, in light of AstraZeneca's filing of the amended motion.

2. AstraZeneca's Amended Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Plaintiff Fact Sheets (Doc. 424) is **GRANTED**.

3. All of the claims of the above-named Plaintiffs are hereby **DISMISSED WITH PREJUDICE** for repeated failures to timely serve upon Defendants completed and verified Plaintiff Fact Sheets with all requested information, documents, and authorizations.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 18, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge