# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No.  6:06-md-1769-Orl-22DAB

This document relates to:

**CARRIE LEE v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-12643-ACC-DAB

**CARLA LEFLORE v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-12639-ACC-DAB

**ASHLEY LILLARD v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-12649-ACC-DAB

**GERALD J. LINDSEY v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-12653-ACC-DAB

**KAREN L. MCCORMACK v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-12686-ACC-DAB

**HILARY M. MCHAN v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-12690-ACC-DAB

**ERNEST W. MYERS v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-12723-ACC-DAB

**JANET L. NANCE v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-12725-ACC-DAB

**BARBARA OTIS v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-12742-ACC-DAB

**LILA L. PATTEN v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-12751-ACC-DAB

**CHERYL V. PEOPLES v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-12754-ACC-DAB

**JASON POLLACK v. ASTRAZENECA LP, ET AL.**

**MDL Case No. 6:07-cv-12767-ACC-DAB**

**JIMMY E. POTEETE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12775-ACC-DAB**

**MICHAEL J. RANGEL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14120-ACC-DAB**

**DOMINICK L. RENFRO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14140-ACC-DAB**

**BARBARA F. RICHARDSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12795-ACC-DAB**

**CARLOS E. RIVERA v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14160-ACC-DAB**

**WILLIAM ROBINSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12806-ACC-DAB**

**GENEVA G. SANDY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14220-ACC-DAB**

**GALE SAYLES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12823-ACC-DAB**

**INGRID J. SMITH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12858-ACC-DAB**

**CONNIE L. SNOW v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12868-ACC-DAB**

**SARAH J. STEELE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12878-ACC-DAB**

**JODI H. THOMAS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12901-ACC-DAB**

**JACK W. THOMPSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12906-ACC-DAB**

**DONNA L. UNDERWOOD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12923-ACC-DAB**

**JERRY UPTON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12925-ACC-DAB**

**GARY A. VOILES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12938-ACC-DAB**

**JOHN WALKER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12947-ACC-DAB**

**KENNETH WEAR v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12039-ACC-DAB**

**CHEYNEITHEIA WESLEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12968-ACC-DAB**

**STEVEN W. WHITEHURST v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12978-ACC-DAB**

**CHARLES D. WINDER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12996-ACC-DAB**

_____/

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 425), filed on August 31, 2007, to which Plaintiffs responded (Doc. 448) on September 10, 2007. In accordance with Case Management Order No. 2, and for the reasons stated in this Court's September 14, 2007, Order (Doc. 463), it is **ORDERED** as follows:

1. AstraZeneca's Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 425) is **GRANTED**.

2. All of the claims of the above-named Plaintiffs are hereby **DISMISSED WITH**

**PREJUDICE** for repeated failures to timely serve upon Defendants completed *and verified*

Plaintiff Fact Sheets with all requested information, documents, and authorizations.

  **DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 18, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

                    ANNE C. CONWAY
                    United States District Judge