UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

This document relates to:

MARCUS A. LONG v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13821-ACC-DAB

HAZEL P. LUCKEY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13830-ACC-DAB

LORETTA S. MAATMAN v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13835-ACC-DAB

MARCIA L. MADOSH v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13840-ACC-DAB

CHARLES K. MAINOR v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13843-ACC-DAB

BURNS H. MANLY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13851-ACC-DAB

LILIAN L. MAYFIELD v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13883-ACC-DAB

JENNIFER L. MCCABE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13884-ACC-DAB

DELBERT C. MCCALLISTER, SR. v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13886-ACC-DAB

STEVEN R. MCCLELLAND v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13891-ACC-DAB

JAMIE L. MCCOY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13897-ACC-DAB

WILSON M. MCDANIEL v. ASTRAZENECA LP, ET AL.

**MDL Case No. 6:07-cv-13905-ACC-DAB**

**BARBARA A. MILLER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13941-ACC-DAB**

**RODNEY W. MITCHELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15767-ACC-DAB**

**LARONDA A. MIZE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13954-ACC-DAB**

**MARTIN F. MONARREZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13957-ACC-DAB**

**MARGARET MOSE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13976-ACC-DAB**

**JASON R. MULLINS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13983-ACC-DAB**

**SHARON MYHRE, as Next Friend of S.M., a Minor v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15771-ACC-DAB**

**RUBEN NYDELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14017-ACC-DAB**

**BARBARA R. OLOFF v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14023-ACC-DAB**

**MICHELLE K. ONSTAD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14024-ACC-DAB**

**SUSAN L. PACE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14032-ACC-DAB**

**CHARLIE E. PATAT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14041-ACC-DAB**

**LINDA H. PEACOCK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14051-ACC-DAB**

**EMANUEL PEARSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14055-ACC-DAB**

**MONIQUE S. PHILIPS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14069-ACC-DAB**

**DONNA S. PICKETT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14073-ACC-DAB**

**SHARON M. PLENDL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14082-ACC-DAB**

**GARY L. PONTIOUS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14084-ACC-DAB**

**NEAL A. PORTER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14087-ACC-DAB**

**JOSEPH C. POSTELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14089-ACC-DAB**

**JUDITH L. PRITCHETT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14100-ACC-DAB**

**TYHHIIMM R. RAKIM v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14115-ACC-DAB**

**RYAN E. RANK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14121-ACC-DAB**

**CLYDE READER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14126-ACC-DAB**

**JACKEY L. REAM v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14127-ACC-DAB**

**GARY J. RING v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15787-ACC-DAB**

**DANIELLE ROBERTS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15789-ACC-DAB**

**DENA A. ROBINETT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14167-ACC-DAB**

**ROSA M. RODRIGUEZ v. ASTRAZENECA LP, ET AL.**

**MDL Case No. 6:07-cv-14181-ACC-DAB**

**WILLIE ROGERS, JR. v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14185-ACC-DAB**

**SHARON L. ROSENBALM v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14191-ACC-DAB**

**DARLENE M. ROSENTHAL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14192-ACC-DAB**

**KATHLEEN RUDY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14202-ACC-DAB**

**KEYON RUFF v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14203-ACC-DAB**

**NANCY RUMSFELT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14205-ACC-DAB**

**FRANCIS D. RUSINOWSKI v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14206-ACC-DAB**

**LINDA C. SANCHEZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14213-ACC-DAB**

**TODD W. SCHIESS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14232-ACC-DAB**

**PATRICK S. SCHMITT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14233-ACC-DAB**

**JAMES E. SELARIO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15794-ACC-DAB**

**BRENDA A. SINGLEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14274-ACC-DAB**

**ANGELO SMITH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14279-ACC-DAB**

**CLIFTON SMITH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14282-ACC-DAB**

**JENNIFER J. SMITH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15801-ACC-DAB**

**LATOSHA D. SMITH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14289-ACC-DAB**

**PIERETTE Q. SMITH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14292-ACC-DAB**

**SONYA SMITH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14294-ACC-DAB**

**RICHARD L. SOLIZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14303-ACC-DAB**

**ROBIN STRICKLAND-GARLAND v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15807-ACC-DAB**

**VIRGINIA G. TENSLEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14366-ACC-DAB**

**BARBARA A. TOWNSEND v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14395-ACC-DAB**

**JIMMIE L. TRACEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14396-ACC-DAB**

**VERONICA URWILER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14414-ACC-DAB**

**DAVID J. WARNELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14449-ACC-DAB**

**LOIS G. WATSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14457-ACC-DAB**

**ROBERT WILLIAMSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14501-ACC-DAB**

**CONNIE J. WIMMER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14517-ACC-DAB**

**STARLETT L. WOOD v. ASTRAZENECA LP, ET AL.**

**MDL Case No. 6:07-cv-15821-ACC-DAB**

**MAXINE WOODS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13002-ACC-DAB**

**WILLIAM J. WOODS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13004-ACC-DAB**

**SIMONE WOOLARD, as Next Friend of D.L., a Minor v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15822-ACC-DAB**

**TONJA M. WYNN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13009-ACC-DAB**

**JERRY T. YAZZIE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14544-ACC-DAB**

**PAULINE YONEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14546-ACC-DAB**

_____/

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 432), filed on September 4, 2007, to which Plaintiffs responded (Doc. 453) on September 12, 2007. In accordance with Case Management Order No. 2, and for the reasons stated in this Court's September 14, 2007, Order (Doc. 463), it is **ORDERED** as follows:

1. AstraZeneca's Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 432) is **GRANTED** as to the above-named Plaintiffs.

2. All of the claims of the above-named Plaintiffs are hereby **DISMISSED WITH**

**PREJUDICE** for repeated failures to timely serve upon Defendants completed *and verified* Plaintiff Fact Sheets with all requested information, documents, *and authorizations*.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 19, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge