# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

**This document relates to:**

**CYNTHIA F. LOPEZ v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15753-ACC-DAB

**LILLIE PRICE v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15273-ACC-DAB

**PHILLIP W. SPENCER v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15803-ACC-DAB

**NEALA TOOLEY v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-14393-ACC-DAB

**OBIEDEE ZACKERY v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-14553-ACC-DAB

_____/

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 433), filed on September 4, 2007, to which Plaintiffs responded (Doc. 454) on September 12, 2007. In accordance with Case Management Order No. 2, and for the reasons stated in this Court's September 14, 2007, Order (Doc. 463), it is **ORDERED** as follows:

1. AstraZeneca's Motion Requesting Conversion to Dismissal With Prejudice For

Failure to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 433) is

**GRANTED**.

2. All of the claims of the above-named Plaintiffs are hereby **DISMISSED WITH PREJUDICE** for repeated failures to timely serve upon Defendants completed *and verified* Plaintiff Fact Sheets with all requested information, documents, *and authorizations*.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 19, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge