# Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs**

|    | Last Name  | First Name | Case Number    | Ack. Served | HIPAA Served |
|----|------------|------------|----------------|-------------|--------------|
| 1  | Anderson   | Vickie     | 6:07-cv-15866  | 9/17/2007   | 9/17/2007    |
| 2  | Berry      | Julia      | 6:07-cv-14630  | 9/17/2007   | 9/17/2007    |
| 3  | Briner     | Tracy      | 6:07-cv-14669  | 9/17/2007   | 9/17/2007    |
| 4  | Buffington | Carol      | 6:07-cv-15956  | 9/17/2007   | 9/17/2007    |
| 5  | Finister   | Gwendolyn  | 6:07-cv-14848  | 9/17/2007   | 9/17/2007    |
| 6  | Kesslick   | Alisa      | 6:07-cv-16266  | 9/17/2007   | 9/17/2007    |
| 7  | Montano    | Yolanda    | 6:07-cv-16372  | 9/17/2007   | 9/17/2007    |
| 8  | Sharp      | Fechell    | 6:07-cv-15341  | 9/17/2007   | 9/17/2007    |
| 9  | Simpson    | Regina     | 6:07-cv-15353  | 9/17/2007   | 9/17/2007    |
| 10 | Smith      | Anne       | 6:07-cv-16564  | 9/17/2007   | 9/17/2007    |
| 11 | Sullivan   | Linda      | 6:07-cv-15399  | 9/17/2007   | 9/17/2007    |
| 12 | Washington | Ricky      | 6:07-cv-15477  | 9/17/2007   | 9/17/2007    |
| 13 | Williams   | Amanda     | 6:07-cv-16685  | 9/17/2007   | 9/17/2007    |