UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

This Document Relates to ALL CASES

ORDER

This cause is before the Court upon the request of the Special Master appointed by the Court by Order of August 3, 2007 (Document No. 348), joined in by MDL Plaintiffs and Defendants, for an Order aiding in the coordination of case-specific discovery in this MDL.  After consideration of this request and finding that such an Order would facilitate the orderly, uniform and cost-effective acquisition of relevant information and materials for this litigation, it is **ORDERED** as follows:

**1.** *The Basis for this Order.*  This Order is issued pursuant to the Court's authority to direct and control the coordinated discovery in this litigation pursuant to 28 U.S.C. §1407, Fed.R.Civ.P. 16 and Fed.R.Civ.P. 26(b), and the Court's inherent authority to implement its Order of June 11, 2007 (Document No. 225) and Case Management Order No. 4 entered on July 6, 2007 (Document No. 263) regarding case-specific discovery in this MDL.

**2.** *Cases Affected by this Order.*  This Order applies to all cases transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to its Order of July 6, 2006 or as tag-along actions, and all related cases originally filed in this Court or transferred or removed to this Court.

**3.** *Discovery Affected by this Order.*  This Order applies to the case-specific discovery of information and materials from physicians and other healthcare providers relating to plaintiffs in the cases referred to in Paragraph 2 (with each such physician or healthcare provider referred to in this Order as a "Physician") by deposition testimony and the steps necessary to obtain the records of each Physician relating to particular plaintiffs in this litigation.

**4.** *Fees for Deposition Time*.  Unless agreed to by MDL Plaintiffs and Defendants, or otherwise ordered by the Court upon a showing of exceptional circumstances by a Physician by motion submitted to the Court in accordance with the Local Rules of this Court, no Physician may charge or be paid for deposition time an hourly rate exceeding $400.00 per hour.

1

**5.** *Charges for Patient Records*. Unless agreed to by MDL Plaintiffs and Defendants, or otherwise ordered by the Court upon a showing of exceptional circumstances by a Physician by motion submitted to the Court in accordance with the Local Rules of this Court, no Physician may be paid costs for copies of medical records in excess of the larger of $1.00 per page or a minimum fee of $50.00.

**DONE and ORDERED** in Orlando, Florida, on September 19, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record