# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation.

Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause came on for consideration with oral argument on the following motion filed herein:

> **MOTION:** PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF THE MACFADDEN DOCUMENTS (Doc. No. 441)
>
> **FILED:** September 6, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED.**

The material is discoverable; however, this Order does not determine the relevance or admissibility of the material. The parties are **DIRECTED NOT** to make any dissemination of redacted portions which should be treated as "Confidential" under the Protective Order entered as Doc. No. 478.

**DONE** and **ORDERED** in Orlando, Florida on September 20, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record