# Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs**

|    | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|----|-----------|------------|-------------|-------------|--------------|
| 1  | Brown     | Walter     | 6:07-cv-13179 | 9/17/2007 | 9/17/2007 |
| 2  | Canady    | Mark       | 6:07-cv-10832 | 9/17/2007 | 9/17/2007 |
| 3  | Griffin   | Kimber     | 6:07-cv-10882 | 9/17/2007 | 9/17/2007 |
| 4  | Jones     | Wade       | 6:07-cv-13707 | 9/17/2007 | 9/17/2007 |
| 5  | Kenrick   | Michael    | 6:07-cv-13744 | 9/17/2007 | 9/17/2007 |
| 6  | Knee      | Benjamin   | 6:07-cv-10330 | 9/17/2007 | 9/17/2007 |
| 7  | McDaniel  | Joe        | 6:07-cv-11782 | 9/17/2007 | 9/17/2007 |
| 8  | Melton    | Jacqueline | 6:07-cv-10366 | 9/17/2007 | 9/17/2007 |
| 9  | Peralez   | Dominic    | 6:07-cv-16442 | 9/17/2007 | 9/17/2007 |
| 10 | Rash      | Eula       | 6:07-cv-11278 | 9/17/2007 | 9/17/2007 |
| 11 | Sauls     | Terry      | 6:07-cv-10747 | 9/17/2007 | 9/17/2007 |
| 12 | See       | Patricia   | 6:07-cv-11002 | 9/17/2007 | 9/17/2007 |
| 13 | Smith     | Robert     | 6:07-cv-11970 | 9/17/2007 | 9/17/2007 |
| 14 | Sutten    | Carrie     | 6:07-cv-11314 | 9/17/2007 | 9/17/2007 |