# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

**This document relates to:**

RITA CALAHAN v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-12340-ACC-DAB

ETHEL E. DICE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-12426-ACC-DAB

DEBBIE L. FABER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-12467-ACC-DAB

FREDDIE W. HILL v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-12560-ACC-DAB

KRISTY LASSETER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13794-ACC-DAB

MICHAEL D. MAY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-12682-ACC-DAB

MARGARET A. MILLER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13943-ACC-DAB

JOANNE M. SAMPSON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14211-ACC-DAB

LINDA M. SCHUTT v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14236-ACC-DAB

BRENDA S. WATERS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-12957-ACC-DAB

NICHOLAS J. ZINZERIS v. ASTRAZENECA LP, ET AL.

**MDL Case No. 6:07-cv-15826-ACC-DAB**

_____/

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 438), filed on September 5, 2007, to which Plaintiffs responded (Doc. 456) on September 12, 2007.  In accordance with Case Management Order No. 2, and for the reasons stated in this Court's September 14, 2007, Order (Doc. 463), it is **ORDERED** as follows:

1. AstraZeneca's Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 438) is **GRANTED**.

2. All of the claims of the above-named Plaintiffs are hereby **DISMISSED WITH PREJUDICE** for repeated failures to timely serve upon Defendants completed *and verified* Plaintiff Fact Sheets with all requested information, documents, *and authorizations*.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 21, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge