# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

This document relates to:

**MARIA BESTER v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10020-ACC-DAB

**ALBERT BYERLEY v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10021-ACC-DAB

**DANIEL CASSIDY v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10023-ACC-DAB

**TWYLA DISMUKE v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10026-ACC-DAB

**RUSSELL DOSTER v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10027-ACC-DAB

**JEWELL HENDERSON v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10034-ACC-DAB

**THOMAS JONES v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10038-ACC-DAB

**KERRY KREGER-NOTHNAGEL v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10040-ACC-DAB

**TINA LAYNE v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10042-ACC-DAB

**TIMOTHY PEYTON v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10045-ACC-DAB

**KENNETH SPEVACK v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10051-ACC-DAB

**ROBERT TEVIS v. ASTRAZENECA PHARMACEUTICALS LP**

**MDL Case No. 6:07-cv-10054-ACC-DAB**

**SHEILA THORNTON v. ASTRAZENECA PHARMACEUTICALS LP**
**MDL Case No. 6:07-cv-10055-ACC-DAB**

**THOMAS WALKER v. ASTRAZENECA PHARMACEUTICALS LP**
**MDL Case No. 6:07-cv-10056-ACC-DAB**

**STEVEN WARD v. ASTRAZENECA PHARMACEUTICALS LP**
**MDL Case No. 6:07-cv-10057-ACC-DAB**

_____/

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 439), filed on September 5, 2007, to which Plaintiffs have not responded. In accordance with Case Management Order No. 2, and for the reasons stated in this Court's September 14, 2007, Order (Doc. 463), it is **ORDERED** as follows:

1. AstraZeneca's Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 439) is **GRANTED**.

2. All of the claims of the above-named Plaintiffs are hereby **DISMISSED WITH PREJUDICE** for repeated failures to timely serve upon Defendants completed *and verified* Plaintiff Fact Sheets with all requested information, documents, *and authorizations*.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 21, 2007.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge

-3-