# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**
**MDL DOCKET NO. 1769**

---

**This Document Relates to All Cases**

## ORDER

This cause comes before the Court for consideration of Defendants' Motion for an Order Authorizing AstraZeneca to Obtain from Eli Lilly & Company Documents from the Zyprexa MDL Relating to Seroquel Plaintiffs (Doc.____), filed September 24, 2007. Upon consideration of Defendants' Motion, and any opposition thereto, it is hereby **ORDERED** that Defendants' motion is **GRANTED** as follows:

    1.    AstraZeneca is entitled to obtain from Lilly and/or Lilly's agents copies of (a) any and all medical records, mental health records, employment records and educational records of individuals who are plaintiffs in this MDL and who made claims of personal injury against Lilly in <u>In re Zyprexa Products Liability Litigation</u>, No. 04-MD-1596 (E.D.N.Y.) ("Zyprexa MDL"), relating to their ingestion of Zyprexa; (b) all other documents or discovery responses, including Plaintiff Fact Sheets, that were produced or submitted to Lilly in the Zyprexa MDL by, or on behalf of, individuals who are plaintiffs in this MDL and who made claims of personal injury against Lilly relating to their ingestion of Zyprexa; and (c) any submissions made by, or on behalf of, individuals who are plaintiffs in this MDL in support of their settlement claims in any settlement of their Zyprexa-related personal injury claims filed against Lilly in the Zyprexa MDL (excluding any specific dollar amounts included in such submissions);

2. All plaintiffs in this MDL who also filed Zyprexa-related personal injury claims against Lilly in the Zyprexa MDL shall be deemed to have authorized Lilly and/or its agents to provide to AstraZeneca copies of any and all such documents and/or records; and

3. Before obtaining such documents and/or records, AstraZeneca shall furnish to Plaintiffs' Lead Counsel the names of Seroquel plaintiffs whose documents and/or records AstraZeneca intends to obtain from Lilly.

**DONE** and **ORDERED** in Orlando, Florida on _____, 2007.

_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE