# Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs**

|   | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Carriker | Tanya | 6:07-cv-10507 | 9/20/2007 | 9/20/2007 |
| 2 | Harper | Casscilla | 6:07-cv-10884 | 9/20/2007 | 9/20/2007 |
| 3 | Hoy | Gayla | 6:07-cv-10310 | 9/20/2007 | 9/20/2007 |
| 4 | Salamone | Jack | 6:07-cv-10105 | 9/20/2007 | 9/20/2007 |