# Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs**

|   | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Balmer | Edward | 6:07-cv-11067 | 9/21/2007 | 9/21/2007 |
| 2 | Dunnaway | Susan | 6:07-cv-10856 | 9/21/2007 | 9/21/2007 |
| 3 | Evans | Lonnie | 6:07-cv-11179 | 9/21/2007 | 9/21/2007 |
| 4 | Conners, as the Proposed Administrator of the Estate of Pauline B. Hestershaw | Perry | 6:07-cv-13284 | 9/21/2007 | 9/21/2007 |
| 5 | Lias | Roberta | 6:07-cv-10687 | 9/21/2007 | 9/21/2007 |
| 6 | Martin | Kenneth | 6:07-cv-10354 | 9/21/2007 | 9/21/2007 |
| 7 | Pinson | Vernetta | 6:07-cv-14078 | 9/21/2007 | 9/21/2007 |
| 8 | Scott | Ricky | 6:07-cv-11944 | 9/21/2007 | 9/21/2007 |
| 9 | Wilson | Ruth | 6:07-cv-12071 | 9/21/2007 | 9/21/2007 |