# Exhibit 2



**BAILEY PERRIN BAILEY**
*A Registered Limited Liability Partnership*

THE LYRIC CENTRE
440 LOUISIANA, SUITE 2100
HOUSTON, TEXAS 77002
(713) 425-7100 BUSINESS
(713) 425-7101 FACSIMILE

September 21, 2007

**<u>Via FedEx Priority Overnight</u>**
Mr. Brennan J. Torregrossa
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808

Re:   In re: **Seroquel products Liability Litigation**
       **(MDL Docket No. 1769)**

Dear Brennan:

Please find enclosed a CD containing nine (9) Acknowledgments and HIPAA Authorizations for Plaintiffs designated in May. Also included is an Acknowledgement for Plaintiff, Lawrence Fink I have included an accompanying list for your convenience. We will continue to provide you with additional Acknowledgments and HIPAAs upon receipt from our clients.

Please do not hesitate to contact me or Camp, should you have any questions.

Respectfully,

*[signature]*

Sundeep S. Grewal
Attorney at Law

Enclosures:  As stated

cc:   Mr. Camp Bailey  [Firm]

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production -
Set IV (May 30, 2007)
Acknowledgments and HIPAA Authorizations (9)**
September 21, 2007

|   | Last Name | First Name |
|---|---|---|
| 1 | Balmer | Edward |
| 2 | Dunnaway | Susan |
| 3 | Evans | Lonnie |
| 4 | Hestershaw | Pauline |
| 5 | Lias | Roberta |
| 6 | Martin | Kenneth |
| 7 | Pinson | Vernetta |
| 8 | Scott | Ricky |
| 9 | Wilson | Ruth |

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production -
Set IV (May 30, 2007)
Acknowledgement (1)**
September 21, 2007

|   | Last Name | First Name |
|---|---|---|
| 1 | Fink | Lawrence |

FedEx Ship Manager Label    Page 1 of 1

From: Origin ID: EIXA (713)425-7100
Anissa Smith
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002



Ship Date: 21SEP07
ActWgt: 1 LB
System#: 1738796/INET7061
Account#: S *********

CLS032307/21/23

Delivery Address Bar Code

SHIP TO: (215)994-4000    BILL SENDER
**Mr. Brennan J. Torregrossa**
**Dechert, LLP**
**2929 Arch Street**
**Cira Centre**
**Philadelphia, PA 19104**

Ref #    Sero MDL 1769
Invoice #
PO #
Dept #



TRK# 0201  7987 6966 2781

MON - 24SEP    A1
PRIORITY OVERNIGHT

**XB-ESPA**

PHL
PA-US
19104



Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/ship/domesticShipmentOptionsAction.do    9/21/2007

## Heather Santiago

**From:** TrackingUpdates@fedex.com
**Sent:** Monday, September 24, 2007 8:51 AM
**To:** Heather Santiago
**Subject:** FedEx Shipment 798769662781 Delivered

---

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Bailey Perrin Bailey LLP |
| Name: | Anissa Smith |
| E-mail: | asmith@bpblaw.com |

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | Sero MDL 1769 |
| Ship (P/U) date: | Sep 21, 2007 |
| Delivery date: | Sep 24, 2007 9:17 AM |
| Sign for by: | J.SHARPE |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | kg. |
| Special handling/Services: | Deliver Weekday |
| Tracking number: | 798769662781 |

| Shipper Information | Recipient Information |
|---|---|
| Anissa Smith | Mr. Brennan J. Torregrossa |
| Bailey Perrin Bailey LLP | Dechert, LLP |
| The Lyric Centre;440 Louisiana, Suite 2100 | 2929 Arch Street;Cira Centre |
| Houston | Philadelphia |
| TX | PA |
| US | US |
| 77002 | 19104 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:51 AM CDT on 09/24/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

9/24/2007