# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

**Case No. 6:06-md-1769-Orl-22DAB**

_____/

# ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment into the George C. Young United States Courthouse for use in connection with a hearing in this case, it is **ORDERED** as follows:

1.      Fred T. Magaziner, Mark E. Haddad, Steven B. Weisburd, Chris S. Courtroulis, Luke Mette, Rebecca K. Wood are each allowed to bring one Blackberry email device and/or cell phone; and Mark E. Haddad and Steven B. Weisburd each one laptop computer into the George C. Young United States Courthouse and Federal Building on **THURSDAY, SEPTEMBER 27, 2007**, for use in the oral argument before the Honorable Anne C. Conway scheduled to begin at **9:00 A.M.**

2.      **NO POWERPOINT PRESENTATION WILL BE ALLOWED DURING THE ORAL ARGUMENT.**   However, computer equipment may be used for reference or scheduling purposes.

3.      Fletch Trammell, Camp Bailey, and Robert Cowan are hereby each granted permission to bring a BlackBerry email device and/or cell phone; and Camp Bailey one laptop computer into the George C. Young United States Courthouse and Federal Building on **THURSDAY, SEPTEMBER 27, 2007**, for use in the oral argument before the Honorable Anne C. Conway scheduled to begin at **9:00 A.M.**

4.      The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment.  In their discretion, courthouse security personnel may require the above individuals to present picture identification at the time of entry.

5.      The equipment described above is subject to inspection at any time by courthouse security personnel.  Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

**DONE** and **ORDERED** in Orlando, Florida on September 25, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers