# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE:  SEROQUEL PRODUCTS

LIABILITY LITIGATION

MDL Docket No.:
6:06-md-1769-Orl-22DAB

THIS RELATES TO:

No. 6:07-cv-00518-ACC-DAB;
JEAN WANGRUD V. ASTRAZENECA
PHARMACEUTICALS, LP

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

PLEASE TAKE NOTICE that K. Camp Bailey hereby enters his appearance as counsel of record for Plaintiff, Jean Wangrud, in the above-referenced cause of action.  Notice is also hereby given that Plaintiff, Jean Wangrud, hereby designates K. Camp Bailey and the law firm of Bailey Perrin Bailey LLP as Lead Counsel in this matter, and all inquiries, pleadings and court documents should be filed and served upon this Lead Counsel of Record, and not upon local counsel, Matthew F. Pawa, of the Law Offices of Matthew F. Pawa, P.C. other than those automatically served through the Court's CM/ECF system.

Respectfully submitted on this, the 25th day of September, 2007.

/s/ K. Camp Bailey
K. Camp Bailey
Bailey Perrin Bailey LLP
440 Louisiana St., Suite 2100
Houston, TX  77002-4206
713-425-7100 Telephone
713-425-7101 Facsimile
cbailey@bpblaw.com
**Lead Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  25th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel on the Service List for this case.

  /s/ K. Camp Bailey_____