# Exhibit 1

## Bailey Perrin Bailey LLP

## List of Plaintiffs' Acknowledgments/HIPAAs

|   | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|-----------|------------|-------------|-------------|--------------|
| 1 | Kennedy | Terry | 6:07-cv-16265 | 9/20/2007 | 9/20/2007 |