# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

                            Case No.  6:06-md-1769-ACC-DAB

**This document relates to:**

**GINO BALDELLI v. ASTRAZENECA PHARMACEUTICALS LP**
**MDL Case No. 6:07-cv-10116-ACC-DAB**

**ANGELA BESHEARS v. ASTRAZENECA PHARMACEUTICALS LP**
**MDL Case No. 6:07-cv-10119-ACC-DAB**

**EUGENE BREWER v. ASTRAZENECA PHARMACEUTICALS LP**
**MDL Case No. 6:07-cv-10122-ACC-DAB**

**PEGGY BROWN v. ASTRAZENECA PHARMACEUTICALS LP**
**MDL Case No. 6:07-cv-10125-ACC-DAB**

**REGINA CARLISLE v. ASTRAZENECA PHARMACEUTICALS LP**
**MDL Case No. 6:07-cv-10127-ACC-DAB**

**FRANK CASTLEBERRY v. ASTRAZENECA PHARMACEUTICALS LP**
**MDL Case No. 6:07-cv-10128-ACC-DAB**

**MICHAEL CLARK v. ASTRAZENECA PHARMACEUTICALS LP**
**MDL Case No. 6:07-cv-10129-ACC-DAB**

**CHRISTOPHER CONNOLLY v. ASTRAZENECA PHARMACEUTICALS LP**
**MDL Case No. 6:07-cv-10130-ACC-DAB**

**BONNIE CRUM v. ASTRAZENECA PHARMACEUTICALS LP**
**MDL Case No. 6:07-cv-10132-ACC-DAB**

**VICTORIANO FLORES v. ASTRAZENECA PHARMACEUTICALS LP**
**MDL Case No. 6:07-cv-10134-ACC-DAB**

**MILTON GOODSON v. ASTRAZENECA PHARMACEUTICALS LP**
**MDL Case No. 6:07-cv-10137-ACC-DAB**

**DIANE HANSHAW v. ASTRAZENECA PHARMACEUTICAL LP**
MDL Case No. 6:07-cv-10139-ACC-DAB

**RYAN JAMES v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10144-ACC-DAB

**DOROTHY JONES v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10146-ACC-DAB

**KIM MCDANIEL v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10148-ACC-DAB

**DENNIS ORWIG v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10152-ACC-DAB

**LONNIE OUTLAW v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10153-ACC-DAB

**SUZANNE RICHARDSON v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10157-ACC-DAB

**KAYLA TUNNELL v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10161-ACC-DAB

**DEBBIE WALDIE v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10163-ACC-DAB

**PAULINE WHITAKER v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10164-ACC-DAB

_____/

## ORDER

This cause comes before the Court for consideration of Defendants' July 6, 2007, Motion Requesting Dismissals Without Prejudice For Failure to Serve Plaintiff Fact Sheets (Doc. 260), to which Plaintiffs responded (Doc. 284) on July 19, 2007. Because Defendants' motion was filed on or after July 6, 2007, the motion was converted to a Motion Requesting Dismissals *With*

Prejudice by this Court's Order of July 19, 2007 (Doc. 285).  Pursuant to Case Management Order No. 2 (Doc. 129), as amended (Doc. 285), all plaintiffs identified in Defendants' dismissal motion must, within eighty days after Defendants' motion is filed, file a notice with the Court certifying that a completed and verified Plaintiff Fact Sheet, along with all requested information, documents and authorizations, has since been served on Defendants.  Each plaintiff is additionally required to attach documentation to the notice showing that Defendants in fact received the requested documents.  All plaintiffs who file a timely notice, with attached documentation, shall not have their claims dismissed.  All plaintiffs who do not file a timely notice shall have their claims automatically dismissed with prejudice.

In the instant case, Defendants sought to dismiss the cases of twenty-one plaintiffs based on their failure to serve completed and verified Plaintiff Fact Sheets.  The above-named plaintiffs failed to file timely notices with the Court certifying that Defendants had since been served with the requested documents.  Accordingly, it is **ORDERED** as follows:

1. AstraZeneca's Motion Requesting Dismissals Without Prejudice For Failure to Serve Plaintiff Fact Sheets (Doc. 260) is **GRANTED**.

2. All of the above-named Plaintiffs' claims are hereby **DISMISSED WITH PREJUDICE**.  The Clerk is directed to **CLOSE** the cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 25, 2007.

ANNE C. CONWAY
United States District Judge