# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-ACC-DAB

This document relates to:

**MICHAEL BUTTRAM v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-13208-ACC-DAB

**NANCY D. CHANCE v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-13238-ACC-DAB

**MICHAEL EBLEN v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10260-ACC-DAB

**KIMBERLY HINSON v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-11210-ACC-DAB

**CHERIE JACKSON v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-12161-ACC-DAB

**DEBRA J. JONES v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10531-ACC-DAB

**DOROTHY MCDOUGLE v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-11244-ACC-DAB

**HERBERT PRICE v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-11882-ACC-DAB

**DONNETTA SANDERS v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-14216-ACC-DAB

**REBECCA SCHERER v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10749-ACC-DAB

**ALBERTA G. SOOD v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10766-ACC-DAB

**NANCY VALDEZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10461-ACC-DAB**

**KATRINA WILLIAMS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10799-ACC-DAB**

**JASON WOOD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12077-ACC-DAB**

**BRIAN A. WOODS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10806-ACC-DAB**

_____/

## ORDER

This cause comes before the Court for consideration of Defendants' July 6, 2007, Motion Requesting Dismissals Without Prejudice For Failure to Serve Medical Records Authorizations (Doc. 261). Because Defendants' motion was filed on or after July 6, 2007, the motion was converted to a Motion Requesting Dismissals *With* Prejudice by this Court's Order of July 19, 2007 (Doc. 285).

Pursuant to Case Management Order No. 2 (Doc. 129), as amended (Doc. 285), all plaintiffs identified in Defendants' dismissal motion must, within eighty days after Defendants' motion is filed, file a notice with the Court certifying that a completed and verified Plaintiff Fact Sheet, along with all requested information, documents and authorizations, has since been served on Defendants. Each plaintiff is additionally required to attach documentation to the notice showing that Defendants in fact received the requested documents. All plaintiffs who file a timely notice, with attached documentation, shall not have their claims dismissed. All plaintiffs who do not file a timely notice shall have their claims automatically dismissed with prejudice.

In the instant case, Defendants sought to dismiss the cases of thirty-six plaintiffs based on their failure to serve medical records authorizations. The above-named plaintiffs filed timely notices (Docs. 282, 283, 301 and 337) with the Court certifying that Defendants had been served with medical records authorizations, and appropriately attached documentation indicating that Defendants did in fact receive the authorizations. Thus, the Court deems the above-named plaintiffs in compliance with the Court's prior discovery orders and shall not dismiss their claims.

Accordingly, it is **ORDERED** that Defendants' dismissal motion (Doc. 261) is **DENIED** as to the above-named plaintiffs only.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 25, 2007.

*[signature]*
ANNE C. CONWAY
United States District Judge