**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-ACC-DAB

**This document relates to:**

**STACY J. ANDERSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10813-ACC-DAB**

**DIANA BARTLETT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12106-ACC-DAB**

**VALERIE BRYANT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10219-ACC-DAB**

**RUBY M. BURGESS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11149-ACC-DAB**

**BRUCE A. CAMPBELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15569-ACC-DAB**

**MICHAEL CARSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12118-ACC-DAB**

**SALLY DRUM v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10514-ACC-DAB**

**CHRISTINA A. LESTER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13806-ACC-DAB**

**STEVEN LIVELY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10345-ACC-DAB**

**ELLIS MCCLOUD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13892-ACC-DAB**

**JERRY MILLER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10951-ACC-DAB**

**BRENDA L. MOYER v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-11255-ACC-DAB

**JANICE S. PEARSON v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10716-ACC-DAB

**DOMINIC PERALEZ v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-16442-ACC-DAB

**RANDALA POSTON-DAVIS v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10104-ACC-DAB

**EARL SEAY v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-11948-ACC-DAB

**KIMBERLY J. SIZEMORE v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10761-ACC-DAB

**CARRIE A. WALKER v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10566-ACC-DAB

**NINA WARREN v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10567-ACC-DAB

**WILLIE J. WILLIAMS v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-11044-ACC-DAB
_____/

## ORDER

This cause comes before the Court for consideration of Defendants' July 6, 2007, Motion Requesting Dismissals Without Prejudice For Failure to Serve Medical Records Authorizations (Doc. 261). Because Defendants' motion was filed on or after July 6, 2007, the motion was converted to a Motion Requesting Dismissals *With* Prejudice by this Court's Order of July 19, 2007 (Doc. 285).

Pursuant to Case Management Order No. 2 (Doc. 129), as amended (Doc. 285), all plaintiffs identified in Defendants' dismissal motion must, within eighty days after Defendants' motion is filed, file a notice with the Court certifying that a completed and verified Plaintiff Fact Sheet, along with all requested information, documents and authorizations, has since been served on Defendants.  Each plaintiff is additionally required to attach documentation to the notice showing that Defendants in fact received the requested documents.  All plaintiffs who file a timely notice, with attached documentation, shall not have their claims dismissed.  All plaintiffs who do not file a timely notice shall have their claims automatically dismissed with prejudice.

In the instant case, Defendants sought to dismiss the cases of thirty-six plaintiffs based on their failure to serve medical records authorizations.  The above-named plaintiffs failed to file timely notices with the Court certifying that Defendants had since been served with the requested documents.  Accordingly, it is **ORDERED** as follows:

1. AstraZeneca's Motion Requesting Dismissals Without Prejudice For Failure to Serve Medical Records Authorizations (Doc. 261) is **GRANTED** as to the above-named Plaintiffs only.

2. All of the above-named Plaintiffs' claims are hereby **DISMISSED WITH PREJUDICE**.  The Clerk is directed to **CLOSE** the cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 25, 2007.

ANNE C. CONWAY
United States District Judge