# EXHIBIT A

| Plaintiffs' List Contesting Astrazeneca's Designation as to the State Law to be Applied | | | | | | |
|---|---|---|---|---|---|---|
| No. | Plaintiff | Docket No. | Transferor_Court | Defendants' Designation of P's Resident State and Applicable Law | P's Current State of Residence | Status | Challenged Claims |
| 1 | Terri D. Meeks | 6:2007cv11791 | District of Massachusetts | AL | GA | | DD |
| 2 | James Windham | 6:2007cv15527 | District of Massachusetts | AL | GA | | DD |
| 3 | Michelle L. Peck | 6:2007cv10969 | District of Massachusetts | CA | WY | | DD / IW |
| 4 | Darnell Brown | 6:2007cv11425 | District of Massachusetts | CA | LA | | DD / IW |
| 5 | Michelle L. Burns | 6:2007cv11440 | District of Massachusetts | CA | LA | | DD / IW |
| 6 | Ethel M. Coker | 6:2007cv11463 | District of Massachusetts | CA | OH | | DD / IW |
| 7 | Lonnie F. Flores | 6:2007cv11563 | District of Massachusetts | CA | NV | | DD / IW |
| 8 | Jody B. Monroe | 6:2007cv11801 | District of Massachusetts | CA | NC | | DD / IW |
| 9 | Celecte Pompeii | 6:2007cv11876 | District of Massachusetts | CA | ID | | DD / IW |
| 10 | Ron Robertson | 6:2007cv11914 | District of Massachusetts | CA | CT | | DD / IW |
| 11 | Rebecca Linder | 6:2007cv12652 | District of Massachusetts | CA | KY | | DD / IW |
| 12 | Stephen Tottenham | 6:2007cv12914 | District of Massachusetts | CA | TX | | DD / IW |
| 13 | Francis M. Augustine | 6:2007cv13051 | District of Massachusetts | CA | FL | DwP | DD / IW |
| 14 | Gary Gressett | 6:2007cv13516 | District of Massachusetts | CA | OK | | DD / IW |
| 15 | James Hawkins | 6:2007cv13581 | District of Massachusetts | CA | MS | | DD / IW |
| 16 | Lamont Prude | 6:2007cv14104 | District of Massachusetts | CA | WI | | DD / IW |
| 17 | Kenneth R. Pruitt | 6:2007cv14106 | District of Massachusetts | CA | NV | | DD / IW |
| 18 | Laure M. Hess | 6:2007cv15593 | District of Massachusetts | CA | AZ | | DD / IW |
| 19 | William Gaspar | 6:2007cv15835 | District of Massachusetts | CA | GA | | DD / IW |
| 20 | James S. Jones | 6:2007cv16250 | District of Massachusetts | CA | MS | | DD / IW |
| 21 | Michael Kesterson | 6:2007cv16267 | District of Massachusetts | CA | WA | | DD / IW |
| 22 | Roland Carroll | 6:2007cv10833 | District of Massachusetts | IA | WI | | DD |
| 23 | Margaret A. Kilian | 6:2007cv11222 | District of Massachusetts | IA | OK | | DD |
| 24 | Tony Holloway | 6:2007cv11650 | District of Massachusetts | IA | SD | | DD |
| 25 | Paul Brown | 6:2007cv13175 | District of Massachusetts | IA | WI | | DD |
| 26 | Justin C. Hart | 6:2007cv13572 | District of Massachusetts | IA | MT | | DD |
| 27 | Mary Mohler | 6:2007cv13955 | District of Massachusetts | IA | KY | | DD |
| 28 | Marcus J. Raible | 6:2007cv14113 | District of Massachusetts | IA | NE | | DD |

| # | Name | Case No. | District | | | | |
|---|---|---|---|---|---|---|---|
| 29 | Tammy L. Wilson | 6:2007cv14515 | District of Massachusetts | IA | LA | | DD |
| 30 | Michelle Ebbeson | 6:2007cv16078 | District of Massachusetts | IA | MA | | DD |
| 31 | Mark Feller | 6:2007cv16095 | District of Massachusetts | IA | CA | | DD |
| 32 | Kathy M. Hadley | 6:2007cv10100 | Eastern District of Texas (Texarkana) | IN | ID | | DD |
