# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**IN RE:**

**Seroquel Products Liability Litigation**
**MDL DOCKET NO. - 1769 (All Cases)**

| | | | |
|---|---|---|---|
| **JUDGES:** | **Anne C. Conway**<br>U. S. District Judge | **COURT REPORTER:** | Sandy Tremel |
| | | **Deputy Clerk:** | Celeste Herdeman |
| **Date/Time:** | September 27, 2007<br>9:00am - 9:53am<br>10:10am -10:36am | | |
| **COUNSEL FOR PLTF(S):** | Larry Roth<br>K. Camp Bailey<br>Robert Cowan<br>Fletch Trammell | **COUNSEL FOR DEFT(S):** | Mark Haddad<br>Chris Coutroulis<br>Rebecca Wood<br>StevenWeisbur<br>Fred Magaziner |

## MINUTES – MOTIONS HEARING

Appearances.
Defendant's argument regarding motion at docket entry (329)
Plaintiff's argument in response to defendant's motion.
Defendant's rebuttal.
Written order forthcoming.

Brief Recess

Defendant's argument regarding motion at docket entry (328)
Plaintiff's argument in response to defendant's motion.
Defendant's rebuttal.
Written order forthcoming.