**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to ALL CASES

**JOINT STATUS REPORT, AGENDA AND**
**MOTION TO ALLOW ELECTRONIC EQUIPMENT**

October 2, 2007 Status Conference

The MDL Plaintiffs and Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca"), by and through their counsel, respectfully submit this Joint Status Report, Agenda and Motion to Allow Electronic Equipment at the October 2, 2007 Status Conference.

**I.     STATUS REPORT**

As of September 27, 2007, AstraZeneca was defending approximately 8,130 served or answered Seroquel cases, with a total of 10,626 plaintiff groups, pending in federal and state courts. Approximately 600 additional cases with 2,200 plaintiff groups have been filed but not yet served on AstraZeneca. The federal/state breakdown of served cases and plaintiffs is as follows:

|         | Number of Cases | Number of Plaintiffs |
|---------|-----------------|----------------------|
| **Federal** | 6,389           | 6,389                |
| **State**   | 1,741           | 4,237                |

-1-

Of the Seroquel cases in federal court, approximately 6,380 are currently in this MDL. An additional 9 cases have been tagged for transfer to this MDL. It is expected that other federal cases will eventually be tagged and transferred to this MDL.

## II.   MOTIONS

The following motions are pending before the Court:

A.   AstraZeneca's Motions to Dismiss for Failure to Serve Plaintiff Fact Sheets and Medical Record Authorizations and for Failure to Verify Plaintiff Fact Sheets. AstraZeneca filed such motions in approximately 2,122 cases. To date, approximately 702 of these plaintiffs have served or supplemented their Fact Sheets, 153 have stipulated to the dismissal of their cases, and 486 have been dismissed pursuant to Court Order. Approximately 781 motions for dismissal with prejudice, filed on or after July 6, 2007, are still pending.

B.   AstraZeneca's Motions Requesting Conversions to Dismissals With Prejudice for various Plaintiff Fact Sheet deficiencies. AstraZeneca has filed such motions in approximately 432 cases, and the Court has granted AstraZeneca's motions in 336 cases. Such motions are pending in 96 cases (Doc. Nos. 460 and 462 on the MDL docket, plus individual motions in 5 cases).

C.   AstraZeneca's Motion for Judgment on the Pleadings Regarding the Strict Liability Design Defect Claims and Related Implied Warranty Claims Asserted by Plaintiffs in Jurisdictions That Do Not Recognize Those Claims in the Prescription Drug Context (Doc. No. 328). Plaintiffs opposed AstraZeneca's motion (Doc. No. 368), and AstraZeneca filed a reply brief to plaintiffs' opposition (Doc. No. 395). The Court ordered further briefing on certain issues (Doc. No. 410). AstraZeneca filed the requested additional briefing (Doc. No.

451) along with a Notice of Errata and Corrections to the chart listing plaintiffs subject to its motion (Doc. No. 490), and Plaintiffs filed a response to the requested additional briefing (Doc. No. 509). Oral argument on this motion was heard on September 27, 2007.

  D. AstraZeneca's Motion for Judgment on the Pleadings on the Basis of Federal Preemption (Doc. No. 329). Plaintiffs have opposed AstraZeneca's motion (Doc. No. 365). Oral argument on this motion was heard on September 27, 2007.

  E. AstraZeneca's Motion for an Order Authorizing AstraZeneca to Obtain from Eli Lilly & Company Documents from the Zyprexa MDL Relating to Seroquel Plaintiffs (Doc. No. 492). Plaintiffs' response is due on October 5, 2007.

  F. AstraZeneca's Motion to Extend Time to Produce Documents from Remaining Custodians (Doc. No. 505). Plaintiffs' response is due on October 8, 2007.

### III. AGENDA

  **A.** **Responsibilities of the Special Master for Electronic Discovery.** The Parties would like to discuss the proper scope of the Special Master's duties. The Court has ordered the Parties to file their respective proposals on October 1, 2007.

  **B.** **Plaintiffs would like to discuss the following issues:**

    1. Update on corporate witness scheduling;

    2. Update on third party discovery; and

    3. Production of sales force database and marketing material database.

  **C.** **AstraZeneca would like to discuss the following issue:** Update on the case-specific discovery program.

### IV. MOTION TO ALLOW ELECTRONIC EQUIPMENT

Counsel for the MDL Plaintiffs and for AstraZeneca, pursuant to Middle District Local Rule 4.11(b), hereby seek Court approval for their use of electronic equipment at the October 2, 2007 Status Conference, and as grounds therefore would show as follows:

A. The following plaintiffs' counsel seek to utilize BlackBerry email devices, cell phones without camera capabilities, and a laptop computer to facilitate communication with their offices regarding discovery issues and access to their calendars for scheduling purposes during the status conference.

1. Ed Blizzard (BlackBerry, cell phone);
2. Tom Pirtle (BlackBerry, cell phone);
3. Paul Pennock (BlackBerry, cell phone, laptop computer);
4. Jonathan Sedgh (BlackBerry, cell phone);
5. Ken Bailey (BlackBerry);
6. Camp Bailey (BlackBerry);
7. Scott Allen (BlackBerry, cell phone);
8. Holly Wheeler (BlackBerry, cell phone);
9. Rick Laminack (BlackBerry, cell phone);
10. Buffy Martines (BlackBerry, cell phone);
11. Larry Gornick (BlackBerry, cell phone, laptop computer);
12. Dennis Canty (BlackBerry, cell phone, laptop computer); and
13. Ken Smith (laptop computer).

B. The following counsel for AstraZeneca seek to utilize BlackBerry email devices and cell phones without camera capabilities to facilitate the scheduling of subsequent

-5-

hearings and conferences in the above-captioned matter and to allow counsel to obtain information responsive to issues that may arise during the conference.

1. A. Elizabeth Balakhani (cell phone, BlackBerry, laptop computer);

2. Robert L. Ciotti (cell phone, BlackBerry, laptop computer);

3. Kathryn L. Connelly (cell phone, BlackBerry);

4. Chris S. Coutroulis (cell phone, BlackBerry);

5. James J. Freebery (cell phone, BlackBerry);

6. Fred T. Magaziner (cell phone, BlackBerry);

7. Stephen J. McConnell (cell phone, BlackBerry);

8. Luke Mette (cell phone, BlackBerry);

9. Robert W. Pass (cell phone BlackBerry);

10. Shane T. Prince (cell phone, BlackBerry, laptop computer); and

11. Cristin Bassett (cell phone, BlackBerry).

C. Counsel for the parties represent, pursuant to Middle District Local Rule 4.11(b), that these devices will be switched to "silent activation mode" while in the courtroom.

-6-

Respectfully submitted on this the 27th day of September, 2007,

/s/ Paul Pennock
Paul Pennock
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5504
Ppennock@weitzlux.com

Camp Bailey
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7232
cbailey@bpblaw.com

*Co-Lead Counsel for Plaintiffs*

/s/ Fred T. Magaziner
Fred T. Magaziner
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19103
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
fred.magaziner@dechert.com

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

-7-

## CERTIFICATE OF SERVICE

I hereby certify that, on the 27th of September, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that the foregoing document and the notice of electronic filing was served on Plaintiffs' Liaison Counsel in accordance with CMO No. 1.

/s/ Shane T. Prince

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

-11-

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |