| | **EXHIBIT A** Bailey Perrin Bailey, LLP | | |
|---|---|---|---|
| | **Last Name** | **First Name** | **Case Number** |
| 1 | Abrams | Cynthia | 6:07-cv-11350 |
| 2 | Albright | Camelia | 6:07-cv-15855 |
| 3 | Bago | Leslie | 6:07-cv-10817 |
| 4 | Brown | B. [a minor, designated as Tina Cramer] | 6:07-cv-15588 |
| 5 | Browning | Rickie | 6:07-cv-11433 |
| 6 | Bryant | Donnie | 6:07-cv-15952 |
| 7 | Bullard | Jackie | 6:07-cv-13194 |
| 8 | Byrge | Bill | 6:07-cv-13211 |
| 9 | Carter | Miranda [Michael carter on behalf of] | 6:07-cv-15983 |
| 10 | Clark | Julie | 6:07-cv-11053 |
| 11 | Clarkson | Karen [Lisa Carter, on behalf of] | 6:07-cv-13233 |
| 12 | Clements | Eric | 6:07-cv-13262 |
| 13 | Cornell | Pamela | 6:07-cv-16028 |
| 14 | Culbreath | Gary | 6:07-cv-16042 |
| 15 | Davis | Timothy | 6:07-cv-10847 |
| 16 | Day | Malcolm | 6:07-cv-10848 |
| 17 | De Rafelo | Susan | 6:07-cv-12124 |
| 18 | Duncan | Armando | 6:07-cv-10855 |
| 19 | Eibeck | William | 6:07-cv-11533 |
| 20 | Emery | Edward | 6:07-cv-10862 |
| 21 | Fuller | Bobbie | 6:07-cv-15834 |
| 22 | Gabaldon | Aurora | 6:07-cv-13452 |
| 23 | Hardin | Linda | 6:07-cv-11622 |
| 24 | Heatley | Carolyn | 6:07-cv-16175 |
| 25 | Hendrix | Barry | 6:07-cv-11636 |
| 26 | Holloway | Tony | 6:07-cv-11650 |
| 27 | Hull | Sharon | 6:07-cv-15595 |
| 28 | Jammeh | Rosie | 6:07-cv-13674 |
| 29 | Jones | George W. | 6:07-cv-13701 |
| 30 | Kelly | Marsha | 6:07-cv-11708 |
| 31 | Kelly | Tammie J. | 6:07-cv-10912 |
| 32 | Kramer | Shawn | 6:07-cv-13780 |
| 33 | Lawson | Darrell | 6:07-cv-11229 |
| 34 | Lee | Lindsay | 6:07-cv-10684 |

| 35 | March | Evelyn | 6:07-cv-16320 |
|---|---|---|---|
| 36 | McDaniel | Harry | 6:07-cv-10698 |
| 37 | McKinney | Karen | 6:07-cv-11786 |
| 38 | McNair | Nancy | 6:07-cv-12184 |
| 39 | McReaken | Cynthia | 6:07-cv-10702 |
| 40 | Melendez | Maria | 6:07-cv-12186 |
| 41 | Metcalf | Larry | 6:07-cv-16362 |
| 42 | Metz | Angela | 6:07-cv-10948 |
| 43 | Molton | Anthony | 6:07-cv-12188 |
| 44 | Mueller | Bryan | 6:07-cv-12191 |
| 45 | Nordby | Brian | 6:07-cv-12196 |
| 46 | Olson | Darlene | 6:07-cv-12200 |
| 47 | Ousley | Nicole | 6:07-cv-12201 |
| 48 | Parsons | Frank | 6:07-cv-12203 |
| 49 | Parsons | Virgina | 6:07-cv-14036 |
| 50 | Patrick | Karen | 6:07-cv-15611 |
| 51 | Patrick | LaShawn | 6:07-cv-10714 |
| 52 | Perea | Juan | 6:07-cv-16443 |
| 53 | Plsek | Sara | 6:07-cv-12206 |
| 54 | Plummer | Sharon [designated as Pealie Mae Johnson] | 6:07-cv-16460 |
| 55 | Pugh | Evelyn | 6:07-cv-10979 |
| 56 | Rabideaux | Christine | 6:07-cv-12211 |
| 57 | Richardson | Rubin | 6:07-cv-11282 |
| 58 | Riley | Earline | 6:07-cv-10415 |
| 59 | Roberts | Jude | 6:07-cv-15575 |
| 60 | Sepulveda | Raymond | 6:07-cv-10754 |
| 61 | Shelton | Lonnie | 6:07-cv-11004 |
| 62 | Taylor | Jack | 6:07-cv-16608 |
| 63 | Tevis | Charles | 6:07-cv-14368 |
| 64 | Thompson | Barbara [Eric Thompson, as a representative] | 6:07-cv-14379 |
| 65 | Thornsberry | Timothy | 6:07-cv-14385 |
| 66 | Trautz | Gloria | 6:07-cv-12237 |
| 67 | Trickel | Mark | 6:07-cv-12238 |
| 68 | Webb | Jody | 6:07-cv-11331 |
| 69 | Wiest | James | 6:07-cv-12055 |
| 70 | Williams | Christina | 6:07-cv-12060 |
| 71 | Wilson | Paula [designated as Lee Eads] | 6:07-cv-14513 |
| 72 | Wood | Doris | 6:07-cv-16706 |

| 73 | Wood | Tyler | 6:07-cv-15598 |
| --- | --- | --- | --- |
| 74 | Woody | Vicky | 6:07-cv-12079 |
| 75 | Yarbrough | Chassidy | 6:07-cv-11345 |
| 76 | Yu | Arthur | 6:07-cv-12084 |
| 77 | Zeck | Michael | 6:07-cv-12255 |