# EXHIBIT A

| Eligible Plaintiffs List ||||
|---|---|---|---|
| Plaintiff Last Name | Plaintiff First Name | MDL Case No. | Plaintiff Firm |
| Alexander III | Jeff | 6:06-cv-01854 | Aylstock |
| Bjorn | Kathryn | 6:06-cv-01010 | Aylstock |
| Bryant | Cindy | 6:06-cv-01052 | Aylstock |
| Chambers | Justin | 6:07-cv-10003 | Aylstock |
| Clark | Wanda | 6:07-cv-10004 | Aylstock |
| Dixon | Oliver | 6:07-cv-00286 | Aylstock |
| Farabee | Glen | 6:07-cv-10006 | Aylstock |
| Gordon-Okwara | Sheila | 6:07-cv-10007 | Aylstock |
| Kirksey | Lorie | 6:07-cv-10009 | Aylstock |
| Sanford | Michelle | 6:07-cv-10019 | Aylstock |
| Skiles | Julie | 6:07-cv-1 0010 | Aylstock |
| Snavely | Douglas | 6:07-cv-10011 | Aylstock |
| Williams | Krishaun | 6:07-cv-10002 | Aylstock |
| Baker | Charlene | 6:07-cv-10001 | Brown & Crouppen |
| Ciaramitaro | Anthony | 6:06-cv-01015 | Brown & Crouppen |
| Collins | Cory | 6:07-cv-00152 | Brown & Crouppen |
| Crawford | Michael | 6:06-cv-00988 | Brown & Crouppen |
| Fowler | Kenneth | 6:06-cv-00977 | Brown & Crouppen |
| Nelson | Sharon | 6:06-cv-00990 | Brown & Crouppen |
| Palmer | Willie | 6:06-cv-00978 | Brown & Crouppen |
| Sanders | Kevin | 6:06-cv-00965 | Brown & Crouppen |
| Soucy | Dorothy | 6:06-cv-01004 | Brown & Crouppen |
| Tretton | Gary | 6:07-cv-00511 | Brown & Crouppen |
| Wilken | Roma | 6:06-cv-00981 | Brown & Crouppen |
| Williams | Larry | 6:06-cv-01007 | Brown & Crouppen |
| Baytos | John | 6:06-cv-00964 | Levin Simes |
| Bellman | Dawn | 6:06-cv-01044 | Levin Simes |
| Boal | Jeffrey | 6:06-cv-01043 | Levin Simes |
| Boatwright | Julia | 6:06-cv-01012 | Levin Simes |
| Bobal | Mark | 6:06-cv-00969 | Levin Simes |
| Bosaw | Jennifer | 6:06-cv-01011 | Levin Simes |
| Boyer | Debra | 6:06-cv-00970 | Levin Simes |
| Buchanan | Anita Louise | 6:06-cv-01020 | Levin Simes |
| Caldwell | Leona | 6:06-cv-00996 | Levin Simes |
| Carroll | Lori | 6:06-cv-00974 | Levin Simes |
| Chathams | Sandra | 6:06-cv-00999 | Levin Simes |

| Eligible Plaintiffs List ||||
|---|---|---|---|
| Plaintiff Last Name | Plaintiff First Name | MDL Case No. | Plaintiff Firm |
| Collier | Deborah | 6:06-cv-01008 | Levin Simes |
| Copeland | Nadine | 6:06-cv-01301 | Levin Simes |
| Derosky | Barry | 6:06-cv-00992 | Levin Simes |
| Evans | Betty | 6:06-cv-01041 | Levin Simes |
| Fromosky | Thomas | 6:06-cv-01302 | Levin Simes |
| Gaiman | Jacqueline | 6:06-cv-01297 | Levin Simes |
| Goldsmith | Shirley | 6:06-cv-00986 | Levin Simes |
| Gringel | Gail | 6:06-cv-00994 | Levin Simes |
| Hawkins | Michael | 6:06-cv-00984 | Levin Simes |
| Heigl | John | 6:06-cv-00973 | Levin Simes |
| Keith | Shirley | 6:06-cv-01305 | Levin Simes |
| Ledbetter | Nichol | 6:06-cv-01046 | Levin Simes |
| Levy | Cheryl | 6:06-cv-01009 | Levin Simes |
| Linderman | Donna | 6:06-cv-01038 | Levin Simes |
| Lockhart | Christopher | 6:06-cv-01031 | Levin Simes |
| Massey | Michelle | 6:06-cv-00966 | Levin Simes |
| Masterson | John | 6:06-cv-01039 | Levin Simes |
| Maxwell | Marva | 6:06-cv-01333 | Levin Simes |
| McAlister | Kathleen | 6:06-cv-00980 | Levin Simes |
| McIntyre | Carole | 6:06-cv-00998 | Levin Simes |
| Morris | Laurel | 6:06-cv-01005 | Levin Simes |
| Naramore | Jennifer | 6:06-cv-01292 | Levin Simes |
| O'Hosky | William | 6:06-cv-01016 | Levin Simes |
| Orie | Joy | 6:06-cv-00962 | Levin Simes |
| Patton | Joseph | 6:06-cv-01726 | Levin Simes |
| Polis | Scott L. | 6:06-cv-01286 | Levin Simes |
| Popp | Mary Lou | 6:06-cv-01023 | Levin Simes |
| Porter | Dennis | 6:06-cv-01030 | Levin Simes |
| Powell | Shelley | 6:06-cv-00967 | Levin Simes |
| Reardon | James | 6:06-cv-01388 | Levin Simes |
| Reed | Betty | 6:06-cv-01051 | Levin Simes |
| Reynolds | Vicky | 6:06-cv-01298 | Levin Simes |
| Roberts | Debra | 6:06-cv-01332 | Levin Simes |
| Robinson | Lori | 6:06-cv-01028 | Levin Simes |
| Shearman | Margaret | 6:06-cv-01289 | Levin Simes |
| Simmons | Gregory | 6:06-cv-01017 | Levin Simes |

