# EXHIBIT "B"

**Plaintiff Fact Sheets Due for Submission to Defendant AstraZeneca Pharmaceuticals LP**

| First Name | Last Name | Court Case # | PFS DUE |
|---|---|---|---|
| **Paulette** | **Hendrix** | 6:07-cv-01456-ACC-DAB | 11/7/07 |
| **Jacob** | **Keim** | 6:07-cv-01457-ACC-DAB | 11/7/07 |
| **Lester** | **Carrow** | 6:07-cv-01458-ACC-DAB | 11/7/07 |