UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In Re:  Seroquel Products Liability Litigation<br>MDL Docket No.  1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**PLAINTIFFS' PROPOSED**<br>**JOB DESCRIPTION FOR ELECTRONIC**<br>**DISCOVERY SPECIAL MASTER** |

The primary duty of the Special Master is to assist the parties in completing required discovery of electronically stored information ("ESI") with reasonable dispatch and efficiency.

**A.** In order to fulfill his duties, the Special Master shall review and develop a clear understanding of the current state of discovery.  This review shall include an investigation of AstraZeneca's preservation, collection and production of ESI; identification of the ESI which AstraZeneca has not produced; and a determination of why AstraZeneca has not produced such ESI.  In furtherance of these duties, the Special Master shall:

**1)**  Receive from Jonathan Jaffe and John Martin reports (orally or in writing) identifying problems plaintiffs believe to exist in AstraZeneca's preservation, collection and production of ESI;

**2)**  Have unfettered access, outside the presence of AstraZeneca's counsel, to all relevant technical personnel employed by AstraZeneca and each of its vendors, as well as all personnel with knowledge of, and all information relating to, AstraZeneca's investigations of technical issues.

**3)** Have unfettered access to all documentation (as set forth in Sedona Principles, Comment 6e) which describes what has been collected, the procedures employed in collection, and steps taken to ensure the integrity of the information collected.

**B.** The Special Master shall issue a written report to the Court which outlines his findings with respect to the ESI AstraZeneca failed to produce on or before June 30, 2007, AstraZeneca's production of ESI since that date, and any other deficiencies in AstraZeneca's preservation, collection or production of ESI.

**C.** Areas in which the Special Master shall provide assistance and direction include, but are not limited to, the selection and application of search terms to custodial files; the format for production of custodial files; the scope and format for production of databases; the production of other relevant ESI; and providing transparency for AztraZeneca's preservation,  collection and production of ESI.

**D.** The Special Master shall schedule an initial telephone conference with the parties' designated representatives to take place by October _____, 2007.  The Special Master shall schedule regular meetings with the parties' designees as he deems appropriate.  Not less than two days prior to the initial conference, the parties shall provide to the Special Master a Joint Agenda of issues to be addressed at that meeting.

Respectfully submitted,

October 1, 2007                                    LEVIN SIMES KAISER & GORNICK LLP


            _____/s/ Dennis J. Canty_____
            Lawrence J. Gornick (CA State Bar No. 136290)
            Dennis J. Canty (CA State Bar No. 207978)
            44 Montgomery Street, 36th Floor
            San Francisco, CA  94104
            Telephone:  415-273-8138
            Facsimile:  415-981-1270
            E-mail:  dcanty@lskg-law.com