**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

                                          Case No.  6:06-md-1769-Orl-22DAB

**This document relates to:**

**CHERYL GINTER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11597-ACC-DAB**

**ALGEE HAMILTON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13539-ACC-DAB**

**SHARON HANSHEW v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11621-ACC-DAB**

**FREDERICK D. HENSLEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12554-ACC-DAB**

**WILLIAMETTE IRONHAWK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11668-ACC-DAB**

**NICHOLAS KRAGER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11720-ACC-DAB**

**PAM MCPHERSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12695-ACC-DAB**

**JAY MEDDEAUGH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12185-ACC-DAB**

**TAMMY ROCHESTER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11919-ACC-DAB**

**JENNIFER WARREN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12955-ACC-DAB**
_____/

**ORDER**

On September 18, 2007, this Court entered an Order (Doc. 473) granting AstraZeneca's Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Plaintiff Fact Sheets (Doc. 387), and dismissing several Plaintiffs' cases with prejudice. Prior to the entry of that Order, on September 14, 2007, AstraZeneca filed its Amended Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Verified Plaintiff Fact Sheets (Doc. 462), which sought to amend the motion filed at Document 387 because it incorrectly stated that dismissal with prejudice was warranted due to Plaintiffs' failure to provide Plaintiff Fact Sheets. In fact, according to AstraZeneca, Plaintiffs failed to verify Plaintiff Fact Sheets that had already been served. Thus, the amended motion seeks dismissal with prejudice for failure to serve *verified* Plaintiff Fact Sheets, and not for failure to provide the Fact Sheets themselves. Plaintiffs did not respond to the amended motion.

Inasmuch as this Court has already held that a failure to verify a Plaintiff Fact Sheet is tantamount to a failure to file the Fact Sheet itself (*see* Doc. 463), the Court finds that the relief requested in AstraZeneca's amended motion is also due to be granted. Therefore, it is **ORDERED** that AstraZeneca's Amended Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Verified Plaintiff Fact Sheets (Doc. 462) is **DENIED** as moot, in light of this Court's prior Order dated September 18, 2007 (Doc. 473), in which the Court previously granted the relief AstraZeneca now requests.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 1, 2007.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge