# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No.  6:06-md-1769-Orl-22DAB

This document relates to:

PAMELA J. ADAIR v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:06-cv-1320-ACC-DAB

LARRY ADKINS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:06-cv-1323-ACC-DAB

CAROLYN A. ANDERSON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11120-ACC-DAB

CATHY ANDERSON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15827-ACC-DAB

HEATHER ANDERSON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10183-ACC-DAB

SERENA ANDERSON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10486-ACC-DAB

MARY L. ANDREWS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15627-ACC-DAB

TONY E. ANGEL v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11121-ACC-DAB

MARK ARTHUR v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10815-ACC-DAB

JANICE M. BAILEY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11125-ACC-DAB

RANDALL BAISDEN v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11371-ACC-DAB

**MARY BAKER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12104-ACC-DAB**

**JIMMY BALDWIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10818-ACC-DAB**

**GLADYENE BARFIELD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11381-ACC-DAB**

**SUSAN BARNES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10189-ACC-DAB**

**DION O. BATCHELOR v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10820-ACC-DAB**

**SHAVONNA BELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11389-ACC-DAB**

**AMANDA R. BILEK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13111-ACC-DAB**

**JULIE BIRD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10199-ACC-DAB**

**JESSICA BJORN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10201-ACC-DAB**

**JULIANA BLEDSOE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11403-ACC-DAB**

**GARY BLISH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10205-ACC-DAB**

**SHERRY D. BOHLAND v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11139-ACC-DAB**

**JANET BONDS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15922-ACC-DAB**

**DEZZIE D. BOYKIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10587-ACC-DAB**

**KATHLEEN BOYLAN v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-10207-ACC-DAB

DENNIS BRAGG v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11421-ACC-DAB

JOHNNIE M. BRANTLEY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13151-ACC-DAB

EDWARD D. BRISCOE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11143-ACC-DAB

NANCY E. BROW v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10826-ACC-DAB

SHIRLEY BROWN v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11426-ACC-DAB

LARRY D. BRUMFIELD v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10595-ACC-DAB

AMY BRUMMETT v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11434-ACC-DAB

KATHRYN BURCH v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11437-ACC-DAB

MICHELLE BURNS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11440-ACC-DAB

ANDRE BUTLER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10222-ACC-DAB

IDA BUTLER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-12114-ACC-DAB

LANCE C. CANTRELL v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10604-ACC-DAB

LOUVICA CARMEAN v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11151-ACC-DAB

HAROLD CARTER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11451-ACC-DAB

**GINA A. CASTRO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10605-ACC-DAB**

**SUSAN CHAMBERLAIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10836-ACC-DAB**

**KIM CHARCHAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10230-ACC-DAB**

**PATTY CHAVIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13243-ACC-DAB**

**TED CHUMBLEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10235-ACC-DAB**

**SILVIA S. CLARY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11459-ACC-DAB**

**GEORGE W. CLINE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13265-ACC-DAB**

**JACQUELINE COBB v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11156-ACC-DAB**

**DEBORAH A. CODY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10608-ACC-DAB**

**RANDY L. COKLEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11073-ACC-DAB**

**KRYSTAL CORELLA v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13300-ACC-DAB**

**SHARON F. CRAGO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13309-ACC-DAB**

**ELIZABETH CRAWFORD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11480-ACC-DAB**

**CRAIG CRENSHAW v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11482-ACC-DAB**

**DOUGLAS CRIVELLO v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-10246-ACC-DAB

**JILL CROTTS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11484-ACC-DAB**

**RICKI CROUCH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11486-ACC-DAB**

**KELLY JO CROWDER, as Next Friend of D.C., a Minor v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13314-ACC-DAB**

