# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

                            Case No.  6:06-md-1769-Orl-22DAB

This document relates to:

**JANEEN BRADKE v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:07-cv-10060-ACC-DAB

**JACK GREEN v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:07-cv-10067-ACC-DAB

**JUDITH HARRIS v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:07-cv-10069-ACC-DAB

**KAREN MCGILL v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:07-cv-10076-ACC-DAB

**MARILYN MERRIEL v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:07-cv-10077-ACC-DAB

**TIM PELLEY v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:07-cv-10078-ACC-DAB

**NINA PLUNK v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:07-cv-10079-ACC-DAB

**RUTH RANDOL v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:07-cv-16784-ACC-DAB

**BARBARA SMITH v. ASTRAZENECA PHARMACEUTICALS LP and**

**ASTRAZENECA LP**
**MDL Case No. 6:07-cv-10083-ACC-DAB**

**MARGARET SMITH v. ASTRAZENECA PHARMACEUTICALS LP and**
**ASTRAZENECA LP**
**MDL Case No. 6:07-cv-10085-ACC-DAB**

**DARREN TEETER v. ASTRAZENECA PHARMACEUTICALS LP and**
**ASTRAZENECA LP**
**MDL Case No. 6:07-cv-10086-ACC-DAB**

**PAULA WARFORD v. ASTRAZENECA PHARMACEUTICALS LP and**
**ASTRAZENECA LP**
**MDL Case No. 6:07-cv-10089-ACC-DAB**

**BRENDA WASHINGTON v. ASTRAZENECA PHARMACEUTICALS LP and**
**ASTRAZENECA LP**
**MDL Case No. 6:07-cv-10090-ACC-DAB**

**LEIGH WEST v. ASTRAZENECA PHARMACEUTICALS LP and**
**ASTRAZENECA LP**
**MDL Case No. 6:07-cv-10092-ACC-DAB**

_____/

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Plaintiff Fact Sheets (Doc. 460), filed on September 14, 2007, to which Plaintiffs have not responded. In accordance with Case Management Order No. 2, and for the reasons stated in this Court's September 14, 2007, Order (Doc. 463, *In re Seroquel Products Liability Litigation*, Case No. 6:06-md-1769-ACC-DAB), it is **ORDERED** as follows:

1. AstraZeneca's Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Plaintiff Fact Sheets (Doc. 460) is **GRANTED**.

2. All of the claims of the above-named Plaintiffs are hereby **DISMISSED WITH PREJUDICE** for repeated failures to timely serve upon Defendants completed and verified Plaintiff Fact Sheets with all requested information, documents, and authorizations.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 1, 2007.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge