# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

**Case No. 6:06-md-1769-ACC-DAB**

**This document relates to:**

**REBECCA ALLISON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11358-ACC-DAB**

**STEPHANIE ALTMAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10182-ACC-DAB**

**DININE ANDERSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11362-ACC-DAB**

**MICHELLE ANDERSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10184-ACC-DAB**

**BEVERLY ANDREWS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11363-ACC-DAB**

**DIANNE BAAS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12103-ACC-DAB**

**PATRICIA BAGINSKI v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11124-ACC-DAB**

**JOSEPH BAKER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11374-ACC-DAB**

**EDWARD BALMER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11067-ACC-DAB**

**REBECCA BARROW v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10580-ACC-DAB**

**AMY L. BEARSE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15582-ACC-DAB**

**PAMELA BECK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15900-ACC-DAB**

**REBECCA W. BEJARANO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10582-ACC-DAB**

**WILLIAM BERKEVICH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11395-ACC-DAB**

**LARRY BETHEA v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10583-ACC-DAB**

**WILLIE M. BILLINGSLEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10585-ACC-DAB**

**JOHN C. BOHON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10496-ACC-DAB**

**JOHNNY R. BOOKER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11140-ACC-DAB**

**MELISSA R. BOUSLOG v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13139-ACC-DAB**

**BETTY J. BOYDEN-CAMPBELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10498-ACC-DAB**

**KATHERINE BRADFORD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11419-ACC-DAB**

**BOBBETTE BREZONICK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12110-ACC-DAB**

**JOHNATHAN BRISLANE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11423-ACC-DAB**

**PHYLLIS J. BRIX v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11144-ACC-DAB**

**CHRIS BROWN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10213-ACC-DAB**

**WALTER BROWN v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-13179-ACC-DAB

TRINA BUCKINGHAM v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10220-ACC-DAB

JULIA A. BUFFINGTON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11146-ACC-DAB

JEROME BUGGS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11147-ACC-DAB

SANDRA BUNTING v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15957-ACC-DAB

HARRY BUSBY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15963-ACC-DAB

WILLIAM D. CAGG v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13214-ACC-DAB

LINDA CALLAHAN v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11072-ACC-DAB

VERONICA CALLOWAY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15974-ACC-DAB

MARK A. CANADY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10832-ACC-DAB

TANYA R. CARRIKER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10507-ACC-DAB

DEBRA CHAVEZ v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11153-ACC-DAB

SEAN CHESTNUT v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10231-ACC-DAB

SANDRA COLLIER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10609-ACC-DAB

VIRGINIA COLLIER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11466-ACC-DAB

**LORA COLLINS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10239-ACC-DAB**

**VANETTA CRAWFORD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10245-ACC-DAB**

**JAMES CUTSHAW v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11492-ACC-DAB**

**ROBERT DAVIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11168-ACC-DAB**

**RUDOLPH V. DAVIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11075-ACC-DAB**

**DYANNA D. DOLBOW v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13373-ACC-DAB**

**JAVIER F. DOMINGUEZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10620-ACC-DAB**

**SHARON DOTSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10621-ACC-DAB**

**DONALD DUBOSE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10854-ACC-DAB**

**SUSAN A. DUNNAWAY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10856-ACC-DAB**

**LYNDIA M. DUPRCEE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11172-ACC-DAB**

**KIM M. EDGE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10624-ACC-DAB**

**JUDY EDWARDS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11530-ACC-DAB**

**MELISSA M. EHLERT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10176-ACC-DAB**

**FREDERICK ELLIOTT v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-11534-ACC-DAB

MARK ELLISON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv- 11178-ACC-DAB

LONNIE EVANS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11179-ACC-DAB

JOHN FAIR v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15635-ACC-DAB

RAYMOND E. FINLEY, JR. v. ASTRAZENECA LP, ET AL
MDL Case No. 6:07-cv-13428-ACC-DAB

MICHAEL FLANIGAN v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13430-ACC-DAB

ENGRACIA FLORES v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16103-ACC-DAB

GREGG M. FLOWER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13432-ACC-DAB

LOLA M. FULLER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13448-ACC-DAB

ANDRE FULTON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11583-ACC-DAB

RICHARD R. GARCIA v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15591-ACC-DAB

JAMES A. GENTRY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10638-ACC-DAB

PHYLLIS GERK v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10280-ACC-DAB

SARINA GILLUM v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11593-ACC-DAB

KENNETH E. GIPSON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11079-ACC-DAB

**DIANA GOFF v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12140-ACC-DAB**

**DORIS E. GORDON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10646-ACC-DAB**

**TRACIE GRANGER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07–cv-10285-ACC-DAB**

**MILDRED GRAY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11192-ACC-DAB**

**TWYLA GRAY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10287-ACC-DAB**

**KIMBER LEE GRIFFIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10882-ACC-DAB**

**ELLA HALEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15641-ACC-DAB**

**WANDA HALL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11616-ACC-DAB**

**DIETRA HARDY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11623-ACC-DAB**

**AUNDREA HARNEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11625-ACC-DAB**

**CASSCILLA HARPER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10884-ACC-DAB**

**THERESA L. HAWTHORNE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11203-ACC-DAB**

**TERRY WILLIAMS, as Next Friend of T.H., a Minor v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12150-ACC-DAB**

**PERRY CONNORS, as the Proposed Administrator of the Estate of PAULINE B.**
**HESTERSHAW v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13284-ACC-DAB**

