# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**In Re:**

**Seroquel Products Liability Litigation,**

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker<br>United States<br>Magistrate Judge | DATE AND TIME | October 2, 2007<br>10:00-11:15 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Sandy Tremel |
| Special Master | Orran Brown<br>Craig Ball | | |
| COUNSEL/PLTF. | Camp Bailey<br>F. Kenneth Bailey<br>D. Renee Baggett<br>Ashley Cranford<br>Richard Laminack<br>Buffy Martinez<br>Angela Nixon<br>Paul Pennock<br>Kenneth Smith<br>Holly Wheeler | COUNSEL/DEF. | Liz Balakhani<br>Robert Ciottai<br>Fred Magaziner<br>Stephen J. McConnell<br>James Freebery<br>Robert Pass |

## Status Conference

Case called, appearances taken
Procedural setting by court
Special Master Orran Brown provides current case overview
Special Master Craig Ball addresses court
Parties discuss current discovery issues
Court provides overview of matters discussed at today's hearing
Court sets next status conference for October 30, 2007 at 10:30 AM