# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

**Case No.  6:06-md-1769-Orl-22DAB**

_____/

## ORDER

This cause came on for consideration of Defendants' Motion for an Order Authorizing Astrazeneca to Obtain from Eli Lilly & Company Documents from the Zyprexa MDL Relating to Seroquel Plaintiffs (Doc. No. 492).  Based on oral argument heard on October 2, 2007, the issue remaining to be resolved concerns disclosure by Plaintiffs of settlement information in the Zyprexa litigation, which Eli Lilly may wish to maintain as confidential.  Eli Lilly is **ORDERED** to file a response to Defendants' Motion for an Order Authorizing Astrazeneca to Obtain from Eli Lilly & Company Documents from the Zyprexa MDL Relating to Seroquel Plaintiffs (Doc. No. 492) by October 15, 2007.

Astrazeneca is **ORDERED** to serve a copy of this Order and its Motion for an Order Authorizing Astrazeneca to Obtain from Eli Lilly & Company Documents from the Zyprexa MDL Relating to Seroquel Plaintiffs (Doc. No. 492) on counsel for Eli Lilly **immediately**, filing notice with the Court that it has done so.

**DONE** and **ORDERED** in Orlando, Florida on October 2, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record