# Exhibit 1

## Bailey Perrin Bailey LLP

## List of Plaintiffs' Acknowledgments/HIPAAs

| | Last Name | First Name | Case Number | PFS Served | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|---|
| 1 | Kern | Kenneth | 6:06-cv-15647 | 9/27/2007 | 9/27/2007 | 9/27/2007 |