# Exhibit 2



**BAILEY PERRIN BAILEY**
*A Registered Limited Liability Partnership*

THE LYRIC CENTRE
440 LOUISIANA, SUITE 2100
HOUSTON, TEXAS 77002
(713) 425-7100 BUSINESS
(713) 425-7101 FACSIMILE

September 27, 2007

**<u>Via FedEx Priority Overnight</u>**
Mr. Brennan J. Torregrossa
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808

Re:   In re: Seroquel products Liability Litigation
         (MDL Docket No. 1769)

Dear Brennan:

Please find enclosed a CD containing a fully executed Acknowledgment and HIPAA Authorization for the following Plaintiff on our list for case specific discovery, in which your firm filed an objection:

    1.   Ronnie Purdy

Also included on the CD are completed Fact Sheets for the following two (2) Plaintiffs:

    1.   Kenneth Kern
    2.   Jean Wangrud

Please do not hesitate to contact me or Camp, should you have any questions.

Respectfully,

Sundeep S. Grewel
Attorney at Law

Enclosures:  As stated

cc:   Mr. Camp Bailey  [Firm]

From: Origin ID: EIXA (713)425-7100
Heather Santiago
Bailey Perrin Bailey, LLP
440 Louisiana St.
Suite 2100
Houston, TX 77002



CLS093907/2123

SHIP TO: (215)994-4000  **BILL SENDER**
**Brennan Torregrossa**
**Dechert, LLP**
**Cira Centre**
**2929 Arch Street**
**Philadelphia, PA 191042808**



Ship Date: 27SEP07
ActWgt: 1 LB
System#: 9787328/INET7091
Account#: S *********

Delivery Address Bar Code

Ref # Seroquel -HIPAAs & Ack.
Invoice #
PO #
Dept #

TRK# 7913 9897 8172
0201

FRI - 28SEP  A1
**PRIORITY OVERNIGHT**

**XB-ESPA**

PHL
PA-US
**19104**



Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/ship/domesticShipmentAction.do?method=doShipContinue     9/27/2007

**Heather Santiago**

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, September 28, 2007 8:56 AM
**To:** Heather Santiago
**Subject:** FedEx Shipment 791398978172 Delivered

---

This tracking update has been requested by:

Company Name:          Bailey Perrin Bailey, LLP
Name:                  Heather Santiago
E-mail:                hsantiago@bpblaw.com

---

Our records indicate that the following shipment has been delivered:

Reference:                   Seroquel -HIPAAs & Ack.
Ship (P/U) date:             Sep 27, 2007
Delivery date:               Sep 28, 2007 9:48 AM
Sign for by:                 C.STREETER
Delivered to:                Receptionist/Front Desk
Service type:                FedEx Priority Overnight
Packaging type:              FedEx Envelope
Number of pieces:            1
Weight:                      0.50 lb.
Special handling/Services:   Deliver Weekday

Tracking number:             791398978172


Shipper Information                 Recipient Information
Heather Santiago                    Brennan Torregrossa
Bailey Perrin Bailey, LLP           Dechert, LLP
440 Louisiana St.;Suite 2100        Cira Centre;2929 Arch Street
Houston                             Philadelphia
TX                                  PA
US                                  US
77002                               191042808


Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:55 AM CDT
on 09/28/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

9/28/2007