# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No.  6:06-md-1769-Orl-22DAB

This document relates to:

CYNTHIA ABRAMS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11350-ACC-DAB

CAMELIA ALBRIGHT v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15855-ACC-DAB

LESLIE BAGO v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10817-ACC-DAB

RICKIE BROWNING v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11433-ACC-DAB

TINA CRAMER, as Next Friend of B.B., a Minor v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15588-ACC-DAB

DONNIE BRYANT v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15952-ACC-DAB

JACKIE R. BULLARD v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13194-ACC-DAB

BILL M. BYRGE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13211-ACC-DAB

MICHAEL CARTER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15983-ACC-DAB

JULIE CLARK v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11053-ACC-DAB

LISA CARTER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13233-ACC-DAB

ERIC M. CLEMENTS v. ASTRAZENECA LP, ET AL.

MDL Case No. 6:07-cv-13262-ACC-DAB

**PAMELA CORNELL v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-16028-ACC-DAB

**GARRY CULBREATH v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-16042-ACC-DAB

**TIMOTHY L. DAVIS v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10847-ACC-DAB

**MALCOLM DAY v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10848-ACC-DAB

**SUSAN DE RAFELO v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-12124-ACC-DAB

**ARMANDO L. DUNCAN v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10855-ACC-DAB

**WILLIAM EIBECK v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-11533-ACC-DAB

**EDWARD C. EMERY v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-10862-ACC-DAB

**BOBBIE FULLER v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15834-ACC-DAB

**AURORA GABALDON v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-13452-ACC-DAB

**LINDA HARDIN v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-11622-ACC-DAB

**CAROLYN HEATLEY v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-16175-ACC-DAB

**BARRY HENDRIX v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-11636-ACC-DAB

**TONY HOLLOWAY v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-11650-ACC-DAB

-2-

**SHARON HULL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15595-ACC-DAB**

**ROSIE JAMMEH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13674-ACC-DAB**

**GEORGE W. JONES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13701-ACC-DAB**

**MARSHA KELLY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11708-ACC-DAB**

**TAMMIE J. KELLY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10912-ACC-DAB**

**SHAWN R. KRAMER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13780-ACC-DAB**

**DARRELL LAWSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11229-ACC-DAB**

**LINDSAY LEE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10684-ACC-DAB**

**EVELYN MARCH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16320-ACC-DAB**

**HARRY L. MCDANIEL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10698-ACC-DAB**

**KAREN MCKINNEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11786-ACC-DAB**

**NANCY MCNAIR v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12184-ACC-DAB**

**CYNTHIA MCREAKEN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10702-ACC-DAB**

**MARIA MELENDEZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12186-ACC-DAB**

**LARRY METCALF v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-16362-ACC-DAB

ANGELA M. METZ v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10948-ACC-DAB

ANTHONY MOLTON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-12188-ACC-DAB

BRYAN MUELLER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-12191-ACC-DAB

BRIAN NORDBY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-12196-ACC-DAB

DARLENE OLSON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-12200-ACC-DAB

NICOLE OUSLEY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-12201-ACC-DAB

FRANK PARSONS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-12203-ACC-DAB

VIRGINIA I. PARSONS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14036-ACC-DAB

KAREN PATRICK v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15611-ACC-DAB

LASHAWN N. PATRICK v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10714-ACC-DAB

JUAN PEREA v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16443-ACC-DAB

SARA PLSEK v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-12206-ACC-DAB

SHARON PLUMMER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16460-ACC-DAB

EVELYN M. PUGH v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-10979-ACC-DAB

**CHRISTINE RABIDEAUX v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12211-ACC-DAB**

**RUBIN D. RICHARDSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11282-ACC-DAB**

**EARLINE RILEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10415-ACC-DAB**

**JUDE C. ROBERTS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15575-ACC-DAB**

**RAYMOND T. SEPULVEDA v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10754-ACC-DAB**

**LONNIE E. SHELTON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11004-ACC-DAB**

**JACK TAYLOR v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16608-ACC-DAB**

**CHARLES E. TEVIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14368-ACC-DAB**

**ERIC THOMPSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14379-ACC-DAB**

**TIMOTHY M. THORNSBERRY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14385-ACC-DAB**

**GLORIA TRAUTZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12237-ACC-DAB**

**MARK TRICKEL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12238-ACC-DAB**

**JODY D. WEBB v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11331-ACC-DAB**

**JAMES WIEST v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12055-ACC-DAB**

**CHRISTINA WILLIAMS v. ASTRAZENECA LP, ET AL.**

**MDL Case No. 6:07-cv-12060-ACC-DAB**

**PAULA WILSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14513-ACC-DAB**

**DORIS WOOD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16706-ACC-DAB**

**JACQUELYN KUKLA, as Next Friend of T.W., a Minor v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15598-ACC-DAB**

**VICKY WOODY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12079-ACC-DAB**

**CHASSIDY H. YARBROUGH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11345-ACC-DAB**

**ARTHUR YU v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12084-ACC-DAB**

**MICHAEL ZECK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12255-ACC-DAB**

_____/

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Plaintiff Fact Sheets (Doc. 472), filed on September 18, 2007, to which Plaintiffs responded (Doc. 514) on September 28, 2007.  In accordance with Case Management Order No. 2, and for the reasons stated in this Court's September 14, 2007, Order (Doc. 463), it is **ORDERED** as follows:

1.      AstraZeneca's Motion Requesting Conversion to Dismissal With Prejudice For Failure to Serve Plaintiff Fact Sheets (Doc. 472) is **GRANTED**.

2.      All of the claims of the above-named Plaintiffs are hereby **DISMISSED WITH**

**PREJUDICE** for repeated failures to timely serve upon Defendants completed and verified Plaintiff Fact Sheets with all requested information, documents, and authorizations.

      **DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 3, 2007.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge