# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

**Case No. 6:06-md-1769-Orl-22DAB**

_____/

## ORDER TO SHOW CAUSE AND ORDER DESIGNATING CASES FOR NOVEMBER 2007 CASE-SPECIFIC DISCOVERY

Pursuant to CMO-4, the Court designates the following ten plaintiff's cases for case-specific discovery in November 2007:

| | | |
|---|---|---|
| 1. | Cathy A. Cox | MDL Case No. 6:07-cv-13306-ACC-DAB |
| 2. | Maria De Bono Paula | MDL Case No. 6:07-cv-10513-ACC-DAB |
| 3. | Anita Grant | MDL Case No. 6:07-cv-00444-ACC-DAB |
| 4. | Antonia Henderson | MDL Case No. 6:07-cv-14972-ACC-DAB |
| 5. | Barbara Jones | MDL Case No. 6:07-cv-10675-ACC-DAB |
| 6. | Cheryl Melvin | MDL Case No. 6:07-cv-12699-ACC-DAB |
| 7. | Mellanie Norwood | MDL Case No. 6:07-cv-12736-ACC-DAB |
| 8. | Angel L. Perez | MDL Case No. 6:07-cv-14062-ACC-DAB |
| 9. | Michael Proctor | MDL Case No. 6:07-cv-11276-ACC-DAB |
| 10. | Kenneth Thomsen | MDL Case No. 6:07-cv-11323-ACC-DAB |

The parties shall show cause in writing before 5:00 p.m. on October 5, 2007 by electronically filing any objections to the cases designated above for case-specific discovery in

November 2007. Failure to file timely objections to the Court-designated cases will constitute a waiver of such objections.

**DONE** and **ORDERED** in Orlando, Florida on October 3, 2007.

Copies furnished to:

Counsel of Record

/s/ Anne C. Conway
ANNE C. CONWAY
United States District Judge