# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

                                                **Case No. 6:06-md-1769-ACC-DAB**

_____/

## ORDER

Upon review of this case, it is **ORDERED** that Plaintiffs' Motion For Leave to File Supplemental Briefing in Response to AstraZeneca's Motion For Partial Judgment on the Pleadings on the Basis of Federal Preemption (Doc. 520) is **GRANTED**. Plaintiffs shall electronically file their supplemental briefing no later than October 10, 2007.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 3, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge