UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation      Case No. 6:06-md-1769-Orl-22DAB

### AFFIDAVIT OF CRAIG BALL

I, Craig Ball, being sworn, certify that the following information is true:

"I am over the age of eighteen years and competent to make this affidavit. I am an attorney, licensed and in good standing in the State of Texas."

"After speaking with counsel for both sides in the above-styled action, submitting to an interview process by them and reviewing the list of counsel who have entered appearances in the case, I am not aware of any facts or circumstances that would disqualify me from serving as a Special Master in this cause."

"I wish to disclose that I know several of the attorneys in the case, but I have no personal or professional entanglements with them that would, in any manner, disqualify me from serving herein or instill any bias in me for or against their clients. I have not determined whether by happenstance I might know any individual claimant, but I have no current reason to believe that I do. I further wish to state that I have heretofore advised the court concerning competing demands on my professional time so the court can weigh such matters in determining whether to appoint me."

_[signature]_

STATE OF TEXAS
COUNTY OF TRAVIS

Sworn to or affirmed and signed before me on ~~September~~ October 2, 2007.

CYNTHIA PIERCE
Notary Public
STATE OF TEXAS
My Comm. Exp. 06-12-2010

_[signature]_
NOTARY PUBLIC