# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:  Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

_____

This Document Relates to ALL CASES
_____

## UNOPPOSED MOTION BY THE SPECIAL MASTER
## FOR ORDER IN AID OF CASE-SPECIFIC DISCOVERY

The Special Master for case-specific discovery, Orran L. Brown, moves that the Court enter the Order attached as Exhibit A to this Motion, to facilitate the uniform and efficient designation of plaintiffs for case-specific discovery in this litigation.  As indicated by the endorsements on the Order, counsel for MDL Plaintiffs and counsel for Defendants agree to the entry of this Order.  This Motion addresses the following:

1.    The Order proposed by this Motion will modify the pertinent provisions of Case Management Order No. 4 to implement the plan described to the Court during the October 2, 2007 Status Conference to designate plaintiffs for case-specific discovery 60 days in advance of the month in which such discovery is to occur, rather than the 30 days in advance imposed by Paragraph I.C of Case Management Order No. 4.

2.    The Order specifies the dates on which plaintiff designations are required in October and November, starting with additional designations on October 15, 2007, to transition during October and November with designations for December 2007 and January 2008 to 60-day advance designations by the end of November for cases for February 2008.

3.      The Order also specifies the transition dates for Defendants' disclosure of documents on contact with prescribing physicians and for Plaintiffs' designation of a sales representative for deposition.

4.      Paragraph 10 of the Order stresses the imperative of scheduling the depositions of each case during the month for which a case has been designated, and also gives the PMO and the parties the ability and duty to schedule as soon as possible any deposition which, despite their best efforts, the PMO and the parties are unable to schedule in the designated month.

5.      Lastly, because this is the third Order proposed by the Special Master and the parties in aid of case-specific discovery, Paragraph 11 of the Order will impose a naming and numbering convention for such Orders, for ease of reference and identification of these Orders by the parties and the Court.  The convention will refer to each such order as a "CS Administrative Order" with a number in a sequential series. This proposed Order, if entered, will be CS Administrative Order No. 3.

Respectfully submitted,

BROWNGREER PLC

By:           **s/ Orran L. Brown**

Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia  23219
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 5th, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.

                                                                       **s/ Orran L. Brown**

Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia  23219
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:  Seroquel Products Liability
Litigation

                                  **Case No. 6:06-md-1769-Orl-22DAB**

_____

**This Document Relates to ALL CASES**
_____

**ORDER**
**(CS Administrative Order No. 3)**

       This cause is before the Court upon the request of the Special Master appointed by the Court by Order of August 3, 2007 (Document No. 348), joined in by MDL Plaintiffs and Defendants, for an Order aiding in the coordination of case-specific discovery in this MDL.  After consideration of this request and finding that such an Order would facilitate the orderly, uniform and cost-effective acquisition of relevant information and materials for this litigation, it is **ORDERED** as follows:

       **1.**     *The Basis for this Order.*  This Order is issued pursuant to the Court's authority to direct and control the coordinated discovery in this litigation pursuant to 28 U.S.C. §1407, Fed.R.Civ.P. 16 and Fed.R.Civ.P. 26(b), and the Court's inherent authority to implement its Order of June 11, 2007 (Document No. 225) and Case Management Order No. 4 entered on July 6, 2007 (Document No. 263) regarding case-specific discovery in this MDL.

       **2.**     *Cases Affected by this Order.*  This Order applies to all cases transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to its Order of July 6, 2006 or as tag-along actions, and all related cases originally filed in this Court or transferred or removed to this Court.

       **3.**     *Purpose of this Order*.  This Order modifies Case Management Order No. 4 (Document No. 263) entered by the Court on July 6, 2007, to implement the designation of Plaintiffs for case-specific discovery 60 days in advance of the month in which such discovery is to occur, rather than the 30 days required by CMO4, and to effect certain other modifications to CMO 4 necessary to transition to designation of cases 60 days in advance.

       **4.**     *Designation of Plaintiffs for Case-Specific Discovery During the Transition Period*.  Paragraph I.C of CMO 4 is modified as follows:

**EXHIBIT A**

(a)    **Cases for Case-Specific Discovery in December 2007:**

    (1)    October 15, 2007:  Defendants shall designate ten cases.

    (2)    October 18, 2007:  Plaintiffs shall designate ten cases.

    (3)    On or about October 22, 2007:  The Court shall designate ten cases.

