# Exhibit 2



**BAILEY PERRIN BAILEY**
*A Registered Limited Liability Partnership*

THE LYRIC CENTRE
440 LOUISIANA, SUITE 2100
HOUSTON, TEXAS 77002
(713) 425-7100 BUSINESS
(713) 425-7101 FACSIMILE

October 4, 2007

<u>**Via FedEx Priority Overnight**</u>
Mr. Brennan J. Torregrossa
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808

      Re:    In re: Seroquel products Liability Litigation
              (MDL Docket No. 1769)

Dear Brennan:

Please find enclosed a CD containing fifteen (15) Acknowledgments and HIPAA Authorizations, for Plaintiffs designated in June.  I have included an accompanying list for your convenience.  We will continue to provide you with additional Acknowledgments and HIPAAs as soon as they are received from our clients.

Please do not hesitate to contact me or Camp, should you have any questions.

Respectfully,

*[signature]*

Sundeep S. Grewel
Attorney at Law

Enclosures:  As stated

cc:    Mr. Camp Bailey  [Firm]

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production -
Set IV (June 30, 2007)
Acknowledgments and HIPAA Authorizations (15)**
October 4, 2007

|    | Last Name | First Name |
|----|-----------|------------|
| 1  | Brown     | Karen      |
| 2  | Burgie    | Felton     |
| 3  | Burris    | Jessica    |
| 4  | Connard   | Penny      |
| 5  | Crosley   | Michelle   |
| 6  | Davis     | Derrick    |
| 7  | Forslin   | Dianna     |
| 8  | Hamlett   | Sybil      |
| 9  | Meyer     | Delbert    |
| 10 | Parker    | Atiba      |
| 11 | Parnell   | Partricia  |
| 12 | Peters    | Kathy      |
| 13 | Rylance   | Timothy    |
| 14 | Taylor    | Lisa       |
| 15 | Templet   | Carol      |

FedEx | Ship Manager | Label 7914 0439 8810

From: Origin ID: EIXA (713)425-7100
Heather Santiago
Bailey Perrin Bailey, LLP
440 Louisiana St.
Suite 2100
Houston, TX 77002

FedEx Express

E
CLS090607/21/23

Ship Date: 04OCT07
ActWgt: 1 LB
System#: 9787328/INET7091
Account#: S *********

Delivery Address Bar Code

SHIP TO: (215)994-4000    BILL SENDER
**Brennan Torregrossa**
**Dechert, LLP**
**Cira Centre**
**2929 Arch Street**
**Philadelphia, PA 191042808**

Ref #    Seroquel -HIPAAs & Ack.
Invoice #
PO #
Dept #



TRK# 0201  7914 0439 8810    FRI - 05OCT    A1
PRIORITY OVERNIGHT

**XB-ESPA**    PHL
PA-US
19104



---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/ship/domesticShipmentAction.do?method=doShipContinue    10/4/2007

## Heather Santiago

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, October 05, 2007 8:58 AM
**To:** Heather Santiago
**Subject:** FedEx Shipment 791404398810 Delivered

This tracking update has been requested by:

Company Name:           Bailey Perrin Bailey, LLP
Name:                   Heather Santiago
E-mail:                 hsantiago@bpblaw.com

Our records indicate that the following shipment has been delivered:

Reference:                  Seroquel -HIPAAs & Ack.
Ship (P/U) date:            Oct 4, 2007
Delivery date:              Oct 5, 2007 9:50 AM
Sign for by:                C.STREETER
Delivered to:               Receptionist/Front Desk
Service type:               FedEx Priority Overnight
Packaging type:             FedEx Envelope
Number of pieces:           1
Weight:                     0.50 lb.
Special handling/Services:  Deliver Weekday

Tracking number:            791404398810

Shipper Information                  Recipient Information
Heather Santiago                     Brennan Torregrossa
Bailey Perrin Bailey, LLP            Dechert, LLP
440 Louisiana St.;Suite 2100         Cira Centre;2929 Arch Street
Houston                              Philadelphia
TX                                   PA
US                                   US
77002                                191042808

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:57 AM CDT on 10/05/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

10/5/2007