# Exhibit 1

## Bailey Perrin Bailey LLP

## List of Plaintiffs' Acknowledgments/HIPAAs

|    | Last Name | First Name | Case Number    | Ack. Served | HIPAA Served |
|----|-----------|------------|----------------|-------------|--------------|
| 1  | Brown     | Karen      | 6:07-cv-14682  | 10/4/2007   | 10/4/2007    |
| 2  | Connard   | Penny      | 6:07-cv-16013  | 10/4/2007   | 10/4/2007    |
| 3  | Crosley   | Michelle   | 6:07-cv-16038  | 10/4/2007   | 10/4/2007    |
| 4  | Davis     | Derrick    | 6:07-cv-14783  | 10/4/2007   | 10/4/2007    |
| 5  | Forslin   | Dianna     | 6:07-cv-14860  | 10/4/2007   | 10/4/2007    |
| 6  | Hamlett   | Sybil      | 6:07-cv-14942  | 10/4/2007   | 10/4/2007    |
| 7  | Meyer     | Delbert    | 6:07-cv-15164  | 10/4/2007   | 10/4/2007    |
| 8  | Parker    | Atiba      | 6:07-cv-16428  | 10/4/2007   | 10/4/2007    |
| 9  | Parnell   | Partricia  | 6:07-cv-16430  | 10/4/2007   | 10/4/2007    |
| 10 | Peters    | Kathy      | 6:07-cv-16447  | 10/4/2007   | 10/4/2007    |
| 11 | Rylance   | Timothy    | 6:07-cv-16518  | 10/4/2007   | 10/4/2007    |
| 12 | Taylor    | Lisa       | 6:07-cv-15412  | 10/4/2007   | 10/4/2007    |
| 13 | Templet   | Carol      | 6:07-cv-15414  | 10/4/2007   | 10/4/2007    |