# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

**Case No. 6:06-md-1769-Orl-22DAB**

_____/

## ORDER

This cause came on for consideration following the status conference held on October 2, 2007.  It is **ORDERED** as follows:

1. Plaintiffs will submit by October 5, 2007, a proposed endorsement for third parties to sign as discussed at the status conference;

2. Defendants will file their motion concerning the potential transfer for trial of eligible Florida Plaintiffs by October 16, 2007.  The motion shall include a listing of the cases that Defendants believe would qualify for transfer for trial in this Court; and a memorandum of law in support of the Panel, transferor court, or transferee court's authority to implement such transfer.

3. By October 23, 2007, the parties will submit separate statements of their views concerning the scheduling and the scope of future discovery, particularly with regard to the expansion of case-specific discovery, alternative dispute resolution methods, and preparation of Florida based cases for trial.

**DONE** and **ORDERED** in Orlando, Florida on October 10, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record