# Exhibit 1

## Bailey Perrin Bailey LLP

## List of Plaintiffs' Acknowledgments/HIPAAs

|    | Last Name | First Name | Case Number   | Ack. Served | HIPAA Served |
|----|-----------|------------|---------------|-------------|--------------|
| 1  | Barner    | Jerry      | 6:07-cv-13071 | 10/9/2007   | 10/9/2007    |
| 2  | Beard     | Marshall   | 6:07-cv-12284 | 10/9/2007   | 10/9/2007    |
| 3  | Davis     | Patricia   | 6:07-cv-12413 | 10/9/2007   | 10/9/2007    |
| 4  | Eggers    | Tammy      | 6:07-cv-12450 | 10/9/2007   | 10/9/2007    |
| 5  | Meadows   | William    | 6:07-cv-13923 | 10/9/2007   | 10/9/2007    |
| 6  | Mitchem   | James      | 6:07-cv-13952 | 10/9/2007   | 10/9/2007    |
| 7  | Nichols   | Michael    | 6:07-cv-12733 | 10/9/2007   | 10/9/2007    |
| 8  | Reeves    | Dawn       | 6:07-cv-14137 | 10/9/2007   | 10/9/2007    |
| 9  | Singleton | Lula       | 6:07-cv-14273 | 10/9/2007   | 10/9/2007    |
| 10 | Tillery   | Ernest     | 6:07-cv-12908 | 10/9/2007   | 10/9/2007    |