# Exhibit 1

## Bailey Perrin Bailey LLP

## List of Plaintiffs' Acknowledgments/HIPAAs

|   | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Hudson | Barbara | 6:07-cv-16204 | 10/9/2007 | 10/9/2007 |
| 2 | Nester | Mary | 6:07-cv-16404 | 10/9/2007 | 10/9/2007 |
| 3 | Norris | Billy | 6:07-cv-16411 | 10/9/2007 | 10/9/2007 |
| 4 | Travis | Cheryle | 6:07-cv-16636 | 10/9/2007 | 10/9/2007 |