# Exhibit 1

## Bailey Perrin Bailey LLP

## List of Plaintiffs' Acknowledgments/HIPAAs

|   | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Cloughley | Ronald | 6:07-cv-14736 | 10/9/2007 | 10/9/2007 |
| 2 | Esquibel | Sylvia | 6:07-cv-14830 | 10/9/2007 | 10/9/2007 |
| 3 | Meyer | Tracie | 6:07-cv-15165 | 10/9/2007 | 10/9/2007 |