# Exhibit 1

## Bailey Perrin Bailey LLP

## List of Plaintiffs' Acknowledgments/HIPAAs

|   | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|-----------|------------|-------------|-------------|--------------|
| 1 | Bunch | David | 6:07-cv-10221 | 10/10/2007 | 10/10/2007 |
| 2 | Guillory | Florina | 6:07-cv-14928 | 10/10/2007 | 10/10/2007 |