# EXHIBIT A

FLORIDA-RELATED SEROQUEL CASES WITH FLORIDA-RESIDENT PLAINTIFFS PENDING IN THE MDL AS OF OCTOBER 11, 2007

|   | Florida Plaintiff | Docket # | Lead Plaintiff | Plaintiffs Consent | Deposed? |
|---|---|---|---|---|---|
| 1 | Berkowitz, Cathy | 6:2007cv11396 | Abad, Jamie L. | | |
| 2 | Cappoin, Patricia E. | 6:2007cv11445 | Abad, Jamie L. | | |
| 3 | Cutshaw, James | 6:2007cv11492 | Abad, Jamie L. | | |
| 4 | Delgado, Jeffrey | 6:2007cv11507 | Abad, Jamie L. | | |
| 5 | Head, Benjamin F. | 6:2007cv11633 | Abad, Jamie L. | | |
| 6 | Looney, Sally L. | 6:2007cv11751 | Abad, Jamie L. | Yes | |
| 7 | Miranda, Jennifer | 6:2007cv11797 | Abad, Jamie L. | | |
| 8 | Pagar, Jeffrey S. | 6:2007cv11848 | Abad, Jamie L. | | |
| 9 | Pereira, Victor F. | 6:2007cv11858 | Abad, Jamie L. | | |
| 10 | Radford, Cheryl | 6:2007cv11890 | Abad, Jamie L. | | |
| 11 | Thomas, Cherylyn E. | 6:2007cv12008 | Abad, Jamie L. | | |
| 12 | Burns, Janice | 6:2007cv15959 | Abbott, Tina | | |
| 13 | Tanke, Mary | 6:2007cv16603 | Abbott, Tina | Yes | |
| 14 | Williams, Ava | 6:2007cv16687 | Abbott, Tina | | |
| 15 | Abear, Jannette M. | 6:2006cv01851 | Abear, Jannette M. | | |
| 16 | Anderson, Rebecca, Individually and as the Proposed Administrator of the Estate of Rhonda L. Nichols, Deceased | 6:2007cv15678 | Abear, Jannette M. | | |
| 17 | Barnebee, James H. | 6:2007cv15683 | Abear, Jannette M. | | |
| 18 | Best, Carnetta T. | 6:2007cv15687 | Abear, Jannette M. | | |
| 19 | Bonebrake, Carole | 6:2007cv15690 | Abear, Jannette M. | | |
| 20 | Brown, Lois C. | 6:2007cv15692 | Abear, Jannette M. | Yes | |
| 21 | Clauson, Daniel S. | 6:2007cv15696 | Abear, Jannette M. | | |
| 22 | Curley, Connie M. | 6:2007cv15701 | Abear, Jannette M. | Yes | |
| 23 | Cuyler, Dorian | 6:2007cv15703 | Abear, Jannette M. | Yes | |
| 24 | Dixon, William | 6:2007cv15706 | Abear, Jannette M. | Yes | |
| 25 | Episcopo, Joan M. | 6:2007cv15715 | Abear, Jannette M. | Yes | |
| 26 | Epps, Lynda L. | 6:2007cv15716 | Abear, Jannette M. | | |
| 27 | Fernandez, Miguel A. | 6:2007cv15719 | Abear, Jannette M. | | |
| 28 | Grass, Janie | 6:2007cv15729 | Abear, Jannette M. | | |
| 29 | Haller, David D. | 6:2007cv15733 | Abear, Jannette M. | | |
| 30 | Hernandez, Christine M. | 6:2007cv15736 | Abear, Jannette M. | Yes | Yes |
| 31 | Livesay Debra G. | 6:2007cv15752 | Abear, Jannette M. | | |
| 32 | Lowe- Bernard, Janet | 6:2007cv15754 | Abear, Jannette M. | | |

FLORIDA-RELATED SEROQUEL CASES WITH FLORIDA-RESIDENT PLAINTIFFS PENDING IN THE MDL AS OF OCTOBER 11, 2007

| | | | | | |
|---|---|---|---|---|---|
| 33 | Masgola, Kim L., Individually and as the Proposed Administrator of the Estate of Terrance Reinsmith, Deceased | 6:2007cv15784 | Abear, Jannette M. | | |
| 34 | Michael, Robert | 6:2007cv15762 | Abear, Jannette M. | | |
| 35 | Miqueli, Barbara V. | 6:2007cv15765 | Abear, Jannette M. | Yes | |
| 36 | Morrow, Jonathan A. | 6:2007cv15770 | Abear, Jannette M. | | |
| 37 | Nazzaro, Patricia, as Next Friend of Kyle Zyjewski, a Minor | 6:07-cv-15773 | Abear, Jannette M. | Yes | Yes (K.Z.) |
| 38 | Pinion, Beverly S., Individually and as Proposed Administrator of the Estate of Roberta A. Mazzarini, Deceased | 6:2007cv15781 | Abear, Jannette M. | | |
| 39 | Richmond, Melody | 6:2007cv15786 | Abear, Jannette M. | | |
| 40 | Russell, Carmen G. | 6:2007cv15791 | Abear, Jannette M. | | |
| 41 | Smith, Connie M. | 6:2007cv15799 | Abear, Jannette M. | | |
| 42 | Stephens, Terry L. | 6:2007cv15805 | Abear, Jannette M. | Yes | Yes |
| 43 | Sumner, William B. | 6:2007cv15808 | Abear, Jannette M. | | |
| 44 | Tanner, Kathleen | 6:2007cv15809 | Abear, Jannette M. | Yes | |
| 45 | Unger, Richard | 6:2007cv15812 | Abear, Jannette M. | | |
| 46 | White, Dawn M. | 6:2007cv15815 | Abear, Jannette M. | | |
| 47 | White, Willie | 6:2007cv15816 | Abear, Jannette M. | | |
| 48 | Wilson, Michael W. | 6:2007cv15818 | Abear, Jannette M. | | |
| 49 | Young, David A. | 6:2007cv15824 | Abear, Jannette M. | | |
| 50 | Alvarez, Kathryn D. | 6:2007cv13032 | Abel, Cynthia R. | | |
| 51 | Bess, Vera R. | 6:2007cv13110 | Abel, Cynthia R. | Yes | |
| 52 | Brooks, Eddie L. | 6:2007cv13158 | Abel, Cynthia R. | | |
| 53 | Browning, Dena M. | 6:2007cv13182 | Abel, Cynthia R. | Yes | |
| 54 | Carter, Sandra S. | 6:2007cv13234 | Abel, Cynthia R. | | |
| 55 | Joyner, Robert H. | 6:2007cv13713 | Abel, Cynthia R. | | |
| 56 | Moynihan, Thomas | 6:2007cv13980 | Abel, Cynthia R. | | |
| 57 | Quinn, Lori A. | 6:2007cv14108 | Abel, Cynthia R. | Yes | |
| 58 | Rodriguez, Candida R. | 6:2007cv14178 | Abel, Cynthia R. | Yes | |
| 59 | Zackschewski, George | 6:2007cv14554 | Abel, Cynthia R. | | |
| 60 | Beavers, Calvin | 6:2007cv12285 | Abernathy, William | | |
| 61 | Duvall, Sharon E. | 6:2007cv12443 | Abernathy, William | | Yes |
| 62 | Herron, Randall | 6:2007cv12556 | Abernathy, William | | |
| 63 | Lorditch, Hope M. | 6:2007cv12657 | Abernathy, William | | Yes |
| 64 | Murphy, Brian | 6:2007cv12719 | Abernathy, William | | |

FLORIDA-RELATED SEROQUEL CASES WITH FLORIDA-RESIDENT PLAINTIFFS PENDING IN THE MDL AS OF OCTOBER 11, 2007

| | | | | | |
|---|---|---|---|---|---|
| 65 | Altman, Stephanie M. | 6:2007cv10182 | Abeyta, Valerie | | |
| 66 | Ash, Jan | 6:2007cv10185 | Abeyta, Valerie | | |
| 67 | Barber, Karen | 6:2007cv10187 | Abeyta, Valerie | | |
| 68 | Batalla, Tomasa A. | 6:2007cv10192 | Abeyta, Valerie | | |
| 69 | Beaty, Linda L. | 6:2007cv10194 | Abeyta, Valerie | | |
| 70 | Bennett, Evelyn E. | 6:2007cv10195 | Abeyta, Valerie | | |
| 71 | Berkhan, Catherine | 6:2007cv10196 | Abeyta, Valerie | | |
| 72 | Binkowski, Maureen | 6:2007cv10198 | Abeyta, Valerie | | |
| 73 | Brito, Shelley | 6:2007cv10210 | Abeyta, Valerie | | |
| 74 | Cantelmo, Linda L. | 6:2007cv10225 | Abeyta, Valerie | | |
| 75 | Carley, Peter B. | 6:2007cv10226 | Abeyta, Valerie | | |
| 76 | Chaplin, Ann-Marie | 6:2007cv10229 | Abeyta, Valerie | | |
| 77 | Christiansen, Denis A. | 6:2007cv10234 | Abeyta, Valerie | | |
| 78 | Dalrymple, Elizabeth F. | 6:2007cv10249 | Abeyta, Valerie | | |
| 79 | Fashner, Sharon K. | 6:2007cv10265 | Abeyta, Valerie | | Yes |
| 80 | Fish, Venus C. | 6:2007cv10267 | Abeyta, Valerie | Yes | |
| 81 | Garletts, Diane | 6:2007cv10274 | Abeyta, Valerie | | |
| 82 | Grant, Judith M. | 6:2007cv10286 | Abeyta, Valerie | Yes | |
| 83 | Gray, Twyla R. | 6:2007cv10287 | Abeyta, Valerie | | |
| 84 | Guinn, Linda C. | 6:2007cv10291 | Abeyta, Valerie | Yes | |
| 85 | Hall, Betty A. | 6:2007cv10293 | Abeyta, Valerie | Yes | |
| 86 | Harris, Gerline G. | 6:2007cv10296 | Abeyta, Valerie | | |
| 87 | Hinton, Joanne | 6:2007cv10304 | Abeyta, Valerie | Yes | Yes |
| 88 | Ing, Brenda K. | 6:2007cv10312 | Abeyta, Valerie | | |
| 89 | Jones, William E. | 6:2007cv10325 | Abeyta, Valerie | | |
| 90 | Kaliszeski, Patricia I. | 6:2007cv10326 | Abeyta, Valerie | | |
| 91 | Klein, Jeri M. | 6:2007cv10329 | Abeyta, Valerie | | |
| 92 | Lamica, Terry L. | 6:2007cv10334 | Abeyta, Valerie | Yes | |
| 93 | Leimonitis, Anthony | 6:2007cv10339 | Abeyta, Valerie | Yes | |
| 94 | Lemons, Angel A. | 6:2007cv10340 | Abeyta, Valerie | | |
| 95 | Lester, Charles | 6:2007cv10342 | Abeyta, Valerie | | |
| 96 | Licker, Jeffrey A. | 6:2007cv10343 | Abeyta, Valerie | | |
| 97 | Lydard, Connie R. | 6:2007cv10348 | Abeyta, Valerie | | |
| 98 | Mallard, Marie | 6:2007cv10351 | Abeyta, Valerie | | |
| 99 | Maness, Esther A. | 6:2007cv10352 | Abeyta, Valerie | | |
| 100 | Martin, Kimberly B. | 6:2007cv10355 | Abeyta, Valerie | | |
| 102 | Mays, Quentin R. | 6:2007cv10359 | Abeyta, Valerie | | |

FLORIDA-RELATED SEROQUEL CASES WITH FLORIDA-RESIDENT PLAINTIFFS PENDING IN THE MDL AS OF OCTOBER 11, 2007

| | | | | | |
|---|---|---|---|---|---|
| 102 | McAlexander, Eileen J. | 6:2007cv10360 | Abeyta, Valerie | Yes | |
| 103 | McCraw, Shirley | 6:2007cv10361 | Abeyta, Valerie | Yes | |
| 104 | McDaniel, Kimberly | 6:2007cv10362 | Abeyta, Valerie | | Yes |
| 105 | Melton, Jacqueline | 6:2007cv10366 | Abeyta, Valerie | | |
| 106 | Niswander, Virginia | 6:2007cv10380 | Abeyta, Valerie | | |
| 107 | Pagan, Helen | 6:2007cv10385 | Abeyta, Valerie | | |
| 108 | Patton, Sonya D. (a.k.a. Denise Patton) | 6:2007cv10393 | Abeyta, Valerie | | |
| 109 | Powell, Deborah | 6:2007cv10401 | Abeyta, Valerie | | |
| 110 | Robinson, Mary J. | 6:2007cv10417 | Abeyta, Valerie | | |
| 111 | Rose, Tina M. | 6:2007cv10422 | Abeyta, Valerie | Yes | |
| 112 | Runner, Jesse B. | 6:2007cv10424 | Abeyta, Valerie | | Yes |
| 113 | Sarmiento, William | 6:2007cv10425 | Abeyta, Valerie | | |
| 114 | Schapiro, Michael P. | 6:2007cv10427 | Abeyta, Valerie | Yes | |
| 115 | Schroeter, Michel A. | 6:2007cv10434 | Abeyta, Valerie | | |
| 116 | Semljatschenko, Diane | 6:2007cv10437 | Abeyta, Valerie | | |
| 117 | Sperry, Cheri L. | 6:2007cv10445 | Abeyta, Valerie | | |
| 118 | Stevens, Shirley | 6:2007cv10448 | Abeyta, Valerie | | |
| 119 | Stoudt, Jessamy L. | 6:2007cv10450 | Abeyta, Valerie | | |
| 120 | Thomas, Leslie D. | 6:2007cv10457 | Abeyta, Valerie | | |
| 121 | Warren, Lance A. | 6:2007cv10466 | Abeyta, Valerie | | |
| 122 | West, Charles E. | 6:2007cv10471 | Abeyta, Valerie | | |
| 123 | White, Rhunette C. | 6:2007cv10473 | Abeyta, Valerie | | |
| 124 | Whittington, Linda F. | 6:2007cv10475 | Abeyta, Valerie | | |
| 125 | Young, Gilbert | 6:2007cv10483 | Abeyta, Valerie | | |
| 126 | Middleton, Clemmie | 6:2007cv10949 | Adair, Pamela J. | | |
| 127 | Ellberg, Beverly A. | 6:2007cv11177 | Adkins, Larry | | |
| 128 | Kirkland, Charlene | 6:2007cv11223 | Adkins, Larry | | |
| 129 | Rash, Eula D. | 6:2007cv11278 | Adkins, Larry | | |
| 130 | Shaefer, James E. | 6:2007cv11299 | Adkins, Larry | | |
| 131 | McCarthy, Kevin R. | 6:2007cv11096 | Aguirre, Natalie | | Yes |
| 132 | Ray, Charles M. | 6:2007cv11102 | Aguirre, Natalie | Yes | |
| 133 | Slapion, Andrea | 6:2007cv12224 | Ammerman, Michelle | Yes | |
| 134 | Anderton-Vilimek, Donna A. | 6:2006cv01848 | Anderton-Vilimek, D. | Yes | |
| 135 | Spitz, Barbara L. | 6:2007cv15579 | Anderton-Vilimek, D. | | Yes |
| 136 | Fulk, April S., as Next Friend of Carly C. Massey, a Minor | 6:2007cv15590 | Ashley, Lisa C. | | |
| 137 | McElroy, Suzanne G. | 6:2007cv15605 | Ashley, Lisa C. | Yes | |

**FLORIDA-RELATED SEROQUEL CASES WITH FLORIDA-RESIDENT PLAINTIFFS PENDING IN THE MDL AS OF OCTOBER 11, 2007**

| 138 | Houck, Tina M., as Next Friend of Chad Houck, a Minor | 6:2007cv12094 | Beland, Edna J. | | |
|---|---|---|---|---|---|