# Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs**

|   | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|-----------|------------|-------------|-------------|--------------|
| 1 | Drum | Sally | 6:07-cv-10514 | 10/9/2007 | 10/9/2007 |