**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:  SEROQUEL PRODUCTS
LIABILITY LITIGATION

THIS RELATES TO:

**Plaintiffs Identified in Exhibit 1**

MDL Docket No.:

**6:06-md-1769-ACC-DAB**

**NOTICE AND CERTIFICATION OF SERVICE OF PLAINTIFFS'
ACKNOWLEDGEMENTS AND MEDICAL AUTHORIZATIONS**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiffs identified in Exhibit 1 hereby give notice and certify that Plaintiffs'
Acknowledgements and Medical Authorizations were served on Mr. Brennan J.
Torregrossa, who is an attorney for Defendants **ASTRAZENECA
PHARMACEUTICALS LP AND ASTRAZENECA LP**, and whose address is Cira
Centre, 2929 Arch Street, Philadelphia, PA 19104-2808, (215) 994-4000, by delivery via
Federal Express on the dates identified in Exhibit 1.  Documentation of receipt of
Plaintiffs' Acknowledgements and Medical Authorizations is attached as Exhibit 2.

Respectfully submitted,

 /s/ K. Camp Bailey_____

F. Kenneth Bailey, Jr.
K. Camp Bailey
Fletch V. Trammell
Laurence Tien
Bailey Perrin Bailey LLP
440 Louisiana St., Suite 2100
Houston, TX  77002-4206
713-425-7100 Telephone
713-425-7101 Facsimile
kbailey@bpblaw.com
cbailey@bpblaw.com
ftrammell@bpblaw.com
ltien@bpblaw.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 12th day of October, 2007, I electronically filed the foregoing **NOTICE AND CERTIFICATION OF SERVICE OF PLAINTIFFS' ACKNOWLEDGEMENTS AND MEDICAL AUTHORIZATIONS** with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Mr. Fred T. Magaziner, Esq.<br>Ms. Marjorie Shiekman, Esq.<br>**Attorneys for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP**<br>Dechert, LLP<br>Cira Center<br>2929 Arch St.<br>Philadelphia, PA 19104-2808<br>Tel: (215) 994-4000<br>fred.magaziner@dechert.com<br>marjorie.shiekman@dechert.com | |

/s/ K. Camp Bailey