Case 6:06-md-01769-ACC-DAB   Document 566-2   Filed 10/12/07   Page 1 of 2 PageID 10217

# Exhibit 1

## Bailey Perrin Bailey LLP

## List of Plaintiffs' Acknowledgments/HIPAAs

|   | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Dobson | James | 6:07-cv-10853 | 10/4/2007 | 10/4/2007 |
| 2 | Rolling | Bernadette | 6:07-cv-10420 | 10/4/2007 | 10/4/2007 |