UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL Docket No. 1769

This document relates to:

ALL CASES IN EXHIBIT 1

_____

### ASTRAZENECA'S MOTION REQUESTING DISMISSAL WITH PREJUDICE FOR FAILURE TO SERVE PLAINTIFF FACT SHEETS

Certain Plaintiffs have failed to serve their Plaintiff Fact Sheets. Accordingly, the AstraZeneca Defendants (AstraZeneca) move to dismiss their claims (*See* Exhibit 1 for list of cases).[1] Under Case Management Order (CMO) No. 2, Plaintiffs are obligated to provide completed and verified Plaintiff Fact Sheets, including an executed Authorization for Release of All Records (Records Authorizations), within certain deadlines (MDL Docket No. 129 at ¶ I(A)-(B)). Seven Plaintiffs, represented by The Gallagher Law Firm, had their cases docketed in this MDL on July 5, 2007. Despite a Notice of Overdue Discovery and a 20-day cure period, Plaintiffs have still failed to serve any PFS whatsoever and their claims should be dismissed with prejudice in accordance with CMO No. 2. In support of this Motion, AstraZeneca states as follows:

_____

[1] Pursuant to the Court's June 22, 2007 Order, this Motion is filed in the Master MDL case because it relates to the identical issue in more than four cases. This Motion applies to the seven cases listed in Exhibit 1.

1. For cases docketed in the MDL after January 31, 2007, like the Plaintiffs subject to this Motion, Paragraph I(B) of CMO No. 2 provides that Plaintiffs must serve a completed Plaintiff's Fact Sheet, executed Records Authorization, and responsive documents within 45 days from the date of docketing (MDL Docket No. 129).

2. CMO No. 2 further provides that, if Plaintiffs do not serve a completed Plaintiff Fact Sheet (including completed Records Authorization) within 10 days of the due date, AstraZeneca should send a Notice of Overdue Discovery. *Id.* ¶ I(C).

3. If a completed Plaintiff Fact Sheet is not served within 20 days of the Notice, AstraZeneca may submit to the Court an Order dismissing the Complaint with prejudice. *See* MDL Docket No. 285, amending CMO No. 2 ¶ I(D).

4. Plaintiffs then have 80 days from the submission of the dismissal order to file a notice certifying that they served AstraZeneca with a completed Plaintiff Fact Sheet and provide documentation of receipt, or the case will be dismissed with prejudice. *Id.*

5. Plaintiffs' cases were docketed in this MDL on July 5, 2007.

6. On September 21, 2007, AstraZeneca's counsel sent a Notice of Overdue Discovery to Plaintiffs' counsel stating that the Plaintiff Fact Sheets were overdue and requesting that they be served within 20 days (Exhibit 2).

7. Plaintiffs' counsel's 20-day cure period under CMO No. 2 to serve completed Plaintiff Fact Sheets expired on October 11, 2007. To date, Plaintiffs' counsel has failed to serve these Plaintiff Fact Sheets.

8. The Court has already dismissed claims of many Plaintiffs for failure to serve Fact Sheets. *See, e.g., Baldelli v. AstraZeneca Pharmaceuticals LP, et al.*, No. 06-cv-1026,

September 26, 2007 Order (MDL Docket No. 506) (dismissing with prejudice for failure to serve Plaintiff Fact Sheet).

9. Accordingly, AstraZeneca hereby moves the Court to Order the cases to be dismissed with prejudice if Plaintiffs do not serve AstraZeneca with completed and verified Plaintiff Fact Sheets, including signed Records Authorizations, and file proof of receipt within 80 days from the date of this Motion.

10. If Plaintiffs do not serve completed Plaintiff Fact Sheets by January 3, 2008, the Court should dismiss their cases with prejudice in accordance with CMO No. 2.  Indeed, dismissal of cases where plaintiffs failed to provide a completed Plaintiff Fact Sheet has been held to be an appropriate sanction in multi-district product liability litigation. *See, e.g., In re PPA Products Liability Litigation*, 460 F.3d 1217, 1234 (9th Cir. 2006) (affirming district court's dismissal as appropriate sanction for failure to Plaintiff Fact Sheets). *See also In re Guidant Corp. Implantable Defibrillators Products Liability Litigation*, No. 06-3810, 2007 WL 2189069, at *4 (8th Cir. Aug. 1, 2007) (same).

11. A form Order listing the cases ripe for dismissal is provided in accordance with CMO No. 2, paragraph I(D) (Exhibit 3).

WHEREFORE, in accordance with the terms of CMO No. 2, AstraZeneca respectfully requests that the Court dismiss the claims of Plaintiffs listed in Exhibit 1 with prejudice where no completed Plaintiff Fact Sheet has been served and there is no proof of service filed with the Court within 80 days from the date of this Motion.

Dated: October 15, 2007

/s/ *Brennan J. Torregrossa*
Fred T. Magaziner
Brennan J. Torregrossa
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

Attorneys for Defendants
AstraZeneca Pharmaceuticals LP
and AstraZeneca LP

## CERTIFICATE OF SERVICE

I hereby certify that, on the 15th of October, 2007, I caused a true and correct copy of the foregoing AstraZeneca's Motion Requesting Dismissal With Prejudice for Failure to Serve Plaintiff Fact Sheets to be served via U.S. Mail, return receipt requested, upon the following:

>Michael T. Gallagher, Esq.
>The Gallagher Law Firm
>2905 Sackett St.
>Houston, TX 77098

and via electronic mail upon the following:

>Larry Roth, Esq.
>Law Offices of Larry M. Roth, P.A.
>Post Office Box 547637
>Orlando, FL  32854-7637
>Telephone: (407) 872-2239
>LROTH@roth-law.com

>*/s/ Brennan J. Torregrossa*