# EXHIBIT 1

# EXHIBIT 1

## GALLAGHER LAW FIRM

### List of Cases Ripe for Dismissal with Prejudice

|    |          |          |               |
|----|----------|----------|---------------|
| 1. | Angelle  | Charetta | 6:2007cv01033 |
| 2. | Gay      | Paxton   | 6:2007cv16778 |
| 3. | Baker    | Corey    | 6:2007cv16779 |
| 4. | Greene   | Wanda    | 6:2007cv16780 |
| 5. | Cox      | Loretta  | 6:2007cv16781 |
| 6. | Williams | Dawn     | 6:2007cv16782 |
| 7. | Wilson   | Michael  | 6:2007cv16783 |