UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

ALL CASES IN EXHIBIT 1

---

### NOTICE OF FILING AMENDED EXHIBITS TO ASTRAZENECA'S OCTOBER 15, 2007 MOTION REQUESTING DISMISSALS (DOC. 573)

The AstraZeneca Defendants hereby file amended exhibits to its Motion Requesting Dismissals With Prejudice for Failure to Serve Plaintiff Fact Sheets (Doc. 573). Although the substance of AstraZeneca's Motion is accurate, AstraZeneca failed to attach Exhibit 2 to the motion and improperly labeled Exhibit 3 as Exhibit 2. The corrected Exhibits to AstraZeneca's Motion (Exhibits 1-3) are attached hereto in the proper order.

Dated: October 17, 2007

/s/ *Brennan J. Torregrossa*
Fred T. Magaziner
Brennan J. Torregrossa
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

Attorneys for Defendants
AstraZeneca Pharmaceuticals LP
and AstraZeneca LP

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 17th of October, 2007, I caused a true and correct copy of the foregoing AstraZeneca Defendants' Notice of Filing Amended Exhibits to AstraZeneca's October 15, 2007 Motion Requesting Dismissals (Doc. 573) via U.S. Mail upon the following:

>Michael T. Gallagher, Esq.
>The Gallagher Law Firm
>2905 Sackett St.
>Houston, TX 77098

and via electronic mail upon the following:

>Larry Roth, Esq.
>Law Offices of Larry M. Roth, P.A.
>Post Office Box 547637
>Orlando, FL  32854-7637
>Telephone: (407) 872-2239
>LROTH@roth-law.com

*/s/ Brennan J. Torregrossa*