# EXHIBIT 1

# EXHIBIT 1

## GALLAGHER LAW FIRM

### List of Cases Ripe for Dismissal with Prejudice

|  | Last Name | First Name | Case Number |
|---|---|---|---|
| 1. | Angelle | Charetta | 6:2007cv01033 |
| 2. | Gay | Paxton | 6:2007cv16778 |
| 3. | Baker | Corey | 6:2007cv16779 |
| 4. | Greene | Wanda | 6:2007cv16780 |
| 5. | Cox | Loretta | 6:2007cv16781 |
| 6. | Williams | Dawn | 6:2007cv16782 |
| 7. | Wilson | Michael | 6:2007cv16783 |