# EXHIBIT 2



Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000  Main
+1 215 994 2222  Fax
www.dechert.com

**BRENNAN J. TORREGROSSA**

brennan.torregrossa@dechert.com
+1 215 994 2358  Direct
+1 215 655 2358  Fax

September 21, 2007

**VIA FACSIMILE & FIRST-CLASS MAIL**

Michael T. Gallagher, Esquire
The Gallagher Law Firm
2905 Sackett Street
Houston, TX 77098

Re:  In re: Seroquel Products Liability Litigation (MDL Docket No. 1769) –
      Notice of Overdue Discovery

Dear Counsel:

I am writing to inform you that our records indicate that the Plaintiff Fact Sheets in the seven cases listed in the attached chart are overdue. These cases were all filed after January 31, 2007 and were docketed in the MDL more than 45 days ago. To date, however, our records indicate that we have not received a Plaintiff Fact Sheet for any of these cases. Therefore, in accordance with CMO No. 2, paragraph I(B), the Plaintiff Fact Sheets for the cases listed in the attached chart are overdue.

If responses are still due in those cases, please provide the requisite information within twenty (20) days to Marjorie Shiekman, Esquire, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104, or fax to (215) 655-2019. Alternatively, the Plaintiff Fact Sheets can be electronically mailed to seroquelpfs@dechert.com. If completed Plaintiff Fact Sheets are not served within that time period, AstraZeneca will move for dismissal pursuant to Case Management Order No. 2, and the cases may be dismissed by the Court. If you have already submitted a response in any of these cases, please let me know.

If you have any questions, please contact me. Thank you for your cooperation in this matter.

Sincerely,

Brennan J. Torregrossa

BJT:jz
Attachment

U.S.  Austin  Boston  Charlotte  Harrisburg  Hartford  New York  Newport Beach  Palo Alto  Philadelphia  Princeton
San Francisco  Washington DC   EUROPE  Brussels  London  Luxembourg  Munich  Paris

**List of Overdue Plaintiff Fact Sheets**

|    | Plaintiff Name    | CTO    | CTO Entered Date | Case Number   |
|----|-------------------|--------|------------------|---------------|
| 1. | Charetta Angelle  | CTO-29 | 6/19/2007        | 6:2007cv01033 |
| 2. | Paxton Gay        | CTO-29 | 6/19/2007        | 6:2007cv16778 |
| 3. | Corey Baker       | CTO-29 | 6/19/2007        | 6:2007cv16779 |
| 4. | Wanda Greene      | CTO-29 | 6/19/2007        | 6:2007cv16780 |
| 5. | Loretta Cox       | CTO-29 | 6/19/2007        | 6:2007cv16781 |
| 6. | Dawn Williams     | CTO-29 | 6/19/2007        | 6:2007cv16782 |
| 7. | Michael Wilson    | CTO-29 | 6/19/2007        | 6:2007cv16783 |

JOB STATUS REPORT

```
TIME   : 09/21/2007 12:32
NAME   : DECHERT LLP
FAX#   : 2159942000
TEL#   :
SER.#  : 000005090639
```

```
DATE,TIME        09/21  12:32
FAX NO./NAME     917132220066
DURATION         00:00:44
PAGE(S)          03
RESULT           OK
MODE             STANDARD
                 ECM
```

# Dechert LLP

Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

## FAX TRANSMISSION SHEET

| DATE | September 21, 2007 | | |
|---|---|---|---|
| TO | Michael T. Gallagher<br>The Gallagher Law Firm | TEL<br>FAX | 713-222-8080<br>713-222-0066 |
| FROM | Brennan J. Torregrossa | TEL<br>FAX | +1 215 994 2358<br>+1 215 655 2358 |
| EMAIL | brennan.torregrossa@dechert.com | | |

TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET: 3

**IF ALL PAGES ARE NOT RECEIVED, PLEASE CALL +1 215 994 4000**

**OPERATOR**

**TIME OF TRANSMISSION**

**CONFIDENTIALITY NOTE**
The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that you should not further disseminate, distribute or copy this message. In addition, if you have received this message in error, please notify us immediately by collect telephone call and return the original message to us at the above address via the United States Postal Service. Thank you.

**MESSAGE**