# EXHIBIT 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

ALL CASES IN EXHIBIT 1

_____

       IT IS ON THIS _____ day of _____, 2007 **ORDERED** as follows:

       All of the claims of the Plaintiffs listed in Exhibit 1 only are **DISMISSED WITH PREJUDICE** for failure to timely serve upon Defendant a completed PFS with all requested information, documents, and authorizations.

DATED: _____        _____
                                                    **ORDERED BY THE COURT**