# Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs**

|   | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Coogle | Ralph | 6:07-cv-16015 | 10/16/2007 | 10/16/2007 |
| 2 | Lambert | Richard | 6:07-cv-16280 | 10/16/2007 | 10/16/2007 |
| 3 | Moss | Clifton | 6:07-cv-16389 | 10/16/2007 | 10/16/2007 |
| 4 | Pedigo | Alicia | 6:07-cv-16440 | 10/16/2007 | 10/16/2007 |
| 5 | Seats | Shelly | 6:07-cv-11947 | 10/16/2007 | 10/16/2007 |