# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

**Case No. 6:06-md-1769-Orl-22DAB**

_____/

## ORDER

This cause came on for consideration with oral argument on the following motion filed herein:

> **MOTION:** **ASTRAZENECA'S MOTION FOR EXTENSION OF DEADLINE TO PRODUCE DOCUMENTS FROM REMAINING CUSTODIANS (Doc. No. 505)**
>
> **FILED:** September 25, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED.** Defendant remains under obliged to produce documents on a timely basis. The consequences for any failures to do so remain to be determined.

**DONE** and **ORDERED** in Orlando, Florida on October 17, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record