# Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs**

|   | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Davis | Tyra | 6:07-cv-10251 | 10/16/2007 | 10/16/2007 |
| 2 | Flynn | Kathleen | 6:07-cv-13436 | 10/16/2007 | 10/16/2007 |
| 3 | Owens | John | 6:07-cv-11842 | 10/16/2007 | 10/16/2007 |
| 4 | Roberts | Doris | 6:07-cv-10736 | 10/16/2007 | 10/16/2007 |
| 5 | Smith | Anesiha | 6:07-cv-14280 | 10/16/2007 | 10/16/2007 |