**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE:  SEROQUEL PRODUCTS | MDL Docket No.: |
| | 6:06-md-1769-Orl-22DAB |
| LIABILITY LITIGATION | |
| | Judge Conway |
| This document relates to: | |
| | Magistrate Judge Baker |
| *Williams, et al., v. Astrazeneca Pharmaceuticals, LP, et al.;* | |
| No. 6:07-cv-01030-ACC-DAB | |
| _____/ | |

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

PLEASE TAKE NOTICE that Lowell W. Finson hereby enters his appearance as counsel of record and designated lead counsel for Plaintiffs, Sheila Williams, Nicholas Woytasik, Lakisha Brantley, Steve Stone, Anita Freeman, Melissa Almstrom and Ginger Haluski, in the above-referenced cause of action.  All inquiries, pleadings and court documents should be filed and served upon the undersigned.

DATED:  October 18, 2007          Respectfully submitted,

*/s/ Lowell W. Finson*_____
Lowell W. Finson, AZ Bar ID 010872
Phillips & Associates
3030 North Third Street, Suite 1100
Phoenix, AZ  85012
Tel: 602-258-8900 / Fax: 602-288-1632
lowellf@phillipslaw.ws
Counsel for Plaintiffs Sheila Williams, Nicholas Woytasik, Lakisha Brantley, Steve Stone, Anita Freeman, Melissa Almstrom, and Ginger Haluski.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel on the Service List for this case.

> */s/ Lowell W. Finson*
> Lowell W. Finson, AZ Bar ID 010872
> Phillips & Associates
> 3030 North Third Street, Suite 1100
> Phoenix, AZ  85012
> Tel: 602-258-8900 / Fax: 602-288-1632
> lowellf@phillipslaw.ws
> Counsel for Plaintiffs Sheila Williams,
> Nicholas Woytasik, Lakisha Brantley,
> Steve Stone, Anita Freeman, Melissa
> Almstrom, and Ginger Haluski.