**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation**

Case No. 6:06-md-1769-Orl-22DAB

**This document relates to:**

**JENNIE BROADNAX v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14672-ACC-DAB**

**DOUGLAS MONGAR v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11800-ACC-DAB**

**MINNIE PACE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16424-ACC-DAB**

**CHARLES POTTER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11878-ACC-DAB**

**DAVID SMITH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14284-ACC-DAB**

**JOANN TAYLOR v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14361-ACC-DAB**

**LARRY WILSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16699-ACC-DAB**

_____/

**ORDER**

This cause comes before the Court for consideration of Defendants' July 23, 2007, Motion Requesting Dismissals With Prejudice For Failure to Serve Medical Records Authorizations (Doc. 299). Pursuant to Case Management Order No. 2 (Doc. 129), as amended (Doc. 285), all plaintiffs identified in Defendants' dismissal motion must, within eighty days after Defendants' motion is filed, file a notice with the Court certifying that a completed and verified Plaintiff Fact

Sheet, along with all requested information, documents and authorizations, has since been served on Defendants. Each plaintiff is additionally required to attach documentation to the notice showing that Defendants in fact received the requested documents. All plaintiffs who file a timely notice, with attached documentation, shall not have their claims dismissed. All plaintiffs who do not file a timely notice shall have their claims automatically dismissed with prejudice.

In the instant case, Defendants sought to dismiss the cases of thirteen plaintiffs based on their failure to serve medical records authorizations. The above-named plaintiffs failed to file timely notices with the Court certifying that Defendants had since been served with the requested documents. Accordingly, it is **ORDERED** as follows:

1. AstraZeneca's Motion Requesting Dismissals With Prejudice For Failure to Serve Medical Records Authorizations (Doc. 299) is **GRANTED** as to the above-named plaintiffs only.

2. All of the above-named Plaintiffs' claims are hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** the cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 18, 2007.

*[signature]*
ANNE C. CONWAY
United States District Judge