**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-ACC-DAB

**This document relates to:**

**VIRGINIA BROWN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14686-ACC-DAB**

**DAVID BUNCH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10221-ACC-DAB**

**RICHARD DUTTON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16075-ACC-DAB**

**FLORINA GUILLORY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14928-ACC-DAB**

**RONALD JACKSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15596-ACC-DAB**

**HELENA YANES, as Next Friend of A.B.Y., a Minor v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14541-ACC-DAB**

_____/

## ORDER

This cause comes before the Court for consideration of Defendants' July 23, 2007, Motion Requesting Dismissals With Prejudice For Failure to Serve Medical Records Authorizations (Doc. 299). Pursuant to Case Management Order No. 2 (Doc. 129), as amended (Doc. 285), all plaintiffs identified in Defendants' dismissal motion must, within eighty days after Defendants' motion is filed, file a notice with the Court certifying that a completed and verified Plaintiff Fact Sheet, along with all requested information, documents and authorizations, has since been served

on Defendants. Each plaintiff is additionally required to attach documentation to the notice showing that Defendants in fact received the requested documents. All plaintiffs who file a timely notice, with attached documentation, shall not have their claims dismissed. All plaintiffs who do not file a timely notice shall have their claims automatically dismissed with prejudice.

In the instant case, Defendants sought to dismiss the cases of thirteen plaintiffs based on their failure to serve medical records authorizations. The above-named plaintiffs filed timely notices (Docs. 383, 428, 560 and 568) with the Court certifying that Defendants had been served with medical records authorizations, and appropriately attached documentation indicating that Defendants did in fact receive the authorizations. Thus, the Court deems the above-named plaintiffs in compliance with the Court's prior discovery orders and shall not dismiss their claims.

Accordingly, it is **ORDERED** that Defendants' Motion Requesting Dismissals With Prejudice For Failure to Serve Medical Records Authorizations (Doc. 299) is **DENIED** as to the above-named plaintiffs only.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 18, 2007.

ANNE C. CONWAY
United States District Judge