# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

                                               **Case No. 6:06-md-1769-Orl-22DAB**

**This document relates to:**

**JERRY L. BARNER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13071-ACC-DAB**

**MARSHALL A. BEARD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12284-ACC-DAB**

**PATRICIA A. DAVIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12413-ACC-DAB**

**TAMMY K. EGGERS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12450-ACC-DAB**

**CARISA D. JACKSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13660-ACC-DAB**

**MARK JIRIK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10318-ACC-DAB**

**DEBRA J. JONES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10531-ACC-DAB**

**PAMELA JONES-HANDS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13709-ACC-DAB**

**DANNY JORDAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13710-ACC-DAB**

**WILLIAM T. MEADOWS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13923-ACC-DAB**

**JAMES MITCHEM v. ASTRAZENECA LP, ET AL.**

**MDL Case No. 6:07-cv-13952-ACC-DAB**

**MARY E. NELMS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13996-ACC-DAB**

**MICHAEL NICHOLS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12733-ACC-DAB**

**EVELYN POWELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14092-ACC-DAB**

**DAWN E. REEVES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14137-ACC-DAB**

**LULA M. SINGLETON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14273-ACC-DAB**

**WAYNE V. STOTTS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14334-ACC-DAB**

**ERNEST G. TILLERY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12908-ACC-DAB**

**CLIFFORD TOMMIE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14391-ACC-DAB**

**PATRICIA S. VIGIL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14429-ACC-DAB**

**JANICE A. WAGERS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12941-ACC-DAB**

_____/

## ORDER

This cause comes before the Court for consideration of Defendants' July 25, 2007, Motion Requesting Dismissals With Prejudice For Failure to Serve Records Authorizations (Doc. 315). Pursuant to Case Management Order No. 2 (Doc. 129), as amended (Doc. 285), all plaintiffs

identified in Defendants' dismissal motion must, within eighty days after Defendants' motion is filed, file a notice with the Court certifying that a completed and verified Plaintiff Fact Sheet, along with all requested information, documents and authorizations, has since been served on Defendants.  Each plaintiff is additionally required to attach documentation to the notice showing that Defendants in fact received the requested documents.  All plaintiffs who file a timely notice, with attached documentation, shall not have their claims dismissed.  All plaintiffs who do not file a timely notice shall have their claims automatically dismissed with prejudice.

In the instant case, Defendants sought to dismiss the cases of thirty-two plaintiffs based on their failure to serve medical records authorizations.  The above-named plaintiffs filed timely notices (Docs. 361, 400, 413, 556 and 557) with the Court certifying that Defendants had been served with medical records authorizations, and appropriately attached documentation indicating that Defendants did in fact receive the authorizations.  Thus, the Court deems all of the above-named plaintiffs in compliance with the Court's prior discovery orders and shall not dismiss their claims.

Accordingly, it is **ORDERED** that AstraZeneca's Motion Requesting Dismissals With Prejudice For Failure to Serve Records Authorizations (Doc. 315) is **DENIED** as to the above-named plaintiffs only.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 18, 2007.

ANNE C. CONWAY
United States District Judge