**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation.**

**Case No.  6:06-md-1769-Orl-22DAB**

_____/

## ORDER

This cause came on for consideration with oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' MOTION FOR AN ORDER AUTHORIZING ASTRAZENECA TO OBTAIN FROM ELI LILLY & COMPANY DOCUMENTS FROM THE ZYPREXA MDL RELATING TO SEROQUEL PLAINTIFFS (Doc. No. 492)** |
| **FILED:** | **September 24, 2007** |

**THEREON** it is **ORDERED** that the motion is **GRANTED** as set forth herein.

1.      AstraZeneca is entitled to obtain from Lilly and/or Lilly's agents copies of (a) any and all medical records, mental health records, employment records and educational records of individuals who are plaintiffs in this MDL and who made claims of personal injury against Lilly in In re Zyprexa Products Liability Litigation, No. 04-MD-1596 (E.D. N.Y.) ("Zyprexa MDL"), relating to their ingestion of Zyprexa; (b) all other documents or discovery responses, including Plaintiff Fact Sheets, that were produced or submitted to Lilly in the Zyprexa MDL by, or on behalf of, individuals who are plaintiffs in this MDL and who made claims of personal injury against Lilly relating to their ingestion of Zyprexa; and (c) any submissions made by, or on behalf of, individuals who are plaintiffs in this MDL in support of their settlement claims in any settlement of their

Zyprexa-related personal injury claims filed against Lilly in the Zyprexa MDL (excluding any specific dollar amounts included in such submissions);

2.      All plaintiffs in this MDL who also filed Zyprexa-related personal injury claims against Lilly in the Zyprexa MDL shall be deemed to have authorized Lilly and/or its agents to provide to AstraZeneca copies of any and all such documents and/or records; and

3.      Before obtaining such documents and/or records, AstraZeneca shall furnish to Plaintiffs' Lead Counsel the names of Seroquel plaintiffs whose documents and/or records AstraZeneca intends to obtain from Lilly.

4.      The matter of disclosure of information related to settlement of Zyprexa-related claims is reserved for future consideration.

**DONE** and **ORDERED** in Orlando, Florida on October 18, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record