# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation.

Case No.  6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause came on for consideration with oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' PROPOSED NON-PARTY AGREEMENT ON DESIGNATION OF DISCOVERY MATERIALS AS CONFIDENTIAL (Doc. No. 541)** |
| **FILED:** | **October 4, 2007** |
| **THEREON** it is **ORDERED** that the motion is **GRANTED in part.** | |

The "Endorsement of Protective Order" proposed by the parties is approved with the

following modification to the fifth paragraph, in place of the sentence consenting to the jurisdiction

of this Court:

I further agree and attest to my understanding that, if I fail to abide by the
terms of the Order, I may be subject to sanctions, including contempt of court, for
such failure.  I am aware that any disputes as to issues related to the order may be
referred by any court with jurisdiction over discovery provided in this litigation to
the United States District Court for the Middle District of Florida.

**DONE** and **ORDERED** in Orlando, Florida on October 18, 2007.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record