**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation**

                                            **Case No.  6:06-md-1769-Orl-22DAB**

_____/

**ORDER TO SHOW CAUSE AND ORDER DESIGNATING**
**CASES FOR DECEMBER 2007 CASE-SPECIFIC DISCOVERY**

Pursuant to Case Management Order No. 4, as modified by CS Administrative Order No. 3, the Court designates the following ten plaintiff's cases for case-specific discovery in December 2007:

| | | |
|---|---|---|
| 1. | Luzella Bass | Case No. 6:07-cv-13080-ACC-DAB |
| 2. | Tammy Berry | Case No. 6:07-cv-12295-ACC-DAB |
| 3. | James Dodds | Case No. 6:07-cv-16065-ACC-DAB |
| 4. | Larry E. Ellison | Case No. 6:07-cv-13403-ACC-DAB |
| 5. | Maurice English | Case No. 6:07-cv-11535-ACC-DAB |
| 6. | Delores J. Jeffers | Case No. 6:07-cv-13678-ACC-DAB |
| 7. | David Jordan | Case No. 6:07-cv-00400-ACC-DAB |
| 8. | Oliver Murray, Jr. | Case No. 6:07-cv-15200-ACC-DAB |
| 9. | Mark Nicolle | Case No. 6:07-cv-10379-ACC-DAB |
| 10. | Machelle Schmaljohn | Case No. 6:07-cv-00676-ACC-DAB |

The parties shall show cause in writing before 5:00 p.m. on October 23, 2007 by electronically filing any objections to the cases designated above for case-specific discovery in

December 2007. Failure to file timely objections to the Court-designated cases will constitute a waiver of such objections.

**DONE** and **ORDERED** in Orlando, Florida on October 19, 2007.

Copies furnished to:

Counsel of Record

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge