UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products　　　　　　　Case No. 6:06-md-1769-Orl-22DAB
Liability Litigation

MDL DOCKET NO. 1769

THIS DOCUMENT RELATES TO ALL CASES

### MDL PLAINTIFFS' MOTION AND COMBINED MEMORANDUM FOR AN ORDER DEEMING THE PLAINTIFFS' PRIOR MOTION FOR SANCTIONS AS HAVING BEEN FILED IN CERTAIN CASES

Plaintiffs hereby move to request that the Plaintiffs' prior Motion for Sanctions (Document 256), filed on July 3, 2007, be deemed filed in actions for specific cases that have been selected in the August, September, October, November, and December groups to the extent that the Motion for Sanctions sought a striking of the Learned Intermediary defense.[1]

As the Court is aware, a primary aspect of the relief plaintiffs sought for defendants' discovery abuses is the striking of the affirmative defenses in all discovery cases, until the defendants have adequately remedied the "fundamental" errors and abuses that have prejudiced the plaintiffs.[2]

At the time that plaintiffs' motion was filed, the cases in which the defense-striking relief was

---

[1] The present motion is not plaintiffs' motion to supplement the Motion for Sanctions, which we hope to make as soon as the Court permits and instructs, but is merely a procedural motion that plaintiffs' thought necessary to formalize the case specific relief that was sought by the prior motion.

[2] Plaintiffs believe it noteworthy that since September 19, 2007, approximately 800 plaintiff cases were dismissed *with* prejudice for failure to serve fact sheets or merely the verification. Those plaintiffs, in contrast to the sophisticated, multi-national corporation defendants, are individuals who suffer from some sort of mental or emotional issues, often severe. Those problems, of which the defendant took advantage to sell their drug, undoubtedly have played a role in the delays that have resulted in the permanent revocation of these plaintiffs' rights to pursue a claim for their injuries. The *with* prejudice orders since September 19, 2007, we believe, underscores the propriety of the defense-striking relief that plaintiffs seek.

1

sought had yet to be determined, because the cases were not yet selected. The initial sets of cases in which a striking of the affirmative defenses is appropriate, however, have now been identified, and plaintiffs seek to formally supplement the record to request that relief in the specific cases.

The cases in which a striking is sought in the Motion for Sanctions of defendants' Learned Intermediary affirmative defense are as follows:

### AUGUST 2007

#### AZ DESIGNATION:

1. Deborah Elmore        MDL Case No. 6:07-cv-16085
2. Lisa Grant            MDL Case No. 6:07-cv-12145
3. Kimberly Linder       MDL Case No. 6:07-cv-12651
4. Debra Scott           MDL Case No. 6:07-cv-14238
5. John Tucholski        MDL Case No. 6:07-cv-12014

#### COURT DESIGNATION:

1. Brenda Echols         MDL Case No. 6:07-cv-15710
2. Sharon Fashner        MDL Case No. 6:07-cv-10265
3. Hope Lorditch         MDL Case No. 6:07-cv-12657
4. Jesse Runner          MDL Case No. 6:07-cv-10424
5. Barbara Spitz         MDL Case No. 6:07-cv-15579

#### PLAINTIFF DESIGNATION:

1. Frank Borges          MDL Case No. 6:07-cv-00357
2. Beverly Getchell      MDL Case No. 6:07-cv-01314
3. Christine Hernandez   MDL Case No. 6:07-cv-15736
4. Wayne Olive           MDL Case No. 6:07-cv-10151
5. Rebecca Ann Osborne   MDL Case No. 6:06-cv-01010

## SEPTEMBER 2007

### AZ DESIGNATION:

| | |
|---|---|
| 1. James Coppola | MDL Case No. 6:06-cv-1299 |
| 2. James Federick | MDL Case No. 6:06-cv-1000 |
| 3. Tracy Flye | MDL Case No. 6:06-cv-1222 |
| 4. Hellen Thomas | MDL Case No. 6:06-cv-1295 |
| 5. Eddie Glover | MDL Case No. 6:06-cv-977 |
| 6. Malea Marquis | MDL Case No. 6:07-cv-11764 |
| 7. Vounzetta Edgeston | MDL Case No. 6:07-cv-14818 |
| 8. Tim Ell | MDL Case No. 6:07-cv-10515 |
| 9. Geraldine Shaw | MDL Case No. 6:07-cv-10555 |
| 10. Sheryl Salmons | MDL Case No. 6:07-cv-12818 |

### COURT DESIGNATION:

| | |
|---|---|
| 1. Burl Cook | MDL Case No. 6:07-cv-16017 |
| 2. Susan C. Cooper | MDL Case No. 6:07-cv-13297 |
| 3. Peggy J. Daugherty | MDL Case No. 6:07-cv-15589 |
| 4. Lisa D. Ellerbee | MDL Case No. 6:07-cv-13399 |
| 5. Shirley M. Green | MDL Case No. 6:07-cv-10649 |
| 6. Elizabeth Haynie-Whynot | MDL Case No. 6:07-cv-10112 |
| 7. Kevin R. McCarthy | MDL Case No. 6:07-cv-12727 |
| 8. Nora J. Navin | MDL Case No. 6:07-cv-12727 |
| 9. Larry E. Palen | MDL Case No. 6:07-cv-10712 |
| 10. Malcom R. Williams | MDL Case No. 6:07-cv-12988 |

### PLAINTIFF DESIGNATION:

| | |
|---|---|
| 1. William Bolton | MDL Case No. 6:07-cv-10121 |
| 2. Brian Foreman | MDL Case No. 6:07-cv-00679 |
| 3. Samantha Haas | MDL Case No. 6:07-cv-00442 |
| 4. Betty Hall | MDL Case No. 6:07-cv-10293 |
| 5. Joanne Hinton | MDL Case No. 6:07-cv-10304 |
| 6. Ralph White | MDL Case No. 6:07-cv-00673 |
| 7. Linda Sonnier | MDL Case No. 6:06-cv-01019 |
| 8. Terry Stephens | MDL Case No. 6:07-cv-15805 |
| 9. Kimberly McDaniel | MDL Case No. 6:07-cv-10361 |
| 10. Kyle Zyjewski | MDL Case No. 6:07-cv-15773 |

## OCTOBER 2007

### AZ DESIGNATION:

| | |
|---|---|
| 1. George Fetters | MDL Case No. 6:07-cv-11555 |
| 2. Patricia Gillard | MDL Case No. 6:07-cv-15836 |
| 3. Ned Godfrey | MDL Case No. 6:06-cv-00979 |
| 4. Deon Hart | MDL Case No. 6:07-cv-13571 |
| 5. Ramon Howell | MDL Case No. 6:07-cv-13630 |
| 6. Kwanza Rabb | MDL Case No. 6:07-cv-10980 |
| 7. Robert Schuenemeyer | MDL Case No. 6:06-cv-01136 |
| 8. Sheila Tharp | MDL Case No. 6:07-cv-12897 |
| 9. Anthony Tomlin | MDL Case No. 6:07-cv-12911 |
| 10. Javoneese Wynter | MDL Case No. 6:07-cv-15547 |

### COURT DESIGNATION:

| | |
|---|---|
| 1. Vikie Davis | MDL Case No. 6:07-cv-14788 |
| 2. Samantha Lambert | MDL Case No. 6:07-cv-13788 |
| 3. Gwen Martin | MDL Case No. 6:07-cv-00510 |
| 4. Bruce Monson | MDL Case No. 6:07-cv-10372 |
| 5. Kenneth Myers | MDL Case No. 6:07-cv-11818 |
| 6. Jennifer Naramore | MDL Case No. 6:06-cv-1292 |
| 7. Samuel Robinson | MDL Case No. 6:07-cv-12804 |
| 8. Maureen Sanchez | MDL Case No. 6:07-cv-12819 |
| 9. Susan Small | MDL Case No. 6:07-cv-00425 |
| 10. Althea Turner | MDL Case No. 6:07-cv-15435 |

### PLAINTIFF DESIGNATION:

| | |
|---|---|
| 1. Ali Amir | MDL Case No. 6:07-cv-10812 |
| 2. Carl E. Anderson | MDL Case No. 6:07-cv-10114 |
| 3. Yaki Bearden | MDL Case No. 6:07-cv-10118 |
| 4. Verna Burras | MDL Case No. 6:07-cv-16756 |
| 5. Betty L. Campbell | MDL Case No. 6:07-cv-10022 |
| 6. Vivian Collins | MDL Case No. 6:07-cv-01611 |
| 7. Ronald LeProwse | MDL Case No. 6:07-cv-00685 |
| 8. Jeffrey Peyton | MDL Case No. 6:07-cv-14067 |
| 9. Leonard Sauvageau | MDL Case No. 6:07-cv-16593 |
| 10. Christopher Stillwell | MDL Case No. 6:07-cv-16593 |

# NOVEMBER 2007

## AZ DESIGNATION:

| | |
|---|---|
| 1. Lynda Bell | MDL Case No. 6:07-cv-10495 |
| 2. Julie Brummel | MDL Case No. 6:07-cv-12322 |
| 3. Lonnie Crossley | MDL Case No. 6:07-cv-11074 |
| 4. Michael Dack | MDL Case No. 6:07-cv-10248 |
| 5. Kenneth Davidson | MDL Case No. 6:07-cv-11498 |
| 6. Joseph Gawails | MDL Case No. 6:07-cv-10136 |
| 7. Judith Jones | MDL Case No. 6:07-cv-11700 |
| 8. Linda Nelson | MDL Case No. 6:07-cv-12729 |
| 9. Carolyn Smith | MDL Case No. 6:07-cv-16568 |
| 10. Cheryl Trizzle | MDL Case No. 6:07-cv-15811 |

## COURT DESIGNATION:

| | |
|---|---|
| 1. Cathy A. Cox | MDL Case No. 6:07-cv-13306 |
| 2. Maria De Bono Paula | MDL Case No. 6:07-cv-10513 |
| 3. Anita Grant | MDL Case No. 6:07-cv-00444 |
| 4. Antonia Henderson | MDL Case No. 6:07-cv-14972 |
| 5. Barbara Jones | MDL Case No. 6:07-cv-10675 |
| 6. Cheryl Melvin | MDL Case No. 6:07-cv-12699 |
| 7. Mellanie Norwood | MDL Case No. 6:07-cv-12736 |
| 8. Angel L. Perez | MDL Case No. 6:07-cv-14062 |
| 9. Michael Proctor | MDL Case No. 6:07-cv-11276 |
| 10. Kenneth Thomsen | MDL Case No. 6:07-cv-11323 |

## PLAINTIFF DESIGNATION:

| | |
|---|---|
| 1. Joan Episcopo | MDL Case No. 6:07-cv-15715 |
| 2. Michael Schapiro | MDL Case No. 6:07-cv-10427 |
| 3. Terry Lamica | MDL Case No. 6:07-cv-10334 |
| 4. Eileen McAlexander | MDL Case No. 6:07-cv-10360 |
| 5. Dorian Cuyler | MDL Case No. 6:07-cv-15703 |
| 6. Lori Quinn | MDL Case No. 6:07-cv-14108 |
| 7. Charles Ray | MDL Case No. 6:07-cv-11102 |
| 8. Andrea Slapion | MDL Case No. 6:07-cv-12224 |
| 9. Mary Tanke | MDL Case No. 6:07-cv-16603 |
| 10. Kathleen Tanner | MDL Case No. 6:07-cv-15809 |

# **DECEMBER 2007**

## **AZ DESIGNATION:**

| | |
|---|---|
| 1. Tully Bowser | MDL Case No. 6:07-cv-13144 |
| 2. Dorothy Broughton | MDL Case No. 6:07-cv-14677 |
| 3. Gloria M. Bryant-Resnover | MDL Case No. 6:07-cv-12323 |
| 4. Dennis Buckner | MDL Case No. 6:07-cv-11436 |
| 5. Betty J. Frazier | MDL Case No. 6:07-cv-13444 |
| 6. Georgia M. Fullard | MDL Case No. 6:07-cv-15723 |
| 7. Kenneth Griffis | MDL Case No. 6:07-cv-11610 |
| 8. Joseph Gulino | MDL Case No. 6:07-cv-10524 |
| 9. Jeffrey Pagar | MDL Case No. 6:07-cv-11848 |
| 10. Susan L. Servin | MDL Case No. 6:07-cv-14249 |

## **COURT DESIGNATION:**

| | |
|---|---|
| 1. Luzella Bass | MDL Case No. 6:07-cv-13080 |
| 2. Tammy Berry | MDL Case No. 6:07-cv-12295 |
| 3. James Dodds | MDL Case No. 6:07-cv-16065 |
| 4. Larry E. Ellison | MDL Case No. 6:07-cv-13403 |
| 5. Maurice English | MDL Case No. 6:07-cv-11535 |
| 6. Delores J. Jeffers | MDL Case No. 6:07-cv-13678 |
| 7. David Jordan | MDL Case No. 6:07-cv-00400 |
| 8. Oliver Murray, Jr. | MDL Case No. 6:07-cv-15200 |
| 9. Mark Nicolle | MDL Case No. 6:07-cv-10379 |
| 10. Machelle Schmaljohn | MDL Case No. 6:07-cv-00676 |

## **PLAINTIFF DESIGNATION:**

| | |
|---|---|
| 1. Linds Guinn | MDL Case No. 6:07-cv-10291 |
| 2. Robert Klameth | MDL Case No. 6:07-cv-11224 |
| 3. John Lomba | MDL Case No. 6:07-cv-10928 |
| 4. Darrell Maddox | MDL Case No. 6:07-cv-16314 |
| 5. James Montgomery | MDL Case No. 6:07-cv-13958 |
| 6. Darrell Moody | MDL Case No. 6:07-cv-15178 |
| 7. David Mozingo | MDL Case No. 6:06-cv-01029 |
| 8. Debra Palmberg | MDL Case No. 6:07-cv-10388 |
| 9. Patricia Rivers | MDL Case No. 6:07-cv-10734 |
| 10. Cindy Sowerby | MDL Case No. 6:07-cv-11008 |

**CERTIFICATION OF COUNSEL PURSUANT TO M.D. FLA L.R. 3.01(g)**

Plaintiffs have conferred with Defendants prior to filing this motion in a good faith effort to resolve the issue raised herein via email and in person discussions. However, the parties have failed to reach an agreement.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the counsel listed on the attached Service List. I further certify that I mailed the foregoing document and the Notice of Electronic Filing by First-Class U. S. Mail delivery to the non-CM/ECF Participants listed on the attached Service List.

/s/ Paul J. Pennock
Paul J. Pennock,
Plaintiffs Co-Lead Counsel
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, New York 10038
Telephone: (212) 558-5500
Facsimile: (212) 363-2721
E-mail:   ppennock@weitzlux.com

**SERVICE LIST**
(As of September 5, 2007)

**In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Benjamin A. Krass, Esq.<br>Law Offices of Matthew F.Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | John Driscoll, Esq.<br>Seth Webb, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |

**SERVICE LIST**
(As of September 5, 2007)

**In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797     .<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Kallas, LLC<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ecf@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street<br>36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,<br>Marguerite Devon French*** |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |

**SERVICE LIST**
(As of September 5, 2007)

**In Re: Seroquel Products Liability Litigation
MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL  32503<br>Telephone:  (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone:  (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>(current address unknown)<br>*Pro Se* |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone:  (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* |

## SERVICE LIST
(As of September 5, 2007)

## In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Thomas Campion, Esq.<br>Steven M. Selna<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>tcampion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br><br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>Post Office Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** | Joseph C. Langston, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>***Attorney for Defendant AstraZenca, PLC*** | Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** |

# SERVICE LIST
(As of September 5, 2007)

## In Re: Seroquel Products Liability Litigation
## MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants, Astrazeneca Pharmaceuticals, LP and Astrazeneca LP*** | Aaron K. Dickey, Esq.<br>K. Lindsay Rakers, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| David P. Matthews, Esq.<br>Lizy Santiago<br>Matthews & Associates<br>2905 Sackett<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Howard Nations<br>Lori A. Siler<br>4515 Yoakum Boulevard<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com |

**SERVICE LIST**

(As of September 5, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058 | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |
| Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, Texas 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com | Lizy Santiago, Esq.<br>Abraham, Watkins, Nichols,<br>Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>(713) 222-7211<br>lsantiago@abrahamwatkins.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>Brennan Joseph Torregrossa<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |

**SERVICE LIST**
(As of September 5, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net | Linda S. Svitak<br>Russell O. Stewart<br>Krisann Kleibacker Lee<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com |
| James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com | Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |

**SERVICE LIST**
(As of September 5, 2007)

**In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |
| William N. Riley<br>Jamie R. Kendall<br>Price, Waterhouse & Riley, LLC<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204<br>(317)633-8787<br>eamos@price-law.com | Earl Francis Carriveau<br>1012 6th Avenue<br>Lake Charles, LA 70601-4706 |
| Michael T. Gallagher<br>The Gallagher Law Firm<br>2905 Sackett Street<br>Houston, TX 77098<br>(713) 222-8080<br>shawnaf@gld-law.com | Stacy K. Hauer<br>Charles S. Zimmerman<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>(612) 341-0400<br>(800) 755-0098<br>csz@zimmreed.com |
| Buffy Martines<br>Laminack, Pirtle & Martines<br>440 Louisiana, Suite 1250<br>Houston, TX 77002<br>(713) 292-2750<br>buffm@lpm-triallaw.com | |