Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs**

|    | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|----|-----------|------------|-------------|-------------|--------------|
| 1  | Braun     | Donna      | 6:07-cv-15933 | 10/18/2007 | 10/18/2007 |
| 2  | Haaland   | Marika     | 6:07-cv-14931 | 10/18/2007 | 10/18/2007 |
| 3  | Hill      | William    | 6:07-cv-16189 | 10/18/2007 | 10/18/2007 |
| 4  | Jordan    | Lucille    | 6:07-cv-15055 | 10/18/2007 | 10/18/2007 |
| 5  | Porch     | Edith      | 6:07-cv-16465 | 10/18/2007 | 10/18/2007 |
| 6  | Randolph  | Diane      | 6:07-cv-15283 | 10/18/2007 | 10/18/2007 |
| 7  | Ross      | Lynda      | 6:07-cv-15310 | 10/18/2007 | 10/18/2007 |
| 8  | Steiner   | Daniel     | 6:07-cv-15385 | 10/18/2007 | 10/18/2007 |
| 9  | Thomas    | Annie      | 6:07-cv-16616 | 10/18/2007 | 10/18/2007 |
| 10 | Wilson    | Aaron      | 6:07-cv-15521 | 10/18/2007 | 10/18/2007 |
| 11 | Woolsey   | Mable      | 6:07-cv-15536 | 10/18/2007 | 10/18/2007 |