# Exhibit 1

## Bailey Perrin Bailey LLP

## List of Plaintiffs' Acknowledgments/HIPAAs

|   | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Baccus | Emma | 6:07-cv-14594 | 10/18/2007 | 10/18/2007 |