# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No.  6:06-md-1769-ACC-DAB

This document relates to:

NANCY AARON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:06-cv-1846-ACC-DAB

JEANNIE ACELY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15847-ACC-DAB

DARIUS ALBERT v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14566-ACC-DAB

DORETHA ANDERSON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15864-ACC-DAB

MELLISA ANDREW v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:06-cv-1316-ACC-DAB

STEFANIE ANDREWS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15867-ACC-DAB

WILLIAM ANGLIN v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15869-ACC-DAB

RICHARD ASH v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15872-ACC-DAB

JEANETTE BAKER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14596-ACC-DAB

NATASHIA BARNETT v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15888-ACC-DAB

DOUGLAS BARNEY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14608-ACC-DAB

**ANTHONY BARRON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14610-ACC-DAB**

**FRANK BATES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14612-ACC-DAB**

**MARIE BAUGH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15893-ACC-DAB**

**LAWRENCE BAUTISTA v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14617-ACC-DAB**

**GWEN BECKHAM v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15901-ACC-DAB**

**KATHY BENNETT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14628-ACC-DAB**

**ANNA BENSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14629-ACC-DAB**

**BRET BLACK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15917-ACC-DAB**

**TRACY BLUNT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14643-ACC-DAB**

**ROSE ANN BONFANTINO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15923-ACC-DAB**

**BRENDA L. BONNER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15925-ACC-DAB**

**ERIC BOSCOVICH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14651-ACC-DAB**

**CARLA BRADLEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14658-ACC-DAB**

**VICTORIA BRASWELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14660-ACC-DAB**

**GREGORY BRENT v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-15936-ACC-DAB

TIMOTHY BRIGGS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15938-ACC-DAB

TINA BROCK v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14675-ACC-DAB

MICKY ORR, on Behalf of TINA BROWN, an Incapacitated Adult
v.  ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16419-ACC-DAB

MARSEL BUFFORD, JR. v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13192-ACC-DAB

RUSSEL BURKS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15958-ACC-DAB

WALTER BURKS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14691-ACC-DAB

JAMES BUTLER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15967-ACC-DAB

SANDRA BUTTERFIELD v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14696-ACC-DAB

DONNA CAIN v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15971-ACC-DAB

ANNIE CAREY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14705-ACC-DAB

ROBERT CARR v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14706-ACC-DAB

THELMA L. CARROLL v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14709-ACC-DAB

OTIS CARTLIDGE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14714-ACC-DAB

KIMBERLY CASEY v. ASTRAZENECA LP, ET AL.

MDL Case No. 6:07-cv-15987-ACC-DAB

LORRAINE CHAMBERS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14719-ACC-DAB

ALLISON CLANTON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14728-ACC-DAB

ERICA CLARK v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16002-ACC-DAB

LUE CLAYTON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14732-ACC-DAB

TAMMY CLEARY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14733-ACC-DAB

CHARLES COBB v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14737-ACC-DAB

ELAIN COERS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14740-ACC-DAB

TONYA COLEMAN v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16006-ACC-DAB

JAMES COLLINS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14746-ACC-DAB

TEMPHRA COLLINS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16008-ACC-DAB

PATRICIA M. COMAN v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14750-ACC-DAB

MURRIE CONLEY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16012-ACC-DAB

DUANE COOPER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14755-ACC-DAB

MICHAEL COOPER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14757-ACC-DAB

**RHONDA COOPER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16021-ACC-DAB**

**MICHAEL COX v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14766-ACC-DAB**

**APRIL DAVIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16045-ACC-DAB**

**BONITA DAVIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16046-ACC-DAB**

**CHRISTIAN DAVIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14782-ACC-DAB**

**DEBRAH DIERKS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14799-ACC-DAB**

**KATHY DORSEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14804-ACC-DAB**

**CHERYL DOWDLE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14807-ACC-DAB**

**LOCHREANE DUBOIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14809-ACC-DAB**

**CATHERINE DUNCAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16072-ACC-DAB**

**MICHELLE EDWARDS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14819-ACC-DAB**

**CYNTHIA ELLIOT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14824-ACC-DAB**

**EMILIA ESCARENO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14827-ACC-DAB**

**SHIRLEY EUBANKS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16088-ACC-DAB**

**DAWN EVANS v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-14831-ACC-DAB

NANCY L. EVANS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14832-ACC-DAB

TAMMY EVANS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14834-ACC-DAB

BARBARA FISHER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14850-ACC-DAB

BETTY FLEMMONS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16101-ACC-DAB

CHERYL FORD v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16107-ACC-DAB

PATRICK FORSHEE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14859-ACC-DAB

LEE FOWLER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14865-ACC-DAB

BRIAN FRAME v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16112-ACC-DAB

KENNETH J. FREDA v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14871-ACC-DAB

DOMENIC FULLERTON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14875-ACC-DAB

STEPHEN GABAUER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14878-ACC-DAB

DAVID GAFFER v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14879-ACC-DAB

SUSANNE GIBBS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-11591-ACC-DAB

RUBY GILL v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-14897-ACC-DAB

**TRACY GLASGOW v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14902-ACC-DAB**

**ADENAGO N. GONZALES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14906-ACC-DAB**

**CECIL GORDON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16139-ACC-DAB**

**TANYA GREENWOOD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14919-ACC-DAB**

**UTE GREGG v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14920-ACC-DAB**

**MARY GRIFFIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14923-ACC-DAB**

**RUBY GROCE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14925-ACC-DAB**

**GREG GURULE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14929-ACC-DAB**

**DIANA HALL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14938-ACC-DAB**

**MARY HARBESON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16159-ACC-DAB**

**ARTHUR HARDY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14948-ACC-DAB**

**CATHY HARPER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14953-ACC-DAB**

**DEBORAH HARRIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14957-ACC-DAB**

**JANET HARRIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14958-ACC-DAB**

**MARVIN F. HARRIS v. ASTRAZENECA LP, ET AL.**

**MDL Case No. 6:07-cv-14960-ACC-DAB**

**GERALDINE HARRISON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16167-ACC-DAB**

**JOYCE HATCHER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16170-ACC-DAB**

**DONALD HATLEY, JR. v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14966-ACC-DAB**

**JAMES HAWKINS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13581-ACC-DAB**

**IRISA HERNANDEZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14977-ACC-DAB**

**REGINA HERNANDEZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14979-ACC-DAB**

**GALE HILL-CROCK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14986-ACC-DAB**

**BEVERLY HIRSCH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14988-ACC-DAB**

**DEBBIE HIRSCHINGER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14989-ACC-DAB**

**FLORENCE HOLMES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16196-ACC-DAB**

**WAYNE HORTONA v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15000-ACC-DAB**

**BARBARA HOWATT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16200-ACC-DAB**

**GWENDOLYN HUDGINS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15007-ACC-DAB**

**DOROTHY HUDSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16205-ACC-DAB**

**HEIDI HULL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15008-ACC-DAB**

**DIANE JACKSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15017-ACC-DAB**

**KEVIN D. JACKSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15021-ACC-DAB**

**LINDA JACKSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15022-ACC-DAB**

**TIFFANY JACKSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16219-ACC-DAB**

**JUANITA JACO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16220-ACC-DAB**

**BONNIE JENKINS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16224-ACC-DAB**

**CAROL JENKINS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15026-ACC-DAB**

**SHARON JESSO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15028-ACC-DAB**

**BRADLEY JOHNSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16236-ACC-DAB**

**DONNA JOHNSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15032-ACC-DAB**

**ROCHELLE JOHNSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16242-ACC-DAB**

**SARAH JOHNSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16243-ACC-DAB**

**PENNY JOHNSTON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15042-ACC-DAB**

**CATHY M. JONES v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-13699-ACC-DAB

JAMES M. JONES v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16250-ACC-DAB

RAYMOND JONES v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15051-ACC-DAB

ALBERTA JORDAN v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15052-ACC-DAB

VALERIE JUAREZ v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16259-ACC-DAB

COLLEEN KEAGY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15062-ACC-DAB

RAE KERR v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15067-ACC-DAB

CHRISTOPHER KIMBRELL v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16268-ACC-DAB

SHARNETHA KING v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15072-ACC-DAB

CARRIE KLEMP v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15075-ACC-DAB

GINA KNIGHT v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15079-ACC-DAB

STEPHANIE LESTACE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15097-ACC-DAB

DENVER W. LEVEN v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15099-ACC-DAB

SHARON LITTLEJOHN v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15051-ACC-DAB

CAMILLE LUNDY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16310-ACC-DAB

**BRENDA MACDONALD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15121-ACC-DAB**

**FIONA MACLEOD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16313-ACC-DAB**

**HOMER MADDEN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15123-ACC-DAB**

**BRENDA MALONE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16317-ACC-DAB**

**FAYE MARTIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15129-ACC-DAB**

**GLEN MARTIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15130-ACC-DAB**

**CARLOS MARTINEZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16325-ACC-DAB**

**DAVID MARTINEZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16326-ACC-DAB**

**LAURIE MATURIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15134-ACC-DAB**

**KIMBERLY MCCARTNEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15138-ACC-DAB**

**DIANNA MCCORMICK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16343-ACC-DAB**

**LAURIE MCCORMICK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15142-ACC-DAB**

**MARIKO MCCRARY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16345-ACC-DAB**

**VICKIE MCDONALD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16351-ACC-DAB**

**ANGELA MCFEE v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-15147-ACC-DAB

**ROBERT MCGHEE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15151-ACC-DAB**

**SHIRLEY MCKINNEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16355-ACC-DAB**

**ELLA MCLEMORE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16357-ACC-DAB**

**GENEVIEVE MCSHAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15157-ACC-DAB**

**DERRICK MEDLEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11790-ACC-DAB**

**ROSALIND MELVIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15160-ACC-DAB**

**LAURO MENDOZA v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16360-ACC-DAB**

**CARMEN MERCADO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15161-ACC-DAB**

**REALITY MILLER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15166-ACC-DAB**

**SHALONDA MILLER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15167-ACC-DAB**

**JENNIFER WATSON, on Behalf of TROY MINTON, an Incapacitated Adult**
**v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16669-ACC-DAB**

**JACQUELINE MITCHELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15172-ACC-DAB**

**STEPHEN MIZELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15174-ACC-DAB**

**IRAM MOLINA v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-16369-ACC-DAB

ELAINE MOORE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16376-ACC-DAB

ELIZABETH MOORE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15181-ACC-DAB

ROBERT MORAIDO v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16382-ACC-DAB

BRANDON MORRIS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15189-ACC-DAB

LYNN MOSLEY-LOVE v. ASTRAZENECA PHARMACEUTICALS LP
MDL Case No. 6:06-cv-1139-ACC-DAB

DENISE MOTZKUS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15194-ACC-DAB

DAVID J. MUNZ v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-13986-ACC-DAB

SHARON MYERS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16394-ACC-DAB

MARTHA NEELEY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16401-ACC-DAB

MARIE NEHLIG v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15204-ACC-DAB

CHERYL NIEMCZYK v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15215-ACC-DAB

KINNEY NUNOG v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15220-ACC-DAB

CAROLYN ODUNLEYE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15226-ACC-DAB

GLADYS OGUNMWONYI v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16416-ACC-DAB

**SHARON OSBOURNE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16422-ACC-DAB**

**SHERRI PAGE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15239-ACC-DAB**

**DAVID PAGEL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15240-ACC-DAB**

**THOMAS PARKER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15242-ACC-DAB**

**KIMBERLY PATROM v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15246-ACC-DAB**

**TIMOTHY PATTERSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16434-ACC-DAB**

**CAROLYN PATTON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16435-ACC-DAB**

**SHAWN PAYNE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16436-ACC-DAB**

**VERSHELL PENTELTON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15251-ACC-DAB**

**ANTHONY D. PIERCE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14074-ACC-DAB**

**BRIAN PIERSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16455-ACC-DAB**

**RUSSELL PITTS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16458-ACC-DAB**

**CANDICE PLACE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15261-ACC-DAB**

**LOUIS POLCHES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16461-ACC-DAB**

**JENNIFER POTE v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-16466-ACC-DAB

**LADAWNA POWELL v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15269-ACC-DAB

**RITA PRIDE v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-16469-ACC-DAB

**VIRGIL PUCKET v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15275-ACC-DAB

**CYNTHIA RADCLIFF v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15279-ACC-DAB

**CRYSTAL RAINES v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15281-ACC-DAB

**TERRY RAINS v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-16476-ACC-DAB

**ALTA RANEY v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15284-ACC-DAB

**SALLY RAYGOZA v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-16484-ACC-DAB

**BRENDA REED v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15285-ACC-DAB

**DEBBIE REED v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15286-ACC-DAB

**LILLY RELF v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-16488-ACC-DAB

**BETTY L. RICHARD v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15291-ACC-DAB

**DONNA M. RIDDLE v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15293-ACC-DAB

**STEVE RIGSBY v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-16491-ACC-DAB

**MICHELLE RILEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16492-ACC-DAB**

**CHAD RITTER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16494-ACC-DAB**

**ELIEZER RIVERA v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16495-ACC-DAB**

**LORENZO ROBINSON, II. v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15300-ACC-DAB**

**GREGORY ROBINSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14174-ACC-DAB**

**MARTHA RODRIGUEZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16505-ACC-DAB**

**ANISSA ROGERS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15303-ACC-DAB**

**CYNTHIA ROMERO-NARANJO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15307-ACC-DAB**

**CURTISS ROSS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16512-ACC-DAB**

**VONDA RUSSELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15319-ACC-DAB**

**DAVID S. RYAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15320-ACC-DAB**

**DONNA SANDERS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16524-ACC-DAB**

**MELANIE SATTERFIELD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15322-ACC-DAB**

**ELIZABETH SAUL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16530-ACC-DAB**

**KATIE SCHOUSTER v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-15325-ACC-DAB

TRACY SCHULTZ v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16534-ACC-DAB

PAUL SCHWARTZ v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15327-ACC-DAB

DEBRA SCOTT v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15328-ACC-DAB

ELIZABETH SHAHEED v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15339-ACC-DAB

AMBER SHOCKLEY v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15343-ACC-DAB

WADE SILVERS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15347-ACC-DAB

ALBERTO SIMMONS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16555-ACC-DAB

DONNA SIMMONS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15348-ACC-DAB

YVONNE SIMMONS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15350-ACC-DAB

TEAH SIMON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15351-ACC-DAB

JOYCE SIMS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16560-ACC-DAB

PATRICIA SLADE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15354-ACC-DAB

LISA SLEDGE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15356-ACC-DAB

AUSTIN SMITH v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16565-ACC-DAB

-17-

**RANDY G. SMITH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15362-ACC-DAB**

**ROBERT SMITH, III v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15364-ACC-DAB**

**AUGIE SOLEZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16576-ACC-DAB**

**ANNIE SOTO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16579-ACC-DAB**

**SANDRA SPEARS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15373-ACC-DAB**

**MICHAEL SPENCER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16581-ACC-DAB**

**RONALD STAHLHOOD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15379-ACC-DAB**

**GLENDA STANLEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15382-ACC-DAB**

**DEBORAH STONE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15389-ACC-DAB**

**DEAONNA STORK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15390-ACC-DAB**

**STANLEY STRICKLAND v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15393-ACC-DAB**

**KEITH STUFFLEBEAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15395-ACC-DAB**

**RENITA SUMLIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16601-ACC-DAB**

**JAMES SUTTON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15400-ACC-DAB**

**LORI TATE v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-15408-ACC-DAB

**ANTHONY TAYLOR v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15409-ACC-DAB

**COLINDA TAYLOR v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15410-ACC-DAB

**GWENDOLYN TAYLOR v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15411-ACC-DAB

**RANDAL D. TEMPLETON v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15415-ACC-DAB

**JUDY THIARA v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15418-ACC-DAB

**MAUDIE THOMAS v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15422-ACC-DAB

**TA-TANISHA THOMAS v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15423-ACC-DAB

**TERRY THOMAS v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-12904-ACC-DAB

**DEBBIE THURMAN v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15425-ACC-DAB

**MARCILLIA TOMPKINS v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-16632-ACC-DAB

**ANGELLA-MARIE TOUCHEEK v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15428-ACC-DAB

**FRED TREHERN v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-16640-ACC-DAB

**L.C. TRIVETTE v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15431-ACC-DAB

**LILLIAN TRUDEAU v. ASTRAZENECA LP, ET AL.**
MDL Case No. 6:07-cv-15433-ACC-DAB

**CATINA BUTLER, on Behalf of WESLEY TRUSS, an Incapacitated Adult**
 **v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15965-ACC-DAB**

**DENISE TUCKER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15434-ACC-DAB**

**LESTER TURNER, JR. v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15439-ACC-DAB**

**LYDELLE E. TURNER, SR. v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14410-ACC-DAB**

**MELVIN TURNER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15440-ACC-DAB**

**WILLIAM VALENTINE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15446-ACC-DAB**

**CHERYL VAUGH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15451-ACC-DAB**

**ROBERT VAUGHAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15452-ACC-DAB**

**VENUS VENUS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15456-ACC-DAB**

**ELIZABETH VERA-CEDALLOS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15457-ACC-DAB**

**ROSA VILLAR v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15458-ACC-DAB**

**PATRICIA VIPPERMAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15460-ACC-DAB**

**THERESA WALL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15466-ACC-DAB**

**MICHAEL WALTON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15469-ACC-DAB**

**PATRICIA WALTON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15470-ACC-DAB**

**CHARLENE WARD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15471-ACC-DAB**

**JUDIE WARD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16663-ACC-DAB**

**WANDA WATKINS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15480-ACC-DAB**

**DAMION WATSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15481-ACC-DAB**

**JEFFREY WATSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15482-ACC-DAB**

**JOHN WATTS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15483-ACC-DAB**

**SHARON WEST v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15488-ACC-DAB**

**ANTHONY WESTBROOK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15489-ACC-DAB**

**KELLY WHITE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15492-ACC-DAB**

**ROSEMARY WICKARD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15499-ACC-DAB**

**ALYSSA WIGHT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15500-ACC-DAB**

**KRISTINA WILLETT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16683-ACC-DAB**

**DONALD WILLIAMS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16690-ACC-DAB**

**JOANNE WILLIAMS v. ASTRAZENECA LP, ET AL.**

MDL Case No. 6:07-cv-15507-ACC-DAB

LEAH WILLIAMS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15510-ACC-DAB

SHARON WILLIAMS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15516-ACC-DAB

WANDA WILLIAMS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15518-ACC-DAB

ANGENETTE WILSON v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15522-ACC-DAB

STACEY WINTERS v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16703-ACC-DAB

SHARON WISE v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-16704-ACC-DAB

CHARLES WRIGHT v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15540-ACC-DAB

CHRISTOPHER YOUNG v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15550-ACC-DAB

CRYSTAL YOUNG v. ASTRAZENECA LP, ET AL.
MDL Case No. 6:07-cv-15551-ACC-DAB

_____/

# ORDER

This cause comes before the Court for consideration of Defendants' July 31, 2007, Motion Requesting Dismissals With Prejudice For Failure to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 332). Pursuant to Case Management Order No. 2 (Doc. 129), as amended (Doc. 285), all plaintiffs identified in Defendants' dismissal motion must, within eighty days after Defendants' motion is filed, file a notice with the Court certifying that a completed and

verified Plaintiff Fact Sheet, along with all requested information, documents and authorizations,
has since been served on Defendants.  Each plaintiff is additionally required to attach
documentation to the notice showing that Defendants in fact received the requested documents.
All plaintiffs who file a timely notice, with attached documentation, shall not have their claims
dismissed.  All plaintiffs who do not file a timely notice shall have their claims automatically
dismissed with prejudice.

       In the instant case, Defendants sought to dismiss the cases of 398 plaintiffs based on their
failure to serve Plaintiff Fact Sheet verifications and medical records authorizations.  The above-
named plaintiffs failed to file timely notices with the Court certifying that Defendants had since
been served with the requested documents.  Accordingly, it is **ORDERED** as follows:

       1.     Defendants' Motion Requesting Dismissals With Prejudice For Failure to
Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 332) is **GRANTED** as to
the above-named plaintiffs only.

       2.     All of the above-named Plaintiffs' claims are hereby **DISMISSED WITH
PREJUDICE**.  The Clerk is directed to **CLOSE** the cases.

       **DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 22, 2007.


ANNE C. CONWAY
United States District Judge