**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation**

                         **Case No. 6:06-md-1769-ACC-DAB**

**This document relates to:**

**JENNIFER WALKER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15464-ACC-DAB**

**LEE WENDLAND v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10470-ACC-DAB**

_____/

**ORDER**

This cause comes before the Court for consideration of Defendants' July 31, 2007, Motion Requesting Dismissals With Prejudice For Failure to Serve Plaintiff Fact Sheets (Doc. 336). Pursuant to Case Management Order No. 2 (Doc. 129), as amended (Doc. 285), all plaintiffs identified in Defendants' dismissal motion must, within eighty days after Defendants' motion is filed, file a notice with the Court certifying that a completed and verified Plaintiff Fact Sheet, along with all requested information, documents and authorizations, has since been served on Defendants. Each plaintiff is additionally required to attach documentation to the notice showing that Defendants in fact received the requested documents. All plaintiffs who file a timely notice, with attached documentation, shall not have their claims dismissed. All plaintiffs who do not file a timely notice shall have their claims automatically dismissed with prejudice.

In the instant case, Defendants sought to dismiss the cases of forty-nine plaintiffs based on their failure to serve completed and verified Plaintiff Fact Sheets. The above-named plaintiffs failed to file timely notices with the Court certifying that Defendants had since been served with the requested documents. Accordingly, it is **ORDERED** as follows:

1. Defendants' Motion Requesting Dismissals Without Prejudice For Failure to Serve Plaintiff Fact Sheets (Doc. 336) is **GRANTED** as to the above-named plaintiffs only.

2. All of the above-named Plaintiffs' claims are hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** the cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 22, 2007.

_____
ANNE C. CONWAY
United States District Judge