# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

**Case No. 6:06-md-1769-ACC-DAB**

**This document relates to:**

**DONNA BRAUN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15933-ACC-DAB**

**LYNDON BRIGGS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15937-ACC-DAB**

**JESSICA BURRIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14693-ACC-DAB**

**RALPH COOGLE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16015-ACC-DAB**

**PERRY FAIRLY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14840-ACC-DAB**

**MARIKA HAALAND v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14931-ACC-DAB**

**WILLIAM HILL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16189-ACC-DAB**

**BARBARA HUDSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16204-ACC-DAB**

**LUCILLE JORDAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15055-ACC-DAB**

**RICHARD LAMBERT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16280-ACC-DAB**

**MARGARITA MOORE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16379-ACC-DAB**

**CLIFTON MOSS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16389-ACC-DAB**

**MARY NESTER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16404-ACC-DAB**

**MARLENE NORRIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16411-ACC-DAB**

**ALICIA PEDIGO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16440-ACC-DAB**

**EDITH PORCH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16465-ACC-DAB**

**DIANE RANDOLPH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15283-ACC-DAB**

**LINDA ROSS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15310-ACC-DAB**

**SHELLY SEATS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11947-ACC-DAB**

**DENISE SOTELO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16578-ACC-DAB**

**DANIEL STEINER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15385-ACC-DAB**

**ANNIE THOMAS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16616-ACC-DAB**

**CHERYLE TRAVIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16636-ACC-DAB**

**AARON WILSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15521-ACC-DAB**

**HEATHER WODJA v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15531-ACC-DAB**

**MABLE WOOLSEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15536-ACC-DAB**

_____/

## ORDER

This cause comes before the Court for consideration of Defendants' July 31, 2007, Motion Requesting Dismissals With Prejudice For Failure to Serve Records Authorizations (Doc. 331). Pursuant to Case Management Order No. 2 (Doc. 129), as amended (Doc. 285), all plaintiffs identified in Defendants' dismissal motion must, within eighty days after Defendants' motion is filed, file a notice with the Court certifying that a completed and verified Plaintiff Fact Sheet, along with all requested information, documents and authorizations, has since been served on Defendants. Each plaintiff is additionally required to attach documentation to the notice showing that Defendants in fact received the requested documents. All plaintiffs who file a timely notice, with attached documentation, shall not have their claims dismissed. All plaintiffs who do not file a timely notice shall have their claims automatically dismissed with prejudice.

In the instant case, Defendants sought to dismiss the cases of thirty plaintiffs based on their failure to serve medical records authorizations. The above-named plaintiffs filed timely notices (Docs. 401, 457, 548, 558, 576 and 592) with the Court certifying that Defendants had been served with medical records authorizations and appropriately attached documentation indicating that Defendants did in fact receive the documents. Thus, the Court deems the above-named plaintiffs in compliance with the Court's prior discovery orders and shall not dismiss their claims.

Accordingly, it is **ORDERED** that Defendants' Motion Requesting Dismissals With Prejudice For Failure to Serve Records Authorizations (Doc. 331) is **DENIED** as to the above-named plaintiffs only.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 22, 2007.

ANNE C. CONWAY
United States District Judge