**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-ACC-DAB

**This document relates to:**

**VICKIE ANDERSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15866-ACC-DAB**

**DARRELL M. AYCOCK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14592-ACC-DAB**

**EMMA BACCUS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14594-ACC-DAB**

**ARTHUR BEAUREGARD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15899-ACC-DAB**

**JULIA BERRY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14630-ACC-DAB**

**VERNON BLACK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14637-ACC-DAB**

**TRACY BRINER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14669-ACC-DAB**

**KAREN BROWN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14682-ACC-DAB**

**PEGGY BROOKMAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15941-ACC-DAB**

**GAYLE BRUNSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15950-ACC-DAB**

**CAROL BUFFINGTON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15956-ACC-DAB**

**DAVID BURTON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14694-ACC-DAB**

**DIANE BURTSCHI v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14695-ACC-DAB**

**DANIELLE CHADWELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15992-ACC-DAB**

**JEAN CHAMBERS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15994-ACC-DAB**

**PAULINE CHESTER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16001-ACC-DAB**

**RONALD CLOUGHLEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14736-ACC-DAB**

**KENNETH CONLEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16011-ACC-DAB**

**PENNY CONNARD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16013-ACC-DAB**

**GINGER COOPER, as Next Friend of R.C., a Minor v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14758-ACC-DAB**

**ELIZABETH CRAWFORD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11480-ACC-DAB**

**MICHELLE CROSLEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16038-ACC-DAB**

**DERRICK DAVIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14783-ACC-DAB**

**SYLIVIA L. DAVIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13341-ACC-DAB**

**JOHNNIE DILLION v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16062-ACC-DAB**

**DONETTA EAKLE v. ASTRAZENECA LP, ET AL.**

**MDL Case No. 6:07-cv-16076-ACC-DAB**

**CYNDI EBERT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14816-ACC-DAB**

**DIANNE ERICKSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16086-ACC-DAB**

**SYLVIA ESQUIBEL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14830-ACC-DAB**

**ROBERT FERGUSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14847-ACC-DAB**

**GWENDOLYN FINISTER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14848-ACC-DAB**

**ANGELA FINLEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14849-ACC-DAB**

**DAWN FITCH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14851-ACC-DAB**

**KEVIN FORD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14857-ACC-DAB**

**DIANNA FORSLIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14860-ACC-DAB**

**KEVIN FRANK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14868-ACC-DAB**

**ROSLYN GRAHAM v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14909-ACC-DAB**

**WILLIAM J. GREGORY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14921-ACC-DAB**

**GRACIELA GUDINE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14927-ACC-DAB**

**HECTOR GUTIERREZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16151-ACC-DAB**

**SYBIL HAMLETT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14942-ACC-DAB**

**BETTY HARMON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14949-ACC-DAB**

**JUANITA JAMES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15024-ACC-DAB**

**TERRY KENNEDY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16265-ACC-DAB**

**ALISA KESSLICK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16266-ACC-DAB**

**SHELIA JONES, as Next Friend of S.L., a Minor v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15085-ACC-DAB**

**BILLIE LAMBERT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:06-cv-1390-ACC-DAB**

**MARGOT LATTA v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15089-ACC-DAB**

**SHAWNA LEMON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16293-ACC-DAB**

**CHARLES LEPPERD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16294-ACC-DAB**

**CANDI LESZCZYNSKI v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15098-ACC-DAB**

**ANN MARDIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16321-ACC-DAB**

**BRENDA S. MARTIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15127-ACC-DAB**

**DARYL MAY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15135-ACC-DAB**

**PATSY McGHEE v. ASTRAZENECA LP, ET AL.**

**MDL Case No. 6:07-cv-15150-ACC-DAB**

**RICKY MCKNIGHT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16356-ACC-DAB**

**DELBERT MEYER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15164-ACC-DAB**

**TRACIE MEYER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15165-ACC-DAB**

**YOLANDA MONTANO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16372-ACC-DAB**

**PATRICIA MOORE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15184-ACC-DAB**

**SYLVIA MUNOZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16392-ACC-DAB**

**LOUIS PALUMBO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16425-ACC-DAB**

**ATIBA PARKER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16428-ACC-DAB**

**PATRICIA PARNELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16430-ACC-DAB**

**KATHY PETERS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16447-ACC-DAB**

**MAXE RACITI v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15278-ACC-DAB**

**BRANDY RISHER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16493-ACC-DAB**

**CONNIE RIVAS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15295-ACC-DAB**

**VIRGINIA ROBERTS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16496-ACC-DAB**

**JUDITH ROGERS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15304-ACC-DAB**

**TIMOTHY RYLANCE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16518-ACC-DAB**

**LORI SANTACROCE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:06-cv-1499-ACC-DAB**

**DONALD SCHRAMM v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16533-ACC-DAB**

**AIDA SELVAGGIO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15336-ACC-DAB**

**FECHELL SHARP v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15341-ACC-DAB**

**REGINA SIMPSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15353-ACC-DAB**

**ANNE SMITH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16564-ACC-DAB**

**LINDA SULLIVAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15398-ACC-DAB**

**LORI SWIFT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15404-ACC-DAB**

**LESTER TAYLOR v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16610-ACC-DAB**

**LISA M. TAYLOR v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15412-ACC-DAB**

**CAROL TEMPLET v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15414-ACC-DAB**

**JACKIE TURNER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15438-ACC-DAB**

**RICKY WASHINGTON v. ASTRAZENECA LP, ET AL.**

**MDL Case No. 6:07-cv-15477-ACC-DAB**

**AMANDA WILLIAMS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16685-ACC-DAB**

**HELEN WILLIAMS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15504-ACC-DAB**

**LISA WILLIAMS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16693-ACC-DAB**

**ESTELLA ZARATE v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16711-ACC-DAB**

**MICHAEL ZENTNER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16712-ACC-DAB**

_____/

## ORDER

This cause comes before the Court for consideration of Defendants' July 31, 2007, Motion Requesting Dismissals With Prejudice For Failure to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 332).  Pursuant to Case Management Order No. 2 (Doc. 129), as amended (Doc. 285), all plaintiffs identified in Defendants' dismissal motion must, within eighty days after Defendants' motion is filed, file a notice with the Court certifying that a completed and verified Plaintiff Fact Sheet, along with all requested information, documents and authorizations, has since been served on Defendants.  Each plaintiff is additionally required to attach documentation to the notice showing that Defendants in fact received the requested documents.  All plaintiffs who file a timely notice, with attached documentation, shall not have their claims dismissed.  All plaintiffs who do not file a timely notice shall have their claims automatically dismissed with prejudice.

In the instant case, Defendants sought to dismiss the cases of 398 plaintiffs based on their failure to serve verified Plaintiff Fact Sheets and medical records authorizations. The cases of three of these plaintiffs, Elizabeth Crawford, Billie Lambert, and Lori Santacroce, were previously dismissed, rendering the instant motion moot as to their cases only. *See* Doc. 8, *Elizabeth Crawford v. AstraZeneca LP, et al.*, Case No. 6:07-cv-11480-ACC-DAB (dismissing claims with prejudice for failure to timely serve discovery documents); Doc. 7, *Billie Lambert v. AstraZeneca Pharmaceuticals LP*, Case No. 6:06-cv-1390-ACC-DAB (stipulating dismissal of claims without prejudice); Doc. 7, *Lori Santacroce v. AstraZeneca Pharmaceuticals LP*, Case No. 6:06-cv-1499-ACC-DAB (stipulating dismissal of claims without prejudice).

The remainder of the above-named plaintiffs filed timely notices (Docs. 354, 363, 384, 402, 429, 440, 458, 482, 504, 549, 559, 578 and 593) with the Court certifying that Defendants had been served with Plaintiff Fact Sheet verifications and medical records authorizations and appropriately attached documentation indicating that Defendants did in fact receive the documents. Thus, the Court deems the above-named plaintiffs in compliance with the Court's prior discovery orders and shall not dismiss their claims.

Accordingly, it is **ORDERED** that Defendants' Motion Requesting Dismissals With Prejudice For Failure to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 332) is **DENIED** as to the above-named plaintiffs only.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 22, 2007.

ANNE C. CONWAY
United States District Judge