# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

                                         **Case No. 6:06-md-1769-Orl-22DAB**

**This document relates to:**

**JERRY W. BIEBER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11399-ACC-DAB**

**JAKE BLOUNT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11405-ACC-DAB**

**CHERYL BOLEN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11409-ACC-DAB**

**MICHELLE BOYD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15930-ACC-DAB**

**BRIAN D. CAMPBELL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10504-ACC-DAB**

**PAULA S. COLLINS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11159-ACC-DAB**

**ROBERT R. DAVIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10846-ACC-DAB**

**MICHELLE DEAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11505-ACC-DAB**

**CHARTINE I. DRESSLER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11521-ACC-DAB**

**GLEN T. EDWARDS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11531-ACC-DAB**

**DIANNA FERGUSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11181-ACC-DAB**

**LESLIE A. FIELDER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11557-ACC-DAB**

**DOMINIC V. FORTUNATO v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10869-ACC-DAB**

**GREGORY FREDERICK v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11578-ACC-DAB**

**IVEY B. GRIFFIN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11609-ACC-DAB**

**ALICE M. HARTMANN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11631-ACC-DAB**

**DREW W. HOPKINS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11655-ACC-DAB**

**TRACI L. JENSEN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11680-ACC-DAB**

**CATHERINE I. JOHNSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12595-ACC-DAB**

**DANNY JONES v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11699-ACC-DAB**

**KATRINA KENDRIX v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11710-ACC-DAB**

**KENNETH W. KING v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10916-ACC-DAB**

**DIANE M. LARRY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11730-ACC-DAB**

**LISA R. LEWIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11745-ACC-DAB**

**DEBRA J. LINDSAY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11748-ACC-DAB**

**MICHAEL MACE v. ASTRAZENECA LP, ET AL.**

**MDL Case No. 6:07-cv-15122-ACC-DAB**

**KAREN MANUEL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11762-ACC-DAB**

**LORETTA W. MARSHALL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11765-ACC-DAB**

**KATHERINE L. MARTINEZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10536-ACC-DAB**

**GWENDOLYN D. MCCLENDON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11779-ACC-DAB**

**PHILIP H. OWENS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11843-ACC-DAB**

**JAMES POTTER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11879-ACC-DAB**

**JOHN REAMS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11899-ACC-DAB**

**GUSSIE B. RICHARDSON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10413-ACC-DAB**

**LUCY P. RIVAS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11910-ACC-DAB**

**MARY M. ROLL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11289-ACC-DAB**

**ALICE M. ROLLINS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11926-ACC-DAB**

**LORI SALAZAR v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11931-ACC-DAB**

**JAMES D. SCARBROUGH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11940-ACC-DAB**

**LAURA STAFF v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15378-ACC-DAB**

**ROSS STIVER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11012-ACC-DAB**

**SIGNE TAMULONIS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11016-ACC-DAB**

**LOUISE TUCKER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10782-ACC-DAB**

**CHYANA WALTERS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-16660-ACC-DAB**

**CHERYL WEBER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12042-ACC-DAB**

**WAYNE E. WRIGHT v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13008-ACC-DAB**

**DOUGLAS ZAPPA v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10484-ACC-DAB**

_____/

## ORDER

This cause comes before the Court for consideration of Defendants' July 31, 2007, Motion Requesting Dismissals With Prejudice For Failure to Serve Plaintiff Fact Sheets (Doc. 336). Pursuant to Case Management Order No. 2 (Doc. 129), as amended (Doc. 285), all plaintiffs identified in Defendants' dismissal motion must, within eighty days after Defendants' motion is filed, file a notice with the Court certifying that a completed and verified Plaintiff Fact Sheet, along with all requested information, documents and authorizations, has since been served on Defendants. Each plaintiff is additionally required to attach documentation to the notice showing that Defendants in fact received the requested documents. All plaintiffs who file a timely notice,

with attached documentation, shall not have their claims dismissed. All plaintiffs who do not file a timely notice shall have their claims automatically dismissed with prejudice.

In the instant case, Defendants sought to dismiss the cases of forty-nine plaintiffs based on their failure to serve completed and verified Plaintiff Fact Sheets. Forty-five of these plaintiffs filed stipulations of dismissal without prejudice in their cases on or about July 18, 2007, prior to the filing of the instant motion, rendering this motion moot as to their cases. The remainder of the above-named plaintiffs, Laura Staff (Case No. 6:07-cv-15378) and Chyana Walters (Case No. 6:07-cv-16660), filed timely notices (Doc. 389) with the Court certifying that Defendants had been served with Plaintiff Fact Sheets, and appropriately attached documentation indicating that Defendants did in fact receive the documents. Thus, the Court deems both Ms. Staff and Ms. Walters in compliance with the Court's prior discovery orders and shall not dismiss their claims.

Accordingly, it is **ORDERED** that Defendants' Motion Requesting Dismissals With Prejudice For Failure to Serve Plaintiff Fact Sheets (Doc. 336) is **DENIED** as to the above-named plaintiffs only.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 22, 2007.

ANNE C. CONWAY
United States District Judge