# EXHIBIT A

From: Magaziner, Fred
Sent: April 01, 2007 9:04 AM
To: 'Pennock, Paul'
Cc: McConnell, Stephen; Glenn Pogust - Kayescholer; Balakhani, Elizabeth
Subject: RE: Deponents

Paul,

Thanks for your email.  I'm impressed that you were hard at work at 12:30 A.M. on a Sunday morning.

My colleagues and I will review your email with care, and we'll get back to you about setting up a "meet and confer" in the coming week.

When we met on March 20, you told us that you would be responding promptly to our proposal for case-specific discovery. Are you able to let us know your position.

Thanks.

Fred

-----Original Message-----
From: Pennock, Paul [mailto:PPennock@weitzlux.com]
Sent: Sunday, April 01, 2007 12:24 AM
To: Magaziner, Fred
Subject: Deponents

Fred,

Below are a list of those persons who, as of now, we expect to depose.  As we proceed through discovery and review of the documents, we will advise you on a rolling basis of the others ("up to 25").   We fully expect that there will be more than 25 but we will of course have to cross that bridge when we come to it and comply with the requirements of Judge Baker's order in that regard.

*     Jeff Goldstein (Clinical Studies)
*     Jamie Mullen (Clinical Studies)
*     Vikram Dev (Drug Safety)
*     James Gaskill (Regulatory)
*     Kathryn Jones (Risk Mgmt)
*     Linda Palczuk (Sales)
*     Marianne Jackson (Sales)
*     Ed Repp (Marketing)
*     Don Beamish (Marketing)
*     Denise Campbell (Marketing

As you are aware, depositions in a case such as this should not be conducted randomly.  Thus, while we are confident, although not certain since we've not even received complete production on the first 8 custodians, that we will want to depose the above, we are not by this list indicating that we want to depose these before others.  Much work has to be done before we can decide the appropriate logical order for conducting depositions.

Additionally, there are several 30b6 depositions that we need to take, which are not included in our the "up to 25".  We will be noticing those in accordance with both Judge Baker and Judge Conway's orders.  At the present time, the following are the 30b6 deponents we would like:

*       MIS deposition - a person with knowledge of the archive system at the company and email storage and back-up - we need to understand why we've received so few emails; were emails deleted; what we can expect in the future*       corporate organization -who are the major players; who were the role players; who are the defenders of the brand

*       corporate structure - foreign entities

*       databases/FDA databases/CANDA/clinical

*       pharmacovigilence

*       regulatory/HCC representative/risk management

*       medical affairs/adverse events/scientific liaison

*       clinical trial design

*       business analytics/IMS/CRM

*       marketing; ad agency; cycle meetings; strategic plans

*       investor relations

Finally, there are numerous 3rd parties to depose.  Per Judge Baker's order, we need to meet and confer with respect to that before April 12th.

Let's speak early in the week if possible.

Paul