# EXHIBIT 1

| Plaintiff | Case Number | Disclosure | Supp. Discl. | 2nd Supp. | 3rd Supp | 4th Supp. | Ptfs Dep | 5th Supp. | Prescriber Dep | Treater Dep | Sales Rep Dep |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Getchell | 6:06-cv-1314 | 23-Jul pdf only | 24-Jul | 9-Aug Excel Call Notes | 20-Aug Dear Dr. Letters; More IMS | 27-Aug New Call Notes | 28-Aug | 12-Sep New IMS data | 29-Aug | | |
| Frederick | 6:06-cv-1000 | 3-Aug pdf only | 17-Sep Excel Call Notes; A/P info | | | | 19-Sep | | 18-Sep | 30-Oct | |
| Thomas | 6:06-cv-1295 | 3-Aug pdf only | 12-Sep New IMS Data | 24-Sep Excel Call Notes; A/P info | | | 25-Sep | | 26-Sep | 26-Sep | |
| Linder | 6:07-cv-12651 | 20-Jul | 24-Jul Call notes | 20-Aug More Call Notes and IMS | | 12-Sep More IMS data | 15-Aug | 27-Sep A/P info | 30-Aug Complete; possible redo | 17-Oct Rescheduled for 10/17/07 | 30-Aug Complete |
| Edgeston | 6:07-cv-14818 | | | 18-Sep New Call Notes; A/P Info | 21-Sep New Call Notes | | 7-Sep | | 20-Sep Complete | 5-Oct Complete | 28-Sep Complete |
| Haynie-Whynot | 6:07-cv-10112 | 8-Aug | 12-Sep More IMS | 19-Sep New Call Notes | 22-Sep Dear Doctor Letters | | 6-Sep | | 25-Sep Complete | 25-Sep Complete | 21-Sep Complete |
| Spitz | 6:06-cv-15579 | 30-Jul | 20-Aug Excel Call Notes; More IMS | | 12-Sep More IMS | | 14-Aug | | 28-Aug Complete | 31-Aug Complete | 30-Aug Complete |
| Runner | 6:07-cv-10424 | 30-Jul | 20-Aug Excel Call Notes; More IMS | | 12-Sep More IMS | | 14-Aug | | 27-Aug Complete | 27-Aug Complete | 30-Aug Complete |
| Grant | 6:07-cv-12145 | 20-Jul | | | 13-Sep More IMS | 1-Oct More A/P Data | 14-Aug | | 30-Aug Complete; possible redo | 30-Aug Complete | 22-Aug Complete |