# EXHIBIT 6


**LLP**

Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000  Main
+1 215 994 2222  Fax
www.dechert.com

**GINNY W. DORSEY**

virginia.dorsey@dechert.com
+1 215 994 2251  Direct
+1 215 655 2251  Fax

July 23, 2007

**VIA E-MAIL AND FIRST CLASS MAIL**

Lawrence J. Gornick, Esquire
William A. Levin, Esquire
Dennis J. Canty, Esquire
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, 36th Floor
San Francisco, CA  94104

Re:  Beverly Getchell v. AstraZeneca Pharmaceuticals, LP, et al.
     Case Number:  6:06-cv-01314

Dear Counsel:

Enclosed please find AstraZeneca's Disclosure of Available Case Specific Discovery Information and Documentation Pursuant to Case Management Order No. 4 in the above-captioned case.

Sincerely,

Ginny W. Dorsey

Enclosures

12863134.1.LITIGATION 7/23/2007 7:05 PM

U.S. Austin  Boston  Charlotte  Harrisburg  Hartford  New York  Newport Beach  Palo Alto  Philadelphia  Princeton
San Francisco  Washington DC    EUROPE  Brussels  London  Luxembourg  Munich  Paris

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In Re: Seroquel Products Liability Litigation | Case No. 6:06-md-01769-ACC-DAIS

MDL Docket No. 1769

This Document Relates to:

Beverly Getchell v. AstraZeneca
Pharmaceuticals LP, et al.

CASE NUMBER: 6:06-cv-01314

## AstraZeneca's Disclosure of Available Case Specific Discovery Information and Documentation Pursuant to Case Management Order No. 4

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP

("AstraZeneca") disclose and provide available case specific discovery information and

documentation for Plaintiff Beverly Getchell ("Plaintiff") and her prescribing physician

pursuant to Case Management Order No. 4 (hereinafter "CMO 4") as follows.

AstraZeneca is providing five categories of information and/or documents based

on a query of its relevant databases and systems.  AstraZeneca has run search queries and

provided information and documents as part of this Disclosure based upon the

information provided by the Plaintiff's Fact Sheet ("PFS").  If the PFS is incorrect,

inaccurate, or incomplete, then AstraZeneca's disclosures may also be incomplete.  If

Plaintiff serves an amended PFS with additional information about the prescribing

physician, AstraZeneca will endeavor to conduct further searches based upon the

amended information as warranted and reasonable.

Finally, it is not anticipated that the AstraZeneca counsel responsible for deposing the Plaintiff's prescribing physician will have any information or documentation from AstraZeneca's databases and systems about the prescriber beyond the information and documents identified and provided in this Disclosure.

## I.    Call Note Information

AstraZeneca has searched its sales call note databases for Plaintiff's prescribing physician, as reflected in the information provided by the PFS, for the period encompassing six months prior to the Plaintiff's first use of Seroquel through six months after the Plaintiff's last use of Seroquel ("Relevant Time Period").

AstraZeneca found call notes related to "Dr. Peter Ramirez" at the address provided by the PFS.  These call notes, related to Seroquel and for the Relevant Time Period, are attached hereto as Exhibit A.

## II.    Account Payable Information

AstraZeneca has searched its accounts payable database for Plaintiff's prescribing physician as well as for any institution or entity identified in the PFS as affiliated with the prescribing physician, without regard to whether the payment to such institution or entity relates in any way to the prescribing physician.

AstraZeneca found no records related to "Dr. Peter Ramirez" at the address provided by the PFS.

## III.    Dear Doctor or Dear Healthcare Provider Letters

AstraZeneca has searched for the prescribing physician's name, as provided in the PFS, in the distribution lists for certain "Dear Doctor" and "Dear Healthcare Provider" letters.  AstraZeneca states that there is no specific physician-identifying information on

such "Dear Doctor" or "Dear Healthcare Provider" letters. Those letters were produced as part of the MDL document production and will not be reproduced here. If AstraZeneca has a record that a particular prescribing physician was sent one or more of the May 20, 2002, January 30, 2004, April 22, 2004, July 7, 2005, or November 6, 2006 letters, AstaZeneca will provide the relevant information in this section of the Disclosure. AstraZeneca has not yet located the distribution list for the May 20, 2002 letter and will supplement this Disclosure if that distribution list is located and accessible.

AstraZeneca found the name "Dr. Peter Ramirez," at the address provided by the PFS, on the distribution list for the November 6, 2006 letter.

## IV.    **Prescriber Level IMS Data**

AstraZeneca has only been able to search for and produce (if any) IMS data for the prescribing physician over the past 24 months because that is the only information readily available to AstraZeneca at this time. AstraZeneca is taking steps to access the IMS historical data for the prescribing physician beyond the past 24 months that has been archived in databases. In order to access this IMS historical data, AstraZeneca must take several complicated and time consuming steps. AstraZeneca is working as diligently and quickly as possible to complete these steps and will provide this data as soon as practicable.

AstraZeneca has received consent from IMS Health, Inc. ("IMS") to produce certain prescription data relating to Plaintiff's prescribing physician. Use of IMS prescription data is subject to the terms of IMS' consent.

AstraZeneca found IMS data related to "Dr. Peter Ramirez" at the address provided by the PFS. The IMS data is attached hereto as Exhibit B.

**V.**    **Professional Information Request Information**

AstraZeneca has searched its Professional Information Request ("PIR") database for Plaintiff's prescribing physician, as reflected in the information provided by the PFS. To the extent AstraZeneca has record of a written PIR response being sent to Plaintiff's prescribing physician, the documents and data about such response will be provided in this section of the Disclosure.

AstraZeneca found no records relating to "Dr. Peter Ramirez" at the address provided by the PFS regarding Seroquel.

Dated:  July 23, 2007

Brennan J. Torregrossa, Esquire
Virginia Dorsey, Esquire
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
215-994-4000

Counsel for Defendants AstraZeneca
Pharmaceuticals LP and AstraZeneca LP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of July, 2007, I caused to be served a true and correct copy of the foregoing via electronic mail and first-class mail on the following:

> Lawrence J. Gornick, Esquire
> William A. Levin, Esquire
> Denis J. Canty, Esquire
> Levin Simes Kaiser & Gornick LLP
> 44 Montgomery Street, 36[th] Floor
> San Francisco, CA 94104
> lgornick@lskg-law.com
> dcanty@lskg-law.com
> lsimes@levins-law.com
> jkaiser@lskg-law.com
> echarley@lskg-law.com
> ddecarli@lskg-law.com
> bsund@lskg-law.com
> astavrakaras@lskg-law.com

> _____
> Brennan J. Torregrossa, Esquire
> Virginia W. Dorsey, Esquire
> Dechert LLP
> Cira Centre
> 2929 Arch Street
> Philadelphia, PA  19104-2808
> 215-994-4000

> Counsel for Defendants AstraZeneca
> Pharmaceuticals LP and AstraZeneca LP

Dated: July 23, 2007

# **<u>EXHIBIT A</u>**

| FULL_NAME | CONTACT_ADDRESS_LINE_1 | ADDRESS_CITY | STATE | ZIP | REP_NAME |
|---|---|---|---|---|---|
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Heidelberg, David P |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Heidelberg, David P |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Heidelberg, David P |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Manes, Marc |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Manes, Marc |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Manes, Marc |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Manes, Marc |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Manes, Marc |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Manes, Marc |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Manes, Marc |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Manes, Marc |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Manes, Marc |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Manes, Marc |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Manes, Marc |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Meadows, Theresa Maria |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Powell, Amy |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Powell, Amy |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Powell, Amy |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Powell, Amy |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Powell, Amy |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Powell, Amy |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Ransdell, Mandy |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Ransdell, Mandy |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Ransdell, Mandy |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Ransdell, Mandy |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Ransdell, Mandy |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Ransdell, Mandy |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Ransdell, Mandy |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Ransdell, Mandy |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Ransdell, Mandy |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Ransdell, Mandy |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Ransdell, Mandy |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |

MDL-GetchellB-0601314-
00001-Confidential

| Name | Type | Number | Street | Suite | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|---|
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Winstel, Amy |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Winstel, Amy |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Winstel, Amy |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Sayers, Jennifer W |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Van Daniker, Lesley C |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Winstel, Amy |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Winstel, Amy |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Winstel, Amy |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Winstel, Amy |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Winstel, Amy |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Winstel, Amy |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Winstel, Amy |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Winstel, Amy |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Winstel, Amy |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Winstel, Amy |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | Winstel, Amy |
| Ramirez, Peter A | Physician | 3121 | Dayton Xenia Road | Suite 110 | Beavercreek | OH | 45432 | ePromotions |

| DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES |
|---|---|---|
| 5/17/2004 10:37 | Stand-Up Call | dosing messgw/ bipolar ind given ar eps insery. |
| 9/1/2004 14:00 | Stand-Up Call | CME inv |
| 11/10/2004 11:28 | Office Manager | 84 day lit - leavebehind w/ note and b card req appt or lunch access...... |
| 11/30/2004 10:18 | Office Manager | lit leavebehind at middletown hosp - left notes w/ req for access. |
| 1/31/2006 9:21 | Stand-Up Call | Dual call... |
| 2/27/2006 10:59 | Stand-Up Call | Discussed appropriate dosing. |
| 3/20/2006 10:04 | Sit down Call | reminded about rapid titration. |
| 4/10/2006 12:15 | Sit down Call | Discussed 50mg and 400mg. |
| 5/4/2006 17:22 | Stand-Up Call | Catie. |
| 6/26/2006 15:34 | Stand-Up Call | MDQ. |
| 7/31/2006 15:46 | Stand-Up Call | EPS across dose range. |
| 8/23/2006 15:53 | Stand-Up Call | Discussed ¿.85 Symptoms |
| 8/19/2004 23:07 | Gatekeeper | spoke w/ Rose-he and dr.alwis are seeing pts. here--part of transitional living. |
| 2/3/2005 14:50 | Office Manager | Located off Day-Xenia Rd. off of 35.  In ort Tues & Wed. frn  11:00 o.  No lunches. |
| 2/16/2005 15:44 | Sit down Call | Wife, Diana is gatekeeper in Dayton. See's Seroquel reps @ Middletown and Transitional liv |
| 3/24/2005 18:42 | Stand-Up Call | No samples needed.  Caught unexpectedly in ofc. |
| 5/25/2006 11:19 | Stand-Up Call | Seroquel first.  Office no longer accepting samples but owuld like vouchers.  New office in A |
| 6/8/2006 11:41 | Stand-Up Call | S first/Akathisa |
| 7/10/2006 19:31 | Stand-Up Call | Seroquel first |
| 2/10/2005 15:45 | Gatekeeper | Introduced myself to psychologist.  Let me know that dr is only at this location on Wed. |
| 3/16/2005 16:14 | Stand-Up Call | Was able to pass on information about negative symptoms and what S can do for his pts. |
| 4/27/2005 15:12 | Stand-Up Call | Ok on samples.  Efficacy/tolerbality.  Take in a set of pt assistance forms next time so they |
| 5/18/2005 15:33 | Stand-Up Call | Stressed dosing and avoiding somnolence with titration. |
| 6/22/2005 13:22 | Stand-Up Call | 600 mg dosing |
| 7/20/2005 13:32 | Stand-Up Call | tolerability with dosing |
| 8/10/2005 16:20 | Gatekeeper | focused on reliability over 8 years |
| 9/21/2005 15:26 | Stand-Up Call | no one in office |
| 10/12/2005 15:44 | Stand-Up Call | dr stopped and let me know he's having some problems in Middletown with street value of s |
| 11/2/2005 16:44 | Stand-Up Call | not concerned with catie.  definitely appreciates tolerability of s. |
| 11/23/2005 14:10 | Stand-Up Call | doing well with s.  plenty of samples as he is moving them over from the middletown office |
| 12/14/2005 14:37 | Stand-Up Call | great with samples as they compiled the two offices.  no problems with s.  looking for a new |
| 8/10/2004 0:00 | Gatekeeper | doing well with s.  let know that I am being promoted and that amy will be taking care of ther |
| 8/16/2004 0:00 | Gatekeeper | He is at Middletown Mon AM and Hamilton Monday PM - Spoke with receptionist - his nur |
| 9/20/2004 11:00 | Sit down Call | Missed Dr. R |
| 10/11/2004 0:00 | Stand-Up Call | Met Dr. R and Becky Jiminez - LPN- reviewed 12 week data and YMRS data - she thought ¿ |
| | | Invite to profiles meeting |

MDL-GetchellB-0601314-
00003-Confidential

| Date/Time | Type | Note |
|---|---|---|
| 10/18/2004 0:00 | Stand-Up Call | Spoke with Heather and Dr. R about sample management and pt asst |
| 11/1/2004 0:00 | Gatekeeper | Not in today - sick |
| 11/8/2004 0:00 | Stand-Up Call | Dosing and Now I can message |
| 11/15/2004 0:00 | Stand-Up Call | PAP - Focused on Works Early data |
| 12/20/2004 16:42 | Stand-Up Call | Reminded him of the Now I Can and 600 mg |
| 1/31/2005 19:13 | Gatekeeper | Missed him at clinic |
| 2/7/2005 10:43 | Stand-Up Call | He does not like starter pack - - he doses higher initially - yeah!  His nurses reported to me th |
| 3/21/2005 14:11 | Gatekeeper | Dr. Ramirez is off for the week - the sample closet is loaded - How?  Becky swears they are |
| 4/4/2005 0:00 | Stand-Up Call | Still do not need samples - I hope this is because he was of ??  Talked about inservice I ga |
| 5/2/2005 15:47 | Stand-Up Call | Start on Sqi - stay on Sqi - Number 1 |
| 5/9/2005 10:10 | Stand-Up Call | I need to talk with Becky and see if she has a suggestion on how to get Dr. Ramirez to be n |
| 5/23/2005 13:12 | Gatekeeper | He is off today |
| 8/15/2005 9:34 | Stand-Up Call | Need samples but no allocations for me yet - |
| 8/29/2005 11:32 | Gatekeeper | Did not see me - I have no samples yeet |
| 9/12/2005 9:30 | Stand-Up Call | They ared way oversampled - how is this??  Said they are still starting new pts |
| 9/19/2005 14:16 | Gatekeeper | No samples needed / no access |
| 10/17/2005 10:25 | Stand-Up Call | Started a discussion about akathisia.  He reports that he screens for this.  Ephasized dose to |
| 10/31/2005 15:28 | Stand-Up Call | Got new schedule - asked about how if he interacts with jails - not much |
| 11/7/2005 15:42 | Stand-Up Call | Tried to pinpoint his on when he would not use Sqi first line - he avoided the question |
| 6/19/2006 14:44 | Stand-Up Call | Sqi - hostility |
| 1/13/2004 0:00 | Gatekeeper | tried to catch at Central Ave location - only there on Mondays - got contact name and numb |
| 1/29/2003 16:34 | Gatekeeper | Per Heather  he is working Monday 10-3 and proceeding with his own private practice but w |
| 3/10/2003 13:39 | Sit down Call | Discussed dosing and rapid titration. samples for both locations. |
| 3/10/2003 14:23 | Sample Drop | samples for his office |
| 4/30/2003 15:44 | Gatekeeper | Has changed TLC-Middletown hours back to M and not W as planned, 10-3, noo:Next mont |
| 6/30/2003 14:44 | Inservice Paramed | Middletown Site-Met with Lisa and Heather.Had commited to Heather last week that I would |
| 8/12/2003 12:23 | Gatekeeper | Darlene will remind him tomorrow morning of dr.Delbello speaker program at medical staff r |
| 11/24/2003 14:45 | Stand-Up Call | He has reduced hours here from 9-12, Heather is still working with him, starter pack ad |
| 12/1/2003 15:07 | Follow Up | he was supposed to work until 5 but entire afternoon of patients all cancelled so caught hea |
| 12/8/2003 15:01 | Gatekeeper | TLC- Came up here today to see him and he was not in due to being supenaed to court. H |
| 12/15/2003 15:18 | Stand-Up Call | TLC-Hamilton. Clinic was absolutely packed. Lots of patients came in today that weren't on |
| 12/18/2003 12:54 | Stand-Up Call | Geodon rep came in after I had been waiting to see him and Dr. R came out with patient at t |
| 9/15/2004 10:44 | Virtual Detailing | SEROQUEL bipolar mania virtual detail for Psychiatrists, Program 1-Complete. |

MDL-GeichellB-0601314-
00004-Confidential

ving.  Up to date on all data.

llergy andAshma bldg.  by Papa Johns.

can have them on file.

: patients typically asking for 100-300 mgs.

office in beavercreek and are hoping to move in about 3 months.
n.  office will be close the week between x-mas and new years
'se is Becky Jimenez - she is in on Wednesdays - they were unsure if she is an NP or RN/LPN

starter packs would be good - R did not like them - Seemed to be many coming in for injections this day.  Promised a follow up for educ program with l

MDL-GetchellB-0601314-
00005-Confidential

at they are using more Sql and titrating quicker with higher initial dose
: using lots of Sql - she does not know if they are bringing it from other locations
we at Hamilton location

nore communicative - **Reminded him of dosing**

efficacy - no surprises

er to follow up
ife is not coming to Middletown location, just Beavercreek because she is still working at the hospital so he is doing it all, phones, etc

day route
i call on this site and Dr.R today and Dr. Ramirez had left in last 1/2 hour for a family emergency but did not know details! He does need samples so w
neeting on Thursday.

ther as she was leaving, will come back for more time next monday, talked outside and it was really cold so let her go if i go have time next week at m
eather said that he called them on Friday to let them know that he wouldn't be in. she knew I was coming in today and apologized for not calling me to
the schedule plus the women's grp meets this pm which made it even more chaotic. He was almost an hour behind so had to just have him sign and r
the same time, fortunately only wanted S for midd and beavercreek pp so he left and was able to focus on 600-800mg dosing target and s.e. profile fo

MDL-GetchellB-0601314-
00006-Confidential

Dee at PP office

MDL-GetchellB-0601314-
00007-Confidential

'ill need to get another ttc doctor to sign and send to this site

nidd in am or ham. pm
, let me know, had my card at Ham. site so couldn't call me this morning, told her it was ok talked about a few of the patients in women's group, will pu
emind him of 600-800mg target dose and well,accepted which came from conversation with BP female in lobby who told me she is on 800mg Seroqu
r all of his patient types

MDL–GetchellB-0601314-
00008-Confidential

MDL-GetchellB-0601314-
000009-Confidential

t on route for next monday (NCO)
el and that it has changed her life and she has never felt better. she has been on Z (gained 50 lb), R (make her agitated, 'o

MDL-GeschellB-0601314-
00010-Confidential

# __EXHIBIT B__

SQL

| First Name | Last Name | IMSDR | BRAND | May-07 | Apr-07 | Mar-07 | Feb-07 | Jan-07 | Dec-06 | Nov-06 | Oct-06 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PETER | RAMIREZ | 0406486 | Seroquel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DENISE | BOUDIETTE | 0737901 | Seroquel | 23 | 23 | 16 | 15 | 25 | 27 | 26 | 19 |
| WILLIAM | COLLIE | 0785909 | Seroquel | 8 | 10 | 8 | 8 | 3 | 4 | 8 | 14 |
| VIVIAN | HORTON | 0801392 | Seroquel | 1 | 1 | 1 | 1 | 6 | 2 | 1 | 2 |
| KASTURI | KRIPAKARAN | 2016764 | Seroquel | 3 | 1 | 1 | 0 | 8 | 2 | 11 | 2 |
| JANE | JOOST | 2020951 | Seroquel | 32 | 35 | 37 | 26 | 40 | 25 | 30 | 18 |
| PETER | RAMIREZ | 0406486 | Market | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 |
| DENISE | BOUDIETTE | 0737901 | Market | 49 | 43 | 53 | 41 | 51 | 62 | 56 | 43 |
| WILLIAM | COLLIE | 0785909 | Market | 65 | 60 | 65 | 70 | 69 | 54 | 62 | 71 |
| VIVIAN | HORTON | 0801392 | Market | 4 | 8 | 3 | 7 | 9 | 8 | 8 | 9 |
| KASTURI | KRIPAKARAN | 2016764 | Market | 5 | 6 | 12 | 6 | 14 | 9 | 18 | 10 |
| JANE | JOOST | 2020951 | Market | 160 | 153 | 150 | 128 | 150 | 115 | 126 | 105 |

MDL-GetchelIB-0601314-
00011-Confidential

## SQL

| | Sep-06 | Aug-06 | Jul-06 | Jun-06 | May-06 | Apr-06 | Mar-06 | Feb-06 | Jan-06 | Dec-05 | Nov-05 | Oct-05 | Sep-05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 6 | 11 | 11 | 13 | 18 | 22 | 18 | 18 |
| | 30 | 35 | 26 | 12 | 15 | 11 | 23 | 20 | 39 | 39 | 35 | 47 | 39 |
| | 11 | 15 | 10 | 18 | 11 | 15 | 14 | 12 | 14 | 8 | 8 | 7 | 8 |
| | 1 | 1 | 1 | 1 | 1 | 2 | 5 | 2 | 1 | 1 | 1 | 1 | 2 |
| | 8 | 4 | 9 | 2 | 5 | 8 | 5 | 5 | 6 | 4 | 9 | 4 | 4 |
| | 24 | 25 | 14 | 20 | 16 | 13 | 13 | 13 | 21 | 15 | 11 | 11 | 19 |
| | | | | | | | | | | | | | |
| | 7 | 5 | 9 | 16 | 32 | 64 | 75 | 66 | 85 | 97 | 107 | 88 | 107 |
| | 54 | 76 | 53 | 39 | 46 | 56 | 85 | 81 | 111 | 117 | 133 | 135 | 132 |
| | 66 | 59 | 65 | 67 | 60 | 62 | 67 | 55 | 67 | 49 | 49 | 40 | 48 |
| | 6 | 14 | 6 | 9 | 7 | 9 | 18 | 15 | 9 | 14 | 8 | 6 | 6 |
| | 15 | 17 | 19 | 18 | 24 | 20 | 25 | 18 | 24 | 23 | 31 | 24 | 24 |
| | 120 | 104 | 85 | 107 | 109 | 85 | 94 | 81 | 119 | 109 | 120 | 107 | 126 |

MDL-GetchellB-0601314-00012-Confidential

SQL

| | Aug-05 | Jul-05 | Jun-05 |
|---|---|---|---|
| | 16 | 19 | 18 |
| | 57 | 36 | 35 |
| | 9 | 6 | 6 |
| | 1 | 1 | 1 |
| | 5 | 9 | 14 |
| | 19 | 24 | 24 |
| | 119 | 118 | 99 |
| | 153 | 112 | 124 |
| | 45 | 44 | 44 |
| | 6 | 4 | 5 |
| | 30 | 64 | 84 |
| | 132 | 141 | 161 |

MDL-GetchellB-0601314-00013-Confidential