# EXHIBIT 7

# Leah Sabel

| | |
|---|---|
| **From:** | Dennis Canty |
| **Sent:** | Thursday, August 23, 2007 10:47 AM |
| **To:** | 'Magaziner, Fred'; 'McConnell, Stephen'; 'Balakhani, Elizabeth'; 'Prince, Shane' |
| **Cc:** | 'ddecarli@lskg-law.com'; 'bsund@lskg-law.com'; 'lsabel@lskg-law.com'; 'lbrandenberg@lskg-law.com'; 'Malik, Nadia'; 'lroth@roth-law.com'; 'lgornick@lskg-law.com'; 'cbailey@bpblaw.com'; 'kbailey@bpblaw.com'; 'Paul Pennock'; 'MPederson@weitzlux.com' |
| **Subject:** | Getchell v. AstraZeneca, et al. |

Counsel:

In reviewing the supplemental disclosures provided in the captioned matter, we notice that information included in your first and second hard-copy productions has been removed from your subsequent electronic production. For example, the following information cannot be found in the Excel sheet provided:

| | | | |
|---|---|---|---|
| | 9/15/2004 10:44 | Virtual Detailing | SEROQUEL bipolar mania virtual deta[...] Psychiatrists, Program 1-Complete. |

Please provide the following immediately:

a) A complete description of all fields, tables and/or sources of data maintained by AZ in this database regarding physicians to whom AZ may have marketed Seroquel;
b) A complete description of all data maintained by AZ in this database regarding Dr. Ramirez which you have failed to disclose to plaintiff;
c) Supplemental disclosures;
d) Identification of where in AZ's production of August 17 we may find the materials described in the above call note.

Dr. Ramirez is scheduled to be deposed early next week. Please immediately provide or point to all materials used in detailing to Dr. Ramirez, whether or not specifically identified in the call notes you have disclosed.

Dennis J. Canty
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, 36th Floor
San Francisco, CA  94104
Tel: 415/273-8138