# EXHIBIT 9

# DESIGNATED CONFIDENTIAL BY DEFENDANTS

**Plaintiffs challenge this designation and will apply to the Court for a determination of confidentiality and permission to lodge and/or file.**