# EXHIBIT 13



| | A | B | C |
|---|---|---|---|
| 9 | The Multimedia Assessment of Rating Scales For Serious and Geriatric Mental Illness: PC and Palm Versions | 203528 | AZSER10415657 |
| 10 | Palm Project Pilot | 203674 | AZSER10415658 |
| 11 | DRUG - INDUCED MOVEMENT DISORDERS | 203705 | AZSER10415659 |
| 12 | The Multimedia Assessment of Rating Scales For Serious and Geriatric Mental Illness: PC and Palm Versions | 204226 | AZSER10415660 |
| 13 | THE MULTIMEDIA ASSESSMENT OF RATING SCALES FOR SERIOUS AND GERIATRIC MENTAL ILLNESS | 204229 | AZSER10415661 |
| 14 | RECOGNIZING EXTRAPYRAMIDAL SYMPTOMS | 204235 | AZSER10415662 |
| 15 | Drug-Induced Movement Disorders In the Long-Term Care Environment | 204238 | AZSER10415663 |
| 16 | RECOGNIZING EXTRAPYRAMIDAL SYMPTOMS CLINICAL EXAMPLES OF ACUTE DYSTONIA, AKATHISIA, PARKINSONISM, AND TARDIVE DYSKINESIA | 204255 | AZSER10415664 |
| 17 | SEROQUEL Web Site Upgrade Professional Web Site For SEROQUEL December 2002 | 204255 | AZSER10415665 |
| 18 | SEROQUEL A VIRTUAL DINNER PROGRAM | 204681 | AZSER10415666 |
| 19 | Clinical Insights Antipsychotic therapy And Cardiac Effects | 204886 | AZSER10415667 |
| 20 | THE MULTIMEDIA ASSESSMENT OF RATING SCALES FOR SERIOUS AND GERIATRIC MENTAL ILLNESS: | 204939 | AZSER10415668 |
| 21 | COPING SKILLS TRAINING PROGRAM FRED | 204983 | AZSER10415669 |
| 22 | SEROQUEL ENA Marketing Coping Skills Training Video: "James" RT: 23:30 Minutes 4/8/02 | 204984 | AZSER10415670 |
| 23 | SEROQUEL ENA Marketing Coping Skills Training Video: "Fred" RT: 30:20 Minutes 4/8/02 | 204984 | AZSER10415671 |
| 24 | INTRODUCTION TO COPING SKILLS TRAINING PROGRAM MARVIN HERZ, MD | 204984 | AZSER10415672 |
| 25 | CLINICAL INSIGHTS ANTIPSYCHOTIC THERAPY AND CARDIAC EFFECTS | 205161 | AZSER10415673 |
| 26 | SEROQUEL Recognizing Extrapyramidal Symptoms | 205281 | AZSER10415674 |
| 27 | SEROQUEL Introducing Well! Accepted! An excellent side-effect profile The Story of an Ad Campaign | 205651 | AZSER10415675 |