# EXHIBIT 16

RICHARD N. LAMINACK
THOMAS W. PIRTLE
BUFFY K. MARTINES

# LPM

## LAMINACK, PIRTLE & MARTINES, L.L.P.

September 25, 2007

**Sent Via E-Mail**
**Sent Via Facsimile 303-607-3600**
Russell O. Stewart
Faegre & Benson
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203-4532

Re:   MDL No. 1769; Docket No. 6:07-10304; *Joanne Hinton v. AstraZeneca Pharmaceuticals, L.P., et al.*; In the United States District Court for the Middle District of Florida, Orlando Division

Dear Russell:

On September 5, 2007 I alerted you to an inconsistency in AstraZeneca's Disclosure of Available Case Specific Discovery Information and Documentation Pursuant to Case Management Order No. 4. I have attached my September 5th correspondence for your review.

You responded to my letter by saying you would look into the matter and, "if we discover that all available accounts payable information has not been provided, we will supplement our disclosures." You went on to say that if you discovered a problem that may have affected disclosures in other cases, you would supplement those disclosures as well.

On September 11, 2007 you forwarded to me AstraZeneca's supplemental disclosure in the *Hinton* case, which disclosed accounts payable information not previously provided. This disclosure was sent by itself, with no explanation as to why the original disclosure was not accurate.

In light of your initial comments suggesting that the problem seen in the *Hinton* disclosure could have occurred in other cases, I would ask that you explain the exact nature of the problem and provide me reasonable assurances that the problem experienced in *Hinton* has not and will not happen in any other cases.

440 LOUISIANA, SUITE 1250 HOUSTON, TEXAS 77002    TELEPHONE: 713.292.2750    FAX: 713.292.2755

Thank you for your assistance in this matter.

Sincerely,

**LAMINACK, PIRTLE & MARTINES**

Buffy K. Martines

cc:     Special Master Orran Brown

# LPM

RICHARD N. LAMINACK

THOMAS W. PIRTLE

BUFFY K. MARTINES

## LAMINACK, PIRTLE & MARTINES, L.L.P.

September 5, 2007

**Sent Via E-Mail**
**Sent Via Facsimile 303-607-3600**
Russell O. Stewart
Faegre & Benson
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203-4532

> Re:   MDL No. 1769; Docket No. 6:07-cv-10304; *Joanne Hinton v.*
> *AstraZeneca Pharmaceuticals, L.P., et al.*; In the United States District
> Court for the Middle District of Florida, Orlando Division

Dear Russell:

On August 6, 2007 AstraZeneca produced its Disclosure of Available Case Specific Discovery Information and Documentation Pursuant to Case Management Order No. 4 for Plaintiff Joanne Hinton.

In Section II of its disclosure, AstraZeneca states, "AstraZeneca has searched its accounts payable database for Plaintiff's prescribing physician . . . . **AstraZeneca found no information regarding payments made to "Jane Macdonnell."**

In Exhibit "A" of its disclosure, AstraZeneca has produced call notes which clearly indicate that AstraZeneca has made payments to this physician, specifically:

1.      page 2, line 23 states, **"Finally got check for Drs program from 2000, She was happy to get it and thanked me."**

2.      page 3, line 29 states, **"Hand delivered honorarium for case study program in April . . . "**

I have attached both the Disclosure and Exhibit "A" for your review.

We are very concerned about how thoroughly AstraZeneca has reviewed its accounts payable database, in light of the conflicting information provided in this case. I would ask that you have the accounts payable database reviewed a second time and supplement your disclosures immediately.

If you have any questions, please do not hesitate to contact me at 713-292-2750 or via e-mail at buffym@lpm-triallaw.com.

Thank you for your cooperation in this matter.

Sincerely,

**LAMINACK, PIRTLE & MARTINES**

Buffy K. Martines

enclosures

cc:   F. Kenneth Bailey/K.Camp Bailey          via e-mail

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to:

Joanne Hinton v. AstraZeneca Pharmaceuticals
LP, et al.

CASE NUMBER:  6:07-cv-10304

---

### AstraZeneca's Disclosure of Available Case Specific Discovery Information and Documentation Pursuant to Case Management Order No. 4 for PLAINTIFF JOANNE HINTON

---

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca") disclose and provide available case specific discovery information and documentation for Plaintiff **Joanne Hinton's** prescribing physician pursuant to Case Management Order No. 4 (hereinafter "CMO 4") as follows.

AstraZeneca is providing five categories of information and/or documents based on a query of its relevant databases and systems.  The categories are: (1) Call Note Information; (2) Account Payable Information; (3) Dear Doctor or Dear Healthcare Provider Letters; (4) Prescriber-Level IMS Data; and (5) Professional Request Information.  AstraZeneca has run search queries and provided information and documents as part of this Disclosure based upon the information provided by the Plaintiff's Fact Sheet ("PFS").  If the PFS is incorrect, inaccurate, or incomplete, then AstraZeneca's disclosures may also be incomplete.

It is not anticipated that the AstraZeneca counsel responsible for deposing the Plaintiff's prescribing physician will have any information or documentation from AstraZeneca's databases and systems about the prescriber beyond the information and documents identified and provided in this Disclosure.

## I. Call Note Information

AstraZeneca has searched its sales call note databases for Plaintiff's prescribing physician, as reflected in the information provided by the PFS.

AstraZeneca found call notes related to "Jane Macdonnell." These call notes, related to Seroquel, are attached hereto as **Exhibit A**. AstraZeneca will provide this information in electronic format if requested.

## II. Account Payable Information

AstraZeneca has searched its accounts payable database for Plaintiff's prescribing physician as well as for any institution or entity identified in the PFS as affiliated with the prescribing physician, without regard to whether the payment to such institution or entity relates in any way to the prescribing physician.

AstraZeneca found no information regarding payments made to "Jane Macdonnell."

## III. Dear Doctor or Dear Healthcare Provider Letters

AstraZeneca has searched for the prescribing physician's name, as provided in the PFS, in the distribution lists for certain "Dear Doctor" and "Dear Healthcare Provider" letters. AstraZeneca states that there is no specific physician-identifying information on such "Dear Doctor" or "Dear Healthcare Provider" letters. Those letters were previously produced as part of the MDL document production, and will not be reproduced here.

2

If AstraZeneca has a record that a particular prescribing physician was sent one or more of the May 20, 2002, January 30, 2004, April 22, 2004, July 7, 2005, or November 6, 2006 letters, AstraZeneca will provide the relevant information in this section of the Disclosure. AstraZeneca has not yet located the distribution list for the May 20, 2002 letter and will supplement this disclosure if that distribution list is located and is accessible.

AstraZeneca did find the name "Jane Macdonnell" on the distribution lists for the April 22, 2004 and July 7, 2005 letters.

## IV.   Prescriber-Level IMS Data

AstraZeneca has only been able to search for and produce (if any) IMS data for the prescribing physician over the past 36 months because that is the only information readily available to AstraZeneca at this time. AstraZeneca is taking steps to access the IMS historical data for the prescribing physician beyond the past 36 months that has been archived in databases. In order to access this IMS historical data, AstraZeneca must take several complicated and time consuming steps. AstraZeneca is working as diligently and quickly as possible to complete these steps and will provide this data as soon as practicable.

AstraZeneca has received consent from IMS Health, Inc. ("IMS") to produce certain prescription data relating to Plaintiff's prescribing physician. Use of IMS prescription data is subject to the terms of IMS' consent.

AstraZeneca found IMS data related to "Jane Macdonnell." The IMS data is attached hereto as **Exhibit B.**

3

## V.    Professional Information Request Information

AstraZeneca has searched its Professional Information Request ("PIR") database for

Plaintiff's prescribing physician, as reflected in the information provided by the PFS.  To the

extent AstraZeneca has records of a written PIR response being sent to Plaintiff's prescribing

physician, the documents and data about such response will be provided in this section of the

Disclosure.  AstraZeneca has not located PIRs associated with "Jane Macdonnell" or any

related responses.

Dated: August 6, 2007

Russell O. Stewart
Nadia G. Malik
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone:  (303) 607-3500
Facsimile:  (303) 607-3600
E-Mail:  rstewart@faegre.com
         nmalik@faegre.com

Fred Magaziner
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
E-mail: fred.magaziner@dechert.com

*Counsel for AstraZeneca Pharmaceuticals
LP and AstraZeneca LP*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August, 2007, I caused to be served a true and correct copy of the foregoing on K. Camp Bailey, Plaintiffs' Counsel, and Larry Roth, Plaintiffs' Liaison Counsel, via electronic mail and first-class mail.  Service on Plaintiffs' Liaison Counsel constitutes service on all unrepresented plaintiffs.

Russell O. Stewart
Nadia Malik
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203-4532
303-607-3500

*Counsel for Defendants AstraZeneca*
*Pharmaceuticals LP and AstraZeneca LP*

fb.us.2208506.02

5

**Hinton**
**EXHIBIT A**

| | A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | D ADDRESS_LINE_1 | E ADDRESS_LINE_2 | G CITY | H STATE | I ZIP | J REP_NAME | K DUE_SUMMARY/ DELIVER_DAT | L CALL_TYPE | M CALL_NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 16949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1568 Lakeview Drive | Sebring | FL | 33870 | Miller, William J. | 9/21/1999 0:00 | Appt. - Sit Down Detail | is using seroquel in elderly and cont to use the drug call for a new appt. |
| 3 | 16949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1568 Lakeview Drive | Sebring | FL | 33870 | Miller, William J. | 10/26/1999 0:00 | Appt. - Sit Down Detail | is using will cont to second call |
| 4 | 16949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1568 Lakeview Drive | Sebring | FL | 33870 | Miller, William J. | 12/1/1999 0:00 | Appt. - Sit Down Detail | |
| 5 | 16949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1568 Lakeview Drive | Sebring | FL | 33870 | Miller, William J. | 12/15/1999 0:00 | Appt. - Sit Down Detail | |
| 6 | 16949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1568 Lakeview Drive | Sebring | FL | 33870 | Bond, Catherine | 2/16/2000 0:00 | Appt. - Sit Down Detail | |
| | 16949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1568 Lakeview Drive | Sebring | FL | 33870 | Bond, Catherine | 3/1/2000 0:00 | Appt. - Sit Down Detail | dr will speak for two upcoming programs, the first will be for the residents in NY Cornell, the topic will be "Science and prescription abuse in the elderly" the second will be for the nurses on "Commodicity in the Elderly, her honorarium is $650 and she specializes in the geriatric population. |
| 7 | 16949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1568 Lakeview Drive | Sebring | FL | 33870 | Bond, Catherine | 4/12/2000 0:00 | Appt. - Sit Down Detail | |
| 8 | 16949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1568 Lakeview Drive | Sebring | FL | 33870 | Bond, Catherine | 4/24/2000 0:00 | Appt. - Sit Down Detail | spoke to her about the upcoming dinner programs, the first an on prescription drug abuse and the second program an on commodicity with the elderly, she will be at the APA in Chicago. |
| | 16949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1568 Lakeview Drive | Sebring | FL | 33870 | Bond, Catherine | 5/1/2000 0:00 | Appt. - Sit Down Detail | |
| 10 | 16949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1568 Lakeview Drive | Sebring | FL | 33870 | Bond, Catherine | 5/26/2000 0:00 | Appt. - Sit Down Detail | confirmed topic and time for June 1st program, we have to decide about the June 15th program since the rep'b had to cancel, maybe a round table discussion? |
| 11 | 16949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1568 Lakeview Drive | Sebring | FL | 33870 | Bond, Catherine | 6/31/2000 0:00 | Appt. - Sit Down Detail | saw the dr. to confirm the program for tomorrow night, also spoke to her about the June 15 program. |
| 12 | 16949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1568 Lakeview Drive | Sebring | FL | 33870 | Bond, Catherine | 6/1/2000 0:00 | Appt. - Sit Down Detail | |
| 13 | 16949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1568 Lakeview Drive | Sebring | FL | 33870 | Bond, Catherine | 6/13/2000 0:00 | Appt. - Sit Down Detail | |
| 14 | 16949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1568 Lakeview Drive | Sebring | FL | 33870 | Bond, Catherine | 6/15/2000 0:00 | Appt. - Sit Down Detail | |
| 15 | 16949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1568 Lakeview Drive | Sebring | FL | 33870 | Bond, Catherine | 6/26/2000 0:00 | Appt. - Sit Down Detail | dr just did two programs for me-one for the residents and one for the no's, the is one o'clock pending, she is happy with the elderly which makes up most of her practice, next time will bring one audio on the elderly. |
| 16 | 16949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1568 Lakeview Drive | Sebring | FL | 33870 | Timmons, Jeffrey | 2/28/2001 13:10 | Inst call (CNS/Onc/Uro) | Spoke with Dr about her use of S. She sees alot of elderly patients and uses it to correct psychosis due to organic disorders. She also sees some schizo and bipolar etc. I mentioned the favorable EPS profile with S and the benefits for the elderly patient. She agreed. She asked about an honorarium check she never received for a program last year. I will contact C. Bond to try and resolve issue. She signed for samples. |
| 17 | 16949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1568 Lakeview Drive | Sebring | FL | 33870 | Timmons, Jeffrey | 3/28/2001 16:12 | Inst call (CNS/Onc/Uro) | Spoke with Dr about the honorarium and she never received. Told her it would be out soon. Quick reminder of the benefits with S. She signed for samples. |
| 18 | 16949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1568 Lakeview Drive | Sebring | FL | 33870 | Timmons, Jeffrey | 6/20/2001 15:48 | Stand-Up Call | Spoke with Dr about the new weight gain data in the Kessel reprint. Also went over high dose efficacy. |
| 19 | 16949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1568 Lakeview Drive | Sebring | FL | 33870 | Mastos, Jill | 10/1/2001 0:00 | Stand-Up Call | Spoke with Dr she said she used to go into LTC but no longer due to reimbursement is terrible and it is too time consuming for the payment received, said she sees a few elderly that caregivers bring in to the office. Not a LTC target |
| 20 | 16949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1568 Lakeview Drive | Sebring | FL | 33870 | Timmons, Jeffrey | 10/25/2001 0:00 | Appt. - Sit Down Detail | Talked with Dr about minimal weight gain with S. She mentioned G and I talked with her about S and QT interval. |
| 21 | | | | | | | | | | | | |

MDL-HintonJ-0710304
000001-CONFIDENTIAL

| | A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | D ADDRESS_LINE_1 | E ADDRESS_LINE_3 | G CITY | H STATE | I ZIP | J REP_NAME | K DUE_SUMMARY DELIVER_DAY | L CALL_TYPE | M CALL_NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 14940008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Kunkle-Somma, Kristen | 2/12/2002 10:44 | Sit down Call | kos-into to md..says she does not want many reps from same company calling on her..says she is only using Seroq in geriatric population about dosing (need to bring elderly dosing card)..wps aldo effect profile noted out what her needs are when choosing antipsyh..check in when listing features (benefits)..follow up on speaker's reimbursement |
| 22 | 14940008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Timmons, Jeffrey | 2/26/2002 0:00 | Stand-Up Call | Finally got check for Drs program from 2000. She was happy to get it and thanked me. I apologized alot for the delay. Reminded her about S tolerability, she is using. |
| 23 | 14940008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Kunkle-Somma, Kristen | 3/20/2002 14:10 | Stand-Up Call | kos-wrote to md..says she came out to waiting room to talk to me and a pt was in there too..so invited her to case study program..she is very interested in attending--seems to like Dr. Smith...did not need samples..has appointment to get the pill boxes ..also gave her stahl cd rom nh-double check on her attendance for teh case study program...ask about pi who are completing of zyprexa side effects. |
| 24 | 14940008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Kunkle-Somma, Kristen | 4/8/2002 15:08 | Sit down Call | kos-wrote to know how S compares to Geodon in terms of serum prolactin levels....(wil send PIR)..also talked about weight gain as an issue w/ regards to atypicals..showed breifer portion of cvs, but she did not want to keep a copy...had her fill out case study paperwork and reminded that shw needed to prepare 2 cases no-follow-up on case study (Lots of respes for Dr. Smith) and rph)..after follow up on PIR for Geodon, still go right after zyprexa |
| 25 | 14940008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Timmons, Jeffrey | 4/11/2002 0:00 | Stand-Up Call | Dr attended dinner case study at Ocean 211 in Stamford. I had a chance to speak with Dr before and after program about S. |
| 26 | 14940008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Kunkle-Somma, Kristen | 4/11/2002 22:46 | Case Studies | kks-md attended case study program of management of atypical antipsychotics...turned out to be fantastic-She all md's ended up being Seroquel success stories...discussed topics such as a pt controlled psyhotis on zyprexa but gained over 40 lbs (macdonnell)...aware what pt seeing dogs or not done in shower (Glenell)...questions about levels of lipids, diabetes, weight gain (Keita, Mac)..questions about high functiong schiz (Teil)..Dr. Smith discussed slow titration of meds..like Zyprexa...but adding S and slowly over time taper off Zyprexa..Dr. Keita also had lots of questions about S session...efficacy of S in addictive pts (will be sending lots of PIR's )and following up on teh case study program for rx |
| 27 | 14940008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Kunkle-Somma, Kristen | 4/15/2002 10:42 | Stand-Up Call | kks-followed up on case study program last th..said she had a very good time and learned something new..also gave her the CME postcard for medscape "novel antipsy" program nto-remind that check will be coming in about 4 weeks and follow up on the pt she talked about in case study program |
| 28 | | | | | | | | | | | | |

MDL-HintonJ-0710304
000002-CONFIDENTIAL

| | A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | D ADDRESS_LINE_1 | E ADDRESS_LINE_2 | G CITY | H STATE | I ZIP | J REP_NAME | K DUE_SUMMARY DELIVER_DAT | L CALL_TYPE | M CALL_NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Kunkle-Somma, Kristen | 5/2/2002 11:50 | Sit down Call | kka-hand delivered honorarium for case study program in April-she once again thanked me for inviting her b/c she had a good time and learned something new...followed up on PIPs that I had sent as a result from the program... found out that she is a 1/2 months pregnant w/ her first child (it is a boy) and she is due in Oct...n/c-see if she has had a chance to incorporate Seroquel into the treatment regimen of the Zyprexa pt who has gained so much weight...bring geriatric rating scale and see if I can bring in lunch next time |
| 29 | 14949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Kunkle-Somma, Kristen | 6/18/2002 15:04 | Stand-Up Call | kka-she asked to me for a few minutes before next pt...said that she needed 25 mg samples of Seroquel, has been using more and is starting to implement in her pt she mentioned at case study program...gave her Schiz book and geriatric manual n/c-ask about d2 theory and what she thinks of it |
| 30 | 14949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Kunkle-Somma, Kristen | 7/9/2002 11:46 | Sit down Call | kka-worked on building some rapport at the beginning by asking about her pregnancy, ect (due date in Oct)..and she says she fainted in the heat last week, so it has been pretty tough for her...Seroquel-went thru Kapson reprint and pointed out efficacy for specific symptoms, like aggression and hostility n/c-follow up on Kapson and see if there was anything else she found interesting about it - the moa/pk maybe n/c |
| 31 | 14949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Kunkle-Somma, Kristen | 8/12/2002 13:53 | Stand-Up Call | kka-she was w/ pt this afternoon, w/ back pain from pregnancy etc...checked on Kapson, said she was all set (which worries me b/c there was a BIG flaw in xprexxa)...quickly asked about pt that she wanted to switch from zyp to seroqu and she said it is just a very slow process-she has added 25mg of seroquel to that pt n/c-what about other pts who we seem to have plateod weight and she is worried about diabetes...would she consider adding S to those pts too? |
| 32 | 14949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Kunkle-Somma, Kristen | 9/9/2002 0:00 | Stand-Up Call | kka-brought her the" Headache in Clinical Practice" book and talked about comorbidity of ha w/ psychosis and mentioned that we also carry 25mg if she needs...said she needed more SQ samples since she is getting more comfortable w/ it, and she wanted to make sure she has enough before she goes out on maternity leave (has pts scheduled up to the 20th of Sept)....it is her male grandchild, so naming her son "colton" after her grandfather)..wished her luck n/c-send card of congratulations for baby birth |
| 33 | 14949008 | Macdonnell, Lola Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Kunkle-Somma, Kristen | 1/20/2003 13:06 | Stand-Up Call | kka-MD back from maternity leave, had a pt waiting so she could not talk long today...she asked for more SQ samples, says she is still preferring the 25mg doses for her pts (saw a younger adult pt in waiting room, so ask about that next time) n/c-try setting up lunch to get more time w/ her to discuss weight issues, ect |
| 34 | | | | | | | | | | | | |

MDL-HintonJ-0710304
000003-CONFIDENTIAL

| | A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | D ADDRESS_LINE_1 | E ADDRESS_LINE_2 | G CITY | H STATE | I ZIP | J REP_NAME | K DUE_SUMMARY DELIVER_DAT | L CALL_TYPE | M CALL_NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Kunkle-Somma, Kristen | 2/25/2003 16:15 | Stand-Up Call | lcs-discussed upcoming programs w/ Smith, this TN, Sheffield and PCMB meeting in March....she seems very interested...also mentioned the weight normalizing data for SQ compared to the competition, she agreed for more samples no-completion, she signed for upcoming programs, bring more elderly information |
| 35 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Kunkle-Somma, Kristen | 4/22/2003 12:46 | Stand-Up Call | kks-reminded her about weight normalizing data w/ Seroquel...all set w/ samples for now, she was too busy to set up a time for lunch, but go back in to try again...may be the best way to get some time w/ her |
| 36 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Timmons, Jeffrey | 6/5/2003 11:42 | Stand-Up Call | Dr was busy but able to get in a quick reminder about 6. She said she is using with good results and I confirmed. She signed for samples. |
| 37 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Kunkle-Somma, Kristen | 7/1/2003 13:21 | Sit down Call | kks-MD mentioned a patient she has w/ cataracts and lenticular changes-asked she had 2 younger pts that experienced disturbed vision while on Seroquel and wondered if it had anything to do w/ SQ...brought out Masimhah and read thru lenticular changes paragraphs and explained update of cataracts info but n/c-need to bring AZ letter and cataracts leave behind for her review |
| 38 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Timmons, Jeffrey | 7/21/2003 18:30 | Sit down Call | Followed up on cataract issue. Went over cataract fact sheet and letter as well as PI info. Talked about landon program. She cannot attend. |
| 39 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Timmons, Jeffrey | 8/18/2003 16:56 | Stand-Up Call | Went over data from veligan reprint and stressed S benefits in terms of cognition. Dr all set with samples. |
| 40 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Kunkle-Somma, Kristen | 11/4/2003 17:52 | Stand-Up Call | kks-MD know that I am now back in territory after maternity leave...she said she has some questions about SQ dosing in her pt population (geriatric), but has a meeting and could not discuss out in open...gave LTC alim jim to help with some info n/c-go back to find out her question/concern w/ SQ...is she ok w/ cataract issue? |
| 41 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Kunkle-Somma, Kristen | 1/19/2004 13:49 | Stand-Up Call | kks-MD is moving to Florida-did not want any samples, w/shed her luck ....remove from STP |
| 42 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | McLean, Jacquelyn G | 4/12/2004 0:00 | Sit down Call | kks-been in to see me. Has been at Marge for a year, has private practice in CT now changed. Discussed theraputic dose in BP as a much prior to switching. Also mono and adjunct therapy. Some issues with mediciald when high has dose and that 25 on during the day I discussed appropriate dose. Discussed sero with dopakoto and LI and 600 (400-600 as range) REviewed vouchers and they said they would use 12 by next week! She gave one call while I was there. Very support staff, Mary Ellon is her nurse and she does the PAP. Dr is there 5 days a week. Very receptive. I gave tons of educational materials (copo, bp, schizophrenia, fip charts, meds) They need it all Great Call. Told them off would be there next week to get samples going. Called off and informed him of the situation. |

MDL-HintonJ-0710304
000004-CONFIDENTIAL

| | A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | D ADDRESS_LINE_1 | E ADDRESS_LINE_2 | G CITY | H STATE | I ZIP | J REP_NAME | K DUE_SUMMARY DELIVER_DAT | L CALL_TYPE | M CALL_NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | |
| 44 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Girdin, Clifford | 4/20/2005 11:39 | Stand-Up Call | it. maria and schiz. an. already went through w/ ref vouchers pts/& gave. focusing on 600mg dose. said diane burton amp sees majority of schiz pts. using consta, but having pta get at pharmacy for reimbursement issues. convenient for pt. |
| 45 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Girdin, Clifford | 6/2/2005 12:36 | Stand-Up Call | both drs and ARNP concerned about medicaid formulary on 7/1. feel the limits pts options. will cause pt crisis. went over ser profile in mania and schiz. discussed switching profile for ser when converting other drugs. |
| 46 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Girdin, Clifford | 6/22/2005 16:33 | Stand-Up Call | it. maria and schiz. an. had dr sign under wrong name after it left. need to get samples ASAP - still very concerned about medicaid formulary. encouraged her to give pts best options in ser and use starter packs. |
| 47 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | McLean, Jacquelyn G | 7/27/2005 0:30 | Stand-Up Call | long discussion regarding pts switches and how to complete safely. reviewed rxs book for suggestions-abt for liver enzymes |
| 48 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Golden, Anna | 1/20/2006 16:43 | Stand-Up Call | intro. dr asked about prolactin levels. showed study that prolactin levels dropped. no dose related prolactin. also requested pt edu. |
| 49 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Golden, Anna | 2/1/2006 10:26 | Stand-Up Call | review of welton reprint. discussed prolactin levels. asked about scholarships for schizo pts. will ask franz. |
| 50 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Smith, Christopher T | 2/9/2006 12:04 | Sit down Call | both are very happy that we are calling on sebring now. informed of new dosing str coming in march |
| 51 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Smith, Christopher T | 2/23/2006 11:28 | Stand-Up Call | it. bpm/schizo. SN reviewed target dosing to 600-800mg. new 400mg tablet will help out with help plans only offering 60 tablets a month. |
| 52 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Golden, Anna | 3/1/2006 15:26 | Stand-Up Call | it. bpm/schizo. SN reviewed target of weldon (arbitol). also new 50 and 400mg is now available. formulary status for seco. |
| 53 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Smith, Christopher T | 3/9/2006 11:57 | Sit down Call | both said that they are really using more of the higher doses. mostly 400mg. now available. I gave 3 packs of vouchers to Debbie |
| 54 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Golden, Anna | 3/31/2006 13:05 | Stand-Up Call | nurse stated alot of pts calling concerned about the ads from this lawyers. review of diabetes std sheet. also will be getting pt to give to pts about this. dr has not yet rx'd 50 or 400mg. but has been using the emplst. did not really jump on opst for the scholarship program. |
| 55 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Smith, Christopher T | 4/5/2006 14:55 | Sit down Call | it. bpm/schizo. SN gave indl items for bp/anxiety and depression. like them very much. discussed how seroq only stop to demonstrate 11/11 YMRS |
| 56 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Smith, Christopher T | 4/18/2006 13:30 | Sit down Call | it. bpm/schizo. SN recognizing akathesia and other sps. seroq only stop. manage care formularies discussed |
| 57 | 14949008 | Macdonnell, Lois Jane | Physician | Marge Brewster Center | 1558 Lakeview Drive | Sebring | FL | 33870 | Golden, Anna | 5/10/2006 16:54 | Stand-Up Call | told dr that we are sad to hear that she is leaving. introduced new md. medicaid allowing up to 1200mg w/o p/a. review dra max is 800mg. |

MDL-HintonJ-0710304
000005-CONFIDENTIAL

**Subject:** hinston v. astrazeneca
**From:** "buffym@lpm-triallaw.com" <buffym@lpm-triallaw.com>
**Date:** Wed, 05 Sep 2007 10:55:41 -0500
**To:** russell stewart <rstewart@faegre.com>, Ken Bailey <kbailey@bpblaw.com>, Camp Bailey
<CBailey@bpblaw.com>

```
please see attached correspondence.

sincerely,

buffy martines
```

| stewart 090507.pdf | **Content-Type:** application/pdf<br>**Content-Encoding:** base64 |
|---|---|



**FAEGRE & BENSON** LLP

UNITED STATES | ENGLAND | GERMANY | CHINA

RUSSELL STEWART
RStewart@faegre.com
(303) 607-3688

September 5, 2007

**VIA E-MAIL**
**VIA FACSIMILE (713) 292-2755**

Buffy K. Martines, Esq.
Laminack, Pirtle & Martines, L.L.P.
440 Louisiana, Suite 1250
Houston, TX 77002

     RE:   *Joanne Hinton v. AstraZeneca Pharmaceuticals, L.P., et al.*
           MDL No. 1769; Docket No. 6:07-cv-10304

Dear Buffy:

        Thank you for your letter dated September 5, 2007, bringing to our attention that certain physician payment information referenced in the call notes was not reflected in data obtained from the AZ accounts payable database. AZ will look into this discrepancy, and, if we discover that all available accounts payable information has not been provided, we will supplement our disclosures. If we discover a problem that may have affected disclosures in other cases, we will supplement those disclosures as well.

        We will report to you the result of the investigation as soon as we can. If you have any questions or wish to discuss further, please call me.

              Very truly yours,

              Russell Stewart

STERO:mcwle

fb.us.2278149.01

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:  Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to:

Joanne Hinton v. AstraZeneca Pharmaceuticals
LP, et al.

CASE NUMBER:  6:07-cv-10304

---

**AstraZeneca's First Supplemental Disclosure of Available Case Specific Discovery**
**Information and Documentation Pursuant to Case Management Order No. 4 for**
**PLAINTIFF JOANNE HINTON**

---

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca")

disclose and provide this first supplement to its August 6, 2007 Disclosure of Available Case

Specific Discovery Information and Documentation Pursuant to Case Management Order

No. 4 for Plaintiff **Joanne Hinton's** prescribing physician as follows.

**I.       Prescriber-Level IMS Data**

IMS data related to "Jane Macdonnell" dating to March 1999 is attached as Exhibit A.

**II.      Account Payable Information**

AstraZeneca has searched its accounts payable database for Plaintiff's prescribing

physician as well as for any institution or entity identified in the PFS as affiliated with the

prescribing physician, without regard to whether the payment to such institution or entity

relates in any way to the prescribing physician.

AstraZeneca found the following information regarding payments made to "Jane Macdonnell":

| DATE | VENDOR | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 06/22/2000 | Lois Jane MacDonnell | $650.00 | Promotion Prep-Micro Marketing |
| 02/11/2002 | Lois Jane MacDonnell | $650.00 | Fees- Professional-Speaker Honoria |
| 05/01/2002 | Lois Jane MacDonnell | $150.00 | Fees-Professional-Speaker Honoria |

Dated: September 11, 2007

Russell O. Stewart
Nadia G. Malik
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone:  (303) 607-3500
Facsimile:  (303) 607-3600
E-Mail:  rstewart@faegre.com
            nmalik@faegre.com

Fred Magaziner
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
E-mail: fred.magaziner@dechert.com

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of September, 2007, I caused to be served a true and correct copy of the foregoing on K. Camp Bailey, Plaintiffs' Counsel, and Larry Roth, Plaintiffs' Liaison Counsel, via electronic mail and first-class mail.  Service on Plaintiffs' Liaison Counsel constitutes service on all unrepresented plaintiffs.

Russell O. Stewart
Nadia Malik
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203-4532
303-607-3500

*Counsel for Defendants AstraZeneca*
*Pharmaceuticals LP and AstraZeneca LP*

fb.us.2285284.01

3

**Hinton**
**<u>EXHIBIT A</u>**

| Name | Plaintiff | Affiliation | Address | City, State, Zip | IMSDR | BRAND | Jul-07 | Jun-07 | May-07 | Apr-07 | Mar-07 | Feb-07 | Jan-07 | Dec-06 | Nov-06 | Oct-06 | Sep-06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dr. Jane Macdonnell | Hinton | Margo Brewster Center, | 928 Lakview Dr., | Sebring, FL 33870 | 0745876 | Seroquel | 3 | 0 | 4 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Dr. Jane Macdonnell | Hinton | Margo Brewster Center, | 928 Lakview Dr., | Sebring, FL 33870 | 0745876 | Market | 6 | 3 | 8 | 10 | 7 | 6 | 7 | 7 | 3 | 7 | 6 |

MDL-HintonJ-0710304-000008-CONFIDENTIAL

| Name | Plaintiff | Aug-06 | Jul-06 | Jun-06 | May-06 | Apr-06 | Mar-06 | Feb-06 | Jan-06 | Dec-05 | Nov-05 | Oct-05 | Sep-05 | Aug-05 | Jul-05 | Jun-05 | May-05 | Apr-05 | Mar-05 | Feb-05 | Jan-05 | Dec-04 | Nov-04 | Oct-04 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dr. Jane Macdonnell | Hinton | 0 | 0 | 1 | 0 | 1 | 3 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| Dr. Jane Macdonnell | Hinton | 8 | 4 | 6 | 5 | 9 | 16 | 8 | 11 | 12 | 6 | 8 | 6 | 8 | 9 | 3 | 7 | 6 | 2 | 2 | 2 | 0 | 2 | 1 |

MDL-HintonJ-0710304-000009-CONFIDENTIAL

| Name | Plaintiff | Sep-04 | Aug-04 | Jul-04 | Jun-04 | May-04 | Apr-04 | Mar-04 | Feb-04 | Jan-04 | Dec-03 | Nov-03 | Oct-03 | Sep-03 | Aug-03 | Jul-03 | Jun-03 | May-03 | Apr-03 | Mar-03 | Feb-03 | Jan-03 | Dec-02 | Nov-02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dr. Jane Macdonnell | Hinton | 0 | 1 | 0 | 2 | 0 | 0 | 2 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Dr. Jane Macdonnell | Hinton | 0 | 2 | 1 | 2 | 0 | 0 | 4 | 2 | 4 | 11 | 4 | 4 | 6 | 2 | 4 | 1 | 3 | 4 | 0 | 3 | 3 | 4 | 7 |

Page 3

MDL-HintonJ-0710304-000010-CONFIDENTIAL

| Name | Plaintiff | Nov-00 | Oct-00 | Sep-00 | Aug-00 | Jul-00 | Jun-00 | May-00 | Apr-00 | Mar-00 | Feb-00 | Jan-00 | Dec-99 | Nov-99 | Oct-99 | Sep-99 | Aug-99 | Jul-99 | Jun-99 | May-99 | Apr-99 | Mar-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dr. Jana Macdonnell | Hinton | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dr. Jana Macdonnell | Hinton | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 2 | 0 | 1 | 1 | 1 | 1 | 1 | 4 |

MDL-HintonJ-0710304-
000012-CONFIDENTIAL

**Subject:** hinton v. AZ
**From:** "buffym@lpm-triallaw.com" <buffym@lpm-triallaw.com>
**Date:** Tue, 25 Sep 2007 10:25:02 -0500
**To:** russell stewart <rstewart@faegre.com>, PMO Seroquel <PMOSeroquel@browngreer.com>, "Orran L. Brown" <OBrown@browngreer.com>

please see attached correspondence

sincerely,

buffy martines

| stewart 092507.pdf | **Content-Type:** application/pdf<br>**Content-Encoding:** base64 |
|---|---|