# EXHIBIT 17



FAEGRE
&
BENSON
LLP

UNITED STATES | ENGLAND | GERMANY | CHINA

October 12, 2007

**VIA E-MAIL**

Buffy K. Martines, Esq.
Laminack, Pirtle & Martines LLP
440 Louisiana Street
Suite 1250
Houston, TX 77002

      RE:    *Joanne Hinton v. AstraZeneca Pharmaceuticals, L.P., et al.*
            MDL No. 1769; Docket No. 6:07-cv-10304

Dear Buffy:

      Thank you for your bringing to our attention the accounts payable issue in this matter. As I've indicated, the issue you identified in the disclosures for Joanne Hinton affected several other cases, as well.

      AstraZeneca has multiple accounts payable databases. Initially, identical searches were run across each database to collect relevant case-specific payment information. After investigating the issue you raised, however, we learned that the searches were not collecting all available information because the databases were coded differently. AstraZeneca is now running separate searches, with proper codes, on each database.

      After the problem was uncovered, AstraZeneca reran searches of the accounts payable databases for all plaintiffs, and we supplemented our disclosures in all cases where payment information was incomplete. We did not supplement disclosures that, based on the new searches, were already accurate and complete. From the date of your letter forward, AstraZeneca has searched the accounts payable databases with the appropriate codes, and all payment information disclosed since that time has been based on these searches.

Buffy K. Martines, Esq.
October 12, 2007
Page 2

We are sorry for any inconvenience, and we appreciate your patience

Very truly yours,

Russell Stewart

STERO:mcwle
cc:     Orran Brown
fb.us.2355196.01