# EXHIBIT 18

## DESIGNATED CONFIDENTIAL BY DEFENDANTS

Plaintiffs challenge this designation and will apply to the Court for a determination of confidentiality and permission to lodge and/or file.