# EXHIBIT 20

Confidential - Alfred Paulson

Page 1

IN THE SUPERIOR COURT
OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

- - -

IN RE:
SEROQUEL LITIGATION    : MDL NO. 1769
                       :
THIS DOCUMENT RELATES:
TO ALL ACTIONS         :

------------------------------------

IN RE:                 : SUPERIOR COURT
RISPERDAL/SEROQUEL/    : OF NEW JERSEY
ZYPREXA LITIGATION     : LAW DIVISION
                       : MIDDLESEX COUNTY
                       : CASE NO. 274

------------------------------------

AIMEE DANIELS,         : IN THE CIRCUIT
                       : COURT OF THE
       V.              : COUNTY OF ST. LOUIS
                       : STATE OF
ASTRAZENECA            : MISSOURI
PHARMACEUTICALS, L.P.  : 05CC-004759
ET AL.                 : DIVISION 6

------------------------------------

SANTOS MALDANADO,      : IN THE CIRCUIT
minor, by and through  : COURT OF THE
his natural mother     : COUNTY OF ST. LOUIS
and next friend,       : STATE OF
LOUISE WILSON          : MISSOURI
       V.              : 06CC-003930
JANSSEN PHARMACEUTICA  : DIVISION 6
L.P., ET AL.           :

- - -
June 20, 2007
- - -

C O N F I D E N T I A L

- - -

30(b)(6) deposition of ASTRAZENECA
PHARMACEUTICALS, L.P., by and through
ALFRED PAULSON.

- - -

Golkow Technologies, Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, Pennsylvania  19103
877.370.3377

Confidential - Alfred Paulson

### Page 2

```
 1   LENA BARNETT, minor,    : IN THE CIRCUIT
     by and through her      : COURT OF THE
 2   natural mother and      : COUNTY OF ST. LOUIS
     next friend,            : STATE OF
 3   MARY BARNETT            : MISSOURI
            V.               : 06CC-000333
 4   JANSSEN PHARMACEUTICA: DIVISION 6
     L.P., ET AL.            :
 5   ------------------------------------------
     LOIS BAER, as           : IN THE CIRCUIT
 6   Representative of the:  COURT OF THE
     Estate of MATTHEW       : COUNTY OF ST. LOUIS
 7   BAER, Deceased          STATE OF
            V.               : MISSOURI
 8   JANSSEN PHARMACEUTICA: 06CC-002401
     L.P., ET. AL.           : DIVISION 6
 9   ------------------------------------------
     TERRY STRINGER          : IN THE CIRCUIT
10                           : COURT OF THE
            V.               : COUNTY OF ST. LOUIS
11                           : STATE OF
     JANSSEN PHARMACEUTICA: MISSOURI
12   L.P., ET. AL.           : 06CC-002173
                             : DIVISION 6
13   ------------------------------------------
     STEPHEN ROSAS           : IN THE CIRCUIT
14                           : COURT OF THE
            V.               : COUNTY OF ST. LOUIS
15                           : STATE OF
     ASTRAZENECA             : MISSOURI
16   PHARMACEUTICALS,        : 05CC-004755
     L.P., ET. AL.           : DIVISION 6
17   ------------------------------------------
     PAMELA MOORE,           : IN THE CIRCUIT
18                           : COURT OF THE
            V.               : COUNTY OF ST. LOUIS
19                           : STATE OF
     JANSSEN PHARMACEUTICA: MISSOURI
20   L.P., ET. AL.           : 05CC-006375
                             : DIVISION 6
21   ------------------------------------------
22
23
24
```

### Page 3

```
 1   KATHRYN SCHULTZ,    : SUPERIOR COURT OF
     ET. AL.             : THE STATE OF
 2                       : CALIFORNIA IN AND
            V.           : FOR THE COUNTY OF
 3                       : SAN FRANCISCO
     ASTRAZENECA         : CGC-06-453676
 4   PHARMACEUTICALS,    :
     L.P., ET. AL.       :
 5   ------------------------------------------
 6
 7        30(b)(6) deposition of ASTRAZENECA
 8   PHARMACEUTICALS, L.P., by and through
 9   ALFRED PAULSON, taken pursuant to notice,
10   was held at the Four Seasons Hotel, One
11   Logan Square, Philadelphia, Pennsylvania
12   19103 commencing at 9:05 a.m., on the
13   above date, before Linda Rossi Rios, RPR,
14   CSR and Notary Public.
15                       - - -
```

### Page 4

```
 1   APPEARANCES:
 2
 3       CRUSE, SCOTT, HENDERSON & ALLEN,
     LLP
 4   BY: T. SCOTT ALLEN, JR., ESQUIRE
     7th Floor
 5   2777 Allen Parkway
     Houston, Texas 77019-2133
 6   (713) 650-6600
     sallen@crusescott.com
 7   Counsel for the Plaintiffs
 8
     LAMINACK, PIRTLE & MARTINES, LLP
 9   BY: THOMAS W. PIRTLE, ESQUIRE
     440 Louisiana, Suite 1250
10   Houston, Texas 77002
     (713) 292-2750
11   tomp@lpm-traillaw.com
     Counsel for the Plaintiffs
12
13   PEPPER HAMILTON LLP
     BY: ALLYSON LANE BACCINI, ESQUIRE
14   3000 Two Logan Square
     18th and Arch Streets
15   Philadelphia, Pennsylvania 19103
     (215) 981-4781
16   baccinia@pepperlaw.com
     Counsel for Eli Lilly & Co.
17
18   BAKER BOTTS LLP
     BY: RICHARD L. JOSEPHSON, ESQUIRE
19       and
         ELIZABETH EVE BAKER, ESQUIRE
20   One Shell Plaza
     910 Louisiana
21   Houston, Texas 77002
     (713) 229-1234
22   richard.josephson@bakerbotts.com
     elizabeth.baker@bakerbotts.com
23   Counsel for AstraZeneca
24
```

### Page 5

```
 1   A P P E A R A N C E S (cont'd.):
 2
         DRINKER BIDDLE & REATH LLP
 3   BY: VIKTORIYA MEYEROV, ESQUIRE
     One Logan Square
 4   18th and Cherry Streets
     Philadelphia, Pennsylvania 19103
 5   (215) 988-1136
     viktoriya.meyerov@dbr.com
 6   Counsel for Janssen Pharmaceuticals
 7
     HOGAN & HARTSON, LLP
 8   BY: MONICA N. SAHAF, ESQUIRE
     Columbia Square
 9   555 Thirteenth Street, NW
     Washington, DC 20004
10   (202) 637-5532
     mnsahaf@hhlaw.com
11   Counsel for Bristol Myers
12
13
     ALSO PRESENT:
14
15       CHUCK HUNGER, Paralegal
         JENNIFER MARTIN, Paralegal
16       ROBERT McDONALD, Videographer
17                    - - -
```

Confidential - Alfred Paulson

Page 102

1  have you ever been involved in any
2  forecasting or been privy to any
3  forecasting for Seroquel while you've
4  been at AstraZeneca?
5      A.  No.
6      Q.  Ever?
7      A.  No.
8      Q.  Okay. On your resume in
9  1993 to 1994, it's listed, the second
10 bullet point, that you lead the
11 conversion of the sales organization from
12 IMS retail outlet-based data to
13 prescription-based data while you were at
14 Zeneca?
15     A.  That's correct.
16     Q.  Has that structure for the
17 sales organization from IMS retail
18 outlets-based data to prescription-based
19 data remained in effect up until today
20 while you are at AstraZeneca?
21     A.  No.
22     Q.  I think I know, but I want
23 the jury to make sure I understand, what
24 does it mean, when you lead the

Page 103

1  conversion of the sales organization from
2  IMS retail outlet-based data to
3  prescription-based data, what does that
4  mean?
5      A.  So prior to '93, the way the
6  data supplied to AstraZeneca came in
7  form, it was prescription, new RX
8  prescription, TRX prescription.
9      Q.  Wait. You need to --
10     A.  Got it. New RX
11 prescription.
12     Q.  How do you spell that?
13     A.  New, N-E-W, R-X.
14     Q.  New RX?
15     A.  RX.
16     Q.  I know what you meant. I
17 didn't understand you.
18     A.  Sorry.
19     Q.  New RX, and what did you
20 say?
21     A.  T, for total, RX data.
22     Q.  Right.
23     A.  Reported to an outlet level,
24 meaning a retail store, a pharmacy. The

Page 104

1  data got better, the data actually then
2  could be reported in approximation to the
3  physician level.
4      Q.  Right. So what you're
5  saying is -- and you got this data from
6  third-party vendors, did you not?
7      A.  Correct.
8      Q.  Okay. And AstraZeneca still
9  gets this prescription-based data from
10 third-party vendors, does it not?
11     A.  Correct.
12     Q.  And what you're telling me
13 is that AstraZeneca has the ability,
14 through the gathering of data from
15 third-party vendors, to determine what a
16 particular physician's prescribing
17 behavior is in regard to not only
18 Seroquel in particular, but all CNS
19 products in general, are you not?
20     A.  Yes.
21     Q.  Yes. So before this
22 professional sales specialist in
23 Philadelphia who walks into a physician's
24 office, that professional sales

Page 105

1  specialist has at his or her disposal a
2  database of information which identifies
3  for that professional sales specialist
4  what medications that doctor prescribes
5  in the CNS area, the number of
6  prescriptions of particular medications,
7  be it Risperdal versus Seroquel or
8  Zyprexa versus Seroquel. The
9  professional sales specialist has data
10 that tells that professional sales
11 specialist how much Seroquel that doctor
12 prescribes, how much Zyprexa that doctor
13 prescribes, what are old prescriptions
14 and what are new prescriptions. Is that
15 true?
16     A.  I'd like to break that
17 question down into all of its components.
18     Q.  Sure. Please do. I'd love
19 you to.
20     A.  So if you could repeat the
21 question?
22     Q.  How about this. What data
23 in regard to prescription, what
24 prescription data does a professional

Page 106

1  sales specialist have on an individual
2  physician before that professional sales
3  specialist goes into that doctor's
4  office?
5      A.   So they have new RX, and TRX
6  data.
7      Q.   Tell the jury new RT means
8  new prescription data?
9      A.   New prescription.
10     Q.   And TRX means total
11 prescription?
12     A.   Correct.
13     Q.   What else do they have?
14     A.   They have that -- they have
15 that information for Seroquel and other
16 atypical antipsychotics.
17     Q.   And the other atypical
18 antipsychotic would be Geodon, Abilify,
19 olanzapine, Risperdal, what else?
20     A.   Correct. Clozaril.
21     Q.   Clozaril. That's a second
22 generation antipsychotic?
23     A.   Right.
24     Q.   It's the most effective

Page 107

1  second generation antipsychotic. Have
2  you been trained on that? Did you know
3  Clozaril is the most effective second
4  generation antipsychotic? Have they
5  trained you on that there at AstraZeneca?
6      A.   I've been trained on
7  Clozaril.
8      Q.   And is it the most effective
9  second generation antipsychotic in your
10 training?
11     A.   I don't recall.
12     Q.   You don't recall. You've
13 been trained on the CATIE results?
14     A.   No.
15     Q.   Do you know what the CATIE
16 study is?
17     A.   No.
18     Q.   Are you familiar with the
19 fact -- has anybody told you in your role
20 as the professional sales
21 specialist/national sales director that
22 the discontinuation rates for second
23 generation antipsychotics in the CATIE
24 study were alarmingly high? Has anybody

Page 108

1  told you that?
2      A.   No.
3          MR. JOSEPHSON: Objection.
4  BY MR. ALLEN:
5      Q.   As the national sales
6  director, are you ever -- do you ever
7  have any interaction with the scientific
8  affairs department or medical affairs
9  department or any department who updates
10 you on the most recent safety and
11 efficacy studies being done on second
12 generation antipsychotics in general
13 and/or Seroquel in particular?
14     A.   No.
15     Q.   Okay. As national sales
16 director, and/or in your previous role as
17 regional commercial leader, have you ever
18 been taught, informed of, received a
19 report on, given any information on, in
20 your role at AstraZeneca, on the CATIE
21 study, on the CLASS study, on the
22 consensus statement, have you ever
23 received any information or reports on
24 those types of data in your role as

Page 109

1  either regional commercial leader or
2  national sales director?
3      A.   No.
4      Q.   Is there any method,
5  mechanism, protocol, policy or procedure
6  at AstraZeneca whereby the professional
7  sales specialist and/or their directors,
8  be it area directors, regional managers
9  or national directors, whether anybody in
10 the sales department is updated, given
11 reports on, written information on the
12 most recent epidemiology studies or
13 scientific studies concerning second
14 generation antipsychotics in general or
15 Seroquel in particular?
16     A.   No.
17     Q.   No. So, therefore, it would
18 be impossible, literally impossible for a
19 pharmaceutical sales specialist to inform
20 a physician of the most recent scientific
21 and/or epidemiology information
22 concerning second generation
23 antipsychotics in general or Seroquel in
24 particular since the professional sales

Page 198

1  into the Touchstone system and look at a
2  call history, that is how many times this
3  doctor has been called upon by any sales
4  representative for AstraZeneca?
5      A.   That's correct. There's
6  limited history in there, but that's
7  correct, they could look back.
8      Q.   Okay. And the call notes
9  are in there, what transpired in the
10 doctor's office previous -- on previous
11 visits?
12     A.   Again, limited history.
13     Q.   Okay. But there's
14 information on that?
15     A.   That's correct.
16     Q.   You said selling. You said
17 on this database the sales aids that are
18 available to the detail or the
19 pharmaceutical sales rep are available on
20 this software system?
21     A.   That's correct. Our
22 approved promotional pieces are on the
23 software.
24     Q.   And can they be downloaded

Page 199

1  by the sales representative?
2      A.   No.
3      Q.   Okay. It just gives a
4  listing of what's available?
5      A.   No, the actual materials are
6  there. The rep doesn't download. The
7  materials, when they're updated, are
8  pushed to the rep.
9      Q.   Actually the physical
10 materials are in the representative's
11 hands?
12     A.   They do have promotional
13 materials in their hand. They also have
14 promotional material on the laptop.
15     Q.   Gotcha. And they can use a
16 laptop with the physician and/or
17 healthcare provider. Is that right?
18     A.   That's correct.
19     Q.   And the third general
20 category of information is the data, you
21 said the data would be the prescription
22 history, the sales rep could determine
23 how much this doctor does or does not
24 prescribe second generation

Page 200

1  antipsychotics. Is that correct?
2      A.   That's correct.
3      Q.   They could determine how
4  many scripts the doctor is writing of
5  Risperdal, or Abilify, or Zyprexa and
6  Seroquel. Is that right?
7      A.   That's right.
8      Q.   They can determine the dates
9  of the prescriptions, whether they're new
10 prescriptions or whether they're old --
11 refills of old prescriptions. Is that
12 correct?
13     A.   That's incorrect.
14     Q.   Okay. Well, tell me what
15 they can tell about that.
16     A.   So they can -- they see new
17 RXes, which the definition of that is a
18 new piece of paper or a refill. There's
19 no date associated with that.
20     Q.   Okay.
21     A.   And then TRX, which is
22 total, so that would be new and refills.
23 I'm sorry, new pieces of papers, refills
24 on all historical.

Page 201

1      Q.   Now, what system -- is
2  Touchstone the primary, if that's the
3  word, you tell me if it's not, is
4  Touchstone the primary software system or
5  database that's utilized by the PSSes on
6  a daily basis?
7      A.   Yes.
8      Q.   Okay. What system was used
9  prior to Touchstone to provide the sales
10 representatives with the same
11 information?
12     A.   It was limited in the
13 information it had. It didn't have all
14 of what Touchstone has, but Compass.
15     Q.   Compass. Okay. When was
16 Compass, approximately, you've
17 actually -- you know, we've looked at
18 your CV a lot. You've been involved in
19 sales either at Zeneca or AstraZeneca
20 since 1994. When was Compass -- when did
21 it begin to be utilized by the PSSes?
22     A.   Again, an approximation.
23     Q.   Yes, sir.
24     A.   Around 2000.