# EXHIBIT 28

# Dennis Canty

| | |
|---|---|
| **From:** | Larry J. Gornick |
| **Sent:** | Tuesday, September 18, 2007 12:57 PM |
| **To:** | 'Malik, Nadia'; Dennis Canty; Debra DeCarli; Leah Sabel; Beth Sund; Laura Brandenberg; lroth@roth-law.com; epoit@roth-law.com |
| **Cc:** | Buffy Martines |
| **Subject:** | RE: AstraZeneca: October depositions for Plaintiffs Godfrey and Naramore |

You guys owe us seven sales reps.  When are you going to give us dates?

_____
_____
Lawrence J. Gornick
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Direct: (415) 646-7179
lgornick@lskg-law.com

>    -----Original Message-----
>    **From:** Malik, Nadia [mailto:NMalik@faegre.com]
>    **Sent:** Tuesday, September 18, 2007 11:33 AM
>    **To:** Larry J. Gornick; Dennis Canty; Debra DeCarli; Leah Sabel; Beth Sund; Laura Brandenberg; lroth@roth-law.com; epoit@roth-law.com
>    **Subject:** AstraZeneca: October depositions for Plaintiffs Godfrey and Naramore
>
>    LAWYER BIOGRAPHIES | PRACTICE EXPERIENCE | CONTACT US
>
>    
>
>    **Nadia Malik**
>    Attorney
>    Faegre & Benson LLP
>    3200 Wells Fargo Center
>    1700 Lincoln Street
>    Denver, CO  80203-4532
>    303-607-3702 / FAX 303-607-3600
>    NMalik@faegre.com
>
>    Biography | Download My Contact Info as V-Card | www.faegre.com
>    COLORADO | MINNESOTA | IOWA | LONDON | FRANKFURT | SHANGHAI

1