# EXHIBIT 29

# Dennis Canty

| | |
|---|---|
| **From:** | Leah Sabel |
| **Sent:** | Thursday, October 04, 2007 3:56 PM |
| **To:** | 'RStewart@faegre.com'; 'buffym@lpm-triallaw.com'; 'obrown@browngreer.com'; 'brennan.torregrossa@dechert.com'; 'virginia.dorsey@dechert.com' |
| **Cc:** | Larry J. Gornick; Dennis Canty; Laura Brandenberg; Debra DeCarli; Beth Sund |
| **Subject:** | Seroquel CSD Deposition Notices |
| **Attachments:** | Ltr Counsel _Sales Rep Depos 100407.pdf; Thomas_Notice depo sales rep O'Rear 100407.pdf; Naramore_Notice depo sales rep Henderson 100407.pdf; Godfrey_Notice depo sales rep Cleckly 100407.pdf; Frederick_Notice depo sales rep Daly 100407.pdf; Coppola_Notice depo sales rep Caldes 100407.pdf; Glover_Notice depo sales rep Gentile 100407.pdf |

Transmitted herewith please find a letter of today's date with enclosures.

Leah Sabel
Litigation Assistant
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct Dial
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com