# EXHIBIT 31



**FAEGRE & BENSON**

UNITED STATES ¦ ENGLAND ¦ GERMANY ¦ CHINA

October 10, 2007

Dennis Canty, Esq.
Laura Brandenberg, Esq.
Levin Simes Kaiser & Gornick
44 Montgomery Street, 36th Floor
San Francisco, California   94104

      Re:  Seroquel CSD Deposition Notices

Dear Dennis and Laura:

      This responds to your letter dated October 4, 2007, and the e-mail dated October 9, 2007.  We were surprised to receive your notices of depositions for Jennifer Caldes, Richard O'Rear, Frank Daly, and Nicholas Gentile.  The matter of PSSs designated after the CMO 4 deadline has been on the PMOs agenda for several weeks, and will be discussed on the October 12, 2007 call.  Enclosed with this letter is the table of late designated PSSs which was previously provided to the PMO.  CMO 4 provides as follows:

### SCOPE OF CASE SPECIFIC DISCOVERY

      A.  In addition to the discovery authorized in the Order at Docket number 225, within five business days of the designation of plaintiffs to be subject to case specific discovery, Defendants shall provide all available documentation regarding contact with the prescribing physician associated with that Plaintiff.

      B.  *Within two business days* after provision of this documentation, Plaintiffs may, at their option, designate for deposition one sales representative associated with each prescribing physician to be deposed.

On August 3, 2007, we served disclosures with call notes providing the names of the sales representatives associated with the prescribing physicians

      For Eddie Glover, the August 3, 2007 call notes disclose the following sales representatives associated with Dr. Julie Garbutt:  Cynthia Ciarolla, Denise Minton, Edward Mendola, Thomas Dore, and Nicholas Gentile.  The call notes contain entries from November 1999 to July 2007.

3200 WELLS FARGO CENTER  ¦  1700 LINCOLN STREET  ¦  DENVER COLORADO 80203-4532

TELEPHONE 303-607-3500  ¦  FACSIMILE 303-607-3600  ¦  WWW.FAEGRE.COM

October 10, 2007
Dennis Canty, Esq.
Laura Brandenberg, Esq.

For James Frederick, the August 3, 2007 call notes disclose the following sales representatives associated with Dr. Stephan Gelfand:  Lisa Marcello, Cynthia Clarolla, Melissa Foreman, Frank Daly, Meg Johnson, Mathew Cestra, Sandy McCaffrey, Andrew Vaill and John Fisher.  The call notes contain entries from September 1999 to July 2007.

For Hellen Thomas, the August 3, 2007 call notes disclose the following sales representatives associated with Dr. Farris Johnson:  Roger Thornberry, Martha Yancey, Allison Henderson, Richard O'Rear, Stephen Walker, Lori Mobley, Scott Duvall, Leslie Gardner, James Cashion and Lauren Gray.  The call notes are dated from September 2001 to July 2007.

For James Coppola, the August 3, 2007 call notes disclosed the following sales representatives associated with Dr. Joel Glass:  Janine Stringfellow, Duane Eggie, Kevin Thomas, Jennifer Cribben, Richard Cioll, Candace Olszewski, John McKenna, Jennifer Caldes, and John McKenna.  The call notes contain entries from September 1999 to June 2007.

According to CMO 4, the designations of the individuals to be deposed from among these names were due August 7, 2007, two business days after the disclosures.  We received your selections on September 6, 2007.

We understand your position to be that, because the call notes were produced only in PDF, you could not make a selection within the two-day deadline of CMO 4.  Please explain why this is so.  The information contained in the PDF and Excel files is identical. You will recall that in your August case, Beverly Getchell, we provided call notes on July 23, 2007 and you designated Amy Winstel on July 25, 2007 based upon call notes produced only in PDF format.  In addition, most of the other plaintiffs' counsel made timely designations in August and September.

As to the electronic format, recall that the order directing production of call notes in electronic format was signed on August 3, 2007, the same day we completed the disclosures.  All disclosures served since the Court's order have been by e-mails that contain an Excel spreadsheet with the same information that is contained in the PDF file, which is also served by e-mail.  We supplemented productions made on August 3, 2007 and before, and our records show that we served you with call notes in Excel files for Getchell, Frederick and Thomas.  And after you and I spoke yesterday, we provided you call notes in the Excel format for Coppola and Glover.

We believe that this is the type of dispute that the Court intended should first be submitted to the PMO to attempt to resolve.  That office has already heard about this matter during the last several weekly calls and remains ready to hear from you about this dispute.  In addition, the dates contained in your notices are not, in any event, dates that may

October 10, 2007
Dennis Canty, Esq.
Laura Brandenberg, Esq.

be available for the Mr. Gentile, Mr. Daly, Mr. O'Rear, or Ms. Caldes.  CMO 4 permits the Plaintiffs to select the dates and locations of plaintiffs depositions, and AstraZeneca to select the dates and times for PSS depositions.

If you have any questions, please call me.

Very truly yours,

Russell Stewart

cc:  Orran Brown, Esq.
     Buffy Martines, Esq.
     Richard Josephson, Esq.

| Plaintiff Name / P's Counsel | Deadline to Designate PSS | Date PSS Designated | No. Days Late | Name of PSS |
|---|---|---|---|---|
| Samantha Haas (Cranford) | 8/8/07 | 9/6/07 | 29 | James Wetta |
| Linda Sonnier (Smith) | 8/8/07 | 8/20/07 | 12 | Angelique Wadlington |
| James Coppola (Gornick) | 8/7/07 | 9/6/07 | 30 | Jennifer Caldes |
| Hellen Thomas (Gornick) | 8/7/07 | 9/6/07 | 30 | Richard O'Rear |
| James Frederick (Gornick) | 8/7/07 | 9/6/07 | 30 | Frank Daly |
| Eddie Glover (Gornick) | 8/7/07 | 9/6/07 | 30 | Nicholas Gentile |
| Wayne Olive (Mathews) | 7/26/07 | 8/23/07* | 27 | Jesicca Whidden |

fb.us.2305859.03