**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation,**
**MDL DOCKET NO. 1769**

**This document relates to:**

**ANGELA BURLEY v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
**MDL Case No. 6:06-cv-1510-ACC-DAB**

**JOHN HERMAN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11637-ACC-DAB**

**KENNETH KERN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15647-ACC-DAB**

**RANDY P. McCALL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15651-ACC-DAB**

**JONATHON THOMAS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10561-ACC-DAB**

_____/

**ORDER**

This cause comes before the Court for consideration of Defendants' July 31, 2007, Motion Requesting Dismissals With Prejudice For Failure to Serve Plaintiff Fact Sheets (Doc. 335). Pursuant to Case Management Order No. 2, as amended, all plaintiffs identified in Defendants' dismissal motion must, within eighty days after Defendants' motion is filed, file a notice with the Court certifying that a completed PFS, along with all requested information, documents and authorizations, has since been served on Defendants. Each plaintiff is additionally required to attach documentation to the notice showing that Defendants in fact received the requested

documents. If plaintiffs file a timely notice with attached documentation, the plaintiffs' claims shall not be dismissed.

In the instant case, Defendants sought to dismiss the cases of fourteen plaintiffs based on their failure to serve PFSs. The motion was later withdrawn as to five plaintiffs: Carlos Taylor III (Case No. 6:07-cv-10454), Jessie DeLao (Case No. 6:07-cv-16050), Kathryn Fisher, as Next Friend of C.C., a Minor (Case No. 6:07-cv-16100), Sharon K. Passmore-Smith (Case No. 6:07-cv-14040), and Mark Frike (Case No. 6:06-cv-1395). *See* Doc. 380; Doc. 7, *Mark Frike v. AstraZeneca LP, et al.*, Case No. 6:06-cv-1395-ACC-DAB. One of the plaintiffs, John Herman (Case No. 6:07-cv-11637), previously stipulated to dismissal of his case without prejudice. *See* Doc. 8, *John Herman v. AstraZeneca LP, et al.*, Case No. 6:07-cv-11637-ACC-DAB. Finally, a plaintiff named Cheryl Quinones was identified by Defendants for dismissal, but the Court has since learned that this plaintiff does not exist as a party to this litigation and her name was entered into the docket in error.

The remainder of the above-named plaintiffs filed timely notices (Docs. 382 and 530) with the Court certifying that Defendants had been served with Plaintiff Fact Sheets and appropriately attached documentation indicating that Defendants did in fact receive the documents. Thus, the Court deems the above-named plaintiffs in compliance with the Court's prior discovery orders and shall not dismiss their claims.

Accordingly, it is **ORDERED** that Defendants' Motion Requesting Dismissals With Prejudice For Failure to Serve Plaintiff Fact Sheets (Doc. 335) is **DENIED** as to the above-named plaintiffs.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 25, 2007.

_____
ANNE C. CONWAY
United States District Judge