# EXHIBIT A

Dr  DeHelian FINAL.txt

0001
```
 1            IN THE UNITED STATES DISTRICT COURT
 2             FOR THE MIDDLE DISTRICT OF FLORIDA
 3                      ORLANDO DIVISION
 4              ~~~~~~~~~~~~~~~~~~~~
 5   In Re:   Seroquel Products Liability Litigation
 6            MDL DOCKET NO. 1769
 7
 8   This Document Relates to:
 9   DEBORAH ELMORE,
10
11            Plaintiff,
12
13        vs.                Case No.   6:07-CV-16085
14
15   ASTRAZENECA PHARMACEUTICALS, LP, et al.,
16
17            Defendants.
18              ~~~~~~~~~~~~~~~~~~~~
19                   Deposition of
20            LAURA DEHELIAN, Ph.D.
                  September 20, 2007
21                   11:01 a.m.
22                   Taken at:
                Reminger & Reminger
23

24
25            Wendy L. Klauss, RPR
```
0002
```
 1   APPEARANCES:
 2
 3        On behalf of the Plaintiff:
 4            Blizzard, McCarthy & Nabers, by
 5            EDWARD BLIZZARD, ESQ.
 6            440 Louisiana Street, Suite 1710
 7            Houston, Texas   77024
 8            (713) 844-3750
 9            Fax (713) 844-3755
10            Eblizzard@blizzardlaw.com
11               and
12            JOHN HAMPTON, ESQ.
13            3730 Kirby Drive, Suite 1200
14            Houston, Texas   77098
15            (281) 386-9959
16            Fax (281) 858-6781
17            Johnhamlptonst@sbcglobol.net
18               and
19            Danny Dexter & Associates, LLC, by
20            DANNY DEXTER, ESQ.
21            25 Valley Forge
22            Houston, Texas   77024
23            (713) 206-0015
24            Fax (713) 722-7931
25            ddtriallaw@yahoo.com
```
0003
```
 1   APPEARANCES, Continued:
 2
 3        On behalf of the Defendants:
 4            Sidley Austin, by
 5            JAMES W. MIZGALA, ESQ.
 6            SUSAN RAZZANO, ESQ.
 7            One South Dearborn
```
Page 1

```
                          Dr  DeHelian FINAL.txt
 8           Chicago, Illinois   60603
 9           (312) 853-7081
10           Fax (312) 853-7036
11           Jmizgala@sidley.com
12           Srazzano@sidley.com
13
14       On behalf of the Witness:
15           Reminger & Reminger, by
16           ROBERT D. WARNER, ESQ.
17           1400 Midland Building
18           101 Prospect Avenue, West
19           Cleveland, Ohio   44115-1093
20           (216) 687-1311
21           Fax (216) 687-1841
22           Rwarner@reminger.com
23                 ~ ~ ~ ~ ~
24
25
0004
```

```
 1                    I N D E X
 2
 3   EXAMINATION OF                  6        16
 4   LAURA DEHELIAN, Ph.D.
 5   BY MR. MIZGALA
 6   EXAMINATION OF                 96         4
 7   LAURA DEHELIAN, Ph.D.
 8   BY MR. BLIZZARD
 9   EXAMINATION OF                139         2
10   LAURA DEHELIAN, Ph.D.
11   BY MR. MIZGALA
12   EXAMINATION OF                146         9
13   LAURA DEHELIAN, Ph.D.
14   BY MR. BLIZZARD
15   EXAMINATION OF                147        19
16   LAURA DEHELIAN, Ph.D.
17   BY MR. MIZGALA
18
19   Exhibit 1 was marked            9        25
20   Exhibit 2 was marked           12         2
21   Exhibit 3 was marked           14        12
22   Exhibit 4 was marked           14        24
23   Exhibit 5 was marked           16         1
24   Exhibit 6 was marked           22        13
25   Exhibit 7 was marked          111        18
0005
 1   Exhibit 8 was marked          122        16
 2   Exhibit 9 was marked          129        19
```

```
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
```

Dr DeHelian FINAL.txt

```
19
20
21
22
23
24
25
0006
1            MR. BLIZZARD:  My name is Ed
2   Blizzard, and I'm here on behalf of Deborah
3   Elmore, and we are here to take the deposition
4   of Dr. DeHelian today.
5            We have provided a release to her
6   counsel, Mr. Warner, that allows her to give
7   testimony about her treatment and care of Ms.
8   Elmore, and we fully consent on behalf of Ms.
9   Elmore to her giving such testimony.
10            MR. WARNER:  Thank you.
11            LAURA DEHELIAN, Ph.D., of lawful
12   age, called for examination, as provided by the
13   Statute, being by me first duly sworn, as
14   hereinafter certified, deposed and said as
15   follows:
16            EXAMINATION OF LAURA DEHELIAN, Ph.D.
17   BY MR. MIZGALA:
18       Q.    Good morning, Dr. DeHelian.
19       A.    Good morning.
20       Q.    Could you please state your full
21   name for the record.
22       A.    Laura DeHelian.
23       Q.    And your business address?
24       A.    5930 Heisley Road, Mentor, Ohio,
25   44060.
0007
1       Q.    And what do you do?
2       A.    I am an advanced practice nurse.  I
3   do psychiatric evaluation, diagnosis,
4   medication prescribing and monitoring.
5       Q.    Okay.  And you also have a Ph.D.,
6   correct?
7       A.    Yes.
8       Q.    And what is that?
9       A.    It is in applied ethics.
10       Q.    Okay.  Have you ever been deposed
11   before?
12       A.    Yes.
13       Q.    And briefly, have you ever been
14   deposed in a case involving allegations that a
15   pharmaceutical drug caused injury to someone?
16       A.    No.
17       Q.    Briefly I'll go over some of the
18   ground rules.  You are doing an excellent job.
19   I'm going to ask questions.  Your answers have
20   to be verbal so the court reporter can take
21   them down, no nods of the head, no uh-huh or
22   uh-uh, anything like that, okay?
23       A.    Yes.
24       Q.    And I'm sure there will be a time
25   when I ask you a question that you don't
0008
1   understand.  If that's the case, please let me
2   know and I will rephrase my question, okay?
3       A.    Okay.
```

Page 3

Dr  DeHelian FINAL.txt

```
11        A.    It lists goals that the client
12   hopes to accomplish, strengths, abilities,
13   support, assets, desired outcome, objectives,
14   intermediate steps to gaining those goals and
15   outcomes.  So that includes not only
16   medication, but any other services the client
17   might require.
18        Q.    Such as?
19        A.    Such as case management, dual
20   diagnoses treatment, supported employment.  Our
21   agency offers a number of services in addition
22   to medication management.
23        Q.    Okay.  Let's have that marked.
24                 -   -   -   -   -
25             (Thereupon, Laura DeHelian
0016
1             Deposition Exhibit 5 was marked for
2             purposes of identification.)
3                 -   -   -   -   -
4             MR. BLIZZARD:  Off the record just
5   one second.
6             (Discussion off the record.)
7        Q.    Let's start with this, Exhibit 3,
8   the progress notes.  Dr. DeHelian, are you
9   still seeing Ms. Elmore?
10        A.    Yes.
11        Q.    So you consider her to be a current
12   patient of yours?
13        A.    Yes.
14        Q.    When did you first start seeing Ms.
15   Elmore?
16        A.    That's back here on my first note.
17   The first time I saw her was 10-3-05.
18        Q.    Okay.  But she was being treated at
19   Neighboring before you saw her, correct?
20        A.    Uh-huh, yes.
21        Q.    And I think you said her initial
22   evaluation on Exhibit 2 was February 27 of
23   2004, correct?
24        A.    Correct.
25        Q.    So she had been there for a year
0017
1   and seven months before you saw her?
2        A.    Correct.
3        Q.    When you began to treat Ms. Elmore,
4   did you have all the other chart materials
5   available to you?
6        A.    Yes.
7        Q.    Did you review those?
8        A.    Yes.
9        Q.    Okay.  Well, looking at Exhibit
10   Number 2 -- or Exhibit Number 2, yes, right
11   here, what was your understanding of why Ms.
12   Elmore was being treated at Neighboring?
13        A.    For two problems:  One is bipolar
14   disorder, NOS, which means -- and alcohol and
15   crack cocaine dependence.
16        Q.    You say NOS means --
17        A.    Not otherwise specified.  That
18   means it doesn't meet the criteria for any
19   particular bipolar disorder.  You know it is a
20   bipolar disorder, but you are not sure exactly
21   what type it is at that point in time.
```

Page 7

Dr  DeHelian FINAL.txt

```
 7  schizophrenia, refractory schizophrenia,
 8  Zyprexa, Risperdal, Seroquel, Geodon, Abilify.
 9  There is the group of atypical antipsychotics.
10        Q.    You didn't see Ms. Elmore until
11  October of 2005.  When did you start working at
12  Neighboring?
13        A.    In September of 05.
14        Q.    Where were you before then?
15        A.    Murtis Taylor Mental Health Center.
16        Q.    And what were you doing there?
17        A.    Doing the same thing, advanced
18  practice nurse with prescriptive privileges.
19        Q.    How are your prescriptive
20  privileges conferred?
21        A.    In Ohio, you have to have a
22  Master's degree, you have to have taken a
23  three-hour college course in advanced
24  pharmacology, you have to have practiced for a
25  certain amount of time, you have to have been
0021
 1  certified by the credentialing board, American
 2  Nurses Credentialing Center, as a psych mental
 3  health practitioner.
 4              Each nurse practitioner -- all
 5  right.  In Ohio, advanced practice registered
 6  nurses can be nurse anesthetists, nurse
 7  midwives, nurse practitioners, clinical nurse
 8  specialists.  I'm a clinical nurse specialist
 9  in psych mental health, board certified in
10  psych mental health.  If you have prescriptive
11  privileges as an advanced practice registered
12  nurse, you can only prescribe within your area
13  of expertise.
14        Q.    Right.
15        A.    So if you are a pediatric nurse
16  practitioner, it is to pediatric patients; if
17  it is a nurse midwife, it is within the
18  confines of reproductive issues.
19        Q.    So that means you only get to
20  prescribe certain medicines, correct?
21        A.    Correct.  And that's a formulary
22  that is published by the board of nursing that
23  specifies exactly what we can and cannot
24  prescribe.
25        Q.    How long have you been prescribing
0022
 1  medications?
 2        A.    Since, oh, boy.  Let me find out
 3  when I started Murtis Taylor.
 4        Q.    Let's go ahead and mark this as
 5  Exhibit Number 6.
 6        A.    From 1-02, from January of 02 is
 7  when I had started with prescriptive
 8  privileges.  Do you see down at the bottom
 9  where it says Murtis?
10        Q.    Yes.
11                    -  -  -  -  -
12              (Thereupon, Laura DeHelian
13              Deposition Exhibit 6 was marked for
14              purposes of identification.)
15                    -  -  -  -  -
16        Q.    Can you please identify Exhibit 6
17  for the record, doctor?
```
                                        Page 9

Dr DeHelian FINAL.txt

25          A.    Well, EPS is quite reversible.  You
0030
1    remove the medicine, it goes away.  It is a
2    temporary effect of the medicine.  Tardive
3    dyskinesia, however, is a permanent condition.
4    Once you have created it, it does not go away,
5    and it is very serious condition.
6          Q.    And it has been known for a long
7    time that these drugs can cause tardive
8    dyskinesia?
9          A.    Yes.  Correct.
10         Q.    Okay.  And were you aware of that
11   potential side effect when you started
12   prescribing in January of 2002?
13         A.    Yes.
14         Q.    And despite that potential
15   irreversible side effect, you prescribed these
16   drugs, correct?
17         A.    Correct.
18         Q.    Why is that?
19         A.    Because if you are careful in
20   monitoring, you can see if someone is indeed
21   developing tardive dyskinesia early on, and you
22   can do something about that.
23         Q.    Is that also true for EPS?
24         A.    Yeah.  EPS, sure.  I mean you will
25   see the side effects.
0031
1          Q.    Okay.  You mentioned metabolic
2    syndrome as a potential adverse effect.  What
3    is that?
4          A.    Metabolic syndrome is you will see
5    people get central obesity, meaning that they
6    get chubby around the middle, women with a
7    girth of more than 35, men with a girth of more
8    than 40, you can get increased levels of blood
9    sugar, increased levels of cholesterol.
10         Q.    Okay.  And when did you first
11   become aware that metabolic syndrome could be
12   related to the use of antipsychotics?
13         A.    I mean that's always, always been
14   the case that we have known that.
15         Q.    Since 2002, January of 2002, right?
16         A.    Right.
17         Q.    And do you distinguish among the
18   various antipsychotics with respect to the risk
19   of metabolic syndrome?
20         A.    There is at this point, at least
21   from experience, there seems to be somewhat of
22   a difference among the first generation
23   antipsychotics, but that's "there seems to be."
24   Some of them have been in use much longer than
25   others.  Again, time will tell.
0032
1          Q.    Among the first generation or the
2    atypicals?
3          A.    The atypicals.  I mean the risk is
4    clearly there with the first generation.
5          Q.    Okay.
6          A.    It has not gone away with the
7    second generation.
8          Q.    So even with the first generation
9    antipsychotics, there is a risk?
                                    Page 13

Dr DeHelian FINAL.txt

```
10              MR. BLIZZARD:  Object to form.
11       A.    Absolutely.
12       Q.    And you have seen that in your
13 practice?
14       A.    Yes.
15       Q.    And you say that there is also a
16 risk with respect to second generation?
17       A.    Uh-huh.
18       Q.    Is that correct?
19       A.    Correct.
20       Q.    And you have known about this risk
21 for at least since January of 2002?
22       A.    Correct.
23       Q.    And you still prescribe these
24 drugs?
25       A.    Yes.
0033
1        Q.    And why is that?
2        A.    Because they are the only drugs
3 that are really helpful for psychotic symptoms.
4        Q.    You said that experience has shown
5 a difference among the atypicals when you were
6 referring to your experience or the experience
7 generally?
8        A.    Sort of the experience generally,
9 what is kind of talked about at this point in
10 time, that some seem to cause it less than
11 others, but again I think that's something that
12 needs to be looked at with some skepticism
13 until we have more experience with all of them.
14       Q.    Okay.
15       A.    In theory they all pose a risk.
16       Q.    And when you say all, you are
17 referring to the class of atypicals you defined
18 earlier, correct?
19       A.    Correct.
20       Q.    Okay.  Let's go back to your first
21 note for Ms. Elmore in October of 2005.
22       A.    Got it.
23       Q.    So this is the first time you met
24 Ms. Elmore; is that correct?
25       A.    Correct.
0034
1        Q.    I want to -- this is just because I
2 can't figure this out, on the first, you have
3 her name, client number and then the date and
4 you see a start time and a stop time?
5        A.    Yeah.
6        Q.    And it looks like 25 minutes you
7 spent with her, is that correct, or that she
8 was there?
9        A.    Correct.
10       Q.    And then it says total time, five?
11       A.    No, it says total time .5.
12       Q.    So that's hours?
13       A.    Right.  We round to -- we charge by
14 .1, .2, .3, .4, .5, and they round the time to
15 the nearest one of those, and that's how things
16 get billed.
17              MR. MIZGALA:  That's what Ed does
18 too.
19       A.    And this is military times, that's
20 why it is 14:05.  So the closest interval to
```

Page 14

Dr DeHelian FINAL.txt

```
17          A.      Ascites is fluid that collects in
18   the abdomen when people have cirrhosis of the
19   liver.
20          Q.      And did Ms. Elmore have cirrhosis
21   of the liver?
22          A.      Yes.
23          Q.      And what was your understanding of
24   the cause of her cirrhosis?
25          A.      Alcohol consumption.
0040
1           Q.      Did you know Ms. Elmore was also
2    hepatitis C positive?
3           A.      No.  I don't believe I did.
4           Q.      Would knowing that affect your care
5    and treatment of her in any way?
6           A.      It just speaks to -- it just speaks
7    to the condition of her liver in general.  I
8    mean, you just need to be more careful.
9           Q.      And why is that?
10          A.      With hepatitis C?
11          Q.      Yes.
12          A.      Because that also compromises liver
13   function, as does cirrhosis.
14          Q.      Cirrhosis is --
15          A.      Is compromised liver function.
16          Q.      Right.  It is a serious, chronic
17   and life-threatening disease, correct?
18          A.      Cirrhosis, yes.
19          Q.      And it is in Ms. Elmore, correct?
20          A.      Yes.
21          Q.      She is trying to get on a liver
22   transplant list, correct?
23          A.      Yes.  She has been worked up for
24   liver transplant.
25          Q.      And you are aware that she can't
0041
1    get on a liver transplant list, in part because
2    of her history of substance abuse, right?
3           A.      No.  She has been cleared.  As long
4    as she remains sober, she will stay on the
5    list.  Their criteria are, this is through the
6    Clinic, their criteria are that you have to be
7    sober for at least a year to be considered, and
8    then they did all kinds of physical workups,
9    had her do some dual diagnosis treatment, and
10   she is now eligible to be on the list.
11          Q.      Good.  When did she get cleared?
12          A.      Okay.  It looks like August of 06,
13   what she told me was she was to go to the
14   Clinic for testing to go on the list.
15          Q.      Okay.
16          A.      So it was -- let me see.  Move to
17   the next group.  It is as in 10-06 that she's
18   in the process of workup for a liver
19   transplant.  At that time she will have been
20   sober a year, as of November of 06.
21          Q.      She is in the process, but do you
22   know if she has actually ever made the list?
23          A.      Yes, she has.
24          Q.      And how do you know that?
25          A.      Because we got a letter from the
0042
1    Clinic to that effect.
```

                              Page 17

Dr DeHelian FINAL.txt

2      Q.     Okay.  But is that in your records?
3      A.     I'm sure it is somewhere.
4      Q.     Okay.  If you could find that and
5    forward that to Mr. Warner, that would be
6    great.
7      A.     Well, let me tell you what my
8    recollection of the note we got said.  I
9    believe it said that in order for her to be
10   considered, she would have to do dual diagnosis
11   treatment, and then she would have that.  So I
12   cannot say that there is a follow-up letter
13   saying, okay, she is eligible.
14     Q.     Okay.
15     A.     But she completed everything they
16   she needed to complete.
17     Q.     What is dual diagnosis treatment?
18     A.     Dual diagnosis is a program for
19   people who have both alcohol or substance abuse
20   and mental health diagnoses.  That's the dual
21   part.
22     Q.     And so what does this program
23   entail?
24     A.     It entails different things for
25   different people, depending on what they need.
0043
1      Q.     What did it entail for Ms. Elmore?
2      A.     It entailed -- I'd have to look.  I
3    think she went to one of the dual diagnosis
4    ongoing groups for probably eight to 12 weeks,
5    something in that neighborhood.
6      Q.     And some of that would have been
7    for her alcohol substance abuse issues, and
8    other parts of that would have been for her
9    mental health issues?
10     A.     Correct, correct.
11     Q.     Okay.  Are you aware that Ms.
12   Elmore is seeing a hepatologist?
13     A.     I know the doctor she is seeing.
14     Q.     Who is that?  It is a deposition.
15   I'm sorry.
16     A.     Geez.  The name is in here
17   somewhere.  I would have expected the name to
18   be on the notes, but it is not.
19     Q.     Are you familiar a Dr. Friedenberg?
20     A.     That's sounds familiar.
21     Q.     Have you ever discussed Ms. Elmore
22   with Dr. Friedenberg?
23     A.     No.
24     Q.     Here again, going back to your
25   10-3-2005 note, it says Trazodone made her feel
0044
1    like she was choking; is that correct?
2      A.     Yes.
3      Q.     And what is Trazodone?
4      A.     Trazodone is an antidepressant that
5    we often use when people can't sleep.
6      Q.     Okay.  What medications was Ms.
7    Elmore on when she presented to you?
8      A.     None.
9      Q.     She was on none at that time?
10     A.     She hadn't been seen since the
11   April before.
12     Q.     Okay.  So was she -- she wasn't
                        Page 18

Dr  DeHelian FINAL.txt

13  taking Trazodone, she just told you that?
14       A.     That's my understanding, yes.
15       Q.     Now, looking further down the
16  sheet, the progress note, it's got a section
17  called side effects, correct?
18       A.     Uh-huh.
19       Q.     And what is the purpose of that
20  section?
21       A.     To note what side effects someone
22  might be having from medication.
23       Q.     And what side effect -- so these
24  are side effects potentially drug related?
25       A.     Correct.
0045
1        Q.     I see that there are thirst/dry
2   mouth, urinary frequency, vision changes.  Why
3   are those listed?
4        A.     Because those are potential side
5   effects of medications.
6        Q.     Indicating what?
7        A.     They can indicate a lot of things.
8        Q.     Such as?
9        A.     Pick one.
10       Q.     Diabetes.
11       A.     Diabetes is not a side effect.
12  These are objective side effects that you can
13  either see or someone reports.
14       Q.     Okay.  When Ms. Elmore first
15  presented to you in October 2005, you are aware
16  of the metabolic syndrome, potential metabolic
17  syndrome of atypical antipsychotics, correct?
18       A.     Uh-huh.
19       Q.     How were you aware of that, by the
20  way?
21       A.     How am I aware of that?
22       Q.     Yeah.  How did you become aware of
23  these effects, the metabolic syndrome effects?
24       A.     Reading literature, taking classes,
25  talking with colleagues.
0046
1        Q.     Had you read the labels for the
2   atypicals?
3        A.     Oh, yes.
4        Q.     And there is a section about
5   diabetes and hyperglycemia?
6        A.     Right.
7        Q.     And you were aware of that from
8   that too?
9        A.     Yes.  Okay.
10       Q.     Had you discussed it -- I know your
11  AstraZeneca sales reps have called on you from
12  time to time?
13       A.     Uh-huh.
14       Q.     Is that yes?
15       A.     Yes.
16       Q.     Have reps from other companies
17  called on you?
18       A.     Yes.
19       Q.     Lilly?
20       A.     I'm sure.
21       Q.     Janssen, J&J?
22       A.     All of them as far as I'm aware.
23       Q.     Did they discuss the benefits and
                        Page 19

Dr DeHelian FINAL.txt

24  risks of atypicals with you?
25      A.    Uh-huh.  Yes.  I'm sorry.
0047
 1      Q.    That's okay.  And have those
 2  representatives discussed metabolic side
 3  effects and diabetes with you with respect to
 4  the atypicals?
 5      A.    Yes.
 6      Q.    Have any of them told you that the
 7  atypicals don't cause metabolic syndrome or
 8  diabetes?
 9      A.    No.
10      Q.    So at this time, I can't tell,
11  looking at the form for October of 2005, did
12  Ms. Elmore report any symptoms to you?
13      A.    Not that I recall.  If she wasn't
14  taking any medicines, there shouldn't be any
15  side effects reported.
16      Q.    Got it.  The next -- oh, it says
17  pertinent laboratory values since last visit,
18  and it says zero, right?
19      A.    Uh-huh.
20      Q.    Where would you be getting
21  laboratory values from?
22      A.    Where would I?
23      Q.    Yes.
24      A.    I would be requesting them.
25      Q.    The next page, you have marked the
0048
 1  severity of her illness as moderately ill,
 2  correct?
 3      A.    Yes.
 4      Q.    And why did you choose moderately
 5  ill?
 6      A.    Well, because I think she was more
 7  than mildly ill.
 8      Q.    Why?
 9      A.    Because of her symptom profile.
10  She is drinking.  Someone who has alcoholism
11  and is drinking is not mildly ill.
12      Q.    And, in fact, you advised her to
13  stop drinking?
14      A.    Absolutely.
15      Q.    Why?
16      A.    A, because she has a history of
17  alcoholism, good enough reason in my book.
18      Q.    And also she had diagnosed
19  cirrhosis of the liver?
20            MR. BLIZZARD:  Object to form.
21      A.    Exactly.
22      Q.    People with cirrhosis of the liver
23  shouldn't be drinking alcohol, should they?
24      A.    Correct.
25      Q.    It says medications, if any
0049
 1  prescribed, see physician order sheet.  Is that
 2  exhibit --
 3      A.    Yes.
 4      Q.    -- 4?
 5      A.    Yes.
 6      Q.    What medications did you, if any,
 7  did you order for Ms. Elmore at this time?
 8      A.    Okay.  Celexa, 20 milligrams, one a
                        Page 20

Dr DeHelian FINAL.txt

9  day; Remeron, 15 milligrams, one at bedtime;
10 Risperidone, 2 milligrams, one at bedtime;
11 Seroquel, 200 milligrams, four at bedtime.
12      Q.    Celexa, what is that?
13      A.    Celexa is an antidepressant.
14      Q.    And why did you prescribe that to
15 Ms. Elmore?
16      A.    Because she has, I think,
17 schizoaffective disorder.
18      Q.    What is schizoaffective disorder?
19      A.    It looks like bipolar, has both the
20 mood poles, but people who have schizoaffective
21 disorder will also have some psychotic thinking
22 at times other than when their mood is
23 abnormal.
24      Q.    Is it a serious medical condition?
25      A.    Yes.
0050
1       Q.    Is it a chronic medical condition?
2       A.    Yes.
3       Q.    Is it a potentially
4  life-threatening medical condition?
5       A.    Yes.
6       Q.    You also prescribed Remeron.  What
7  is Remeron?
8       A.    Remeron is also an antidepressant.
9  We typically use it at night to help people
10 sleep who are not sleeping well.
11      Q.    She was having a little bit of
12 sleep problems here?
13      A.    She has had significant ongoing
14 problems with sleep.
15      Q.    Is she still having problems with
16 sleep?
17      A.    No, sir.
18      Q.    Risperdal, that's an atypical
19 antipsychotic, correct?
20      A.    Uh-huh.
21      Q.    And why did you prescribe that?
22      A.    I prescribed that mostly because
23 that is, other than the Trazodone, the
24 medicines I told you about were the last
25 effective regimen she was on, which seemed like
0051
1  a good place to start.
2       Q.    Okay.  So she had been taking
3  Risperdal prior to your seeing her, correct?
4       A.    Correct.
5       Q.    And why did you prescribe -- and at
6  this time you were well aware that Risperdal
7  had a potential for metabolic syndrome effects,
8  correct?
9       A.    Correct.
10      Q.    Seroquel, why did you -- that's an
11 atypical antipsychotic like Risperdal.  Why did
12 you prescribe that?
13      A.    Because Seroquel is particularly
14 helpful for people with either bipolar disorder
15 or schizoaffective disorder who have
16 significant depressions.
17      Q.    And that's consistent with what you
18 have seen in your practice?
19      A.    Yes.
                              Page 21

Dr  DeHelian FINAL.txt

20      Q.     And why did you choose to begin Ms.
21 Elmore on an 800 -- cumulative 800 milligram
22 dose?
23      A.     Because the 600, my impression was
24 the 600 that she was on before was not holding
25 her mood well enough.
0052
1       Q.     Okay.  So based upon Ms. Elmore's
2 presentation to you on October 3 of 2005, you
3 assessed her individual presentation, and based
4 upon the, your knowledge of the risk and
5 benefits of these four different drugs, your
6 decision was to prescribe them to her; is that
7 correct?
8       A.     Uh-huh.  Yes.
9       Q.     And again, at this time, Seroquel,
10 you are aware of a potential metabolic syndrome
11 effect?
12      A.     Correct.
13      Q.     In therapeutic interventions, that
14 page, it says RTC.  What does that mean?
15      A.     Return to clinic.  That just means
16 return appointment.
17      Q.     Okay.  There is also a section that
18 says explained rationale, benefits, risk and
19 treatment alternatives to/for client, if new or
20 changed medication, and it is marked yes?
21      A.     Correct.
22      Q.     What does that refer to?
23      A.     Well, that refers to reviewing with
24 the client what the risks and benefits of
25 medication are, what I'm proposing in terms of
0053
1 changes and why, and see if the client agrees.
2       Q.     And what would you have told Ms.
3 Elmore about the rationale, benefits and risks
4 for her at this time?
5       A.     I can't tell you what I
6 specifically discussed with her.
7       Q.     Well, what would you have discussed
8 with respect to rationale?
9       A.     What antidepressants are for, why
10 they might be prescribed to her, that if you
11 are going to prescribe an antidepressant to
12 someone who has bipolar schizoaffective
13 disorder, you are not going to do that without
14 a reasonable mood stabilizer on board, and the
15 reasonable mood stabilizer on board in this
16 regimen is the Seroquel.
17      Q.     And what would you have discussed
18 with respect to benefits?
19      A.     Well, the benefits --
20          MR. BLIZZARD:  I'm sorry, doctor.
21 I didn't mean to interrupt you.  I had to
22 object to the form of that question.
23      A.     Say it again.
24      Q.     What would you have discussed with
25 respect to benefits?
0054
1       A.     Benefit?
2       Q.     Yes.
3       A.     Well, it would have been mood
4 elevation, mood -- what you expect mood
                              Page 22

Dr  DeHelian FINAL.txt

5  stabilizers to do is to even out mood.
6      Q.    Okay.  And what would you have
7  discussed with respect to risk?
8              MR. BLIZZARD:  Object to form.
9      A.    For which ones?  Because there are
10  different risks for different medicines.
11      Q.    For Risperdal?
12      A.    For Risperdal the risks are that
13  you might get some EPS, extrapyramidal symptoms
14  from Risperdal, that it may cause problems with
15  metabolic syndrome.
16      Q.    Okay.  How about for Seroquel?
17      A.    The same.  It is the same risk
18  profile.
19      Q.    Okay.  And then further down it
20  says the medication regimen was reviewed with
21  the patient, who expressed understanding and
22  agreement; is that correct?
23      A.    Correct.
24      Q.    Okay.  And so Ms. Elmore would have
25  made an affirmative statement regarding her
0055
1  understanding regarding her medications to you?
2      A.    Yes.
3      Q.    One thing you don't have down here
4  is smoking.  You are aware Ms. Elmore is a
5  smoker, correct?
6      A.    Correct.
7      Q.    Was that not discussed or --
8      A.    It may not have been discussed at
9  this particular visit.
10      Q.    Let's move to the 12-13-05.
11      A.    Okay.
12      Q.    This is the next visit of Ms.
13  Elmore, correct?
14      A.    Correct.
15      Q.    Two months later?
16      A.    Uh-huh.
17      Q.    By the way, was it your hope,
18  expectation, that by prescribing Ms. Elmore
19  these medications, it would treat her
20  schizoaffective disorder?
21      A.    Correct.
22      Q.    Were you also hoping that it helped
23  treat her alcohol dependence?
24      A.    Not directly, no.
25      Q.    Okay.  Indirectly?
0056
1      A.    If part of the cause of her
2  drinking, which it often is with many people
3  with bipolar and schizoaffective disorder and
4  schizophrenia is that they medicate symptoms
5  with alcohol and other substances, then, yes.
6      Q.    So if you can provide
7  pharmacotherapy rather than self-medication,
8  that can be the substitute; is that correct?
9              MR. BLIZZARD:  Object to form.
10      A.    Correct.
11      Q.    This visit you mentioned with Ms.
12  Elmore on the 12-13-05, and this is still part
13  of Exhibit 3, was hospitalized one month ago,
14  and then there is a thing?
15      A.    And, an ampersand.
                              Page 23

Dr  DeHelian FINAL.txt

```
16        Q.    And drained four liters of fluid?
17        A.    Yes.
18        Q.    Do you know what the four liters of
19   fluid were?
20        A.    It was the ascites.
21        Q.    Which was caused by her cirrhosis,
22   correct?
23        A.    Correct.
24        Q.    On the next page -- and it appears
25   at this time she stopped drinking alcohol; is
0057
1    that correct?
2         A.    Correct.
3         Q.    And on the next page, under
4    severity of illness, it says mildly ill; is
5    that correct?
6         A.    Yes.
7         Q.    What was it about Ms. Elmore two
8    months later that moved her from moderately to
9    mildly ill?
10        A.    Her mood was better.
11        Q.    And what did you --
12        A.    And she wasn't drinking.
13        Q.    And what do you attribute her
14   better mood to?
15        A.    I would attribute it to medicine.
16        Q.    The Celexa, Remeron, Seroquel and
17   Risperdal?
18        A.    Correct.
19        Q.    And you also, again at this time,
20   in the therapeutic intervention, it says
21   medication review and education; is that
22   correct?
23        A.    Yes.
24        Q.    And what would that have entailed?
25        A.    It would have entailed the same
0058
1    thing we discussed before.
2         Q.    You would have talked about
3    rationale, risks and benefits; is that correct?
4         A.    Correct.
5         Q.    Let's move to January 23 of 2006.
6    By the way, in the sections in the top under
7    interim history, who are you -- where do you
8    get your information from?
9         A.    From the client.
10        Q.    Okay.  So January 2006, clean and
11   sober for three months; is that correct?
12        A.    Yes.
13        Q.    Were you aware she was hospitalized
14   in December with chest pain, shortness of
15   breath and ascites?
16        A.    Not unless she would have told me
17   that.
18        Q.    Okay.  This says not now drinking,
19   smoking crack.  What are you aware of, or what
20   is your understanding of Ms. Elmore's crack
21   smoking history?
22        A.    I don't, except historically.
23        Q.    She has told you she smoked crack?
24        A.    Right.
25        Q.    Has she ever told you how much,
0059
```

Page 24

Dr DeHelian FINAL.txt

```
12      Q.    Are you aware she is hypothyroid?
13      A.    I don't think so.  I don't know.  I
14 don't believe so.
15      Q.    Do you know what hypothyroidism is?
16      A.    Yes.
17      Q.    What is it?
18      A.    It is a thyroid that is operating
19 at less than optimal functioning.
20      Q.    And that can be a serious medical
21 condition; can it not?
22      A.    Yes.
23      Q.    And it is a chronic medical
24 condition?
25      A.    Usually.
0062
 1      Q.    Okay.  Going back to March 27 of
 2 2006, under pertinent medical issues, it's got
 3 cirrhosis, ascites and --
 4      MR. WARNER:  You have to say yes or
 5 no.
 6      A.    I'm sorry.  Yes.
 7      Q.    Thank you.  And then the third
 8 line, what does that say?
 9      A.    Diagnosed with type 2 diabetes two
10 weeks ago, taking Metformin, 500 milligrams
11 twice a day.
12      Q.    Do you know who diagnosed Ms.
13 Elmore's diabetes?
14      A.    Her primary care, that may be Dr.
15 Friedenberg.
16      Q.    Dr. Friedenberg is her
17 hepatologist.  Do you know a Dr. McNaughton?
18      A.    I know there is another physician
19 she sees who is her, I think, just her primary
20 care person.
21      Q.    Have you ever talked with any other
22 doctor about Ms. Elmore's diabetes.
23      A.    No.
24      Q.    Do you play any role in the care
25 and treatment of Ms. Elmore's diabetes?
0063
 1      A.    No.
 2      Q.    Okay.  I take it you are not
 3 offering any opinion here today on what caused
 4 Ms. Elmore's diabetes?
 5      A.    No, I'm not.
 6      Q.    The next page, she continues to be
 7 mildly ill; is that correct?
 8      A.    Correct.
 9      Q.    Okay.  And you say further down
10 rationale for new change, discontinued
11 medications, that you are going to increase
12 Seroquel for irritability?
13      A.    Correct.
14      Q.    And why would you do that?
15      A.    Because it should help with
16 decreasing irritability.
17      Q.    Was this irritability something
18 new, or was this something she would been
19 experiencing before?
20      A.    For her, it tends to come and go.
21      Q.    Okay.  And then it says tried
22 Lunesta for sleep; is that correct?
```

Page 26

Dr  DeHelian FINAL.txt

```
23        A.    Yes.
24        Q.    And why were you going to try
25  Lunesta?
0064
 1        A.    To help her sleep.
 2        Q.    Were you using that instead of
 3  something else?
 4        A.    No.
 5        Q.    And in addition to what she was
 6  already taking?
 7        A.    Correct.
 8        Q.    Okay.  Again, it says that you
 9  explained the rationale, benefits and risks and
10  treatment alternatives to Ms. Elmore; is that
11  correct?
12        A.    Correct.
13        Q.    And then it says Ms. Elmore
14  expressed an understanding and agreement of
15  these risks and benefits; is that correct?
16        A.    Correct.
17        Q.    And is that something you do on
18  every visit?
19        A.    Yes.
20        Q.    Okay.  April 24 of 2006, still in
21  Exhibit 3.  Under sober times seven months, no
22  cravings, Bible study --
23        A.    Every other week.
24        Q.    And it says doctor recommends liver
25  transplant; is that correct?
0065
 1        A.    Correct.
 2        Q.    So you are aware that Ms. Elmore is
 3  in end stage liver disease, correct?
 4        A.    Correct.
 5        Q.    That means if she doesn't get a
 6  liver transplant at some point, she will die
 7  from liver failure, correct?
 8              MR. BLIZZARD:  Object to form.
 9        A.    I don't know that that's
10  necessarily what that means.
11        Q.    Okay.  You would defer to a
12  hepatologist?
13        A.    Exactly.
14        Q.    It says irritability decreased with
15  increased Seroquel; is that correct?
16        A.    Correct.
17        Q.    So again Seroquel was working for
18  Ms. Elmore; is that correct?
19              MR. BLIZZARD:  Object to form.
20        A.    Correct.
21        Q.    Again you went over the risk,
22  benefits and treatment alternatives for her; is
23  that correct?
24        A.    Correct.
25        Q.    Did you ever consider, given her
0066
 1  diagnosis of diabetes, did you ever consider
 2  discontinuing Ms. Elmore's Seroquel?
 3        A.    We discussed it.
 4        Q.    When did you do that?
 5        A.    At every visit, one of the things
 6  you talk to clients about is do we need to
 7  continue what we are doing and why and what do
```

Page 27

Dr  DeHelian FINAL.txt

19        A.    She would have.
20        Q.    Do you have any reason to doubt
21   that at the time?
22        A.    No.
23        Q.    August 7, 2006, it says that she is
24   going to the CCF.  What is that?
25        A.    Cleveland Clinic Foundation.
0069
1         Q.    For testing to go on liver
2    transplant list; is that correct?
3         A.    Correct.
4         Q.    Did you and Ms. Elmore discuss her
5    liver disease?
6         A.    Not in any detail, no.
7         Q.    So she would just report these
8    things to you?
9         A.    Correct.
10        Q.    What was your sense of how Ms.
11   Elmore's liver disease was affecting her life?
12        A.    I know she was uncomfortable from
13   the ascites.
14        Q.    What about the process of going and
15   trying to get on the liver transplant list?
16        A.    I don't know what it is you are
17   asking.
18        Q.    Did you discuss how that made her
19   feel?
20        A.    She was very happy to be getting
21   worked up.  She saw that as a positive, that
22   there might be some treatment for her.
23        Q.    Okay.  And again on this, like
24   every other visit, you discussed her rationale,
25   benefits, risk and treatment alternatives with
0070
1    respect to her medicines; is that correct?
2         A.    Uh-huh.
3         Q.    And she expressed understanding and
4    agreement to that, correct?
5         A.    Correct.
6         Q.    And you continued her on Seroquel
7    at this time?
8         A.    Correct.
9         Q.    October 2, 2006 she is being worked
10   up for the liver transplant at the Cleveland
11   Clinic; is that correct?
12        A.    Correct.
13        Q.    And Seroquel continues to seem --
14   continues to be working for her and helping her
15   mood; is that correct?
16        A.    Yes.
17        Q.    And again, you discussed the
18   benefits and risks and alternatives with her
19   regarding her medication, correct?
20        A.    Correct.
21        Q.    Oh, and it says in pertinent
22   medical issues, that ascites is prominent
23   again; is that correct?
24        A.    Yes.
25        Q.    And that there is a spot on her
0071
1    liver, correct?
2         A.    Yes.
3         Q.    Okay.  December 18, 2006 -- and she
Page 29

Dr  DeHelian FINAL.txt

```
 4   continued on Seroquel at that point?
 5        A.   Correct.
 6        Q.   December 18, she is still on -- she
 7   is still on Seroquel, correct?
 8        A.   Correct.
 9        Q.   Still working for her; is that
10   right?
11        A.   Correct.
12        Q.   She is still having problems with
13   ascites; is that correct?
14        A.   Yes.
15        Q.   And I think it is here, this is
16   where you mark on the second page the need for
17   dual diagnosis counseling; is that correct?
18        A.   Yes.
19        Q.   And you also discontinue Ambien at
20   this time?
21        A.   Yes.
22        Q.   And why is that?
23        A.   Because she was sleep walking on
24   it, which is an unfortunate side effect for
25   some people on those medicines.
0072
 1        Q.   And this was part of your
 2   discussion regarding the benefits, the risks
 3   and the alternatives with respect to the
 4   medication she is taking, right?
 5        A.   Yes.
 6        Q.   February, is that 23, 27 of 2007?
 7        A.   27, yeah.
 8        Q.   Okay.  It says she missed the
 9   hospital -- missed last visit at hospital for
10   esophogeal bleed; is that correct?
11        A.   Correct.
12        Q.   Do you know what was the cause of
13   her esophageal bleed?
14        A.   Esophageal varices.
15        Q.   And what causes those?
16        A.   Often from excessive alcohol,
17   drinking.
18        Q.   And it says, got letter stating
19   cannot get on transplant list --
20        A.   without alcohol and drug treatment.
21        Q.   And that's the dual --
22        A.   Right, that I mentioned before.
23        Q.   Okay.  And then you say
24   asymptomatic on present medicine regimen; is
25   that correct?
0073
 1        A.   Correct.
 2        Q.   And by asymptomatic, what do you
 3   mean?
 4        A.   Mood is even, no hallucination, et
 5   cetera, no psychotic thinking, mood good and
 6   even, sleep better.
 7        Q.   And she is on Seroquel at this
 8   time, right?
 9        A.   Correct.
10        Q.   And it is working for her, right?
11        A.   I believe so.
12        Q.   Okay.  April 24 of 2007, still on
13   Seroquel at this time, correct?
14        A.   Correct.
                                   Page 30
```

Dr  DeHelian FINAL.txt

15        Q.    It is "something" dreams more
16   frequent on the first page?
17        A.    Using dreams more frequent.  It is
18   a common experience of people who abuse drugs
19   and alcohol, that they will have using dreams,
20   dreams in which they are drinking or using
21   again.
22        Q.    And then it says asymptomatic?
23        A.    Right.
24        Q.    What is that?
25        A.    Which means mood is good, no
0074
1   psychotic thinking.
2        Q.    Seroquel is working for her, right?
3        A.    I believe so.
4        Q.    On the second page, you again
5   discussed benefits, risk and treatment
6   alternatives; is that correct?
7        A.    Correct.
8        Q.    She expressed understanding and
9   agreement?
10        A.    Yes.
11        Q.    And then it says discussed drinking
12   re smoking cessation; is that correct?
13        A.    No.  Discussed thinking about
14   smoking cessation, half a pack a day.  That's
15   also a problem with varices, smoking is
16   irritating to esophagus and stomach and things
17   like that.  It would be good for her to think
18   about trying to quit if she could.
19        Q.    Were you aware that Ms. Elmore is
20   an asthmatic?
21        A.    No.
22        Q.    Asthma can be a potentially serious
23   disease?
24        A.    Correct.
25        Q.    And also it is a chronic disease,
0075
1   correct?
2        A.    Correct.
3        Q.    Potentially life-threatening
4   disease, correct?
5        A.    Correct.
6        Q.    Did you also know she has been
7   diagnosed with COPD?
8        A.    No.
9        Q.    Do you know what COPD is?
10        A.    Yes.
11        Q.    What is that?
12        A.    Chronic obstructive pulmonary
13   disease.
14        Q.    Serious disease, right?
15        A.    Yes.
16        Q.    Chronic disease?
17        A.    Yes.
18        Q.    Potentially life threatening?
19        A.    Yes.
20        Q.    Is it good for somebody who has
21   asthma and COPD to smoke?
22        A.    No.
23        Q.    Why not?
24        A.    It increases, it is likely to
25   increase certainly the COPD.
                              Page 31

Dr  DeHelian FINAL.txt

0076
1        Q.    In April she was still on Seroquel;
2   is that correct?
3        A.    Correct.
4        Q.    The next time she came in was June
5   19 of 2007; is that correct?
6        A.    Yes.
7        Q.    And here she has finished her dual,
8   what is that, dual diagnosis?
9        A.    Treatment, right.  Finished the
10  dual diagnosis group.
11       Q.    So now she can qualify to be on the
12  transplant list; is that correct?
13       A.    Correct.
14       Q.    But you are not aware of whether or
15  not she has actually made a list?
16       A.    No.
17       Q.    Okay.  Is she still on Seroquel at
18  this time?
19       A.    Yes.
20       Q.    And does it seem to be working for
21  her?
22       A.    Yes.
23       Q.    On the second page it says
24  discussed possible med decrease because of
25  sleepiness.  What med?
0077
1        A.    I don't know that we discussed
2   anything in particular.  We were talking about
3   was the sleepiness from medicine or something
4   else.  The medicines haven't changed.
5        Q.    Okay.
6        A.    Was it from blood loss or general
7   medical condition or whatever, and I think we
8   decided we would just sit on it for a bit and
9   see if the sleepiness resolved.
10       Q.    And again this is part of your
11  continuing discussion relating to the benefits,
12  risk and treatment alternatives for Ms. Elmore,
13  correct?
14       A.    Correct.
15       Q.    And again she expressed
16  understanding and agreement to her treatment
17  therapy?
18       A.    Yes.
19       Q.    June 19 of 2007.
20       A.    Yes.
21       Q.    Is she still on Seroquel at this
22  time?
23       A.    Yes.
24       Q.    We just discussed June 19.
25       A.    I was going to say.
0078
1        Q.    It looks familiar.
2              July 24 of 2007, are you there?
3        A.    Yes.
4        Q.    Okay.  So called by law firm re
5   Seroquel suit, correct?
6        A.    Correct.
7        Q.    So is this what we were referring
8   to a long time ago?
9        A.    A long time ago, yes.
10       Q.    Okay.  And this would have been --
                    Page 32

Dr DeHelian FINAL.txt

```
11  was this the only time you discussed the
12  lawsuit with her?
13        A.    No.
14        Q.    What other times have you discussed
15  the lawsuit with her?
16        A.    After she came back from Texas and
17  how that went.
18        Q.    And what did she tell you?
19        A.    She said it went well.
20        Q.    Did she say anything else about
21  what happened in Texas?
22        A.    No.  We really talked more about
23  the trip and how that was.
24        Q.    Okay.  She hasn't heard anything
25  more about the transplant list; is that
0079
1   correct?
2         A.    Correct.
3         Q.    And she is going to get another
4   scope for varices; is that correct?
5         A.    Right.
6         Q.    Okay.  On the next page, it says,
7   needs to stop Seroquel because of lawsuit.
8         A.    That's what she told me.
9         Q.    Okay.  Did you ask her why she
10  needed to stop?
11        A.    She told me that the people from
12  the law firm had told her it would be
13  detrimental to her case to be continuing to
14  take the Seroquel.
15        Q.    What was your response to hearing
16  that?
17        A.    Well, I asked her how that went.
18        Q.    What do you mean how that went?
19        A.    How discontinuing the Seroquel
20  went.
21        Q.    Well, did you feel that she should
22  discontinue the Seroquel?
23        A.    I mean, no one should discontinue
24  medicine abruptly.
25        Q.    But did you think, Dr. Laura
0080
1   DeHelian, did you think she should
2   discontinue --
3         A.    It is not up to me to decide.  It
4   is up to her to decide.
5         Q.    Okay.
6         A.    The risk is her symptoms will come
7   back.
8         Q.    Okay.
9         A.    But she is the one who takes the
10  risk, not me.
11        Q.    Okay.  But it was your
12  understanding that the law firm had told her to
13  stop?
14        A.    That's what she told me.
15        Q.    Okay.  Do you have any opinions on
16  whether law firms should be telling people to
17  stop their medication?
18        A.    Well, I don't think people who are
19  non-prescribers should be giving medication
20  advice, no.
21        Q.    Did you at this point see any
```

Page 33

Dr DeHelian FINAL.txt

```
22   reason why she should stop taking her Seroquel?
23        A.    No.
24        Q.    It said that she has already
25   stopped, correct?
0081
 1        A.    Yes, she had already stopped.
 2        Q.    And you discussed options?
 3        A.    Correct.
 4        Q.    what options did you discuss with
 5   her?
 6        A.    whether -- I mean, it was going
 7   back on the Seroquel, but she didn't want to do
 8   that. It was using another atypical, it was
 9   waiting to see, and she decided she wanted to
10   wait and see how things went.
11        Q.    She wasn't going to take any
12   atypical at this time?
13        A.    Correct.
14        Q.    But one of the things that you
15   discussed with her was actually reinitiating
16   Seroquel therapy; is that right?
17        A.    Yes. That was certainly one of the
18   options.
19        Q.    You didn't see that as, in your
20   mind, that wasn't something that she couldn't
21   do?
22             MR. BLIZZARD: Object to form.
23        Q.    You saw Seroquel as a viable option
24   still for her, correct?
25        A.    Yes.
0082
 1        Q.    And is that because it was working
 2   for her?
 3             MR. BLIZZARD: Object to form.
 4        A.    I was concerned that without some
 5   medication, she would end up with symptoms
 6   back. I was concerned that she would be
 7   symptomatic again.
 8        Q.    Now, you have an addendum to that
 9   note, correct?
10        A.    Yes.
11        Q.    And the addendum states that Ms.
12   Elmore related that she had abruptly stopped
13   her Seroquel on the advice of the attorney(s)
14   pursuing a suit on her behalf, re alleged
15   adverse reactions to this medication, correct?
16        A.    Yes.
17        Q.    Had you ever attributed any adverse
18   reaction to Ms. Elmore's Seroquel use?
19        A.    There was always the potential that
20   her diabetes was related to the use of the
21   atypical, yes. We have discussed that.
22        Q.    But that's Risperdal and Seroquel,
23   correct?
24        A.    That's any of them, yes.
25        Q.    But in your records, have you ever
0083
 1   attributed any adverse effect to her use of
 2   Seroquel?
 3        A.    I don't do that.
 4        Q.    Okay.
 5        A.    It is not in my purview to make
 6   attributions about such things.
```
                              Page 34

Dr  DeHelian FINAL.txt

```
 7       Q.    You would defer to a medical
 8  doctor?
 9       A.    I would defer, yes.
10       Q.    And then you say that she stated
11  that she had done this because the
12  attorney(s) felt that continuing to take the
13  Seroquel could damage her case; is that
14  correct?
15       A.    Yes.
16       Q.    And then what do you say next?
17       A.    That the abrupt discontinuation was
18  difficult for her physically.  She was vomiting
19  and very sick for a couple of days.
20       Q.    And it said it also put her at risk
21  for a return of psychiatric symptoms; is that
22  correct?
23       A.    That's my belief, yes, that she was
24  putting herself at risk for return of symptoms.
25       Q.    And then you expressed your belief
0084
 1  that it would have been better if she had
 2  consulted you about the wisdom of discontinuing
 3  Seroquel?
 4       A.    Because if she wanted to
 5  discontinue the Seroquel, we would have tapered
 6  it down so she didn't have problems like the
 7  vomiting, et cetera, which I think came from
 8  the abrupt discontinuing.
 9       Q.    And in the bottom of the second
10  paragraph, you say, "and because I fear for
11  what could literally be her life."  What did
12  you mean by that?
13       A.    If she starts drinking again, she
14  may well damage her liver beyond repair and she
15  will not be a candidate for transplant.
16       Q.    And you were concerned about this
17  given her discontinuation --
18       A.    History.
19       Q.    Her history and then her
20  discontinuation of her Seroquel therapy, right?
21       A.    Yes, that she would get the return
22  of symptoms that may have contributed to her
23  drinking and using behavior before.
24       Q.    And then you have discussed this
25  with a collaborating physician; is that
0085
 1  correct?
 2       A.    Correct.  Dr. Martin, she is my
 3  collaborating psychiatrist.
 4       Q.    And does she collaborate with you
 5  at Neighboring?
 6       A.    At Neighboring.  Every advanced
 7  practice nurse with prescriptive privileges has
 8  to have a collaborating physician.  In my case,
 9  it is a collaborating psychiatrist.
10       Q.    And Dr. Martin agreed with you?
11       A.    Yes.  Because after I -- yes, we
12  discussed the case at this point in time.
13       Q.    Okay.  And then on August 7 of
14  2007, still in Exhibit 3, what did Ms. Elmore
15  tell you?
16       A.    Well, that her depression had
17  increased and she was starting to get some
```
                              Page 35

Dr DeHelian FINAL.txt

```
18  psychotic symptoms back again, the seeing
19  things out of the corner of her eye is the
20  psychotic stuff.  The depression and increased
21  agitation is about the mood lability, the mood
22  loosening up without a mood stabilizer on
23  board.
24       Q.    So your fear about the return of
25  psychiatric symptoms was coming true?
0086
1        A.    Yes.
2        Q.    Further proof that the Seroquel was
3   working for her --
4              MR. BLIZZARD:  Object to form.
5        Q.    -- right?
6        A.    That's my interpretation.
7        Q.    That's what we are here for,
8   doctor.
9        A.    Okay.
10       Q.    And you determined that now, off of
11  Seroquel, which she had been taking for quite
12  some time, correct?
13       A.    Correct.
14       Q.    Now she is returned to being
15  moderately ill; is that correct?
16             MR. BLIZZARD:  Object to form.
17       A.    Yes.
18       Q.    That's what you have under severity
19  of illness, right?
20       A.    Yes.
21       Q.    And do you attribute that to her
22  discontinuation, the change from mildly to
23  moderately ill to her discontinuation to her
24  use of Seroquel?
25       A.    Yes.
0087
1        Q.    And you determined that she needed
2   coverage for both mood lability and
3   hallucinations, correct?
4        A.    Correct.
5        Q.    And when you say coverage, you are
6   referring to pharmacotherapy; is that correct?
7        A.    Right.
8        Q.    And later you say you will
9   institute Geodon; is that correct?
10       A.    Correct.
11       Q.    And that's another atypical
12  antipsychotic?
13       A.    Exactly.
14       Q.    Which contains in its label a
15  warning about diabetes and hyperglycemia too?
16             MR. BLIZZARD:  Object to form.
17       A.    Yes.
18       Q.    Which you are aware of?
19       A.    Yes.
20       Q.    And did you discuss that with Ms.
21  Elmore?
22       A.    Yes.
23       Q.    And why was she willing to take
24  that Geodon, which contains the same,
25  essentially the same language, as opposed to
0088
1   Seroquel?
2        A.    Because she wanted relief of
```

Page 36

Dr  DeHelian FINAL.txt
```
11              MR. MIZGALA:  I do think it was the
12   way you were holding it.  I'm sorry.  My
13   colleague pointed that out to me quickly.  Said
14   you are wrong, so I'm sorry.
15         Q.    The call notes, they begin, as Mr.
16   Blizzard pointed out, August 1 of 2006,
17   correct?
18         A.    Yes.
19         Q.    And at that time, you were already
20   well aware of the metabolic syndrome and
21   diabetic potential side effects of the atypical
22   class, right?
23              MR. BLIZZARD:  Object to form.
24         A.    True.
25         Q.    Including Seroquel?
0142
1          A.    True.
2          Q.    And you also talked about, Mr.
3    Blizzard asked you, when you first saw Ms.
4    Elmore, he asked you or he said something about
5    not making a new and independent decision about
6    prescribing Seroquel, and you said, yes, you
7    continued to prescribe Seroquel, correct?
8          A.    Correct.
9          Q.    And you also did the same process
10   with respect to Risperdal, correct?
11         A.    Correct.
12         Q.    And while you didn't make any new
13   and independent decision with respect to either
14   of those two drugs, your notes do reflect that
15   you sat down and discussed the rationale,
16   benefits and risks of those drugs with Ms.
17   Elmore, right?
18              MR. BLIZZARD:  Object to the form.
19         A.    Correct.
20         Q.    And that she understood and agreed?
21              MR. BLIZZARD:  Object to form.
22         A.    Yes.
23         Q.    And while you didn't remember
24   specifically discussing metabolic syndrome or
25   any specific discussions in that regard with
0143
1    Ms. Elmore, would it have been your practice to
2    discuss for risk of atypical psychotics at that
3    time, to discuss tardive dyskinesia,
4    extrapyramidal symptoms and metabolic symptoms?
5              MR. BLIZZARD:  Object to form.
6          A.    Yes.
7          Q.    And is there any reason to believe
8    that you did anything different, any deviations
9    from your standard practice with respect to Ms.
10   Elmore?
11         A.    No.
12         Q.    Finally, the ADA consensus
13   statement that Mr. Blizzard showed you, again,
14   you did not see that before today, right?
15         A.    Not that I recall.
16         Q.    Okay.  And it was put out in what
17   year?
18         A.    February of 04.
19         Q.    And again, by then you were already
20   aware of the metabolic, potential for metabolic
21   adverse effect of this class of drugs, correct?
                        Page 59
```

Dr DeHelian FINAL.txt

```
22         A.     Correct.
23         Q.     And you said you don't remember
24   anybody -- Mr. Blizzard asked you if anybody
25   from AstraZeneca shared this with you, right?
0144
 1         A.     Yes.
 2         Q.     But all the drug companies were
 3   represented here, right?
 4               MR. BLIZZARD:  Object to form.
 5         A.     I'm sorry?
 6         Q.     All the drug companies that were
 7   manufacturers of atypicals were represented,
 8   right?
 9               MR. BLIZZARD:  Same objection.
10         A.     I'm assuming so.
11         Q.     But, you know --
12         A.     I don't know them by name of
13   companies.
14         Q.     Well, Lilly had representatives
15   there?
16         A.     Oh, right, right.
17         Q.     And Bristol-Myers, right?
18         A.     Right.
19         Q.     Pfizer?
20         A.     They make those --
21         Q.     They make the others --
22         A.     The big six, okay.
23         Q.     Okay.  Any of those representatives
24   ever share this with you?
25         A.     Not that I recall.
0145
 1         Q.     And again, is that just -- you said
 2   you don't really rely on those folks for your
 3   medical knowledge, correct?
 4         A.     Correct.
 5         Q.     And you said -- he asked you about
 6   ziprasidone and aripiprazole?
 7         A.     Yes.
 8         Q.     And you made the statement that not
 9   at that point in time, there wasn't any
10   evidence of a risk for diabetes with those two.
11   What did you mean by not at that point in time?
12         A.     My understanding is that there has
13   been shown to be an increased risk with those
14   newer ones as well.
15         Q.     And what is that based on?
16         A.     Based on, I couldn't tell you
17   current literature I have read, but current
18   discussions with colleagues.
19         Q.     And that's the kind of thing you
20   rely on when you are prescribing to your
21   patients?
22               MR. BLIZZARD:  Object to form.
23         A.     Yes.
24         Q.     Ma'am, you previously told me that
25   if Ms. Elmore didn't stop taking Seroquel at
0146
 1   the advice of her counsel, you would still be
 2   prescribing it to her today, right?
 3         A.     Yes.
 4         Q.     And has anything that we have
 5   discussed here, with me or Mr. Blizzard,
 6   changed that view in any way?
```

Page 60

Dr  DeHelian FINAL.txt

```
 7        A.    NO.
 8        MR. MIZGALA:  Okay.  Thank you.
 9        EXAMINATION OF LAURA DEHELIAN, Ph.D.
10   BY MR. BLIZZARD:
11        Q.    I just have a couple more.
12        A.    Sure.
13        Q.    First of all, with respect to the
14   increased risk of diabetes with the newer
15   atypical antipsychotics, Geodon and Abilify --
16        A.    Right.
17        Q.    -- are you familiar with any
18   scientific studies, any controlled studies that
19   show an increased risk of diabetes with those
20   two drugs?
21        A.    NO.
22        Q.    In terms of your receiving Seroquel
23   samples from AstraZeneca and the benefits of
24   that to your clinic, you don't have any
25   information internally what the motivations of
0147
 1   AstraZeneca are for that, for giving samples?
 2        MR. MIZGALA:  Object to form.
 3        A.    NO.
 4        Q.    Do you know, have they given you
 5   things other than pens, mugs, Kleenex, that
 6   sort of thing?
 7        A.    NO.
 8        Q.    Have they sponsored dinners that
 9   you have attended?
10        A.    I believe so.
11        Q.    Have they sponsored lunches in your
12   office for you and/or your staff?
13        A.    Probably.
14        Q.    Do you know why they do that?
15        MR. MIZGALA:  Object to form.
16        A.    NO.
17        MR. BLIZZARD:  I don't have
18   anything else.
19        EXAMINATION OF LAURA DEHELIAN, Ph.D.
20   BY MR. MIZGALA:
21        Q.    I'm sorry.  AstraZeneca is not the
22   only pharmaceutical company that sponsors
23   lunches or dinners or things like that for you
24   and your staff, right?
25        A.    Right.
0148
 1        Q.    They all do, right?
 2        A.    They all do.
 3        Q.    And again, that's part of the
 4   reason you take with skepticism the things that
 5   they provide you, right?
 6        A.    Yes.
 7        MR. MIZGALA:  Thank you.
 8        MR. BLIZZARD:  Thank you.
 9
10        (Deposition concluded.)
11              - - - - -
12
13
14
15
16
17                         Page 61
```