# EXHIBIT B

JOB NO. 93141

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to 6:07-cv-16085

ORAL DEPOSITION OF DEBORAH ELMORE
AUGUST 15, 2007

ORAL DEPOSITION OF DEBORAH ELMORE, produced as a witness at the instance of the Defendants and duly sworn, was taken in the above styled and numbered cause on August 15, 2007, from 9:44 a.m. to 1:47 p.m., before L. RENE WHITE, CSR, CRR, RPR in and for the State of Texas, reported by machine shorthand, at Bailey Perrin Bailey, L.L.P., 440 Louisiana Street, Suite 2100, Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record herein.

```
 1                    A P P E A R A N C E S
 2
     FOR THE PLAINTIFF:
 3   DIANE ENGLISH PRICE, ESQ.
     JENNIFER BEST, ESQ.
 4   BAILEY PERRIN BAILEY, L.L.P.
     440 Louisiana Street, Suite 2100
 5   Houston, Texas   77002
     (713) 425-7100
 6
     FOR THE DEFENDANT:
 7   JAMES MIZGALA, ESQ.
     KAYE SCHOLER
 8   425 Park Avenue
     New York, New York  10022-3598
 9   (212) 836-7522
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

I N D E X

| | PAGE |
|---|---|
| APPEARANCES................................. | 2 |

DEBORAH ELMORE

EXAMINATION
    By Mr. Mizgala......................... 4
    By Ms. Price........................... 102

FURTHER EXAMINATION
    By Mr. Mizgala......................... 112

CORRECTION PAGE............................. 119
SIGNATURE PAGE.............................. 120
REPORTER'S CERTIFICATION.................... 121

E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Plaintiff's Fact Sheet | 21 |
| 2 | Notice of deposition | 32 |

```
 1              THE REPORTER:  Is the witness going to read
 2   and sign?
 3              MS. PRICE:  Yes.
 4                    DEBORAH ELMORE,
 5   having been duly sworn, testified as follows:
 6                      EXAMINATION
 7   BY MR. MIZGALA:
 8        Q.   Good morning, Ms. Elmore.
 9        A.   Good morning.
10        Q.   Could you please state your full name for the
11   record?
12        A.   Deborah Alice Elmore.
13        Q.   And your current residence?
14        A.   5780 South Winds Drive, Apartment 136, Mentor,
15   Ohio 44060.
16        Q.   And how long have you lived there, ma'am?
17        A.   Since April.
18        Q.   April of 2007?
19        A.   Uh-huh.
20        Q.   Okay.  And your Social Security number, please?
21        A.   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.
22        Q.   Okay.  Ms. Elmore, have you ever been deposed
23   before?
24        A.   No.
25        Q.   No.  Okay.
```

```
 1      A.  Yeah.
 2      Q.  Okay.  So on page 7 of your fact sheet under A
 3  when it says, "Have you been a party to a lawsuit,
 4  civil, criminal, or administrative," that should be yes,
 5  correct?
 6      A.  Yes.
 7      Q.  Okay.  And the eviction proceedings by
 8  Mr. Fisher should be listed underneath there, correct?
 9      A.  Yeah.
10      Q.  Okay.  You've also been a defendant in several
11  criminal suits, correct?
12      A.  Yes.
13          MS. PRICE:  Objection.
14      Q.  (BY MR. MIZGALA)  Okay.  Do you know how many?
15          MS. PRICE:  Assumes facts in evidence --
16  not in evidence.
17      A.  Four.
18      Q.  (BY MR. MIZGALA)  The records I show -- the
19  records I have show you've been a defendant 29 times in
20  Lake County, Ohio.
21      A.  I thought you were talking about going to
22  prison.
23      Q.  Okay.  Well, we're just talking about the
24  number of criminal proceedings you've been involved in.
25      A.  Well, I don't know how many.  I don't remember.
```

```
 1        Q.   Would 29 surprise you?
 2        A.   Yes.
 3             MS. PRICE:  Objection, calls for
 4   speculation.
 5        Q.   (BY MR. MIZGALA)  Is it over ten that you
 6   recall?
 7        A.   Yes.
 8        Q.   Over 20?
 9        A.   No.
10             MS. PRICE:  Objection, leading.
11        Q.   (BY MR. MIZGALA)  Okay.  But you have been
12   convicted on at least four occasions, correct?
13             MS. PRICE:  Objection, assumes facts not in
14   evidence.
15        A.   Yes.
16        Q.   (BY MR. MIZGALA)  Okay.  And you have one of
17   those listed under Part B; is that correct?
18        A.   Yes.
19        Q.   Receiving stolen property?
20        A.   Yes.
21        Q.   In fact, you were convicted twice for that
22   offense, correct?
23        A.   Yeah.
24             MS. PRICE:  Objection, assumes facts not in
25   evidence.
```

```
 1      Q.   When did you start drinking?
 2      A.   I don't know.  I don't remember.
 3      Q.   Do you know -- was it in your teens?
 4      A.   I don't remember.
 5      Q.   Okay.  Have you ever been treated for
 6  alcoholism?
 7      A.   Yes.
 8      Q.   When?
 9      A.   I don't remember what year.
10      Q.   Okay.  Have you ever been in rehab?
11      A.   Yes.
12      Q.   You actually went to a facility?
13      A.   Yes.
14      Q.   Okay.  Laurelwood was one of those?
15      A.   Yes.
16      Q.   And that was in 1991?
17      A.   Probably.
18      Q.   Okay.  And you also got treated in a rehab
19  program in -- at Delmore Lake Hospital; is that correct?
20           MS. PRICE:  Objection, leading; assumes
21  facts not in evidence.
22      A.   I don't know.
23      Q.   (BY MR. MIZGALA)  Okay.  In 2000, you don't
24  recall being -- going into a rehab program then?
25           MS. PRICE:  Assume -- objection, assumes
```

1  facts not in evidence.
2      A.  I don't know.
3      Q.  (BY MR. MIZGALA)  Okay.  You've been in a rehab
4  program more than once, correct?
5          MS. PRICE:  Objection, assumes facts not in
6  evidence.
7      A.  Yes.
8      Q.  (BY MR. MIZGALA)  Okay.  For -- for alcohol and
9  for cocaine, right?
10         MS. PRICE:  Objection, assumes facts not in
11 evidence.
12     A.  Yes.
13     Q.  (BY MR. MIZGALA)  Okay.  When was the last time
14 you used cocaine, ma'am?
15         MS. PRICE:  Objection, assumes facts not in
16 evidence.
17     A.  2005.
18     Q.  (BY MR. MIZGALA)  Okay.  How often were you
19 using cocaine before then?
20     A.  I don't know.
21     Q.  Would you say you had a substance abuse problem
22 with respect to cocaine?
23         MS. PRICE:  Objection, vague, too general.
24     A.  Yes.
25     Q.  (BY MR. MIZGALA)  Okay.  And you were treated

```
1    for that, correct?
2         A.  Yes.
3         Q.  Okay.  And in -- and part of the reason you're
4    not on the transplant list right now is because of your
5    history of substance abuse; is that right?
6              MS. PRICE:  Objection, assumes facts not in
7    evidence; leading.
8              You can answer.
9         A.  Yes.
10        Q.  (BY MR. MIZGALA)  Okay.  And, ma'am, I'm sorry,
11   there are questions I just have to ask.  Okay?
12             Have you ever smoked?
13        A.  Yes.
14        Q.  Do you smoke now?
15        A.  Yes.
16        Q.  Okay.  How much do you smoke?
17        A.  About a half a pack a day.
18        Q.  What brand do you smoke?
19        A.  Maverick.
20        Q.  Maverick.
21             Has that been pretty consistent or have you
22   smoked more in the past?
23        A.  I've smoked --
24             MS. PRICE:  Objection, confusing;
25   ambiguous.
```

1   taking the drug?
2       A.  I don't remember.
3       Q.  Is it fair to say, Ms. Elmore, that you're
4   relying on your doctor's judgment, medical judgment,
5   when they prescribe drugs to you?
6       A.  Yes.
7               MS. PRICE:  Objection, ambiguous.
8       Q.  (BY MR. MIZGALA)  And, Ms. Elmore, are you
9   aware that all prescription drugs have potential risks
10  associated with their use?
11      A.  Yes.
12      Q.  Okay.  And you still take several of them,
13  correct?
14      A.  Yeah.
15      Q.  And why is that?
16      A.  I don't know.
17      Q.  Well, is it because you think they -- they help
18  you out, too?
19      A.  I don't know.
20              MS. PRICE:  Objection, leading.
21      Q.  (BY MR. MIZGALA)  Has any doctor told you that
22  a drug wouldn't have side effects?
23      A.  Can you repeat that?
24      Q.  Has any doctor told you that some prescription
25  drug they were giving to you wouldn't have side effects?