UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re:  Seroquel Products Liability Litigation<br>MDL Docket No.  1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**DECLARATION OF DENNIS J. CANTY IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO LODGE ALLEGEDLY "CONFIDENTIAL" MATERIALS AND FOR A DETERMINATION REGARDING CONFIDENTIALITY** |

I, Dennis J. Canty, hereby declare as follows:

1. I am an attorney with the firm Levin Simes Kaiser & Gornick LLP, attorneys of record for plaintiffs in the above-referenced action.  I have personal knowledge of the facts set forth herein, and would testify competently to the same if called upon to do so.

2. Attached hereto as Exhibit A is an index of documents plaintiffs were precluded from filing as exhibits to the Declaration of Dennis J. Canty in Support of Plaintiffs' Motion For Sanctions Due To Misconduct in Case-Specific Discovery, filed October 24, 2007 (Docket No. 604.)

3. Attached hereto as Exhibit B is a true and correct copy of AstraZeneca's Second Supplemental Disclosure of Available Case Specific Discovery Information and Documentation Pursuant to Case Management Order No. 4 for Plaintiff Beverly Getchell, served August 9, 2007.

4. Attached hereto as Exhibit C is a true and correct copy of correspondence sent by this office on October 17, 2007.

5. Attached hereto as Exhibit D is a true and correct copy of correspondence sent by this office on October 24, 2007.

1

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th day of October 2007 in San Francisco, CA.

      /s/ Dennis J. Canty
Dennis J. Canty