# Exhibit A

**Exhibit 8**: Excerpt of call notes related to Dr. Steven Gelfand (Plaintiff James Frederick)

**Exhibit 9**: Excerpt of call notes related to Dr. Steven Gelfand (Plaintiff James Frederick)

**Exhibit 10:** Excerpt of call notes related to Dr. Farris Johnson (Plaintiff Hellen Thomas)

**Exhibit 15:** Excerpt of call notes related to Dr. Farris Johnson (Plaintiff Hellen Thomas)

**Exhibit 18:** AstraZeneca's Disclosure of Available Case Specific Discovery Information and Documentation Pursuant to Case Management Order No.4 for Plaintiff Hellen Thomas, served August 3, 2007.

**Exhibit 19:** AstraZeneca's Second Supplemental Disclosure of Available Case Specific Discovery Information and Documentation Pursuant to Case Management Order No. 4 for Plaintiff Hellen Thomas, served September 24, 2007.

**Exhibit 21:** AstraZeneca's Disclosure of Available Case Specific Discovery Information and Documentation Pursuant to Case Management Order No.4 for Plaintiff Hellen Thomas, served August 3, 2007, including excerpt of call notes and IMS data for Dr. Farris Johnson.

**Exhibit 22:** AstraZeneca's Disclosure of Available Case Specific Discovery Information and Documentation Pursuant to Case Management Order No.4 for Plaintiff James Frederick served August 3, 2007, including excerpts of call notes and IMS data for Dr. Steven Gelfand.

**Exhibit 27:** AstraZeneca's First Supplemental Disclosure of Available Case Specific Discovery Information and Documentation Pursuant to Case Management Order No.4 for Plaintiff James Frederick served September 17, 2007 including excerpts of call notes for Dr. Steven Gelfand.