UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to:

Beverly Getchell v. AstraZeneca Pharmaceuticals
LP, et al.

CASE NUMBER:  6:06-cv-01314

---

**AstraZeneca's Second Supplemental Disclosure of Available Case Specific Discovery Information and Documentation Pursuant to Case Management Order No. 4 for PLAINTIFF BEVERLY GETCHELL**

---

Defendants Astra Zeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca") provided certain call notes related to "Peter Ramirez" in its disclosure of Available Case Specific Discovery Information and Documentation Pursuant to Case Management Order No. 4, served on July 23, 2007. These call notes were reformatted and a supplemental disclosure was served on July 24, 2007.

Exhibit A, attached to this second supplemental disclosure, includes call notes

for "Peter Ramirez" without a time limitation. The call notes in Exhibit A are also being produced in electronic form as a PDF document and an Excel spreadsheet.

Dated: August 9, 2007

*[signature]*
Russell O. Stewart
Nadia G. Malik
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
E-Mail: rstewart@faegre.com
           nmalik@faegre.com

Fred Magaziner
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
E-mail: fred.magaziner@dechert.com

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of August, 2007, I caused to be served a true and correct copy of the foregoing on Lawrence Gornick, Plaintiffs' Counsel, and Larry Roth, Plaintiffs' Liaison Counsel, via electronic mail and first-class mail. Service on Plaintiffs' Liaison Counsel constitutes service on all unrepresented plaintiffs.

/s/ Russell O. Stewart

Russell O. Stewart
Nadia Malik
Faegre & Benson, LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
303-607-3500

*Counsel for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

fb.us.2226758.02

3

| | A | B | C | D | E | F | G | H | I | J | K | L | M | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ACTID | ACTDATE | ACCTID | USERTERR HSTID | ERRUSERID | ACCTTYPE | TERRITORYID | NOTEID | HCP_FIRST_NAME | HCP_LAST_NAME | HCP_MIDDLE_NAME | HCP_NAME | HCP_ADDRESS1 | HCP_CITY | HCP_STATE | HCP_ZIP | NOTETEXT |
| 1 | 194777078 | 20-NOV-97 | 73692015 | 471639 | 12835 | PROF | 129303 | 194775339 | PETER | RAMIREZ | A | RAMIREZ, P - Priv. Practice | 280 REGENCY RIDGE DR | DAYTON | OH | 45459 | |
| 2 | 194777326 | 14-JAN-98 | 73692015 | 471639 | 12835 | PROF | 129303 | 194775532 | PETER | RAMIREZ | A | RAMIREZ, P - Priv. Practice | 280 REGENCY RIDGE DR | DAYTON | OH | 45459 | |
| 3 | 194777400 | 30-JAN-98 | 73692015 | 471639 | 12835 | PROF | 129303 | 194775584 | PETER | RAMIREZ | A | RAMIREZ, P - Priv. Practice | 280 REGENCY RIDGE DR | DAYTON | OH | 45459 | |
| 4 | 194777540 | 23-FEB-98 | 73692015 | 471639 | 12835 | PROF | 129303 | 194775692 | PETER | RAMIREZ | A | RAMIREZ, P - Priv. Practice | 280 REGENCY RIDGE DR | DAYTON | OH | 45459 | |
| 5 | 194777782 | 02-APR-98 | 73692015 | 473962 | 12835 | PROF | 510603 | 194775880 | PETER | RAMIREZ | A | RAMIREZ, P - Priv. Practice | 280 REGENCY RIDGE DR | DAYTON | OH | 45459 | |
| 6 | 194778178 | 09-JUN-98 | 73692015 | 473962 | 12835 | PROF | 510603 | 194776200 | PETER | RAMIREZ | A | RAMIREZ, P - Priv. Practice | 280 REGENCY RIDGE DR | DAYTON | OH | 45459 | |
| 7 | 194778556 | 26-AUG-98 | 73692015 | 473962 | 12835 | PROF | 510603 | 194776481 | PETER | RAMIREZ | A | RAMIREZ, P - Priv. Practice | 280 REGENCY RIDGE DR | DAYTON | OH | 45459 | |
| 8 | 194778865 | 15-OCT-98 | 73692015 | 473962 | 12835 | PROF | 510603 | 194776715 | PETER | RAMIREZ | A | RAMIREZ, P - Priv. Practice | 280 REGENCY RIDGE DR | DAYTON | OH | 45459 | |
| 9 | 194779000 | 04-NOV-98 | 73692015 | 473962 | 12835 | PROF | 510603 | 194776814 | PETER | RAMIREZ | A | RAMIREZ, P - Priv. Practice | 280 REGENCY RIDGE DR | DAYTON | OH | 45459 | |
| 10 | 194780119 | 19-MAY-99 | 73692015 | 473962 | 12835 | PROF | 510603 | 194777624 | PETER | RAMIREZ | A | RAMIREZ, P - Priv. Practice | 280 REGENCY RIDGE DR | DAYTON | OH | 45459 | |
| 11 | 194780167 | 28-MAY-99 | 73692015 | 473962 | 12835 | PROF | 510603 | 194777659 | PETER | RAMIREZ | A | RAMIREZ, P - Priv. Practice | 280 REGENCY RIDGE DR | DAYTON | OH | 45459 | |

MDL-GetchellB-0601314 - 00024-Confidential

| | A | B | C | D | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES |
| 2 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 6/14/2001 0:00 | Inst call (CNS/Onc/Urol) | working in Dr. Mitchell's private practice, inpatient at Middletown Regional Hospital and at an agency 1 day/week in Stan's territory. |
| 3 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 6/18/2001 0:00 | Inst call (CNS/Onc/Urol) | he is not the Seroquel champion that we thought he was! He claims that his experience is limited with Seroquel and that admitted that when he has used Seroquel it has not been at effective doses. He has no clear objection to Seroquel other than lack of knowledge on dosing and lack of patient experience/success. Leverage Dr. Mitchell's success with him! |
| 4 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Tripp, Stanley | 6/21/2001 18:00 | Inst call (CNS/Onc/Urol) | quick intro to dr not ale to do much very backed up |
| 5 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Susman, Beverly M | 6/26/2001 0:00 | Stand-Up Call | briefly at window, nco no real experience with higher doses because his old clinic lacked chronic patients; they were all private UHC patients; also it was over 2 years ago and we weren't even talking about 300; all thie info is new since he practiced so he will have to be very updated; he can be sold easily I am convinced |
| 6 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Tripp, Stanley | 7/11/2001 13:21 | Inst call (CNS/Onc/Urol) | dr tracewell introd me to dr said he could count on me and trust me. dr seems seroq shy tried to let him know safety and compliance are what makes us diff reminded dose to 400 for psych but couldnt finish call interrupted. nco find time to get him our core message and get his feedback |
| 7 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Susman, Beverly M | 7/30/2001 0:00 | Stand-Up Call | doctor said he memebered me from united; had only used low doses because not really treating schizophrenia 3 years ago; went over new dosing theories; we can get dr. mitvchell to share his successes; he remembered side effect profile; nco ask him what he needs the most updating on???? |
| 8 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 8/20/2001 0:00 | Inst call (CNS/Onc/Urol) | discussed kowatch program |

2220669

MDL-GetchellB-0601314-00025-Confidential

| | A | B | C | D | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES |
| 1 | | | | | | | | | | | |
| 9 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Tripp, Stanley | 8/22/2001 15:45 | Stand-Up Call | had good disc with dr talked around eff and dosing. mentioned how seroq has no suprises. early calming and then eff and compliance. he agreed and says he likes. sedation is only prob but not cause of discontinue/ let him know i met his Mom at TVPS  gave him a seroq pen per her request  nco- get drs area of use pt types and successes |
| 10 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Tripp, Stanley | 9/13/2001 0:00 | Stand-Up Call | reminder of eff and low eps. invited drs to tandon, we will see nco fu on tandon keep push on for 1st line use |
| 11 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 10/3/2001 23:22 | Office Manager | hours have changed again. now M/T/R at Mitchell office from 11-5 |
| 12 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Susman, Beverly M | 10/31/2001 0:00 | Gatekeeper | left info since not there for lunch |
| 13 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 11/21/2001 12:30 | Stand-Up Call | saw him for 30 sec as he was leaving to go to hospital so mitchell could get into office. dosing, eps and 300mg reminder. nco:need more time with him to see if mitchell is influencing him at all |
| 14 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 12/6/2001 13:49 | Stand-Up Call | saw him with Tracy. will do keck teleconference but can only do 12:30-1:00. also talked to him about dalvi and pd patients. nco: teleconference, bring in lunch for them too |
| 15 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 12/10/2001 20:51 | Stand-Up Call | will not be able to do teleconference with keck. he has to cover hospital for mitchell |
| 16 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 1/15/2002 0:00 | Stand-Up Call | quick call while I was confirming mitchell lunch for Wednesday. reminded him of target dosing for inpatients and told him I had just called on hospital and scheduled inservice. Lisa at Transitional Living said that he might become the new med director there. he also sees patients at middletown community which is part of greater miami case management on central ave in midd. nco:f/u with lisa and dr. r to see how we can service him at his multple locations |
| 17 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 1/21/2002 21:54 | Stand-Up Call | talked to him about Midd.Comm. location and Trans Liv. he seemed appreciative of inservice support last week and would like samples if he can get them approved nco:f/u with Lisa on samples |
| 18 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 2/4/2002 0:00 | Stand-Up Call | don't know yet whether he will be director at trans. nco:postion as first choice at all locations |

2220669

MDL-GetchellB-0601314 -
00026-Confidential

| A | B | C | D | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES |
| 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 2/25/2002 13:57 | Stand-Up Call | Amy-I followed up with him on request from Lisa,RN at transitional living to provide samples for him at Middletown Community location on Central Avenue.This is TL's 3rd office, you and I went to the residential location in Hamilton and the outpt location where Dr. Holtman is working on Park in Hamilton. He does not have a secure location yet for samples. NCO: Please followup again at next Monday's lunch on this. Also, neither he nor Mitchell are rx'ing 1t choice in the hospital. We need to find out if it is an efficacy/dosing issue with both of them or a speed of response issue. Risperdal may have sold these dr's on their speed msg which may be why they are maintaining mkt. share even though they claim to use S |
| 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 3/11/2002 13:30 | Stand-Up Call | still not ready for samples yet at central ave but appreciates the service I think. did a reminder call on dosing with new slim jim and showed him the upper doses for his clinic patients versus lower for pp. couldn't tell if he understood  because he doesn't say much. nco:ask him what makes an atypical acceptable to a pp patient versus tlc |
| 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 4/8/2002 14:12 | Stand-Up Call | sent samples to middletown community (part of tlc),now has a locked cabinet there but is not comfortable w samples coming in the mail so will go meet the nurse so that she understands the system.  gavehim the virtual dinner and presented l-t data again and emphasized starting the pt in the hospital and ttitrating quickly. he really like the 4 year data! think I finbally had impact with himin addition to appreciating our service for tlc nco:pt support at tlc-middletown and brecher |
| 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Tripp, Stanley | 4/24/2002 17:49 | Inst call (CNS/Onc/Urol) | saw at group health, dr in hurry but reminded best safety profile equal eff says doesnt disagree. nco talk akathesia and prolactin since rsp still used most |
| 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 5/20/2002 13:22 | Gatekeeper | out of town this week per barbara and sherry |
| 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 6/27/2002 11:14 | Sit down Call | |

2220669

MDL-GetchellB-0601314 - 00027-Confidential

| | A | B | C | D | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES |
| 25 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 7/10/2002 17:12 | Gatekeeper | out today, will be booked with a new patient through lunch on monday but high chance of no show so barb will make sure that he attends if that happens |
| 26 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 7/15/2002 13:21 | Sit down Call | saw before and after mitchell lunch. seems interested in website since his name will be on it. 300mg dosing reminder. ok on samples on tlc but continue to manage it. nco:tlc |
| 27 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 7/29/2002 0:00 | Stand-Up Call | Note:NEC is dead. saw him briefly after talking to amy and julie re website setup. used nasrallah book as a reference for the broad range of s dosing that he is using at the diverse venues where he is working- here with some medicaid pts, gha in dayton and tlc nco: |
| 28 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 8/13/2002 10:00 | Gatekeeper | has been on vacation in europe for past 2 weeks, will be back in this office on thursday. no longer at this location on tuesdays, just mondays/thursdays. nco:find out if he has picked up hours somewhere else |
| 29 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 8/30/2002 15:13 | Stand-Up Call | hours changing at TLC-Middletown as of October 1. Moving from Friday 10-3 to Tuesday 10-3. no sample needs. scheduled inservice for 10/8 for dr and cm's nco:dosing targets across dx's |

2220669

MDL-GetchellB-0601314 -
00028-Confidential

| | A | B | C | D | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES |
| 30 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 10/7/2002 0:00 | Stand-Up Call | Saw Zyprexa rep, Angie, picking up lunch for Mitchell and Ramirez when I was doing so for Comprehensive Counseling today. She told me that they now have 3 reps calling on Dr. M and her territory is very large calling on only the top targets. Was not going to call on this office until tomorrow but changed plan to neutralize her impact today. Saw Dr. R and then Dr. M at window. Gave them both Brecher per Amy P's notes and Zyprexa call and reviewed weight neutrality. Told Dr. R about TLC inservice for tomorrow. He is also working at GHA on Tuesdays starting at 4pm after TLC. Told Dr. M that I saw in notes that a rep will be seeing him at Wernle at end of October. Melissa, he has told me numerous times that S is his drug of choice there but I do not know what the disconnect is between him rxing there and at his private practice. He rarely starts patients on S in the Middletown Psych Inpatient unit and uses S 3rd in his outpt. population. Try to find out why he finds it so safe and efficac |
| 31 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 10/8/2002 0:00 | Lunch and Learn | Lunch. Had almost 1 hour 1 on 1 with him. Appears that access at Dr. M location has been difficult due to politics of Dr R associating with him and not as much his receptivity to res/Seroquel info. Opening p.p. and leaving Dr. M as of 2nd week in Nov. Going on vaca first week. Wife is m and will be doing all office/billing for him. Will order back to school/work and aims for him for both new offices. Freeland owns bldg he will be located in. May be quitting GHA as a result. TLC hours changing t |
| 32 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 10/21/2002 0:00 | Gatekeeper | Refer to Middletown Regional Hospital notes from Inservice today. Per staff, dosing is way too low with 200mg as an avg, upper dose. This may explain complaints of sedation from pts. if they are being discharged on 200mg and then staying on it for 2 weeks or more. By the time the pt sees a dr. there is a very good chance of a sedation complaint as well as lack of efficacy. |

2220669

MDL-GetchellB-0601314 -
00029-Confidential

| | A | B | C | D | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES |
| 33 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 10/21/2002 0:00 | Inst call (CNS/Onc/Urol) | Lisa,RN was doing community site visits this morning. Met with Nancy Cartwright re staff training on Wednesday. Approx 50 case managers+therapists+Clinical Director (new-Dr. Rosemary Brucken) will be in attendance. I will provide Cope materials/video and Side Effect training. NCO:F/U with Dr's Alwis, Ramirez, Holtman, David re support of agency. |
| 34 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 10/22/2002 0:00 | Gatekeeper | out of office |
| 35 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 10/23/2002 0:00 | Gatekeeper | Per Mitchell office staff he requested S samples to take with him to new office by TLC. Will f/u with NQL and samples when he opens in November. |
| 36 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 11/21/2002 10:53 | Sit down Call | Saw him at Midd.inpt unit. told us that GHA is closing dayton except for primary care so need to tell Amy P.Asked him if he was comfortable titrating to 400-600mg with such a short length of stay. NCO:f/u with private practice and dosing in in pt unit |
| 37 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 12/19/2002 10:07 | Gatekeeper | Left note and card a tlc-middletown, not in today |
| 38 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 1/29/2003 16:34 | Gatekeeper | Per Heather he is working Monday 10-3 and proceeding with his own private practice but wife is not coming to Middletown location, just Beavercreek because she is still working at the hospital so he is doing it all, phones, etc |
| 39 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 3/10/2003 13:39 | Sit down Call | Disccused dosing and rapid titration. samples for both locations. |
| 40 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 3/10/2003 14:23 | Sample Drop | samples for his office |
| 41 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 4/30/2003 15:44 | Gatekeeper | Has changed TLC-Middletown hours back to M and not W as planned, 10-3, nco:Next monday route |
| 42 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 6/30/2003 14:44 | Inservice Paramedical | Middletown Site-Met with Lisa and Heather.Had commited to Heather last week that I would call on this site and Dr. R today and Dr. Ramirez had left in last 1/2 hour for a family emergency but did not know details! He does need samples so will need to get another tlc doctor to sign and send to this site |
| 43 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 8/12/2003 12:23 | Gatekeeper | Darlene will remind him tomorrow morning of dr.Delbello speaker program at medical staff meeting on Thursday. |
| 44 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 11/24/2003 14:45 | Stand-Up Call | He has reduced hours here from 9-12, Heather is still working with him, starter pack ad |

MDL-GetchellB-0601314 - 00030-Confidential

| | A | B | C | D | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES |
| 45 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 12/1/2003 15:07 | Follow Up | he was supposed to work until 5 but entire afternoon of patietns all cancelled so caught heather as she was leaving, will come back for more time next monday, talked outside and it was really cold so let her go if I go have time next week at midd in am or ham. pm |
| 46 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 12/8/2003 15:01 | Gatekeeper | TLC- Came up here today to see him and he was not in due to being supeonaed to court. Heather said that he called them on Friday to let them know that he wouldn't be in. she knew I was coming in today and apologized for not calling me to let me know, had my card at Ham. site so couldn't call me this morning. told her it was ok talked about a few of the patients in women's group, will put on route for next monday (NCO) |
| 47 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 12/15/2003 15:18 | Stand-Up Call | TLC-Hamilton. Clinic was absolutely packed. Lots of patients came in today that weren't on the schedule plus the women's grp meets this pm which made it even more chaotic. He was almost an hour behind so had to just have him sign and remind him of 600-800mg target dose and well,accepted which came from conversation with BP female in lobby who told me she is on 800mg Seroquel and that it has changed her life and she has never felt better. she has been on Z (gained 50 lb), R (make her agitated, 'c |
| 48 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Winstel, Amy | 12/18/2003 12:54 | Stand-Up Call | Geodon rep came in after I had been waiting to see him and Dr. R came out with patient at the same time, fortunately only wanted S for midd and beavercreek pp so he left and was able to focus on 600-800mg dosing target and s.e. profile for all of his patient types |
| 49 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Van Daniker, Lesley C | 1/13/2004 0:00 | Gatekeeper | tried to catch at Central Ave location - only there on Mondays - got contact name and number to follow up |
| 50 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Heidelberg, David P | 5/17/2004 10:37 | Stand-Up Call | dosing messgw/ bipolar ind given ar eps inserv. |
| 51 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 8/10/2004 0:00 | Gatekeeper | He is in at Middletown Mon AM and Hamilton Monday PM - Spoke with receptionist - his nurse is Becky Jimenez - she is on Wednesdays - they were unsure if she is an NP or RN/LPN |
| 52 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 8/16/2004 0:00 | Gatekeeper | Missed Dr. R |

2220669

MDL-GetchellB-0601314 - 00031-Confidential

| | A | B | C | D | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES |
| 53 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Meadows, Theresa Maria | 8/19/2004 23:07 | Gatekeeper | spoke w/ Rose-he and dr.alwis are seeing pts. here--part of transitional living. |
| 54 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Heidelberg, David P | 9/1/2004 14:00 | Stand-Up Call | CME inv |
| 55 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 9/20/2004 11:00 | Sit down Call | Met Dr. R and Becky Jiminez - LPN- reviewed 12 week data and YMRS data - she thought starter packs would be good - R did not like them - Seemed to be many coming in for injections this day. Promised a follow up for educ program with Dee at PP office |
| 56 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 10/11/2004 0:00 | Stand-Up Call | Invite to profiles meeting |
| 57 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 10/18/2004 0:00 | Stand-Up Call | Spoke with Heather and Dr. R about sample management and pt asst |
| 58 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 11/1/2004 0:00 | Gatekeeper | Not in today - sick |
| 59 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 11/8/2004 0:00 | Stand-Up Call | Dosing and Now Ican message |
| 60 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Heidelberg, David P | 11/10/2004 11:28 | Office Manager | 84 day lit - leavebehind w/ note and b card req appt or lunch access....... |
| 61 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 11/15/2004 0:00 | Stand-Up Call | PAP - Focused on Works Early data |
| 62 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Heidelberg, David P | 11/30/2004 10:18 | Office Manager | lit leavebehind at middletown hosp - left notes w/ req for access. |
| 63 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 12/20/2004 16:42 | Stand-Up Call | Reminded him of the Now I Can and 600 mg |
| 64 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 1/31/2005 19:13 | Gatekeeper | Missed him at clinic |
| 65 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Powell, Amy | 2/3/2005 14:50 | Office Manager | Located off Day-Xenia Rd. off of 35. In on Tues & Wed. fm. 11:00 o. No lunches. |
| 66 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 2/7/2005 10:43 | Stand-Up Call | He does not like starter pack - he doses higher initially - yeah! His nurses reported to me that they are using more Sql and titrating quicker with higher initial dose |
| 67 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Ransdell, Mandy | 2/10/2005 15:45 | Gatekeeper | Introduced myself to psychologist. Let me know that dr is only at this location on Wed. |
| 68 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Powell, Amy | 2/16/2005 15:44 | Sit down Call | Wife, Diana is gatekeeper in Dayton. See's Seroquel reps @ Middletown and Transitional living. Up to date on all data. |
| 69 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Ransdell, Mandy | 3/16/2005 16:14 | Stand-Up Call | Was able to pass on information abour negative symptoms and what S can do for his pts. |
| 70 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 3/21/2005 14:11 | Gatekeeper | Dr. Ramirez is off for the week - the sample closet is loaded - How? Becky swears they are using lots of Sql - she does not know if they are bringing it from other locations |

MDL-GetchellB-0601314 - 00032-Confidential

| | A | B | C | D | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES |
| 71 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Powell, Amy | 3/24/2005 18:42 | Stand-Up Call | No samples needed. Caught unexpectedly in ofc. |
| 72 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 4/4/2005 0:00 | Stand-Up Call | Still do not need samples - I hope this is because he was off ?? Talked about inservice I gave at Hamilton location |
| 73 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Ransdell, Mandy | 4/27/2005 15:12 | Stand-Up Call | Ok on samples. Efficacy/tolerability. Take in a set of pt assistance forms next time so they can have them on file. |
| 74 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 5/2/2005 15:47 | Stand-Up Call | Start on Sql - stay on Sql - Number 1 |
| 75 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 5/9/2005 10:10 | Stand-Up Call | I need to talk with Becky and see if she has a suggestion on hoiw to get Dr. Ramirez to be more communicative - Reminded him of dosing |
| 76 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Ransdell, Mandy | 5/18/2005 15:33 | Stand-Up Call | Stressed dosing and avoiding somnolence with titration. |
| 77 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 5/23/2005 13:12 | Gatekeeper | He is off today |
| 78 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Ransdell, Mandy | 6/8/2005 13:18 | Stand-Up Call | 600 mg dosing |
| 79 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Ransdell, Mandy | 6/22/2005 13:22 | Stand-Up Call | tolerability with dosing |
| 80 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Ransdell, Mandy | 7/20/2005 13:32 | Stand-Up Call | focused on reliability over 8 years |
| 81 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Ransdell, Mandy | 8/10/2005 16:20 | Gatekeeper | no one in office |
| 82 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 8/15/2005 9:34 | Stand-Up Call | Need samples but no allocations for me yet - |
| 83 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 8/29/2005 11:32 | Gatekeeper | Did not see me - I have no samples yeet |
| 84 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 9/12/2005 9:30 | Stand-Up Call | They ared way oversampled - how is this?? Said they are still starting new pts |
| 85 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 9/19/2005 14:16 | Gatekeeper | No samples needed / no access |
| 86 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Ransdell, Mandy | 9/21/2005 15:26 | Stand-Up Call | dr stopped and let me know he's having some problems in Middletown with street value of s. patients typically asking for 100-300 mgs. |
| 87 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 10/12/2005 15:44 | Stand-Up Call | not concerned with catie. definitely appreciates tolerability of s. |
| 88 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 10/17/2005 10:25 | Stand-Up Call | Started a discsiion about akathisia. He reports that he screens for this. Ephasized dose to efficacy - no surprises |
| 89 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 10/31/2005 15:28 | Stand-Up Call | Got new schedule - asked about how /if he interacts with jails - not much |
| 90 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Ransdell, Mandy | 11/2/2005 16:44 | Stand-Up Call | doing well with s. plenty of samples as he is moving them over from the middletown office |
| 91 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 11/7/2005 15:42 | Stand-Up Call | Tried to pinpoint his on when he would not use Sql first line - he avoided the question |

2220669

MDL-GetchellB-0601314 - 00033-Confidential

| | A | B | C | D | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES |
| 92 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Ransdell, Mandy | 11/23/2005 14:10 | Stand-Up Call | great with samples as they compiled the two offices. no problems with s. looking for a new office in beavercreek and are hoping to move in about 3 months. |
| 93 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Ransdell, Mandy | 12/14/2005 14:37 | Stand-Up Call | doing well with s.  let know that i am being promoted and that amy will be taking care of them. office will be close the week between x-mas and new years |
| 94 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 1/31/2006 9:21 | Stand-Up Call | Dual call... |
| 95 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 2/27/2006 10:59 | Stand-Up Call | Discussed appropriate dosing. |
| 96 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 3/20/2006 10:04 | Sit down Call | reminded about rapid titration. |
| 97 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 4/10/2006 12:15 | Sit down Call | Discussed 50mg and 400mg. |
| 98 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 5/4/2006 17:22 | Stand-Up Call | Catie. |
| 99 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Powell, Amy | 5/25/2006 11:19 | Stand-Up Call | Seroquel first.  Office no longer accepting samples but owuld like vouchers.  New office in Allergy andAshma bldg. by Papa Johns. |
| 100 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Powell, Amy | 6/8/2006 11:41 | Stand-Up Call | S first/Akathisa |
| 101 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Sayers, Jennifer W | 6/19/2006 14:44 | Stand-Up Call | Sql - hositility |
| 102 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 6/26/2006 15:34 | Stand-Up Call | MDQ |
| 103 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Powell, Amy | 7/10/2006 19:31 | Stand-Up Call | Seroquel first |
| 104 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 7/31/2006 15:46 | Stand-Up Call | EPS across dose range. |
| 105 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 8/23/2006 15:53 | Stand-Up Call | Discussed ¿85 Symptoms |
| 106 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 9/15/2006 8:48 | Stand-Up Call | Discussed YMRS symptoms and how Seroquel is effective in all eleven. |
| 107 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 10/13/2006 17:10 | Sit down Call | Likes Efficacy |
| 108 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 10/30/2006 16:20 | Stand-Up Call | Symptom overlap |
| 109 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 11/28/2006 12:13 | Stand-Up Call | BPD indication |
| 110 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 12/11/2006 15:03 | Stand-Up Call | BPD indication Boulder I |
| 111 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 1/3/2007 15:43 | Stand-Up Call | On vacation |
| 112 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 1/10/2007 8:08 | Stand-Up Call | Asked about 25mp samples |
| 113 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 1/31/2007 15:47 | Stand-Up Call | |

2220669

MDL-GetchellB-0601314 - 00034-Confidential

| | A | B | C | D | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES |
| 114 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 2/12/2007 13:33 | Stand-Up Call | Appt. next week |
| 115 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 2/22/2007 8:38 | Inservice | Good discussion around all indications |
| 116 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 4/2/2007 15:42 | Stand-Up Call | All indicatons |
| 117 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Bauer, Marie | 4/5/2007 9:09 | Stand-Up Call | Only presented BOULDER I paper. |
| 118 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Bauer, Marie | 4/10/2007 15:50 | Stand-Up Call | Left BOULDER trial-very busy didn't have much of a discussion. |
| 119 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 5/7/2007 12:49 | Stand-Up Call | |
| 120 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 5/23/2007 8:50 | Stand-Up Call | out of office |
| 121 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 6/4/2007 13:23 | Stand-Up Call | Starter kit info |
| 122 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Manes, Marc | 6/18/2007 15:01 | Stand-Up Call | |
| 123 | 49439010 | Ramirez, Peter A | Physician | 3121 Dayton Xenia Road | Beavercreek | OH | 45432 | Bauer, Marie | 6/28/2007 10:33 | Stand-Up Call | Leaving for vacation- quick call mentioned that the 300 & 600 mg. dose worked equally well during our BP depression trial but the 600 mg dose worked a little faster -during the first week. |

Page 11 of 11

2220669

MDL-GetchellB-0601314 - 00035-Confidential