# Laura Brandenberg

**From:** Laura Brandenberg
**Sent:** Wednesday, October 17, 2007 1:17 PM
**To:** 'rstewart@faegre.com'; 'Torregrossa, Brennan'
**Cc:** Dennis Canty; Larry J. Gornick; Leah Sabel; Beth Sund
**Subject:** Naramore v. AstraZeneca

Counsel:

Plaintiff challenges the "confidential" designation of the attached documents. Please state AstraZeneca's position, identifying any properly protected information.

Thank you,

Laura Brandenberg
Levin Simes Kaiser & Gornick, LLP
44 Montgomery, 36th Floor
San Francisco, CA 94104
(415) 273-8124 (direct)

## Laura Brandenberg

**From:** Laura Brandenberg
**Sent:** Wednesday, October 17, 2007 1:17 PM
**To:** 'rstewart@faegre.com'; 'Torregrossa, Brennan'
**Cc:** Dennis Canty; Larry J. Gornick; Leah Sabel; Beth Sund
**Subject:** Godfrey v. AstraZeneca

Counsel:

Plaintiff challenges the "confidential" designation of the attached documents. Please state AstraZeneca's position, identifying any properly protected information.

Thank you,

Laura Brandenberg
Levin Simes Kaiser & Gornick, LLP
44 Montgomery, 36th Floor
San Francisco, CA 94104
(415) 273-8124 (direct)

## Laura Brandenberg

**From:** Laura Brandenberg
**Sent:** Wednesday, October 17, 2007 1:16 PM
**To:** 'rstewart@faegre.com'; 'Torregrossa, Brennan'
**Cc:** Dennis Canty; Larry J. Gornick; Leah Sabel; Beth Sund
**Subject:** Glover v. AstraZeneca

Counsel:

Plaintiff challenges the "confidential" designation of the attached documents. Please state AstraZeneca's position, identifying any properly protected information.

Thank you,

Laura Brandenberg
Levin Simes Kaiser & Gornick, LLP
44 Montgomery, 36th Floor
San Francisco, CA 94104
(415) 273-8124 (direct)

## Laura Brandenberg

**From:** Laura Brandenberg
**Sent:** Wednesday, October 17, 2007 1:15 PM
**To:** 'rstewart@faegre.com'; 'Torregrossa, Brennan'
**Cc:** Dennis Canty; Larry J. Gornick; Leah Sabel; Beth Sund
**Subject:** Frederick v. AstraZeneca

Counsel:

Plaintiff challenges the "confidential" designation of the attached documents. Please state AstraZeneca's position, identifying any properly protected information.

Thank you,

Laura Brandenberg
Levin Simes Kaiser & Gornick, LLP
44 Montgomery, 36th Floor
San Francisco, CA 94104
(415) 273-8124 (direct)

## Laura Brandenberg

**From:** Laura Brandenberg
**Sent:** Wednesday, October 17, 2007 1:13 PM
**To:** 'rstewart@faegre.com'; 'Torregrossa, Brennan'
**Cc:** Dennis Canty; Larry J. Gornick; Leah Sabel; Beth Sund
**Subject:** Coppola v. AstraZeneca

Counsel:

Plaintiff challenges the "confidential" designation of the attached documents.  Please state AstraZeneca's position, identifying any properly protected information.

Thank you,

Laura Brandenberg
Levin Simes Kaiser & Gornick, LLP
44 Montgomery, 36th Floor
San Francisco, CA 94104
(415) 273-8124 (direct)

## Laura Brandenberg

**From:** Laura Brandenberg
**Sent:** Wednesday, October 17, 2007 1:13 PM
**To:** 'rstewart@faegre.com'; 'Torregrossa, Brennan'
**Cc:** Dennis Canty; Larry J. Gornick; Leah Sabel; Beth Sund
**Subject:** Thomas v. AstraZeneca

Counsel:

Plaintiff challenges the "confidential" designation of the attached documents. Please state AstraZeneca's position, identifying any properly protected information.

Thank you,

Laura Brandenberg
Levin Simes Kaiser & Gornick, LLP
44 Montgomery, 36th Floor
San Francisco, CA 94104
(415) 273-8124 (direct)