# Dennis Canty

| | |
|---|---|
| **From:** | Dennis Canty |
| **Sent:** | Wednesday, October 24, 2007 4:36 PM |
| **To:** | 'Magaziner, Fred'; 'McConnell, Stephen'; 'Balakhani, Elizabeth'; 'Prince, Shane' |
| **Cc:** | Larry J. Gornick; 'Ken Bailey'; 'Camp Bailey'; 'Pennock, Paul' |
| **Subject:** | Plaintiffs' Motion for Sanctions; Confidentiality |
| **Attachments:** | exhibits.zip |

Counsel:

As set forth in plaintiffs' motion filed today, supporting documents which retain a confidentiality designation were slip-sheeted in the publicly filed version.   Attached are a complete copy of the exhibits.  Plaintiffs intend to apply to the Court tomorrow (a) to permit lodging of all documents for the purposes of plaintiffs' motion; and (b) for a determination that the documents are not confidential as designated.  So that we may advise the Court, please let us know your position with respect to both of these points by 3pm ET tomorrow.  Thank you.

Dennis J. Canty
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, 36th Floor
San Francisco, CA  94104
Tel: 415/273-8138