UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to ALL CASES

JOINT STATUS REPORT, AGENDA AND
MOTION TO ALLOW ELECTRONIC EQUIPMENT

October 30, 2007 Status Conference

The MDL Plaintiffs and Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca"), by and through their counsel, respectfully submit this Joint Status Report, Agenda and Motion to Allow Electronic Equipment at the October 30, 2007 Status Conference.

I.   STATUS REPORT

As of October 24, 2007, AstraZeneca was defending approximately 8,049 served or answered Seroquel cases, with a total of 10,606 plaintiff groups, pending in federal and state courts. Approximately 123 additional cases with 1,690 plaintiff groups have been filed but not yet served on AstraZeneca. The federal/state breakdown of served cases and plaintiffs is as follows:

|         | Number of Cases | Number of Plaintiffs |
|---------|-----------------|----------------------|
| **Federal** | 5,670           | 5,672                |
| **State**   | 2,379           | 4,934                |

Of the Seroquel cases in federal court, approximately 5,660 are currently in this MDL. An additional 10 cases with 12 plaintiffs have been tagged for transfer to this MDL. It is expected that other federal cases will eventually be tagged and transferred to this MDL.

## II.  MOTIONS

The following motions are pending before the Court:

A. AstraZeneca's Motions to Dismiss for Failure to Serve Plaintiff Fact Sheets and Medical Record Authorizations and for Failure to Verify Plaintiff Fact Sheets. AstraZeneca filed such motions in approximately 2,130 cases. To date, approximately 761 of these plaintiffs have served or supplemented their Fact Sheets, 153 have stipulated to the dismissal of their cases, and 1,201 have been dismissed pursuant to Court Order. Approximately 15 motions for dismissal with prejudice, filed on or after July 6, 2007, are still pending.

B. AstraZeneca's Motions Requesting Conversions to Dismissals With Prejudice for various Plaintiff Fact Sheet deficiencies. AstraZeneca has filed such motions in approximately 436 cases, and the Court has granted AstraZeneca's motions in 434 cases. Such motions are pending in 2 individual cases.

C. AstraZeneca's Motion for Judgment on the Pleadings Regarding the Strict Liability Design Defect Claims and Related Implied Warranty Claims Asserted by Plaintiffs in Jurisdictions That Do Not Recognize Those Claims in the Prescription Drug Context (Doc. No. 328). Plaintiffs opposed AstraZeneca's motion (Doc. No. 368), and AstraZeneca filed a reply brief to plaintiffs' opposition (Doc. No. 395). The Court ordered further briefing on certain issues (Doc. No. 410). AstraZeneca filed the requested additional briefing (Doc. No. 451) along with a Notice of Errata and Corrections to the chart listing plaintiffs subject to its

-3-

motion (Doc. No. 490), and Plaintiffs filed a response to the requested additional briefing (Doc. No. 509). Oral argument on this motion was heard on September 27, 2007.

    D.    AstraZeneca's Motion for Judgment on the Pleadings on the Basis of Federal Preemption (Doc. No. 329). Plaintiffs have opposed AstraZeneca's motion (Doc. No. 365). Oral argument on this motion was heard on September 27, 2007. The Court granted the Parties leave to file supplemental briefing (Doc. Nos. 534, 544), which supplemental briefing has been filed both by Plaintiffs (Doc. Nos. 553, 554) and by AstraZeneca (Doc. No. 580).

    E.    AstraZeneca's Motion for Issuance of an Order to Show Cause Regarding the Florida-Related Cases Pending in This MDL (Doc. No. 562). This motion was filed on October 11, 2007, and Plaintiffs have not filed a response.

    F.    Plaintiffs' Motion for Extension of Time to Complete Discovery and to Amend Various Discovery Orders (Doc. No. 567). AstraZeneca has responded to Plaintiffs' motion (Doc. No. 600).

    G.    Plaintiffs' Motion for a Protective Order Barring Defendants' Sales Representatives from Contact with Treating and Prescribing Physicians in Discovery Cases (Doc. No. 590). AstraZeneca's response is due on October 30, 2007.

    H.    Plaintiffs' Motion for an Order Deeming the Plaintiffs' Prior Motion for Sanctions as Having Been Filed in Certain Cases (Doc. No. 591). AstraZeneca has responded to Plaintiffs' motion (Doc. 609) .

    I.    Plaintiffs' Motion for Sanctions Due to Misconduct in Case-Specific Discovery (Doc. 604). AstraZeneca's response is due on November 5, 2007.

J.    AstraZeneca's Motion Regarding the Scheduling and Scope of Future Discovery (Doc. No. 602). Plaintiffs have filed a Memorandum Regarding Scheduling and Scope of Future Discovery (Doc. 603).

### III.   AGENDA

A.    **Transfer of Florida plaintiffs to this Court.** The Parties would like to discuss the transfer of cases filed by Florida-resident plaintiffs to this Court.

B.    **Scheduling and scope of discovery in this MDL.** The Parties would like to discuss their positions regarding the scheduling and scope of future discovery in this MDL.

C.    **Plaintiffs would like to discuss the following issues:**

1.  Status of third-party discovery

2.  Deposition scheduling

3.  Discovery in advance of case-specific depositions

4.  Plaintiffs' receipt of CVs in advance of corporate witness depositions

5.  ADR

6.  Timing of final submissions regarding sanctions issues

7.  Special Master Ball's report/general discovery issues

8.  Status of custodial production

D.    **AstraZeneca would like to discuss the following issues:**

1.  Update on the case-specific discovery program

2.  Plaintiffs' continued failure to produce documents in their possession

3.  Entry of a "Lone Pine" Order requiring each plaintiff to produce a case-specific expert report on injury and causation

4.  Plaintiffs' counsel's conduct at the deposition of Denise Campbell

### IV. MOTION TO ALLOW ELECTRONIC EQUIPMENT

Counsel for the MDL Plaintiffs and for AstraZeneca, pursuant to Middle District Local Rule 4.11(b), hereby seek Court approval for their use of electronic equipment at the October 2, 2007 Status Conference, and as grounds therefore would show as follows:

A. The following plaintiffs' counsel seek to utilize BlackBerry email devices, cell phones without camera capabilities, and a laptop computer to facilitate communication with their offices regarding discovery issues and access to their calendars for scheduling purposes during the status conference.

1. Ed Blizzard (BlackBerry, cell phone);
2. Tom Pirtle (BlackBerry, cell phone);
3. Paul Pennock (BlackBerry, cell phone, laptop computer);
4. Jonathan Sedgh (BlackBerry, cell phone);
5. Ken Bailey (BlackBerry);
6. Camp Bailey (BlackBerry);
7. Scott Allen (BlackBerry, cell phone);
8. Holly Wheeler (BlackBerry, cell phone);
9. Rick Laminack (BlackBerry, cell phone);
10. Buffy Martines (BlackBerry, cell phone);
11. Larry Gornick (BlackBerry, cell phone, laptop computer);
12. Dennis Canty (BlackBerry, cell phone, laptop computer); and
13. Fletch Trammell (BlackBerry)
14. Ken Smith (laptop computer).

B. The following counsel for AstraZeneca seek to utilize BlackBerry email devices and cell phones without camera capabilities to facilitate the scheduling of subsequent hearings and conferences in the above-captioned matter and to allow counsel to obtain information responsive to issues that may arise during the conference.

1. A. Elizabeth Balakhani (cell phone, BlackBerry, laptop computer);
2. Robert L. Ciotti (cell phone, BlackBerry, laptop computer);
3. Kathryn L. Connelly (cell phone, BlackBerry);
4. Chris S. Coutroulis (cell phone, BlackBerry);
5. James J. Freebery (cell phone, BlackBerry);
6. Fred T. Magaziner (cell phone, BlackBerry);
7. Stephen J. McConnell (cell phone, BlackBerry);
8. Luke Mette (cell phone, BlackBerry);
9. Robert W. Pass (cell phone BlackBerry);
10. Shane T. Prince (cell phone, BlackBerry, laptop computer);
11. Christin Bassett (cell phone, BlackBerry); and
12. Margaret Osborne (cell phone, BlackBerry, laptop computer).

C. Counsel for the parties represent, pursuant to Middle District Local Rule 4.11(b), that these devices will be switched to "silent activation mode" while in the courtroom.

-7-

Respectfully submitted on this the 25th day of October, 2007,

/s/ Paul Pennock
Paul Pennock
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5504
Ppennock@weitzlux.com

Camp Bailey
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7232
cbailey@bpblaw.com

*Co-Lead Counsel for Plaintiffs*

/s/ Fred T. Magaziner
Fred T. Magaziner
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19103
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
fred.magaziner@dechert.com

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

-8-

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on the 25th of October, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that the foregoing document and the notice of electronic filing was served on Plaintiffs' Liaison Counsel in accordance with CMO No. 1.

      /s/ Shane T. Prince

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

-12-

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |