# EXHIBIT A

Page 1

93608 eb

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  SEROQUEL PRODUCTS LIABILITY LITIGATION
MDL DOCKET NO. 1769

---

THIS DOCUMENT RELATES TO 6:07-cv-14818

DEPOSITION OF VOUNZETTA EDGESTON

UPON RECEIPT OF SIGNATURE, THE ORIGINAL OF THIS
DEPOSITION WILL BE IN THE CUSTODY OF:

Linda S. Svitak, Esquire
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402-3901

Date                    Edith A. Boggs, CSR

9-7-07                  HOUSTON, TEXAS

5e546d7d-05b2-489e-b067-1206f94fff09

1    A.   Once a day.

2    Q.   And when do you usually take it?

3    A.   In the morning.

4    Q.   And did you take it this morning?

5    A.   Yes.

6    Q.   And then you had indicated that you take

7    Seroquel.  And do you know what dosage you take?

8    A.   400.

9    Q.   And when do you take that?

10    A.   At night.

11    Q.   And did you take that last evening?

12    A.   Yes.

13    Q.   And then you said you take Lipitor?

14    A.   Yes.

15    Q.   And how often do you take Lipitor?

16    A.   Once a day.

17    Q.   And when do you take that?

18    A.   At night.

19    Q.   And did you take that last night?

20    A.   Yes.

21    Q.   Hydrochlorothiazide?

22    A.   I don't take that any more.

23    Q.   You don't take that any longer.  Okay.

24    Albuterol?

25    A.   Yes.

1    A.  (Witness indicated by nodding her head

2  affirmatively.)

3    Q.  You have to say --

4    A.  Yes.  Yes.

5    Q.  So, in your mind, there was an association

6  between the use of Seroquel and your diabetes; is that

7  correct?

8    A.  Yes.

9    Q.  And you were deciding -- you decided to continue

10  to take the Seroquel, correct?

11    A.  Yes.

12    Q.  And that's because you needed it to -- you needed

13  it to function; is that correct?

14    A.  Yes.

15    Q.  Did Dr. Gagrat tell you about whether there were

16  any potential side effects with regards to Seroquel that

17  you can recall?

18    A.  Any side effects, no.

19    Q.  Do you recall ever asking her about any side

20  effects?

21    A.  No.  I mostly read the little pamphlet.

22    Q.  But you do recall reading the pamphlet from

23  beginning to end?

24    A.  Yes.

25    Q.  So, you would have read any warnings that were in

5e546d7d-05b2-489e-b067-1206f94fff09

1    the package insert?

2        A.  Yeah.  Yeah.

3        Q.  Okay.  And you just don't recall sitting here

4    today whether there were warnings about events of weight

5    gain, diabetes and hyperlipidemia associated with -- or

6    that had occurred in patients with -- who had taken

7    Seroquel; is that right?

8        A.  No.

9        Q.  Okay.  But you don't deny that those warnings are

10   there, you just don't recall them?

11       A.  I didn't see them.

12       Q.  Okay.  In any event, you are continuing to use

13   the Seroquel today and you are aware by virtue of your

14   lawsuit that there -- that events of -- or that

15   diabetes, weight gain and hyperlipidemia have been seen

16   in patients who take Seroquel; isn't that right?

17       A.  Would you say it again?

18       Q.  Yes.  You are taking Seroquel today, correct, or

19   you're taking it now, you're continuing to take

20   Seroquel, correct?

21       A.  Yes.

22       Q.  And you are taking the Seroquel aware that there

23   have been incidents where patients have presented with

24   weight gain, diabetes and hyperlipidemia, correct?

25       A.  No, I wasn't aware of that.

5e546d7d-05b2-489e-b067-1206f94fff09

1    Q.  But you are aware of that now, correct?

2    A.  Yes, I am.

3    Q.  And you're continuing to take the Seroquel?

4    A.  Yes.

5    Q.  Now, before you were diagnosed with diabetes, no

6    doctor told you not to take Seroquel; isn't that right?

7    A.  Yes.

8    Q.  And you've continued to take Seroquel even after

9    you've been diagnosed with diabetes, correct?

10   A.  Yes.

11   Q.  I think that you have testified earlier that

12   Seroquel does help with the symptoms of bipolar?

13   A.  Yes.

14   Q.  Can you tell me about what symptoms it has helped

15   address?

16   A.  Well, I'm not having racing thoughts, I'm a lot

17   calmer, I'm not as jittery, and I'm able to sleep at

18   night now.  I don't have disturbed sleep any more.

19   Q.  So, you're able to sleep?

20   A.  Yes.

21   Q.  You don't have disturbed sleep any longer, it's

22   helped you not have racing thoughts?

23   A.  Yes.

24   Q.  And you're not feeling jittery any longer?

25   A.  Yes.

Esquire Deposition Services