# EXHIBIT B

JOB NO. 94089

```
           UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
                  ORLANDO DIVISION
```

IN RE:   Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

---

This Document Relates to 6:07-cv-11555

---

```
             ORAL DEPOSITION OF GEORGE FETTERS
                     OCTOBER 2, 2007
```

    ORAL DEPOSITION OF GEORGE FETTERS, produced as a witness at the instance of the Defendants and duly sworn, was taken in the above styled and numbered cause on October 2, 2007, from 10:01 a.m. to 2:20 p.m., before RENE WHITE MOAREFI, CSR, CRR, RPR in and for the State of Texas, reported by machine shorthand, at Bailey Perrin Bailey, L.L.P., 440 Louisiana Street, Suite 2100, Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record herein.

c240112d-9906-499d-8eec-7455f4581ab2

```
 1        A.   No.
 2        Q.   Did you ever look up any information about
 3   Seroquel at all on -- on a computer?
 4        A.   No.
 5        Q.   Are you somebody that uses a computer at all?
 6        A.   No, I don't -- I don't use one.
 7        Q.   The bottle that you brought today, sir --
 8        A.   Yeah.
 9        Q.   -- are you currently taking this medication?
10        A.   Yes.
11        Q.   And it says on here that it's a sample?
12        A.   Yes.
13        Q.   Who provided you this?
14        A.   My doctor.
15        Q.   Which doctor?
16        A.   Dr. Wendy Heninger, my psychiatrist.
17        Q.   And, in fact, did you take your Seroquel today?
18        A.   Last night.
19        Q.   Why do you continue to take Seroquel even
20   though you've brought a lawsuit?
21        A.   Because the doctor said to take it, so I take
22   it.
23        Q.   And you feel it still helps you even today?
24        A.   Yes.  It's hard say I've taken it for so long.
25   I'm sorry.  I'll speak up.  It's hard to say because
```