# EXHIBIT C

Case 6:06-md-01769-ACC-DAB   Document 618-4   Filed 10/29/07   Page 2 of 4 PageID 10989

93163 eb

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  SEROQUEL PRODUCTS LIABILITY LITIGATION
MDL DOCKET NO. 1769

THIS DOCUMENT RELATES TO 6:07-cv-14238

DEPOSITION OF DEBRA SCOTT

UPON RECEIPT OF SIGNATURE, THE ORIGINAL OF THIS
DEPOSITION WILL BE IN THE CUSTODY OF:

Catherine Valerio Barrad, Esquire
Sidley Austin LLP
555 West Fifth Street
Suite 4000
Los Angeles, California  90013

Date                         Edith A. Boggs, CSR

8-16-07                      HOUSTON, TEXAS

1   A. Last month sometime.
2   Q. Did that letter include your notice of
3   deposition?
4   A. I think so.
5   Q. Did that letter ask you to look for documents in
6   your home?
7   A. No, I don't think so.
8   Q. Did it ask you to look for the items on Schedule
9   A and bring them to the deposition?
10  A. No.
11  Q. Can you read Schedule A, please, and let me know
12  which of these you have?
13  A. I think I -- I'm not sure. I think I might have
14  got a request for the medical records, number one, and I
15  sent them in.
16  Q. Do you still have a copy of those medical records
17  at your home?
18  A. I think so. I'm not sure.
19  Q. Do you have anything from a pharmacy?
20  A. No.
21  Q. Any receipts or papers that they give you when
22  they prescribe -- or when they dispense medication to
23  you?
24  A. No.
25  Q. Are you still taking Seroquel now?

1   A.   Yes.
2   Q.   Do you have any containers of Seroquel?
3   A.   Not on me, no.
4   Q.   Do you have them in your home?
5   A.   Yeah.
6   Q.   Do you have any papers that were provided to you,
7   instructions on how to use Seroquel or anything like
8   that?
9   A.   No.
10  Q.   Anything from your doctor or your pharmacist?
11  A.   No.
12  Q.   Can you continue reading through Schedule A and
13  let me know what else you have?
14  A.   I have none of these others.
15          MS. BARRAD:   Counsel, we're going to ask
16  that all of the relevant documents within her
17  possession, custody and control be provided to us.
18          MS. WILSON:   Okay.
19  Q.   (BY MS. BARRAD)   Ms. Scott, do you visit a doctor
20  regularly?
21  A.   Yes.
22  Q.   Do you have appointments that you make to visit
23  the doctor?
24  A.   Yes.
25  Q.   How do you keep track of those appointments?