# EXHIBIT D

Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION


IN RE:  Seroquel Products Liability Litigation

MDL DOCKET NO. 1769


This document relates to:

Ell v. AstraZeneca LP, et al.

[Tim Ell 6:07-cv-10515]



DEPOSITION OF NORA L. FAIRLEY, M.D.

Taken in behalf of Defendant

October 11, 2007

1      already been prescribed?

2   A.  Dr. Carroll had started it.

3   Q.  And he had started --

4   A.  Or possibly they may have given it to him in the

5      hospital in 2002.

6   Q.  Dr. Carroll started him on the Seroquel; is that

7      correct?

8   A.  I believe so.

9   Q.  And after meeting with Mr. Ell and doing the

10     mental status examination and having the

11     opportunity to spend time with him, you

12     determined that Seroquel remained an appropriate

13     medication for him; is that correct?

14  A.  Yes.

15  Q.  And, again, you knew he had diabetes at the

16     time; correct?

17  A.  Yes.

18  Q.  And you were aware at least that there had been

19     an association between second generation

20     antipsychotics and diabetes and weight gain?

21  A.  Yes.

22  Q.  As of then; correct?

23  A.  Yes.

24  Q.  Now, will you please turn to page 74.

25          Thanks, again, Mike for helping me find