# EXHIBIT E

Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


IN RE:  Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769


This document relates to:

McDaniel v. AstraZeneca LP, et al.
[Kimberly McDaniel 6:07-cv-10361]

_____/


- - -
DEPOSITION TRANSCRIPT
OF
RICHARD MOSKOVITZ, M.D.
- - -


LOCATION:            3002 S.E. 1st Ave., Suite 100
                     Ocala, FL  34471

DATE:                Monday, October 1, 2007

TIME:                9:10 a.m. - 12:20 p.m.

REPORTER:            Darlene G. Robison, RPR, FPR
                     Notary Public, State of Florida

3022cd95-a569-425b-ac26-8f11edb78202

Page 24

1       A.      It can.  It can.  But also difficulty

2  sleeping can be a reflection of a person's mental

3  health.  But prolonged sleep deprivation, you know, can

4  have significant effects on mental health and physical

5  health as well.

6       Q.      So if a patient comes to you with persistent

7  insomnia, is that something you take seriously?

8       A.      I do.

9       Q.      And looking -- well, strike that.

10              When you prescribed Seroquel for

11  Ms. McDaniels in August 2004, Dr. Moskovitz, were you

12  aware that Seroquel had been associated, as other

13  atypicals, with weight gain?

14      A.      Yes, I was.  My -- I have kind of a hierarchy

15  in mind of which of the atypicals are most associated

16  with that.  And I believe that Zyprexa is associated

17  with the most weight gain, then Risperdal at the least

18  end of the spectrum.  Geodon and Seroquel somewhere in

19  the middle.  Abilify which I prescribe infrequently for

20  other reasons is also thought to be at the lower end of

21  the spectrum as far as weight gain.

22      Q.      And did you understand at the time also that

23  Seroquel had been associated with high blood sugar?

24      A.      Yes.

25      Q.      And in fact, Doctor, from time to time do you

3022cd95-a569-425b-ac26-8f11edb78202

Page 26

1   on the list.  And it's been a long time ago so I can't

2   remember, you know, exactly reading it but I'm sure I

3   did and I do read the dear doctor letters when I get

4   them.

5              MR. HAMPTON:  Objection, speculation.

6        Q.    (BY MR. GADDES)  And if you -- if you could

7   just take a look at the first paragraph of the January

8   30, 2004 letter.

9        A.    Uh-huh.

10       Q.    Beginning at the second sentence it reads:

11  "The FDA has asked all manufacturers of atypical

12  antipsychotic medications, including AstraZeneca, to add

13  a warnings statement describing the increased risk of

14  hyperglycemia and diabetes in patients taking these

15  medications, including Seroquel."

16             Did I read that correctly, Doctor?

17       A.    Yes, you did.

18       Q.    So at the time you were prescribing Seroquel

19  you understood that the manufacturers had stated there

20  was an increased risk of diabetes and hyperglycemia?

21       A.    I did.

22             MR. HAMPTON:  Objection, foundation.

23       Q.    (BY MR. GADDES)  And, Doctor, I would also

24  like to hand you --

25             MR. GADDES:  Or I'd ask the court reporter to

Page 118

1          Q.      (BY MR. GADDES)   Knowing that she had

2    diabetes you still thought given her suicidal tendencies

3    that she was -- it was appropriate to treat her with

4    Seroquel?

5                    MR. HAMPTON:   Same objection.

6                    THE WITNESS:   Yes, I did.

7                    MR. GADDES:   One -- I think that's all I have

8            for you today, Doctor.   I want to thank you for

9            answering our questions.   I know we've had to rush

10           it but I appreciate your time.

11                   MR. HAMPTON:   That's all the questions I

12    have, too, Doctor.   Thank you.

13                   MR. GADDES:   Doctor, thank you.   It's been a

14    pleasure.

15                   (Discussion was conducted off the record.)

16                   THE REPORTER:   Read or waive?

17                   MR. GADDES:   Did you want to read?

18                   THE WITNESS:   I think I'll waive.

19                   (Discussion was conducted off the record and

20    Exhibit Nos. 6, 9 and 10 were marked for

21    Identification.)

22                   THE REPORTER:   You were ordering this?

23                   MR. HAMPTON:   There's a standard protocol.

24                   MR. GADDES:   There's a standard protocol that

25           they should know when you go back to the office.

3022cd95-a569-425b-ac26-8f11edb78202