# EXHIBIT F

Page 1

```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
                 ORLANDO DIVISION


IN RE:   Seroquel Products Liability Litigation


MDL DOCKET NO. 1769




This Document Relates to 6:07-cv-12145




VIDEOTAPED
DEPOSITION OF:   JAGDISH SHAH, M.D.

DATE:            August 30, 2007

TIME:            12:35 p.m.

LOCATION:        Law Offices of Hamilton, Martens,
                 Ballou & Sipe, LLC
                 130 East Main Street, Suite 201
                 Rock Hill, South Carolina

TAKEN BY:        Counsel for the Defendants
                 AstraZeneca Pharmaceuticals, LP,
                 and AstraZeneca, LP

REPORTED BY:     YVONNE R. BOHANNON
                 Registered Merit Reporter,
                 Certified Realtime Reporter
```

1    3:09 p.m.

2    BY MS. THORPE:

3         Q.   Dr. Shah, you knew from your training
4    as a psychiatrist and from the medical literature
5    and your continuing medical education that atypical
6    antipsychotics had been associated with reports of
7    diabetes and hyperglycemia and weight gain; is that
8    right?

9         A.   Yes.

10        Q.   And how -- when did you come to know
11   that?

12        A.   I think looking at the literature FDA
13   had a label change for all the atypicals September
14   '03.  That's when the doctors were maken aware to
15   look for it and screen for the patients, you know,
16   so --

17        Q.   Okay.  And you actually received a
18   letter, did you not, from AstraZeneca that's been
19   marked as Exhibit 8, a Dear Health Care Provider
20   letter in January of 2004?

21        A.   Oh, I'm sure I did.

22        Q.   Okay.  Can you look at it and tell us
23   your recollection.

24        A.   Yes, I remember getting this letter,
25   uh-huh.

1    A.   I was -- I was -- I had a knowledge of
2    that.  That's all I can say, yeah.
3    Q.   Okay.  And so did you review the
4    labeling on the various antipsychotics that you
5    were prescribing like Seroquel and --
6    A.   Yes.
7    Q.   -- the other drugs that we've talked
8    about?  Okay.
9         So knowing the information that was
10   con -- that you knew from your general knowledge
11   about diabetes and hyperglycemia and antipsychotics
12   did not alter your opinion that Seroquel is a
13   useful therapy for patients with bipolar type one
14   like that presented by Ms. Grant?
15   A.   No, it's a class label warning from
16   what I understand, so that can happen with any
17   atypicals medication, and, you know, good
18   physicians just be careful, you know, prescribing
19   it and -- and watch for those side effects just
20   like anything else.
21   Q.   And it was -- it was a useful therapy
22   for helping them manage these -- the serious -- or
23   let me -- strike that.
24        Seroquel when you prescribed it in July
25   of '04 for Ms. Grant you felt like that was a

1  useful, necessary therapy to take care of her very
2  serious mental illness?
3       A.   Yes.
4       Q.   All right.  Now, the -- the -- I want
5  to -- I'd like to go through all these visits, but
6  I'm going to skip over in the interest of time --
7            MR. PIRTLE:  Speaking of time, where
8  are we on it?
9            MS. THORPE:  I don't know.
10           VIDEOGRAPHER:  It's an hour and 53
11 minutes, plus eight minutes.
12           MR. PIRTLE:  2:01.
13           MS. THORPE:  Okay.  Great.
14 BY MS. THORPE:
15      Q.   I want to direct your attention to your
16 visit --
17           MR. PIRTLE:  I don't know how much
18 longer you've got this time, but I'm not going to
19 go over two hours.
20           MS. THORPE:  Okay.  Well, I think
21 you're entitled to an hour and a half time under
22 the rules, but --
23           MR. PIRTLE:  Well, I won't go over an
24 hour and a half --
25           MS. THORPE:  Okay.