# EXHIBIT G

Page 1

93863 eb

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:   SEROQUEL PRODUCTS LIABILITY LITIGATION
MDL DOCKET NO. 1769

THIS DOCUMENT RELATES TO 6:07-cv-10112
(Elizabeth Haynie-Whynot versus AstraZeneca LP, et al)

DEPOSITION OF DANIEL KOPPERSMITH, MD

UPON RECEIPT OF SIGNATURE, THE ORIGINAL OF THIS
DEPOSITION WILL BE IN THE CUSTODY OF:

Brennan J. Torregrossa, Esquire
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania   19104-2808

Date                        Edith A. Boggs, CSR

9-25-07                     HOUSTON, TEXAS

Phone (713) 524.5600 Esquiree Deposition Services   Fax (713) 524.4951
3401 Louisiana Street, Suite 300   Houston, Texas 77002   1(800)767-9532

66c09ed5-7868-40a0-bc1c-4aff68609f2c

1   Q.  So, she had never told you she had diabetes prior
2   to this visit with you on -- on what date?
3   A.  June 30th, 2007.
4   Q.  -- June 30th, 2007?
5   A.  Yes, sir.  To my best recollection, I did not
6   hear of it before then.
7   Q.  Okay.  Did you prescribe her Seroquel despite her
8   report of diabetes and a lawsuit with respect to
9   diabetes and Seroquel?
10  A.  Well, I asked her about that, and she was adamant
11  that Seroquel had been an excellent medication for her
12  and she wanted to continue it.
13  Q.  So, she wanted to continue taking the medication
14  despite the lawsuit that she told you about?
15              MR. FIBICH:  Object to form.
16  A.  That's what she told me, yes, sir.
17  Q.  (BY MR. TORREGROSSA)  And did you on this day
18  prescribe Seroquel for her?
19  A.  Yes, sir, I did.
20  Q.  And did you, as a medical doctor, consider the
21  risks and benefits of the drug on this day?
22              MR. FIBICH:  Object to form.
23  A.  Yes, sir.
24  Q.  (BY MR. TORREGROSSA)  And did you believe that
25  the benefits of Seroquel outweighed the risks?

Phone (713) 524.5600 Esquiree Deposition Services    Fax (713) 524.4951
3401 Louisiana Street, Suite 300    Houston, Texas 77002    1(800)767-9532

66c09ed5-7868-40a0-bc1c-4aff68609f2c

1  A.  Yes, sir.
2      MR. FIBICH:  Object to form.
3  Q.  (BY MR. TORREGROSSA)  And do one of those risks
4  include the very lawsuit that she brought with respect
5  to diabetes and Seroquel?
6  A.  Yes, sir.  I actually discussed it with her
7  since, I mean, I thought she should be part of that
8  decision.
9  Q.  Okay.  When is the next time that you saw
10 Ms. Whynot?
11 A.  That would be the last time, which was August
12 24th, 2007.
13 Q.  So, that was just a month ago?
14 A.  Yes, sir.
15 Q.  Okay.  Do you have an appointment coming up with
16 her at all?
17 A.  According to my notes, I should be seeing her 12
18 weeks from that date, which would be about 2 months from
19 now.
20 Q.  Okay.  And, in fact, she's still a current
21 patient, correct?
22 A.  Yes, sir.
23 Q.  Now, on this last visit, what took place?
24 A.  I had switched her previously from Zoloft because
25 Zoloft didn't seem to be working well for her

Phone (713) 524.5600  Esquiree Deposition Services  Fax (713) 524.4951
3401 Louisiana Street, Suite 300  Houston, Texas 77002       1(800)767-9532

66c09ed5-7868-40a0-bc1c-4aff68609f2c

1    to prescribe Seroquel to your patients today?
2        A.  Yes, sir, I have many patients on Seroquel.
3        Q.  Why is that?
4        A.  Because it's an effective medication, and the
5    risk of diabetes is very minimal and, as I have said,
6    the risks -- the benefit outweighs the risk.
7        Q.  And have you learned anything since 2002 about
8    Seroquel that would change your course of treatment for
9    her and her use of Seroquel?
10       A.  No, sir, I can't say I have.
11       Q.  And do you still today consider Seroquel the best
12   course of treatment for Ms. Whynot?
13              MR. FIBICH:  Object to form.
14       A.  Yes, sir.
15       Q.  (BY MR. TORREGROSSA)  Okay.  Some follow-up,
16   Doctor.  Are you visited by AstraZeneca sales
17   representatives from time to time?
18       A.  Yes, sir.
19       Q.  Okay.  Is that a standard part of the practice?
20       A.  Yes, sir.
21       Q.  Okay.  When you make determinations about the
22   drugs that you use, what do you rely on?
23       A.  Primarily, I rely on my personal experience.
24       Q.  Do you also rely on the experience of your peers?
25       A.  Yes, sir.

Phone (713) 524.5600 Esquiree Deposition Services   Fax (713) 524.4951
3401 Louisiana Street, Suite 300   Houston, Texas 77002   1(800)767-9532

66c09ed5-7868-40a0-bc1c-4aff68609f2c