**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation.**

Case No.  6:06-md-1769-Orl-22DAB

_____/

# ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment into the George C. Young United States Courthouse for use in connection with a hearing in this case, it is **ORDERED** as follows:

1. Robert L. Ciotti, A. Elizabeth Balakhani, Kathryn L. Connelly, Fred T. Magaziner, Chris S. Coutroulis, Stephen J. McConnell, Luke Mette, Robert W. Pass, Shane Prince, James J. Freebery, Margaret Osborne, and Christin Bassett are each allowed to bring one "Blackberry" email device and/or cell phone; and Robert L. Ciotti, A. Elizabeth Balakhani, Margaret Osborne, and Shane Prince each one laptop computer into the George C. Young United States Courthouse on **TUESDAY, OCTOBER 30, 2007**, for use in the status conference before the undersigned scheduled to begin at **10:30 A.M.**

2. Ed Blizzard, Tom Pirtle, Paul Pennock, Jonathan Sedgh, Ken Bailey, Camp Bailey, Scott Allen, Holly Wheeler, Rick Laminack, Buffy Martines, Larry Gornick, Dennis Canty, Fletch Trammell, and Ken Smith are hereby each granted permission to bring a BlackBerry email device and/or cell phone; and Paul Pennock, Larry Gornick, Dennis Canty, and Ken Smith each one laptop computer into the George C. Young United States Courthouse on **TUESDAY, OCTOBER 30, 2007**, for use in the status conference before the undersigned scheduled to begin at **10:30 A.M.**

3. The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require to present picture identification at the time of entry.

4. The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

**DONE** and **ORDERED** in Orlando, Florida on October 29, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers