# EXHIBIT A

# PLAINTIFF FACT SHEET

Please provide the following information for each individual on whose behalf a claim is being made. If you are completing this questionnaire in a representative capacity, please respond to all questions with respect to the person who used Seroquel® (quetiapine). Those questions using the term "You" refer to the person who used Seroquel®. In filling out this form, please use the following definitions: (1) "healthcare provider" means any hospital, clinic, center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, ophthalmology, psychiatric or psychological care or advice, and any pharmacy, weight loss center, dentist, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, therapist, nurse, herbalist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care and/or treatment of you; (2) "document" means any writing or record of every type that is in your possession or the possession of your counsel, including but not limited to written documents, e-mail, cassettes, videotapes, DVDs, photographs, charts, computer discs or tapes, x-rays, drawings, graphs, phono-records, non-identical copies and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form. **You may attach as many sheets of paper as necessary to fully answer these questions.**

If you have any documents (as defined above), including, but not limited to, packaging, instructions, Seroquel® product, or other materials or items that you are requested to produce as part of answering this fact sheet or that relate to Seroquel®, any other antipsychotic medication you allegedly took, or the incident, injuries, claims, or damages that are the subject of your complaint, you must NOT dispose of, alter or modify these documents or materials in any way. You are also required to give all of these documents and materials to your attorney as soon as possible. If you are unclear about these obligations please contact your attorney.

In completing this Fact Sheet you are under oath and must provide information that is true and correct to the best of your knowledge.

## I. PRELIMINARY INFORMATION

A. Seroquel® User's Full Name________________________________

B. MDL Case No.________________ Court where originally filed________________

C. Your Attorney's Name:________________________________

Firm:________________________________

________________

Address:________________________________

Telephone number:________________ Fax number:________________

E-mail address:________________________________

**If you are completing this Fact Sheet on behalf of the estate of a deceased person or a minor, state:**

1. Your name and address:________________________________

________________________________

2. Representative capacity(*i.e.*, administrator, executor, or guardian)________________

3. Your relationship to deceased or represented person________________

4. Court which appointed you and date of appointment________________

________________________________

## II. PERSONAL INFORMATION FOR THE SEROQUEL® USER

A. Address:________________________________

B. Maiden, or any other names used by you, and dates of use:________________

C. Social Security Number: ________________________________

D. Date and city of birth:________________ Date of Death:________________

E. Sex: Male______ Female:______

F. Ethnicity: African-American_____ Caucasian____ Hispanic_____ Native American_____ Other (please specify)____________

G. Marital Status:____________________________________________

H. Have you ever served in any branch of the military? Yes_____ No_____
1. If yes, branch and dates of service: ____________________________
2. Were you ever rejected or discharged from military service for any reason related to your medical, physical, psychiatric or emotional condition? Yes_____ No_____
If yes, state the condition and the date of occurrence:______________________

I. Schools you have attended (high school and beyond):
1. High School:
Name:____________________________________
Address:__________________________________
Grade completed:___________________________
Dates of attendance:_________________________

2. If you attended school beyond high school, as to each school state:
Name:____________________________________
Address:__________________________________
Dates of attendance:_________________________
Degree awarded and major:____________________

* Please attach additional pages as needed.

**III. EMPLOYMENT INFORMATION**

A. For each employer for the past ten (10) years, state:

| Name of Employer | Address and Phone Number | Job Title/Duties | Dates Employed |
|---|---|---|---|
| | | | |
| | | | |

* Please attach additional pages as needed

B. Since the age of 21, have you ever been unemployed? Yes _____ No _____
If yes, state date(s) of and reasons for any unemployment:______________________

C. Have you ever been out of work for more than thirty (30) days for reasons related to your health (medical, physical, psychiatric or emotional condition)? Yes_____ No______
If yes, please state the dates, employer and health condition:____________________
______________________________________________________________

**IV. SEROQUEL®**

| Date(s) of Use | Dose | Name and Address of Prescribing Physician | Reason for Use | Name and Address of Dispensing Pharmacy |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | | | | |

A. Do you continue to take Seroquel®? Yes_____ No_____
If no, state when you stopped and why:___________________________________________

B. Has any healthcare provider recommended that you not use Seroquel®? Yes_____ No_____
If yes, state the name and address of that healthcare provider and the date of that recommendation was made:_____________________________________________________________
_______________________________________________________________________

* If any such advice or recommendation was in writing, please attach a copy.

C. Have you had any direct communication, oral or written, with AstraZeneca Pharmaceuticals LP and/or AstraZeneca LP or any of their representatives? Yes ____ No _____

## V. INJURIES, SYMPTOMS, DIAGNOSES & DAMAGES

A. Are you claiming to have suffered any physical, mental or emotional condition as a result of using Seroquel®? Yes____ No____

B. If you answered yes, for each condition separately state:

1. Detailed description of condition:__________________________________________
_________________________________________________________________
2. The date you first became aware of the condition: ____________________________
3. How you first became aware of it:______________________________________
4. Whether you have consulted with any healthcare provider(s) regarding the condition Yes___ No___
If yes, please identify healthcare provider's name and address:_______________
___________________________________________________________

* Please attach additional pages if necessary.

C. Are you claiming that you have paid, or will have to pay, any monetary expenses or fees as a result of having used Seroquel® ? Yes_____ No_____
If yes, please describe:_______________________________________________________
_______________________________________________________________________

## VI. HEALTHCARE PROVIDERS AND PHARMACIES

A. Identify the following for each healthcare provider, **including psychiatrists, psychologists, social workers, or mental health professionals**, you have consulted since ten (10) years prior to your first ingestion of Seroquel® (or if you are a minor please list *all* healthcare providers):

| Name and Specialty | Address and Phone Number | Dates of Treatment | Reason for Treatment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| Name and Specialty | Address and Phone Number | Dates of Treatment | Reason for Treatment |
| | | | |
| | | | |

* Please attach additional pages if necessary.

B. Identify the following for each time you were hospitalized and/or received treatment in an emergency room or an out-patient setting since ten (10) years prior to your first ingestion of Seroquel® (or if you are a minor please list *all* hospitalizations):

| Name of Facility | Address and Phone Number | Dates of Treatment | Reason for Treatment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

* Please attach additional pages if necessary.

C. Identify the following for each pharmacy, drug store and/or other supplier (including mail order and internet pharmacies) where you have filled prescriptions since ten (10) years prior to your first ingestion of Seroquel® to present (or if you are a minor please list *all* pharmacies, etc.):

| Name | Address and Phone Number | Dates You Filled Prescriptions |
|---|---|---|
| | | |

| | | |
|---|---|---|
| | | |
| | | |

*Please attach additional pages if necessary.

**VII. MEDICAL BACKGROUND**

A. Current Height___________ Weight____________

B. Have you ever taken medications (prescription or over-the-counter) to control your weight? Yes_____ No_____
If yes, please list the medication(s), the date(s) you took the medication(s), and the healthcare provider(s) that prescribed the medication(s) (if applicable): __

______________________________________________________________________

C. Drinking History

1. Do you currently drink alcohol (beer, wine, whiskey, etc.)? Yes ______ No ____
If yes, how many drinks per day? _____

2. Have you ever drunk alcohol (beer, wine, whiskey, etc.)? Yes ______ No _____
If yes, what was your greatest alcohol consumption over an extended (six (6) month or greater) period within the last ten (10) years: ____ drinks per day
When was this period? ________ to ___________

D. Medical History: Have you ever been diagnosed or treated for any of the following?

| Condition | Yes | No | Dates of Diagnosis/Treatment |
|---|---|---|---|
| Schizophrenia | | | |
| Bipolar Disorder | | | |
| Depression | | | |
| Any other mental illness or disease (If yes, please specify ______________________) | | | |
| Type I diabetes mellitus | | | |
| Type II diabetes mellitus or NIDDM | | | |
| Diabetes mellitus | | | |
| Gestational Diabetes | | | |
| Diabetic coma | | | |
| Diabetic ketoacidosis (DKA) | | | |
| Diabetic ketosis | | | |
| Glycosuria/glucosuria (sugar in your urine) | | | |
| Hyperglycemia (high blood sugar) | | | |
| Any other problems related to blood sugar, glucose, ketones, or insulin | | | |
| High Cholesterol/hyperlipidemia | | | |
| High triglycerides | | | |
| Obesity (overweight) | | | |
| Pancreatitis | | | |
| Neuroleptic Malignant Syndrome | | | |
| Tardive Dyskinesia or other movement disorder | | | |
| Extrapyramidal Symptoms (EPS) | | | |
| Hyperprolactinemia | | | |

E. *Other than* those conditions that you believe were caused by your use of Seroquel®, do you currently suffer from any physical injuries, illnesses or disabilities? Yes _____ No _____

If yes, please identify:

Injury, illness or disability: ___________________________________________

Date(s) of onset: ___________________________________________

Date(s) of diagnosis: ___________________________________________

Physician by whom first treated: ___________________________________________

Physician's address (if not otherwise provided): ___________________________________________

___________________________________________

_

## VIII. MEDICATIONS

A. Do you currently take, or have you taken, any of the following medications:

| Medication | Yes | No | If yes, dose and dates of usage |
|---|---|---|---|
| Abilify (Aripiprazole) | | | |
| Clozaril (Clozapine) | | | |
| Geodon (Ziprasidone) | | | |
| Haldol (Haloperidol) | | | |
| Navane (Thiothixine) | | | |
| Risperdal (Risperidone) | | | |
| Solian (Amisulpride) | | | |
| Stelazine (Trifluoperazine) | | | |
| Thorazine (Chlorpromazine) | | | |
| Trilafon/Triavil (Perphenazine) | | | |
| Zyprexa/Symbyax (Olanzapine) | | | |
| Any other psychiatric medication (If yes, please specify ____________) | | | |

B. Have you ever taken or used any illicit drugs or methadone? Yes____ No_____
If yes, please list drug(s) and period(s) of use: ___________________________________________

___________________________________________

-

## IX. FAMILY MEDICAL HISTORY

A. To the best of your knowledge, please indicate whether your *parents, siblings, children or grandparents* have ever suffered from or treated for any of the following:

| Condition | Yes | No | If yes, identify the family member(s) |
|---|---|---|---|
| Obesity | | | |
| Diabetes | | | |
| Hyperglycemia | | | |
| Hypertension or high blood pressure | | | |
| Vascular problems or poor circulation | | | |
| Glucose Intolerance | | | |
| Glandular disease | | | |
| High cholesterol or triglycerides | | | |
| Alcoholism | | | |
| Any psychiatric disease or abnormality | | | |

| (If yes, please specify_________________) | | | |
|---|---|---|---|

## X. FACT WITNESSES

A. Other than your healthcare providers, please identify all persons whom you believe possess information concerning your injury and/or other facts related to your claim:

| Name | Address | Type of information |
|---|---|---|
| | | |
| | | |
| | | |

B. Have you obtained a statement, oral or written, from any person not a party to this action? Yes_____ No_____ (If yes, please attach a copy.)

## XI. INSURANCE AND BENEFITS

A. Has any insurance or other company (including Medicare/Medicaid) provided you with medical coverage or paid your medical bills at any time beginning ten (10) years prior to your prescription of Seroquel® through the present? Yes _____ No_______
If yes, then identify the following as to each such company:

| Name of Company | Address and Phone Number | Policy Number |
|---|---|---|
| | | |
| | | |
| | | |

B. Have you ever applied for worker's compensation, social security, state or federal disability benefits or any other form of disability claim? Yes _____ No_______
If yes, then identify the following as to each application submitted:

| Agency | Date of Submission | Nature of Injury | Claim/Docket Number |
|---|---|---|---|
| | | | |
| | | | |

## XII. PRIOR LEGAL ACTIONS

A. Have you ever been a party to a lawsuit, judicial proceeding or made a claim (other than in the present suit) whether civil, criminal or administrative? Yes_____ No_____
If yes, then identify the following as to each:

| Caption and Case No. | Date Filed | Nature of Action | Outcome | Your Lawyer's Name and Address |
|---|---|---|---|---|
| | | | | |
| | | | | |

B. Have you ever been convicted of, or pled guilty to, a misdemeanor or felony? Yes____ No____
If yes, describe the crime or offense, the state and county, and the outcome of the charge: ______________________________________________________________________________
______________________________________________________________________________

C. Are you a participant in any settlement relating to your use of Zyprexa?
Yes_____ No_____

## XIII. DOCUMENTS

A. Please sign and attach to this Fact Sheet the authorizations for the release of records.

B. If completing this Fact Sheet on behalf of a deceased person, please attach the legal documentation establishing that you are the legal representative and the Decedent's death certificate and autopsy report (if applicable).

C. Please indicate whether you or your counsel have any of the following materials in your possession by placing a checkmark next to the word "yes" or "no." **If yes, attach a copy of any such documents. In responding, note that Seroquel® is quetiapine.**

1. Medical records from any physician, hospital or healthcare provider for the ten (10) years prior to your first ingestion of Seroquel® to present. Yes____ No ____

2. Pharmacy records for the ten (10) years prior to your first ingestion of Seroquel® to present, including receipts, prescriptions or records of purchase. Yes____ No____

3. Advertisements for Seroquel® or articles discussing Seroquel® which you reviewed before and during the time you took Seroquel®. Yes____ No____

4. The packaging, including the box and label, for Seroquel® and any remaining medication (plaintiffs must retain the originals of the items requested). Yes____ No____

5. Product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed with or provided to you in connection with your use of Seroquel®. Yes____ No____

6. Documents that mention Seroquel®, or any alleged health risks or hazards related to Seroquel® in your possession at or before the time of the injury alleged in your complaint. Yes____ No____

7. Statements obtained from or given by any person having knowledge of facts relevant to the subject of this litigation. Yes____ No____

8. Documents that were provided to you by any of the defendants. Yes____ No____

9. Documents constituting any communications or correspondence between you and any representative of the defendants. Yes____ No____

10. Documents concerning any antipsychotic medications you have used or ingested, other than Seroquel®. Yes____ No____

11. Photographs, drawings, journals, slides, videos, DVDs or any other media relating to your alleged injury or your life after the incident. Yes____ No____

12. If you claim you have suffered a loss of earnings or earnings capacity, your federal tax returns for each of the last five (5) years. Yes____ No____

13. If you claim you have suffered a loss of earnings or earnings capacity, all employment records in your possession, including employment applications, performance evaluations, paychecks and pay stubs. Yes____ No____

14. If you claim any loss from medical expenses, copies of all bills from any physician, hospital, pharmacy or other healthcare provider. Yes____ No____

15. If you have been the claimant or subject of any worker's compensation, Social Security or other disability proceeding, all documents relating to such proceeding. Yes____ No____

16. Copies of all pleadings, including but not limited to complaints, answers, answers to interrogatories, deposition notices, transcripts of depositions, settlement papers, releases, stipulations of dismissal and covenants not to sue, in any action for personal injuries by or on behalf of you at any time during your life. Yes____ No____

17. Journals, diaries, notes, letters, e-mails or other documents written by you or received by you which refer to your health or well-being, including any injuries or illnesses, or which refer to Seroquel®, or the risks or benefits of Seroquel®, or which refer to the use of any other antipsychotic medications. Yes____ No____

18. Print-outs of all websites or blogs which are maintained or created by you. Yes____ No____

19. Print-outs of internet postings made by you which relate to your health or well-being, including any injuries or illnesses, or which refer to Seroquel®, or the risks or benefits of Seroquel®, or which refer to the use of any other antipsychotic medications.
Yes____ No____

**ACKNOWLEDGEMENT**

**I declare under penalty of perjury that all of the information provided in this Plaintiff's Fact Sheet is true and correct to the best of my knowledge, information, and belief and that I have supplied all the documents requested in Part XIII of this Plaintiff's Fact Sheet, to the extent that such documents are in my possession or in the possession of my lawyers, and that I have signed, witnessed, and supplied the authorizations attached to this Verification.**

**Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.**

Date:______________ ____________________________________________
Signature