# EXHIBIT B

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

_____

This Document Relates to 6:07-cv-16085

_____

### NOTICE OF DEPOSITION OF PLAINTIFF DEBORAH ELMORE

Please take notice that by agreement and pursuant to Fed.R.Civ.P. 30, counsel for

Defendants AstraZeneca Pharmaceutical LP and AstraZeneca LP, will take the deposition of

**Deborah Elmore**, on **August 15, 2007**, at the law offices of **Bailey Perrin Bailey LLP, 440**

**Louisiana Street, Suite 2100, Houston, TX 77002**, commencing at **10:00 am CDT**.  The

deposition will be recorded stenographically by a certified court reporter, and may be used for all

purposes permitted by the Federal Rules of Civil Procedure.  You are invited to attend and

participate.

Unless previously provided, the deponent is directed to bring to the deposition the

documents requested in the attached Schedule A.



MDL Elmore D
6:07-cv-16085
EXHIBIT NO. 2
René White  8-15-07

Dated: August 6, 2007

Russell O. Stewart
Nadia G. Malik
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

Fred T. Magaziner
DECHERT LLP
Circa Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: (215) 994-4000
Facsimile: (215) 994-2222

*Attorneys for Defendants AstraZeneca
Pharmaceuticals LP and AstraZeneca LP*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of August, 2007, I served the foregoing document via electronic mail and US Mail, first class postage prepaid, to the following:

Larry M. Roth, Esq.
Law Office of Larry M. Roth, P.A.
1615 Edgewater Drive, Suite 180
P.O. Box 547637
Orlando, FL 32854-7637
Telephone: (407) 872-2239
Facsimile: (407) 872-6927
E-mail: LROTH@roth-law.com
*Plaintiff's Liaison Counsel*

L. Camp Bailey
Bailey Perrin Bailey LLP
440 Louisiana Street, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7100
Facsimile: (713) 425-7101
E-mail: CBailey@BPBLaw.com
*Plaintiff's Lead Counsel*

Matthew F. Pawa
Law Office of Matthew F. Pawa, P.C.
1280 Centre Street, Suite 230
Newton Centre, MA 02459
Telephone: (617) 641-9550
Facsimile: (617) 641-9551
E-mail: mp@pawalaw.com
*Plaintiff's Local Counsel*

Russell O. Stewart

fb.us.2199654.01

3

# SCHEDULE A

1.  Medical records from any physician, hospital or healthcare provider for the ten (10) years prior to your first ingestion of Seroquel to present.

2.  Pharmacy records for the ten (10) years prior to your first ingestion of Seroquel to present, including receipts, prescriptions of records of purchase.

3.  Advertisements for Seroquel or articles discussing Seroquel which you reviewed before and during the time you took Seroquel.

4.  The packaging, including the box and label, for Seroquel and any remaining medication (plaintiffs must retain the originals of the items requested).

5.  Product use instructions, product warnings, packaging inserts, pharmacy handouts or other materials distributed with or provided to you in connection with your use of Seroquel.

6.  Documents that mention Seroquel, or any alleged health risks or hazards related to Seroquel in your possession at or before the time of the injury alleged in your complaint.

7.  Statements obtained from or given by any person having knowledge of facts relevant to the subject of this litigation.

8.  Documents that were provided to you by any of the defendants.

9.  Documents constituting any communications or correspondence between you and any representative of the defendants.

10. Documents concerning any antipsychotic medications you have used or ingested, other than Seroquel.

11. Photographs, drawings, journals, slides, videos, DVDs or any other media relating to your alleged injury or your life after the incident.

12. If you claim to have suffered a loss of earnings or earnings capacity, your federal tax returns for each of the last five (5) years.

13. If you claim you have suffered a loss of earnings or earnings capacity, all employment records in your possession, including employment applications, performance evaluations, paychecks and pay stubs.

14. If you claim any loss from medical expenses, copies of all bills from any physician, hospital, pharmacy or other healthcare provider.

15.    If you have been the claimant or subject of any worker's compensation, Social Security or other disability proceeding, all documents relating to such proceeding.

16.    Copies of all pleadings, including but not limited to complaints, answers, answers to interrogatories, deposition notices, transcripts of depositions, settlement papers, releases, stipulations of dismissal and covenants not to sue, in any action for personal injuries by or on behalf of you at any time during your life.

17.    Journals, diaries, notes, letters, e-mails or other documents written by you or received by you which refer to your health or well-being, including any injuries or illnesses, or which refer to Seroquel, or the risks or benefits of Seroquel, or which refer to the use of any other antipsychotic medications.

18.    Print-outs of all websites or blogs which are maintained or created by you.

19.    Print-outs of internet postings made by you which relate to your health or well-being, including any injuries or illnesses, or which refer to Seroquel, or the risks or benefits of Seroquel, or which refer to the use of any other antipsychotic medications.