# EXHIBIT C

JOB NO. 93141

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:   Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

---

This Document Relates to 6:07-cv-16085

---

ORAL DEPOSITION OF DEBORAH ELMORE
AUGUST 15, 2007

ORAL DEPOSITION OF DEBORAH ELMORE, produced as a witness

at the instance of the Defendants and duly sworn, was taken in

the above styled and numbered cause on August 15, 2007, from

9:44 a.m. to 1:47 p.m., before L. RENE WHITE, CSR, CRR, RPR in

and for the State of Texas, reported by machine shorthand, at

Bailey Perrin Bailey, L.L.P., 440 Louisiana Street, Suite

2100, Houston, Texas, pursuant to the Federal Rules of Civil

Procedure and the provisions stated on the record herein.

d3cbdecd-f8ff-4d4c-aebf-a0df4847ecfb

Page 17

1        A.    It said that if you have taken Seroquel and

2    other things -- I can't remember what those are --

3        Q.    Uh-huh.

4        A.    -- and you have gotten diabetes or other

5    things, that to call this number.

6        Q.    Okay.  When did you see that commercial?

7        A.    Couple of years ago.

8        Q.    Okay.  What did you do next?

9        A.    I called the number.

10       Q.    And you called.  And to whom did you speak?

11       A.    I don't remember.

12       Q.    What was the nature of the call?

13       A.    I wanted to find out about the Seroquel and the

14   diabetes.

15       Q.    Okay.  And then what happened next?

16       A.    They had me send the files from the drugstore

17   for all the -- all the Seroquel that I took and things

18   from my doctor.

19       Q.    Okay.  So one is you sent some pharmacy

20   records; is that correct?

21       A.    Yeah.

22       Q.    Documenting your use of Seroquel?

23       A.    Yeah.

24       Q.    And you sent those to Bailey Perrin Bailey; is

25   that right?

Esquire Deposition Services

d3cbdecd-f8ff-4d4c-aebf-a0df4847ecfb

Page 18

1        A.   Yeah.

2        Q.   And when you said things from your doctor, what

3   did you mean?

4        A.   That -- to say that she gave -- that was giving

5   me Seroquel and then from my doctor that was treating my

6   diabetes.

7        Q.   Were these letters or medical records or --

8        A.   I don't know.

9        Q.   Okay.  But you sent those to Bailey Perrin --

10  Bailey Perrin Bailey, also?

11       A.   Yeah, they did.

12       Q.   The doctors did?

13       A.   Yeah.

14       Q.   Okay.  Did you see what the doctors sent?

15       A.   No.

16       Q.   Okay.  You just asked them to send something

17  here?

18       A.   Yeah.

19       Q.   Do you know if they did or are you just

20  assuming that they did?

21       A.   I'm assuming.

22       Q.   Okay.

23            MR. MIZGALA:  We haven't seen those

24  documents.  I'll request and I'll follow up, but --

25            MS. PRICE:  Excellent, because I --

Page 19

1          MR. MIZGALA:  Yes, we'll send a letter,

2    too --

3          MS. PRICE:  That's great.

4          MR. MIZGALA:  -- for anything else that

5    comes up in the deposition.

6          MS. PRICE:  Exactly.

7          MR. MIZGALA:  But --

8          MS. PRICE:  You need to send a letter for

9    the record.

10         MR. MIZGALA:  Yes, we are requesting that

11   those documents be produced.

12         Q.   (BY MR. MIZGALA)  Okay.  So those documents --

13   there's pharmacy records you sent in, the record -- or

14   some documents from the doctors; and those doctors would

15   have been Dr. Dehilein, correct?

16         A.   Yes.

17         Q.   And was it Dr. McNaughton that you asked to

18   send something?

19         A.   Yeah.

20         Q.   Okay.  So you asked them to send some --

21   something in.  Do you -- what is it you asked to have

22   them send in or what were you asked to have them send

23   in?

24         A.   To -- just to show that they were treating me.

25         Q.   Okay.  Did they have to say anything about

d3cbdecd-f8ff-4d4c-aebf-a0df4847ecfb

Page 34

1              That's all.

2         Q.   Okay.   So No. 4 asks for the packaging

3    including the box and label for Seroquel and any

4    remaining medication.   And you do have some of that at

5    your home?

6         A.   Yes.

7         Q.   Okay.

8              MR. MIZGALA:   Well, I would ask that it be

9    produced and then we get a copy, please.

10             MS. PRICE:   And you will request that from

11   the law firm?   You will send --

12             MR. MIZGALA:   Yes.

13             MS. PRICE:   -- a request?

14             MR. MIZGALA:   Yes.

15        Q.   (BY MR. MIZGALA)   Okay.   I want to go back to

16   your current medications for a few minutes here.   You

17   said you were taking Celexa; is that correct?

18        A.   Yeah.

19        Q.   And for what reason do you take Celexa?

20        A.   Bipolar.

21        Q.   And do you understand Celexa to be an

22   antidepressant?

23        A.   Yes.

24        Q.   Okay.   And have -- you've taken other

25   antidepressants in the past, correct?