# EXHIBIT E

```
                                                                    1


    1    93143 eb

    2

    3            IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF FLORIDA
    4                     ORLANDO DIVISION

    5    IN RE:  SEROQUEL PRODUCTS LIABILITY LITIGATION
         MDL DOCKET NO. 1769
    6    _____

    7    THIS DOCUMENT RELATES TO 6:07-cv-12651

    8

    9

   10

   11             DEPOSITION OF KIMBERLY LINDER

   12
             UPON RECEIPT OF SIGNATURE, THE ORIGINAL OF THIS
   13            DEPOSITION WILL BE IN THE CUSTODY OF:

   14              Catherine Valerio Barrad, Esquire
                          Sidley Austin LLP
   15                   555 West Fifth Street
                            Suite 4000
   16               Los Angeles, California  90013

   17

   18

   19

   20   Date                       Edith A. Boggs, CSR

   21

   22   8-15-07                    HOUSTON, TEXAS

   23

   24

   25
```

12

```
 1              (Exb. No. 2
 2              was marked for identification.)
 3              (Off the record.)
 4     Q.  (BY MS. BARRAD)  Ms. Linder, did you have a
 5   chance to look at Schedule A?
 6     A.  Yes.
 7     Q.  Do you have any of the documents that are
 8   identified in Exhibit A in your possession?
 9     A.  No, I don't.
10     Q.  You mentioned that you took Seroquel today; is
11   that true?
12     A.  Yes.
13     Q.  If you look at Schedule A, number four, it asks
14   for the packaging, including the box and label, for
15   Seroquel and any remaining medication.  Do you have any
16   packaging for the Seroquel that you took today?
17     A.  Yes, I do.  I'm sorry.
18     Q.  If you look at item number five, product use
19   instruction, product warnings, packaging inserts,
20   pharmacy handouts or other material distributed or
21   provided to you in connection with your use of Seroquel,
22   that asks for any written instructions that your doctor
23   or pharmacy may have given you in connection with your
24   medications.  Do you have anything like that?
25     A.  I did but I threw it away.
```