# EXHIBIT L

07-E-93142

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL DOCKET NO. 1769


This Document Relates to 6:07-cv-10151


****************************************************************

ORAL DEPOSITION OF

WAYNE E. OLIVE, SR.

August 16, 2007

Volume 1

****************************************************************

      ORAL DEPOSITION of WAYNE E. OLIVE, SR., produced as a witness at the instance of the Defendants, AstraZeneca Pharmaceutical LP and AstraZeneca LP, and duly sworn, was taken in the above-styled and numbered cause on the 16th of August, 2007, from 9:48 a.m. to 3:59 p.m., before Shanon M. Hair, CSR in and for the State of Texas, reported by machine shorthand, at the law offices of Matthews & Associates, 2905 Sackett, Houston, Texas  77098, pursuant to the Federal Rules of Civil procedure and the provisions stated on the record or attached hereto.

1    A.    I don't know.
2    Q.    Do you keep a file about documents that are related
3 to this lawsuit at home?
4    A.    Everything that I have has turned over to my
5 attorney.
6    Q.    Okay. But do you keep a specific file with regards
7 to documents that involve this litigation?
8    A.    Ma'am, everything that I have has been turned over to
9 my attorney. I don't know what all is in there. I can't
10 remember what all is in there.
11   Q.    And I'm just trying to figure out what you had that
12 related to either Seroquel or this litigation, and I'm just
13 wondering if at any time you had a folder or some type of a
14 collection of materials at home that related to Seroquel or
15 this litigation.
16   A.    Everything that I had, I gave to my attorney.
17   Q.    Okay. So, you did have something, it's just that you
18 gave it to your attorney. Is that --
19   A.    I don't know. I can't remember what all was in
20 there.
21   Q.    Okay. Do you ever keep notes or a diary or -- about
22 your health concerns related to your use of Seroquel?
23   A.    Everything I had, I turned it over to my attorney.
24   Q.    No. You know -- and I understand that you've turned
25 everything over. I'm just asking -- I'm trying to figure out,

1  you know, what it is that you may have had at home that you
2  created that talked about your -- or gave information about,
3  you know, your health concerns.  Sometimes people write medical
4  appointments in a diary or calendar and sometimes people write
5  in a journal about how they feel every day or sometimes people
6  document, you know, different types of tests that they have.
7           I'm just wondering if you did any of those -- if
8  you had any of those sorts of documents at any time.
9       A.  I have an appointment book that I use to keep up with
10 my appointments.
11      Q.  And would that appointment book have had information
12 related to the use of medications?
13      A.  No.
14      Q.  It would have had information about your various
15 medical appointments?
16      A.  It would have the name of the doctor or clinic that I
17 was to see and the date and the time --
18      Q.  Okay.
19      A.  -- of the appointment.
20      Q.  And do you keep these appointment books?
21      A.  Yes, I do.
22      Q.  Do you have them going back for prior years other
23 than this year?
24      A.  I know for certain I have this year, and I may have
25 last year's.

1  articles discussing Seroquel that you have ever reviewed?
2      A.   No.
3      Q.   Okay.  Do you have any packaging, including the box
4  and label for Seroquel?
5      A.   No, I don't.
6      Q.   Okay.  Do you have any product use instructions,
7  warnings, package inserts, those types of documents?  Did you
8  have any of those types of documents?
9      A.   No, I do not, did not.
10     Q.   Any documents that discuss health risks or hazards
11 that were related to Seroquel, did you have any documents like
12 that?
13     A.   No.
14     Q.   Okay.  Any statements by anyone that were made
15 regarding your health or any facts relevant to this lawsuit?
16     A.   No.
17     Q.   Okay.  Have you ever received any documents from
18 AstraZeneca?
19     A.   No, I have not.
20     Q.   Okay.  Any documents concerning any antipsychotic
21 medications that you have used or ingested other than Seroquel?
22     A.   The only one that I can remember is Lamictal.
23     Q.   Okay.  And do you have any documents related to
24 Lamictal?
25     A.   Turned that over to my attorney.