UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br>MDL Docket No. 1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**PLAINTIFFS' EMERGENCY MOTION TO REPLACE EXHIBITS PREVIOUSLY FILED VIA ECF** |

Plaintiffs hereby move for the replacement of Exhibits 1, 2 and 3 (Document Nos. 467-2, 467-3, and 467-4) to the Declaration of Jonathan Jaffe (Document 417) in support of Plaintiffs' Motion to Appoint Hitachi Consulting as IT Advisor.

Plaintiffs' redactions of the original exhibits were insufficient to protect confidential information. On September 14, 2007, Plaintiffs filed an emergency motion to replace the exhibits and the Court granted this request. Plaintiffs printed the redactions to .pdf in a manner designed to obscure text, and which Adobe Support confirmed was appropriate. Plaintiffs then filed redacted exhibits. However, following the replacement of the exhibits, Defendants demonstrated a quirk within the Adobe program wherein, through the use of a computer slow to process the information, the redacted text would still be visible for a fraction of a second. Plaintiffs have again conferred with Defendants and have taken steps suggested by Defendants to redact these exhibits.

///

///

Plaintiffs respectfully request that the Court again substitute the exhibits with the attached Exhibits 1, 2 and 3.


Dated:  October 29, 2007                LEVIN SIMES KAISER & GORNICK LLP


                                        _____/s/ Dennis J. Canty_____
                                        Lawrence J. Gornick (CA State Bar No. 136290)
                                        Dennis J. Canty (CA State Bar No. 207978)
                                        44 Montgomery Street, 36th Floor
                                        San Francisco, CA  94104
                                        Telephone:  415-273-8138
                                        Facsimile:  415-981-1270
                                        E-mail:       lgornick@lskg-law.com
                                                      dcanty@lskg-law.com