**From:** Murray, Michael F on behalf of Murray, Michael F (Seroquel)
**Sent:** Friday, December 09, 2005 7:30 AM
**To:** Hamill, Kevin J; Domine, Lisa I; Chavoshi, Soheil
**Cc:** Dwyer, Donald; Repp, Edward
**Subject:** RE: Peer Group Capacity



REDACTED DUE TO CONFIDENTIALITY DESIGNATION

CONFIDENTIA