| | |
|---|---|
| **From:** | Fors, Susanne [/o=ZENECA/ou=PHWILM/cn=Recipients/cn=Susanne.Fors] on behalf of Fors, Susanne (Seroquel) |
| **Sent:** | Monday, April 03, 2006 9:26 PM |
| **To:** | 'Eklund, Karin M (regulatory)' |
| **Subject:** | RE: SQL SR - Health Authority Meetings in EU |

REDACTED DUE TO CONFIDENTIALITY DESIGNATION

-----Original Message-----

| | |
|---|---|
| **From:** | Eklund, Karin M (regulatory) |
| **Sent:** | Friday, March 24, 2006 8:00 AM |
| **To:** | Street, Paul R; O'Byrne, Muriel; Fors, Susanne (Seroquel) |
| **Subject:** | RE: SQL SR - Health Authority Meetings in EU |

REDACTED DUE TO CONFIDENTIALITY DESIGNATION

CONFIDENTIA