## Unknown

| | |
|---|---|
| From: | Brecher, Martin [/o=ZENECA/ou=PHWILM/cn=Recipients/cn=Martin.Brecher] on behalf of Brecher, Martin |
| Sent: | Friday, March 10, 2006 11:21 AM |
| To: | 'Jones, Martin AM (Seroquel)';Jonas Rastad (E-mail) |
| Subject: | RE: Follow up DLC/CLC meeting: Japan Seroquel update |



REDACTED DUE TO CONFIDENTIALITY DESIGNATION