# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

## ORDER

On August 10, 2007, Plaintiffs and Defendants filed a joint Stipulation of Dismissal as to Seven Named Defendants, agreeing to the dismissal of seven entities named as defendants in this litigation. *See* Doc. 366. The stipulation purported to apply only to the cases listed in the attached "Exhibit A." However, the Court notes that several cases, which name as defendants the seven entities who were previously dismissed pursuant to the joint stipulation, have since been transferred to this district as part of this MDL. Because the joint stipulation was expressly limited to cases listed in the attached exhibit, it does not, on its own, authorize the dismissal of the seven entities with respect to cases transferred to this district since August 10, 2007. The Court presumes that this was an unintended consequence of the language of the stipulation, and, therefore, **ORDERS** the parties to **SHOW CAUSE** no later than November 2, 2007, why the joint Stipulation of Dismissal as to Seven Named Defendants (Doc. 366) should not apply to *all* cases transferred to this Court as part of this MDL.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 29, 2007.

-2-

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record