# EXHIBIT 1

# EXHIBIT 1

## PHILLIPS & ASSOCIATES

## LIST OF CASES RIPE FOR DISMISSAL

|    | Plaintiff Name     | CTO    | CTO Entered Date | Case Number   |
|----|--------------------|--------|------------------|---------------|
| 1. | Nicholas Woytasik  | CTO-29 | 6/19/2007        | 6:2007cv16769 |
| 2. | Lakisha Brantley   | CTO-29 | 6/19/2007        | 6:2007cv16770 |
| 3. | Steve Stone        | CTO-29 | 6/19/2007        | 6:2007cv16771 |
| 4. | Anita Freeman      | CTO-29 | 6/19/2007        | 6:2007cv16772 |
| 5. | Melissa Almstrom   | CTO-29 | 6/19/2007        | 6:2007cv16773 |
| 6. | Ginger Haluski     | CTO-29 | 6/19/2007        | 6:2007cv16774 |