# EXHIBIT 2



Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000  Main
+1 215 994 2222  Fax
www.dechert.com

**BRENNAN J. TORREGROSSA**

brennan.torregrossa@dechert.com
+1 215 994 2358  Direct
+1 215 655 2358  Fax

September 21, 2007

**VIA FACSIMILE & FIRST-CLASS MAIL**

Robert F. Clarke, Esquire
Phillips & Associates
Suite 1100
3030 N. 3rd Street
Phoenix, AZ 85012

Re: In re: Seroquel Products Liability Litigation (MDL Docket No. 1769) –
    Notice of Overdue Discovery

Dear Counsel:

I am writing to inform you that our records indicate that the Plaintiff Fact Sheets in the seven cases listed in the attached chart are overdue. These cases were all filed after January 31, 2007 and were docketed in the MDL more than 45 days ago. To date, however, our records indicate that we have not received a Plaintiff Fact Sheet for any of these cases. Therefore, in accordance with CMO No. 2, paragraph I(B), the Plaintiff Fact Sheets for the cases listed in the attached chart are overdue.

If responses are still due in those cases, please provide the requisite information within twenty (20) days to Marjorie Shiekman, Esquire, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104, or fax to (215) 655-2019. Alternatively, the Plaintiff Fact Sheets can be electronically mailed to seroquelpfs@dechert.com. If completed Plaintiff Fact Sheets are not served within that time period, AstraZeneca will move for dismissal pursuant to Case Management Order No. 2, and the cases may be dismissed by the Court. If you have already submitted a response in any of these cases, please let me know.

If you have any questions, please contact me. Thank you for your cooperation in this matter.

Sincerely,

Brennan J. Torregrossa

BJT:jz

Attachment

U.S. Austin  Boston  Charlotte  Harrisburg  Hartford  New York  Newport Beach  Palo Alto  Philadelphia  Princeton  San Francisco  Washington DC    EUROPE  Brussels  London  Luxembourg  Munich  Paris

**List of Overdue Plaintiff Fact Sheets**

|   | **Plaintiff Name** | **CTO** | **CTO Entered Date** | **Case Number** |
|---|---|---|---|---|
| 1. | Shelia Williams | CTO-29 | 6/19/2007 | 6:2007cv01030 |
| 2. | Nicholas Woytasik | CTO-29 | 6/19/2007 | 6:2007cv16769 |
| 3. | Lakisha Brantley | CTO-29 | 6/19/2007 | 6:2007cv16770 |
| 4. | Steve Stone | CTO-29 | 6/19/2007 | 6:2007cv16771 |
| 5. | Anita Freeman | CTO-29 | 6/19/2007 | 6:2007cv16772 |
| 6. | Melissa Almstrom | CTO-29 | 6/19/2007 | 6:2007cv16773 |
| 7. | Ginger Haluski | CTO-29 | 6/19/2007 | 6:2007cv16774 |