# EXHIBIT 3

# PHILLIPS & ASSOCIATES
## ATTORNEYS AT LAW

SUITE 1100
3030 NORTH THIRD STREET
PHOENIX, ARIZONA 85012

www.PhillipsLaw.com

TELEPHONE
(602) 258-8900

ROBERT ARENTZ*
JEFFREY L. PHILLIPS
JOEL ERIK THOMPSON*‡
MARTIN A. CREAVEN
DAVID R. MIKA
GORDON THOMPSON
LARRY MAGID
LAURA A. LEHAN
ALAN R. HOCK
DAVID R. WROBLEWSKI
RICK POSTER*
MICHAEL S. YUCEVICIUS
JOSE A. MONTAÑO
DAVID P. DE COSTA
CINDY CASTILLO
ALLEN F. JACOBS
JULIO LABOY
JOSE A. SALDIVAR

**ROBERT BEUCLER
ROBERT R. TEAGUE
JOHN A. SCHILL
JAMES S. FICKLING
†ROBERT F. CLARKE
ANDREW S. NEMETH
LOWELL W. FINSON
TIMOTHY G. TONKIN
SONJA M. YURKIW
ERIC R. THIEROFF
ALBERTE R. DAYES III
BASIL G. DIAMOS
TERESA STARRS
KEVIN WESTLAKE
MELANIE LABOY
DOUGLAS S. YOUNGLOVE
WILLIAM H. CRONIN
BRIDGET AKIN

*BOARD CERTIFIED SPECIALIST CRIMINAL LAW
**CERTIFIED SPECIALIST BANKRUPTCY LAW
†CERTIFIED SPECIALIST PERSONAL INJURY &
WRONGFUL DEATH LITIGATION
‡OF COUNSEL

October 9, 2007

**SENT BY FAX NO ORIGINAL TO FOLLOW**

Brennan J. Torregrossa. Esq.
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104-2808

    Re: *Sheila Willams, et al. v. Eli Lilly and Company*
         CTO-29

Dear Mr. Torregrossa:

This letter is a follow up to my email sent this day.

On September 21, 2007 you sent us a letter indicating we had 20 days from the receipt of the letter to send you Plaintiff Fact Sheets. The list of overdue cases is set forth below. That would make them due on Friday, October 12. A copy of your letter is attached. Because we have been in a terrible crunch on MDL Fact Sheets in Vioxx and Fosamax, we will be unable to get you fully completed PFS's by then.

    While we could certainly send you what we have and indicate we will update the rest, we feel this will do a disservice to you as it will simply cause you to go through them and send us your list of problems. Rather than do that, we would request an additional two weeks, which should be sufficient to do an adequate job. If this is a problem, we will send you what we have. We hope that our request will not be a problem. If this is a problem, let me know immediately. If we hear nothing, we will assume this short extension is not going to be an issue.

Page 2

The overdue cases are:

Sheila Williams
Nicholas Woytasik
Lakisha Brantley
Steve Stone
Anita Freeman
Melissa Almstrom
Ginger Haluski

If you have any questions or concerns, please do not hesitate to contact me at Extension 295.

Sincerely,
PHILLIPS & ASSOCIATES

Lowell W. Finson
Attorney for the Firm

LWF/kf
Enclosures: as described above

**Dechert**
LLP

**RECEIVED**

SCANNED BY: _JC_

SEP 2 4 2007

SHRED / PRESERVE RLEt

Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

BRENNAN J. TORREGROSSA

brennan.torregrossa@dechert.com
+1 215 994 2358 Direct
+1 215 655 2358 Fax

September 21, 2007

**VIA FACSIMILE & FIRST-CLASS MAIL**

Robert F. Clarke, Esquire
Phillips & Associates
Suite 1100
3030 N. 3rd Street
Phoenix, AZ 85012

Re: In re: Seroquel Products Liability Litigation (MDL Docket No. 1769) –
Notice of Overdue Discovery

Dear Counsel:

I am writing to inform you that our records indicate that the Plaintiff Fact Sheets in the seven cases listed in the attached chart are overdue. These cases were all filed after January 31, 2007 and were docketed in the MDL more than 45 days ago. To date, however, our records indicate that we have not received a Plaintiff Fact Sheet for any of these cases. Therefore, in accordance with CMO No. 2, paragraph I(B), the Plaintiff Fact Sheets for the cases listed in the attached chart are overdue.

If responses are still due in those cases, please provide the requisite information within twenty (20) days to Marjorie Shiekman, Esquire, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104, or fax to (215) 655-2019. Alternatively, the Plaintiff Fact Sheets can be electronically mailed to seroquelpfs@dechert.com. If completed Plaintiff Fact Sheets are not served within that time period, AstraZeneca will move for dismissal pursuant to Case Management Order No. 2, and the cases may be dismissed by the Court. If you have already submitted a response in any of these cases, please let me know.

If you have any questions, please contact me. Thank you for your cooperation in this matter.

Sincerely,

Brennan J. Torregrossa

BJT:jz

Attachment

U.S. Austin Boston Charlotte Harrisburg Hartford New York Newport Beach Palo Alto Philadelphia Princeton
San Francisco Washington DC EUROPE Brussels London Luxembourg Munich Paris

Williams. 15259 overduePFS (7)

## List of Overdue Plaintiff Fact Sheets

|    | Plaintiff Name    | CTO    | CTO Entered Date | Case Number   |
|----|-------------------|--------|------------------|---------------|
| 1. | Shelia Williams   | CTO-29 | 6/19/2007        | 6:2007cv01030 |
| 2. | Nicholas Woytasik | CTO-29 | 6/19/2007        | 6:2007cv16769 |
| 3. | Lakisha Brantley  | CTO-29 | 6/19/2007        | 6:2007cv16770 |
| 4. | Steve Stone       | CTO-29 | 6/19/2007        | 6:2007cv16771 |
| 5. | Anita Freeman     | CTO-29 | 6/19/2007        | 6:2007cv16772 |
| 6. | Melissa Almstrom  | CTO-29 | 6/19/2007        | 6:2007cv16773 |
| 7. | Ginger Haluski    | CTO-29 | 6/19/2007        | 6:2007cv16774 |