# EXHIBIT 4



Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

**MARJORIE K. SHIEKMAN**

marjorie.shiekman@dechert.com
+1 215 994 3059 Direct
+1 215 655 2019 Fax

October 10, 2007

**VIA FACSIMILE & FIRST CLASS MAIL**

Lowell W. Finson, Esq.
Phillips & Associates
Suite 1100
3030 North Third Street
Phoenix, Arizona 85012

Re: In re Seroquel Products Liability Litigation (MDL Docket No. 1769) – Overdue Discovery

Dear Counsel:

I am writing in response to your request for extension, dated October 9, 2007. We will grant the requested fourteen (14) day extension to serve the plaintiff fact sheets for the seven cases listed in the attached chart.

Your firm was obligated to provide us with complete plaintiff fact sheets for those seven cases on August 3, 2007. On September 21, 2007 we granted you an extension of twenty (20) days, making the plaintiff fact sheets due on October 11, 2007. We expect complete plaintiff fact sheets for the seven cases in the attached chart on or before October 23, 2007.

Thank you for your cooperation in this matter.

Sincerely,

*Marjorie K. Shiekman*

Marjorie K. Shiekman

MKS/amd

Attachment

## List of Overdue Plaintiff Fact Sheets

|    | Plaintiff Name   | CTO    | CTO Entered Date | Case Number   |
|----|------------------|--------|------------------|---------------|
| 1. | Shelia Williams  | CTO-29 | 6/19/2007        | 6:2007cv01030 |
| 2. | Nicholas Woytasik| CTO-29 | 6/19/2007        | 6:2007cv16769 |
| 3. | Lakisha Brantley | CTO-29 | 6/19/2007        | 6:2007cv16770 |
| 4. | Steve Stone      | CTO-29 | 6/19/2007        | 6:2007cv16771 |
| 5. | Anita Freeman    | CTO-29 | 6/19/2007        | 6:2007cv16772 |
| 6. | Melissa Almstrom | CTO-29 | 6/19/2007        | 6:2007cv16773 |
| 7. | Ginger Haluski   | CTO-29 | 6/19/2007        | 6:2007cv16774 |