# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**In Re:**

**Seroquel Products Liability Litigation,**

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker<br>United States<br>Magistrate Judge | DATE AND TIME | October 30, 2007<br>10:40-12:30 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Sandy Tremel |
| Special Master | Orran Brown<br>Craig Ball | | |
| COUNSEL/PLTF. | Camp Bailey<br>F. Kenneth Bailey<br>Ashley Cranford<br>Robert Cowen<br>Lawrence Gornick<br>Buffy Martinez<br>Angela Nixon<br>Paul Pennock<br>Larry Roth<br>Kenneth Smith<br>Fletch Trammell<br>Elizabeth Williams | COUNSEL/DEF. | Robert Ciottai<br>Fred Magaziner<br>Stephen J. McConnell<br>James Freebery<br>Robert Pass<br>Russell Stewart<br>Carmen Field<br>Margaret Osborne |

## Status Conference

Case called, appearances taken
Procedural setting by court
Plaintiffs address issues of custodial documents
Defense responds
Special Master Craig Ball provides oral report
Court comments on report previously submitted by Special Master Orran Brown
Plaintiff requests evidentiary hearing
Defense counsel Magaziner responds

Defense counsel Russell Stewart addresses court
Special Master Brown comments on issues raised
Court sets forth deadlines
Plaintiff counsel Pennock addresses Florida case issues
Counsel Magaziner responds
Court approves Mr. Ball to have ex-party contact
Court addresses ultimate venue location; various pending motions; Court sets next status conference for November 15, 2007 at 10:30 AM