UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br>MDL Docket No. 1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**DECLARATION OF HOLLY M. WHEELER PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' RESPONSES TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS** |

I, Holly M. Wheeler, hereby declare as follows:

1. I am an attorney at the law firm of Blizzard, McCarthy & Nabers, LLP, attorneys for Plaintiffs in the above-referenced action.

2. Attached hereto as Exhibit 1 is a true and correct copy of Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Request for Production of Documents.

3. Attached hereto as Exhibit 2 is a true and correct copy of Amended of Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Request for Production of Documents.

4. Attached hereto as Exhibit 3 is a true and correct copy of Second Amended of Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Request for Production of Documents.

5. Attached hereto as Exhibit 4 is a true and correct copy of Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents.

1

6. Attached hereto as Exhibit 5 is a true and correct copy of First Amended Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents.

7. Attached hereto as Exhibit 6 is a true and correct copy of Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Amended Request for Production of Documents

8. Attached hereto as Exhibit 7 is a true and correct copy of First Amended Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Amended Request for Production of Documents.

9. Attached hereto as Exhibit 8 is a true and correct copy of Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Fourth Request for Production of Documents.

10. Attached hereto as Exhibit 9 is a true and correct copy of First Amended Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Fourth Request for Production of Documents.

11. Attached hereto as Exhibit 10 is a true and correct copy of October 23, 2007 correspondence between Plaintiffs' counsel, Holly M. Wheeler, and AstraZeneca counsel, Kevin Kerns.

12. Attached hereto as Exhibit 11 is a true and correct copy of August 21, 2007 email from Holly M. Wheeler to AstraZeneca counsel.

13. Attached hereto as Exhibit 12 is a true and correct copy of September 5, 2007 email from Kevin Kerns to Plaintiffs' counsel.

14. Attached hereto as Exhibit 13 is a true and correct copy of July 16, 2007 and July 26, 2007 email from AstraZeneca counsel, Kevin Kerns, to Plaintiffs' counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of October 2007 in Houston, TX.

          /s/ Holly M. Wheeler
Holly M. Wheeler