# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

### ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation | Case No. 6:06-md-01769-ACC-DAB |
| MDL Docket No. 1769 | **RESPONSES OF DEFENDANTS ASTRAZENECA PHARMACEUTICALS LP AND ASTRAZENECA LP TO PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** |
| DOCUMENT RELATES TO ALL CASES | |

## RESPONSES OF DEFENDANTS ASTRAZENECA PHARMACEUTICALS LP AND ASTRAZENECA LP TO PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP (hereinafter "AstraZeneca") answer and object to Plaintiffs' Second Request for Production as follows.

As Plaintiffs are aware, AstraZeneca has produced over 10.4 million pages of documents in this MDL over the past 8 months collected from the custodial files of the 80 custodians, and, most recently, from other central repositories in response to Plaintiffs' requests for production. As outlined in its individual responses below, AstraZeneca is in the process of producing documents, has agreed to produce additional documents as necessary to satisfy its obligations under the Federal Rules of Civil Procedure, and will continue to produce documents on a rolling basis pursuant to meet-and-confer sessions with Plaintiffs' Lead Counsel. Further, the parties have met and conferred once regarding these requests, and negotiations are ongoing.



PLAINTIFF'S EXHIBIT
4

## GENERAL OBJECTIONS

1.      AstraZeneca objects to Plaintiffs' requests to the extent that they seek documents or information protected against disclosure by the attorney-client privilege, work product doctrine, or other applicable privileges.  In setting forth its responses, AstraZeneca does not waive attorney-client, work product, or other applicable privilege or immunity from disclosure which may attach to information called for in, or responsive to, these discovery requests.  In answering all or any portion of any discovery request, AstraZeneca neither admits the existence of any facts set forth or assumed by the request for production, nor concedes the relevance or materiality of the request or the subject matter to which the request refers.  Furthermore, the fact that AstraZeneca has responded to part or all of any request is not intended to and shall not be construed to be a waiver by AstraZeneca of any part of any objection to any request.

2.      AstraZeneca's responses are made without in any way waiving or intending to waive, but, on the contrary, intending to preserve and preserving the following rights: (i) the right to raise all questions of authenticity, materiality, and admissibility as evidence, for any purpose, with respect to the documents produced or made available for inspection and copying, which may arise in any subsequent proceeding in, or the trial of, this lawsuit or any other action or proceeding; (ii) the right to object to the use of said information and/or documents in any subsequent proceeding in, or the trial of, this lawsuit or any other action or proceeding, on any grounds; and (iii) the right to object on any ground at any time to other discovery requests involving said information and/or documents or the subject matter thereof.

3.      Much of the information sought herein is highly confidential and proprietary and consists of valuable commercial information, trade secrets, or business confidential materials, the disclosure of which would be highly prejudicial to AstraZeneca and the value of which cannot be calculated as money damages.  AstraZeneca specifically objects to these requests to the extent that they seek information or documents that AstraZeneca has gathered relating to its competitors, which is proprietary, highly confidential, and the disclosure of which would compromise its business interests because Seroquel® (quetiapine fumarate) is a currently distributed medication.  Consequently, to the extent such information is discoverable, it will be produced only subject to the MDL stipulated protective order.

4.      Many of Plaintiffs' requests seek documents that have already been produced or are in the process of being produced in the MDL.  AstraZeneca has produced over 10.4 million pages of documents representing a part of AstraZeneca's ultimate document production.  These documents are being produced in formats that are fully searchable by Plaintiffs pursuant to their own requested specifications, thereby presenting Plaintiffs with no greater burden in identifying documents in the production that are responsive to these requests for production than would be incurred by AstraZeneca.  Where AstraZeneca agrees to produce additional documents responsive to this request, it agrees to do so only to the extent the documents are maintained in a central file.  AstraZeneca will consider reasonable requests by Plaintiffs to search for files that are not in a central location.

5.      AstraZeneca objects to these requests as overly broad and unduly burdensome to the extent they call for the identification of "all" documents or "any and all" documents when all

3

relevant facts can be obtained from fewer than "all" documents or "any and all" documents. AstraZeneca objects to these requests to the extent they seek documents other than those that can be located upon a search of files where such documents reasonably can be expected to be found. Additionally, documents may exist which reference Seroquel® generally, but are not relevant to the issues presented in this litigation. AstraZeneca is willing to consider any narrowing of these requests which Plaintiffs may present.

6.     Some of the requests seek information or documents, the disclosure of which would violate privacy rights of non-parties including, but not limited to, those privacy rights guaranteed by the federal and state constitutions as well as federal and state statutes and regulations. AstraZeneca objects to the disclosure of personal identifying information pertaining to those who reported adverse events, participated in clinical trials, or took Seroquel® for any reason at any time. AstraZeneca is precluded from disclosing the identities of patients, hospitals, or health care professionals (or any third party) who report events covered by the adverse event reporting process. See, e.g., 21 C.F.R. § 20.63(f). To the extent that documents containing information protected from disclosure by federal or state law are produced, AstraZeneca will redact such documents to remove personally identifiable information.

7.     AstraZeneca objects to these requests to the extent that they purport to require AstraZeneca to provide a compilation, abstract, audit, and/or other document summary that does not currently exist.

8.      AstraZeneca objects to the privilege log requirements imposed in Instruction 4. AstraZeneca will provide a privilege log containing sufficient information to allow Plaintiffs to evaluate the privilege claim.

9.      AstraZeneca objects to the definition of "Seroquel" in Definition No. 6 as vague and overbroad.  Per agreement reached between Stephen McConnell (Dechert LLP, Counsel for AstraZeneca) and Camp Bailey (Plaintiffs' Lead Counsel) on June 25, 2007, AstraZeneca defines "Seroquel" as "the antipsychotic drug quetiapine fumarate, in any form, including (but not limited to) the medication marketed and sold under the brand name Seroquel®, any chemical equivalents, and any predecessor or non-final derivation of the drug marketed by any AstraZeneca entity."

10.     AstraZeneca objects to the definition of "Injuries" in Definition No. 12 with respect to the inclusion of type I diabetes.

11.     AstraZeneca objects to the definition of "relevant period" in Definition No. 10 as overbroad.  Documents in this case have been produced pursuant to a cutoff date negotiated by the parties.

12.     AstraZeneca objects to the extent that any request seeks information related to products other than Seroquel®.

13.     New or additional information may become known to AstraZeneca in the future. Accordingly, AstraZeneca reserves the right to revise, correct, add to, or clarify any of the responses set forth herein.

## RESPONSES TO PLAINTIFFS' SECOND
## REQUEST FOR PRODUCTION OF DOCUMENTS

AstraZeneca's General Objections are incorporated by reference into each

response set forth below.

REQUEST FOR PRODUCTION NO. 1(a):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  Abilify Tracking
Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes.  Subject to and without

waiving its general and specific objections, AstraZeneca states that, in addition to minutes

already produced in the custodial files, it will produce Abilify Tracking Team meeting minutes

to the extent minutes exist in a central location.  AstraZeneca will identify these documents by

bates numbers.


REQUEST FOR PRODUCTION NO. 1(b):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  AT Keating Team.

**RESPONSE:**  AstraZeneca states that at the July 13, 2007 meet and confer session, counsel for

Plaintiffs clarified that this request calls for the production of minutes or notes for the "AT

Kearney Team."  AstraZeneca further states that AT Kearney is a third-party consultant, and

there are no minutes of an "AT Kearney Team" at AstraZeneca.  Seroquel® related documents

pertaining to AT Kearney were produced in the custodial files.


REQUEST FOR PRODUCTION NO. 1(c):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  Bipolar Execution and
Strategy Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence, particularly insofar as the request seeks information regarding markets that exist outside of the United States.  AstraZeneca further objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request seeks notes.

<u>REQUEST FOR PRODUCTION NO. 1(d):</u>  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Brand and Portfolio Management Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request seeks notes and is not limited to Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca states that, in addition to minutes already produced in the custodial files, it will produce Brand and Portfolio Management Team meeting minutes related to Seroquel® to the extent minutes exist in a central location.  AstraZeneca will identify these documents by bates numbers.

<u>REQUEST FOR PRODUCTION NO. 1(e):</u>  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Commercial Leadership Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request seeks notes.  Subject to and without waiving its general and specific objections, AstraZeneca states that, in addition to minutes already produced in the custodial files, it will produce Commercial Leadership Team meeting minutes to the extent minutes exist in a central location.  AstraZeneca will identify these

documents by bates numbers.

REQUEST FOR PRODUCTION NO. 1(f):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Consumer Marketing Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, in addition to minutes already produced in the custodial files, it will produce

Consumer Marketing Team meeting minutes to the extent minutes relate to Seroquel® and exist

in a central location.  AstraZeneca will identify these documents by bates numbers.

REQUEST FOR PRODUCTION NO. 1(g):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  CNS Brand Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that it will produce CNS Brand Team meeting minutes to the extent minutes relate to

Seroquel® and exist in a central location.  AstraZeneca will identify these documents by bates

numbers.

REQUEST FOR PRODUCTION NO. 1(h):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  CNS Marketing Management Team.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that it will produce CNS Marketing Management Team meeting minutes to the extent

minutes relate to Seroquel® and exist in a central location.  AstraZeneca will identify these

documents by bates numbers.


REQUEST FOR PRODUCTION NO. 1(i):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  DRAD Labeling
Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  AstraZeneca further objects to this request on the grounds that it is duplicative of

Request No. 64 in Plaintiffs' Request for Production of Documents, served May 25, 2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to its

response to Request No. 64 contained in Plaintiffs' Request for Production of Documents, served

May 25, 2007.  (See Amended Responses of Defendants AstraZeneca Pharmaceuticals LP and

AstraZeneca LP to Plaintiffs' Request for Production of Documents, served June 25, 2007.)


REQUEST FOR PRODUCTION NO. 1(j):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  Global Commercial
Support Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it seeks irrelevant

information and is not reasonably calculated to lead to the discovery of admissible evidence,

particularly insofar as the request seeks information regarding markets that exist outside of the

United States. AstraZeneca further objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request seeks notes and is not limited to Seroquel®. Subject to and without waiving its general and specific objections, AstraZeneca states that, after reasonable investigation, it is unaware of Global Commercial Support Team meeting minutes.

REQUEST FOR PRODUCTION NO. 1(k): All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present: Global Development Leadership Team.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence, particularly insofar as the request seeks information regarding markets that exist outside of the United States. AstraZeneca further objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request seeks notes and is not limited to Seroquel®. Subject to and without waiving its general and specific objections, AstraZeneca states that, after reasonable investigation, it is unaware of Global Development Leadership Team meeting minutes.

REQUEST FOR PRODUCTION NO. 1(l): All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present: Global Publications Team.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence, particularly insofar as the request seeks information regarding markets that exist outside of the

United States.  AstraZeneca further objects to this request on the grounds that it is overly broad

and unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, after reasonable investigation, it is unaware of Global Publications Team meeting

minutes.

REQUEST FOR PRODUCTION NO. 1(m):  All minutes or notes from meetings of the
following team from the time Seroquel was introduced to the market to the present:  Global
Marketing Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it seeks irrelevant

information and is not reasonably calculated to lead to the discovery of admissible evidence,

particularly insofar as the request seeks information regarding markets that exist outside of the

United States.  AstraZeneca further objects to this request on the grounds that it is overly broad

and unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, after reasonable investigation, it is unaware of Global Marketing Team meeting

minutes.

REQUEST FOR PRODUCTION NO. 1(n):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present: KOL/Investigator/
Speaker (Knowledge Information Systems [KIS]) Newsletter Website Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that the request is overly broad

and unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, in addition to minutes already produced in the custodial files, it will produce

KOL/Investigator/Speaker (Knowledge Information Systems [KIS]) Newsletter Website Team

meeting minutes to the extent minutes relate to Seroquel® and exist in a central location.

AstraZeneca will identify these documents by bates numbers.

REQUEST FOR PRODUCTION NO. 1(o):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  LTC Championship
Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is vague and ambiguous,

particularly insofar as it refers to "LTC Championship Team."  AstraZeneca further objects to

this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as

the request seeks notes and is not limited to Seroquel®.  Subject to and without waiving its

general and specific objections, AstraZeneca states that, after reasonable investigation, it is

unaware of any LTC Championship Team meeting minutes related to Seroquel®.

REQUEST FOR PRODUCTION NO. 1(p):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  Managed Care
Business Group.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, after reasonable investigation, it is unaware of any Managed Care Business Group

meeting minutes related to Seroquel®.

REQUEST FOR PRODUCTION NO. 1(q):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Managed Care Marketing Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request seeks notes and is not limited to Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca states that, after reasonable investigation, it is unaware of any Managed Care Marketing Team meeting minutes related to Seroquel®.

REQUEST FOR PRODUCTION NO. 1(r):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Managed Markets and Pricing (MMaP) Leadership Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that the request is overly broad and unduly burdensome, particularly insofar as the request seeks notes.  Subject to and without waiving its general and specific objections, AstraZeneca states that, after reasonable investigation, it is unaware of any Managed Markets and Pricing (MMaP) Leadership Team meeting minutes.

REQUEST FOR PRODUCTION NO. 1(s):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Marketing Counsel.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is vague and ambiguous, particularly with respect to the phrase "Marketing Counsel."  AstraZeneca further objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request seeks notes and is not limited to Seroquel®.

REQUEST FOR PRODUCTION NO. 1(t):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Operations and Portfolio Management Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, in addition to minutes already produced in the custodial files, it will produce

Operations and Portfolio Management Team meeting minutes to the extent minutes relate to

Seroquel® and exist in a central location.  AstraZeneca will identify these documents by bates

numbers.

REQUEST FOR PRODUCTION NO. 1(u):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  PAP Transition Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes.  Subject to and without

waiving its general and specific objections, AstraZeneca states that, after reasonable

investigation, it is unaware of any PAP Transition Team meeting minutes.

REQUEST FOR PRODUCTION NO. 1(v):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Product Core Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes.  Subject to and without

waiving its general and specific objections, AstraZeneca states that, after reasonable

investigation, it is unaware of any Product Core Team meeting minutes.

REQUEST FOR PRODUCTION NO. 1(w):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Professional Communications Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, in addition to minutes already produced in the custodial files, it will produce

Professional Communications Team meeting minutes to the extent minutes relate to Seroquel®

and exist in a central location.  AstraZeneca will identify these documents by bates numbers.

REQUEST FOR PRODUCTION NO. 1(x):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Promotions Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes.  Subject to and without

waiving its general and specific objections, AstraZeneca states that, after reasonable

investigation, it is unaware of any Promotions Team meeting minutes.

REQUEST FOR PRODUCTION NO. 1(y):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Publications Delivery Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, in addition to minutes already produced in the custodial files, it will produce

Publications Delivery Team meeting minutes to the extent minutes relate to Seroquel® and exist

in a central location.  AstraZeneca will identify these documents by bates numbers.

REQUEST FOR PRODUCTION NO. 1(z):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Public Relations Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that it is investigating this request and will produce Public Relations Team meeting

minutes to the extent minutes relate to Seroquel® and exist in a central location.  AstraZeneca

will identify these documents by bates numbers.

REQUEST FOR PRODUCTION NO. 1(aa):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Scientific Commercialization Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, after reasonable investigation, it is unaware of any Scientific Commercialization

Team meeting minutes related to Seroquel®.

REQUEST FOR PRODUCTION NO. 1(bb):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Seroquel

Brand Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes.  Subject to and without

waiving its general and specific objections, AstraZeneca states that, after reasonable

investigation, it is unaware of any Seroquel® Brand Team meeting minutes.


REQUEST FOR PRODUCTION NO. 1(cc):  All minutes or notes from meetings of the
following team from the time Seroquel was introduced to the market to the present:  Seroquel
Leadership Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes.  Subject to and without

waiving its general and specific objections, AstraZeneca states that, in addition to minutes

already produced in the custodial files, it will produce Seroquel® Leadership Team meeting

minutes to the extent minutes exist in a central location.  AstraZeneca will identify these

documents by bates numbers.


REQUEST FOR PRODUCTION NO. 1(dd):  All minutes or notes from meetings of the
following team from the time Seroquel was introduced to the market to the present:  Seroquel
Value Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes.  Subject to and without

waiving its general and specific objections, AstraZeneca states that, in addition to minutes

already produced in the custodial files, it will produce Seroquel® Value Team meeting minutes

to the extent minutes exist in a central location.  AstraZeneca will identify these documents by

bates numbers.

REQUEST FOR PRODUCTION NO. 1(ee):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  State as Customer Account Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes.  Subject to and without

waiving its general and specific objections, AstraZeneca states that, after reasonable

investigation, it is unaware of any State as Customer Account Team meeting minutes.

REQUEST FOR PRODUCTION NO. 1(ff):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  State as Consumer Core Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is vague and ambiguous,

particularly insofar as it refers to the "State as Consumer Core Team."  AstraZeneca further

objects to this request on the grounds that it is overly broad and unduly burdensome, particularly

insofar as the request seeks notes and is not limited to Seroquel®.  Subject to and without

waiving its general and specific objections, AstraZeneca states that, after reasonable

investigation, it is unaware of any State as Consumer Core Team meeting minutes.

REQUEST FOR PRODUCTION NO. 1(gg):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  State Market Assessment Steering Committee.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, after reasonable investigation, it is unaware of any State Market Assessment Steering

Committee meeting minutes.

REQUEST FOR PRODUCTION NO. 1(hh):  All minutes or notes from meetings of the
following team from the time Seroquel was introduced to the market to the present:  State Market
Assessment Project Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, after reasonable investigation, it is unaware of any State Market Assessment Project

Team meeting minutes.

REQUEST FOR PRODUCTION NO. 1(ii):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  State Strategy
Response Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, besides minutes already produced in the custodial files, it is unaware of any State

Strategy Response Team meeting minutes related to Seroquel® that exist in a central location.

AstraZeneca will identify by bates numbers the documents produced in the custodial files.

REQUEST FOR PRODUCTION NO. 1(jj):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  Therapeutic Area

Leadership Team.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request seeks notes and is not limited to Seroquel®. Subject to and without waiving its general and specific objections, AstraZeneca states that it is investigating this request and agrees to produce Therapeutic Area Leadership Team meeting minutes to the extent minutes relate to Seroquel® and exist in a central location.

REQUEST FOR PRODUCTION NO. 1(kk): All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present: U.S. Advisory Board.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request seeks notes and is not limited to Seroquel®. Subject to and without waiving its general and specific objections, AstraZeneca states that it will produce U.S. Advisory Board meeting minutes to the extent minutes relate to Seroquel® and exist in a central location. AstraZeneca will identify these documents by bates numbers.

REQUEST FOR PRODUCTION NO. 1(ll): All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present: U.S. Communications Team.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request seeks notes and is not limited to Seroquel®. Subject to and without waiving its general and specific objections, AstraZeneca states that U.S. Communications Team meeting minutes to the extent minutes relate to

Seroquel® have already been produced in the custodial files.  The bates numbers for these

documents are:  AZ/SER 7579849-851; AZ/SER 3449192-194; AZ/SER 3452759-761; AZ/SER

3412711-714; AZ/SER 3449195-199; AZ/SER 4138439-442; AZ/SER 2027807-811;

AZ/SER3423974-978; AZ/SER 2053606-610; AZ/SER 3860913-915; AZ/SER 3742492-494;

AZ/SER3860928-31; AZ/SER 3869171-174; AZ/SER 3742506-513; AZ/SER 3742567-570;

AZ/SER 3674741-745; AZ/SER 4147161-164; AZ/SER 3739959-962; AZ/SER 7497911-913;

AZ/SER 7497905-908; AZ/SER 3844901-904; AZ/SER 3675596-598; AZ/SER 3676055-057;

AZ/SER 4004719-724; AZ/SER 4322071-075; AZ/SER 1638531-535; AZ/SER 4322069-111;

AZ/SER 4322246-50; AZ/SER 4322064-068; AZ/SER 4322340-345; AZ/SER 4340626-631;

AZ/SER 1702326-331; AZ/SER 4322437-442; AZ/SER 1702332-337; AZ/SER 4018081-086;

AZ/SER 3833958-964; AZ/SER 4133541-546; AZ/SER 4149396-401; AZ/SER 4149395-428;

AZ/SER3856833-839; AZ/SER 6444495-500; AZ/SER 19472019-025; AZ/SER 3741611-617;

AZ/SER 4019439-444; AZ/SER 2581952-957; AZ/SER 4874691-697; AZ/SER 2567260-265;

AZ/SER 2605429-435; AZ/SER 10065503-507; AZ/SER 2582108-112; AZ/SER 1161747-751;

AZ/SER 0737415-419; AZ/SER 1216257-262; AZ/SER 1161716-721; AZ/SER 3857208-213;

AZ/SER 3320031-043; AZ/SER 1224725-728; AZ/SER 7600030-034; AZ/SER 3126570-574;

AZ/SER 3126536-569; AZ/SER 3333104-108; AZ/SER 3333070-103; and AZ/SER 3312170-

174.

REQUEST FOR PRODUCTION NO. 1(mm):  All minutes or notes from meetings of the
following team from the time Seroquel was introduced to the market to the present:  U.S.
Development Leadership Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®. Subject to and without waiving its general and specific objections, AstraZeneca

states that, in addition to minutes already produced in the custodial files, it will produce U.S.

Development Leadership Team meeting minutes to the extent minutes relate to Seroquel® and

exist in a central location. AstraZeneca will identify these documents by bates numbers.


REQUEST FOR PRODUCTION NO. 1(nn): All minutes or notes from meetings of the
following team from the time Seroquel was introduced to the market to the present: U.S. Product
Team.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®. Subject to and without waiving its general and specific objections, AstraZeneca

states that, in addition to minutes already produced in the custodial files, it will produce

Seroquel® U.S. Product Team meeting minutes to the extent minutes exist in a central location.

AstraZeneca will identify these documents by bates numbers.


REQUEST FOR PRODUCTION NO. 1(oo): All minutes or notes from meetings of the
following team from the time Seroquel was introduced to the market to the present: Ziprasidone
Defense Team.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes. Subject to and without

waiving its general and specific objections, AstraZeneca states that, in addition to minutes

already produced in the custodial files, it will produce Ziprasidone Defense Team meeting

minutes to the extent minutes exist in a central location. AstraZeneca will identify these

22

documents by bates numbers.

REQUEST FOR PRODUCTION NO 2:  All discussion documents and agendas related to Seroquel prepared for the teams listed in Request No. 1.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly in that it seeks "all discussion documents and agendas" for the

41 "teams" listed in Request No. 1.   Subject to and without waiving its general and specific

objections, AstraZeneca states that it will produce discussion documents and agendas related to

Seroquel® for the teams listed in Request No. 1 to the extent AstraZeneca has stated that it will

produce the minutes for those teams and to the extent the discussion documents and agendas are

maintained with the minutes.

REQUEST FOR PRODUCTION NO. 3:  All communications between members of the teams listed in Request No. 1 related to Seroquel from the time Seroquel was introduced to the market to the present.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome.  Even as limited to the ten teams listed in counsel for Plaintiffs' July 16,

2007 email to counsel for AstraZeneca, Plaintiffs' request is still overly broad and unduly

burdensome.  Team membership is not static – there is frequent turnover in individuals on a

team, due to promotions, some people serving on an ad hoc basis, and some people leaving the

company.  Communications between team members are not maintained in a central file, and it

would be an undue burden on AstraZeneca to identify and search for the files of individual team

members.  After Plaintiffs receive and review the team minutes produced in response to Request

No. 1, AstraZeneca will consider reasonable requests to search additional custodial files for

communications among team members.

REQUEST FOR PRODUCTION NO. 4:  All documents related to all integrated marketing campaigns for Seroquel including, but not limited to:

      (a)    All marketing plans;

      (b)    All communications to consumers or doctors, including advertising, press releases, detail pieces (including e-detailing materials), promotional literature, Dear Doctor letters, Q and As, etc.;

      (c)    All testing, including copy testing, persuasion testing, market testing, and focus groups performed to determine or identify key messages to be sent to consumers or doctors;

      (d)    All tracking and message recall studies including, but not limited to, quarterly ATUs (attitudinal research understanding), used to determine the effectiveness of the key messages;

      (e)    All communications with third party vendors including, but not limited to those recognized by Charles Peipher during his June 7, 2007 (Satchi & Satchi Healthcare, ImpactRx, GFK, and Harris Interactive) regarding any aspect of the marketing campaigns; and

      (f)    All Media Plans or documents showing when or where print, radio or television advertising was disseminated.

**RESPONSE:**   AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request seeks "all documents related to all integrated marketing campaigns" for Seroquel® and insofar as items listed in (a) through (f) seek "all" of already very broad categories of documents.  AstraZeneca further objects to this request on the grounds that items (c) and (d) seek irrelevant information and are not reasonably calculated to lead to the discovery of admissible evidence.  AstraZeneca further objects on the grounds that item (e) is duplicative of Request No. 61.

Subject to and without waiving its general and specific objections, AstraZeneca states

that Seroquel® Product Strategic Plans have already been produced.  The bates numbers are:
AZ/DOJ/SER 001269-1299; AZ/DOJ/SER 001300-1326; AZ/DOJ/SER 001327-1343;
AZ/DOJ/SER 000904-1030; and AZ/DOJ/SER 001344-1391.  AstraZeneca further states that it
will produce all Promotional Regulatory Affairs (PRA) approved materials for Seroquel®.
Communications to consumers and doctors regarding Seroquel® will be included in the PRA
production.  AstraZeneca will identify its PRA production by bates numbers.  AstraZeneca
further states that it will investigate whether additional communications to consumers and
doctors regarding Seroquel® exist in a central location.  Regarding Plaintiffs' request for
communications with third party vendors relating to any aspect of marketing campaigns,
AstraZeneca refers to its response to Request No. 61.  AstraZeneca further states that it is
investigating whether media plans related to Seroquel® exist in a central location.


REQUEST FOR PRODUCTION NO. 5:  All Mania Dosing Cards for Seroquel.

**RESPONSE:**  AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA)
approved materials for Seroquel®.  Mania Dosing Cards for Seroquel® will be included in the
PRA production.  AstraZeneca will identify its PRA production by bates numbers.


REQUEST FOR PRODUCTION NO. 6:  All Mini Mono Sell Sheets for Seroquel.

**RESPONSE:**  AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA)
approved materials for Seroquel®.  Mini Mono Sell Sheets for Seroquel® will be included in the
PRA production.  AstraZeneca will identify its PRA production by bates numbers.

REQUEST FOR PRODUCTION NO. 7:  All Mood Sell Sheets for Seroquel.

**RESPONSE:** AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA)

approved materials for Seroquel®.  Mood Sell Sheets for Seroquel® will be included in the PRA

production.  AstraZeneca will identify its PRA production by bates numbers.


REQUEST FOR PRODUCTION NO. 8:  All Seroquel Scorecards.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is vague and ambiguous,

particularly with respect to the phrase "Seroquel Scorecard."

Subject to and without waiving its general and specific objections,  AstraZeneca states

that it is investigating this request, but is not aware of any document called "Seroquel

Scorecard."


REQUEST FOR PRODUCTION NO. 9:  All Operational Plans that focus on or reference
Seroquel.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad, unduly

burdensome, seeks irrelevant information, and is not reasonably calculated to lead to the

discovery of admissible evidence, particularly insofar as the request seeks plans that merely

reference Seroquel®.

Subject to and without waiving its specific objections, AstraZeneca states that it has

produced Product Strategic Plans for Seroquel® at bates numbers: AZ/DOJ/SER 001269-1299;

AZ/DOJ/SER 001300-1326; AZ/DOJ/SER 001327-1343; AZ/DOJ/SER 000904-1030; and

AZ/DOJ/SER 001344-1391.

REQUEST FOR PRODUCTION NO. 10:  All Publication Plans for Seroquel.

**RESPONSE:**  AstraZeneca states that it has already produced Publication Plans for Seroquel®

in the custodial files.  AstraZeneca will identify these documents by bates numbers.  AstraZeneca

will produce additional Publication Plans for Seroquel® to the extent they exist in a central

location.

REQUEST FOR PRODUCTION NO. 11:  All Communication Plans for Seroquel.

**RESPONSE:**  AstraZeneca states that it has already produced Communication Plans for

Seroquel® in the custodial files.  AstraZeneca will identify these documents by bates numbers.

AstraZeneca will produce additional Communication Plans for Seroquel® to the extent they exist

in a central location.

REQUEST FOR PRODUCTION NO. 12:  All Brand Strategic Summaries (BSS) for Seroquel.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is vague and ambiguous,

particularly with respect to the phrase "Brand Strategic Summaries."

Subject to and without waiving its general and specific objections, AstraZeneca believes

that it has produced Seroquel® Brand Strategy Summaries in the custodial files.  AstraZeneca

will identify these documents by bates numbers.  AstraZeneca is investigating whether there are

additional Seroquel® Brand Strategy Summaries and will produce them to the extent they exist

in a central location.

REQUEST FOR PRODUCTION NO. 13:  All Brand Total Forecasts for Seroquel.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is vague and ambiguous, particularly with respect to the phrase "Brand Total Forecasts."

Subject to and without waiving its general and specific objections,  AstraZeneca states that it is investigating this request, but is not aware of any document called "Brand Total Forecasts."

REQUEST FOR PRODUCTION NO. 14:  All Therapeutic Area Strategic Plans that focus on or reference Seroquel.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as it seeks Therapeutic Area Strategic Plans that merely reference Seroquel®.

Subject to and without waiving its general and specific objections, AstraZeneca states that it is investigating this request, and to the extent they exist, AstraZeneca believes it will be able to produce annual Therapeutic Area Strategic Plans to the extent they relate to Seroquel®. Redaction of discussions about other products will be necessary.

REQUEST FOR PRODUCTION NO. 15:  All Target Product Profiles or Target Product Plans (TPP) that focus on or reference Seroquel.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as it seeks Target Product Profiles or Target Product Plans (TPP) that merely reference Seroquel®.

Subject to and without waiving its general and specific objections, AstraZeneca states that, in addition to Target Product Profiles already produced in the custodial files, it will produce

Target Product Profiles or Target Product Plans (TPP) related to Seroquel® to the extent they

exist in a central location.  AstraZeneca will identify these documents by bates numbers.


REQUEST FOR PRODUCTION NO. 16:  All U.S. and Global Therapeutic Area CNS Strategic
Plans from the time Seroquel was introduced to the market to the present.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks U.S. and Global Therapeutic Area CNS

Strategic Plans that are not related to Seroquel®.  AstraZeneca further objects to this request on

the grounds that it seeks irrelevant information and is not reasonably calculated to lead to the

discovery of admissible evidence, particularly insofar as the request seeks information regarding

markets that exist outside of the United States.

Subject to and without waiving its general and specific objections, AstraZeneca states

that it is investigating whether U.S. Therapeutic Area CNS Strategic Plans related to Seroquel®

exist and believes it will be able to produce U.S. Therapeutic Area CNS Strategic Plans related to

Seroquel® to the extent they exist in a central location.


REQUEST FOR PRODUCTION NO. 17:  All SWOT (Strength, Weakness, Opportunity, and
Threat) analyses for Seroquel.

**RESPONSE:** AstraZeneca states that SWOT analyses for Seroquel® are part of the Seroquel®

Product Strategic Plans, already produced at: AZ/DOJ/SER 001269-1299; AZ/DOJ/SER

001300-1326; AZ/DOJ/SER 001327-1343; AZ/DOJ/SER 000904-1030; and AZ/DOJ/SER

001344-1391.

REQUEST FOR PRODUCTION NO. 18:  All Seroquel Hotline transcriptions.

**RESPONSE:**  AstraZeneca states that it has already produced Seroquel® Hotline transcriptions in the custodial files.  AstraZeneca will identify these documents by bates numbers.  AstraZeneca is investigating this request and will produce any additional Seroquel® Hotline transcriptions to the extent they exist in a central location.

REQUEST FOR PRODUCTION NO. 19:  All corporate organizational charts for the U.S. and non-U.S. business entities that were involved in market research, marketing, and marketing message testing for Seroquel.

**RESPONSE:**  Subject to and without waiving its general and specific objections, AstraZeneca states that at the July 13, 2007 meet and confer session, counsel for Plaintiffs withdrew this request.

REQUEST FOR PRODUCTION NO. 20:  All Retailer Perspective Audits for Seroquel.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is vague and ambiguous, particularly with respect to the phrase "Retailer Perspective Audits."  AstraZeneca further objects to this request on the grounds that it seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving its general and specific objections, AstraZeneca states that at the July 13, 2007 meet and confer session, counsel for Plaintiffs stated that it would provide the basis for the request, but has yet to do so.

REQUEST FOR PRODUCTION NO. 21:  The Marketing and Sales Business Policies and Guidelines Manual and any updates thereto from the time Seroquel was introduced to the market to the present.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it is not limited to Seroquel®.

Subject to and without waiving its general and specific objections, AstraZeneca states

that responsive documents have already been produced.  The bates numbers are: AZ/DOJ/SER

000689-703; AZ/DOJ/SER 000728-737; AZ/DOJ/SER 000739-750; AZ/DOJ/SER 000751-782;

AZ/DOJ/SER 000297-355; AZ/DOJ/SER 000793-832; and AZ/DOJ/SER 000835-875.

AstraZeneca also produced Marketing Sales and Business Policies and Guidelines Manuals at the

30(b)(6) deposition of Charles Peipher on June 7, 2007 (See Exhibits 15, 16, and 17 to the

deposition of Charles Peipher, June 7, 2007).  AstraZeneca will produce additional non-

privileged responsive documents and will identify these documents by bates numbers.

REQUEST FOR PRODUCTION NO. 22:  All Antipsychotic Side Effect Checklists for

Seroquel.

**RESPONSE:** AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA)

approved materials for Seroquel®.  Antipsychotic Side Effect Checklists for Seroquel® will be

included in the PRA production.  AstraZeneca will identify its PRA production by bates

numbers.

REQUEST FOR PRODUCTION NO. 23:  All AstraZeneca University course materials relating to Seroquel from the time Seroquel was introduced to the market to the present.

**RESPONSE:** AstraZeneca states that it is attempting to locate central repositories of training

materials related to Seroquel®, and to the extent that central files exist, AstraZeneca will

produce non-privileged responsive documents.

REQUEST FOR PRODUCTION NO. 24:  All AstraZeneca Academy course materials,
including all web-based virtual training materials, relating to Seroquel from the time Seroquel
was introduced to the market to the present.

**RESPONSE:** AstraZeneca states that it is attempting to locate central repositories of training

materials related to Seroquel®, and to the extent that central files exist, AstraZeneca will

produce non-privileged responsive documents.

REQUEST FOR PRODUCTION NO. 25:  All VA Strategic Plans for Seroquel.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is vague and ambiguous,

particularly with respect to the acronym "VA."

Subject to and without waiving its general and specific objections, AstraZeneca states

that it is investigating this request, but it is unaware of any document related to Seroquel® called

"VA Strategic Plans."

REQUEST FOR PRODUCTION NO. 26:  All documents and materials related to Project
JANUS (State as Customer) including, but not limited to:

(a) Results of the 29-state survey/questionnaire referenced, for
example, in AZ/SER 3656586;

(b) Documents concerning or summarizing State Government Affairs
(SGA) manager interviews referenced, for example, in AZ/SER
3656586;

(c) "Deep dive" profiles of 29 states referenced, for example, in
AZ/SER 3656586;

(d) Department of Corrections (DOC), Department of Health (DMH),
and Medicaid Toolboxes;

     (e)     Case studies related to the use of the DOC, DMH, and Medicaid Toolboxes;

     (f)     Hospital-Retail Spillover studies;

     (g)     Political Spillover studies or analyses between key state segments;

     (h)     Organizational and Resource Audits;

     (i)     GAP Analysis;

     (j)     The Value-add Brochure and Training Binder and any updates thereto;

     (k)     List of all Advocacy Groups funded by you;

     (l)     All contents of the "Current State Customer Toolkit" referenced in AZ/SER 1796064;

     (m)     Spectrum Study referenced, for example, in AZ/SER 1796068; and

     (n)     State profiles, evaluations and surveys referenced, for example, in AZ/SER 3656574.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is vague and ambiguous, particularly with respect to the acronym "GAP" and the phrase "Value-add Brochure and Training Binder" in (i) and (j) respectively.

Subject to and without waiving its general and specific objections, AstraZeneca states that at the July 13, 2007 meet and confer session, counsel for Plaintiffs agreed to limit this request to the items specifically listed in (a) through (n). AstraZeneca agrees to investigate whether the items listed in (a) through (n) exist and will produce non-privileged responsive documents to the extent they exist.

REQUEST FOR PRODUCTION NO. 27: The U.S. Compliance Program Overview referenced in AZ/SER 3743729.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is vague, ambiguous, overly broad, unduly burdensome, seeks irrelevant information, and is not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving its general and specific objections, AstraZeneca states

that the U.S. Compliance Program Overview that appears to be requested by Request No. 27 was

attached to the email produced as AZ/SER 3743729.  The U.S. Compliance Program Overview

is at AZ/SER 1222509-2527.


REQUEST FOR PRODUCTION NO. 28:  The U.S. Communications Team publications booklet
referenced in AZ/SER 3743729, and any updates to the booklet, from the time Seroquel was
introduced to the market to the present.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it is not limited to Seroquel®.  Subject to and without

waiving its general and specific objections, AstraZeneca states that the U.S. Communications

Team publications booklet that appears to be requested by Request No. 27 was attached to the

email produced as AZ/SER 3743729.  The U.S. Communications Team publications booklet is at

AZ/SER 1222528-2533.  AstraZeneca further states that it will produce non-privileged

responsive updates to the extent they exist in a central location.


REQUEST FOR PRODUCTION NO. 29:  The following materials referenced in "Growing to be
the Best" (AZ/SER 2608245- AZ/SER 2608241):

> (a)  Mood Disorder Questionnaire (MDQ), or any other questionnaire
> provided by you to assist physicians in screening patients for
> bipolar disorders or any other mental health disorder;
> (b)  Patient Health Questionnaire (PHQ) referenced in AZ/SER
> 2608246, or any other questionnaire provided by you to assist
> physicians in screening patients for depression or any other mental
> health disorder;
> (c)  Understanding Mental Illness: The Big Picture;
> (d)  Open Access Video;
> (e)  Improving Patient Outcomes with Atypical Antipsychotics;
> (f)  Open Access Sell Sheet;
> (g)  Key Facts to Know About Atypicals and the ADA Consensus
> Statement;

(h)     Burden of Illness: Bipolar Disorder;
(i)     HEOR Toolkit slide presentation;
(j)     Treating Bipolar Disorder: A Counseling Guide flip chart;
(k)     All COPE guides including (i) Assisting Younger Family
        Members, (ii) Elder, (iii) Employment, (iv) Family, and (v)
        Housing;
(l)     Dialogue for Recovery Dr. Check List;
(m)     Dialogue for Recovery Patient Brochure;
(n)     Dialogue for Recovery Physician Sheet;
(o)     Dialogue for Recovery Caregiver Piece;
(p)     Dialogue for Recovery Intro. Fact Sheet;
(q)     Dialogue for Recovery Program Kit;
(r)     Formulary Kit;
(s)     Sleep Disorders and Mental Health presentation;
(t)     Polypharmacy in Mental Illness;
(u)     Dosing Tool for Seroquel;
(v)     Seroquel Flashcard;
(w)     Seroquel Shelf Shouter w/ Managed Care Options;
(x)     Seroquel Medi-Cal Stickers;
(y)     Seroquel Medicaid Stickers;
(aa)    Seroquel (quetiapine fumarate) NEC Label;
(bb)    Seroquel Post Card Mailer w/ Pull-Through Options;
(cc)    Seroquel Outbound Calling Program;
(dd)    Adherence Tool Kit;
(ee)    All materials provided or used in the Bipolar Disease Awareness
        Education program; and
(ff)    All materials provided or used in the Atypical Antipsychotics
        Treatment Guidelines Education program.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks 31 items referenced in a single document

from over two years ago, and many of the requested items are not even specific to Seroquel®.

AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA)

approved materials for Seroquel®. Items (a) – (c), (e), (g) – (h), (j) – (q), and (s) through (ff) are

included in PRA materials. AstraZeneca will identify its PRA production by bates numbers.

Counsel for AstraZeneca is investigating whether items (d) and (f) are included in PRA

materials. Items (i) and (r), in addition to being produced in custodial files, will be produced to

the extent they are responsive and exist in another central repository.  AstraZeneca will identify

these documents by bates numbers.


REQUEST FOR PRODUCTION NO. 30:  All materials created or purchased by you which
demonstrate the difference in care provided by primary care physicians (PCPs) and psychiatrists,
including secondary data reports purchased from third party vendors, and any other materials
which address general diagnosis information, prescription habits, and prescribing patters of PCPs
and psychiatrists from the time Seroquel was introduced to the market to the present.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad, unduly

burdensome, seeks irrelevant information, and is not reasonably calculated to lead to the

discovery of admissible evidence.  Not only does the request seek "all materials… and any other

materials which address" PCP and psychiatrist care, it does not even limit the already expansive

universe of requested documents to "materials" that are actually related to Seroquel®.

AstraZeneca further objects to this request on the grounds that it is vague and ambiguous.

Subject to and without waiving its general and specific objections, AstraZeneca states

that in a July 16, 2007 email, counsel for Plaintiffs provided counsel for AstraZeneca documents

produced by AstraZeneca that are the purported basis for this request.  AstraZeneca has reviewed

the referenced documents and reiterates that the request is not reasonably calculated to lead to

the discovery of admissible evidence.


REQUEST FOR PRODUCTION NO. 31:  All lists of Speakers on the Speakers Bureau from the
time Seroquel was introduced to the market to the present.

**RESPONSE:** AstraZeneca objects to this request on the grounds that is overly broad, unduly

burdensome, seeks irrelevant information, and is not reasonably calculated to lead to the

discovery of admissible evidence, particularly insofar as it purports to ask AstraZeneca to

produce lists of Speakers that were not used by AstraZeneca.

Subject to and without waiving its general and specific objections, AstraZeneca states

that it has already produced spreadsheets of speakers used by the company with respect to

Seroquel®.  The bates numbers are: AZ/DOJ/SER 000888; AZ/DOJ/SER 000889; and

AZ/DOJ/SER 001123.


REQUEST FOR PRODUCTION NO. 32:  All training materials, including web-based materials, provided to, or used in the training of, healthcare professionals for speaker, educational or other related engagements including, but not limited to, Faculty Workshops, Tutorial Programs, Preceptorship Programs, Speaker/Faculty Update Meetings, and Media Training, from the time Seroquel was introduced to the market to the present.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all training materials."

Subject to and without waiving its general and specific objections, AstraZeneca states

that on June 25, 2007, it produced four discs containing training programs related to Seroquel®.

The bates numbers for these discs are AZ/DOJ/SER 000884-000887.  AstraZeneca is attempting

to locate central repositories of other training materials related to Seroquel®, and to the extent

that central files exist, AstraZeneca will produce other non-privileged responsive documents.


REQUEST FOR PRODUCTION NO. 33:  All Seroquel related materials prepared by you and provided to Speakers and Advocates including, but not limited to, visual aids, slide decks, PowerPoint presentations, and toolkits.

**RESPONSE:** AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA)

approved materials for Seroquel®.  The items in Request No. 33 will be included in the PRA

production.  AstraZeneca will identify its PRA production by bates numbers.

REQUEST FOR PRODUCTION NO. 34:  All Seroquel related materials distributed to or by Health Care Professionals (HCPs), Speakers and Advocates at any meetings or other events including, but not limited to the following:

          (a)      Advisory Board Meetings;
          (b)      Speakers Consultants Meetings;
          (c)      Roundtable Programs; and
          (d)      Speaker Programs.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly in that it seeks materials distributed "at any meetings or other events."  AstraZeneca further objects to this request on the grounds that it is vague and ambiguous, particularly with respect to the phrase "other events."

Subject to and without waiving its general and specific objections, AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA) approved materials for Seroquel®. Items responsive to Request No. 34 will be included in the PRA production.  AstraZeneca will identify its PRA production by bates numbers.

REQUEST FOR PRODUCTION NO. 35:  All video and audio recordings of Speakers and Advocates for Seroquel.

**RESPONSE:** AstraZeneca states that, after reasonable investigation, it is unaware of any video and audio recordings of Speakers and Advocates for Seroquel®.

REQUEST FOR PRODUCTION NO. 36:  All documents reflecting payments to Speakers and Advocates for Seroquel.

**RESPONSE:** AstraZeneca objects to this request on the ground that it is overly broad and unduly burdensome, particularly insofar as it seeks "all documents reflecting payments."

Subject to and without waiving its general and specific objections, AstraZeneca states

that it has already produced spreadsheets reflecting payments to speakers for Seroquel®.  The

bates numbers are: AZ/DOJ/SER 000888; AZ/DOJ/SER 000889; and AZ/DOJ/SER 001123.


REQUEST FOR PRODUCTION NO. 37:  All Speaker Evaluation forms completed by you or
any third party vendor including, but not limited to, Convene Pro and Peer Group, following any
Seroquel speaker engagement, referenced in the AstraZeneca Business Policies (IV-44) marked
as Exhibit 16 to the June 7, 2007 deposition of Charles Peipher.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all Speaker Evaluation forms."

Subject to and without waiving its general and specific objections, AstraZeneca states

that it will produce Speaker Evaluation forms related to Seroquel® to the extent they exist in a

central location.  AstraZeneca will identify these documents by bates numbers.


REQUEST FOR PRODUCTION NO. 38:  All newsletters related to Seroquel including, but not
limited to, OPMT news flash, Focus on Seroquel, e-newsletters, and Seroquel Publications
Information & News (SPIN) from the time Seroquel was introduced to the market to the present.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is vague and ambiguous,

particularly with respect to "OPMT news flash."

Subject to and without waiving its general and specific objections, AstraZeneca states

that it will produce CNS NewsFlashes related to Seroquel®.


REQUEST FOR PRODUCTION NO. 39:  All "CE Enduring Materials" related to Seroquel
referenced in the AstraZeneca Business Policies (IV-48-51) marked as Exhibit 16 to the June 7,
2007 deposition of Charles Peipher.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all 'CE Enduring Materials'" related to

Seroquel®.

Subject to and without waiving its general and specific objections, AstraZeneca states

that it has already produced CE Enduring Materials related to Seroquel® in the custodial files.

AstraZeneca will identify these documents by bates numbers.  AstraZeneca will produce

additional CE Enduring Materials to the extent they exist in a central location.


REQUEST FOR PRODUCTION NO. 40:  All documents including, but not limited to,
correspondence (including email), memorandum, notes, reports, and marketing materials relating
to the following programs/projects:

| | | |
|---|---|---|
| (a) | Brighter Beginnings of Mental Health; |
| (b) | Celebration Recovery; |
| (c) | AZ Outreach Program; |
| (d) | Seroquel Breakthrough Project; |
| (e) | Medicare Matters; |
| (f) | Mental Health Flag Tour; |
| (g) | All "value added" indigent programs; and |
| (h) | Seroquel Takes Olanzapine Risperdal Market Share (STORM) program. |

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all documents" related to eight different

programs or projects.  AstraZeneca further objects to this request on the grounds that it seeks

irrelevant information and is not reasonably calculated to lead to the discovery of admissible

evidence.

Subject to and without waiving its general and specific objections, AstraZeneca states

that, in its custodial productions, it has produced documents sufficient to describe these

programs.  AstraZeneca will identify these documents by bates numbers.

REQUEST FOR PRODUCTION NO. 41:  All business compliance policies utilized by you from the time Seroquel was introduced to the market to the present.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is duplicative of Request

No. 21.

Subject to and without waiving its general and specific objections, AstraZeneca refers to

its response to Request No. 21.  AstraZeneca will also produce its Code of Conduct.


REQUEST FOR PRODUCTION NO. 42:  All "Call Reports" relating to promotional activities for Seroquel referenced in the AstraZeneca Business Policies (II-22) marked as Exhibit 16 to the June 7, 2007 deposition of Charles Peipher.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad, unduly

burdensome, seeks irrelevant information, and is not reasonably calculated to lead to the

discovery of admissible evidence.

Subject to and without waiving its general and specific objections, AstraZeneca states

that to the extent ordered by the Court in Case Management Order No. 4, AstraZeneca will

produce call notes for the Seroquel® prescribing physicians of Plaintiffs selected for case

specific discovery.  (See Case Management Order No. 4, July 6, 2007).


REQUEST FOR PRODUCTION NO. 43:  All expense reports relating to promotional activities for Seroquel referenced for example in the AstraZeneca Business Policies (II-22) marked as Exhibit 16 to the June 7, 2007 deposition of Charles Peipher.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad, unduly

burdensome, seeks irrelevant information, and is not reasonably calculated to lead to the

discovery of admissible evidence.

Subject to and without waiving its general and specific objections, AstraZeneca states
that to the extent ordered by the Court in Case Management Order No. 4, AstraZeneca will
produce accounts payable records for the Seroquel® prescribing physicians of Plaintiffs selected
for case specific discovery.  (See Case Management Order No. 4, July 6, 2007).


REQUEST FOR PRODUCTION NO. 44:  All policy information pertaining to Advisory Boards
on the AstraZeneca Intranet Policy site referenced in the AstraZeneca Business Policies marked
as Exhibit 16 to the June 7, 2007 deposition of Charles Peipher.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad, unduly
burdensome, seeks irrelevant information, and is not reasonably calculated to lead to the
discovery of admissible evidence, particularly insofar as it is not limited to information related to
Seroquel®.

Subject to and without waiving its general and specific objections, AstraZeneca states
that it will produce Advisory Board policies from the AstraZeneca Intranet Policy site.


REQUEST FOR PRODUCTION NO. 45:  All materials distributed during "Case Study
Programs" for Seroquel referenced in the AstraZeneca Business Policies (IV-36-39) marked as
Exhibit 16 to the June 7, 2007 deposition of Charles Peipher.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and
unduly burdensome, particularly insofar as it seeks "all materials."

Subject to and without waiving its general and specific objections, AstraZeneca states
that it will produce all Promotional Regulatory Affairs (PRA) approved materials for Seroquel®.
Materials distributed during Case Study Programs for Seroquel® will be included in the PRA
production.  AstraZeneca will identify its PRA production by bates numbers.

REQUEST FOR PRODUCTION NO. 46:  All documents including, but not limited to, agendas, minutes, discussion materials, and communications regarding the Seroquel Town Hall Meetings.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks communications.

Subject to and without waiving its general and specific objections, AstraZeneca states

that it is investigating whether Seroquel® Town Hall Meeting minutes exist, and AstraZeneca

will produce minutes to the extent they exist.  AstraZeneca will produce agendas and discussion

documents to the extent they exist in the same location as the minutes.


REQUEST FOR PRODUCTION NO. 47:  All documents including, but not limited to, correspondence (including email), memorandum, notes, and reports pertaining to the formation of the Medical Education & Grants Office (MEGO).

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all documents" and is not limited to

Seroquel®.

Subject to and without waiving its general and specific objections, AstraZeneca states

that it will produce sufficient documents to reflect the formation of MEGO.


REQUEST FOR PRODUCTION NO. 48:  All correspondence and documents exchanged between you and the Office of Inspector General regarding your marketing activities and grant programs prior to the formation of MEGO.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it requests "all documents" and is not limited to

Seroquel®.  AstraZeneca further objects to this request on the grounds that it seeks irrelevant

information and is not reasonably calculated to lead to the discovery of admissible evidence,

particularly insofar as it seeks documents other than those that will be produced in response to

Request No. 47.


REQUEST FOR PRODUCTION NO. 49:  The Seroquel ISS database referenced, for example,
in AZ/SER 3831568.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad, unduly

burdensome, seeks irrelevant information, and is not reasonably calculated to lead to the

discovery of admissible evidence.

Subject to and without waiving its general and specific objections, AstraZeneca states

that it will produce Seroquel® related information from the ISS database.


REQUEST FOR PRODUCTION NO. 50:  The eSTaR database.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad, unduly

burdensome, seeks irrelevant information, and is not reasonably calculated to lead to the

discovery of admissible evidence, particularly insofar as it seeks items not related to Seroquel®.

AstraZeneca further objects to this request on the grounds that it seeks documents protected by

the attorney-client privilege, attorney-work product, or other applicable privileges.

Subject to and without waiving its general and specific objections, AstraZeneca states

that it will produce all Promotional Regulatory Affairs (PRA) approved materials for Seroquel®.

Documents from the eSTaR database related to Seroquel® will be included in the PRA

production.  AstraZeneca will identify its PRA production by bates numbers.

REQUEST FOR PRODUCTION NO. 51:  All documents including, but not limited to, results, correspondence (including email), memorandum, notes, and reports related to Health Economic & Outcomes Research (HEOR or HECON) studies related to Seroquel.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as it seeks "all documents" related to HEOR studies.

Subject to and without waiving its general and specific objections, AstraZeneca states that it will produce documents sufficient to reflect Health Economic & Outcomes Research studies related to Seroquel®.

REQUEST FOR PRODUCTION NO. 52:  All documents provided to Pharmaceutical Sales Specialists or Professional Sales Specialist (PSS) to assist them in discussing the Seroquel package insert or Dear Doctor letters with physicians.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as it seeks "all documents."

Subject to and without waiving its general and specific objections, AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA) approved materials for Seroquel®. Items identified in Request No. 52 will be included in the PRA production.  AstraZeneca will identify its PRA production by bates numbers.  To the extent that additional non-privileged responsive documents exist in another central location, AstraZeneca will produce them as well.

REQUEST FOR PRODUCTION NO. 53:  All Seroquel related training materials provided to, or used in the training of, sales representatives.

**RESPONSE:**  AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA) approved materials for Seroquel®.  Items identified in Request No. 53 will be included in the PRA production.  AstraZeneca will identify its PRA production by bates numbers.  To the extent

45

that additional non-privileged responsive documents exist in another central location,

AstraZeneca will produce them as well.


REQUEST FOR PRODUCTION NO. 54:  All documents provided to sales representatives in connection with the launch of Seroquel and for any new indications for Seroquel.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all documents."

Subject to and without waiving its general and specific objections, AstraZeneca states

that it will produce Promotional Regulatory Affairs (PRA) approved materials for Seroquel®.

Documents provided to sales representatives for new indications of Seroquel® will be included

in the PRA production.  AstraZeneca will identify its PRA production by bates numbers.

AstraZeneca is investigating and will produce documents provided to sales representatives in

connection with the launch of Seroquel®.  To the extent that additional non-privileged

responsive documents exist in another central location, AstraZeneca will produce them as well.


REQUEST FOR PRODUCTION NO. 55:  All obstacle handling materials for Seroquel.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is vague and ambiguous,

particularly with respect to the phrase "obstacle handling materials."

Subject to and without waiving its general and specific objections, AstraZeneca states

that it will produce all Promotional Regulatory Affairs (PRA) approved materials for Seroquel®.

Objection handlers for Seroquel® will be included in the PRA production.  AstraZeneca will

identify its PRA production by bates numbers.

REQUEST FOR PRODUCTION NO. 56:  All marketing materials for Seroquel submitted to the FDA for approval including, but not limited to, those materials submitted in a Form 2253, and any responsive documents and communications from the FDA.

**RESPONSE:**  AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA) approved materials for Seroquel®.  Marketing materials for Seroquel® submitted to the FDA for approval will be included in the PRA production.  AstraZeneca will identify its PRA production by bates numbers.  To the extent that additional non-privileged responsive documents exist in another central location, AstraZeneca will produce them as well.

REQUEST FOR PRODUCTION NO. 57:  All marketing materials for Seroquel submitted to the FDA for an advisory opinion, and any responsive documents and communications from the FDA.

**RESPONSE:**  AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA) approved materials for Seroquel®.  Marketing materials for Seroquel® submitted to the FDA for an advisory opinion will be included in the PRA production.  AstraZeneca will identify its PRA production by bates numbers.  To the extent that additional non-privileged responsive documents exist in another central location, AstraZeneca will produce them as well.

REQUEST FOR PRODUCTION NO. 58:  All documents reflecting the amount of money spent by you on the integrated marketing campaigns for Seroquel.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome because AstraZeneca does not maintain this information in the reasonable course of business.

Subject to and without waiving its general and specific objections, AstraZeneca states that, after reasonable investigation, it would be impossible to produce documents reflecting the

amount of money spent by AstraZeneca on integrated marketing campaigns for Seroquel®

because this is not how AstraZeneca keeps records in the ordinary course of business.

AstraZeneca refers Plaintiffs to its production of Product Strategic Plans.  (See Request No. 4.)


REQUEST FOR PRODUCTION NO. 59:  All documents related to any CME program
sponsored by you for Seroquel.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all documents."

Subject to and without waiving its general and specific objections, AstraZeneca states

that it will produce all Promotional Regulatory Affairs (PRA) approved materials for Seroquel®.

Documents related to Seroquel® CME Programs will be included in the PRA production.

AstraZeneca will identify its PRA production by bates numbers.  To the extent that additional

non-privileged responsive documents exist in another central location, AstraZeneca will produce

them as well.


REQUEST FOR PRODUCTION NO. 60:  All documents related to the communication of the
results of studies sponsored by you for Seroquel.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is vague and ambiguous,

particularly with respect to the phrase "documents related to the communication of the results of

studies."  AstraZeneca further objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all documents" and relates to all

communications, regardless of sender or recipient.

Subject to and without waiving its general and specific objections, AstraZeneca states

that documents communicating the results of studies related to Seroquel® have already been produced from AstraZeneca's November 2006 and June 8, 2007 productions of IND/NDA materials.

REQUEST FOR PRODUCTION NO. 61:  All communications with third party vendors and outside consultants regarding the marketing of Seroquel including, but not limited to, Klemptner, Satchi & Satchi Healthcare, ImpactRx, I3 Innovations, ZS Associates, CME Inc., Edelman, Towers-Perrin, Complete Medical Communications, FYI Worldwide, Media Managed Care, Market Measures Interactive, GFK, and Harris Interactive.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as it seeks "all communications" with third party vendors or outside consultants.

Subject to and without waiving its general and specific objections, AstraZeneca states that there is no central file of such communications.

REQUEST FOR PRODUCTION NO. 62:  All Dear Doctor/Healthcare Provider letters pertaining to Seroquel that were disseminated in the U.S.

**RESPONSE:**  AstraZeneca states that Dear Doctor/Healthcare Provider letters pertaining to Seroquel® have already been produced from AstraZeneca's November 2006 and June 8, 2007 productions of IND/NDA materials.

Dated:  July 26, 2007

By: /s/ Kevin T. Kerns
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
215-994-4000
Counsel for Defendants AstraZeneca
    Pharmaceuticals LP and AstraZeneca LP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July, 2007, I served the foregoing Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents via electronic mail upon counsel on the attached service list.  Service on Plaintiffs' Liaison Counsel constitutes service on all unrepresented plaintiffs.

By: /s/ Allison M. Rovner
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
215-994-4000

July 26, 2007

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>***Plaintiffs' Lead Counsel*** | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br>E. Ashley Cranford, Esq.<br>Whatley Drake & Kallas, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ccf@whatleydrake.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca***<br>***Pharmaceuticals LP and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Steven M. Selna, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>steven.selna@dbr.com<br>***Attorneys for Defendants Janssen***<br>***Pharmaceutical Products and Johnson &***<br>***Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP***<br>***and AstraZeneca Pharmaceuticals LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

| | |
|---|---|
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net |
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |