# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

### ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation | Case No. 6:06-md-01769-ACC-DAB |
| MDL Docket No. 1769 | **FIRST AMENDED RESPONSES OF DEFENDANTS ASTRAZENECA PHARMACEUTICALS LP AND ASTRAZENECA LP TO PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** |
| DOCUMENT RELATES TO ALL CASES | |

**FIRST AMENDED RESPONSES OF DEFENDANTS ASTRAZENECA
PHARMACEUTICALS LP AND ASTRAZENECA LP TO PLAINTIFFS' SECOND
REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP (hereinafter

"AstraZeneca") amend their answers and objections to Plaintiffs' Second Request for Production

as follows. These supplemental answers include information previously communicated to

counsel for Plaintiffs in emails and additional document productions from the time of serving

AstraZeneca's Responses on July 26, 2007 to the present.

As Plaintiffs are aware, AstraZeneca has produced nearly 11 million pages of documents

in this MDL in over 10 months, the vast majority of which are documents collected from the

custodial files of 94 custodians and the IND and NDA. As outlined in its individual responses

below, AstraZeneca is in the process of producing documents, has agreed to produce additional

documents as necessary to satisfy its obligations under the Federal Rules of Civil Procedure, and

will continue to produce documents on a rolling basis pursuant to meet-and-confer sessions with

Plaintiffs' Lead Counsel.



PLAINTIFF'S EXHIBIT
5

**GENERAL OBJECTIONS**

1.     AstraZeneca objects to Plaintiffs' requests to the extent that they seek documents

or information protected against disclosure by the attorney-client privilege, work product

doctrine, or other applicable privileges.  In setting forth its responses, AstraZeneca does not

waive attorney-client, work product, or other applicable privilege or immunity from disclosure

which may attach to information called for in, or responsive to, these discovery requests.  In

answering all or any portion of any discovery request, AstraZeneca neither admits the existence

of any facts set forth or assumed by the request for production, nor concedes the relevance or

materiality of the request or the subject matter to which the request refers.  Furthermore, the fact

that AstraZeneca has responded to part or all of any request is not intended to and shall not be

construed to be a waiver by AstraZeneca of any part of any objection to any request.

2.     AstraZeneca's responses are made without in any way waiving or intending to

waive, but, on the contrary, intending to preserve and preserving the following rights: (i) the

right to raise all questions of authenticity, materiality, and admissibility as evidence, for any

purpose, with respect to the documents produced or made available for inspection and copying,

which may arise in any subsequent proceeding in, or the trial of, this lawsuit or any other action

or proceeding; (ii) the right to object to the use of said information and/or documents in any

subsequent proceeding in, or the trial of, this lawsuit or any other action or proceeding, on any

grounds; and (iii) the right to object on any ground at any time to other discovery requests

involving said information and/or documents or the subject matter thereof.

3.      Much of the information sought herein is highly confidential and proprietary and consists of valuable commercial information, trade secrets, or business confidential materials, the disclosure of which would be highly prejudicial to AstraZeneca and the value of which cannot be calculated as money damages.  AstraZeneca specifically objects to these requests to the extent that they seek information or documents that AstraZeneca has gathered relating to its competitors, which is proprietary, highly confidential, and the disclosure of which would compromise its business interests because Seroquel® (quetiapine fumarate) is a currently distributed medication.  Consequently, to the extent such information is discoverable, it will be produced only subject to the MDL stipulated protective order.

4.      Many of Plaintiffs' requests seek documents that have already been produced or are in the process of being produced in the MDL.  AstraZeneca has produced nearly 11 million pages of documents representing a part of AstraZeneca's ultimate document production.  These documents are being produced in formats that are fully searchable by Plaintiffs pursuant to their own requested specifications, thereby presenting Plaintiffs with no greater burden in identifying documents in the production that are responsive to these requests for production than would be incurred by AstraZeneca.  Where AstraZeneca agrees to produce additional documents responsive to these requests, it agrees to do so only to the extent the documents are maintained in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials.

5.      AstraZeneca objects to these requests as overly broad and unduly burdensome to the extent they call for the identification of "all" documents or "any and all" documents when all

relevant facts can be obtained from fewer than "all" documents or "any and all" documents.

AstraZeneca objects to these requests to the extent they seek documents other than those that can

be located upon a search of files where such documents reasonably can be expected to be found.

Additionally, documents may exist which reference Seroquel® generally, but are not relevant to

the issues presented in this litigation.  AstraZeneca is willing to consider any narrowing of these

requests which Plaintiffs may present.

      6.    Some of the requests seek information or documents, the disclosure of which

would violate privacy rights of non-parties including, but not limited to, those privacy rights

guaranteed by the federal and state constitutions as well as federal and state statutes and

regulations.  AstraZeneca objects to the disclosure of personal identifying information pertaining

to those who reported adverse events, participated in clinical trials, or took Seroquel® for any

reason at any time.  AstraZeneca is precluded from disclosing the identities of patients, hospitals,

or health care professionals (or any third party) who report events covered by the adverse event

reporting process.  See, e.g., 21 C.F.R. § 20.63(f).  To the extent that documents containing

information protected from disclosure by federal or state law are produced, AstraZeneca will

redact such documents to remove personally identifiable information.

      7.    AstraZeneca objects to these requests to the extent that they purport to require

AstraZeneca to provide a compilation, abstract, audit, and/or other document summary that does

not currently exist.

8.    AstraZeneca objects to the privilege log requirements imposed in Instruction 4. AstraZeneca will provide a privilege log containing sufficient information to allow Plaintiffs to evaluate the privilege claim.

9.    AstraZeneca objects to the definition of "Seroquel" in Definition No. 6 as vague and overbroad.  Per agreement reached between Stephen McConnell (Dechert LLP, Counsel for AstraZeneca) and Camp Bailey (Plaintiffs' Lead Counsel) on June 25, 2007, AstraZeneca defines "Seroquel" as "the antipsychotic drug quetiapine fumarate, in any form, including (but not limited to) the medication marketed and sold under the brand name Seroquel®, any chemical equivalents, and any predecessor or non-final derivation of the drug marketed by any AstraZeneca entity."

10.    AstraZeneca objects to the definition of "Injuries" in Definition No. 12 with respect to the inclusion of type I diabetes.

11.    AstraZeneca objects to the definition of "relevant period" in Definition No. 10 as overbroad.  Documents in this case have been produced pursuant to a cutoff date negotiated by the parties.

12.    AstraZeneca objects to the extent that any request seeks information related to products other than Seroquel®.

13.    New or additional information may become known to AstraZeneca in the future. Accordingly, AstraZeneca reserves the right to revise, correct, add to, or clarify any of the responses set forth herein.

**FIRST AMENDED RESPONSES TO PLAINTIFFS' SECOND
REQUEST FOR PRODUCTION OF DOCUMENTS**

AstraZeneca's General Objections are incorporated by reference into each

response set forth below.

REQUEST FOR PRODUCTION NO. 1(a):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  Abilify Tracking
Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes.  Subject to and without

waiving its general and specific objections, AstraZeneca states that it has produced in the

custodial files Abilify Tracking Team meeting minutes at: AZ/SER7431682-AZ/SER7431683;

AZ/SER6463357-AZ/SER6463358; AZ/SER1159250-AZ/SER1159253.  AstraZeneca further

states that, after reasonable investigation, it is unaware of any additional Abilify Tracking Team

meeting minutes.


REQUEST FOR PRODUCTION NO. 1(b):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  AT Keating Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that at the July 13, 2007 meet and confer session, counsel for Plaintiffs clarified that this

request calls for the production of minutes or notes for the "AT Kearney Team."  AstraZeneca

further states that AT Kearney is a third-party consultant, and there are no minutes of an "AT

Kearney Team" at AstraZeneca.  Seroquel®-related documents pertaining to AT Kearney were

produced in the custodial files.


REQUEST FOR PRODUCTION NO. 1(c):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Bipolar Execution and Strategy Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes.  Subject to and without

waiving its general and specific objections, AstraZeneca states that it has produced in the

custodial files Bipolar Execution and Strategy Team meeting minutes and agendas at:

| | |
|---|---|
| AZ/SER4046171-AZ/SER4046245 | AZ/SER4255925-AZ/SER4256001 |
| AZ/SER4310364-AZ/SER4310415 | AZ/SER 073821-AZ/SER 0738285 |
| AZ/SER6237089-AZ/SER6237228 | AZ/SER4264910-AZ/SER4264940 |
| AZ/SER6237333-AZ/SER6237387 | AZ/SER4255684-AZ/SER4255758 |
| AZ/SER4750964-AZ/SER4751047 | AZ/SER4256002-AZ/SER4256084 |
| AZ/SER4521644-AZ/SER4521693 | AZ/SER4255612-AZ/SER4255683 |
| AZ/SER2450018-AZ/SER2450123 | AZ/SER4255759-AZ/SER4255813 |
| AZ/SER4717033-AZ/SER4717099 | AZ/SER0738100-AZ/SER0738145 |
| AZ/SER4411923-AZ/SER4412025 | AZ/SER4255875-AZ/SER4255924 |
| AZ/SER2226536-AZ/SER2226619 | AZ/SER4264780-AZ/SER4264851 |
| AZ/SER4411805-AZ/SER4411840 | AZ/SER4264852-AZ/SER4264885 |
| AZ/SER4310464-AZ/SER4310493 | AZ/SER4265006-AZ/SER4265042 |
| AZ/SER3043720-AZ/SER3043722 | AZ/SER4264737-AZ/SER4264779 |
| AZ/SER4019479-AZ/SER4019482 | AZ/SER4264886-AZ/SER4264909 |
| AZ/SER0646847-AZ/SER0646849 | AZ/SER4264941-AZ/SER4265005 |
| AZ/SER4255534-AZ/SER4255611 | AZ/SER4264602-AZ/SER4264677 |
| AZ/SER4264678-AZ/SER4264736 | |

AstraZeneca further states that it is processing for production additional Bipolar Execution and

Strategy Team meeting minutes and agendas.  AstraZeneca will identify these documents by

bates numbers.


REQUEST FOR PRODUCTION NO. 1(d):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Brand and Portfolio

Management Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that it has produced in the custodial files Brand and Portfolio Management Team meeting

Executive Highlights and agendas related to Seroquel® at:

| | |
|---|---|
| AZ/SER4197930-AZ/SER4197930 | AZ/SER4347219-AZ/SER4347224 |
| AZ/SER4095252-AZ/SER4095254 | AZSER10625014-AZSER10625017 |
| AZ/SER4347197-AZ/SER4347199 | AZ/SER4347549-AZ/SER4347550 |
| AZ/SER4095332-AZ/SER4095334 | AZ/SER4095332-AZ/SER4095333 |
| AZ/SER4095316-AZ/SER4095319 | AZ/SER4920564-AZ/SER4920566 |
| AZ/SER4920567-AZ/SER4920569 | AZ/SER4095334-AZ/SER4095337 |
| AZ/SER4920418-AZ/SER4920419 | AZ/SER4351297-AZ/SER4351299 |
| AZ/SER4924385-AZ/SER4924386 | AZ/SER4095295-AZ/SER4095297 |
| AZ/SER5490785-AZ/SER5490815 | AZ/SER4095316-AZ/SER4095318 |
| AZ/SER4347227-AZ/SER4347228 | AZ/SER4095252-AZ/SER4095254 |
| AZSER10624848-AZSER10624851 | AZSER08407730-AZSER08407730 |
| AZ/SER4348227-AZ/SER4348228 | AZSER08407671-AZSER08407671 |
| AZ/SER4924331-AZ/SER4924333 | AZSER08360453-AZSER08360453 |
| AZ/SER4095285-AZ/SER4095286 | AZ/SER3747752-AZ/SER3747752 |
| AZSER08373284-AZSER08373288 | AZ/SER2220823-AZ/SER2220823 |
| AZ/SER4096956-AZ/SER4096957 | |

AstraZeneca further states that it is processing for production additional Brand and Portfolio

Management Team meeting Executive Highlights and agendas related to Seroquel®.

AstraZeneca will identify these documents by bates numbers.  Redaction of discussions relating

to other products will be necessary.


REQUEST FOR PRODUCTION NO. 1(e):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  Commercial
Leadership Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes.  Subject to and without

waiving its general and specific objections, AstraZeneca states that it has produced Commercial

Leadership Team meeting minutes and agendas at: AZ/SER10763942-AZ/SER10764041;

AZ/SER4185015.   AstraZeneca further states that it has been unable to locate any additional

Commercial Leadership Team meeting minutes and agendas, but it is still trying to determine

whether additional minutes and agendas exist in one or more databases, departmental files,

archival files, or in the files of the individuals responsible for creating and/or storing such

materials.


REQUEST FOR PRODUCTION NO. 1(f):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  Consumer Marketing
Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that it has produced in the custodial files Consumer Marketing Team meeting agendas

related to Seroquel® at: AZ/SER5177987; AZ/SER5168857; AZ/SER5169797-

AZ/SER5169798; AZ/SER5169923.  AstraZeneca further states that it is processing for

production additional Consumer Marketing Team meeting minutes and agendas related to

Seroquel®.  AstraZeneca will identify these documents by bates numbers.


REQUEST FOR PRODUCTION NO. 1(g):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  CNS Brand Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, after reasonable investigation, it is unaware of any CNS Brand Team meeting minutes

related to Seroquel®.


REQUEST FOR PRODUCTION NO. 1(h):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  CNS Marketing
Management Team.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, after reasonable investigation, it is unaware of any CNS Marketing Management

Team meeting minutes related to Seroquel®.


REQUEST FOR PRODUCTION NO. 1(i):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  DRAD Labeling
Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  AstraZeneca further objects to this request on the grounds that it is duplicative of

Request No. 64 in Plaintiffs' Request for Production of Documents, served May 25, 2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to its

response to Request No. 64 contained in Plaintiffs' Request for Production of Documents, served

May 25, 2007.  (See Amended Responses of Defendants AstraZeneca Pharmaceuticals LP and

AstraZeneca LP to Plaintiffs' Request for Production of Documents, served June 25, 2007.)

REQUEST FOR PRODUCTION NO. 1(j):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Global Commercial Support Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, after reasonable investigation, it is unaware of any Global Commercial Support Team

meeting minutes related to Seroquel®.

REQUEST FOR PRODUCTION NO. 1(k):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Global Development Leadership Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, after reasonable investigation, it is unaware of any Global Development Leadership

Team meeting minutes related to Seroquel®.

REQUEST FOR PRODUCTION NO. 1(l):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Global Publications Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, after reasonable investigation, it is unaware of any Global Publications Team meeting

minutes related to Seroquel®.


REQUEST FOR PRODUCTION NO. 1(m):  All minutes or notes from meetings of the
following team from the time Seroquel was introduced to the market to the present:  Global
Marketing Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, after reasonable investigation, it is unaware of any Global Marketing Team meeting

minutes related to Seroquel®.


REQUEST FOR PRODUCTION NO. 1(n):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present: KOL/Investigator/
Speaker (Knowledge Information Systems [KIS]) Newsletter Website Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.   AstraZeneca further objects to this request on the grounds that it is vague and

ambiguous, particularly with respect to the team's name.  Subject to and without waiving its

general and specific objections, AstraZeneca states that in a July 16, 2007 email, counsel for

Plaintiffs provided counsel for AstraZeneca documents produced by AstraZeneca that reference

both a KIS Newsletter Team and a Newsletter Team.  AstraZeneca further states that, after

reasonable investigation, it is unaware of KIS Newsletter Team or "Newsletter Team" meeting

minutes related to Seroquel®.  AstraZeneca believes that Plaintiffs are requesting documents

relating to the *Focus on Seroquel*® Newsletter Team.  AstraZeneca requests that counsel for

Plaintiffs advise counsel for AstraZeneca whether this belief is correct.

REQUEST FOR PRODUCTION NO. 1(o):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  LTC Championship
Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is vague and ambiguous,

particularly insofar as it refers to "LTC Championship Team."  AstraZeneca further objects to

this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as

the request seeks notes and is not limited to Seroquel®.  Subject to and without waiving its

general and specific objections, AstraZeneca states that, after reasonable investigation, it is

unaware of any LTC Championship Team meeting minutes related to Seroquel®.

REQUEST FOR PRODUCTION NO. 1(p):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  Managed Care
Business Group.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, after reasonable investigation, it is unaware of any Managed Care Business Group

meeting minutes related to Seroquel®.

REQUEST FOR PRODUCTION NO. 1(q):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Managed Care Marketing Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request seeks notes and is not limited to Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca states that, after reasonable investigation, it is unaware of any Managed Care Marketing Team meeting minutes related to Seroquel®.

REQUEST FOR PRODUCTION NO. 1(r):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Managed Markets and Pricing (MMaP) Leadership Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that the request is overly broad and unduly burdensome, particularly insofar as the request seeks notes.  Subject to and without waiving its general and specific objections, AstraZeneca states that, after reasonable investigation, it is unaware of any Managed Markets and Pricing (MMaP) Leadership Team meeting minutes.

REQUEST FOR PRODUCTION NO. 1(s):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Marketing Counsel.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is vague and ambiguous, particularly with respect to the phrase "Marketing Counsel."  AstraZeneca further objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request seeks notes and is not limited to Seroquel®.  Subject to and without waiving its general

and specific objections, AstraZeneca states that, after reasonable investigation, it is unaware of

any Marketing Counsel meeting minutes related to Seroquel®.


REQUEST FOR PRODUCTION NO. 1(t):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  Operations and
Portfolio Management Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that it has produced in the custodial files Operations and Portfolio Management Team

meeting Executive Highlights and agendas related to Seroquel® at:

| | |
|---|---|
| AZ/SER5202855-AZ/SER5202855 | AZ/SER5207735-AZ/SER5207738 |
| AZ/SER2938076-AZ/SER2938077 | AZ/SER7539158-AZ/SER7539160 |
| AZ/SER3656853-AZ/SER3656854 | AZ/SER7553464-AZ/SER7553467 |
| AZ/SER4917919-AZ/SER4917920 | AZ/SER5210001-AZ/SER5210007 |
| AZ/SER4918081-AZ/SER4918082 | AZ/SER4134218-AZ/SER4134222 |
| AZ/SER1335336-AZ/SER1335337 | AZ/SER08384908-AZ/SER08384911 |
| AZ/SER1335338-AZ/SER1335339 | AZ/SER5219160-AZ/SER5219163 |
| AZ/SER4148429-AZ/SER4148430 | AZ/SER5207569-AZ/SER5207576 |
| AZ/SER4148755-AZ/SER4148756 | AZ/SER5213623-AZ/SER5213625 |
| AZ/SER4149682-AZ/SER4149683 | AZ/SER4920272-AZ/SER4920275 |
| AZ/SER4169443-AZ/SER4169444 | AZ/SER2217549-AZ/SER2217551 |
| AZ/SER4169876-AZ/SER4169877 | AZ/SER10611013-AZ/SER10611019 |
| AZ/SER4168218-AZ/SER4168219 | AZ/SER5207926-AZ/SER5207929 |
| AZ/SER4170857-AZ/SER4170858 | AZ/SER4351833-AZ/SER4351834 |
| AZ/SER5214315-AZ/SER5214316 | AZ/SER2217552-AZ/SER2217554 |
| AZ/SER5219020-AZ/SER5219022 | AZ/SER5208321-AZ/SER5208325 |
| AZ/SER5211688-AZ/SER5211689 | AZSER08384628-AZSER08384632 |
| AZ/SER4165950-AZ/SER4165951 | AZ/SER5211169-AZ/SER5211173 |
| AZ/SER4173807-AZ/SER4173808 | AZ/SER5207739-AZ/SER5207743 |
| AZ/SER3808861-AZ/SER3808862 | AZ/SER5277983-AZ/SER5277985 |
| AZ/SER5228620-AZ/SER5228621 | AZ/SER5206662-AZ/SER5206667 |
| AZ/SER5253777-AZ/SER5253778 | AZ/SER3885866-AZ/SER3885866 |
| AZ/SER5270458-AZ/SER5270460 | AZ/SER08398080-AZ/SER08398080 |
| AZ/SER4182062-AZ/SER4182064 | AZ/SER08399783-AZ/SER08399783 |

AZ/SER4182065-AZ/SER4182066
AZ/SER6078317-AZ/SER6078319
AZ/SER4352080-AZ/SER4352083
AZ/SER5468906-AZ/SER5468907
AZ/SER5283573-AZ/SER5283574
AZ/SER5277844-AZ/SER5277846
AZ/SER3849884-AZ/SER3849884
AZ/SER3689555-AZ/SER3689555
AZ/SER4185399-AZ/SER4185401
AZ/SER5203477-AZ/SER5203481
AZ/SER1900743-AZ/SER1900744
AZ/SER2217543-AZ/SER2217545
AZ/SER2217546-AZ/SER2217548
AZ/SER2946524-AZ/SER2946525
AZSER08356482-AZSER08356485
AZ/SER2941354-AZ/SER2941358
AZSER10597487-AZSER10597489
AZ/SER7552928-AZ/SER7552931
AZ/SER4120614-AZ/SER4120616
AZ/SER08333885-AZ/SER08333886
AZ/SER5219015-AZ/SER5219017
AZ/SER3966978-AZ/SER3966981
AZ/SER4352014-AZ/SER4352017
AZ/SER5210539-AZ/SER5210544
AZ/SER5254075-AZ/SER5254077
AZ/SER5208226-AZ/SER5208230
AZ/SER2220777-AZ/SER2220780
AZ/SER5277802-AZ/SER5277804
AZ/SER5213594-AZ/SER5213596
AZ/SER5218620-AZ/SER5218622
AZ/SER7553460-AZ/SER7553462
AZ/SER4145027-AZ/SER4145036
AZ/SER10768567-AZ/SER10768569
AZ/SER2223249-AZ/SER2223252
AZ/SER5214304-AZ/SER5214306
AZ/SER5277659-AZ/SER5277661
AZ/SER5210117-AZ/SER5210125
AZ/SER5209162-AZ/SER5209168
AZ/SER5211584-AZ/SER5211590
AZ/SER4920269-AZ/SER4920271
AZ/SER4920134-AZ/SER4920135
AZ/SER08388211-AZ/SER08388213

AZ/SER 0747375-AZ/SER 0747375
AZ/SER08401884-AZSER08401884
AZ/SER08395309-AZ/SER08395309
AZ/SER08395477-AZ/SER08395477
AZ/SER08393356-AZ/SER08393356
AZ/SER08402643-AZ/SER08402643
AZ/SER3885817-AZ/SER3885817
AZ/SER08406768-AZ/SER08406768
AZ/SER08402038-AZ/SER08402038
AZ/SER08396970-AZ/SER08396970
AZ/SER08317876-AZ/SER08317876
AZ/SER4148018-AZ/SER4148022
AZ/SER08340605-AZ/SER08340608
AZ/SER08374917-AZ/SER08374920
AZSER08748509-AZ/SER08748509
AZ/SER3743189-AZ/SER3743190
AZ/SER3743445-AZ/SER3743445
AZ/SER3690275-AZ/SER3690275
AZ/SER08352352-AZ/SER08352352
AZ/SER3690011-AZ/SER3690011
AZ/SER3860978-AZ/SER3860978
AZ/SER3690214-AZ/SER3690214
AZ/SER3741416-AZ/SER3741416
AZ/SER3690060-AZ/SER3690060
AZ/SER3759394-AZ/SER3759394
AZ/SER3746403-AZ/SER3746403
AZ/SER3689585-AZ/SER3689585
AZ/SER3759369-AZ/SER3759369
AZ/SER3759368-AZ/SER3759368
AZ/SER4135161-AZ/SER4135161
AZ/SER3744131-AZ/SER3744132
AZ/SER3861010-AZ/SER3861011
AZ/SER3861004-AZ/SER3861004
AZSER08353993-AZSER08353993
AZ/SER3690203-AZ/SER3690203
AZ/SER1929174-AZ/SER1929174
AZ/SER3743291-AZ/SER3743291
AZ/SER3759320-AZ/SER3759320
AZ/SER4148526-AZ/SER4148526
AZ/SER3860980-AZ/SER3860980

AstraZeneca further states that it is processing for production additional Operations and Portfolio

Management Team meeting Executive Highlights and agendas related to Seroquel®.

AstraZeneca will identify these documents by bates numbers. Redaction of discussions relating

to other products will be necessary.


REQUEST FOR PRODUCTION NO. 1(u):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  PAP Transition Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes.  Subject to and without

waiving its general and specific objections, AstraZeneca states that, after reasonable

investigation, it is unaware of any PAP Transition Team meeting minutes.


REQUEST FOR PRODUCTION NO. 1(v):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  Product Core Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, after reasonable investigation, it is unaware of any Product Core Team meeting

minutes related to Seroquel®.


REQUEST FOR PRODUCTION NO. 1(w):  All minutes or notes from meetings of the
following team from the time Seroquel was introduced to the market to the present:  Professional
Communications Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca states that it has produced in the custodial files Professional Communications Team meeting minutes related to Seroquel® at: AZ/SER10356148-AZ/SER10356152.  AstraZeneca further states that it has been unable to locate any additional Professional Communications Team meeting minutes and agendas related to Seroquel®, but it is still trying to determine whether additional minutes and agendas exist in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials.

REQUEST FOR PRODUCTION NO. 1(x):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Promotions Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request seeks notes.  Subject to and without waiving its general and specific objections, AstraZeneca states that, after reasonable investigation, it is unaware of any Promotions Team meeting minutes.

REQUEST FOR PRODUCTION NO. 1(y):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Publications Delivery Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request seeks notes and is not limited to Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca states that it has produced in the custodial files Publications Delivery Team meeting minutes related to Seroquel® at: AZ/SER3372269-AZ/SER3372271; AZ/SER3423337-AZ/SER3423338; AZ/SER7495291-AZ/SER7495295; AZ/SER7497944-AZ/SER7497950;

AZ/SER7498510-AZ/SER7498515; AZ/SER4004771-AZ/SER4004778; AZ/SER4015975-

AZ/SER4015982; AZ/SER10357728-AZ/SER10357732; AZ/SER7495141-AZ/SER7495146;

AZ/SER7496976-AZ/SER7496983; AZ/SER7498238-AZ/SER7498243; AZ/SER4004701-

AZ/SER4004708; AZ/SER4322112-AZ/SER4322121.  AstraZeneca further states that it is

processing for production additional Publications Delivery Team meeting minutes related to

Seroquel®.  AstraZeneca will identify these documents by bates numbers.


REQUEST FOR PRODUCTION NO. 1(z):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  Public Relations
Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, after reasonable investigation, it is unaware of any Public Relations Team meeting

minutes related to Seroquel®.


REQUEST FOR PRODUCTION NO. 1(aa):  All minutes or notes from meetings of the
following team from the time Seroquel was introduced to the market to the present:  Scientific
Commercialization Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that, after reasonable investigation, it is unaware of any Scientific Commercialization

Team meeting minutes related to Seroquel®.

REQUEST FOR PRODUCTION NO. 1(bb):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Seroquel Brand Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request seeks notes.  Subject to and without waiving its general and specific objections, AstraZeneca states that it has produced in the custodial files Seroquel® Brand Team meeting minutes and agendas at: AZ/SER1296862-AZ/SER1296863; AZ/SER08402318-AZ/SER08402318; AZ/SER4131136-AZ/SER4131136; AZ/SER4147968-AZ/SER4147969; AZ/SER1721061-AZ/SER1721061; AZ/SER1721050-AZ/SER1721050; AZ/SER1721049-AZ/SER1721049; AZ/SER08983318-AZ/SER08983318; AZ/SER08983209-AZ/SER08983209; AZ/SER1712596-AZ/SER1712597; AZ/SER08986141-AZ/SER08986141; AZ/SER1721044-AZ/SER1721044.  AstraZeneca further states that, after reasonable investigation, it is unaware of any additional Seroquel® Brand Team meeting minutes or agendas.


REQUEST FOR PRODUCTION NO. 1(cc):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Seroquel Leadership Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request seeks notes.  Subject to and without waiving its general and specific objections, AstraZeneca states that it has produced Seroquel® Leadership Team meeting minutes and agendas at: AZ/SER10765305-AZ/SER10765479; AZ/SER4147972-AZ/SER4147973; AZ/SER4185178-AZ/SER4185178; AZ/SER3792876-

AZ/SER3792877; AZ/SER3884408-AZ/SER3884409; AZ/SER08359223-AZ/SER08359223;

AZ/SER08319447-AZ/SER08319447; AZ/SER3884407-AZ/SER3884407; AZ/SER3657234-

AZ/SER3657235; AZ/SER08359224-AZ/SER08359224.


REQUEST FOR PRODUCTION NO. 1(dd):  All minutes or notes from meetings of the
following team from the time Seroquel was introduced to the market to the present:  Seroquel
Value Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes.  Subject to and without

waiving its general and specific objections, AstraZeneca states that it has produced in the

custodial files Seroquel® Value Team meeting minutes and agendas at: AZ/SER4758298-

AZ/SER4758299; AZ/SER4758473-AZ/SER4758475; AZ/SER08417725-AZ/SER08417726.

AstraZeneca further states that it is processing for production additional Seroquel® Value Team

meeting minutes and agendas.  AstraZeneca will identify these documents by bates numbers.


REQUEST FOR PRODUCTION NO. 1(ee):  All minutes or notes from meetings of the
following team from the time Seroquel was introduced to the market to the present:  State as
Customer Account Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes.  Subject to and without

waiving its general and specific objections, AstraZeneca states that, after reasonable

investigation, it is unaware of any State as Customer Account Team meeting minutes.


REQUEST FOR PRODUCTION NO. 1(ff):  All minutes or notes from meetings of the
following team from the time Seroquel was introduced to the market to the present:  State as

Case 6:06-md-01769-ACC-DAB   Document 630-6   Filed 10/30/07   Page 22 of 81 PageID 11382

Consumer Core Team.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is vague and ambiguous,

particularly insofar as it refers to the "State as Consumer Core Team." AstraZeneca further

objects to this request on the grounds that it is overly broad and unduly burdensome, particularly

insofar as the request seeks notes and is not limited to Seroquel®. Subject to and without

waiving its general and specific objections, AstraZeneca states that, after reasonable

investigation, it is unaware of any State as Consumer Core Team meeting minutes.

REQUEST FOR PRODUCTION NO. 1(gg): All minutes or notes from meetings of the
following team from the time Seroquel was introduced to the market to the present: State Market
Assessment Steering Committee.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®. Subject to and without waiving its general and specific objections, AstraZeneca

states that, after reasonable investigation, it is unaware of any State Market Assessment Steering

Committee meeting minutes.

REQUEST FOR PRODUCTION NO. 1(hh): All minutes or notes from meetings of the
following team from the time Seroquel was introduced to the market to the present: State Market
Assessment Project Team.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®. Subject to and without waiving its general and specific objections, AstraZeneca

states that, after reasonable investigation, it is unaware of any State Market Assessment Project

22

Team meeting minutes.

REQUEST FOR PRODUCTION NO. 1(ii):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  State Strategy
Response Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  AstraZeneca further objects to this request on the grounds that it is vague and

ambiguous, particularly with respect to the phrase "State Strategy Response Team."  Subject to

and without waiving its general and specific objections, AstraZeneca states that, after reasonable

investigation, it is unaware of any State Strategy Response Team meeting minutes related to

Seroquel®.  AstraZeneca believes that Plaintiffs intended to request documents relating to the

State Response Strategy Team.  AstraZeneca requests that counsel for Plaintiffs advise counsel

for AstraZeneca if this belief is incorrect.  AstraZeneca further states that State Response

Strategy Team meeting minutes related to Seroquel® have been produced in the custodial files

at: AZ/SER2729668-AZ/SER2729670.  AstraZeneca has been unable to locate any additional

State Response Strategy Team meeting minutes and agendas related to Seroquel®, but it is still

trying to determine whether additional minutes and agendas exist in one or more databases,

departmental files, archival files, or in the files of the individuals responsible for creating and/or

storing such materials.

REQUEST FOR PRODUCTION NO. 1(jj):  All minutes or notes from meetings of the following
team from the time Seroquel was introduced to the market to the present:  Therapeutic Area
Leadership Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request seeks notes and is not limited to Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca states that it has produced in the custodial files Therapeutic Area Leadership Team meeting minutes and agendas related to Seroquel® at:

AZ/SER2228342-AZ/SER2228342
AZ/SER3727999-AZ/SER3727999
AZ/SER4165818-AZ/SER4165818
AZ/SER3777894-AZ/SER3777894
AZ/SER4162539-AZ/SER4162539
AZ/SER4097247-AZ/SER4097247
AZSER08385475-AZSER08385475
AZSER08385390-AZSER08385390
AZ/SER4162399-AZ/SER4162399
AZSER08385400-AZSER08385400
AZSER08385486-AZSER08385486
AZSER08335124-AZSER08335124
AZ/SER3778310-AZ/SER3778310

AZ/SER7469043-AZ/SER7469043
AZ/SER3684849-AZ/SER3684850
AZSER08319556-AZSER08319557
AZ/SER3684851-AZ/SER3684852
AZ/SER3684853-AZ/SER3684854
AZSER08335138-AZSER08335139
AZ/SER3686704-AZ/SER3686705
AZ/SER3686811-AZ/SER3686812
AZSER08319558-AZSER08319559
AZ/SER6004650-AZ/SER6004652
AZ/SER4113428-AZ/SER4113428
AZ/SER3708902-AZ/SER3708903

AstraZeneca further states that it has been unable to locate any additional Therapeutic Area Leadership Team meeting minutes and agendas related to Seroquel®, but it is still trying to determine whether additional minutes and agendas exist in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials.

REQUEST FOR PRODUCTION NO. 1(kk):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  U.S. Advisory Board.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®. AstraZeneca further objects to this request on the grounds that it is vague and ambiguous, particularly with respect to the phrase "U.S. Advisory Board." Subject to and without waiving its general and specific objections, AstraZeneca states that, after reasonable investigation, it is unaware of any U.S. Advisory Board meeting minutes related to Seroquel®. AstraZeneca believes that Plaintiffs intended to request documents relating to the National Advisory Boards for Seroquel®. AstraZeneca requests that counsel for Plaintiffs advise counsel for AstraZeneca if this belief is incorrect. AstraZeneca further states that, after reasonable investigation, it is unaware of any National Advisory Board meeting minutes related to Seroquel®. AstraZeneca states that it has produced in the custodial files National Advisory Board agendas related to Seroquel® at:

| | |
|---|---|
| AZ/SER4861334-AZ/SER4861336 | AZ/SER1435161-AZ/SER1435162 |
| AZ/SER4857100-AZ/SER4857102 | AZ/SER3549600-AZ/SER3549601 |
| AZ/SER3675679-AZ/SER3675680 | AZ/SER3886900-AZ/SER3886908 |
| AZ/SER0633322-AZ/SER0633326 | AZ/SER2972893-AZ/SER2972894 |
| AZ/SER3759230-AZ/SER3759232 | AZ/SER7636691-AZ/SER7636693 |
| AZ/SER0633414-AZ/SER0633416 | AZ/SER7257474-AZ/SER7257475 |
| AZ/SER4526775-AZ/SER4526775 | AZ/SER3371430-AZ/SER3371433 |
| AZ/SER3422086-AZ/SER3422087 | AZ/SER5023206-AZ/SER5023207 |
| AZ/SER4835831-AZ/SER4835831 | AZ/SER4172259-AZ/SER4172260 |
| AZ/SER0633495-AZ/SER0633496 | |

AstraZeneca further states that it is processing for production additional National Advisory Board agendas related to Seroquel®. AstraZeneca will identify these documents by bates numbers.

REQUEST FOR PRODUCTION NO. 1(ll): All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present: U.S. Communications Team.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that it has produced in the custodial files U.S. Communications Team meeting minutes and

agendas related to Seroquel® at:

| | |
|---|---|
| AZ/SER7579849-AZ/SER7579851 | AZ/SER4322437-AZ/SER4322442 |
| AZ/SER3449192-AZ/SER3449194 | AZ/SER1702332-AZ/SER1702337 |
| AZ/SER3452759-AZ/SER3452761 | AZ/SER4018081-AZ/SER4018086 |
| AZ/SER 3412711-AZ/SER3412714 | AZ/SER3833958-AZ/SER3833964 |
| AZ/SER3449195-AZ/SER3449199 | AZ/SER4133541-AZ/SER4133546 |
| AZ/SER4138439-AZ/SER4138442 | AZ/SER4149396-AZ/SER4149401 |
| AZ/SER2027807-AZ/SER2027811 | AZ/SER4149395-AZ/SER4149428 |
| AZ/SER3423974-AZ/SER3423978 | AZ/SER3856833-AZ/SER3856839 |
| AZ/SER2053606-AZ/SER2053610 | AZ/SER6444495-AZ/SER6444500 |
| AZ/SER3860913-AZ/SER3860915 | AZ/SER19472019-AZ/SER19472025 |
| AZ/SER3742492-AZ/SER3742494 | AZ/SER3741611-AZ/SER3741617 |
| AZ/SER3860928-AZ/SER3860931 | AZ/SER4019439-AZ/SER4019444 |
| AZ/SER3869171-AZ/SER3869174 | AZ/SER2581952-AZ/SER2581957 |
| AZ/SER3742506-AZ/SER3742513 | AZ/SER4874691-AZ/SER4874697 |
| AZ/SER3742567-AZ/SER3742570 | AZ/SER2567260-AZ/SER2567265 |
| AZ/SER3674741-AZ/SER3674745 | AZ/SER2605429-AZ/SER2605435 |
| AZ/SER4147161-AZ/SER4147164 | AZ/SER10065503-AZ/SER10065507 |
| AZ/SER3739959-AZ/SER3739962 | AZ/SER2582108-AZ/SER2582112 |
| AZ/SER7497911-AZ/SER7497913 | AZ/SER0737415-AZ/SER0737419 |
| AZ/SER7497905-AZ/SER7497908 | AZ/SER1216257-AZ/SER1216262 |
| AZ/SER3844901-AZ/SER3844904 | AZ/SER1161716-AZ/SER1161721 |
| AZ/SER3675596-AZ/SER3675598 | AZ/SER3857208-AZ/SER3857213 |
| AZ/SER3676055-AZ/SER3676057 | AZ/SER3320031-AZ/SER3320043 |
| AZ/SER4004719-AZ/SER4004724 | AZ/SER1224725-AZ/SER1224728 |
| AZ/SER4322071-AZ/SER4322075 | AZ/SER7600030-AZ/SER7600034 |
| AZ/SER1638531-AZ/SER1638535 | AZ/SER3126570-AZ/SER3126574 |
| AZ/SER4322069-AZ/SER4322111 | AZ/SER3126536-AZ/SER3126569 |
| AZ/SER4322246-AZ/SER4322250 | AZ/SER3333104-AZ/SER3333108 |
| AZ/SER4322064-AZ/SER4322068 | AZ/SER3333070-AZ/SER3333103 |
| AZ/SER4322340-AZ/SER4322345 | AZ/SER3312170-AZ/SER3312174 |
| AZ/SER4340626-AZ/SER4340631 | AZ/SER3370452-AZ/SER3370453 |
| AZ/SER1702326-AZ/SER1702331 | AZ/SER3443523-AZ/SER3443523 |
| AZ/SER3423289-AZ/SER3423290 | AZ/SER4590091-AZ/SER4590091 |
| AZ/SER3423670-AZ/SER3423671 | AZ/SER4640597-AZ/SER4640597 |
| AZ/SER3370460-AZ/SER3370461 | AZ/SER4640598-AZ/SER4640598 |
| AZ/SER7497909-AZ/SER7497943 | AZ/SER4451591-AZ/SER4451591 |

AZ/SER7498244-AZ/SER7498279
AZ/SER4322244-AZ/SER4322279
AZ/SER4004717-AZ/SER4004740
AZ/SER4340624-AZ/SER4340653
AZ/SER4322069-AZ/SER4322111
AZ/SER4322435-AZ/SER4322473
AZ/SER3742601-AZ/SER3742601
AZ/SER0737240-AZ/SER0737241

AZ/SER4466717-AZ/SER4466717
AZ/SER1164413-AZ/SER1164413
AZ/SER4640601-AZ/SER4640601
AZ/SER4640611-AZ/SER4640611
AZ/SER1161735-AZ/SER1161735
AZ/SER6815358-AZ/SER6815358
AZ/SER3790624-AZ/SER3790624
AZ/SER7564139-AZ/SER7564139

AstraZeneca further states that it is processing for production additional U.S. Communications

Team meeting minutes and agendas related to Seroquel®. AstraZeneca will identify these

documents by bates numbers.

REQUEST FOR PRODUCTION NO. 1(mm): All minutes or notes from meetings of the
following team from the time Seroquel was introduced to the market to the present: U.S.
Development Leadership Team.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®. Subject to and without waiving its general and specific objections, AstraZeneca

states that it has produced in the custodial files what it believes to be a complete set of U.S.

Development Leadership Team meeting minutes and agendas related to Seroquel® at:

AZ/SER08366577-AZ/SER08366577; AZ/SER2955288-AZ/SER2955288; AZ/SER1767656-

AZ/SER1767656; AZ/SER08366120-AZ/SER08366120; AZ/SER10363941-AZ/SER10363941;

AZ/SER1803873-AZ/SER1803873; AZ/SER 0570869-AZ/SER 0570871; AZ/SER08321386-

AZ/SER08321387; AZ/SER1767657-AZ/SER1767659; AZ/SER6331366-AZ/SER6331367;

AZ/SER7636391-AZ/SER7636392; AZ/SER1770790-AZ/SER1770792; AZ/SER6330481-

AZ/SER6330481.

REQUEST FOR PRODUCTION NO. 1(nn):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  U.S. Product Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes and is not limited to

Seroquel®.  Subject to and without waiving its general and specific objections, AstraZeneca

states that it has produced U.S. Product Team meeting minutes and agendas related to Seroquel®

at:

| | |
|---|---|
| AZ/SER10765223-AZ/SER10765304 | AZ/SER0590278-AZ/SER0590279 |
| AZ/SER09239231-AZ/SER09239232 | AZ/SER3742575-AZ/SER3742575 |
| AZ/SER3742286-AZ/SER3742287 | AZ/SER3742573-AZ/SER3742573 |
| AZ/SER3742290-AZ/SER3742290 | AZ/SER3756664-AZ/SER3756665 |
| AZ/SER3742296-AZ/SER3742296 | AZ/SER4146945-AZ/SER4146945 |
| AZ/SER3452813-AZ/SER3452814 | AZ/SER3756718-AZ/SER3756719 |
| AZ/SER3742299-AZ/SER3742299 | AZ/SER3742579-AZ/SER3742579 |
| AZ/SER3742303-AZ/SER3742304 | AZ/SER4185682-AZ/SER4185682 |
| AZ/SER3742330-AZ/SER3742331 | AZ/SER3742585-AZ/SER3742585 |
| AZ/SER4148266-AZ/SER4148266 | AZ/SER4148278-AZ/SER4148279 |
| AZ/SER3756435-AZ/SER3756436 | AZ/SER4130215-AZ/SER4130216 |
| AZ/SER3742488-AZ/SER3742488 | AZ/SER3677273-AZ/SER3677274 |
| AZ/SER4136070-AZ/SER4136071 | AZ/SER3672686-AZ/SER3672686 |
| AZ/SER3756525-AZ/SER3756525 | AZ/SER3742503-AZ/SER3742504 |

AstraZeneca further states that it has been unable to locate any additional U.S. Product Team

meeting minutes and agendas related to Seroquel®, but it is still trying to determine whether

additional minutes and agendas exist in one or more databases, departmental files, archival files,

or in the files of the individuals responsible for creating and/or storing such materials.


REQUEST FOR PRODUCTION NO. 1(oo):  All minutes or notes from meetings of the following team from the time Seroquel was introduced to the market to the present:  Ziprasidone Defense Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks notes.  Subject to and without

waiving its general and specific objections, AstraZeneca states that, after reasonable

investigation, it is unaware of any Ziprasidone Defense Team meeting minutes.


REQUEST FOR PRODUCTION NO 2:  All discussion documents and agendas related to
Seroquel prepared for the teams listed in Request No. 1.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all discussion documents and agendas" for

the 41 "teams" listed in Request No. 1.  Subject to and without waiving its general and specific

objections, AstraZeneca states that it will produce discussion documents and agendas related to

Seroquel® for the teams listed in Request No. 1 to the extent AstraZeneca has stated that it will

produce the minutes for those teams and to the extent the discussion documents and agendas are

maintained with the minutes.  When AstraZeneca produced agendas, it so stated in its response

to Request No. 1.


REQUEST FOR PRODUCTION NO. 3:  All communications between members of the teams
listed in Request No. 1 related to Seroquel from the time Seroquel was introduced to the market
to the present.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome.  Even as limited to the ten teams listed in counsel for Plaintiffs' July 16,

2007 email to counsel for AstraZeneca, Plaintiffs' request is still overly broad and unduly

burdensome.  Team membership is not static – there is frequent turnover in individuals on a team

due to promotions, some people serving on an ad hoc basis, and some people leaving the

company.  Communications between team members are not maintained in a central file, and it

would be an undue burden on AstraZeneca to identify and search for the files of individual team members. After Plaintiffs receive and review the team minutes produced in response to Request No. 1, AstraZeneca will consider reasonable requests to search additional custodial files for communications among team members.

REQUEST FOR PRODUCTION NO. 4: All documents related to all integrated marketing campaigns for Seroquel including, but not limited to:

      (a)    All marketing plans;

      (b)    All communications to consumers or doctors, including advertising, press releases, detail pieces (including e-detailing materials), promotional literature, Dear Doctor letters, Q and As, etc.;

      (c)    All testing, including copy testing, persuasion testing, market testing, and focus groups performed to determine or identify key messages to be sent to consumers or doctors;

      (d)    All tracking and message recall studies including, but not limited to, quarterly ATUs (attitudinal research understanding), used to determine the effectiveness of the key messages;

      (e)    All communications with third party vendors including, but not limited to those recognized by Charles Peipher during his June 7, 2007 (Satchi & Satchi Healthcare, ImpactRx, GFK, and Harris Interactive) regarding any aspect of the marketing campaigns; and

      (f)    All Media Plans or documents showing when or where print, radio or television advertising was disseminated.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request seeks "all documents related to all integrated marketing campaigns" for Seroquel® and insofar as items listed in (a) through (f) seek "all" of already very broad categories of documents. AstraZeneca further objects to this request on the grounds that subparts (c) and (d) seek irrelevant information and are not reasonably

calculated to lead to the discovery of admissible evidence. AstraZeneca further objects on the

grounds that subpart (e) is duplicative of Request No. 61.

Subject to and without waiving its general and specific objections, AstraZeneca states

that Seroquel® Product Strategic Plans have been produced at: AZ/SER10381679-

AZ/SER10381709; AZ/SER10381710-AZ/SER10381736; AZ/SER10381737-

AZ/SER10381753; AZ/SER10381311-AZ/SER10381363; AZ/SER10381364-

AZ/SER10381392; AZ/SER10381393-10381437; AZ/SER 10381754-AZ/SER10381801.

AstraZeneca has been unable to locate additional Seroquel® Product Strategic Plans, but it is still

trying to determine whether additional Seroquel® Product Strategic Plans exist in one or more

databases, departmental files, archival files, or in the files of the individuals responsible for

creating and/or storing such materials.

AstraZeneca further states that it has produced in the custodial files Annual Business

Updates and Rolling Business Updates related to Seroquel® at:

| | |
|---|---|
| AZ/SER0723366- AZ/SER0723369 | AZ/SER6040108- AZ/SER6040250 |
| AZ/SER3960433- AZ/SER3960433 | AZ/SER5981700- AZ/SER5982620 |
| AZ/SER5019077- AZ/SER5019078 | AZ/SER3866572- AZ/SER3866573 |
| AZ/SER6144149- AZ/SER6144149 | AZ/SER3695627- AZ/SER3695654 |
| AZ/SER5019079- AZ/SER5019079 | AZ/SER5916647- AZ/SER5916647 |
| AZ/SER5202614- AZ/SER5202615 | AZ/SER5875651- AZ/SER5875655 |
| AZ/SER4768328- AZ/SER4768328 | AZ/SER1428587- AZ/SER1428592 |
| AZ/SER6341455- AZ/SER6341480 | AZ/SER5303415- AZ/SER5303423 |
| AZ/SER4606484- AZ/SER4607029 | AZ/SER3880432- AZ/SER3880432 |
| AZ/SER3457783- AZ/SER3457783 | AZ/SER3555944- AZ/SER3555945 |
| AZ/SER6527893- AZ/SER6527893 | AZ/SER3589157- AZ/SER3589158 |
| AZ/SER5208005- AZ/SER5208008 | AZ/SER6027836- AZ/SER6027841 |
| AZ/SER6031066- AZ/SER6031074 | AZ/SER5875656- AZ/SER5875661 |
| AZ/SER6140552- AZ/SER6140552 | AZ/SER0609744- AZ/SER0609747 |
| AZ/SER5850401- AZ/SER5850401 | AZ/SER5123938- AZ/SER5123938 |
| AZ/SER7449638- AZ/SER7449638 | AZ/SER0660601-AZ/SER0660623 |
| AZ/SER6027298- AZ/SER6027298 | AZ/SER2011265- AZ/SER2011318 |
| AZ/SER5894416- AZ/SER5894721 | AZ/SER5208354- AZ/SER5208356 |

AZ/SER5895640 - AZ/SER5895868
AZ/SER5106187 - AZ/SER5106401
AZ/SER5958113 - AZ/SER5958113
AZ/SER5850157 - AZ/SER5850158
AZ/SER4419762 - AZ/SER4419784
AZ/SER1807004 - AZ/SER1807004
AZ/SER6143350 - AZ/SER6143351
AZ/SER6143336 - AZ/SER6143337
AZ/SER6142426 - AZ/SER6142426
AZ/SER5902822 - AZ/SER5902931
AZ/SER6029383 - AZ/SER6029383
AZ/SER5957559 - AZ/SER5957572
AZ/SER5957803 - AZ/SER5957822
AZ/SER7465597 - AZ/SER7465602
AZ/SER6028148 - AZ/SER6028148
AZ/SER5959578 - AZ/SER5959580
AZ/SER6445051 - AZ/SER6445150
AZ/SER5903057 - AZ/SER5903065
AZ/SER5856636 - AZ/SER5856641
AZ/SER0678307 - AZ/SER0678312
AZ/SER4185721 - AZ/SER4185721
AZ/SER5277108 - AZ/SER5277118
AZ/SER7566968 - AZ/SER7566970
AZ/SER5992978 - AZ/SER5992978
AZ/SER4768319 - AZ/SER4768324
AZ/SER0723523 - AZ/SER0723523
AZ/SER6027955 - AZ/SER6027983
AZ/SER5986676 - AZ/SER5986714
AZ/SER6144173 - AZ/SER6144173
AZ/SER3704226 - AZ/SER3704236
AZ/SER6351976 - AZ/SER6351988
AZ/SER1322379 - AZ/SER1322398
AZ/SER5470191 - AZ/SER5470191
AZ/SER6144180 - AZ/SER6144180
AZ/SER6030630 - AZ/SER6030630
AZ/SER5851235 - AZ/SER5851242
AZ/SER5851275 - AZ/SER5851293
AZ/SER3714047 - AZ/SER3714048
AZ/SER5470190 - AZ/SER5470190
AZ/SER3450999 - AZ/SER3451004
AZ/SER4172926 - AZ/SER4172946
AZ/SER5875600 - AZ/SER5875650
AZ/SER3712269 - AZ/SER3712276
AZ/SER5469982 - AZ/SER5470003

AZ/SER6145600 - AZ/SER6145600
AZ/SER4104335 - AZ/SER4104335
AZ/SER5018793 - AZ/SER5018793
AZ/SER5248778 - AZ/SER5248780
AZ/SER4918412 - AZ/SER4918417
AZ/SER6010402 - AZ/SER6010433
AZ/SER6145970 - AZ/SER6145970
AZ/SER4768116 - AZ/SER4768220
AZ/SER6140763 - AZ/SER6140763
AZ/SER6144165 - AZ/SER6144165
AZ/SER6146665 - AZ/SER6146665
AZ/SER6146664 - AZ/SER6146664
AZ/SER6146663 - AZ/SER6146663
AZ/SER6140756 - AZ/SER6140756
AZ/SER6146700 - AZ/SER6146700
AZ/SER3884678 - AZ/SER3884678
AZ/SER3342320 - AZ/SER3342321
AZ/SER7527559 - AZ/SER7527578
AZ/SER1479626 - AZ/SER1479626
AZ/SER6039738 - AZ/SER6039805
AZ/SER4863429 - AZ/SER4863442
AZ/SER5877463 - AZ/SER5877479
AZ/SER6092172 - AZ/SER6092174
AZ/SER5387507 - AZ/SER5387611
AZ/SER3885319 - AZ/SER3885346
AZ/SER3714636 - AZ/SER3714665
AZ/SER6465122 - AZ/SER6465122
AZ/SER5928127 - AZ/SER5928128
AZ/SER5542815 - AZ/SER5542816
AZ/SER7572811 - AZ/SER7572812
AZ/SER7430470 - AZ/SER7430616
AZ/SER6147650 - AZ/SER6147650
AZ/SER3960424 - AZ/SER3960424
AZ/SER3458167 - AZ/SER3458178
AZ/SER5928365 - AZ/SER5928376
AZ/SER5928377 - AZ/SER5928389
AZ/SER5928390 - AZ/SER5928402
AZ/SER5878752 - AZ/SER5878764
AZ/SER3447300 - AZ/SER3447302
AZ/SER5486518 - AZ/SER5486614
AZ/SER6028150 - AZ/SER6028187
AZ/SER0709273 - AZ/SER0709275
AZ/SER4160133 - AZ/SER4160139
AZ/SER6564745 - AZ/SER6564756

AZ/SER6031075 - AZ/SER6031085
AZ/SER6031144 - AZ/SER6031150
AZ/SER1981260 - AZ/SER1981261
AZ/SER1222128 - AZ/SER1222128
AZ/SER3365452 - AZ/SER3365453
AZ/SER5974179 - AZ/SER5974678
AZ/SER5916343 - AZ/SER5916486
AZ/SER3960422 - AZ/SER3960422
AZ/SER3960423 - AZ/SER3960423
AZ/SER6140742 - AZ/SER6140742
AZ/SER3882097 - AZ/SER3882097
AZ/SER6145607 - AZ/SER6145607
AZ/SER6027300 - AZ/SER6027404
AZ/SER3056812 - AZ/SER3056813
AZ/SER6087559 - AZ/SER6087561
AZ/SER5984650 - AZ/SER5984651
AZ/SER6145574 - AZ/SER6145584
AZ/SER5932294 - AZ/SER5932295
AZ/SER6131827 - AZ/SER6131888
AZ/SER6964381 - AZ/SER6964381
AZ/SER5198561 - AZ/SER5198561
AZ/SER1473490 - AZ/SER1473491
AZ/SER6145566 - AZ/SER6145566
AZ/SER6565008 - AZ/SER6565013
AZ/SER5992506 - AZ/SER5992628
AZ/SER6131899 - AZ/SER6131970
AZ/SER2627754 - AZ/SER2627819
AZ/SER3882031 - AZ/SER3882031
AZ/SER2392732 - AZ/SER2393173
AZ/SER3447878 - AZ/SER3447938
AZ/SER5829155 - AZ/SER5829164
AZ/SER6032007 - AZ/SER6032044
AZ/SER6415612 - AZ/SER6415672
AZ/SER6845479 - AZ/SER6845495
AZ/SER4551589 - AZ/SER4551592
AZ/SER1807007 - AZ/SER1807012
AZ/SER5936453 - AZ/SER5936462
AZ/SER5957929 - AZ/SER5957934
AZ/SER0709001 - AZ/SER0709001
AZ/SER6029711 - AZ/SER6029714
AZ/SER5882875 - AZ/SER5882878
AZ/SER5987883 - AZ/SER5987883
AZ/SER3439316 - AZ/SER3439324
AZ/SER6146011 - AZ/SER6146083

AZ/SER5985000 - AZ/SER5985024
AZ/SER0577808 - AZ/SER0577814
AZ/SER5929788 - AZ/SER5929931
AZ/SER5528973 - AZ/SER5529100
AZ/SER5529118 - AZ/SER5529243
AZ/SER7451734 - AZ/SER7451737
AZ/SER3712311 - AZ/SER3712416
AZ/SER5211971 - AZ/SER5211997
AZ/SER5212024 - AZ/SER5212061
AZ/SER5212062 - AZ/SER5212091
AZ/SER5930751 - AZ/SER5930752
AZ/SER5930761 - AZ/SER5930762
AZ/SER6142389 - AZ/SER6142389
AZ/SER5987009 - AZ/SER5987039
AZ/SER5023412 - AZ/SER5023412
AZ/SER3706174 - AZ/SER3706201
AZ/SER5116064 - AZ/SER5116069
AZ/SER3849339 - AZ/SER3849352
AZ/SER3712278 - AZ/SER3712291
AZ/SER3712229 - AZ/SER3712251
AZ/SER6140768 - AZ/SER6140768
AZ/SER6146105 - AZ/SER6146107
AZ/SER6341293 - AZ/SER6341296
AZ/SER5486907 - AZ/SER5486910
AZ/SER6039806 - AZ/SER6039833
AZ/SER5850195 - AZ/SER5850209
AZ/SER6092233 - AZ/SER6092247
AZ/SER3876504 - AZ/SER3876506
AZ/SER3866563 - AZ/SER3866565
AZ/SER4779574 - AZ/SER4779575
AZ/SER0723360 - AZ/SER0723360
AZ/SER6010296 - AZ/SER6010300
AZ/SER6040905 - AZ/SER6041015
AZ/SER0750550 - AZ/SER0750558
AZ/SER6147248 - AZ/SER6147248
AZ/SER6140762 - AZ/SER6140762
AZ/SER3880433 - AZ/SER3880433
AZ/SER6144482 - AZ/SER6144482
AZ/SER5436865 - AZ/SER5436896
AZ/SER6027917 - AZ/SER6027948
AZ/SER0724125 - AZ/SER0724128
AZ/SER0658281 - AZ/SER0658287
AZ/SER0660645 - AZ/SER0660646
AZ/SER7443858 - AZ/SER7443874

AZ/SER6144178 - AZ/SER6144178
AZ/SER3745321 - AZ/SER3745325
AZ/SER4823684 - AZ/SER4823702
AZ/SER6087724 - AZ/SER6087793
AZ/SER1471701 - AZ/SER1471701
AZ/SER6029935 - AZ/SER6029938
AZ/SER6107260 - AZ/SER6107262
AZ/SER5883868 - AZ/SER5883871
AZ/SER5422970 - AZ/SER5422976
AZ/SER6146666 - AZ/SER6146666
AZ/SER6145605 - AZ/SER6145605
AZ/SER0723361 - AZ/SER0723361
AZ/SER5884341 - AZ/SER5884399
AZ/SER4173038 - AZ/SER4173054
AZ/SER0595407 - AZ/SER0595425
AZ/SER6144181 - AZ/SER6144181
AZ/SER6144144 - AZ/SER6144144
AZ/SER3880383 - AZ/SER3880399
AZ/SER10382178 - AZ/SER10382201
AZ/SER10382228 - AZ/SER10382265
AZ/SER10382296 - AZ/SER10382327
AZ/SER4160287 - AZ/SER4160318
AZ/SER3803636 - AZ/SER3803651
AZ/SER4164779 - AZ/SER4164824
AZ/SER3789558 - AZ/SER3789571
AZ/SER6055133 - AZ/SER6055158
AZ/SER6142118 - AZ/SER6142127
AZ/SER5944828 - AZ/SER5944847
AZ/SER5959033 - AZ/SER5959060
AZ/SER3403157 - AZ/SER3403195
AZ/SER0727979 - AZ/SER0728016
AZ/SER2000669 - AZ/SER2000681
AZ/SER09083162 - AZ/SER09083192

AZ/SER7446053 - AZ/SER7446073
AZ/SER3361563 - AZ/SER3361568
AZ/SER5952582 - AZ/SER5952648
AZ/SER5850149 - AZ/SER5850156
AZ/SER3675519 - AZ/SER3675571
AZ/SER3686076 - AZ/SER3686127
AZ/SER3667350 - AZ/SER3667397
AZ/SER6022941 - AZ/SER6022955
AZ/SER3738302 - AZ/SER3738307
AZ/SER7435919 - AZ/SER7435922
AZ/SER6480100 - AZ/SER6480107
AZ/SER2013806 - AZ/SER2013837
AZ/SER3712519 - AZ/SER3712523
AZ/SER2026355 - AZ/SER2026355
AZ/SER6140477 - AZ/SER6140490
AZ/SER6141179 - AZ/SER6141179
AZ/SER3880402 - AZ/SER3880431
AZ/SER10382202 - AZ/SER10382227
AZ/SER10382266 - AZ/SER10382291
AZ/SER10382367 - AZ/SER10382367
AZ/SER3791161 - AZ/SER37191183
AZ/SER3786223 - AZ/SER3786252
AZ/SER4165134 - AZ/SER4165181
AZ/SER3844414 - AZ/SER3844441
AZ/SER6142061 - AZ/SER6142074
AZ/SER5936556 - AZ/SER5936590
AZ/SER6021710 - AZ/SER6021759
AZ/SER6023773 - AZ/SER6023795
AZ/SER10785165 - AZ/SER10785172
AZ/SER3341358 - AZ/SER3341392
AZ/SER2704657 - AZ/SER2704687
AZ/SER6426943 - AZ/SER6426980
AZ/SER6477155 - AZ/SER6477185

AstraZeneca will produce additional Annual Business Updates and Rolling Business Updates related to Seroquel®.

AstraZeneca further states that communications to consumers and doctors regarding Seroquel®, requested by subpart (b), have been produced in AstraZeneca's August 17, 2007 production of PRA approved materials. The bates numbers for AstraZeneca's PRA production

are: AZ/SER10415651-10477612. AstraZeneca further states that PIR Standard Responses are being processed for production, and responses to individual physicians associated with particular Plaintiffs are being produced as part of case-specific discovery.

Regarding Plaintiffs' request in subpart (e) for communications with third party vendors relating to any aspect of marketing campaigns for Seroquel®, AstraZeneca refers to its response to Request No. 61.

AstraZeneca further states that it has produced in the custodial files media plans for Seroquel®, requested by subpart (f), at:

AZ/SER5200852-AZ/SER5200852
AZ/SER4818836-AZ/SER4818836
AZ/SER1473791-AZ/SER1473792
AZ/SER5033531-AZ/SER5033575
AZ/SER1475278-AZ/SER1475288
AZ/SER4786495-AZ/SER4786496
AZ/SER5152204-AZ/SER5152240
AZ/SER5201730-AZ/SER5201739
AZ/SER1473011-AZ/SER1473011
AZ/SER3901419-AZ/SER3901419
AZ/SER3901420-AZ/SER3901420
AZ/SER3901421-AZ/SER3901421
AZ/SER3901422-AZ/SER3901422
AZ/SER3901423-AZ/SER3901423
AZ/SER3901424-AZ/SER3901424
AZ/SER1473394-AZ/SER1473394
AZ/SER1472927-AZ/SER1472927
AZ/SER5202069-AZ/SER5202069
AZ/SER5201720-AZ/SER5201720
AZ/SER5202072-AZ/SER5202074
AZ/SER7221969-AZ/SER7221969
AZ/SER7221957-AZ/SER7221957
AZ/SER7221038-AZ/SER7221039
AZ/SER4786499-AZ/SER4786499
AZ/SER4191556-AZ/SER4192011
AZ/SER7600992-AZ/SER7600993
AZ/SER6840163-AZ/SER6840378
AZ/SER5033576-AZ/SER5033662

AZ/SER5183578-AZ/SER5183705
AZ/SER4193769-AZ/SER4194224
AZ/SER5182840-AZ/SER5182906
AZ/SER5193889-AZ/SER5194167
AZ/SER5184535-AZ/SER5184615
AZ/SER5184624-AZ/SER5184719
AZ/SER7239137-AZ/SER7239154
AZ/SER2346464-AZ/SER2346468
AZ/SER4786647-AZ/SER4786647
AZ/SER7105885-AZ/SER7105902
AZ/SER3599286-AZ/SER3599361
AZ/SER5200853-AZ/SER5200879
AZ/SER1473752-AZ/SER1473759
AZ/SER5200880-AZ/SER5200910
AZ/SER1431639-AZ/SER1431643
AZ/SER3991560-AZ/SER3991580
AZ/SER4197646-AZ/SER4197856
AZ/SER1473851-AZ/SER1473884
AZ/SER5185081-AZ/SER5185090
AZ/SER6122937-AZ/SER6123318
AZ/SER1458159-AZ/SER1458536
AZ/SER6122431-AZ/SER6122936
AZ/SER4198470-AZ/SER4198962
AZ/SER7560742-AZ/SER7560747
AZ/SER3901913-AZ/SER3901913
AZ/SER3901912-AZ/SER3901912
AZ/SER5200938-AZ/SER5200959
AZ/SER4199049-AZ/SER4199080

AZ/SER5198684-AZ/SER5198686
AZ/SER4309398-AZ/SER4309398
AZ/SER4818847-AZ/SER4818847
AZ/SER6421352-AZ/SER6421354
AZ/SER5291884-AZ/SER5291885
AZ/SER5183197-AZ/SER5183338
AZ/SER5182985-AZ/SER5183193
AZ/SER6842307-AZ/SER6842341

AZ/SER1475149-AZ/SER1475150
AZ/SER1475116-AZ/SER1475116
AZ/SER7554709-AZ/SER7554710
AZ/SER4548884-AZ/SER4548926
AZ/SER5182631-AZ/SER5182727
AZ/SER4192953-AZ/SER4193311
AZ/SER7599986-AZ/SER7599990

AstraZeneca further states that it is still trying to determine whether additional Seroquel® media

plans exist in one or more databases, departmental files, archival files, or in the files of the

individuals responsible for creating and/or storing such materials.


REQUEST FOR PRODUCTION NO. 5:  All Mania Dosing Cards for Seroquel.

**RESPONSE:**  AstraZeneca states that Mania Dosing Cards for Seroquel® have been produced

in AstraZeneca's August 17, 2007 production of PRA approved materials.  The bates numbers

for AstraZeneca's PRA production are: AZ/SER10415651-10477612.


REQUEST FOR PRODUCTION NO. 6:  All Mini Mono Sell Sheets for Seroquel.

**RESPONSE:**  AstraZeneca states that Mini Mono Sell Sheets for Seroquel® have been

produced in AstraZeneca's August 17, 2007 production of PRA approved materials.  The bates

numbers for AstraZeneca's PRA production are: AZ/SER10415651-10477612.


REQUEST FOR PRODUCTION NO. 7:  All Mood Sell Sheets for Seroquel.

**RESPONSE:**  AstraZeneca states that Mood Sell Sheets for Seroquel® have been produced in

AstraZeneca's August 17, 2007 production of PRA approved materials.  The bates numbers for

AstraZeneca's PRA production are: AZ/SER10415651-10477612.

REQUEST FOR PRODUCTION NO. 8:  All Seroquel Scorecards.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is vague and ambiguous,

particularly with respect to the phrase "Seroquel Scorecard."

Subject to and without waiving its general and specific objections,  AstraZeneca states

that, after reasonable investigation, it is unaware of any document called "Seroquel Scorecard."

REQUEST FOR PRODUCTION NO. 9:  All Operational Plans that focus on or reference
Seroquel.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks plans that merely reference

Seroquel® and seeks "all" of an already very broad category of documents.

Subject to and without waiving its general and specific objections, AstraZeneca states

that it has produced in the custodial files operational plans for Seroquel® at:

| | |
|---|---|
| AZ/SER5019379- AZ/SER5019381 | AZ/SER3881283- AZ/SER3881283 |
| AZ/SER5383456- AZ/SER5383527 | AZ/SER3689325- AZ/SER3689337 |
| AZ/SER3396104- AZ/SER3396110 | AZ/SER5248724- AZ/SER5248726 |
| AZ/SER2968405- AZ/SER2968417 | AZ/SER5277373- AZ/SER5277385 |
| AZ/SER5265493- AZ/SER5265497 | AZ/SER5482933- AZ/SER5482940 |
| AZ/SER6142350- AZ/SER6142353 | AZ/SER4613109- AZ/SER4613109 |
| AZ/SER4768333- AZ/SER4768333 | AZ/SER3789660- AZ/SER3789667 |
| AZ/SER4768334- AZ/SER4768334 | AZ/SER3743303- AZ/SER3743344 |
| AZ/SER3487720- AZ/SER3487728 | AZ/SER3684669- AZ/SER3684670 |
| AZ/SER2945729- AZ/SER2945734 | AZ/SER3158715- AZ/SER3158717 |
| AZ/SER3361560- AZ/SER3361562 | AZ/SER5251606- AZ/SER5251608 |
| AZ/SER3735104- AZ/SER3735109 | AZ/SER5280402- AZ/SER5280407 |
| AZ/SER6011749- AZ/SER6011752 | AZ/SER3706597- AZ/SER3706642 |
| AZ/SER4817014- AZ/SER4817015 | AZ/SER3709934- AZ/SER3709948 |
| AZ/SER7528384- AZ/SER7528385 | AZ/SER3707235- AZ/SER3707274 |
| AZ/SER3237500- AZ/SER3237511 | AZ/SER3687178- AZ/SER3687178 |
| AZ/SER6589633- AZ/SER6589688 | AZ/SER3001457- AZ/SER3001466 |

AZ/SER3359823 - AZ/SER3359828
AZ/SER5856119 - AZ/SER5856120
AZ/SER1804270 - AZ/SER1804270
AZ/SER1818443 - AZ/SER1818457
AZ/SER3684719 - AZ/SER3684720
AZ/SER3880762 - AZ/SER3880762
AZ/SER5805130 - AZ/SER5805166
AZ/SER5858648 - AZ/SER5858651
AZ/SER1335109 - AZ/SER1335110
AZ/SER3689378 - AZ/SER3689379
AZ/SER5019395 - AZ/SER5019398
AZ/SER4422102 - AZ/SER4422591
AZ/SER4764062 - AZ/SER4764461
AZ/SER2429503 - AZ/SER2430275
AZ/SER4529290 - AZ/SER4529421
AZ/SER5150956 - AZ/SER5151137
AZ/SER7425778 - AZ/SER7425821
AZ/SER4202223 - AZ/SER4202223
AZ/SER4831820 - AZ/SER4831820
AZ/SER7439902 - AZ/SER7439904
AZ/SER0654724 - AZ/SER0654770
AZ/SER7038430 - AZ/SER7038445
AZ/SER4417989 - AZ/SER4418022
AZ/SER5797936 - AZ/SER5797966
AZ/SER6902493 - AZ/SER6902494
AZ/SER4469878 - AZ/SER4469885
AZ/SER7258554 - AZ/SER7258584
AZ/SER6902084 - AZ/SER6902091
AZ/SER0660550 - AZ/SER 0660551
AZ/SER4557036 - AZ/SER4557040
AZ/SER1338421 - AZ/SER1338430
AZ/SER0709134 - AZ/SER0709135
AZ/SER6414452 - AZ/SER6414542
AZ/SER0656564 - AZ/SER0656579
AZ/SER5428982 - AZ/SER5428984
AZ/SER5428470 - AZ/SER5428472
AZ/SER5428473 - AZ/SER5428475
AZ/SER5428476 - AZ/SER5428478
AZ/SER5428479 - AZ/SER5428481
AZ/SER5428482 - AZ/SER5428484
AZ/SER4960284 - AZ/SER4960291
AZ/SER5936305 - AZ/SER5936418
AZ/SER7496684 - AZ/SER7496684
AZ/SER0723445 - AZ/SER0723447

AZ/SER2005114 - AZ/SER2005114
AZ/SER7429934 - AZ/SER7429935
AZ/SER5200539 - AZ/SER5200540
AZ/SER4845205 - AZ/SER4845206
AZ/SER5202418 - AZ/SER5202421
AZ/SER1473313 - AZ/SER1473316
AZ/SER3902001 - AZ/SER3902008
AZ/SER5959062 - AZ/SER5959432
AZ/SER4513148 - AZ/SER4513534
AZ/SER5421912 - AZ/SER5422183
AZ/SER5859285 - AZ/SER5859657
AZ/SER4557292 - AZ/SER4557622
AZ/SER5122661 - AZ/SER5122891
AZ/SER4558775 - AZ/SER4559326
AZ/SER5961719 - AZ/SER5962305
AZ/SER2253383 - AZ/SER2253756
AZ/SER2273612 - AZ/SER2274267
AZ/SER6038785 - AZ/SER6039168
AZ/SER4703769 - AZ/SER4704710
AZ/SER7108660 - AZ/SER7109058
AZ/SER5890854 - AZ/SER5891510
AZ/SER5769943 - AZ/SER5769965
AZ/SER1758322 - AZ/SER1758344
AZ/SER6156303 - AZ/SER6156304
AZ/SER7118073 - AZ/SER7118081
AZ/SER2702853 - AZ/SER2702882
AZ/SER3424722 - AZ/SER3424723
AZ/SER5256302 - AZ/SER5256303
AZ/SER5256306 - AZ/SER5256307
AZ/SER7430207 - AZ/SER7430209
AZ/SER3885892 - AZ/SER3885892
AZ/SER3881283 - AZ/SER3881283
AZ/SER1617064 - AZ/SER1617066
AZ/SER0591830 - AZ/SER0591867
AZ/SER3815776 - AZ/SER3815788
AZ/SER3350807 - AZ/SER3350808
AZ/SER4248841 - AZ/SER4248878
AZ/SER4249106 - AZ/SER4249125
AZ/SER4613109 - AZ/SER4613109
AZ/SER3424860 - AZ/SER3424869
AZ/SER4863799 - AZ/SER4863811
AZ/SER3424615 - AZ/SER3424623
AZ/SER4788681 - AZ/SER4788689
AZ/SER3674667 - AZ/SER3674668

AZ/SER6465055 - AZ/SER6465056
AZ/SER1624128 - AZ/SER1624146
AZ/SER3424607 - AZ/SER3424608
AZ/SER7493855 - AZ/SER7493856
AZ/SER3424605 - AZ/SER3424606
AZ/SER3350857 - AZ/SER3350858
AZ/SER7492381 - AZ/SER7492390

AZ/SER7493851 - AZ/SER7493852
AZ/SER3424611 - AZ/SER3424612
AZ/SER7493853 - AZ/SER7493854
AZ/SER3424609 - AZ/SER3424610
AZ/SER3350855 - AZ/SER3350856
AZ/SER3787822 - AZ/SER3787865

AstraZeneca further states that it will produce additional operational plans related to Seroquel®

from DELTA.

REQUEST FOR PRODUCTION NO. 10: All Publication Plans for Seroquel.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks "all" of an already very broad

category of documents. Subject to and without waiving its general and specific objections,

AstraZeneca states that it has produced in the custodial files publication plans for Seroquel® at:

AZ/SER1720241-AZ/SER1720254
AZ/SER7561136-AZ/SER7561179
AZ/SER7561109-AZ/SER7561135
AZ/SER7251072-AZ/SER7251075
AZ/SER1609276-AZ/SER1609298
AZ/SER0960235-AZ/SER0960261
AZ/SER0579814-AZ/SER0579840
AZ/SER4455943-AZ/SER4455952
AZ/SER0652983-AZ/SER0652986
AZ/SER4328869-AZ/SER4328870
AZ/SER7258427-AZ/SER7258450
AZ/SER3311789-AZ/SER3311794
AZ/SER3628951-AZ/SER3628952
AZ/SER4034115-AZ/SER4034224
AZ/SER4311153-AZ/SER4311154
AZ/SER4343026-AZ/SER4343027
AZ/SER4033598-AZ/SER4033610
AZ/SER1710878-AZ/SER1710892
AZ/SER4220350-AZ/SER4220395
AZ/SER09952303-AZ/SER09952343

AZ/SER0710196-AZ/SER0710197
AZ/SER0710245-AZ/SER0710248
AZ/SER5018776-AZ/SER5018787
AZ/SER5019599-AZ/SER5019604
AZ/SER0710240-AZ/SER0710244
AZ/SER5028317-AZ/SER5028330
AZ/SER0710135-AZ/SER0710138
AZ/SER0710252-AZ/SER0710255
AZ/SER0710169-AZ/SER0710170
AZ/SER0710200-AZ/SER0710202
AZ/SER0710261-AZ/SER0710267
AZ/SER4073369-AZ/SER4073388
AZ/SER4311360-AZ/SER4311361
AZ/SER4035241-AZ/SER4035261
AZ/SER4465890-AZ/SER4465964
AZ/SER2718968-AZ/SER2719016
AZ/SER2719378-AZ/SER2719431
AZ/SER3422438-AZ/SER3422481
AZ/SER2719508-AZ/SER2719558
AZ/SER2687168-AZ/SER2687194

AZ/SER08613853-AZ/SER08613885
AZ/SER2614656-AZ/SER2614671
AZ/SER0710198-AZ/SER0710199
AZ/SER4494454-AZ/SER4494464
AZ/SER1016263-AZ/SER1016267
AZ/SER2949641-AZ/SER2949646

AZ/SER4220807-AZ/SER4220852
AZ/SER7251031-AZ/SER7251071
AZ/SER3677047-AZ/SER3677050
AZ/SER4640119-AZ/SER4640193
AZ/SER7633989-AZ/SER7634010
AZ/SER10357458-AZ/SER10357715

AstraZeneca further states that it is processing for production additional publication plans for

Seroquel®.  AstraZeneca will identify these documents by bates numbers.


REQUEST FOR PRODUCTION NO. 11:  All Communication Plans for Seroquel.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks "all" of an already very broad

category of documents.

Subject to and without waiving its general and specific objections, AstraZeneca states

that it has produced in the custodial files communication plans for Seroquel® at:

AZ/SER3759803-AZ/SER3759803
AZ/SER6299843-AZ/SER6299847
AZ/SER4741379-AZ/SER4741380
AZ/SER3964574-AZ/SER3964580
AZ/SER6495362-AZ/SER6495362
AZ/SER1709788-AZ/SER1709800
AZ/SER6485095-AZ/SER6485097
AZ/SER1330406-AZ/SER1330410
AZ/SER5284729-AZ/SER5284738
AZ/SER1963409-AZ/SER1963411
AZ/SER6964534-AZ/SER6964542
AZ/SER2681069-AZ/SER2681071
AZ/SER7566140-AZ/SER7566141
AZ/SER2549448-AZ/SER2549449
AZ/SER7589720-AZ/SER7589735
AZ/SER2583153-AZ/SER2583158
AZ/SER4976733-AZ/SER4976735
AZ/SER5042865-AZ/SER5042865
AZ/SER1446780-AZ/SER1446781

AZ/SER2718471-AZ/SER2718474
AZ/SER1460069-AZ/SER1460084
AZ/SER4349924-AZ/SER4349927
AZ/SER7587861-AZ/SER7587861
AZ/SER3363466-AZ/SER3363466
AZ/SER2861981-AZ/SER2862003
AZ/SER1568953-AZ/SER1568957
AZ/SER7541073-AZ/SER7541081
AZ/SER4122432-AZ/SER4122446
AZ/SER0628242-AZ/SER0628250
AZ/SER5148132-AZ/SER5148135
AZ/SER0929049-AZ/SER0929054
AZ/SER5250014-AZ/SER5250038
AZ/SER5249992-AZ/SER5250012
AZ/SER5250208-AZ/SER5250235
AZ/SER4217289-AZ/SER4217307
AZ/SER1501561-AZ/SER1501577
AZ/SER1503198-AZ/SER1503208
AZ/SER1501652-AZ/SER1501668

AZ/SER1446819-AZ/SER1446821          AZ/SER4825621-AZ/SER4825621
AZ/SER4430170-AZ/SER4430172          AZ/SER6964534-AZ/SER6964542
AZ/SER3741554-AZ/SER3741554          AZ/SER4797901-AZ/SER4797906
AZ/SER7573589-AZ/SER7573611          AZ/SER4554853-AZ/SER4554857
AZ/SER0738704-AZ/SER0738705          AZ/SER4177468-AZ/SER4177471
AZ/SER1909424-AZ/SER1909425          AZ/SER1623384-AZ/SER1623384
AZ/SER1906903-AZ/SER1906903          AZ/SER4135115-AZ/SER4135115
AZ/SER1799623-AZ/SER1799627          AZ/SER6847422-AZ/SER6847456
AZ/SER6290226-AZ/SER6290227          AZ/SER3884717-AZ/SER3884718
AZ/SER5218624-AZ/SER5218636          AZ/SER3557603-AZ/SER3556618
AZ/SER7571571-AZ/SER7571571          AZ/SER3989336-AZ/SER3989342
AZ/SER2653433-AZ/SER2653443          AZ/SER2582589-AZ/SER2582599
AZ/SER7775425-AZ/SER7775434          AZ/SER1619883-AZ/SER1619883
AZ/SER4758010-AZ/SER4758013          AZ/SER5611874-AZ/SER5611874
AZ/SER0600504-AZ/SER0600511          AZ/SER7590108-AZ/SER7590116
AZ/SER2415225-AZ/SER2415232          AZ/SER7786712-AZ/SER7786723

AstraZeneca further states that it is processing for production additional communication plans for

Seroquel®.  AstraZeneca will identify these documents by bates numbers.


REQUEST FOR PRODUCTION NO. 12:  All Brand Strategic Summaries (BSS) for Seroquel.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is vague and ambiguous,

particularly with respect to the phrase "Brand Strategic Summaries."

Subject to and without waiving its general and specific objections, AstraZeneca states

that, after reasonable investigation, is unaware of any documents related to Seroquel® called

"Brand Strategic Summaries."  AstraZeneca believes that Plaintiffs intended to request Brand

Strategy Summaries for Seroquel®.  AstraZeneca states that it has produced in the custodial files

Seroquel® Brand Strategy Summaries at: AZ/SER3881212-AZ/SER3881213; AZ/SER1721261-

AZ/SER1721263; AZ/SER08336422-AZ/SER08336432; AZ/SER08975763-AZ/SER08975766.

AstraZeneca further states that it has been unable to locate any additional Seroquel® Brand

Strategy Summaries, but it is still trying to determine whether additional Seroquel® Brand

Strategy Summaries exist in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials.

REQUEST FOR PRODUCTION NO. 13:  All Brand Total Forecasts for Seroquel.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is vague and ambiguous, particularly with respect to the phrase "Brand Total Forecasts."

Subject to and without waiving its general and specific objections, AstraZeneca states that, after reasonable investigation, it is unaware of any document related to Seroquel® called "Brand Total Forecasts." AstraZeneca further states that forecasts relating to Seroquel® are located within Seroquel® Product Strategic Plans. Seroquel® Product Strategic Plans have been produced at: AZ/SER10381679-AZ/SER10381709; AZ/SER10381710-AZ/SER10381736; AZ/SER10381737-AZ/SER10381753; AZ/SER10381311-AZ/SER10381363; AZ/SER10381364-AZ/SER10381392; AZ/SER10381393-10381437; AZ/SER 10381754-AZ/SER10381801.

REQUEST FOR PRODUCTION NO. 14:  All Therapeutic Area Strategic Plans that focus on or reference Seroquel.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request seeks Therapeutic Area Strategic Plans that merely reference Seroquel®. AstraZeneca further objects to this request on the grounds that it is vague and ambiguous, particularly with respect to the phrase "Therapeutic Area Strategic Plans."

Subject to and without waiving its general and specific objections, AstraZeneca states

that it is unaware of any document relating to Seroquel® called "Therapeutic Area Strategic

Plan."

REQUEST FOR PRODUCTION NO. 15:  All Target Product Profiles or Target Product Plans
(TPP) that focus on or reference Seroquel.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks Target Product Profiles or Target

Product Plans (TPP) that merely reference Seroquel®.

Subject to and without waiving its general and specific objections, AstraZeneca states

that it has produced in the custodial files Seroquel® Target Product Profiles at:

AZ/SER3756317-AZ/SER3756320; AZ/SER3422593-AZ/SER3422594; AZ/SER3480461-

AZ/SER3480463; AZ/SER3422589-AZ/SER3422591; AZ/SER3422591-AZ/SER3422593;

AZ/SER3809499-AZ/SER3809501; AZ/SER3480458-AZ/SER3480460; AZ/SER3756372-

AZ/SER3756374.  AstraZeneca further states that it will produce additional Seroquel® Target

Product Profiles from PKT.

REQUEST FOR PRODUCTION NO. 16:  All U.S. and Global Therapeutic Area CNS Strategic
Plans from the time Seroquel was introduced to the market to the present.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as the request seeks U.S. and Global Therapeutic Area

CNS Strategic Plans that are not related to Seroquel®.  AstraZeneca further objects to this

request on the grounds that it is vague and ambiguous, particularly with respect to the phrase

"Therapeutic Area CNS Strategic Plan."

Subject to and without waiving its general and specific objections, AstraZeneca states that it has been unable to locate U.S. and Global Therapeutic Area CNS Strategic Plans related to Seroquel®. AstraZeneca believes that Plaintiffs may have intended to request Central Nervous System Global Therapeutic Area Plans or CNS Therapy Area, Global TA Plans. AstraZeneca requests that counsel for Plaintiffs advise counsel for AstraZeneca if this belief is incorrect. AstraZeneca further states that it has produced in the custodial files a Central Nervous System Global Therapeutic Area Plan at: AZ/SER1843892-AZ/SER1843916. AstraZeneca further states that it has produced in the custodial files a CNS Therapy Area, Global TA Plan at: AZ/SER09227235-AZ/SER09227292.

AstraZeneca has been unable to locate additional Central Nervous System Global Therapeutic Area Plans or CNS Therapy Area, Global TA Plans related to Seroquel®, but it is still trying to determine whether these documents exist in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials.


REQUEST FOR PRODUCTION NO. 17: All SWOT (Strength, Weakness, Opportunity, and Threat) analyses for Seroquel.

**RESPONSE:** AstraZeneca states that SWOT analyses for Seroquel® are part of the Seroquel® Product Strategic Plans. Seroquel® Product Strategic Plans have been produced at:

AZ/SER10381679-AZ/SER10381709; AZ/SER10381710-AZ/SER10381736;

AZ/SER10381737-AZ/SER10381753; AZ/SER10381311-AZ/SER10381363;

AZ/SER10381364-AZ/SER10381392; AZ/SER10381393-10381437; AZ/SER 10381754-

AZ/SER10381801.

REQUEST FOR PRODUCTION NO. 18:  All Seroquel Hotline transcriptions.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all" of an already very broad category of

documents.  Subject to and without waiving its general and specific objections, AstraZeneca

states that it has produced in the custodial files Seroquel® Hotline transcriptions at:

| | |
|---|---|
| AZ/SER6595064-AZ/SER6595067 | AZ/SER4702299-AZ/SER4702300 |
| AZ/SER6595068-AZ/SER6595070 | AZ/SER4182952-AZ/SER4182952 |
| AZ/SER4168304-AZ/SER4168306 | AZ/SER6595071-AZ/SER6595071 |
| AZ/SER6595060-AZ/SER6595063 | AZ/SER6595072-AZ/SER6595072 |
| AZ/SER2704900-AZ/SER2704901 | AZ/SER3454487-AZ/SER3454487 |
| AZ/SER3835480-AZ/SER3835480 | AZ/SER3560318-AZ/SER3560319 |
| AZ/SER4181993-AZ/SER4181994 | AZ/SER3454486-AZ/SER3454486 |
| AZ/SER4178333-AZ/SER4178336 | AZ/SER6595073-AZ/SER6595073 |
| AZ/SER4178337-AZ/SER4178338 | AZ/SER2014258-AZ/SER2014259 |
| AZ/SER3538499-AZ/SER3538499 | AZ/SER2013680-AZ/SER2013681 |
| AZ/SER3792301-AZ/SER3792302 | AZ/SER6595074-AZ/SER6595074 |
| AZ/SER3538318-AZ/SER3538318 | AZ/SER3843506-AZ/SER3843507 |
| AZ/SER3541357-AZ/SER3541359 | AZ/SER3798363-AZ/SER3798363 |
| AZ/SER3734189-AZ/SER3734189 | AZ/SER4178140-AZ/SER4178142 |
| AZ/SER4169472-AZ/SER4169473 | AZ/SER3455176-AZ/SER3455176 |

AstraZeneca further states that it has been unable to locate additional Seroquel® Hotline

transcriptions, but it is still trying to determine whether additional Seroquel® Hotline

transcriptions exist in one or more databases, departmental files, archival files, or in the files of

the individuals responsible for creating and/or storing such materials.


REQUEST FOR PRODUCTION NO. 19:  All corporate organizational charts for the U.S. and
non-U.S. business entities that were involved in market research, marketing, and marketing
message testing for Seroquel.

**RESPONSE:** AstraZeneca states that at the July 13, 2007 meet and confer session, counsel for

Plaintiffs withdrew this request.

REQUEST FOR PRODUCTION NO. 20:  All Retailer Perspective Audits for Seroquel.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is vague and ambiguous, particularly with respect to the phrase "Retailer Perspective Audits."  AstraZeneca further objects to this request on the grounds that it seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving its general and specific objections, AstraZeneca states that at the July 13, 2007 meet and confer session, counsel for Plaintiffs stated that it would provide the basis for the request, but has yet to do so.

REQUEST FOR PRODUCTION NO. 21:  The Marketing and Sales Business Policies and Guidelines Manual and any updates thereto from the time Seroquel was introduced to the market to the present.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request is not limited to Seroquel®.

Subject to and without waiving its general and specific objections, AstraZeneca states that it has produced the Marketing and Sales Business Policies and Guidelines Manuals from 2000 and 2003 at the 30(b)(6) deposition of Charles Peipher on June 7, 2007.  AstraZeneca identifies these documents as: AZ/SER10379338-AZ/SER10379587; AZ/SER10379588-10379921.  AstraZeneca further states that it has produced additional policies from 2000-2002 and 2006 at: AZ/SER10380660-AZ/ER10380718; AZ/SER10381193-AZ/SER10381232; AZ/SER10381235-AZ/SER10381275.  AstraZeneca further states that it is processing for

production Marketing and Sales Business Policies and Guidelines Manual updates.  AstraZeneca

will identify these documents by bates numbers.


REQUEST FOR PRODUCTION NO. 22:  All Antipsychotic Side Effect Checklists for

Seroquel.

**RESPONSE:** AstraZeneca states that Antipsychotic Side Effect Checklists for Seroquel® have

been produced in AstraZeneca's August 17, 2007 production of PRA approved materials.  The

bates numbers for AstraZeneca's PRA production are: AZ/SER10415651-10477612.


REQUEST FOR PRODUCTION NO. 23:  All AstraZeneca University course materials relating
to Seroquel from the time Seroquel was introduced to the market to the present.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all" of an already very broad category of

documents.  Subject to and without waiving its general and specific objections, AstraZeneca

states that it will produce AstraZeneca University course materials related to Seroquel®.


REQUEST FOR PRODUCTION NO. 24:  All AstraZeneca Academy course materials,
including all web-based virtual training materials, relating to Seroquel from the time Seroquel
was introduced to the market to the present.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all" of an already very broad category of

documents.  Subject to and without waiving its general and specific objections, AstraZeneca

states that it will produce AstraZeneca Academy course materials related to Seroquel®.

REQUEST FOR PRODUCTION NO. 25:  All VA Strategic Plans for Seroquel.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is vague and ambiguous,

particularly with respect to the acronym "VA."

Subject to and without waiving its general and specific objections, AstraZeneca states

that, after reasonable investigation, it is unaware of any document related to Seroquel® called

"VA Strategic Plans."

REQUEST FOR PRODUCTION NO. 26:  All documents and materials related to Project
JANUS (State as Customer) including, but not limited to:

(a)   Results of the 29-state survey/questionnaire referenced, for
example, in AZ/SER 3656586;

(b)   Documents concerning or summarizing State Government Affairs
(SGA) manager interviews referenced, for example, in AZ/SER
3656586;

(c)   "Deep dive" profiles of 29 states referenced, for example, in
AZ/SER 3656586;

(d)   Department of Corrections (DOC), Department of Health (DMH),
and Medicaid Toolboxes;

(e)   Case studies related to the use of the DOC, DMH, and Medicaid
Toolboxes;

(f)   Hospital-Retail Spillover studies;

(g)   Political Spillover studies or analyses between key state segments;

(h)   Organizational and Resource Audits;

(i)   GAP Analysis;

(j)   The Value-add Brochure and Training Binder and any updates
thereto;

(k)   List of all Advocacy Groups funded by you;

(l)   All contents of the "Current State Customer Toolkit" referenced in
AZ/SER 1796064;

(m)   Spectrum Study referenced, for example, in AZ/SER 1796068; and

(n)   State profiles, evaluations and surveys referenced, for example, in
AZ/SER 3656574.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all documents and materials."  AstraZeneca

further objects to this request on the grounds that it is vague and ambiguous, particularly with respect to the acronym "GAP" and the phrase "Value-add Brochure and Training Binder" in (i) and (j) respectively. AstraZeneca further objects to (n) on the grounds that it is duplicative of (a) and (c) of the same request.

Subject to and without waiving its general and specific objections, AstraZeneca states that at the July 13, 2007 meet and confer session, counsel for Plaintiffs and counsel for AstraZeneca agreed to limit this request to the items specifically listed in subparts (a) through (n).

AstraZeneca states that it has produced in the custodial files what it believes to be a complete set of Seroquel® State Customer Questionnaires, requested in subpart (a), at: AZ/SER6005819-AZ/SER6005830; AZ/SER6007319-AZ/SER6007819. AstraZeneca further states that it has produced in the custodial files what it believes to be a complete set of Seroquel® state profiles, requested in subpart (c), at: AZ/SER5024395-AZ/SER5024684. AstraZeneca has also produced in the custodial files documents relating to hospital-retail spillover studies for Seroquel®, requested in subpart (f), at:

| | |
|---|---|
| AZ/SER5878638- AZ/SER5878648 | AZ/SER4297074- AZ/SER4297098 |
| AZ/SER5204302- AZ/SER5204321 | AZ/SER4949782- AZ/SER4949804 |
| AZ/SER5432320- AZ/SER5432422 | AZ/SER4950089- AZ/SER4950118 |
| AZ/SER6425249- AZ/SER6425304 | AZ/SER5033767- AZ/SER5033807 |
| AZ/SER5561768- AZ/SER5561781 | AZ/SER5033915- AZ/SER5033941 |
| AZ/SER6502778- AZ/SER6502802 | AZ/SER5033889- AZ/SER5033914 |
| AZ/SER1795640- AZ/SER1795710 | AZ/SER5010787- AZ/SER5010887 |

AstraZeneca further states that it is still trying to determine whether additional hospital-retail spillover studies for Seroquel® exist in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials.

Documents relating to SPECTRUM, requested in subpart (m), have been produced from

AstraZeneca's November 2006 and June 8, 2007 productions of IND/NDA materials.

AstraZeneca further states that, after reasonable investigation, it has been unable to locate

any documents responsive to subparts (d), (e), (h), (i), or (k) in one or more databases,

departmental files, archival files, or in the files of the individuals responsible for creating and/or

storing such materials.  For documents responsive to subpart (n), AstraZeneca refers Plaintiffs to

its responses to subparts (a) and (c) of this same request.  AstraZeneca is still trying to determine

whether documents responsive to subparts (b), (f), (g), (j) and (l) exist in one or more databases,

departmental files, archival files, or in the files of the individuals responsible for creating and/or

storing such materials.

AstraZeneca further states that it has produced in the custodial files documents sufficient

to describe JANUS, in general, at:

| | |
|---|---|
| AZ/SER0720758- AZ/SER0720759 | AZ/SER7032475-AZ/SER7032486 |
| AZ/SER0722383- AZ/SER0722414 | AZ/SER7088391-AZ/SER7088408 |
| AZ/SER0735210- AZ/SER0735210 | AZ/SER7090321-AZ/SER7090332 |
| AZ/SER0749291- AZ/SER0749295 | AZ/SER7118162-AZ/SER7118168 |
| AZ/SER0749576- AZ/SER0749577 | AZ/SER7118850-AZ/SER7118850 |
| AZ/SER0749578- AZ/SER0749578 | AZ/SER7129735-AZ/SER7129738 |
| AZ/SER0971410- AZ/SER0971439 | AZ/SER7184156-AZ/SER7184163 |
| AZ/SER0971502- AZ/SER0971535 | AZ/SER7184181-AZ/SER7184186 |
| AZ/SER1111786- AZ/SER1111787 | AZ/SER7432213-AZ/SER7432296 |
| AZ/SER1160689- AZ/SER1160693 | AZ/SER7433846-AZ/SER7433848 |
| AZ/SER1169708- AZ/SER1169709 | AZ/SER7433920-AZ/SER7433946 |
| AZ/SER1397419- AZ/SER1397440 | AZ/SER7441914-AZ/SER7441949 |
| AZ/SER1437412- AZ/SER1437412 | AZ/SER7442166-AZ/SER7442225 |
| AZ/SER1549367- AZ/SER1549383 | AZ/SER6005816-AZ/SER6005818 |
| AZ/SER1549863- AZ/SER1549864 | AZ/SER6005962-AZ/SER6005964 |
| AZ/SER1567833- AZ/SER1567851 | AZ/SER6006179-AZ/SER6006217 |
| AZ/SER1796036- AZ/SER1796047 | AZ/SER6008001-AZ/SER6008007 |
| AZ/SER1796062- AZ/SER1796076 | AZ/SER6008442-AZ/SER6008445 |
| AZ/SER3317419 -AZ/SER3317422 | AZ/SER6060119-AZ/SER6060123 |
| AZ/SER3325118- AZ/SER3325125 | AZ/SER6063575-AZ/SER6063593 |

AZ/SER3359645 - AZ/SER3359663
AZ/SER3360970 - AZ/SER3360979
AZ/SER3418383 - AZ/SER3418431
AZ/SER3420840 - AZ/SER3420862
AZ/SER3451705 - AZ/SER3451773
AZ/SER3668009 - AZ/SER3668069
AZ/SER3669850 - AZ/SER3669851
AZ/SER3677879 - AZ/SER3677882
AZ/SER3679698 - AZ/SER3679698
AZ/SER3679712 - AZ/SER3679721
AZ/SER3681196 - AZ/SER3681199
AZ/SER3686827 - AZ/SER3686861
AZ/SER3692786 - AZ/SER3692812
AZ/SER3706392 - AZ/SER3706421
AZ/SER3707317 - AZ/SER3707399
AZ/SER3708611 - AZ/SER3708632
AZ/SER3714868 - AZ/SER3714871
AZ/SER3714894 - AZ/SER3714896
AZ/SER3720553 - AZ/SER3720581
AZ/SER3732023 - AZ/SER3732024
AZ/SER3741720 - AZ/SER3741721
AZ/SER3742065 - AZ/SER3742069
AZ/SER3778956 - AZ/SER3778957
AZ/SER3788435 - AZ/SER3788463
AZ/SER3821130 - AZ/SER3821131
AZ/SER3843422 - AZ/SER3843423
AZ/SER3861265 - AZ/SER3861292
AZ/SER5151438 - AZ/SER5151450
AZ/SER5207966 - AZ/SER5207969
AZ/SER5238874 - AZ/SER5238876
AZ/SER5250596 - AZ/SER5250633
AZ/SER5252052 - AZ/SER5252052
AZ/SER5293716 - AZ/SER5293734
AZ/SER5294449 - AZ/SER5294452
AZ/SER5358575 - AZ/SER5358582
AZ/SER5377739 - AZ/SER5377757
AZ/SER5421474 - AZ/SER5421517
AZ/SER5421537 - AZ/SER5421543
AZ/SER5423824 - AZ/SER5423830
AZ/SER5427133 - AZ/SER5427134
AZ/SER5427989 - AZ/SER5427989
AZ/SER5428487 - AZ/SER5428544
AZ/SER5428598 - AZ/SER5428651
AZ/SER5428759 - AZ/SER5428812

AZ/SER6070767 - AZ/SER6070805
AZ/SER6092354 - AZ/SER6092372
AZ/SER6110359 - AZ/SER6110361
AZ/SER6110520 - AZ/SER6110526
AZ/SER6110632 - AZ/SER6110636
AZ/SER6110733 - AZ/SER6110752
AZ/SER6110800 - AZ/SER6110840
AZ/SER6111085 - AZ/SER6111098
AZ/SER6111119 - AZ/SER6111134
AZ/SER6111157 - AZ/SER6111158
AZ/SER6111191 - AZ/SER6111197
AZ/SER6113035 - AZ/SER6113039
AZ/SER6330192 - AZ/SER6330244
AZ/SER2838932 - AZ/SER2838960
AZ/SER3105863 - AZ/SER3105867
AZ/SER3105948 - AZ/SER3106054
AZ/SER3878086 - AZ/SER3878124
AZ/SER3878125 - AZ/SER3878132
AZ/SER3878165 - AZ/SER3878205
AZ/SER3878206 - AZ/SER3878209
AZ/SER3878280 - AZ/SER3878287
AZ/SER3878288 - AZ/SER3878348
AZ/SER3879070 - AZ/SER3879080
AZ/SER3889524 - AZ/SER3889563
AZ/SER3904932 - AZ/SER3904937
AZ/SER3960080 - AZ/SER3960091
AZ/SER4092905 - AZ/SER4092908
AZ/SER4129215 - AZ/SER4129258
AZ/SER4136928 - AZ/SER4136930
AZ/SER4151119 - AZ/SER4151126
AZ/SER4163130 - AZ/SER4163131
AZ/SER4165659 - AZ/SER4165659
AZ/SER4165690 - AZ/SER4165711
AZ/SER4182409 - AZ/SER4182409
AZ/SER4366166 - AZ/SER4366187
AZ/SER4405183 - AZ/SER4405188
AZ/SER4434088 - AZ/SER4434130
AZ/SER4498761 - AZ/SER4498764
AZ/SER4588457 - AZ/SER4588468
AZ/SER4640486 - AZ/SER4640487
AZ/SER4780308 - AZ/SER4780388
AZ/SER4833297 - AZ/SER4833304
AZ/SER4900824 - AZ/SER4900851
AZ/SER4908478 - AZ/SER4908482

AZ/SER5428813 - AZ/SER5428866
AZ/SER5428867 - AZ/SER5428920
AZ/SER5428921 - AZ/SER5428974
AZ/SER5429017 - AZ/SER5429019
AZ/SER5429150 - AZ/SER5429152
AZ/SER5429813 - AZ/SER5429862
AZ/SER5429926 - AZ/SER5429927
AZ/SER5430361 - AZ/SER5430434
AZ/SER5430535 - AZ/SER5430588
AZ/SER5430605 - AZ/SER5430662
AZ/SER5430985 - AZ/SER5431038
AZ/SER5431039 - AZ/SER5431097
AZ/SER5431164 - AZ/SER5431217
AZ/SER5431304 - AZ/SER5431357
AZ/SER5431461 - AZ/SER5431461
AZ/SER5431548 - AZ/SER5431601
AZ/SER5431688 - AZ/SER5431745
AZ/SER5432159 - AZ/SER5432167
AZ/SER5432696 - AZ/SER5432717
AZ/SER5448517 - AZ/SER5448518
AZ/SER5449033 - AZ/SER5449040
AZ/SER5449791 - AZ/SER5449849
AZ/SER5449849 - AZ/SER5449910
AZ/SER5449911 - AZ/SER5449988
AZ/SER5449989 - AZ/SER5450052
AZ/SER5453681 - AZ/SER5453734
AZ/SER5453824 - AZ/SER5453886
AZ/SER5462262 - AZ/SER5462274
AZ/SER5468759 - AZ/SER5468760
AZ/SER5728841 - AZ/SER5728849
AZ/SER5728854 - AZ/SER5728866
AZ/SER5737061 - AZ/SER5737072
AZ/SER5744143 - AZ/SER5744147
AZ/SER5762438 - AZ/SER5762439
AZ/SER1796085 - AZ/SER1796128
AZ/SER1799623 - AZ/SER1799627
AZ/SER1801182 - AZ/SER1801198
AZ/SER1828092 - AZ/SER1828124
AZSER10700268 - AZSER10700268
AZSER10700269 - AZSER10700270

AZ/SER4917761 - AZ/SER4917764
AZ/SER4940577 - AZ/SER4940605
AZ/SER1931214 - AZ/SER1931296
AZ/SER1966439 - AZ/SER1966463
AZ/SER2008756 - AZ/SER2008768
AZ/SER2541343 - AZ/SER2541393
AZ/SER2565633 - AZ/SER2565707
AZ/SER2632340 - AZ/SER2632354
AZ/SER2632355 - AZ/SER2632404
AZ/SER4980509 - AZ/SER4980525
AZ/SER5023784 - AZ/SER5023802
AZ/SER5778389 - AZ/SER5778403
AZ/SER5787285 - AZ/SER5787301
AZ/SER5805561 - AZ/SER5805641
AZ/SER5805757 - AZ/SER5805774
AZ/SER5878638 - AZ/SER5878648
AZ/SER5882169 - AZ/SER5882170
AZ/SER5885886 - AZ/SER5885900
AZ/SER6566460 - AZ/SER6566464
AZ/SER6838156 - AZ/SER6838159
AZ/SER6904050 - AZ/SER6904053
AZ/SER6955789 - AZ/SER6955804
AZ/SER7023988 - AZ/SER7023990
AZ/SER7031636 - AZ/SER7031665
AZ/SER7442369 - AZ/SER7442425
AZ/SER7443155 - AZ/SER7443187
AZ/SER7443225 - AZ/SER7443252
AZ/SER7581961 - AZ/SER7581992
AZ/SER7621799 - AZ/SER7621813
AZSER08339192 - AZSER08339201
AZSER08387956 - AZSER08388003
AZSER08390468 - AZSER08390489
AZSER08398682 - AZSER08398687
AZSER10610715 - AZSER10610715
AZSER10610745 - AZSER10610757
AZSER10696259 - AZSER10696270
AZSER10698609 - AZSER10698612
AZSER10699972 - AZSER10699978
AZSER10700162 - AZSER10700174

AstraZeneca is processing for production additional documents related to JANUS.  AstraZeneca

will identify its production by bates numbers.

REQUEST FOR PRODUCTION NO. 27:  The U.S. Compliance Program Overview referenced in AZ/SER 3743729.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is vague, ambiguous, overly broad, unduly burdensome, seeks irrelevant information, and is not reasonably calculated to lead to the discovery of admissible evidence, particularly insofar as it does not relate to Seroquel®.

Subject to and without waiving its general and specific objections, AstraZeneca states that it has produced in the custodial files the U.S. Compliance Program Overview that appears to be requested by Request No. 27 at: AZ/SER2633422-AZ/SER2633440.

REQUEST FOR PRODUCTION NO. 28:  The U.S. Communications Team publications booklet referenced in AZ/SER 3743729, and any updates to the booklet, from the time Seroquel was introduced to the market to the present.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as the request is not limited to Seroquel®.

Subject to and without waiving its general and specific objections, AstraZeneca states that it has produced in the custodial files the U.S. Communications Team publications booklet that appears to be requested by Request No. 28 and updates to this booklet at: AZ/SER4128585-AZ/SER4128624; AZ/SER3126535-AZ/SER3126569.  AstraZeneca further states that it is processing for production an additional U.S. Communications Team publications booklet related to Seroquel®.  AstraZeneca will identify this document by bates numbers.

REQUEST FOR PRODUCTION NO. 29: The following materials referenced in "Growing to be the Best" (AZ/SER 2608245- AZ/SER 2608241):

| | |
|---|---|
| (a) | Mood Disorder Questionnaire (MDQ), or any other questionnaire provided by you to assist physicians in screening patients for bipolar disorders or any other mental health disorder; |
| (b) | Patient Health Questionnaire (PHQ) referenced in AZ/SER 2608246, or any other questionnaire provided by you to assist physicians in screening patients for depression or any other mental health disorder; |
| (c) | Understanding Mental Illness: The Big Picture; |
| (d) | Open Access Video; |
| (e) | Improving Patient Outcomes with Atypical Antipsychotics; |
| (f) | Open Access Sell Sheet; |
| (g) | Key Facts to Know About Atypicals and the ADA Consensus Statement; |
| (h) | Burden of Illness: Bipolar Disorder; |
| (i) | HEOR Toolkit slide presentation; |
| (j) | Treating Bipolar Disorder: A Counseling Guide flip chart; |
| (k) | All COPE guides including (i) Assisting Younger Family Members, (ii) Elder, (iii) Employment, (iv) Family, and (v) Housing; |
| (l) | Dialogue for Recovery Dr. Check List; |
| (m) | Dialogue for Recovery Patient Brochure; |
| (n) | Dialogue for Recovery Physician Sheet; |
| (o) | Dialogue for Recovery Caregiver Piece; |
| (p) | Dialogue for Recovery Intro. Fact Sheet; |
| (q) | Dialogue for Recovery Program Kit; |
| (r) | Formulary Kit; |
| (s) | Sleep Disorders and Mental Health presentation; |
| (t) | Polypharmacy in Mental Illness; |
| (u) | Dosing Tool for Seroquel; |
| (v) | Seroquel Flashcard; |
| (w) | Seroquel Shelf Shouter w/ Managed Care Options; |
| (x) | Seroquel Medi-Cal Stickers; |
| (y) | Seroquel Medicaid Stickers; |
| (aa) | Seroquel (quetiapine fumarate) NEC Label; |
| (bb) | Seroquel Post Card Mailer w/ Pull-Through Options; |
| (cc) | Seroquel Outbound Calling Program; |
| (dd) | Adherence Tool Kit; |
| (ee) | All materials provided or used in the Bipolar Disease Awareness Education program; and |
| (ff) | All materials provided or used in the Atypical Antipsychotics Treatment Guidelines Education program. |

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks 31 items referenced in a single document

from over two years ago, and many of the requested items are not even specific to Seroquel®.

Subject to and without waiving its general and specific objections, AstraZeneca states

that subparts (a)-(h) and (j)-(ff) have been produced in AstraZeneca's August 17, 2007

production of PRA approved materials.  The bates numbers for AstraZeneca's PRA production

are: AZ/SER10415651-10477612.  AstraZeneca further states that it has produced in the

custodial files documents responsive to subpart (i) at: AZ/SER7624682-AZ/SER7624696;

AZ/SER7624683-AZ/SER1767392; AZ/SER7624684-AZ/SER7624729.  AstraZeneca has also

produced in the custodial files documents responsive to subpart (r) at: AZ/SER7112137-AZ/SER

7112143.


REQUEST FOR PRODUCTION NO. 30:  All materials created or purchased by you which
demonstrate the difference in care provided by primary care physicians (PCPs) and psychiatrists,
including secondary data reports purchased from third party vendors, and any other materials
which address general diagnosis information, prescription habits, and prescribing patters of PCPs
and psychiatrists from the time Seroquel was introduced to the market to the present.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad, unduly

burdensome, seeks irrelevant information, and is not reasonably calculated to lead to the

discovery of admissible evidence.  Not only does the request seek "all materials… and any other

materials which address" PCP and psychiatrist care, it does not even limit the already expansive

universe of requested documents to "materials" that are actually related to Seroquel®.

AstraZeneca further objects to this request on the grounds that it is vague and ambiguous.

Subject to and without waiving its general and specific objections, AstraZeneca states

that in a July 16, 2007 email, counsel for Plaintiffs provided counsel for AstraZeneca documents

produced by AstraZeneca that are the purported basis for this request.  AstraZeneca has reviewed

the referenced documents and reiterates that the request is not reasonably calculated to lead to

the discovery of admissible evidence.


REQUEST FOR PRODUCTION NO. 31:  All lists of Speakers on the Speakers Bureau from the
time Seroquel was introduced to the market to the present.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that is overly broad, unduly

burdensome, seeks irrelevant information, and is not reasonably calculated to lead to the

discovery of admissible evidence, particularly insofar as it purports to ask AstraZeneca to

produce lists of Speakers that were not used by AstraZeneca.

Subject to and without waiving its general and specific objections, AstraZeneca states

that it had previously stated that it had produced spreadsheets of Seroquel® speakers used by the

company at: AZ/DOJ/SER000888; AZ/DOJ/SER000889; AZ/DOJ/SER001123.  AstraZeneca

has determined that these spreadsheets have not been produced.  AstraZeneca is processing these

documents for production, and they will be produced next week.  AstraZeneca will identify these

documents by bates numbers.  AstraZeneca further states that additional Seroquel® speaker

names might exist on COMPASS, which is currently subject to the database meet and confer

process.  AstraZeneca will produce non-privileged responsive documents from COMPASS in

accordance with the consensus reached after the meet and confer.  AstraZeneca is still trying to

determine whether pre-COMPASS lists of speakers used by the company for Seroquel® exist in

one or more departmental files, archival files, or in the files of the individuals responsible for

creating and/or storing such materials.

REQUEST FOR PRODUCTION NO. 32:  All training materials, including web-based materials, provided to, or used in the training of, healthcare professionals for speaker, educational or other related engagements including, but not limited to, Faculty Workshops, Tutorial Programs, Preceptorship Programs, Speaker/Faculty Update Meetings, and Media Training, from the time Seroquel was introduced to the market to the present.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all training materials."

Subject to and without waiving its general and specific objections,  AstraZeneca states

that it had previously stated that it had produced four disks containing speaker training program

materials related to Seroquel® at: AZ/DOJ/SER000884-000887.  AstraZeneca has determined

that the disks themselves have not been produced.  AstraZeneca further states that it is processing

these disks for production.  AstraZeneca will identify the disks by bates numbers.

AstraZeneca states that speaker training program materials related to Seroquel® have

been produced in AstraZeneca's August 17, 2007 production of PRA approved materials.  The

bates numbers for AstraZeneca's PRA production are: AZ/SER10415651-10477612.

AstraZeneca is processing for production additional speaker training program materials

related to Seroquel®.  AstraZeneca will identify its production by bates numbers.


REQUEST FOR PRODUCTION NO. 33:  All Seroquel related materials prepared by you and provided to Speakers and Advocates including, but not limited to, visual aids, slide decks, PowerPoint presentations, and toolkits.

**RESPONSE:** AstraZeneca states that materials prepared by AstraZeneca and provided to

speakers have been produced in AstraZeneca's August 17, 2007 production of PRA approved

materials.  The bates numbers for AstraZeneca's PRA production are: AZ/SER10415651-

10477612.


REQUEST FOR PRODUCTION NO. 34:  All Seroquel related materials distributed to or by Health Care Professionals (HCPs), Speakers and Advocates at any meetings or other events including, but not limited to the following:

|     |     |
| --- | --- |
| (a) | Advisory Board Meetings; |
| (b) | Speakers Consultants Meetings; |
| (c) | Roundtable Programs; and |
| (d) | Speaker Programs. |

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks materials distributed "at any meetings or

other events."  AstraZeneca further objects to this request on the grounds that it is vague and

ambiguous, particularly with respect to the phrase "other events."

      Subject to and without waiving its general and specific objections, AstraZeneca states

that documents responsive to Request No. 34 have been produced in AstraZeneca's August 17,

2007 production of PRA approved materials.  The bates numbers for AstraZeneca's PRA

production are: AZ/SER10415651-10477612.


REQUEST FOR PRODUCTION NO. 35:  All video and audio recordings of Speakers and Advocates for Seroquel.

**RESPONSE:** AstraZeneca states that, after reasonable investigation, it is unaware of any video

recordings of Speakers and Advocates for Seroquel®.  AstraZeneca further states that it recently

became aware that some audio recordings of speaker programs related to Seroquel® might exist.

AstraZeneca is still trying to determine whether audio recordings of speaker programs related to

Seroquel® exist in one more databases, departmental files, archival files, or in the files of the

individuals responsible for creating and/or storing such materials.


REQUEST FOR PRODUCTION NO. 36:  All documents reflecting payments to Speakers and Advocates for Seroquel.

**RESPONSE:** AstraZeneca objects to this request on the ground that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all documents reflecting payments" and

seeks documents reflecting payments to speakers for activities other than speaking.

Subject to and without waiving its general and specific objections, AstraZeneca states

that it had previously stated that it had produced spreadsheets reflecting speaker payments to

speakers for Seroquel® at: AZ/DOJ/SER000888; AZ/DOJ/SER000889; AZ/DOJ/SER001123.

AstraZeneca has since determined that those spreadsheets have not been produced.  AstraZeneca

is processing these spreadsheets for production, and they will be produced next week.

AstraZeneca will identify these documents by bates numbers.  AstraZeneca further states that

additional information regarding speaker payments to Seroquel® speakers might exist on

COMPASS, which is currently subject to the database meet and confer process.  AstraZeneca

will produce non-privileged responsive documents from COMPASS in accordance with the

consensus reached after the meet and confer.  AstraZeneca is still trying to determine whether

pre-COMPASS documents reflecting speaker payments to Seroquel® speakers exist in one or

more departmental files, archival files, or in the files of the individuals responsible for creating

and/or storing such materials.


REQUEST FOR PRODUCTION NO. 37:  All Speaker Evaluation forms completed by you or any third party vendor including, but not limited to, Convene Pro and Peer Group, following any

Seroquel speaker engagement, referenced in the AstraZeneca Business Policies (IV-44) marked as Exhibit 16 to the June 7, 2007 deposition of Charles Peipher.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as it seeks "all Speaker Evaluation forms."

Subject to and without waiving its general and specific objections, AstraZeneca states that last week it extracted over 20,000 speaker evaluation forms for Seroquel®-related programs from the LBX database. These forms are being processed for production. AstraZeneca further states that additional hard copy Seroquel® speaker evaluation forms are also being processed for production. AstraZeneca will identify these documents by bates numbers.


REQUEST FOR PRODUCTION NO. 38: All newsletters related to Seroquel including, but not limited to, OPMT news flash, Focus on Seroquel, e-newsletters, and Seroquel Publications Information & News (SPIN) from the time Seroquel was introduced to the market to the present.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as it seeks "all" of an already very broad category of documents. AstraZeneca further objects to this request on the grounds that it is vague and ambiguous, particularly with respect to the phrase "OPMT news flash."

Subject to and without waiving its general and specific objections, AstraZeneca states that it has produced in the custodial files newsletters relating to Seroquel® at:

| | |
|---|---|
| AZ/SER1152331- AZ/SER1152332 | AZ/SER3520824- AZ/SER3520825 |
| AZ/SER1152936- AZ/SER1152938 | AZ/SER3522698- AZ/SER3522699 |
| AZ/SER1440521- AZ/SER1440522 | AZ/SER3523803- AZ/SER3523804 |
| AZ/SER1441968- AZ/SER1441971 | AZ/SER3591918- AZ/SER3591921 |
| AZ/SER1498886- AZ/SER1498889 | AZ/SER3731834- AZ/SER3731834 |
| AZ/SER2272088- AZ/SER2272090 | AZ/SER3731989- AZ/SER3731989 |
| AZ/SER2273511- AZ/SER2273514 | AZ/SER3732312- AZ/SER3732314 |
| AZ/SER2793356- AZ/SER2793358 | AZ/SER3732494- AZ/SER3732497 |
| AZ/SER2793371- AZ/SER2793374 | AZ/SER3732757- AZ/SER3732758 |

AZ/SER2847422 - AZ/SER2847427
AZ/SER2970151 - AZ/SER2970153
AZ/SER3125876 - AZ/SER3125877
AZ/SER3341654 - AZ/SER3341656
AZ/SER3384193 - AZ/SER3384196
AZ/SER3384632 - AZ/SER3384634
AZ/SER3388428 - AZ/SER3388431
AZ/SER3437923 - AZ/SER3437926
AZ/SER3455567 - AZ/SER3455567
AZ/SER3518988 - AZ/SER3518989
AZ/SER3520170 - AZ/SER3520171
AZ/SER3523822 - AZ/SER3523826
AZ/SER3555371 - AZ/SER3555373
AZ/SER3604731 - AZ/SER3604735
AZ/SER3630773 - AZ/SER3630774
AZ/SER3652578 - AZ/SER3652579
AZ/SER3731987 - AZ/SER3731988
AZ/SER3732093 - AZ/SER3732094
AZ/SER3732547 - AZ/SER3732549
AZ/SER3732884 - AZ/SER3732888
AZ/SER3733024 - AZ/SER3733025
AZ/SER3733306 - AZ/SER3733308
AZ/SER3789834 - AZ/SER3789835
AZ/SER3790459 - AZ/SER3790461
AZ/SER3790768 - AZ/SER3790769
AZ/SER3790878 - AZ/SER3790880
AZ/SER3791766 - AZ/SER3791768
AZ/SER3792264 - AZ/SER3792266
AZ/SER3795099 - AZ/SER3795099
AZ/SER3795527 - AZ/SER3795528
AZ/SER3796070 - AZ/SER3796073
AZ/SER3796809 - AZ/SER3796811
AZ/SER3796889 - AZ/SER3796891
AZ/SER3797110 - AZ/SER3797112
AZ/SER3798180 - AZ/SER3798183
AZ/SER3819856 - AZ/SER3819859
AZ/SER3820194 - AZ/SER3820197
AZ/SER3821061 - AZ/SER3821063
AZ/SER3827074 - AZ/SER3827075
AZ/SER3827079 - AZ/SER3827082
AZ/SER3827614 - AZ/SER3827618
AZ/SER3827659 - AZ/SER3827660
AZ/SER3840808 - AZ/SER3840809
AZ/SER3840814 - AZ/SER3840815

AZ/SER3734115 - AZ/SER3734115
AZ/SER3734703 - AZ/SER3734704
AZ/SER3734708 - AZ/SER3734709
AZ/SER3734724 - AZ/SER3734725
AZ/SER3796069 - AZ/SER3796069
AZ/SER3819865 - AZ/SER3819866
AZ/SER3820198 - AZ/SER3820198
AZ/SER3826956 - AZ/SER3826957
AZ/SER3827108 - AZ/SER3827109
AZ/SER3827168 - AZ/SER3827168
AZ/SER3834564 - AZ/SER3834565
AZ/SER3840812 - AZ/SER3840813
AZ/SER3840821 - AZ/SER3840822
AZ/SER3849579 - AZ/SER3849580
AZ/SER3850117 - AZ/SER3850119
AZ/SER4135619 - AZ/SER4135621
AZ/SER4135628 - AZ/SER4135628
AZ/SER4168896 - AZ/SER4168899
AZ/SER4178963 - AZ/SER4178964
AZ/SER4389144 - AZ/SER4389146
AZ/SER4390275 - AZ/SER4390276
AZ/SER4474894 - AZ/SER4474895
AZ/SER4479433 - AZ/SER4479434
AZ/SER4535324 - AZ/SER4535324
AZ/SER4536564 - AZ/SER4536566
AZ/SER4542699 - AZ/SER4542700
AZ/SER4558353 - AZ/SER4558353
AZ/SER4647693 - AZ/SER4647694
AZ/SER4652391 - AZ/SER4652393
AZ/SER4658518 - AZ/SER4658519
AZ/SER4684688 - AZ/SER4684689
AZ/SER4685066 - AZ/SER4685069
AZ/SER4700635 - AZ/SER4700635
AZ/SER4714326 - AZ/SER4714327
AZ/SER4715289 - AZ/SER4715290
AZ/SER5104684 - AZ/SER5104686
AZ/SER5112681 - AZ/SER5112681
AZ/SER5112715 - AZ/SER5112715
AZ/SER5168499 - AZ/SER5168500
AZ/SER5203080 - AZ/SER5203082
AZ/SER5212900 - AZ/SER5212901
AZ/SER5542531 - AZ/SER5542534
AZ/SER5678966 - AZ/SER5678968
AZ/SER5679542 - AZ/SER5679542

AZ/SER3849576- AZ/SER3849578
AZ/SER3849590- AZ/SER3849592
AZ/SER4045590- AZ/SER4045593
AZ/SER4178965- AZ/SER4178969
AZ/SER4366385- AZ/SER4366386
AZ/SER4389218- AZ/SER4389221
AZ/SER4389627- AZ/SER4389628
AZ/SER4390353- AZ/SER4390355
AZ/SER4390361- AZ/SER4390363
AZ/SER4474890- AZ/SER4474893
AZ/SER4481403- AZ/SER4481405
AZ/SER4484104- AZ/SER4484106
AZ/SER4485850- AZ/SER4485853
AZ/SER4487772- AZ/SER4487775
AZ/SER4535334- AZ/SER4535335
AZ/SER4535861- AZ/SER4535864
AZ/SER4542701- AZ/SER4542704
AZ/SER4545477- AZ/SER4545477
AZ/SER4550415- AZ/SER4550418
AZ/SER4551309- AZ/SER4551312
AZ/SER4556853- AZ/SER4556857
AZ/SER4599797- AZ/SER4599800
AZ/SER4600124- AZ/SER4600126
AZ/SER4649540- AZ/SER4649543
AZ/SER4658520- AZ/SER4658523
AZ/SER4720556- AZ/SER4720559
AZ/SER4721879- AZ/SER4721880
AZ/SER4724644- AZ/SER4724645
AZ/SER4733089- AZ/SER4733089
AZ/SER4733346- AZ/SER4733348
AZ/SER5600232- AZ/SER5600235
AZ/SER5679142- AZ/SER5679144
AZ/SER6547633- AZ/SER6547636
AZ/SER6954616- AZ/SER6954620
AZ/SER7197871- AZ/SER7197874
AZ/SER1498351- AZ/SER1498353
AZ/SER2667591- AZ/SER2667596

AZ/SER5684480- AZ/SER5684481
AZ/SER6547632- AZ/SER6547632
AZ/SER7099505- AZ/SER7099506
AZ/SER7195100- AZ/SER7195102
AZ/SER7197868- AZ/SER7197870
AZ/SER7593138- AZ/SER7593138
AZ/SER7598438- AZ/SER7598438
AZ/SER7599651- AZ/SER7599653
AZ/SER7676651- AZ/SER7676651
AZ/SER4170012- AZ/SER4170017
AZ/SER0749273- AZ/SER0749273
AZ/SER1456466- AZ/SER1456468
AZ/SER2788095- AZ/SER2788099
AZ/SER2788119- AZ/SER2788121
AZ/SER2972892- AZ/SER2972892
AZ/SER3089905- AZ/SER3089907
AZ/SER3110919- AZ/SER3110920
AZ/SER3126227- AZ/SER3126228
AZ/SER3196318- AZ/SER3196319
AZ/SER3363166- AZ/SER3363169
AZ/SER3384635- AZ/SER3384635
AZ/SER3386140- AZ/SER3386140
AZ/SER3488384- AZ/SER3488385
AZ/SER3490943- AZ/SER3490944
AZ/SER3520065- AZ/SER3520065
AZ/SER3520816- AZ/SER3520816
AZ/SER4873560- AZ/SER4873562
AZ/SER5053253- AZ/SER5053255
AZ/SER5130747- AZ/SER5130748
AZ/SER5168356- AZ/SER5168359
AZ/SER5168586- AZ/SER5168588
AZ/SER5203077- AZ/SER5203079
AZ/SER6954616- AZ/SER6954620
AZ/SER7197871- AZ/SER7197874
AZ/SER1498351- AZ/SER1498353
AZ/SER2667591- AZ/SER2667596

AstraZeneca further states that newsletters relating to Seroquel® have been produced in AstraZeneca's August 17, 2007 production of PRA approved materials.  The bates numbers for AstraZeneca's PRA production are: AZ/SER10415651-10477612.

AstraZeneca further states that additional Seroquel®-related electronic newsletters may be found through Sales InSite, which is currently subject to the database meet and confer process. AstraZeneca will produce non-privileged responsive documents accessed through Sales InSite in accordance with the consensus reached after the meet and confer.

AstraZeneca is processing for production additional newsletters related to Seroquel®. AstraZeneca will identify these documents by bates numbers.

REQUEST FOR PRODUCTION NO. 39:  All "CE Enduring Materials" related to Seroquel referenced in the AstraZeneca Business Policies (IV-48-51) marked as Exhibit 16 to the June 7, 2007 deposition of Charles Peipher.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as it seeks "all 'CE Enduring Materials'" related to Seroquel®.  AstraZeneca further objects to this request on the grounds that it is duplicative of Request No. 59.

Subject to and without waiving its general and specific objections, AstraZeneca states that Plaintiffs' request for CE Enduring Materials relating to Seroquel® is encompassed within its request for documents pertaining to any CME program sponsored by AstraZeneca relating to Seroquel®.  (See Request No. 59.)  AstraZeneca refers Plaintiffs to its response to Request No. 59.

REQUEST FOR PRODUCTION NO. 40:  All documents including, but not limited to, correspondence (including email), memorandum, notes, reports, and marketing materials relating to the following programs/projects:

        (a)     Brighter Beginnings of Mental Health;
        (b)     Celebration Recovery;

(c)     AZ Outreach Program;
(d)     Seroquel Breakthrough Project;
(e)     Medicare Matters;
(f)     Mental Health Flag Tour;
(g)     All "value added" indigent programs; and
(h)     Seroquel Takes Olanzapine Risperdal Market Share (STORM) program.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as it seeks "all documents" related to eight different programs or projects and is not limited to Seroquel®. AstraZeneca further objects to this request on the grounds that it seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. AstraZeneca further objects to subparts (c) and (g) as vague and ambiguous.

Subject to and without waiving its general and specific objections, AstraZeneca states that it has produced in the custodial files documents sufficient to describe these programs.

AstraZeneca further states that it has produced in the custodial files documents relating to Brighter Beginnings in Mental Health, requested by subpart (a), at:

| | |
|---|---|
| AZ/SER7555693-AZ/SER7555707 | AZ/SER5298913-AZ/SER5298913 |
| AZ/SER1550383-AZ/SER1550393 | AZ/SER1549881-AZ/SER1549881 |
| AZ/SER5298683-AZ/SER5298685 | AZ/SER1553109-AZ/SER1553109 |
| AZ/SER5298743-AZ/SER5298757 | AZ/SER5298898-AZ/SER5298906 |
| AZ/SER3854349-AZ/SER3854366 | AZ/SER5298865-AZ/SER5298897 |
| AZ/SER1799915-AZ/SER1799938 | AZ/SER5291448-AZ/SER5291458 |
| AZ/SER1616630-AZ/SER1616631 | AZ/SER5298838-AZ/SER5298852 |
| AZ/SER7555980-AZ/SER7555980 | AZ/SER7605914-AZ/SER7605914 |
| AZ/SER5298699-AZ/SER5298700 | AZ/SER5298760-AZ/SER5298763 |
| AZ/SER7580429-AZ/SER7580432 | AZ/SER1616598-AZ/SER1616598 |
| AZ/SER5298933-AZ/SER5298934 | AZ/SER5179298-AZ/SER5179308 |
| AZ/SER1799873-AZ/SER1799913 | AZ/SER5179310-AZ/SER5179314 |
| AZ/SER7052851-AZ/SER7052858 | AZ/SER1498402-AZ/SER1498402 |
| AZ/SER7597486-AZ/SER7597501 | AZ/SER1498403-AZ/SER1498420 |
| AZ/SER7555255-AZ/SER7555270 | AZ/SER3878401-AZ/SER3878401 |
| AZ/SER7605913-AZ/SER7605913 | AZ/SER7561838-AZ/SER7561843 |

```
AZ/SER3872269-AZ/SER3872272          AZ/SER5298687-AZ/SER5298687
AZ/SER3085431-AZ/SER3085449          AZ/SER5298034-AZ/SER5298035
AZ/SER5294110-AZ/SER5294129          AZ/SER4869560-AZ/SER4869594
AZ/SER5294085-AZ/SER5294109          AZ/SER5298929-AZ/SER5298931
```

AstraZeneca further states that it has produced in the custodial files documents relating to

Celebration Recovery, requested by subpart (b), at:

```
AZ/SER4783790-AZ/SER4783792          AZ/SER1800107-AZ/SER1800147
AZ/SER4775216-AZ/SER4775233          AZ/SER7541093-AZ/SER7541094
AZ/SER4768415-AZ/SER4768449          AZ/SER1618999-AZ/SER1619002
AZ/SER1616549-AZ/SER1616550          AZ/SER5299181-AZ/SER5299181
AZ/SER1548393-AZ/SER1548399          AZ/SER5294130-AZ/SER5294134
AZ/SER5385139-AZ/SER5385139          AZ/SER4347661-AZ/SER4347669
AZ/SER3884679-AZ/SER3884684          AZ/SER7580429-AZ/SER7580433
AZ/SER7589642-AZ/SER7589656          AZ/SER2252368-AZ/SER2252372
AZ/SER5104230-AZ/SER5104237          AZ/SER5299015-AZ/SER5299016
AZSER10467729-AZSER10467734          AZSER08208844-AZSER08208856
AZ/SER3317542-AZ/SER3317543          AZ/SER1202342-AZ/SER1202345
AZ/SER7570032-AZ/SER7570034          AZ/SER4613890-AZ/SER4614101
AZ/SER5299013-AZ/SER5299014          AZ/SER5294435-AZ/SER5294435
AZ/SER7028685-AZ/SER7028685          AZ/SER4186718-AZ/SER4186718
AZ/SER4296922-AZ/SER4296922          AZ/SER5429022-AZ/SER5429045
AZ/SER5299011-AZ/SER5299012          AZ/SER6029729-AZ/SER6029763
AZ/SER5297726-AZ/SER5297728          AZ/SER4787570-AZ/SER4787571
AZ/SER5329363-AZ/SER5329364          AZ/SER1498753-AZ/SER1498758
AZ/SER7577130-AZ/SER7577145          AZ/SER5293958-AZ/SER5293963
```

AstraZeneca further states that it was unable to locate in the custodial production

documents relating to AZ Outreach Program, requested by subpart (c).  AstraZeneca was also

unable to locate responsive documents in the custodial production when searching for

"AstraZeneca Outreach Program."  A search of "outreach program" was similarly inconclusive.

AstraZeneca states that, after reasonable investigation, it is unaware of any documents relating to

AZ Outreach Program.

AstraZeneca further states that it has produced in the custodial files documents relating to

Seroquel® Breakthrough Project, requested by subpart (d), at:

AZ/SER3671443-AZ/SER3671573
AZ/SER1784688-AZ/SER1784723
AZ/SER4351045-AZ/SER4351069
AZ/SER6116779-AZ/SER6116782
AZ/SER7472911-AZ/SER7472913
AZ/SER7520857-AZ/SER7520880
AZ/SER3801406-AZ/SER3801406
AZ/SER3801372-AZ/SER3801379
AZ/SER3779561-AZ/SER3779564
AZ/SER5952480-AZ/SER5952480
AZ/SER0971410-AZ/SER0971439
AZ/SER3000251-AZ/SER3000277
AZ/SER0973672-AZ/SER0973708
AZ/SER3049147-AZ/SER3049185
AZ/SER3706655-AZ/SER3706675
AZ/SER3887130-AZ/SER3887146

AZ/SER0712808-AZ/SER0712808
AZ/SER0712810-AZ/SER0712810
AZ/SER0712809-AZ/SER0712809
AZ/SER3959291-AZ/SER3959327
AZ/SER1788303-AZ/SER1788336
AZ/SER3959328-AZ/SER3959328
AZ/SER09568692-AZ/SER09568754
AZ/SER08786625-AZ/SER08786625
AZ/SER6117109-AZ/SER6117160
AZ/SER1783996-AZ/SER1784032
AZ/SER4172368-AZ/SER4172397
AZ/SER1784033-AZ/SER1784078
AZ/SER3678506-AZ/SER3678559
AZ/SER6005832-AZ/SER6005885
AZ/SER3671604-AZ/SER3671638
AZ/SER6115338-AZ/SER6115443

AstraZeneca further states that it has produced in the custodial files documents relating to

Medicare Matters, requested by subpart (e), at:

AZ/SER7600079-AZ/SER7600108
AZ/SER3964657-AZ/SER3964669
AZ/SER4095127-AZ/SER4095130
AZ/SER2983301-AZ/SER2983301
AZ/SER3602000-AZ/SER3602001
AZ/SER3602003-AZ/SER3602003
AZ/SER5450699-AZ/SER5450709
AZ/SER5383297-AZ/SER5383325

AZ/SER3085912-AZ/SER3085921
AZ/SER7112238-AZ/SER7112245
AZ/SER6522973-AZ/SER6522981
AZ/SER1209105-AZ/SER1209106
AZ/SER7600337-AZ/SER7600338
AZ/SER5769940-AZ/SER5769941
AZ/SER6522713-AZ/SER6522734
AZ/SER5991802-AZ/SER5991819

AstraZeneca further states that it has produced in the custodial files documents relating to

Mental Health Flag Tour, requested by subpart (f), at:

AZ/SER1552905-AZ/SER1552905
AZ/SER1127671-AZ/SER1127671
AZ/SER3897041-AZ/SER3897042
AZ/SER3890193-AZ/SER3890193
AZ/SER5292638-AZ/SER5292687
AZ/SER2259792-AZ/SER2259795
AZ/SER5292523-AZ/SER5292524
AZ/SER5228632-AZ/SER5228632
AZ/SER5228630-AZ/SER5228630
AZ/SER1552877-AZ/SER1552894

AZ/SER1549035-AZ/SER1549044
AZ/SER4778378-AZ/SER4778380
AZ/SER5292520-AZ/SER5292522
AZ/SER3890092-AZ/SER3890094
AZ/SER1548967-AZ/SER1548970
AZ/SER4779099-AZ/SER4779110
AZ/SER4844797-AZ/SER4844797
AZ/SER5294900-AZ/SER5294921
AZ/SER5199638-AZ/SER5199648
AZ/SER1625452-AZ/SER1625466

AZ/SER6414748-AZ/SER6414795

AstraZeneca further states that, after reasonable investigation, it was unable to locate in the custodial production documents relating to "value added" indigent programs, which is requested by subpart (g). AstraZeneca is not sure what Plaintiffs are seeking by this request, but believes that Plaintiffs intended to request documents relating to patient assistance programs. AstraZeneca requests that counsel for Plaintiffs advise counsel for AstraZeneca if this belief is incorrect. AstraZeneca further states that it has produced in the custodial files documents relating to patient assistance programs, presumably requested by subpart (g), at:

AZ/SER7224419-AZ/SER7224426
AZ/SER7220709-AZ/SER7220712
AZ/SER2620099-AZ/SER2620114
AZ/SER3315664-AZ/SER3315665
AZ/SER3315685-AZ/SER3315686
AZ/SER2620143-AZ/SER2620151
AZ/SER3333065-AZ/SER3333065
AZ/SER7782990-AZ/SER7782102
AZ/SER7224452-AZ/SER7224452
AZ/SER7182561-AZ/SER7182561
AZ/SER2004740-AZ/SER2004740
AZ/SER2008149-AZ/SER2008180
AZ/SER7224445-AZ/SER7224451
AZ/SER2652441-AZ/SER2652448
AZ/SER1446611-AZ/SER1446611
AZ/SER7096907-AZ/SER7096915
AZ/SER7098028-AZ/SER7098037
AZ/SER7097412-AZ/SER7097422
AZ/SER7099038-AZ/SER7099047
AZ/SER7098589-AZ/SER7098598
AZ/SER7100232-AZ/SER7100241
AZ/SER7101889-AZ/SER7101898
AZ/SER7102984-AZ/SER7102994
AZ/SER1161695-AZ/SER1161705
AZ/SER7038478-AZ/SER7038478
AZ/SER7097084-AZ/SER7097086
AZ/SER3322991-AZ/SER3322991
AZ/SER7130050-AZ/SER7130051

AZ/SER1980265-AZ/SER1980265
AZ/SER1191580-AZ/SER1191581
AZ/SER2978118-AZ/SER2978119
AZ/SER2599409-AZ/SER2599410
AZ/SER1550219-AZ/SER1550221
AZ/SER1550222-AZ/SER1550223
AZ/SER7184195-AZ/SER7184234
AZ/SER2049703-AZ/SER2049703
AZ/SER2599136-AZ/SER2599139
AZ/SER5417920-AZ/SER5417920
AZ/SER1973768-AZ/SER1973769
AZ/SER2594684-AZ/SER2594687
AZ/SER7740854-AZ/SER7740867
AZ/SER3975993-AZ/SER3975995
AZ/SER3329426-AZ/SER3329427
AZ/SER7099038-AZ/SER7099047
AZ/SER2369670-AZ/SER2369671
AZ/SER4116806-AZ/SER4116808
AZ/SER1790216-AZ/SER1790216
AZ/SER4115411-AZ/SER4115431
AZ/SER1615163-AZ/SER1615163
AZ/SER4109722-AZ/SER4109734
AZ/SER6154259-AZ/SER6154260
AZ/SER5453244-AZ/SER5453253
AZ/SER1622986-AZ/SER1622988
AZ/SER5431039-AZ/SER5431097
AZ/SER1551673-AZ/SER1551675
AZ/SER6154254-AZ/SER6154255

AZ/SER4200688-AZ/SER4200697
AZ/SER7092229-AZ/SER7092229
AZ/SER7092231-AZ/SER7092235
AZ/SER5427365-AZ/SER5427374
AZ/SER5101695-AZ/SER5101708
AZ/SER1974173-AZ/SER1974188
AZ/SER1981927-AZ/SER1981930
AZ/SER1981864-AZ/SER1981864
AZ/SER2595025-AZ/SER2595026
AZ/SER3315713-AZ/SER3315742
AZ/SER7093175-AZ/SER7093177
AZ/SER1154256-AZ/SER1154256
AZ/SER5432452-AZ/SER5432457
AZ/SER7134166-AZ/SER7134166
AZ/SER2626095-AZ/SER2626102
AZ/SER1207220-AZ/SER1207220
AZ/SER1437324-AZ/SER1437350
AZ/SER2000992-AZ/SER2000992
AZ/SER1973598-AZ/SER1973598

AZ/SER1244339-AZ/SER1244340
AZ/SER7093052-AZ/SER7093053
AZ/SER4868851-AZ/SER4868852
AZ/SER7103913-AZ/SER7103918
AZ/SER6154377-AZ/SER6154381
AZ/SER6154359-AZ/SER6154367
AZ/SER6154267-AZ/SER6154267
AZ/SER6154330-AZ/SER6154331
AZ/SER5295440-AZ/SER5295444
AZ/SER4913640-AZ/SER4913666
AZ/SER3983124-AZ/SER3983140
AZ/SER7103906-AZ/SER7103912
AZ/SER3199912-AZ/SER3199912
AZ/SER7663500-AZ/SER7663501
AZ/SER1202342-AZ/SER1202345
AZ/SER1446525-AZ/SER1446529
AZ/SER7092109-AZ/SER7092112
AZ/SER1795084-AZ/SER1795088
AZ/SER1973789-AZ/SER1973791

AstraZeneca further states that it has produced in the custodial files documents relating to

STORM, requested by subpart (h), at:

AZ/SER3958156-AZ/SER3958180
AZ/SER4432553-AZ/SER4432554
AZ/SER5425601-AZ/SER5425608
AZ/SER3958902-AZ/SER3958902
AZ/SER2319413-AZ/SER2319463
AZ/SER5035725-AZ/SER5035725
AZ/SER4185290-AZ/SER4185291
AZ/SER3881657-AZ/SER3881661
AZ/SER6964602-AZ/SER6964607
AZ/SER1076140-AZ/SER1076186
AZ/SER4131137-AZ/SER4131157
AZ/SER4958085-AZ/SER4958113
AZ/SER6006890-AZ/SER6006922
AZ/SER4443498-AZ/SER4443538
AZ/SER7488661-AZ/SER7488671
AZ/SER7521374-AZ/SER7521385
AZ/SER6502027-AZ/SER6502059
AZ/SER7441176-AZ/SER7441190
AZ/SER1076136-AZ/SER1076139
AZ/SER4958233-AZ/SER4958264

AZ/SER0712762-AZ/SER0712770
AZ/SER6465524-AZ/SER6465530
AZ/SER0958359-AZ/SER0958376
AZ/SER1831125-AZ/SER1831142
AZ/SER3958138-AZ/SER3958155
AZ/SER1192297-AZ/SER1192314
AZ/SER4163194-AZ/SER4163209
AZ/SER3862642-AZ/SER3862655
AZ/SER4957741-AZ/SER4957766
AZ/SER1087391-AZ/SER1087408
AZ/SER0982178-AZ/SER0982195
AZ/SER4476503-AZ/SER4476505
AZ/SER3793026-AZ/SER3793041
AZ/SER0677693-AZ/SER0677695
AZ/SER6903336-AZ/SER6903337
AZ/SER6465531-AZ/SER6465531
AZ/SER7442503-AZ/SER7442521
AZ/SER0712798-AZ/SER0712799
AZ/SER6964707-AZ/SER6964707
AZ/SER3780987-AZ/SER3780989

AZ/SER5725503-AZ/SER5725530
AZ/SER6556041-AZ/SER6556063
AZ/SER3455578-AZ/SER3455589
AZ/SER4493204-AZ/SER4493230
AZ/SER1432511-AZ/SER1432556
AZ/SER4782873-AZ/SER4782875
AZ/SER7521386-AZ/SER7521420
AZ/SER3708330-AZ/SER3708336
AZ/SER1116999-AZ/SER1117016
AZ/SER3708337-AZ/SER3708355
AZ/SER6006672-AZ/SER6006694
AZ/SER7488567-AZ/SER7488589
AZ/SER1117063-AZ/SER1117071
AZ/SER3706366-AZ/SER3706376
AZ/SER3706844-AZ/SER3706855
AZ/SER1793639-AZ/SER1793647
AZ/SER4139044-AZ/SER4139075
AZ/SER3881689-AZ/SER3881699
AZ/SER4837959-AZ/SER4837999
AZ/SER6463017-AZ/SER6463028
AZ/SER3849538-AZ/SER3849555
AZ/SER1193458-AZ/SER1193473
AZ/SER4783138-AZ/SER4783144
AZ/SER3605361-AZ/SER3605366
AZ/SER3651726-AZ/SER3651733
AZ/SER4946547-AZ/SER4946548

AZ/SER3802123-AZ/SER3802124
AZ/SER6831816-AZ/SER6831816
AZ/SER6964543-AZ/SER6964549
AZ/SER6142622-AZ/SER6142633
AZ/SER6832868-AZ/SER6832868
AZ/SER6465539-AZ/SER6465540
AZ/SER4774069-AZ/SER4774070
AZ/SER2010321-AZ/SER2010321
AZ/SER4774029-AZ/SER4774030
AZ/SER6964635-AZ/SER6964640
AZ/SER4185206-AZ/SER4185209
AZ/SER1075647-AZ/SER1075655
AZ/SER1156660-AZ/SER1156672
AZ/SER3881623-AZ/SER3881623
AZ/SER7187892-AZ/SER7187892
AZ/SER4642343-AZ/SER4642347
AZ/SER5035645-AZ/SER5035645
AZ/SER1787668-AZ/SER1787668
AZ/SER0956291-AZ/SER0956304
AZ/SER3851481-AZ/SER3851501
AZ/SER1626323-AZ/SER1626323
AZ/SER4958294-AZ/SER4958357
AZ/SER3881619-AZ/SER3881621
AZ/SER6824018-AZ/SER6824018
AZ/SER4958377-AZ/SER4958420

REQUEST FOR PRODUCTION NO. 41:  All business compliance policies utilized by you from the time Seroquel was introduced to the market to the present.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is duplicative of Request

No. 21.

Subject to and without waiving its general and specific objections, AstraZeneca refers to

its response to Request No. 21.  AstraZeneca will also produce its Code of Conduct.

REQUEST FOR PRODUCTION NO. 42:  All "Call Reports" relating to promotional activities for Seroquel referenced in the AstraZeneca Business Policies (II-22) marked as Exhibit 16 to the June 7, 2007 deposition of Charles Peipher.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad, unduly

burdensome, seeks irrelevant information, and is not reasonably calculated to lead to the

discovery of admissible evidence.

Subject to and without waiving its general and specific objections, AstraZeneca states

that to the extent ordered by the Court in Case Management Order No. 4, AstraZeneca will

produce call notes for the Seroquel® prescribing physicians of Plaintiffs selected for case

specific discovery.  (See Case Management Order No. 4, July 6, 2007).


REQUEST FOR PRODUCTION NO. 43:  All expense reports relating to promotional activities
for Seroquel referenced for example in the AstraZeneca Business Policies (II-22) marked as
Exhibit 16 to the June 7, 2007 deposition of Charles Peipher.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad, unduly

burdensome, seeks irrelevant information, and is not reasonably calculated to lead to the

discovery of admissible evidence, particularly insofar as it requests "all" expense reports.

Subject to and without waiving its general and specific objections, AstraZeneca states

that to the extent ordered by the Court in Case Management Order No. 4, AstraZeneca will

produce accounts payable records for the Seroquel® prescribing physicians of Plaintiffs selected

for case specific discovery.  (See Case Management Order No. 4, July 6, 2007).


REQUEST FOR PRODUCTION NO. 44:  All policy information pertaining to Advisory Boards
on the AstraZeneca Intranet Policy site referenced in the AstraZeneca Business Policies marked
as Exhibit 16 to the June 7, 2007 deposition of Charles Peipher.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad, unduly

burdensome, seeks irrelevant information, and is not reasonably calculated to lead to the

discovery of admissible evidence, particularly insofar as it is not limited to information related to Seroquel®.

Subject to and without waiving its general and specific objections, AstraZeneca states that it will produce Advisory Board policies from the AstraZeneca Intranet Policy site.

REQUEST FOR PRODUCTION NO. 45:  All materials distributed during "Case Study Programs" for Seroquel referenced in the AstraZeneca Business Policies (IV-36-39) marked as Exhibit 16 to the June 7, 2007 deposition of Charles Peipher.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as it seeks "all materials."

Subject to and without waiving its general and specific objections, AstraZeneca states that materials distributed during Case Study Programs for Seroquel® have been produced in AstraZeneca's August 17, 2007 production of PRA approved materials.  The bates numbers for AstraZeneca's PRA production are: AZ/SER10415651-10477612.

REQUEST FOR PRODUCTION NO. 46:  All documents including, but not limited to, agendas, minutes, discussion materials, and communications regarding the Seroquel Town Hall Meetings.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome, particularly insofar as it seeks communications.

Subject to and without waiving its general and specific objections, AstraZeneca states that, after reasonable investigation, it is unaware of any Seroquel® Town Hall meeting minutes. AstraZeneca further states that it has produced in the custodial files Seroquel® Town Hall meeting agendas and presentations at: AZ/SER4149895-AZ/SER4149936; AZ/SER3781785-AZ/SER3781868; AZ/SER6596467-AZ/SER6596515; AZ/SER4143991-AZ/SER4143991;

AZ/SER3793280-AZ/SER3793301; AZ/SER3368027-AZ/SER3368035; AZ/SER2034410-

AZ/SER2034410; AZ/SER4733172-AZ/SER4733172; AZ/SER3832371-AZ/SER3832371.

AstraZeneca further states that it is processing for production additional Seroquel® Town Hall

meeting agendas and presentations.  AstraZeneca will identify these documents by bates

numbers.

REQUEST FOR PRODUCTION NO. 47:  All documents including, but not limited to,
correspondence (including email), memorandum, notes, and reports pertaining to the formation
of the Medical Education & Grants Office (MEGO).

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all documents" and is not limited to

Seroquel®.

Subject to and without waiving its general and specific objections, AstraZeneca states

that it will produce sufficient documents to reflect the formation of MEGO.

REQUEST FOR PRODUCTION NO. 48:  All correspondence and documents exchanged
between you and the Office of Inspector General regarding your marketing activities and grant
programs prior to the formation of MEGO.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it requests "all documents" and is not limited to

Seroquel®.  AstraZeneca further objects to this request on the grounds that it seeks irrelevant

information and is not reasonably calculated to lead to the discovery of admissible evidence,

particularly insofar as it seeks documents other than those that will be produced in response to

Request No. 47.

<u>REQUEST FOR PRODUCTION NO. 49</u>:  The Seroquel ISS database referenced, for example, in AZ/SER 3831568.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad, unduly

burdensome, seeks irrelevant information, and is not reasonably calculated to lead to the

discovery of admissible evidence.

Subject to and without waiving its general and specific objections, AstraZeneca states

that the "Seroquel® ISS database" referenced by Plaintiffs is IIRIS, which is currently subject to

the database meet and confer process.  AstraZeneca will produce non-privileged documents

responsive to this request in accordance with the consensus reached after the meet and confer.


<u>REQUEST FOR PRODUCTION NO. 50</u>:  The eSTaR database.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad, unduly

burdensome, seeks irrelevant information, and is not reasonably calculated to lead to the

discovery of admissible evidence, particularly insofar as it seeks items not related to Seroquel®.

AstraZeneca further objects to this request on the grounds that it seeks documents protected by

the attorney-client privilege, attorney-work product, or other applicable privileges.

Subject to and without waiving its general and specific objections, AstraZeneca states

that PRA-approved materials for Seroquel® from the eSTaR database have been produced in

AstraZeneca's August 17, 2007 production of PRA approved materials.  The bates numbers for

AstraZeneca's PRA production are: AZ/SER10415651-10477612.

AstraZeneca further states that it produced Seroquel®-specific data from the eSTaR

database on September 12, 2007.  The bates number for AstraZeneca's production of eSTaR data

is: AZ/SER10765480.  Additional, potentially privileged, Seroquel®-related data may be found

in the eSTaR database, which is currently subject to the database meet and confer process.

AstraZeneca will produce additional non-privileged responsive data from the eSTaR database in

accordance with the consensus reached after the meet and confer.


REQUEST FOR PRODUCTION NO. 51:  All documents including, but not limited to, results,
correspondence (including email), memorandum, notes, and reports related to Health Economic
& Outcomes Research (HEOR or HECON) studies related to Seroquel.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all documents" related to HEOR studies.

Subject to and without waiving its general and specific objections, AstraZeneca states

that it has produced in the custodial files American Managed Care Pharmacy (AMCP) Dossiers

for Seroquel® at: AZ/SER1140842-AZ/SER1140952; AZ/SER1444111-AZ/SER1444270;

AZ/SER2006047-AZ/SER2006215.  AstraZeneca is still trying to determine whether additional

AMCP Dossiers for Seroquel® exist in one or more databases, departmental files, archival files,

or in the files of the individuals responsible for creating and/or storing such materials.

AstraZeneca further states that outcome studies, which are contained in the Clinical Trial

Reports, have been produced from AstraZeneca's November 2006 and June 8, 2007 productions

of IND/NDA materials.


REQUEST FOR PRODUCTION NO. 52:  All documents provided to Pharmaceutical Sales
Specialists or Professional Sales Specialist (PSS) to assist them in discussing the Seroquel
package insert or Dear Doctor letters with physicians.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all documents."

Subject to and without waiving its general and specific objections, AstraZeneca states

that documents provided to PSSs to assist them in discussing the Seroquel® package insert or

Dear Doctor letters with physicians have been produced in AstraZeneca's August 17, 2007

production of PRA approved materials.  The bates numbers for AstraZeneca's PRA production

are: AZ/SER10415651-10477612.

REQUEST FOR PRODUCTION NO. 53:  All Seroquel related training materials provided to, or
used in the training of, sales representatives.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all" of an already very broad category of

documents.

Subject to and without waiving its general and specific objections, AstraZeneca states

that Seroquel®-related sales training materials have been produced in AstraZeneca's August 17,

2007 production of PRA approved materials.  The bates numbers for AstraZeneca's PRA

production are: AZ/SER10415651-10477612.  AstraZeneca is processing for production

additional Seroquel®-related sales training materials.  AstraZeneca will identify these documents

by bates numbers.

REQUEST FOR PRODUCTION NO. 54:  All documents provided to sales representatives in
connection with the launch of Seroquel and for any new indications for Seroquel.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all documents."

Subject to and without waiving its general and specific objections, AstraZeneca states

that documents provided to sales representatives in connection with new indications for

Seroquel® have been produced in AstraZeneca's August 17, 2007 production of PRA approved

materials.  The bates numbers for AstraZeneca's PRA production are: AZ/SER10415651-

10477612.  AstraZeneca further states that it has been unable to locate documents provided to

sales representatives in connection with the launch of Seroquel®, but it is still trying to

determine whether documents provided to sales representatives in connection with the launch of

Seroquel® exist in one or more databases, departmental files, archival files, or in the files of the

individuals responsible for creating and/or storing such materials.


REQUEST FOR PRODUCTION NO. 55:  All obstacle handling materials for Seroquel.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is vague and ambiguous,

particularly with respect to the phrase "obstacle handling materials."

Subject to and without waiving its general and specific objections, AstraZeneca states

that objection handlers for Seroquel® have been produced in AstraZeneca's August 17, 2007

production of PRA approved materials.  The bates numbers for AstraZeneca's PRA production

are: AZ/SER10415651-10477612.


REQUEST FOR PRODUCTION NO. 56:  All marketing materials for Seroquel submitted to the
FDA for approval including, but not limited to, those materials submitted in a Form 2253, and
any responsive documents and communications from the FDA.

**RESPONSE:**  AstraZeneca states that marketing materials for Seroquel® submitted to the FDA

for approval have been produced in AstraZeneca's August 17, 2007 production of PRA approved

materials.  The PRA production included the marketing materials with the Form 2253s attached.

The bates numbers for AstraZeneca's PRA production are: AZ/SER10415651-10477612.

Responsive documents and communications from the FDA have been produced from

AstraZeneca's November 2006 and June 8, 2007 productions of IND/NDA materials.

AstraZeneca further states that additional non-privileged responsive documents are being

processed for production.  AstraZeneca will identify these documents by bates numbers.


REQUEST FOR PRODUCTION NO. 57:  All marketing materials for Seroquel submitted to the
FDA for an advisory opinion, and any responsive documents and communications from the
FDA.

**RESPONSE:** AstraZeneca states that marketing materials for Seroquel® submitted to the FDA

for an advisory opinion have been produced in AstraZeneca's August 17, 2007 production of

PRA approved materials.  The bates numbers for AstraZeneca's PRA production are:

AZ/SER10415651-10477612.  Responsive documents and communications from the FDA have

been produced from AstraZeneca's November 2006 and June 8, 2007 productions of IND/NDA

materials.


REQUEST FOR PRODUCTION NO. 58:  All documents reflecting the amount of money spent
by you on the integrated marketing campaigns for Seroquel.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome because AstraZeneca does not maintain this information in the reasonable

course of business.

Subject to and without waiving its general and specific objections, AstraZeneca states

that, after reasonable investigation, it would be impossible to produce documents reflecting the

amount of money spent by AstraZeneca on integrated marketing campaigns for Seroquel®

because this is not how AstraZeneca keeps records in the ordinary course of business.

AstraZeneca refers Plaintiffs to its responses to Request Nos. 4 and 9.


REQUEST FOR PRODUCTION NO. 59:  All documents related to any CME program
sponsored by you for Seroquel.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all documents."

Subject to and without waiving its general and specific objections, AstraZeneca states

that CME program documents related to Seroquel® have been produced in AstraZeneca's

August 17, 2007 production of PRA approved materials.  The bates numbers for AstraZeneca's

PRA production are: AZ/SER10415651-10477612.  AstraZeneca further states that it has

produced a disk containing a CME video relating to Seroquel® at: AZ/SER11144062.

AstraZeneca is processing for production additional CME program documents relating to

Seroquel®.  AstraZeneca will identify its production by bates numbers.


REQUEST FOR PRODUCTION NO. 60:  All documents related to the communication of the

results of studies sponsored by you for Seroquel.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is vague and ambiguous,

particularly with respect to the phrase "documents related to the communication of the results of

studies."  AstraZeneca further objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all documents" and relates to all

communications, regardless of sender or recipient.

Subject to and without waiving its general and specific objections, AstraZeneca states

that documents communicating the results of studies related to Seroquel® have already been

produced from AstraZeneca's November 2006 and June 8, 2007 productions of IND/NDA

materials.

REQUEST FOR PRODUCTION NO. 61:  All communications with third party vendors and
outside consultants regarding the marketing of Seroquel including, but not limited to, Klemptner,
Satchi & Satchi Healthcare, ImpactRx, I3 Innovations, ZS Associates, CME Inc., Edelman,
Towers-Perrin, Complete Medical Communications, FYI Worldwide, Media Managed Care,
Market Measures Interactive, GFK, and Harris Interactive.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome, particularly insofar as it seeks "all communications" with third party

vendors or outside consultants.

Subject to and without waiving its general and specific objections, AstraZeneca states

that, after reasonable investigation, it is unaware of a central file of such communications.

REQUEST FOR PRODUCTION NO. 62:  All Dear Doctor/Healthcare Provider letters
pertaining to Seroquel that were disseminated in the U.S.

**RESPONSE:**  AstraZeneca states that Dear Doctor/Healthcare Provider letters pertaining to

Seroquel® have been produced from AstraZeneca's November 2006 and June 8, 2007

productions of IND/NDA materials.

Dated:  October 23, 2007

By: /s/ Kevin T. Kerns
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
215-994-4000
Counsel for Defendants AstraZeneca
   Pharmaceuticals LP and AstraZeneca LP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of October, 2007, I served the foregoing First

Amended Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to

Plaintiffs' Second Request for Production of Documents via electronic mail upon the below-

listed counsel and upon liaison counsel pursuant to CMO 1.  Service on Plaintiffs' Liaison

Counsel constitutes service on all unrepresented plaintiffs.

Paul J. Pennock, Esquire
Michael E. Pederson, Esquire
Weitz & Luxenberg, P.C.
180 Maiden Lane – 17th Floor
New York, NY 10038
Telephone: (212) 558-5500
Ppennock@weitzlux.com
MPederson@weitzlux.com
*Plaintiffs' Lead Counsel*

Larry Roth, Esquire
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL 32854-7637
Telephone: (407) 872-2239
LROTH@roth-law.com
Plaintiffs' Liaison Counsel

Scott Allen, Esquire
Cruse, Scott, Henderson & Allen, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, TX 77019
Telephone: (713) 650-6600
sallen@crusescott.com

Camp Bailey, Esquire
Michael W. Perrin, Esquire
Fletcher Trammell, Esquire
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7240
cbailey@bpblaw.com
mperrin@pblaw.com
*Plaintiffs' Lead Counsel*

Edward Blizzard, Esquire
Holly Wheeler, Esquire
Blizzard, McCarthy & Nabers, L.L.P.
440 Louisiana, Suite 1710
Houston, TX 77002
Telephone: (713) 844-3750
Eblizzard@blizzardlaw.com
hweheeler@blizzardlaw.com

Dated: October 23, 2007

By: /s/ Allison M. Rovner
    Dechert LLP
    Cira Centre
    2929 Arch Street
    Philadelphia, PA 19104-2808
    215-994-4000