# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

### ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation | Case No. 6:06-md-01769-ACC-DAIS |
| MDL Docket No. 1769 | |
| DOCUMENT RELATES TO ALL CASES | **RESPONSES OF DEFENDANTS ASTRAZENECA PHARMACEUTICALS LP AND ASTRAZENECA LP TO PLAINTIFFS' AMENDED REQUEST FOR PRODUCTION OF DOCUMENTS** |

## RESPONSES OF DEFENDANTS ASTRAZENECA PHARMACEUTICALS LP AND ASTRAZENECA LP TO PLAINTIFFS' AMENDED REQUEST FOR PRODUCTION OF DOCUMENTS

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP (hereinafter "AstraZeneca") answer and object to Plaintiffs' Amended Request for Production of Documents, served July 6, 2007, as follows.

As Plaintiffs are aware, AstraZeneca has produced over 10.4 million pages of documents in this MDL over the past 8 months collected from the custodial files of the 80 custodians, and, most recently, from other central repositories in response to Plaintiffs' requests for production. As outlined in its individual responses below, AstraZeneca is in the process of producing documents, has agreed to produce additional documents as necessary to satisfy its obligations under the Federal Rules of Civil Procedure, and will continue to produce documents on a rolling basis pursuant to meet-and-confer sessions with Plaintiffs' Lead Counsel.

12858670 3


PLAINTIFF'S EXHIBIT

## GENERAL OBJECTIONS

1.      AstraZeneca objects to Plaintiffs' requests to the extent that they seek documents or information protected against disclosure by the attorney-client privilege, work product doctrine, or other applicable privileges.  In setting forth its responses, AstraZeneca does not waive attorney-client, work product, or other applicable privilege or immunity from disclosure which may attach to information called for in, or responsive to, these discovery requests.  In answering all or any portion of any discovery request, AstraZeneca neither admits the existence of any facts set forth or assumed by the request for production, nor concedes the relevance or materiality of the request or the subject matter to which the request refers.  Furthermore, the fact that AstraZeneca has responded to part or all of any request is not intended to and shall not be construed to be a waiver by AstraZeneca of any part of any objection to any request.

2.      AstraZeneca's responses are made without in any way waiving or intending to waive, but, on the contrary, intending to preserve and preserving the following rights: (i) the right to raise all questions of authenticity, materiality, and admissibility as evidence, for any purpose, with respect to the documents produced or made available for inspection and copying, which may arise in any subsequent proceeding in, or the trial of, this lawsuit or any other action or proceeding; (ii) the right to object to the use of said information and/or documents in any subsequent proceeding in, or the trial of, this lawsuit or any other action or proceeding, on any grounds; and (iii) the right to object on any ground at any time to other discovery requests involving said information and/or documents or the subject matter thereof.

3.     Much of the information sought herein is highly confidential and proprietary and consists of valuable commercial information, trade secrets, or business confidential materials, the disclosure of which would be highly prejudicial to AstraZeneca and the value of which cannot be calculated as money damages.  AstraZeneca specifically objects to these requests to the extent that they seek information or documents that AstraZeneca has gathered relating to its competitors, which is proprietary, highly confidential, and the disclosure of which would compromise its business interests because Seroquel® (quetiapine fumarate) is a currently distributed medication.  Consequently, to the extent such information is discoverable, it will be produced only subject to the MDL stipulated protective order.

4.     Many of Plaintiffs' requests seek documents that have already been produced or are in the process of being produced in the MDL.  AstraZeneca has produced over 10.4 million pages of documents representing a part of AstraZeneca's ultimate document production.  These documents are being produced in formats that are fully searchable by Plaintiffs pursuant to their own requested specifications, thereby presenting Plaintiffs with no greater burden in identifying documents in the production that are responsive to these requests for production than would be incurred by AstraZeneca.  Where AstraZeneca agrees to produce additional documents responsive to this request, it agrees to do so only to the extent the documents are maintained in a central file.  AstraZeneca will consider reasonable requests by Plaintiffs to search for files that are not in a central location.

5.     AstraZeneca objects to these requests as overly broad and unduly burdensome to the extent they call for the identification of "all" documents or "any and all" documents when all

relevant facts can be obtained from fewer than "all" documents or "any and all" documents. AstraZeneca objects to these requests to the extent they seek documents other than those that can be located upon a search of files where such documents reasonably can be expected to be found. Additionally, documents may exist which reference Seroquel® generally, but are not relevant to the issues presented in this litigation. AstraZeneca is willing to consider any narrowing of these requests which Plaintiffs may present.

6.      Some of the requests seek information or documents, the disclosure of which would violate privacy rights of non-parties including, but not limited to, those privacy rights guaranteed by the federal and state constitutions as well as federal and state statutes and regulations. AstraZeneca objects to the disclosure of personal identifying information pertaining to those who reported adverse events, participated in clinical trials, or took Seroquel® for any reason at any time. AstraZeneca is precluded from disclosing the identities of patients, hospitals, or health care professionals (or any third party) who report events covered by the adverse event reporting process. See, e.g., 21 C.F.R. § 20.63(f). To the extent that documents containing information protected from disclosure by federal or state law are produced, AstraZeneca will redact such documents to remove personally identifiable information.

7.      AstraZeneca objects to these requests to the extent that they purport to require AstraZeneca to provide a compilation, abstract, audit, and/or other document summary that does not currently exist.

8.      AstraZeneca objects to the privilege log requirements imposed in Instruction 4. AstraZeneca will provide a privilege log containing sufficient information to allow Plaintiffs to evaluate the privilege claim.

9.      AstraZeneca objects to the definition of "Seroquel" in Definition No. 6 as vague and overbroad.  Per agreement reached between Stephen McConnell (Dechert LLP, Counsel for AstraZeneca) and Camp Bailey (Plaintiffs' Lead Counsel) on June 25, 2007, AstraZeneca defines "Seroquel" as "the antipsychotic drug quetiapine fumarate, in any form, including (but not limited to) the medication marketed and sold under the brand name Seroquel®, any chemical equivalents, and any predecessor or non-final derivation of the drug marketed by any AstraZeneca entity."

10.      AstraZeneca objects to the definition of "Injuries" in Definition No. 12 with respect to the inclusion of type I diabetes.

11.      AstraZeneca objects to the definition of "relevant period" in Definition No. 10 as overbroad.  Documents in this case have been produced pursuant to a cutoff date negotiated by the parties.

12.      AstraZeneca objects to the extent that any request seeks information related to products other than Seroquel®.

13.      New or additional information may become known to AstraZeneca in the future. Accordingly, AstraZeneca reserves the right to revise, correct, add to, or clarify any of the responses set forth herein.

## RESPONSES TO PLAINTIFFS' AMENDED
## REQUEST FOR PRODUCTION OF DOCUMENTS

AstraZeneca's General Objections are incorporated by reference into each response set forth below.

REQUEST FOR PRODUCTION NO. 1:  The "Market Research" reports on Seroquel from 1997 to date, including but not limited to the reports and research as described on Pg.19, L.1 – Pg.20, L.14 of the draft copy of the deposition of Alfred Paulson, attached hereto as Exhibit "1," which would include the reports and results of marketing surveys, focus groups, and telephone calls e.g. "attitudinal studies,"

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is vague, overly broad, and unduly burdensome.  AstraZeneca further objects on the grounds that this request is duplicative of Request Nos. 4(c), (d), and (e) from "Plaintiffs' Request for Production of Documents," served on June 26, 2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to its response to Request Nos. 4(c), (d), and (e) from "Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents," served on July 26, 2007.

REQUEST FOR PRODUCTION NO. 2:  The project STORM ("Seroquel Takes Olanzapine Risperdal Market Share) documents including but not limited to all communication blitzes, messaging blitzes, dosing blitzes and long-term care updates.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome.  AstraZeneca further objects on the grounds that this request is duplicative of Request No. 40(h) from "Plaintiffs' Request for Production of Documents," served on June 26, 2007.

6

Subject to and without waiving its general and specific objections, AstraZeneca refers to its response to Request No. 40(h) from "Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents," served on July 26, 2007.

REQUEST FOR PRODUCTION NO. 3:  The "Sales Training" manuals or documents from 1997 to date utilized to train the Pharmaceutical Sales Specialists about Seroquel and how to perform their job for Seroquel.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is duplicative of Request No. 53 from "Plaintiffs' Request for Production of Documents," served on June 26, 2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to its response to Request No. 53 from "Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents," served on July 26, 2007.

REQUEST FOR PRODUCTION NO. 4:  The transcript, voicemails, voicemail scripts, and voicemail logs regarding the voicemails left for the PSSs for Seroquel from 1997 to date (e.g. Paulson Exhibit #6) dated 06/20/07 attached hereto as Exhibit "2."

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome.

Subject to and without waiving its general and specific objections, AstraZeneca states that it has already produced voicemail scripts in the custodial files.  The bates numbers for these

documents are:  AZ/SER 7445077; AZ/SER 3741092; AZ/SER 3748914-915; AZ/SER

7528285-286; AZ/SER 08380240-241; AZ/SER 08384343; AZ/SER 2021203.

AstraZeneca further states that it will produce all Promotional Regulatory Affairs (PRA)

approved materials for Seroquel®.  Voicemail scripts will be included in the PRA production.

AstraZeneca will identify its PRA production by bates numbers.  AstraZeneca further states that

upon reasonable investigation, it is unaware of additional voicemail transcripts, voicemails,

voicemail scripts or voicemail logs related to Seroquel® existing in a central location.

REQUEST FOR PRODUCTION NO. 5:  The approved promotional materials utilized by PSSs
on Seroquel from 1997 to date.  This would include those items listed in the "Menu of Options"
(MoO) as set forth in Marketing & Sales Business Policies and Guidelines B-1 2.4.1 and 2.4.2
attached hereto as Exhibit "3."

**RESPONSE:**  AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA)

approved materials for Seroquel®.  Approved promotional materials utilized by PSSs in the

United States on Seroquel® will be included in the PRA production.  AstraZeneca will identify

its PRA production by bates numbers.

REQUEST FOR PRODUCTION NO. 6:  The approved reprints and printouts utilized by the
PSSs for Seroquel from 1997 to date.  This would include approved reprints and printouts for
Seroquel as referenced in Marketing & Sales B-1 2.4.4 attached hereto as Exhibit "3."

**RESPONSE:**  AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA)

approved materials for Seroquel®.  Approved reprints and printouts utilized by PSSs in the

United States for Seroquel® will be included in the PRA production.  AstraZeneca will identify

its PRA production by bates numbers.

REQUEST FOR PRODUCTION NO. 7:  The "Scientific" and "Commercial" exhibits for
Seroquel from 1997 to date (e.g. Marketing & Sales C-4.3) attached hereto as Exhibit "4."

**RESPONSE:**  AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA)

approved materials for Seroquel®.  "Scientific" and "Commercial" exhibits for Seroquel® will

be included in the PRA production.  AstraZeneca will identify its PRA production by bates

numbers.

REQUEST FOR PRODUCTION NO. 8:  The "pre-brief" documents from 1997 to date utilized
prior to any national convention or meeting in which Seroquel was to be promoted or discussed.
*For example, see* Marketing & Sales C-4 2.1.1 attached hereto as Exhibit "4."

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is vague and ambiguous,

particularly with respect to the phrase "pre-brief."

      Subject to and without waiving its general and specific objections, AstraZeneca states

that, after reasonable investigation, it is unaware of "pre-brief" documents utilized prior to any

national convention or meeting in which Seroquel® was to be promoted or discussed existing in

a central location.

REQUEST FOR PRODUCTION NO. 9:  The "Government Employee/Service Provider Forms"
signed by a GE who provided consulting services or participated in an AstraZeneca supported
educational program, which involved Seroquel.  *For example, see* Marketing & Sales C-5 2.5
attached hereto as Exhibit "5."

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome.

Subject to and without waiving its general and specific objections, AstraZeneca states that it is investigating this request and will produce non-privileged GE or consultant signed "Government Employee/Service Provider Forms" related to Seroquel® to the extent they exist in a central location.

REQUEST FOR PRODUCTION NO. 10: The promotional software or approved promotional or informational materials utilized by PSSs in the promotion of Seroquel from 1997 to date. *For example, see* Marketing & Sales E-2 2.3 attached hereto as Exhibit "6."

**RESPONSE:** AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA) approved materials for Seroquel®. Promotional software or approved promotional or informational materials utilized by PSSs in the United States in the promotion of Seroquel® will be included in the PRA production. AstraZeneca will identify its PRA production by bates numbers.

REQUEST FOR PRODUCTION NO. 11: The Compass and Northstar Reference Manuals. *For example, see* Marketing & Sales F-G-1 1.4 attached hereto as Exhibit "7."

**RESPONSE:** AstraZeneca states that it has already produced the Compass and Northstar Reference Manual at bates numbers: AZ/DOJ/SER 000656-0687. AstraZeneca further states that, upon reasonable investigation, it is unaware of additional Compass and Northstar Reference Manuals existing in a central location.

REQUEST FOR PRODUCTION NO. 12: The minutes or records of the Commercial Leadership Team (CLT) for Seroquel from 1997 to date.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome.  AstraZeneca further objects on the grounds that this request is duplicative of Request Nos. 1(e), 2, and 3 from "Plaintiffs' Request for Production of Documents," served on June 26, 2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to its response to Request Nos. 1(e), 2, and 3 from "Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents," served on July 26, 2007.

REQUEST FOR PRODUCTION NO. 13:  The materials and agendas prepared for discussion prior to or during the meetings of the Commercial Leadership Team for Seroquel.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome.  AstraZeneca further objects on the grounds that this request is duplicative of Request Nos. 1(e), 2, and 3 from "Plaintiffs' Request for Production of Documents," served on June 26, 2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to its response to Request Nos. 1(e), 2, and 3 from "Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents," served on July 26, 2007.

REQUEST FOR PRODUCTION NO. 14:  The minutes or records of the Seroquel Brand Team (SBT) from 1997 to present.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome.  AstraZeneca further objects on the grounds that this request is duplicative of Request Nos. 1(bb), 2, and 3 from "Plaintiffs' Request for Production of Documents," served on June 26, 2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to its response to Request Nos. 1(bb), 2, and 3 from "Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents," served on July 26, 2007.

REQUEST FOR PRODUCTION NO. 15:  The materials and agendas prepared for discussion prior to or during the meetings of the Seroquel Brand Team.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome.  AstraZeneca further objects on the grounds that this request is duplicative of Request Nos. 1(bb), 2, and 3 from "Plaintiffs' Request for Production of Documents," served on June 26, 2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to its response to Request Nos. 1(bb), 2, and 3 from "Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents," served on July 26, 2007.

REQUEST FOR PRODUCTION NO. 16:  All "Objection Handlers" or similar documents from Seroquel from 1997 to date as described on Pg.261, L.20 – Pg. 264, L.20 of the draft copy of the Paulson deposition attached hereto as Exhibit "8."

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is duplicative of

Request No. 55 from "Plaintiffs' Request for Production of Documents," served on June 26,

2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to

its response to Request No. 55 from "Responses of Defendants AstraZeneca Pharmaceuticals LP

and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents," served on July

26, 2007.

REQUEST FOR PRODUCTION NO. 17:  The "form letters" and/or response documents
regarding Seroquel from 1997 to date that were sent to healthcare providers after a "Professional
Information Request" was submitted by a PSS.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is vague, overly broad,

and unduly burdensome.  AstraZeneca further objects on the grounds that this request is

duplicative of Request No. 4(b) from "Plaintiffs' Request for Production of Documents," served

on June 26, 2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to

its response to Request No. 4(b) from "Responses of Defendants AstraZeneca Pharmaceuticals

LP and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents," served on

July 26, 2007.  AstraZeneca further states that it has already produced Professional Information

Request form response documents regarding Seroquel® in the custodial files.  AstraZeneca will

identify these documents by bates numbers.  AstraZeneca is investigating whether there are

additional Seroquel® Professional Information Request form response documents and will

produce them to the extent they exist in a central location.

REQUEST FOR PRODUCTION NO. 18:  The "Sales Force Communications Plans" for
Seroquel from 1997 to date (e.g. Paulson Exhibit #8) dated 06/20/07 attached hereto as Exhibit
"9."

**RESPONSE:**  AstraZeneca states that it has already produced Sales Force Communications

Plans related to Seroquel® in the custodial files.  The bates numbers for these documents are:

AZ/SER 3557603-618; AZ/SER 0929044-048; AZ/SER 3989336-342.  AstraZeneca is

investigating whether there are additional Seroquel® Sales Force Communication Plans and will

produce them to the extent they exist in a central location.

REQUEST FOR PRODUCTION NO. 19:  The transcripts and records, via audio or video, of the
"Emphasis Meetings" or National or Regional Sales meeting regarding Seroquel from 1997 to
date as described on Pg.287, L.11 – Pg.288, L.24 of the draft copy of the Paulson deposition
attached hereto as Exhibit "10."

**RESPONSE:**  AstraZeneca states that, upon reasonable investigation, it is unaware of

transcriptions or recordings of "Emphasis Meetings" or National or Regional sales meetings

regarding Seroquel® existing in a central location.

REQUEST FOR PRODUCTION NO. 20:  The documents, power-points, programs, agendas,
and materials of any kind prepared for the "Emphasis Meeting" or National or Regional Sales
Meeting regarding Seroquel from 1997 to date as described on Pg.287, L.11 – Pg.288, L.24 of
the draft copy of the Paulson deposition attached hereto as Exhibit "10."

**RESPONSE:**  AstraZeneca states that "Emphasis Meeting" documents have already been

produced.  The bates numbers are: AZ/DOJ 002042-2055.  AstraZeneca further states that it has

already produced Emphasis Meeting and National or Regional sales meeting documents related

14

to Seroquel® in the custodial files.  AstraZeneca will identify these documents by bates

numbers.  AstraZeneca further states that, upon reasonable investigation, it is unaware of

"Emphasis Meetings" or National or Regional sales meeting materials regarding Seroquel®

existing in a central location.

REQUEST FOR PRODUCTION NO. 21:  The "virtual classroom" training or course materials
from AstraZeneca University or AstraZeneca Academy on Seroquel from 1997 to date as
described on Pg. 291, L.20 – Pg.297, L.14 of the draft copy of the Paulson deposition attached
hereto as Exhibit "11."

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is duplicative of

Request Nos. 23 and 24 from "Plaintiffs' Request for Production of Documents," served on June

26, 2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to

its response to Request Nos. 23 and 24 from "Responses of Defendants AstraZeneca

Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of

Documents," served on July 26, 2007.

REQUEST FOR PRODUCTION NO. 22:  The "news flashes" to the PSSs on Seroquel from
1997 to date as described on Pg.299, L.8 – Pg.300, L.17 of the draft copy of the Paulson
deposition attached hereto as Exhibit "12."

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is duplicative of

Request No. 38 from "Plaintiffs' Request for Production of Documents," served on June 26,

2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to its response to Request No. 38 from "Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents," served on July 26, 2007.

REQUEST FOR PRODUCTION NO. 23:  The "broadcast e-mails" to the PSSs concerning Seroquel from 1997 to date as described on Pg.301, L.12 – Pg.302, L.2 of the draft copy of the Paulson deposition attached hereto as Exhibit "13."

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome.  AstraZeneca further objects to this request on the grounds that it is vague and ambiguous, particularly with respect to the phrase "broadcast e-mails."  Subject to and without waiving its general and specific objections, AstraZeneca states that, upon reasonable investigation, it is unaware of "broadcast e-mails" concerning Seroquel® existing in a central location.

REQUEST FOR PRODUCTION NO. 24:  The "audits" or "aided message recall" documents on Seroquel from 1997 to date as described on Pg.303, L.22 – Pg. 304, L.17 of the draft copy of the Paulson deposition attached hereto as Exhibit "14."

**RESPONSE:**  AstraZeneca states that it has already produced "aided message recall" documents related to Seroquel® in the custodial files.  AstraZeneca will identify these documents by bates numbers.  AstraZeneca is investigating whether there are additional Seroquel® "audits" or "aided message recall" documents and will produce them to the extent they exist in a central location.

REQUEST FOR PRODUCTION NO. 25:  The "coaching forms" regarding the Seroquel [sic] from 1997 to date as described at Pg.302, L.10 – Pg.303, L.14 of the draft copy of the Paulson deposition attached hereto as Exhibit "15."

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is vague and ambiguous, particularly with respect to the phrase "coaching forms."

Subject to and without waiving its specific and general objections, AstraZeneca states that it has already produced Electronic Field Coaching Forms (EFCFs) related to Seroquel® in the custodial files.  AstraZeneca will identify these documents by bates numbers.  AstraZeneca is investigating whether there are additional Seroquel®-related EFCFs and will produce them to the extent they exist in a central location.

REQUEST FOR PRODUCTION NO. 26:  The "patient education material" available to the sales force for Seroquel from 1997 to date as described on Pg. 307, L.8 – L.17 and Pg. 312, L.2 – L.24 of the draft copy of the Paulson deposition attached hereto as Exhibit "16."

**RESPONSE:**  AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA) approved materials for Seroquel®.  "Patient education material" will be included in the PRA production.  AstraZeneca will identify its PRA production by bates numbers.

REQUEST FOR PRODUCTION NO. 27:  The "approved promotional materials" for Seroquel from 1997 to date as described on Pg.310, L.9 – Pg. 311, L.12 of the draft copy of the Paulson deposition attached hereto as Exhibit "17."

**RESPONSE:** AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA) approved materials for Seroquel®.  Approved promotional materials will be included in the PRA production.  AstraZeneca will identify its PRA production by bates numbers.

REQUEST FOR PRODUCTION NO. 28:  The "e-detailing" documents concerning Seroquel from 1997 to date as described on Pg.320, L.22 – Pg.3222, L.12 of the draft copy of the Paulson deposition attached hereto as Exhibit "18."

**RESPONSE:**  AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA) approved materials for Seroquel®.  E-detailing documents will be included in the PRA production.  AstraZeneca will identify its PRA production by bates numbers.

REQUEST FOR PRODUCTION NO. 29:  The "core message" documents for Seroquel from 1997 to present as described on Pg.417, L.5 – L.15 of the draft copy of the Paulson deposition attached hereto as Exhibit "19."

**RESPONSE:**  AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA) approved materials for Seroquel®.  Core message documents will be included in the PRA production.  AstraZeneca will identify its PRA production by bates numbers.

REQUEST FOR PRODUCTION NO. 30:  The monthly "T&P" (targeting and performance) reports for Seroquel from 1997 to date as described on Pg.235, L.9 – L.24 and Pg.238, L.9 – Pg. 239, L.15 of the draft copy of the Paulson deposition attached hereto as Exhibit "20."

**RESPONSE:**  AstraZeneca is investigating this request and will produce non-privileged T&P reports related to Seroquel® to the extent they exist in a central location.

18

REQUEST FOR PRODUCTION NO. 31:  The "Brand Strategy" documents for Seroquel from 1997 to date as described on Pg.240, L.2 – L.18 of the draft copy of the Paulson deposition attached hereto as Exhibit "21."

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is vague, overly broad, and unduly burdensome.  AstraZeneca further objects on the grounds that this request is duplicative, in part, of Request No. 12 from "Plaintiffs' Request for Production of Documents," served on June 26, 2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers, in part, to its response to Request No. 12 from "Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents," served on July 26, 2007.  AstraZeneca further states that, to the extent this request is not duplicative, it has already produced brand strategy documents related to Seroquel® in the custodial files.  AstraZeneca will identify these documents by bates numbers.  AstraZeneca is investigating whether there are additional Seroquel® brand strategy documents and will produce them to the extent they exist in a central location.

REQUEST FOR PRODUCTION NO. 32:  The "Commercial Targeting Plans" (CTP) for Seroquel from 1997 to date as described on Pg.244, L.8 – Pg.245, L.9 of the draft copy of the Paulson deposition attached hereto as Exhibit "22."

**RESPONSE:**  AstraZeneca states that it is investigating this request and will produce non-privileged Commercial Targeting Plans related to Seroquel® to the extent they exist in a central location.

REQUEST FOR PRODUCTION NO. 33:  The "Seroquel Drive the Dose" sales and/or tool kits.

  **RESPONSE:**  AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA) approved materials for Seroquel®.  "Seroquel Drive the Dose" sales materials will be included in the PRA production.  AstraZeneca will identify its PRA production by bates numbers.  AstraZeneca further states that it is investigating this request and will produce "Seroquel Drive the Dose" tool kits to the extent they exist in a central location.

Dated:  August 6, 2007

<div style="margin-left:40%">

By: /s/ Kevin T. Kerns
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
215-994-4000
Counsel for Defendants AstraZeneca
 Pharmaceuticals LP and AstraZeneca LP

</div>

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 6th day of August, 2007, I served the foregoing

Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs'

Amended Request for Production of Documents via electronic mail upon counsel on the attached

service list.  Service on Plaintiffs' Liaison Counsel constitutes service on all unrepresented

plaintiffs.

<div style="margin-left:50%">

By: <u>/s/ Jeffrey F. Manzella</u>
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
215-994-4000
Counsel for Defendants AstraZeneca
    Pharmaceuticals LP and AstraZeneca LP

</div>

August 6, 2007

12858670.3

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>***Plaintiffs' Lead Counsel*** | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br>E. Ashley Cranford, Esq.<br>Whatley Drake & Kallas, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ccf@whatleydrake.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca***<br>***Pharmaceuticals LP and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Steven M. Selna, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>steven.selna@dbr.com<br>***Attorneys for Defendants Janssen***<br>***Pharmaceutical Products and Johnson &***<br>***Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP***<br>***and AstraZeneca Pharmaceuticals LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

| | |
|---|---|
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net |
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |