UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br><br>MDL Docket No. 1769<br><br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAIS<br><br>**FIRST AMENDED RESPONSES OF DEFENDANTS ASTRAZENECA PHARMACEUTICALS LP AND ASTRAZENECA LP TO PLAINTIFFS' AMENDED REQUEST FOR PRODUCTION OF DOCUMENTS** |

**FIRST AMENDED RESPONSES OF DEFENDANTS ASTRAZENECA
PHARMACEUTICALS LP AND ASTRAZENECA LP TO PLAINTIFFS'
AMENDED REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP (hereinafter

"AstraZeneca") answer and object to Plaintiffs' Amended Request for Production of Documents,

served July 6, 2007, as follows.

As Plaintiffs are aware, AstraZeneca has produced nearly 11 million pages of documents

in this MDL in over 10 months, the vast majority of which are documents collected from the

custodial files of 94 custodians and the IND and NDA. As outlined in its individual responses

below, AstraZeneca is in the process of producing documents, has agreed to produce additional

documents as necessary to satisfy its obligations under the Federal Rules of Civil Procedure, and

will continue to produce documents on a rolling basis pursuant to meet-and-confer sessions with

Plaintiffs' Lead Counsel.



PLAINTIFF'S EXHIBIT

## GENERAL OBJECTIONS

1.      AstraZeneca objects to Plaintiffs' requests to the extent that they seek documents

or information protected against disclosure by the attorney-client privilege, work product

doctrine, or other applicable privileges. In setting forth its responses, AstraZeneca does not

waive attorney-client, work product, or other applicable privilege or immunity from disclosure

which may attach to information called for in, or responsive to, these discovery requests. In

answering all or any portion of any discovery request, AstraZeneca neither admits the existence

of any facts set forth or assumed by the request for production, nor concedes the relevance or

materiality of the request or the subject matter to which the request refers. Furthermore, the fact

that AstraZeneca has responded to part or all of any request is not intended to and shall not be

construed to be a waiver by AstraZeneca of any part of any objection to any request.

2.      AstraZeneca's responses are made without in any way waiving or intending to

waive, but, on the contrary, intending to preserve and preserving the following rights: (i) the

right to raise all questions of authenticity, materiality, and admissibility as evidence, for any

purpose, with respect to the documents produced or made available for inspection and copying,

which may arise in any subsequent proceeding in, or the trial of, this lawsuit or any other action

or proceeding; (ii) the right to object to the use of said information and/or documents in any

subsequent proceeding in, or the trial of, this lawsuit or any other action or proceeding, on any

grounds; and (iii) the right to object on any ground at any time to other discovery requests

involving said information and/or documents or the subject matter thereof.

2

3.     Much of the information sought herein is highly confidential and proprietary and consists of valuable commercial information, trade secrets, or business confidential materials, the disclosure of which would be highly prejudicial to AstraZeneca and the value of which cannot be calculated as money damages. AstraZeneca specifically objects to these requests to the extent that they seek information or documents that AstraZeneca has gathered relating to its competitors, which is proprietary, highly confidential, and the disclosure of which would compromise its business interests because Seroquel® (quetiapine fumarate) is a currently distributed medication. Consequently, to the extent such information is discoverable, it will be produced only subject to the MDL stipulated protective order.

4.     Many of Plaintiffs' requests seek documents that have already been produced or are in the process of being produced in the MDL. AstraZeneca has produced nearly 11 million pages of documents representing a part of AstraZeneca's ultimate document production. These documents are being produced in formats that are fully searchable by Plaintiffs pursuant to their own requested specifications, thereby presenting Plaintiffs with no greater burden in identifying documents in the production that are responsive to these requests for production than would be incurred by AstraZeneca. Where AstraZeneca agrees to produce additional documents responsive to this request, it agrees to do so only to the extent the documents are maintained in a central file. AstraZeneca will consider reasonable requests by Plaintiffs to search for files that are not in a central location.

5.     AstraZeneca objects to these requests as overly broad and unduly burdensome to the extent they call for the identification of "all" documents or "any and all" documents when all

3

relevant facts can be obtained from fewer than "all" documents or "any and all" documents. AstraZeneca objects to these requests to the extent they seek documents other than those that can be located upon a search of files where such documents reasonably can be expected to be found. Additionally, documents may exist which reference Seroquel® generally, but are not relevant to the issues presented in this litigation. AstraZeneca is willing to consider any narrowing of these requests which Plaintiffs may present.

6.      Some of the requests seek information or documents, the disclosure of which would violate privacy rights of non-parties including, but not limited to, those privacy rights guaranteed by the federal and state constitutions as well as federal and state statutes and regulations. AstraZeneca objects to the disclosure of personal identifying information pertaining to those who reported adverse events, participated in clinical trials, or took Seroquel® for any reason at any time. AstraZeneca is precluded from disclosing the identities of patients, hospitals, or health care professionals (or any third party) who report events covered by the adverse event reporting process. See, e.g., 21 C.F.R. § 20.63(f). To the extent that documents containing information protected from disclosure by federal or state law are produced, AstraZeneca will redact such documents to remove personally identifiable information.

7.      AstraZeneca objects to these requests to the extent that they purport to require AstraZeneca to provide a compilation, abstract, audit, and/or other document summary that does not currently exist.

4

8.     AstraZeneca objects to the privilege log requirements imposed in Instruction 4. AstraZeneca will provide a privilege log containing sufficient information to allow Plaintiffs to evaluate the privilege claim.

9.     AstraZeneca objects to the definition of "Seroquel" in Definition No. 6 as vague and overbroad. Per agreement reached between Stephen McConnell (Dechert LLP, Counsel for AstraZeneca) and Camp Bailey (Plaintiffs' Lead Counsel) on June 25, 2007, AstraZeneca defines "Seroquel" as "the antipsychotic drug quetiapine fumarate, in any form, including (but not limited to) the medication marketed and sold under the brand name Seroquel®, any chemical equivalents, and any predecessor or non-final derivation of the drug marketed by any AstraZeneca entity."

10.     AstraZeneca objects to the definition of "Injuries" in Definition No. 12 with respect to the inclusion of type I diabetes.

11.     AstraZeneca objects to the definition of "relevant period" in Definition No. 10 as overbroad. Documents in this case have been produced pursuant to a cutoff date negotiated by the parties.

12.     AstraZeneca objects to the extent that any request seeks information related to products other than Seroquel®.

13.     New or additional information may become known to AstraZeneca in the future. Accordingly, AstraZeneca reserves the right to revise, correct, add to, or clarify any of the responses set forth herein.

**FIRST AMENDED RESPONSES TO PLAINTIFFS' AMENDED
REQUEST FOR PRODUCTION OF DOCUMENTS**

AstraZeneca's General Objections are incorporated by reference into each response set

forth below.

REQUEST FOR PRODUCTION NO. 1:  The "Market Research" reports on Seroquel from 1997
to date, including but not limited to the reports and research as described on Pg.19, L.1 – Pg.20,
L.14 of the draft copy of the deposition of Alfred Paulson, attached hereto as Exhibit "1," which
would include the reports and results of marketing surveys, focus groups, and telephone calls e.g.
"attitudinal studies,"

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is vague, overly broad,

and unduly burdensome.  AstraZeneca further objects on the grounds that this request is

duplicative of Request Nos. 4(c), (d), and (e) from "Plaintiffs' Request for Production of

Documents," served on June 26, 2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to

its response to Request Nos. 4(c), (d), and (e) from "Responses of Defendants AstraZeneca

Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of

Documents," served on July 26, 2007.

REQUEST FOR PRODUCTION NO. 2:  The project STORM ("Seroquel Takes Olanzapine
Risperdal Market Share) documents including but not limited to all communication blitzes,
messaging blitzes, dosing blitzes and long-term care updates.

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome.  AstraZeneca further objects on the grounds that this request is duplicative

of Request No. 40(h) from "Plaintiffs' Request for Production of Documents," served on June

26, 2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to its response to Request No. 40(h) from "Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents," served on July 26, 2007.

REQUEST FOR PRODUCTION NO. 3:  The "Sales Training" manuals or documents from 1997 to date utilized to train the Pharmaceutical Sales Specialists about Seroquel and how to perform their job for Seroquel.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is duplicative of

Request No. 53 from "Plaintiffs' Request for Production of Documents," served on June 26,

2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to its response to Request No. 53 from "Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents," served on July 26, 2007.

REQUEST FOR PRODUCTION NO. 4:  The transcript, voicemails, voicemail scripts, and voicemail logs regarding the voicemails left for the PSSs for Seroquel from 1997 to date (e.g. Paulson Exhibit #6) dated 06/20/07 attached hereto as Exhibit "2."

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome.

Subject to and without waiving its general and specific objections, AstraZeneca states

that it has already produced voicemail scripts in the custodial files.  The bates numbers for these

7

documents are:  AZ/SER 7445077; AZ/SER 3741092; AZ/SER 3748914-915; AZ/SER

7528285-286; AZ/SER 08380240-241; AZ/SER 08384343; AZ/SER 2021203.

AstraZeneca further states that it will produce all Promotional Regulatory Affairs (PRA)

approved materials for Seroquel®.  Voicemail scripts for voicemails left for PSSs regarding

Seroquel® are included in the PRA production.  AstraZeneca's PRA production is located at

AZ/SER 10415651 to AZ/SER 10477612.

AstraZeneca further states that it will produce voicemail transcripts, voicemails,

voicemail scripts or voicemail logs for voicemails left for PSSs related to Seroquel® to the

extent the documents are stored in one or more databases, departmental files, archival files, or in

the files of the individuals responsible for creating and/or storing such materials.

REQUEST FOR PRODUCTION NO. 5:  The approved promotional materials utilized by PSSs
on Seroquel from 1997 to date.  This would include those items listed in the "Menu of Options"
(MoO) as set forth in Marketing & Sales Business Policies and Guidelines B-1 2.4.1 and 2.4.2
attached hereto as Exhibit "3."

**RESPONSE:**  AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA)

approved materials for Seroquel®.  Approved promotional materials utilized by PSSs in the

United States on Seroquel® are included in the PRA production.  AstraZeneca's PRA production

is located at AZ/SER 10415651 to AZ/SER 10477612.

8

REQUEST FOR PRODUCTION NO. 6:  The approved reprints and printouts utilized by the PSSs for Seroquel from 1997 to date.  This would include approved reprints and printouts for Seroquel as referenced in Marketing & Sales B-1 2.4.4 attached hereto as Exhibit "3."

**RESPONSE:**  AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA) approved materials for Seroquel®.  Approved reprints and printouts utilized by PSSs in the United States for Seroquel® are included in the PRA production.  AstraZeneca's PRA production is located at AZ/SER 10415651 to AZ/SER 10477612.

REQUEST FOR PRODUCTION NO. 7:  The "Scientific" and "Commercial" exhibits for Seroquel from 1997 to date (e.g. Marketing & Sales C-4.3) attached hereto as Exhibit "4."

**RESPONSE:**  AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA) approved materials for Seroquel®.  "Scientific" and "Commercial" exhibits for Seroquel® are included in the PRA production.  AstraZeneca's PRA production is located at AZ/SER 10415651 to AZ/SER 10477612.

REQUEST FOR PRODUCTION NO. 8:  The "pre-brief" documents from 1997 to date utilized prior to any national convention or meeting in which Seroquel was to be promoted or discussed. *For example, see* Marketing & Sales C-4 2.1.1 attached hereto as Exhibit "4."

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is vague and ambiguous, particularly with respect to the phrase "pre-brief."

Subject to and without waiving its general and specific objections, AstraZeneca states that, after reasonable investigation, it is unaware of "pre-brief" documents utilized prior to any national convention or meeting in which Seroquel® was to be promoted or discussed stored in

one or more databases, departmental files, archival files, or in the files of the individuals

responsible for creating and/or storing such materials.

REQUEST FOR PRODUCTION NO. 9:  The "Government Employee/Service Provider Forms"
signed by a GE who provided consulting services or participated in an AstraZeneca supported
educational program, which involved Seroquel. *For example, see* Marketing & Sales C-5 2.5
attached hereto as Exhibit "5."

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome.

Subject to and without waiving its general and specific objections, AstraZeneca states

that it has located "Government Employee/Service Provider Forms" for programs involving

Seroquel® in one or more databases, departmental files, archival files, or in the files of the

individuals responsible for creating and/or storing such materials, and will produce them.

REQUEST FOR PRODUCTION NO. 10:  The promotional software or approved promotional
or informational materials utilized by PSSs in the promotion of Seroquel from 1997 to date. *For
example, see* Marketing & Sales E-2 2.3 attached hereto as Exhibit "6."

**RESPONSE:**  AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA)

approved materials for Seroquel®.  Promotional software or approved promotional or

informational materials utilized by PSSs in the United States in the promotion of Seroquel® are

included in the PRA production.  AstraZeneca's PRA production is located at AZ/SER 10415651

to AZ/SER 10477612.

REQUEST FOR PRODUCTION NO. 11:  The Compass and Northstar Reference Manuals. *For example, see* Marketing & Sales F-G-1 1.4 attached hereto as Exhibit "7."

      **RESPONSE:**  AstraZeneca states that it has already produced the Compass and

Northstar Reference Manual at bates numbers:  AZ/DOJ/SER 000656-0687, AZSER 10765481,

and AZSER 10765854.  AstraZeneca further states that, upon reasonable investigation, it is

unaware of additional Compass and Northstar Reference Manuals stored in one or more

databases, departmental files, archival files, or in the files of the individuals responsible for

creating and/or storing such materials.


REQUEST FOR PRODUCTION NO. 12:  The minutes or records of the Commercial
Leadership Team (CLT) for Seroquel from 1997 to date.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome.  AstraZeneca further objects on the grounds that this request is duplicative

of Request Nos. 1(e), 2, and 3 from "Plaintiffs' Request for Production of Documents," served

on June 26, 2007.

      Subject to and without waiving its general and specific objections, AstraZeneca refers to

its response to Request Nos. 1(e), 2, and 3 from "Responses of Defendants AstraZeneca

Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of

Documents," served on July 26, 2007.

REQUEST FOR PRODUCTION NO. 13:  The materials and agendas prepared for discussion prior to or during the meetings of the Commercial Leadership Team for Seroquel.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome.  AstraZeneca further objects on the grounds that this request is duplicative of Request Nos. 1(e), 2, and 3 from "Plaintiffs' Request for Production of Documents," served on June 26, 2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to its response to Request Nos. 1(e), 2, and 3 from "Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents," served on July 26, 2007.

REQUEST FOR PRODUCTION NO. 14:  The minutes or records of the Seroquel Brand Team (SBT) from 1997 to present.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome.  AstraZeneca further objects on the grounds that this request is duplicative of Request Nos. 1(bb), 2, and 3 from "Plaintiffs' Request for Production of Documents," served on June 26, 2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to its response to Request Nos. 1(bb), 2, and 3 from "Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents," served on July 26, 2007.

REQUEST FOR PRODUCTION NO. 15:  The materials and agendas prepared for discussion prior to or during the meetings of the Seroquel Brand Team.

RESPONSE:  AstraZeneca objects to this request on the grounds that it is overly broad and

unduly burdensome.  AstraZeneca further objects on the grounds that this request is duplicative

of Request Nos. 1(bb), 2, and 3 from "Plaintiffs' Request for Production of Documents," served

on June 26, 2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to

its response to Request Nos. 1(bb), 2, and 3 from "Responses of Defendants AstraZeneca

Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of

Documents," served on July 26, 2007.


REQUEST FOR PRODUCTION NO. 16:  All "Objection Handlers" or similar documents from Seroquel from 1997 to date as described on Pg.261, L.20 – Pg. 264, L.20 of the draft copy of the Paulson deposition attached hereto as Exhibit "8."

RESPONSE:  AstraZeneca objects to this request on the grounds that it is duplicative of

Request No. 55 from "Plaintiffs' Request for Production of Documents," served on June 26,

2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to

its response to Request No. 55 from "Responses of Defendants AstraZeneca Pharmaceuticals LP

and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents," served on July

26, 2007.

REQUEST FOR PRODUCTION NO. 17:  The "form letters" and/or response documents
regarding Seroquel from 1997 to date that were sent to healthcare providers after a "Professional
Information Request" was submitted by a PSS.

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is vague, overly broad,

and unduly burdensome.  AstraZeneca further objects on the grounds that this request is

duplicative of Request No. 4(b) from "Plaintiffs' Request for Production of Documents," served

on June 26, 2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to

its response to Request No. 4(b) from "Responses of Defendants AstraZeneca Pharmaceuticals

LP and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents," served on

July 26, 2007.

AstraZeneca further states that it has already produced Professional Information Request

form response documents regarding Seroquel® in the custodial files.  The bates numbers for

example documents are:  AZ/SER 09574657, AZ/SER 0484816, AZ/SER 0760254, AZ/SER

1138046, AZ/SER 0760259, AZ/SER 1138461, AZ/SER 1138744, AZ/SER 1151013, AZ/SER

1151019, AZ/SER 1140257, AZ/SER 1140261, AZ/SER 1140512, AZ/SER 1151834, AZ/SER

1151839, AZ/SER 1141546, AZ/SER 1141636, AZ/SER 1143205, AZ/SER 1144461, AZ/SER

1146681, AZ/SER 1146683, AZ/SER 1146684, AZ/SER 0735229, AZ/SER 0735565, AZ/SER

0738371, AZ/SER 1553295, AZ/SER 0744959, AZ/SER 08789388, AZ/SER 08789393,

AZ/SER 0745248, AZ/SER 0745489, AZ/SER 0745496, AZ/SER 0745503, AZ/SER 1498263,

AZ/SER 1498266, AZ/SER 7414156, AZ/SER 7414330, AZ/SER 7415881, AZ/SER 7415886,

AZ/SER7416665, AZ/SER7416694, AZ/SER7416698, AZ/SER7398777, AZ/SER7401805,

AZ/SER 7286443, AZ/SER 7289399, AZ/SER 6685208, AZ/SER 0946134, AZ/SER 0946140,

AZ/SER 0946145, AZ/SER 4358879, AZ/SER 5100711, AZ/SER 5100718, AZ/SER 5100725,

AZ/SER 5100738, AZ/SER 5100742, AZ/SER 5100751, AZ/SER 5100757, AZ/SER 5100767,

AZ/SER 5100771, AZ/SER 5100778, AZ/SER 0946211, AZ/SER 5101420, AZ/SER 4211459,

AZ/SER 1492566, AZ/SER 1492569, AZ/SER 3105623, AZ/SER 1492055, AZ/SER 1492062,

AZ/SER 1492068, AZ/SER 1492071, AZ/SER 1155370, AZ/SER 1171589, AZ/SER 1178176,

AZ/SER 1179509, AZ/SER 1179517, AZ/SER 1179519, AZ/SER 1179521, AZ/SER 1179524,

AZ/SER 1179526, AZ/SER 1179529, AZ/SER 1179532, AZ/SER 1179542, AZ/SER 1179545,

AZ/SER 1179548, AZ/SER 1179551, AZ/SER 1179556, AZ/SER 1184447, AZ/SER 1190970,

AZ/SER 1191395, AZ/SER 1191403, AZ/SER 1191404, AZ/SER 1191406, AZ/SER 1191409,

AZ/SER 1191411, AZ/SER 1191414, AZ/SER 1191417, AZ/SER 1191427, AZ/SER 1191430,

AZ/SER 1191433, AZ/SER 1191436, AZ/SER 1191441, AZ/SER 1195725, AZ/SER 1196388,

AZ/SER 1196865, AZ/SER 1196947, AZ/SER 1196977, AZ/SER 1196985, AZ/SER 1196992,

AZ/SER 1197095, AZ/SER 1197757, AZ/SER 1198120, AZ/SER 1198954, AZ/SER 1199599,

AZ/SER 1200148, AZ/SER 2871962, AZ/SER 1200343, AZ/SER 1438689, AZ/SER 1438703,

AZ/SER 1207705, AZ/SER 1211844, AZ/SER 1211852, AZ/SER 1211854, AZ/SER 1211856,

AZ/SER 1211859, AZ/SER 1211864, AZ/SER 1211865, AZ/SER 1211868, AZ/SER 1211870,

AZ/SER 1211873, AZ/SER 1211875, AZ/SER 1211877, AZ/SER 1211886, AZ/SER 0748571,

AZ/SER 0748664, AZ/SER 7308247, AZ/SER 7308249, AZ/SER 7308423, AZ/SER 7309522,

AZ/SER 7309524, AZ/SER 7306400, AZ/SER 0767461, AZ/SER 1730736, AZ/SER 7302596,

AZ/SER 4361301, AZ/SER 2581249, AZ/SER 2581256, AZ/SER 1282079, AZ/SER 1212681,

AZ/SER 1212685, AZ/SER 1212690, AZ/SER 1721935, AZ/SER 1721942, AZ/SER 1722142,

AZ/SER 7489580.

AstraZeneca states further that it has located Professional Information Request form response documents related to Seroquel® and sent to healthcare providers after a "Professional Information Request" was submitted by a PSS in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials, and is processing them for production.

REQUEST FOR PRODUCTION NO. 18:  The "Sales Force Communications Plans" for Seroquel from 1997 to date (e.g. Paulson Exhibit #8) dated 06/20/07 attached hereto as Exhibit "9."

**RESPONSE:**  AstraZeneca objects to this request on the grounds that this request is duplicative of Request No. 11 from "Plaintiffs' Request for Production of Documents," served on June 26, 2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to its response to Request No. 11 from "Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents," served on July 26, 2007.

AstraZeneca further states that it has already produced Sales Force Communications Plans related to Seroquel® in the custodial files.  The bates numbers for these documents are: AZ/SER 3557603-618, AZ/SER 0929044-048, AZ/SER 3989336-342, AZ/SER 0600504-511, AZ/SER 2582589-599, AZ/SER 2415225-232, AZ/SER 1619883, AZ/SER 7786712-723, AZ/SER 5611874, AZ/SER 6964534-542, AZ/SER 7590108-116.

16

REQUEST FOR PRODUCTION NO. 19:  The transcripts and records, via audio or video, of the "Emphasis Meetings" or National or Regional Sales meeting regarding Seroquel from 1997 to date as described on Pg.287, L.11 – Pg.288, L.24 of the draft copy of the Paulson deposition attached hereto as Exhibit "10."

**RESPONSE:**  AstraZeneca states that, upon reasonable investigation, it is unaware of

transcriptions or recordings of "Emphasis Meetings" or National or Regional sales meetings

regarding Seroquel® stored in one or more databases, departmental files, archival files, or in the

files of the individuals responsible for creating and/or storing such materials.

REQUEST FOR PRODUCTION NO. 20:  The documents, power-points, programs, agendas, and materials of any kind prepared for the "Emphasis Meeting" or National or Regional Sales Meeting regarding Seroquel from 1997 to date as described on Pg.287, L.11 – Pg.288, L.24 of the draft copy of the Paulson deposition attached hereto as Exhibit "10."

**RESPONSE:**  AstraZeneca states that "Emphasis Meeting" documents have already been

produced.  The bates numbers are: AZ/DOJ 002042-2055.  AstraZeneca further states that it has

already produced Emphasis Meeting and National or Regional sales meeting documents related

to Seroquel® in the custodial files.  The bates numbers for example documents are:  AZ/SER

5432565, AZ/SER 5148690, AZ/SER 3881814, AZ/SER 3881816, AZ/SER 3881846, AZ/SER

2658189, AZ/SER 1154505, AZ/SER 7432795, AZ/SER 7442251, AZ/SER 3669967, AZ/SER

3669979, AZ/SER 1432412, AZ/SER 0708626, AZ/SER 4770533, AZ/SER 4770886, AZ/SER

4770904, AZ/SER 4772587, AZ/SER 4774713, AZ/SER 4775135, AZ/SER 4775145, AZ/SER

4775236, AZ/SER 4773221, AZ/SER 5036817, AZ/SER 5036819, AZ/SER 5036837, AZ/SER

5036883, AZ/SER 5037203, AZ/SER 4786579, AZ/SER 4787464, AZ/SER 4788501, AZ/SER

4778637, AZ/SER 4778704, AZ/SER 0717422, AZ/SER 0717427, AZ/SER 0611636, AZ/SER

4797352, AZ/SER 2585076, AZ/SER 2416489, AZ/SER 4958055, AZ/SER 4167775, AZ/SER

5701595, AZSER 08033171, AZ/SER 5684813, AZ/SER 3538054, AZSER 08304800, AZSER 08305227, AZ/SER 4451915, AZ/SER 4938376, AZ/SER 1486474, AZ/SER 6460322, AZSER 09200690, AZ/SER 1129250, AZ/SER 1129251, AZ/SER 3469276, AZ/SER 6964474, AZ/SER 6964608, AZ/SER 6964626, AZ/SER 3599816, AZ/SER 3441420, AZ/SER 2021020, AZ/SER 4665247, AZ/SER 4830231, AZ/SER 4830258, AZ/SER 4831636, AZ/SER 4833269, AZ/SER 4833405, AZ/SER 4833680, AZ/SER 4833735, AZ/SER 4859870, AZ/SER 4860054, AZ/SER 4861176, AZ/SER 3932956, AZ/SER 4863419, AZ/SER 4863445, AZ/SER 4863694, AZ/SER 4858640, AZ/SER 4858646, AZ/SER 4800055, AZ/SER 4808052, AZ/SER 4808133, AZ/SER 4808221, AZ/SER 4828446, AZSER 08408086, AZSER 08287301, AZ/SER 4830232, AZ/SER 4831612, AZ/SER 4833261, AZ/SER 4833565, AZ/SER 3932958, AZ/SER 4799429, AZ/SER 4801138, AZ/SER 4859936, AZ/SER 4807199, AZ/SER 3961534, AZ/SER 3961557, AZ/SER 3961568, AZ/SER 3961600, AZ/SER 4576263, AZ/SER 4468796, AZ/SER 4468869.

AstraZeneca further states that, upon reasonable investigation, it is unaware of "Emphasis Meetings" or National or Regional sales meeting materials regarding Seroquel® stored in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials.

REQUEST FOR PRODUCTION NO. 21: The "virtual classroom" training or course materials from AstraZeneca University or AstraZeneca Academy on Seroquel from 1997 to date as described on Pg. 291, L.20 – Pg.297, L.14 of the draft copy of the Paulson deposition attached hereto as Exhibit "11."

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is duplicative of

Request Nos. 23 and 24 from "Plaintiffs' Request for Production of Documents," served on June

26, 2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to

its response to Request Nos. 23 and 24 from "Responses of Defendants AstraZeneca

Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of

Documents," served on July 26, 2007.


REQUEST FOR PRODUCTION NO. 22: The "news flashes" to the PSSs on Seroquel from 1997 to date as described on Pg.299, L.8 – Pg.300, L.17 of the draft copy of the Paulson deposition attached hereto as Exhibit "12."

**RESPONSE:** AstraZeneca objects to this request on the grounds that it is duplicative of

Request No. 38 from "Plaintiffs' Request for Production of Documents," served on June 26,

2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to

its response to Request No. 38 from "Responses of Defendants AstraZeneca Pharmaceuticals LP

and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents," served on July

26, 2007.

REQUEST FOR PRODUCTION NO. 23:  The "broadcast e-mails" to the PSSs concerning Seroquel from 1997 to date as described on Pg.301, L.12 – Pg.302, L.2 of the draft copy of the Paulson deposition attached hereto as Exhibit "13."

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is overly broad and unduly burdensome.  AstraZeneca further objects to this request on the grounds that it is vague and ambiguous, particularly with respect to the phrase "broadcast e-mails."  Subject to and without waiving its general and specific objections, AstraZeneca states that, upon reasonable investigation, it is unaware of "broadcast e-mails" concerning Seroquel® existing in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials.

REQUEST FOR PRODUCTION NO. 24:  The "audits" or "aided message recall" documents on Seroquel from 1997 to date as described on Pg.303, L.22 – Pg. 304, L.17 of the draft copy of the Paulson deposition attached hereto as Exhibit "14."

**RESPONSE:** AstraZeneca states that it has already produced "aided message recall" documents related to Seroquel® in the custodial files.  The bates numbers for these documents are: AZ/SER 3335683, AZ/SER 0941760, AZ/SER 5149372, AZ/SER 3886016, AZ/SER 0944171, AZ/SER 3344054, AZ/SER 0950054, AZ/SER 0750637, AZ/SER 3670915, AZ/SER 5853479, AZ/SER 3672806, AZ/SER 3674754, AZ/SER 5854154, AZSER 08333707, AZSER 08333785, AZ/SER 0723275, AZ/SER 0723315, AZ/SER 6147079, AZ/SER 5915742, AZ/SER 5931669, AZ/SER 5992811, AZ/SER 6565591, AZ/SER 6001260, AZ/SER 6007845, AZ/SER 1398337, AZ/SER 0691012, AZ/SER 1830411, AZ/SER 1830503, AZ/SER 1400450, AZ/SER 3751067, AZ/SER 3751266, AZ/SER 1827116, AZ/SER 3452144, AZ/SER 3776508, AZ/SER 3792419, AZ/SER 3733539, AZSER 08027697, AZ/SER 3478761, AZ/SER 5686219, AZ/SER 3524306, AZ/SER

6425670, AZ/SER 6425761, AZ/SER 1479658, AZ/SER 4924762, AZ/SER 4096400, AZ/SER

3554348, AZ/SER 1487388, AZ/SER 4939289, AZ/SER 1488593, AZ/SER 6459191, AZ/SER

1480064, AZ/SER 6500751, AZ/SER 6501535, AZ/SER 4928966, AZ/SER 1482600, AZ/SER

1483310, AZ/SER 3380598, AZ/SER 4123540, AZ/SER 3392087, AZ/SER 6100630, AZ/SER

5817424, AZ/SER 6120125, AZ/SER 6123702, AZSER 09521413.

AstraZeneca states further that it has also produced Seroquel® "audits" or "aided

message recall" documents at bates numbers:  AZSER 10790503, AZSER 10790604.

AstraZeneca states further that it is investigating whether there are additional Seroquel® "audits"

or "aided message recall" documents and will produce them to the extent they exist in one or

more databases, departmental files, archival files, or in the files of the individuals responsible for

creating and/or storing such materials.


REQUEST FOR PRODUCTION NO. 25:  The "coaching forms" regarding the Seroquel [sic]
from 1997 to date as described on Pg.302, L.10 – Pg.303, L.14 of the draft copy of the Paulson
deposition attached hereto as Exhibit "15."

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is vague and ambiguous,

particularly with respect to the phrase "coaching forms."

Subject to and without waiving its specific and general objections, AstraZeneca states

that it has already produced Electronic Field Coaching Forms (EFCFs) related to Seroquel® in

the custodial files.  The bates numbers for example documents are:  AZ/SER 5047176, AZ/SER

1930884, AZ/SER 3007068, AZ/SER 3007078, AZ/SER 3007082, AZ/SER 3007101, AZ/SER

3007108, AZ/SER 3007119, AZ/SER 3007123, AZ/SER 3007150, AZ/SER 3007195, AZ/SER

3007199, AZ/SER 0656751, AZ/SER 3007203, AZ/SER 1930914, AZ/SER 3007253, AZ/SER

3007257, AZ/SER 5351429, AZ/SER 4944206, AZ/SER 4944209, AZ/SER 4944237, AZ/SER 4944240, AZ/SER 4944252, AZ/SER 4944255, AZ/SER 4944285, AZ/SER 4944303, AZ/SER 4944321, AZ/SER 4944324, AZ/SER 4944328, AZ/SER 4944331, AZ/SER 4944334, AZ/SER 4944338, AZ/SER 4944341, AZSER 08306265, AZSER 08306268, AZSER 08306271, AZSER 08306274, AZSER 08306277, AZSER 08306281, AZSER 08306285, AZSER 08306289, AZSER 08306293, AZSER 08306297, AZSER 08306300, AZSER 08306303, AZSER 08306306, AZSER 08306309, AZSER 08306312, AZSER 08306315, AZSER 08306318, AZSER 08306322, AZSER 08306326, AZSER 08306330, AZSER 08306334, AZSER08306337, AZSER08306341, AZSER08306345, AZSER08306348, AZSER08306351, AZSER 08306354, AZSER 08306357, AZSER 08306360, AZSER 08306364, AZSER 08306368, AZSER 08306372, AZSER 08306375, AZSER 08306378, AZSER 08306381, AZSER 08306384, AZSER 08306387, AZSER 08306390, AZSER 08306393, AZSER 08306397, AZSER 08306401, AZSER 08306405, AZSER 08306408, AZSER 08306411, AZSER 08306415, AZSER 08306417, AZSER 08306420, AZSER 08306422, AZSER 08306424, AZSER 08306427, AZSER 08306429, AZSER 08306433, AZSER 08306437, AZSER 08306440, AZSER 08306444, AZSER 08306448, AZSER 08306451, AZSER 08306454, AZSER 08306457, AZSER 08306460, AZSER 08306463, AZSER 08306466, AZSER 08306470, AZSER 08306474, AZSER 08306478, AZSER 08306482, AZ/SER 5737095.

AstraZeneca states further that it has located additional Seroquel®-related EFCFs in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials, and is processing them for production.

REQUEST FOR PRODUCTION NO. 26: The "patient education material" available to the sales force for Seroquel from 1997 to date as described on Pg. 307, L.8 – L.17 and Pg. 312, L.2 – L.24 of the draft copy of the Paulson deposition attached hereto as Exhibit "16."

**RESPONSE:** AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA)

approved materials for Seroquel®. "Patient education material" are included in the PRA

production. AstraZeneca's PRA production is located at AZ/SER 10415651 to AZ/SER

10477612.

REQUEST FOR PRODUCTION NO. 27: The "approved promotional materials" for Seroquel from 1997 to date as described on Pg.310, L.9 – Pg. 311, L.12 of the draft copy of the Paulson deposition attached hereto as Exhibit "17."

**RESPONSE:** AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA)

approved materials for Seroquel®. Approved promotional materials are included in the PRA

production. AstraZeneca's PRA production is located at AZ/SER 10415651 to AZ/SER

10477612.

REQUEST FOR PRODUCTION NO. 28: The "e-detailing" documents concerning Seroquel from 1997 to date as described on Pg.320, L.22 – Pg.3222, L.12 of the draft copy of the Paulson deposition attached hereto as Exhibit "18."

**RESPONSE:** AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA)

approved materials for Seroquel®. E-detailing documents are included in the PRA production.

AstraZeneca's PRA production is located at AZ/SER 10415651 to AZ/SER 10477612.

23

REQUEST FOR PRODUCTION NO. 29:  The "core message" documents for Seroquel from
1997 to present as described on Pg.417, L.5 – L.15 of the draft copy of the Paulson deposition
attached hereto as Exhibit "19."

**RESPONSE:**  AstraZeneca states that it will produce all Promotional Regulatory Affairs (PRA)

approved materials for Seroquel®.  Core message documents are included in the PRA

production.  AstraZeneca's PRA production is located at AZ/SER 10415651 to AZ/SER

10477612.

REQUEST FOR PRODUCTION NO. 30:  The monthly "T&P" (targeting and performance)
reports for Seroquel from 1997 to date as described on Pg.235, L.9 – L.24 and Pg.238, L.9 – Pg.
239, L.15 of the draft copy of the Paulson deposition attached hereto as Exhibit "20."

**RESPONSE:**  AstraZeneca states that it has also produced "T&P" reports for Seroquel®  at

bates numbers:  AZSER 10791351, AZSER 10791786.  AstraZeneca states further that it is

investigating whether there are additional "T&P" reports for Seroquel® and will produce them to

the extent they exist in one or more databases, departmental files, archival files, or in the files of

the individuals responsible for creating and/or storing such materials.

REQUEST FOR PRODUCTION NO. 31:  The "Brand Strategy" documents for Seroquel from
1997 to date as described on Pg.240, L.2 – L.18 of the draft copy of the Paulson deposition
attached hereto as Exhibit "21."

**RESPONSE:**  AstraZeneca objects to this request on the grounds that it is vague, overly broad,

and unduly burdensome.  AstraZeneca further objects on the grounds that this request is

duplicative of Request No. 12 from "Plaintiffs' Request for Production of Documents," served

on June 26, 2007.

Subject to and without waiving its general and specific objections, AstraZeneca refers to its response to Request No. 12 from "Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to Plaintiffs' Second Request for Production of Documents," served on July 26, 2007.

REQUEST FOR PRODUCTION NO. 32:  The "Commercial Targeting Plans" (CTP) for Seroquel from 1997 to date as described on Pg.244, L.8 – Pg.245, L.9 of the draft copy of the Paulson deposition attached hereto as Exhibit "22."

**RESPONSE:**  AstraZeneca states that the correct name for the document referenced by Mr. Paulson is Strategic Targeting Plan.  Strategic Targeting Plans (STPs) are in the Cornerstone, SAS, Compass, and SnapPharma databases, which are currently subject to the databases meet and confer process.  AstraZeneca will produce documents responsive to this request in accordance with the consensus reached after the meet and confer.

AstraZeneca further states that it has already produced STPs related to Seroquel® in the custodial files.  The bates numbers for these documents are:  AZSER 08325573-576, AZSER 08325577-580, AZSER 08325581-584, AZSER 08325585-588, AZSER 08325589-591, AZSER 08325592-595, AZSER 08325596-600, AZSER 08325601-604, AZ/SER 5111852-857, AZ/SER 5111859-864, AZ/SER 5111867-872, AZ/SER 5111875-879, AZ/SER 5111882-890, AZ/SER 5111893-901, AZ/SER 5111904-909, AZ/SER 5111912-920, AZ/SER 5111923-934, AZ/SER 5111936-947, AZ/SER 4944213-218, AZ/SER 4944268-271.

REQUEST FOR PRODUCTION NO. 33:  The "Seroquel Drive the Dose" sales and/or tool kits.

**RESPONSE:**  AstraZeneca states that it will produce all Promotional Regulatory Affairs

(PRA) approved materials for Seroquel®.  "Seroquel Drive the Dose" sales materials and/or

toolkits are included in the PRA production.  AstraZeneca's PRA production is located at

AZ/SER 10415651 to AZ/SER 10477612.

Dated:  October 11, 2007

By: /s/ Kevin T. Kerns
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
215-994-4000
Counsel for Defendants AstraZeneca
   Pharmaceuticals LP and AstraZeneca LP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of October, 2007, I served the foregoing First

Amended Responses of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP to

Plaintiffs' Amended Request for Production of Documents via electronic mail upon the below-

listed counsel and upon liaison counsel pursuant to CMO 1.  Service on Plaintiffs' Liaison

Counsel constitutes service on all unrepresented plaintiffs.

Paul J. Pennock, Esq.
Michael E. Pederson, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5500
Ppennock@weitzlux.com
MPederson@weitzlux.com
*Plaintiffs' Lead Counsel*

Larry Roth, Esq.
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL  32854-7637
Telephone: (407) 872-2239
LROTH@roth-law.com
*Plaintiffs' Liaison Counsel*

Scott Allen, Esq.
Cruse, Scott, Henderson & Allen, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
Telephone: (713) 650-6600
sallen@crusescott.com

Camp Bailey, Esq.
Michael W. Perrin, Esq.
Fletcher Trammell, Esq.
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7240
cbailey@bpblaw.com
mperrin@bpblaw.com
*Plaintiffs' Lead Counsel*

Edward Blizzard, Esq.
Holly Wheeler, Esq.
Blizzard, McCarthy & Nabers, L.L.P.
440 Louisiana, Ste. 1710
Houston, TX 77002
Telephone: (713) 844-3750
Eblizzard@blizzardlaw.com
hwheeler@blizzardlaw.com

Dated:  October 11, 2007

By:  /s/ Laura Linn Noggle_____
      Dechert LLP
      30 Rockefeller Plaza
      New York, NY 10112-2200
      (212) 698-3500