

**Dechert**
LLP

Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

**KEVIN T. KERNS**

kevin.kerns@dechert.com
+1 215 994 2729 Direct
+1 215 655 2729 Fax

October 23, 2007

Holly Wheeler, Esquire
Blizzard, McCarthy & Nabers, L.L.P.
440 Louisiana
Ste. 1710
Houston, TX 77002

Re: Seroquel MDL

Dear Holly:

Thank you for your email of October 17th.

We do not agree with your suggestion that AstraZeneca has not produced documents in a timely fashion in response to Plaintiffs' requests for production. You claim that we should have produced documents "months ago." Your requests, which number well in excess of 300 requests including subparts and seek "all" categories of documents too numerous to list here, were served between May 25, 2007 and July 23, 2007. The broad scope of your requests required significant investigation by AstraZeneca. Moreover, the collection, review, and processing of such a large amount of documents is an extremely time consuming endeavor. And, because Plaintiffs have requested numerous documents that concern products in addition to Seroquel, we have had to expend significant resources on redacting information about those other products.

Nonetheless, AstraZeneca has produced a tremendous amount of information in a short amount of time in response to your requests. The meet and confers regarding your various sets of requests took place from June through the middle of August 2007. We advised you during those meet and confers that that we would produce documents on a rolling basis. Since that time, we have made substantial productions of documents responsive to your requests. Specifically, we have produced in excess of 30,000 documents in response to your requests, as well as over 230 pieces of multi-media material and 1 native SAS file. We also, after substantial effort, provided various bates-numbers reports via email. All of this information was incorporated in our October 11th supplemental responses which address many of the issues raised in your email. If you have specific questions about certain requests and responses, I am happy to discuss those

**PLAINTIFF'S EXHIBIT 10**



Holly Wheeler, Esquire
October 23, 2007
Page 2

with you. We have been able to get these substantial productions to you notwithstanding the other production-related issues requiring our attention in this litigation, including database discovery, privilege logs, and the additional custodial productions that you requested. Many more documents responsive to your requests are being processed and will be produced soon.

Each of the specific requests raised in your email is discussed separately below.

### I. PLAINTIFFS' FIRST REQUEST FOR PRODUCTION

#### RFP 5 - SET meeting minutes and agenda

- AstraZeneca expects to produce responsive documents by October 29.

#### RFP 6 – SET meeting discussion documents

- AstraZeneca expects to produce responsive documents, materials and agendas prepared for discussion prior to or during SET meetings relating to Seroquel by October 29.

#### RFP 7– Communications between SET members

- AstraZeneca's search for these communications was not limited to the terms "Seroquel" and "quetiapine." Responsive documents have been and are being produced in the custodial files of David Brennan, Tom McKillop, Jonathon Symonds and Barrie Thorpe. AstraZeneca expects to produce these custodial documents by November 1. In addition, we will produce responsive communications, if any, from the remaining SET members.

#### RFP 10 – USLT meeting discussion documents

- AstraZeneca expects to produce responsive documents by October 29.



Holly Wheeler, Esquire
October 23, 2007
Page 3

### RFP 12 – Patient information sheets disseminated in foreign countries

- Patient information sheets used in Canada were produced on October 5, 2007 at AZSER11142181-11143068. Patient information sheets used in the UK were produced on September 4, 2007 at AZSER 10765920-10766474. Patient information sheets used in Sweden will be produced by October 29. AstraZeneca is in the process of collecting patient information sheets for Japan and Australia, to the extent they exist, and will produce these documents as quickly as possible.

### RFP 13 – Dear Doctor/Healthcare Provider letters disseminated in foreign countries

- Those disseminated in Canada were produced on October 19th at AZSER11144064-11144072. After reasonable investigation, AstraZeneca does not believe that any Dear Doctor/Healthcare Provider letters for Seroquel were sent in the United Kingdom or Australia. AstraZeneca is in the process of collecting and processing responsive documents for Sweden and Japan, and hopes to produce responsive documents by November 5.

### RFP 14 – Draft package inserts, patient information sheets and Dear Doctor/Healthcare Provider letters that were prepared for any foreign country

- AstraZeneca never agreed to produce drafts of package inserts, patient information sheets and Dear Doctor letters prepared for foreign countries. In our amended responses and during meet and confer sessions, we said we would produce the documents that reside in GEL, which we explained meant final versions and not drafts. You did not object to this. We have produced PIs, PPIs and Dear Doctor letters for some countries and others are in the pipeline or being collected (see 12 & 13 above).

### RFP 23 – Communications including emails regarding protocols for Study 125

- You complain that AstraZeneca limited its search for documents to the extent they exist in a central location. We have explained to you that we are unable and unwilling to search every nook and cranny of the entire company for communications relating to any issue. You already possess many internal and external



Holly Wheeler, Esquire
October 23, 2007
Page 4

communications regarding Study 125 in the custodial production, the IND/NDA production and the published submissions file share production.

### RFP 24 – Drafts and amendments to clinical study report 125

- We are unsure what your complaint is with respect to this request. We identified bates numbers for various drafts and the final study report in our supplemental response. We are processing the appendices to the clinical study report for production.

### RFP 34 – Justification documents concerning Seroquel label changes.

- We will investigate whether any Seroquel-related Justification documents for foreign label changes exist separate from the SERM Justification documents, which are global company documents, that we have already produced.

### RFP 39 – SOP compliance reports

- We have collected and are processing compliance reports for production. These materials will require significant redaction, and we anticipate that they will be produced by the end of November.

### RFP 41 – Regulatory queries and responses

- Some communications with foreign regulatory authorities have been produced in the IND/NDA productions and the published submissions file share production. AstraZeneca expects to produce communications with the UK regulatory authority relating to safety and labeling by October 29. AstraZeneca expects to produce responsive communications with the Japanese Regulatory Authority by November 12. AstraZeneca is extracting responsive documents for the Netherlands, Australia and Canada from GEL and will produce these documents as soon as practicable.

### RFP 42 – Marketing company queries and responses

- Responsive documents are being processed for production.



Holly Wheeler, Esquire
October 23, 2007
Page 5

### RFP 50 – Investigative Brochures and updates
- We will provide bates numbers for these materials by the end of the week.

### RFP 54 – Barry Arnold documents
- AstraZeneca expects to produce these documents by November 1.

### RFP 56 – Minutes of meetings from the Benefit/Risk team for Seroquel
- AstraZeneca expects to produce these documents by November 5.

### RFP 57 – Discussion documents for meetings of the Benefit/Risk Team for Seroquel
- AstraZeneca expects to produce materials prepared for discussion for Risk/Benefit Team meetings by November 5.

### RFP 58 – Communications between Benefit/Risk Team members
- We have agreed to produce meeting minutes of the Benefit/Risk Team. In addition, you have the custodial files of some of the Benefit/Risk Team members. We have maintained our objection to producing all communications between and among team members regarding Seroquel.

### RFP 59 – Communications between attendees of SERM and pre-SERM meetings
- AstraZeneca's search for these communications was not limited to the terms "Seroquel" and "quetiapine." You already have responsive documents from the custodial production because some SERM members are custodians and their documents have been produced. In addition, we will produce responsive, non-privileged communications, if any, from the remaining SERM members.



Holly Wheeler, Esquire
October 23, 2007
Page 6

### RFP 66 – Agency Contacts (FDA)

- AstraZeneca is in the process of extracting Agency Contacts with FDA from GEL relating to safety and/or efficacy of Seroquel that were created after AstraZeneca extracted the documents that were produced in the IND/NDA productions.

### RFP 67 – All notes regarding contacts with any foreign regulatory authority about Seroquel

- AstraZeneca is standing on its over breadth, burden and relevance objections. These objections have been asserted since our initial responses were served in June. You never challenged these objections prior to your October 17 email.

### RFP 68 – Risk Opportunity Logs for Seroquel

- AstraZeneca expects to produce responsive documents by October 29.

### RFP 70 – DDMAC letters and responses

- We never represented that we would identify bates numbers for these materials. We advised you that these letters were contained in the IND/NDA and published submissions file share productions.

### RFP 75 – UK Marketing Authorization Applications

- AstraZeneca is standing on its over breadth, burden and relevance objections. These objections have been asserted since our initial responses were served in June. You never challenged these objections prior to your October 17 email.


**Dechert**
LLP

Holly Wheeler, Esquire
October 23, 2007
Page 7

## II. PLAINTIFFS' THIRD REQUEST FOR PRODUCTION (SALES REQUESTS)

### RFP 4 – Voicemails left for PSSs regarding Seroquel

- Scripts of voicemails left for PSSs regarding Seroquel have been collected for years 2003-2005 and are being processed for production. Scripts of voicemails left for PSSs regarding Seroquel beginning in 2005 are located in AstraZeneca's PRA production.

### RFP 9 – Government Employee/Service Provider forms

- Speaker program-related Government Employee/Service Provider Forms for programs involving Seroquel have been collected for years 2005 and 2006 and are being processed for production. AstraZeneca believes that it has located additional Speaker program-related and Advisory Board-related "Government Employee/Service Provider Forms" for programs involving Seroquel and is in the process of collecting them.

### RFP 17 – Form letters sent to healthcare providers following PIRs

- AstraZeneca is in the process of collecting PIR Standard Responses, which we believe are responsive to this request. AstraZeneca expects to produce the Webstir-era Standard Responses (beginning June 2000) by November 15th. The Paris era Standard Responses (prior to June 2000) will take additional time to review. As such, I cannot give a timeline for production but will get back to you as soon as I can provide a timeline.

You also complain that "[i]n response to many of the sales requests, AstraZeneca responded that responsive documents were located in the PRA production; however, specific bates numbers for the requested documents have not been provided." You make this complaint with respect to RFP 4 – Voicemails left for PSSs regarding Seroquel, RFP 6 – Approved reprints and printouts utilized by PSSs, RFP 7 – "Scientific" and "Commercial" exhibits, RFP 26 – Patient education materials, RFP 28 – E-detailing documents, RFP 29 – Core message documents and RFP 33 – "Drive the Dose" sales


**LLP**

and/or tool kits. We did not provide specific bates numbers for these requests because we never agreed to provide them. We gave you the bates range of our PRA production in which these materials can be found. We also provided an excel chart which would allow you to search our PRA production. We also provided indexes to the PRA material and Microsoft Access database files containing Seroquel-specific eSTaR data, which will assist you in searching our PRA production. Furthermore, we met and conferred with you regarding this data and specifically explained how to use this data to locate specific PRA materials in our production. The burden for pinpointing the correct bates ranges for these requests is accordingly no greater for you than it is for us.

### III.   PLAINTIFFS' FOURTH REQUEST FOR PRODUCTION (PRA REQUESTS)

Below is our response to your "list of the requests to which Plaintiffs are still awaiting documents and a general description of the requests":

#### RFP 2 – Discussion documents for meetings of the following teams: (1) AZAP, (2) PRA Review, and (3) eSTaR

- AztraZeneca has produced the agendas for these teams but has been unable to locate discussion documents used by these teams.

#### RFP 3 – Various specifically identified materials relating to Seroquel and diabetes, hyperglycemia and metabolic syndrome (only the Diabetes Slide Deck was identified by bates numbers)

- We did not agree to provide specific bates numbers for the materials requested in Request No. 3. For this particular request, we again note that responsive materials can be found in our PRA production, which can be searched by using the Excel chart we provided. Plaintiffs can search the Excel chart just as easily as AstraZeneca can.

#### RFP 6 – Communications sent to PSSs instructing them to cease use of promotional items

- At this time, AstraZeneca has been unable to locate any database, departmental or archival file, or files of an individual responsible for creating and/or storing



Holly Wheeler, Esquire
October 23, 2007
Page 9

communications sent to PSSs instructing them to cease use of Seroquel-related promotional pieces.

### RFP 7 – Off-label reprints and accompanying scripts

- Seroquel-related reprints approved pursuant to the "Submission Guide For Reprints Containing New Treatments/Uses of Approved Products" were produced as part of AstraZeneca's PRA production.

### RFP 8 – Materials that became the subject of the eSTaR escalation process

- At this time, AstraZeneca has been unable to locate or identify the materials that were subject to the e-STaR escalation process. The final, approved PRA pieces are located in AstraZeneca's PRA production.

### RFP 12 – US PRA Guidance documents

- As we indicated in our supplemental responses, the PRA Guidance for Speaker/Facilitator Training Needs has been collected and is being processed for production.

You also complain that "[i]n response to many of the PRA requests, AstraZeneca indicated that responsive documents were located in the PRA production." Please see our above response to this objection with respect to plaintiffs' third request for production.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Your email claims that you will seek sanctions if you do not receive all of the documents you request prior to the deposition of James Gaskill, scheduled for Thursday, October 24, 2007. We doubt you are truly disabled in deposing Mr. Gaskill without the aforementioned documents, but that is your decision. If you want to postpone the deposition, we are willing to provide you with an alternative date. Had you contacted me before writing your email threatening sanctions, I would have advised you that the above documents would be in your hands very soon. In any event, talk of sanctions is premature. There are no "deadlines" that we failed to meet, and indeed we have never



even met and conferred about RFP production deadlines. Please note that we believe a motion for sanctions at this juncture - prior to any meaningful meet and confers, motion practice, or showing of prejudice - would be brought in bad faith and would violate Federal Rules of Civil Procedure and the instructions the of the MDL court. We will accordingly respond by raising these issues with the Court if necessary.

You advised me last week that you assumed our rolling production would end before depositions began. I am not sure where this assumption came from, especially considering Plaintiffs have now asked the Court to extend discovery in perpetuity without any cut-off. I suggest that we meet and confer on the issue of the timing our productions in response to the first four sets of requests. Hopefully we can come to an agreement based on your wishes and our capabilities. Perhaps you can set out your priorities as among different work-streams. In my email to you of October 5, 2007, we asked if you had any suggestions regarding our prioritization of your requests. We did not hear back from you, but remain open to discussing this issue. Please let us know of your availability for such a meet and confer.

Sincerely,

/s/ Kevin T. Kerns

KTK/dt