**From:** Kerns, Kevin [kevin.kerns@dechert.com]
**Sent:** Tuesday, August 21, 2007 5:33 PM
**To:** Holly Wheeler; Edward Blizzard
**Cc:** McConnell, Stephen; Manzella, Jeffrey; Kaufman, Daniel; Rovner, Allison; Voshell, Colleen Casey
**Subject:** Second Requests for Production

Ed and Holly,

I write to follow up on the marketing requests (RFP #2) discussed during the August 17th meet and confer session and in your email of August 18th.

**Requests for which we are willing to remove the central location language**

For the marketing requests, we are willing to remove our "central location" language from the following requests: 23, 24, 29, 39, 52, 54, 56, 57, and 59.

Request 23: We are still investigating this request and will produce AstraZeneca University course materials to the extent they exist.

Request 24: We are still investigating this request and will produce AstraZeneca University course materials to the extent they exist.

Request 29: We have recently determined that all subparts to this request except the HEOR Toolkit slide presentation are in the PRA production. We will produce the HEOR Toolkit slide presentation to the extent it exists. It should be in the custodial production. If so, we will provide bates numbers.

Request 39: In accordance with AstraZeneca's policies, CE Enduring Materials will be included in the documents you received as part of the PRA production. We believe that some CE Enduring Materials are also in the custodial production. However, we have encountered difficulty finding these documents through searches. We believe that this is because "CE Enduring Material" is not labeled as such. Furthermore, we believe that any CE Enduring Materials in the custodial production would be duplicates of those in the PRA production.

Request 52: Documents provided to PSSs to assist them in discussing package inserts or Dear Doctor letters are in the PRA production.

Request 54: Documents provided to sales reps in connection with new indications are in the PRA production. We are investigating and have been unable to locate some materials going back to launch.

Request 56: Materials submitted to the FDA for approval, including those submitted under Form 2253, are in the PRA production. In fact, the PRA production included approved materials from BiShare with the 2253s attached, which surpassed what we promised the Court. Responsive documents and communications from the FDA are in the IND/NDA production. We are investigating whether there are additional non-privileged responsive documents. If there are, we will produce them.

Request 57: Materials submitted to the FDA for an advisory opinion are in the PRA production. Responsive documents and communications from the FDA are in the IND/NDA production. We


PLAINTIFF'S EXHIBIT 11

are investigating whether there are additional non-privileged responsive documents. If there are, we will produce them.

Request 59: Documents related to CME programs are in the PRA production.

**Requests for which we are not willing to remove the central location language**

We are not willing to remove the "central location" language for the following requests: 1, 2, 4, 10, 11, 12, 15, 16, 18, 28, 32, 37, 46, and 53. For each of these requests except Requests 1 and 2, we will produce documents to the extent the documents are stored in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials. We cannot remove this language because we cannot be certain that all responsive documents would be in such files, and we do not agree to search the files of all AstraZeneca employees for responsive documents.

These requests are discussed individually below.

Request 1: You stated at the meet and confer and in Friday's email that this may be an appropriate response for the meeting minutes sought for 41 teams in Request 1.

Request 2: As stated in our response, we will produce agendas and discussion documents for the teams listed in Request 1 to the extent the agendas and discussion documents exist in a central location and are kept with the minutes. Our experience is that agendas are located with the minutes.

Request 4: 4(b) and 4(f) are the only subparts where we use "central location" language.

- 4(b): We produced communications to consumers and doctors in the PRA production. In fact, by producing approved materials from BiShare with the 2253s attached, our PRA production surpassed what we promised to the Court. Also, we will be producing PIR Standard Responses (and responses to individual doctors as part of case-specific discovery).
- 4(f): We will produce media plans to the extent the documents are stored in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials. Additionally, there are numerous media plans in the custodial production. We will provide the bates numbers.

Request 10: In addition to the many publication plans in the custodial production (for which we will provide bates numbers), we will produce publication plans to the extent the documents are stored in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials. We believe that we will be able to produce a spreadsheet listing publications and are investigating other types of publication plans.

Request 11: In addition to the many communication plans in the custodial production (for which we will provide bates numbers), we will produce communication plans to the extent the documents are stored in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials.

Request 12: We only recently located Brand Strategy Summaries in the custodial production because the request names them incorrectly as "Brand Strategic Summaries." We will provide the bates numbers for Brand Strategy Summaries. We will produce additional Brand Strategy Summaries to the extent the documents are stored in one or more databases, departmental files,

archival files, or in the files of the individuals responsible for creating and/or storing such materials.

Request 15: In addition to the Target Product Profiles in the custodial production (for which we will provide bates numbers), we will produce Target Product Profiles to the extent the documents are stored in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials. We believe that Target Product Profiles are in GEL.

Request 16: We will produce U.S. Therapeutic Area CNS Strategic Plans to the extent the documents are stored in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials. Thus far, we have been unable to locate such plans. If you could provide us with bates numbers of examples, it may help us locate them.

Request 18: In addition to Seroquel® Hotline transcriptions located in the custodial production (for which we will provide bates numbers), we will produce Seroquel® Hotline transcriptions to the extent the documents are stored in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials.

Request 28: In addition to U.S. Communications Team publications booklet updates located in the custodial production (for which we will provide bates numbers), we will produce U.S. Communications Team publications booklet updates to the extent the documents are stored in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials.

Request 32: We will produce training materials provided to or used in training of HCPs for speaker, educational, or other related engagements to the extent the documents are stored in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials.

Request 37: We have located speaker evaluation forms in several different files and one database. We will be producing the speaker evaluation forms located in the hard copy files. Beginning in mid 2005, evaluation forms from the Seroquel® field speaker program were stored on the LBX database. We will be producing a subset of speaker evaluations from LBX, which contains over 10,000 Seroquel®-related forms and houses forms for products besides Seroquel®. However, we are presently unable to produce all Seroquel®-related forms from LBX. The LBX database is designed for purposes of compliance monitoring and not as an indexing system for speaker evaluations. At this time, the only way to pull the Seroquel®-related speaker evaluations is to enter the program ID for a speaker program, then select and print each evaluation form manually. Doing this for each of the 10,000 plus forms would be a practical impossibility. We are currently evaluating the burden that would be involved with creating a program that would enable printing all Seroquel®-related evaluation forms from LBX.

Request 46: We are still investigating whether Seroquel® Town Hall meeting minutes exist, but we believe there are no minutes. If there are minutes, we will produce them to the extent the minutes are stored in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials. We have located agendas in the custodial production and will provide bates numbers.

Request 53: We believe that most training materials provided to or used in the training of sales representatives are in the PRA production. We are still investigating to confirm that we have produced everything. We will produce additional non-privileged responsive documents to the

extent the documents are stored in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials.

In your email from Friday, you incorrectly stated that we used "central location" language in response to Requests 42 and 43.

**Friday's e-mail requesting bates numbers references from the custodial production:**

Regarding the bates numbers from the custodial production that you specifically requested in Friday's email:

Request 18: We have located and are near completion of our custodial production search for Seroquel® Hotline transcriptions. We should be able to provide bates numbers by the end of the week.

Request 29: Subparts (i) and (r) are the only items we identified in our response as having been produced in the custodial production. We are still searching the custodial production for the Formulary Kit and HEOR Toolkit slide presentation. If we are able to locate these items, we should be able to provide bates numbers by the end of the week. The Formulary Kit is in the PRA production.

Request 39: We have encountered difficulty finding these CE Enduring Materials through searches. As noted above, we believe that this is because "CE Enduring Material" is not labeled as such. This has made identification of such materials in the custodial production very difficult. We are running additional searches to try and identify these documents.

Request 40: We are still searching the custodial production and have located documents for the eight programs listed in Request 40. We should be able to provide bates numbers by the end of the week.

Your email incorrectly states that we responded that we would identify deposition exhibit numbers for 18, 29, 39, and 40.

Please call me if you have questions or concerns.


Regards,

Kevin

```
This e-mail is from Dechert LLP, a law firm, and may contain information that
is confidential or privileged. If you are not the intended recipient, do not
read, copy or distribute the e-mail or any attachments. Instead, please
notify the sender and delete the e-mail and any attachments. Thank you.
```