# Holly Wheeler

| | |
|---|---|
| **From:** | Rovner, Allison [allison.rovner@dechert.com] |
| **Sent:** | Wednesday, September 05, 2007 4:23 PM |
| **To:** | Edward Blizzard; Holly Wheeler |
| **Cc:** | McConnell, Stephen; Kerns, Kevin; Kaufman, Daniel; Voshell, Colleen Casey; Manzella, Jeffrey |
| **Subject:** | Plaintiffs' Second Requests For Production - Bates Numbers & Update |
| **Attachments:** | Marketing Bates Numbers_9_05_07.pdf |

<<Marketing Bates Numbers_9_05_07.pdf>>

Ed and Holly,

I write to provide you with custodial production bates numbers responsive to the following Marketing Requests: 1(a), 1(d), 1(e), 1(t), 1(w), 1(y), 1(bb), 1(cc), 1(dd), 1(ii), 1(kk), 1(mm), 1(nn), 12, 15, and 46. Please see the attached spreadsheet. An update on the status of our responses to these requests follows.

- Request 1(mm) - We believe that a complete set of responsive U.S. Development Leadership Team meeting minutes are located in the custodial production. We identify these documents by bates number in the attached spreadsheet. We consider our response complete.

- Request 1(ii) - After reasonable investigation, we have been unable to locate minutes or agendas in the custodial production for the State Strategy Response Team. However, we have located in the custodial production one set of minutes for the State Response Strategy Team. We have identified these minutes by bates numbers in the attached spreadsheet. If you are seeking something different or wish to provide clarification on the team name, please let us know. Otherwise, we consider this response complete.

- Requests 1(e), 1(cc), 1(nn) - We have collected Commercial Leadership Team, Seroquel® Leadership Team, and U.S. Product Team meeting minutes and agendas from central files, and these documents are being processed for production. We fill in gaps with bates numbers from the custodial production. Please see the attached spreadsheet.

- Request 1(a), 1(w), 1(y), 1(bb), 12 - The attached spreadsheet lists custodial production bates numbers for Seroquel® Brand Strategy Summaries and for meeting minutes and agendas for the following teams: Abilify Tracking Team, Professional Communications Team, U.S. Publications Delivery Team, and Seroquel® Brand Team. We are still investigating whether additional non-privileged responsive documents are stored in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials.

- Request 1(d), 1(t), 1(dd), 1(kk) - Please see the attached spreadsheet for custodial production bates numbers of responsive documents related to the Brand and Portfolio Management Team (BPMT), Operations and Portfolio Management Team (OPMT), Seroquel® Value Team, and National Advisory Board meetings. Also, we have collected and will produce additional non-privileged responsive documents concerning these four requests.



1

- Request 15 - Please see the attached spreadsheet for custodial production bates numbers of Seroquel® Target Product Profiles. We believe that additional Target Product Profiles are in GEL.

- Request 46 - In the attached spreadsheet, we provide custodial production bates numbers for Seroquel® Town Hall Meeting agendas, some with discussion materials attached. The individual responsible for creating Seroquel® Town Hall Meeting agendas is currently searching for additional agendas. After reasonable investigation, we have been unable to locate Seroquel® Town Hall Meeting minutes.

Additional updates are as follows:

- 1(g), 1(h), 1(z), 1(oo) - After reasonable investigation, we have been unable to locate CNS Brand Team, CNS Marketing Management Team, Public Relations Team, or Ziprasidone Defense Team meeting minutes or agendas in the custodial production or in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials.

- Request 28 - The bates numbers we provided in our response to Request 28 are incorrect - they do not reference the U.S. Communications Team publications booklet attached to the email referenced in Request 28. We apologize for this error. We are investigating this request, and we will produce non-privileged responsive documents to the extent they are stored in one or more databases, departmental files, archival files, or in the files of the individuals responsible for creating and/or storing such materials.

We still owe you custodial production bates numbers for the following requests: 1(f), 1(n), 1(jj), 4(f), 10, 11, and 39.

Sincerely,

Allison Rovner



Allison Rovner
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 2196 Direct
+1 215 655 2196 Fax
allison.rovner@dechert.com
www.dechert.com

This e-mail is from Dechert LLP, a law firm, and may contain information that is
confidential or privileged. If you are not the intended recipient, do not read, copy or
distribute the e-mail or any attachments. Instead, please notify the sender and delete
the e-mail and any attachments. Thank you.

**Request 1(a) Abilify Tracking Team**
AZ/SER7431682   - AZ/SER7431683
AZ/SER6463357   - AZ/SER6463358
AZ/SER1159250   - AZ/SER1159253

**Request 1(d) Brand and Portfolio Management Team**
AZ/SER4197930   - AZ/SER4197930
AZ/SER4095252   - AZ/SER4095254
AZ/SER4347197   - AZ/SER4347199

**Request 1(e) Commercial Leadership Team**
AZ/SER4185015   - AZ/SER4185015

**Request 1(t) Operations and Portfolio Management Team**
AZ/SER5202855   - AZ/SER5202855
AZ/SER2938076   - AZ/SER2938077
AZ/SER3656853   - AZ/SER3656854
AZ/SER4917919   - AZ/SER4917920
AZ/SER4918081   - AZ/SER4918082
AZ/SER1335336   - AZ/SER1335337
AZ/SER1335338   - AZ/SER1335339
AZ/SER4148429   - AZ/SER4148430
AZ/SER4148755   - AZ/SER4148756
AZ/SER4149682   - AZ/SER4149683
AZ/SER4169443   - AZ/SER4169444
AZ/SER4169876   - AZ/SER4169877
AZ/SER4168218   - AZ/SER4168219
AZ/SER4170857   - AZ/SER4170858
AZ/SER5214315   - AZ/SER5214316
AZ/SER5219020   - AZ/SER5219022
AZ/SER5211688   - AZ/SER5211689
AZ/SER4165950   - AZ/SER4165951
AZ/SER4173807   - AZ/SER4173808
AZ/SER3808861   - AZ/SER3808862
AZ/SER5228620   - AZ/SER5228621
AZ/SER5253777   - AZ/SER5253778
AZ/SER5270458   - AZ/SER5270460
AZ/SER4182062   - AZ/SER4182064
AZ/SER4182065   - AZ/SER4182066
AZ/SER6078317   - AZ/SER6078319
AZ/SER4352080   - AZ/SER4352083
AZ/SER5468906   - AZ/SER5468907
AZ/SER5283573   - AZ/SER5283574
AZ/SER5277844   - AZ/SER5277846

**Request 1(w) Professional Communications Team**
AZ/SER10356148   - AZ/SER10356152

1

**Request 1(y) U.S. Publications Delivery Team**
AZ/SER3372269    -  AZ/SER3372271
AZ/SER10357728   -  AZ/SER10357732
AZ/SER3423337    -  AZ/SER3423338
AZ/SER7495141    -  AZ/SER7495146
AZ/SER7495291    -  AZ/SER7495295
AZ/SER7496976    -  AZ/SER7496983
AZ/SER7497944    -  AZ/SER7497950
AZ/SER7498238    -  AZ/SER7498243
AZ/SER7498510    -  AZ/SER7498515
AZ/SER4004701    -  AZ/SER4004708
AZ/SER4004771    -  AZ/SER4004778
AZ/SER4322112    -  AZ/SER4322121
AZ/SER4015975    -  AZ/SER4015982

**Request 1(bb) Seroquel® Brand Team**
AZ/SER1296862    -  AZ/SER1296863
AZ/SER08402318   -  AZ/SER08402318
AZ/SER4131136    -  AZ/SER4131136
AZ/SER4147968    -  AZ/SER4147969

**Request 1(cc) Seroquel® Leadership Team**
AZ/SER4147972    -  AZ/SER4147973
AZ/SER4185178    -  AZ/SER4185178
AZ/SER3792876    -  AZ/SER3792877
AZ/SER3884408    -  AZ/SER3884409
AZ/SER08359223   -  AZ/SER08359223
AZ/SER08319447   -  AZ/SER08319447
AZ/SER3884407    -  AZ/SER3884407
AZ/SER3657234    -  AZ/SER3657235
AZ/SER08359224   -  AZ/SER08359224

**Request 1(dd) Seroquel® Value Team**
AZ/SER4758298    -  AZ/SER4758299
AZ/SER4758473    -  AZ/SER4758475
AZ/SER08417725   -  AZ/SER08417726

**Request 1(ii) State Response Strategy Team**
AZ/SER2729668    -  AZ/SER2729670

**Request 1(kk) National Advisory Board**
AZ/SER4861334    -  AZ/SER4861336
AZ/SER4857100    -  AZ/SER4857102
AZ/SER3675679    -  AZ/SER3675680
AZ/SER 0633322   -  AZ/SER 0633326

```
AZ/SER3759230   -   AZ/SER3759232
AZ/SER 0633414  -   AZ/SER 0633416
AZ/SER4526775   -   AZ/SER4526775
AZ/SER3422086   -   AZ/SER3422087
AZ/SER4835831   -   AZ/SER4835831
AZ/SER 0633495  -   AZ/SER 0633496
AZ/SER1435161   -   AZ/SER1435162
AZ/SER3549600   -   AZ/SER3549601
AZ/SER3886900   -   AZ/SER3886908
AZ/SER2972893   -   AZ/SER2972894
AZ/SER7636691   -   AZ/SER7636693
AZ/SER7257474   -   AZ/SER7257475
AZ/SER3371430   -   AZ/SER3371433
AZ/SER5023206   -   AZ/SER5023207
AZ/SER4172259   -   AZ/SER4172260
```

**Request 1(mm) U.S. Development Leadership Team**
```
AZ/SER08366577  -   AZ/SER08366577
AZ/SER2955288   -   AZ/SER2955288
AZ/SER1767656   -   AZ/SER1767656
AZ/SER08366120  -   AZ/SER08366120
AZ/SER10363941  -   AZ/SER10363941
AZ/SER1803873   -   AZ/SER1803873
AZ/SER 0570869  -   AZ/SER 0570871
AZ/SER08321386  -   AZ/SER08321387
AZ/SER1767657   -   AZ/SER1767659
AZ/SER6331366   -   AZ/SER6331367
AZ/SER7636391   -   AZ/SER7636392
AZ/SER1770790   -   AZ/SER1770792
AZ/SER6330481   -   AZ/SER6330481
```

**Request 1(nn) U.S. Product Team**
```
AZ/SER09239231  -   AZ/SER09239232
AZ/SER3742286   -   AZ/SER3742287
AZ/SER3742290   -   AZ/SER3742290
AZ/SER3742296   -   AZ/SER3742296
AZ/SER3452813   -   AZ/SER3452814
AZ/SER3742299   -   AZ/SER3742299
AZ/SER3742303   -   AZ/SER3742304
AZ/SER3742330   -   AZ/SER3742331
AZ/SER4148266   -   AZ/SER4148266
AZ/SER3756435   -   AZ/SER3756436
AZ/SER3742488   -   AZ/SER3742488
AZ/SER4136070   -   AZ/SER4136071
AZ/SER3756525   -   AZ/SER3756525
AZ/SER3742503   -   AZ/SER3742504
AZ/SER0590278   -   AZ/SER0590279
AZ/SER3742575   -   AZ/SER3742575
AZ/SER3742573   -   AZ/SER3742573
AZ/SER3756664   -   AZ/SER3756665
```

```
AZ/SER4146945    -  AZ/SER4146945
AZ/SER3756718    -  AZ/SER3756719
AZ/SER3742579    -  AZ/SER3742579
AZ/SER4185682    -  AZ/SER4185682
AZ/SER3742585    -  AZ/SER3742585
AZ/SER4148278    -  AZ/SER4148279
AZ/SER4130215    -  AZ/SER4130216
AZ/SER3677273    -  AZ/SER3677274
AZ/SER3672686    -  AZ/SER3672686
```

**Request 12 Brand Strategy Summaries for Seroquel®**
```
AZ/SER3881212    -  AZ/SER3881213
AZ/SER1721261    -  AZ/SER1721263
AZSER08336422    -  AZSER08336432
AZ/SER08975763   -  AZ/SER08975766
```

**Request 15 Target Product Profiles (TPP) for Seroquel®**
```
AZ/SER3756317    -  AZ/SER3756320
AZ/SER3422593    -  AZ/SER3422594
AZ/SER3480461    -  AZ/SER3480463
AZ/SER3422589    -  AZ/SER3422591
AZ/SER3422591    -  AZ/SER3422593
AZ/SER3809499    -  AZ/SER3809501
AZ/SER3480458    -  AZ/SER3480460
AZ/SER3756372    -  AZ/SER3756374
```

**Request 46 Seroquel® Town Hall Meeting**
```
AZ/SER4149895    -  AZ/SER4149936
AZ/SER3781785    -  AZ/SER3781868
AZ/SER6596467    -  AZ/SER6596515
AZ/SER4143991    -  AZ/SER4143991
AZ/SER3793280    -  AZ/SER3793301
AZ/SER3368027    -  AZ/SER3368035
AZ/SER2034410    -  AZ/SER2034410
AZ/SER4733172    -  AZ/SER4733172
AZ/SER3832371    -  AZ/SER3832371
```