**From:** Kerns, Kevin [kevin.kerns@dechert.com]
**Sent:** Thursday, July 26, 2007 4:22 PM
**To:** Holly Wheeler
**Subject:** RE: Marketing RFPs

Holly:

Thank you for your email of July 16th. There were several additional items for which our notes reflect a discussion.

- REQUEST FOR PRODUCTION NO. 14: All Therapeutic Area Strategic Plans that focus on or reference Seroquel: **Plaintiffs are only requesting the Seroquel-related portions of annual TA Strategic Plans.**

- REQUEST FOR PRODUCTION NO. 15: All Target Product Profiles or Target Product Plans (TPP) that focus on or reference Seroquel: **Plaintiffs are only requesting the Seroquel-related portions of these plans.**

- REQUEST FOR PRODUCTION NO. 16: All U.S. and Global Therapeutic Area CNS Strategic Plans from the time Seroquel was introduced to the market to the present: **Plaintiffs are only requesting the Seroquel-related portions of these plans.**

I am sorry for not getting this to you earlier. We will be serving written responses later today.

- Kevin

---

**From:** Holly Wheeler [mailto:]
**Sent:** Monday, July 16, 2007 10:52 AM
**To:** Kerns, Kevin
**Cc:** Edward Blizzard; McConnell, Stephen
**Subject:** Marketing RFPs

Kevin,

Per our telephone conference on Friday, below are our agreements and the additional information you requested:

- RFP 1:
  (b)   You will respond for the AT Kearney Team.
  (n)   See documents with bates numbers AZ/SER 3110759 and AZ/SER 1710893 that reference the KIS Newsletter Team.
  (jj)  We agree to limit our request for minutes and notes of the Therapeutic Area Leadership Team meetings to the time period that Seroquel was an emerging drug.

- RFP 3: We agree to narrow our request for communications between members of the following teams:

PLAINTIFF'S EXHIBIT 13

      (1)      Brand and Portfolio Management Team
      (2)      Global Publications Team
      (3)      Global Marketing Team
      (4)      Operations and Portfolio Management Team
      (5)      Public Relations Team
      (6)      Seroquel Brand Team
      (7)      Seroquel Leadership Team
      (8)      U.S. Communications Team
      (9)      U.S. Development Leadership Team
     (10)     Promotions Team

- RFP 19 (organizational charts): Withdrawn

- RFP 20: I am still looking for documents that reference the Retailer Perspective Audits for Seroquel. I will get those bates ranges to you as soon as possible.

- RFP 26: We request only the documents related to Project Janus that are specifically identified in (a) though (n).

- RFP 30: See the following bates ranges for examples of the requested documents: (1) AZ/SER 3041640 - AZ/SER 3041664; (2) AZ/SER 4057944 – AZ/SER 4057946; and (3) AZ/SER 5020216 – AZ/SER 5020238.

- RFP 50: We request the eStar database only as it relates to Seroquel.

Please let me know if I missed anything.

Thank you.

Holly M. Wheeler
BLIZZARD, MCCARTHY & NABERS, L.L.P.
Lyric Centre Building
440 Louisiana, Suite 1710
Houston, Texas 77002
(713) 844-3750
(713) 844-3755 (fax)

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.