**FIBICH, HAMPTON & LEEBRON, L.L.P.**
ATTORNEYS AT LAW
5 HOUSTON CENTER
1401 McKINNEY, SUITE 1800
HOUSTON, TEXAS 77010-9998

(713) 751-0025
FAX (713) 751-0030

October 31, 2007

Hon. Anne C. Conway
U.S District Judge
Middle District of Florida
George C. Young U.S. Courthouse & Federal Building
80 North Hughey Avenue
Orlando, FL 32801

Hon. David A. Baker
U.S. Magistrate Judge
Middle District of Florida
George C. Young U.S. Courthouse & Federal Building
80 North Hughey Avenue
Orlando, FL 32801

In re:   Seroquel Products Liability Litigation – 6:06-md-01769

Dear Judge Conway and Judge Baker:

      Judge Jack B. Weinstein, Senior U.S. District Judge in the Eastern District of New York, on October 30, 2007, directed that we inform you that a hearing is set in the Zyprexa Products Liability Litigation, 1:04-md-01596, on November 20, 2007 at 11:00 am.  The purpose of the hearing is to take up a motion filed by the Zyprexa Plaintiffs' Steering Committee (PSC II) seeking an Order Preserving Confidentiality of Plaintiffs' Settlement Agreements.

      Judge Weinstein's hearing order is attached as Exhibit "1." The PSC II Motion for Order Preserving Confidentiality of Plaintiff's Settlement Agreements is attached as Exhibit "2."

Respectfully,

FIBICH, HAMPTON & LEEBRON, LLP

BY:   *Kenneth T. Fibich*
        Kenneth T. Fibich

cc:   All counsel of record in Seroquel MDL
     (*via electronic court filing & via facsimile*)