# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: ZYPREXA                                    04-MD-01596 (JBW)
PRODUCTS LIABILITY LITIGATION
-----------------------------------------------------------x
THIS DOCUMENT RELATES TO:                          ORDER

ALL ACTIONS
-----------------------------------------------------------x

Jack B. Weinstein, Senior United States District Judge:

The court has received a Motion from the Plaintiffs' Steering Committee ("PSC II") for an Order Preserving Confidentiality of Plaintiffs' Settlement Agreements, in response to an October 18, 2007 order entered in In re Seroquel Products Liability Litigation, MDL Docket No. 1769 ("Seroquel MDL"), which requires Plaintiffs to produce certain documentation related to this action, In re Zyprexa Products Liability Litigation, MDL Docket No. 04-1596.

A hearing will take place at 11:00 A.M. on November 20, 2007 at 225 Cadman Plaza East, Brooklyn, N.Y. Parties may participate by telephone conference arranged with the Court Case Coordinator, Ms. June Lowe (718-613-2525). The moving party shall notify the judge and magistrate judge in the Seroquel MDL, and the attorneys on the Seroquel MDL service list attached to the moving papers.

SO ORDERED.

Jack. B. Weinstein
Senior United States District Judge

Dated: Brooklyn, New York
       October 30, 2007