# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

                                Case No.  6:06-md-1769-Orl-22DAB

_____/

## ORDER TO SHOW CAUSE AND ORDER DESIGNATING CASES FOR JANUARY 2007 CASE-SPECIFIC DISCOVERY

Pursuant to Case Management Order No. 4, as modified by CS Administrative Order No. 3, the Court designates the following ten plaintiff's cases for case-specific discovery in January 2007:

| | | |
|---|---|---|
| 1. | Gale Baniak | Case No. 6:07-cv-14600-ACC-DAB |
| 2. | Brett Brasher | Case No. 6:07-cv-11142-ACC-DAB |
| 3. | Laurie Cunningham | Case No. 6:07-cv-11491-ACC-DAB |
| 4. | Renae Goligowski | Case No. 6:07-cv-11600-ACC-DAB |
| 5. | Mary L. Landes | Case No. 6:07-cv-13789-ACC-DAB |
| 6. | Harry J. Malloy | Case No. 6:07-cv-13848-ACC-DAB |
| 7. | John Martin | Case No. 6:07-cv-11767-ACC-DAB |
| 8. | Jerome T. Miceli | Case No. 6:07-cv-12702-ACC-DAB |
| 9. | Mary Ann Mitalski | Case No. 6:07-cv-11063-ACC-DAB |
| 10. | Linda J. Underwood | Case No. 6:07-cv-12924-ACC-DAB |

The parties shall show cause in writing before 5:00 p.m. on November 2, 2007 by electronically filing any objections to the cases designated above for case-specific discovery in

January 2007.  Failure to file timely objections to the Court-designated cases will constitute a waiver of such objections.

          **DONE** and **ORDERED** in Orlando, Florida on November 1, 2007.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY  
United States District Judge