# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No.  6:06-md-1769-Orl-22DAB

_____/

# NOTICE OF HEARING AND ORDER

**TAKE NOTICE** that a status conference will be held before the undersigned on **THURSDAY, NOVEMBER 15, 2007** at **10:30 A.M.** in Courtroom #6D, George C. Young United States Courthouse Annex, 401 W. Central Blvd., Orlando, Florida.

Counsel and any party to this case wishing to participate in the status conference by telephone conference call MUST call the offices of PLAINTIFFS' LIAISON COUNSEL, Larry Roth,  to make advance arrangements at least two business days prior to the hearing and Liaison Counsel's office will communicate the list of participants to Chambers at least two hours prior to the hearing.

Following the status conference held on October 30, 2007, it is **ORDERED** as follows:

1.      The role of SM-PMO as set forth in Doc. No. 571 is a correct interpretation of this Court's intent.

2.      Counsel are **ORDERED** to confer with the SM-PMO (Mr. Brown) regarding whether Defendants' production in case-specific discovery, as set forth in Doc. No. 604, and Plaintiffs' production in case-specific discovery, as set forth in Doc. No. 620, have been incomplete to the extent represented in the Motions and/or can be remedied with appropriate expedition.  Mr. Brown is **DIRECTED** to include the status of these matters in his Report to be filed by November 13, 2007 and counsel will be allowed the opportunity to comment on the Report and argue the Motions further at

the November 15, 2007 Status Conference.  To the extent necessary, the parties should be prepared to proceed with an evidentiary hearing on November 27, 2007 on any remaining factual disputes related to these issues.

3.     The SM-ESI is authorized to conduct disclosed, *ex parte* contact with party representatives as he deems necessary to carry out his duties.

4.     By November 13, 2007, Defendants shall, after meeting and conferring with Plaintiffs and the SM-ESI, file a notice providing a firm date by which it will be able to certify substantial completion of its production of documents.  Plaintiffs shall include their estimate of the scope of follow up discovery they will need (including completion of Astrazeneca depositions, any additional requests for production, and preparation of expert reports).

5.     Prior to the November 15, 2007 hearing, the parties shall submit their proposal(s) regarding payment of fees of the SM-ESI.

**DONE** and **ORDERED** in Orlando, Florida on November 1, 2007.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record


**PLEASE NOTE**:  **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.