# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

**Case No. 6:06-md-1769-Orl-22DAB**

_____/

## ORDER

This cause came on for consideration with oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' MOTION FOR PROTECTIVE ORDER BARRING DEFENDANTS' SALES REPRESENTATIVES FROM CONTACT WITH TREATING AND PRESCRIBING PHYSICIANS IN DISCOVERY CASES (Doc. No. 590)** |
| **FILED:** | October 19, 2007 |

**THEREON** it is **ORDERED** that the Motion is **DENIED** for the reasons described at the Status Conference.

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' EMERGENCY MOTION TO REPLACE EXHIBITS PREVIOUSLY FILED VIA ECF (Doc. No. 621)** |
| **FILED:** | October 29, 2007 |

**THEREON** it is **ORDERED** that the motion is **GRANTED**. Defendants stated at the Status Conference that the Motion was unopposed. The Clerk is directed to replace the Exhibits as set forth in the Motion.

**DONE** and **ORDERED** in Orlando, Florida on November 1, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record