# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause came on for consideration with oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE REGARDING THE FLORIDA-RELATED CASES PENDING IN THE MDL (Doc. No. 562)** |
| **FILED:** | October 11, 2007 |

**THEREON** it is **ORDERED** that the Motion is **DENIED**.

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND TO AMEND VARIOUS DISCOVERY ORDERS (Doc. No. 567)** |
| **FILED:** | October 12, 2007 |

**THEREON** it is **ORDERED** that a ruling on the Motion is **DEFERRED** until the November 15, 2007 status conference. *See* Notice of Hearing for November 15, 2007, filed separately.

| | |
|---|---|
| **MOTION:** | **ASTRAZENECA'S MOTION REGARDING THE SCHEDULING AND SCOPE OF FUTURE DISCOVERY (Doc. No. 602)** |
| **FILED:** | October 23, 2007 |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot. *See* Doc. No. 623 (omitting discussion of *Hinton* case).

| | |
|---|---|
| **MOTION:** | **ASTRAZENECA'S CORRECTED MOTION REGARDING THE SCHEDULING AND SCOPE OF FUTURE DISCOVERY (Doc. No. 623)** |
| **FILED:** | **October 29, 2007** |
| **THEREON** it is **ORDERED** that the motion is **DEFERRED** until the November 15, 2007 status conference. | |
| **MOTION:** | **PLAINTIFFS' MOTION FOR LEAVE TO LODGE ALLEGEDLY "CONFIDENTIAL" MATERIALS AND FOR A DETERMINATION REGARDING CONFIDENTIALITY (Doc. No. 610, as supplemented by Doc. No. 635)** |
| **FILED:** | **October 25, 2007** |
| **THEREON** it is **ORDERED** that the motion is **DEFERRED**. Defendant shall file a response by November 7, 2007. | |
| **MOTION:** | **PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF (Doc. No. 625)** |
| **FILED:** | **October 29, 2007** |
| **THEREON** it is **ORDERED** that the motion is **GRANTED** in part. Plaintiffs may file a reply by November 7, 2007, not to exceed 10 pages. | |

The parties are **ORDERED** to file prior to November 15, 2007 their proposal(s) in a single document on the proposed scope of discovery of the Florida-related cases, within the parameters as outlined at the Status Conference.[1] The parties submission should include, *inter alia*, the number and selection process of cases to be set for trial; scope, limits and schedule for discovery and motion

---

[1] As the Court suggested at the Status Conference, discovery in some or all Florida-related cases to begin in March 2008, set for trial in December 2008.

practice (including *Daubert* and dispositive motions); scheduling of cases for trial (including whether all parties consent to trials presided over by United States Magistrate Judges.

**DONE** and **ORDERED** in Orlando, Florida on November 1, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record