# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

                                 **Case No. 6:06-md-1769-Orl-22DAB**

_____

## ORDER

On October 29, 2007, this Court entered an Order (Doc. 622) directing the parties to show cause, no later than November 2, 2007, why the joint Stipulation of Dismissal as to Seven Named Defendants (Doc. 366) should not apply to *all* cases, rather than merely those listed in "Exhibit A" to the stipulation. Hearing no objection from either party, it is hereby **ORDERED** that the parties' joint Stipulation of Dismissal as to Seven Named Defendants (Doc. 366) applies to *all* present and future cases transferred to this Court as part of this MDL.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 6, 2007.

Copies furnished to:

Counsel of Record

                                               */s/ Anne C. Conway*
                                               ANNE C. CONWAY
                                               United States District Judge