# EXHIBIT A

Message Page 1 of 1
Case 6:06-md-01769-ACC-DAB Document 646-2 Filed 11/07/07 Page 2 of 7 PageID 14958
Case 6:06-md-01769-ACC-DAB Document 611-4 Filed 10/25/2007 Page 1 of 6

## Laura Brandenberg

| | |
|---|---|
| **From:** | Laura Brandenberg |
| **Sent:** | Wednesday, October 17, 2007 1:17 PM |
| **To:** | 'rstewart@faegre.com'; 'Torregrossa, Brennan' |
| **Cc:** | Dennis Canty; Larry J. Gornick; Leah Sabel; Beth Sund |
| **Subject:** | Naramore v. AstraZeneca |

Counsel:

Plaintiff challenges the "confidential" designation of the attached documents. Please state AstraZeneca's position, identifying any properly protected information.

Thank you,

Laura Brandenberg
Levin Simes Kaiser & Gornick, LLP
44 Montgomery, 36th Floor
San Francisco, CA 94104
(415) 273-8124 (direct)

10/25/2007

Message                                                                 Page 1 of 1

Case 6:06-md-01769-ACC-DAB   Document 646-2   Filed 11/07/07   Page 3 of 7 PageID 14959
Case 6:06-md-01769-ACC-DAB   Document 611-4   Filed 10/25/2007   Page 2 of 6

## Laura Brandenberg

**From:** Laura Brandenberg
**Sent:** Wednesday, October 17, 2007 1:17 PM
**To:** 'rstewart@faegre.com'; 'Torregrossa, Brennan'
**Cc:** Dennis Canty; Larry J. Gornick; Leah Sabel; Beth Sund
**Subject:** Godfrey v. AstraZeneca

Counsel:

Plaintiff challenges the "confidential" designation of the attached documents. Please state AstraZeneca's position, identifying any properly protected information.

Thank you,

Laura Brandenberg
Levin Simes Kaiser & Gornick, LLP
44 Montgomery, 36th Floor
San Francisco, CA 94104
(415) 273-8124 (direct)

Message  Page 1 of 1

Case 6:06-md-01769-ACC-DAB   Document 646-2   Filed 11/07/07   Page 4 of 7 PageID 14960
Case 6:06-md-01769-ACC-DAB   Document 611-4   Filed 10/25/2007   Page 3 of 6

## Laura Brandenberg

**From:** Laura Brandenberg
**Sent:** Wednesday, October 17, 2007 1:16 PM
**To:** 'rstewart@faegre.com'; 'Torregrossa, Brennan'
**Cc:** Dennis Canty; Larry J. Gornick; Leah Sabel; Beth Sund
**Subject:** Glover v. AstraZeneca

Counsel:

Plaintiff challenges the "confidential" designation of the attached documents. Please state AstraZeneca's position, identifying any properly protected information.

Thank you,

Laura Brandenberg
Levin Simes Kaiser & Gornick, LLP
44 Montgomery, 36th Floor
San Francisco, CA 94104
(415) 273-8124 (direct)

Message     Page 1 of 1
Case 6:06-md-01769-ACC-DAB  Document 646-2  Filed 11/07/07  Page 5 of 7 PageID 14961
Case 6:06-md-01769-ACC-DAB  Document 611-4  Filed 10/25/2007  Page 4 of 6

## Laura Brandenberg

**From:** Laura Brandenberg
**Sent:** Wednesday, October 17, 2007 1:15 PM
**To:** 'rstewart@faegre.com'; 'Torregrossa, Brennan'
**Cc:** Dennis Canty; Larry J. Gornick; Leah Sabel; Beth Sund
**Subject:** Frederick v. AstraZeneca

Counsel:

Plaintiff challenges the "confidential" designation of the attached documents. Please state AstraZeneca's position, identifying any properly protected information.

Thank you,

Laura Brandenberg
Levin Simes Kaiser & Gornick, LLP
44 Montgomery, 36th Floor
San Francisco, CA 94104
(415) 273-8124 (direct)

Message  Page 1 of 1

Case 6:06-md-01769-ACC-DAB Document 646-2 Filed 11/07/07 Page 6 of 7 PageID 14962
Case 6:06-md-01769-ACC-DAB Document 611-4 Filed 10/25/2007 Page 3 of 6

# Laura Brandenberg

| | |
|---|---|
| **From:** | Laura Brandenberg |
| **Sent:** | Wednesday, October 17, 2007 1:13 PM |
| **To:** | 'rstewart@faegre.com'; 'Torregrossa, Brennan' |
| **Cc:** | Dennis Canty; Larry J. Gornick; Leah Sabel; Beth Sund |
| **Subject:** | Coppola v. AstraZeneca |

Counsel:

Plaintiff challenges the "confidential" designation of the attached documents. Please state AstraZeneca's position, identifying any properly protected information.

Thank you,

Laura Brandenberg
Levin Simes Kaiser & Gornick, LLP
44 Montgomery, 36th Floor
San Francisco, CA 94104
(415) 273-8124 (direct)

Message                                                                                      Page 1 of 1

Case 6:06-md-01769-ACC-DAB   Document 646-2   Filed 11/07/07   Page 7 of 7 PageID 14963
Case 6:06-md-01769-ACC-DAB   Document 611-4   Filed 10/25/2007   Page 6 of 6

## Laura Brandenberg

| | |
|---|---|
| **From:** | Laura Brandenberg |
| **Sent:** | Wednesday, October 17, 2007 1:13 PM |
| **To:** | 'rstewart@faegre.com'; 'Torregrossa, Brennan' |
| **Cc:** | Dennis Canty; Larry J. Gornick; Leah Sabel; Beth Sund |
| **Subject:** | Thomas v. AstraZeneca |

Counsel:

Plaintiff challenges the "confidential" designation of the attached documents. Please state AstraZeneca's position, identifying any properly protected information.

Thank you,

Laura Brandenberg
Levin Simes Kaiser & Gornick, LLP
44 Montgomery, 36th Floor
San Francisco, CA 94104
(415) 273-8124 (direct)

10/25/2007