UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604

TEL. NO. (203) 579-5861

ROBERTA D. TABORA
CLERK

www.ctd.uscourts.gov

October 31, 2007

## NOTICE OF TRANSFER

United States District Court
Florida Middle District Court
U.S. Courthouse-Suite 1200
401 West Central Blvd
Orlando, FL 32801

    Re:   In Re: Seroquel Products Liability Litigation
           Civil Docket No.  3:07mc264(JCH)

The above-captioned case has been transferred to your court pursuant to an order entered on October 30, 2007.  For reference, please note the following:

[✖]   The file is in electronic format unless otherwise noted below.  You may access the electronic docket and the case file through our website at https://ecf.ctd.uscourts.gov/, using your PACER login/password.

Items enclosed:

    [ ]   Original documents not otherwise filed electronically

    [✖]   Certified copy of the electronic docket sheet

    [✖]   Certified copy of the Order of Transfer to your jurisdiction

A duplicate notice is provided to acknowledge receipt of this notice and the enclosed documents.  Please complete the acknowledgment and return it to this office.

                Sincerely,

                ROBERTA D. TABORA, Clerk
                By

                *Susan D'Andrea* (signature)
                Susan D'Andrea
                Deputy Clerk

RECEIVED
2007 NOV -5 PM 2:__
ELSIE MATA
CHIEF DEPUTY CLERK
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FL