#4

10/29/07

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

2007 OCT 30 P 2: 32

IN RE:　　　　　　　　　　　：

SEROQUEL PRODUCTS LIABILITY　：　　CIVIL ACTION NO.
LITIGATION　　　　　　　　　：　　3:07-MC-00264(JCH)
　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　：　　OCTOBER 29, 2007
　　　　　　　　　　　　　　　：

**ORDER**

Motion to Transfer (Doc. No. 5-1) is GRANTED. The Motion to Compel (Doc.

No. 5-2) and Motion for Protective Order (Doc. No. 1) are pending for consideration in

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION (MDL No. 1769) (United

States District Court, Middle District of Florida, Orlando Division).

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 29th day of October, 2007.

　　　　　　　　　　　　　　　　　Janet C. Hall
　　　　　　　　　　　　　　　　　United States District Judge

I Hereby certify that the forgoing
is a true copy of the original document
on file. Date: 10-31-07
Roberta D. Tamora
Clerk
By _____
Deputy Clerk