# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:07-mc-00264-JCH
# Internal Use Only

Seroquel Prod Liability Litigation
Assigned to: Judge Janet C. Hall
Cause: No cause code entered

Date Filed: 09/19/2007
Jury Demand: None
Nature of Suit: 990 Other
Jurisdiction: Federal Question

## In Re

**Seroquel Prod Liability Litigation**
*In Re: MDL No. 1769 Case Pending in the Middle District of Florida, Orlando Div*

## Plaintiff

**All Plaintiffs**  represented by  **Ed Blizzard**
Blizzard, McCarthy & Nabers-TX
440 Louisiana Street
Suite 1710
Houston, TX 77002
713-844-3750
Fax: 713-844-3755
Email: EBlizzard@blizzardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean K. McElligott**
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Ave.
Bridgeport, CT 06604
203-336-4421
Email: smcelligott@koskoff.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Movant

**Parexel MMS**  represented by  **Edward T. Krumeich**
Ivey, Barnum & O'Mara
170 Mason St., Po Box 1689
Greenwich, CT 06830
203-661-6000
Email: ekrumeich@ibolaw.com

Case 6:06-md-01769-ACC-DAB   Document 650   Filed 11/05/07   Page 2 of 3 PageID 11796

<em>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED</em>

**Movant**

| Simpson Healthcare Executives | represented by | Jennifer Morgan DelMonico<br>Murtha Cullina LLP<br>Whitney Grove Square<br>2 Whitney Ave, PO Box 704-A<br>New Haven, CT 06503-0704<br>203-772-7735<br>Fax: 203-772-7723<br>Email: jdelmonico@murthalaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2007 | 1 | MOTION for Protective Order by Parexel MMS. Responses due by 10/10/2007 (Attachments: # 1 Memorandum in Support; # 2 Affidavit of Claudia Piano)(Candee, D.) (Entered: 09/20/2007) |
| 10/04/2007 | 2 | NOTICE of Appearance by Sean K. McElligott on behalf of Seroquel Prod Liability Litigation. (D'Andrea, S.) (Entered: 10/04/2007) |
| 10/04/2007 | 3 | MOTION for Attorney Ed Blizzard to Appear Pro Hac Vice. Filing Fee $25.00, Receipt Number B014851. (D'Andrea, S.) (Entered: 10/05/2007) |
| 10/05/2007 | 4 | ORDER Granting 3 Motion for Ed Blizzard to Appear Pro Hac Vice for All Plaintiffs. Signed by Clerk on 10/5/2007. (D'Andrea, S.) (Entered: 10/05/2007) |
| 10/05/2007 |  | (Court only) ***Attorney Ed Blizzard for All Plaintiffs added. (Glynn, T.) (Entered: 10/09/2007) |
| 10/10/2007 | 5 | MOTION to Transfer to Another District and/or MOTION to Compel with Memorandum of Law incorporated and Memorandum in Opposition to 1 Motion for Protective Order by All Plaintiffs.Responses due by 10/31/2007 (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Text of Proposed Order to Transfer # 12 Text of Proposed Order to Compel)(Cody, C.) (Entered: 10/10/2007) |
| 10/23/2007 | 6 | First OBJECTION re 5 MOTION to Transfer to Another District MOTION to Compel filed by Parexel MMS. (Krumeich, Edward) (Entered: 10/23/2007) |
| 10/24/2007 | 7 | Amended OBJECTION re 5 MOTION to Transfer to Another District MOTION to Compel, 6 Objection filed by Parexel MMS. (Krumeich, Edward) (Entered: 10/24/2007) |

| | | |
|---|---|---|
| 10/24/2007 | 8 | Amended OBJECTION re 5 MOTION to Transfer to Another District MOTION to Compel, 6 Objection, 7 Objection filed by Parexel MMS. (Krumeich, Edward) (Entered: 10/24/2007) |
| 10/30/2007 | 9 | ORDER Granting 5 Motion to Transfer to Another District. Signed by Judge Janet C. Hall on 10/29/2007. (D'Andrea, S.) (Entered: 10/31/2007) |
| 10/30/2007 | 10 | NOTICE of Appearance by Jennifer Morgan DelMonico on behalf of Simpson Healthcare Executives. (D'Andrea, S.) (Entered: 10/31/2007) |
| 10/30/2007 | 11 | MOTION to Intervene by Simpson Healthcare Executives. Responses Due by 11/20/2007. (D'Andrea, S.) (Entered: 10/31/2007) |
| 10/30/2007 | 12 | MOTION for Extension of Time until November 7, 2007 to Object to 1 MOTION for Protective Order, by Simpson Healthcare Executives. (D'Andrea, S.) (Entered: 10/31/2007) |

I Hereby certify that the forgoing is a true copy of the original document on file. Date: 10-31-07

Roberta D. Tabora
Clerk

By A. D'Andrea
Deputy Clerk