UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:<br><br>SEROQUEL PRODUCTS<br>LIABILITY LITIGATION | IN RE:<br>MDL NO. 1769<br>CASE PENDING IN THE<br>MIDDLE DISTRICT OF<br>FLORIDA, ORLANDO<br>DIVISION |

## AFFIDAVIT OF CLAUDIA PIANO IN SUPPORT OF PAREXEL'S MOTION FOR A PROTECTIVE ORDER REGARDING PLAINTIFFS' SUBPOENA DUCES TECUM

I, Claudia Piano, hereby state the following:

1. My name is Claudia Piano. I am 48 years old and a resident of Norwood, New Jersey.

2. I am, and have been since April 2001, employed by PAREXEL MMS, an affiliate of PAREXEL International Corporation, (together, "PAREXEL") as a Group Director, Client Services, at PAREXEL's offices in Hackensack, New Jersey.

3. My duties and responsibilities as Group Director, Client Services, include managing the account teams that are engaged in consulting work for PAREXEL's clients, including AstraZeneca. I also prepare cost estimates and budgeting for client projects using PAREXEL's billing rates for consulting services.

4. In connection with this matter, I have been asked to provide a good-faith estimate of the internal costs PAREXEL will incur based on the personnel and time needed to respond to the subpoena issued to PAREXEL by the plaintiffs in the above-referenced matter.

5. I have reviewed the subpoena, which generally requests that PAREXEL produce all documents it has which relate to Seroquel, a drug manufactured by AstraZeneca. The documents requested include all Seroquel-related documents prepared by, prepared for, or received by PAREXEL, as well as all communications between PAREXEL and AstraZeneca and/or any third party relating to Seroquel, from 1986 to the present.

6. PAREXEL has worked with AstraZeneca on Seroquel projects since the year 2000. I am familiar with the range of projects and scope of work that PAREXEL has done for AstraZeneca regarding Seroquel.

7. PAREXEL employees who perform consulting services for clients track and bill their time worked on an hourly basis. PAREXEL's current hourly rates for consulting services range from $90 for administrative personnel to $550 for a corporate vice president. The rates are revised periodically.

8. Since about 2000, approximately 20 current PAREXEL employees have worked on and/or continue to work on Seroquel projects. As a first step, all of these "team members" (or someone acting on their behalf) would have to search through their electronic and paper files to identify documents and communications relating to Seroquel. After identifying the responsive information in their possession, the employees would have to prepare the documents for delivery (e.g., make photocopies, print, copy onto drives/discs, organize, box, ship, etc.). I estimate that each person would have to spend an average of 15 hours working on the project. With 20 people working 15 hours each, that totals 300 hours. At an average hourly rate of $250, this aspect of the project could involve $75,000 worth of billable time that would

otherwise be spent on paying matters involving AstraZeneca or other PAREXEL clients.

9. Moreover, a task of this nature would require appointment of a project manager to coordinate all of the information. Given the scope of the subpoena and the extent of services performed by PAREXEL relating to Seroquel, this could involve an additional 100 billable hours at $250/hour, or an additional $25,000.

10. The subpoena would also require PAREXEL's Client Finance Department to collect financial information for almost seven years. I estimate that this would require the full-time work of one employee for one month, at $150/hour. This would total approximately $25,000.

11. Based upon the foregoing, it is my good faith estimate that it is likely to cost at least $125,000 of PAREXEL's billable time to produce the documents requested in the subpoena.

12. In addition, persons from PAREXEL's Information Services Department would have to locate and search almost seven years' worth of archived information, including emails and hard copies that are in storage. I am not able to provide an estimate of these costs. I am also not including in this estimate photocopying and reproduction costs, or the attorney's fees and costs involved in responding to the subpoena. This estimate also does not include "lost profits" that PAREXEL could earn working on regular billing matters for other clients.

igned under the pains and penalties of perjury this 18th day of September, 2007.

*Claudia Piano*

_____
Claudia Piano

- 5 -

## CERTIFICATE OF SERVICE

I, Edward Krumeich, hereby certify that a true and accurate copy of the above document was served on this 18th day of September, 2007, upon counsel of record and upon:

*For Plaintiffs:*
Holly M. Wheeler
Blizzard, McCarthy & Nabers, LLP
440 Louisiana, Suite 1710
Houston, Texas 77002
Telephone No.: (713) 844-3750
Facsimile No.: (713) 844-3755

Michael Pederson
Weitz & Luxenberg
180 Meriden Lane
New York, NY 10038-4925
Telephone No.: (212) 558-5000
Facsimile No.: (212) 344-5461

*For AstraZeneca:*
Kenneth E. Friedman
SIdley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone No.: (213) 896-6055
Facsimile No.: (213) 896-6600

*For Parexel:*
Kurt S. Kusiak, BBO #559254
Robert M. Mendillo, BBO #342780
SALLY & FITCH LLP
One Beacon Street, 16th Floor
Boston, MA 02108
Telephone No.: (617) 542-5542
Facsimile No.: (617) 542-1542

_____
Edward Krumeich