AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF     Connecticut

In Re: Seroquel Products Liability Litigation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] MDL No. 1769
Case Pending in the
Middle District of
Florida, Orlando Divison

TO: Parexel MMS
181 Harbor Drive
Stamford, CT 06902

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Parexel MMS, 181 Harbor Drive, Stamford, CT 06902 | 7/30/2007 10:00 am |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
See Exhibit A attached.

| PLACE | DATE AND TIME |
|---|---|
| Parexel MMS, 181 Harbor Drive, Stamford, CT 06902 | 7/30/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Plaintiffs | 06/28/07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Michael Pederson, ESQ Weitz & Luxenberg 180 Maiden Lane, New York, NY 10038 212-558-5500

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number



PLAINTIFF'S EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION

CLIENT: Fredericks & Palmer Process Serving, LLC
INDEX NO.: MDL 1769 Pending USDC FL, Orlando Div.
RETURN DATE: 7/30/2007

# AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Eric Rubin being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Bethel, CT.

Furthermore, that on **July 2, 2007 at 4:20 PM at 181 Harbor Drive, Stamford, CT**, deponent served the **Subpoena In A Civil Case** upon **Parexal MMS**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Subpoena In A Civil Case** with **Patricia Nelson** a person who is known to be the **Receptionist** of said corporation and/or company, and who is **authorized** by said corporation and/or company to receive said **Subpoena In A Civil Case**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female** Skin: **Black** Hair: **Black** Age(Approx): **36-50** Height(Approx): **5'4" - 5'8"** Weight(Approx): **131-160 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Eric Rubin, Private Process Server

Sworn to before me on July 3, 2007

_____
Notary Public
My Commission Expires: 08/31/2009

