**From:** Kurt S. Kusiak [mailto:ksk@sally-fitch.com]
**Sent:** Thursday, August 09, 2007 3:51 PM
**To:** Holly Wheeler
**Subject:** PAREXEL MMS - Seroquel Subpoena

Holly,

I have contacted the people at PAREXEL MMS and discovered that their main function in dealing with AstraZeneca was to help produce journal articles that were published giving the results of Seroquel trials.

Per our agreement regarding the scope of the subpoena, I have asked them to search their files and make copies of all these manuscripts discussing Seroquel, which should give you the information you are looking for. I have also asked them to provide information about the amounts paid by AstraZeneca to PAREXEL MMS for the Seroquel work.

I am told by the people at PAREXEL MMS that this will involve quite a bit of work, since there were many articles and the work goes back at least 5 years. We estimate the cost of producing all of this material to be between $5,000 and $10,000, which I assume you will be willing to pay. Please let me know.

---

Kurt S. Kusiak, Esq.
Sally & Fitch LLP
One Beacon Street
Boston, MA 02108
Tel: 617-542-5542
Fax: 617-542-1542



SALLY & FITCH LLP



PLAINTIFF'S EXHIBIT

8/15/2007