# MURTHA CULLINA LLP

ATTORNEYS AT LAW

WHITNEY GROVE SQUARE
TWO WHITNEY AVENUE, P.O. BOX 704
NEW HAVEN, CONNECTICUT 06503-0704

TELEPHONE (203) 772-7700
FACSIMILE (203) 772-7723
www.murthalaw.com

JENNIFER M. DELMONICO
(203) 772-7735
JDELMONICO@MURTHALAW.COM

October 2, 2007

VIA E-MAIL

Holly M. Wheeler, Esq.
Blizzard, McCarthy & Nabers, LLP
440 Louisiana Street, Suite 1710
Houston, Texas 77002

Re: Simpson Healthcare Executives Subpoena

Dear Holly:

I am writing, pursuant to your request, to set forth the costs and expenses Simpson Healthcare has incurred to date in order to comply with the subpoena the plaintiffs served on it in the Seroquel MDL. Simpson Healthcare has incurred the following costs and expenses to date:

- Simpson Healthcare employee time incurred through Sept. 29, 2007: 775.25 hours

- Blended rate for Simpson Healthcare time on AstraZeneca matters: $122.00/hour

    **Subtotal: $94,580.50**

- Out-of-pocket expenses incurred to date: $541.00

- Legal fees to date: $7,032.00

    **Grand Total: $102,153.50**

Please let me know at your earliest convenience whether the plaintiffs will reimburse Simpson Healthcare for these costs and expenses. Best regards.

Sincerely,

Jennifer M. DelMonico

cc: Jocelyn M. Griffin, Esq.

BOSTON    HARTFORD    NEW HAVEN    STAMFORD    WOBURN

PLAINTIFF'S EXHIBIT J