UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE:  SEROQUEL PRODUCT | : | |
| LIABILITY LITIGATION | : | CIVIL ACTION |
| IN RE:  MDL NO. 1769 CASE PENDING | : | NO. 3:07MC264(JCH) |
| IN THE MIDDLE DISTRICT OF | : | |
| FLORIDA, ORLANDO DIVISION | : | |
| | : | |
| | : | OCTOBER 30, 2007 |

## MOTION TO INTERVENE

Pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, Simpson Healthcare

Executives ("Simpson") moves to intervene in this matter so that it may defend against the

motion to compel directed against it in Plaintiffs' Motion for Transfer to Seroquel Products

Liability Litigation MDL, Opposition to PAREXEL MSS Motion for Protective Order,

Motion to Compel Nonparty Documents, and Incorporated Memorandum of Law, dated

October 10, 2007.

This is a miscellaneous action relating to third party subpoenas issued in the In re:

Seroquel Products Liability Litigation (MDL NO. 1769) pending in the Middle District of

Florida, Orlando Division ("Seroquel MDL").  The plaintiffs in the Seroquel MDL issued

subpoenas to several non-parties, including Simpson and PAREXEL, MMS ("PAREXEL").

PAREXEL initiated this miscellaneous action in order to file a Motion for Protective Order

with respect to the non-party subpoena served on it.  PAREXEL filed that motion on

**NO ORAL ARGUMENT REQUESTED**

September 19, 2007. On October 10, 2007, the plaintiffs in the Seroquel MDL filed an opposition to PAREXEL's Motion for Protective Order. In the same filing, plaintiffs in the Seroquel MDL filed a Motion to Compel Nonparty Documents directed against Simpson, even though Simpson was not a party to this miscellaneous action (or the Seroquel MDL).

Simpson has a direct interest in the property or transaction that is the subject of this miscellaneous action, namely its documents and information and the substantial costs and expenses it has incurred to comply with the subpoena at issue. Simpson is so situated that the disposition of the action may as a practical matter impair or impede Simpson's ability to protect that interest because its interest is not adequately represented by existing parties, since PAREXEL and Simpson have different documents and information at stake and likely have incurred different costs and expenses to comply with the subpoenas at issue.

Accordingly, Simpson respectfully requests that this Court allow it to intervene in this matter to defend against the Motion to Compel Nonparty Documents pending against it. Since this is a miscellaneous action, there are no pleadings, claims, or defenses in which Simpson can intervene pursuant to Rule 24(c). Simpson intends to file an objection to the Motion to Compel Nonparty Documents directed against it (see Motion for Extension of Time, filed concurrently).

Counsel for PAREXEL does not object to this motion.  Despite diligent effort, the undersigned has not ascertained the position of counsel for the plaintiffs in the Seroquel MDL with respect to this motion.

SIMPSON HEALTHCARE EXECUTIVES

By: _____
    Jennifer Morgan DelMonico – ct21751

MURTHA CULLINA LLP
Whitney Grove Square
Two Whitney Avenue
New Haven, Connecticut
Telephone:  (203) 772-7700
Facsimile:  (203)772-7723
Email:  jdelmonico@murthalaw.com
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Intervene was sent via United States

mail, first-class, postage prepaid, on this 30th day of October, 2007 to:

Ed Blizzard
Blizzard, McCarthy & Nabers-TX
440 Louisiana Street
Suite 1710
Houston, TX  77002

Sean K. McElligott
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT  06604

Edward T. Krumeich
Ivey, Barnum & O'Mara
170 Mason Street, P.O. Box 1689
Greenwich, CT  06830

_____
Jennifer M. DelMonico – ct21751

982960v1