UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: SEROQUEL PRODUCT LIABILITY LITIGATION : | CIVIL ACTION |
| IN RE: MDL NO. 1769 CASE PENDING : | NO. 3:07MC264(JCH) |
| IN THE MIDDLE DISTRICT OF : | |
| FLORIDA, ORLANDO DIVISION : | |
| : | |
| : | OCTOBER 30, 2007 |

MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), Simpson Healthcare Executives ("Simpson") respectfully moves for an extension of seven (7) days, up to and including November 7, 2007, within which to object to the Opposition to PAREXEL MSS Motion for Protective Order, Motion to Compel Nonparty Documents, and Incorporated Memorandum of Law, dated October 10, 2007.

There is good cause for this requested extension. This is a miscellaneous action relating to third party subpoenas issued in the In re: Seroquel Products Liability Litigation (MDL NO. 1769) pending in the Middle District of Florida, Orlando Division ("Seroquel MDL"). The plaintiffs in the Seroquel MDL issued subpoenas to several non-parties, including Simpson and PAREXEL, MMS ("PAREXEL"). PAREXEL initiated this miscellaneous action in order to file a Motion for Protective Order with respect to the non-party subpoena served on it. PAREXEL filed that motion on September 19, 2007. On

**NO ORAL ARGUMENT REQUESTED**

October 10, 2007, the plaintiffs in the Seroquel MDL filed an opposition to PAREXEL's Motion for Protective Order. In the same filing, plaintiffs in the Seroquel MDL filed a Motion to Compel Nonparty Documents directed against Simpson, even though Simpson was not a party to this miscellaneous action (or the Seroquel MDL).

Simpson has moved to intervene in this action and, should its motion to intervene be granted, will require additional time to prepare its opposition to the Motion to Compel Nonparty Documents directed against it.

This is Simpson Healthcare's first request for an extension of time with respect to this filing. Counsel for PAREXEL, and for the plaintiffs in the Seroquel MDL have no objection to this motion.

SIMPSON HEALTHCARE EXECUTIVES

By: _____
Jennifer Morgan DelMonico – ct21751

MURTHA CULLINA LLP
Whitney Grove Square
Two Whitney Avenue
New Haven, Connecticut
Telephone: (203) 772-7700
Facsimile: (203)772-7723
Email: jdelmonico@murthalaw.com
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was sent via United States mail, first-class, postage prepaid, on this 30th day of October, 2007 to:

Ed Blizzard
Blizzard, McCarthy & Nabers-TX
440 Louisiana Street
Suite 1710
Houston, TX  77002

Sean K. McElligott
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT  06604

Edward T. Krumeich
Ivey, Barnum & O'Mara
170 Mason Street, P.O. Box 1689
Greenwich, CT  06830

_____
Jennifer M. DelMonico – ct21751