# Exhibit A

| | |
|---|---|
| STATE OF TEXAS | § |
| HARRIS COUNTY | § |

### AFFIDAVIT OF R. KEITH WEBER, JR.

On this day, R. Keith Weber, Jr. appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said:

"My name is R. Keith Weber, Jr. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Plaintiff Deborah Elmore was contacted by my office via telephone on October 30, 2007 and asked to provide Bailey Perrin Bailey LLP with the documents defense counsel identified in Plaintiff's deposition. Plaintiff conducted a diligent search for said documents and produced those responsive and within Plaintiff's possession, custody, and control. On November 7, 2007, my office received said documents and forwarded them to marjorie.shiekman@dechert.com.

Plaintiff Lisa Grant was contacted via telephone by my office on October 26, 2007 and asked to provide Bailey Perrin Bailey LLP with the documents defense counsel identified in Plaintiff's deposition. Plaintiff conducted a diligent search for said documents and produced those responsive and within Plaintiff's possession, custody, and control. On November 5, 2007, my office received said documents and forwarded them to marjorie.shiekman@dechert.com on November 7, 2007.

Plaintiff Kimberly Linder was nonresponsive to telephone calls placed by my office on October 30, 2007. The following day, my office sent a letter via FedEx Priority Overnight to Plaintiff requesting the documents defense counsel identified in Plaintiff's deposition. On November 8, 2007, my office received said documents and forwarded them to marjorie.shiekman@dechert.com.

Plaintiff Debra Scott was nonresponsive to telephone calls placed by my office on October 30, 2007. The following day, my office sent a letter via FedEx Priority Overnight to Plaintiff requesting the documents defense counsel identified in Plaintiff's deposition. On November 5, 2007, my office received said documents and forwarded them to marjorie.shiekman@dechert.com on November 8, 2007.

Plaintiff Christine Hernandez was nonresponsive to telephone calls placed by my office on October 30, 2007. The following day, my office sent a letter via FedEx Priority Overnight to Plaintiff requesting the documents defense counsel identified in Plaintiff's deposition. My office received a call the following day from Plaintiff explaining that the documents were too voluminous and cumbersome for her to mail. A copy service was

contracted and my office received said documents on November 08, 2007. I anticipate being able to send said documents to Marjorie Shiekman on Monday, November 12, 2007.

Plaintiff Sharon Fashner has been nonresponsive to numerous phone calls placed by my office since September 19, 2007. Plaintiff was also nonresponsive to a letter sent via FedEx Priority Overnight on October 31, 2007. During my office's last communication with Plaintiff, prior to sending the October 31, 2007 letter, she indicated she was having trouble paying her bills and other living expenses. She also indicated it may be difficult to contact her due to those extenuating circumstances.

Plaintiff Jesse Runner was nonresponsive to telephone calls placed by my office on October 30, 2007. The following day, my office sent a letter via FedEx Priority Overnight to Plaintiff requesting the documents defense counsel identified in Plaintiff's deposition. On November 1, 2007, my office received said documents and forwarded them to marjorie.shiekman@dechert.com.

Plaintiff Sharon Duvall was nonresponsive to telephone calls placed by my office on October 30, 2007. The following day, my office sent a letter via FedEx Priority Overnight to Plaintiff requesting the documents defense counsel identified in Plaintiff's deposition. On November 1, 2007, my office received said documents and forwarded them to marjorie.shiekman@dechert.com.

I am an attorney at Bailey Perrin Bailey LLP and responsible for securing the aforementioned documents and submitting them to Marjorie Shiekman. I have maintained constant communication with our staff members assisting the procurement of these documents. Additionally, I spoke with several of the aforementioned Plaintiffs, reviewed the documents furnished, and served said documents to Marjorie Shiekman."

_R. Keith Weber, Jr._
R. Keith Weber, Jr.

SWORN TO and SUBSCRIBED before me by R. Keith Weber, Jr. on _November 9, 2007._

_Cindy C Harrison_
Notary Public in and for
the State of _____

CINDY C HARRISON
NOTARY PUBLIC
State of Texas
Comm Exp. 01-26-2010