# EXHIBIT A

## Voshell, Colleen Casey

**From:** Holly Wheeler [hwheeler@blizzardlaw.com]
**Sent:** Wednesday, October 17, 2007 6:41 PM
**To:** Kerns, Kevin
**Cc:** Voshell, Colleen Casey; McConnell, Stephen; Ken Bailey; Camp Bailey; Scott Allen; Edward Blizzard; Rovner, Allison; Magaziner, Fred; Jim Freebery; Kaufman, Daniel; Dennis Canty; Larry J. Gornick; Tom Pirtle; Paul Pennock
**Subject:** Requests for Production

Dear Kevin,

We have reviewed AstraZeneca's amended responses to our first, third and fourth requests for production and have noted many deficiencies. As you know, we have already begun the depositions of AstraZeneca's witnesses. The deposition of James Gaskill is scheduled to begin next Wednesday. AstraZeneca has had months to provide the requested documents and we have met and conferred on these issues on several occasions. We need the documents AstraZeneca has repeatedly agreed to produce by the end of this week.

### Plaintiffs' First Request for Production served on May 25, 2007:

Although these requests were served approximately 5 months ago, AstraZeneca still has not produced many responsive documents, which AstraZeneca has indicated have been gathered and/or are being processed and/or will be gathered and produced/supplemented. Below is a list of the requests to which Plaintiffs are still awaiting documents along with a general description of the requests:

RFP 5 - SET meeting minutes and agenda
RFP 6 – SET meeting discussion documents
RFP 7 – Communications between SET members; AstraZeneca's search which was apparently limited to the terms "Seroquel" and "quetiapine" is inadequate
RFP 10 – USLT meeting discussion documents
RFP 12 – Patient information sheets disseminated in foreign countries
RFP 13 – Dear Doctor/Healthcare Provider letters disseminated in foreign countries
RFP 14 – Draft package inserts, patient information sheets and Dear Doctor/Healthcare Provider letters that were prepared for any foreign country
RFP 24 – Drafts and amendments to clinical study report 125
RFP 39 – SOP compliance reports
RFP 41 – Regulatory queries and responses
RFP 42 – Marketing company queries and responses
RFP 54 – Barry Arnold documents
RFP 56 – Minutes of meetings from the Benefit/Risk team for Seroquel
RFP 57 – Discussion documents for meetings of the Benefit/Risk Team for Seroquel
RFP 59 – Communications between attendees of SERM and pre-SERM meetings; AstraZeneca's search which was apparently limited to the terms "Seroquel" and "quetiapine" is inadequate
RFP 66 – Agency Contacts (FDA)
RFP 68 – Risk Opportunity Logs for Seroquel

11/12/2007

We are still missing bates numbers for the following requests:

RFP 50 – Investigative Brochures and updates
RFP 70 – DDMAC letters and responses

RFP 34 requests Justification Documents concerning Seroquel label changes. AstraZeneca responded that Justification Documents were not prepared for changes to the *U.S.* label. Our request was not limited to the U.S. label. Please clarify whether Justification Documents were prepared for any changes to foreign Seroquel labels.

RFP 58 requests communications between Benefit/Risk Team members regarding Seroquel. AstraZeneca has responded that they will produce meeting minutes only. This is insufficient.

RFPs 67 and 75 request notes regarding contacts with any foreign regulatory authority and UK Marketing Authorization Applications. AstraZeneca has asserted several objections and has not agreed to produce any responsive documents.

RFP 23 requests communications including emails regarding protocols for Study 125. AstraZeneca limited their search for documents to the extent they exist in a central location. As we have previously indicated, this is insufficient.

**Plaintiffs' Third Request for Production (sales requests) served on July 6, 2007**:

Although these requests were served more than 3 months ago, AstraZeneca has again not produced many responsive documents, which AstraZeneca has indicated have been gathered and/or are being processed and/or will be gathered and produced. Below is a list of the requests to which Plaintiffs are still awaiting documents and a general description of the requests:

RFP 4 – Voicemails left for PSSs regarding Seroquel
RFP 9 – Government Employee/Service Provider forms
RFP 17 – Form letters sent to healthcare providers following PIRs

In response to many of the sales requests, AstraZeneca responded that responsive documents were located in the PRA production; however, specific bates numbers for the requested documents have not been provided. These requests include the following:

RFP 4 – Voicemails left for PSSs regarding Seroquel
RFP 6 – Approved reprints and printouts utilized by PSSs
RFP 7 – "Scientific" and "Commercial" exhibits
RFP 26 – Patient education materials
RFP 28 – E-detailing documents
RFP 29 – Core message documents
RFP 33 – "Drive the Dose" sales and/or tool kits

Many of AstraZeneca's responses to the sales requests refer to AstraZeneca's responses to the marketing requests which were served on June 26, 2007. As we have not yet received AstraZeneca's amended responses to the marketing requests, we do not know whether AstraZeneca's responses are adequate. You have indicated that we will receive AstraZeneca's amended marketing responses tomorrow, October 18, 2007.

11/12/2007

**Plaintiffs' Fourth Request for Production (PRA requests) served on July 23, 2007:**

Below is a list of the requests to which Plaintiffs are still awaiting documents and a general description of the requests:

RFP 2 – Discussion documents for meetings of the following teams: (1) AZAP, (2) PRA Review, and (3) eSTaR
RFP 3 – Various specifically identified materials relating to Seroquel and diabetes, hyperglycemia and metabolic syndrome (only the Diabetes Slide Deck was identified by bates numbers)
RFP 6 – Communications sent to PSSs instructing them to cease use of promotional items
RFP 7 – Off-label reprints and accompanying scripts
RFP 8 – Materials that became the subject of the eSTaR escalation process
RFP 12 – US PRA Guidance documents

In response to many of the PRA requests, AstraZeneca indicated that responsive documents were located in the PRA production; however, specific bates numbers for the requested documents have not been provided. These requests include the following:

RFP 8 – Materials that became the subject of the eSTaR escalation process
RFP 10 – Outpatient Specialty Care Workshop materials

With respect to RFP 9 (Principles of Prescription Drug Promotion), AstraZeneca has asserted various privileges.

Again, many of AstraZeneca's responses to the PRA requests refer to AstraZeneca's responses to the marketing requests. We will evaluate the adequacy of AstraZeneca's amended responses upon receipt tomorrow. However, if AstraZeneca identifies responsive documents as having been gathered and/or as being processed and/or as will be gathered and produced/supplemented, we expect those documents to be delivered this week as well. We were entitled to these documents months ago and had to proceed with the deposition of Denise Campbell last week without the promised documents. If we do not receive the documents this week and have to proceed with the deposition of James Gaskill on Wednesday, we will seek relief from the court which may include a request for additional sanctions. We will also need to address the identified objections/assertions of privilege and inadequate searches with the court.

Please advise.

Thank you.

**Holly M. Wheeler**
440 Louisiana, Suite 1710
Houston, Texas 77002
(713) 844-3750
(713) 844-3755


BMN  BLIZZARD, MCCARTHY & NABERS, LLP

11/12/2007

www.blizzardlaw.com

11/12/2007