# EXHIBIT B



**McCARTER & ENGLISH**
ATTORNEYS AT LAW

September 12, 2007

VIA FEDERAL EXPRESS

Jonathan Jaffe
Weitz & Luxenberg, P.C.
6th Floor
120 Wall Street
New York, NY 10005

Re: In Re Seroquel Products Liability Litigation: MDL-1769

Dear Jonathan:

Pursuant to my notice, we have enclosed a portable CD Rom containing material for AstraZeneca's twenty-sixth production in the above referenced matter. In particular, this production contains material from eSTaR.

For your convenience, I have listed the Custodians along with each Custodian's corresponding bates ranges as follows:

**Beg Bates Range:**

AZSER10765480

Please note that this material is being produced as a ".mdb" (Microsoft Access) file. AstraZeneca's technical representative, Steve Aaronson, extracted this material from the eSTaR database based on your requests at our meet and confer on August 23, 2007. Mr. Aaronson concluded that this method of production is the best way to preserve the data you requested. While this method of production fully satisfies our agreement regarding Seroquel-specific eSTaR data, we will arrange for an additional meet and confer with Mr. Aaronson if you would like to discuss a format other than Microsoft Access.

Joe Yeager
Associate
T. 302.984.6391
F. 302.691.2162

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

BALTIMORE

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 6713571v.1

Jonathan Jaffe
September 12, 2007
Page 2

Should you have any questions or concerns, please feel free to contact me.

Sincerely,

Joe P. Yeager

Enclosure

cc: James J. Freebery
cc: Kevin Kerns
cc: Ed Blizzard
cc: Camp Bailey
cc: Scott Allen
cc: Chuck Hunger

ME1 6713571v.1