# EXHIBIT D



**McCARTER & ENGLISH**
ATTORNEYS AT LAW

October 24, 2007

VIA COURIER

Jonathan Jaffe
Weitz & Luxenberg, P.C.
6th Floor
120 Wall Street
New York, NY 10005

Joe Yeager
Associate
T. 302.984.6391
F. 302.691.2162

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

Re: In Re Seroquel Products Liability Litigation: MDL-1769

Dear Jonathan:

Pursuant to my notice, we have enclosed a compact disc containing documents for AstraZeneca's fortieth production in the above referenced matter. In particular, this production contains documents responsive to Plaintiff's request for production of documents as set forth in detail below. This production is subject to the protective order entered in the MDL on September 19, 2007, as well as any state court protective orders.

For your convenience, I have listed a general description of the documents with reference to its specific RFP number along with corresponding bates numbers for each. The contents of the production media and the corresponding bates range are as follows:

**SET Materials Responsive to Plaintiffs First Set of RFPs #5, 6:**

AZSER1181768             AZSER11817411

**RFP # 15:**

AZSER11817412            AZSER11820481

Should you have any questions or concerns, please feel free to contact me.

Sincerely,

Joe P. Yeager

Enclosure

cc:  James J. Freebery

ME1 6860913v.1