# EXHIBIT E



**McCARTER ENGLISH**
ATTORNEYS AT LAW

October 26, 2007

VIA COURIER

Jonathan Jaffe
Weitz & Luxenberg, P.C.
6th Floor
120 Wall Street
New York, NY 10005

Joe Yeager
Associate
T. 302.984.6391
F. 302.691.2162

Re: <u>In Re Seroquel Products Liability Litigation: MDL-1769</u>

Dear Jonathan:

Pursuant to my notice, we have enclosed a compact disc containing documents for AstraZeneca's forty-second production in the above referenced matter. In particular, this production contains documents responsive to Plaintiff's request for production of documents as set forth in detail below. This production is subject to the protective order entered in the MDL on September 19, 2007, as well as any state court protective orders.

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

For your convenience, I have listed a general description of the documents with reference to its specific RFP number along with corresponding bates numbers for each. The contents of the production media and the corresponding bates range are as follows:

**USLT Documents Responsive to Plaintiffs First Set of RFPs #9, 10:**

    AZSER11824139        AZSER11827292

**Regulatory Authority Queries Responsive to Plaintiffs First Set of RFPs #41:**

BOSTON

    AZSER11820663        AZSER11824138

HARTFORD

**Foreign Labeling and Letters Responsive to Plaintiffs First Set of RFPs #12, 13, 14:**

NEW YORK

    AZSER11820482        AZSER11820662

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 6868936v.1

Jonathan Jaffe
October 26, 2007
Page 2

Should you have any questions or concerns, please feel free to contact me.

Sincerely,

Joe P. Yeager

Enclosure

cc:  James J. Freebery