# EXHIBIT F



**M<sup>c</sup>CARTER ENGLISH**
ATTORNEYS AT LAW

November 5, 2007

VIA COURIER

Jonathan Jaffe
Weitz & Luxenberg, P.C.
6th Floor
120 Wall Street
New York, NY 10005

Joe Yeager
Associate
T. 302.984.6391
F. 302.691.2162

Re: In Re Seroquel Products Liability Litigation: MDL-1769

Dear Jonathan:

Pursuant to my notice, I have enclosed a compact disc containing documents for AstraZeneca's forty-fifth production in the above referenced matter. In particular, this production contains documents responsive to Plaintiff's request for production of documents as set forth in detail below. This production is subject to the protective order entered in the MDL on September 19, 2007, as well as any state court protective orders.

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

For your convenience, I have listed a general description of the documents with reference to its specific RFP number along with corresponding bates numbers for each. The contents of the production media and the corresponding bates range are as follows:

**Risk Benefit Team Materials Responsive to Plaintiff's First Set of RFPs #56, 57, 58:**

BOSTON

AZSER12049187         AZSER12049714

Should you have any questions or concerns, please feel free to contact me.

HARTFORD

Sincerely,

NEW YORK

NEWARK

Joe P. Yeager

PHILADELPHIA

Enclosure

STAMFORD

cc: James J. Freebery

WILMINGTON

ME1 6888802v.1