# EXHIBIT G



McCARTER ENGLISH
ATTORNEYS AT LAW

November 1, 2007

VIA COURIER

Jonathan Jaffe
Weitz & Luxenberg, P.C.
6th Floor
120 Wall Street
New York, NY 10005

Joe Yeager
Associate
T. 302.984.6391
F. 302.691.2162

Re: In Re Seroquel Products Liability Litigation: MDL-1769

Dear Jonathan:

Pursuant to my notice, we have enclosed a portable hard drive containing documents for AstraZeneca's forty-fourth Custodian production in the above referenced matter. In particular, this production contains documents belonging to thirteen new custodians. This production is subject to the protective order entered in the MDL on September 19, 2007, as well as any state court protective orders.

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

Similar to recent productions, the large size of this Production demands the Custodians be set forth in multiple folders and corresponding sets. For your convenience, I have listed the Custodians according to their sets with corresponding bates numbers. The contents of the sets and the corresponding bates ranges are:

**Next 13 Custodial Production**

**Set 1**

BALTIMORE

| Custodian: | Beg Bates Range: | End Bates Range: |
|---|---|---|
| Arnold, Barry | AZSER11827607 | AZSER11892273 |
| Atkin, Karen | AZSER11892274 | AZSER11919539 |
| Brennan, David | AZSER11919540 | AZSER11938851 |
| Duff, Dave | AZSER11938852 | AZSER11942316 |

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 6882080v.1

Jonathan Jaffe
November 1, 2007
Page 2

**Set 2**

| **Custodian:** | **Beg Bates Range:** | **End Bates Range:** |
|---|---|---|
| Keisu, Marrianne | AZSER11942317 | AZSER11953192 |
| McKillop, Tom | AZSER11953193 | AZSER11956998 |
| Oldham, Alex | AZSER11956999 | AZSER12038544 |
| Patterson, John | AZSER12038545 | AZSER12041854 |
| Symonds, Jonathan | AZSER12041855 | AZSER12049186 |

Should you have any questions or concerns, please feel free to contact me.

Sincerely,

Joe P. Yeager

Enclosure

cc:  James J. Freebery