# EXHIBIT H

**Voshell, Colleen Casey**

| | |
|---|---|
| **From:** | Kerns, Kevin |
| **Sent:** | Wednesday, July 25, 2007 6:08 PM |
| **To:** | Eblizzard@blizzardlaw.com |
| **Cc:** | McConnell, Stephen; Munno, Thomas; Voshell, Colleen Casey; Moyer, Louise; Jim Freebery; Magaziner, Fred |
| **Subject:** | Plaintiffs' First Set of Document Requests -- Bates Number Identification |

Ed:

AstraZeneca identifies the following documents as responsive to specific requests as referenced in our Amended Responses to Plaintiffs' first set of requests for production, which we served on July 3, 2007. Please note that where we have identified a complete set of responsive documents, we have not identified duplicates of those documents found elsewhere in the custodial production:

    RFP 1 --    AZ/SER 10376259-AZ/SER 10376271

    RFP 4 --    AZ/SER 10376258

    RFP 8 --    AZ/SER 10382766-AZ/SER 10382774

    RFP 11 --    AZ/SER 10382597-AZ/SER 10382765

    RFP 15 --    AZ/SER 10380344-AZ/SER 10382596; AZ/SER 10382775-AZ/SER 10382824

    RFP 21 --    AZ/SER 8548161-AZ/SER 8548187; AZ/SER 1224083-AZ/SER 1224157; AZ/SER 7345188-AZ/SER 7345635; AZ/SER 8424843-    AZ/SER 8425104; AZ/SER 8612468-AZ/SER 8612494; AZ/SER 8984696-AZ/SER 8985143

    RFP 22 --    AZ/SER 8548161-AZ/SER 8548187; AZ/SER 8628429-AZ/SER 8628455; AZ/SER 8425105-AZ/SER 8425131

    RFP 24 --    AZ/SER 1860716-AZ/SER 1861256; AZ/SER 7345188-AZ/SER 7345635; AZ/SER 8424843-AZ/SER 8425104; AZ/SER 8612468-    AZ/SER 8612494; AZ/SER 8984696-AZ/SER 8985143

    RFP 31 --    AZ/SER 7346505

    RFP 40 --    AZ/SER 456808-AZ/SER 457398; AZ/SER 457602-AZ/SER 457870; AZ/SER 458072-AZ/SER 459458; AZ/SER 460205-AZ/SER 460587; AZ/SER 461764-AZ/SER 462146; AZ/SER 480443-AZ/SER 480444; AZ/SER 2469546-AZ/SER 2480185

    RFP 46 --    IND Annual Reports: AZ/SER 133360-AZ/SER 140088; AZ/SER 140099-AZ/SER 140303

        NDA Annual Reports: AZ/SER 453037-AZ/SER 456807

We still owe you identifications for Request Nos. 42, 51, 53, 69 from the first set of requests, and expect to have them for you by early next week, and possibly sooner.

Please contact me if you have questions or concerns.

-Kevin

2