# EXHIBIT I



**McCARTER & ENGLISH**
ATTORNEYS AT LAW

November 12, 2007

VIA COURIER

Jonathan Jaffe
Weitz & Luxenberg, P.C.
6th Floor
120 Wall Street
New York, NY 10005

Joe Yeager
Associate
T. 302.984.6391
F. 302.691.2162

Re: In Re Seroquel Products Liability Litigation: MDL-1769

Dear Jonathan:

Pursuant to my notice, I have enclosed a portable hard drive containing documents for AstraZeneca's fiftieth production in the above referenced matter. In particular, this production contains documents responsive to Plaintiff's requests for production of documents as set forth in detail below. This production is subject to the protective order entered in the MDL on September 19, 2007, as well as any state court protective orders.

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

For your convenience, I have listed a general description of the documents with reference to its specific RFP number along with corresponding bates numbers for each. The contents of the production media and the corresponding bates range are as follows:

**Foreign Labeling and Letters Responsive to Plaintiff's First Set of RFPs #12, 14:**

BALTIMORE

        AZSER12355826        AZSER12356382

BOSTON

**Regulatory Authority Queries (Astellas) Responsive to Plaintiff's First Set of RFPs #41:**

HARTFORD

        AZSER12356383        AZSER12370026

NEW YORK

**Compliance Reports Responsive to Clinical Request #39:**

NEWARK

        AZSER12370027        AZSER12371178

PHILADELPHIA

**Consumer Marketing Team Materials Responsive to Marketing Request #1(f):**

STAMFORD

        AZSER12371179        AZSER12371308

WILMINGTON

ME1 6906268v.1

Jonathan Jaffe
November 12, 2007
Page 2

**Electronic Field Coaching Forms Responsive to Sales Request #25:**

        AZSER12371309        AZSER12417879

**OneView Standard Responses Responsive to Clinical Request #42:**

        AZSER12417880        AZSER12418199

**Quest Standard Responses Responsive to Clinical Request #42:**

        AZSER12418200        AZSER12419969

**Regulatory Authority Queries (Netherlands) Responsive to Plaintiff's First Set of RFPs #41:**

        AZSER12419970        AZSER12441438

**Signed Government Employee/Service Provider Forms Responsive to Sales Request #9:**

        AZSER12441439        AZSER12441944

**Study 125 CSR Responsive to Plaintiff's First Set of RFPs #24:**

        AZSER12441945        AZSER12446526

Should you have any questions or concerns, please feel free to contact me.

Sincerely,

Joe P. Yeager

Enclosure

cc: James J. Freebery
cc: Kevin Kerns
cc: Ed Blizzard
cc: Camp Bailey
cc: Scott Allen
cc: Chuck Hunger

ME1 6906268v.1