# EXHIBIT M



**M<sup>c</sup>CARTER ENGLISH**
ATTORNEYS AT LAW

September 14, 2007

VIA COURIER

Jonathan Jaffe
Weitz & Luxenberg, P.C.
6th Floor
120 Wall Street
New York, NY 10005

Joe Yeager
Associate
T. 302.984.6391
F. 302.691.2162

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

BALTIMORE

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

Re: In Re Seroquel Products Liability Litigation: MDL-1769

Dear Jonathan:

Pursuant to my notice, I have enclosed a portable hard drive containing documents for AstraZeneca's twenty-eighth production in the above referenced matter. In particular, this production contains documents responsive to Plaintiff's request for production of documents as set forth in detail below. This production is subject to the agreed upon confidentiality stipulation and any state court protective orders.

For your convenience, I have listed a general description of the documents with reference to its specific RFP number along with corresponding bates numbers for each. The contents of the production media and the corresponding bates range are as follows:

**CLT-Materials: Responsive to Marketing Request #1(e) and Sales Request #12,13:**

AZSER10763942         AZSER10764041

**Documents Responsive to Plaintiff's First Set of RFP #15**

AZSER10764042         AZSER10764508

**KUR List Materials Responsive to Plaintiffs First Set of RFP #30**

AZSER10764824         AZSER10764828

**Seroquel Annual Reports Responsive to Plaintiffs First Set of RFP #46**

AZSER10764829         AZSER10765222

**Seroquel USPT Materials Responsive to Marketing Request #1(nn):**

AZSER10765223         AZSER10765304

ME1 6705542v.1

Jonathan Jaffe
September 14, 2007
Page 2

**SLT Materials Responsive to Marketing Request #1(cc):**

        AZSER10765305        AZSER10765479

**UK Foreign Labeling and Letters Responsive to RFP # 12, 14:**

        AZSER10765920        AZSER10766474

Should you have any questions or concerns, please feel free to contact me.

Sincerely,

Joe P. Yeager

Enclosure

cc: James J. Freebery
cc: Kevin Kerns
cc: Ed Blizzard
cc: Camp Bailey
cc: Scott Allen
cc: Chuck Hunger

ME1 6705542v.1