# EXHIBIT P



### McCARTER & ENGLISH
ATTORNEYS AT LAW

November 8, 2007

VIA COURIER

Jonathan Jaffe
Weitz & Luxenberg, P.C.
6th Floor
120 Wall Street
New York, NY 10005

Joe Yeager
Associate
T. 302.984.6391
F. 302.691.2162

Re: In Re Seroquel Products Liability Litigation: MDL-1769

Dear Jonathan:

Pursuant to my notice, we have enclosed a compact disc containing documents for AstraZeneca's forty-ninth production in the above referenced matter. In particular, this production contains documents responsive to Plaintiff's request for production of documents as set forth in detail below. This production is subject to the protective order entered in the MDL on September 19, 2007, as well as any state court protective orders.

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

For your convenience, I have listed a general description of the documents with reference to its specific RFP number along with corresponding bates numbers for each. The contents of the production media and the corresponding bates range are as follows:

**Regulatory Authority Queries Responsive to Plaintiffs First Set of RFPs #41:**

BALTIMORE

AZSER12109884                AZSER12110547

BOSTON

**PRA Guidance For Speaker Facilitator Training Needs Responsive to Plaintiff's Fourth Set of RFPs #12:**

HARTFORD

AZSER12109881                AZSER12109883

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 6900618v.1

Jonathan Jaffe
November 8, 2007
Page 2

Should you have any questions or concerns, please feel free to contact me.

Sincerely,

Joe P. Yeager

Enclosure

cc: James J. Freebery
cc: Kevin Kerns
cc: Ed Blizzard
cc: Camp Bailey
cc: Scott Allen
cc: Chuck Hunger

ME1 6900618v.1