UNITED STATES DISTRICT COURTHOUSE
SOUTHERN DISTRICT OF NEW YORK

MISCELLANEOUS DOCKET
( Ordered by DOCUMENT No. )

M8-85

RECEIVED
2007 NOV -9 PM 1:20
MIDDLE DISTRICT COURT
ORLANDO, FLORIDA

| Date | Document # | Proceeding | |
|---|---|---|---|
| 09/28/07 | 534 | IN RE: SUBPOENA SERVED ON HARRIS INTERACTIVE, INC., KLEMTNER ADVERTISING, INC., SAATCHI & SAATCHI HEALTHCARE, AND EDELMAN; IN RE: SEROQUEL PRODUCTS LIABILITY LIT MDL -1769-: Fld Plaintiffs' Notice of Motion Requesting the Transfer of this Dispute involving non-parties, Harris Interactive, Inc., Klemtner Advertising, Inc., Saatchi and Saatchi Healthcare, and Edelman, Inc. To the USDC, Middle District of Florida, Orlando Division MDL 1769 or Alternatively granting Plaintiffs Motion to Compel Production of nonparty documents. Ret. 10/9/07. Document transferred to the Middle District of Florida, Orlando Division pursuant to Order of Transfer Doc. No. 547 in M8-85 dated 10/9/07. | RJM |
| 09/28/07 | 535 | IN RE: SUBPOENA SERVED ON HARRIS INTERACTIVE, INC., KLEMTNER ADVERTISING, INC., SAATCHI & SAATCHI HEALTHCARE, AND EDELMAN; IN RE: SEROQUEL PRODUCTS LIABILITY LIT MDL -1769-: Fld Ptffs' Memo of Law in Support of their Notice of Motion Requesting the Transfer of this Dispute involving non-parties, Harris Interactive, Inc., Klemtner Advertising, Inc., Saatchi and Saatchi Healthcare, and Edelman, Inc. To the USDC, Middle District of Florida, Orlando Division MDL 1769 or Alternatively granting Plaintiffs Motion to Compel Production of nonparty documents. Document transferred to the Middle District of Florida, Orlando Division pursuant to Order of Transfer Doc. No. 547 in M8-85 dated 10/9/07. | RJM |
| 09/28/07 | 536 | IN RE: SUBPOENA SERVED ON HARRIS INTERACTIVE, INC., KLEMTNER ADVERTISING, INC., SAATCHI & SAATCHI HEALTHCARE, AND EDELMAN; IN RE: SEROQUEL PRODUCTS LIABILITY LIT MDL -1769-: Fld Affirmation of Michael Pederson in Support of Plaintiffs' Motion Requesting the Transfer of this Dispute involving non-parties, Harris Interactive, Inc., Klemtner Advertising, Inc., Saatchi and Saatchi Healthcare, and Edelman, Inc. To the USDC, Middle District of Florida, Orlando Division MDL 1769 or Alternatively granting Plaintiffs Motion to Compel Production of nonparty documents. Document transferred to the Middle District of Florida, Orlando Division pursuant to Order of Transfer Doc. No. 547 in M8-85 dated 10/9/07. | RJM |

Rev. 11/07/07 Page 1

UNITED STATES DISTRICT COURTHOUSE
SOUTHERN DISTRICT OF NEW YORK

MISCELLANEOUS DOCKET
( Ordered by DOCUMENT No. )

M8-85

| Date | Document # | Proceeding | By |
|---|---|---|---|
| 10/01/07 | 537 | STEPHEN J. HARMELIN, ETAL. V MAN FINANCIAL, INC. ETAL; MAN FINANCIAL INC. V JOHN WALLACE, ETAL: Fld Reply Memo of Law in Support of Third Party Defts. David Lashbrook and Scott Somerville's Motion to Compel RMF Investment Management (USA) Corp. to produce a propoer witness and documents and for sanctions. | RJM |
| 10/01/07 | 538 | STEPHEN J. HARMELIN, ETAL. V MAN FINANCIAL, INC. ETAL; MAN FINANCIAL INC. V JOHN WALLACE, ETAL: Fld Second Declaration of John V. Donnelly III, Esq. in Support of David Lashbrook and Scott Somerville's Motion to Compel RMF Investment Mgt (USA) Corp. to produce a proper witness and documents for sanctions. | RJM |
| 10/03/07 | 539 | WARBURG PINCUS LLC V REMBRANDT VISION TECHNOLOGIES, LP... Fld Stip & Order... that the parties respective replies will be served electronically on 10/11/07; and the motions of both parties will be returnable on 10/16/07. Ordered, J. Marrero. dtd 10/1/07. EOD: 10/3/07. | RJM |
| 10/02/07 | 540 | LIFE RECEIVABLES TRUST V SYNDICATE 0 AT LLOYD'S OF LONDON: Fld Order for Admission pro hac vice of attorney Jesus E. Cuza on behalf of non-party Life Settlement Corp. d/b/a Peachtree Life Settlement. Ordered, J. Duffy. EOD: 10/3/07. | RJM |
| 10/04/07 | 541 | CLIVE, DAVIS & MANN, INC. V KAPLAN FOX & KILSHEIMER, LLP... Fld Order that the cross-motion of respondents, Kaplan Fox & Kilsheimer, LLP... to stay motion by petitioners, Clive, Davis... to quash the document and deposition subpoenas at issue here is granted. Ordered, J. Marrero. Dtd 10/3/07. EOD: 10/10/07. | RJM |
| 10/02/07 | 542 | CROTON WATCH COMPANY, INC. V WEBSTER WATCH CO., ETAL: Fld Transcript of Record of Proceedings held on 10/2/07, 2:30pm before J. Marrero. | RJM |
| 10/04/07 | 543 | CROTON WATCH COMPANY, INC. V WEBSTER WATCH CO., ETAL: Fld Amended Order that Croton's motion to compel is GRANTED. The Clerk is directed to forward a copy of this Order to all counsel of record. Ordered, J. Marrero. EOD: 10/10/07. | RJM |

UNITED STATES DISTRICT COURTHOUSE
SOUTHERN DISTRICT OF NEW YORK

MISCELLANEOUS DOCKET
( Ordered by DOCUMENT No. )

M8-85

| Date | Document # | Proceeding | By |
|---|---|---|---|
| 10/05/07 | 544 | CROTON WATCH COMPANY, INC. V WEBSTER WATCH CO., ETAL: Fld Endorsed Letter addressed to Judge Victor Marrero from Seth Natter dtd 10/5/07. Re: Request that Your Honor's order remain without modification. ENDORSEMENT: Request denied. Production of documents on the date a deposition is to occur does not promote an effective proceeding, and in fact can only frustrate the efficiency of the process. Deft. has brought about this difficulty by prior unjustifiable delays. Ordered, J. Marrero. dtd 10/5/07. EOD: 10/10/07. | RJM |
| 10/05/07 | 545 | IN RE: SUBPOENA SERVED ON HARRIS INTERACTIVE, INC., KLEMTNER ADVERTISING, INC., SAATCHI & SAATCHI HEALTHCARE, AND EDELMAN; IN RE: SEROQUEL PRODUCTS LIABILITY LIT MDL -1769-: Fld Notice of Non-Parties KLEMTNER ADVERTISING, INC., SAATCHI & SAATCHI HEALTHCARE's Motion to Quash Plaintiffs' Subpoenas and For a Protective Order Ret. 10/9/07. Document transferred to the Middle District of Florida, Orlando Division pursuant to Order of Transfer Doc. No. 547 in M8-85 dated 10/9/07. | RJM |
| 10/05/07 | 546 | IN RE: SUBPOENA SERVED ON HARRIS INTERACTIVE, INC., KLEMTNER ADVERTISING, INC., SAATCHI & SAATCHI HEALTHCARE, AND EDELMAN; IN RE: SEROQUEL PRODUCTS LIABILITY LIT MDL -1769-: Fld Memo of Law in Support of Non-Parties KLEMTNER ADVERTISING, INC., SAATCHI & SAATCHI HEALTHCARE's Motion to Quash Plaintiffs' Subpoenas and For a Protective Order. Document transferred to the Middle District of Florida, Orlando Division pursuant to Order of Transfer Doc. No. 547 in M8-85 dated 10/9/07. | RJM |
| 10/09/07 | 547 | IN RE: SUBPOENA SERVED ON HARRIS INTERACTIVE, INC., KLEMTNER ADVERTISING, INC., SAATCHI & SAATCHI HEALTHCARE, AND EDELMAN; IN RE: SEROQUEL PRODUCTS LIABILITY LIT MDL -1769-: Fld Order that the Motion of Plaintiffs to transfer the motion to compel the document and deposition subpoenas at issue here to the Middle District of Florida, Orlando Division, is Granted, and the Clerk of Court is directed to effectuate such transfer as appropriate. Ordered, J. Marrero. dtd 10/5/07. EOD: 10/10/07. Certified copy of Document transferred to the Middle District of Florida, Orlando Division pursuant to Order of Transfer Doc. No. 547 in M8-85 dated 10/9/07. Documents Nos. sent: 545, 546, 551-556, 534-536. | RJM |

UNITED STATES DISTRICT COURTHOUSE
SOUTHERN DISTRICT OF NEW YORK

MISCELLANEOUS DOCKET
( Ordered by DOCUMENT No. )

M8-85

| Date | Document # | Proceeding | By |
|---|---|---|---|
| 10/05/07 | 548 | IN RE: STATE FARM FIRE AND CASUALTY CO: Fld Notice of Motion to Quash Subpoena Duces Tecum Ret. 10/16/07. | RJM |
| 10/05/07 | 549 | IN RE: STATE FARM FIRE AND CASUALTY CO: Fld Declaration of Shawn P. Naunton in Support of Notice of Motion to Quash Subpoena Duces Tecum Ret. 10/16/07. | RJM |
| 10/05/07 | 550 | IN RE: STATE FARM FIRE AND CASUALTY CO: Fld Memorandum of Law in Support of Notice of Motion to Quash Subpoena Duces Tecum Ret. 10/16/07. | RJM |
| 10/05/07 | 551 | IN RE: SUBPOENA SERVED ON HARRIS INTERACTIVE, INC., KLEMTNER ADVERTISING, INC., SAATCHI & SAATCHI HEALTHCARE, AND EDELMAN; IN RE: SEROQUEL PRODUCTS LIABILITY LIT MDL -1769-: Fld Notice of Motion to Quash the Subpoena Duces Tecum or, in the alternative, for a Protective Order. Document transferred to the Middle District of Florida, Orlando Division pursuant to Order of Transfer Doc. No. 547 in M8-85 dated 10/9/07. | RJM |
| 10/05/07 | 552 | IN RE: SUBPOENA SERVED ON HARRIS INTERACTIVE, INC., KLEMTNER ADVERTISING, INC., SAATCHI & SAATCHI HEALTHCARE, AND EDELMAN; IN RE: SEROQUEL PRODUCTS LIABILITY LIT MDL -1769-: Fld Memo of Law of non-party Edelman, Inc... in Support of Notice of Motion to Quash the Subpoena Duces Tecum or, in the alternative, for a Protective Order. Document transferred to the Middle District of Florida, Orlando Division pursuant to Order of Transfer Doc. No. 547 in M8-85 dated 10/9/07. | RJM |
| 10/09/07 | 553 | IN RE: SUBPOENA SERVED ON HARRIS INTERACTIVE, INC., KLEMTNER ADVERTISING, INC., SAATCHI & SAATCHI HEALTHCARE, AND EDELMAN; IN RE: SEROQUEL PRODUCTS LIABILITY LIT MDL -1769-: Fld Notice of Motion of Harris Interactive Inc. for a Protective Order. Document transferred to the Middle District of Florida, Orlando Division pursuant to Order of Transfer Doc. No. 547 in M8-85 dated 10/9/07. | RJM |

UNITED STATES DISTRICT COURTHOUSE
SOUTHERN DISTRICT OF NEW YORK

MISCELLANEOUS DOCKET
( Ordered by   DOCUMENT No. )

M8-85

| Date | Document # | Proceeding | By |
|---|---|---|---|
| 10/09/07 | 554 | IN RE: SUBPOENA SERVED ON HARRIS INTERACTIVE, INC., KLEMTNER ADVERTISING, INC., SAATCHI & SAATCHI HEALTHCARE, AND EDELMAN; IN RE: SEROQUEL PRODUCTS LIABILITY LIT MDL -1769-: Fld Harris Interactive, Inc.'s Affirmation in Opposition to Plaintiffs' Motion to Compel and in Support of Harris's Motion for a Protective Order. Document transferred to the Middle District of Florida, Orlando Division pursuant to Order of Transfer Doc. No. 547 in M8-85 dated 10/9/07. | RJM |
| 10/09/07 | 555 | IN RE: SUBPOENA SERVED ON HARRIS INTERACTIVE, INC., KLEMTNER ADVERTISING, INC., SAATCHI & SAATCHI HEALTHCARE, AND EDELMAN; IN RE: SEROQUEL PRODUCTS LIABILITY LIT MDL -1769-: Fld Harris Interactive's Memo of Law in Opposition to Ptffs' Motion to Compel and in Support of Harris's Motion for a Protective Order. Document transferred to the Middle District of Florida, Orlando Division pursuant to Order of Transfer Doc. No. 547 in M8-85 dated 10/9/07. | RJM |
| 10/09/07 | 556 | IN RE: SUBPOENA SERVED ON HARRIS INTERACTIVE, INC., KLEMTNER ADVERTISING, INC., SAATCHI & SAATCHI HEALTHCARE, AND EDELMAN; IN RE: SEROQUEL PRODUCTS LIABILITY LIT MDL -1769-: Fld Certificate of Conference... counsel for Harris Interactive, Inc. and ptffs' counsel conferred in good faith by telephone, letter and/or email in an effort to resolve the dispute. Document transferred to the Middle District of Florida, Orlando Division pursuant to Order of Transfer Doc. No. 547 in M8-85 dated 10/9/07. | RJM |