DOC # 547 

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
IN RE: SUBPOENAS SERVED ON HARRIS  :
INTERACTIVE, INC., KLEMTNER        :   Civ. No. M8-85 2007
ADVERTISING, INC., SAATCHI &       :
SAATCHI HEALTHCARE, AND EDELMAN    :   **ORDER**
                                   :
                                   :
                                   :
-------------------------------------X

**VICTOR MARRERO, United States District Judge.**

Plaintiffs seek to transfer a dispute involving nonparty subpoenas issued in the Southern District of New York on June 28, 2007 to Harris Interactive, Inc. ("Harris"), Klemtner Advertising, Inc. and Saatchi & Saatchi Healthcare (collectively "Saatchi"), and Edelman to the Seroquel Products Liability Litigation, MDL 1769, currently pending in the United States District Court, Middle District of Florida, Orlando Division (the "MDL Court").

After consideration of the papers submitted by the parties, the Court finds that Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1407(b) properly allows this Court to transfer the proceedings to the MDL Court. See Stanziale v. Pepper Hamilton LLP, No. M8-85, 2007 WL 473703, at *3-4 (S.D.N.Y. Feb. 9, 2007) (transferring non-party subpoena based solely on Rule 45 in non-MDL case); see also In Re Subpoena Issued to Boies Schiller & Flexner, LLP, No. M8-85, 2003 WL 1831426 (S.D.N.Y. Apr. 3, 2003) (relying on § 1407 to transfer non-party subpoena to MDL Judge).

MICROFILM OCT 10 2007

Given that the MDL Court is more familiar with the fairly detailed background of this dispute, the MDL Court is in a better position than this Court to assess and rule upon the complexities entailed in this discovery dispute. Moreover, such a decision acknowledges the goals of judicial economy and consistency inherent in the language of 28 U.S.C. § 1407, which generally outlines the relevant procedures for multidistrict litigation.

Accordingly, it is hereby

**ORDERED** that the motion of Plaintiffs to transfer the motion to compel the document and deposition subpoenas at issue here to the Middle District of Florida, Orlando Division, is GRANTED, and the Clerk of Court is directed to effectuate such transfer as appropriate.

CERTIFIED AS A TRUE COPY ON THIS DATE 11-07-07
BY _____
( ) Clerk
(X) Deputy

**SO ORDERED.**

Dated: New York, New York
       5 October 2007

Victor Marrero
U.S.D.J.