UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOC # 534

| IN RE: SUBPOENAS SERVED ON HARRIS INTERACTIVE, INC., KLEMTNER ADVERTISING, INC., SAATCHI & SAATCHI HEALTHCARE, AND EDELMAN | Misc. Action No. M8-- 85 |
|---|---|

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br><br>THIS RELATES TO:<br><br>ALL CASES | MDL 1769<br><br>NOTICE OF MOTION |
|---|---|

### PLAINTIFFS' NOTICE OF MOTION REQUESTING THE TRANSFER OF THIS DISPUTE INVOLVING NONPARTIES, HARRIS INTERACTIVE, INC., KLEMTNER ADVERTISING, INC., SAATCHI & SAATCHI HEALTHCARE, AND EDELMAN, INC. TO THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION MDL 1769 OR ALTERNATIVELY GRANTING PLAINTIFFS MOTION TO COMPEL PRODUCTION OF NONPARTY DOCUMENTS

**PLEASE TAKE NOTICE** that on the 9th day of October, 2007, at 11 a.m., or as soon thereafter as counsel may be heard, Weitz & Luxenberg P.C., attorneys for Plaintiffs in the above entitled In Re: Seroquel Products Liability Litigation MDL 1769, and in accordance with Local Civil Rule 6.1, shall move, before the Honorable Victor Marrero, United States District Judge, located at Daniel Patrick Moynihan, United States Courthouse, United States District Court, Southern District of New York, Court Room 20B, 500 Pearl Street, New York, New York, 10007, for the entry of an Order in the form submitted herewith, transferring this dispute involving nonparties, Harris Interactive, Inc. ("Harris Interactive"), Klemtner Advertising, Inc.

("Klemtner"), Saatchi & Saatchi Healthcare ("Saatchi"), and Edelman, Inc. ("Edelman") to the United States District Court, Middle District of Florida, Orlando Division MDL 1769 for their failure to comply with a Third Party Subpoena or alternatively granting Plaintiffs' Motion to Compel Production of Non Party Documents.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiffs shall rely upon this Notice of Motion, the Affirmation of Michael Pederson in Support of Plaintiffs' Motion with supporting exhibits, Plaintiffs' Memorandum of Law in Support of Their Motion and the Proposed Orders.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs' request oral argument only to the extent that any other party requests oral argument.

Dated: September 28, 2007
New York, NY

Respectfully submitted,

_____
Michael Pederson (MEP 4363)
WEITZ & LUXENBERG, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5504
MPederson@weitzlux.com
*Co-Counsel for Plaintiffs*

Paul Pennock
WEITZ & LUXENBERG, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5504
Ppennock@weitzlux.com

Camp Bailey
BAILEY PERRIN BAILEY LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7232
cbailey@bpblaw.com
*Co-Lead Counsel for Plaintiffs in MDL 1769*

## **CERTIFICATE OF SERVICE**

I, Michael Pederson, hereby certify that on this date, an original and two (2) copies of the within Plaintiff's Notice of Motion requesting the transfer of this dispute involving nonparties Harris Interactive, Inc., Klemtner Advertising, Inc., Saatchi & Saatchi Healthcare, and Edelman, Inc. to the United States District Court, Middle District of Florida, Orlando Division MDL 1769, or alternatively granting Plaintiffs' Motion to Compel Production of Nonparty Documents, Affirmation of Michael Pederson in Support of Plaintiffs' Motion with supporting Exhibits, and the Memorandum of Law in support of Plaintiffs' Motion, along with Proposed Orders and Certificate of Service were submitted to the Clerk, Daniel Patrick Moynihan Courthouse, United States Courthouse, United States District Court Southern District of New York, 500 Pearl Street, New York, New York, 10007.

By: _____

Michael Pederson, Esq. (MEP 4363)
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, NY 10038

## CERTIFICATE OF SERVICE

I, Michael Pederson, hereby certify that on the 28th day of September, 2007, a true copy of the within Plaintiff's Notice of Motion Requesting the transfer of this dispute involving nonparties Harris Interactive, Inc., Klemtner Advertising, Inc., Saatchi & Saatchi Healthcare, and Edelman, Inc. to the United States District Court, Middle District of Florida, Orlando Division MDL 1769, or alternatively granting Plaintiffs' Motion to Compel Production of Nonparty Documents, Affirmation of Michael Pederson in Support of Plaintiffs' Motion with supporting Exhibits, and the Memorandum of Law in support of Plaintiffs' Motion, along with Proposed Orders and Certificate of Service were served in compliance with Rule 5 of the Federal Rules of Civil Procedure on the parties listed below.

Michael Pederson, Esq. (MEP 4363)

Philip G. Spellane, Esq.
Harris Beach
99 Garnsey Road
Pittsford, NY 14534
*Counsel for Harris Interactive, Inc.*

Brian S. Kaplan, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019-6799
*Counsel for Edelman, Inc.*

Rachel G. Balaban, Esq.
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, NY 10020-1089
*Counsel for Klemtner Advertising, Inc. and Saatchi & Saatchi Healthcare*

Fred Magaziner
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*