UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 6:06-MD-1769-ACC-DAB |
| SEROQUEL PRODUCTS LIABILITY LITIGATION | ALL CASES |
| MDL 1769 | |
| ALL UNNAMED PLAINTIFFS | |
| V. | |
| ASTRAZENECA PHARMACTEUTICALS, LP, ASTRAZENECA, LP, ASTRA USA, INC., KBI SUB INC., ASTRAZSENCA, AB ASTRAZENECA, PLC and ASTRAZENECA, UK LIMITED. | |

## REQUEST FOR ORAL ARGUMENT

**PLEASE TAKE NOTICE** that non-party PAREXEL, MMS requests oral argument on the following motions: (1) Motion for Protective Order originally filed by Parexel on September 19, 2007, in the District of Connecticut, and (2) Motion to Compel Non-Party Documents originally filed by plaintiffs on October 10, 2007, in the District of Connecticut.

PAREXEL MMS
By its attorneys,

/s/ Edward Krumeich

Edward Krumeich
William I. Haslun III
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
203-661-6000

Of Counsel:
Kurt S. Kusiak, BBO #559254
Robert M. Mendillo, BBO #342780
SALLY & FITCH LLP
One Beacon Street, 16th Floor
Boston, MA 02108
617-542-5542

## **CERTIFICATION**

This is to certify that on this 13th day of November, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*For Plaintiffs:*

Sean K. McElligott
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Telephone No. 203-336-4421

Holly M. Wheeler, Esq.
Edward Blizzard, Esq.
Blizzard, McCarthy & Nabers, LLP
440 Louisiana, Suite 1710
Houston, Texas 77002
Telephone No.: (713) 844-3750
Facsimile No.: (713) 844-3755

Michael Pederson, Esq.
Weitz & Luxenberg
180 Meriden Lane
New York, NY 10038-4925
Telephone No.: (212) 558-5000
Facsimile No.: (212) 344-5461

*For AstraZeneca:*
Kenneth E. Friedman
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone No.: (213) 896-6055
Facsimile No.: (213) 896-6600

Fred T. Magaziner
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19103

*For Simpson Healthcare Executives, Inc.*
Jennifer Morgan DelMonico
Joselyn Griffen
Murtha Cullina L.L.P.
Whitney Grove Square, Two Whitney Avenue
New Haven, CT. 06510

*For Parexel:*
Kurt S. Kusiak, BBO #559254
Robert M. Mendillo, BBO #342780
SALLY & FITCH LLP
One Beacon Street, 16th Floor
Boston, MA 02108
Telephone No.: (617) 542-5542
Facsimile No.: (617) 542-1542

Edward Krumeich