

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: SUBPOENAS SERVED ON HARRIS INTERACTIVE, INC., KLEMTNER ADVERTISING, INC., SAATCHI & SAATCHI HEALTHCARE, AND EDELMAN | Misc. Action No. M8- 85 |
|---|---|

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION  THIS RELATES TO:  ALL CASES | MDL 1769 |
|---|---|

### AFFIRMATION OF MICHAEL PEDERSON IN SUPPORT OF PLAINTIFFS' MOTION REQUESTING THE TRANSFER OF THIS DISPUTE INVOLVING NONPARTIES, HARRIS INTERACTIVE, INC., KLEMTNER ADVERTISING, INC., SAATCHI & SAATCHI HEALTHCARE, AND EDELMAN, INC. TO THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION MDL 1769 OR ALTERNATIVELY GRANTING PLAINTIFFS MOTION TO COMPEL PRODUCTION OF NONPARTY DOCUMENTS

MICHAEL PEDERSON, an attorney duly admitted to practice law in the Courts of the State of New York and before the United States District Court, Southern District of New York, affirms the truth of the following, under penalty of perjury:

1. I am associated with the law firm of Weitz & Luxenberg, P.C., attorneys for Plaintiffs in the above-captioned actions and, as such, I am fully familiar with all the facts and

circumstances herein to my knowledge, except as to those matters stated to be upon information and belief, and as to those matters, which I believe to be true, the sources of my information and the basis of my beliefs are a review of the contents of my files.

2. I submit this affirmation in support of Plaintiffs' motion.

3. In further support of Plaintiffs' motion, attached to this affirmation are true and correct copies of the following documents preceded by their exhibit number.

| | |
|---|---|
| **Exhibit A** | An Excel spreadsheet created by Plaintiff's counsel which identifies a number of documents purportedly created by Edelman and produced by AstraZeneca in the MDL. |
| **Exhibit B** | An Excel spreadsheet created by Plaintiff's counsel which lists a number of documents purportedly created by Harris Interactive produced by AstraZeneca in the MDL. |
| **Exhibit C** | An Excel spreadsheet created by Plaintiff's counsel which lists a number of documents purportedly created by Saatchi or Klemnter and produced by AstraZeneca in the MDL. |
| **Exhibit D** | A copy of the Subpoena served upon Edelman, as well as the corresponding Affidavit of Service of the Subpoena. |
| **Exhibit E** | A copy of the Subpoena served upon Harris Interactive, as well as the corresponding Affidavit of Service of the Subpoena. |
| **Exhibit F** | A copy of the Subpoena served upon Klemtner Advertising, Inc., as well as the corresponding Affidavit of Service of the Subpoena. |
| **Exhibit G** | A copy of the Subpoena served upon Saatchi & Saatchi Healthcare, as well as the corresponding Affidavit of Service of the Subpoena. |
| **Exhibit H** | Plaintiff's Deposition Upon Written Questions that was served upon Harris Interactive, Inc. |
| **Exhibit I** | Plaintiff's Deposition Upon Written Questions that was served upon Edelman. |
| **Exhibit J** | Plaintiff's Deposition Upon Written Questions that was served upon Klemnter Advertising, Inc. |

| | |
|---|---|
| **Exhibit K** | Plaintiff's Deposition Upon Written Questions that was served upon Saatchi & Saatchi Healthcare. |
| **Exhibit L** | Non-Party Edelman, Inc.s' Objections to Plaintiff's Subpoena Duces Tecum and Deposition Upon Written Questions. |
| **Exhibit M** | Harris Interactive, Inc.'s served written objections to the Subpoena. |
| **Exhibit N** | The transcript of the Pretrial Conference, on September 11, 2007, before the Honorable David A. Baker. |
| **Exhibit O** | Protective Order for Nonparty Documents |
| **Exhibit P** | Letter dated July 25, 2007, between counsel for Plaintiff's and Harris Interactive. |
| **Exhibit Q** | Letter dated July 31, 2007, between counsel for Plaintiff's and Harris Interactive. |
| **Exhibit R** | Plaintiff's reiterated request for Harris Interactive Inc.'s Project List. |
| **Exhibit S** | Letter regarding the Edelman Project List from Plaintiff's counsel to counsel for Edelman, dated September 14, 2007. |

4. Your affirmant incorporates by reference the Memorandum of Law submitted herewith, and the factual allegations as set forth therein.

5. For the reasons more fully set forth in Plaintiffs' accompanying Memoranda of Law, this dispute involving nonparties Harris Interactive, Inc., Klemter Advertising, Inc., Saatchi & Saatchi Healthcare, and Edelman, Inc. should be transferred to the United District Court Middle District of Florida, Orlando Division MDL 1769 or in the alternative Harris Interactive, Inc., Klemter Advertising, Inc., Saatchi & Saatchi Healthcare, and Edelman, Inc. should be required to produce the requested nonparty documents.

**WHEREFORE**, it is respectfully requested that this Court enter an order granting Plaintiffs' motion in its entirety, along with such other, further and different relief as this Court may deem just and proper.

Date:   September 28, 2007
        New York, New York

Respectfully submitted,

_____
Michael Pederson (MEP 4363)
WEITZ & LUXENBERG, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5504
MPederson@weitzlux.com
*Counsel for Plaintiffs*

Paul Pennock
WEITZ & LUXENBERG, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5504
Ppennock@weitzlux.com

Camp Bailey
BAILEY PERRIN BAILEY LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7232
cbailey@bpblaw.com

*Co-Lead Counsel for Plaintiffs in MDL 1769*

4

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule 37.3, prior to seeking judicial resolution of this discovery dispute, Plaintiffs' counsel, (Ed Blizzard, Esq. and Holly Wheeler, Esq.) and counsel for the nonparties conferred in good faith by telephone, letter and email in an effort to resolve the dispute.

_____
Michael Pederson (MEP 4363)

## **CERTIFICATE OF SERVICE**

I, Michael Pederson, hereby certify that on this date, an original and two (2) copies of the within Plaintiff's Notice of Motion requesting the transfer of this dispute involving nonparties Harris Interactive, Inc., Klemtner Advertising, Inc., Saatchi & Saatchi Healthcare, and Edelman, Inc. to the United States District Court, Middle District of Florida, Orlando Division MDL 1769, or alternatively granting Plaintiffs' Motion to Compel Production of Nonparty Documents, Affirmation of Michael Pederson in Support of Plaintiffs' Motion with supporting Exhibits, and the Memorandum of Law in support of Plaintiffs' Motion, along with Proposed Orders and Certificate of Service were submitted to the Clerk, Daniel Patrick Moynihan Courthouse, United States Courthouse, United States District Court Southern District of New York, 500 Pearl Street, New York, New York, 10007.

By: _____

Michael Pederson, Esq. (MEP 4363)
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, NY 10038

## CERTIFICATE OF SERVICE

I, Michael Pederson, hereby certify that on the 28th day of September, 2007, a true copy of the within Plaintiff's Notice of Motion Requesting the transfer of this dispute involving nonparties Harris Interactive, Inc., Klemtner Advertising, Inc., Saatchi & Saatchi Healthcare, and Edelman, Inc. to the United States District Court, Middle District of Florida, Orlando Division MDL 1769, or alternatively granting Plaintiffs' Motion to Compel Production of Nonparty Documents, Affirmation of Michael Pederson in Support of Plaintiffs' Motion with supporting Exhibits, and the Memorandum of Law in support of Plaintiffs' Motion, along with Proposed Orders and Certificate of Service were served in compliance with Rule 5 of the Federal Rules of Civil Procedure on the parties listed below.

Michael Pederson, Esq. (MEP 4363)

Philip G. Spellane, Esq.
Harris Beach
99 Garnsey Road
Pittsford, NY 14534
*Counsel for Harris Interactive, Inc.*

Brian S. Kaplan, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019-6799
*Counsel for Edelman, Inc.*

Rachel G. Balaban, Esq.
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, NY 10020-1089
*Counsel for Klemtner Advertising, Inc. and Saatchi & Saatchi Healthcare*

Fred Magaziner
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*