DOC # 553

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: SUBPOENAS SERVED ON HARRIS INTERACTIVE, INC., KLEMTNER ADVERTISING, INC., SAATCHI & SAATCHI HEALTHCARE, AND EDELMAN | Misc. Action No. M8-185 |
|---|---|

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION THIS RELATES TO: ALL CASES | MDL 1769 |
|---|---|

NOTICE OF HARRIS INTERACTIVE, INC.'S MOTION
FOR A PROTECTIVE ORDER

**PLEASE TAKE NOTICE**, that on the 9th day of October, 2007, at 11:00 a.m., or as soon thereafter as counsel may be heard, and in accordance with Local Civil Rule 6.1, Harris Beach PLLC, attorneys for HARRIS INTERACTIVE, INC., shall move before the Honorable Victor Marrero, United States District Judge, located at Daniel Patrick Moynihan, United States Courthouse, United States District Court, Southern District of New York, Court Room 20B, 500 Pearl Street, New York, New York 10007, pursuant to F.R.C.P. 26 and 45 for a protective order concerning plaintiff's subpoena for non-party discovery.

**PLEASE TAKE FURTHER NOTICE,** that in support of this motion, HARRIS INTERACTIVE, INC. shall rely upon this Notice of Motion, as well as the Affirmation and Memorandum of Law in Opposition to Plaintiffs' Motion to Compel and in Support of HARRIS INTERACTIVE, INC.'s Motion for a Protective Order.

**PLEASE TAKE FURTHER NOTICE** that HARRIS INTERACTIVE, INC. requests oral argument only to the extent that any other party requests oral argument.

Dated: New York, New York
   October 5, 2007

>   Yours etc.,
>
>   **HARRIS BEACH PLLC**
>
>   *[signature]*
>
>   Brian A. Bender, Esq. (BAB-0218)
>   HARRIS BEACH PLLC
>   Attorney for HARRIS INTERACTIVE, INC.
>   100 Wall Street, 23rd Floor
>   New York, New York 10005
>   (212) 687-0100
>
>   bbender@harrisbeach.com

250935.1

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: SUBPOENAS SERVED ON HARRIS INTERACTIVE, INC., KLEMTNER ADVERTISING, INC., SAATCHI & SAATCHI HEALTHCARE, AND EDELMAN | Misc. Action No. M8-185 |
|---|---|

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br><br>THIS RELATES TO:<br><br>ALL CASES | MDL 1769<br><br><br>CERTIFICATE OF SERVICE |
|---|---|

I, Brian A. Bender, hereby certify that on this date, the undersigned caused the within Notice of Motion, Certificate of Conference, Harris Interactive, Inc.'s Affirmation in Opposition to Plaintiffs' Motion to Compel and in Support of Harris's Motion for a Protective Order, and Memorandum of Law to be hand delivered upon:

Michael Pederson, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, New York 10038
Attorneys for Plaintiffs

Paul Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, New York 10038
Attorneys for Plaintiffs

and to be served in compliance with Rule 5 of the Federal Rules of Civil Procedure on the parties listed below:

Camp Bailey, Esq.
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, Texas 77002
Attorneys for Plaintiffs

Brian S. Kaplan, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, New York 10019-6799
Attorneys for Edelman, Inc.

Rachel G. Balaban, Esq.
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, New York 10020-1089
Attorneys for Klemtner Advertising, Inc.
And Saatchi & Saatchi Healthcare

Fred Magaziner
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Dated: New York, New York
October 5, 2007

_____
Brian A. Bender, Esq. (BAB-0218)

250914.1