DOC # 554

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: SUBPOENAS SERVED ON HARRIS INTERACTIVE, INC., KLEMTNER ADVERTISING, INC., SAATCHI & SAATCHI HEALTHCARE, AND EDELMAN | Misc. Action No. M8-185 |
|---|---|

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br><br>THIS RELATES TO:<br><br>ALL CASES | MDL 1769<br><br>HARRIS INTERACTIVE, INC.'S AFFIRMATION IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AND IN SUPPORT OF HARRIS'S MOTION FOR A PROTECTIVE ORDER |
|---|---|

BRIAN A. BENDER, an attorney duly admitted to practice law in the United States District Court for the Southern District of New York, affirms the truth of the following under penalty of perjury:

1. I am a member of Harris Beach PLLC, attorneys for Harris Interactive, Inc. ("Harris") in the above referenced matter. I am fully familiar with the facts and circumstances underlying same by virtue of my personal knowledge and review of my office files.

2. This affirmation is submitted in opposition to plaintiffs' motion for an order compelling the production of documents by various non-parties, including Harris. This affirmation is also submitted in support of Harris's motion for a protective order.

3. The facts, arguments and other matters contained in the accompanying Memorandum of Law are incorporated into this affirmation by reference.

**WHEREFORE,** it is respectfully submitted that this Court should deny plaintiffs' motion, grant Harris's motion, and grant Harris such other and further relief the Court deems just and proper.

Dated: New York, New York
October 5, 2007

Brian A. Bender, Esq. (BAB-0218)
HARRIS BEACH PLLC
Attorney for HARRIS INTERACTIVE, INC.

250867.1

2