**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:  Seroquel Products Liability**
**Litigation**

**Case No. 6:06-md-1769-Orl-22DAB**

_____

**This Document Relates to ALL CASES**

_____

**REPORT OF THE SPECIAL MASTER AND PROJECT MANAGEMENT OFFICE FOR CASE-SPECIFIC DISCOVERY**

**REPORT NUMBER:  3**

**DATE:  NOVEMBER 13, 2007**

## CONTENTS

PAGE

I.      INTRODUCTION ............................................................................ 1

II.     PMO ACTIVITIES ........................................................................ 1

        A.      Standard PMO Reports ...................................................... 1

        B.      Depositions on Hold At Direction of Parties ....................... 1

        C.      Special Master Escrow Account Information ....................... 2

        D.      Scheduling Progress ......................................................... 2

III.    SPECIFIC MATTERS ADDRESSED BY THE SPECIAL MASTER .......... 3

        A.      Weekly Status Calls ......................................................... 3

        B.      Disputed Discovery Matters and Other Issues ..................... 3

IV.     PENDING DISCOVERY MATTERS AFFECTING CASE-SPECIFIC
        DISCOVERY ...................................................................... 4

        A.      Documents Relating to Sales Representative Deponents .................... 5

        B.      Plaintiff's Motion for Sanctions ......................................... 8

        C.      AstraZeneca's Motion to Compel ...................................... 12

        D.      Evidentiary Hearing Set for November 27, 2007 ................. 13

| I. INTRODUCTION |
|---|

At the Status Conference on August 22, 2007, the Court directed the Special Master to submit a monthly report to the Court by the 15th of each month summarizing the activities of the Special Master and the Project Management Office.  The Special Master filed the first such Report on September 14, 2007 and the second report on October 15, 2007.  The Special Master presents this Report No. 3 to update the Court and the Parties on events and progress since the date of the previous Report.

| II. PMO ACTIVITIES |
|---|

**A.** **Standard PMO Reports.**

The PMO has designed and coded into the PMO's Seroquel database application a set of standard Reports to apprise the Court and the Parties of critical information on the activities of the PMO and the progress of case-specific discovery.  A full set of the current Reports is attached as Exhibit 1.

**B.** **Depositions on Hold Awaiting Directions from Parties.**

The PMO has designed a new report, Depositions on Hold At Direction from Parties (SQ102 in Exhibit 1), to keep track of the Plaintiffs for whom scheduling efforts should be placed on hold.  The Parties identify such Plaintiffs and notify the PMO to place these cases on hold.  These cases often raise the question of whether the case will proceed, and placing them in suspense conserves costs and resources until that determination is made.  The list of Plaintiffs for whom scheduling efforts have been suspended is reviewed on the weekly status

call along with the Special Master and the Parties.  This report is available on the PMO

website for the Seroquel Case-Specific Depositions Master Calendar.

        **C.**    **Special Master Escrow Account Information**.

        The Special Master Escrow Account Summary Report (SQ300) reflects that as of

11/12/07 a total of $90,000 has been deposited into the account since inception. From that

amount: $55,174 has been paid to compensate Physicians deponents for deposition time;

$10,906 has been paid to reimburse Physicians for the cost of copying their Medical Records;

$5,165 has been paid in shipping charges incurred by Physicians in sending records to the

PMO and/or by the PMO to send copy sets to the Parties; and $275 has been paid for bank

fees.  The ending balance as of 11/12/07 is $18,477.  The Special Master Escrow Account

Physician Payment Details Report (SQ301) provides detail of each payment made to each

Physician, the reason for the payment, and the case to which the payment related.

        **D.**    **Scheduling Progress**.

        Report No. 2 describes adjustments made to the procedures used by the PMO to

schedule Physician depositions.  To escalate the Physicians' response to the PMO efforts to

schedule a deposition, the PMO adopted the 24-48-10 Rule, as defined in Status Report No. 2

(Document No. 571).  Under this Rule, if the PMO has not received a return call from a

Physician within 48 business hours after the initial attempt, the PMO sends by facsimile to

the Physician a packet containing a cover letter explaining the role of the PMO and the need

to schedule the Physician's deposition; and a copy of CS Administrative Order No. 1 entered

by the Court on September 19, 2007 (Document No. 483).  The PMO has sent 63 of these

packets to Physicians for whom scheduling has not been placed on hold.  If the PMO does

not receive a response from the Physician to the 48-Hour Packet or to subsequent attempts to

contact the Physician, after ten business days the PMO selects a deposition date during the

month for which the Plaintiff's case was designated for case-specific discovery and sends a

Notice Packet by facsimile to the Physician.  Of the 63, only five Physicians have not

responded to schedule a deposition.  The PMO scheduled these five depositions without input

from the Physician.  The PMO awaits responses from these five Physicians to confirm the

deposition date.  The PMO has found it takes approximately eight business days, following

transmission of the packet, to finalize the deposition date.  The PMO has not yet been

required to take any action to compel a Physician's attendance at a deposition.  The PMO and

Special Master continue to monitor the scheduling process for any other needed

enhancements.

---

### III.  SPECIFIC MATTERS ADDRESSED BY THE SPECIAL MASTER

**A.**      <u>**Weekly Status Calls**</u>.

Each Friday at 11:00 a.m. ET, the Special Master conducts a status call with Ms.

Buffy Martines, representing Plaintiffs, and with Mr. Russell Stewart, representing

Defendants.  In each such call, these Special Master reviews with the Parties the status of

deposition scheduling and any updates on PMO procedures.  The Special Master also reviews

with the Parties any particular deposition or case-specific discovery and scheduling issues

needing to be addressed or resolved.

**B**      <u>Disputed Discovery Matters and Other Issues</u>.

In the weekly status conference calls and as needed on the calls, the Special Master reviews with the Parties particular issues relating to case-specific discovery.  In most instances, the Parties are able to reach agreement on the appropriate resolution.  During the time period covered by this Report, one such issue could not be resolved by agreement.  On October 19, 2007, the Special Master issued his Report and Recommendation No. 2 (copy attached as Exhibit 2), which addressed three issues:

(1)     **Timeliness of designations of Sales Representatives for Deposition under Paragraph II.B of CMO No. 4:**  The Special Master found that the Plaintiffs' designations of Sales Representative witnesses in seven cases did not occur within two business days after Defendants' initial disclosures of contact information with the prescribing physician, but that this delay was excusable and allowed the depositions to occur.

(2)     **Procedure for Addressing Issues of the Completeness of Defendants' Contact Disclosures:** The Special Master issued directions for complying with the Court's August 3, 2007 Order and established a procedure to resolve disputes between the Parties regarding disclosures of contact documents and designations of PSS's for depositions.

(3)     **Sequencing of Depositions:** The Special Master concluded that the Parties and the PMO shall adhere to the general rule of scheduling Plaintiff depositions in advance of the dates for physician and Sales Representative depositions.

---

**IV.  PENDING DISCOVERY MATTERS AFFECTING CASE-SPECIFIC DISCOVERY**

---

Pursuant to the Court's direction during the October 30, 2007 Status Conference and in its Order of November 1, 2007 (Document No. 683), the Special Master has addressed these three areas with the Parties:

(1)     The documents requested by Plaintiffs from Sales Representatives designated for discovery;

(2)     Plaintiffs' Motion for Sanctions Due to Misconduct in Case
        Specific Discovery (Document No. 604); and

(3)     AstraZeneca's Motion to Compel Plaintiffs to Produce
        Documents in Their Possession or Have Their Cases Dismissed
        with Prejudice (Document No. 620).

This Report summarizes the status of the Special Master's efforts to resolve these

three matters.

      **A.**      **<u>Documents Relating to Sales Representative Deponents</u>.**

As described in the Special Master's Report and Recommendation No. 1 (*see*

Document No. 571), Plaintiffs have issued subpoenas to Sales Representatives chosen by

Plaintiffs for deposition commanding that the Sales Representative produce ten categories of

documents.  Defendants have objected to the production of these records on several grounds.

In Report and Recommendation No. 1, the Special Master rejected Defendants' argument

that the Court in Paragraph II.A. of Case Management Order 4 ("CMO 4") precluded any

document production relating to Sales Representative deponents beyond the mandatory

disclosures of contact information described in Paragraph III.A and Footnote 1 of CMO 4.

The Court endorsed this interpretation in Paragraph 1 of its Order of November 1, 2007.

In telephone conferences with Plaintiffs and Defendants on November 2, 2007,

November 7, 2007, and November 9, 2007, the Special Master reviewed the dispute over

production of these materials.  As a result of the cooperative efforts in those calls, the

following Table 1 outlines the results reached by the Parties and the Special Master on these

ten categories of documents originally sought by Plaintiffs (using "documents" in the

broadest Fed.R.Civ.P. 34 sense):

| Table 1 | | SALES REPRESENTATIVE DOCUMENTS |
|---|---|---|
| | **ITEM** | **STATUS** |
| **1.** | Any and all documents provided to you by AstraZeneca, or any of its employees, related to Seroquel. | Withdrawn by Plaintiffs. |
| **2.** | Any and all sales training materials, including but not limited to written materials, video and/or audio tapes. | Defendants shall require a Sales Representative deponent to locate and produce to Plaintiffs all such documents in the possession, custody, or control of that deponent. |
| **3.** | Any and all materials obtained at any national, regional, district or other sales meeting, including but not limited to written materials, videos and/or audio tape. | Defendants are all producing call notes in their possession to all prescribing Physicians as part of their CMO 4 mandatory disclosures.  In addition, Defendants shall require a Sales Representative deponent to locate and produce to Plaintiffs all such documents in the possession, custody, or control of that deponent. |
| **4.** | All call notes documenting all contacts with Plaintiff's prescribing physician. | Defendants shall require a Sales Representative deponent to locate and produce to Plaintiffs all such documents in the possession, custody, or control of that deponent. |
| **5.** | Your copy of the AstraZeneca "Medical Literature Binder." | Withdrawn by Plaintiffs. |
| **6.** | Any and all documents related to your AstraZeneca compensation package. | Defendants shall produce documents to Plaintiffs showing the compensation, including bonuses, of the Sales Representative deponent. |
| **7.** | Any and all performance reviews issued during the time you detailed/promoted Seroquel. | Defendants shall produce these documents to Plaintiffs. |

| Table 1 | SALES REPRESENTATIVE DOCUMENTS | |
|---|---|---|
| | **ITEM** | **STATUS** |
| **8.** | Any and all documents reflecting any disciplinary action taken against you during the time you detailed/promoted Seroquel. | Defendants have proposed producing to Plaintiffs documents showing disciplinary actions relating to Seroquel.  Plaintiffs want all disciplinary actions.  This aspect of this category remains unresolved, as Defendants continue to assess their objection to producing records of disciplinary actions for matters unrelated to Seroquel. |
| **9.** | Any and all documents reflecting AstraZeneca business and/or ethics practices and/or policies. | Defendants shall require a Sales Representative deponent to locate and produce to Plaintiffs all such documents in the possession, custody, or control of that deponent. |
| **10.** | E-mail correspondence between you and Plaintiff's prescribing physician or any member of the prescribing physician's staff. | Defendants shall require a Sales Representative deponent to locate and produce to Plaintiffs all such documents in the possession, custody, or control of that deponent. |

As to all documents to be produced as described above:

(1)    The production shall cover the time period during which the Sales Representative detailed Seroquel.

(2)    Defendant shall exercise diligent efforts to produce the documents to Plaintiffs as soon as possible in advance of the Sales Representative's deposition and no later than the commencement of such deposition.

(3)    Defendants shall make such production as to all Sales Representative deponents who are current employees of Defendant(s); shall produce the information in Categories 6 through 8 to any former employee; and shall exercise diligent efforts to secure the production of Categories 2 through 4 and 9 and 10 from any Sales Representative deponent who is a former employee.  Defendants shall notify Plaintiffs immediately upon determining that they will be unsuccessful in securing the cooperation of any former employee in the

> production of any of the materials in Categories 2 through 4 or 9 and 10.
>
> (4)   Such production shall be made in hard copy form and/or an electronic pdf images, as Plaintiffs prefer.

The Special Master will resolve the remaining issue in Category 8 on or before November 16, 2007, and Plaintiffs will modify their deposition notices to comport with these agreed-upon rules.  In addition, the Special Master will review with the Parties whether any additional steps are to be taken regarding the depositions of Sales Representatives already conducted without the benefit of any materials that henceforth Defendants will be producing as to Sales Representatives.  When these efforts are completed, the Special Master will issue a Report and Recommendation covering this entire subject.

**B.**     **Plaintiffs' Motion for Sanctions.**

In this Motion, Plaintiffs assert that Defendants' production of information regarding the contact between a prescribing physician and Defendants' Sales Representatives under Paragraph II.A of CMO4 has been incomplete and untimely, and has not been produced in the required format.  In Paragraph II.B of CMO4 and Paragraph III of the Order entered August 3, 2007 (Document No. 348), the Court directed Defendants to produce the following documents to Plaintiffs in the manner described:

| TABLE 2 | DEFENDANTS' MANDATORY DISCLOSURES AS TO SALES REPRESENTATIVES | |
|---|---|---|
| **1.** **Call Notes** | **a)** **CMO 4 ¶ II.A:** Defendants must produce within five Business Days after desgnation of a Plaintiff for case-specific Discovery. | **8/3/07 Order ¶ III:** Defendants shall provide the Call Notes in readily accessible electronic form. |
| **2.** **Accounts Payable Records** | **b)** **8/3/07 Order ¶ III:** Time period that applies is, at a minimum, to be six months prior to the first prescription for the particular Plaintiff until 12/31/06. | **8/3/07 Order ¶ III:** To the extent these are available in electronic form, Defendants shall provide in readily accessible electronic form. |
| **3.** **IMS Information on Prescribing Habits** | | |
| **4.** **PIR or Professional Information Requests** | **c)** **8/3/07 Order ¶ III:** The efforts of the Parties with respect to organizing these materials will be devoted, insofar as may be reasonably possible, to making the materials readily and promptly available to all Parties in a useful format, unambiguously, without duplication. Technically sophisticated representatives are to confer in a non-adversarial manner as to the most efficient methods for accomplishing these goals. | |
| **5.** **Any Non-Privileged documents relied on or available to defense counsel in preparation for depositions** | | **8/3/07 Order ¶ III:** For other materials provided to prescribing Physicians at various times, Defendants are to assemble an index uniquely identifying all such items (and versions) in such a way as will facilitate location and review of the items provided to specific Physicians at particular times. |

The Special Master reviewed this Motion with Plaintiffs' and Defendants'

representatives during conference calls on November 2, 2007, and November 7, 2007. The

Special Master also conducted a telephonic hearing on the Motion with Defendants' counsel

and with Plaintiffs' counsel who submitted the Motion (Dennis Canty) on November 7, 2007.

The Special Master has these goals in these discussions with the Parties:

(1)    Establish specific rules on what contact information Defendants shall produce to Plaintiffs and in what form in all cases designated for case-specific discovery, for so long as the case-specific discovery program is underway;

(2)    Establish a specific procedure for Plaintiffs to raise to Defendants any instances in which Plaintiffs feel that Defendants' disclosures of contact information are deficient in any manner, to meet and confer on such issues, and to address the matter with the Special Master if the Parties are unable to resolve it among themselves; and

(3)    Examine whether the Special Master will recommend any remedy or additional action relating to cases in which case-specific discovery has already occurred using disclosures of contact information by Defendants differing from that mandated by the rules established under (1) above.

The Special Master has not concluded his efforts with the Parties on this Motion.  We have accomplished the following:

**(1)**    **<u>Call Notes (Item 1 in Table 2)</u>.**  Defendants are producing complete call notes, with no missing or truncated information, in a complete Excel spreadsheet in live data form, as well as hard copy form (Item 1 in Table 2).  Defendants currently are in compliance with Item 1.

**(2)**    **<u>Accounts Payable Records (Item 2 in Table 2)</u>.**  Currently, Defendants are producing in each case hard copy and electronic pdf images of a packet of contact disclosures.  This packet contains a table identifying payments made by Defendants to the prescribing physician designated for deposition in such case.  The table identifies the payee and shows the date, amount, and general purpose of the payment.  Defendants extract this information from one or more databases maintained by Defendants relating to payments to Physicians and other vendors.  Plaintiffs are not content with this table and seek more information on the event giving rise to the payment.  For example, if the payment was for a physician

to speak at an event, Plaintiffs feel the disclosure should include the topic of the speech and the nature of the event itself.  Defendants now are assessing the database from which Accounts Payable information is extracted and will inform the Special Master during the Special Master's weekly call with the Parties on November 16, 2007, what additional information can be extracted to shed more light on the basis for payments to these Physicians.  When this matter is fully fleshed out, Defendants shall produce all Accounts Payable information in a live Excel spreadsheet so that Plaintiffs may search and manipulate the data.

**(3)**     **IMS Prescribing Information or Prescribing Habits (Item 3 in Table 2).**  In their hard copy and pdf contact disclosures, Defendants are producing a table that identifies the prescribing physician's number of Seroquel prescriptions by month and the number of "Market" prescriptions each month, which represent prescriptions of an antipsychotic other than Seroquel.  Based upon the testimony of a Sales Representative during a case-specific deposition, Plaintiffs believe that Defendants have and should produce more IMS information resident on its servers or electronic storage devices to differentiate between new and total Seroquel prescriptions as each month and to identify specifically the competing medication prescribed each month, rather than just a "Market" designation.  Defendants now are assessing the IMS information in their possession to determine if such information exists and can be produced.  Once this issue is fully resolved, Defendants shall produce the IMS information in a live Excel spreadsheet so that Plaintiffs may search and manipulate the data.

**(4)**     **PIR or Professional Information Requests (Item 4 in Table 2).**  Defendants are producing in their hard copy and pdf contact disclosures copies of all these communications between Defendants and the prescribing physician.  Defendants are in compliance with Item 4.

**(5)**     **Other Documents (Items 5 in Table 2).**  Defendants have informed the Special Master that there are no contact documents relied upon or available to Defendants' counsel in preparation for these case-specific depositions other than those encompassed in Items 1 through 4 in Table 2.  Defendants also have represented that these four categories of documents referenced in Paragraph II.A of CMO4 (Items 1 through 4 in

11

Table 2) constitute all the "available documentation regarding contact with the prescribing physician associated with" each plaintiff designated for discovery, as referenced in Paragraph II.A of CMO4.

(6)     **Indices and Organization Required by the August 3, 2007 Order:**  On page 8 of their Motion, Plaintiffs describe the promotional material, two production indices, an Excel export from a Promotional Regulatory Affairs database, and some aspects of a "Market Pro" database regarding promotional items ordered by and distributed to Sales Representatives.  The Special Master will discuss the adequacy of these matters in the November 16, 2007 call with the Parties.

(7)     **Time Period:**  Defendants are producing all contact information at any time period during which a Sales Representative was detailing Seroquel, which is more expansive than the six months before first prescription through December 31, 2006 required by the August 3, 2007 Order.

The Special Master intends to hold the final telephone hearing with the Parties on this Motion at Noon ET on November 16, 2007.  The Special Master will resolve by consent or by rule all discovery issues presented by this Motion and will address what remedy, if any, the Special Master will receive relating to Defendants' contact disclosures in cases to date.  Such Report and Recommendation will also prescribe the procedure for the Parties to raise and confer in the future on any issues regarding the sufficiency of Defendants contact disclosures in any particular case.

C.     **AstraZeneca's Motion to Compel.**

In this Motion, Defendants assert that the Plaintiffs in ten cases failed to produce along with their Plaintiff Fact Sheets ("PFS") or at their depositions the 19 categories of documents required by CMO 2, the PFS, and the Notices of Deposition to these Plaintiffs.

Defendants ask for an order compelling these Plaintiffs to produce these records within 14 days or have their cases dismissed with prejudice.

The Special Master reviewed this Motion with the Parties during conference calls on November 2, 2007, and November 9, 2007.  Plaintiffs' Response to the Motion, however, was not due and was not filed until November 9, 2007.  In that Response, Plaintiffs contend that the Motion is moot.  The Special Master will review this entire matter with the Parties in the November 16, 2007 call and will by consensus or rule establish clear steps to ensure the production is made complete.

**D.      Evidentiary Hearing Set for November 27, 2007.**

Until the efforts of the Special Master and the Parties are completed on the Plaintiffs' Motion for Sanctions, the Special Master recommends that the Court maintain on its docket the evidentiary hearing currently set for November 27, 2007.  If before then we reach a resolution that obviates the need for such a hearing, we will inform the Court immediately.

Respectfully submitted,

BROWNGREER PLC

By:      **s/ Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia  23219
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.


**s/ Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia  23219
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com

<u>**SERVICE LIST**</u>

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>***Plaintiffs' Lead Counsel*** | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca***<br>***Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen***<br>***Pharmaceutical Products and Johnson &***<br>***Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP***<br>***and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>**Attorney for Defendant Dr. Asif Habib** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

3

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |

4

| Seroquel PMO Summary Reports | | |
|---|---|---|
| **Physician Depositions Scheduling** | **SQ100** | **Seroquel PMO:  Physician Depositions Scheduling Report**<br><br>(Reports on the number of Physicians designated for cases in the months shown, and the progress of the PMO in scheduling such depositions.) |
| | **SQ101** | **Seroquel PMO:  Case-Specific Depositions Report**<br><br>(Reports on the number of Plaintiff, Physician, and Sales Representative depositions conducted or scheduled to occur as of the date of the Report, by the month in which the depositions were conducted or for which they are scheduled.) |
| | **SQ102** | **Seroquel PMO:  Plaintiffs on Hold At Direction from Parties Report**<br><br>(Reports on Plaintiffs assigned a Hold status by the PMO at the direction of the Parties) |
| **Medical Records** | **SQ200A** | **Seroquel PMO:  Medical Records Status (*By Physician*)**<br><br>(Reports on the status of the PMO's acquisition of Medical Records from Physicians whose depositions have been scheduled but have not yet occurred, listed in alphabetical order by Physician last name.) |
| | **SQ200B** | **Seroquel PMO:  Medical Records Status (*By Deposition Date*)**<br><br>(Reports on the status of the PMO's acquisition of Medical Records from Physicians whose depositions have been scheduled but have not yet occurred, listed by the date of the deposition, with the most imminent deposition listed first.) |
| **Payments to Physicians** | **SQ300** | **Seroquel PMO:  Special Master Escrow Account Summary**<br><br>(Reports on the deposits into, debits from, and current balance in the Special Master Escrow Account maintained to pay Medical Records costs and fees to Physician deponents.) |
| | **SQ301** | **Seroquel PMO:  Special Master Escrow Account Physician Payment Details**<br><br>(Reports on each payment made from the Special Master Escrow Account for Medical Records costs and for fees to Physician deponents.) |

*Confidential Information*

| SQ100 | Seroquel PMO: Physician Depositions Scheduling Report (As of 11/13/07) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Status** | **Status Detail** | **8/07** | **9/07** | **10/07** | **11/07** | **12/07** | **1/08** | **Total** |
| **1.** | **Scheduled or Rescheduled** | | 3 | 41 | 34 | 36 | 18 | 7 | 139 |
| **2.** | **Not Yet Scheduled** | Designation Received by PMO | 0 | 0 | 0 | 3 | 0 | 0 | 3 |
| **3.** | | Messages Left for Return Call | 1 | 0 | 0 | 2 | 1 | 6 | 10 |
| **4.** | | 48-Hour Packet Sent | 0 | 0 | 0 | 0 | 1 | 1 | 2 |
| **5.** | | Contact Made/Awaiting Date from Physician | 2 | 0 | 3 | 7 | 4 | 9 | 25 |
| **6.** | | Fees/Other Questions Delaying Scheduling | 2 | 2 | 2 | 3 | 6 | 7 | 22 |
| **7.** | | **Total** | **5** | **2** | **5** | **15** | **12** | **23** | **62** |
| **8.** | **Currently Unable to Schedule** | Unable to Locate Physician | 0 | 1 | 3 | 3 | 6 | 8 | 21 |
| **9.** | | Physician Deceased | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| **10.** | | Hold Scheduling Efforts for Directions from Parties | 2 | 13 | 11 | 3 | 0 | 0 | 29 |
| **11.** | | **Total** | **2** | **14** | **15** | **6** | **6** | **8** | **51** |
| **12.** | **PMO Will Not Schedule** | PMO Not Responsible for Scheduling | 3 | 0 | 0 | 0 | 0 | 0 | 3 |
| **13.** | | Cancelled/Not to be Scheduled | 1 | 7 | 11 | 2 | 2 | 0 | 23 |
| **14.** | | Scheduled by Parties | 15 | 1 | 0 | 0 | 0 | 0 | 16 |
| **15.** | | **Total** | **19** | **8** | **11** | **2** | **2** | **0** | **42** |
| **16.** | **Grand Total** | | **29** | **65** | **65** | **59** | **38** | **38** | **294** |

*Confidential Information*

| SQ101 | Seroquel PMO:<br>Case-Specific Depositions Report<br>(As of 11/13/07) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Deponent Type** | **Status Detail** | **8/07** | **9/07** | **10/07** | **11/07** | **12/07** | **1/08** | **Total** |
| **1.** | **Plaintiffs** | Concluded | 13 | 24 | 21 | 24 | 0 | 0 | 82 |
| **2.** | | Scheduled | N/A | N/A | N/A | 6 | 0 | 0 | 6 |
| **3.** | | **Total** | **13** | **24** | **21** | **30** | **0** | **0** | **88** |
| **4.** | **Physicians** | Concluded | 11 | 15 | 44 | 7 | 0 | 0 | 77 |
| **5.** | | Scheduled | N/A | N/A | N/A | 38 | 29 | 11 | 78 |
| **6.** | | **Total** | **11** | **15** | **44** | **45** | **29** | **11** | **155** |
| **7.** | **Sales Representatives** | Concluded | 0 | 9 | 6 | 1 | 0 | 0 | 16 |
| **8.** | | Scheduled | N/A | N/A | N/A | 5 | 6 | 1 | 12 |
| **9.** | | **Total** | **0** | **9** | **6** | **6** | **6** | **1** | **28** |
| **10.** | **Total Concluded** | | **24** | **48** | **71** | **32** | **0** | **0** | **175** |
| **11.** | **Total Scheduled** | | **N/A** | **N/A** | **N/A** | **49** | **35** | **12** | **96** |
| **12.** | **Grand Total** | | **24** | **48** | **71** | **81** | **35** | **12** | **271** |

*Confidential Information*

| SQ102 | Seroquel PMO: Depositions on Hold at Direction of Parties (As of 11/13/07) | | | |
|---|---|---|---|---|
| | **Plaintiff** | **Case Number** | **Law Firm** | **Date Placed on Hold** |
| 1. | Cook, Burl | 6:07-cv-16017 | Bailey Perrin Bailey LLP | 10/12/07 |
| 2. | Davis, Vikie | 6:07-cv-14788 | Bailey Perrin Bailey LLP | 10/26/07 |
| 3. | Ellerbee, Lisa D. | 6:07-cv-13399 | Bailey Perrin Bailey LLP | 10/3/07 |
| 4. | Flye, Tracy | 6:06-cv-1222 | Levin Simes Kaiser & Gornick LLP | 9/13/07 |
| 5. | Grant, Anita | 6:07-cv-00444 | Whatley Drake & Kallas LLC | 11/13/07 |
| 6. | Green, Shirley M. | 6:07-cv-10649 | Bailey Perrin Bailey LLP | 10/2/07 |
| 7. | Haas, Elizabeth S. | 6:07-cv-442 | Whatley Drake & Kallas LLC | 10/2/07 |
| 8. | Hall, Betty | 6:07-cv-10293 | | 9/6/07 |
| 9. | Henderson, Antonia | 6:07-cv-14972 | Bailey Perrin Bailey LLP | |
| 10. | Lambert, Samatha | 6:07-cv-13788 | Bailey Perrin Bailey LLP | 10/4/07 |
| 11. | Monson, Bruce H. | 6:07-cv-10372 | Bailey Perrin Bailey LLP | 10/12/07 |
| 12. | Salmons, Sheryl | 6:07-cv-12818 | Bailey Perrin Bailey LLP | 9/26/07 |
| 13. | Sanchez, Maureen | 6:07-cv-12819 | Bailey Perrin Bailey LLP | 10/8/07 |
| 14. | Schuenemeyer, Robert | 6:06-cv-01136 | Brown & Crouppen, PC | 9/21/07 |
| 15. | Tomlin, Anthony | 6:07-cv-12911 | Bailey Perrin Bailey LLP | 10/26/07 |
| 16. | Tucholski, John | 6:07-cv-16085 | | |
| 17. | Williams, Malcolm R. | 6:07-cv-12988 | Bailey Perrin Bailey LLP | 9/17/07 |

*Confidential Information*

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 11/13/07) | | | | |
|---|---|---|---|---|---|
| | **Physician  Name** | **Plaintiff  Name** | **Deposition Date** | **Records Status** | **Date Sent to Parties** |
| 1. | Ahmed, Syed B. | Lamica, Terry L. | 11/29/07   1:00 PM | Received at PMO 10/22/07 | 10/22/07 |
| 2. | Akhtar, Jeffrey | Sowerby, Cindy | 12/18/07   1:00 PM | Records Requested | |
| 3. | Andronic, Maura | Stilwell, Christopher | 12/3/07   6:30 PM | Received at PMO 11/9/07 | 11/9/07 |
| 4. | Badea Mic, Daniela | Norwood, Mellanie | 12/14/07   1:30 PM | Received at PMO 10/30/07 | 10/23/07 |
| 5. | Bevers, Jonathan | March, Steven A | 1/24/08   1:30 PM | Records Requested | |
| 6. | Billings, John V. | Nicolle, Mark | 12/28/07   9:00 AM | Received at PMO 11/9/07 | 11/9/07 |
| 7. | Burton, Debbie | Cuyler, Dorian | 11/20/07   9:00 AM | Received at PMO 10/23/07 | 10/23/07 |
| 8. | Caldwell, Robert | LeProwse, Ronald V. | 11/16/07   8:30 AM | Received at PMO 10/18/07 | 10/18/07 |
| 9. | Chamberlain, David | LeProwse, Ronald V. | 11/15/07   6:00 PM | Received at PMO 10/26/07 | 10/26/07 |
| 10. | Chastek, James | Dack, Michael D. | 11/19/07   1:00 PM | Received at PMO 10/15/07 | 10/15/07 |
| 11. | Compton, Grover | Thomsen, Kenneth | 11/26/07   1:00 PM | Received at PMO 11/12/07 | 11/12/07 |
| 12. | De Los Angeles, Santiago G. | Epps, Linda | 1/18/08   12:30 PM | Records Requested | |
| 13. | Debelious, Peter | Slapion, Andrea | 12/14/07   12:00 PM | Received at PMO 11/6/07 | 11/6/07 |
| 14. | Easterling, Stanley | Ray, Charles M | 11/27/07   1:00 PM | Received at PMO 11/13/07 | 11/13/07 |
| 15. | Garcia, Henry | De Bono Paula, Maria A | 11/28/07   2:30 PM | Received at PMO 10/29/07 | 10/29/07 |
| 16. | Gendron, Joseph | Sauvageau, Leonard | 11/19/07   1:00 PM | Received at PMO 10/19/07 | 10/19/07 |
| 17. | Glenn, Clyde | Wynter, Javoneese | 12/21/07   1:00 PM | Due at PMO 11/15/07 | |
| 18. | Hammond, Michael W. | Anderson, Carl E. | 11/30/07   8:30 AM | Received at PMO 10/5/07 | 10/5/07 |
| 19. | Hasan, Mohammad K | Ellison, Larry E. | 1/2/08   1:00 PM | Due at PMO 11/19/07 | |
| 20. | Hashmi, Shahzad | Thomas, Hellen | 11/19/07   1:00 PM | Records Requested | |
| 21. | Hassan, Khalid | Rivers, Patricia | 1/10/08   1:00 PM | Received at PMO 11/5/07 | 11/5/07 |
| 22. | Helfin, Gary | McAlexander, Eileen | 12/7/07   1:00 PM | Records Requested | |
| 23. | Hempel, Karl | Slapion, Andrea | 12/18/07   1:00 PM | Received at PMO 11/6/07 | 11/6/07 |
| 24. | Horton, Vivian | Borges, Frank | 11/19/07   10:00 AM | PMO Not Requesting Records | |
| 25. | Ilano, Daisy | Cox, Cathy A | 11/30/07   9:00 AM | Due at PMO 11/14/07 | |
| 26. | Iqbal, Fauzia | Martin, Gwen M. | 11/14/07   10:00 AM | Received at PMO 10/11/07 | 10/11/07 |

*Confidential Information*

| SQ200A | Seroquel PMO:<br>Medical Records Status (By Physician)<br>(As of 11/13/07) | | | | |
|---|---|---|---|---|---|
| | **Physician  Name** | **Plaintiff  Name** | **Deposition Date** | **Records Status** | **Date Sent to Parties** |
| **27.** | Jamora, Ismael | Jeffers, Delores J. | 12/14/07  8:30 AM | Due at PMO 11/14/07 | |
| **28.** | Javeed, Suryabanu | Jones, Judith | 11/30/07  8:00 AM | Received at PMO 10/30/07 | 10/30/07 |
| **29.** | Joyce, Steven P. | Klameth, Robert | 12/11/07  12:00 PM | Received at PMO 10/29/07 | 10/29/07 |
| **30.** | Kaufman, Cindy | Brummel, Julie E. | 11/28/07  9:00 AM | Received at PMO 11/2/07 | 11/2/07 |
| **31.** | Khalifa, Soad | Griffis, Kenneth | 12/12/07  8:00 AM | Due at PMO 11/14/07 | |
| **32.** | Khambhati, Raj | Tanke, Mary | 11/14/07  3:00 PM | Received at PMO 11/1/07 | 11/1/07 |
| **33.** | Klimo, Lynn | Myers, Kenneth | 12/10/07  8:00 AM | Received at PMO 11/7/07 | 11/7/07 |
| **34.** | Kos, James | Tanner, Kathleen | 11/30/07  2:30 PM | Records Requested | |
| **35.** | Kunam, Syam P. | Maddox, Darrell | 12/13/07  9:00 AM | Due at PMO 11/20/07 | |
| **36.** | Kurlander, Ronald | Tanner, Kathleen | 11/28/07  1:00 PM | Received at PMO 10/17/07 | 10/17/07 |
| **37.** | Larned, Catherine | Quinn, Lori A | 11/28/07  11:30 AM | Received at PMO 11/1/07 | 11/1/07 |
| **38.** | Lee, Elbert | Nelson, Linda | 11/28/07  1:00 PM | Records Requested | |
| **39.** | Lundell, Kathleen T. | Sauvageau, Leonard | 11/28/07  9:00 AM | Due at PMO 11/15/07 | |
| **40.** | Mack, James | Crossley, Lonnie | 11/20/07  3:00 PM | Due at PMO 11/14/07 | |
| **41.** | Maitlen, Robert | Melvin, Cheryl | 11/28/07  1:00 PM | Received at PMO 11/8/07 | 11/8/07 |
| **42.** | Marinkovic, Steven | Venable, Charles | 1/9/08  9:00 AM | Records Requested | |
| **43.** | Mathews, Ressy | Naramore, Jennifer | 11/30/07  9:00 AM | Received at PMO 10/8/07 | 10/8/07 |
| **44.** | McKenzie, Leigh | Sowerby, Cindy | 12/11/07  1:30 PM | Received at PMO 11/5/07 | 11/5/07 |
| **45.** | Mena, Ashraf | Peyton, Jeffrey | 11/26/07  10:00 AM | Received at PMO 10/15/07 | 10/15/07 |
| **46.** | Mercurio, Gregory | Episcopo, Joan M. | 11/27/07  12:00 PM | Due at PMO 11/16/07 | |
| **47.** | Michael, William | Schmaljohn, Machelle | 12/18/07  1:00 PM | Received at PMO 11/7/07 | 11/7/07 |
| **48.** | Mitchell, William | Thomsen, Kenneth | 11/27/07  1:30 PM | Due at PMO 11/15/07 | |
| **49.** | Newman, Christopher | Nelson, Linda | 12/3/07  6:00 PM | Received at PMO 10/22/07 | 10/22/07 |
| **50.** | Nunn, Michael K. | Murray, Oliver | 12/18/07  3:30 PM | Due at PMO 11/15/07 | |
| **51.** | Ofstedal, Joseph | Dack, Michael D. | 11/27/07  1:00 PM | Received at PMO 11/8/07 | 11/8/07 |
| **52.** | Oloyo, Samuel | Norwood, Mellanie | 11/16/07  2:30 PM | Received at PMO 11/8/07 | 11/8/07 |
| **53.** | Osborn, Crystl C. | Davidson, Kenneth H. | 11/27/07  10:00 AM | Received at PMO 11/12/07 | 11/12/07 |

*Confidential Information*

| SQ200A | Seroquel PMO:<br>Medical Records Status (By Physician)<br>(As of 11/13/07) | | | | |
|---|---|---|---|---|---|
| | **Physician  Name** | **Plaintiff  Name** | **Deposition Date** | **Records Status** | **Date Sent to Parties** |
| **54.** | Phillips, Constance | Sherwin, Carol | 1/26/08   9:00 PM | Records Requested | |
| **55.** | Pickett, Brian J. | Lomba, John | 12/13/07   5:00 PM | Received at PMO 11/7/07 | 11/7/07 |
| **56.** | Rahhal, Walid | Smith, Carolyn | 12/4/07   1:00 PM | Received at PMO 10/23/07 | 10/23/07 |
| **57.** | Recasens, Jamie | Venable, Charles | 1/21/08   1:00 PM | Records Requested | |
| **58.** | Sanders, Richard | Gawalis, Joseph | 1/10/08   8:00 AM | Received at PMO 11/2/07 | 11/2/07 |
| **59.** | Satulovsky, Carlos | Pagar, Jeffrey | 12/17/07 12:00 PM | Records Requested | |
| **60.** | Schiffman, Andrew | Montgomery, James | 12/13/07   2:00 PM | Received at PMO 11/1/07 | 11/1/07 |
| **61.** | Seminaro, Rafael F. | Tanke, Mary | 12/17/07 10:00 AM | Records Requested | |
| **62.** | Shea, James | Broughton, Dorothy | 12/21/07   8:30 AM | Due at PMO 11/15/07 | |
| **63.** | Smith, Stephen L. | Brown-Little, Mary | 1/15/08   1:00 PM | PMO Not Requesting Records | |
| **64.** | Stuart, Chris | Palmberg, Debra | 12/11/07   1:00 PM | Records Requested | |
| **65.** | Sullivan, Thomas | Jones, Barbara | 11/28/07   9:00 AM | Due at PMO 11/15/07 | |
| **66.** | Tan, Sioe | Berry, Tammy | 12/13/07 10:00 AM | Records Requested | |
| **67.** | Tanson, Gabriel K. | Jones, Judith | 11/14/07   1:00 PM | Received at PMO 11/9/07 | 11/9/07 |
| **68.** | Troast, Nancy M | Quinn, Lori A | 11/30/07   1:00 PM | Received at PMO 11/2/07 | 11/2/07 |
| **69.** | Trost, Dennis | Anderson, Carl E. | 11/30/07   2:00 PM | Records Requested | |
| **70.** | Turner, Jackie | Moody, Darrell | 12/14/07 10:30 AM | Received at PMO 10/29/07 | 10/29/07 |
| **71.** | Uhl, James | Small, Susan A. | 12/7/07   9:00 AM | Records Requested | |
| **72.** | Vargas, Maria | McCarthy, Kevin R. | 1/23/08   1:00 PM | Received at PMO 10/16/07 | 10/16/07 |
| **73.** | Velisetty, Asha | McAlexander, Eileen | 11/30/07   1:00 PM | Received at PMO 11/2/07 | 11/2/07 |
| **74.** | Walters, Beth | Jones, Barbara | 11/20/07   1:00 PM | Received at PMO 10/23/07 | 10/23/07 |
| **75.** | Weaver, Doris | Naramore, Jennifer | 12/3/07   1:00 PM | Received at PMO 9/27/07 | 9/27/07 |
| **76.** | Woodrow, Virginia A. | Howell, Ramon A. | 12/7/07   1:00 PM | Received at PMO 9/21/07 | 9/21/07 |
| **77.** | Wylie, Chona G. | Episcopo, Joan M. | 11/28/07 10:00 AM | Received at PMO 10/9/07 | 10/9/07 |

**BrownGreer PLC**

*Confidential Information*

| SQ200B | Seroquel PMO: Medical Records Status (By Deposition Date) (As of 11/13/07) | | | | |
|---|---|---|---|---|---|
| | **Physician  Name** | **Plaintiff  Name** | **Deposition Date** | **Records Status** | **Date Sent to Parties** |
| 1. | Iqbal, Fauzia | Martin, Gwen M. | 11/14/07  10:00 AM | Received at PMO 10/11/07 | 10/11/07 |
| 2. | Tanson, Gabriel K. | Jones, Judith | 11/14/07   1:00 PM | Received at PMO 11/9/07 | 11/9/07 |
| 3. | Khambhati, Raj | Tanke, Mary | 11/14/07   3:00 PM | Received at PMO 11/1/07 | 11/1/07 |
| 4. | Chamberlain, David | LeProwse, Ronald V. | 11/15/07   6:00 PM | Received at PMO 10/26/07 | 10/26/07 |
| 5. | Caldwell, Robert | LeProwse, Ronald V. | 11/16/07   8:30 AM | Received at PMO 10/18/07 | 10/18/07 |
| 6. | Oloyo, Samuel | Norwood, Mellanie | 11/16/07   2:30 PM | Received at PMO 11/8/07 | 11/8/07 |
| 7. | Horton, Vivian | Borges, Frank | 11/19/07  10:00 AM | PMO Not Requesting Records | |
| 8. | Chastek, James | Dack, Michael D. | 11/19/07   1:00 PM | Received at PMO 10/15/07 | 10/15/07 |
| 9. | Gendron, Joseph | Sauvageau, Leonard | 11/19/07   1:00 PM | Received at PMO 10/19/07 | 10/19/07 |
| 10. | Hashmi, Shahzad | Thomas, Hellen | 11/19/07   1:00 PM | Records Requested | |
| 11. | Burton, Debbie | Cuyler, Dorian | 11/20/07   9:00 AM | Received at PMO 10/23/07 | 10/23/07 |
| 12. | Walters, Beth | Jones, Barbara | 11/20/07   1:00 PM | Received at PMO 10/23/07 | 10/23/07 |
| 13. | Mack, James | Crossley, Lonnie | 11/20/07   3:00 PM | Due at PMO 11/14/07 | |
| 14. | Mena, Ashraf | Peyton, Jeffrey | 11/26/07  10:00 AM | Received at PMO 10/15/07 | 10/15/07 |
| 15. | Compton, Grover | Thomsen, Kenneth | 11/26/07   1:00 PM | Received at PMO 11/12/07 | 11/12/07 |
| 16. | Osborn, Crystl C. | Davidson, Kenneth H. | 11/27/07  10:00 AM | Received at PMO 11/12/07 | 11/12/07 |
| 17. | Mercurio, Gregory | Episcopo, Joan M. | 11/27/07  12:00 PM | Due at PMO 11/16/07 | |
| 18. | Easterling, Stanley | Ray, Charles M | 11/27/07   1:00 PM | Received at PMO 11/13/07 | 11/13/07 |
| 19. | Ofstedal, Joseph | Dack, Michael D. | 11/27/07   1:00 PM | Received at PMO 11/8/07 | 11/8/07 |
| 20. | Mitchell, William | Thomsen, Kenneth | 11/27/07   1:30 PM | Due at PMO 11/15/07 | |
| 21. | Kaufman, Cindy | Brummel, Julie E. | 11/28/07   9:00 AM | Received at PMO 11/2/07 | 11/2/07 |
| 22. | Lundell, Kathleen T. | Sauvageau, Leonard | 11/28/07   9:00 AM | Due at PMO 11/15/07 | |
| 23. | Sullivan, Thomas | Jones, Barbara | 11/28/07   9:00 AM | Due at PMO 11/15/07 | |
| 24. | Wylie, Chona G. | Episcopo, Joan M. | 11/28/07  10:00 AM | Received at PMO 10/9/07 | 10/9/07 |
| 25. | Larned, Catherine | Quinn, Lori A | 11/28/07  11:30 AM | Received at PMO 11/1/07 | 11/1/07 |
| 26. | Kurlander, Ronald | Tanner, Kathleen | 11/28/07   1:00 PM | Received at PMO 10/17/07 | 10/17/07 |
| 27. | Lee, Elbert | Nelson, Linda | 11/28/07   1:00 PM | Records Requested | |

*Confidential Information*

| SQ200B | Seroquel PMO:<br>Medical Records Status (By Deposition Date)<br>(As of 11/13/07) | | | | |
|---|---|---|---|---|---|
| | **Physician  Name** | **Plaintiff  Name** | **Deposition Date** | **Records Status** | **Date Sent to Parties** |
| 28. | Maitlen, Robert | Melvin, Cheryl | 11/28/07   1:00 PM | Received at PMO 11/8/07 | 11/8/07 |
| 29. | Garcia, Henry | De Bono Paula, Maria A | 11/28/07   2:30 PM | Received at PMO 10/29/07 | 10/29/07 |
| 30. | Ahmed, Syed B. | Lamica, Terry L. | 11/29/07   1:00 PM | Received at PMO 10/22/07 | 10/22/07 |
| 31. | Javeed, Suryabanu | Jones, Judith | 11/30/07   8:00 AM | Received at PMO 10/30/07 | 10/30/07 |
| 32. | Hammond, Michael W. | Anderson, Carl E. | 11/30/07   8:30 AM | Received at PMO 10/5/07 | 10/5/07 |
| 33. | Ilano, Daisy | Cox, Cathy A | 11/30/07   9:00 AM | Due at PMO 11/14/07 | |
| 34. | Mathews, Ressy | Naramore, Jennifer | 11/30/07   9:00 AM | Received at PMO 10/8/07 | 10/8/07 |
| 35. | Troast, Nancy M | Quinn, Lori A | 11/30/07   1:00 PM | Received at PMO 11/2/07 | 11/2/07 |
| 36. | Velisetty, Asha | McAlexander, Eileen | 11/30/07   1:00 PM | Received at PMO 11/2/07 | 11/2/07 |
| 37. | Trost, Dennis | Anderson, Carl E. | 11/30/07   2:00 PM | Records Requested | |
| 38. | Kos, James | Tanner, Kathleen | 11/30/07   2:30 PM | Records Requested | |
| 39. | Weaver, Doris | Naramore, Jennifer | 12/3/07   1:00 PM | Received at PMO 9/27/07 | 9/27/07 |
| 40. | Newman, Christopher | Nelson, Linda | 12/3/07   6:00 PM | Received at PMO 10/22/07 | 10/22/07 |
| 41. | Andronic, Maura | Stilwell, Christopher | 12/3/07   6:30 PM | Received at PMO 11/9/07 | 11/9/07 |
| 42. | Rahhal, Walid | Smith, Carolyn | 12/4/07   1:00 PM | Received at PMO 10/23/07 | 10/23/07 |
| 43. | Uhl, James | Small, Susan A. | 12/7/07   9:00 AM | Records Requested | |
| 44. | Helfin, Gary | McAlexander, Eileen | 12/7/07   1:00 PM | Records Requested | |
| 45. | Woodrow, Virginia A. | Howell, Ramon A. | 12/7/07   1:00 PM | Received at PMO 9/21/07 | 9/21/07 |
| 46. | Klimo, Lynn | Myers, Kenneth | 12/10/07   8:00 AM | Received at PMO 11/7/07 | 11/7/07 |
| 47. | Joyce, Steven P. | Klameth, Robert | 12/11/07   12:00 PM | Received at PMO 10/29/07 | 10/29/07 |
| 48. | Stuart, Chris | Palmberg, Debra | 12/11/07   1:00 PM | Records Requested | |
| 49. | McKenzie, Leigh | Sowerby, Cindy | 12/11/07   1:30 PM | Received at PMO 11/5/07 | 11/5/07 |
| 50. | Khalifa, Soad | Griffis, Kenneth | 12/12/07   8:00 AM | Due at PMO 11/14/07 | |
| 51. | Kunam, Syam P. | Maddox, Darrell | 12/13/07   9:00 AM | Due at PMO 11/20/07 | |
| 52. | Tan, Sioe | Berry, Tammy | 12/13/07   10:00 AM | Records Requested | |
| 53. | Schiffman, Andrew | Montgomery, James | 12/13/07   2:00 PM | Received at PMO 11/1/07 | 11/1/07 |

*Confidential Information*

| SQ200B | Seroquel PMO: Medical Records Status (By Deposition Date) (As of 11/13/07) | | | |
|---|---|---|---|---|
| | **Physician  Name** | **Plaintiff  Name** | **Deposition Date** | **Records Status** | **Date Sent to Parties** |
| 54. | Pickett, Brian J. | Lomba, John | 12/13/07   5:00 PM | Received at PMO 11/7/07 | 11/7/07 |
| 55. | Jamora, Ismael | Jeffers, Delores J. | 12/14/07   8:30 AM | Due at PMO 11/14/07 | |
| 56. | Turner, Jackie | Moody, Darrell | 12/14/07   10:30 AM | Received at PMO 10/29/07 | 10/29/07 |
| 57. | Debelious, Peter | Slapion, Andrea | 12/14/07   12:00 PM | Received at PMO 11/6/07 | 11/6/07 |
| 58. | Badea Mic, Daniela | Norwood, Mellanie | 12/14/07   1:30 PM | Received at PMO 10/30/07 | 10/23/07 |
| 59. | Seminaro, Rafael F. | Tanke, Mary | 12/17/07   10:00 AM | Records Requested | |
| 60. | Satulovsky, Carlos | Pagar, Jeffrey | 12/17/07   12:00 PM | Records Requested | |
| 61. | Akhtar, Jeffrey | Sowerby, Cindy | 12/18/07   1:00 PM | Records Requested | |
| 62. | Hempel, Karl | Slapion, Andrea | 12/18/07   1:00 PM | Received at PMO 11/6/07 | 11/6/07 |
| 63. | Michael, William | Schmaljohn, Machelle | 12/18/07   1:00 PM | Received at PMO 11/7/07 | 11/7/07 |
| 64. | Nunn, Michael K. | Murray, Oliver | 12/18/07   3:30 PM | Due at PMO 11/15/07 | |
| 65. | Shea, James | Broughton, Dorothy | 12/21/07   8:30 AM | Due at PMO 11/15/07 | |
| 66. | Glenn, Clyde | Wynter, Javoneese | 12/21/07   1:00 PM | Due at PMO 11/15/07 | |
| 67. | Billings, John V. | Nicolle, Mark | 12/28/07   9:00 AM | Received at PMO 11/9/07 | 11/9/07 |
| 68. | Hasan, Mohammad K | Ellison, Larry E. | 1/2/08   1:00 PM | Due at PMO 11/19/07 | |
| 69. | Marinkovic, Steven | Venable, Charles | 1/9/08   9:00 AM | Records Requested | |
| 70. | Sanders, Richard | Gawalis, Joseph | 1/10/08   8:00 AM | Received at PMO 11/2/07 | 11/2/07 |
| 71. | Hassan, Khalid | Rivers, Patricia | 1/10/08   1:00 PM | Received at PMO 11/5/07 | 11/5/07 |
| 72. | Smith, Stephen L. | Brown-Little, Mary | 1/15/08   1:00 PM | PMO Not Requesting Records | |
| 73. | Hasan, Mohammad K | Martin, John | 1/16/08   1:00 PM | Records Requested | |
| 74. | De Los Angeles, Santiago G. | Epps, Linda | 1/18/08   12:30 PM | Records Requested | |
| 75. | Recasens, Jamie | Venable, Charles | 1/21/08   1:00 PM | Records Requested | |
| 76. | Vargas, Maria | McCarthy, Kevin R. | 1/23/08   1:00 PM | Received at PMO 10/16/07 | 10/16/07 |
| 77. | Bevers, Jonathan | March, Steven A | 1/24/08   1:30 PM | Records Requested | |
| 78. | Phillips, Constance | Sherwin, Carol | 1/26/08   9:00 PM | Records Requested | |

*Confidential Information*

| SQ300 | Seroquel PMO:<br>Special Master Escrow Account Summary<br>(As of 11/13/07) | |
|---|---|---|
| | **Description** | **Available Funds** |
| **1.** | **Starting Balance   (9/1/07)** | $0.00 |
| **2.** | **Deposits** | $90,000.00 |
| **3.** | **Physician Fee Payments** | ($55,174.36) |
| **4.** | **Physician Costs for Medical Records** | ($10,906.88) |
| **5.** | **Federal Express Expenses** | ($5,165.87) |
| **6.** | **Bank Fees** | ($275.25) |
| **7.** | **Ending Balance   (11/13/07)** | **$18,477.64** |

*Confidential Information*

| SQ301 | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 11/13/07) | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **1.** | 9/11/07 | 92 | **Payee:** Pain Clinic Associates, P.C. <br> **Deponent:** Dr. Moacir Schnapp | Bolton, William <br> 6:06-cv-1145 | $ 750.00 | $ - | $ 750.00 |
| **2.** | 9/11/07 | 93 | **Payee:** Pain Clinic Associates, P.C. <br> **Deponent:** Dr. Moacir Schnapp | Bolton, William <br> 6:06-cv-1145 | $ 450.00 | $ - | $ 450.00 |
| **3.** | 9/11/07 | 95 | **Payee:** Lake County Family Practice, L.L.C. <br> **Deponent:** Dr. Marc J. McNaughton | Elmore, Deborah <br> 6:07-cv-16085 | $ 370.00 | $ - | $ 370.00 |
| **4.** | 9/11/07 | 96 | **Payee:** Mid-Cape Medical <br> **Deponent:** Dr. Sharon Mahoney | Borges, Frank <br> 6:07-cv-000357 | $ 225.00 | $ - | $ 225.00 |
| **5.** | 9/11/07 | 97 | **Payee:** Neuropsychiatric Associates, Inc PC <br> **Deponent:** Dr. Stephen B. Gelfand | Frederick, James <br> 6:06-cv-1000 | $ - | $ 39.99 | $ 39.99 |
| **6.** | 9/12/07 | 99 | **Payee:** William Louis Gerard, M.D. <br> **Deponent:** Dr. William Gerard | Edgeston, Vounzetta <br> 6:07-cv-14818 | $ - | $ 154.35 | $ 154.35 |
| **7.** | 9/14/07 | 100 | **Payee:** PMS Psych Management Solutions <br> **Deponent:** Dr. Daniel Koppersmith | Haynie-Whynot, Elizabeth <br> 6:07-13107 | $ - | $ 65.00 | $ 65.00 |
| **8.** | 9/17/07 | 200163626 | **Payee:** Reginald P. Segar, M.D. <br> **Deponent:** Dr. Reginald P. Segar | Sonnier, Linda <br> 6:06-cv-01019 | $ 450.00 | $ 131.50 | $ 581.50 |
| **9.** | 9/19/07 | 1000 | **Payee:** Philip Arnold Landry, M.D. <br> **Deponent:** Dr. Phillip Landry | Sonnier, Linda <br> 6:06-cv-01019 | $ - | $ 42.75 | $ 42.75 |
| **10.** | 9/19/07 | 1001 | **Payee:** Neuropsychiatric Associates Inc., P.C. <br> **Deponent:** Dr. Stephen B. Gelfand | Frederick, James <br> 6:06-cv-1000 | $ 1,600.00 | $ - | $ 1,600.00 |

*Confidential Information*

| SQ301 | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 11/13/07) | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **11.** | 9/19/07 | 1002 | **Payee:** Cornerstone Clinic <br> **Deponent:** Dr. Akingbade Akinyelu | Grant, Lisa <br> 06:07-cv-12145 | $ 1,750.00 | $ - | $ 1,750.00 |
| **12.** | 9/19/07 | 1004 | **Payee:** Richard A. Moskovitz, M.D. <br> **Deponent:** Dr. Richard Moskovitz | McDaniel, Kimberly <br> 6:07-cv-10361 | $ - | $ 552.00 | $ 552.00 |
| **13.** | 9/19/07 | 1005 | **Payee:** Dayton Primary & Urgent Care <br> **Deponent:** Dr. Morris Brown | Cook, Burl <br> 6:07-cv-16017 | $ - | $ 55.75 | $ 55.75 |
| **14.** | 9/19/07 | 1006 | **Payee:** Donald Lucas Mulder, M.D. <br> **Deponent:** Dr. Donald Mulder | Navin, Nora <br> 6:07-cv-12727 | $ - | $ 25.00 | $ 25.00 |
| **15.** | 9/19/07 | 1007 | **Payee:** Rosamma Panjukaran, M.D. <br> **Deponent:** Dr. Rosamma Panjikaran | McCarthy, Kevin <br> 6:07-cv-11096 | $ - | $ 47.00 | $ 47.00 |
| **16.** | 9/19/07 | 1008 | **Payee:** Aspen Medical Group <br> **Deponent:** Dr. Joseph Gendron | Sauvageau, Leonard <br> 6:07-cv-16754 | $ 2,200.00 | $ - | $ 2,200.00 |
| **17.** | 9/19/07 | 1009 | **Payee:** Thomas Robert Wikstrom, M.D. <br> **Deponent:** Dr. Thomas Wikstrom | Stephens, Terry <br> 6:07-cv-15805 | $ 1,200.00 | $ 57.00 | $ 1,257.00 |
| **18.** | 9/19/07 | 1010 | **Payee:** Rose Medical Associates <br> **Deponent:** Dr. Ruth Woolcock | Frederick, James <br> 6:06-cv-1000 | $ - | $ 50.00 | $ 50.00 |
| **19.** | 9/20/07 | 1011 | **Payee:** Hot Springs Internal Medicine <br> **Deponent:** Dr. Andrew Grose | Bolton, William <br> 6:06-cv-1145 | $ - | $ 38.75 | $ 38.75 |
| **20.** | 9/20/07 | 1012 | **Payee:** Joel B. Glass, M.D. <br> **Deponent:** Dr. Joel Glass | Coppola, James <br> 6:06-cv-1299 | $ 1,600.00 | $ 320.00 | $ 1,920.00 |

*Confidential Information*

| SQ301 | | | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 11/13/07) | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **21.** | 9/21/07 | 1014 | **Payee:** Farris Johnson, M.D. <br> **Deponent:** Dr. Farris Johnson | Thomas, Hellen <br> 6:06-cv-1295 | $ 1,000.00 | $ - | $ 1,000.00 |
| **22.** | 9/25/07 | 1015 | **Payee:** Family Practice Center of Avon <br> **Deponent:** Dr. Shailesh Joshi | Hinton, Joanne <br> 6:07-cv-10304 | $ - | $ 75.00 | $ 75.00 |
| **23.** | 9/25/07 | 1016 | **Payee:** Nora L. Fairley, M.D. <br> **Deponent:** Dr. Nora Fairley | Ell, Tim <br> 6:07-cv-10515 | $ 1,500.00 | $ 65.25 | $ 1,565.25 |
| **24.** | 9/26/07 | 1017 | **Payee:** Jennifer Glassman, M.D. <br> **Deponent:** Dr. Jennifer Glassman | Stephens, Terry <br> 6:07-cv-15805 | $ 1,600.00 | $ 155.00 | $ 1,755.00 |
| **25.** | 9/26/07 | 1018 | **Payee:** Daniel L. Koppersmith, M.D. <br> **Deponent:** Dr. Daniel Koppersmith | Haynie-Whynot, Elizabeth <br> 6:07-13107 | $ 1,000.00 | $ - | $ 1,000.00 |
| **26.** | 9/26/07 | 1019 | **Payee:** Family Practice Center of Avon Park <br> **Deponent:** Dr. Shailesh Joshi | Hinton, Joanne <br> 6:07-cv-10304 | $ - | $ 115.84 | $ 115.84 |
| **27.** | 9/27/07 | 1020 | **Payee:** Jeffrey S. Shultz, M.D. <br> **Deponent:** Dr. Jeffery S. Shultz | Stilwell, Christopher <br> 6:07-cv-16593 | $ - | $ 26.50 | $ 26.50 |
| **28.** | 9/28/07 | 1021 | **Payee:** Lindsay, Hart, Neil & Weigler <br> **Deponent:** Dr. Karen Williams | Salmons, Sheryl <br> 6:07-cv-12818 | $ - | $ 55.05 | $ 55.05 |
| **29.** | 9/28/07 | 1022 | **Payee:** Hall County Health Department <br> **Deponent:** Dr. David Blomert | Naramore, Jennifer <br> 6:06-cv-1292 | $ - | $ 15.00 | $ 15.00 |
| **30.** | 9/28/07 | 1023 | **Payee:** Reginald P. Segar, M.D. <br> **Deponent:** Dr. Reginald P. Segar | Sonnier, Linda <br> 6:06-cv-01019 | $ 600.00 | $ - | $ 600.00 |

*Confidential Information*

| SQ301 | | | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 11/13/07) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | | **Expenses** | **Total Payment** |
| **31.** | 9/28/07 | 1024 | **Payee:** Ashok M. Patel, M.D. <br> **Deponent:** Miss Ashok M. Patel | Fashner, Sharon <br> 6:06-cv-10265 | $ 1,600.00 | $ 84.00 | | $ 1,684.00 |
| **32.** | 9/28/07 | 1025 | **Payee:** Pinnacle Behavioral Health <br> **Deponent:** Dr. Steven M. Schneir | Ellerbee, Lisa <br> 6:07-cv-13399 | $ 900.00 | $ - | | $ 900.00 |
| **33.** | 9/28/07 | 1026 | **Payee:** Raul Capitaine, M.D., PA <br> **Deponent:** Dr. Raul Capitaine | Navin, Nora <br> 6:07-cv-12727 | $ 1,200.00 | $ - | | $ 1,200.00 |
| **34.** | 9/28/07 | 1027 | **Payee:** The Counseling Center of Wayne & Holmes Counties <br> **Deponent:** Humayun Chughtai | Daugherty, Peggy <br> 6:07-cv-15589 | $ - | $ 401.00 | | $ 401.00 |
| **35.** | 10/3/07 | 1028 | **Payee:** Thomas J. Murphy, M.D. <br> **Deponent:** Dr. Thomas Murphy | Haynie-Whynot, Elizabeth <br> 6:07-13107 | $ 900.00 | $ - | | $ 900.00 |
| **36.** | 10/3/07 | 1029 | **Payee:** Advanced Healthcare <br> **Deponent:** Dr. Michael J. Hoja | Campbell, Betty <br> 6:07-cv-10022 | $ - | $ 83.17 | | $ 83.17 |
| **37.** | 10/3/07 | 1030 | **Payee:** Richard A. Moskovitz, M.D. <br> **Deponent:** Dr. Richard Moskovitz | McDaniel, Kimberly <br> 6:07-cv-10361 | $ 2,025.00 | $ - | | $ 2,025.00 |
| **38.** | 10/3/07 | 1031 | **Payee:** Pain Clinic Associates, P.C. <br> **Deponent:** Dr. Moacir Schnapp | Bolton, William <br> 6:06-cv-1145 | $ 225.00 | $ - | | $ 225.00 |
| **39.** | 10/3/07 | 1032 | **Payee:** Lois Jane Macdonnell, M.D. <br> **Deponent:** Dr. L. Jane Macdonnell | Hinton, Joanne <br> 6:07-cv-10304 | $ 1,000.00 | $ - | | $ 1,000.00 |
| **40.** | 10/3/07 | 1033 | **Payee:** Thomas J. Murphy, M.D. <br> **Deponent:** Dr. Thomas Murphy | Haynie-Whynot, Elizabeth <br> 6:07-13107 | $ - | $ 57.06 | | $ 57.06 |

*Confidential Information*

| SQ301 | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 11/13/07) | | | | | |
|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **41.** | 10/8/07 | 1034 | **Payee:** Luis A. Giuffra, M.D., PhD  **Deponent:** Dr. Luis Giuffra | Turner, Althea  6:07-cv-15435 | $    1,600.00 | $    25.75 | $    1,625.75 |
| **42.** | 10/11/07 | 1035 | **Payee:** Maria T. Vargas, M.D.  **Deponent:** Dr. Maria Vargas | McCarthy, Kevin  6:07-cv-11096 | $         - | $    50.00 | $    50.00 |
| **43.** | 10/12/07 | 1036 | **Payee:** Raul R. Capitaine, M.D.  **Deponent:** Dr. Raul Capitaine | Navin, Nora  6:07-cv-12727 | $         - | $    37.15 | $    37.15 |
| **44.** | 10/16/07 | Debit Card | **Payee:** Smart Document Solutions  **Deponent:** Dr. Mary J. Mason | Martin, Gwen  6:07-cv-00510 | $         - | $    79.75 | $    79.75 |
| **45.** | 10/16/07 | 1037 | **Payee:** SimTek Corporation  **Deponent:** Dr. Joseph Gendron | Sauvageau, Leonard  6:07-cv-16754 | $         - | $    141.65 | $    141.65 |
| **46.** | 10/16/07 | 1038 | **Payee:** Family Practice Center  **Deponent:** Dr. Toni Middleton | Robinson, Samuel  6:07-cv-12804 | $         - | $    10.00 | $    10.00 |
| **47.** | 10/16/07 | 1039 | **Payee:** Madison County Health Systems  **Deponent:** Dr. Loren Olsen | Berry, Craig  6:07-cv-13107 | $         - | $    122.50 | $    122.50 |
| **48.** | 10/17/07 | Debit Card | **Payee:** Rosamma Panjikaran, M.D.  **Deponent:** Dr. Rosamma Panjikaran | McCarthy, Kevin  6:07-cv-11096 | $         - | $    230.00 | $    230.00 |
| **49.** | 10/17/07 | 1040 | **Payee:** Henry C. Dixon, M.D.  **Deponent:** Dr. Henry Dixon | Foreman, Brian  6:07-cv-00679 | $    60.50 | $         - | $    60.50 |
| **50.** | 10/19/07 | Debit Card | **Payee:** Samuel Medical Center  **Deponent:** Dr. George Samuels | Campbell, Betty  6:07-cv-10022 | $         - | $    69.53 | $    69.53 |

*Confidential Information*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **SQ301** | | | **Seroquel PMO:<br>Special Master Escrow Account Physician Payment Details<br>(As of 11/13/07)** | | | | | |
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | | **Expenses** | **Total Payment** |
| **51.** | 10/22/07 | 1041 | **Payee:** MIR<br>**Deponent:** Dr. Cindy Kaufman | Brummel, Julie<br>6:07-cv-12322 | $ - | $ 58.10 | $ 58.10 | |
| **52.** | 10/22/07 | 1042 | **Payee:** Irene Stacy Community Mental Health Center<br>**Deponent:** Dr. Patricia McGuire | Fetters, George<br>6:07-cv-11555 | $ - | $ 158.00 | $ 158.00 | |
| **53.** | 10/22/07 | 1043 | **Payee:** Columbus Area, Inc.<br>**Deponent:** Dr. Southair Garas | Cooper, Susan<br>6:07-cv-13297 | $ - | $ 166.75 | $ 166.75 | |
| **54.** | 10/22/07 | 1044 | **Payee:** Providence Medical Group<br>**Deponent:** Dr. Mike Carroll | Ell, Tim<br>6:07-cv-10515 | $ 1,050.00 | $ 188.00 | $ 1,238.00 | |
| **55.** | 10/22/07 | 1045 | **Payee:** George P. Samuels, M.D.<br>**Deponent:** Dr. George Samuels | Campbell, Betty<br>6:07-cv-10022 | $ 900.00 | $ - | $ 900.00 | |
| **56.** | 10/22/07 | 1046 | **Payee:** Confidential Copying<br>**Deponent:** Dr. Catherine Larned | Quinn, Lori<br>6:07-cv-14108 | $ - | $ 118.00 | $ 118.00 | |
| **57.** | 10/22/07 | 1047 | **Payee:** Western Montana Mental Health Center<br>**Deponent:** Dr. Robert Caldwell | LeProwse, Ronald<br>6:07-cv-00685 | $ - | $ 418.86 | $ 418.86 | |
| **58.** | 10/22/07 | 1048 | **Payee:** Jennifer Lynn Hohman, M.D.<br>**Deponent:** Dr. Jennifer Hohman | Myers, Kenneth<br>6:07-cv-11818 | $ - | $ 99.50 | $ 99.50 | |
| **59.** | 10/22/07 | 1049 | **Payee:** Robert McNerney, M.D.<br>**Deponent:** Dr. Robert A. McNerney | Fetters, George<br>6:07-cv-11555 | $ - | $ 107.71 | $ 107.71 | |
| **60.** | 10/22/07 | 1050 | **Payee:** Pushpendra Kumar Jain, M.D.<br>**Deponent:** Dr. Pushpendra Jain | Grant, Anita<br>6:07-cv-00444 | $ - | $ 41.25 | $ 41.25 | |

*Confidential Information*

| SQ301 | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 11/13/07) | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **61.** | 10/22/07 | 1051 | **Payee:** Tri-County Psychiatric Associates, P.A. **Deponent:** Dr. Aftab Qadir | Zyjewski, Kyle 6:07-cv-15773 | $ 1,600.00 | $ 18.00 | $ 1,618.00 |
| **62.** | 10/22/07 | 1052 | **Payee:** Hamburg Health Clinic **Deponent:** Dr. James Rankin | Robinson, Samuel 6:07-cv-12804 | $ - | $ 25.00 | $ 25.00 |
| **63.** | 10/22/07 | 1053 | **Payee:** Loveland Family Medicine **Deponent:** Dr. Trica Croake-Uleman | Tharp, Sheila 6:07-cv-12897 | $ - | $ 35.43 | $ 35.43 |
| **64.** | 10/22/07 | 1054 | **Payee:** Chona DeGracia-Wylie, M.D. **Deponent:** Dr. Chona G. Wylie | Episcopo, Joan 6:07-cv-15715 | $ - | $ 24.75 | $ 24.75 |
| **65.** | 10/22/07 | 1055 | **Payee:** Carol Murphy, M.D. **Deponent:** Dr. Carol Murphy | Foreman, Brian 6:07-cv-00679 | $ - | $ 105.25 | $ 105.25 |
| **66.** | 10/22/07 | 1056 | **Payee:** Michael W. Hammond, M.D. **Deponent:** Dr. Michael W. Hammond | Anderson, Carl 6:07-cv-10114 | $ - | $ 35.00 | $ 35.00 |
| **67.** | 10/22/07 | 1057 | **Payee:** Siripurapu Prasad, M.D. **Deponent:** Dr. Siripurapu Prasad | Stilwell, Christopher 6:07-cv-16593 | $ - | $ 51.40 | $ 51.40 |
| **68.** | 10/22/07 | 1058 | **Payee:** LLFHC **Deponent:** Dr. Quirico Cristales | Cooper, Susan 6:07-cv-13297 | $ - | $ 489.00 | $ 489.00 |
| **69.** | 10/22/07 | 1059 | **Payee:** Donald Mulder, M.D. **Deponent:** Dr. Donald Mulder | Navin, Nora 6:07-cv-12727 | $ 1,500.00 | $ - | $ 1,500.00 |
| **70.** | 10/22/07 | 1060 | **Payee:** Family Clinic of Crowley, Inc. **Deponent:** Dr. Paul Stringfellow | Davis, Vikie 6:07-cv-14788 | $ - | $ 69.84 | $ 69.84 |

*Confidential Information*

| SQ301 | | | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 11/13/07) | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **71.** | 10/22/07 | 1061 | **Payee:** Eagan Counseling Clinic <br> **Deponent:** Dr. David J. Lopez | Monson, Bruce <br> 6:07-cv-10372 | $ - | $ 32.50 | $ 32.50 |
| **72.** | 10/22/07 | 1062 | **Payee:** Associated Internists <br> **Deponent:** Dr. Kakadge Gutham | Rabb, Kwanza <br> 6:07-cv-10980 | $ - | $ 60.00 | $ 60.00 |
| **73.** | 10/22/07 | 1063 | **Payee:** Villard Primary & Specialty Care, S.C. <br> **Deponent:** Dr. William Gerard | Edgeston, Vounzetta <br> 6:07-cv-14818 | $ 625.00 | $ - | $ 625.00 |
| **74.** | 10/22/07 | 1064 | **Payee:** Shailesh Joshi, M.D. <br> **Deponent:** Dr. Shailesh Joshi | Hinton, Joanne <br> 6:07-cv-10304 | $ 1,500.00 | $ - | $ 1,500.00 |
| **75.** | 10/22/07 | 1065 | **Payee:** Craig Wexler, M.D. <br> **Deponent:** Dr. Craig Wexler | Lorditch, Hope <br> 6:06-cv-12657 | $ 1,137.50 | $ - | $ 1,137.50 |
| **76.** | 10/22/07 | 1066 | **Payee:** Winnemucca Mental Health <br> **Deponent:** Dr. Geraldine M. Steinagel | Burrus, Verna <br> 6:07-cv-16756 | $ - | $ 102.00 | $ 102.00 |
| **77.** | 10/22/07 | 1067 | **Payee:** Monroe Mental Health Center <br> **Deponent:** Dr. Rita Agarwal | White, Ralph <br> 6:07-cv-00673 | $ - | $ 110.70 | $ 110.70 |
| **78.** | 10/22/07 | 1068 | **Payee:** ChartONE, Inc <br> **Deponent:** Dr. Jane Joost | Osborne, Amy <br> 6:06-cv-01010 | $ - | $ 219.90 | $ 219.90 |
| **79.** | 10/22/07 | 1069 | **Payee:** Nemours Childrens Clinic <br> **Deponent:** Dr. Paula Jameson | Zyjewski, Kyle <br> 6:07-cv-15773 | $ - | $ 31.50 | $ 31.50 |
| **80.** | 10/22/07 | 1070 | **Payee:** Ronald H. Kurlander, M.D. <br> **Deponent:** Dr. Ronald Kurlander | Tanner, Kathleen <br> 6:07-cv-15809 | $ - | $ 20.00 | $ 20.00 |

*Confidential Information*

| SQ301 | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 11/13/07) | | | | | |
|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **81.** | 10/22/07 | 1071 | **Payee:** Abdul W. Khan, M.D. <br> **Deponent:** Dr. Abdul Khan | Gillard, Patricia <br> 6:07-cv-15836 | $ - | $ 100.00 | $ 100.00 |
| **82.** | 10/22/07 | 1072 | **Payee:** Clermont Counseling Center <br> **Deponent:** Dr. Roxanne Huston | Tharp, Sheila <br> 6:07-cv-12897 | $ - | $ 41.08 | $ 41.08 |
| **83.** | 10/22/07 | 1073 | **Payee:** Raul Y. Mendoza, M.D. <br> **Deponent:** Dr. Raul Y. Mendoza | Palen, Larry <br> 6:07-cv-10712 | $ 1,600.00 | $ 50.00 | $ 1,650.00 |
| **84.** | 10/22/07 | 1074 | **Payee:** St. Mary's Good Samaritan Medical Group <br> **Deponent:** Dr. Christopher Newman | Nelson, Linda <br> 6:07-cv-12729 | $ - | $ 141.24 | $ 141.24 |
| **85.** | 10/22/07 | 1075 | **Payee:** Central Florida Medical Associates <br> **Deponent:** Dr. Syed B. Ahmed | Lamica, Terry <br> 6:07-cv-10334 | $ - | $ 32.50 | $ 32.50 |
| **86.** | 10/23/07 | 1078 | **Payee:** Lisa Connelly, M.D. <br> **Deponent:** Dr. Lisa Connelly | Small, Susan <br> 6:07-cv-00425 | $ 1,000.00 | $ 216.75 | $ 1,216.75 |
| **87.** | 10/23/07 | 1079 | **Payee:** Pergerson & Associates <br> **Deponent:** Dr. Gabriel K. Tanson | Jones, Judith <br> 6:07-cv-11700 | $ - | $ 102.80 | $ 102.80 |
| **88.** | 10/23/07 | 1080 | **Payee:** Allen L. Spires, M.D. <br> **Deponent:** Dr. Allen Spires | White, Ralph <br> 6:07-cv-00673 | $ 1,600.00 | $ 65.50 | $ 1,665.50 |
| **89.** | 10/23/07 | 1081 | **Payee:** Clermont Counseling Center <br> **Deponent:** Dr. Roxanne Huston | Tharp, Sheila <br> 6:07-cv-12897 | $ 681.36 | $ - | $ 681.36 |
| **90.** | 10/24/07 | 1084 | **Payee:** Winter Havin Hospital, Inc. <br> **Deponent:** Debbie Burton NP | Cuyler, Dorian <br> 6:07-cv-15703 | $ - | $ 690.00 | $ 690.00 |

*Confidential Information*

| SQ301 | | | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 11/13/07) | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **91.** | 10/24/07 | 1085 | **Payee:** Jasper Family Physicians <br> **Deponent:** Dr. Robert Maitlen | Melvin, Cheryl <br> 6:07-cv-12699 | $ - | $ 71.45 | $ 71.45 |
| **92.** | 10/24/07 | 1086 | **Payee:** Rosamma Panjikaran, M.D. <br> **Deponent:** Dr. Rosamma Panjikaran | McCarthy, Kevin <br> 6:07-cv-11096 | $ 2,400.00 | $ - | $ 2,400.00 |
| **93.** | 10/24/07 | 1087 | **Payee:** BrownGreer PLC <br> **Deponent:** Dr. Ronald Garb | Williams, Malcolm <br> 6:07-cv-12988 | $ - | $ 53.00 | $ 53.00 |
| **94.** | 10/24/07 | 1088 | **Payee:** BrownGreer PLC <br> **Deponent:** Dr. Steven M. Schneir | Ellerbee, Lisa <br> 6:07-cv-13399 | $ - | $ 110.00 | $ 110.00 |
| **95.** | 10/24/07 | 1089 | **Payee:** BrownGreer PLC <br> **Deponent:** Dr. Thomas Murphy | Haynie-Whynot, Elizabeth <br> 6:07-13107 | $ - | $ 354.50 | $ 354.50 |
| **96.** | 11/1/07 | 1090 | **Payee:** WLG-S.C. <br> **Deponent:** Dr. William Gerard | Edgeston, Vounzetta <br> 6:07-cv-14818 | $ 625.00 | $ - | $ 625.00 |
| **97.** | 11/1/07 | 1091 | **Payee:** Brian J. Pickett, M.D. <br> **Deponent:** Dr. Brian J. Pickett | Lomba, John <br> 6:07-cv-10928 | $ - | $ 150.00 | $ 150.00 |
| **98.** | 11/1/07 | 1092 | **Payee:** SimTek Corporation <br> **Deponent:** Dr. Joseph Ofstedal | Dack, Michael <br> 6:07-cv-10248 | $ - | $ 86.27 | $ 86.27 |
| **99.** | 11/1/07 | 1093 | **Payee:** James Kos, M.D. <br> **Deponent:** Dr. James Kos | Tanner, Kathleen <br> 6:07-cv-15809 | $ - | $ 35.00 | $ 35.00 |
| **100.** | 11/9/07 | 1094 | **Payee:** Jafet E. Gonzalez, M.D. <br> **Deponent:** Dr. Jefet Gonzalez | Shaw, Geraldine <br> 6:07-cv-10555 | $ 1,500.00 | $ - | $ 1,500.00 |

*Confidential Information*

| | | | | | | Fees | Expenses | Total Payment |
|---|---|---|---|---|---|---|---|---|
| **SQ301** | | | **Seroquel PMO:**<br>**Special Master Escrow Account Physician Payment Details**<br>**(As of 11/13/07)** | | | | | |
| | **Date** | **Check No.** | **Description** | **Lawsuit** | | **Fees** | **Expenses** | **Total Payment** |
| **101.** | 11/9/07 | 1095 | **Payee:** Cooper Endocrinology Associates<br>**Deponent:** Dr. Edward Swibinski | Coppola, James<br>6:06-cv-1299 | | $   700.00 | $   48.00 | $   748.00 |
| **102.** | 11/9/07 | 1096 | **Payee:** St. John's Clinic - Steelville<br>**Deponent:** Dr. Mary J. Mason | Martin, Gwen<br>6:07-cv-00510 | | $   1,600.00 | $   - | $   1,600.00 |
| **103.** | 11/9/07 | 1097 | **Payee:** Peggy B. Taylor, M.D.<br>**Deponent:** Dr. Peggy Boyd Taylor | Turner, Althea<br>6:07-cv-15435 | | $   500.00 | $   - | $   500.00 |
| **104.** | 11/9/07 | 1098 | **Payee:** Kurt E. Kracaw, M.D.<br>**Deponent:** Dr. Kurt E. Kracaw | Burrus, Verna<br>6:07-cv-16756 | | $   1,600.00 | $   173.00 | $   1,773.00 |
| **105.** | 11/9/07 | 1099 | **Payee:** Harold B. Betton, M.D.<br>**Deponent:** Dr. Harold B Betton | Bearden, Yaki<br>6:07-cv-10118 | | $   - | $   50.00 | $   50.00 |
| **106.** | 11/9/07 | 1100 | **Payee:** Cookeville Medical Center<br>**Deponent:** Dr. Pushpendra Jain | Grant, Anita<br>6:07-cv-00444 | | $   - | $   20.00 | $   20.00 |
| **107.** | 11/9/07 | 1101 | **Payee:** Ayudantes<br>**Deponent:** Dr. Jefet Gonzalez | Shaw, Geraldine<br>6:07-cv-10555 | | $   - | $   151.00 | $   151.00 |
| **108.** | 11/9/07 | 1102 | **Payee:** Physicians Choice Medical Imaging<br>**Deponent:** Dr. Jack Finch | Haas, Elizabeth<br>6:07-cv-442 | | $   - | $   23.36 | $   23.36 |
| **109.** | 11/9/07 | 1103 | **Payee:** Southeast Arkansas Behavioral Healthcare System<br>**Deponent:** Dr. Robert Wooten | Henderson, Antonia<br>6:07-cv-14972 | | $   - | $   61.70 | $   61.70 |
| **110.** | 11/9/07 | 1104 | **Payee:** San Joaquin County Mental Health Services<br>**Deponent:** Dr. Suryabanu Javeed | Jones, Judith<br>6:07-cv-11700 | | $   - | $   100.75 | $   100.75 |

**BrownGreer PLC**

*Confidential Information*

| SQ301 | | | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 11/13/07) | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **111.** | 11/9/07 | 1105 | **Payee:** Capitol Associates, LLC <br> **Deponent:** Dr. Beth Walters | Jones, Barbara <br> 6:07-cv-10675 | $ - | $ 106.20 | $ 106.20 |
| **112.** | 11/9/07 | 1106 | **Payee:** Family Guidance Training Institute <br> **Deponent:** Dr. Elizabeth Pritchett | Grant, Anita <br> 6:07-cv-00444 | $ 1,400.00 | $ 50.00 | $ 1,450.00 |
| **113.** | 11/9/07 | 1107 | **Payee:** Nueces County MHMR <br> **Deponent:** Daniela Badea Mic | Norwood, Mellanie <br> 6:07-cv-12736 | $ - | $ 406.61 | $ 406.61 |
| **114.** | 11/9/07 | 1108 | **Payee:** Family Practice Center <br> **Deponent:** Dr. Steven P. Joyce | Klameth, Robert <br> 6:06-cv-11224 | $ - | $ 22.25 | $ 22.25 |
| **115.** | 11/12/07 | 1109 | **Payee:** Psychiatric Consultants & Therapists, SC <br> **Deponent:** Dr. Shobha Gagrat | Edgeston, Vounzetta <br> 6:07-cv-14818 | $ 1,050.00 | $ - | $ 1,050.00 |
| **116.** | 11/12/07 | 1110 | **Payee:** David A. Smith, M.D. <br> **Deponent:** David Smith | Berry, Craig <br> 6:07-cv-13107 | $ 1,000.00 | $ - | $ 1,000.00 |
| **117.** | 11/12/07 | 1111 | **Payee:** Partners in Behavioral Health <br> **Deponent:** Dr. William Michael | Schmaljohn, Machelle <br> 6:07-cv-00676 | $ - | $ 131.00 | $ 131.00 |
| **118.** | 11/12/07 | 1112 | **Payee:** Karl F. Hempel, M.D. <br> **Deponent:** Dr. Karl Hempel | Slapion, Andrea <br> 6:07-cv-12224 | $ - | $ 76.00 | $ 76.00 |
| **119.** | 11/12/07 | 1113 | **Payee:** Family Health Center of Boone County <br> **Deponent:** Dr. Andrew Quint | Proctor, Michael <br> 6:07-cv-11276 | $ - | $ 65.13 | $ 65.13 |
| **120.** | 11/12/07 | 1114 | **Payee:** TMBHC <br> **Deponent:** Dr. Peter Debelious | Slapion, Andrea <br> 6:07-cv-12224 | $ - | $ 472.00 | $ 472.00 |

*Confidential Information*

| SQ301 | | | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 11/13/07) | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **121.** | 11/12/07 | 1115 | **Payee:** Cathy Barnes, M.D. <br> **Deponent:** Dr. Cathy Barnes | Duvall, Sharon <br> 6:07-cv-12433 | $    600.00 | $          - | $    600.00 |
| **122.** | 11/12/07 | 1116 | **Payee:** Abdul W. Khan, M.D. <br> **Deponent:** Dr. Abdul Khan | Gillard, Patricia <br> 6:07-cv-15836 | $  1,600.00 | $          - | $  1,600.00 |
| **123.** | 11/12/07 | 1117 | **Payee:** Samuel D. Oloyo, M.D. <br> **Deponent:** Dr. Samuel Oloyo | Norwood, Mellanie <br> 6:07-cv-12736 | $          - | $    290.00 | $    290.00 |
| **124.** | 11/12/07 | 1118 | **Payee:** DBS, Inc. <br> **Deponent:** Robert Pelz | Brummel, Julie <br> 6:07-cv-12322 | $          - | $      44.56 | $      44.56 |
| **125.** | 11/12/07 | 1119 | **Payee:** Livingston Lockbourne Family Health Center <br> **Deponent:** Dr. Quirico Cristales | Cooper, Susan <br> 6:07-cv-13297 | $  1,600.00 | $          - | $  1,600.00 |
| **126.** | 11/13/07 | 1120 | **Payee:** Leigh Jayne McKenzie. M.D. <br> **Deponent:** Dr. Leigh McKenzie | Sowerby, Cindy <br> 6:07-cv-11008 | $          - | $      15.00 | $      15.00 |
| **127.** | 11/13/07 | 1121 | **Payee:** Nancy M. Troast, M.D. <br> **Deponent:** Dr. Nancy M Troast | Quinn, Lori <br> 6:07-cv-14108 | $          - | $      35.50 | $      35.50 |
| **128.** | | | **Total** | | **$ 55,174.36** | **$ 10,906.88** | **$ 66,081.24** |

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:  Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

_____

This Document Relates to ALL CASES
_____

## REPORT AND RECOMMENDATION NO. 2 BY
## CASE-SPECIFIC DISCOVERY SPECIAL MASTER

The Parties raised with the Special Master an issue pertaining to case-specific

discovery in this multidistrict litigation.  The Special Master has reviewed the written and

oral presentations of the Plaintiffs and the Defendants.  In a call on October 15, 2007, the

Special Master informed the Parties of the decision contained in this Report and

Recommendation.

## I.  FACTUAL BACKGROUND

This Report and Recommendation addresses these issues:

(1) **Timeliness of Designations of Sales Representatives for Deposition:**
Whether the Plaintiffs' designation of sales representatives ("PSS") for
deposition in seven cases were timely under Paragraph II.B of Case
Management Order No. 4;

(2) **Future Procedure for Addressing Issues of the Completeness of
Defendants Disclosures of Contact Documents:**  How to avoid delay in
Plaintiffs' designations of PSS deponents when Plaintiffs feel that
Defendants' disclosures of documents regarding contact with a prescribing
Physician under Paragraph II.A of CMO 4 are inadequate; and

(3) **General Rule on the Sequencing of Depositions:**  Whether to adhere to the
general goal of scheduling Plaintiff depositions in the early part of the
month, with Physician and PSS depositions to follow.

**EXHIBIT 2**

These issues arose regarding Plaintiffs' designations of PSS witnesses in these seven cases:

|  | Plaintiff | Two Business Days After First Disclosure | Date PSS Designated | Name of PSS |
|---|---|---|---|---|
| 1. | Haas | 8/8/07 | 9/6/07 | Wetta |
| 2. | Sonnier | 8/8/07 | 8/20/07 | Wadlington |
| 3. | Coppola | 8/7/07 | 9/6/07 | Caldes |
| 4. | Thomas | 8/7/07 | 9/6/07 | O'Rear |
| 5. | Frederick | 8/7/07 | 9/6/07 | Daly |
| 6. | Glover | 8/7/07 | 9/6/07 | Gentile |
| 7. | Olive | 7/26/07 | 8/23/07 | Whidden |

Paragraph II.A of CMO 4 requires Defendants, within five business days after the designation of a Plaintiff for case-specific discovery, "to provide all available documentation regarding contact with the prescribing physician associated with that Plaintiff."  In footnote 1 to CMO 4, the Court specified that "this disclosure requirement includes, at a minimum, calls notes, the accounts payable records, the IMS information on prescribing habits, and the PIR or professional information request and any non privileged documents relied on or available to defense counsel in preparation for the depositions."  In Paragraph III of the Court's Order of August 3, 2007 (Document 348), the Court directed Defendants to provide the call notes for a prescribing physician "in readily accessible **electronic form**."  (emphasis original.)  The Court also ordered that "[t]o the extent the accounts payable records, the IMS (or other prescription tracking database) on prescribing habits, and the PIR or professional information for the

prescribing physician associated with that Plaintiff are available in electronic form, Defendant shall provide those in readily accessible electronic form."

Paragraph II.B of CMO 4 gives Plaintiffs the option, within two business days after Defendants have provided this contact documentation, to designate for deposition one PSS associated with each prescribing Physician to be deposed.  In the seven cases listed above, Plaintiffs' designations of a PSS witness to be deposed in the case were not made within two business days after Defendants had provided their initial disclosures of call notes or other contact information.  In all seven cases, Defendants made supplemental disclosures of contact information after their initial disclosures.  For example, in the *Haas* case, Defendants served initial contact disclosures on August 6, 2007, but Plaintiffs did not designate the name of a PSS witness for deposition until September 6, 2007.  In the interim, the Parties had exchanged considerable communication regarding whether Defendants' contact disclosures were adequate or complete or legible in all respects, whether the PMO had assumed responsibility for scheduling PSS depositions, and whether that affected to whom the designation should be made.  In the *Coppola*, *Thomas*, *Frederick*, and *Glover* cases, Defendants served certain contact disclosures on Plaintiffs on August 3, 2007, and Plaintiffs did not designate PSS witnesses for deposition until September 6, 2007.  Again, in the interim, the Parties had considerable communications regarding whether Defendants' disclosures were complete and whether they were produced in the electronic form required by the Court.

Plaintiffs point to Defendants' supplemental disclosures as causing some uncertainty as to when the two business days for PSS designations under CMO 4 began to run.  Defendants contend that they have expended considerable effort to ensure that

their disclosures of contact information were adequate and, if not complete, were supplemented as soon as practicable.  Defendants have also argued that the information provided in the supplemental designations was not material to Plaintiffs' ability to select one PSS among the often several candidates for deposition for each particular case. Plaintiffs respond with equal vigor that the lack of the information in searchable electronic form and the absence of information beyond call notes interfered with their ability to make accurate and timely selections of the one PSS to be deposed in each case.

Resolving this dispute has necessitated a discussion of the adequacy and timeliness of Defendants' disclosure of contact information under CMO 4, the process to be followed by the Parties when Plaintiffs feel that such disclosures are not adequate, and whether these PSS depositions can or should be scheduled, for the most part, after the dates of the Plaintiffs' depositions.  The last issue surfaced during the debate over when to set the PSS depositions in these seven cases.  In the telephone conference status call with the Parties on October 15, 2007, the Special Master attempted to resolve all three of these matters.  This Report and Recommendation addresses all these, in an effort to solve the present problems and to prevent similar difficulties from arising in the future.

## II.  ANALYSIS AND RECOMMENDATION

### A.    Timeliness of PSS Designations.

Without doubt, Plaintiffs' designations of PSS witnesses in these seven cases did not occur within two business days after Defendants' initial disclosures of contact information with the prescribing physician designated for deposition in each of the cases. As a result, Defendants have objected to the taking of any PSS deposition in these seven cases.  The Special Master concludes that the PSS depositions for the seven cases should

be allowed to proceed.  The failure to have these designations made at an earlier time resulted from some uncertainty among the Parties on the application of CMO 4; the time needed for counsel to create and implement adequate procedures to ensure timely compliance with CMO 4; and when the deadline began to run in the face of disputes over issues upon which reasonable minds could differ regarding the completeness and form of Defendants' disclosure of contact information and after supplemental contact disclosures. Further, the prejudice to the Plaintiffs of disallowing these depositions would outweigh the prejudice to Defendants of permitting them to go forward.

Accordingly, the PSS depositions shall proceed in these seven cases, unless in any instance Plaintiffs decide they do not wish to depose a PSS.  Defendants shall contact the PSS witnesses and use their best efforts to schedule such depositions as soon as reasonably practicable, and no later than 60 days from October 15, 2007.

### B.      Future Procedures for PSS Designations.

The decision to permit the PSS depositions in these seven cases rests in large part upon the conclusion that the timing of the PSS designations in those cases was a function of circumstances that should not and need not reoccur and the earnest hope that we will not see this issue arise again.  Accordingly, the Special Master has directed the Parties as follows:

(1)      Defendants shall make their contact disclosures under Paragraph II.A of CMO 4 on one occasion, with the disclosures complete and in electronic form as required by the Court in its August 3, 2007 Order.

(2)      If on any occasion Defendants determine that their initial disclosures of contact information were incomplete, Defendants promptly shall make such supplemental disclosures as are necessary.

(3)     Plaintiffs shall designate, at their option, one PSS deponent per plaintiff within two business days after Defendants' initial disclosure of contact information.

(4)     If in any case Plaintiffs feel that Defendants' initial contact disclosures are inadequate, Plaintiffs shall notify the Defendants and the Special Master of the issue, within two business days after the initial disclosures.  The Parties shall meet and confer to attempt to reach agreement on the issue. If no agreement is reached within two business days after the initial disclosures, the Parties and the Special Master immediately shall convene by telephone conference to resolve the matter before additional time elapses that delays designation of PSS deponents.

### C.     <u>Deposition Scheduling</u>.

When the PMO first assumed duties of scheduling physician depositions and maintaining a Master Calendar in late August, 2007, the PMO and the Special Master, with the Parties' consent, adopted the general rule that Plaintiffs' depositions shall be scheduled in the first two weeks of a month, and that physician depositions scheduled by the PMO generally shall be scheduled in the second half of month, a method that for the most part mirrored the scheduling approach used by the Parties themselves before the PMO was created.  The PMO is not scheduling PSS depositions, but the Parties are attempting to schedule those depositions to follow upon Plaintiff depositions.

This plan rested on several grounds.  As a logistical matter, the scheduling of physician depositions later in the month permitted the PMO a greater chance of securing a deposition date from a physician for the month in which a case had been chosen for discovery, because it allowed the physician more time to assemble and copy medical records to forward to the PMO for the Parties' use at such depositions and permitted more advance notice to the physicians to find four hours of deposition time around their patient schedules.  In addition, the Defendants have informed the Special Master that information is often obtained at a Plaintiff's deposition regarding the Plaintiff's contact

with a prescribing physician or the level of involvement by Plaintiff's various treating physicians that can cause the Defendants to alter their selection of physician deponents in a particular case.  Changing a prescriber deponent may in turn prompt a change in the PSS chosen for deposition.  If this information is learned at a Plaintiff's deposition before the physicians have been deposed, the Parties are able to avoid unnecessary or ineffective physician depositions.  Further, certain scheduled Plaintiff depositions do not occur, because of unforeseen circumstances or because the Plaintiff has determined not to proceed with the case.  In those circumstances, particularly the latter, the setting of Plaintiff depositions in advance of physician and sales representative depositions allows the Parties to avoid wasting time and expense on physician depositions in cases that will not continue.

Of course this general rule must on some occasions bow to the exigencies of scheduling and to another significant goal of attempting to achieve some efficiency by scheduling depositions in a particular case around the same time, where the Plaintiff, physicians, and PSS are in the same geographic area, permitting counsel to travel to that area once to conduct all the depositions in a particular case.  This travel efficiency is of less concern in the cases in which the Plaintiffs have agreed to produce the Plaintiffs for deposition in counsel's offices in Houston, Texas, but in other cases the Plaintiffs and other witnesses reside in the same area and the depositions should occur on one deposition trip, if possible.  Nonetheless, the Special Master has concluded that the Parties and the PMO shall adhere to the general rule of scheduling Plaintiff depositions in advance of the dates for physician and PSS depositions.  The Special Master will

continue to monitor the advisability of this general rule and need for the exceptions to it when circumstances warrant.

_____

Orran L. Brown
Special Master for Case-Specific Discovery

DATED:  October 19, 2007

8