UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re:  Seroquel Products Liability Litigation<br>MDL Docket No.  1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**PLAINTIFFS' ESTIMATE OF SCOPE OF FUTURE DISCOVERY** |

      Pursuant to this Court's November 1, 2007 Order (Document No. 638) Plaintiffs submit the following estimate of future discovery.  Plaintiffs' estimate is based upon the limited information currently available by virtue of the "pervasive defects," "succession of boneheaded errors" and "imperceptible quality assurance" in AstraZeneca's production to date.  (Report of SP-ESI, November 13, 2007, Document 663.)  Plaintiffs' estimate further assumes that AstraZeneca completes a usable custodial production in mid-February, and completes production of databases in mid-March.  Plaintiffs' estimate further assumes that the new evidence to be produced by AstraZeneca does not identify new key witnesses to be deposed, and does not require that any previous depositions be re-taken.

      Plaintiffs anticipate completing 10 depositions of AstraZeneca's witnesses before the end of this year, and completing approximately 15 more in the three months following completion of custodial production (late May 2008).   During that same period, plaintiffs anticipate serving targeted follow-up requests for production of documents and requests for admission, additional third party subpoenas, and completing approximately five third party depositions.  Plaintiffs require two months after completion of discovery to prepare expert disclosures.

1

Plaintiffs emphasize that all of the foregoing are dependent upon AstraZeneca's production of custodial files and databases in a timely manner and in usable format.

Dated:  November 13, 2007                LEVIN SIMES KAISER & GORNICK LLP


              /s/ Dennis J. Canty
Lawrence J. Gornick (CA State Bar No. 136290)
Dennis J. Canty (CA State Bar No. 207978)
44 Montgomery Street, 36th Floor
San Francisco, CA  94104
Telephone:  415-273-8138
Facsimile:  415-981-1270
E-mail:        lgornick@lskg-law.com
                    dcanty@lskg-law.com