UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to ALL CASES

# DECLARATION OF DARRYL DRAPER

My name is Darryl Draper, and I declare:

1. I am over the age of eighteen and am currently employed by AstraZeneca Pharmaceuticals, LP ("AstraZeneca") as a Service Performance Manager. I am familiar with the matters stated herein, based on my personal knowledge and experience at AstraZeneca, and could and would testify competently thereto under oath.

2. I have been asked to provide a date for substantial completion for the extraction of Seroquel materials from the AstraZeneca databases that are the subject of pending formal document requests.

## ASTRAZENECA DATABASES

3. AstraZeneca utilizes many databases to collect, access, and store information necessary for its business. Many of these databases are business applications that are used by AZ in its day to day activities. Plaintiffs deposed two AZ IT witnesses (John

Dowling on May 9-10, 2007, and myself on May 17-18, 2007) and later identified 59 "databases" that they contend contain information relevant to this litigation. Some of the databases requested by plaintiffs actually are not even databases, such as SPKS and eCTD. Some of the databases identified by Plaintiffs no longer exist, but rather, have been replaced in the normal course of business and their data migrated into a newer system, such as SECURE, RADAR and DIPLOMAT. Some databases identified by Plaintiffs contain patient identifying information, such as CLINTRACE. Many of the databases identified by Plaintiffs contain proprietary information relating to drugs other than Seroquel.

4. AstraZeneca has been extracting and producing certain documents from various databases for Case Specific Discovery and to respond to Plaintiffs' first four sets of Requests for Production ("RFPs").

5. For instance, AstraZeneca has already produced documents and/or data from the following databases either in connection with Case Specific Discovery or in response to an RFP: GEL, CLINTRACE, MarketPro, eSTaR, Touchstone SFA, STEP2000, Compass, SnapPharma, SAP, IMS and BiShare. Extractions of information responsive to RFPs from other databases, including the following, are currently being processed for production: Webstir, Paris, LBX, and Viewpoint.

6. The extraction of documents from databases is a time-consuming process. This process requires substantial input from business individuals to understand what materials are stored where and how those materials are used in the normal course of business.

7. Extracting database information is not as simple as conducting an internet search. Experienced IT personnel need to construct a query to extract only the Seroquel-related material. These searches are run against large databases containing in some cases terabytes of information and take time to process.

8. Additionally, certain databases do not contain "documents" as the term is traditionally understood. Those databases contain only data, for which extraction and production is further complicated by the fact that the data needs to be extracted while maintaining relationships among relevant fields so that the information can be produced in a usable format.

## DATABASE MEET AND CONFER PROCESS

9. The parties have been engaged in "meet and confer" discussions regarding AstraZeneca databases since October 17th and expect to complete these discussions by November 16th. During these meet and confers, significant AstraZeneca technical resources have been made available in order to answer questions posed by Plaintiffs technical representatives and lawyers.

10. Between October 16, 2007, and November 9, 2007, the parties completed "meet-and-confers" for 38 AstraZeneca databases, and additional such meet and confers expected to continue for the week of November 12, 2007.

11. The initial meet and confers related to 19 databases which termed "priority" databases GEL, SnapPharma, Clintrace, Sales InSite, Lecture Bureau Express,

CRF/DEN, AZER, PLANET, Viewpoint, Compass, Northstar, Impact, Cornerstone, Webstir, Touchstone Interactive, Touchstone SFA, Radar and SPW.

12. Other databases have been the subject of meet and confers that were completed as of November 9, 2007 are DIRM, eCTD, SAMSON, Diplomat, GESISS, SPOLA, RAVE, Field Coaching Forms, LIMS, SAP, SAMPLING, Pricing, AMOS, NICE, STEP 2000, Corporate Intranet & Public Internet Websites, CSTP, COOL and SECURE.

13. The databases that are scheduled to be subject of meet and confers during the week of November 12, 2007 are SAM, Dashboard, eRoom, TIMETRAX, CANDA, GDMRS, ICON, AZU, CTM, VOICEMAIL, IIRIS, CT REPORTS, KNOWBOL and MACS.

**PLAINTIFFS' REQUESTS FOR PRODUCTION OF INFORMATION RELATING TO DATABASES**

14. As of November 9, 2007, AZ has received formal production requests from the following 23 databases, which included all of the 19 "priority" databases: AZER, CLINTRACE, GEL, WEBSTIR, Seroquel Lifecycle Scientific Database, Sales Insite, SnapPharma, Cornerstone, LBX, IMPACT, CFR/DEN, Radar, SPW, Planet, Touchstone Interactive, Touchstone SFA, Compass, Viewpoint, AMOS, Step2000, SECURE, RAVE, and NICE.

15. Were AZ to provide exactly what Plaintiffs are asking for in their formal requests, it would be difficult at this time for me to estimate for the Court the date by which AZ's production of those materials would be substantially complete.

16. The formal database requests involve demands by plaintiffs for not only Seroquel information, but also for information concerning such things as database "audit trails" relating to the dynamic nature of information maintained on databases. Extracting such information would add substantial time to the extraction process.

**ASTRAZENECA' COMMITMENT OF IT RESOURCES TO PRODUCTION OF DATABASES**

17. To perform the extraction of data and documents out of the databases from which Plaintiffs have made requests, AstraZeneca has formed a distinct Seroquel database litigation extraction team. This team will consist of at least 5 experienced outside consultants from FTI who specialize in the field of the extraction and production of electronic data. These consultants will be on site at AstraZeneca and 100% dedicated to the extraction of database information to Plaintiffs for the duration of the project.

18. In addition to the on-site consultants, dozens of additional technicians will be available at FTI's Annapolis, Maryland processing facility to assist in performing extractions.

19. AstraZeneca internal IT resources will consult with and support the outside technicians as needed. For certain databases, AZ internal IT personnel will perform the extractions themselves. Already internal AZ IT personnel have dedicated substantial time to this effort. We have been working over weekends and well into the evenings over the past week on this effort and expect to continue this pace for some time.

**TIMING OF ASTRAZENECA'S DATABASE DOCUMENT EXTRACTION**

20. My estimate regarding the timing of the substantial completion of database extraction for the 23 databases that were requested through RFPs is premised on the expectation that AstraZeneca will extract Seroquel-related non-redundant database information.

21. An example of redundancy is data that is housed in certain "data warehouses" (Cornerstone and SPW) which are fed by primary systems. My estimate of timing is premised on the expectation that AstraZeneca will produce this information from the primary systems only, and not a second time from the data warehouses. There is a limited amount of non-redundant information in the warehouses.

22. I also expect that AZ will not produce information regarding sales representatives and doctors in addition to that information which is produced in Case Specific Discovery. AZ presently queries several databases in connection with case specific discovery, including Compass, SnapPharma, and Touchstone. My estimate is premised on the expectations that AZ will continue to produce only that database information required by the Court as part of the Case Specific Discovery program.

23. Where plaintiffs request information from retired systems whose data has been successfully migrated to existing systems which are themselves being produced, I expect that AstraZeneca will only produce the information once, from the existing system. By way of example only, Radar and Secure are decommissioned adverse event systems whose adverse event data was migrated to Clintrace, which is the adverse event database of record at the Company. AZ's production of Clintrace event reports includes all Seroquel –related events that may have been in Radar or Secure.

24. The extractions described above will take place on a rolling basis. Some will be completed in November, and others in December. By way of example only, I expect that the extraction of information from Rave (which is a tool used for capturing patient visit data for clinical trials) will be extracted within the next several weeks. By way of further example only, I expect that the extraction of information from the Seroquel Lifecycle Scientific Database (which is a repository of power point presentations regarding published scientific literature) in a similar or shorter time frame than the Rave extraction.

25. Assuming AstraZeneca extracts database documents as described above for the systems for which AstraZeneca has received formal RFPs, AstraZeneca expects that it will have substantially completed database extraction of data and documents on a rolling basis by January 20, 2008.

26. The extraction team will provide the extracted materials to AstraZeneca's production vendor, FTI, for production to plaintiffs. I understand that the timing of the actual production is being addressed in a separate Declaration.

27. Based on my review of plaintiffs' formal requests received through November 9th, if AstraZeneca were required to produce data according to the specific formal queries identified by plaintiffs, the date for substantial completion of database extraction would be much later than January 20, 2008.

28. As discussed above, my estimate of January 20, 2008 as the deadline for substantial completion of data extraction regarding the 23 formally-requested databases does not

include extraction from those databases for which AstraZeneca has yet to receive formal requests. Although the parties continue to engage in database-by-database meet and confers, Special Master Ball has also instructed the parties to engage in a mediation process to be overseen by himself intended to reduce the number and scope of databases at issue, including databases for which plaintiffs have not yet provided formal requests. Given the ongoing nature of this process, AstraZeneca is working closely with its vendor to determine the scope of Seroquel-information contained in these remaining databases as well as to resolve the technical issues that could affect extraction from these databases.

29. With that in mind, it is difficult for AstraZeneca to predict when it could substantially complete extraction of databases beyond the 23 formally requested databases and I believe it is inappropriate at this point to commit to a firm date at this time. Subject to the same principles that AstraZeneca has applied in arriving at the January 20, 2008 extraction deadline for substantial completion of data extraction, subject to the mediation process overseen by Mr. Ball, and considering possible unforeseeable technical difficulties which AstraZeneca and its vendor may not be able to anticipate, should plaintiffs make formal requests for the remaining databases, AstraZeneca will seek to extract information from as many of these additional databases as possible on a rolling basis and attempt to meet the same January 20th extraction deadline for these yet-to-be-requested databases.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 13, 2007

*[signature]*
Darryl Draper
Service Performance Manager
AstraZeneca Pharmaceuticals