UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

**MDL DOCKET NO. 1769**

**This Document Relates to ALL CASES**

### JOINT NOTICE REGARDING PROPOSED SCOPE OF
### CASE-SPECIFIC DISCOVERY IN FLORIDA-RELATED CASES

The MDL Plaintiffs and Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca"), by and through their counsel and pursuant to this Court's Order of November 1, 2007 (Doc. No. 640), respectfully submit this joint proposal regarding the scope and scheduling of case-specific discovery in the Florida-related cases. Plaintiffs consent to trials by Magistrate Judge Baker but not other United States Magistrate Judges at this time; AstraZeneca does not consent to trials by United States Magistrate Judges.

The parties agree that the scope and schedule for case-specific discovery in the Florida-related cases should be as set forth below. The three issues on which the parties disagree (*see infra* Pts. I, Q, and R), and the parties' respective positions on those issues, are indicated below.

    A.    By November 30, 2007, the parties shall submit to the Court a list of all plaintiffs who reside in Florida or who ingested, obtained, or were prescribed Seroquel in Florida. These plaintiffs shall hereafter be designated as "Florida Plaintiffs."

    B.    By December 15, 2007, AstraZeneca will identify all Florida Plaintiffs who (1) have not already submitted a materially complete PFS or (2) have not produced responsive documents requested in the PFS. This list shall specify any alleged deficiencies for each Florida Plaintiff.

-1-

C. All Florida Plaintiffs who have not already submitted materially complete PFSs consistent with CMO 2 shall do so by January 15, 2007.

D. All Florida Plaintiffs who have not already produced to AstraZeneca all documents in their possession responsive to the document requests set forth in the PFS shall do so by January 15, 2007.

E. Sixty cases of Florida Plaintiffs shall be selected for limited case-specific discovery, subject to the same procedures and rules that govern the current Limited Case-Specific Discovery Program except that depositions of doctors shall last 4 hours (2 hours per side). Plaintiffs shall select 20 cases by January 15, 2008, and AstraZeneca and the Court shall each select 20 cases by January 25. These 60 cases shall hereafter be referred to as the "Discovery Pool." AstraZeneca shall produce discovery materials relating to sales representatives and prescribing physicians consistent with CMO 4 two weeks after selection, and plaintiffs shall have one week after production to identify one sales representative to depose.

F. Limited Case-Specific Discovery of the Discovery Pool cases shall be completed by April 15, 2008. The current Limited Case-Specific Discovery Program shall end with the cases selected for December.

G. Out of the cases in the Discovery Pool, 20 cases shall be selected for full discovery. Plaintiffs shall select 10 cases by April 22 and AstraZeneca shall select 10 cases by April 25, 2008. These 20 cases shall hereafter be referred to as the "Initial Trial Pool."

H. Full case-specific fact discovery in the Initial Trial Pool shall commence on April 28, 2008 and shall end on July 31, 2008.

I. Limits on case-specific depositions.

**Plaintiffs' Position:**

All further case-specific discovery in the Initial Trial Pool shall be conducted in accordance with the Federal Rules of Civil Procedure, except that any Party may re-depose a witness that has already given a limited case-specific deposition, notwithstanding FRCP 30(a)(2)(B). Limited case-specific depositions and any depositions repeated in the full discovery program shall count against the limitation on the number (10 per side) of depositions included in FRCP 30(a)(2)(A).

**AstraZeneca's Position:**

In each case:

1. Either party shall be entitled to depose any physician or other healthcare professional (hereafter "Physician") who prescribed Seroquel to

plaintiff or treated plaintiff for any medical or psychiatric condition, or for any mental health disorder.

2. Plaintiffs may take a total of 8 depositions of non-Physician, non-AstraZeneca fact witnesses per case, except that up to 2 of plaintiffs' 8 deponents may be AstraZeneca sales representatives. If plaintiffs have already deposed a sales representative during Limited Case-Specific Discovery, plaintiffs may depose one additional sales representative.

3. AstraZeneca shall be entitled to depose a total of 8 non-Physician fact witnesses, including plaintiff.

J. Depositions of sales representatives shall be limited to 5 hours.

K. Either party may re-depose any witness who has already been deposed during Limited Case-Specific Discovery. Such a deposition will count against the noticing party's total limit. The second deposition of a witness may used as a *de bene esse* or trial deposition if noticed as such.

L. Except as set forth in this Order, all full case-specific discovery in the Initial Trial Pool shall be governed by the Federal Rules of Civil Procedure. The parties will use their best efforts to accommodate the schedules of lawyers assigned to specific cases and/or expert fields.

M. By August 15, 2008, plaintiffs shall identify and provide reports for all general experts expected to testify at any trial. Further, each plaintiff in the Initial Trial Pool (1) shall identify and provide reports for all case-specific experts expected to testify at trial and (2) shall identify all general expert witnesses who are expected to testify at trial. AstraZeneca shall be entitled to depose all such experts between September 15 and October 15, 2008.

N. By September 12, 2008, AstraZeneca shall identify and provide reports for all general experts expected to testify at trial. Further, AstraZeneca (1) shall identify and provide reports for any case-specific experts expected to testify at the trials of plaintiffs in the Initial Trial Pool and (2) shall identify all general expert witnesses who are expected to testify at the trials of plaintiffs in the Initial Trial Pool. Plaintiffs shall be entitled to depose all such experts between September 15 and October 15, 2008.

O. Depositions of AstraZeneca's experts may occur before all depositions of plaintiffs' experts are complete. However, to the extent plaintiffs and AstraZeneca designate a general expert in the same field (*e.g.*, endocrinology), or a case-specific expert in the same field and in the same case (*e.g.*, a case-specific endocrinology expert for plaintiff John Doe), plaintiffs' expert shall be deposed before AstraZeneca's.

P. By October 31, the parties shall file any *Daubert* motions related to general or case-specific experts. Responses to *Daubert* motions shall be filed November 24.

Q. Selection of Final Trial Pool:

**Plaintiffs' Position:**

By August 8, 2008, 10 cases from the Initial Trial Pool shall be selected to form the Final Trial Pool, consisting of 5 cases selected by plaintiffs and 5 cases selected by AstraZeneca.

**AstraZeneca's Position:**

After completion of full case-specific discovery (including expert discovery), on dates to be established by future Order of the Court, 10 of the cases in the Initial Trial Pool shall be selected to form the Final Trial Pool, with plaintiffs selecting 5 cases followed by AstraZeneca selecting 5 cases. The Court shall the select the order in which cases within the Final Trial Pool shall be tried, except that if plaintiffs at any time after formation of the Final Trial Pool voluntarily dismiss any case(s) in the Final Trial Pool, AstraZeneca shall be entitled to select the order in which the remaining cases are tried.

R. Dispositive Motions:

**Plaintiffs' Position:**

Dispositive motions shall be filed by October 31, 2008. Responses shall be filed by November 24, 2008.

**AstraZeneca's Position:**

Dispositive motions shall be filed by November 26, 2008. Responses shall be filed by December 12, 2008.

S. The Court shall hereafter establish a schedule for motions *in limine* and trials.

T. All dates provided herein are subject to change by further Order of the Court.

The parties will be prepared to discuss this proposed schedule and their respective positions at the November 15 Status Conference.

Respectfully submitted on this the 14th day of November, 2007,

<table>
<tr><td>

/s/ Paul Pennock
Paul Pennock
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5504
Ppennock@weitzlux.com

Camp Bailey
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7232
cbailey@bpblaw.com

*Co-Lead Counsel for Plaintiffs*

</td><td>

/s/ Fred T. Magaziner
Fred T. Magaziner
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19103
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
fred.magaziner@dechert.com

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that, on the 14th of November, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that the foregoing document and the notice of electronic filing was served on Plaintiffs' Liaison Counsel in accordance with CMO No. 1.

/s/ Shane T. Prince

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>**Attorney for Defendant Dr. Asif Habib** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

-10-

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |