# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In Re:

Seroquel Products Liability Litigation,

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | **David A. Baker**<br>**United States**<br>**Magistrate Judge** | DATE AND TIME | November 15, 2007<br>10:30-12:30 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Sandy Tremel |
| Special Master | Orran Brown<br>Craig Ball (not present - filed report) | | |
| COUNSEL/PLTF. | Scott Allen<br>Camp Bailey<br>R. Renee Baggett<br>F. Kenneth Bailey<br>Dennis Canty<br>Robert Cowen<br>Lawrence Gornick<br>Jonathan Jaffe<br>Richard Laminack<br>Buffy Martinez<br>Angela Nixon<br>Paul Pennock<br>Larry Roth<br>Fletch Trammell<br>Elizabeth Williams | COUNSEL/DEF. | Bill Adams<br>Robert Ciottai<br>Chris Coutroulis<br>Fred Magaziner<br>Stephen J. McConnell<br>James Freebery<br>Robert Pass<br>Shane Prince<br>Russell Stewart |

## Status Conference

Case called, appearances taken
Procedural setting by court; report received by Special Master Craig Ball
Special Master Orran Brown provides case update

Defense counsel Pass addresses discovery production
Defense counsel Magaziner proposes 2008 case schedule
Plaintiff counsel Allen responds
Plaintiff counsel Gornick responds regarding native production
Court to prepare Report and Recommendation for District Judge Conway regarding issues presented; recommend new schedule; set new hearing regarding sanctions; Court discusses case specific issues
Court discusses proposed Florida schedule
Plaintiff counsel Pennock responds as to trial schedule; proposed 4-5 weeks per trial
Court sets deadlines for particular issues and will issue order; Court sets next status conference for December 18, 2007 at 10:00 AM