# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No.  6:06-md-1769-Orl-22DAB

_____/

## NOTICE OF HEARING

**TAKE NOTICE** that a Telephonic Hearing for Oral Argument of:  Plaintiffs' Motion to Compel Production of Non-Party Documents (Doc. No. 666)[1]; Non-party Klemtner Advertising, Inc. and Saatchi & Saatchi Healthcare's Motion for Protective Order (Doc. No. 670); Non-party Edelman, Inc.'s Motion to Quash Subpoena Duces Tecum (Doc. No. 672); and Non-party Harris Interactive, Inc.'s Motion for Protective Order (Doc. No. 674) will be held before the undersigned on **TUESDAY, NOVEMBER 20, 2007** at **10:30 A.M.** in Courtroom #6D, George C. Young United States Courthouse Annex, 401 W. Central Blvd., Orlando, Florida.

Counsel, Movants, and any party to this case wishing to participate in the Telephonic Oral Argument **MUST** make advance arrangements at least twenty-four hours in advance to be joined to the conference call **PRIOR** to the hearing by contacting Plaintiffs' Counsel,  Holly Wheeler, Esq., at (713)844-3751.  Plaintiffs' Counsel is **DIRECTED** to provide a copy of this Notice of Hearing to Non-party's counsel **IMMEDIATELY** and file a certification that counsel has done so.

**DONE** and **ORDERED** in Orlando, Florida on November 16, 2007.

_David A. Baker_
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

_____

[1]Oral argument on the discovery motions transferred from the District of Connecticut (Doc. Nos. 651, 654, 656)  will be set by separate notice for a hearing set during the week of November 26, 2007 to November 30, 2007.

Copies furnished to:
Counsel of Record

**PLEASE NOTE**:  **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.