# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation.                                           Case No.  6:06-md-1769-Orl-22DAB
_____/

## ORDER

This cause came on for consideration with oral argument on the following motions filed

herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' MOTION FOR SANCTIONS DUE TO MISCONDUCT IN CASE-SPECIFIC DISCOVERY (Doc. No. 604)** |
| **FILED:** | **October 24, 2007** |

**THEREON** it is **ORDERED** that the ruling on the Motion is **DEFERRED** pending the report from the Special Master-PMO, expected on November 19, 2007.

| | |
|---|---|
| **MOTION:** | **ASTRAZENECA'S MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS IN THEIR POSSESSION (Doc. No. 620)** |
| **FILED:** | **October 29, 2007** |

**THEREON** it is **ORDERED** that the ruling on the Motion is **DEFERRED** pending the report from the Special Master-PMO.

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' MOTION FOR AN ORDER DEEMING THE PLAINTIFFS' PRIOR MOTION FOR SANCTIONS AS HAVING BEEN FILED IN CERTAIN CASES (Doc. No. 591)** |
| **FILED:** | **October 19, 2007** |

**THEREON** it is **ORDERED** that the Motion is **GRANTED** in part.  All issues as what sanctions may be appropriate will be considered with respect to all cases.

| MOTION: | ASTRAZENECA'S MOTION SEEKING A "LONE PINE" ORDER REQUIRING EACH PLAINTIFF TO PRODUCE A CASE-SPECIFIC EXPERT REPORT ON INJURY AND CAUSATION (Doc. No. 618) |
|---|---|
| FILED: | October 29, 2007 |

THEREON it is **ORDERED** that the motion is **DENIED** as premature.

| MOTION: | PLAINTIFFS' MOTION FOR LEAVE TO LODGE ALLEGEDLY "CONFIDENTIAL" MATERIALS AND FOR A DETERMINATION REGARDING CONFIDENTIALITY (Doc. No. 610, as supplemented by Doc. No. 635) |
|---|---|
| FILED: | October 25, 2007 |

THEREON it is **ORDERED** that the motion is **GRANTED** insofar as it seeks leave to submit the documents still claimed to be entitled to confidentiality protection for *in camera* review. Plaintiffs should submit for review only those items it actually intends to file in support of some pertinent matter and only those Defendant still maintains are entitled to protection.

| MOTION: | ASTRAZENECA'S CORRECTED MOTION REGARDING THE SCHEDULING AND SCOPE OF FUTURE DISCOVERY (Doc. No. 623) |
|---|---|
| FILED: | October 29, 2007 |

THEREON it is **ORDERED** that the motion is **DENIED** as moot. The Court will be entering a separate Report and Recommendation as to the schedule of future discovery.

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS (Doc. No. 629)** |
| **FILED:** | **October 30, 2007** |

**THEREON** it is **ORDERED** that a ruling on the Motion is **DEFERRED** until the December 18, 2007 status conference. The parties are **ORDERED** to meet and confer and file a statement of narrowed issues by December 14, 2007.

| | |
|---|---|
| **MOTION:** | **MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR PROTECTIVE ORDER (Doc. No. 657)** |
| **FILED:** | **November 5, 2007** |

**THEREON** it is **ORDERED** that the motion is **GRANTED** to the extent not moot.

| | |
|---|---|
| **MOTION:** | **ASTRAZENECA'S PROPOSAL FOR ALLOCATION OF SM-ESI FEES (Doc. No. 681)** |
| **FILED:** | **November 13, 2007** |

**THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part. The allocation of fees for the SM-ESI will be split as follows: Plaintiffs to pay 10% of the fees; Astrazeneca to pay 90% of the fees.

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' PROPOSAL FOR ALLOCATION OF SM-ESI FEES (Doc. No. 683)** |
| **FILED:** | **November 13, 2007** |

**THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part. *See* above.

As to the production of documents reviewed by Astrazeneca's corporate representatives prior to their depositions, the following briefing schedule will apply:

1.  Plaintiffs' Motion to Compel and Memorandum of Law is due by November 21, 2007;

2.  Astrazeneca's Response is due by November 30, 2007;

3.  The briefing of both parties is limited to ten pages.

**DONE** and **ORDERED** in Orlando, Florida on November 16, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record