**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation

                              Case No.  6:06-md-1769-Orl-22DAB

_____/

## NOTICE OF HEARING

**TAKE NOTICE** that a Telephonic Hearing for Oral Argument of: Plaintiffs' Motion to Compel Production of Non-Party Documents (Doc. No. 654) and Non-party Parexel's Motion for Protective Order (Doc. No. 651) will be held before the undersigned on **WEDNESDAY, NOVEMBER 28, 2007** at **10:00 A.M.** in Courtroom #6D, George C. Young United States Courthouse Annex, 401 W. Central Blvd., Orlando, Florida.

Counsel, Movants, and any party to this case wishing to participate in the Telephonic Oral Argument **MUST** make advance arrangements at least twenty-four hours in advance to be joined to the conference call **PRIOR** to the hearing by contacting Plaintiffs' Counsel, Holly Wheeler, Esq., at (713)844-3751. Plaintiffs' Counsel is **DIRECTED** to provide a copy of this Notice of Hearing to Non-party's counsel **IMMEDIATELY** and file a certification that counsel has done so.

**DONE** and **ORDERED** in Orlando, Florida on November 16, 2007.

                                                     *David A. Baker*
                                                 DAVID A. BAKER
                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

**PLEASE NOTE**: **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.