**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION | MDL Docket No.: 6:06-md-1769-Orl-22DAB |
| THIS DOCUMENT RELATES TO: ALL PLAINTIFFS AND CASES IDENTIFIED IN EXHIBIT A | |

**PLAINTIFFS' EMERGENCY MOTION TO CONSOLIDATE CASES FOR PURPOSES OF APPEAL OR, IN THE ALTERNATIVE, FOR RELIEF FROM JUDGMENT OR ORDER UNDER FEDERAL RULE 60(b)**

For purposes of appeal consistent with Federal Rule of Civil Procedure 42(a) and Local Rule 1.04(c), Plaintiffs move this Court to consolidate cases subject to the Orders of Dismissal listed on Exhibit A, attached hereto and incorporated herein for all purposes, or in the alternative, Plaintiffs move the Court pursuant to Federal Rule of Civil Procedure 60(b) for relief from the Orders of Dismissal entered in such cases, as listed on Exhibit A, in the form of vacating and reissuing the Orders under the "Master Docket" (6:06-MD-1769-ORL-22DAB). Plaintiffs' designation of this Motion as an "Emergency Motion" is warranted in light of the impending appellate schedule, under which Plaintiffs must notice the appeal of the dismissal of multiple cases identified in Exhibit A and dismissed on October 18, 2007, October 22, 2007, October 25, 2007, and October 29, 2007 no later than November 19, 2007, November 21, 2007, November 26, 2007, and November 28, 2007, respectively.

# I.
## BACKGROUND

Numerous Orders of Dismissal, as listed on Exhibit A, have been entered dismissing Plaintiffs' cases with prejudice pursuant to this Court's Order of July 19, 2007 (MDL Doc. No. 285) for alleged failures to timely serve completed and verified Plaintiff Fact Sheets and/or record authorizations.  While Defendants have moved to dismiss Plaintiffs' cases on those grounds alone, Defendants have chosen two different procedural avenues of dismissal from which this Court has proceeded.

Where Defendants have moved to dismiss said cases *en masse*, this Court has, in turn, dismissed those cases in the MDL Master Docket (6:06-MD-1769-ORL-22DAB). (Exhibit A.)  Where Defendants have instead moved to dismiss a case individually, this Court has entered an individual Order of Dismissal in an individual docket, respectively.[1] (Exhibit A.)  Thus far, where cases were dismissed in groups in the Master Docket, Plaintiffs have successfully filed a single Joint Notice of Appeal for the all such groups. However, for those individual dismissed cases, Plaintiffs must file separate notices of appeal pursuant to instructions from the Court Clerk's office, in keeping, as Plaintiffs believe, with the spirit and letter of the Federal Rules of Appellate Procedure.  This procedural distinction is triggered simply by the way Defendants move to dismiss the cases—either individually or in consolidated motions to dismiss.

Absent consolidation of the cases for purposes of appeal by the Court, or relief in the form of vacating and reissuing the Orders of Dismissal, as described below, this dual

---

[1]     As this Court is aware, notwithstanding Defendants' dismissal of individual cases under individual cause numbers, each case dismissed in its individual capacity is nevertheless dismissed from the MDL docket concurrently.

dismissal scheme will continue to overtax the resources of this Court, the appellate court, and the parties in large part because of the hundreds if not thousands of pages of duplicative filings, briefing, and records preparation that must be completed in all of the separately noticed appeals.  For each separate appeal filed, the Court Clerk and Court Reporter must prepare a separate record and transcript for transmittal to the United States Court of Appeals for the Eleventh Circuit ("Eleventh Circuit").[2]  These records and transcripts are, in virtually every instance, substantively identical from case to case.  In the appellate court, Appellants and Appellees must submit, for each appeal, a Civil Appeals Statement consisting of dozens of pages (including exhibit(s)), a lengthy Certificate of Interested Persons and Corporate Disclosure Statement, and a Notice of Appearance for each appellate attorney.  Likewise, the individually noticed and docketed appeals contribute to the difficulty of obtaining a consolidated briefing schedule from the Eleventh Circuit, given the identical or nearly identical issues on appeal.  Indeed, Plaintiffs/Appellants have moved the Eleventh Circuit to consolidate all appeals already noticed in that court pursuant to Federal Rule of Appellate Procedure 3(b)(2) and to issue a consolidated briefing schedule.[3]

---

[2]     Plaintiffs/Appellants acknowledge that there may be other procedural tasks that must be undertaken by court personnel triggered by each separate appeal of which Plaintiffs/Appellants are unaware.

[3]     *See* Fed. R. App. P. 3(b) advisory committee's note (encouraging the "consolidation of appeals whenever feasible").  On November 12, 2007, Plaintiffs/Appellants filed with the Eleventh Circuit its Motion to Consolidate Appeals and For Extension of Time to File Consolidated Brief, which is currently pending before that court.  Therein, Plaintiffs/Appellants emphasized the similarity of the appeals that rest on substantially identical grounds and arise from the same consolidated MDL proceeding and, likewise, requested the consolidation of those appeals taken from MDL dismissal orders with those taken from individual dismissal orders.  Plaintiffs/Appellants must, of course, move to further consolidate those cases already pending before the

Accordingly, Plaintiffs request that this Court consolidate for purposes of appeal those cases identified in Exhibit A pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 1.04(c). Alternatively, Plaintiffs request relief from those individual Orders of Dismissal identified in Exhibit A pursuant to Federal Rule of Civil Procedure 60(b)(6) in the form of vacating those individual Orders of Dismissal and reinstating the dismissals under the MDL Master Docket. Such consolidation by the Court will permit Plaintiffs to file a single Joint Notice of Appeal, tremendously reducing the paperwork, filing, and briefing burden on both Courts and all parties to the appeals.

## II.
### AUTHORITY & ANALYSIS

Plaintiffs request the consolidation of cases identified in Exhibit A for purposes of appeal pursuant to Federal Rule of Civil Procedure 42, which provides for consolidation "when actions involving a common question of law or fact are pending before the court," and Local Rule 1.04(c). Rule 42(a) additionally authorizes the Court to "make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay."

As previously noted herein, Plaintiffs appeal from Orders of Dismissal entered in both the MDL Master Docket and individual dockets. These appeals will, in all instances, be advanced on the same grounds, as their cases arise from substantially the same issues and were dismissed for identical or nearly identical reasons. Consolidation should thus be ordered in connection with the prescriptions of Rule 42(a) and, similarly, in the interests of judicial economy. *See e.g., In re Winn-Dixie Stores, Inc.,* No. 3:07-cv-236-J-33, 2007 WL 2972613, *3 (M.D. Fla. October 10, 2007) (granting Winn-Dixie's

---

Eleventh Circuit with the cases still being dismissed by this Court and being noticed for appeal, absent *sua sponte* consolidation by the appellate court.

various motions to consolidate for purposes of appeal, with the exception of one, as parties adequately advised the Court that subject cases are substantially related for purposes of discovery and trial); *Johnson & Johnson Vision Care, Inc. v. CIBA Vision Corp.*, No. 3:03CV800J99TEM, 2005 WL 1863375, *6 (M.D. Fla. Aug. 3, 2005) (granting Plaintiff's motion to consolidate cases in accordance with Rule 42(a), "because they involve the same parties . . . and many of the same issues of fact and law."); *Luckie v. Smith Barney*, 766 F.Supp. 1116, 1117 (M.D. Fla. 1991) (granting Defendant's motion to consolidate cases concerning the same controversy pursuant to Rule 42(a)); *Maughon v. Bibb County*, 160 F.3d 658, 659 (11th Cir. 1998) (ordering the consolidation of cases, "because the facts in these cases are identical and each appeal raises the same issues").

In the alternative, Federal Rule of Civil Procedure 60(b) provides, in pertinent part, "the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for . . . any other reason justifying relief from the operation of the judgment." Fed. R. Civ. P. 60(b)(6). Correspondingly, a trial judge has broad discretion to grant Rule 60(b) relief. *See Gonzales v. Secretary for Dep't of Corrections*, 366 F.3d 1253, 1270 (11th Cir. 2004) ("the latitude that the rule gives courts to reopen final judgments is frequently described as a 'broad discretion.'"); *see also Cavaliere v. Allstate Insurance Co.*, 996 F.2d 1111, 1115 (11th Cir. 1993) ("it is true that 'Rule 60(b) is to be given liberal and remedial construction.'") (quoting *Nisson v. Lundy*, 975 F.2d 802, 807 (11th Cir. 1992)). More specifically, however, relief under 60(b)(6) may be invoked only upon a showing of extraordinary circumstances and for any reason

other that which the court could consider under 60(b)(1).[4] *See Frederick v. Kirby Tankships, Inc.,* 205 F.3d 1277, 1288 (11th Cir. 2000); *see also Gonzales v. Crosby*, 545 U.S. 524 (2005) (a showing of "extraordinary circumstances," is required for relief under Rule 60(b)(6)).

Extraordinary circumstances exist in the instant litigation that are separate and apart from any Rule 60(b)(1) consideration. The current dismissal scheme will continue to overly and unfairly burden Plaintiffs (as well as the respective Courts and Defendants). While the Eleventh Circuit prefers the consolidation of appeals wherever feasible, and likewise the joint filings of notices thereof, Plaintiffs must notice the individual case dimissals separately from those cases dismissed under the Master Docket, pay a substantial filing fee for each separate appeal, and submit nearly identical filings and briefing for each appeal taken—notwithstanding the identical nature of the appeals and the fact that all cases were pending in the same MDL proceeding. By comparison, if the Court were to consolidate the cases (through either procedural mechanism Plaintiffs propose), Plaintiffs may file a single Joint Notice of Appeal, greatly reducing the resulting burdens on Plaintiffs, the Courts, and Defendants, as described above.

Plaintiffs, therefore, request that this Court vacate current individual Orders of Dismissal and resissue those Orders in the MDL Master docket.

---

[4] Pursuant to Federal Rule of Civil Procedure 60(b)(1), relief from a final judgment, order, or proceeding may be granted for mistake, inadvertence, surprise, or excusable neglect. By this Motion, Plaintiffs are not pursuing relief under any ground enumerated in Rule 60(b)(1).

6

## III.
### CONCLUSION

For all the above reasons, Plaintiffs seek consolidation of the cases listed on Exhibit A for purposes of appeal pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 1.04(c) as they share common issues of fact and law and are substantially related for purposes of appeal. Moreover, in the interests of judicial economy and, specifically to avoid unnecessary costs, delay, and duplicative efforts by the parties and Courts, alike, consolidation should be granted. In the alternative, pursuant to Federal Rule of Civil Procedure 60(b)(6), Plaintiffs request the vacating and re-issuance of the Orders identified in Exhibit A as described herein because extraordinary circumstances exist such as to warrant such relief.

Respectfully submitted,

By: /s/Robert W. Cowan

K. Camp Bailey
TSBN 24006782
F. Kenneth Bailey, Jr.
TSBN 01543500
Fletcher V. Trammell
TSBN 24042053
Robert W. Cowan
TSBN 24031976
**Bailey Perrin Bailey LLP**
The Lyric Centre
440 Louisiana St., Suite 2100
Houston, Texas 77002
Telephone:   (713) 425-7100
Facsimile:    (713) 425-7101
E-mail: cbailey@bpblaw.com
kbailey@bpblaw.com
ftrammell@bpblaw.com
rcowan@bpblaw.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that, pursuant to L.R. 3.01(g), on the 16th day of November, 2007, I conferred with Steven Weisburd, counsel for Defendants AstraZeneca Pharmaceuticals, L.P. and AstraZeneca L.P. who stated that Defendants took <u>NO POSITION</u> regarding the PLAINTIFFS' EMERGENCY MOTION TO CONSOLIDATE CASES FOR PURPOSES OF APPEAL OR, IN THE ALTERNATIVE, FOR RELIEF FROM JUDGMENT OR ORDER UNDER FEDERAL RULE 60(b).

/s/ Robert W. Cowan
Robert W. Cowan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of November, 2007, I electronically filed the foregoing: PLAINTIFFS' EMERGENCY MOTION TO CONSOLIDATE CASES FOR PURPOSES OF APPEAL OR, IN THE ALTERNATIVE, FOR RELIEF FROM JUDGMENT OR ORDER UNDER FEDERAL RULE 60(b) with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the counsel listed on the attached Service List.

/s/ Robert W. Cowan
Robert W. Cowan

Case 6:06-md-01769-ACC-DAB Document 694 Filed 11/16/07 Page 9 of 16 PageID 12593

SERVICE LIST
In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769

| | |
|---|---|
| Scott Allen<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, TX 77019<br>Tel: (713) 650-6600<br>sallen@crusescott.com | Robert L. Ciotti<br>Carlton Fields, P.A.<br>42212 W. Boy Scout Blvd., Suite 1000<br>Tampa, FL 33607-5736<br>Tel: (813) 223-7000<br>rciotti@carltonfields.com<br>tpaecf@cfdom.net<br>atravis@carltonfields.com<br>*Counsel for Defendants AstraZeneca Pharmaceuticals, L.P, and AstraZeneca LP* |
| Mary B. Cotton<br>John D. Giddens, P.A.<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Tel: (601) 355-2022<br>betsy@law-inc.com | Michael Davis<br>James Mizgala<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn St.<br>Chicago, IL 60603<br>Tel: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com |
| Aaron K. Dickey<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Route 157<br>Edwardsville, IL 62025<br>Tel: (618) 650-7107<br>aaron@ghalaw.com | Heidi Elizabeth Hilgendorff<br>Thomas Campion<br>Drinker Biddle & Reath, LLP<br>500 Campus Dr.<br>Florham Park, NJ 07932-1047<br>Tel: (973) 360-1100<br>thomas.campion@dbr.com<br>heidi.hilgendorff@dbr.com<br>jeffrey.peck@dbr.com<br>*Counsel for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.* |
| John J. Driscoll<br>Brown & Crouppen, PC<br>720 Olive St., Suite 1800<br>St. Louis, MO 63101<br>Tel: (314) 421-0216<br>jdriscoll@brownandcrouppen.com<br>bsmith@brownandcrouppen.com<br>rbrooks@brownandcrouppen.com | Kenneth T. Fibich<br>Fibich, Hampton & Leebron, LLP<br>1401 McKinney St., Suite 1800<br>Five Houston Center Houston, TX 77010<br>Tel: (713) 751-0025<br>tfibich@fhl-law.com |

9

| | |
|---|---|
| blape@brownandcrouppen.com | |
| Gregory P. Forney<br>Shaffer, Lombardo & Shurin<br>911 Main St., Suite 2000<br>Kansas City, MO 64105<br>Tel: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>*Counsel for Defendant, Marguerite Devon French* | Todd S. Hageman<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Tel: (314) 241-2929<br>thageman@spstl-law.com |
| W. Todd Harvey<br>Joe R. Whatley, Jr.<br>2323 2nd Ave. N<br>Birmingham, AL 35203-0647<br>Tel: (205) 328-9576<br>tharvey@whatleydrake.com<br>jwhatley@whatleydrake.com<br>ecf@whatleydrake.com | Jona R. Hefner<br>3441 W. Memorial, Suite 4<br>Oklahoma, OK 73134-7000<br>Tel: (405) 286-3000<br>attorneyokc@hotmail.com<br>attorneyokc@gmail.com |
| Lawrence J. Gornick<br>William A. Levin<br>Dennis J. Canty<br>Levin Simses Kaiser & Gornick, LLP<br>44 Montgomery St., 36th Floor<br>San Francisco, CA 94104<br>Tel: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com | Scott Burdine<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, 4th Floor<br>Houston, TX 77006<br>Tel: (713) 222-2700<br>sburdine@hagans-law.com |
| Thomas Campion<br>Heidi E. Hilgendorff<br>Drinker Biddle & Reath, LLP<br>500 Campus Dr.<br>Florham Park, NJ 07932-1047<br>Tel: (973) 360-1100<br>thomas.campion@dbr.com<br>heidi.hilgendorff@dbr.com<br>jeffrey.peck@dbr.com | Jona R. Hefner<br>3441 W. Memorial, Suite 4<br>Oklahoma, OK 73134-7000<br>Tel: (405) 286-3000<br>attorneyokc@hotmail.com<br>attorneyokc@gmail.com |

10

| | |
|---|---|
| *Counsel for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.* | |
| Keith M. Jensen<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Tel: (817) 334-0762<br>kj@kjensenlaw.com<br>kjensenlaw@gmail.com | Aaron C. Johnson<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Tel: (816) 640-9940<br>aaron@summersandjohnson.com<br>firm@summersandjohnson.com |
| Jamie R. Kendall<br>301 Massachusetts Ave.<br>Indianapolis, IN 46204<br>Tel: 317-633-8787<br>jkendall@price-law.com<br>eamos@price-law.com | Mark A. Koehn<br>whrfrat42@yahoo.com |
| Benjamin A. Krass<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Tel: (617) 641-9550<br>bkrass@pawalaw.com | D. Andrew List<br>Clark Perdue Arnold & Scott<br>471 East Broad St., Suite 1400<br>Columbus, OH 43215<br>Tel: 877-220-2203<br>alist@cpaslaw.com |
| Matthew E. Lundy<br>Lundy & Davis<br>333 N. Sam Houston Pkwy., E<br>Suite 375<br>Houston, TX 77060<br>Tel: (281) 272-0797<br>mlundy@lundydavis.com<br>jdibbley@lundydavis.com | David P. Matthews<br>Abraham, Watkins, Nichols, Sorrels, Matthews & Friend<br>800 Commerce St.<br>Houston, TX 77002-1776<br>Tel: (713) 222-7211<br>dmatthews@abrahamwatkins.com<br>agoff@abrahamwatkins.com<br>jrhoades@abrahamwatkins.com<br>jwebster@abrahamwatkins.com |
| James Mizgala<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn St.<br>Chicago, IL 60603<br>Tel: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>lmodaff@sidley.com<br>efilingnotice@sidley.com | Howard Nations<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Tel: (713) 807-8400<br>nations@howardnations.com<br>lori@howardnations.com<br>kim@howardnations.com<br>andrea@howardnations.com<br>charles@howardnations.com |

| | |
|---|---|
| *Counsel for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP* | lezzlie@howardnations.com |
| Matthew F. Pawa<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Tel: (617) 641-9550<br>mp@pawalaw.com | Paul J. Pennock<br>Michael E. Pederson<br>Weitz & Luxenburg, P.C.<br>180 Maiden Lane – 17th Floor<br>New York, NY 10038<br>Tel: (212) 558-5500<br>Ppennock@weitzlux.com<br>Lschutlz@weitzlux.com<br>MPederson@weitzlux.com<br>JOrelli@weitzlux.com<br>*Plaintiff's Lead Counsel* |
| Carlos A. Prietto, III<br>Robinson Calcagnie & Robinson<br>620 Newport Center-Drive<br>7th Floor<br>Newport Beach, CA  92660<br>Tel: 940-720-1288<br>cbregman@rcrlaw.net<br>cprietto@rcrlaw.net<br>ctakanabe@rcrlaw.net<br>kschaeffer@rcelaw.net | Fred T. Magaziner<br>Marjorie Shickman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>Stephen J. McConnell<br>Brennen Joseph Torregrossa<br>Dechert, LLP<br>2929 Arch St., Cira Center<br>Philadelphia, PA 19104-2808<br>Tel: (215) 994-4000<br>Fred.magaziner@dechert.com<br>Marjorie.shiekman@dechert.com<br>shane.prince@dechert.com<br>cheryl.inwek@dechert.com<br>Eben.flster@dechert.com<br>elizabeth.balakhani@dechert.com<br>michelle.kirscEh@dechert.com<br>*Counsel for Defendant Astrazeneca Pharmaceuticals, LP* |
| William N. Riley<br>Jamie R. Kendall<br>301 Massachusetts Ave.<br>Indianapolis, IN  46204<br>Tel: 317-633-8787<br>wriley@price-law.com<br>eamos@price-law.com | Mark P. Robinson, Jr.<br>Robinson Calcagnie & Robinson<br>620 Newport Center Dr., 7th Floor<br>Newport Beach, CA 92660<br>Tel: (949) 720-1288<br>mrobinson@robinson-pilaw.com<br>mrobinson@rcrlaw.net |
| Larry  Roth<br>Law Offices of Larry M. Roth, P.A. | Lizy Santiago<br>Abraham, Watkins, Nichols, Sorrels, Matthews & Friend |

| | |
|---|---|
| P.O. Box 547637<br>Orlando, FL 32854-7637<br>Tel: (407) 872-2239<br>lroth@roth-law.com<br>lcarrington@roth-law.com<br>epoit@roth-law.com<br>*Plaintiffs' Liaison Counsel* | 800 Commerce St.<br>Houston, TX 77002-1776<br>Tel: (713) 222-7211<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com<br>lsantiago@abrahamwatkins.com |
| Robert A. Schwartz<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Tel: (281) 335-7744<br>bschwartz@galyen.com<br>anixon@galyen.com | Kenneth W. Smith<br>Aylstock Witkin Kreis & Overholtz<br>803 North Palafox St.<br>Pensacola, FL 32501<br>Tel: (850) 916-7450<br>ksmith@awkolaw.com<br>kws6619@msn.com<br>rvasquez@awkolaw.com |
| Brennen Joseph Torregrossa<br>Dechert, LLP<br>2929 Arch St., Cira Center<br>Philadelphia, PA 19104-2808<br>Tel: (215) 994-4000<br>brennen.torregrosssa@dechert.com<br>*Counsel for Defendant Astrazeneca Pharmaceuticals, LP* | Ted C. Wacker<br>Robinson Calcagnie & Robinson<br>620 Newport Center Dr., 7th Floor<br>Newport Beach, CA 92660<br>Tel: (949) 720-1288<br>twacker@rcrlaw.net |
| W. Todd Harvey<br>Joe R. Whatley, Jr.<br>2323 2nd Ave. N<br>Birmingham, AL 35203-0647<br>Tel: (205) 328-9576<br>tharvey@whatleydrake.com<br>jwhatley@whatleydrake.com<br>ecf@whatleydrake.com | Justin Witkin<br>Ken Smith<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Blvd., Suite 58<br>Pensacola, FL 32503<br>Tel: (850) 916-7450<br>Jwitkins@AWS-LAW.COM<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com |

NON-ECF SERVICE LIST

| | |
|---|---|
| Bridget Ahmann<br>Faegre & Benson, LLP<br>90 S. 7th St., Ste 2200<br>Minneapolis, MN 55402-3901 | Timothy Reese Balducci<br>The Langston Law Firm, P.A.<br>P.O. Box 787<br>100 South Main St.<br>Booneville, MS 38829<br>Tel: (662) 728-3138<br>tbalducci@langstonlaw.com |

|  |  |
| --- | --- |
| Kenneth W. Bean<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Tel: (314) 231-3332<br>kbean@spvg.com | Earl Francis Carriveau<br>1012 6th Ave.<br>Lake Charles, LA  70601-4706 |
| Robert F. Clarke<br>Phillips & Associates<br>3030 North Third St., Ste 1100<br>Phoenix, AZ  85012 | Patricia Cook |
| Cannon Curlee | Mark W. Davis<br>Davis & Feder, P.A.<br>P.O. Drawer 6829<br>Gulfport, MS 39506-7018 |
| Warren Frazier | James J. Freebery<br>McCarter & English, LLP<br>18th Floor<br>919 N. Market St.<br>Wilmington, DE  19801 |
| Michael T. Gallagher<br>The Gallagher Law Firm<br>2905 Sackett St.<br>Houston, TX  77098 | Gary Reed Gober<br>200 Fourth Ave. North<br>Suite 700<br>Nashville, TN  37219 |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Pkwy.<br>Suite C<br>Indianapolis, IN  46254-2600 | Jason Matthew Hatfield<br>Lundy & Davis, LLP<br>300 North College Ave.<br>Suite 309<br>Fayetteville, AR  72701 |
| John Hawkins | Donna Higdon |
| Janssen, L.P.<br>Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 | Johnson & Johnson<br>Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 |
| Krisann C. Kleibacker Lee<br>Faegre & Benson LLP<br>90 S 7th St. Ste. 2200<br>Minneapolis, MN  55402-3901 | Louisiana Wholesale Drug Co. Inc.<br>c/o Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584 |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Tel: (281) 335-7744 | Stephen J. McConnell<br>Dechert, LLP<br>2929 Arch St., Cira Center<br>Philadelphia, PA 19104-2808 |
| Eric B. Milliken<br>3 Sir Barton Ct.<br>Newark, DE 19702-2033 | Randy Niemeyer<br>15863 Pike 43<br>Bowling Green, MO 63334-2620 |
| Gale D. Pearson<br>Pearson, Randall & Schumacher, PA<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402 | Dale Kent Perdue<br>Clark Perdue Arnold & Scott<br>471 East Broad St., Suite 1400<br>Columbus, OH 43215 |
| Stephen J. Randall<br>Pearson, Randall & Schumacher, PA<br>First Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402 | Brenda Rice |
| Evelyn Rodriguez | Robert L. Salim<br>Attorney At Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Tel: (318) 352-5999<br>robertsalim@cp-tel.net |
| Ellen R. Serbin<br>Perona Langer Beck Lallande & Serbin<br>300 San Antonio Dr.<br>Long Beach, CA 90807-0948 | Marjorie Shickman<br>Dechert, LLP<br>2929 Arch St., Cira Center<br>Philadelphia, PA 19104-2808 |
| Robert H. Shultz<br>Heyl, Royster<br>103 W. Vandalia St.<br>P.O. Box 467<br>Edwardsville, IL 62025 | Robert G. Smith<br>Lorance & Thompson, PC<br>Suite 500<br>2900 N Loop W<br>Houston, TX 77092 |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119 | Linda S. Svitak<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 South Seventh St.<br>Minneapolis, MN 55402-3901 |
| Seth S. Webb<br>Brown & Crouppen, P.C.<br>720 Olive St., Suite 1800 | Mary J. Wrightinton |

| | |
|---|---|
| St. Louis, MO  63101-2302 | |

| | |
|---|---|
| St. Louis, MO  63101-2302 | |