# EXHIBIT A

# Exhibit "A"
### Orders of Dismissal

| Bailey Perrin Bailey, LLP<br>Dismissed pursuant to Order of 10/18/2007<br>(MDL Doc. No. 582) | | |
|---|---|---|
| Last Name | First name | Case No. |
| Broadnax | Jennie | 6:07-cv-14672 |
| Mongar | Douglas | 6:07-cv-11800 |
| Pace | Minnie | 6:07-cv-16424 |
| Potter | Charles | 6:07-cv-11878 |
| Smith | David | 6:07-cv-14284 |
| Taylor | Joann | 6:07-cv-14361 |
| Wilson | Larry | 6:07-cv-16699 |

| Bailey Perrin Bailey, LLP<br>Dismissed pursuant to Order of 10/18/2007<br>(MDL Doc. No. 583) | | |
|---|---|---|
| Last Name | First name | Case No. |
| Aings | Maritta | 6:07-cv-13024 |
| Coleman | Janis | 6:07-cv-12380 |
| Guyer | Arlis | 6:07-cv-13527 |
| Hatfeld | Sherry | 6:07-cv-13579 |
| Mapes | Elizabeth | 6:07-cv-12665 |
| Mclauchlin | Shirley | 6:07-cv-13915 |
| Mincey | Gladys | 6:07-cv-13947 |
| Phillips | Chante | 6:07-cv-12760 |
| Richardson | Irene | 6:07-cv-14150 |
| Shired | Palthera | 6:07-cv-14265 |
| Williams | Julia | 6:07-cv-14488 |

| Bailey Perrin Bailey, LLP<br>Dismissed pursuant to Order of 10/18/2007 (Doc. No. 11) | | |
|---|---|---|
| Last Name | First name | Case No. |
| West | Brenda | 6:07-cv-12045 |

EXHIBIT A – 1

| Bailey Perrin Bailey, LLP<br>Dismissed pursuant to Order of 10/18/2007 (Doc. No. 12) | | |
|---|---|---|
| Last Name | First name | Case No. |
| Williams | Gregory | 6:07-cv-12986 |

| Bailey Perrin Bailey, LLP<br>Dismissed pursuant to Order of 10/22/2007<br>(MDL Doc. No. 594) | | |
|---|---|---|
| Last Name | First name | Case No. |
| Boerner | Klarica | 6:07-cv-14644 |
| Cox | Debbie | 6:07-cv-16032 |
| Rogers | Julia | 6:07-cv-16507 |
| Sudduth | Kathryn | 6:07-cv-15396 |

| Bailey Perrin Bailey, LLP<br>Dismissed pursuant to Order of 10/22/2007<br>(MDL Doc. No. 595) | | |
|---|---|---|
| Last Name | First name | Case No. |
| Aaron | Nancy | 6:06-cv-01846 |
| Acely | Jeannie | 6:07-cv-15847 |
| Albert | Darius | 6:07-cv-14566 |
| Anderson | Doretha | 6:07-cv-15864 |
| Andrews | Mellisa | 6:06-cv-01316 |
| Andrews | Stefanie | 6:07-cv-15867 |
| Anglin | William | 6:07-cv-15869 |
| Ash | Richard | 6:07-cv-15872 |
| Baker | Jeanette | 6:07-cv-14596 |
| Barnett | Natashia | 6:07-cv-15888 |
| Barney | Douglas | 6:07-cv-14608 |
| Barron | Anthony | 6:07-cv-14610 |
| Bates | Frank | 6:07-cv-14612 |
| Baugh | Marie | 6:07-cv-15893 |
| Bautista | Lawrence | 6:07-cv-14617 |
| Beckham | Gwen | 6:07-cv-15901 |
| Bennett | Kathy | 6:07-cv-14628 |
| Benson | Anna | 6:07-cv-14629 |
| Black | Bret | 6:07-cv-15917 |
| Blunt | Tracy | 6:07-cv-14643 |
| Bonfantino | Rose | 6:07-cv-15923 |
| Bonner | Brenda | 6:07-cv-15925 |
| Boscovich | Eric | 6:07-cv-14651 |
| Bradley | Carla | 6:07-cv-14658 |

EXHIBIT A – 2

| | | |
|---|---|---|
| Braswell | Victoria | 6:07-cv-14660 |
| Brent | Gregory | 6:07-cv-15936 |
| Briggs | Timothy | 6:07-cv-15938 |
| Brock | Tina | 6:07-cv-14675 |
| Bufford | Marsel | 6:07-cv-13192 |
| Burks | Russel | 6:07-cv-15958 |
| Burks | Walter | 6:07-cv-14691 |
| Butler | Catina, on Behalf of Wesley Truss, an Incapacitated Adult | 6:07-cv-15965 |
| Butler | James | 6:07-cv-15967 |
| Butterfield | Sandra | 6:07-cv-14696 |
| Cain | Donna | 6:07-cv-15971 |
| Carey | Annie | 6:07-cv-14705 |
| Carr | Robert | 6:07-cv-14706 |
| Carroll | Thelma | 6:07-cv-14709 |
| Cartlidge | Otis | 6:07-cv-14714 |
| Casey | Kimberly | 6:07-cv-15987 |
| Chambers | Lorraine | 6:07-cv-14719 |
| Clanton | Allison | 6:07-cv-14728 |
| Clark | Erica | 6:07-cv-16002 |
| Clayton | Lue | 6:07-cv-14732 |
| Cleary | Tammy | 6:07-cv-14733 |
| Cobb | Charles | 6:07-cv-14737 |
| Coers | Elain | 6:07-cv-14740 |
| Coleman | Tonya | 6:07-cv-16006 |
| Collins | James | 6:07-cv-14746 |
| Collins | Temphra | 6:07-cv-16008 |
| Coman | Patricia | 6:07-cv-14750 |
| Conley | Murrie | 6:07-cv-16012 |
| Cooper | Duane | 6:07-cv-14755 |
| Cooper | Michael | 6:07-cv-14757 |
| Cooper | Rhonda | 6:07-cv-16021 |
| Cox | Michael | 6:07-cv-14766 |
| Davis | April | 6:07-cv-160445 |
| Davis | Bonita | 6:07-cv-16046 |
| Davis | Christian | 6:07-cv-14782 |
| Dierks | Debrah | 6:07-cv-14799 |
| Dorsey | Kathy | 6:07-cv-14804 |
| Dowdle | Cheryl | 6:07-cv-14807 |
| DuBois | Lochreane | 6:07-cv-14809 |
| Duncan | Catherine | 6:07-cv-16072 |
| Edwards | Michelle | 6:07-cv-14819 |
| Elliot | Cynthia | 6:07-cv-14824 |
| Escareno | Emilia | 6:07-cv-14827 |
| Eubanks | Shirley | 6:07-cv-16088 |
| Evans | Dawn | 6:07-cv-14831 |

EXHIBIT A – 3

| | | |
|---|---|---|
| Evans | Nancy | 6:07-cv-14832 |
| Evans | Tammy | 6:07-cv-14834 |
| Fisher | Barbara | 6:07-cv-14850 |
| Flemons | Betty | 6:07-cv-16101 |
| Ford | Cheryl | 6:07-cv-16107 |
| Forshee' | Patrick | 6:07-cv-14859 |
| Fowler | Lee | 6:07-cv-14865 |
| Frame | Brian | 6:07-cv-16112 |
| Freda | Kenneth | 6:07-cv-14871 |
| Fullerton | Domenic | 6:07-cv-14875 |
| Gabauer | Patrina | 6:07-cv-14878 |
| Gaffer | David | 6:07-cv-14879 |
| Gibbs | Susanne | 6:07-cv-11591 |
| Gill | Ruby | 6:07-cv-14897 |
| Glasgow | Tracy | 6:07-cv-14902 |
| Gonzales | Adenago | 6:07-cv-14906 |
| Gordon | Cecil | 6:07-cv-16139 |
| Greenwood | Tanya | 6:07-cv-14919 |
| Gregg | Ute | 6:07-cv-14920 |
| Griffin | Mary | 6:07-cv-14923 |
| Groce | Ruby | 6:07-cv-14925 |
| Gurule | Greg | 6:07-cv-14929 |
| Hall | Diana | 6:07-cv-14938 |
| Harbeson | Fredrick | 6:07-cv-16159 |
| Hardy | Arthur | 6:07-cv-14948 |
| Harper | Cathy | 6:07-cv-14953 |
| Harris | Deborah | 6:07-cv-14957 |
| Harris | Janet | 6:07-cv-14958 |
| Harris | Marvin | 6:07-cv-14960 |
| Harrison | Geraldine | 6:07-cv-16167 |
| Hatcher | Joyce | 6:07-cv-16170 |
| Hatley | Donald | 6:07-cv-14966 |
| Hawkins | James | 6:07-cv-13581 |
| Hernandez | Irisa | 6:07-cv-14977 |
| Hernandez | Regina | 6:07-cv-14979 |
| Hill-Crock | Gale | 6:07-cv-14986 |
| Hirsch | Beverly | 6:07-cv-14988 |
| Hirschinger | Debbie | 6:07-cv-14989 |
| Holmes | Florence | 6:07-cv-16196 |
| Hortona | Wayne | 6:07-cv-15000 |
| Howatt | Barbara | 6:07-cv-16200 |
| Hudgins | Gwendolyn | 6:07-cv-15007 |
| Hudson | Dorothy | 6:07-cv-16205 |
| Hull | Heidi | 6:07-cv-15008 |
| Jackson | Diane | 6:07-cv-15017 |
| Jackson | Kevin | 6:07-cv-15021 |
| Jackson | Linda | 6:07-cv-15022 |
| Jackson | Tiffany | 6:07-cv-16219 |

EXHIBIT A – 4

| | | |
|---|---|---|
| Jaco | Juanita | 6:07-cv-16220 |
| Jenkins | Bonnie | 6:07-cv-16224 |
| Jenkins | Carol | 6:07-cv-15026 |
| Jesso | Sharon | 6:07-cv-15028 |
| Johnson | Bradley | 6:07-cv-16236 |
| Johnson | Donna | 6:07-cv-15032 |
| Johnson | Rochelle | 6:07-cv-16242 |
| Johnson | Sarah | 6:07-cv-16243 |
| Johnston | Penny | 6:07-cv-15042 |
| Jones | James | 6:07-cv-16250 |
| Jones | Raymond | 6:07-cv-15051 |
| Jordan | Alberta | 6:07-cv-15052 |
| Juarez | Valerie | 6:07-cv-16259 |
| Keagy | Colleen | 6:07-cv-15062 |
| Kerr | Rae | 6:07-cv-15067 |
| Kimbrell | Christopher | 6:07-cv-16268 |
| King | Sharnetha | 6:07-cv-15072 |
| Klemp | Carrie | 6:07-cv-15075 |
| Knight | Gina | 6:07-cv-15079 |
| Lestace | Stephanie | 6:07-cv-15097 |
| Leven | Denver | 6:07-cv-15099 |
| Littlejohn | Sharon | 6:07-cv-15105 |
| Lundy | Camille | 6:07-cv-16310 |
| MacDonald | Brenda | 6:07-cv-15121 |
| Macleod | Fiona | 6:07-cv-16313 |
| Madden | Homer | 6:07-cv-15123 |
| Malone | Brenda | 6:07-cv-16317 |
| Martin | Faye | 6:07-cv-15129 |
| Martin | Glen | 6:07-cv-15130 |
| Martinez | Carlos | 6:07-cv-16325 |
| Martinez | David | 6:07-cv-16326 |
| Maturin | Laurie | 6:07-cv-15134 |
| McCartney | Kimberly | 6:07-cv-15138 |
| McCormick | Dianna | 6:07-cv-16343 |
| McCormick | Laurie | 6:07-cv-15142 |
| McCrary | Mariko | 6:07-cv-16345 |
| McDonald | Vickie | 6:07-cv-16351 |
| McFee | Angela | 6:07-cv-15147 |
| McGhee | Robert | 6:07-cv-15151 |
| McKinney | Shirley | 6:07-cv-16355 |
| McLemore | Ella | 6:07-cv-16357 |
| McShan | Genevieve | 6:07-cv-15157 |
| Medley | Derrick | 6:07-cv-11790 |
| Melvin | Rosalind | 6:07-cv-15160 |
| Mendoza | Lauro | 6:07-cv-16360 |
| Mercado | Carmen | 6:07-cv-15161 |
| Miller | Reality | 6:07-cv-15166 |
| Miller | Shalonda | 6:07-cv-15167 |

EXHIBIT A – 5

| | | |
|---|---|---|
| Mitchell | Jacqueline | 6:07-cv-15172 |
| Mizell | Stephen | 6:07-cv-15174 |
| Molina | Iram | 6:07-cv-16369 |
| Moore | Elaine | 6:07-cv-16376 |
| Moore | Elizabeth | 6:07-cv-15181 |
| Moraido | Robert | 6:07-cv-16382 |
| Morris | Brandon | 6:07-cv-15189 |
| Mosley-Love | Lynn | 6:06-cv-01139 |
| Motzkus | Denise | 6:07-cv-15194 |
| Munz | David | 6:07-cv-13986 |
| Myers | Sharon | 6:07-cv-16394 |
| Neeley | Martha | 6:07-cv-16401 |
| Nehlig | Marie | 6:07-cv-15204 |
| Niemczyk | Cheryl | 6:07-cv-15215 |
| Nunog | Kinney | 6:07-cv-15220 |
| O'Dunleye | Carolyn | 6:07-cv-15226 |
| Ogunmwonyi | Gladys | 6:07-cv-16416 |
| Orr | Micky, on Behalf of Tina Brown, an Incapacitated Adult | 6:07-cv-16419 |
| Osbourne | Sharon | 6:07-cv-16422 |
| Page | Sherri | 6:07-cv-15239 |
| Pagel | David | 6:07-cv-15240 |
| Parker | Thomas | 6:07-cv-15242 |
| Patrom | Kimberly | 6:07-cv-15246 |
| Patterson | Timothy | 6:07-cv-16434 |
| Patton | Carolyn | 6:07-cv-16435 |
| Payne | Shawn | 6:07-cv-16436 |
| Pentelton | Vershell | 6:07-cv-15251 |
| Pierce | Anthony | 6:07-cv-14074 |
| Pierson | Brian | 6:07-cv-16455 |
| Pitts | Russell | 6:07-cv-16458 |
| Place | Candice | 6:07-cv-15261 |
| Polches | Louis | 6:07-cv-16461 |
| Pote | Jennifer | 6:07-cv-16466 |
| Powell | LaDawna | 6:07-cv-15269 |
| Pride | Rita | 6:07-cv-16469 |
| Pucket | Virgil | 6:07-cv-15275 |
| Radcliff | Cynthia | 6:07-cv-15279 |
| Raines | Crystal | 6:07-cv-15281 |
| Rains | Terry | 6:07-cv-16476 |
| Raney | Alta | 6:07-cv-15284 |
| Raygoza | Sally | 6:07-cv-16484 |
| Reed | Brenda | 6:07-cv-15285 |
| Reed | Debbie | 6:07-cv-15286 |
| Relf | Lilly | 6:07-cv-16488 |
| Richard | Betty | 6:07-cv-15291 |

EXHIBIT A – 6

| | | |
|---|---|---|
| Riddle | Donna | 6:07-cv-15293 |
| Rigsby | Steve | 6:07-cv-16491 |
| Riley | Michelle | 6:07-cv-16492 |
| Ritter | Chad | 6:07-cv-16494 |
| Rivera | Eliezer | 6:07-cv-16495 |
| Robinson | Lorenzo | 6:07-cv-15300 |
| Robison | Gregory | 6:07-cv-14174 |
| Rodriquez | Martha | 6:07-cv-16505 |
| Rogers | Anissa | 6:07-cv-15303 |
| Romero-Naranjo | Cynthia | 6:07-cv-15307 |
| Ross | Curtiss | 6:07-cv-16512 |
| Russell | Vonda | 6:07-cv-15319 |
| Ryan | David | 6:07-cv-15320 |
| Sanders | Donna | 6:07-cv-16524 |
| Satterfield | Melanie | 6:07-cv-15322 |
| Saul | Elizabeth | 6:07-cv-16530 |
| Schouster | Katie | 6:07-cv-15325 |
| Schultz | Tracy | 6:07-cv-16534 |
| Schwartz | Paul | 6:07-cv-15327 |
| Scott | Debra | 6:07-cv-15328 |
| Shaheed | Elizabeth | 6:07-cv-15339 |
| Shockley | Amber | 6:07-cv-15343 |
| Silvers | Wade | 6:07-cv-15347 |
| Simmons | Alberta | 6:07-cv-16555 |
| Simmons | Donna | 6:07-cv-15348 |
| Simmons | Yvonne | 6:07-cv-15350 |
| Simon | Teah | 6:07-cv-15351 |
| Sims | Joyce | 6:07-cv-16560 |
| Slade | Patricia | 6:07-cv-15354 |
| Sledge | Lisa | 6:07-cv-15356 |
| Smith | Austin | 6:07-cv-16565 |
| Smith | Randy | 6:07-cv-15362 |
| Smith | Robert | 6:07-cv-15364 |
| Solez | Augie | 6:07-cv-16576 |
| Soto | Annie | 6:07-cv-16579 |
| Spears | Sandra | 6:07-cv-15373 |
| Spencer | Michael | 6:07-cv-16581 |
| Stahlhood | Ronald | 6:07-cv-15379 |
| Stanley | Glenda | 6:07-cv-15382 |
| Stone | Deborah | 6:07-cv-15389 |
| Stork | Deaonna | 6:07-cv-15390 |
| Strickland | Stanley | 6:07-cv-15393 |
| Stufflebean | Keith | 6:07-cv-15395 |
| Sumlin | Renita | 6:07-cv-16601 |
| Sutton | James | 6:07-cv-15400 |
| Tate | Lori | 6:07-cv-15408 |
| Taylor | Anthony | 6:07-cv-15409 |
| Taylor | Colinda | 6:07-cv-15410 |

EXHIBIT A – 7

| | | |
|---|---|---|
| Taylor | Gwendolyn | 6:07-cv-15411 |
| Templeton | Randal | 6:07-cv-15415 |
| Thiara | Judy | 6:07-cv-15418 |
| Thomas | Maudie | 6:07-cv-15422 |
| Thomas | Ta-Tanisha | 6:07-cv-15423 |
| Thomas | Terry | 6:07-cv-12904 |
| Thurman | Debbie | 6:07-cv-15425 |
| Tompkins | Marcillia | 6:07-cv-16632 |
| Toucheek | Angella-Marie | 6:07-cv-15428 |
| Trehern | Fred | 6:07-cv-16640 |
| Trivette | L.C. | 6:07-cv-15431 |
| Trudeau | Lillian | 6:07-cv-15433 |
| Tucker | Denise | 6:07-cv-15434 |
| Turner | Lester | 6:07-cv-15439 |
| Turner | Lydelle | 6:07-cv-14410 |
| Turner | Melvin | 6:07-cv-15440 |
| Valentine | William | 6:07-cv-15446 |
| Vaugh | Cheryl | 6:07-cv-15451 |
| Vaughan | Robert | 6:07-cv-15452 |
| Venus | Venus | 6:07-cv-15456 |
| Vera-Cedallos | Elizabeth | 6:07-cv-15457 |
| Villar | Rosa | 6:07-cv-15458 |
| Vipperman | Patricia | 6:07-cv-15460 |
| Wall | Theresa | 6:07-cv-15466 |
| Walton | Michael | 6:07-cv-15469 |
| Walton | Patricia | 6:07-cv-15470 |
| Ward | Charlene | 6:07-cv-15471 |
| Ward | Judie | 6:07-cv-16663 |
| Watkins | Wanda | 6:07-cv-15480 |
| Watson | Damion | 6:07-cv-15481 |
| Watson | Jeffrey | 6:07-cv-15482 |
| Watson | Jennifer, on Behalf of Troy Minton, an Incapacitated Adult | 6:07-cv-16669 |
| Watts | John | 6:07-cv-15483 |
| West | Sharon | 6:07-cv-15488 |
| Westbrook | Anthony | 6:07-cv-15489 |
| White | Kelly | 6:07-cv-15492 |
| Wickard | Rosemary | 6:07-cv-15499 |
| Wight | Alyssa | 6:07-cv-15500 |
| Willett | Kristina | 6:07-cv-16683 |
| Williams | Donald | 6:07-cv-16690 |
| Williams | Joanne | 6:07-cv-15507 |
| Williams | Leah | 6:07-cv-15510 |
| Williams | Sharon | 6:07-cv-15516 |
| Williams | Wanda | 6:07-cv-15518 |

EXHIBIT A – 8

| | | |
|---|---|---|
| Wilson | Angenette | 6:07-cv-15522 |
| Winters | Stacey | 6:07-cv-16703 |
| Wise | Sharon | 6:07-cv-16704 |
| Wright | Charles | 6:07-cv-15540 |
| Young | Christopher | 6:07-cv-15550 |
| Young | Crystal | 6:07-cv-15551 |

**Bailey Perrin Bailey, LLP**
Dismissed pursuant to Order of 10/22/2007 (Doc. No. 10)

| Last Name | First name | Case No. |
|---|---|---|
| Dawkins | Yvonne | 6:07-cv-14789 |

**Bailey Perrin Bailey, LLP**
Dismissed pursuant to Order of 10/22/2007
(Doc. No. 10)

| Last Name | First name | Case No. |
|---|---|---|
| Hampton | Willie | 6:07-cv-16157 |

**Bailey Perrin Bailey, LLP**
Dismissed pursuant to Order of 10/22/2007
(Doc. No. 12)

| Last Name | First name | Case No. |
|---|---|---|
| Shaw | Donald | 6:07-cv-12838 |

**Bailey Perrin Bailey, LLP**
Dismissed pursuant to Order of 10/22/2007
(Doc. No. 10)

| Last Name | First name | Case No. |
|---|---|---|
| Woods | Barbara | 6:07-cv-15676 |

**Bailey Perrin Bailey, LLP**
Dismissed pursuant to Order of 10/22/2007
(Doc. No. 12)

| Last Name | First name | Case No. |
|---|---|---|
| Brown | Darcelia | 6:07-cv-13163 |

| Bailey Perrin Bailey, LLP<br>Dismissed pursuant to Order of 10/22/2007<br>(Doc. No. 12) | | |
|---|---|---|
| Last Name | First name | Case No. |
| Kersey | Barbara | 6:07-cv-13747 |

| Bailey Perrin Bailey, LLP<br>Dismissed pursuant to Order of 10/22/2007<br>(Doc. No. 12) | | |
|---|---|---|
| Last Name | First name | Case No. |
| Mitchell | James | 6:07-cv-13951 |

| Bailey Perrin Bailey, LLP<br>Dismissed pursuant to Order of 10/22/2007<br>(Doc. No. 12) | | |
|---|---|---|
| Last Name | First name | Case No. |
| Terhark | JoAnn | 6:07-cv-14367 |

| Bailey Perrin Bailey, LLP<br>Dismissed pursuant to Order of 10/22/2007<br>(Doc. No. 10) | | |
|---|---|---|
| Last Name | First name | Case No. |
| Will | James | 6:07-cv-14476 |

| Bailey Perrin Bailey, LLP<br>Dismissed pursuant to Order of 10/22/2007<br>(Doc. No. 10) | | |
|---|---|---|
| Last Name | First name | Case No. |
| Molina | Lupe, as the Proposed Administrator of the Estate of Mona Vasquez, Deceased | 6:07-cv-13956 |

EXHIBIT A – 10

| Bailey Perrin Bailey, LLP<br>Dismissed pursuant to Order of 10/22/2007<br>(MDL Doc. No. 596) | | |
|---|---|---|
| Last Name | First name | Case No. |
| Walker | Jennifer | 6:07-cv-15464 |
| Wendland | Lee | 6:07-cv-10470 |

| Bailey Perrin Bailey, LLP<br>Dismissed pursuant to Order of 10/25/2007<br>(MDL Doc. No. 606) | | |
|---|---|---|
| Last Name | First name | Case No. |
| Dees | Lisa, as Next Friend of M.A.D., a Minor | 13352 |
| Finch | Megan | 1340 |
| Warren | Pierre | 12243 |

| Bailey Perrin Bailey, LLP<br>Dismissed Pursuant to Order of 10/29/2007<br>(Doc. No. 13) | | |
|---|---|---|
| Last Name | First name | Case No. |
| Pinckney | Rickey | 6:07-cv-14077 |

| Bailey Perrin Bailey, LLP<br>Dismissed Pursuant to Order of 10/29/2007<br>(Doc. No. 13) | | |
|---|---|---|
| Last Name | First name | Case No. |
| Willhite | Allene | 6:07-cv-12982 |

EXHIBIT A – 11