# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

## ORDER

This cause comes before the Court for consideration of Plaintiffs' Emergency Motion to Consolidate Cases for Purposes of Appeal or, in the Alternative, for Relief From Judgment or Order Under Federal Rule 60(b) (Doc. 694), filed November 16, 2007.  Plaintiffs ask this Court to consolidate certain individual cases in this MDL in order to facilitate more efficient and cost-effective appeal.  In the alternative, Plaintiffs request that this Court vacate the dismissal orders in certain individual cases, pursuant to Fed. R. Civ. P. 60 (b), and reinstate such orders in the Master docket so that they may be appealed jointly.

A motion to consolidate is presently pending before the Court of Appeals. The Court finds that the issues presented by Plaintiffs' motion with regard to consolidated appeals are more properly reserved for consideration and determination by the Eleventh Circuit.

Accordingly, Plaintiffs' Emergency Motion (Doc. 694) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 19, 2007.

Copies furnished to:

Counsel of Record

_____
ANNE C. CONWAY
United States District Judge