# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

Case No. 6:06-md-1769-Orl-22DAB

This Document Relates to ALL CASES

---

## SUPPLEMENTAL REPORT OF THE SPECIAL MASTER AND PROJECT MANAGEMENT OFFICE FOR CASE-SPECIFIC DISCOVERY

---

**REPORT NUMBER: 3A**

**DATE: NOVEMBER 19, 2007**

# CONTENTS

**PAGE**

I. INTRODUCTION ............................................................................................... 1

II. REPORT ON STATUS ....................................................................................... 1

    A. Documents Requested by Plaintiffs from Sales Representatives Designated for Discovery ...................................................................... 1

    B. AstraZeneca's Motion to Compel Plaintiffs to Produce Documents in Their Possession or Have Their Cases Dismissed with Prejudice (Document No. 620) ............................................................................. 1

    C. Plaintiffs' Motion for Sanctions Due to Misconduct in Case-Specific Discovery (Document No. 604) .............................................................. 2

        1. Status of the Motion ....................................................... 2

        2. Evidentiary Hearing Set for November 27, 2007 ......... 4

III. CONCLUSION .................................................................................................... 4

## I.  INTRODUCTION

At the status conference on November 15, 2007, the Court directed the Special Master to submit a Supplemental Report to provide an update on its Report No. 3 filed on November 13, 2007, relating to three pending discovery disputes affecting case-specific discovery.  The Special Master conducted additional telephone conference calls with the Parties on November 16, 2007.  This Supplemental Report summarizes the status of the three matters after those calls.

## II.  REPORT ON STATUS

**A.    Documents Requested by Plaintiffs from Sales Representatives Designated for Discovery.**

The Special Master has fully resolved this dispute relating to cases designated for discovery in the case-specific discovery program.  The Special Master will issue a Report and Recommendation to the Parties to define the manner in which these documents requested by Plaintiffs relating to Sales Representatives designated for deposition shall be handled during the remainder of the case-specific program.  There will be no need for further proceedings by the Court on this matter.

**B.    AstraZeneca's Motion to Compel Plaintiffs to Produce Documents in Their Possession or Have Their Cases Dismissed with Prejudice (Document No. 620).**

The Parties and the Special Master have resolved all issues relating to this Motion.  That resolution will be described in the Special Master's Report and Recommendation on the Motion.  There will be no need for further proceedings before the Court on this Motion.

### C. Plaintiffs' Motion for Sanctions Due to Misconduct in Case-Specific Discovery (Document No. 604).

#### 1. Status of the Motion.

The Special Master conducted another telephonic hearing on this Motion with Plaintiffs' counsel, Dennis Canty, and Defendants' counsel, Russell Stewart, on November 16, 2007. The Parties have resolved many of the issues presented by this Motion as they relate to the content and manner of Defendants' contact disclosures henceforth. These issues remain unresolved at present:

(1) **Accounts Payable Records:** Defendants presented on November 16, 2007, an Excel spreadsheet containing electronic information on payments made by Defendants to prescribing Physicians from Defendants' Account Payable database. The spreadsheets from these databases disclose information on all payments directly to a Physician by Defendants on anything relating to Seroquel. They also provide more detail than had been produced thus far on the nature and purpose of each payment. Mr. Canty will review these spreadsheets and report back to the Special Master in a call set for 2:00 p.m. ET on Monday, November 26, 2007, whether this information is sufficient, or whether Plaintiffs demand production of additional information. In particular, the Special Master discussed with the Parties whether the Plaintiffs will continue to seek:

   (a) Information on amounts paid to physicians by Defendants for matters unrelated to Seroquel.

   (b) More information relating to the nature and purpose of the payments reflected in the spreadsheets to be produced. Defendants have represented that these spreadsheets constitute the entirety of the information available in what Defendants see as their "Accounts Payable records" and that to research additional information on the nature of the speaking occasion, study, or other event giving rise to the payment would require examining subject matter files or other materials beyond the Accounts Payable databases.

      (c)     Production of information relating to payments made by Defendants not directly to Physicians but also payments by Defendants Sales Representative employees to reimburse the Sales Representatives for meals, gifts, or other entertainment provided to a prescribing Physician by the Sales Representative.  Defendants contend that CMO 4 requires disclosure of information regarding payments by Defendants directly to a Physician, and not to Defendants' employees for matters relating to the Physicians.

(2)     **Indices and organization required by the August 3, 2007 Order:**  Defendants have produced two production indices, certain aspects of a "Market Pro" database regarding promotional items ordered by and distributed to sales representatives, and other materials.  Mr. Canty believes that these materials do not present the full organization and identification required by the Court's August 3, 2007 Order.  Mr. Canty is to meet and confer with counsel for Defendants with whom he originally met and conferred to obtain these indices to express his perceptions relating to these indices and attempt to resolve the problem.  Mr. Stewart was not involved in those original meet and confer sessions but will assist in the current efforts to narrow or resolve this problem.  The Parties are to report back to the Special Master on this issue on November 26, 2007.

(3)     **Sanctions:**  The Parties and the Special Master have determined the content and manner in which contact disclosures will be made by Defendants going forward in all cases designated for case-specific discovery in which the prescribing g Physician and Sales Representative depositions have not occurred.  Without waiving any rights to the information in the future should a need arise, Plaintiffs have agreed that Defendants need not at present return to cases where prescribing Physician and Sales Representative depositions have already been concluded to supplement disclosures in those cases with additional materials being produced by Defendants going forward.  Plaintiffs do, however, continue to seek against Defendants the sanction of striking the learned intermediary defense in prior cases where Plaintiffs feel the disclosures were not complete when made or not made timely.

3

2. **Evidentiary Hearing Set for November 27, 2007.**

Because Plaintiffs continue to seek the sanction of striking the learned intermediary defense in certain of their cases, the Parties and the Special Master believe that an evidentiary hearing before the Court will be necessary. The Parties and the Special Master agree, however, that it would be premature to hold such an evidentiary hearing on November 27, 2007, as it is presently scheduled, and recommend to the Court that that hearing be canceled and that the hearing be reset with the Court along with its scheduling of the hearing on remedies relating to more general discovery matters, which may occur in January, 2008.

### III.  CONCLUSION

The Special Master will issue and Report and Recommendation to the Parties summarizing the resolution of these discovery matters. In the interim, Defendants are not awaiting that Report and Recommendation to commence production of Sales Representative documents and contact disclosures in accordance with the agreements and decisions made by the Special Master during the series of calls with the Parties in the remaining cases set for case-specific discovery

Respectfully submitted,

BROWNGREER PLC

By: **s/ Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia  23219
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com

4

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 19, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.

                 __s/ Orran L. Brown__
                 Orran L. Brown
                 Virginia State Bar No. 25832
                 BrownGreer PLC
                 115 South 15th Street, Suite 400
                 Richmond, Virginia  23219
                 Telephone:  (804) 521-7201
                 Facsimile:  (804) 521-7299
                 Email:  obrown@browngreer.com

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

3

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |

4