*Jack B. Weinstein*
*Senior United States District Judge*
*Eastern District of New York*
*225 Cadman Plaza East*
*Brooklyn, NY 11201*

*Tel: 718-613-2520*
*Fax: 718-613-2527*



| | | |
|---|---|---|
| **TO**: | Nina M. Gussack, Pepper Hamilton LLP | ~215-981-4307 |
| | Samuel J. Abate, Jr., Pepper Hamilton, LLP | ~866-738-9621 |
| | Fred T. Magaziner, Dechert LLP | ~215-994-2222 |
| | Randolph Sherman, Kaye Scholar LLP | ~212-836-8689 |
| | The Honorable Anne C. Conway, District Judge, FL | ~407-835-4277 |
| | The Honorable David A. Baker, Magistrate Judge, FL | ~407-835-4299 |
| | Kenneth T. Fibich, Fibich, Hampton & Leebron | ~713-751-0030 |
| | K. Camp Bailey, Bailey, Perrin & Bailey, LLP | ~713-425-7101 |
| | James Shaughnessey, Milberg Weiss | ~212-868-1229 |

**DATE**: November 19, 2007      **# OF PAGES WITH COVER**:   2

**RE**:   *Zyprexa Products Liability Litigation*, 04-MD-01596
*Seroquel Product Liability Litigation*, MDL No. 1769
If you have any questions, please call Anya Emerson, Law Clerk, at 718-613-2523.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re: ZYPREXA                                          04-MD-01596 (JBW)
PRODUCTS LIABILITY LITIGATION
------------------------------------------------------x
THIS DOCUMENT RELATES TO:                               ORDER

ALL ACTIONS
------------------------------------------------------x

Jack B. Weinstein, Senior United States District Judge:

      AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca") move to Intervene for the Limited Purpose of Opposing Plaintiffs' Steering Committee's ("PSC II") Motion for a Protective Order. PSC II was responding to an October 18, 2007 order entered in In re Seroquel Products Liability Litigation, MDL Docket No. 1769 ("Seroquel MDL"), requiring information available in the Zyprexa 04-MD-01596 files.

      AstraZeneca's motion to intervene for these limited purposes is granted. AstraZeneca's Opposition papers are accepted.

      A hearing is scheduled for 11:00 A.M. on November 20, 2007 at 225 Cadman Plaza East, Brooklyn, N.Y. Parties may participate by telephone conference arranged with the court's Case Coordinator, Ms. June Lowe (718-613-2525). AstraZeneca shall notify the judge and magistrate judge in the Seroquel MDL and the attorneys on the Seroquel MDL service list of the hearing date and time.

SO ORDERED

Jack. B. Weinstein
Senior United States District Judge

Dated: Brooklyn, New York
       November 16, 2007

1