*Jack B. Weinstein*
*Senior United States District Judge*
*Eastern District of New York*
*225 Cadman Plaza East*
*Brooklyn, NY 11201*

*Tel: 718-613-2520*
*Fax: 718-613-2527*



| | | |
|---|---|---|
| **TO**: | Nina M. Gussack, Pepper Hamilton LLP | ~215-981-4307 |
| | Samuel J. Abate, Jr., Pepper Hamilton, LLP | ~866-738-9621 |
| | Fred T. Magaziner, Dechert LLP | ~215-994-2222 |
| | Randolph Sherman, Kaye Scholar LLP | ~212-836-8689 |
| | The Honorable Anne C. Conway, District Judge, FL | ~407-835-4277 |
| | The Honorable David A. Baker, Magistrate Judge, FL | ~407-835-4299 |
| | Kenneth T. Fibich, Fibich, Hampton & Leebron | ~713-751-0030 |
| | K. Camp Bailey, Bailey, Perrin & Bailey, LLP | ~713-425-7101 |
| | James Shaughnessey, Milberg Weiss | ~212-868-1229 |

**DATE**: November 19, 2007　　　　　　　　　　**# OF PAGES WITH COVER**:　2

**RE**:　*Zyprexa Products Liability Litigation*, 04-MD-01596
　　*Seroquel Product Liability Litigation*, MDL No. 1769
　　If you have any questions, please call Anya Emerson, Law Clerk, at 718-613-2523.

* Please distribute to parties not included on the distribution list.

# Pepper Hamilton LLP
Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

Andrew R. Rogoff
direct dial: 215-981-4881
direct fax: 215-689-4519
rogoffa@pepperlaw.com

November 16, 2007

11/16/07

**VIA FAX**

The Honorable Jack B. Weinstein
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*notify granted So ordered JBW*

Re:   In re: Zyprexa Products Liability Litigation, MDL 1596
      Hearing Scheduled for November 20, 2007

Dear Judge Weinstein:

Your Honor has scheduled a hearing for November 20, 2007, on the Plaintiffs' Steering Committee's Motion for Order Preserving Confidentiality of Settlement Agreements. Because of a family medical issue affecting one of the lawyers, counsel for the PSC, Lilly and AstraZeneca request that the Court reschedule the hearing for November 27, 2007, at ~~2 p.m.~~ 10:30am. We have been informed by Ms. Lowe that the suggested time is available on Your Honor's calendar. Thank you for your consideration of this request.

Respectfully yours,

Andrew R. Rogoff

ARR/jls

cc:   Ms. June Lowe
      Randolph Sherman, Esquire
      Fred Magaziner, Esquire
      Sara Fendia, Esquire
      (all via e-mail)