# EXHIBIT B

| Bailey Perrin Bailey, LLP                                              |||
| :---: | :---: | :---: |
| Dismissed Pursuant to Order of 10/18/2007 (MDL Doc. No. 582)           |||
| Last Name | First name | Case No. |
| Broadnax | Jennie | 6:07-cv-14672 |
| Mongar | Douglas | 6:07-cv-11800 |
| Pace | Minnie | 6:07-cv-16424 |
| Potter | Charles | 6:07-cv-11878 |
| Smith | David | 6:07-cv-14284 |
| Taylor | Joann | 6:07-cv-14361 |
| Wilson | Larry | 6:07-cv-16699 |

| Bailey Perrin Bailey, LLP                                              |||
| :---: | :---: | :---: |
| Dismissed Pursuant to Order of 10/18/2007 (MDL Doc. No. 583)           |||
| Last Name | First name | Case No. |
| Aings | Maritta | 6:07-cv-13024 |
| Coleman | Janis | 6:07-cv-12380 |
| Guyer | Arlis | 6:07-cv-13527 |
| Hatfeld | Sherry | 6:07-cv-13579 |
| Mapes | Elizabeth | 6:07-cv-12665 |
| Mclauchlin | Shirley | 6:07-cv-13915 |
| Mincey | Gladys | 6:07-cv-13947 |
| Phillips | Chante | 6:07-cv-12760 |
| Richardson | Irene | 6:07-cv-14150 |
| Shired | Palthera | 6:07-cv-14265 |
| Williams | Julia | 6:07-cv-14488 |