# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In Re:

Seroquel Products Liability Litigation,

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker<br>United States<br>Magistrate Judge | DATE AND TIME | November 20, 2007<br>10:30-11:30 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Sandy Tremel |
| Non-parties | Phil Spellane<br>Rachael Balladan<br>Brian Kaplan<br>Rachael Balladan | | |
| COUNSEL/PLTF. | Scott Allen<br>Holly Wheeler | COUNSEL/DEF. | Fred Magaziner<br>Kenneth Friedman |

**Motions to Compel**
Motions for Protective Order
Document Numbers: #666, #670, #672, #674

Case called, appearances taken
Procedural setting by court
Parties address pending issues with the court
Court makes rulings in open court