**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation.**

Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause came on for consideration with oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFFS' MOTION TO AMEND CURRENT DEADLINES (Doc. No. 567)**
>
> **FILED:** October 12, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice to the extent not mooted by Doc. No. 695**, the Report and Recommendation regarding amended schedule for discovery.

**DONE** and **ORDERED** in Orlando, Florida on November 20, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record