**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____/

## NOTICE CANCELING NOVEMBER 27, 2007 EVIDENTIARY HEARING AND AMENDED NOTICE OF HEARING FOR DECEMBER 18, 2007

**TAKE NOTICE** that the Evidentiary Hearing set for November 27, 2007 is **CANCELED** and the status conference scheduled to be held before the undersigned on **TUESDAY, DECEMBER 18, 2007** at **10:00 A.M.** will include discussion of the status of the remaining issues from Plaintiffs' Motion for Sanctions Due to Misconduct in Case-Specific Discovery (Doc. No. 604), as identified in the SM-PMO's Report 3A dated November 19, 2007. Doc. No. 698 at 4-5.

**DONE** and **ORDERED** in Orlando, Florida on November 20, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

**PLEASE NOTE**: **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.