# EXHIBIT A

# Exhibit "A"

| Bailey Perrin Bailey, LLP<br>Dismissed Pursuant to Order of 9/18/2007 (MDL Doc. No. 473)<br>11th Circuit Court of Appeals Docket No.  07-14912-H | | |
|---|---|---|
| Last Name | First name | Case No. |
| Ginter | Cheryl | 6:07-cv-11597 |
| Hamilton | Algee | 6:07-cv-13539 |
| Hanshew | Sharon | 6:07-cv-11621 |
| Hensley | Frederick | 6:07-cv-12554 |
| Ironhawk | Williamette | 6:07-cv-11668 |
| Krager | Nicholas | 6:07-cv-11720 |
| McPherson | Pam | 6:07-cv-12695 |
| Meddeaugh | Jay | 6:07-cv-12185 |
| Rochester | Tammy | 6:07-cv-11919 |
| Warren | Jennifer | 6:07-cv-12955 |

| Bailey Perrin Bailey, LLP<br>Dismissed Pursuant to Order of 9/18/2007 (MDL Doc. No. 474)<br>11th Circuit Court of Appeals Docket No.  07-14912-H | | |
|---|---|---|
| Last Name | First name | Case No. |
| Adamson | Kathleen | 6:07-cv-12261 |
| Allegri | Kathryn | 6:07-cv-11356 |
| Amendola | Joan | 6:07-cv-12267 |
| Amorese | Jayne | 6:07-cv-13034 |
| Armstrong | Monique | 6:07-cv-15679 |
| Augustine | Francis | 6:07-cv-13051 |
| Austin | Richard | 6:07-cv-13053 |
| Baker | Marcus | 6:07-cv-13059 |
| Ball | Reva | 6:07-cv-13063 |
| Banda - Vega | Manuel | 6:07-cv-12278 |
| Banion | David | 6:07-cv-13067 |
| Barnes | Valencia | 6:07-cv-13072 |
| Barwick | Rodney | 6:07-cv-13079 |
| Beckham | Donald | 6:07-cv-13088 |
| Bedford | Cheryl | 6:07-cv-13090 |
| Belille | Bonnie | 6:07-cv-15685 |

| | | |
|---|---|---|
| Bell | James | 6:07-cv-13094 |
| Bellamy | Susan | 6:07-cv-13096 |
| Bowens | Richard | 6:07-cv-13140 |
| Brewer | Cynthia | 6:07-cv-13152 |
| Brown | Dylan | 6:07-cv-13166 |
| Brown | Freddie | 6:07-cv-12318 |
| Brown | Larry | 6:07-cv-13172 |
| Bruner | Robert | 6:07-cv-13184 |
| Bryan | Jonathan | 6:07-cv-13186 |
| Bucher | Amanda | 6:07-cv-13191 |
| Burket | Melanie | 6:07-cv-12328 |
| Cain | Pamela | 6:07-cv-12338 |
| Campbell | Connie | 6:07-cv-12344 |
| Campbell | Linda | 6:07-cv-12345 |
| Campbell | Vera | 6:07-cv-12346 |
| Carder | Sandra | 6:07-cv-13225 |
| Chastain | Connie | 6:07-cv-12366 |
| Chatham | Marvin | 6:07-cv-13241 |
| Chewning | Ora | 6:07-cv-13247 |
| Childers | Debra | 6:07-cv-13249 |
| Childers | Sandra | 6:07-cv-13250 |
| Chin | Kenneth | 6:07-cv-12368 |
| Church | Mary | 6:07-cv-13254 |
| Clark | Adam | 6:07-cv-13256 |
| Clark | Timothy | 6:07-cv-12371 |
| Claypool | Janet | 6:07-cv-13259 |
| Claypool | Wanda | 6:07-cv-13260 |
| Coffelt | Lila | 6:07-cv-13272 |
| Coleman | Nancy | 6:07-cv-13276 |
| Collins | Virginia | 6:07-cv-13280 |
| Colwell | Angela | 6:07-cv-15697 |
| Commodore | Robert | 6:07-cv-13281 |
| Conrad | John | 6:07-cv-12388 |
| Cooper | Richard | 6:07-cv-13296 |
| Corpeno | Diane | 6:07-cv-13301 |
| Cuestas | Ruth | 6:07-cv-12402 |
| Curtis | Marilyn | 6:07-cv-13318 |
| Daniels | Amirah | 6:07-cv-13323 |
| Davis | Nancy | 6:07-cv-13334 |
| Dean | Beverly | 6:07-cv-13347 |
| Dickey | Donnie | 6:07-cv-13362 |
| Dill | Ronald | 6:07-cv-13365 |
| Dorwart | Carolyn | 6:07-cv-12436 |
| Duckworth | Laura | 6:07-cv-12439 |
| Dugger | Billie | 6:07-cv-13386 |

Exhibit A
3

| | | |
|---|---|---|
| Durdel | Kathy | 6:07-cv-12441 |
| Edens | Hazel | 6:07-cv-12447 |
| Elliot | Frank | 6:07-cv-12453 |
| Elliott | Rosa | 6:07-cv-13400 |
| Eskew | Karen | 6:07-cv-12461 |
| Fell | Jennifer | 6:07-cv-13420 |
| Ferguson | William | 6:07-cv-13421 |
| Fernand | Dawn | 6:07-cv-12471 |
| Fickbohm | Russell | 6:07-cv-13423 |
| Field | Barry | 6:07-cv-12472 |
| Fooce | Dianna | 6:07-cv-13438 |
| Fraley | Richard | 6:07-cv-13441 |
| Freshour | Sherry | 6:07-cv-13445 |
| Gallegos | George | 6:07-cv-13457 |
| Gentry | Billy | 6:07-cv-12487 |
| George | Shiela | 6:07-cv-13471 |
| Gibson | Sandra | 6:07-cv-12493 |
| Gillia | Ashley | 6:07-cv-12496 |
| Givens | Judy | 6:07-cv-13479 |
| Glasper | Korvetta | 6:07-cv-13480 |
| Godbout | John | 6:07-cv-13483 |
| Gomes | Jacquelilne | 6:07-cv-13488 |
| Gragorace | Richard | 6:07-cv-13500 |
| Gray | Janice | 6:07-cv-12514 |
| Griffin | Debra | 6:07-cv-13519 |
| Hadorn | Barbara | 6:07-cv-12527 |
| Hall | Barbara | 6:07-cv-12528 |
| Hall | Marion | 6:07-cv-15732 |
| Hammond | Jenelle | 6:07-cv-13545 |
| Hankinson | Robert | 6:07-cv-13547 |
| Harlow | Teresa | 6:07-cv-13557 |
| Harper | Kathy | 6:07-cv-13560 |
| Harris | Dustin | 6:07-cv-13564 |
| Hawkins | Sherry | 6:07-cv-13583 |
| Haynes | Tanika | 6:07-cv-12547 |
| Heredia | Alberto | 6:07-cv-12555 |
| Hillard | Wilbur | 6:07-cv-13604 |
| Holcomb | Angela | 6:07-cv-13607 |
| Holloway | Robert | 6:07-cv-12567 |
| Hollywood | Raymond | 6:07-cv-13611 |
| Holmes | Robert | 6:07-cv-13616 |
| Holt | Beatrice | 6:07-cv-13618 |
| Hurley-Reid | Linda | 6:07-cv-12580 |
| Hyatt | Dorothy | 6:07-cv-13647 |
| Iler | Denise | 6:07-cv-12583 |

Exhibit A

| Irvin | Wilma | 6:07-cv-12584 |
|---|---|---|
| Jackson | Brenda | 6:07-cv-13659 |
| Jefferson | Tina | 6:07-cv-13679 |
| Jenkins | Shellena | 6:07-cv-13683 |
| Johnson | Beverly | 6:07-cv-15741 |
| Johnson | Charles | 6:07-cv-11683 |
| Johnson | David | 6:07-cv-13690 |
| Johnson | Edward, as next friend of K.J., a minor | 6:07-cv-13693 |
| Jones | Irene | 6:07-cv-13702 |
| Jones | Shirley | 6:07-cv-12606 |
| Jones Adams | Emma | 6:07-cv-13708 |
| Keith | Cindy | 6:07-cv-13731 |
| Keith | Freddie | 6:07-cv-13732 |
| Keith | Gilbert | 6:07-cv-12609 |
| Kelley | Jada | 6:07-cv-13736 |
| Kelly | Sean | 6:07-cv-12611 |
| Kennedy | Debra | 6:07-cv-13742 |
| Kidder | Timothy | 6:07-cv-13751 |
| Knoff | Matthew | 6:07-cv-13772 |
| Kotlarczyk | Jeffrey | 6:07-cv-13777 |
| Leal | Jaime | 6:07-cv-12641 |
| Leal-Pena | Isidro | 6:07-cv-12642 |

| Bailey Perrin Bailey, LLP Dismissed Pursuant to Order of 9/18/2007 (MDL Doc. No. 476) 11th Circuit Court of Appeals Docket No.  07-14912-H | | |
|---|---|---|
| Last Name | First name | Case No. |
| Lee | Carrie | 6:07-cv-12643 |
| LeFlore | Carla | 6:07-cv-12639 |
| Lillard | Ashley | 6:07-cv-12649 |
| Lindsey | Gerald | 6:07-cv-12653 |
| McCormack | Karen | 6:07-cv-12686 |
| McHan | Hilary | 6:07-cv-12690 |
| Myers | Ernest | 6:07-cv-12723 |
| Nance | Janet | 6:07-cv-12725 |
| Otis | Barbara | 6:07-cv-12742 |
| Patten | Lila | 6:07-cv-12751 |
| Peoples | Cheryl | 6:07-cv-12754 |
| Pollack | Jason | 6:07-cv-12767 |
| Poteete | Jimmy | 6:07-cv-12775 |
| Rangel | Michael | 6:07-cv-14120 |

Exhibit A
5

| Renfro | Dominick | 6:07-cv-14140 |
|--------|----------|---------------|
| Richardson | Barbara | 6:07-cv-12795 |
| Rivera | Carlos | 6:07-cv-14160 |
| Robinson | William | 6:07-cv-12806 |
| Sandy | Geneva | 6:07-cv-14220 |
| Sayles | Gale | 6:07-cv-12823 |
| Smith | Ingrid | 6:07-cv-12858 |
| Snow | Connie | 6:07-cv-12868 |
| Steele | Sarah | 6:07-cv-12878 |
| Thomas | Jodi | 6:07-cv-12901 |
| Thompson | Jack | 6:07-cv-12906 |
| Underwood | Donna | 6:07-cv-12923 |
| Upton | Jerry | 6:07-cv-12925 |
| Voiles | Gary | 6:07-cv-12938 |
| Walker | John | 6:07-cv-12947 |
| Wear | Kenneth | 6:07-cv-12039 |
| Wesley | Cheyneitheia | 6:07-cv-12968 |
| Whitehurst | Steven | 6:07-cv-12978 |
| Winder | Charles | 6:07-cv-12996 |

| Bailey Perrin Bailey, LLP<br>Dismissed Pursuant to Order of 9/19/2007 (MDL Doc. No. 479)<br>11th Circuit Court of Appeals Docket No.  07-14912-H | | |
|---|---|---|
| Last Name | First name | Case No. |
| Long | Marcus | 6:07-cv-13821 |
| Luckey | Hazel | 6:07-cv-13830 |
| Maatman | Loretta | 6:07-cv-13835 |
| Madosh | Marcia | 6:07-cv-13840 |
| Mainor | Charles | 6:07-cv-13843 |
| Manly | Burns | 6:07-cv-13851 |
| Mayfield | Lilian | 6:07-cv-13883 |
| McCabe | Jennifer | 6:07-cv-13884 |
| McCallister | Delbert | 6:07-cv-13886 |
| Mcclelland | Steven | 6:07-cv-13891 |
| McCoy | Jamie | 6:07-cv-13897 |
| McDaniel | Wilson | 6:07-cv-13905 |
| Miller | Barbara | 6:07-cv-13941 |
| Mitchell | Rodney | 6:07-cv-15767 |
| Mize | Laronda | 6:07-cv-13954 |
| Monarrez | Martin | 6:07-cv-13957 |
| Mose | Margaret | 6:07-cv-13976 |
| Mullins | Jason | 6:07-cv-13983 |

Exhibit A

| | | |
|---|---|---|
| Myhre | Sharon, as Next Friend of S.M., a Minor | 6:07-cv-15771 |
| Nydell | Ruben | 6:07-cv-14017 |
| Oloff | Barbara | 6:07-cv-14023 |
| Onstad | Michelle | 6:07-cv-14024 |
| Pace | Susan | 6:07-cv-14032 |
| Patat | Charlie | 6:07-cv-14041 |
| Peacock | Linda | 6:07-cv-14051 |
| Pearson | Emanuel | 6:07-cv-14055 |
| Philips | Monique | 6:07-cv-14069 |
| Pickett | Donna | 6:07-cv-14073 |
| Plendl | Sharon | 6:07-cv-14082 |
| Pontious | Gary | 6:07-cv-14084 |
| Porter | Neal | 6:07-cv-14087 |
| Postell | Joseph | 6:07-cv-14089 |
| Pritchett | Judith | 6:07-cv-14100 |
| Rakim | Tyhhiimm | 6:07-cv-14115 |
| Rank | Ryan | 6:07-cv-14121 |
| Reader | Clyde, as Next Friend of D.R., a Minor | 6:07-cv-14126 |
| Ream | Jackey | 6:07-cv-14127 |
| Ring | Gary | 6:07-cv-15787 |
| Roberts | Danielle | 6:07-cv-15789 |
| Robinett | Dena | 6:07-cv-14167 |
| Rodriguez | Rosa | 6:07-cv-14181 |
| Rogers | Willie | 6:07-cv-14185 |
| Rosenbalm | Sharon | 6:07-cv-14191 |
| Rosenthal | Darlene | 6:07-cv-14192 |
| Rudy | Kathleen | 6:07-cv-14202 |
| Ruff | Keyon | 6:07-cv-14203 |
| Rumsfelt | Nancy | 6:07-cv-14205 |
| Rusinowski | Francis | 6:07-cv-14206 |
| Sanchez | Linda | 6:07-cv-14213 |
| Schiess | Todd | 6:07-cv-14232 |
| Schmitt | Patrick | 6:07-cv-14233 |
| Selario | James | 6:07-cv-15794 |
| Singley | Brenda | 6:07-cv-14274 |
| Smith | Angelo | 6:07-cv-14279 |
| Smith | Clifton | 6:07-cv-14282 |
| Smith | Jennifer | 6:07-cv-15801 |
| Smith | LaTosha | 6:07-cv-14289 |
| Smith | Pierrette | 6:07-cv-14292 |
| Smith | Sonya | 6:07-cv-14294 |

Exhibit A

| Soliz | Richard | 6:07-cv-14303 |
|---|---|---|
| Strickland-Garland | Robin | 6:07-cv-15807 |
| Tensley | Virginia | 6:07-cv-14366 |
| Townsend | Barbara | 6:07-cv-14395 |
| Tracey | Jimmie | 6:07-cv-14396 |
| Urwiler | Veronica | 6:07-cv-14414 |
| Warnell | David | 6:07-cv-14449 |
| Watson | Lois | 6:07-cv-14457 |
| Williamson | Robert | 6:07-cv-14501 |
| Wimmer | Connie | 6:07-cv-14517 |
| Wood | Starlett | 6:07-cv-15821 |
| Woods | Maxine | 6:07-cv-13002 |
| Woods | William | 6:07-cv-13004 |
| Woolward | Simone, as Next Friend of D.L., a Minor | 6:07-cv-15822 |
| Wynn | Tonja | 6:07-cv-13009 |
| Yazzie | Jerry | 6:07-cv-14544 |
| Yoney | Pauline | 6:07-cv-14546 |

| Bailey Perrin Bailey, LLP Dismissed Pursuant to Order of 9/19/2007 (MDL Doc. No. 480) 11th Circuit Court of Appeals Docket No. 07-14912-H | | |
|---|---|---|
| Last Name | First name | Case No. |
| Lopez | Cynthia | 6:07-cv-15753 |
| Price | Lillie | 6:07-cv-15273 |
| Spencer | Phillip | 6:07-cv-15803 |
| Tooley | Neala, as Next Friend of G.N.T., a Minor [designated as Gary Tooley] | 6:07-cv-14393 |
| Zackery | Obiedee | 6:07-cv-14553 |

| Bailey Perrin Bailey, LLP Dismissed Pursuant to Order of 9/19/2007 (MDL Doc. No. 481) 11th Circuit Court of Appeals Docket No. 07-14912-H | | |
|---|---|---|
| Last Name | First name | Case No. |
| McCoy | Virginia | 6:07-cv-13898 |
| Micheaux | Demetrius | 6:07-cv-13938 |
| Morgan | Anthony | 6:07-cv-13968 |
| Partee | Joyce | 6:07-cv-14038 |

Exhibit A

| | | |
|---|---|---|
| Pfister | Michael | 6:07-cv-14068 |
| Robinson | Lemuel | 6:07-cv-14168 |
| Seiler | James | 6:07-cv-14248 |
| Silva | Cynthia | 6:07-cv-14268 |
| Thompson | Daniel | 6:07-cv-14378 |
| Walker | Renee | 6:07-cv-14438 |
| Watt | Julie | 6:07-cv-14458 |

| Bailey Perrin Bailey, LLP<br>Dismissed Pursuant to Order of 9/21/2007 (MDL Doc. No. 487)<br>11th Circuit Court of Appeals Docket No.  07-14912-H | | |
|---|---|---|
| Last Name | First name | Case No. |
| Callahan | Rita | 6:07-cv-12340 |
| Dice | Ethel | 6:07-cv-12426 |
| Faber | Debbie | 6:07-cv-12467 |
| Hill | Freddie | 6:07-cv-12560 |
| Lasseter | Kristy | 6:07-cv-13794 |
| May | Michael | 6:07-cv-12682 |
| Miller | Margaret | 6:07-cv-13943 |
| Sampson | Joanne | 6:07-cv-14211 |
| Schutt | Linda | 6:07-cv-14236 |
| Waters | Brenda | 6:07-cv-12957 |
| Zinzeris | Nicholas | 6:07-cv-15826 |

| Bailey Perrin Bailey, LLP<br>Dismissed Pursuant to Order of 9/26/2007 (MDL Doc. No. 508)<br>11th Circuit Court of Appeals Docket No.  07-14912-H | | |
|---|---|---|
| Last Name | First name | Case No. |
| Anderson | Stacey | 6:07-cv-10813 |
| Bartlett | Diana | 6:07-cv-12106 |
| Bryant | Valery | 6:07-cv-10219 |
| Burgess | Ruby | 6:07-cv-11149 |
| Campbell | Bruce | 6:07-cv-15569 |
| Carson | Michael | 6:07-cv-12118 |
| Drum | Sally | 6:07-cv-10514 |
| Lester | Christina | 6:07-cv-13806 |
| Lively | Steven | 6:07-cv-10345 |
| McCloud | Ellis | 6:07-cv-13892 |
| Miller | Jerry | 6:07-cv-10951 |
| Moyer | Brenda | 6:07-cv-11255 |
| Pearson | Janice | 6:07-cv-10716 |
| Peralez | Dominic | 6:07-cv-16442 |

Exhibit A

| Poston-Davis | Randala | 6:07-cv-10104 |
|---|---|---|
| Seay | Earl | 6:07-cv-11948 |
| Sizemore | Kimberly | 6:07-cv-10761 |
| Walker | Carrie | 6:07-cv-10566 |
| Warren | Nina | 6:07-cv-10567 |
| Williams | Willie | 6:07-cv-11044 |

|  |  |  |
|---|---|---|
| Bailey Perrin Bailey, LLP<br>Dismissed Pursuant to Order of 10/2/2007 (MDL Doc. No. 523)<br>11th Circuit Court of Appeals Docket No.  07-14912-H |||
| Last Name | First name | Case No. |
| Adair | Pamela | 6:06-01320 |
| Adkins | Larry | 6:06-01323 |
| Anderson | Carolyn | 6:07-cv-11120 |
| Anderson | Cathy | 6:07-cv-15827 |
| Anderson | Heather | 6:07-cv-10183 |
| Anderson | Serena | 6:07-cv-10486 |
| Andrews | Mary | 6:07-cv-15627 |
| Angel | Tony | 6:07-cv-11121 |
| Anthony | Lildra, on Behalf of Jessie Jefferson, an Incapacitated Adult | 6:07-cv-15870 |
| Arthur | Mark | 6:07-cv-10815 |
| Bailey | Janice | 6:07-cv-11125 |
| Baisden | Randall | 6:07-cv-11371 |
| Baker | Mary | 6:07-cv-12104 |
| Baldwin | Jimmy | 6:07-cv-10818 |
| Barfield | Gladyene | 6:07-cv-11381 |
| Barnes | Susan | 6:07-cv-10189 |
| Batchelor | Dion | 6:07-cv-10820 |
| Bell | Shavonna | 6:07-cv-11389 |
| Bilek | Amanda | 6:07-cv-13111 |
| Bird | Julie | 6:07-cv-10199 |
| Bjorn | Kjeld | 6:07-cv-10201 |
| Bledsoe | Juliana | 6:07-cv-11403 |
| Blish | Gary | 6:07-cv-10205 |
| Bohland | Sherry | 6:07-cv-11139 |
| Bonds | Janet | 6:07-cv-15922 |
| Boykin | Dezzie | 6:07-cv-10587 |
| Boylan | Kathleen | 6:07-cv-10207 |
| Bragg | Dennis | 6:07-cv-11421 |

Exhibit A
10

| | | |
|---|---|---|
| Brantley | Johnnie | 6:07-cv-13151 |
| Briscoe | Edward | 6:07-cv-11143 |
| Brow | Nancy | 6:07-cv-10826 |
| Brown | Shirley | 6:07-cv-11426 |
| Brumfield | Larry | 6:07-cv-10595 |
| Brummett | Amy | 6:07-cv-11434 |
| Burch | Kathryn | 6:07-cv-11437 |
| Burns | Michelle | 6:07-cv-11440 |
| Butler | Andre | 6:07-cv-10222 |
| Butler | Ida | 6:07-cv-12114 |
| Cantrell | Lance | 6:07-cv-10604 |
| Carmean | Louvica | 6:07-cv-11151 |
| Carter | Harold | 6:07-cv-11451 |
| Castro | Gina | 6:07-cv-10605 |
| Chamberlain | Susan | 6:07-cv-10836 |
| Charchan | Kim | 6:07-cv-10230 |
| Chavis | Patty | 6:07-cv-13243 |
| Chumbley | Ted | 6:07-cv-10235 |
| Clary | Silvia | 6:07-cv-11459 |
| Cline | George | 6:07-cv-13265 |
| Cobb | Jacqueline | 6:07-cv-11156 |
| Cody | Deborah | 6:07-cv-10608 |
| Cokley | Randy | 6:07-cv-11073 |
| Corella | Krystal | 6:07-cv-13300 |
| Crago | Sharon | 6:07-cv-13309 |
| Crawford | Elizabeth | 6:07-cv-11480 |
| Crenshaw | Craig | 6:07-cv-11482 |
| Crivello | Douglas | 6:07-cv-10246 |
| Crotts | Jill | 6:07-cv-11484 |
| Crouch | Ricki | 6:07-cv-11486 |
| Crowder | Kelly Jo, as Next Friend of D.C., a Minor | 6:07-cv-13314 |
| Cummings | Edith | 6:07-cv-10613 |
| Daniel | James | 6:07-cv-10614 |
| Daniel | Judy | 6:07-cv-10174 |
| Davis | Andrew | 6:07-cv-10250 |
| Davis | Lloyd | 6:07-cv-10616 |
| Davis | Mary | 6:07-cv-11499 |
| Davis | Tina | 6:07-cv-15632 |
| Davis | Tyra | 6:07-cv-10251 |
| Dean | Annette | 6:07-cv-10618 |
| Dennis | Ronnie | 6:07-cv-11509 |
| Dennison | Hasewood | 6:07-cv-11510 |
| Dever | Susan | 6:07-cv-10253 |

Exhibit A
11

| | | |
|---|---|---|
| Dixon | Theresa | 6:07-cv-10852 |
| Dixon | Thomas | 6:07-cv-13370 |
| Dobson | James | 6:07-cv-10853 |
| Dollarhide | Jillian | 6:07-cv-10175 |
| Dorsey | Leslie | 6:07-cv-11517 |
| Duran | Martin | 6:07-cv-10857 |
| Duvall | Bobby | 6:07-cv-10622 |
| Eady | Christine | 6:07-cv-10623 |
| Edwards | Karen | 6:07-cv-12129 |
| Edwards | Shawna | 6:07-cv-10625 |
| Elms | Loyd | 6:07-cv-15571 |
| Elrod | Sandra | 6:07-cv-10860 |
| Elzey | Bonita | 6:07-cv-10861 |
| Etienne | Marie | 6:07-cv-10264 |
| Evans | Charles | 6:07-cv-16089 |
| Eyanson | Brandon | 6:07-cv-11544 |
| Facio | Margaret | 6:07-cv-11545 |
| Fees | Kenneth | 6:07-cv-11549 |
| Filipovic | Wendy | 6:07-cv-13425 |
| Fink | Lawrence | 6:07-cv-10266 |
| Fischbach | Leonard | 6:07-cv-11559 |
| Fisher-Padgett | Julie | 6:07-cv-11054 |
| Flinchum, Jr. | Jerry | 6:07-cv-10169 |
| Flowers | Jonathan | 6:07-cv-11564 |
| Fludd | Georgia | 6:07-cv-10868 |
| Flynn | Kathleen | 6:07-cv-13436 |
| Foster | Penny | 6:07-cv-10870 |
| Foster | Thomas | 6:07-cv-10271 |
| Foster | William | 6:07-cv-11574 |
| Fox | William | 6:07-cv-11078 |
| Frank | Mary | 6:07-cv-11577 |
| Frazier | Cindy | 6:07-cv-11184 |
| Frederick | Sandra | 6:07-cv-12133 |
| Freeman | Michelle | 6:07-cv-16118 |
| Fryer | Herman | 6:07-cv-10633 |
| Furr | Donna | 6:07-cv-12134 |
| Gadsden | Genevia | 6:07-cv-12135 |
| Garrett | Bruce | 6:07-cv-10276 |
| Garrett | Nathan | 6:07-cv-10277 |
| Garza | Manuel | 6:07-cv-13469 |
| Gee | Nancy | 6:07-cv-10637 |
| Gibson | Shila | 6:07-cv-10877 |
| Gilmore | Santosha | 6:07-cv-12137 |
| Goldie | Kenneth | 6:07-cv-10643 |
| Goldman | Mary | 6:07-cv-15637 |

Exhibit A

| | | |
|---|---|---|
| Goldwater | Robert | 6:07-cv-13486 |
| Goode | Carolyn | 6:07-cv-10644 |
| Goodson | Tracey | 6:07-cv-10645 |
| Gordon | Lutricia | 6:07-cv-10647 |
| Gordon | Suzanne | 6:07-cv-12142 |
| Green | April | 6:07-cv-12146 |
| Green | Carol | 6:07-cv-15639 |
| Green | Nancy | 6:07-cv-10648 |
| Gregory | Lorraine | 6:07-cv-11608 |
| Griego | Lynda | 6:07-cv-10881 |
| Grogan | Michele | 6:07-cv-10177 |
| Gross | Earl | 6:07-cv-11611 |
| Halliburton | Fenton | 6:07-cv-11617 |
| Hamilton | Rodney | 6:07-cv-10652 |
| Harmon | James | 6:07-cv-10655 |
| Harris | Carolyn | 6:07-cv-10657 |
| Harris | Virginia | 6:07-cv-10660 |
| Harris | Wernetta | 6:07-cv-10661 |
| Hart | Kawana | 6:07-cv-13573 |
| Hart | Larry | 6:07-cv-11630 |
| Hart-Fambro | Gloria | 6:07-cv-10864 |
| Hartline | Howard | 6:07-cv-11202 |
| Haynes | Shane | 6:07-cv-10887 |
| Heckinger | Thomas | 6:07-cv-11634 |
| Hennegan | Adrean | 6:07-cv-11208 |
| Hennings | Andreia | 6:07-cv-10663 |
| Henry | Danielle | 6:07-cv-12154 |
| Hernandez | Otilio | 6:07-cv-11209 |
| Hill | Nicole | 6:07-cv-15645 |
| Hilyard | Lelah | 6:07-cv-10302 |
| Holcomb | Michael | 6:07-cv-13608 |
| Holmes | Wanda | 6:07-cv-12157 |
| Holt | Gail | 6:07-cv-10308 |
| Hooper | Marvin | 6:07-cv-10309 |
| Hopkins | Melissa | 6:07-cv-11656 |
| Hopper | Jimmy | 6:07-cv-10669 |
| Hoston | Richard | 6:07-cv-12159 |
| Howell | Janice | 6:07-cv-11212 |
| Hubbard | Frances | 6:07-cv-11663 |
| Huizar | Hazel | 6:07-cv-10900 |
| Hunt | Mary | 6:07-cv-10311 |
| Hurd | Greg | 6:07-cv-11667 |
| Jackson | Leona | 6:07-cv-11672 |
| Jackson | Ruth | 6:07-cv-10314 |
| James | Rosie | 6:07-cv-12163 |

Exhibit A
13

| | | |
|---|---|---|
| Jetton | Connie | 6:07-cv-11214 |
| Johnson | Craig | 6:07-cv-10319 |
| Johnson | Julie | 6:07-cv-10906 |
| Johnson | Kathleen | 6:07-cv-11690 |
| Johnson | Lanequa | 6:07-cv-10673 |
| Johnson | Mark | 6:07-cv-10907 |
| Johnson | Ronald | 6:07-cv-10322 |
| Jones | Alex | 6:07-cv-10323 |
| Jones | Ernest | 6:07-cv-12165 |
| Jones | Jennifer | 6:07-cv-10530 |
| Jones | Louise | 6:07-cv-13705 |
| Jordan | Sherry | 6:07-cv-13711 |
| Keith | Lutoungie | 6:07-cv-11706 |
| Kelderhouse | Carolyn | 6:07-cv-11220 |
| Keys | Rhonda | 6:07-cv-10913 |
| Kilgore | Carroll D | 6:07-cv-10914 |
| King | Laurie | 6:07-cv-13759 |
| King | Niyoka | 6:07-cv-11089 |
| King | Robert | 6:07-cv-10915 |
| Klimek | David | 6:07-cv-11714 |
| Kling | Mary | 6:07-cv-13768 |
| Kniffen | Patricia | 6:07-cv-11090 |
| Kurtz | Gary | 6:07-cv-13784 |
| Ladanyi | Gabriella | 6:07-cv-10681 |
| Landerman | Jessica | 6:07-cv-11724 |
| Lane | Merrill | 6:07-cv-11061 |
| Latulipe | Violet | 6:07-cv-11228 |
| Lay | Loretta | 6:07-cv-12172 |
| Leatherwood | April | 6:07-cv-10920 |
| Lee | Rebecca | 6:07-cv-13801 |
| Leedy | Parthenia | 6:07-cv-10338 |
| Lewis | Melanie | 6:07-cv-13813 |
| Lindee | Jennifer | 6:07-cv-11094 |
| Lindsey | Anthony | 6:07-cv-10344 |
| Lippert | Kenneth | 6:07-cv-10925 |
| Livaudais | Lionel | 6:07-cv-11095 |
| Lively | Dolly | 6:07-cv-10926 |
| Lockhart | Lavern | 6:07-cv-10688 |
| Lopez | Michael | 6:07-cv-10691 |
| Lowery | Stephen | 6:07-cv-10930 |
| Luke | Ida | 6:07-cv-11756 |
| Lynch | Lois | 6:07-cv-10933 |
| Mack | Joyce | 6:07-cv-10934 |
| Mae | Laura | 6:07-cv-11758 |
| Malek | Melinda | 6:07-cv-11760 |

Exhibit A
14

| | | |
|---|---|---|
| Manns | Lesa | 6:07-cv-10694 |
| Maquet | Brian | 6:07-cv-12182 |
| Matteson | Rosemarie | 6:07-cv-10938 |
| Maxey | Michelle | 6:07-cv-15602 |
| McCormick | Lou Ann | 6:07-cv-10539 |
| McCoy | Diane | 6:07-cv-11781 |
| McCoy | Dorothy | 6:07-cv-15603 |
| McElligott | Peter | 6:07-cv-15653 |
| Mcgee | Nettrea | 6:07-cv-11245 |
| Mckee | Michael | 6:07-cv-10945 |
| McKinney | Janice | 6:07-cv-10701 |
| Mclendon | Mary | 6:07-cv-11248 |
| McMahon | Angel | 6:07-cv-10946 |
| Metcalf | Jeanette | 6:07-cv-13937 |
| Miles | Jacqueline | 6:07-cv-11793 |
| Miller | Darryl, as the Proposed Administrator of the Estate of Marie Miller, Deceased | 6:07-cv-13942 |
| Mitchell | Beth | 6:07-cv-10371 |
| Moody | Vanessa | 6:07-cv-10705 |
| Morehead | Sally | 6:07-cv-10375 |
| Morrissey | Deckrice | 6:07-cv-10708 |
| Murph-Jones | Marie | 6:07-cv-10179 |
| Murray | Donald | 6:07-cv-10542 |
| Myrhol | Sherri | 6:07-cv-11820 |
| Nash | Richard | 6:07-cv-11258 |
| Newport | Deborah | 6:07-cv-11260 |
| Nickell | Nasha | 6:07-cv-14004 |
| Nowlin | Zelda | 6:07-cv-11830 |
| Ochoa | Linda | 6:07-cv-10960 |
| Odell | Marner | 6:07-cv-11833 |
| Oldford | Carman | 6:07-cv-10544 |
| Oliver | Lydia | 6:07-cv-11839 |
| Osborne | Michael | 6:07-cv-14028 |
| Owens | John | 6:07-cv-11842 |
| Owens | Kimberly | 6:07-cv-10962 |
| Palmer | Jettie | 6:07-cv-10389 |
| Parker | Phillip | 6:07-cv-11265 |
| Patterson | Roberta | 6:07-cv-10965 |
| Pattison | Joyful | 6:07-cv-10392 |
| Pawluk | Daniel | 6:07-cv-10966 |
| Pearson | Gwen | 6:07-cv-11854 |

Exhibit A
15

| | | |
|---|---|---|
| Peck | Michael | 6:07-cv-10968 |
| Perdue | Tanita | 6:07-cv-10717 |
| Perez | Yolanda | 6:07-cv-10719 |
| Phillips | Barbara,  as the Proposed Administrator of the Estate of James Phillips, Deceased | 6:07-cv-14071 |
| Phillips | Delores | 6:07-cv-10397 |
| Philpott | Richard | 6:07-cv-11270 |
| Pittman | Alice | 6:07-cv-10398 |
| Pollard | Donald | 6:07-cv-11875 |
| Powell | Bridgette | 6:07-cv-15659 |
| Price | Levell | 6:07-cv-15661 |
| Priest | Tamara | 6:07-cv-10404 |
| Protsman | Thomas | 6:07-cv-14102 |
| Prude | Belinda | 6:07-cv-12208 |
| Queen | Stacie | 6:07-cv-11888 |
| Quintana | Ruquilo | 6:07-cv-10549 |
| Rachfal | Michael | 6:07-cv-15662 |
| Rainey | Rechelle | 6:07-cv-10408 |
| Reida | Diana | 6:07-cv-11900 |
| Richards | Jakob | 6:07-cv-10412 |
| Richardson | Luma | 6:07-cv-11906 |
| Richardson | Ocelia | 6:07-cv-10732 |
| Richmond | Staycee | 6:07-cv-10983 |
| Rivers | Mary | 6:07-cv-10733 |
| Rizzo | Paul | 6:07-cv-12213 |
| Roberts | Amanda | 6:07-cv-10552 |
| Roberts | Doris | 6:07-cv-10736 |
| Robertson | Ruby, as the Proposed Administrator of the Estate of Nellie M. Robertson, Deceased | 6:07-cv-14165 |
| Robinette | Jack | 6:07-cv-10737 |
| Robinson | Kelly | 6:07-cv-11917 |
| Rockette | Clyde | 6:07-cv-10988 |
| Rodgers | Thomas | 6:07-cv-11286 |
| Rogers | Estell | 6:07-cv-11921 |
| Rohlfing | Shawn | 6:07-cv-10990 |
| Rolling | Bernadette | 6:07-cv-10420 |
| Rosa | Maria | 6:07-cv-10421 |

| Rouse | Virgina | 6:07-cv-11291 |
|---|---|---|
| Roy | Mary Ann | 6:07-cv-10423 |
| Sanders | Enda | 6:07-cv-10994 |
| Schallmo | Sandra | 6:07-cv-10996 |
| Scheiber | Renda | 6:07-cv-10428 |
| Schmidt | Carolyn | 6:07-cv-10431 |
| Schneider | Bret | 6:07-cv-10432 |
| Schulte | Gerard | 6:07-cv-10997 |
| Schulz | Anthony | 6:07-cv-16535 |
| Scott | Jerry | 6:07-cv-10751 |
| Sederkersky | Margaret | 6:07-cv-15665 |
| Selfridge | Karen | 6:07-cv-10753 |
| Semenuk | Joyce | 6:07-cv-10436 |
| Sherlin | Amanda | 6:07-cv-11302 |
| Sherwood | Spencer | 6:07-cv-15576 |
| Sizemore | Glenda | 6:07-cv-11965 |
| Smith | Anesiha | 6:07-cv-14280 |
| Smith | Bobbie | 6:07-cv-11304 |
| Smith | Darnette | 6:07-cv-10440 |
| Smith | Denise | 6:07-cv-14285 |
| Smith | Elizabeth | 6:07-cv-10763 |
| Smith | Maria | 6:07-cv-10441 |
| Smith | Ron | 6:07-cv-11971 |
| Smith | Theresa | 6:07-cv-10442 |
| Smithers | Roger | 6:07-cv-10558 |
| Sotnikow | Leon | 6:07-cv-10443 |
| Soukiassian | Ani | 6:07-cv-11974 |
| Spaulding | Gary | 6:07-cv-10444 |
| Stafford | Pamela | 6:07-cv-10446 |
| Stamps | James | 6:07-cv-11980 |
| Stone | Malena | 6:07-cv-11990 |
| Summerville | Yvonne | 6:07-cv-11994 |
| Sweeten | Loren | 6:07-cv-11014 |
| Swindle | Melody | 6:07-cv-11015 |
| Swisher | Jane | 6:07-cv-11317 |
| Tatum | Derrick | 6:07-cv-12000 |
| Taylor | Bertha | 6:07-cv-12233 |
| Taylor | Jeffrey | 6:07-cv-11319 |
| Thomas | Terry | 6:07-cv-12009 |
| Tillman | Frank | 6:07-cv-10779 |
| Timmerman | Julien | 6:07-cv-10459 |
| Tope | Karen | 6:07-cv-11113 |
| Treesh | James | 6:07-cv-11021 |
| Trujillo | Willliam | 6:07-cv-11022 |
| Turnage | Alan | 6:07-cv-11327 |

Exhibit A

| Van Hauter | Angela | 6:07-cv-10462 |
|---|---|---|
| Vanderhoef | Edan | 6:07-cv-10565 |
| Velarde | Geneive | 6:07-cv-10463 |
| Verhamme | James | 6:07-cv-14426 |
| Volesky | Desiree | 6:07-cv-12023 |
| Waite | Jennifer | 6:07-cv-10465 |
| Waite | William | 6:07-cv-11114 |
| Wallace | Agnes | 6:07-cv-11028 |
| Warner | Kimberly | 6:07-cv-11330 |
| Warren | Denice | 6:07-cv-15673 |
| Washington | Clarence | 6:07-cv-14452 |
| Watkins | Charlie | 6:07-cv-12033 |
| Watson | Ruletta | 6:07-cv-10789 |
| Webster | Claudia | 6:07-cv-11036 |
| West | Noreen | 6:07-cv-10472 |
| West | Walter | 6:07-cv-12049 |
| Westbrook | Frank | 6:07-cv-10794 |
| Westhal | Wayne | 6:07-cv-12248 |
| Whidby | Paul | 6:07-cv-10795 |
| Whisby | Anthony | 6:07-cv-12050 |
| White | Anthony | 6:07-cv-11334 |
| Whitney | Sheri | 6:07-cv-12054 |
| Wilcox | Davina | 6:07-cv-10476 |
| Wilcox | Rhonda | 6:07-cv-11335 |
| Willetts | John | 6:07-cv-11337 |
| Williams | Corina | 6:07-cv-12061 |
| Williams | Diana | 6:07-cv-11040 |
| Williams | Johnnie | 6:07-cv-14487 |
| Williams | Kunio | 6:07-cv-10568 |
| Williams | Roy | 6:07-cv-14494 |
| Williams | Vincent | 6:07-cv-10477 |
| Wilson | Charlotte | 6:07-cv-11046 |
| Wolfe | Heather | 6:07-cv-10804 |
| Woods | Ingemar | 6:07-cv-10479 |
| Wressell | Cally | 6:07-cv-10480 |
| Wright | Mitchel | 6:07-cv-11343 |
| Wynn | Linda | 6:07-cv-11344 |
| Yeley | Peggy | 6:07-cv-10810 |
| Ziegman | William | 6:07-cv-11347 |

|  |
|---|
| Bailey Perrin Bailey, LLP<br>Dismissed Pursuant to Order of 10/3/2007 (MDL Doc. No. 532)<br>11th Circuit Court of Appeals Docket No.  07-14912-H |

| Last Name | First name | Case No. |
|---|---|---|

Exhibit A

18

| | | |
|---|---|---|
| Abrams | Cynthia | 6:07-cv-11350 |
| Albright | Camelia | 6:07-cv-15855 |
| Bago | Leslie | 6:07-cv-10817 |
| Cramer | Tina, as Next Friend of B.B., a MinorBrett | 6:07-cv-15588 |
| Browning | Rickie | 6:07-cv-11433 |
| Bryant | Donnie | 6:07-cv-15952 |
| Bullard | Jackie | 6:07-cv-13194 |
| Byrge | Bill | 6:07-cv-13211 |
| Carter | Miranda [Michael Carter on behalf of] | 6:07-cv-15983 |
| Clark | Julie | 6:07-cv-11053 |
| Clarkson | Karen [Lisa Carter, on behalf of] | 6:07-cv-13233 |
| Clements | Eric | 6:07-cv-13262 |
| Cornell | Pamela | 6:07-cv-16028 |
| Culbreath | Gary | 6:07-cv-16042 |
| Davis | Timothy | 6:07-cv-10847 |
| Day | Malcolm | 6:07-cv-10848 |
| De Rafelo | Susan | 6:07-cv-12124 |
| Duncan | Armando | 6:07-cv-10855 |
| Wilson | Paula [designated as Lee Eads] | 6:07-cv-14513 |
| Eibeck | William | 6:07-cv-11533 |
| Emery | Edward | 6:07-cv-10862 |
| Fuller | Bobbie | 6:07-cv-15834 |
| Gabaldon | Aurora | 6:07-cv-13452 |
| Hardin | Linda | 6:07-cv-11622 |
| Heatley | Carolyn | 6:07-cv-16175 |
| Hendrix | Barry | 6:07-cv-11636 |
| Holloway | Tony | 6:07-cv-11650 |
| Hull | Sharon | 6:07-cv-15595 |
| Jammeh | Rosie | 6:07-cv-13674 |
| Plummer | Sharon [designated as Pearlie Mae Johnson] | 6:07-cv-16460 |
| Jones | George | 6:07-cv-13701 |
| Kelly | Marsha | 6:07-cv-11708 |
| Kelly | Tammie | 6:07-cv-10912 |
| Kramer | Shawn | 6:07-cv-13780 |
| Lawson | Darrell | 6:07-cv-11229 |

Exhibit A
19

| | | |
|---|---|---|
| Lee | Lindsay | 6:07-cv-10684 |
| March | Evelyn | 6:07-cv-16320 |
| McDaniel | Harry | 6:07-cv-10698 |
| McKinney | Karen | 6:07-cv-11786 |
| McNair | Nancy | 6:07-cv-12184 |
| McReaken | Cynthia | 6:07-cv-10702 |
| Melendez | Maria | 6:07-cv-12186 |
| Metcalf | Larry | 6:07-cv-16362 |
| Metz | Angela | 6:07-cv-10948 |
| Molton | Anthony | 6:07-cv-12188 |
| Mueller | Bryan | 6:07-cv-12191 |
| Nordby | Brian | 6:07-cv-12196 |
| Olson | Darlene | 6:07-cv-12200 |
| Ousley | Nicole | 6:07-cv-12201 |
| Parsons | Frank | 6:07-cv-12203 |
| Parsons | Virgina | 6:07-cv-14036 |
| Patrick | Karen | 6:07-cv-15611 |
| Patrick | LaShawn | 6:07-cv-10714 |
| Perea | Juan | 6:07-cv-16443 |
| Plsek | Sara | 6:07-cv-12206 |
| Pugh | Evelyn | 6:07-cv-10979 |
| Rabideaux | Christine | 6:07-cv-12211 |
| Richardson | Rubin | 6:07-cv-11282 |
| Riley | Earline | 6:07-cv-10415 |
| Roberts | Jude | 6:07-cv-15575 |
| Sepulveda | Raymond | 6:07-cv-10754 |
| Shelton | Lonnie | 6:07-cv-11004 |
| Taylor | Jack | 6:07-cv-16608 |
| Tevis | Charles | 6:07-cv-14368 |
| Thompson | Barbara [Eric Thompson, as a representative] | 6:07-cv-14379 |
| Thornsberry | Timothy | 6:07-cv-14385 |
| Trautz | Gloria | 6:07-cv-12237 |
| Trickel | Mark | 6:07-cv-12238 |
| Webb | Jody | 6:07-cv-11331 |
| Wiest | James | 6:07-cv-12055 |
| Williams | Christina | 6:07-cv-12060 |
| Wood | Doris | 6:07-cv-16706 |
| Kukla | Jacquelyn, as Next Friend of T.W., a Minor | 6:07-cv-15598 |
| Woody | Vicky | 6:07-cv-12079 |
| Yarbrough | Chassidy | 6:07-cv-11345 |
| Yu | Arthur | 6:07-cv-12084 |

Exhibit A

| | | |
|---|---|---|
| Zeck | Michael | 6:07-cv-12255 |

**Bailey Perrin Bailey, LLP**
Dismissed Pursuant to Order of 10/18/2007 (MDL Doc. No. 582)
11th Circuit Court of Appeals Docket No.  07-14912-H

| Last Name | First name | Case No. |
|---|---|---|
| Broadnax | Jennie | 6:07-cv-14672 |
| Mongar | Douglas | 6:07-cv-11800 |
| Pace | Minnie | 6:07-cv-16424 |
| Potter | Charles | 6:07-cv-11878 |
| Smith | David | 6:07-cv-14284 |
| Taylor | Joann | 6:07-cv-14361 |
| Wilson | Larry | 6:07-cv-16699 |

**Bailey Perrin Bailey, LLP**
Dismissed Pursuant to Order of 10/18/2007 (MDL Doc. No. 583)
11th Circuit Court of Appeals Docket No.  07-14912-H

| Last Name | First name | Case No. |
|---|---|---|
| Aings | Maritta | 6:07-cv-13024 |
| Coleman | Janis | 6:07-cv-12380 |
| Guyer | Arlis | 6:07-cv-13527 |
| Hatfeld | Sherry | 6:07-cv-13579 |
| Mapes | Elizabeth | 6:07-cv-12665 |
| Mclauchlin | Shirley | 6:07-cv-13915 |
| Mincey | Gladys | 6:07-cv-13947 |
| Phillips | Chante | 6:07-cv-12760 |
| Richardson | Irene | 6:07-cv-14150 |
| Shired | Palthera | 6:07-cv-14265 |
| Williams | Julia | 6:07-cv-14488 |

Exhibit A