UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCT LIABILITY LITIGATION : | MDL 1769 |
| : | |
| THIS RELATES TO: : | |
| : | |
| ALL CASES : | NOVEMBER 21, 2007 |

### MOTION TO WITHDRAW APPEARANCE

The undersigned, Attorney Jennifer M. DelMonico, hereby moves to withdraw her appearance on behalf of Simpson Healthcare Executives in the above-captioned action. The Court should grant this motion because Simpson Healthcare Executives is not a party to this action and has no involvement in the action since the Court denied its Motion to Intervene as moot on November 16, 2007.

WHEREFORE, Attorney Jennifer M. DelMonico requests that this Court grant this motion to withdraw her appearance on behalf of Simpson Healthcare Executives.

                                            SIMPSON HEALTHCARE EXECUTIVES

                                            By: /s/Jennifer Morgan DelMonico
                                                 Jennifer Morgan DelMonico

                                            MURTHA CULLINA LLP
                                            Whitney Grove Square
                                            Two Whitney Avenue
                                            New Haven, Connecticut
                                            Telephone: (203) 772-7700
                                            Facsimile: (203)772-7723
                                            Email: jdelmonico@murthalaw.com
                                            Its Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2007, a copy of the foregoing Motion to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

                                                 /s/Jennifer M. DelMonico
                                                 Jennifer M. DelMonico