# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' MOTION FOR SANCTIONS DUE TO MISCONDUCT IN CASE-SPECIFIC DISCOVERY (Doc. No. 604)** |
| **FILED:** | October 24, 2007 |

**THEREON** it is **ORDERED** that the Motion is **DENIED** as moot in part as set forth by the SM-PMO Report 3A. Doc. No. 698. As to the remaining issues identified as unresolved, ruling is **DEFERRED** until the December 18, 2007 hearing, which will include discussion of the status of the remaining issues as identified in the SM-PMO's Report 3A. *See* Doc. Nos. 698 & 705.

| | |
|---|---|
| **MOTION:** | **ASTRAZENECA'S MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS IN THEIR POSSESSION (Doc. No. 620)** |
| **FILED:** | October 29, 2007 |

**THEREON** it is **ORDERED** that the motion is **DENIED as moot.** *See* Doc. No. 698.

**DONE** and **ORDERED** in Orlando, Florida on November 21, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record