# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No.  6:06-md-1769-Orl-22DAB

_____/

## AMENDED NOTICE OF HEARING

**TAKE NOTICE** that the Telephonic Hearing for Oral Argument of: Plaintiffs' Motion to Compel Production of Non-Party Documents (Doc. No. 654) and Non-party Parexel's Motion for Protective Order (Doc. No. 651) scheduled before the undersigned on WEDNESDAY, NOVEMBER 28, 2007 at 10:00 A.M. **will also include** the continued Telephonic Oral Argument of: Plaintiffs' Motion to Compel Production of Non-Party Documents (Doc. No. 666); Non-party Klemtner Advertising, Inc. and Saatchi & Saatchi Healthcare's Motion for Protective Order (Doc. No. 670); and Non-party Edelman, Inc.'s Motion to Quash Subpoena Duces Tecum (Doc. No. 672).

Counsel, Movants, and any party to this case wishing to participate in the Telephonic Oral Argument **MUST** make advance arrangements at least twenty-four hours in advance to be joined to the conference call **PRIOR** to the hearing by contacting Plaintiffs' Counsel, Holly Wheeler, Esq., at (713)844-3751.  Plaintiffs' Counsel is **DIRECTED** to provide a copy of this Notice of Hearing to Non-party's counsel **IMMEDIATELY** and file a certification that counsel has done so.

**DONE** and **ORDERED** in Orlando, Florida on November 21, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

**PLEASE NOTE**:  **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.