# EXHIBIT A

# Exhibit "A"

| Bailey Perrin Bailey, LLP<br>Dismissed Pursuant to Order of 9/18/2007 (MDL Doc. No. 473)<br>11th Circuit Court of Appeals Docket No.  07-14912-H | | |
|---|---|---|
| Last Name | First name | Case No. |
| Ginter | Cheryl | 6:07-cv-11597 |
| Hamilton | Algee | 6:07-cv-13539 |
| Hanshew | Sharon | 6:07-cv-11621 |
| Hensley | Frederick | 6:07-cv-12554 |
| Ironhawk | Williamette | 6:07-cv-11668 |
| Krager | Nicholas | 6:07-cv-11720 |
| McPherson | Pam | 6:07-cv-12695 |
| Meddeaugh | Jay | 6:07-cv-12185 |
| Rochester | Tammy | 6:07-cv-11919 |
| Warren | Jennifer | 6:07-cv-12955 |

| Bailey Perrin Bailey, LLP<br>Dismissed Pursuant to Order of 9/18/2007 (MDL Doc. No. 474)<br>11th Circuit Court of Appeals Docket No.  07-14912-H | | |
|---|---|---|
| Last Name | First name | Case No. |
| Adamson | Kathleen | 6:07-cv-12261 |
| Allegri | Kathryn | 6:07-cv-11356 |
| Amendola | Joan | 6:07-cv-12267 |
| Amorese | Jayne | 6:07-cv-13034 |
| Armstrong | Monique | 6:07-cv-15679 |
| Augustine | Francis | 6:07-cv-13051 |
| Austin | Richard | 6:07-cv-13053 |
| Baker | Marcus | 6:07-cv-13059 |
| Ball | Reva | 6:07-cv-13063 |
| Banda -<br>Vega | Manuel | 6:07-cv-12278 |
| Banion | David | 6:07-cv-13067 |
| Barnes | Valencia | 6:07-cv-13072 |
| Barwick | Rodney | 6:07-cv-13079 |
| Beckham | Donald | 6:07-cv-13088 |
| Bedford | Cheryl | 6:07-cv-13090 |
| Belille | Bonnie | 6:07-cv-15685 |

| | | |
|---|---|---|
| Bell | James | 6:07-cv-13094 |
| Bellamy | Susan | 6:07-cv-13096 |
| Bowens | Richard | 6:07-cv-13140 |
| Brewer | Cynthia | 6:07-cv-13152 |
| Brown | Dylan | 6:07-cv-13166 |
| Brown | Freddie | 6:07-cv-12318 |
| Brown | Larry | 6:07-cv-13172 |
| Bruner | Robert | 6:07-cv-13184 |
| Bryan | Jonathan | 6:07-cv-13186 |
| Bucher | Amanda | 6:07-cv-13191 |
| Burket | Melanie | 6:07-cv-12328 |
| Cain | Pamela | 6:07-cv-12338 |
| Campbell | Connie | 6:07-cv-12344 |
| Campbell | Linda | 6:07-cv-12345 |
| Campbell | Vera | 6:07-cv-12346 |
| Carder | Sandra | 6:07-cv-13225 |
| Chastain | Connie | 6:07-cv-12366 |
| Chatham | Marvin | 6:07-cv-13241 |
| Chewning | Ora | 6:07-cv-13247 |
| Childers | Debra | 6:07-cv-13249 |
| Childers | Sandra | 6:07-cv-13250 |
| Chin | Kenneth | 6:07-cv-12368 |
| Church | Mary | 6:07-cv-13254 |
| Clark | Adam | 6:07-cv-13256 |
| Clark | Timothy | 6:07-cv-12371 |
| Claypool | Janet | 6:07-cv-13259 |
| Claypool | Wanda | 6:07-cv-13260 |
| Coffelt | Lila | 6:07-cv-13272 |
| Coleman | Nancy | 6:07-cv-13276 |
| Collins | Virginia | 6:07-cv-13280 |
| Colwell | Angela | 6:07-cv-15697 |
| Commodore | Robert | 6:07-cv-13281 |
| Conrad | John | 6:07-cv-12388 |
| Cooper | Richard | 6:07-cv-13296 |
| Corpeno | Diane | 6:07-cv-13301 |
| Cuestas | Ruth | 6:07-cv-12402 |
| Curtis | Marilyn | 6:07-cv-13318 |
| Daniels | Amirah | 6:07-cv-13323 |
| Davis | Nancy | 6:07-cv-13334 |
| Dean | Beverly | 6:07-cv-13347 |
| Dickey | Donnie | 6:07-cv-13362 |
| Dill | Ronald | 6:07-cv-13365 |
| Dorwart | Carolyn | 6:07-cv-12436 |
| Duckworth | Laura | 6:07-cv-12439 |
| Dugger | Billie | 6:07-cv-13386 |

Exhibit A
3

| Durdel | Kathy | 6:07-cv-12441 |
|---|---|---|
| Edens | Hazel | 6:07-cv-12447 |
| Elliot | Frank | 6:07-cv-12453 |
| Elliott | Rosa | 6:07-cv-13400 |
| Eskew | Karen | 6:07-cv-12461 |
| Fell | Jennifer | 6:07-cv-13420 |
| Ferguson | William | 6:07-cv-13421 |
| Fernand | Dawn | 6:07-cv-12471 |
| Fickbohm | Russell | 6:07-cv-13423 |
| Field | Barry | 6:07-cv-12472 |
| Fooce | Dianna | 6:07-cv-13438 |
| Fraley | Richard | 6:07-cv-13441 |
| Freshour | Sherry | 6:07-cv-13445 |
| Gallegos | George | 6:07-cv-13457 |
| Gentry | Billy | 6:07-cv-12487 |
| George | Shiela | 6:07-cv-13471 |
| Gibson | Sandra | 6:07-cv-12493 |
| Gillia | Ashley | 6:07-cv-12496 |
| Givens | Judy | 6:07-cv-13479 |
| Glasper | Korvetta | 6:07-cv-13480 |
| Godbout | John | 6:07-cv-13483 |
| Gomes | Jacquelilne | 6:07-cv-13488 |
| Gragorace | Richard | 6:07-cv-13500 |
| Gray | Janice | 6:07-cv-12514 |
| Griffin | Debra | 6:07-cv-13519 |
| Hadorn | Barbara | 6:07-cv-12527 |
| Hall | Barbara | 6:07-cv-12528 |
| Hall | Marion | 6:07-cv-15732 |
| Hammond | Jenelle | 6:07-cv-13545 |
| Hankinson | Robert | 6:07-cv-13547 |
| Harlow | Teresa | 6:07-cv-13557 |
| Harper | Kathy | 6:07-cv-13560 |
| Harris | Dustin | 6:07-cv-13564 |
| Hawkins | Sherry | 6:07-cv-13583 |
| Haynes | Tanika | 6:07-cv-12547 |
| Heredia | Alberto | 6:07-cv-12555 |
| Hillard | Wilbur | 6:07-cv-13604 |
| Holcomb | Angela | 6:07-cv-13607 |
| Holloway | Robert | 6:07-cv-12567 |
| Hollywood | Raymond | 6:07-cv-13611 |
| Holmes | Robert | 6:07-cv-13616 |
| Holt | Beatrice | 6:07-cv-13618 |
| Hurley-Reid | Linda | 6:07-cv-12580 |
| Hyatt | Dorothy | 6:07-cv-13647 |
| Iler | Denise | 6:07-cv-12583 |

Exhibit A
4

| Irvin | Wilma | 6:07-cv-12584 |
|---|---|---|
| Jackson | Brenda | 6:07-cv-13659 |
| Jefferson | Tina | 6:07-cv-13679 |
| Jenkins | Shellena | 6:07-cv-13683 |
| Johnson | Beverly | 6:07-cv-15741 |
| Johnson | Charles | 6:07-cv-11683 |
| Johnson | David | 6:07-cv-13690 |
| Johnson | Edward, as next friend of K.J., a minor | 6:07-cv-13693 |
| Jones | Irene | 6:07-cv-13702 |
| Jones | Shirley | 6:07-cv-12606 |
| Jones Adams | Emma | 6:07-cv-13708 |
| Keith | Cindy | 6:07-cv-13731 |
| Keith | Freddie | 6:07-cv-13732 |
| Keith | Gilbert | 6:07-cv-12609 |
| Kelley | Jada | 6:07-cv-13736 |
| Kelly | Sean | 6:07-cv-12611 |
| Kennedy | Debra | 6:07-cv-13742 |
| Kidder | Timothy | 6:07-cv-13751 |
| Knoff | Matthew | 6:07-cv-13772 |
| Kotlarczyk | Jeffrey | 6:07-cv-13777 |
| Leal | Jaime | 6:07-cv-12641 |
| Leal-Pena | Isidro | 6:07-cv-12642 |

| Bailey Perrin Bailey, LLP<br>Dismissed Pursuant to Order of 9/18/2007 (MDL Doc. No. 476)<br>11th Circuit Court of Appeals Docket No.  07-14912-H | | |
|---|---|---|
| Last Name | First name | Case No. |
| Lee | Carrie | 6:07-cv-12643 |
| LeFlore | Carla | 6:07-cv-12639 |
| Lillard | Ashley | 6:07-cv-12649 |
| Lindsey | Gerald | 6:07-cv-12653 |
| McCormack | Karen | 6:07-cv-12686 |
| McHan | Hilary | 6:07-cv-12690 |
| Myers | Ernest | 6:07-cv-12723 |
| Nance | Janet | 6:07-cv-12725 |
| Otis | Barbara | 6:07-cv-12742 |
| Patten | Lila | 6:07-cv-12751 |
| Peoples | Cheryl | 6:07-cv-12754 |
| Pollack | Jason | 6:07-cv-12767 |
| Poteete | Jimmy | 6:07-cv-12775 |
| Rangel | Michael | 6:07-cv-14120 |

Exhibit A

| Renfro | Dominick | 6:07-cv-14140 |
|---|---|---|
| Richardson | Barbara | 6:07-cv-12795 |
| Rivera | Carlos | 6:07-cv-14160 |
| Robinson | William | 6:07-cv-12806 |
| Sandy | Geneva | 6:07-cv-14220 |
| Sayles | Gale | 6:07-cv-12823 |
| Smith | Ingrid | 6:07-cv-12858 |
| Snow | Connie | 6:07-cv-12868 |
| Steele | Sarah | 6:07-cv-12878 |
| Thomas | Jodi | 6:07-cv-12901 |
| Thompson | Jack | 6:07-cv-12906 |
| Underwood | Donna | 6:07-cv-12923 |
| Upton | Jerry | 6:07-cv-12925 |
| Voiles | Gary | 6:07-cv-12938 |
| Walker | John | 6:07-cv-12947 |
| Wear | Kenneth | 6:07-cv-12039 |
| Wesley | Cheyneitheia | 6:07-cv-12968 |
| Whitehurst | Steven | 6:07-cv-12978 |
| Winder | Charles | 6:07-cv-12996 |

| Bailey Perrin Bailey, LLP<br>Dismissed Pursuant to Order of 9/19/2007 (MDL Doc. No. 479)<br>11th Circuit Court of Appeals Docket No. 07-14912-H | | |
|---|---|---|
| Last Name | First name | Case No. |
| Long | Marcus | 6:07-cv-13821 |
| Luckey | Hazel | 6:07-cv-13830 |
| Maatman | Loretta | 6:07-cv-13835 |
| Madosh | Marcia | 6:07-cv-13840 |
| Mainor | Charles | 6:07-cv-13843 |
| Manly | Burns | 6:07-cv-13851 |
| Mayfield | Lilian | 6:07-cv-13883 |
| McCabe | Jennifer | 6:07-cv-13884 |
| McCallister | Delbert | 6:07-cv-13886 |
| Mcclelland | Steven | 6:07-cv-13891 |
| McCoy | Jamie | 6:07-cv-13897 |
| McDaniel | Wilson | 6:07-cv-13905 |
| Miller | Barbara | 6:07-cv-13941 |
| Mitchell | Rodney | 6:07-cv-15767 |
| Mize | Laronda | 6:07-cv-13954 |
| Monarrez | Martin | 6:07-cv-13957 |
| Mose | Margaret | 6:07-cv-13976 |
| Mullins | Jason | 6:07-cv-13983 |

Exhibit A

6

| Myhre | Sharon, as Next Friend of S.M., a Minor | 6:07-cv-15771 |
|---|---|---|
| Nydell | Ruben | 6:07-cv-14017 |
| Oloff | Barbara | 6:07-cv-14023 |
| Onstad | Michelle | 6:07-cv-14024 |
| Pace | Susan | 6:07-cv-14032 |
| Patat | Charlie | 6:07-cv-14041 |
| Peacock | Linda | 6:07-cv-14051 |
| Pearson | Emanuel | 6:07-cv-14055 |
| Philips | Monique | 6:07-cv-14069 |
| Pickett | Donna | 6:07-cv-14073 |
| Plendl | Sharon | 6:07-cv-14082 |
| Pontious | Gary | 6:07-cv-14084 |
| Porter | Neal | 6:07-cv-14087 |
| Postell | Joseph | 6:07-cv-14089 |
| Pritchett | Judith | 6:07-cv-14100 |
| Rakim | Tyhhiimm | 6:07-cv-14115 |
| Rank | Ryan | 6:07-cv-14121 |
| Reader | Clyde, as Next Friend of D.R., a Minor | 6:07-cv-14126 |
| Ream | Jackey | 6:07-cv-14127 |
| Ring | Gary | 6:07-cv-15787 |
| Roberts | Danielle | 6:07-cv-15789 |
| Robinett | Dena | 6:07-cv-14167 |
| Rodriguez | Rosa | 6:07-cv-14181 |
| Rogers | Willie | 6:07-cv-14185 |
| Rosenbalm | Sharon | 6:07-cv-14191 |
| Rosenthal | Darlene | 6:07-cv-14192 |
| Rudy | Kathleen | 6:07-cv-14202 |
| Ruff | Keyon | 6:07-cv-14203 |
| Rumsfelt | Nancy | 6:07-cv-14205 |
| Rusinowski | Francis | 6:07-cv-14206 |
| Sanchez | Linda | 6:07-cv-14213 |
| Schiess | Todd | 6:07-cv-14232 |
| Schmitt | Patrick | 6:07-cv-14233 |
| Selario | James | 6:07-cv-15794 |
| Singley | Brenda | 6:07-cv-14274 |
| Smith | Angelo | 6:07-cv-14279 |
| Smith | Clifton | 6:07-cv-14282 |
| Smith | Jennifer | 6:07-cv-15801 |
| Smith | LaTosha | 6:07-cv-14289 |
| Smith | Pierrette | 6:07-cv-14292 |
| Smith | Sonya | 6:07-cv-14294 |

Exhibit A

| Soliz | Richard | 6:07-cv-14303 |
|---|---|---|
| Strickland-Garland | Robin | 6:07-cv-15807 |
| Tensley | Virginia | 6:07-cv-14366 |
| Townsend | Barbara | 6:07-cv-14395 |
| Tracey | Jimmie | 6:07-cv-14396 |
| Urwiler | Veronica | 6:07-cv-14414 |
| Warnell | David | 6:07-cv-14449 |
| Watson | Lois | 6:07-cv-14457 |
| Williamson | Robert | 6:07-cv-14501 |
| Wimmer | Connie | 6:07-cv-14517 |
| Wood | Starlett | 6:07-cv-15821 |
| Woods | Maxine | 6:07-cv-13002 |
| Woods | William | 6:07-cv-13004 |
| Woolward | Simone, as Next Friend of D.L., a Minor | 6:07-cv-15822 |
| Wynn | Tonja | 6:07-cv-13009 |
| Yazzie | Jerry | 6:07-cv-14544 |
| Yoney | Pauline | 6:07-cv-14546 |

Bailey Perrin Bailey, LLP
Dismissed Pursuant to Order of 9/19/2007 (MDL Doc. No. 480)
11th Circuit Court of Appeals Docket No.  07-14912-H

| Last Name | First name | Case No. |
|---|---|---|
| Lopez | Cynthia | 6:07-cv-15753 |
| Price | Lillie | 6:07-cv-15273 |
| Spencer | Phillip | 6:07-cv-15803 |
| Tooley | Neala, as Next Friend of G.N.T., a Minor [designated as Gary Tooley] | 6:07-cv-14393 |
| Zackery | Obiedee | 6:07-cv-14553 |

Bailey Perrin Bailey, LLP
Dismissed Pursuant to Order of 9/19/2007 (MDL Doc. No. 481)
11th Circuit Court of Appeals Docket No.  07-14912-H

| Last Name | First name | Case No. |
|---|---|---|
| McCoy | Virginia | 6:07-cv-13898 |
| Micheaux | Demetrius | 6:07-cv-13938 |
| Morgan | Anthony | 6:07-cv-13968 |
| Partee | Joyce | 6:07-cv-14038 |

Exhibit A
8

| Pfister | Michael | 6:07-cv-14068 |
| Robinson | Lemuel | 6:07-cv-14168 |
| Seiler | James | 6:07-cv-14248 |
| Silva | Cynthia | 6:07-cv-14268 |
| Thompson | Daniel | 6:07-cv-14378 |
| Walker | Renee | 6:07-cv-14438 |
| Watt | Julie | 6:07-cv-14458 |

Bailey Perrin Bailey, LLP
Dismissed Pursuant to Order of 9/21/2007 (MDL Doc. No. 487)
11th Circuit Court of Appeals Docket No.  07-14912-H

| Last Name | First name | Case No. |
| --- | --- | --- |
| Callahan | Rita | 6:07-cv-12340 |
| Dice | Ethel | 6:07-cv-12426 |
| Faber | Debbie | 6:07-cv-12467 |
| Hill | Freddie | 6:07-cv-12560 |
| Lasseter | Kristy | 6:07-cv-13794 |
| May | Michael | 6:07-cv-12682 |
| Miller | Margaret | 6:07-cv-13943 |
| Sampson | Joanne | 6:07-cv-14211 |
| Schutt | Linda | 6:07-cv-14236 |
| Waters | Brenda | 6:07-cv-12957 |
| Zinzeris | Nicholas | 6:07-cv-15826 |

Bailey Perrin Bailey, LLP
Dismissed Pursuant to Order of 9/26/2007 (MDL Doc. No. 508)
11th Circuit Court of Appeals Docket No.  07-14912-H

| Last Name | First name | Case No. |
| --- | --- | --- |
| Anderson | Stacey | 6:07-cv-10813 |
| Bartlett | Diana | 6:07-cv-12106 |
| Bryant | Valery | 6:07-cv-10219 |
| Burgess | Ruby | 6:07-cv-11149 |
| Campbell | Bruce | 6:07-cv-15569 |
| Carson | Michael | 6:07-cv-12118 |
| Drum | Sally | 6:07-cv-10514 |
| Lester | Christina | 6:07-cv-13806 |
| Lively | Steven | 6:07-cv-10345 |
| McCloud | Ellis | 6:07-cv-13892 |
| Miller | Jerry | 6:07-cv-10951 |
| Moyer | Brenda | 6:07-cv-11255 |
| Pearson | Janice | 6:07-cv-10716 |
| Peralez | Dominic | 6:07-cv-16442 |

Exhibit A

| | | |
|---|---|---|
| Poston-Davis | Randala | 6:07-cv-10104 |
| Seay | Earl | 6:07-cv-11948 |
| Sizemore | Kimberly | 6:07-cv-10761 |
| Walker | Carrie | 6:07-cv-10566 |
| Warren | Nina | 6:07-cv-10567 |
| Williams | Willie | 6:07-cv-11044 |

**Bailey Perrin Bailey, LLP**
Dismissed Pursuant to Order of 10/2/2007 (MDL Doc. No. 523)
11th Circuit Court of Appeals Docket No.  07-14912-H

| Last Name | First name | Case No. |
|---|---|---|
| Adair | Pamela | 6:06-01320 |
| Adkins | Larry | 6:06-01323 |
| Anderson | Carolyn | 6:07-cv-11120 |
| Anderson | Cathy | 6:07-cv-15827 |
| Anderson | Heather | 6:07-cv-10183 |
| Anderson | Serena | 6:07-cv-10486 |
| Andrews | Mary | 6:07-cv-15627 |
| Angel | Tony | 6:07-cv-11121 |
| Anthony | Lildra, on Behalf of Jessie Jefferson, an Incapacitated Adult | 6:07-cv-15870 |
| Arthur | Mark | 6:07-cv-10815 |
| Bailey | Janice | 6:07-cv-11125 |
| Baisden | Randall | 6:07-cv-11371 |
| Baker | Mary | 6:07-cv-12104 |
| Baldwin | Jimmy | 6:07-cv-10818 |
| Barfield | Gladyene | 6:07-cv-11381 |
| Barnes | Susan | 6:07-cv-10189 |
| Batchelor | Dion | 6:07-cv-10820 |
| Bell | Shavonna | 6:07-cv-11389 |
| Bilek | Amanda | 6:07-cv-13111 |
| Bird | Julie | 6:07-cv-10199 |
| Bjorn | Kjeld | 6:07-cv-10201 |
| Bledsoe | Juliana | 6:07-cv-11403 |
| Blish | Gary | 6:07-cv-10205 |
| Bohland | Sherry | 6:07-cv-11139 |
| Bonds | Janet | 6:07-cv-15922 |
| Boykin | Dezzie | 6:07-cv-10587 |
| Boylan | Kathleen | 6:07-cv-10207 |
| Bragg | Dennis | 6:07-cv-11421 |

Exhibit A

| | | |
|---|---|---|
| Brantley | Johnnie | 6:07-cv-13151 |
| Briscoe | Edward | 6:07-cv-11143 |
| Brow | Nancy | 6:07-cv-10826 |
| Brown | Shirley | 6:07-cv-11426 |
| Brumfield | Larry | 6:07-cv-10595 |
| Brummett | Amy | 6:07-cv-11434 |
| Burch | Kathryn | 6:07-cv-11437 |
| Burns | Michelle | 6:07-cv-11440 |
| Butler | Andre | 6:07-cv-10222 |
| Butler | Ida | 6:07-cv-12114 |
| Cantrell | Lance | 6:07-cv-10604 |
| Carmean | Louvica | 6:07-cv-11151 |
| Carter | Harold | 6:07-cv-11451 |
| Castro | Gina | 6:07-cv-10605 |
| Chamberlain | Susan | 6:07-cv-10836 |
| Charchan | Kim | 6:07-cv-10230 |
| Chavis | Patty | 6:07-cv-13243 |
| Chumbley | Ted | 6:07-cv-10235 |
| Clary | Silvia | 6:07-cv-11459 |
| Cline | George | 6:07-cv-13265 |
| Cobb | Jacqueline | 6:07-cv-11156 |
| Cody | Deborah | 6:07-cv-10608 |
| Cokley | Randy | 6:07-cv-11073 |
| Corella | Krystal | 6:07-cv-13300 |
| Crago | Sharon | 6:07-cv-13309 |
| Crawford | Elizabeth | 6:07-cv-11480 |
| Crenshaw | Craig | 6:07-cv-11482 |
| Crivello | Douglas | 6:07-cv-10246 |
| Crotts | Jill | 6:07-cv-11484 |
| Crouch | Ricki | 6:07-cv-11486 |
| Crowder | Kelly Jo, as Next Friend of D.C., a Minor | 6:07-cv-13314 |
| Cummings | Edith | 6:07-cv-10613 |
| Daniel | James | 6:07-cv-10614 |
| Daniel | Judy | 6:07-cv-10174 |
| Davis | Andrew | 6:07-cv-10250 |
| Davis | Lloyd | 6:07-cv-10616 |
| Davis | Mary | 6:07-cv-11499 |
| Davis | Tina | 6:07-cv-15632 |
| Davis | Tyra | 6:07-cv-10251 |
| Dean | Annette | 6:07-cv-10618 |
| Dennis | Ronnie | 6:07-cv-11509 |
| Dennison | Hasewood | 6:07-cv-11510 |
| Dever | Susan | 6:07-cv-10253 |

Exhibit A
11

| | | |
|---|---|---|
| Dixon | Theresa | 6:07-cv-10852 |
| Dixon | Thomas | 6:07-cv-13370 |
| Dobson | James | 6:07-cv-10853 |
| Dollarhide | Jillian | 6:07-cv-10175 |
| Dorsey | Leslie | 6:07-cv-11517 |
| Duran | Martin | 6:07-cv-10857 |
| Duvall | Bobby | 6:07-cv-10622 |
| Eady | Christine | 6:07-cv-10623 |
| Edwards | Karen | 6:07-cv-12129 |
| Edwards | Shawna | 6:07-cv-10625 |
| Elms | Loyd | 6:07-cv-15571 |
| Elrod | Sandra | 6:07-cv-10860 |
| Elzey | Bonita | 6:07-cv-10861 |
| Etienne | Marie | 6:07-cv-10264 |
| Evans | Charles | 6:07-cv-16089 |
| Eyanson | Brandon | 6:07-cv-11544 |
| Facio | Margaret | 6:07-cv-11545 |
| Fees | Kenneth | 6:07-cv-11549 |
| Filipovic | Wendy | 6:07-cv-13425 |
| Fink | Lawrence | 6:07-cv-10266 |
| Fischbach | Leonard | 6:07-cv-11559 |
| Fisher-Padgett | Julie | 6:07-cv-11054 |
| Flinchum, Jr. | Jerry | 6:07-cv-10169 |
| Flowers | Jonathan | 6:07-cv-11564 |
| Fludd | Georgia | 6:07-cv-10868 |
| Flynn | Kathleen | 6:07-cv-13436 |
| Foster | Penny | 6:07-cv-10870 |
| Foster | Thomas | 6:07-cv-10271 |
| Foster | William | 6:07-cv-11574 |
| Fox | William | 6:07-cv-11078 |
| Frank | Mary | 6:07-cv-11577 |
| Frazier | Cindy | 6:07-cv-11184 |
| Frederick | Sandra | 6:07-cv-12133 |
| Freeman | Michelle | 6:07-cv-16118 |
| Fryer | Herman | 6:07-cv-10633 |
| Furr | Donna | 6:07-cv-12134 |
| Gadsden | Genevia | 6:07-cv-12135 |
| Garrett | Bruce | 6:07-cv-10276 |
| Garrett | Nathan | 6:07-cv-10277 |
| Garza | Manuel | 6:07-cv-13469 |
| Gee | Nancy | 6:07-cv-10637 |
| Gibson | Shila | 6:07-cv-10877 |
| Gilmore | Santosha | 6:07-cv-12137 |
| Goldie | Kenneth | 6:07-cv-10643 |
| Goldman | Mary | 6:07-cv-15637 |

Exhibit A

| | | |
|---|---|---|
| Goldwater | Robert | 6:07-cv-13486 |
| Goode | Carolyn | 6:07-cv-10644 |
| Goodson | Tracey | 6:07-cv-10645 |
| Gordon | Lutricia | 6:07-cv-10647 |
| Gordon | Suzanne | 6:07-cv-12142 |
| Green | April | 6:07-cv-12146 |
| Green | Carol | 6:07-cv-15639 |
| Green | Nancy | 6:07-cv-10648 |
| Gregory | Lorraine | 6:07-cv-11608 |
| Griego | Lynda | 6:07-cv-10881 |
| Grogan | Michele | 6:07-cv-10177 |
| Gross | Earl | 6:07-cv-11611 |
| Halliburton | Fenton | 6:07-cv-11617 |
| Hamilton | Rodney | 6:07-cv-10652 |
| Harmon | James | 6:07-cv-10655 |
| Harris | Carolyn | 6:07-cv-10657 |
| Harris | Virginia | 6:07-cv-10660 |
| Harris | Wernetta | 6:07-cv-10661 |
| Hart | Kawana | 6:07-cv-13573 |
| Hart | Larry | 6:07-cv-11630 |
| Hart-Fambro | Gloria | 6:07-cv-10864 |
| Hartline | Howard | 6:07-cv-11202 |
| Haynes | Shane | 6:07-cv-10887 |
| Heckinger | Thomas | 6:07-cv-11634 |
| Hennegan | Adrean | 6:07-cv-11208 |
| Hennings | Andreia | 6:07-cv-10663 |
| Henry | Danielle | 6:07-cv-12154 |
| Hernandez | Otilio | 6:07-cv-11209 |
| Hill | Nicole | 6:07-cv-15645 |
| Hilyard | Lelah | 6:07-cv-10302 |
| Holcomb | Michael | 6:07-cv-13608 |
| Holmes | Wanda | 6:07-cv-12157 |
| Holt | Gail | 6:07-cv-10308 |
| Hooper | Marvin | 6:07-cv-10309 |
| Hopkins | Melissa | 6:07-cv-11656 |
| Hopper | Jimmy | 6:07-cv-10669 |
| Hoston | Richard | 6:07-cv-12159 |
| Howell | Janice | 6:07-cv-11212 |
| Hubbard | Frances | 6:07-cv-11663 |
| Huizar | Hazel | 6:07-cv-10900 |
| Hunt | Mary | 6:07-cv-10311 |
| Hurd | Greg | 6:07-cv-11667 |
| Jackson | Leona | 6:07-cv-11672 |
| Jackson | Ruth | 6:07-cv-10314 |
| James | Rosie | 6:07-cv-12163 |

Exhibit A

13

| | | |
|---|---|---|
| Jetton | Connie | 6:07-cv-11214 |
| Johnson | Craig | 6:07-cv-10319 |
| Johnson | Julie | 6:07-cv-10906 |
| Johnson | Kathleen | 6:07-cv-11690 |
| Johnson | Lanequa | 6:07-cv-10673 |
| Johnson | Mark | 6:07-cv-10907 |
| Johnson | Ronald | 6:07-cv-10322 |
| Jones | Alex | 6:07-cv-10323 |
| Jones | Ernest | 6:07-cv-12165 |
| Jones | Jennifer | 6:07-cv-10530 |
| Jones | Louise | 6:07-cv-13705 |
| Jordan | Sherry | 6:07-cv-13711 |
| Keith | Lutoungie | 6:07-cv-11706 |
| Kelderhouse | Carolyn | 6:07-cv-11220 |
| Keys | Rhonda | 6:07-cv-10913 |
| Kilgore | Carroll D | 6:07-cv-10914 |
| King | Laurie | 6:07-cv-13759 |
| King | Niyoka | 6:07-cv-11089 |
| King | Robert | 6:07-cv-10915 |
| Klimek | David | 6:07-cv-11714 |
| Kling | Mary | 6:07-cv-13768 |
| Kniffen | Patricia | 6:07-cv-11090 |
| Kurtz | Gary | 6:07-cv-13784 |
| Ladanyi | Gabriella | 6:07-cv-10681 |
| Landerman | Jessica | 6:07-cv-11724 |
| Lane | Merrill | 6:07-cv-11061 |
| Latulipe | Violet | 6:07-cv-11228 |
| Lay | Loretta | 6:07-cv-12172 |
| Leatherwood | April | 6:07-cv-10920 |
| Lee | Rebecca | 6:07-cv-13801 |
| Leedy | Parthenia | 6:07-cv-10338 |
| Lewis | Melanie | 6:07-cv-13813 |
| Lindee | Jennifer | 6:07-cv-11094 |
| Lindsey | Anthony | 6:07-cv-10344 |
| Lippert | Kenneth | 6:07-cv-10925 |
| Livaudais | Lionel | 6:07-cv-11095 |
| Lively | Dolly | 6:07-cv-10926 |
| Lockhart | Lavern | 6:07-cv-10688 |
| Lopez | Michael | 6:07-cv-10691 |
| Lowery | Stephen | 6:07-cv-10930 |
| Luke | Ida | 6:07-cv-11756 |
| Lynch | Lois | 6:07-cv-10933 |
| Mack | Joyce | 6:07-cv-10934 |
| Mae | Laura | 6:07-cv-11758 |
| Malek | Melinda | 6:07-cv-11760 |

Exhibit A

| Manns | Lesa | 6:07-cv-10694 |
|---|---|---|
| Maquet | Brian | 6:07-cv-12182 |
| Matteson | Rosemarie | 6:07-cv-10938 |
| Maxey | Michelle | 6:07-cv-15602 |
| McCormick | Lou Ann | 6:07-cv-10539 |
| McCoy | Diane | 6:07-cv-11781 |
| McCoy | Dorothy | 6:07-cv-15603 |
| McElligott | Peter | 6:07-cv-15653 |
| Mcgee | Nettrea | 6:07-cv-11245 |
| Mckee | Michael | 6:07-cv-10945 |
| McKinney | Janice | 6:07-cv-10701 |
| Mclendon | Mary | 6:07-cv-11248 |
| McMahon | Angel | 6:07-cv-10946 |
| Metcalf | Jeanette | 6:07-cv-13937 |
| Miles | Jacqueline | 6:07-cv-11793 |
| Miller | Darryl, as the Proposed Administrator of the Estate of Marie Miller, Deceased | 6:07-cv-13942 |
| Mitchell | Beth | 6:07-cv-10371 |
| Moody | Vanessa | 6:07-cv-10705 |
| Morehead | Sally | 6:07-cv-10375 |
| Morrissey | Deckrice | 6:07-cv-10708 |
| Murph-Jones | Marie | 6:07-cv-10179 |
| Murray | Donald | 6:07-cv-10542 |
| Myrhol | Sherri | 6:07-cv-11820 |
| Nash | Richard | 6:07-cv-11258 |
| Newport | Deborah | 6:07-cv-11260 |
| Nickell | Nasha | 6:07-cv-14004 |
| Nowlin | Zelda | 6:07-cv-11830 |
| Ochoa | Linda | 6:07-cv-10960 |
| Odell | Marner | 6:07-cv-11833 |
| Oldford | Carman | 6:07-cv-10544 |
| Oliver | Lydia | 6:07-cv-11839 |
| Osborne | Michael | 6:07-cv-14028 |
| Owens | John | 6:07-cv-11842 |
| Owens | Kimberly | 6:07-cv-10962 |
| Palmer | Jettie | 6:07-cv-10389 |
| Parker | Phillip | 6:07-cv-11265 |
| Patterson | Roberta | 6:07-cv-10965 |
| Pattison | Joyful | 6:07-cv-10392 |
| Pawluk | Daniel | 6:07-cv-10966 |
| Pearson | Gwen | 6:07-cv-11854 |

Exhibit A

| | | |
|---|---|---|
| Peck | Michael | 6:07-cv-10968 |
| Perdue | Tanita | 6:07-cv-10717 |
| Perez | Yolanda | 6:07-cv-10719 |
| Phillips | Barbara,  as the Proposed Administrator of the Estate of James Phillips, Deceased | 6:07-cv-14071 |
| Phillips | Delores | 6:07-cv-10397 |
| Philpott | Richard | 6:07-cv-11270 |
| Pittman | Alice | 6:07-cv-10398 |
| Pollard | Donald | 6:07-cv-11875 |
| Powell | Bridgette | 6:07-cv-15659 |
| Price | Levell | 6:07-cv-15661 |
| Priest | Tamara | 6:07-cv-10404 |
| Protsman | Thomas | 6:07-cv-14102 |
| Prude | Belinda | 6:07-cv-12208 |
| Queen | Stacie | 6:07-cv-11888 |
| Quintana | Ruquilo | 6:07-cv-10549 |
| Rachfal | Michael | 6:07-cv-15662 |
| Rainey | Rechelle | 6:07-cv-10408 |
| Reida | Diana | 6:07-cv-11900 |
| Richards | Jakob | 6:07-cv-10412 |
| Richardson | Luma | 6:07-cv-11906 |
| Richardson | Ocelia | 6:07-cv-10732 |
| Richmond | Staycee | 6:07-cv-10983 |
| Rivers | Mary | 6:07-cv-10733 |
| Rizzo | Paul | 6:07-cv-12213 |
| Roberts | Amanda | 6:07-cv-10552 |
| Roberts | Doris | 6:07-cv-10736 |
| Robertson | Ruby, as the Proposed Administrator of the Estate of Nellie M. Robertson, Deceased | 6:07-cv-14165 |
| Robinette | Jack | 6:07-cv-10737 |
| Robinson | Kelly | 6:07-cv-11917 |
| Rockette | Clyde | 6:07-cv-10988 |
| Rodgers | Thomas | 6:07-cv-11286 |
| Rogers | Estell | 6:07-cv-11921 |
| Rohlfing | Shawn | 6:07-cv-10990 |
| Rolling | Bernadette | 6:07-cv-10420 |
| Rosa | Maria | 6:07-cv-10421 |

Exhibit A
16

| | | |
|---|---|---|
| Rouse | Virgina | 6:07-cv-11291 |
| Roy | Mary Ann | 6:07-cv-10423 |
| Sanders | Enda | 6:07-cv-10994 |
| Schallmo | Sandra | 6:07-cv-10996 |
| Scheiber | Renda | 6:07-cv-10428 |
| Schmidt | Carolyn | 6:07-cv-10431 |
| Schneider | Bret | 6:07-cv-10432 |
| Schulte | Gerard | 6:07-cv-10997 |
| Schulz | Anthony | 6:07-cv-16535 |
| Scott | Jerry | 6:07-cv-10751 |
| Sederkersky | Margaret | 6:07-cv-15665 |
| Selfridge | Karen | 6:07-cv-10753 |
| Semenuk | Joyce | 6:07-cv-10436 |
| Sherlin | Amanda | 6:07-cv-11302 |
| Sherwood | Spencer | 6:07-cv-15576 |
| Sizemore | Glenda | 6:07-cv-11965 |
| Smith | Anesiha | 6:07-cv-14280 |
| Smith | Bobbie | 6:07-cv-11304 |
| Smith | Darnette | 6:07-cv-10440 |
| Smith | Denise | 6:07-cv-14285 |
| Smith | Elizabeth | 6:07-cv-10763 |
| Smith | Maria | 6:07-cv-10441 |
| Smith | Ron | 6:07-cv-11971 |
| Smith | Theresa | 6:07-cv-10442 |
| Smithers | Roger | 6:07-cv-10558 |
| Sotnikow | Leon | 6:07-cv-10443 |
| Soukiassian | Ani | 6:07-cv-11974 |
| Spaulding | Gary | 6:07-cv-10444 |
| Stafford | Pamela | 6:07-cv-10446 |
| Stamps | James | 6:07-cv-11980 |
| Stone | Malena | 6:07-cv-11990 |
| Summerville | Yvonne | 6:07-cv-11994 |
| Sweeten | Loren | 6:07-cv-11014 |
| Swindle | Melody | 6:07-cv-11015 |
| Swisher | Jane | 6:07-cv-11317 |
| Tatum | Derrick | 6:07-cv-12000 |
| Taylor | Bertha | 6:07-cv-12233 |
| Taylor | Jeffrey | 6:07-cv-11319 |
| Thomas | Terry | 6:07-cv-12009 |
| Tillman | Frank | 6:07-cv-10779 |
| Timmerman | Julien | 6:07-cv-10459 |
| Tope | Karen | 6:07-cv-11113 |
| Treesh | James | 6:07-cv-11021 |
| Trujillo | Willliam | 6:07-cv-11022 |
| Turnage | Alan | 6:07-cv-11327 |

Exhibit A
17

| Van Hauter | Angela | 6:07-cv-10462 |
| Vanderhoef | Edan | 6:07-cv-10565 |
| Velarde | Geneive | 6:07-cv-10463 |
| Verhamme | James | 6:07-cv-14426 |
| Volesky | Desiree | 6:07-cv-12023 |
| Waite | Jennifer | 6:07-cv-10465 |
| Waite | William | 6:07-cv-11114 |
| Wallace | Agnes | 6:07-cv-11028 |
| Warner | Kimberly | 6:07-cv-11330 |
| Warren | Denice | 6:07-cv-15673 |
| Washington | Clarence | 6:07-cv-14452 |
| Watkins | Charlie | 6:07-cv-12033 |
| Watson | Ruletta | 6:07-cv-10789 |
| Webster | Claudia | 6:07-cv-11036 |
| West | Noreen | 6:07-cv-10472 |
| West | Walter | 6:07-cv-12049 |
| Westbrook | Frank | 6:07-cv-10794 |
| Westhal | Wayne | 6:07-cv-12248 |
| Whidby | Paul | 6:07-cv-10795 |
| Whisby | Anthony | 6:07-cv-12050 |
| White | Anthony | 6:07-cv-11334 |
| Whitney | Sheri | 6:07-cv-12054 |
| Wilcox | Davina | 6:07-cv-10476 |
| Wilcox | Rhonda | 6:07-cv-11335 |
| Willetts | John | 6:07-cv-11337 |
| Williams | Corina | 6:07-cv-12061 |
| Williams | Diana | 6:07-cv-11040 |
| Williams | Johnnie | 6:07-cv-14487 |
| Williams | Kunio | 6:07-cv-10568 |
| Williams | Roy | 6:07-cv-14494 |
| Williams | Vincent | 6:07-cv-10477 |
| Wilson | Charlotte | 6:07-cv-11046 |
| Wolfe | Heather | 6:07-cv-10804 |
| Woods | Ingemar | 6:07-cv-10479 |
| Wressell | Cally | 6:07-cv-10480 |
| Wright | Mitchel | 6:07-cv-11343 |
| Wynn | Linda | 6:07-cv-11344 |
| Yeley | Peggy | 6:07-cv-10810 |
| Ziegman | William | 6:07-cv-11347 |

Bailey Perrin Bailey, LLP
Dismissed Pursuant to Order of 10/3/2007 (MDL Doc. No. 532)
11th Circuit Court of Appeals Docket No. 07-14912-H

| Last Name | First name | Case No. |

Exhibit A
18

| | | |
|---|---|---|
| Abrams | Cynthia | 6:07-cv-11350 |
| Albright | Camelia | 6:07-cv-15855 |
| Bago | Leslie | 6:07-cv-10817 |
| Cramer | Tina, as Next Friend of B.B., a MinorBrett | 6:07-cv-15588 |
| Browning | Rickie | 6:07-cv-11433 |
| Bryant | Donnie | 6:07-cv-15952 |
| Bullard | Jackie | 6:07-cv-13194 |
| Byrge | Bill | 6:07-cv-13211 |
| Carter | Miranda [Michael Carter on behalf of] | 6:07-cv-15983 |
| Clark | Julie | 6:07-cv-11053 |
| Clarkson | Karen [Lisa Carter, on behalf of] | 6:07-cv-13233 |
| Clements | Eric | 6:07-cv-13262 |
| Cornell | Pamela | 6:07-cv-16028 |
| Culbreath | Gary | 6:07-cv-16042 |
| Davis | Timothy | 6:07-cv-10847 |
| Day | Malcolm | 6:07-cv-10848 |
| De Rafelo | Susan | 6:07-cv-12124 |
| Duncan | Armando | 6:07-cv-10855 |
| Wilson | Paula [designated as Lee Eads] | 6:07-cv-14513 |
| Eibeck | William | 6:07-cv-11533 |
| Emery | Edward | 6:07-cv-10862 |
| Fuller | Bobbie | 6:07-cv-15834 |
| Gabaldon | Aurora | 6:07-cv-13452 |
| Hardin | Linda | 6:07-cv-11622 |
| Heatley | Carolyn | 6:07-cv-16175 |
| Hendrix | Barry | 6:07-cv-11636 |
| Holloway | Tony | 6:07-cv-11650 |
| Hull | Sharon | 6:07-cv-15595 |
| Jammeh | Rosie | 6:07-cv-13674 |
| Plummer | Sharon [designated as Pearlie Mae Johnson] | 6:07-cv-16460 |
| Jones | George | 6:07-cv-13701 |
| Kelly | Marsha | 6:07-cv-11708 |
| Kelly | Tammie | 6:07-cv-10912 |
| Kramer | Shawn | 6:07-cv-13780 |
| Lawson | Darrell | 6:07-cv-11229 |

Exhibit A
19

| | | |
|---|---|---|
| Lee | Lindsay | 6:07-cv-10684 |
| March | Evelyn | 6:07-cv-16320 |
| McDaniel | Harry | 6:07-cv-10698 |
| McKinney | Karen | 6:07-cv-11786 |
| McNair | Nancy | 6:07-cv-12184 |
| McReaken | Cynthia | 6:07-cv-10702 |
| Melendez | Maria | 6:07-cv-12186 |
| Metcalf | Larry | 6:07-cv-16362 |
| Metz | Angela | 6:07-cv-10948 |
| Molton | Anthony | 6:07-cv-12188 |
| Mueller | Bryan | 6:07-cv-12191 |
| Nordby | Brian | 6:07-cv-12196 |
| Olson | Darlene | 6:07-cv-12200 |
| Ousley | Nicole | 6:07-cv-12201 |
| Parsons | Frank | 6:07-cv-12203 |
| Parsons | Virgina | 6:07-cv-14036 |
| Patrick | Karen | 6:07-cv-15611 |
| Patrick | LaShawn | 6:07-cv-10714 |
| Perea | Juan | 6:07-cv-16443 |
| Plsek | Sara | 6:07-cv-12206 |
| Pugh | Evelyn | 6:07-cv-10979 |
| Rabideaux | Christine | 6:07-cv-12211 |
| Richardson | Rubin | 6:07-cv-11282 |
| Riley | Earline | 6:07-cv-10415 |
| Roberts | Jude | 6:07-cv-15575 |
| Sepulveda | Raymond | 6:07-cv-10754 |
| Shelton | Lonnie | 6:07-cv-11004 |
| Taylor | Jack | 6:07-cv-16608 |
| Tevis | Charles | 6:07-cv-14368 |
| Thompson | Barbara [Eric Thompson, as a representative] | 6:07-cv-14379 |
| Thornsberry | Timothy | 6:07-cv-14385 |
| Trautz | Gloria | 6:07-cv-12237 |
| Trickel | Mark | 6:07-cv-12238 |
| Webb | Jody | 6:07-cv-11331 |
| Wiest | James | 6:07-cv-12055 |
| Williams | Christina | 6:07-cv-12060 |
| Wood | Doris | 6:07-cv-16706 |
| Kukla | Jacquelyn, as Next Friend of T.W., a Minor | 6:07-cv-15598 |
| Woody | Vicky | 6:07-cv-12079 |
| Yarbrough | Chassidy | 6:07-cv-11345 |
| Yu | Arthur | 6:07-cv-12084 |

Exhibit A

| Zeck | Michael | 6:07-cv-12255 |
|------|---------|----------------|

**Bailey Perrin Bailey, LLP**
Dismissed Pursuant to Order of 10/18/2007 (MDL Doc. No. 582)
11th Circuit Court of Appeals Docket No.  07-14912-H

| Last Name | First name | Case No. |
|-----------|-----------|----------|
| Broadnax | Jennie | 6:07-cv-14672 |
| Mongar | Douglas | 6:07-cv-11800 |
| Pace | Minnie | 6:07-cv-16424 |
| Potter | Charles | 6:07-cv-11878 |
| Smith | David | 6:07-cv-14284 |
| Taylor | Joann | 6:07-cv-14361 |
| Wilson | Larry | 6:07-cv-16699 |

**Bailey Perrin Bailey, LLP**
Dismissed Pursuant to Order of 10/18/2007 (MDL Doc. No. 583)
11th Circuit Court of Appeals Docket No.  07-14912-H

| Last Name | First name | Case No. |
|-----------|-----------|----------|
| Aings | Maritta | 6:07-cv-13024 |
| Coleman | Janis | 6:07-cv-12380 |
| Guyer | Arlis | 6:07-cv-13527 |
| Hatfeld | Sherry | 6:07-cv-13579 |
| Mapes | Elizabeth | 6:07-cv-12665 |
| Mclauchlin | Shirley | 6:07-cv-13915 |
| Mincey | Gladys | 6:07-cv-13947 |
| Phillips | Chante | 6:07-cv-12760 |
| Richardson | Irene | 6:07-cv-14150 |
| Shired | Palthera | 6:07-cv-14265 |
| Williams | Julia | 6:07-cv-14488 |

**Bailey Perrin Bailey, LLP**
Dismissed pursuant to Order of 10/22/2007 (MDL Doc. No. 594)
11th Circuit Court of Appeals Docket No.  07-14912-H

| Last Name | First name | Case No. |
|-----------|-----------|----------|
| Boerner | Klarica | 6:07-cv-14644 |
| Cox | Debbie | 6:07-cv-16032 |
| Rogers | Julia | 6:07-cv-16507 |
| Sudduth | Kathryn | 6:07-cv-15396 |

Exhibit A
21

Bailey Perrin Bailey, LLP
Dismissed pursuant to Order of 10/22/2007 (MDL Doc. No. 595)
11th Circuit Court of Appeals Docket No.  07-14912-H

| Last Name | First name | Case No. |
|---|---|---|
| Aaron | Nancy | 6:06-cv-01846 |
| Acely | Jeannie | 6:07-cv-15847 |
| Albert | Darius | 6:07-cv-14566 |
| Anderson | Doretha | 6:07-cv-15864 |
| Andrews | Mellisa | 6:06-cv-01316 |
| Andrews | Stefanie | 6:07-cv-15867 |
| Anglin | William | 6:07-cv-15869 |
| Ash | Richard | 6:07-cv-15872 |
| Baker | Jeanette | 6:07-cv-14596 |
| Barnett | Natashia | 6:07-cv-15888 |
| Barney | Douglas | 6:07-cv-14608 |
| Barron | Anthony | 6:07-cv-14610 |
| Bates | Frank | 6:07-cv-14612 |
| Baugh | Marie | 6:07-cv-15893 |
| Bautista | Lawrence | 6:07-cv-14617 |
| Beckham | Gwen | 6:07-cv-15901 |
| Bennett | Kathy | 6:07-cv-14628 |
| Benson | Anna | 6:07-cv-14629 |
| Black | Bret | 6:07-cv-15917 |
| Blunt | Tracy | 6:07-cv-14643 |
| Bonfantino | Rose | 6:07-cv-15923 |
| Bonner | Brenda | 6:07-cv-15925 |
| Boscovich | Eric | 6:07-cv-14651 |
| Bradley | Carla | 6:07-cv-14658 |
| Braswell | Victoria | 6:07-cv-14660 |
| Brent | Gregory | 6:07-cv-15936 |
| Briggs | Timothy | 6:07-cv-15938 |
| Brock | Tina | 6:07-cv-14675 |
| Bufford | Marsel | 6:07-cv-13192 |
| Burks | Russel | 6:07-cv-15958 |
| Burks | Walter | 6:07-cv-14691 |
| Butler | Catina, on Behalf of Wesley Truss, an Incapacitated Adult | 6:07-cv-15965 |
| Butler | James | 6:07-cv-15967 |
| Butterfield | Sandra | 6:07-cv-14696 |

Exhibit A
22

| | | |
|---|---|---|
| Cain | Donna | 6:07-cv-15971 |
| Carey | Annie | 6:07-cv-14705 |
| Carr | Robert | 6:07-cv-14706 |
| Carroll | Thelma | 6:07-cv-14709 |
| Cartlidge | Otis | 6:07-cv-14714 |
| Casey | Kimberly | 6:07-cv-15987 |
| Chambers | Lorraine | 6:07-cv-14719 |
| Clanton | Allison | 6:07-cv-14728 |
| Clark | Erica | 6:07-cv-16002 |
| Clayton | Lue | 6:07-cv-14732 |
| Cleary | Tammy | 6:07-cv-14733 |
| Cobb | Charles | 6:07-cv-14737 |
| Coers | Elain | 6:07-cv-14740 |
| Coleman | Tonya | 6:07-cv-16006 |
| Collins | James | 6:07-cv-14746 |
| Collins | Temphra | 6:07-cv-16008 |
| Coman | Patricia | 6:07-cv-14750 |
| Conley | Murrie | 6:07-cv-16012 |
| Cooper | Duane | 6:07-cv-14755 |
| Cooper | Michael | 6:07-cv-14757 |
| Cooper | Rhonda | 6:07-cv-16021 |
| Cox | Michael | 6:07-cv-14766 |
| Davis | April | 6:07-cv-160445 |
| Davis | Bonita | 6:07-cv-16046 |
| Davis | Christian | 6:07-cv-14782 |
| Dierks | Debrah | 6:07-cv-14799 |
| Dorsey | Kathy | 6:07-cv-14804 |
| Dowdle | Cheryl | 6:07-cv-14807 |
| DuBois | Lochreane | 6:07-cv-14809 |
| Duncan | Catherine | 6:07-cv-16072 |
| Edwards | Michelle | 6:07-cv-14819 |
| Elliot | Cynthia | 6:07-cv-14824 |
| Escareno | Emilia | 6:07-cv-14827 |
| Eubanks | Shirley | 6:07-cv-16088 |
| Evans | Dawn | 6:07-cv-14831 |
| Evans | Nancy | 6:07-cv-14832 |
| Evans | Tammy | 6:07-cv-14834 |
| Fisher | Barbara | 6:07-cv-14850 |
| Flemons | Betty | 6:07-cv-16101 |
| Ford | Cheryl | 6:07-cv-16107 |
| Forshee' | Patrick | 6:07-cv-14859 |
| Fowler | Lee | 6:07-cv-14865 |
| Frame | Brian | 6:07-cv-16112 |
| Freda | Kenneth | 6:07-cv-14871 |
| Fullerton | Domenic | 6:07-cv-14875 |

Exhibit A

| | | |
|---|---|---|
| Gabauer | Patrina | 6:07-cv-14878 |
| Gaffer | David | 6:07-cv-14879 |
| Gibbs | Susanne | 6:07-cv-11591 |
| Gill | Ruby | 6:07-cv-14897 |
| Glasgow | Tracy | 6:07-cv-14902 |
| Gonzales | Adenago | 6:07-cv-14906 |
| Gordon | Cecil | 6:07-cv-16139 |
| Greenwood | Tanya | 6:07-cv-14919 |
| Gregg | Ute | 6:07-cv-14920 |
| Griffin | Mary | 6:07-cv-14923 |
| Groce | Ruby | 6:07-cv-14925 |
| Gurule | Greg | 6:07-cv-14929 |
| Hall | Diana | 6:07-cv-14938 |
| Harbeson | Fredrick | 6:07-cv-16159 |
| Hardy | Arthur | 6:07-cv-14948 |
| Harper | Cathy | 6:07-cv-14953 |
| Harris | Deborah | 6:07-cv-14957 |
| Harris | Janet | 6:07-cv-14958 |
| Harris | Marvin | 6:07-cv-14960 |
| Harrison | Geraldine | 6:07-cv-16167 |
| Hatcher | Joyce | 6:07-cv-16170 |
| Hatley | Donald | 6:07-cv-14966 |
| Hawkins | James | 6:07-cv-13581 |
| Hernandez | Irisa | 6:07-cv-14977 |
| Hernandez | Regina | 6:07-cv-14979 |
| Hill-Crock | Gale | 6:07-cv-14986 |
| Hirsch | Beverly | 6:07-cv-14988 |
| Hirschinger | Debbie | 6:07-cv-14989 |
| Holmes | Florence | 6:07-cv-16196 |
| Hortona | Wayne | 6:07-cv-15000 |
| Howatt | Barbara | 6:07-cv-16200 |
| Hudgins | Gwendolyn | 6:07-cv-15007 |
| Hudson | Dorothy | 6:07-cv-16205 |
| Hull | Heidi | 6:07-cv-15008 |
| Jackson | Diane | 6:07-cv-15017 |
| Jackson | Kevin | 6:07-cv-15021 |
| Jackson | Linda | 6:07-cv-15022 |
| Jackson | Tiffany | 6:07-cv-16219 |
| Jaco | Juanita | 6:07-cv-16220 |
| Jenkins | Bonnie | 6:07-cv-16224 |
| Jenkins | Carol | 6:07-cv-15026 |
| Jesso | Sharon | 6:07-cv-15028 |
| Johnson | Bradley | 6:07-cv-16236 |
| Johnson | Donna | 6:07-cv-15032 |
| Johnson | Rochelle | 6:07-cv-16242 |

| | | |
|---|---|---|
| Johnson | Sarah | 6:07-cv-16243 |
| Johnston | Penny | 6:07-cv-15042 |
| Jones | James | 6:07-cv-16250 |
| Jones | Raymond | 6:07-cv-15051 |
| Jordan | Alberta | 6:07-cv-15052 |
| Juarez | Valerie | 6:07-cv-16259 |
| Keagy | Colleen | 6:07-cv-15062 |
| Kerr | Rae | 6:07-cv-15067 |
| Kimbrell | Christopher | 6:07-cv-16268 |
| King | Sharnetha | 6:07-cv-15072 |
| Klemp | Carrie | 6:07-cv-15075 |
| Knight | Gina | 6:07-cv-15079 |
| Lestace | Stephanie | 6:07-cv-15097 |
| Leven | Denver | 6:07-cv-15099 |
| Littlejohn | Sharon | 6:07-cv-15105 |
| Lundy | Camille | 6:07-cv-16310 |
| MacDonald | Brenda | 6:07-cv-15121 |
| Macleod | Fiona | 6:07-cv-16313 |
| Madden | Homer | 6:07-cv-15123 |
| Malone | Brenda | 6:07-cv-16317 |
| Martin | Faye | 6:07-cv-15129 |
| Martin | Glen | 6:07-cv-15130 |
| Martinez | Carlos | 6:07-cv-16325 |
| Martinez | David | 6:07-cv-16326 |
| Maturin | Laurie | 6:07-cv-15134 |
| McCartney | Kimberly | 6:07-cv-15138 |
| McCormick | Dianna | 6:07-cv-16343 |
| McCormick | Laurie | 6:07-cv-15142 |
| McCrary | Mariko | 6:07-cv-16345 |
| McDonald | Vickie | 6:07-cv-16351 |
| McFee | Angela | 6:07-cv-15147 |
| McGhee | Robert | 6:07-cv-15151 |
| McKinney | Shirley | 6:07-cv-16355 |
| McLemore | Ella | 6:07-cv-16357 |
| McShan | Genevieve | 6:07-cv-15157 |
| Medley | Derrick | 6:07-cv-11790 |
| Melvin | Rosalind | 6:07-cv-15160 |
| Mendoza | Lauro | 6:07-cv-16360 |
| Mercado | Carmen | 6:07-cv-15161 |
| Miller | Reality | 6:07-cv-15166 |
| Miller | Shalonda | 6:07-cv-15167 |
| Mitchell | Jacqueline | 6:07-cv-15172 |
| Mizell | Stephen | 6:07-cv-15174 |
| Molina | Iram | 6:07-cv-16369 |
| Moore | Elaine | 6:07-cv-16376 |

Exhibit A

| | | |
|---|---|---|
| Moore | Elizabeth | 6:07-cv-15181 |
| Moraido | Robert | 6:07-cv-16382 |
| Morris | Brandon | 6:07-cv-15189 |
| Mosley-Love | Lynn | 6:06-cv-01139 |
| Motzkus | Denise | 6:07-cv-15194 |
| Munz | David | 6:07-cv-13986 |
| Myers | Sharon | 6:07-cv-16394 |
| Neeley | Martha | 6:07-cv-16401 |
| Nehlig | Marie | 6:07-cv-15204 |
| Niemczyk | Cheryl | 6:07-cv-15215 |
| Nunog | Kinney | 6:07-cv-15220 |
| O'Dunleye | Carolyn | 6:07-cv-15226 |
| Ogunmwonyi | Gladys | 6:07-cv-16416 |
| Orr | Micky, on Behalf of Tina Brown, an Incapacitated Adult | 6:07-cv-16419 |
| Osbourne | Sharon | 6:07-cv-16422 |
| Page | Sherri | 6:07-cv-15239 |
| Pagel | David | 6:07-cv-15240 |
| Parker | Thomas | 6:07-cv-15242 |
| Patrom | Kimberly | 6:07-cv-15246 |
| Patterson | Timothy | 6:07-cv-16434 |
| Patton | Carolyn | 6:07-cv-16435 |
| Payne | Shawn | 6:07-cv-16436 |
| Pentelton | Vershell | 6:07-cv-15251 |
| Pierce | Anthony | 6:07-cv-14074 |
| Pierson | Brian | 6:07-cv-16455 |
| Pitts | Russell | 6:07-cv-16458 |
| Place | Candice | 6:07-cv-15261 |
| Polches | Louis | 6:07-cv-16461 |
| Pote | Jennifer | 6:07-cv-16466 |
| Powell | LaDawna | 6:07-cv-15269 |
| Pride | Rita | 6:07-cv-16469 |
| Pucket | Virgil | 6:07-cv-15275 |
| Radcliff | Cynthia | 6:07-cv-15279 |
| Raines | Crystal | 6:07-cv-15281 |
| Rains | Terry | 6:07-cv-16476 |
| Raney | Alta | 6:07-cv-15284 |
| Raygoza | Sally | 6:07-cv-16484 |
| Reed | Brenda | 6:07-cv-15285 |
| Reed | Debbie | 6:07-cv-15286 |
| Relf | Lilly | 6:07-cv-16488 |
| Richard | Betty | 6:07-cv-15291 |
| Riddle | Donna | 6:07-cv-15293 |

Exhibit A

| | | |
|---|---|---|
| Rigsby | Steve | 6:07-cv-16491 |
| Riley | Michelle | 6:07-cv-16492 |
| Ritter | Chad | 6:07-cv-16494 |
| Rivera | Eliezer | 6:07-cv-16495 |
| Robinson | Lorenzo | 6:07-cv-15300 |
| Robison | Gregory | 6:07-cv-14174 |
| Rodriquez | Martha | 6:07-cv-16505 |
| Rogers | Anissa | 6:07-cv-15303 |
| Romero-Naranjo | Cynthia | 6:07-cv-15307 |
| Ross | Curtiss | 6:07-cv-16512 |
| Russell | Vonda | 6:07-cv-15319 |
| Ryan | David | 6:07-cv-15320 |
| Sanders | Donna | 6:07-cv-16524 |
| Satterfield | Melanie | 6:07-cv-15322 |
| Saul | Elizabeth | 6:07-cv-16530 |
| Schouster | Katie | 6:07-cv-15325 |
| Schultz | Tracy | 6:07-cv-16534 |
| Schwartz | Paul | 6:07-cv-15327 |
| Scott | Debra | 6:07-cv-15328 |
| Shaheed | Elizabeth | 6:07-cv-15339 |
| Shockley | Amber | 6:07-cv-15343 |
| Silvers | Wade | 6:07-cv-15347 |
| Simmons | Alberta | 6:07-cv-16555 |
| Simmons | Donna | 6:07-cv-15348 |
| Simmons | Yvonne | 6:07-cv-15350 |
| Simon | Teah | 6:07-cv-15351 |
| Sims | Joyce | 6:07-cv-16560 |
| Slade | Patricia | 6:07-cv-15354 |
| Sledge | Lisa | 6:07-cv-15356 |
| Smith | Austin | 6:07-cv-16565 |
| Smith | Randy | 6:07-cv-15362 |
| Smith | Robert | 6:07-cv-15364 |
| Solez | Augie | 6:07-cv-16576 |
| Soto | Annie | 6:07-cv-16579 |
| Spears | Sandra | 6:07-cv-15373 |
| Spencer | Michael | 6:07-cv-16581 |
| Stahlhood | Ronald | 6:07-cv-15379 |
| Stanley | Glenda | 6:07-cv-15382 |
| Stone | Deborah | 6:07-cv-15389 |
| Stork | Deaonna | 6:07-cv-15390 |
| Strickland | Stanley | 6:07-cv-15393 |
| Stufflebean | Keith | 6:07-cv-15395 |
| Sumlin | Renita | 6:07-cv-16601 |
| Sutton | James | 6:07-cv-15400 |
| Tate | Lori | 6:07-cv-15408 |

Exhibit A

| | | |
|---|---|---|
| Taylor | Anthony | 6:07-cv-15409 |
| Taylor | Colinda | 6:07-cv-15410 |
| Taylor | Gwendolyn | 6:07-cv-15411 |
| Templeton | Randal | 6:07-cv-15415 |
| Thiara | Judy | 6:07-cv-15418 |
| Thomas | Maudie | 6:07-cv-15422 |
| Thomas | Ta-Tanisha | 6:07-cv-15423 |
| Thomas | Terry | 6:07-cv-12904 |
| Thurman | Debbie | 6:07-cv-15425 |
| Tompkins | Marcillia | 6:07-cv-16632 |
| Toucheek | Angella-Marie | 6:07-cv-15428 |
| Trehern | Fred | 6:07-cv-16640 |
| Trivette | L.C. | 6:07-cv-15431 |
| Trudeau | Lillian | 6:07-cv-15433 |
| Tucker | Denise | 6:07-cv-15434 |
| Turner | Lester | 6:07-cv-15439 |
| Turner | Lydelle | 6:07-cv-14410 |
| Turner | Melvin | 6:07-cv-15440 |
| Valentine | William | 6:07-cv-15446 |
| Vaugh | Cheryl | 6:07-cv-15451 |
| Vaughan | Robert | 6:07-cv-15452 |
| Venus | Venus | 6:07-cv-15456 |
| Vera-Cedallos | Elizabeth | 6:07-cv-15457 |
| Villar | Rosa | 6:07-cv-15458 |
| Vipperman | Patricia | 6:07-cv-15460 |
| Wall | Theresa | 6:07-cv-15466 |
| Walton | Michael | 6:07-cv-15469 |
| Walton | Patricia | 6:07-cv-15470 |
| Ward | Charlene | 6:07-cv-15471 |
| Ward | Judie | 6:07-cv-16663 |
| Watkins | Wanda | 6:07-cv-15480 |
| Watson | Damion | 6:07-cv-15481 |
| Watson | Jeffrey | 6:07-cv-15482 |
| Watson | Jennifer, on Behalf of Troy Minton, an Incapacitated Adult | 6:07-cv-16669 |
| Watts | John | 6:07-cv-15483 |
| West | Sharon | 6:07-cv-15488 |
| Westbrook | Anthony | 6:07-cv-15489 |
| White | Kelly | 6:07-cv-15492 |
| Wickard | Rosemary | 6:07-cv-15499 |
| Wight | Alyssa | 6:07-cv-15500 |
| Willett | Kristina | 6:07-cv-16683 |
| Williams | Donald | 6:07-cv-16690 |

Exhibit A

| Williams | Joanne | 6:07-cv-15507 |
|----------|--------|---------------|
| Williams | Leah | 6:07-cv-15510 |
| Williams | Sharon | 6:07-cv-15516 |
| Williams | Wanda | 6:07-cv-15518 |
| Wilson | Angenette | 6:07-cv-15522 |
| Winters | Stacey | 6:07-cv-16703 |
| Wise | Sharon | 6:07-cv-16704 |
| Wright | Charles | 6:07-cv-15540 |
| Young | Christopher | 6:07-cv-15550 |
| Young | Crystal | 6:07-cv-15551 |

| Bailey Perrin Bailey, LLP<br>Dismissed pursuant to Order of 10/22/2007 (MDL Doc. No. 596)<br>11th Circuit Court of Appeals Docket No.  07-14912-H | | |
|----------|------------|----------------|
| Last Name | First name | Case No. |
| Walker | Jennifer | 6:07-cv-15464 |
| Wendland | Lee | 6:07-cv-10470 |

Exhibit A

29