# EXHIBIT B

| Bailey Perrin Bailey, LLP<br>Dismissed pursuant to Order of 10/25/2007<br>(MDL Doc. No. 606) | | |
|---|---|---|
| Last Name | First name | Case No. |
| Dees | Lisa, as Next Friend of M.A.D., a Minor | 13352 |
| Finch | Megan | 1340 |
| Warren | Pierre | 12243 |