UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br><br>MDL Docket No. 1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**PLAINTIFFS' REPORT ON STATUS OR NEGOTIATIONS WITH NONPARTIES EDELMAN, INC., SAATCHI & SAATCHI HEALTHCARE AND KLEMTNER ADVERTISING, INC.** |

Pursuant to the Court's instructions during the November 20, 2007 telephonic hearing for oral argument of Plaintiffs' Motion to Compel Production of Non-Party Documents (Doc. No. 666), Non-Party Klemtner Advertising, Inc. and Saatchi & Saatchi Healthcare's Motion for Protective Order (Doc. No. 670), Non-Party Edelman Inc.'s Motion to Quash Subpoena Duces Tecum, and Non-Party Harris Interactive, Inc.'s Motion for Protective Order (Doc. No. 674), Plaintiffs submit this report regarding the status of negotiations between Plaintiffs and Klemtner Advertising, Inc. and Saatchi & Saatchi Healthcare (collectively "Saatchi") and Edelman, Inc. ("Edelman").

Plaintiffs attach the following communications between Plaintiffs and the Non-Parties and Defendants documenting the meet and confer sessions, the parties' proposals and the Edelman attorney-client privilege issue exchanged following the November 20th telephonic hearing:

    Exhibit A:    November 20, 2007 letter from Holly Wheeler to Rachel Balaban, counsel for Saatchi;

    Exhibit B:    November 20, 2007 letter from Holly Wheeler to Brian Kaplan, counsel for Edelman

    Exhibit C:    November 21, 2007 letter from Holly Wheeler to Rachel Balaban

| | |
|---|---|
| Exhibit D: | November 21, 2007 letter from Holly Wheeler to Brian Kaplan |
| Exhibit E: | November 23, 2007 letter from Kenneth Friedman, counsel for Defendants, to Holly Wheeler |
| Exhibit F: | November 26, 2007 letter from Rachel Balaban to Holly Wheeler |
| Exhibit G: | November 27, 2007 letter from Holly Wheeler to Rachel Balaban |
| Exhibit H: | November 27, 2007 letter from Brian Kaplan to Holly Wheeler (attachments omitted) |

Plaintiffs believe significant progress was made during the negotiations with the Saatchi and Edelman with regard to the document subpoenas previously served on those non-parties. Some issues remain outstanding and negotiations are ongoing.

With respect to Saatchi, counsel for Plaintiffs and Saatchi spoke at length on Tuesday and Wednesday following last week's hearing. These conversations are documented in Exhibits A, C, F and G. During these calls, Plaintiffs requested additional information about the remaining 200 Seroquel-related projects so that Plaintiffs could further narrow the document subpoena. Plaintiffs suggested this information could be provided through a brief written synopsis of the projects, or through a deposition or informal interview, whether in New York or by telephone, of the Saatchi representative with the most knowledge of the Seroquel projects. Counsel for Saatchi expressed concern that no one person would have knowledge of all of the Seroquel projects and the person who possibly has the most knowledge of these projects was out of the country. See Exhibits A, C and G. Therefore, Plaintiffs reiterated their request for a written synopsis of the projects.

Saatchi's counsel requested that Plaintiffs provide additional information about the category of documents sought. See Exhibits A and C. Plaintiffs' counsel has attempted to

provide additional information about the categories of documents sought and prioritized the Seroquel projects based on those categories. See Exhibit A.

According to Saatchi's counsel, Saatchi has retained a number of hard copy "job files" relating to its Seroquel projects. See Exhibits A, B and F. Saatchi has advised that an electronic search for documents pertaining to any particular project is problematic because the electronic files are not organized by project but rather are stored in a shared drive which contained 14,000 files constituting nearly 20 gigabytes of electronic data. See Exhibit A and F. Plaintiffs have requested more information about the organization of these 14,000 files including the titles of any Seroquel files and sub-files in order to have a better understanding of Saatchi's search capabilities. See Exhibit A. Saatchi has not yet provided this information.

Based on the information provided by Saatchi's counsel, it appears that the remaining 200 Seroquel-related projects fall into the following four categories: (1) projects for which Saatchi has retained hard copy "job files;" (2) projects for which there was no actual output or did not go forward and, therefore, no documents exist; (3) projects, given the span of time, for which "job files" may not have been retained; and (4) projects that have not been retained in hard copy "job files," but which could possibly be located electronically on the shared drive. See Exhibit F.

With respect to the first category of projects, Saatchi has located hard copies of "job files" for approximately 110 of the 200 projects Plaintiffs have identified, a list of which was provided to Plaintiffs on November 26th. See Exhibit F. The 40-50 boxes of documents are organized by project. See Exhibit A and F. According to Saatchi, the "job files" include the project outlines, cost estimates, final outputs and revisions, internal notes, and communications which could be internal or with AstraZeneca. See Exhibit F. Saatchi will agree to produce these

documents, preferably after the project list is further narrowed. See Exhibit F. In order to further narrow the project list, Plaintiffs have reiterated their request for additional information about those projects so that hard copy production and associated costs can be kept to a minimum. See Exhibits A, C and G. As of the time of this filing, Plaintiffs have not yet received this information. However, assuming Plaintiffs receive sufficient information to further narrow the list of projects for which Saatchi has retained "job files," and Saatchi represents to the court that these job files contain all or a vast majority of the project documents and communications, Plaintiffs will agree to accept a hard copy production of these job files.

Theoretically, the remaining 90 projects should fall into one of the other three categories. With respect to the second and third categories of projects, Plaintiffs request that Saatchi provide lists of those projects for which there was no output, did not go forward, or have not been retained, along with a declaration or affidavit that no documents exist or were disposed of and, to the extent possible, provide the dates or general time period that any job files were disposed of. Saatchi has already identified four of these projects. See Exhibit F.

With respect to the fourth category of projects, Saatchi has proposed that it perform electronic searches by job number. See Exhibit F. Plaintiffs agree that this solution could be acceptable with respect to some of the remaining projects. However, Plaintiffs have advised Saatchi that this determination cannot be made until additional information about the remaining projects is provided. See Exhibit G. Saatchi has advised that "job files" relating to the two weight gain/hyperglycemia/diabetes projects identified by Plaintiffs on November 20th could not be located and that an electronic search by job number did not reveal any documents. See Exhibits A and F. With respect to the two identified weight gain/hyperglycemia/diabetes projects, Plaintiffs have advised Saatchi that the search by job number only may not be sufficient

and that a more comprehensive search may need to be performed. See Exhibit G. Once Plaintiffs are provided with additional information regarding the Seroquel projects, Plaintiffs will be in a better position to determine which projects may require a more comprehensive search.

On the subject of costs and attorneys' fees, Plaintiffs requested on November 20th and 27th that Saatchi provide the amounts billed to Defendants in connection with the Seroquel-related projects. See Exhibits A and G. As of the time of this filing, Saatchi has not yet provided that information. Plaintiffs have reiterated that Plaintiffs and AstraZeneca have agreed to share some of Saatchi's reasonable costs, but that Plaintiffs have also asked the Court to apportion some of those costs to Saatchi. With respect to attorneys' fees, Plaintiffs advised Saatchi on November 20th and 27th that, absent an order from the Court, Plaintiffs will not agree to reimburse Saatchi for fees associated with attorney review of Saatchi's business records which Plaintiffs believe is unnecessary. See Exhibits A and G. Plaintiffs have requested counsel's billing invoices, redacted if necessary, and will agree to discuss those invoices with Defendants with respect to other incurred fees. See Exhibits A and G.

With respect to Edelman, counsel conferred on November 20th and 26th and plan to confer again later this afternoon. On November 20th, Plaintiffs provided Edelman with the same description of the categories of documents sought and requested additional information about the remaining 70 Seroquel-related projects identified by Plaintiffs. See Exhibit B. Due to the Thanksgiving holiday, counsel advised that a deposition prior to the next hearing would not be feasible but that Plaintiff's request for additional written information would be passed on to Edelman. See Exhibit D. On November 21st, Plaintiffs provided Edelman with a list of prioritized projects. See Exhibit D. On November 26th, counsel for Edelman advised that he would provide Plaintiffs with "project briefs" which would provide more information about the

identified projects. Edelman provided some of those briefs around noon on November 27th, indicating that some briefs were being withheld due to the outstanding privilege issue and that counsel is working with his client to locate any additional projects briefs that may exist. See Exhibit H. As Plaintiffs' counsel has not yet had an opportunity to review the 130 pages of project briefs provided by Edelman just prior to this filing, Plaintiffs are unable to provide the Court with a report on the parties' effort to narrow the project list at this time. However, Plaintiffs are confident that more projects could be eliminated based on the new information provided by Edelman. Plaintiffs will provide the Court with more information during tomorrow's telephonic hearing.

Edelman advised that since 2003, it has billed AstraZeneca approximately $11.1 million in fees and expenses. See Exhibit H.

There is some disagreement regarding AstraZeneca's position on the attorney-client privilege issues that have arisen with respect to some of the Edelman projects. See Exhibit D and E. Per the Court's instruction, Edelman provided a Supplemental Submission of Non-Party Edelman, Inc. (Doc. No. 715) this afternoon. Once Plaintiffs have had an opportunity to review Edelman's proposals and confers with Edelman's counsel this afternoon, Plaintiffs and Edelman will be able to provide the Court with more information regarding the status of negotiations tomorrow morning.

Respectfully submitted on this the 27th day of November, 2007,

By: /s/ Holly M. Wheeler
Ed Blizzard
Holly M. Wheeler
Blizzard, McCarthy & Nabers, LLP
The Lyric Center
440 Louisiana, Suite 1710
Houston, Texas 77002
Telephone: (713) 844-3750

Facsimile: (713) 844-3755
Eblizzard@blizzardlaw.com
Hwheeler@blizzardlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November 2007, I e-mailed and sent by facsimile the foregoing document to counsel for Edelman, Saatchi & Saatchi Healthcare, Klemtner Advertising Inc., Harris Interactive, Inc. and e-mailed Defendants, along with a copy via electronic mail to all participants in the CM/ECF system, and that I mailed the foregoing document by first class mail to the non-CM/EDF participants listed on the attached service list.

/s/ Holly M. Wheeler

## SERVICE LIST
(As of October 16, 2007)

## In Re: Seroquel Products Liability Litigation
## MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com<br>jorelli@weitzlux.com<br>ychiu@weitzlux.com<br>lschultz@weitzlux.com<br>esugiarto@weitzlux.com<br>jdillion@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>bailey-svc@bpblaw.com<br>tcarter@bpblaw.com<br>mperrin@bpblaw.com<br>kbailey@bpblaw.com<br>ltien@bpblaw.com<br>hsantiago@bpblaw.com<br>ftrammell@bpblaw.com<br>nkoole@bpblaw.com<br>ndoyle@bpblaw.com<br>tbaker@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>lroth@roth-law.com | Kenneth T. Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Benjamin A. Krass, Esq.<br>Law Offices of Matthew F.Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com<br>bkrass@pawalaw.com | John Driscoll, Esq.<br>Seth S. Webb, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com<br>swebb@brownandcrouppen.com |

# SERVICE LIST
(As of October 16, 2007)

## In Re: Seroquel Products Liability Litigation
## MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com<br>kjensenlaw@gmail.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com<br>jdibbley@lundydavis.com | W. Todd Harvey, Esq.<br>E. Ashley Cranford, Esq.<br>Mitchell M. Breit<br>Whatley Drake & Kallas, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>mbreit@whatleydrake.com<br>ecf@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street<br>36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com<br>lsabel@lskg-law.com<br>lbrandenberg@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>**Counsel for Defendant,<br>Marguerite Devon French** |

## SERVICE LIST
(As of October 16, 2007)

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>mailto:jsale@aws-law.comksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** |

## SERVICE LIST
(As of October 16, 2007)

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Thomas Campion, Esq.<br>Steven M. Selna<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>tcampion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br><br>**Counsel for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.** | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>Post Office Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Timothy E. Kapshandy, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>efilingnotice@sidley.com<br>jjobes@sidley.com<br>tkapshandy@sidley.com<br>**Counsel for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP** | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>**Counsel for Defendant AstraZenca, PLC** | Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>**Counsel for Defendant Dr. Asif Habib** |

## SERVICE LIST
(As of October 16, 2007)

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>atravis@carltonfields.com<br>tpaecf@cfdom.net<br>**Counsel for Defendants, Astrazeneca Pharmaceuticals, LP and Astrazeneca LP** | Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | **Mark P. Robinson, Jr., Esq.<br>Carlos A. Prietto, III<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com<br>cprietto@rcrlaw.net<br>ctakanabe@rcrlaw.net<br>kschaeffer@rcrlaw.net** |
| David P. Matthews, Esq.<br>Matthews & Associates<br>2905 Sackett<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com<br>anixon@galyen.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Howard Nations<br>Lori A. Siler<br>4515 Yoakum Boulevard<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com<br>lori@howardnations.com<br>kim@howardnations.com<br>andrea@howardnations.com<br>charles@howardnations.com<br>lezzlie@howardnations.com |

## SERVICE LIST
(As of October 16, 2007)

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058 | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |
| Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, Texas 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com | Lizy Santiago, Esq.<br>Abraham, Watkins, Nichols,<br>Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>(713) 222-7211<br>lsantiago@abrahamwatkins.com |
| Fred T. Magaziner, Esq.<br>Marjorie Shiekman, Esq.<br>A. Elizabeth Balakhani, Esq.<br>Shane T. Prince, Esq.<br>Eben S. Flaster, Esq.<br>Margaret S. Osborne, Esq.<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com<br>michlle.kirsch@dechert.com<br>Gretchen.sween@dechert.com<br>Margaret.osborne@dechert.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |

# SERVICE LIST
(As of October 16, 2007)

## In Re: Seroquel Products Liability Litigation
## MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net | Linda S. Svitak<br>Bridget Ahmann<br>Krisann C. Kleibacker Lee<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>bahmann@faegre.com<br>wjohnson@faegre.com<br>klee@faegre.com |
| James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com | Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Dale Kent Perdue<br>D. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com<br>dperdue@cpaslaw.com |
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

## SERVICE LIST
(As of October 16, 2007)

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| William N. Riley<br>Jamie R. Kendall<br>Price, Waterhouse & Riley, LLC<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204<br>(317)633-8787<br>eamos@price-law.com | Earl Francis Carriveau<br>1012 6th Avenue<br>Lake Charles, LA 70601-4706 |
| Michael T. Gallagher<br>The Gallagher Law Firm<br>2905 Sackett Street<br>Houston, TX 77098<br>(713) 222-8080<br>shawnaf@gld-law.com | Stacy K. Hauer<br>Charles S. Zimmerman<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>(612) 341-0400<br>(800) 755-0098<br>csz@zimmreed.com |
| Buffy Martines<br>Laminack, Pirtle & Martines<br>440 Louisiana, Suite 1250<br>Houston, TX 77002<br>(713) 292-2750<br>buffm@lpm-triallaw.com | Ted C. Wacker, Esq.<br>Robinson Cacalgnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>(949) 720-1288<br>twacker@rcrlaw.net |
| Craig Ball<br>craig@ball.net | Orran Lee Brown<br>obrown@browngreer.com |
| Robert W. Cowan<br>rcowan@bpblaw.com<br>nkoole@bpblaw.com | Gary Reed Gober<br>200 Fourth Avenue North<br>Suite 700<br>Nashville, TN 37219 |
| Mary J. Wrightinton<br>720 Olive Street, Suite 1800<br>St. Louis, MO 63101-2302 | Robert G. Smith<br>Lorance & Thompson, P.C.<br>Suite 500<br>2900 North Loop West<br>Houston, TX 77092 |
| Robert H. Shultz<br>Heyl, Royster<br>103 W. Vandalia Street<br>PO Box 467<br>Edwardsville, IL 62025 | Dale Kent Purdue<br>Clark Perdue Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215 |

# SERVICE LIST
(As of October 16, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Jason Matthew Hatfield<br>Lundy & Davis, L.L.P.<br>300 North College Avenue<br>Suite 309<br>Fayetteville, AR  72701 | Christopher A. Gomez<br>Miller & Associates<br>555 E. City Avenue, Suite 910<br>Bala Cynwyd, PA  19004 |
| John Hawkins<br>(No Information Available) | Donna Higdon<br>(No Information Available) |
| Brenda Rice<br>(No Information Available) | Evelyn Rodriguez<br>(No Information Available) |
| Steven B. Weisburd, Esq.<br>Dechert, LLP<br>3000 W. 6th Street, Suite 1850<br>Austin, TX  78701 | Mark A. Koehn<br>Whrfrat42@yahoo.com |