

**BMN** BLIZZARD,
McCARTHY &
NABERS, LLP

ATTORNEYS AT LAW

Lyric Centre Building
440 Louisiana, Suite 1710
Houston, Texas 77002-1689

Telephone 713-844-3750
Facsimile 713-844-3755

www.blizzardlaw.com

November 20, 2007

<u>*Via E-Mail & Facsimile*</u>
Brian S. Kaplan, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

      Re:   *In Re: Seroquel Products Liability Litigation; MDL No. 1769; Edelman Subpoena*

Dear Mr. Kaplan:

    As the court instructed during the hearing earlier today, we need to spend some additional time discussing this matter. I left a message with your assistant earlier this afternoon when you were on another call. At your first opportunity, please call me. I am available this evening and all day tomorrow. I can also be available by cell phone on Friday and on Thanksgiving if absolutely necessary. That number is 832-651-7927.

    As you know, we have already eliminated approximately 1/3 of the Seroquel related projects identified by Edelman. We believe the many of the eliminated projects may have contained relevant information to the claims in this litigation. However, in an effort to compromise and to lessen the burden on your client, we eliminated those projects based on the limited information provided which suggested the projects may have related only tangentially to this litigation.

    We would be happy, and indeed agree that it would be in our best interest, to eliminate additional projects that may not relate to the claims in this litigation. In order for us to do so, however, we need more information about the remaining Seroquel related projects. To that end, as I have suggested to Ms. Balaban, I suggest that Edelman provide a brief description of the remaining Seroquel related projects we have requested. The project list you previously provided contains what appear to be project titles. In reviewing AstraZeneca's production, I noted that some third party vendor documents, including Edelman documents, often contain an "Objective," "Introduction," or "Summary" of a project at the beginning of the project document. To the extent your client's documents contain such a description, I am confident that by providing that information we can further narrow the project list. If the project documents do not contain that information, we just ask that your client do the best that it can to create a brief description.



PLAINTIFF'S EXHIBIT

If your clients believe this suggestion is too burdensome, we would also be willing to interview or depose and Edelman representative with the most knowledge of the Seroquel related projects. We can conduct a 30(B)(6) deposition by telephone or in person in New York prior to next Wednesday's hearing. This would allow us to run through some of remaining Seroquel related projects and get as much information as possible in an effort to further narrow the project list.

I can tell you with certainty that we are interested at a minimum in the projects that relate to the themes I addressed during today's hearing, which include the following: (1) the advertising or promotion of Seroquel for any purpose beyond the treatment of schizophrenia or bipolar acute mania and major depressive episodes; (2) the targeting a primary care physicians (PCPs) and any testing, research, or analysis of the effect of Seroquel marketing on PCPs and their prescribing habits; (3) the targeting of consumers, including any suggestion that consumers have been misdiagnosed with depression and should seek treatment for bipolar disorder, through the media or otherwise; (4) "Drive the Dose" and any dose case study analysis; (5) diabetes/hyperglycemia/weight gain information provided to sales representative, the medical community or consumers. If your client can tell me which of its projects potentially relate to any of the above categories, we can attempt to further narrow the list.

I also intend to spend some time this afternoon and evening re-reviewing the remaining Seroquel related Edelman projects in an effort to prioritize those projects. I will identify the priority projects for you as soon as possible. However, I will still need some additional information regarding any *unidentified* projects simply because the titles do not provide enough information to prioritize and I have no knowledge of the subject matter of the unidentified projects.

Also, I request the information that the court has also requested with respect to the amounts billed by your client to AstraZeneca for the Seroquel related projects. I request that you provide this information to me as well before the next hearing on **Wednesday, November 28th at 10:00 a.m. EST** as I believe (and the court seems to agree) that this information is relevant to the burdensome inquiry.

Thank you for your attention to these matters and I look forward to hearing from you.

Very truly yours,

*[signature]*

Holly M. Wheeler