

**BLIZZARD, McCARTHY & NABERS, LLP**

ATTORNEYS AT LAW

Lyric Centre Building
440 Louisiana, Suite 1710
Houston, Texas 77002-1689

Telephone 713-844-3750
Facsimile 713-844-3755

www.blizzardlaw.com

November 21, 2007

*Via Electronic Mail*
Rachel G. Balaban, Esq.
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020

Re:   In Re: Seroquel Products Liability Litigation; MDL No. 1769; Subpoenas served on Klemtner Advertising and Saatchi & Saatchi Healthcare

Dear Ms. Balaban:

Thank you for speaking with me again today. I understand that your client contact, who may have the most knowledge about the Seroquel projects, is currently out of the country but that you had a brief telephone conversation with him earlier today.

You requested that I provide more detailed information about the five subject matters I described during the hearing and in my letter of yesterday. Unfortunately, I really cannot provide any more specific information. Though the categories may appear broad to you, without more information about your clients' projects, I really do not have enough information to further define the categories of documents we seek.

Once more information is provided, I am sure I will be able to eliminate more projects. You have indicated that since your client contact is out of the country that a deposition or interview before next week's hearing would be meaningless because your client will not have time to familiarize himself with the projects before then. This concerns me of course because I am afraid that I will not have any additional information about these projects before Wednesday's hearing. If there is anyone else who can provide some information about any of the projects between now and then I would greatly appreciate it. I believe you said earlier that the client contact who is out of the country may be attempting to contact others about this.

With respect to the eight prioritized categories of projects, as I requested, if I missed any projects which would fall into those categories, please let me know. You indicated that your client will begin trying to locate documents relating to the prioritized projects.



PLAINTIFF'S EXHIBIT C

- 2 -

With respect to the technical issues, it is my understanding that the hard copy files may be missing some documents but that those document could possibly by located electronically. Again, once we narrow the project list, and if the hard copy files (possibly supplemented by electronically located documents) of those projects are substantially complete, we may be able to agree to production of those hard copy files. You have indicated that your client's shared drive and email boxes are not easily searchable and that you would provide more detail about this in a letter.

You also indicated that certain "strategy" projects may not be associated with any documents or communications and you would do some additional follow up on this.

As I indicated, AstraZeneca and the plaintiffs have agreed to share some *reasonable* costs incurred by the nonparties in complying with the subpoena. As you know, we have requested that the court apportion at least some of the costs to the nonparties. With respect to attorneys' fees, I do not believe it is necessary, and the court appears to agree, that the requested documents require attorney review. If there are other attorneys' fees associated with subpoena compliance, I will be happy to review your billing invoices (redacted if necessary) and discuss those fees with AstraZeneca.

If you hear anything further from your client between now and Monday, please let me know. I will be checking my email and will be available by cell phone.

Thank you and have a nice holiday.

Yours truly,

*H. Wheeler*

Holly M. Wheeler