

**BLIZZARD,
McCARTHY &
NABERS, LLP**

ATTORNEYS AT LAW

Lyric Centre Building
440 Louisiana, Suite 1710
Houston, Texas 77002-1689

Telephone 713-844-3750
Facsimile 713-844-3755

www.blizzardlaw.com

November 21, 2007

*Via E-Mail & Facsimile*
Brian S. Kaplan, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

Re: *In Re: Seroquel Products Liability Litigation; MDL No. 1769; Edelman Subpoena*

Dear Mr. Kaplan:

Thank you for speaking with me last night and agreeing to provide me with the amounts billed by Edelman for the Seroquel related projects. You also indicated you would pass on to your client my request for more information about the 70 remaining Seroquel projects on the list I returned to you and Mr. Turinsky on September 21, 2007. As it does not appear that a deposition will be possible on your end before the next hearing, please provide me with this information as quickly as possible so that I can attempt to further narrow the project list before the hearing on Wednesday. An informal interview with Edelman representative with the most knowledge of the Seroquel projects remains an option as well.

I have re-reviewed the list of Edelman's 70 remaining Seroquel related projects. I have attempted to prioritize some of those projects as follows:

(1) PCP Targeting

| PO | Project Name | Activity Name |
|---|---|---|
| 2000009686 | Partnership Programs | Reaching PCPs: Diagnosing Roundtable |
| 2000050430 | Seroquel 2006 | PCP – Media Outreach |
| 2000050559 | Seroquel 2006 | PCP – Strategic Counsel |
| 2000050567 | Seroquel 2006 | PCP – Media Training |
| 2000050575 | Seroquel 2006 | PCP – Issues Preparedness |



PLAINTIFF'S EXHIBIT

(2)   Consumer Targeting

| PO | Project Name | Activity Name |
|---|---|---|
| 32125411 | Seroquel Customer-Focused Program | Brighter Beginnings; Celebration Recovery; Clinical Effectiveness Roundtable; Community Cares |
| 2000004288 | Seroquel BPD Consumer Launch | BPD Launch; Entertainment Roadmap: Phase I |
| 2000006078 | Entertainment Roadmap | Phase II & III |
| 2000009690 | Seroquel Consumer Media | Leveraging Data & News |
| 2000009692 | Seroquel Consumer Media | Leveraging Patient Testimonial |
| 2000039521 | Seroquel Entertainment | Entertainment Key Messages |
| 2000050643 | Seroquel 2006 | Entertainment Tracking/Research |
| 2000095031 | AZ Seroquel 2007 | Entertainment |

(3)   State and Government Activities

| PO | Project Name | Activity Name |
|---|---|---|
| 35126162 | Seroquel State Cost Study | Study Execution |
| 2000004287 | Seroquel Government Activities | JCR/Open Access Activities<br>Key Market Toolkit<br>Open Access Video<br>Policy Paper Roll-Out<br>STAR Study to LTC Groups |
| 2000009684 | Manage Markets Access | Events in Key States |
| 2000009685 | Manage Markets Access | National Outreach |
| 2000050432 | Seroquel 2006 | MHM – Media Strategy/Outreach |
| 2000050611 | Seroquel 2006 | MHM – Report Development |
| 2000051028 | Seroquel 2006 | MHM – Study Management |

(4)   Diagnosis

| PO | Project Name | Activity Name |
|---|---|---|
| 2000050564 | Seroquel 2006 | IADS – Misdiagnosis Pitching |
| 2000009689 | Bipolar Recognition Program | Survey |
| 2000009846 | Bipolar Recognition Program | Celebrity Media |

With the limited information provided, I cannot be sure whether the above projects are appropriately categorized. Some of the other 70 projects may fall into the above categories as well. Additionally, many of the project descriptions contain acronyms that I am not familiar with, such as DBSA, PSIC and BRC. As I indicated yesterday, I really need more information about those projects before I further narrow the project list.

I have not included the Seroquel litigation projects in the priority list because I consider those to be a separate issue. However, I continue to believe that we are entitled to this information. It was my understanding that the court instructed Edelman to provide additional information about the requested documents and support for the privilege claim. I believe the privilege is AstraZeneca's to claim and it was my understanding from Ken Friedman's comments yesterday that AstraZeneca was trying to stay out of the discovery dispute between the plaintiffs and the nonparties and that they did not believe many of the documents would contain privileged information.

You indicated last night that you may have trouble reaching the necessary people about this issue due to the Thanksgiving holiday. While I certainly understand the problem, I do not believe I can agree to any kind of an extension on this issue when it was the court that instructed Edelman to provide this information.

Please let me know as soon as possible whether your client can provide additional information regarding the remaining 70 projects prior to next week's hearing.

Very truly yours,

Holly M. Wheeler