

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | LOS ANGELES |
| 555 WEST FIFTH STREET | BRUSSELS | NEW YORK |
| LOS ANGELES, CA 90013 | CHICAGO | SAN FRANCISCO |
| (213) 896 6000 | DALLAS | SHANGHAI |
| (213) 896 6600 FAX | FRANKFURT | SINGAPORE |
| | GENEVA | SYDNEY |
| | HONG KONG | TOKYO |
| | LONDON | WASHINGTON, D.C. |

kfriedman@sidley.com
213-896-6055

FOUNDED 1866

November 23, 2007

**Via E-mail & Facsimile**
Holly M. Wheeler
Blizzard, McCarthy & Nabers, LLP
Lyric Centre Building
440 Louisiana, Suite 1710
Houston, TX 77002
hwheeler@blizzardlaw.com
(f) 713-844-3755

*In re Seroquel® Products Liability Litigation*, MDL Docket No. 1769 (M.D. Fla.)

Dear Ms. Wheeler:

I have received a copy of your November 21, 2007 letter to counsel for Edelman, Inc., Brian Kaplan. I am writing on behalf of AstraZeneca to clarify what both Brian and I recognize as an inaccurate statement in your letter, a copy of which is attached.

On page 3 of your letter, you cite me as supposedly having said during the November 20, 2007 telephone hearing with the Court that AstraZeneca "did not believe many of the documents [in Edelman's possession] would contain privileged information." With all respect, I did not say this at all. Instead, I said that, while AstraZeneca does not consider all documents created by Edelman to be privileged, a review is necessary to determine just how many are. Accordingly, your apparent inference that AstraZeneca thinks Edelman is unduly concerned about privileged material in its files is incorrect.

Thank you for your attention to this matter.

Best regards,

Kenneth E. Friedman

Attach.

cc: Brian S. Kaplan, Esq. (via e-mail) (w/attach.)

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

