

**SONNENSCHEIN NATH & ROSENTHAL LLP**

Rachel G. Balaban
212.768-6921
rbalaban@sonnenschein.com

1221 Avenue of the Americas
New York, NY 10020-1089
212.768.6700
212.768.6800 fax
www.sonnenschein.com

November 26, 2007

Via Electronic Mail

Holly M. Wheeler
Blizzard, McCarthy & Nabers, LLP
Lyric Centre Building
440 Louisiana, Suite 1710
Houston, Texas 77002-1689

   Re: Seroquel Products Liability Litigation; MDL No. 1769; Subpoenas
     served on Klemtner Advertising, Inc. and Saatchi & Saatchi Healthcare

Dear Ms. Wheeler:

   I write in an effort to resolve the outstanding issues relating to the documents you seek from non-parties Klemtner Advertising, Inc. and Saatchi & Saatchi Healthcare (collectively, "Saatchi"). As set forth in our motion papers and as we have discussed, the burden on Saatchi to locate, review and produce each and every document that may relate to the 200 projects you have identified is enormous and simply not feasible. While this may be alleviated to some extent by your elimination of projects, what is most essential is our ability to come to an agreement on the scope of production, including relating to electronic discovery. This includes documents contained on Saatchi's shared drive which contains 14,000 files constituting nearly 20 gigabytes of electronic data which has limited search capabilities. In addition, as set forth more specifically in my affidavit, it will be unduly burdensome to retrieve and search the e-mail boxes of Saatchi employees given the changes to their systems and the fact that most individuals working on these projects are no longer with the company. Based on the work we have done to date to locate, gather and review potentially relevant documents and determine the feasibility of electronic document retrieval, we propose the following regarding the scope of production.

   We have located hard copy "job files" for approximately 110 of the 200 jobs you have identified. A given job file typically includes an outline of the project, and estimate of the costs associated with that project, the final output of the project and any revisions associated therewith, as well as any communications, including e-mails or internal notes reflecting such communications, mainly relating to project revisions. These communications could be internal or with individuals from AstraZeneca. Enclosed is a list of the job numbers where a hard copy job file has been located. There are several reasons why there may not be a job file for jobs going back to the year 2000. For example, a job file may not have been created in the first instance for certain job numbers if there was not any actual output associated with that job. Job numbers ASE001x00, ASE119x02, 450ASMSQP40015-19



PLAINTIFF'S EXHIBIT



Holly M. Wheeler
November 26, 2007
Page 2

are examples of such job numbers. In addition, a job file may not have been created if a job never went forward. Job number ASE174x03 is such an example. Finally, given the span of time, there may have been job files that were created but that were not kept in the storage facility. The hard copy job files consist of approximately 40 to 50 banker boxes. To the extent we can work together to further narrow your list of projects that would be preferable; however, if we cannot do so, we will produce these documents. We have received an estimate relating to the copying costs for these documents of approximately $6,000 to $7,000. If you wanted copies in color, including of brochures, etc., that cost would be significantly higher.

With respect to the job numbers where Saatchi was not able to locate a hard copy job file, we will agree to search the shared drive using the job number to determine if any documents have been stored by job number or contain the referenced job number. Based on a sample of job numbers taken from your November 20th letter (specifically ASE046x01, 450ASMSQP050081, ASE101x02, ASE174x03, 450ASMSQP040077, 450ASMSQP040078, ASE005x00, ASE039x01, 450ASMSQP070023, 450ASMSQP050045), we did not locate any documents on the shared drive associated with those job numbers. With respect to the jobs you have identified relating to consumer jobs where no hard copy job files exist, we believe, but still need to confirm, that there are electronic documents associated with job numbers 464ASMSQC050008, 13, 34 and 464ASMSQC060006. We will agree to complete a search on the shared drive using the job numbers included on your list of 200 jobs where no hard copy job file was located. To the extent documents are located on the shared drive, we will produce those documents.

Please let me know as soon as possible if you will agree to this scope of production of hard copy documents and electronic discovery. With respect to costs, we understand that you and AstraZeneca will agree to share Saatchi's reasonable costs in complying with the subpoena. This includes copying costs as well as the time expended by Saatchi employees relating to this project. As stated above, the copying cost for the hard copy job files is estimated at $6,000 to $7,000. The time expended by Saatchi employees amounts to approximately $15,000 to date. We estimate that their additional time, including to perform the searches outlined above, will amount to approximately $10,000.

With respect to attorneys' fees, as you know, it is our position that reasonable attorneys' fees should be reimbursed. Saatchi already has incurred substantial attorneys' fees, including associated with the time spent analyzing the subpoena requests and working with Saatchi employees and IT professionals in an effort to locate responsive documents, create project lists to try to narrow your requests and determine the scope of electronic discovery and feasibility of retrieval. Saatchi also incurred even more attorneys' fees by having to respond to Plaintiffs' motion instead of continuing to meet and confer which we repeatedly urged you to do before you filed the motion. In addition, there will be attorneys' fees associated with the review of the documents that you request for production which we estimate, at a minimum, will be $35,000.


SONNENSCHEIN NATH & ROSENTHAL LLP

Holly M. Wheeler
November 26, 2007
Page 3

    I am happy to discuss any of this with you further. I am available this evening. My cell phone number is (917) 710-7832. I will be in a deposition tomorrow from 10:00 to 5:00 pm EST but am available before or after if you would like to speak. In accordance with the Court's request that you advise it of the status of our meet and confer, please provide this letter along with the information you provide to the Court.

                                     Sincerely,

                                       Rachel Balaban

Enclosure

cc: Kenneth Friedman, Esq.

## KLEMTNER/SAATCHI PROJECT LIST RELATING TO MEDICAL COMMUNITY

| Year | Job # | Job Description |
|---|---|---|
| 2001 | ASE027x01 | Breakthrough Campaign Development |
|  | ASE028x01 | Breakthrough CVA |
|  | ASE029x01 | Breakthrough Sales Call Planning Guide |
|  | ASE031A01 | Breakthrough LTC 4pg & 2 pg |
|  | ASE032A01 | Breakthrough Ad 4p |
|  | ASE033x01 | Breakthrough Slim Jim |
|  | ASE034x01 | Breathrough Dosing Card |
|  | ASE051x01 | Objection Handler S/S and Sales |
|  | ASE061x01 | Sales Training Booklet |
| 2002 | ASE090x02 | Drive the Dose - Dosing Tear Sheets |
|  | ASE094x02 | Drive the Dose PSS Guide |
|  | ASE096x02 | Drive the Dose Direct Mail #1 |
|  | ASE097x02 | Drive the Dose - Objection Handler |
|  | ASE098x02 | Drive the Dose - PSS Drop Letter |
|  | ASE116x02 | Seroquel Label Change Shelf Talker |
|  | ASE131x02 | Drive the Dose - Dummy Titration Packs |
|  | ASE132x02 | Drive the Dose - Direct Mail Piece #2 - Flat Piece |
|  | ASE133x02 | Drive the Dose - Direct Mail Piece #3 - Dimensional Piece |
|  | ASE134x02 | Drive the Dose - Direct Mail Piece #4 - Flat Piece |
|  | ASE139x02 | Seroquel Refresh Slim Jim |
|  | ASE140x02 | Seroquel Refresh CVA |
|  | ASE141x02 | Drive the Dose - Dosing Chart Static Cling |
|  | ASE145x02 | General Redefined Well! Accepted! Ad |
| 2003 | ASE176x03 | General Case Studies Scenarios Slim Jim |
|  | ASE186x03 | Bipolar Concepting |
|  | ASE189x03 | Direct Mail - Risperdal |
|  | ASE190x03 | Direct Mail - Abilify |
|  | ASE191x03 | Direct Mail - All Others (Zyprexa) |
|  | ASE223x03 | Bipolar New Indication Ad |
|  | ASE224x03 | Bipolar Coming Soon Ad |
|  | ASE251x03 | PCP Sell Sheet |
| 2004 | 450ASMSQP040004 | Bipolar Betty Panels |
|  | 450ASMSQP40030 | Bipolar Case Scenarios |
|  | 450ASMSQP40032 | PCP Updated Sell Sheet |
|  | 450ASMSQP40035 | Inpatient CVA |
|  | 450ASMSQP40037 | Now I Can Ads |
|  | 450ASMSQP40038 | PCP CVA |
|  | 450ASMSQP40039 | Dosing Card |
|  | 450ASMSQP40045 | Risp Competitive Sell Sheet |
|  | 450ASMSQP40049 | Now I Can Detail Scripts - PCP |
|  | 450ASMSQP40052 | Now I Can - Slim Jims |
|  | 450ASMSQP40055 | Now I Can PSS Guide for CVA's |

|  |  |  |
|---|---|---|
|  | 450ASMSQP40056 | Now I Can Dosing Card |
|  | 450ASMSQP40060 | Now I Can Private Practice CVA |
|  | 450ASMSQP40062 | Now I Can Detail Scripts |
|  | 450ASMSQP40063 | Competitive Sell Sheet - 2 page |
|  | 450ASMSQP40066 | CMHC Leave Behind Sell Sheet |
|  | 450ASMSQP40069 | PCP CVA Guide |
|  | 450ASMSQP40071 | PCP Now I Can Dosing Card |
|  | 450ASMSQP40079 | Private Practice CVA Guide |
|  | 450ASMSQP40081 | Now I Can Refresh Concepting |
| 2005 | 450ASMSQP050002 | Strategy, Backgrounding, Comp. |
|  | 450ASMSQP050005 | Operations Planning for 2006 |
|  | 450ASMSQP050007 | PCP Concepting |
|  | 450ASMSQP050008 | Psych Tip in Testing |
|  | 450ASMSQP050009 | PCP Direct Mail |
|  | 450ASMSQP050011 | #1 Promotional Items |
|  | 450ASMSQP050015 | PCP Journal Ad Development |
|  | 450ASMSQP050017 | PCP Qualitative Testing |
|  | 450ASMSQP050022 | Private Practice Sell Sheet |
|  | 450ASMSQP050023 | NIC Lunch and Learn Kit |
|  | 450ASMSQP050026 | Psych Competitive Kit |
|  | 450ASMSQP050028 | Psych Direct Mail |
|  | 450ASMSQP050030 | PCP Direct Mail wave 3 |
|  | 450ASMSQP050031 | PCP Direct Mail wave 2 |
|  | 450ASMSQP050033 | NIC CASE STUDIES FOR PCP |
|  | 450ASMSQP050041 | Non-Product Branding Style Guide |
|  | 450ASMSQP050054 | Competitive Kit wave 2 testing |
|  | 450ASMSQP050062 | Wave 4 Competitive Program |
|  | 450ASMSQP050065 | PCP Guidelines Sell Sheet |
|  | 450ASMSQP050066 | Caite Objection Sheet #1 |
|  | 450ASMSQP050069 | Update Psych Dosing Card |
|  | 450ASMSQP050070 | 50/400mg PCP Dosing Card |
|  | 450ASMSQP050073 | PCP Dosing Card Refresh |
|  | 450ASMSQP050075 | Top 10 Slim Jims |
|  | 450ASMSQP050077 | T106 CVA's |
|  | 450ASMSQP050087 | Psych Dosing Card |
|  | 450ASMSQP050090 | CVA Guides |
| 2006 | 450ASMSQP060003 | TABLET PC |
|  | 450ASMSQP060004 | STATE HOSPITAL CASE SCENARIO |
|  | 450ASMSQP060005 | DEPT. OF CORRECT CASE SCENARIO |
|  | 450ASMSQP060006 | CATIE OBJECTION SHEET REVISE |
|  | 450ASMSQP060008 | 2006 STRATEGY BACKGROUNDING |
|  | 450ASMSQP060014 | 2T06 CVA GUIDES |
|  | 450ASMSQP060017 | PCP CASE STUDY COMPLETION |
|  | 450ASMSQP060019 | 2T06 TOLERABILITY SELL SHEET |
|  | 450ASMSQP060030 | PT. ASSISTANCE PROGRAM |
|  | 450ASMSQP060035 | BPD CONCEPTING |
|  | 450ASMSQP070029 | Psych CVA |

## KLEMTNER/SAATCHI PROJECT LIST RELATING TO CONSUMERS

| 2004 | 464ASMSQC040005 | STRATEGIC PLANNING |
|------|-----------------|--------------------|
|      | 464ASMSQC040006 | (H) - COMPLIANCE PLANNING |
|      | 464ASMSQC040007 | MEDIA PLANNING |
|      | 464ASMSQC040008 | 2004 PLANNING |
|      | 464ASMSQC040009 | TACTICAL PLANNING & EXECUTION |
|      | 464ASMSQC040010 | FINANCIAL & BUDGET MANAGEMENT |
|      | 464ASMSQF040003 | Q3 Strategic Planning |
|      | 464ASMSQF040004 | 2004 Q4 Account & Strategic Plan |
| 2005 | 464ASMSQC050002 | © - GA Strategic Plan & Devel |
|      | 464ASMSQC050004 | 05 Unbranded DRTV Dev&Prod |
|      | 464ASMSQC050005 | ( C) - 05 CRM Strategic Planning |
|      | 464ASMSQC050018 | Unbranded Mis/UndiagSwitchFulf |
|      | 464ASMSQC050019 | 2006 Strategic Planning |
|      | 464ASMSQC050058 | Strategic Develop 06 Adherence |
| 2006 | 464ASMSQC060005 | Adherence Strategic Planning |
|      | 464ASMSQG060007 | 07 Strategic Plan |
| 2007 | 464ASMSQG070003 | Strategic Planning 2007 |