### KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

BRIAN S. KAPLAN
212-506-1743
BKAPLAN@KASOWITZ.COM

ATLANTA
HOUSTON
NEWARK
SAN FRANCISCO

November 27, 2007

**VIA EMAIL**

Holly M. Wheeler, Esq.
Blizzard, McCarthy & Nabers, LLP
Lyric Centre Building
440 Louisiana, Suite 1710
Houston, Texas 77002

Re:   In Re: Seroquel Products Liability Litigation

Dear Ms. Wheeler:

    As discussed yesterday and as requested in your November 21, 2007 letter, enclosed herewith are documents Bates-numbered DJE 000000001 - 000000130. It is our understanding that these documents are referred to within Edelman as "project briefs," and that they provide additional information concerning Seroquel-related work performed by Edelman for AstraZeneca. We have marked these pages "Confidential" pursuant to the September 19, 2007 Protective Order issued by Judge Baker in the referenced matter. Please note that we have not produced certain project briefs at this time out of an abundance of caution because of the possibility that they present potential attorney-client or work product privilege questions that we understand AstraZeneca and its counsel wish to consider in more detail. In the event AstraZeneca ultimately asserts the privilege, these documents will be included in a privilege log; if not, we will send those to you as well. Please also note that we are continuing to work with our client to determine whether there are additional project briefs beyond what is enclosed herein that reflect Seroquel-related work performed by Edelman.

    We are hopeful that after you have had an opportunity to review the enclosed documents, you will be able to further clarify and/or narrow the scope of the Subpoena so that Edelman can begin collecting and producing documents on a rolling basis over the next several weeks.

    Finally, as requested, it is my understanding that amounts billed by Edelman to AstraZeneca for Seroquel-related projects since 2003 are as follows: fees of approximately $8.5 million and expenses of approximately $2.6 million, for a total of approximately $11.1 million.

    Please feel free to contact me with any questions.

Very truly yours,

Brian S. Kaplan

Enclosures
cc: Kenneth E. Friedman, Esq.

PLAINTIFF'S EXHIBIT