UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br><br>THIS RELATES TO:<br><br>ALL CASES | MDL 1769<br><br>SUPPLEMENTAL DECLARATION ON BEHALF OF HARRIS INTERACTIVE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AND IN SUPPORT OF CROSS MOTION FOR A PROTECTIVE ORDER |

**JENNIFER H. THOMAS**, an attorney duly admitted to practice law in the State of New York, affirms the truth of the following under penalty of perjury:

1. I am the Corporate General Counsel for Harris Interactive Inc. ("Harris").

2. I submit this Supplemental Declaration in support of Harris' application for reimbursement of all fees incurred by the company in responding to the non-party subpoena served by plaintiffs in this multi-district litigation.

3. I have been duly licensed to practice law in the state of New York since 1990. Upon graduating from the University of Maryland School of Law in 1988, I was engaged in private practice for five years. I was then employed as counsel to Bausch & Lomb for five years. Since 2005 I have been general counsel at Harris.

4. Harris has two in-house attorneys. We do not handle litigated matters; our focus is day-to-day corporate operations. We refer all litigated matters, including compliance with non-party subpoenas such as the one at bar, to our counsel, Harris Beach PLLC. In particular, Philip Spellane is the member at Harris Beach who handles that litigation, including specifically all response to non-

HARRIS BEACH
ATTORNEYS AT LAW

party subpoenas. As General Counsel at Harris, I rely on Harris Beach's broad experience in civil trial work to represent the company's interest in all matters relating to litigation.

5. Due to the size of Harris' legal staff, referring litigated matters to Harris Beach is more efficient and economical than attempting to handle the same in-house.

Dated: Rochester, New York
November 27, 2007

Jennifer H. Thomas, Esq.
General Counsel for
Harris Interactive Inc.

Sworn to before me this
27 day of November, 2007

_____
Notary Public

229826 926921.2

CHERYL A. MICCICHE
Notary Public, State of New York
No. 01M6141115
Qualified in Monroe County
Commission Expires 2/13/2010

HARRIS BEACH
ATTORNEYS AT LAW

2