# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In Re:

Seroquel Products Liability Litigation,

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker<br>United States<br>Magistrate Judge | DATE AND TIME | November 28, 2007<br>10:00-10:55 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Diane Peede |
| Non-parties | Brian Kaplan<br>Rachael Balladan<br>Edward Krumeich<br>Robert Mendillo | | |
| COUNSEL/PLTF. | Scott Allen<br>Holly Wheeler<br>Ashley Cranford<br>Brian McCormick | COUNSEL/DEF. | Stephen McConnell<br>Kenneth Friedman |

### Motions to Compel
Oral Argument on Motions to Compel
Doc #651, #654, #667, #666, #670, #672, #674

Case called, appearances taken
Procedural setting by court
Parties argue pending motions
Court sets deadlines regarding pending issues and will issue order