# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

_____/

Case No. 6:06-md-1769-Orl-22DAB

## ORDER

This cause came on for consideration with oral argument on November 28, 2007 for the following motions: Non-party Parexel's Motion for Protective Order Regarding Plaintiffs' Subpoena Duces Tecum (Doc. No. 651), Plaintiffs' Motion to Compel Non-party Documents From Parexel (Doc. No. 654), Plaintiffs' Motion to Compel Production of Non-party Documents From Edelman, Inc., Saatchi & Saatchi Healthcare, and Klemtner Advertising, Inc. (Doc. No. 666), and Non-party Edelman, Inc.'s Motion for Protective Order (Doc. No. 672). Following oral argument on the Motions, it is **ORDERED** as follows:

1. Edelman, Inc. (and AstraZeneca, if applicable) will provide a privilege log to Plaintiffs by January 21, 2008.

2. Forthwith, Edelman, Inc. will start rolling production of documents pertaining to the projects as prioritized by Plaintiffs.

3. Plaintiff will file a position paper by December 7, 2007, including whether electronic discovery issues should be referred to the SM-ESI, Craig Ball, Esq. The matter will be further reviewed at the December 18, 2007 status conference.

4. Parexel is **ORDERED** to make available immediately to Plaintiffs for Rule 30(b)(6) deposition its corporate representative(s) with the most knowledge of the what records Parexel has of the Seroquel projects, the scope of the various projects, and the cost of producing discovery regarding such projects. Such deposition(s) may be of project managers, executives, and/or

information technical employees and **must be completed** before December 17, 2007. The matter will be further reviewed at the December 18, 2007 status conference.

**DONE** and **ORDERED** in Orlando, Florida on November 29, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record