# FLORIDA PLAINTIFF LIST

|    | Plaintiff Last Name | Plaintiff First Name | Case Number |
|----|---------------------|----------------------|-------------|
| 1  | Abear               | Jannette M.          | 6:2006cv01851 |
| 2  | Abreu               | Gustavo              | 6:2007cv11351 |
| 3  | Altman              | Stephanie M.         | 6:2007cv10182 |
| 4  | Alvarez             | Kathryn D.           | 6:2007cv13032 |
| 5  | Anderton-Vilimek    | Donna A.             | 6:2006cv01848 |
| 6  | Anderson            | Rebecca, Individually and as the Proposed Administrator of the Estate of Rhonda L. Nichols, Deceased | 6:2007cv15678 |
| 7  | Ash                 | Jan                  | 6:2007cv10185 |
| 8  | Balmer              | Edward               | 6:2007cv11067 |
| 9  | Barber              | Karen                | 6:2007cv10187 |
| 10 | Barnebee            | James H.             | 6:2007cv15683 |
| 11 | Batalla             | Tomasa A.            | 6:2007cv10192 |
| 12 | Beaty               | Linda L.             | 6:2007cv10194 |
| 13 | Beavers             | Calvin               | 6:2007cv12285 |
| 14 | Bennett             | Evelyn E.            | 6:2007cv10195 |
| 15 | Berkhan             | Catherine            | 6:2007cv10196 |
| 16 | Berkowitz           | Cathy                | 6:2007cv11396 |
| 17 | Bess                | Vera R.              | 6:2007cv13110 |
| 18 | Best                | Carnetta T.          | 6:2007cv15687 |
| 19 | Binkowski           | Maureen              | 6:2007cv10198 |
| 20 | Blackmore           | Winfred H.           | 6:2007cv10203 |
| 21 | Bonebrake           | Carole               | 6:2007cv15690 |
| 22 | Brinker             | Erania               | 6:2007cv11070 |
| 23 | Brito               | Shelley              | 6:2007cv10210 |
| 24 | Brooks              | Eddie L.             | 6:2007cv13158 |
| 25 | Brown               | Lois C.              | 6:2007cv15692 |
| 26 | Browning            | Dena M.              | 6:2007cv13182 |
| 27 | Burns               | Janice               | 6:2007cv15959 |
| 28 | Campbell            | James P., Jr., Individually and as the Proposed Administrator of the Estate of James P. Campbell, Deceased | 6:2007cv10223 |
| 29 | Cantelmo            | Linda L.             | 6:2007cv10225 |
| 30 | Capponi             | Patricia E.          | 6:2007cv11445 |
| 31 | Carley              | Peter B.             | 6:2007cv10226 |
| 32 | Carter              | Sandra S.            | 6:2007cv13234 |
| 33 | Chaplin             | Ann-Marie            | 6:2007cv10229 |
| 34 | Christiansen        | Denis A.             | 6:2007cv10234 |
| 35 | Clauson             | Daniel S.            | 6:2007cv15696 |

# FLORIDA PLAINTIFF LIST

|    | Plaintiff Last Name | Plaintiff First Name | Case Number |
|----|---------------------|----------------------|-------------|
| 36 | Curley | Connie M. | 6:2007cv15701 |
| 37 | Cutshaw | James P., Jr., Individually and as the Proposed Administrator of the Estate of James P. Campbell, Deceased | 6:2007cv11492 |
| 38 | Cuyler | Dorian | 6:2007cv15703 |
| 39 | Dalrymple | Elizabeth F. | 6:2007cv10249 |
| 40 | Delgado | Jeffrey | 6:2007cv11507 |
| 41 | Dixon | William | 6:2007cv15706 |
| 42 | Dockett | Angela | 6:2007cv14803 |
| 43 | Duvall | Sharon E. | 6:2007cv12443 |
| 44 | Echols | Brenda S. | 6:2007cv15710 |
| 45 | Ellberg | Beverly A. | 6:2007cv11177 |
| 46 | Episcopo | Joan M. | 6:2007cv15715 |
| 47 | Epps | Lynda L. | 6:2007cv15716 |
| 48 | Fashner | Sharon K. | 6:2007cv10265 |
| 49 | Fernandez | Miguel A. | 6:2007cv15719 |
| 50 | Fish | Venus C. | 6:2007cv10267 |
| 51 | Foote | Christina | 6:2007cv01400 |
| 52 | Fox | Esther | 6:2007cv01395 |
| 53 | Francis | Paula | 6:2007cv15721 |
| 54 | Fulk | April S., as Next Friend of C.C.M., a Minor | 6:2007cv15590 |
| 55 | Garletts | Diane | 6:2007cv10274 |
| 56 | Gee | Gilbert Clinton, as Personal Representative of the Estate of Mildred Gee | 6:2007cv00325 |
| 57 | Gonzalez | Barbara E. | 6:2007cv11601 |
| 58 | Grant | Judith M. | 6:2007cv10286 |
| 59 | Grass | Janie | 6:2007cv15729 |
| 60 | Gray | Twyla R. | 6:2007cv10287 |
| 61 | Green | Doris, as representative of the estate of Todd Green | 6:2007cv01720 |
| 62 | Guinn | Linda C. | 6:2007cv10291 |
| 63 | Hall | Betty A. | 6:2007cv10293 |
| 64 | Haller | David D. | 6:2007cv15733 |
| 65 | Harris | Gerline G. | 6:2007cv10296 |
| 66 | Head | Benjamin F. | 6:2007cv11633 |
| 67 | Hernandez | Christine M. | 6:2007cv15736 |
| 68 | Herron | Randall | 6:2007cv12556 |
| 69 | Hickman | Cindy L. | 6:2007cv10301 |

# FLORIDA PLAINTIFF LIST

|     | Plaintiff Last Name | Plaintiff First Name | Case Number |
|-----|---------------------|----------------------|-------------|
| 70  | Hinton              | Joanne               | 6:2007cv10304 |
| 71  | Holmes              | Connie S.            | 6:2007cv13613 |
| 72  | Houck               | Tina M., as Next Friend of C.H., a Minor | 6:2007cv12094 |
| 73  | Huffaker            | Douglas              | 6:2007cv15594 |
| 74  | Ing                 | Brenda K.            | 6:2007cv10312 |
| 75  | Ivers               | Terry K.             | 6:2007cv15739 |
| 76  | Jaudon              | Karyn L.             | 6:2007cv10316 |
| 77  | Jones               | William E.           | 6:2007cv10325 |
| 78  | Joyner              | Robert H.            | 6:2007cv13713 |
| 79  | Kaliszeski          | Patricia I.          | 6:2007cv10326 |
| 80  | Kirkland            | Charlene             | 6:2007cv11223 |
| 81  | Kirkland            | Loretta              | 6:2007cv13765 |
| 82  | Klein               | Jeri M.              | 6:2007cv10329 |
| 83  | Lamica              | Terry L.             | 6:2007cv10334 |
| 84  | Leimonitis          | Anthony              | 6:2007cv10339 |
| 85  | Lemons              | Angel A.             | 6:2007cv10340 |
| 86  | Lester              | Charles              | 6:2007cv10342 |
| 87  | Licker              | Jeffrey A.           | 6:2007cv10343 |
| 88  | Lincoln             | Lawrence R.          | 6:2007cv11093 |
| 89  | Livesay             | Debra G.             | 6:2007cv15752 |
| 90  | Looney              | Sally L.             | 6:2007cv11751 |
| 91  | Lorditch            | Hope M.              | 6:2007cv12657 |
| 92  | Lowe-Bernard        | Janet                | 6:2007cv15754 |
| 93  | Lydard              | Connie R.            | 6:2007cv10348 |
| 94  | Lyles               | Joyce E.             | 6:2007cv13833 |
| 95  | Mallard             | Marie                | 6:2007cv10351 |
| 96  | Maness              | Esther A.            | 6:2007cv10352 |
| 97  | Martin              | Kimberly B.          | 6:2007cv10355 |
| 98  | Martone             | Marilyn              | 6:2007cv01401 |
| 99  | Masgola             | Kim L., Individually and as the Proposed Administrator of the Estate of Terrance Reinsmith, Deceased | 6:2007cv15784 |
| 100 | Mays                | Quentin R.           | 6:2007cv10359 |
| 101 | McAlexander         | Eileen J.            | 6:2007cv10360 |
| 102 | McCarthy            | Kathleen             | 6:2007cv01719 |
| 103 | McCarthy            | Kevin R.             | 6:2007cv11096 |
| 104 | McCraw              | Shirley              | 6:2007cv10361 |
| 105 | McDaniel            | Joe                  | 6:2007cv11782 |
| 106 | McDaniel            | Kimberly             | 6:2007cv10362 |

# FLORIDA PLAINTIFF LIST

|     | Plaintiff Last Name | Plaintiff First Name | Case Number |
|-----|---------------------|----------------------|-------------|
| 107 | McElroy | Suzanne G. | 6:2007cv15605 |
| 108 | McGrath | Christina | 6:2007cv01399 |
| 109 | Melton | Jacqueline | 6:2007cv10366 |
| 110 | Michael | Robert | 6:2007cv15762 |
| 111 | Middleton | Clemmie | 6:2007cv10949 |
| 112 | Miqueli | Barbara V. | 6:2007cv15765 |
| 113 | Miranda | Jennifer | 6:2007cv11797 |
| 114 | Montague | Lois R. | 6:2007cv10373 |
| 115 | Montney | Lydia R. | 6:2007cv10374 |
| 116 | Moore | Steven | 6:2007cv01397 |
| 117 | Morrow | Jonathan A. | 6:2007cv15770 |
| 118 | Moynihan | Thomas | 6:2007cv13980 |
| 119 | Murphy | Brian | 6:2007cv12719 |
| 120 | Nazarro | Patricia, as Next Friend of K.Z., a Minor | 6:2007cv15773 |
| 121 | Niswander | Virginia | 6:2007cv10380 |
| 122 | Nurse | Nicole S. | 6:2007cv11831 |
| 123 | Pagan | Helen | 6:2007cv10385 |
| 124 | Pagar | Jeffrey S. | 6:2007cv11848 |
| 125 | Patton | Sonya D. (a.k.a. Denise Patton) | 6:2007cv10393 |
| 126 | Pereira | Victor F. | 6:2007cv11858 |
| 127 | Pinion | Beverly P., Individually and as Proposed Administrator of the Estate of Roberta A. Mazzarini, Deceased | 6:2007cv15781 |
| 128 | Pokrywka | Lucy F. | 6:2007cv14083 |
| 129 | Powell | Deborah | 6:2007cv10401 |
| 130 | Quinn | Lori A. | 6:2007cv14108 |
| 131 | Radford | Cheryl | 6:2007cv11890 |
| 132 | Rash | Eula D. | 6:2007cv11278 |
| 133 | Ray | Charles M. | 6:2007cv11102 |
| 134 | Richmond | Melody | 6:2007cv15786 |
| 135 | Robbins | James L. | 6:2007cv15788 |
| 136 | Robinson | Mary J. | 6:2007cv10417 |
| 137 | Rodriguez | Candida R. | 6:2007cv14178 |
| 138 | Rogers | Virginia M. | 6:2007cv11925 |
| 139 | Rose | Tina M. | 6:2007cv10422 |
| 140 | Runner | Jesse B. | 6:2007cv10424 |
| 141 | Russell | Carmen G. | 6:2007cv15791 |
| 142 | Sarmiento | William | 6:2007cv10425 |
| 143 | Schapiro | Michael P. | 6:2007cv10427 |

# FLORIDA PLAINTIFF LIST

|     | Plaintiff Last Name | Plaintiff First Name | Case Number |
|-----|---------------------|----------------------|-------------|
| 144 | Scharet | Tammy | 6:2007cv12217 |
| 145 | Schroeter | Michel A. | 6:2007cv10434 |
| 146 | Semljatschenko | Diane | 6:2007cv10437 |
| 147 | Shaefer | James E. | 6:2007cv11299 |
| 148 | Slapion | Andrea | 6:2007cv12224 |
| 149 | Smith | Robert | 6:2007cv01398 |
| 150 | Smith | Connie M. | 6:2007cv15799 |
| 151 | Sperry | Cheri L. | 6:2007cv10445 |
| 152 | Spitz | Barbara L. | 6:2007cv15579 |
| 153 | Stephens | Terry L. | 6:2007cv15805 |
| 154 | Stevens | Shirley | 6:2007cv10448 |
| 155 | Stoudt | Jessamy L. | 6:2007cv10450 |
| 156 | Sumner | William B. | 6:2007cv15808 |
| 157 | Tanke | Mary | 6:2007cv16603 |
| 158 | Tanner | Kathleen | 6:2007cv15809 |
| 159 | Thomas | Leslie D. | 6:2007cv10457 |
| 160 | Thomas | Cherylyn E. | 6:2007cv12008 |
| 161 | Tripp | Stephen | 6:2007cv01402 |
| 162 | Unger | Richard | 6:2007cv15812 |
| 163 | Warren | Lance A. | 6:2007cv10466 |
| 164 | West | Charles E. | 6:2007cv10471 |
| 165 | White | Rhunette C. | 6:2007cv10473 |
| 166 | White | Dawn M. | 6:2007cv15815 |
| 167 | White | Willie | 6:2007cv15816 |
| 168 | Whittington | Linda F. | 6:2007cv10475 |
| 169 | Williams | Ava | 6:2007cv16687 |
| 170 | Wilson | Michael W. | 6:2007cv15818 |
| 171 | Young | Gilbert | 6:2007cv10483 |
| 172 | Young | Matthew E. | 6:2007cv11117 |
| 173 | Young | David A. | 6:2007cv15824 |
| 174 | Zackschewski | George | 6:2007cv14554 |