JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 9 2007

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

NOV 2 7 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

F I L E D
12-3-07                    1:23 pm
Date                        Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**

MDL No. 1769

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-45)**

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 381 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 2 7 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**                    MDL No. 1769

## SCHEDULE CTO-45 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**                    **CASE CAPTION**

MISSISSIPPI NORTHERN
   MSN 1  07-220          Michael G. King v. AstraZeneca Pharmaceuticals, LP, et al.

TENNESSEE MIDDLE
   TNM 3  07-904          Jack A. Hague v. AstraZeneca Pharmaceuticals, LP, et al.
   TNM 3  07-909          Lorry White v. AstraZeneca Pharmaceuticals, LP, et al.
   TNM 3  07-910          Monroe Reeder v. AstraZeneca Pharmaceuticals, LP, et al.

TENNESSEE WESTERN
   TNW 2  07-2585         Gwendolyn M. Johnson v. AstraZeneca Pharmaceuticals, LP, et al.

TEXAS NORTHERN
   TXN 3  07-1549         Rhonda Earl v. AstraZeneca Pharmaceuticals, LP, et al.

TEXAS SOUTHERN
   TXS 4  07-2946         Laura Hassay v. AstraZeneca LP, et al.

TEXAS WESTERN
   TXW 6  07-295          Timothy Edmonds v. AstraZeneca Pharmaceuticals, LP, et al.
   TXW 6  07-296          Billy Robichaux v. AstraZeneca Pharmaceuticals, LP, et al.