# Holly Wheeler

| | |
|---|---|
| **From:** | Balaban, Rachel G. [rbalaban@sonnenschein.com] |
| **Sent:** | Friday, November 30, 2007 11:23 AM |
| **To:** | Holly Wheeler |
| **Cc:** | Friedman, Kenneth E.; Scott Allen; Edward Blizzard; Jaffe, Jonathan |
| **Subject:** | RE: Report to the Court |

Holly: I tried to make a proposal to you in my letter of November 26, 2007 that was fair and reasonable to both sides and resolved all of the outstanding issues. You have asked for additional information which requires a lot more time and money to be spent by Saatchi. In an effort to reach an agreement, we have been working to gather additional information for you. I will be sending you a letter that provides this additional information and will be happy to discuss it with you at your convenience to try to resolve our clients' outstanding issues without the expenditure of any more unnecessary time and expense.


Rachel G. Balaban
Sonnenschein Nath & Rosenthal LLP
Direct Dial (212) 768-6921

---

**From:** Holly Wheeler [mailto:hwheeler@blizzardlaw.com]
**Sent:** Friday, November 30, 2007 10:21 AM
**To:** Balaban, Rachel G.
**Cc:** Friedman, Kenneth E.; Scott Allen; Edward Blizzard; Jaffe, Jonathan
**Subject:** RE: Report to the Court

Ms. Balaban:

Have you spoken with your client about the issues addressed in my email from Wednesday? If so, when can you talk with me? I will be on Philadelphia next Tuesday through Thursday for a deposition so I would like to get the information I requested from you as quickly as possible. My report to the court is due Friday, December 7, 2007. Please don't wait until the last minute to provide me with this information. With respect to the electronic discovery issues, we can arrange a telephone call between ourselves and a technical representative from Saatchi and from my team if that will make it easier to get the information we need. If we cannot get this information and resolve this issue by December 7th, I will be asking the court to refer the matter to Special Master Craig Ball.

Please let me know.


*Holly M. Wheeler*

Lyric Center Building
440 Louisiana, Suite 1710
Houston, Texas 77002
Telephone: 713-844-3750
Facsimile: 713-844-3755


BLIZZARD,
McCARTHY &
NABERS, LLP


www.blizzardlaw.com

1


PLAINTIFF'S EXHIBIT A

**From:** Holly Wheeler
**Sent:** Wednesday, November 28, 2007 11:00 AM
**To:** 'Balaban, Rachel G.'
**Cc:** Friedman, Kenneth E.; Scott Allen; Edward Blizzard
**Subject:** RE: Report to the Court

Ms. Balaban:

On the call I indicated to the court that I am attempting to narrow the located "job files" projects *for which we need a written description* in order to lessen the amount of hard copy production and the burden on your client. However, in light of your comments this morning that this would actually create more of a burden on your client, and in an effort to expedite this process, we agree to accept production of the "job files" for all of the 110 projects Saatchi has located, as you have already offered, without the need for further narrowing. Please have copies of those documents made and we will agree to pay half of the reasonable copying costs. I have copied Ken Friedman so he can let us know whether AstraZeneca will agree to pay the other half.

On the electronic issues, before we speak again, please get as much information as you can regarding the organization of the shared drive, including how the Seroquel files and sub-files are organized, and provide as much information as you can regarding the difficulty with Saatchi's electronic production. As the court suggested, this may be an issue that would best be handled by the Special Master appointed by the Court to address AstraZeneca's electronic discovery issues. Consequently, we are considering recommending this option in our position paper. Attached is the order appointing the Special Master Craig Ball and describing his duties with respect to AstraZeneca's production. Special Master Ball has had considerable success in getting to the bottom of the electronic discovery issues. Typically this involves his meeting with technical representatives of the parties.

Also before we speak again, please discuss my proposal regarding the declaration/affidavit I discussed in my submission to the court regarding the projects for which Saatchi was unable to locate documents.

Please also provide the amounts billed by Saatchi for the Seroquel projects as instructed by the court before we have to submit our position paper on December 7th. If you are interested in pursuing reimbursement of your attorneys' fees, please provide the invoices as I have requested. As I have already stated, we do not believe attorney review time is recoverable; however, we are willing to look at other attorney time and discuss it with AstraZeneca.

Thank you.

*Holly M. Wheeler*

Lyric Center Building
440 Louisiana, Suite 1710
Houston, Texas 77002
Telephone: 713-844-3750
Facsimile: 713-844-3755


BLIZZARD,
McCARTHY &
NABERS, LLP

www.blizzardlaw.com

**From:** Balaban, Rachel G. [mailto:rbalaban@sonnenschein.com]
**Sent:** Wednesday, November 28, 2007 10:02 AM
**To:** Holly Wheeler
**Cc:** Friedman, Kenneth E.; Scott Allen
**Subject:** RE: Report to the Court

Holly: On the call with the Court you indicated that you have tried to further narrow your requests. Please send that to me for my review. Last night and this morning, I received repeated phone calls with a fax beeping. In case that was your office and you are trying to fax something to us, our fax number is 212-768-6800. You can also e-mail as you have done previously.

I am available today and the rest of the week to discuss my proposal with you in more detail. As I indicated to the Court, we are reviewing the hard copy job files and should be able to complete a review in two weeks time at the most. After we have completed that review, we can either produce these documents to you or we could make them available for inspection so that you only have to copy what you want.


Rachel G. Balaban
Sonnenschein Nath & Rosenthal LLP
Direct Dial (212) 768-6921


**From:** Holly Wheeler [mailto:hwheeler@blizzardlaw.com]
**Sent:** Tuesday, November 27, 2007 4:14 PM
**To:** Balaban, Rachel G.
**Cc:** Friedman, Kenneth E.; Scott Allen
**Subject:** Report to the Court

Dear Ms. Balaban:

I spent a few hours this afternoon preparing Plaintiffs' status report to the court, which will be emailed to your shortly, and trying to determine what information is still needed from Saatchi at this time in order to reach a final agreement on Saatchi's production of documents. In the report, I advise the Court that Plaintiffs have requested the following information from Saatchi:

1) A brief written summary of the 200 remaining projects;
2) More information regarding the 14,000 files on the Saatchi's shared drive, including information regarding the titles of files and sub-files relating to Seroquel so we have a better idea of the organization of the shared file;
3) Amounts billed by Saatchi for the Seroquel-related projects; and
4) Attorney invoices.

With respect to No. 1, I will provide you with a list of the projects that I consider to be self-explanatory based on the existing project description so that your client will not need to provide a written summary for all of the 200 projects. I will get this information to you as soon as possible. Please see the comments regarding Saatchi's costs and attorneys' fees in my report to the court.

Please let me know if Saatchi will agree to provide the information requested. I am still available this evening if you would like to discuss this further.

Thank you.

*Holly M. Wheeler*

Lyric Center Building
440 Louisiana, Suite 1710
Houston, Texas 77002
Telephone: 713-844-3750
Facsimile: 713-844-3755



www.blizzardlaw.com

---

CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

IRS CIRCULAR 230 DISCLOSURE:
Any Federal tax advice contained herein is not written to be used for, and the recipient and any subsequent reader cannot use such advice for, the purpose of avoiding any penalties asserted under the Internal Revenue Code. If the foregoing contains Federal tax advice and is distributed to a person other than the addressee, each additional and subsequent reader hereof is notified that such advice should be considered to have been written to support the promotion or marketing of the transaction or matter addressed herein. In that event, each such reader should seek advice from an independent tax advisor with respect to the transaction or matter addressed herein based on the reader's particular circumstances.

---

CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

IRS CIRCULAR 230 DISCLOSURE:
Any Federal tax advice contained herein is not written to be used for, and the recipient and any subsequent reader cannot use such advice for, the purpose of avoiding any penalties asserted under the Internal Revenue Code. If the foregoing contains Federal tax advice and is distributed to a person other than the addressee, each additional and subsequent reader hereof is notified that such advice should be considered to have been written to support the promotion or marketing of the transaction or matter addressed herein. In that event, each such reader should seek advice from an independent tax advisor with respect to the transaction or matter addressed herein based on the reader's particular circumstances.