| 33 | Jean Davis | 6:2007cv12410 | District of Massachusetts | IN | CA | | DD |
| 34 | Marie C. Westfield | 6:2007cv12970 | District of Massachusetts | IN | TX | | DD |
| 35 | Richard D. Kent | 6:2007cv13745 | District of Massachusetts | IN | FL | | DD |
| 36 | Douglas P. Huffaker | 6:2007cv15594 | District of Massachusetts | IN | FL | | DD |
| 37 | Ismaiha L. Blevins | 6:2007cv11404 | District of Massachusetts | KY | OH | | DD / IW |
| 38 | Kenneth D. Black | 6:2007cv12301 | District of Massachusetts | KY | KY | | DD / IW |
| 39 | James A. Maddix | 6:2007cv12663 | District of Massachusetts | KY | OH | Dw/oP | DD / IW |
| 40 | Gwendolyn J. Myrks | 6:2007cv12724 | District of Massachusetts | KY | OK | | DD / IW |
| 41 | John Pennington | 6:2007cv14060 | District of Massachusetts | KY | WV | Dw/oP | DD / IW |
| 42 | Tracy Ware | 6:2007cv14447 | District of Massachusetts | KY | OH | | DD / IW |
| 43 | Larry Lambright, Individually and as Next | 6:2006cv01386 | Eastern District of Texas (Texarkana) | KY | TX | | DD / IW |
| 44 | Fay R. Wallace | 6:2007cv12948 | District of Massachusetts | LA | MS | | DD / IW |
| 45 | Jeanne Wrenn | 6:2007cv15538 | District of Massachusetts | LA | NC | Dw/oP | DD / IW |
| 46 | Raegan Glynn | 6:2007cv16134 | District of Massachusetts | MI | OH | | DD / IW |
| 47 | Shelly McCown | 6:2007cv16344 | District of Massachusetts | MI | IN | | DD / IW |
| 48 | Chad Ritter | 6:2007cv16494 | District of Massachusetts | MI | FL | | DD / IW |
| 49 | Charlotte Aubrey | 6:2007cv11367 | District of Massachusetts | NC | CA | | DD |
| 50 | Stephanie Lash | 6:2007cv11731 | District of Massachusetts | NC | NY | | DD |
| 51 | Eliezet Cruz | 6:2007cv14773 | District of Massachusetts | NC | PA | | DD |
| 52 | Lisa Franklin | 6:2007cv14870 | District of Massachusetts | NC | VA | | DD |
| 53 | Anita Thomas | 6:2007cv15419 | District of Massachusetts | NC | NY | | DD |
| 54 | Paul L. Wendt | 6:2007cv15846 | District of Massachusetts | NC | MN | | DD |
| 55 | Kimberly McDaniel | 6:2007cv13902 | District of Massachusetts | NC | FL | Dw/oP | DD |
| 56 | Teah Simon | 6:2007cv15351 | District of Massachusetts | ND | CO | | DD |
| 57 | Ruth E. Griffin | 6:2007cv10522 | District of Massachusetts | OH | WV | | DD |
| 58 | Julie Clark | 6:2007cv11053 | District of Massachusetts | OH | MS | | DD |
| 59 | Brenda K. Oberding | 6:2007cv11261 | District of Massachusetts | OH | KY | | DD |
| 60 | Wanda Revell | 6:2007cv11281 | District of Massachusetts | OH | FL | | DD |
| 61 | Randall W. Baisden | 6:2007cv11371 | District of Massachusetts | OH | KY | | DD |
| 62 | Florence V. Carr | 6:2007cv11449 | District of Massachusetts | OH | NV | | DD |
| 63 | John M. Howard | 6:2007cv11661 | District of Massachusetts | OH | WV | | DD |
| 64 | Pamela Landis | 6:2007cv11726 | District of Massachusetts | OH | IN | | DD |
| 65 | Lynette Owens | 6:2007cv11845 | District of Massachusetts | OH | GA | | DD |

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 Tammy Rochester | 6:2007cv11919 | District of Massachusetts | OH | WV | DwP | DD |
| 67 Marcus Baker | 6:2007cv13059 | District of Massachusetts | OH | KS | DwP | DD |
| 68 Shalia Q. Ball | 6:2007cv13064 | District of Massachusetts | OH | MS | | DD |
| 69 Loretta Y. Kirkland | 6:2007cv13765 | District of Massachusetts | OH | FL | | DD |
| 70 Kathryn A. O'Brien | 6:2007cv14018 | District of Massachusetts | OH | FL | | DD |
| 71 Gary McKeethern | 6:2007cv16352 | District of Massachusetts | OH | IN | | DD |
| 72 Ruth E. Griffin | 6:2007cv12520 | District of Massachusetts | OH | WV | Dw/oP | DD |
| 73 Collette M. Armstead | 6:2007cv12269 | District of Massachusetts | PA | IL | | DD / IW |
| 74 Alexander W. Jones | 6:2007cv12601 | District of Massachusetts | PA | VA | | DD / IW |
| 75 Shane Patterson | 6:2007cv14044 | District of Massachusetts | PA | OH | | DD / IW |
| 76 William R. Ziegman | 6:2007cv11347 | District of Massachusetts | TN | OH | | DD / IW |
| 77 Lem L. England | 6:2007cv12457 | District of Massachusetts | TN | TN, OH | | DD / IW |
| 78 Kathy D. Hall | 6:2007cv12529 | District of Massachusetts | TN | GA | | DD / IW |
| 79 Danny Hopper | 6:2007cv12571 | District of Massachusetts | TN | AR | | DD / IW |
| 80 Penny Mabe | 6:2007cv12661 | District of Massachusetts | TN | MS | | DD / IW |
| 81 Janet L. Nance | 6:2007cv12725 | District of Massachusetts | TN | FL | DwP | DD / IW |
| 82 Rhonda D. Randolph | 6:2007cv12784 | District of Massachusetts | TN | SC | | DD / IW |
| 83 Marsha L. Smith | 6:2007cv12861 | District of Massachusetts | TN | KY | | DD / IW |
| 84 Kenneth D. Stephens | 6:2007cv12880 | District of Massachusetts | TN | AL | | DD / IW |
| 85 James E. Thomas | 6:2007cv12900 | District of Massachusetts | TN | IN | Dw/oP | DD / IW |
| 86 Janice A. Wagers | 6:2007cv12941 | District of Massachusetts | TN | IN | | DD / IW |
| 87 James E. Woodruff | 6:2007cv13000 | District of Massachusetts | TN | GA | | DD / IW |
| 88 John. J. Billy, Jr. | 6:2007cv13112 | District of Massachusetts | TN | OH | | DD / IW |
| 89 Stacey Grulkowski | 6:2007cv13523 | District of Massachusetts | TN | WI | | DD / IW |
| 90 Franklin P. Green | 6:2007cv10099 | Eastern District of Texas (Texarkana) | TX | NM | | DD |
| 91 William B. Killhour | 6:2007cv13753 | District of Massachusetts | VT | CA | | DD |
| 92 Brandi McKeithen | 6:2007cv10363 | District of Massachusetts | WA | FL | | DD |
| 93 Amanda C. Roberts | 6:2007cv10552 | District of Massachusetts | WA | SC | | DD |
| 94 Darcy Gooden | 6:2007cv11602 | District of Massachusetts | WA | CO | | DD |
| 95 Danny Jones | 6:2007cv11699 | District of Massachusetts | WA | AZ | Dw/oP | DD |
| 96 Sandra H. Gibson | 6:2007cv12493 | District of Massachusetts | WA | TN | DwP | DD |
| 97 Joseph Atkinson | 6:2007cv14587 | District of Massachusetts | WA | OK | | DD |
| 98 Michael Chandler | 6:2007cv14721 | District of Massachusetts | WA | IN | | DD |
| 99 Warreene Hayes | 6:2007cv14967 | District of Massachusetts | WA | AZ | | DD |
| 100 Celeste A. Jones | 6:2007cv15046 | District of Massachusetts | WA | OR | | DD |
| 101 Calvin Robinson | 6:2007cv15299 | District of Massachusetts | WA | LA | | DD |
| 102 Sharon Williams | 6:2007cv15516 | District of Massachusetts | WA | IL | | DD |
| 103 Margarita S. Guzman | 6:2007cv15731 | District of Massachusetts | WA | CA | | DD |

| 104 | Catherine Dexter | 6:2007cv16059 | District of Massachusetts | WA | ME | Dw/oP | DD |
| 105 | Gary Smith | 6:2007cv16570 | District of Massachusetts | WA | OK | | DD |