| Eligible Plaintiffs List ||||
| Plaintiff Last Name | Plaintiff First Name | MDL Case No. | Plaintiff Firm |
|---|---|---|---|
| Spung | Clinton | 6:06-cv-01045 | Levin Simes |
| Sulkowski | Edward | 6:06-cv-00991 | Levin Simes |
| Tenney | Sharon | 6:06-cv-01032 | Levin Simes |
| Weldon | Raymond | 6:06-cv-01040 | Levin Simes |
| Blanchard | Sharon | 6:07-cv-10120 | Matthews |
| Bridges | Brenda | 6:07-cv-10123 | Matthews |
| Britt | Shannon | 6:07-cv-10124 | Matthews |
| East | Sharyl | 6:07-cv-10065 | Matthews |
| Enox | William | 6:07-cv-10029 | Matthews |
| Hayes | Michele | 6:07-cv-10033 | Matthews |
| Hendon | Dimple | 6:07-cv-10140 | Matthews |
| Higgs | Carolyn | 6:07-cv-10070 | Matthews |
| Jenkins | Rhonda | 6:07-cv-10037 | Matthews |
| Johnson | Michelle | 6:07-cv-10145 | Matthews |
| Kirkland | Robert | 6:07-cv-10073 | Matthews |
| Koogler | Ken | 6:07-cv-10039 | Matthews |
| Lewis | Zelvia | 6:07-cv-10147 | Matthews |
| Lively | Theresa | 6:07-cv-10043 | Matthews |
| Roach | Patricia | 6:07-cv-10046 | Matthews |
| Saulter | Grady | 6:07-cv-10048 | Matthews |
| Slay | Crystal | 6:07-cv-10082 | Matthews |
| Smith | Andrew | 6:07-cv-10049 | Matthews |
| Watson | Gina | 6:07-cv-10025 | Matthews |
| Young | Shelley | 6:07-cv-10058 | Matthews |
| Elam | Freda | 6:07-cv-01604 | Miller |
| Fries | Angela | 6:07-cv-01842 | Miller |
| Bacchus | Lawrence | 6:07-cv-00520 | Nations |
| Bohorquez | Angelica | 6:07-cv-16746 | Nations |
| Carter | Lenora | 6:06-cv-01325 | Nations |
| Collins | Chris | 6:07-cv-16750 | Nations |
| Cook | Donya | 6:07-cv-16739 | Nations |
| Cosby | Mary | 6:07-cv-16762 | Nations |
| Culver | Christina | 6:07-cv-16735 | Nations |
| Duncan | Darleen | 6:07-cv-16736 | Nations |
| Earle | Angela | 6:07-cv-16755 | Nations |
| Fath | Christopher | 6:07-cv-16729 | Nations |

| Eligible Plaintiffs List | | | |
|---|---|---|---|
| Plaintiff Last Name | Plaintiff First Name | MDL Case No. | Plaintiff Firm |
| Giuffre | Cathleen | 6:07-cv-16734 | Nations |
| Gray-Hawkins | Renatoe | 6:07-cv-16737 | Nations |
| Gross | Daniel | 6:07-cv-16741 | Nations |
| Jackson | Octavia | 6:07-cv-00525 | Nations |
| Jensen | Shelly | 6:07-cv-16743 | Nations |
| Jurado | Tammy | 6:07-cv-12098 | Nations |
| Rodriguez | Fior | 6:07-cv-16745 | Nations |
| Russelberg | Ruth | 6:07-cv-16749 | Nations |
| Wilson | Darline | 6:07-cv-16740 | Nations |
| Archer | Barbara | 6:06-cv-06490 | Weitz |
| Belcourt | Lottie | 6:06-cv-13348 | Weitz |
| Brown | Lindi | 6:06-cv-13350 | Weitz |
| Clearly | Christine | 6:06-cv-13336 | Weitz |
| Crowder | Joseph | 6:06-cv-13651 | Weitz |
| Garcia | Jeffrey | 6:06-cv-13352 | Weitz |
| Gladue | Geraldine | 6:06-cv-13351 | Weitz |
| Hall | Stacy | 6:06-cv-13338 | Weitz |
| Hawkins | John | 6:06-cv-13346 | Weitz |
| Hudson | Reisha | 6:06-cv-06583 | Weitz |
| Lee | Kathey | 6:06-cv-13658 | Weitz |
| Lopez | Rose | 6:06-cv-13337 | Weitz |
| McClain | Cecil | 6:06-cv-13662 | Weitz |
| McDonald | Margeret | 6:06-cv-13332 | Weitz |
| Moore | Elizabeth | 6:06-cv-06493 | Weitz |
| Schmaljohn | Machelle | 6:06-cv-13344 | Weitz |
| Scotti | Anthony | 6:06-cv-13653 | Weitz |
| Spears | Victoria | 6:06-cv-13664 | Weitz |
| Sylvain | Richard | 6:06-cv-13340 | Weitz |
| Tyree | Kevin | 6:06-cv-13342 | Weitz |
| Veal | Jeremy | 6:06-cv-13661 | Weitz |
| Waggoner, Jr. | Joseph | 6:06-cv-13334 | Weitz |
| White | Ralph | 6:06-cv-13341 | Weitz |
| Wyche | Susan | 6:06-cv-13652 | Weitz |
| Adams | Patricia Ann | 6:07-cv-00336 | Whatley Drake |
| Appleberry | Tonya | 6:07-cv-00366 | Whatley Drake |
| Baclawski | Judith | 6:07-cv-00355 | Whatley Drake |

| Eligible Plaintiffs List ||||
|---|---|---|---|
| Plaintiff Last Name | Plaintiff First Name | MDL Case No. | Plaintiff Firm |
| Bailey | Emmett | 6:07-cv-00346 | Whatley Drake |
| Baldwin | Susan | 6:07-cv-00352 | Whatley Drake |
| Barker | Mary | 6:07-cv-00340 | Whatley Drake |
| Batts | Joy | 6:07-cv-00342 | Whatley Drake |
| Beaird | Evelyn Marie | 6:07-cv-00354 | Whatley Drake |
| Blanton | Daniel | 6:07-cv-00349 | Whatley Drake |
| Branham | Francis | 6:07-cv-00343 | Whatley Drake |
| Brock | William | 6:07-cv-00347 | Whatley Drake |
| Brown | Darlene | 6:07-cv-00338 | Whatley Drake |
| Brutus | Darlin | 6:07-cv-00368 | Whatley Drake |
| Burton | Dianna | 6:07-cv-00363 | Whatley Drake |
| Burton | Sammy | 6:07-cv-00370 | Whatley Drake |
| Butler | June | 6:07-cv-00373 | Whatley Drake |
| Caldwell | Sharon | 6:07-cv-00341 | Whatley Drake |
| Caraballo | Miguel A. | 6:07-cv-00344 | Whatley Drake |
| Clarke | Martha | 6:07-cv-00341 | Whatley Drake |
| Condict | Jeanne-Marie | 6:07-cv-00353 | Whatley Drake |
| Cooks | Sandra | 6:07-cv-00356 | Whatley Drake |
| Daniels | Karen | 6:07-cv-00361 | Whatley Drake |
| DellaPiana | Elizabeth | 6:07-cv-00362 | Whatley Drake |
| Ellis | Linda | 6:07-cv-00369 | Whatley Drake |
| Farmer | Jack Lee | 6:07-cv-00375 | Whatley Drake |
| Flemming | Mary | 6:07-cv-00372 | Whatley Drake |
| Garnett | Paula | 6:07-cv-00379 | Whatley Drake |
| Garsia | Wanda | 6:07-cv-00380 | Whatley Drake |
| Gauvin | Margaret | 6:07-cv-00381 | Whatley Drake |
| Genier | Vickie | 6:07-cv-00382 | Whatley Drake |
| Goodin | Lea | 6:07-cv-00383 | Whatley Drake |
| Grant | Anita | 6:07-cv-00444 | Whatley Drake |
| Gray | Melody | 6:07-cv-00443 | Whatley Drake |
| Grayson | Gloria | 6:06-cv-01135 | Whatley Drake |
| Haile | Dorothy | 6:07-cv-00441 | Whatley Drake |
| Hammontree | Vickie | 6:07-cv-00437 | Whatley Drake |
| Hanna | Darlene | 6:07-cv-00428 | Whatley Drake |

| Eligible Plaintiffs List | | | |
|---|---|---|---|
| Plaintiff Last Name | Plaintiff First Name | MDL Case No. | Plaintiff Firm |
| Heglin | Richard | 6:07-cv-00420 | Whatley Drake |
| Higdon | Donna | 6:07-cv-00419 | Whatley Drake |
| Holt | Doris | 6:07-cv-00418 | Whatley Drake |
| Howard | Clementine | 6:07-cv-00402 | Whatley Drake |
| Huddy | John D. | 6:07-cv-00401 | Whatley Drake |
| Jordan | David | 6:07-cv-00400 | Whatley Drake |
| Kaufman | Raymond | 6:07-cv-00398 | Whatley Drake |
| Kibbee | Edward | 6:07-cv-00397 | Whatley Drake |
| Kotellos | Doyle | 6:07-cv-00396 | Whatley Drake |
| Kubiszak | Janet | 6:07-cv-00395 | Whatley Drake |
| Land | Jerry | 6:07-cv-00394 | Whatley Drake |
| Lawson | Valerie | 6:07-cv-00368 | Whatley Drake |
| MacDuffie | Caroline | 6:07-cv-00435 | Whatley Drake |
| Maday | Neil | 6:07-cv-00339 | Whatley Drake |
| Mariner | Carla | 6:07-cv-00345 | Whatley Drake |
| Marshall | Rose | 6:07-cv-00391 | Whatley Drake |
| Mays | Regina | 6:07-cv-00390 | Whatley Drake |
| McCunney | Mariann | 6:07-cv-00386 | Whatley Drake |
| McKinney | Dana | 6:07-cv-00377 | Whatley Drake |
| Merritt | Judith | 6:07-cv-00337 | Whatley Drake |
| Mizner | Susan A. | 6:07-cv-00374 | Whatley Drake |
| Montgomery | Teresa | 6:07-cv-00334 | Whatley Drake |
| Moore | Earnest | 6:07-cv-00367 | Whatley Drake |
| Moore, Jr. | Jerry | 6:07-cv-00384 | Whatley Drake |
| Mylott | Helen | 6:07-cv-00385 | Whatley Drake |
| Neal | Leonard | 6:07-cv-00389 | Whatley Drake |
| Page | Robin | 6:07-cv-00410 | Whatley Drake |
| Palmer | Bryant | 6:07-cv-00412 | Whatley Drake |
| Pancake | Elizabeth | 6:07-cv-00414 | Whatley Drake |
| Paron | Roberta | 6:07-cv-00519 | Whatley Drake |
| Pearson | Ronald | 6:07-cv-00445 | Whatley Drake |
| Potts | Timothy | 6:07-cv-00406 | Whatley Drake |
| Render | Lorraine | 6:07-cv-00407 | Whatley Drake |
| Ricardo | Christopher | 6:07-cv-00408 | Whatley Drake |
| Rice | Azalee | 6:07-cv-00409 | Whatley Drake |
| Rice | Brenda | 6:07-cv-00411 | Whatley Drake |

| Eligible Plaintiffs List | | | |
|---|---|---|---|
| Plaintiff Last Name | Plaintiff First Name | MDL Case No. | Plaintiff Firm |
| Roberts | Arthur | 6:07-cv-00413 | Whatley Drake |
| Robinson | Bernadette | 6:07-cv-00415 | Whatley Drake |
| Royster-Serrano | Melissa | 6:07-cv-00416 | Whatley Drake |
| Santos | Barbara | 6:07-cv-00417 | Whatley Drake |
| Scarbrough | Marilyn | 6:07-cv-00421 | Whatley Drake |
| Sena | Catherine | 6:07-cv-00423 | Whatley Drake |
| Shay | Paula | 6:07-cv-00424 | Whatley Drake |
| Smith | Mary | 6:07-cv-00427 | Whatley Drake |
| Sweazy | Doris | 6:07-cv-00429 | Whatley Drake |
| Thomason | Ronald A. | 6:07-cv-00433 | Whatley Drake |
| Wallis | Donna | 6:07-cv-00440 | Whatley Drake |
| Weir | Elizabeth | 6:07-cv-00438 | Whatley Drake |
| Weiss | Chris | 6:07-cv-00431 | Whatley Drake |