**EDITH CUMMINGS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10613-ACC-DAB**

**JAMES DANIEL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10614-ACC-DAB**

**JUDY DANIEL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10174-ACC-DAB**

**ANDREW DAVIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10250-ACC-DAB**

**LLOYD D. DAVIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10616-ACC-DAB**

**MARY DAVIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11499-ACC-DAB**

**TINA DAVIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15632-ACC-DAB**

**TYRA DAVIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10251-ACC-DAB**

**ANNETTE DEAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10618-ACC-DAB**

**RONNIE DENNIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11509-ACC-DAB**

**HASEWOOD DENNISON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11510-ACC-DAB**

**SUSAN DEVER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10253-ACC-DAB**

**THERESA M. DIXON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10852-ACC-DAB**

**THOMAS A. DIXON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13370-ACC-DAB**

**JAMES E. DOBSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10853-ACC-DAB**

**JILLIAN DOLLARHIDE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10175-ACC-DAB**

**LESLIE DORSEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11517-ACC-DAB**

**MARTIN M. DURAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10857-ACC-DAB**

**BOBBY G. DUVALL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10622-ACC-DAB**

**CHRISTINE R. EADY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10623-ACC-DAB**

**KAREN EDWARDS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12129-ACC-DAB**

**SHAWNA R. EDWARDS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10625-ACC-DAB**

**LOYD D. ELMS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15571-ACC-DAB**

**SANDRA K. ELROD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10860-ACC-DAB**

**BONITA A. ELZEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10861-ACC-DAB**

**MARIE ETIENNE v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-10264-ACC-DAB

**CHARLES EVANS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16089-ACC-DAB**

**BRANDON EYANSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11544-ACC-DAB**

**MARGARET FACIO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11545-ACC-DAB**

**KENNETH FEES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11549-ACC-DAB**

**WENDY G. FILIPOVIC v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13425-ACC-DAB**

**LAWRENCE FINK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10266-ACC-DAB**

**LEONARD FISCHBACH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11559-ACC-DAB**

**JULIE A. FISHER-PADGETT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11054-ACC-DAB**

**JERRY R. FLINCHUM, JR. v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10169-ACC-DAB**

**JONATHAN FLOWERS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11564-ACC-DAB**

**GEORGIA M. FLUDD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10868-ACC-DAB**

**KATHLEEN A. FLYNN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13436-ACC-DAB**

**PENNY D. FOSTER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10870-ACC-DAB**

**THOMAS FOSTER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10271-ACC-DAB**

**WILLIAM FOSTER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11574-ACC-DAB**

**WILLIAM FOX v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11078-ACC-DAB**

**MARY FRANK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11577-ACC-DAB**

**CINDY FRAZIER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11184-ACC-DAB**

**SANDRA FREDERICK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12133-ACC-DAB**

**MICHELLE FREEMAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16118-ACC-DAB**

**HERMAN D. FRYER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10633-ACC-DAB**

**DONNA FURR v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12134-ACC-DAB**

**GENEVIA GADSDEN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12135-ACC-DAB**

**BRUCE GARRETT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10276-ACC-DAB**

**NATHAN GARRETT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10277-ACC-DAB**

**MANUEL S. GARZA v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13469-ACC-DAB**

**NANCY E. GEE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10637-ACC-DAB**

**SHILA R. GIBSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10877-ACC-DAB**

**SANTOSHA GILMORE v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-12137-ACC-DAB

**KENNETH A. GOLDIE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10643-ACC-DAB**

**MARY GOLDMAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15637-ACC-DAB**

**ROBERT G. GOLDWATER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13486-ACC-DAB**

**CAROLYN S. GOODE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10644-ACC-DAB**

**TRACEY I. GOODSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10645-ACC-DAB**

**LUTRICIA B. GORDON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10647-ACC-DAB**

**SUZANNE GORDON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12142-ACC-DAB**

**APRIL GREEN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12146-ACC-DAB**

**CAROL GREEN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15639-ACC-DAB**

**NANCY GREEN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10648-ACC-DAB**

**LORRAINE GREGORY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11608-ACC-DAB**

**LYNDA R. GRIEGO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10881-ACC-DAB**

**MICHELE A. GROGAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10177-ACC-DAB**

**EARL GROSS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11611-ACC-DAB**

**FENTON HALLIBURTON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11617-ACC-DAB**

**RODNEY D. HAMILTON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10652-ACC-DAB**

**JAMES T. HARMON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10655-ACC-DAB**

**CAROLYN R. HARRIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10657-ACC-DAB**

**VIRGINIA HARRIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10660-ACC-DAB**

**WERNETTA O. HARRIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10661-ACC-DAB**

**KAWANA M. HART v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13573-ACC-DAB**

**LARRY HART v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11630-ACC-DAB**

**GLORIA B. FAMBRO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10864-ACC-DAB**

**HOWARD HARTLINE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11202-ACC-DAB**

**SHANE D. HAYNES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10887-ACC-DAB**

**THOMAS HECKINGER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11634-ACC-DAB**

**ADREAN L. HENNEGAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11208-ACC-DAB**

**ANDREIA M. HENNINGS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10663-ACC-DAB**

**DANIELLE HENRY v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-12154-ACC-DAB

**OTILIO HERNANDEZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11209-ACC-DAB**

**NICOLE HILL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15645-ACC-DAB**

**LELAH HILYARD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10302-ACC-DAB**

**MICHAEL HOLCOMB v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13608-ACC-DAB**

**WANDA HOLMES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12157-ACC-DAB**

**GAIL HOLT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10308-ACC-DAB**

**MARVIN HOOPER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10309-ACC-DAB**

**MELISSA HOPKINS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11656-ACC-DAB**

**JIMMY W. HOPPER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10669-ACC-DAB**

**RICHARD HOSTON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12159-ACC-DAB**

**JANICE E. HOWELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11212-ACC-DAB**

**FRANCES HUBBARD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11663-ACC-DAB**

**HAZEL L. HUIZAR v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10900-ACC-DAB**

**MARY HUNT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10311-ACC-DAB**

**GREG HURD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11667-ACC-DAB**

**LEONA JACKSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11672-ACC-DAB**

**RUTH JACKSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10314-ACC-DAB**

**ROSIE JAMES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12163-ACC-DAB**

**LILDRA ANTHONY, on Behalf of JESSIE JEFFERSON, an Incapacitated Adult v.**
**ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15870-ACC-DAB**

**CONNIE JETTON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11214-ACC-DAB**

**CRAIG E. JOHNSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10319-ACC-DAB**

**JULIE A. JOHNSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10906-ACC-DAB**

**KATHLEEN JOHNSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11690-ACC-DAB**

**LANEQUA JOHNSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10673-ACC-DAB**

**MARK JOHNSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10907-ACC-DAB**

**RONALD JOHNSON, SR. v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10322-ACC-DAB**

**ALEX JONES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10323-ACC-DAB**

**ERNEST JONES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12165-ACC-DAB**

**JENNIFER L. JONES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10530-ACC-DAB**

**LOUISE B. JONES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13705-ACC-DAB**

**SHERRY D. JORDAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13711-ACC-DAB**

**LUTOUNGUIE KEITH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11706-ACC-DAB**

**CAROLYN A. KELDERHOUSE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11220-ACC-DAB**

**RHONDA V. KEYS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10913-ACC-DAB**

**CARROLL D. KILGORE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10914-ACC-DAB**

**LAURIE L. KING v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13759-ACC-DAB**

**NIYOKA M. KING v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11089-ACC-DAB**

**ROBERT V. KING v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10915-ACC-DAB**

**DAVID KLIMEK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11714-ACC-DAB**

**MARY B. KLING v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13768-ACC-DAB**

**PATRICIA L. KNIFFEN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11090-ACC-DAB**

**GARY M. KURTZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13784-ACC-DAB**

**GABRIELLA LADANYI v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-10681-ACC-DAB

**JESSICA LANDERMAN v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-11724-ACC-DAB

**MERRILL L. LANE v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-11061-ACC-DAB

**VIOLET LATULIPE v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-11228-ACC-DAB

**LORETTA LAY v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-12172-ACC-DAB

**APRIL LEATHERWOOD v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10920-ACC-DAB

**REBECCA R. LEE v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-13801-ACC-DAB

**PARTHENIA LEEDY v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10338-ACC-DAB

**MELANIE M. LEWIS v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-13813-ACC-DAB

**JENNIFER L. LINDEE v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-11094-ACC-DAB

**ANTHONY LINDSEY v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10344-ACC-DAB

**KENNETH L. LIPPERT v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10925-ACC-DAB

**LIONEL V. LIVAUDAIS v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-11095-ACC-DAB

**DOLLY A. LIVELY v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10926-ACC-DAB

**LAVERN LOCKHART v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10688-ACC-DAB

**MICHAEL J. LOPEZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10691-ACC-DAB**

**STEPHEN L. LOWERY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10930-ACC-DAB**

**IDA LUKE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11756-ACC-DAB**

**LOIS M. LYNCH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10933-ACC-DAB**

**JOYCE MACK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10934-ACC-DAB**

**LAURA MAE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11758-ACC-DAB**

**MALINDA MALEK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11760-ACC-DAB**

**LESA A. MANNS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10694-ACC-DAB**

**BRIAN MAQUET v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12182-ACC-DAB**

**ROSEMARIE E. MATTESON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10938-ACC-DAB**

**MICHELLE L. MAXEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15602-ACC-DAB**

**LOU ANN MCCORMICK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10539-ACC-DAB**

**DIANE MCCOY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11781-ACC-DAB**

**DOROTHY L. MCCOY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15603-ACC-DAB**

**PETER MCELLIGOTT v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-15653-ACC-DAB

NETTREA MCGEE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11245-ACC-DAB

MICHAEL L. MCKEE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10945-ACC-DAB

JANICE M. MCCKINNEY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10701-ACC-DAB

MARY L. MCLENDON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11248-ACC-DAB

ANGEL MCMAHON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10946-ACC-DAB

JEANETTE B. METCALF v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13937-ACC-DAB

JACQUELINE MILES v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11793-ACC-DAB

DARRYL MILLER, as the Proposed Administrator of the Estate of MARIE MILLER,
Deceased v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13942-ACC-DAB

BETH MITCHELL v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10371-ACC-DAB

VANESSA MOODY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10705-ACC-DAB

SALLY MOREHEAD v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10375-ACC-DAB

DECKRICE L. MORRISSEY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10708-ACC-DAB

MARIE MURPH-JONES v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10179-ACC-DAB

DONALD S. MURRAY v. ASTRAZENECA LP, ET AL.

MDL Case No. 6:07-cv-10542-ACC-DAB

SHERRI MYRHOL v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11820-ACC-DAB

RICHARD L. NASH v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11258-ACC-DAB

DEBORAH NEWPORT v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11260-ACC-DAB

NASHA NICKELL v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14004-ACC-DAB

ZELDA NOWLIN v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11830-ACC-DAB

LINDA G. OCHOA v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10960-ACC-DAB

MARNER ODELL v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11833-ACC-DAB

CARMAN OLDFORD v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10544-ACC-DAB

LYDIA OLIVER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11839-ACC-DAB

MICHAEL OSBORNE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14028-ACC-DAB

JOHN OWENS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11842-ACC-DAB

KIMBERLY L. OWENS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10962-ACC-DAB

JETTIE PALMER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10389-ACC-DAB

PHILLIP PARKER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11265-ACC-DAB

**ROBERTA L. PATTERSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10965-ACC-DAB**

**JOYFUL PATTISON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10392-ACC-DAB**

**DANIEL P. PAWLUK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10966-ACC-DAB**

**GWEN PEARSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11854-ACC-DAB**

**MICHAEL L. PECK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10968-ACC-DAB**

**TANITA W. PERDUE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10717-ACC-DAB**

**YOLANDA PEREZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10719-ACC-DAB**

**DELORES PHILLIPS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10397-ACC-DAB**

**BARBARA PHILLIPS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14071-ACC-DAB**

**RICHARD PHILPOTT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11270-ACC-DAB**

**ALICE PITTMAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10398-ACC-DAB**

**DONALD POLLARD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11875-ACC-DAB**

**BRIDGETTE POWELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15659-ACC-DAB**

**LEVELL PRICE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15661-ACC-DAB**

**TAMARA PRIEST v. ASTRAZENECA LP, ET AL.**

**MDL Case No. 6:07-cv-10404-ACC-DAB**

**THOMAS A. PROTSMAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14102-ACC-DAB**

**BELINDA PRUDE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12208-ACC-DAB**

**STACIE QUEEN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11888-ACC-DAB**

**RUQUILO QUINTANA v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10549-ACC-DAB**

**MICHAEL A. RACHFAL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15662-ACC-DAB**

**ROCHELLE RAINEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10408-ACC-DAB**

**DIANA REIDA v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11900-ACC-DAB**

**JAKOB RICHARDS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10412-ACC-DAB**

**LUMA RICHARDSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11906-ACC-DAB**

**OCELIA D. RICHARDSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10732-ACC-DAB**

**STAYCEE D. RICHMOND v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10983-ACC-DAB**

**MARY RIVERS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10733-ACC-DAB**

**PAUL RIZZO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12213-ACC-DAB**

**AMANDA C. ROBERTS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10552-ACC-DAB**

**DORIS B. ROBERTS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10736-ACC-DAB**

**RUBY ROBERTSON, as Proposed Administrator of the Estate of NELLIE M.**
**ROBERTSON, Deceased v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14165-ACC-DAB**

**JACK D. ROBINETTE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10737-ACC-DAB**

**KELLY ROBINSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11917-ACC-DAB**

**CLYDE S. ROCKETT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10988-ACC-DAB**

**THOMAS RODGERS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11286-ACC-DAB**

**ESTELL ROGERS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11921-ACC-DAB**

**SHAWN L. ROHLFING v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10990-ACC-DAB**

**BERNADETTE ROLLING v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10420-ACC-DAB**

**MARIA ROSA v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10421-ACC-DAB**

**VIRGINIA ROUSE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11291-ACC-DAB**

**MARYANN ROY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10423-ACC-DAB**

**EDNA F. SANDERS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10994-ACC-DAB**

**SANDRA M. SCHALLMO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10996-ACC-DAB**

**RENDA SCHEIBER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10428-ACC-DAB**

**CAROLYN SCHMIDT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10431-ACC-DAB**

**BRET SCHNEIDER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10432-ACC-DAB**

**GERARD SCHULTE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10997-ACC-DAB**

**ANTHONY SCHULZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16535-ACC-DAB**

**JERRY SCOTT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10751-ACC-DAB**

**MARGARET SEDERKERSKY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15665-ACC-DAB**

**KAREN F. SELFRIDGE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10753-ACC-DAB**

**JOYCE SEMENUK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10436-ACC-DAB**

**AMANDA M. SHERLIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11302-ACC-DAB**

**SPENCER S. SHERWOOD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15576-ACC-DAB**

**GLENDA SIZEMORE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11965-ACC-DAB**

**ANISEHA V. SMITH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14280-ACC-DAB**

**BOBBIE SMITH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11304-ACC-DAB**

**DARNETTE SMITH v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-10440-ACC-DAB

DENISE SMITH v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14285-ACC-DAB

ELIZABETH J. SMITH v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10763-ACC-DAB

MARIA SMITH v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10441-ACC-DAB

RON SMITH v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11971-ACC-DAB

THERESA SMITH v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10442-ACC-DAB

ROGER D. SMITHERS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10558-ACC-DAB

LEON SOTNIKOW v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10443-ACC-DAB

ANI SOUKIASSIAN v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11974-ACC-DAB

GARY SPAULDING v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10444-ACC-DAB

PAMELA STAFFORD v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10446-ACC-DAB

JAMES STAMPS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11980-ACC-DAB

MALINA STONE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11990-ACC-DAB

YVONNE SUMMERVILLE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11994-ACC-DAB

LOREN P. SWEETEN v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11014-ACC-DAB

**MELODY D. SWINDLE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11015-ACC-DAB**

**JANE SWISHER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11317-ACC-DAB**

**DERRICK TATUM v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12000-ACC-DAB**

**BERTHA TAYLOR v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12233-ACC-DAB**

**JEFFREY SCOTT TAYLOR v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11319-ACC-DAB**

**TERRY THOMAS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12009-ACC-DAB**

**FRANK L. TILLMAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10779-ACC-DAB**

**JULIEN TIMMERMAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10459-ACC-DAB**

**KAREN J. TOPE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11113-ACC-DAB**

**JAMES H. TREESH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11021-ACC-DAB**

**WILLIAM M. TRUJILLO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11022-ACC-DAB**

**ALAN W. TURNAGE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11327-ACC-DAB**

**ANGELA VAN HAUTER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10462-ACC-DAB**

**EDAN VANDERHOEF v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10565-ACC-DAB**

**GENEIVE VELARDE v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-10463-ACC-DAB

JAMES VERHAMME v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14426-ACC-DAB

DESIREE VOLESKY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-12023-ACC-DAB

JENNIFER WAITE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10465-ACC-DAB

WILLIAM G. WAITE, JR. v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11114-ACC-DAB

AGNES H. WALLACE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11028-ACC-DAB

KIMBERLY K. WARNER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11330-ACC-DAB

DENICE WARREN v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15673-ACC-DAB

CLARENCE G. WASHINGTON, JR. v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14452-ACC-DAB

CHARLIE WATKINS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-12033-ACC-DAB

RULETTA WATSON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10789-ACC-DAB

CLAUDIA L. WEBSTER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11036-ACC-DAB

NOREEN WEST v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10472-ACC-DAB

WALTER WEST v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-12049-ACC-DAB

FRANK WESTBROOK v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10794-ACC-DAB

**WAYNE WESTHAL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12248-ACC-DAB**

**PAUL U. WHIDBY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10795-ACC-DAB**

**ANTHONY WHISBY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12050-ACC-DAB**

**ANTHONY E. WHITE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11334-ACC-DAB**

**SHERI WHITNEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12054-ACC-DAB**

**DAVINA WILCOX v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10476-ACC-DAB**

**RHONDA WILCOX v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11335-ACC-DAB**

**JOHN A. WILLETTS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11337-ACC-DAB**

**CORINA WILLIAMS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12061-ACC-DAB**

**DIANA L. WILLIAMS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11040-ACC-DAB**

**JOHNNIE C. WILLIAMS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14487-ACC-DAB**

**KUNIO M. WILLIAMS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10568-ACC-DAB**

**ROY J. WILLIAMS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14494-ACC-DAB**

**VINCENT WILLIAMS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10477-ACC-DAB**

**CHARLOTTE WILSON v. ASTRAZENECA LP, ET AL.**

**MDL Case No. 6:07-cv-11046-ACC-DAB**

**HEATHER A. WOLFE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10804-ACC-DAB**

**INGEMAR WOODS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10479-ACC-DAB**

**CALLY WRESSELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10480-ACC-DAB**

**MITCHEL WRIGHT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11343-ACC-DAB**

**LINDA M. WYNN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11344-ACC-DAB**

**PEGGY S. YELEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10810-ACC-DAB**

**WILLIAM R. ZIEGMAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11347-ACC-DAB**

_____/

## ORDER

This cause comes before the Court for consideration of Defendants' July 6, 2007, Motion Requesting Dismissals Without Prejudice For Failure to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 262).  Because Defendants' motion was filed on or after July 6, 2007, the motion was converted to a Motion Requesting Dismissals *With* Prejudice by this Court's Order of July 19, 2007 (Doc. 285).

Pursuant to Case Management Order No. 2 (Doc. 129), as amended (Doc. 285), all plaintiffs identified in Defendants' dismissal motion must, within eighty days after Defendants' motion is filed, file a notice with the Court certifying that a completed and verified Plaintiff Fact

-26-

Sheet, along with all requested information, documents and authorizations, has since been served on Defendants.  Each plaintiff is additionally required to attach documentation to the notice showing that Defendants in fact received the requested documents.  All plaintiffs who file a timely notice, with attached documentation, shall not have their claims dismissed.  All plaintiffs who do not file a timely notice shall have their claims automatically dismissed with prejudice.

In the instant case, Defendants sought to dismiss the cases of 578 plaintiffs based on their failure to serve Plaintiff Fact Sheet verifications and medical records authorizations.  Two of the plaintiffs, Ellis McCloud (Case No. 6:07-cv-13892-ACC-DAB) and Nina Warren (Case No. 6:07-cv-10567-ACC-DAB) had their cases previously dismissed with prejudice by this Court's September 26, 2007 Order (Doc. 508).  The above-named plaintiffs failed to file timely notices with the Court certifying that Defendants had since been served with the requested documents.

Accordingly, it is **ORDERED** as follows:

1.      AstraZeneca's Motion Requesting Dismissals Without Prejudice For Failure to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 262) is **GRANTED** as to the above-named Plaintiffs only.

2.      All of the above-named Plaintiffs' claims are hereby **DISMISSED WITH PREJUDICE**.  The Clerk is directed to **CLOSE** the cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 1, 2007.

Copies furnished to:

ANNE C. CONWAY
United States District Judge

Counsel of Record
Unrepresented Party

-27-