**AMANDA HILDEBRAND v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10892-ACC-DAB**

**TERRI HOBART v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10305-ACC-DAB**

**HOPE HOUSE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11659-ACC-DAB**

**GAYLE HOY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10310-ACC-DAB**

**DOUGLAS P. HUFFAKER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15594-ACC-DAB**

**ANNIE JACKSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10313-ACC-DAB**

**BRENDA JACKSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12160-ACC-DAB**

**KARYN JAUDON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10316-ACC-DAB**

**MICHAEL JEFFRIES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10317-ACC-DAB**

**EARNESTINE C. JOHNSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10904-ACC-DAB**

**JENNIFER JOHNSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10672-ACC-DAB**

**ROGER L. JOHNSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10674-ACC-DAB**

**TONI JOHNSON, as Next Friend to J.B.J., a Minor v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13698-ACC-DAB**

**CONNIE L. JONES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10909-ACC-DAB**

**DANNY JONES v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-11698-ACC-DAB

**WADE A. JONES v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-13707-ACC-DAB

**STANLEY W. KAKMIS v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-13721-ACC-DAB

**KIMBERLEY D. KENNEDY v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15646-ACC-DAB

**MICHAEL L. KENRICK, JR. v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-13744-ACC-DAB

**LORETTA Y. KIRKLAND v. ASTRAZENECA LP, ET AL.**
MLD Case No. 6:07-cv-13765-ACC-DAB

**CONNIE M. KLEIN v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10680-ACC-DAB

**BENJAMIN KNEE v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10330-ACC-DAB

**GEORGE KRAMER v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-12169-ACC-DAB

**DEBRA KUNCE v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-13783-ACC-DAB

**WILLIAM A. LALUM v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15599-ACC-DAB

**MELLISSA R. LAVER v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10533-ACC-DAB

**TROY LEAKE v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-12173-ACC-DAB

**DEVALOIS LEBRON v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv- 11230-ACC-DAB

**JOHN D. LEMAR v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10685-ACC-DAB

**KATHLEEN N. LEVINE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10534-ACC-DAB**

**ROBERTA LIAS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10687-ACC-DAB**

**JEFFREY LICKER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10343-ACC-DAB**

**PATRICIA LONGO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11750-ACC-DAB**

**JUDITH K. LOTECKIE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15573-ACC-DAB**

**SARAH R. LOVIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10692-ACC-DAB**

**ATWINA L. LYLES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10932-ACC-DAB**

**LISA LYONS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12180-ACC-DAB**

**ESTHER MANESS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10352-ACC-DAB**

**THERESA MARCO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11763-ACC-DAB**

**THERESA J. MARSHALL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11236-ACC-DAB**

**KENNETH MARTIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10354-ACC-DAB**

**APRIL S. FULK, as Next Friend of C.C.M., a Minor v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15590-ACC-DAB**

**JOE MCDANIEL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11782-ACC-DAB**

**BRANDI MCKEITHEN v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-10363-ACC-DAB

CAROL A. MEADOWS-ONEAL v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10703-ACC-DAB

JACQUELINE MELTON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10366-ACC-DAB

LESHE MEYER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11792-ACC-DAB

KASEY MILLER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10370-ACC-DAB

MARGARET MONROY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16371-ACC-DAB

SAMMY L. MONTERO v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10952-ACC-DAB

JAMES D. MOORE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10706-ACC-DAB

RICHARD MULKEY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-12192-ACC-DAB

TANYA M. MULLINS-NECESSARY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10541-ACC-DAB

JUDITH J. NIXON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv- 14007-ACC-DAB

JAMES OBANION v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16414-ACC-DAB

VIRGINIA ODUM v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11835-ACC-DAB

LYNETTE OWENS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11845-ACC-DAB

REBECCA PATTERSON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10964-ACC-DAB

**CORAL PEGRAM v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10395-ACC-DAB**

**DOMINIC PERALEZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16442-ACC-DAB**

**PEGGY J. PETRUNA v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11269-ACC-DAB**

**ANITA PETTINATO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11861-ACC-DAB**

**AUDREY PIAGENTINI v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11271-ACC-DAB**

**VERNETTA E. PINSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14078-ACC-DAB**

**JACQUI PITTMAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11871-ACC-DAB**

**CELECTE POMPEII v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11876-ACC-DAB**

**BRIAN W. POUND v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14091-ACC-DAB**

**LARRY R. POWERS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10976-ACC-DAB**

**ELSIE PRINGLE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11274-ACC-DAB**

**KENNY PUCKETT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10726-ACC-DAB**

**TERESA QUINONES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11889-ACC-DAB**

**EULA RASH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11278-ACC-DAB**

**GEORGETTE REID v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-11103-ACC-DAB

JULIE R. REINHART v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10550-ACC-DAB

JOSEPH REPLOGLE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10411-ACC-DAB

ERIC RIANDA v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11902-ACC-DAB

CARLOS RISHER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11909-ACC-DAB

VIRGINIA ROGERS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11925-ACC-DAB

PATRICIA A. ROWE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11292-ACC-DAB

WALTER L. RUFF v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14204-ACC-DAB

WILLIAM E. RUGGLES v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10993-ACC-DAB

JACKI RUTLEDGE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11930-ACC-DAB

TERRI A. RYANT v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14209-ACC-DAB

JACK SALAMONE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10105-ACC-DAB

MARY F. SALINAS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10744-ACC-DAB

MARK SALLEE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11105-ACC-DAB

PAULINE SANCHEZ v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15617-ACC-DAB

**PENNY SANCHEZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16522-ACC-DAB**

**YOLANDE SARNOL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10426-ACC-DAB**

**TERRY P. SAULS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10747-ACC-DAB**

**ROBERT J. SCHAEFFER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14230-ACC-DAB**

**JOANNA L. SCHALL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10554-ACC-DAB**

**JAMES SCHILLACI v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10430-ACC-DAB**

**BRIDGETT SCOTT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11943-ACC-DAB**

**MARION SCOTT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11000-ACC-DAB**

**RICKY SCOTT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11944-ACC-DAB**

**MARIANNE D. SCUTT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10752-ACC-DAB**

**PATRICIA A. SEE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11002-ACC-DAB**

**PAMELA SHELTON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14261-ACC-DAB**

**SHAUN SILER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12222-ACC-DAB**

**CARLOS SIMMONS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11959-ACC-DAB**

**BRITTNEY SMITH v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-10439-ACC-DAB

PAM SMITH v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-12225-ACC-DAB

ROBERT SMITH v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11970-ACC-DAB

WILLIAM SMITH v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11973-ACC-DAB

CHERI SPERRY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10445-ACC-DAB

JACKIE J. SPRAGLING v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11010-ACC-DAB

DIANNE STERMAN v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11111-ACC-DAB

ANDREW A. STEWART v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15620-ACC-DAB

FRANK STITCH v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-12230-ACC-DAB

JESSICA SUNDQUIST v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10451-ACC-DAB

ANDREA SURSELY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14348-ACC-DAB

CARRIE L. SUTTEN v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11314-ACC-DAB

MICHAEL SWEENEY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10452-ACC-DAB

CASSANDRA TELLEZ v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10456-ACC-DAB

JEAN TINKER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11020-ACC-DAB

**DAVID M. WALLACE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11029-ACC-DAB**

**MELANIE R. WALLEN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15844-ACC-DAB**

**BRAD WATKINS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10469-ACC-DAB**

**AUSTINA WHITNER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10474-ACC-DAB**

**MARK WILLIAMS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12250-ACC-DAB**

**ROGER L. WILLIAMSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11340-ACC-DAB**

**RUTH WILSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12071-ACC-DAB**

**LAMONT WOODS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11050-ACC-DAB**

**BONNIE WRIGHT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12081-ACC-DAB**

**DORALEE D. WYMAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10809-ACC-DAB**

**GARY E. YOUNG v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15580-ACC-DAB**

**MARILYN ZUMBRO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10570-ACC-DAB**

_____/

# ORDER

This cause comes before the Court for consideration of Defendants' July 6, 2007, Motion

Requesting Dismissals Without Prejudice For Failure to Serve Verified Plaintiff Fact Sheets and

Records Authorizations (Doc. 262).  Pursuant to Case Management Order No. 2, as amended, all plaintiffs identified in Defendants' dismissal motion must, within eighty days after Defendants' motion is filed, file a notice with the Court certifying that a completed and verified PFS, along with all requested information, documents and authorizations, has since been served on Defendants.  Each plaintiff is additionally required to attach documentation to the notice showing that Defendants in fact received the requested documents.  Plaintiffs who file a timely notice with attached documentation shall not have their claims dismissed.

In the instant case, Defendants sought to dismiss the cases of 578 plaintiffs based on their failure to serve PFS verifications and medical records authorizations.  Two of the plaintiffs, Ellis McCloud (Case No. 6:07-cv-13892-ACC-DAB) and Nina Warren (Case No. 6:07-cv-10567-ACC-DAB) had their cases previously dismissed with prejudice by this Court's September 26, 2007 Order (Doc. 508).  The above-named plaintiffs filed timely notices (Docs. 302, 303, 305-307, 309, 317, 325, 338, 359, 390, 398, 427, 431, 452, 464, 486, 493 and 494) with the Court certifying that Defendants had been served with PFS verifications and medical records authorizations, and appropriately attached documentation indicating that Defendants did in fact receive the documents.  Thus, the Court deems the above-named plaintiffs in compliance with the Court's prior discovery orders and shall not dismiss their claims.

Accordingly, it is **ORDERED** that Defendants' dismissal motion (Doc. 262) is **DENIED** as to the above-named plaintiffs only.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 1, 2007.

-16-

ANNE C. CONWAY
United States District Judge