(b)    **Cases for Case-Specific Discovery in January 2008:**

    (1)    October 26, 2007:  Defendants shall designate ten cases.

    (2)    October 30, 2007:  Plaintiffs shall designate ten cases.

    (3)    On or about November 1, 2007:  The Court shall designate ten cases.

5.    ***Designation of Cases for Case-Specific Discovery After the Transition Period.***  Following the designation of cases for January 2008 as specified in Paragraph 4, cases shall be designated for case-specific discovery 60 days in advance of the month in which the discovery is to occur.  By way of example:

    (a)    November 27, 2007:  Defendants shall designate 10 cases for February 2008.

    (b)    November 30, 2007:  Plaintiffs shall designate ten cases for February 2008.

    (c)    On or about December 3, 2007:  The Court shall designate ten cases for February 2008.

6.    ***Defendants' Production of Contact Documents During the Transition Period.***  Paragraph II.A of CMO 4 is modified during the transition period to require Defendants to provide all available documentation regarding contact with a Plaintiff's prescribing physician within seven business days after the designation of that Plaintiff to be subject to case-specific discovery.  As a result:

(a)    **December 2007 Cases:**

    (1)    October 24, 2007:  Defendants shall produce documentation for the ten cases designated by Defendants on October 15, 2007.

    (2)    October 29, 2007:  Defendants shall produce documents for the ten cases designated by Plaintiffs on October 18, 2007.

> (3)     October 31, 2007 (or seven business days after the Court's case designations, if later):  Defendants shall produce documents for the ten cases designated by the Court on October 22, 2007.

**(b)     January 2008 Cases:**

> (1)     November 6, 2007:  Defendants shall produce documents for the ten cases designated by Defendants on October 26, 2007.

> (2)     November 8, 2007:  Defendants shall produce documents for the ten cases designated by Plaintiffs on October 30, 2007.

> (3)     November 12, 2007 (or seven business days after the Court's case designations, if later):  Defendants shall produce documents for the ten cases designated by the Court on November 1, 2007.

  **7.     *Defendants' Production of Contact Documents After the Transition Period*.**  Beginning with case designations by Defendants on November 27, 2007, for February cases, Defendants shall provide all available documents relating to contact with the prescribing physician within five business days after the designation of a Plaintiff to be subject to case-specific discovery, as provided in Paragraph II.A of CMO 4.

  **8.     *Plaintiffs' Designation of Sale Representatives for Depositions During the Transition Period*.**  During the transition period, within four business days after Defendants' provision of documents regarding contact with the prescribing physician, Plaintiffs may, at their option, designate for deposition one sales representative associated with each prescribing physician to be deposed in a case designated for case-specific discovery.  Accordingly, Paragraph II.B of CMO 4 is modified as follows:

**(a)     December 2007 Cases:**

> (1)     October 30, 2007:  Plaintiffs shall designate sales representatives for the ten cases designated by Defendants on October 15, 2007.

> (2)     November 2, 2007:  Plaintiffs shall designate sales representatives for the ten cases designated by Plaintiffs on October 18, 2007.

> (3)     November 6, 2007 (or four business days after the Defendants' production of contact documents, if later):  Plaintiffs shall designate sales representatives for the ten cases designated by the Court on October 22, 2007.

    **(b)**    **January 2008 Cases:**

        (1)    November 12, 2007:  Plaintiffs shall designate sales representatives for the ten cases designated by Defendants on October 26, 2007.

        (2)    November 14, 2007:  Plaintiffs shall designate sales representatives for the ten cases designated by Plaintiffs on October 30, 2007.

        (3)    November 16, 2007 (or four business days after the Defendants' production of contact documents, if later):  Plaintiffs shall designate sales representatives for the ten cases designated by the Court on November 1, 2007.

    **9.**    ***Plaintiffs' Designation of Sale Representatives for Depositions After the Transition Period.***  Beginning with the cases designated by Defendants for case-specific discovery on November 27, 2007, for February cases, within two business days after provision by Defendants of documents regarding contact with the prescribing physician, Plaintiffs may, at their option, designate for deposition for sales representative associated with the prescribing physician to be deposed, as provided in Paragraph II.B of CMO 4.

    **10.**    ***Compliance with this Order and With CMO 4.***  The deadlines applicable to the transition period effected by this Order are summarized in the schedule attached to this Order as Exhibit 1.  The Parties and the Project Management Office shall proceed with diligence to conduct case-specific discovery on a particular case for the month in which the case has been designated for case-specific discovery.  If, despite their best efforts and the exercise of such diligence, the Parties and the Project Management Office are unable to secure a deposition in a case during the month in which it is schedule to occur, the Parties shall conduct such deposition at the earliest available opportunity.

    **11.**    ***Naming Convention for Orders in Aid of Case-Specific Discovery.***  To permit the parties and the Court to identify and refer to orders entered in aid of case-specific discovery, the Court shall name each such order as a "CS Administrative Order" with a number in a consecutive numbering sequence.  Accordingly, the Order entered on September 19, 2007 (Document No. 483) shall be referred to as CS Administrative Order No. 1.  The Order entered on September 19, 2007 (Document No. 484) shall be referred to as CS Administrative Order No. 2.  This Order shall be referred to as CS Administrative Order No. 3.

    **DONE and ORDERED** in Orlando, Florida, on October ___, 2007.

                                 _____
                                   **DAVID A. BAKER**
                                   **UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:
Counsel of Record

**WE ASK FOR THIS:**

**SPECIAL MASTER:**

By: _____

Orran L. Brown, Special Master
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia 23219
Telephone: (804) 521-7201
Facsimile: (804) 521-7299
Email: obrown@browngreer.com

**AGREED:**

**PLAINTIFFS' COUNSEL:**

By: _____

Buffy K. Martines
Laminack, Pirtle & Martines
Lyric Center Building
440 Louisiana
Suite 1250
Houston, TX 77002
Telephone: (713) 292-2750
Facsimile: (713) 223-4870
Email: buffym@lpm-triallaw.com

*Counsel for Plaintiffs in Coordinated Discovery*

Copies furnished to:
Counsel of Record

**WE ASK FOR THIS:**

**SPECIAL MASTER:**


By:   _____
　　　　Orran L. Brown, Special Master
　　　　Virginia State Bar No. 25832
　　　　BrownGreer PLC
　　　　115 South 15th Street, Suite 400
　　　　Richmond, Virginia  23219
　　　　Telephone:  (804) 521-7201
　　　　Facsimile:  (804) 521-7299
　　　　Email:  obrown@browngreer.com

**AGREED:**

**PLAINTIFFS' COUNSEL:**


By:   _____
　　　　Buffy K. Martines
　　　　Laminack, Pirtle & Martines
　　　　Lyric Center Building
　　　　440 Louisiana
　　　　Suite 1250
　　　　Houston, TX  77002
　　　　Telephone:  (713) 292-2750
　　　　Facsimile:  (713) 223-4870
　　　　Email:  buffym@lpm-triallaw.com

*Counsel for Plaintiffs in Coordinated Discovery*

5

**DEFENDANTS' COUNSEL:**

By: _____

Russell O. Stewart
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
Telephone:  (303) 607-3688
Facsimile:  (303) 607-3600
Email:  rstewart@faegre.com

*Counsel for Defendants in Coordinated Discovery*

6

| CASE-SPECIFIC TRANSITION SCHEDULE | | |
|---|---|---|
| **DESIGNATION OF CASES FOR CASE-SPECIFIC DISCOVERY** | **DEFENDANTS' DISCLOSURE OF PSS DOCUMENTS** | **PLAINTIFFS' DESIGNATION OF PSS DEPONENT** |
| **DECEMBER 2007 CASES** | | |
| **1.** 10/15/07:   Defendants 10 cases | 10/24/07 | 10/30/07 |
| **2.** 10/18/07:   Plaintiffs 10 cases | 10/29/07 | 11/2/07 |
| **3.** On or about 10/22/07:   Court 10 cases | 10/31/07 (or 7 business days after Court designations) | 11/6/07 (or 4 business days after disclosures) |
| **JANUARY 2008 CASES** | | |
| **1.** 10/26/07:   Defendants 10 cases | 11/6/07 | 11/12/07 |
| **2.** 10/30/07:   Plaintiffs 10 cases | 11/8/07 | 11/14/07 |
| **3.** On or about 11/1/07:   Court 10 cases | 11/12/07 (or 7 business days after Court designations) | 11/16/07 (or 4 business days after disclosures) |

**EXHIBIT 1**

<u>**SERVICE LIST**</u>

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>***Plaintiffs' Lead Counsel*** | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |