

SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas
New York, NY 10020-1089
212.768.6700
212.768.6800 fax
www.sonnenschein.com

**Rachel G. Balaban**
*212 768-6921*
rbalaban@sonnenschein.com

November 30, 2007

Via Electronic Mail

Holly M. Wheeler
Blizzard, McCarthy & Nabers, LLP
Lyric Centre Building
440 Louisiana, Suite 1710
Houston, Texas 77002-1689

Re: Seroquel Products Liability Litigation; MDL No. 1769; Subpoenas served on Klemtner Advertising, Inc. and Saatchi & Saatchi Healthcare

Dear Ms. Wheeler:

I write to follow-up on my letter to you dated November 26, 2007 setting forth our proposal to resolve the outstanding issues between our clients regarding discovery of the documents requested in the subpoenas to non-parties Klemtner Advertising, Inc. and Saatchi & Saatchi Healthcare (collectively "Saatchi"). In response to our proposal, you have requested additional information from Saatchi which we have been pulling together in an effort to reach a final agreement. As a non-party to this litigation, we would expect that consistent with Federal Rule 45, plaintiffs will do whatever they can to prevent imposing an undue burden and expense on Saatchi. However, by just continuing to request more information, including now an affidavit from Saatchi, and recommending that Saatchi commit yet additional time and expense to work with the Special Master in the underlying litigation to address issues the parties should be able to resolve themselves, plaintiffs only have placed more burden on Saatchi. We hope that the additional information we are providing will move the parties forward to reaching an agreement so that plaintiffs can receive the documents most relevant to the litigation as soon as possible without imposing a continued significant burden and expense on Saatchi.

In your letter dated November 27, 2007, you informed me that projects relating to weight gain and diabetes are "particularly relevant" to the litigation and requested that we perform further searches for documents relating to such projects. In addition to the searches we previously did by job number, we now also have conducted a search on the shared drive using the terms "diabetes" and "weight gain." I have enclosed an index of the folders and documents on the shared drive where these two terms appear in either a folder name or text of a document. As you can see from the index, there are approximately 2,500 documents that either contain the term "diabetes" or "weight gain" in the text of the document or are contained in a folder labeled with either of these terms. Given the vast scope, we have not yet reviewed these documents which would need to be done if plaintiffs request that they, or some subset thereof, be produced.

PLAINTIFF'S EXHIBIT B



We performed this search using the "Search Assistant" feature available in the "Windows Explorer" application which is the file management tool that can be used to search the shared drive. The use of this search function is time-consuming and has limitations. As set forth in the enclosed index, we conducted four separate searches. Each search took approximately 40 minutes. With respect to search limitations, you cannot search using connectors such as "and" or "or" to perform more sophisticated or targeted multiple word searches. Search "hits" are not highlighted in the documents for easy viewing. In addition, text searches are limited mostly to Word, Excel and PowerPoint documents and cannot be performed in JPEG images, GIF image files, MPEGS, MMP files or some Adobe PDFs which also are contained on the shared drive. As I previously informed you, documents are not organized on the shared drive by job number. The documents, therefore, listed in the index, do not necessarily, but may, relate to a specific job number, including the two you previously identified in your November 20th letter, ASE046x01 and 450ASMSQP050081.

Based on these searches, I hope you now understand that the parties must come to an agreement on a reasonable production of documents from the hard copy job files we have located and electronic documents. We do not believe that referring this to the Special Master will necessarily assist in coming to a more expeditious resolution and most definitely will place more burden and expense on Saatchi. Instead, we believe the parties should be able to work together to narrow your requests to what is most relevant to the litigation. In an effort do so, we have gone through the projects and tried to provide some additional descriptions where possible. Enclosed are three charts that include this information for the consumer-related projects you have identified as well as the projects relating to the medical community broken down into two separate charts, including one where we have located hard copy job files and another where we have not been able to do so. We expect that with all of the information we have provided to you to date, plaintiffs should now be able to make reasonable and realistic requests from Saatchi consistent with Federal Rule 45.

In addition, as we have discussed, we need to reach a firm agreement on costs. While you have represented on more than one occasion, including to the Court, that you have agreed to share reasonable costs with AstraZeneca, the only costs which you appear to have firmly committed to paying are copying costs of the hard copy job files. Since you served the subpoenas, Saatchi has been incurring substantial costs, both relating to the work they have done internally and the work of its attorneys, in large part to work with plaintiffs in an effort to reach an agreement. In addition to copying costs, my November 26, 2007 letter sets forth the costs associated with the expenditure of time of Saatchi employees. Obviously, the more work you request to be done, including relating to searching the shared drive, the more expense there will be to Saatchi. Please confirm that plaintiffs will share costs associated with Saatchi employee time with AstraZeneca. With respect to attorneys' fees, while you have stated that plaintiffs will not agree to reimburse Saatchi for fees relating to the review of any agreed-to documents for production purposes (which we believe is unreasonable), as set forth in my November 26, 2007, there are several other categories of attorneys' fees incurred by Saatchi. Please let me know if there are any categories of fees that plaintiffs would consider reimbursing Saatchi for if shared with AstraZeneca.



In your status report to the Court, dated November 27, 2007, you requested that Saatchi provide an affidavit or declaration stating that from the 200 projects identified by plaintiffs where Saatchi has been unable to locate hard copy job files, "no documents exist or were disposed of" and providing "the dates or general time period that any job files were disposed of." As I expressed to the Court during the last hearing, this is a blatantly unreasonable request that only creates more work for Saatchi. You have requested documents created over an 8 year period. During this period, as set forth in my affidavit submitted with our motion papers, there were hundreds of Saatchi employees or contractors that may have worked on Seroquel projects, even if for a limited period of time. It simply is not possible for someone at Saatchi to submit an affidavit stating that no documents were disposed of *over 8 years* by *anyone* or if documents were disposed of, when they were disposed. In addition, in my November 26, 2007 letter, I already tried to provide you with possible reasons why there are no hard copy job files for certain project numbers. However, it is not feasible to tell you definitively the specific reason why a specific job number, including those dating back to 2000, now may not be in Saatchi's possession, custody or control.

The Court directed the parties to meet and confer to *reduce* the amount of work that would be needed to comply with plaintiffs' overbroad and unduly burdensome subpoenas. Plaintiffs already have served 20 written questions directed to Saatchi relating to their document requests. Once the parties come to an agreement on the scope of production, we will respond to those questions with respect to the agreed-to production based on the information available to Saatchi.

Finally, with respect to the amount of money received by Saatchi from AstraZeneca relating to Seroquel, Saatchi is gathering that information and we will provide it as soon as possible. This information is to be treated confidential pursuant to the Protective Order dated September 19, 2007.

Sincerely,

Rachel Balaban

Enclosures

cc: Kenneth Friedman, Esq. (with enclosures)

# KLEMTNER/SAATCHI PROJECT LIST RELATING TO MEDICAL COMMUNITY[1]

| DATE | JOB NO. | NAME | ADDITIONAL DESCRIPTION |
|---|---|---|---|
| 2001 | ASE027x01 | Breakthrough Campaign Development | |
| | ASE028x01 | Breakthrough CVA | A CVA (sales aid) for Primary Care Physicians relating to prescriptions of SEROQUEL patients |
| | ASE029x01 | Breakthrough Sales Call Planning Guide | |
| | ASE031A01 | Breakthrough LTC 4pg & 2 pg | |
| | ASE032A01 | Breakthrough Ad 4p | |
| | ASE033x01 | Breakthrough Slim Jim | |
| | ASE034x01 | Breathrough Dosing Card | a two-sided dosing card that is used in the hospital environment |
| | ASE051x01 | Objection Handler S/S and Sales | |
| | ASE061x01 | Sales Training Booklet | |
| 2002 | ASE090x02 | Drive the Dose - Dosing Tear Sheets | |
| | ASE094x02 | Drive the Dose PSS Guide | |
| | ASE096x02 | Drive the Dose Direct Mail #1 | Direct mail focused towards informing and educating Psych patients and mental health professionals |
| | ASE097x02 | Drive the Dose - Objection Handler | |
| | ASE098x02 | Drive the Dose - PSS Drop Letter | |
| | ASE116x02 | Seroquel Label Change Shelf Talker | |
| | ASE131x02 | Drive the Dose - Dummy Titration Packs | |
| | ASE132x02 | Drive the Dose - Direct Mail Piece #2 - Flat Piece | Direct mail focused towards informing and educating Psych patients and mental health professionals |
| | ASE133x02 | Drive the Dose - Direct Mail Piece #3 - Dimensional Piece | Direct mail focused towards informing and educating Psych patients and mental health professionals |
| | ASE134x02 | Drive the Dose - Direct Mail Piece #4 - Flat Piece | Direct mail focused towards informing and educating Psych patients and mental health professionals |
| | ASE139x02 | Seroquel Refresh Slim Jim | |

[1] This chart contains additional descriptions, where possible, for the Job Numbers identified by plaintiffs where hard copy job files have been located.

| DATE | JOB NO. | NAME | ADDITIONAL DESCRIPTION |
|---|---|---|---|
| | ASE140x02 | Seroquel Refresh CVA | A CVA (sales aid) for Primary Care Physicians relating to prescriptions of SEROQUEL patients |
| | ASE141x02 | Drive the Dose - Dosing Chart Static Cling | |
| | ASE145x02 | General Redefined Well! Accepted! Ad | |
| **2003** | ASE176x03 | General Case Studies Scenarios Slim Jim | |
| | ASE186x03 | Bipolar Concepting | |
| | ASE189x03 | Direct Mail - Risperdal | Direct mail focused towards informing and educating Psych patients and mental health professionals |
| | ASE190x03 | Direct Mail - Abilify | Direct mail focused towards informing and educating Psych patients and mental health professionals |
| | ASE191x03 | Direct Mail - All Others (Zyprexa) | Direct mail focused towards informing and educating Psych patients and mental health professionals |
| | ASE223x03 | Bipolar New Indication Ad | |
| | ASE224x03 | Bipolar Coming Soon Ad | |
| | ASE251x03 | PCP Sell Sheet | |
| **2004** | 450ASMSQP040004 | Bipolar Betty Panels | Sales panels used to portray a bipolar patient |
| | 450ASMSQP40030 | Bipolar Case Scenarios | Case study on bipolar patients |
| | 450ASMSQP40032 | PCP Updated Sell Sheet | Sell sheet used by sales representatives |
| | 450ASMSQP40035 | Inpatient CVA | Core visual aid for sales representatives |
| | 450ASMSQP40037 | Now I Can Ads | Bipolar ads for medical journals |
| | 450ASMSQP40038 | PCP CVA | Core visual aid for sales representatives |
| | 450ASMSQP40039 | Dosing Card | Dosing card for bipolar patients |
| | 450ASMSQP40045 | Risp Competitive Sell Sheet | Sell sheet used by sales representative |
| | 450ASMSQP40049 | Now I Can Detail Scripts - PCP | |
| | 450ASMSQP40052 | Now I Can - Slim Jims | Sales aid used for detailing |
| | 450ASMSQP40055 | Now I Can PSS Guide for CVA's | Roadmap to show reps best way to use core visual aid |

| DATE | JOB NO. | NAME | ADDITIONAL DESCRIPTION |
|---|---|---|---|
| | 450ASMSQP40056 | Now I Can Dosing Card | Dosing guide for bipolar patients |
| | 450ASMSQP40060 | Now I Can Private Practice CVA | Dosing guide for bipolar patients |
| | 450ASMSQP40062 | Now I Can Detail Scripts | |
| | 450ASMSQP40063 | Competitive Sell Sheet - 2 page | |
| | 450ASMSQP40066 | CMHC Leave Behind Sell Sheet | |
| | 450ASMSQP40069 | PCP CVA Guide | A CVA (sales aid) for Primary Care Physicians relating to prescriptions of SEROQUEL patients |
| | 450ASMSQP40071 | PCP Now I Can Dosing Card | a two-sided dosing card that is used in the hospital environment |
| | 450ASMSQP40079 | Private Practice CVA Guide | A CVA (sales aid) for Primary Care Physicians relating to prescriptions of SEROQUEL patients |
| | 450ASMSQP40081 | Now I Can Refresh Concepting | |
| **2005** | 450ASMSQP050002 | Strategy, Backgrounding, Comp. | |
| | 450ASMSQP050005 | Operations Planning for 2006 | |
| | 450ASMSQP050007 | PCP Concepting | |
| | 450ASMSQP050008 | Psych Tip in Testing | |
| | 450ASMSQP050009 | PCP Direct Mail | Direct mail focused towards informing and educating Psych patients and mental health professionals |
| | 450ASMSQP050011 | #1 Promotional Items | |
| | 450ASMSQP050015 | PCP Journal Ad Development | |
| | 450ASMSQP050017 | PCP Qualitative Testing | |
| | 450ASMSQP050022 | Private Practice Sell Sheet | |
| | 450ASMSQP050023 | NIC Lunch and Learn Kit | |
| | 450ASMSQP050026 | Psych Competitive Kit | |
| | 450ASMSQP050028 | Psych Direct Mail | Direct mail focused towards informing and educating Psych patients and mental health professionals |
| | 450ASMSQP050030 | PCP Direct Mail wave 3 | Direct mail focused towards informing and educating Psych patients and mental health professionals |
| | 450ASMSQP050031 | PCP Direct Mail wave 2 | Direct mail focused towards informing and educating Psych patients and mental health |

| DATE | JOB NO. | NAME | ADDITIONAL DESCRIPTION |
|---|---|---|---|
| | | | professionals |
| | 450ASMSQP050033 | NIC CASE STUDIES FOR PCP | Direct mail focused towards informing and educating Psych patients and mental health professionals |
| | 450ASMSQP050041 | Non-Product Branding Style Guide | The development of a style guide for AstraZeneca partners to use for any work completed for Seroquel |
| | 450ASMSQP050054 | Competitive Kit wave 2 testing | Used to set up materials needed for testing of the SEROQUEL competitive claims |
| | 450ASMSQP050062 | Wave 4 Competitive Program | To develop a customizable sales aid for the sales force to use in the field |
| | 450ASMSQP050065 | PCP Guidelines Sell Sheet | A sheet that assists the sales force and specifies guidelines for the Primary Care Physician |
| | 450ASMSQP050066 | Caite Objection Sheet #1 | A guideline that assists the sales force to handle objections |
| | 450ASMSQP050069 | Update Psych Dosing Card | A two page front and back dosing card. (Specifies Seroquel dosing intake) |
| | 450ASMSQP050070 | 50/400mg PCP Dosing Card | A creation of a new dosing card for the 50/400mg advertising initiative |
| | 450ASMSQP050073 | PCP Dosing Card Refresh | a two-sided dosing card that also holds a standard pen for use in the hospital environment |
| | 450ASMSQP050075 | Top 10 Slim Jims | Outpatient and Inpatient half size magazine advertisement |
| | 450ASMSQP050077 | T106 CVA's | A CVA (sales aid) for Primary Care Physicians relating to prescriptions of SEROQUEL patients |
| | 450ASMSQP050087 | Psych Dosing Card | To update the existing Dosing Clipboard with new 50mg and 400mg pill doses |
| | 450ASMSQP050090 | CVA Guides | To develop two sales guides |
| **2006** | 450ASMSQP060003 | TABLET PC | The development of one 2-sided, color sell sheet with a pocket for the Prescribing Information |
| | 450ASMSQP060004 | STATE HOSPITAL CASE SCENARIO | The development of a four page |

| DATE | JOB NO. | NAME | ADDITIONAL DESCRIPTION |
|---|---|---|---|
| | | | folder reprint carrier |
| | 450ASMSQP060005 | DEPT. OF CORRECT CASE SCENARIO | The development of a two sided, singe page reprint carrier |
| | 450ASMSQP060006 | CATIE OBJECTION SHEET REVISE | A sales objection sheet |
| | 450ASMSQP060008 | 2006 STRATEGY BACKGROUNDING | This projects focuses on the time needed to review/work through strategic issues and stay up to speed with competitive information |
| | 450ASMSQP060014 | 2T06 CVA GUIDES | A sales aid guide |
| | 450ASMSQP060017 | PCP CASE STUDY COMPLETION | A primary care physical case study |
| | 450ASMSQP060019 | 2T06 TOLERABILITY SELL SHEET | This project includes finishing writing and laying out the 2T06 Tolerability Sell Sheet |
| | 450ASMSQP060030 | PT. ASSISTANCE PROGRAM | The development of a tri-fold (6 panel), legal size, branded folder with 3 pockets to house documents |
| | 450ASMSQP060035 | BPD CONCEPTING | The development of three to five (3-5) concepts for market research |
| | 450ASMSQP070029 | Psych CVA | A 32+ page sales aid with non-Everyday People layout, and to develop an alternate layout with images and Everyday People |

# KLEMTNER/SAATCHI PROJECT LIST RELATING TO MEDICAL COMMUNITY[1]

| DATE | JOB NO. | NAME | ADDITIONAL DESCRIPTION |
|---|---|---|---|
| 2000 | ASE001x00 | Product Backgrounding | |
| | ASE001x00 | Product Backgrounding | |
| | ASE003x00 | Reprint Carrier # 1 | This project includes finishing writing and laying out the Sell Sheet |
| | ASE004x00 | Reprint Carrier # 2 | This project includes finishing writing and laying out the Sell Sheet |
| | ASE005x00 | Reprint Carrier # 3 | This project includes finishing writing and laying out the Sell Sheet |
| | ASE008x00 | Sell Sheet #1 | This project includes finishing writing and laying out the Sell Sheet |
| | ASE009x00 | Sell Sheet #2 | This project includes finishing writing and laying out the Sell Sheet |
| | ASE010x00 | Sell Sheet #3 | This project includes finishing writing and laying out the Sell Sheet |
| | ASE011x00 | Reprint Carrier #4 - Breecher | |
| 2001 | ASE030A01 | Breakthrough Ad 2p | |
| | ASE035x01 | Breakthrough General Psych Sell Sheet A | This project includes finishing writing and laying out the Sell Sheet |
| | ASE036x01 | Breakthrough General Psych Sell Sheet B | This project includes finishing writing and laying out the Sell Sheet |
| | ASE037x01 | Breakthrough General Psych Sell Sheet C | This project includes finishing writing and laying out the Sell Sheet |
| | ASE038x01 | Breakthrough LTC/Geriatric Sell Sheet A | This project includes finishing writing and laying out the Sell Sheet |
| | ASE039x01 | Breakthrough LTC/Geriatric Sell Sheet B | This project includes finishing writing and laying out the Sell Sheet |
| | ASE040x01 | Case Study A - General (Bridging) | |
| | ASE041x01 | Case Study B - General (Bridging) | |
| | ASE046x01 | Hospital Panel - General - Weight Gain | |

[1] This chart contains additional descriptions, where possible, for the Job Numbers identified by plaintiffs where hard copy job files have not been located.

| DATE | JOB NO. | NAME | ADDITIONAL DESCRIPTION |
|---|---|---|---|
| | ASE050x01 | Objection Handler S/S Holder | |
| | ASE052x01 | Web Site Clean-Up (Bridging) | |
| | ASE062x01 | Breakthrough LTC CVA Guide | A CVA (sales aid) for Primary Care Physicians relating to prescriptions of SEROQUEL patients |
| | ASE063x01 | Breathrough LTC CVA | A CVA (sales aid) for Primary Care Physicians relating to prescriptions of SEROQUEL patients |
| | ASE065x01 | Audiotape Compendium outlining Seroquel Clinical Report for PSS | |
| **2002** | ASE086x02 | Account Services 2002 | |
| | ASE087x02 | Backgrounding 2002 | |
| | ASE101x02 | Drive the Dose Objection Handler - Managed Care Options | |
| | ASE104x02 | CD Rom CVA (Gen & LTC) | |
| | ASE 115x02 | War Games Message Work | |
| | ASE119x02 | Coaching & Training Seroquel | |
| | ASE127x02 | Drive the Dose | |
| | ASE136x02 | Label Change PSS Guide | |
| | ASE150x02 | Drive the Dose - Direct Mail Responder Letters | Direct mail focused towards informing and educating Psych patients and mental health professionals |
| | ASE156x02 | Field Sales Management Presentation | |
| **2003** | ASE170x03 | Backgrounding 2003 | |
| | ASE174x03 | Dosing Case Studies - KILLED | |
| | ASE185x03 | Bipolar Positioning | |
| | ASE217x03 | Bipolar Umbrella CVA | A CVA (sales aid) for Primary Care Physicians relating to prescriptions of SEROQUEL patients |
| | ASE221x03 | Bipolar Message Development & Vis Aid Testing | |
| | ASE252x03 | PCP Dosing Card | a two-sided dosing card that is used in the hospital environment |
| | ASE253x03 | Schizophrenia Claim Justifications | |
| **2004** | 450ASMSQP040007 | Umbrella Message Testing | Market research message testing |
| | 450ASMSQP40015 | 2004 Competitive Intelligence | Market research message testing |
| | 450ASMSQP40016 | 2005 Operations Planning & W | Market research message testing |
| | 450ASMSQP40017 | 2004 APA Planning & Participation | Market research message testing |

| DATE | JOB NO. | NAME | ADDITIONAL DESCRIPTION |
|---|---|---|---|
| | 450ASMSQP40019 | 2004 Tactical Planning & Fin | Market research message testing |
| | 450ASMSQP40033 | Ad Testing | Market research message testing |
| | 450ASMSQP40034 | Message Testing | Market research message testing |
| | 450ASMSQP40036 | Outpatient CVA | Core visual aid for sales representatives |
| | 450ASMSQP40059 | Now I Can Reprint Carrier | Folder used to hold reference |
| | 450ASMSQP40061 | Now I Can Flip Chart | Flip chart used for detailing |
| | 450ASMSQP40067 | Prv Prc Leave Behind Sell Sheet | |
| | 450ASMSQP40075 | Clinical Concepting | |
| | 450ASMSQP40077 | Now I Can PCP Direct Mail | Direct mail focused towards informing and educating Psych patients and mental health professionals |
| | 450ASMSQP40078 | Now I Can PCP Tip in Testing f | |
| | 450ASMSQP40080 | #1 Promotional Items | |
| **2005** | 450ASMSQP050003 | Inter-Vendor Comm. & Materials | |
| | 450ASMSQP050004 | Tactical Planning | Cost to plan which vehicles to use in advertising |
| | 450ASMSQP050027 | Best Practice Detail Scripts | This project includes the development of a 4 detail scripts for trimesters 2 and 3 |
| | 450ASMSQP050045 | Warning Statement addition | To clearly convey a warning statement |
| | 450ASMSQP050049 | Competitive Messaging | A tool used to obtain structured feedback from the sales force around the latest proposed competitive claims |
| | 450ASMSQP050050 | LCM Positioning/Messaging | A project that focused on the position and message of Seroquel |
| | 450ASMSQP050051 | LCM Branding Workshop | A workshop focused on the specific branding qualities of Seroquel |
| | 450ASMSQP050078 | Medication Change Sheet | |
| | 450ASMSQP050081 | Diabetes/Weight Gain Neurtalize | |
| | 450ASMSQP050086 | Pscyh Probe' | |
| **2006** | 450ASMSQP060002 | 2T06 MESSAGE TESTING | The revision of the current Medication changes sheet |
| | 450ASMSQP060009 | 2006 INTER VENDOR COMMUNICATION | Focuses on the time needed to coordinate claims, strategic direction, new art and style to AZ partners |
| | 450ASMSQP060010 | 2006 TACTICAL PLANNING | Tactics and strategies used to plan projects/message for 2006 |
| | 450ASMSQP060011 | 2006 OPERATIONS PLANNING | Tactics and strategies used to plan projects/message for 2006 |

| DATE | JOB NO. | NAME | ADDITIONAL DESCRIPTION |
|---|---|---|---|
| | 450ASMSQP060020 | 2T06 TOLBERABILITY SELL SHEET | Includes the development of one 2-sided, color sell sheet focusing on comparison data between Seroquel and Risperdal |
| | 450ASMSQP060029 | COMP WAR GAMING WORKSHOP | The development of a Core Competitor Agreement discussion |
| | 450ASMSQP060031 | BPD POSTIONING & MESSAGING | The development of 20 positioning statements along with approximately 20 messages (10 for PCPs and 10 for Psychs) based on the identified competitive sets |
| | 450ASMSQP060039 | PCP TABLET PC | |
| | 450ASMSQP060040 | PSYCH TABLET PC | Used to refresh two (2) one page Psych ads (A-size insert, A-size ROB and Tabloid) with new photography and AZ sign-off |
| | 450ASMSQP060051 | BPD Emotional Messaging | The development of 25 emotional messages in PowerPoint format |
| | 450ASMSQP060056 | Tablet PC Update - Schizo | An update ot the existing Specialty Care content for the Tablet PC with Schizophrenia information |
| | 450ASMSQP060063 | Strategy & Backgrounding | To cover the time needed to think/ work through strategic issues presented as well as to stay up to speed on latest competitive information to ensure that creative work presented is informed by information uncovered from this job |
| | 450ASMSQP060064 | TACTICAL PLANNING | Time needed to work internally and with the AZ Promotional Team to determine correct strategic tactics for any new project |
| | 450ASMSQP060065 | OPERATIONS PLANNING | to work both internally and with the AZ promotion team to make recommendation for 2007 strategic and tactical programs |
| | 450ASMSQP060066 | INTERVENDOR COMMUNICATION | To coordinate claims, strategic directions, new art and styles to AZ partners |
| | 450ASMSQP070005 | Strategy & Backgrounding | To think/ work through strategic issues presented as well as stay up to speed on latest competitive information to ensure that creative work presented is informed |
| | 450ASMSQP070006 | INTERVENDOR COMMUNICATION | To coordinate claims, strategic directions, new art and styles to AZ partners |
| | 450ASMSQP070009 | 2008 PLANNING | To plan for 2008 projects |

| DATE | JOB NO. | NAME | ADDITIONAL DESCRIPTION |
|---|---|---|---|
| | | | |
| | 450ASMSQP070023 | Dialogue on Diagnosis | A component that includes a InService Module Carrying Case, Thank-you note with BRC card, and PSS Instructions. InService Module 4 Carrying Case Art: Includes designing creative for outside of modules with a clear topic identification. Thank-you note with BRC card |
| | 450ASMSQP070039 | MYBS Phase II 2008 Message Map | A project to develop an integrated Sales Road Map and Tactical Teaser Materials to pre-launch the US MYBS campaign |
| | 450ASMSQP070040 | MYBS Phase V 360 Communication | |

# KLEMTNER/SAATCHI PROJECT LIST RELATING TO CONSUMERS[1]

| DATE | JOB NO. | NAME | ADDITIONAL DESCRIPTION |
|---|---|---|---|
| 2004 | 464ASMSQC040005 | STRATEGIC PLANNING | Job to cover costs to plan brand activities |
| | 464ASMSQC040006 | (H) - COMPLIANCE PLANNING | Job to bill costs for training |
| | 464ASMSQC040007 | MEDIA PLANNING | Cost to plan media (TV, Print, Radio, etc.) for 2004 |
| | 464ASMSQC040008 | 2004 PLANNING | Strategic planning (messaging, strategic positioning) for the brand in 2004 |
| | 464ASMSQC040009 | TACTICAL PLANNING & EXECUTION | Cost to plan tactics used in 2004 (which vehicles to use in advertising) |
| | 464ASMSQC040010 | FINANCIAL & BUDGET MANAGEMENT | Cost to maintain budgets and billings |
| | 464ASMSQF040003 | Q3 Strategic Planning | 2004 Q3 strategic planning (i.e. work throughout the year on messaging, brand positioning, how to reach advertising goals) |
| | 464ASMSQF040004 | 2004 Q4 Account & Strategic Plan | 2004 Q4 strategic planning (i.e. work throughout the year on messaging, brand positioning, how to reach advertising goals) |
| 2005 | 464ASMSQC050002 | © - GA Strategic Plan & Devel | GA (general awareness advertising) Strategic Planning (i.e. work throughout the year on messaging, brand positioning, how to reach advertising goals) |
| | 464ASMSQC050004 | 05 Unbranded DRTV Dev&Prod | Cost to develop ideas for an unbranded TV commercial that provides a number or website for people to request more information (no mention of Seroquel) DRTV (direct response TV). |
| | 464ASMSQC050005 | ( C) - 05 CRM Strategic Planning | Separate cost for CRM for general administration duties such as (coping, status updates on jobs, shipping packages, small |

[1] This chart contains additional descriptions for the job numbers identified by Plaintiffs.

| DATE | JOB NO. | NAME | ADDITIONAL DESCRIPTION |
|---|---|---|---|
| | | | client requests) |
| | 464ASMSQC050008 | 05 Competetive Ads & Monitoring | Costs for a service that monitors advertising and supplies new ads for competitors |
| | 464ASMSQC050013 | DDMAC Present. Materials | Job to cover costs associated with producing materials (binders of ads w/ claim substantiation) for DDMAC |
| | 464ASMSQC050018 | Unbranded Mis/UndiagSwitchFulf | Development of communications (letter, brochure etc.) |
| | 464ASMSQC050019 | 2006 Strategic Planning | Job to plan actives for the next year (2006). Not to be confused with job for current year (05) planning |
| | 464ASMSQC050034 | (C) - 05 HECON Planning | Strategic planning for the HECON program (survey to gain consumer insight) |
| | 464ASMSQC050058 | Strategic Develop 06 Adherence | Strategic Develop 06 Adherence |
| **2006** | 464ASMSQC060005 | Adherence Strategic Planning | Job to cover planning activities for adherence programs |
| | 464ASMSQC060006 | HECON Program Mgmt | Costs to manage/analyze the data from the HECON program (survey to gain consumer insight) |
| | 464ASMSQG060007 | 07 Strategic Plan | 2006 development of a strategic plan |
| **2007** | 464ASMSQG070003 | Strategic Planning 2007 | Job to cover planning activities for programs |



Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

**Rachel G. Balaban**
*212 768-6921*
rbalaban@sonnenschein.com

1221 Avenue of the Americas
New York, NY 10020-1089
212.768.6700
212.768.6800 fax
www.sonnenschein.com

December 6, 2007

Via Electronic Mail

Holly M. Wheeler
Blizzard, McCarthy & Nabers, LLP
Lyric Centre Building
440 Louisiana, Suite 1710
Houston, Texas 77002-1689

Re: Seroquel Products Liability Litigation; MDL No. 1769; Subpoenas served on Klemtner Advertising, Inc. and Saatchi & Saatchi Healthcare

Dear Ms. Wheeler:

I write to follow-up on my letter to you dated November 30, 2007 providing you with the additional information we have spent time putting together in response to your additional requests. I also sent you an e-mail yesterday to ask if you have had an opportunity to review the information so we can reach a final agreement on the discovery sought from non-parties Klemtner Advertising, Inc. and Saatchi & Saatchi Healthcare ("Saatchi"). In addition, as I asked in my e-mail, I need you to inform me if you want copies of the hard copy job files in color (as per the pricing that I provided you with) so we can begin copying those files for production. I would appreciate you getting back to me at your earliest convenience.

In addition, in accordance with the Court's request, for the years 2001 through 2006, the net revenue received by Saatchi relating to the work it has done for AstraZeneca on Seroquel is approximately $21.5 million. This information is to be kept confidential under the Protective Order in the underlying litigation dated September 19, 2007. As such, it should be submitted to the Court under seal so that it is not part of the public record in the underlying litigation. Please also include my November 30, 2007 letter to the Court in your submission requested at the last hearing.

Sincerely,

Rachel Balaban

cc: Kenneth Friedman, Esq.

Brussels Charlotte Chicago Dallas Kansas City Los Angeles New York Phoenix St. Louis
San Francisco Short Hills, N.J Silicon Valley Washington, D.C West Palm Beach

**I. Results for the file folder search for the phrase weight gain**
**II. Results for file file folder search for Diabetes**
**III. Results for text search for the word Diabetes**
**IV. Results for text search for the phrase weight gain**

Total Files Listed:
2496 File(s) 5,783,173,126 bytes
47 Dir(s) 43,953,475,584 bytes free

## I. Directory of Seroquel - Search Results\Result for the file search for the phrase Weight gain

11/29/2007 06:04p <DIR> .
11/29/2007 06:04p <DIR> ..
02/27/2006 04:51p 113,227 229637 Weight Gain Fact Sheet 06_05 Final.pdf
10/18/2005 02:21p 35,840 Job Req - Diabetes Weight Gain Refresh&Memo.doc
04/10/2003 03:40p 29,696 Job Request - Weight Gain Sell Sheet.doc
03/26/2001 05:29p 543,059 Primer - Weight gain .pdf
05/01/2003 06:25p 29,696 Req Form - Weight Gain Education Sell Sheet.DOC
01/11/2007 06:34p 18,193 SQC In-Service.Weight.Gain.ESTIMATE 1.11.07.pdf
01/17/2007 03:17p 307,712 SQC InService Weight Gain Patient Broch Brief 1.16.07.doc
01/18/2007 05:22p 329,216 SQC InService Weight Gain Patient Broch Brief 1.18.07.doc
01/26/2007 05:55p 317,952 SQC InService Weight Gain Patient Broch Brief 1.26.07.doc
01/25/2007 01:47p 333,824 SQC InService Weight Gain Patient Broch Brief Client comm 1.25.07.doc
01/31/2007 11:49a 325,120 SQC InService Weight Gain Pt Broch Brief Cl comm 1.31.07.doc
01/17/2007 05:40p 45,568 SQC InService Weight Gain Tips on Healthy Eating 1.17.07.doc

05/01/2003 03:41p 20,480 Weight Gain Education Sell Sheet est .xls
11/29/2007 04:12p <DIR> Weight Gain_Diabetes
13 File(s) 2,449,583 bytes

Directory of Seroquel - Weight Gain_Diabetes

11/29/2007 04:12p <DIR> .
11/29/2007 04:12p <DIR> ..
10/18/2005 02:21p 35,840 Job Req - Diabetes Weight Gain Refresh&Memo.doc
1 File(s) 35,840 bytes

## II. Directory of Seroquel - Search Results\Results for file folder search for Diabetes

11/29/2007 06:18p <DIR> .
11/29/2007 06:18p <DIR> ..
04/06/2006 05:34p 240,494 238110_SQ_diabetes_facts Final.pdf
02/08/2006 10:28a 24,576 Diabetes Paragraph 8-05.doc
05/02/2003 08:49p 1,873,577 diabetes_beta.exe
10/18/2005 02:21p 35,840 Job Req - Diabetes Weight Gain Refresh&Memo.doc
05/07/2002 08:58p 132,046 Rosenheck VA diabetes slam Article.pdf
04/06/2006 02:34p 72,704 SQC Diabetes Tear Pad Creative Brief 4_6_06.doc
04/06/2006 03:23p 22,016 SQC Diabetes Competitive Tear Pad Estimate 4_6_06.xls
04/06/2006 04:22p 26,112 SQC Diabetes Tear Pad Client supplied initial copy 4_6_06.doc
04/07/2006 12:28p 27,648 SQC Diabetes Tear Pad Copy 4_6_06.doc
04/18/2006 04:23p 28,160 SQC Diabetes Tear Pad Copy incorp 2 legal and pra without comments 4_18_06.doc

04/18/2006 03:56p 31,744 SQC Diabetes Tear Pad Copy incorp 2 legal and pra 4_18_06.doc
04/06/2006 05:42p 72,192 SQC Diabetes Tear Pad Creative Brief ver2 4_6_06.doc
04/07/2006 04:50p 22,016 SQC Diabetes Tear Pad Estimate 4_6_06.xls
02/13/2007 10:51p 77,484 Tablet_Diabetes.1.pdf
11/29/2007 06:18p <DIR> Weight Gain_Diabetes
06/14/2005 02:43p 113,067 WeightDiabetesSQL.pdf
15 File(s) 2,799,676 bytes

---

Directory of Seroquel - Weight Gain_Diabetes

11/29/2007 06:18p <DIR> .
11/29/2007 06:18p <DIR> ..
10/18/2005 02:21p 35,840 Job Req - Diabetes Weight Gain Refresh&Memo.doc
1 File(s) 35,840 bytes

## III. Directory of Seroquel - Search Results\Results for text search for Diabetes

11/30/2007 10:23a <DIR> .
11/30/2007 10:23a <DIR> ..
10/17/2005 01:33p 116,997 0028 Rv11 DM2 RispJS COmments.pdf
10/17/2005 02:01p 110,712 0028 Rv11 DM2 Zypr JS Comments.pdf
10/17/2005 01:59p 121,394 0028 Rv9 DM2 Abil JS Comments.pdf
01/13/2003 11:03p 275,456 010803 key msgs and SWOT.ppt
01/31/2003 09:18a 1,051,136 070426-Pres-AZ (NEW).ppt
11/12/2002 04:42p 705,024 11-12 Schizo flow with notes.ppt
11/14/2005 10:28a 34,816 11.14 Seroquel branded print.doc
11/01/2002 04:57p 404,992 11.4 Schizo flow with notes .ppt
02/15/2006 03:44p 1,816,064 15-MINUTE VERSION - Mental Health Big Picture.ppt
07/18/2001 10:03a 211,968 2002 Ops Plan Info.ppt
05/05/2004 10:13p 70,144 2003 Average spend per brand, launch.xls
05/10/2004 07:51p 78,848 2004 APA report SERENA.doc
05/10/2004 09:21p 104,960 2004 APA report SERENAv2.doc
05/19/2004 10:02p 143,872 2004 APA Report.doc
05/19/2004 10:04p 143,872 2004 APA Reportv2.doc
05/21/2004 03:15p 591,872 2004 APA Reportv3.doc
05/24/2004 09:24p 1,108,480 2004 APA Reportv8.doc
05/25/2004 02:29p 1,116,672 2004 APA Reportv9.doc
07/15/2003 08:35p 1,242,112 2004 Operations Plan (Sam-Lisa)v5.ppt
07/16/2003 06:14p 1,826,304 2004 Operations Plan (Sam-Lisa)v5_Tim.ppt
07/16/2003 08:09p 1,285,120 2004 Operations Plan (Sam-Lisa)v5_Tim2.ppt
07/17/2003 12:24a 1,301,504 2004 Operations Plan (Sam-Lisa)v5_Tim3.ppt
04/11/2006 01:44p 265,728 2006 Anxiety Disorders MD Final Questionnaire.doc
04/05/2006 06:11p 244,736 2006 Anxiety Disorders MD Q - Revised 04-04-06.doc
06/29/2006 05:45p 1,812,480 2006 Depression MD Study XXVII-Analytical Report.ppt
04/05/2006 06:11p 517,632 2006 Depression-Anxiety Patient Proposal Questionnaire.doc
08/28/2006 04:26p 3,352,064 2006 Depression-Anxiety Patient Study IV.ppt
04/30/2007 09:07a 186,880 2006 IVR PSP Unbranded Seroquel.xls
08/05/2005 04:42p 459,264 2006 Operating Plan.ppt
06/29/2006 05:42p 2,006,016 2006 Treatment of Anxiety Disorders MD Study X-Analytic Report.ppt
05/19/2005 10:31a 25,088 228111_Ltr.doc
08/02/2005 12:46a 656,762 231992InOfc Broch.pdf
09/19/2005 04:03p 444,834 232680_Outpat CVA Final from Printer.pdf
04/25/2006 04:47p 291,693 236301_Scenario_2.pdf
04/06/2006 05:41p 174,841 236699_Crnr1.pdf

04/06/2006 05:41p 124,218 236700_Crnr2.pdf
04/05/2006 02:37p 106,382 236706 SpecPnl 1.pdf
04/05/2006 05:47p 237,251 236708 APA Pnl3.pdf
04/05/2006 02:37p 113,507 236711 SpecPnl 4.pdf
04/06/2006 05:34p 240,494 238110_SQ_diabetes_facts Final.pdf
04/05/2006 01:29p 161,523 239239_Insert.pdf
03/29/2006 02:27p 101,037 239299.pdf
03/28/2006 06:18p 134,583 239299_ROB_A.pdf
03/30/2006 09:05p 294,825 239379_PsychAd_KROB.pdf
04/13/2006 01:46p 116,462 239708 Crnr Pnl3.pdf
04/13/2006 01:46p 183,851 239709 Crnr Pnl4.pdf
04/14/2006 11:28a 155,216 239985 Crnr1.pdf
04/14/2006 04:11p 126,463 240051 Crnr Pnl2.pdf
04/14/2006 04:11p 116,036 240052 Crnr Pnl3.pdf
04/14/2006 04:10p 176,271 240053 Crnr Pnl4.pdf
05/30/2006 11:44a 3,381,449 241424_TIGuide.pdf
06/21/2006 02:21p 3,682,064 241424_TI_Gde.pdf
06/15/2006 12:44p 120,503 241998_Insert.pdf
06/15/2006 12:44p 127,889 241999_Insert.pdf
06/15/2006 09:52a 159,380 242000_Tab.pdf
06/15/2006 09:52a 163,086 242001_ROB.pdf
06/15/2006 09:52a 166,063 242002_ROB.pdf
06/15/2006 09:52a 171,173 242003_Tab.pdf
06/20/2006 11:51a 114,588 242136Wallbrd.pdf
08/21/2006 12:05p 130,187 243835 TabSize AD 2.pdf
08/17/2006 07:45p 228,057 243835 TabSize Ad.pdf
08/21/2006 12:05p 134,033 243836 ROB_A 2.pdf
08/21/2006 12:05p 118,717 243837 ASzInsrt 2.pdf
08/23/2006 12:14p 297,774 243853 A I Want Ad.pdf
08/23/2006 02:24p 322,532 243853 I Want Ad.pdf
01/08/2007 04:00p 32,768 246629.doc
01/11/2007 04:10p 203,693 246631 letter Complete.pdf
01/08/2007 03:33p 30,208 246631.doc
01/25/2007 12:17p 1,430,528 25.Schizophrenia Update (jc) 01.10.07.ppt
01/18/2007 03:08p 1,470,464 25.Schizophrenia Update without Back Up Slides (jc) 01.10.07.ppt
03/27/2006 07:51p 437,958 3.28.06 Pocket Calendar.pdf
03/03/2006 05:58p 64,000 3.3 Competitive Tear Pad editorial.doc
03/06/2006 04:37p 690,249 3.7 Schizo Brochure.pdf
03/07/2006 06:21p 1,761,170 3.8.06 Adherence Print Ad concepts.pdf
02/07/2007 01:44p 419,316 3PGwANNOTES2-7.pdf
04/06/2006 12:10p 715,671 4.6 PRA comments Schizo Brochure.pdf
07/15/2002 11:44a 3,843,584 43022-23 Topline Report.ppt
05/24/2004 02:08p 48,128 450ASMSQP040041.12 week sales piece Rv 1.doc
05/24/2004 04:43p 49,152 450ASMSQP040041.12 week sales piece Rv 2.doc
05/25/2004 11:25a 61,952 450ASMSQP040041.12 week sales piece Rv 3.doc
05/21/2004 01:15p 40,448 450ASMSQP040041.12 week sales piece.doc
11/06/2006 05:50p 39,424 450ASMSQP060007--Pharmnacy Sell Sheet v2.doc
11/07/2006 04:02p 38,912 450ASMSQP060007--Pharmnacy Sell Sheet.doc
11/08/2006 10:40p 62,976 464ASMSQC060031.11.8.doc
02/12/2007 05:58p 62,976 5 Steps Tent Card 2_5_07.doc
05/10/2006 12:00p 21,504 5.9 SEROQUEL fair balance.doc
01/19/2006 11:58a 125,842 50-400 ad final.pdf
01/18/2006 01:32p 156,597 50-400 Ad PRA Comments - Final 1-4-06.pdf
12/12/2002 05:08p 1,823,744 5077IL0104_CSR.doc
12/12/2002 04:47p 1,688,576 5077IL0105_CSR.doc

12/12/2002 05:29p 1,632,768 5077IL_0100_CSR body excl Section11.doc
12/02/2005 10:55a 79,862 50_400_Ad Version A .pdf
12/02/2005 10:57a 81,375 50_400_Ad Version B.pdf
01/06/2006 05:00p 152,195 50_400_Intro Ad V1 1-6-06.pdf
01/06/2006 04:54p 135,185 50_400_Intro Ad V2 1-6-06.pdf
01/26/2007 06:36p 28,160 6-page PCP Option 1.doc
01/26/2007 02:00p 27,648 6-page Psych Option 2.doc
01/26/2007 05:57p 27,648 6-pg PCP Option 2.doc
01/26/2007 04:48p 29,696 6-pg PCP Original Revised.doc
01/26/2007 12:04p 29,696 6-pg Psych Option 1.doc
01/26/2007 12:27p 28,160 6-pg Psych Original Revised.doc
07/11/2005 07:16p 741,376 7.11 revised claims.ppt
07/13/2005 04:58p 413,696 7.13 revised claims.2.ppt
07/13/2005 05:05p 319,488 7.13 revised claims.Deck1.ppt
07/13/2005 05:06p 340,992 7.13 revised claims.Deck2.ppt
07/13/2005 01:33p 407,552 7.13 revised claims.ppt
07/18/2005 06:14p 199,680 7.18 revised claims.Deck1.ppt
07/18/2005 06:13p 205,824 7.18 revised claims.Deck2.ppt
07/18/2005 03:07p 288,256 7.18 revised claims.ppt
07/06/2005 02:54p 700,928 7.5 revised claims.ppt
07/06/2005 04:12p 701,440 7.6 revised claims.ppt
07/08/2005 09:59a 709,120 7.7 revised claims.ppt
07/11/2005 05:08p 742,400 7.8 revised claims NEW.ppt
07/08/2005 11:32a 707,584 7.8 revised claims.ppt
07/11/2005 07:36p 744,960 7.9 revised claims NEW.ppt
07/11/2005 08:56p 689,664 7.9 revised claims Testing w-out labels.ppt
07/11/2005 08:19p 692,224 7.9 revised claims Testing.ppt
07/11/2005 10:15p 692,224 7.9 revised claims Testingb-w.ppt
02/24/2006 06:45p 87,324 AAGPBirdhousePanelwPRAchanges.pdf
09/14/2005 05:53p 190,976 Abilify Fulfillment Letter 9.14.doc
08/31/2004 05:40p 8,494,592 AbilifyCompetitiveOverview.ppt
09/11/2002 06:26p 71,680 Abridged BSS for Janet.doc
04/22/2007 01:29p 2,588,160 Achieving SQL Vision 04 10 07.ppt
05/03/2006 09:21p 33,792 Adherence Print Ad Fair Balance 5.3.06.doc
08/04/2005 03:58p 172,032 Ads-Rv11 PsyJnlARoBa.pdf
08/04/2005 03:58p 172,310 Ads-Rv11 PsyJnlARoBb.pdf
08/04/2005 03:58p 213,125 Ads-Rv12 Chef4pTRoB.pdf
08/04/2005 03:58p 238,734 Ads-Rv13 Team4pTRob.pdf
06/12/2003 10:31p 4,596,736 AdvertisingBackground2003.ppt
06/25/2003 07:26p 12,816,896 AdvertisingBackground2003v7.ppt
06/29/2005 08:29p 12,815,872 AdvertisingBackground2003v8.ppt
05/05/2006 02:46p 978,432 Aetna AZ Case Manager Program Explanation 1-12-05.ppt
07/21/2005 11:03a 55,808 Akathisia Sales Aid V4.doc
07/12/2005 11:55a 56,320 Akathisia Sales Aid.doc
06/30/2004 03:35p 52,736 Antispsychotic Marketplace Final 6-30-04 .ppt
05/17/2004 09:57a 97,280 APA 5.17.doc
05/10/2004 09:38p 29,184 APA Hazen 2004.doc
05/10/2004 09:39p 29,184 APA Hazen 2004v2.doc
05/11/2004 11:35a 29,696 APA Hazen 2004v3.doc
05/18/2004 05:17p 35,328 APA Hazen 2004v4.doc
04/12/2005 05:11p 39,424 APA monolith plasma panel RV1.doc
09/13/2004 05:20p 64,512 APA Panels Group 1.doc
04/12/2005 05:16p 46,080 APA plasma panels RV1.doc
04/20/2005 12:57p 54,272 APA plasma panels RV2.doc
03/31/2005 06:31p 47,104 APA plasma panels.doc

05/18/2004 10:48a 30,720 APA Scarborough 2004v4[lah].doc
05/18/2004 04:43p 97,280 APA SERENAv3.doc
05/19/2004 10:54a 93,184 APA SERENAv4.doc
04/12/2005 05:14p 48,640 APA Theater Plasma Panels RV2.doc
04/19/2005 01:11p 44,032 APA Theater Plasma Panels RV3.doc
04/19/2005 03:46p 44,544 APA Theater STATIC Panels RV1.doc
04/19/2005 03:14p 44,032 APA Theater STATIC Panels.doc
05/18/2004 04:54p 35,840 APAScarborough2004v4lah.doc
03/25/2002 12:18p 111,104 Aripiprazole kol rev.ppt
07/19/2002 06:45p 81,408 Aripiprazole_Strategy.ppt
12/19/2006 05:53p 1,051,136 AS APPROVED protocol front end as of 7_18_05.doc
07/16/2003 12:54p 101,888 ASEM2105x.doc
02/27/2003 11:50a 35,840 ASEM2142X02.doc
02/18/2004 01:31p 120,832 ASEM3188X Direct Mail BP #1.doc
12/19/2003 09:04a 110,080 ASEM3188X-1 new copy.doc
03/11/2004 12:45p 124,416 ASEM3189X BP Direct Mail 2.doc
12/19/2003 09:08a 113,152 ASEM3189X-1 new copy.doc
12/19/2003 09:26a 110,080 ASEM3190X-1 new copy.doc
08/25/2003 04:38p 58,368 ASEM3195X03.doc
08/21/2003 01:57p 31,232 ASEM3203x weight sell sheet.doc
01/30/2004 05:38p 209,920 ASEM3251 Mania Sell Sheet memo 1.30.doc
12/10/2003 12:33p 148,992 ASEM3251 PCP Sell Sheet V1.doc
12/18/2003 11:49a 150,016 ASEM3251 PCP Sell Sheet V2..doc
12/01/2003 10:00p 136,704 ASEM3251PCPSellSheetV1.doc
12/01/2003 10:07p 143,872 ASEM3251PCPSellSheetV1[LH].doc
12/01/2003 10:03p 141,824 ASEM3251PCPSellSheetV2.doc
12/01/2003 10:07p 149,504 ASEM3251PCPSellSheetV2[lh].doc
10/25/2004 10:41a 27,136 ASMSQC040018 Letter 3 text.doc
10/25/2004 10:13a 27,136 ASMSQC040018 Letter 4 text.doc
10/28/2004 02:04p 23,040 ASMSQC040018 Letter 5 text.doc
10/19/2004 02:28p 26,624 ASMSQC040018_Letter_1.doc
10/19/2004 04:27p 23,040 ASMSQC040018_Letter_2.doc
07/31/2007 07:33p 51,205 ASMSQG070006 Rv5 Misdiag Ltr.pdf
05/18/2004 04:27p 37,888 ASMSQP040030.bipolar case scenario #2.doc
05/18/2004 05:24p 38,400 ASMSQP040030.bipolar case scenario #3.doc
05/18/2004 03:43p 39,936 ASMSQP040030.bipolar case scenario 1.doc
05/20/2004 02:36p 125,440 ASMSQP040032 Updated PCP.doc
07/16/2004 10:07a 223,744 ASMSQP040035 RV1.doc
07/16/2004 10:20a 223,744 ASMSQP040035 RV2.doc
07/19/2004 07:40p 223,232 ASMSQP040035 RV3.doc
08/02/2004 07:17p 245,248 ASMSQP040035 RV6.doc
06/30/2004 08:34p 217,600 ASMSQP040035.doc
07/26/2004 07:05p 234,496 ASMSQP040036 RV 6 pst consult.doc
07/02/2004 01:46p 215,040 ASMSQP040036 RV2.doc
07/14/2004 04:19p 212,992 ASMSQP040036 RV3.doc
07/16/2004 10:48a 215,552 ASMSQP040036 RV4.doc
07/19/2004 07:40p 216,576 ASMSQP040036 RV5.doc
07/01/2004 02:41p 214,016 ASMSQP040036.doc
08/26/2004 12:23p 181,248 ASMSQP040039 PCP 2 page.doc
08/20/2004 01:07p 169,472 ASMSQP040039 PCP CVA 7.29 4 page.doc
08/02/2004 05:06p 166,400 ASMSQP040039 PCP CVA 7.29.doc
08/16/2004 06:40p 81,408 ASMSQP040055 CMHC.doc
08/16/2004 04:31p 88,064 ASMSQP040055.doc
08/19/2004 11:56a 36,864 ASMSQP040056.doc
10/14/2004 11:35a 116,736 ASMSQP040060.doc

11/07/2005 05:53p 125,185 ASMSQP050028 Rv12 DM2 Abil.pdf
11/07/2005 05:53p 126,897 ASMSQP050028 Rv14 DM2 Risp.pdf
11/07/2005 05:53p 108,760 ASMSQP050028 Rv14 DM2 Zypr.pdf
10/24/2005 11:49a 150,819 ASMSQP050083 LTC_INSERT.pdf
10/25/2006 12:40p 24,064 ASMSQP060043--TOLERABILITY(probe) Jump Screen PCP.doc
10/25/2006 12:50p 24,064 ASMSQP060044--PROBE HCP.doc
10/24/2006 09:11p 51,712 ASMSQP060044--SOMNOLENCE SEDATION.doc
04/26/2007 03:05p 95,744 ASMSQP070026.doc
01/24/2006 07:33p 3,791,872 AstraZeneca Seroquel Antipsychotic II PCP Dec2005.ppt
01/24/2006 07:34p 4,110,336 AstraZeneca Seroquel Antipsychotic II PSYCH Dec2005.ppt
09/13/2004 06:38p 3,380,224 AstraZeneca_Antipsychotic-Promo_PromoLink PCP Jul2004.ppt
09/13/2004 04:03p 3,249,664 AstraZeneca_Antipsychotic-Promo_PromoLink Psychs Jul2004.ppt
02/25/2004 03:40p 5,002,752 AstraZeneca_Antipsychotic_PromoLink Psychs Jan2004_PPT.ppt
02/06/2003 12:01p 834,048 ATT BW Pres 2-5-03.1.ppt
04/04/2003 12:21p 960,000 ATT BW Pres 3-25-03.2.ppt
11/14/2005 10:59a 1,649,152 AZ 918T Psych CVA Testing Pres 08Nov05.ppt
10/03/2006 03:33p 401,920 AZN SEROQUEL DTC ACQUISITION - REPORT FOR PK 2006 08.XLS
10/06/2006 02:37p 546,816 AZN SEROQUEL DTC ACQUISITION - REPORT FOR PK 2006 09.XLS
10/18/2006 02:13p 675,840 AZN Seroquel DTC Acquisition - Report for PK 2006 10_COMPLETE.xls
04/02/2004 04:44p 4,499,968 BASES Forecast Prsntn.ppt
03/23/2005 05:16p 1,212,928 BASES Prsntn for SLT May 24 '04 Rvsd.ppt
03/23/2005 05:52p 2,151,936 Bases Report.ppt
04/28/2004 02:01p 4,648,960 BASES second presentation.ppt
08/03/2005 01:44p 64,000 Big Ak Attack.doc
09/15/2006 10:56a 289,792 bipolar depression PROPOSED label w references for tearpad.doc
06/22/2006 10:54a 266,752 bipolar depression PROPOSED label.doc
04/03/2006 04:08p 287,232 bipolar depression proposed pi.doc
11/18/2003 11:09p 25,088 Bipolar Ad Fair Balance opt1.doc
11/18/2003 11:48p 20,480 Bipolar Ad Fair Balance opt2.doc
04/11/2003 02:30p 473,088 Bipolar April 14 Update.ppt
04/14/2003 06:46p 368,128 Bipolar April 15 Update.ppt
03/23/2005 04:59p 242,176 Bipolar Diagnosed Final Moderator Report1.doc
04/19/2007 09:47p 714,752 Bipolar Disorder Project Wave 04 Pres - AZ final.ppt
12/04/2006 09:55a 28,672 Bipolar DM Program external press release.doc
02/06/2004 07:54p 25,600 Bipolar Fair Balance Final 2_6_04.doc
12/07/2006 12:00p 5,339,136 BIPOLAR MANIA GUIDE COMPILED.doc
03/23/2005 05:15p 189,952 Bipolar Mis-diagnosed Final Moderator Report 3-16.doc
04/19/2007 08:01p 1,501,184 Bipolar Misdx 2005 report.ppt
09/17/2002 06:50p 29,700,608 Bipolar Presentation Appendix 2.ppt
09/18/2002 04:40p 26,869,760 Bipolar Presentation Appendix.ppt
04/20/2007 04:50p 905,728 Bipolar Project Wave 4 Report.ppt
02/28/2006 01:25p 5,486,080 Bipolar Report_Tuesday2.ppt
02/11/2003 07:29p 6,083,584 Bipolar Roller Coaster Abridged.ppt
04/17/2003 02:54p 7,700,992 Bipolar Roller Coaster Final.ppt
02/10/2003 05:58p 6,473,728 Bipolar Roller Coaster Summary COMMENTS.ppt
05/15/2007 04:31p 674,293 Bipolar2ePG_05-15-06.pdf
11/30/2004 01:13p 4,634,968 BipolarDecisionResources.pdf
03/29/2005 12:21p 1,122,816 Bipolar_Demo_Profile_Wave1.ppt
11/30/2004 01:00p 1,702,400 BMS_rd_11.17.04.ppt
08/05/2005 03:50p 1,334,784 bp misdx 2005 vs BP02.ppt
03/17/2005 07:04p 2,122,240 BP02 Report.ppt
12/15/2004 06:03p 1,866,752 BR for editing_12.15.04.ppt
12/09/2004 02:21p 1,502,720 Brand Review_12.09_editing.ppt
12/09/2004 12:48p 21,159,424 Brand Review_December 2004.ppt
11/14/2003 02:34p 19,456 BRC ASEM3238X FB 11-14-03.doc

| | | | |
|---|---|---|---|
| 01/24/2007 | 01:56p | 277,236 | BRM panel for SQC In-office brochure Everyday People PRA 244421.pdf |
| 01/18/2007 | 04:36p | 89,088 | CAdient somnolence and hypotension video content outline 1_18_07.doc |
| 04/19/2007 | 08:01p | 963,072 | Capabilities with Examples_AZ_071106.ppt |
| 03/27/2006 | 11:55a | 40,960 | CATIE Phase II messages March 25.doc |
| 03/28/2006 | 02:54p | 49,152 | CATIE Phase II messages March 28.doc |
| 02/23/2006 | 01:21p | 43,520 | chang-berm kang saatchi antipsychotic sales aids.xls |
| 04/09/2007 | 04:27p | 24,576 | Changes highlighted - consumer ISI - 4.9.07.doc |
| 10/05/2005 | 04:51p | 36,352 | Changes To Open Access.doc |
| 03/22/2006 | 03:05p | 714,752 | CHS Bipolar Disorder Project Wave 04 Pres - AZ final.ppt |
| 08/17/2004 | 06:44p | 60,928 | CHS Diagnosis Comorbid PolyPharm Outcomes.xls |
| 03/23/2005 | 04:49p | 997,376 | CHS study bp misdx 2005 vs BP02.ppt |
| 06/30/2005 | 08:48a | 684,544 | Claimsdeckfortesting6-27.ppt |
| 07/24/2007 | 10:29a | 5,596,160 | CLEAR report Seroquel Final Debrief - FINAL.ppt |
| 07/24/2007 | 10:31a | 5,870,080 | CLEAR SEROQUELMarket Mapping FINAL 6.6.6 doc.ppt |
| 09/16/2004 | 05:55p | 160,768 | CMHC Sell Sheet V2.doc |
| 08/21/2007 | 03:19p | 314,880 | Cnsmr Edit Style Guide 5.2.07.doc |
| 03/23/2007 | 08:20p | 28,160 | Competitive Letter 246552.3.23.07.doc |
| 01/11/2006 | 02:07p | 710,656 | Competitive Messaging Claims Feedback 07 07 05.ppt |
| 05/21/2004 | 02:21p | 34,212,352 | Competitive Overview 5-21.ppt |
| 05/24/2004 | 05:24p | 34,208,256 | Competitive Overview 5-24.ppt |
| 05/26/2004 | 05:25p | 39,473,664 | Competitive Overview 5-26.ppt |
| 05/28/2004 | 11:36a | 40,247,296 | Competitive Overview 5-28.ppt |
| 07/27/2004 | 03:38p | 15,805,952 | Competitive Overview 7-29.ppt |
| 06/16/2004 | 04:28p | 57,795,584 | Competitive Overview.6-16.ppt |
| 06/18/2004 | 09:11a | 84,684,288 | Competitive Overview.6-17.ppt |
| 06/04/2004 | 02:54p | 45,410,304 | Competitive Overview.6-3.ppt |
| 06/08/2004 | 12:53p | 57,788,928 | Competitive Overview.6-8.ppt |
| 03/16/2006 | 09:17a | 53,248 | Competitive Tear Pad Schiz 3.15.doc |
| 03/24/2005 | 04:18p | 34,816 | Competitve Sell sheet--Abilify.doc |
| 11/26/2002 | 12:13p | 413,696 | Compiled Ride Along Results v5.xls |
| 08/15/2005 | 05:02p | 27,136 | Compliance Edits.doc |
| 12/30/2004 | 11:47a | 25,088 | concept FB 12-30-04.doc |
| 07/13/2007 | 02:04p | 34,816 | Cons list of what they should know SXR.doc |
| 07/25/2007 | 11:25a | 40,448 | Cons list of what they should know _XR.doc |
| 12/07/2004 | 04:27p | 2,967,552 | Consumer Brand Review FINAL Deck 12-6-04.ppt |
| 10/11/2005 | 11:22a | 25,600 | Consumer Fair balance 8-1-05.doc |
| 02/13/2006 | 09:17a | 29,184 | Consumer Fair Balance Bullets 8-10-04.doc |
| 12/01/2006 | 09:42a | 13,468 | Consumer ISI - ltr comments.rtf |
| 07/25/2007 | 11:25a | 40,448 | Consumer list of what they should know SXR_7.24.07.doc |
| 05/28/2003 | 01:07a | 90,112 | Consumer Marketing white paper 3-25.doc |
| 12/22/2003 | 02:25p | 1,483,776 | ConsumerFinalPlan12-19.ppt |
| 03/15/2007 | 12:15a | 2,288,153 | COPE Released to Fusion_Inside Pages 3.15.07.pdf |
| 06/19/2003 | 09:06p | 3,491,840 | Copy (2) of AdvertisingBackground2003LLW.ppt |
| 06/19/2003 | 09:06p | 3,491,840 | Copy of AdvertisingBackground2003LLW.ppt |
| 01/01/1985 | 01:00a | 286,720 | Crestor Branded indication Live Script Refs v2.3 3.10.04.doc |
| 03/26/2007 | 04:04p | 30,208 | Crgvr Letter 246546.doc |
| 12/12/2002 | 04:06p | 320,512 | CTD Clinical Overview_Master.doc |
| 12/18/2002 | 04:00p | 1,635,328 | CTD Clinical Summary Section 3A Efficacy monotherapy 2 dec.doc |
| 12/18/2002 | 04:01p | 882,176 | CTD Clinical Summary Section 3B Clinical efficacy adjunct 2 d.doc |
| 12/18/2002 | 04:01p | 1,359,872 | CTD Clinical Summary Section 4A Clinical safety monotherapy 2.doc |
| 12/18/2002 | 04:02p | 1,581,568 | CTD Clinical Summary Section 4B Clinical safety adjunct 2 dec.doc |
| 02/11/2003 | 09:16a | 453,632 | current template (A).ppt |
| 11/16/2005 | 11:03a | 37,376 | CVA Changes_client comments in blue.doc |
| 07/11/2007 | 03:37p | 33,280 | CVA inserts 7.11.07.doc |
| 02/08/2006 | 10:28a | 24,576 | Diabetes Paragraph 8-05.doc |

| Date | Time | Size | File name |
|---|---|---|---|
| 05/02/2003 | 08:49p | 1,873,577 | diabetes_beta.exe |
| 01/12/2007 | 10:26a | 689,906 | DiagnosingBP_iCD_DRAFT5.0.pdf |
| 03/23/2005 | 05:51p | 1,252,352 | Diagnostic Presentation.ppt |
| 10/12/2005 | 01:13p | 67,072 | Direct Mail Wave 3-Abilify.doc |
| 10/12/2005 | 09:55a | 67,584 | Direct Mail Wave 3-Risperdal.doc |
| 10/12/2005 | 09:48a | 67,072 | Direct Mail Wave 3-Zyprexa.doc |
| 09/26/2005 | 11:58a | 19,968 | DM Status 9-23-05.xls |
| 01/04/2006 | 05:16p | 81,125 | DM3 Magnet_1 cricle R.pdf |
| 12/29/2005 | 06:39p | 69,120 | DOC Case Scenario 12.29.doc |
| 04/05/2006 | 02:59p | 19,968 | DOF as of 2-6-06.xls |
| 08/03/2006 | 09:44a | 79,360 | DRAFT_Seroquel PSP - competitor section 2006.doc |
| 12/09/2002 | 12:47p | 21,770,752 | DTC Regulations and Impact on Marketing.ppt |
| 10/24/2006 | 11:50a | 13,740 | Dual Ind Consumer Fair Balance INTERIM 10.24.06.rtf |
| 10/24/2006 | 09:53a | 23,040 | Dual Indic Imp Safety Info HCP 10_19_06.doc |
| 04/13/2007 | 05:17p | 308,224 | Editorial style guide 4.13.07.doc |
| 03/16/2007 | 03:39p | 309,248 | Editorial Style Guide(Dec06).doc |
| 03/16/2007 | 04:09p | 335,360 | Editorial Style Guide(March07).doc |
| 05/23/2002 | 03:14p | 24,576 | Editorial.doc |
| 01/28/2003 | 11:04a | 1,009,152 | Evaluating the Effectiveness of Seroquel's Repositioning Campaign_Draft 1.ppt |
| 05/09/2005 | 07:04p | 3,659,264 | evanmay10.ppt |
| 08/01/2006 | 08:26p | 64,000 | Fact Sheet.doc |
| 08/16/2005 | 04:11p | 34,304 | Fair balance 8.16.05.doc |
| 03/30/2006 | 03:34p | 31,232 | fair balance current indication 3.8.06.doc |
| 03/29/2006 | 02:43p | 28,672 | fair balance dual indication backup short version 3.29.06.doc |
| 03/29/2006 | 02:41p | 32,256 | fair balance dual indication to PRA 3.29.06.doc |
| 01/18/2005 | 03:52p | 25,088 | Fair balance for Psych concepts.doc |
| 09/27/2005 | 11:44a | 28,160 | Fair Balance For QTc Interval Sheet.doc |
| 11/11/2005 | 04:25p | 26,112 | Fair Balance For T 106 CVA.doc |
| 11/18/2003 | 06:29p | 25,600 | Fair Balance.doc |
| 05/12/2005 | 09:29a | 23,552 | Fair-balance addition Final 5.11.05.doc |
| 12/05/2006 | 04:19p | 211,456 | FAIRBALANCECHANGES12-5-06.xls |
| 12/06/2006 | 12:52p | 202,752 | FAIRBALANCECHANGES12-6-06-A.xls |
| 10/10/2002 | 02:59p | 244,224 | Fastape Geodon AstraZeneca vendor report.doc |
| 04/20/2007 | 04:41p | 1,502,208 | File 2_CHS Bipolar Expansion study.ppt |
| 12/20/2006 | 11:19a | 25,600 | FINAL Consumer ISI - 12.20.06.doc |
| 04/09/2007 | 04:27p | 24,064 | FINAL consumer ISI - 4.9.07.doc |
| 07/13/2005 | 10:24a | 714,752 | FINAL FINAL Trade AD Adherence Deck 1-14-05.ppt |
| 03/23/2005 | 07:26p | 393,216 | Final Report-Bipolar Storyboards Consumer & Physician.doc |
| 08/05/2005 | 03:07p | 5,014,016 | Final Trade AD Adherence Deck 1-25-05.ppt |
| 04/05/2006 | 05:44p | 234,848 | FINAL-Dept of Corrections Case Scenario4-06.pdf |
| 12/01/2003 | 12:22p | 220,672 | FM_SQL Data review 11-3-03.ppt |
| 03/30/2007 | 09:52a | 68,608 | format 3rev Ltr3_27_07-1.doc |
| 03/30/2007 | 09:52a | 104,960 | FormatKit r1 3_28_07.doc |
| 06/17/2005 | 02:27p | 723,456 | Gender Med Lit Appendix.DOC |
| 07/12/2007 | 05:14p | 1,377,792 | Gfk T107_Seroquel Retail DQM-Revised.ppt |
| 03/10/2004 | 12:54p | 152,064 | GLobal Message Themes short list.doc |
| 01/12/2004 | 08:18p | 46,638,080 | globalslides.ppt |
| 05/24/2007 | 09:48a | 16,338,432 | HealthMonitor Presentation 5-19-07.ppt |
| 10/02/2006 | 03:28p | 63,488 | HECON drop from study Letter 10.02.06.doc |
| 10/02/2006 | 03:03p | 62,976 | HECON drop from study Letter 9.29.06.doc |
| 10/02/2006 | 04:13p | 63,488 | HECON Letter General 10.2.06.doc |
| 09/29/2006 | 04:30p | 64,000 | HECON Out Of Age Letter 9.29.06.doc |
| 10/02/2006 | 03:35p | 13,282 | HECON Outside of Study Requirements (Drop)10.02.pdf |
| 10/02/2006 | 03:33p | 13,065 | HECON Outside of Study Requirements (general)10.2.pdf |
| 06/27/2005 | 06:09p | 58,880 | Hospital Case Scenario.doc |

12/07/2005 12:11p 163,175 Hospital Case study Carrie comments.pdf
12/08/2005 04:06p 158,536 Hospital Case Study for PRA 12-8-06.pdf
10/30/2006 03:36p 1,519,616 II Slides long version.ppt
11/11/2005 08:21a 4,871,157 Image Legend.pdf
04/05/2006 03:06p 5,370,880 Impact Rx Dec 2005 Psych.ppt
01/20/2006 10:43a 5,483,008 Impact Rx October Psych.ppt
01/19/2006 02:43p 4,215,296 Impact Rx October Psych_1.ppt
10/30/2006 05:27p 26,624 Important Safety Information 10.27.06.doc
07/26/2007 05:19p 187,806 In-Office Brochure final to Client 7.26.07.pdf
08/17/2007 06:34p 67,072 Information Hold Letter 8.17.07.doc
02/13/2007 07:21p 107,008 Initiation of Therapy client comments made 2_13_07.doc
02/12/2007 01:34p 101,376 Initiation of Therapy Slim Jim 2_12_07.doc
08/31/2005 03:35p 728,228 Inpat CVAUnedited 8-31.pdf
07/22/2004 05:27p 244,736 Inpatient CVA complete.doc
08/16/2004 12:08p 87,040 Inpatient CVA Guide.doc
12/14/2005 02:28p 135,680 inpatient cva guide_client comments.doc
03/20/2006 06:52p 15,297,536 Inpatient Tablet PC SlidesCVA0320v2.doc
06/27/2007 12:05p 24,576 INTERIM consumer ISI - 6.18.07 - highlighted changes.doc
06/27/2007 12:05p 25,600 INTERIM consumer ISI - 6.18.07.doc
12/29/2004 05:12p 25,600 Interim copy 12.29.doc
11/06/2006 04:01p 24,064 ISI 10-19-06.doc
11/30/2006 10:07a 28,672 ISI 11.22.06 long version.doc
11/30/2006 10:05a 28,160 ISI 11.22.06 short version.doc
04/24/2007 03:17p 24,064 ISI 4.24.07.doc
11/01/2006 02:58p 23,040 ISI Updated 11-06-06.doc
09/19/2003 10:20a 249,344 ISQ004X03.consumer guide (clean edit).doc
07/16/2003 10:06a 254,464 ISQ004X03.consumer guide (edit).doc
10/08/2003 03:47p 217,088 ISQ004X03.doc--family guide (clean edit).doc
08/18/2003 02:30p 190,464 ISQ004X03.doc--family guide (client).doc
10/08/2003 03:47p 218,624 ISQ004X03.doc--family guide (edit).doc
03/08/2006 04:28p 330,616 JailCseSenPRAChanges.pdf
10/18/2005 02:21p 35,840 Job Req - Diabetes Weight Gain Refresh&Memo.doc
11/26/2002 05:16p 31,744 Job Request - LTC Refresh Campaign Concepting.doc
01/26/2007 12:03p 29,696 journal ads 1.26.07.doc
06/12/2006 02:38p 35,840 June Aging Report 6-16-2006.xls
04/17/2006 05:05p 2,516,992 KAP ATU Pos Res debrief 3.9.06.ppt
07/24/2002 07:49p 424,448 Klemptner meeting pres (7-24).ppt
11/03/2003 03:50p 1,119,744 Lamictal Detail Watch Vendor Report.ppt
11/14/2005 11:31a 43,008 Layout - CVAs Updated Feedback 1T06.doc
02/02/2007 11:29a 38,400 Lilly Reports.doc
02/08/2006 12:08p 25,600 Long Version 8-05.doc
09/26/2005 06:16p 243,997 LTC Case Scenario CSBiPol.pdf
02/19/2003 05:02p 79,360 LTC CWPfinal12-10-02.ppt
08/10/2007 01:03p 282,624 M07194 AZ high decile PRESENTATION 080207.ppt
06/11/2002 01:55p 101,376 M2130X.doc
06/05/2002 09:09p 99,840 M2130X1.doc
08/29/2006 03:27p 1,309,696 Managing the Dialogue MBS Vox Aug 2006.ppt
01/06/2004 12:24p 83,456 Manuscript per PRA 1-6-04.doc
12/23/2003 04:12p 82,944 Manuscript per PRA 12-18-03.doc
12/29/2003 04:05p 82,944 Manuscript per PRA 12-23-03.doc
12/29/2003 04:07p 81,408 Manuscript per PRA 12-29-03.doc
12/30/2003 02:55p 82,432 Manuscript per PRA 12-30-03.doc
03/01/2005 11:04a 107,008 march 20005 screener.doc
03/17/2004 09:47p 479,232 Master LC.xls
04/05/2006 05:56p 31,232 Message Roadmap_2.xls

11/16/2005 11:05a 62,976 MH open access 2.doc
11/16/2005 11:05a 54,272 MI Open Access Copy 01LW.doc
04/19/2007 08:27p 127,846 Microsoft PowerPoint - AZ_antipsychotic persistency_9.27.05_3.08.06 revisions_6.08.06 revisions_07.07 revisions.chg (0900a9a.pdf
03/23/2007 08:29p 28,160 Misdiagnosed Letter 246549.3.23.07.doc
03/23/2005 04:27p 1,552,896 Misdiagnosed_September_2003_report.ppt
09/22/2005 06:04p 100,941 MM Med Chg Sheet Rv3 MedChange.pdf
12/04/2003 09:44a 391,168 Most recentl Schiz detail flow 11.19.ppt
03/19/2003 04:34p 507,904 Most recentl Schiz detail flow 3.19.ppt
11/03/2005 02:58p 33,280 MRP050072.doc
07/15/2005 10:40a 899,584 NEW FRONT PART 7_5_05.doc
01/09/2007 06:19p 25,600 NEW HCP ISI 1-3-07.doc
09/10/2004 09:57a 184,320 No1Atypical09-08-04.ppt
09/14/2004 08:20p 130,560 No1Atypical09-14-04.ppt
04/05/2006 03:10p 266,240 non-annotated draft labeling text.doc
10/04/2006 04:28p 1,058,816 Oct 5 Meeting slides_PRELIMINARY.ppt
04/12/2005 09:05p 25,600 ONE PAGE COPY4-12.doc
01/31/2006 10:18a 3,592,704 Online 2006_enrollment_data.ppt
11/21/2005 05:03p 91,648 Open Access 11.21.doc
01/12/2006 03:02p 85,504 Open Access Annotated Copy 11.21.05.doc
01/12/2006 03:02p 85,504 Open Access Annotated Copy 11.21.06.doc
10/31/2005 12:58p 81,920 Ops Plan BUDGET by Week Sept05-Dec06 Revised10-31-05.xls
08/31/2005 08:48p 83,456 Ops Tactical Plan by Week Sept05-Dec06 Revised.xls
09/19/2005 02:55p 1,016,320 Original Protocol - First 30 Pages.doc
09/08/2005 10:42p 459,502 Outpat CVA9-8Draft.pdf
08/16/2004 12:08p 78,848 outpatient cva guide.doc
12/14/2005 02:28p 138,240 outpatient cva guide_client comments.doc
09/19/2006 04:32p 175,760 Paliperidone final comments.pdf
06/12/2007 11:52a 4,026,368 Paper CVA 6.12 story flow.doc
05/31/2002 06:18p 114,688 Patient Brochure Draft1 [LH].doc
05/01/2003 08:48p 93,184 Patient-caregiver BiPolar screener 5-03 lm edits.doc
11/09/2005 05:33p 158,592 PCP 50-400 DosingCard.pdf
11/16/2005 11:06a 177,180 PCP Direct PCP DM Wave 3 Mailer 11-3-05PRA &Mktg comments.pdf
10/17/2005 02:59p 197,120 PCP DM1 fullfillment letter 232381 SQP050009.doc
11/16/2005 11:17a 62,855 PCP DM2 clock branded response Letter 11 PRA & Mktg comments.pdf
11/16/2005 11:11a 47,625 PCP DM3 Branded Response Letter 11 PRA and Mktg Comments.pdf
12/01/2003 12:21p 422,912 PCP Message Testing IDls - final deck.ppt
12/29/2004 12:37p 1,581,056 PCP Sales Aid Testing_ Final Report 1Oct04 w earlier CVA version.ppt
02/22/2007 06:13p 1,830,400 PCP-PSYCH Comparison Slides_1-31-07.ppt
09/10/2004 09:58a 228,352 PCPPromotionalApproach9-01-04v4.ppt
08/06/2007 08:50p 1,800,026 PCVA 250679.pdf
03/18/2005 05:21p 4,212,224 PDF-Word.doc
07/17/2006 03:53p 10,802,688 PFBS review 7-06.ppt
02/09/2006 04:56p 293,376 Pharmacy Sell Sheet_MSWord protected.doc
01/30/2007 11:39a 429,568 PI_Summary Analysis JAN29.xls
01/24/2007 02:05p 384,000 PI_Summary Analysis.xls
07/24/2007 04:30p 310,272 POSITIONING TERMS SUMMARY.ppt
06/06/2005 01:31p 44,032 PP Sell Sheet For Translation.doc
08/04/2006 02:24p 981,504 PPD Phase 2 Presented 8-03-06.ppt
09/30/2003 06:29p 220,672 PragueWorkshopSummary.ppt
11/10/2006 09:08a 3,023,360 PRETESTING report Racing Thoughts Branded DTC Final.ppt
11/16/2005 09:58a 198,374 Print SeroquelHeadsB6.17.pdf
07/06/2007 03:39p 60,928 Proposal Seroquel - XR - Deb Franklin_2.ppt
06/30/2005 04:49p 160,256 Protocol 1-29.doc
01/19/2005 06:12p 52,164,608 Protocol 1_17_04.doc

11/09/2004 04:56p 263,680 Protocol.doc
08/16/2005 02:07p 43,024,896 protocol7_18_05.doc
07/07/2005 09:04a 45,817,856 Protocol7_5_05.doc
05/04/2007 02:39p 325,632 PSP Seroquel - Unbranded SSCH 542007.xls
08/22/2007 09:47a 251,904 PSP Seroquel Branded (PI Script).xls
09/07/2007 10:31a 250,880 PSP Seroquel Branded (PI Script)_090607.xls
04/21/2005 04:00p 56,320 psych case 2 RV2.doc
04/26/2005 12:39p 56,320 psych case 2 RV3 POST PRA.doc
04/13/2005 12:17p 48,128 psych case 2.doc
04/04/2005 02:07p 37,376 psych direct mail wave 1. 4.4.doc
11/08/2005 12:10p 68,096 Psych Direct Mail Wave 3 11.7.doc
11/08/2005 02:55p 62,464 Psych Direct Mail Wave 3 11.8.doc
10/13/2005 02:09p 58,368 Psych Direct Mail Wave 3-Abilify v2.doc
10/13/2005 01:34p 67,072 Psych Direct Mail Wave 3-Risperdal v2.doc
10/13/2005 01:33p 67,072 Psych Direct Mail Wave 3-Zyprexa v2.doc
11/16/2005 04:15p 67,584 Psych Hospital Care Case Scenario T 106.doc
08/16/2006 05:00p 73,728 QUARTZ Study 43 Publication Alert - FINAL - 16 July 2006.doc
08/01/2006 10:22a 38,912 Racing words fair balance.doc
03/07/2005 09:20p 20,480 racingVO3-7.doc
07/06/2005 10:30a 88,064 RAQ screener draft4insured.doc
08/03/2005 12:52p 64,000 RAQ Topline Report 1.doc
01/05/2004 05:23p 92,160 ReferencManuscript 1-5-04.doc
01/05/2004 04:37p 91,136 ReferencManuscript 12-30-03.doc
09/04/2002 10:42a 57,344 RefreshCREATIVE WORK PLANJS - 7-31.doc
04/29/2004 06:58p 2,159,104 Report.ppt
06/07/2007 02:11p 580,608 Results presentation 07JUN2007.v2.ppt
01/29/2007 01:32p 103,424 Rev Somn Hypo Slim Jim 1_29_07.doc
01/24/2007 02:05p 1,593,344 Revised_Seroquel Master Deck PCPs.ppt
01/24/2007 02:05p 1,659,392 Revised_Seroquel Master Deck PSYCHs.ppt
03/25/2005 02:21p 137,216 Risperdal additional copy 3.25.doc
07/11/2005 09:10p 453,632 RISPERDAL competitive messages 07-01-05.ppt
07/11/2005 10:14p 456,704 RISPERDAL competitive messages 07-01-05w-labeling.ppt
10/12/2005 11:03a 193,024 Risperdal Fulfillment Letter 10.12.doc
09/14/2005 05:54p 188,928 Risperdal Fulfillment Letter 9.14.doc
06/25/2004 04:07p 18,143,744 Risperdal Overview.6-25.ppt
03/20/2006 07:57p 514,484 risperdal PI.pdf
06/20/2005 11:11a 34,304 Risperdal_1.doc
02/08/2006 02:36p 67,072 RisperidoneSS020806.doc
02/09/2006 11:54a 67,072 RisperidoneSS020906.doc
02/02/2006 12:45p 57,856 risseelsheet060019.doc
04/20/2007 03:38p 275,690 ROB board D.pdf
04/20/2007 04:19p 153,359 Rob_Board 4.pdf
04/20/2007 03:39p 163,888 Rob_Board D 2.pdf
04/20/2007 03:51p 156,459 Rob_Board D 3.pdf
05/07/2002 08:58p 132,046 Rosenheck VA diabetes slam Article.pdf
08/04/2005 03:58p 172,032 Rv11 PsyJnlARoBa.pdf
08/04/2005 03:58p 172,310 Rv11 PsyJnlARoBb.pdf
08/04/2005 03:58p 213,125 Rv12 Chef4pTRoB.pdf
08/04/2005 03:58p 238,734 Rv13 Team4pTRob.pdf
09/15/2005 06:48p 500,659 Rv18 Inpat CVA Final9-15.pdf
09/15/2005 06:48p 456,801 Rv22 Outpat CVAFinal9-15.pdf
02/21/2003 10:38a 507,904 Schiz full detail flow 2.21.ppt
12/08/2006 05:06p 201,216 Schiz topline SR 110806.ppt
10/23/2002 10:05a 422,912 Schiz. 10-22 detail flow.ppt
10/25/2002 04:20p 574,464 Schiz. 10-25 detail flow.ppt

| | | | |
|---|---|---|---|
| 03/03/2006 | 05:44p | 880,913 | Schizo Brochure 3.6.06.pdf |
| 10/29/2002 | 06:14p | 480,768 | Schizo detail flow 10-29.ppt |
| 11/01/2002 | 09:39a | 400,896 | Schizo detail flow 10.31.ppt |
| 02/07/2003 | 02:40p | 453,120 | schizo flow 2.7.ppt |
| 05/21/2004 | 04:32p | 431,616 | Schizophrenia deck 5.21.04 LATEST.ppt |
| 10/11/2002 | 08:12p | 302,592 | Schizophrenia detail flow.ppt |
| 05/15/2007 | 04:30p | 999,967 | Schizophrenia_2e.pdf |
| 07/18/2003 | 01:55a | 1,190,912 | SEROQUEL Operations Plan14.ppt |
| 07/18/2003 | 11:32a | 1,192,960 | SEROQUEL Operations Plan15.ppt |
| 07/18/2003 | 02:50p | 2,030,080 | SEROQUEL Operations Plan15_A.ppt |
| 07/17/2003 | 11:34p | 1,658,880 | SEROQUEL Operations Plan8.ppt |
| 08/01/2005 | 10:09a | 494,080 | Seroquel 2006 HCP Strategy 28Jul05.ppt |
| 03/17/2005 | 04:55p | 49,083,904 | Seroquel Adherence Program.doc |
| 01/22/2007 | 10:02a | 34,816 | Seroquel Aging Report 1-22-2007.xls |
| 05/03/2002 | 04:05p | 128,000 | Seroquel April Citations.doc |
| 04/05/2006 | 03:08p | 648,704 | Seroquel ATU Bipolar_Appendix deck.ppt |
| 02/06/2006 | 10:19a | 1,021,952 | Seroquel ATU Bipolar_final presentation.ppt |
| 04/05/2006 | 03:08p | 1,051,648 | Seroquel ATU Bipolar_Presentation_v3.ppt |
| 04/05/2006 | 03:08p | 764,416 | Seroquel ATU Schiz_Appendix deck.ppt |
| 02/06/2006 | 10:19a | 1,155,072 | Seroquel ATU Schiz_final presentation.ppt |
| 04/05/2006 | 03:08p | 1,186,816 | Seroquel ATU Schiz_Presentation_v3.ppt |
| 11/02/2005 | 01:01p | 3,971,783 | SEROQUEL Bipolar New User Brochure.pdf |
| 07/29/2003 | 01:27p | 6,971,904 | Seroquel Bipolar PG 2003v1.doc |
| 04/07/2003 | 12:03p | 76,288 | Seroquel Bipolar Positioning - draft (040303).ppt |
| 04/12/2005 | 02:29a | 27,648 | SEROQUEL BODY COPY.doc |
| 12/15/2004 | 05:21p | 20,953,088 | SEROQUEL Brand Review_12.15.04.ppt |
| 12/16/2004 | 10:22a | 20,872,192 | SEROQUEL Brand Review_12.16.04.ppt |
| 09/24/2004 | 09:57a | 21,158,400 | SEROQUEL Brand Review_final.ppt |
| 09/17/2004 | 12:18p | 21,604,352 | SEROQUEL Brand Review_Sept 2004.ppt |
| 02/01/2006 | 11:29a | 3,028,480 | Seroquel Branded DTC Final.ppt |
| 09/15/2006 | 05:32p | 74,240 | Seroquel Branded IVR Script V1 9-15-06.doc |
| 08/14/2007 | 10:54a | 70,656 | Seroquel Branded IVR Script V10 8142007.doc |
| 08/02/2007 | 05:30p | 70,656 | Seroquel Branded IVR Script V10 822007.doc |
| 08/22/2007 | 03:49p | 155,648 | Seroquel Branded IVR Script V11 08222007.doc |
| 08/21/2007 | 12:15p | 70,656 | Seroquel Branded IVR Script V11 8212007.doc |
| 09/04/2007 | 12:50p | 154,624 | Seroquel Branded IVR Script V12 08292007.doc |
| 03/23/2007 | 06:13p | 78,848 | Seroquel Branded IVR Script V2 3232007.doc |
| 04/11/2007 | 04:26p | 206,336 | Seroquel Branded IVR Script V4 4112007.doc |
| 04/24/2007 | 05:55p | 200,704 | Seroquel Branded IVR Script V5 4242007.doc |
| 04/25/2007 | 06:01p | 208,896 | Seroquel Branded IVR Script V6 4252007 estar 250482.doc |
| 05/10/2007 | 03:24p | 209,408 | Seroquel Branded IVR Script V7 05102007 estar 250482.doc |
| 07/27/2007 | 09:23a | 127,488 | Seroquel Branded IVR Script V8 7272007.doc |
| 08/02/2007 | 01:32p | 70,656 | Seroquel Branded IVR Script V9 7302007.doc |
| 08/02/2007 | 03:50p | 70,656 | Seroquel Branded IVR Script V9 822007.doc |
| 08/21/2007 | 12:59p | 68,608 | Seroquel Branded IVR Script_Final all highlights.doc |
| 09/10/2007 | 03:54p | 154,112 | Seroquel Branded IVR Script_Final compliance copy.doc |
| 05/08/2007 | 02:50p | 69,632 | Seroquel branded IVR v3 542007.xls |
| 05/08/2007 | 03:22p | 71,680 | Seroquel branded IVR v4 542007.xls |
| 11/20/2003 | 12:11p | 26,112 | SEROQUEL Claim Defense Packet -Weight.doc |
| 10/11/2006 | 10:54a | 293,376 | SEROQUEL Consumer Editorial Style Guide 10.10.doc |
| 10/11/2006 | 02:16p | 289,792 | SEROQUEL Consumer Editorial Style Guide 10.11.doc |
| 10/10/2006 | 02:12p | 311,808 | SEROQUEL Consumer Editorial Style Sheet 8.15.06 PAM.doc |
| 09/29/2006 | 05:56p | 64,512 | SEROQUEL Consumer Editorial Style Sheet 8.15.06.doc |
| 06/27/2006 | 09:31a | 53,760 | SEROQUEL Consumer Editorial Style Sheet.doc |
| 07/20/2007 | 03:11p | 24,064 | SEROQUEL consumer ISI 7.20.07.doc |

10/02/2007 04:23p 111,616 SEROQUEL core claims document.doc
03/05/2002 06:12p 32,768 SEROQUEL CVA DIFFERENCES.doc
03/12/2004 10:14a 665,088 Seroquel final pres 11-3-04.ppt
11/02/2004 04:53p 1,031,680 Seroquel Handout C Psych Sept 04.ppt
07/25/2007 10:18p 24,576 SEROQUEL HCP post hyperglycemia 7.10.07.doc
08/25/2006 12:23p 535,040 SEROQUEL HCP Unified Concept ideas Brief DRAFT 081706.doc
03/22/2005 03:14p 211,456 Seroquel HECON Protocol - Changes Highlighted 3-22.doc
03/23/2005 01:17p 16,220,672 Seroquel HECON Protocol - Clean Version 3-22.doc
03/22/2005 10:51a 13,188,608 Seroquel HECON Protocol - draft Mar. 22.doc
04/04/2005 10:30a 211,039,744 Seroquel HECON Protocol 3_23_05.doc
04/04/2005 12:11p 211,040,256 Seroquel HECON Protocol 4_04_05 Rev1.doc
04/04/2005 03:20p 211,044,352 Seroquel HECON Protocol 4_04_05.doc
06/02/2005 04:24p 262,144 Seroquel HECON Protocol First 29 Pages.doc
09/27/2005 04:35p 414,720 Seroquel HECON Protocol Summary.doc
03/21/2005 04:41p 13,184,512 Seroquel HECON Protocol.doc
10/17/2006 07:11p 539,648 SEROQUEL Ideas Brief 08 017 06.doc
01/20/2006 10:00a 656,762 SEROQUEL In-Office Adherence Brochure.pdf
05/17/2007 04:52p 125,952 Seroquel Interim Branded IVR Script V1 0542007 estar 250707.doc
04/23/2007 06:27p 286,720 SEROQUEL IVR PI v1 4122007.xls
04/27/2007 12:24p 287,744 SEROQUEL IVR PI v2 4252007 estar 250149.xls
03/24/2005 11:39a 189,952 Seroquel IVR PSP.xls
02/03/2006 04:47p 77,824 Seroquel IVR Script 2-3-06.xls
02/06/2006 05:32p 77,312 Seroquel IVR Script 2-6-06.xls
02/07/2006 02:07p 77,312 Seroquel IVR Script 2-7-06.xls
01/31/2005 02:26p 167,424 Seroquel IVR Script Outline.xls
12/11/2006 05:12p 1,494,016 Seroquel Linguistics Study (final July 2006).ppt
04/05/2002 06:19p 121,344 Seroquel March Citations.doc
08/05/2005 04:17p 1,151,488 seroquel media discussion.ppt
10/14/2005 03:01p 455,168 SEROQUEL Medical and Pharmacy Directors PsychProbes Presentation 101705.ppt
04/12/2005 02:29a 25,088 SEROQUEL ONE PAGE BODY COPY.doc
09/07/2007 10:31a 220,160 Seroquel PI 30417-02 rev. 07.07.doc
08/05/2005 03:15p 3,198,464 Seroquel PLT andrew.ppt
12/30/2003 04:26p 39,936 SEROQUEL PP1 12-30-03.doc
06/15/2006 04:38p 132,608 Seroquel PPD Solutions Architecture (5-25-06) for printing.doc
04/06/2006 04:22p 179,712 Seroquel PPDRapidRepsonse4.3.06.ppt
06/11/2003 10:27p 3,479,040 Seroquel PresentationJSREF.ppt
03/14/2002 04:02p 439,808 Seroquel Professional Site - Sam Revisions.doc
04/04/2005 02:29p 473,088 Seroquel PSP Final 8-2-04.doc
01/12/2006 02:42p 71,725,056 Seroquel Schizophrenia Messages 122305 Slidesv1.ppt
12/22/2005 08:33p 71,720,448 Seroquel Schizophrenia Messages UM 122305.ppt
04/03/2007 12:27p 80,384 Seroquel script 04.03.07.xls
01/08/2007 06:44p 1,091,584 Seroquel SR core slide set V2 (sentPAJ 24Nov06).ppt
04/05/2006 02:56p 1,276,416 Seroquel SR Global Presentation Feb 14.ppt
08/30/2007 11:09a 251,904 SEROQUEL SR label relapse prevention.doc
12/06/2006 02:53p 201,216 Seroquel SR Messages US Summary Topline.ppt
12/01/2003 12:28p 630,784 Seroquel Starter Pack Research - Final Deck.ppt
04/30/2007 02:37p 55,296 Seroquel unbranded branded IVR script v1 4302007.xls
05/01/2007 03:22p 58,368 Seroquel unbranded branded IVR script v2 4302007 RC COMMENTS.xls
04/30/2007 05:01p 57,856 Seroquel unbranded branded IVR script v2 4302007.xls
05/01/2007 04:54p 46,592 Seroquel unbranded branded IVR script v3 5.1.2007.xls
02/01/2006 04:57p 47,616 Seroquel Unbranded IVR Script 2-1-06.doc
02/06/2006 01:37p 58,880 Seroquel Unbranded IVR Script 2-2-06.doc
02/06/2006 03:35p 58,368 Seroquel Unbranded IVR Script 2-6-06.doc
02/07/2006 12:54p 58,368 Seroquel Unbranded IVR Script 2-7-06.doc

07/28/2006 10:54a 68,096 Seroquel Unbranded IVR Script Revisions V1 7-27-06.doc
07/31/2006 01:09p 64,000 Seroquel Unbranded IVR Script Revisions V2 7-31-06.doc
08/01/2006 01:47p 65,024 Seroquel Unbranded IVR Script Revisions V3 8-1-06.doc
09/15/2006 05:29p 68,608 Seroquel Unbranded IVR Script Revisions V4 9-15-06.doc
07/11/2006 10:36a 26,905 Seroquel Web page used for Schiz Tear Pad 2.htm
11/30/2007 10:23a <DIR> Seroquel Web page used for Schiz Tear Pad 2_files
07/11/2006 10:37a 21,160 Seroquel Web page used for Schiz Tear Pad 3.htm
11/30/2007 10:23a <DIR> Seroquel Web page used for Schiz Tear Pad 3_files
07/11/2006 10:32a 27,333 Seroquel Web page used for Schiz Tear Pad.htm
11/30/2007 10:23a <DIR> Seroquel Web page used for Schiz Tear Pad_files
07/13/2007 02:04p 29,696 SEROQUEL XR consumer post hyperglycemia1 7.12.07.doc
07/13/2007 04:25p 183,289 SEROQUEL XR PI 5.17.07.pdf
05/16/2006 09:40a 1,193,472 Seroquel.ppt
04/25/2003 10:21p 34,081,280 SEROQUEL42803.ppt
01/25/2005 10:50a 308,736 seroquelIVRrecom.ppt
01/27/2005 01:51p 262,144 seroquelIVRslides.ppt
03/27/2007 04:38p 354,612 SeroquelREV PI.pdf
12/28/2005 04:53p 72,384,512 SeroquelSchizophreniaMessagingREV.ppt
12/29/2005 10:34a 72,387,072 SeroquelSchizophreniaMessaging_12-28-05.ppt
12/29/2005 03:35p 72,387,584 SeroquelSchizophreniaMessaging_12-29-05.ppt
04/20/2007 11:35a 77,193,216 SeroquelSchizophreniaMessaging_April07v1.ppt
01/03/2007 09:44a 74,789,888 SeroquelSchizophreniaMessaging_Jan06v1.ppt
05/03/2006 04:22p 113,152 SeroquelSpecialtyCareSiteMap1.ppt
03/10/2004 11:57a 467,456 SEROQUEL_2004_Estimates_v11.xls
03/12/2004 11:30a 467,456 SEROQUEL_2004_Estimates_v12.xls
03/12/2004 04:54p 467,456 SEROQUEL_2004_Estimates_v13.xls
03/15/2004 04:12p 469,504 SEROQUEL_2004_Estimates_v14.xls
03/16/2004 03:41p 471,040 SEROQUEL_2004_Estimates_v15.xls
03/17/2004 12:03p 471,040 SEROQUEL_2004_Estimates_v16 ALT.xls
03/16/2004 05:35p 470,016 SEROQUEL_2004_Estimates_v16.xls
03/17/2004 12:41p 471,040 SEROQUEL_2004_Estimates_v17.xls
03/17/2004 12:55p 471,040 SEROQUEL_2004_Estimates_v18.xls
03/17/2004 06:04p 473,088 SEROQUEL_2004_Estimates_v19.xls
03/17/2004 07:10p 473,088 SEROQUEL_2004_Estimates_v20.xls
03/17/2004 08:58p 473,088 SEROQUEL_2004_Estimates_v21.xls
04/19/2004 04:01p 545,280 SEROQUEL_2004_Estimates_v22.xls
07/22/2004 11:36a 749,056 SEROQUEL_2005_Estimates_v1.xls
02/28/2006 01:25p 239,616 Seroquel_All Perc Maps.ppt
06/07/2007 02:11p 996,864 SEROQUEL_DRAFT report_06 JUN 2007.doc
08/02/2006 04:44p 1,464,783 SEROQUEL_PR.pdf
02/08/2006 12:08p 25,088 Short Version 8-05.doc
06/20/2002 09:49p 479,744 Skandia v[1]. 5.4.doc
01/10/2007 04:07p 67,584 Somnolence and Hypotension Revised 01 10 07.doc
12/12/2006 02:17p 61,952 Somnolence Hypotension Copy patches 12 11 06.doc
12/08/2006 04:57p 61,952 Somnolence Hypotension Copy patches 12 6 06.doc
12/05/2006 05:30p 59,904 Somnolence Hypotension Slim Jim Copy patches 12 5 06.doc
01/17/2007 06:18p 67,584 Somnolence Rev 01 10 07 LM Comments.doc
01/16/2007 05:32p 52,224 Somnolence Spread Revised 01 10 07 LM Comments 1-16-07.doc
01/12/2007 11:04a 65,536 Somnolence Spread Revised 01 10 07.doc
04/12/2005 09:05p 27,648 SPREAD 4-12.doc
02/16/2007 04:45p 62,976 SQ 5 Steps Tent Card 2_13_07.doc
09/29/2005 04:16p 1,482,752 SQ Adherence 101 Deck 8-22-05.ppt
12/02/2003 05:29p 522,752 SQ Adherence Dec. 2 - FINAL.ppt
11/24/2003 06:22p 298,496 SQ Adherence Nov 24 - FINAL.ppt
05/22/2007 10:18a 76,800 SQ Bipolar Patient Profile Tool v2 RICK.doc

11/20/2003 10:03p 406,528 SQ Compliance Nov 20.ppt
11/24/2003 03:21p 449,536 SQ Compliance Nov 23.ppt
11/24/2003 06:18p 471,040 SQ Compliance Nov 24 - FINAL.ppt
11/09/2006 09:38a 61,952 SQ HCP Discussion Guide Copy to Client 11.8.06.doc
11/10/2006 01:15p 65,024 SQ HCP Discussion Guide Version 3_11.10.06.doc
02/21/2007 11:24a 1,085,440 SQ SR Core Study Slides.ppt
04/06/2006 02:34p 72,704 SQC Diabetes Tear Pad Creative Brief 4_6_06.doc
08/23/2006 06:01p 256,512 SQC 07 Planning Kickoff.ppt
06/30/2006 11:41a 56,832 SQC adherence copy changes chart 3.22.doc
04/14/2006 02:20p 817,479 SQC Adherence Print Ad Concepts 4_14_06.pdf
04/19/2006 06:44p 1,066,181 SQC Adherence Print Ad Concepts 4_20_06.pdf
04/20/2006 09:50a 387,668 SQC Adherence Print Ad ZEN Concept 4_20_06.pdf
05/17/2006 09:40a 448,913 SQC Adherence Print Ads Revise (per research) 5_17_06.pdf
10/23/2006 10:24a 23,552 SQC Approved HCP Fair Balance 10.19.06.doc
06/27/2006 12:16p 74,240 SQC Belly Band Creative Brief 06_26_06.doc
05/10/2006 05:05p 55,296 SQC Conference Report Adh Print Ad Layout & FB 5_8_06.doc
12/13/2006 03:29p 13,521 SQC Database Yr End Letters_letter1_PRA submission 12.13.pdf
12/13/2006 03:32p 13,336 SQC Database Yr End Letters_letter2_PRA submission 12.13.pdf
01/05/2007 06:01p 17,052 SQC Database Yr End Letters_PRA resubmission 1.5.pdf
12/13/2006 02:12p 74,240 SQC Database Yr End Letters_PRA submission 12.13.06.doc
12/13/2006 02:11p 22,234 SQC Database Yr End Letters_PRA submission 12.13.pdf
01/31/2007 10:41a 224,884 SQC Database Yr End Ltr Final Proof 246631_1.31.07.pdf
04/06/2006 03:23p 22,016 SQC Diabetes Competitive Tear Pad Estimate 4_6_06.xls
04/06/2006 04:22p 26,112 SQC Diabetes Tear Pad Client supplied initial copy 4_6_06.doc
04/07/2006 12:28p 27,648 SQC Diabetes Tear Pad Copy 4_6_06.doc
04/18/2006 04:23p 28,160 SQC Diabetes Tear Pad Copy incorp 2 legal and pra without comments 4_18_06.doc
04/18/2006 03:56p 31,744 SQC Diabetes Tear Pad Copy incorp 2 legal and pra 4_18_06.doc
04/06/2006 05:42p 72,192 SQC Diabetes Tear Pad Creative Brief ver2 4_6_06.doc
04/07/2006 04:50p 22,016 SQC Diabetes Tear Pad Estimate 4_6_06.xls
12/07/2006 05:26p 30,720 SQC FINAL Consumer ISI - 12.07.06.doc
12/13/2006 04:29p 25,600 SQC FINAL Consumer ISI - 12.13.06.doc
11/02/2005 01:19p 3,971,783 SQC FINAL Welcome BROCHURE.pdf
10/23/2006 10:24a 23,552 SQC HCP Fair Balance Approved 10.19.06.doc
10/23/2006 02:09p 22,016 SQC HCP Fair Balance Approved.Changes 10.19.06.doc
11/27/2006 01:52p 24,576 SQC HCP Important Safety Information Updated 11_22_06.doc
06/01/2007 02:15p 254,132 SQC In Office Broch Rev round 1 copy layout 6.1.07.pdf
04/13/2007 02:44p 879,365 SQC In Office Broch Revise interim PRA 4.13.07.pdf
09/15/2006 12:37p 1,677,492 SQC In Office Brochure 2nd Indication for PRA 9.15.06.pdf
10/27/2006 12:19a 1,819,308 SQC In Office Brochure 2nd Indication with PRA comments 10.27.06.pdf
11/20/2006 11:23a 617,600 SQC In Office Brochure 2nd Indication with PRA comments 11.20.06.pdf
11/06/2006 06:26p 596,506 SQC In Office Brochure for PRA 11.06.pdf
07/05/2006 02:59p 305,802 SQC In Office Brochure Revise 7_06_06.pdf
07/19/2006 04:21p 901,263 SQC In Office Brochure Revise 7_19_06.pdf
06/27/2006 04:52p 421,030 SQC In Office Brochure Revise Concept 6_28_06.pdf
01/03/2007 04:48p 486,107 SQC In-office Brochure 2nd Indication Everyday People 1.2.07.pdf
12/08/2006 12:36p 337,322 SQC In-office Brochure 2nd Indication Everyday People 12.8.06.pdf
12/08/2006 12:36p 227,533 SQC In-office Brochure 2nd Indication Everyday People alt cover 12.8.06.pdf
12/13/2006 04:32p 394,056 SQC In-office Brochure 2nd Indication Everyday People alt visuals 12.13.06.pdf
01/19/2007 03:38p 575,605 SQC In-office Brochure 2nd Indication Everyday People to Fusion 1.19.07.pdf
01/24/2007 12:08p 268,817 SQC In-office Brochure 2nd Indication Everyday People Vendor Proof 1.24.07.pdf
01/24/2007 04:16p 277,282 SQC In-office Brochure 2nd Indication Everyday People Vendor Proof Revised 1.24.07.pdf
07/16/2007 03:53p 60,197 SQC In-Office Brochure approved with PRA comments 7.16.07.pdf

01/24/2007 03:22p 259,607 SQC In-office Brochure PRA approvedwchanges 1-10-07.pdf
06/27/2007 12:22p 223,800 SQC In-Office Brochure PRA comments 6.27.07.pdf
08/01/2007 03:30p 271,076 SQC In-Office Brochure Revise Proofs routed approved 8.1.07.pdf
06/08/2007 02:53p 182,273 SQC In-Office Brochure to Client 6.7.07.pdf
07/30/2007 07:03p 195,505 SQC In-Office Brochure to Fusion 7.30.07.pdf
07/30/2007 07:03p 195,505 SQC In-Office Brochure to PRA for final OK 7.30.07.pdf
04/10/2006 05:57p 22,016 SQC Negative Ad Tear Pad Estimate 4_10_06.xls
04/18/2006 04:44p 29,696 SQC Negative TearPad (Research) 4_18_06.doc
06/25/2007 02:45p 34,978 SQC Pill Box Letter client comments 6.25.07.pdf
06/21/2007 02:39p 29,091 SQC Pill Box Letter to PRA 6.21.07.pdf
07/24/2007 10:21a 60,186 SQC Pillbox letter PRA appd w changes 7.16.07.pdf
06/20/2007 02:21p 29,088 SQC pillbox letter to client 6.20.07.pdf
07/23/2007 03:49p 28,859 SQC pillbox letter to client final OK 7.23.07.pdf
07/30/2007 04:59p 39,286 SQC Pillbox letter to Fusion 7.30.07.pdf
07/17/2006 09:06p 312,109 SQC Racing Words 7.17.06.pdf
07/25/2006 10:05p 307,898 SQC RAcing Words 7.25.06.pdf
07/26/2006 08:48p 425,496 SQC Racing Words 7.26.06.pdf
07/27/2006 09:07p 446,571 SQC Racing Words 7.27.06.pdf
07/31/2006 11:08a 602,773 SQC Racing Words 7.31.06.pdf
09/22/2006 06:45p 388,944 SQC Racing Words 9.22.06.pdf
07/17/2006 09:08p 309,650 SQC Racing Words Alt 7.17.06.pdf
07/25/2006 10:05p 314,679 SQC Racing Words ANN 7.25.06.pdf
07/26/2006 08:48p 432,593 SQC Racing Words ANN 7.26.06.pdf
07/27/2006 09:09p 453,140 SQC Racing Words ANN 7.27.06.pdf
07/31/2006 11:45a 607,847 SQC Racing Words ANN 7.31.06.pdf
10/04/2006 05:48p 62,179 SQC Racing Words Brief Summary 10.04.06.pdf
09/26/2006 05:44p 735,750 SQC Racing Words Helvetica Rounded 9.26.06.pdf
10/03/2006 04:58p 54,648 SQC Racing Words PI 10.03.pdf
10/03/2006 12:42a 65,980 SQC Racing Words PI 10.2.pdf
07/31/2006 01:04p 106,840 SQC Racing Words PI 7.31.06.pdf
09/28/2006 05:27p 103,163 SQC Racing Words PI 9.28.06.pdf
05/11/2006 04:49p 408,107 SQC Relapse Brochure (for PRA) 5_11_06.pdf
05/02/2006 07:28p 968,634 SQC Relapse Brochure (for PRA) 5_2_06.pdf
06/15/2006 11:04a 425,499 SQC Relapse Brochure (for PRA) 6_15_06.pdf
07/17/2006 09:10p 448,223 SQC Relapse Brochure (for PRA) 7_17_06.pdf
04/10/2006 12:11p 605,228 SQC Relapse Brochure 4_10_06.pdf
07/25/2006 03:16p 456,492 SQC Relapse Brochure 7_25_06.pdf
05/16/2006 06:33p 782,573 SQC Relapse Brochure ANNOTATED 5_16_06.pdf
06/13/2006 05:56p 439,820 SQC Relapse Brochure PRA comments 6_13_06.pdf
05/19/2006 05:06p 125,133 SQC Relapse Letter (for PRA) 5_19_06.pdf
06/15/2006 04:26p 108,738 SQC Relapse Letter (for PRA) 6_15_06.pdf
07/17/2006 09:12p 64,079 SQC Relapse Letter (for PRA) 7_17_06.pdf
07/25/2006 02:57p 88,808 SQC Relapse Letter 7_25_06.pdf
06/15/2006 09:57a 133,562 SQC Relapse Letter PRA comments 6_13_06.pdf
04/12/2006 03:06p 507,653 SQC Schizo Brochure FINAL.pdf
07/23/2007 09:27a 24,064 SQC SEROQUEL Consumer FInal ISI 7.20.07.doc
11/08/2006 04:39p 71,168 SQC Somnolence Sedation TearPad Copy 11.8.06.doc
11/09/2006 03:14p 71,168 SQC Somnolence Sedation TearPad Copy 11.9.06.doc
11/09/2006 06:37p 84,992 SQC Somnolence Sedation TearPad Copy 2 w PRA_11.9.06.doc
11/09/2006 04:35p 70,656 SQC Somnolence Sedation TearPad Copy 2_11.9.06.doc
11/10/2006 11:03a 73,216 SQC Somnolence Sedation TearPad Copy to flow into layout 11.10.06.doc
01/04/2007 09:48a 29,696 SQC Somnolence Tear Pad PRA copy change recd 1.2.07.doc
08/17/2006 05:21p 296,960 SQC Starter Kit Patient Education Insert Brief 8.11.06.doc
04/04/2007 01:14p 106,496 SQC Starter Mailing Brochure w References_4.2.07.doc
03/16/2007 04:12p 104,960 SQC Starter Mlg Broch 3.15.07.doc

03/16/2007 04:12p 68,096 SQC Starter Mlg Ltr 3.15.07.doc
08/17/2007 07:03p 34,816 SQC Starter Pill Pack Dr Ltr to Client 8.17.07.doc
08/20/2007 03:26p 33,280 SQC Starter Pill Pack Dr Ltr to Client commets rec. 8.20.07.doc
08/17/2006 05:20p 23,552 SQC Starter Pk FB Insert Copy 8.15.06 v2.doc
08/14/2006 06:17p 23,040 SQC Starter Pk FB Insert Copy 8.15.06.doc
08/08/2006 02:39p 23,552 SQC Starter Pk FB Insert Copy 8.8.06.doc
03/16/2007 04:12p 71,168 SQC Tool Kit Broch 3.15.07.doc
06/21/2007 04:28p 171,067 SQC Tool Kit Broch PRA appd w comments 6.21.07.pdf
05/01/2007 02:52p 252,621 SQC Tool Kit Broch PRA comments recd 5.1.07 .pdf
07/11/2007 03:25p 167,436 SQC Tool Kit Broch to Client_Final Apprvl 7.11.07.pdf
07/31/2007 09:32a 136,896 SQC Tool Kit Broch to Fusion 7.31.07.pdf
04/19/2007 03:05p 213,074 SQC Tool Kit Broch to PRA 4.19.07.pdf
05/07/2007 04:01p 216,708 SQC Tool Kit Broch to PRA 5.7.07.pdf
05/29/2007 05:28p 226,075 SQC Tool Kit Brochure 2nd round PRA comments recd 5.29.07 .pdf
06/08/2007 10:39a 168,712 SQC Tool Kit Brochure to PRA 6.8.07 .pdf
07/30/2007 11:24a 65,754 SQC Tool Kit letter final Layout to Fusion 7.30.07.pdf
03/16/2007 04:12p 67,072 SQC Tool Kit Ltr 3.15.07.doc
09/26/2006 05:44p 738,390 SQC.Racing Words Arial Rounded 9.26.06.pdf
05/14/2004 12:10p 161,280 SQG040012.global messages .doc
02/01/2006 06:10p 366,592 SQL Comp Msging Presentation Final.ppt
02/01/2006 06:10p 1,467,392 SQL Messages Tested - for 8_8 presentation.ppt
04/26/2006 10:03a 261,120 SQL tracker 05 - Dec-April .xls
06/13/2006 11:55a 264,704 SQL tracker 05 - Dec-May06 .xls
11/15/2006 04:53p 265,728 SQL tracker 05 - Jan05-June06 .xls
01/12/2006 05:49p 223,232 SQL vs RIS.doc
01/17/2006 03:59p 49,152 SQM060002 Pharmacy Sell Sheet.doc
08/24/2006 12:31p 33,792 SQM060054 itinerary.doc
08/23/2004 05:34p 356,864 SQP040031 comp sell sheet R2 8.13.doc
05/24/2004 11:51a 132,608 SQP040032 Updated PCP.doc
09/08/2004 04:59p 152,064 SQP040039 additional annotations.doc
08/25/2004 02:29p 179,200 SQP040039 new copy postPRA.doc
06/28/2004 03:59p 144,896 SQP040039 PCP CVA 2 page.doc
08/23/2004 12:43p 182,272 SQP040039 PCP CVA 6 page.doc
10/04/2004 04:27p 125,952 SQP040046 Mediscript rev.add 10.1.doc
10/13/2004 03:27p 164,864 SQP040046 Mediscripts annotated 10.8.doc
10/21/2004 01:12p 139,776 SQP040046 Mediscripts for additional layouts.doc
09/14/2004 01:40p 128,000 SQP040046 Mediscripts.doc
12/15/2004 11:40a 24,576 SQP040046 new copy 12.14.doc
12/16/2004 09:25a 24,576 SQP040046B new copy 12.15.doc
09/01/2004 11:10a 33,280 SQP040051 adherence folder.doc
10/01/2004 10:25a 29,696 SQP040051 adherence letter.doc
09/16/2004 04:31p 24,576 SQP040058 BusCardHold.9.16.doc
03/02/2005 05:18p 34,816 SQP040058 business cards.doc
09/16/2004 05:59p 160,768 SQP040066.doc
09/16/2004 05:57p 157,696 SQP040067.doc
12/15/2004 08:58a 20,480 SQP040070 new copy 12.14.doc
11/09/2004 11:40a 148,992 SQP040070 PCP message card 1.doc
12/14/2004 05:11p 154,624 SQP040070 PCP message card 2.doc
12/15/2004 09:01a 24,576 SQP040071 new copy 12.14.doc
10/21/2004 02:01p 146,432 SQP040071 PCP dosing card.doc
03/08/2005 06:44p 148,480 SQP050009 LTC case scenario.doc
03/15/2005 06:12p 148,480 SQP050009 PCP Direct Mail 1 UNBRANDED.doc
04/04/2005 12:27p 143,360 SQP050009 PCP Direct Mail 1. BRANDED.doc
08/23/2005 05:36p 134,144 SQP050009 PCP DM1 letter.doc
10/14/2005 09:20a 196,096 SQP050009.PCP DM1 fullfillment letter 10.13.doc

10/17/2005 02:59p 197,120 SQP050009.PCP DM1 fullfillment letter 10.17.doc
04/01/2005 11:57a 37,376 SQP050014 pocket protector.doc
03/15/2005 09:53a 146,432 SQP050024 PCP file card Version B.doc
03/10/2005 11:16a 139,776 SQP050024 PCP file card.doc
05/18/2005 02:02p 102,912 SQP050026 Mania 5.11.doc
05/11/2005 03:27p 98,816 SQP050026 Mania.doc
03/16/2005 04:58p 46,080 SQP050028 Psych Direct Mailer.doc
03/16/2005 05:22p 47,104 SQP050028 Psych mailer3.16.doc
10/18/2005 01:00p 59,392 SQP050028 Wave 3 Abilify.doc
10/18/2005 12:59p 65,536 SQP050028 Wave 3 Risperdal.doc
10/18/2005 01:58p 66,048 SQP050028 Wave 3 Zyprexa.doc
07/06/2005 05:55p 39,424 SQP050028 Wave 3.doc
03/04/2005 03:23p 137,216 SQP050029 Dosing Clipboard.doc
06/08/2005 02:42p 131,584 SQP050030 PCP DM 3.doc
11/28/2005 03:51p 197,120 SQP050030 PCP DM3 Letter 11.28.doc
11/21/2005 02:46p 197,120 SQP050030 PCP DM3 Letter.doc
11/08/2005 09:09a 26,624 SQP050030 PCP DM3 magnet update.doc
07/22/2005 05:01p 37,888 SQP050031 DM#2 Letter.doc
11/30/2005 10:40a 198,144 SQP050031PCP DM 2 fulfillment letter 11.30.doc
11/30/2005 10:35a 198,144 SQP050031PCP DM 2 fullfillment letter.doc
04/26/2005 12:14p 49,664 SQP050032 psych case.doc
04/26/2005 12:16p 49,664 SQP050032 RV3 POST PRA.doc
11/29/2005 10:51a 58,368 SQP050033 PCP Case High Rx.doc
11/29/2005 10:50a 60,928 SQP050033 PCP case open to prescribe.doc
04/04/2005 12:43p 157,184 SQP050033 PCP case scenarios.doc
03/03/2005 04:53p 137,728 SQP050034 Mediscripts changes 3.2.doc
03/03/2005 04:53p 137,728 SQP0500346 Mediscripts changes 3.2.doc
06/07/2005 10:03a 54,784 SQP050043 Abilify Annotated RV1.doc
06/07/2005 10:03a 54,784 SQP050043 Abilify Annotated RV2.doc
06/09/2005 11:23a 51,200 SQP050043 Abilify Annotated RV3.doc
06/13/2005 04:51p 49,152 SQP050043 Abilify Annotated RV4.doc
06/01/2005 10:27a 50,688 SQP050043 Abilify.doc
06/08/2005 04:01p 25,600 SQP050043 fair balance.doc
06/02/2005 03:43p 33,280 SQP050043 Psych Fulfillment Letter 1.doc
06/02/2005 03:43p 34,816 SQP050043 Psych Fulfillment Letter 2.doc
06/02/2005 03:46p 34,304 SQP050043 Psych Fulfillment Letter 3.doc
06/02/2005 01:05p 53,760 SQP050043 Risperdal Annotated RV1.doc
06/07/2005 10:09a 53,760 SQP050043 Risperdal Annotated RV2.doc
06/09/2005 09:51a 51,200 SQP050043 Risperdal Annotated RV3.doc
06/13/2005 04:35p 48,128 SQP050043 Risperdal Annotated RV4.doc
06/01/2005 10:23a 49,664 SQP050043 Risperdal.doc
06/02/2005 01:09p 54,784 SQP050043 Zyprexa Annotated RV1.doc
06/07/2005 10:16a 54,784 SQP050043 Zyprexa Annotated RV2.doc
06/09/2005 10:35a 49,152 SQP050043 Zyprexa Annotated RV3.doc
06/13/2005 04:06p 47,616 SQP050043 Zyprexa Annotated RV4.doc
06/01/2005 10:49a 50,688 SQP050043 Zyprexa.doc
07/27/2005 09:54a 160,256 SQP050044 LTC bipolar case.doc
07/25/2005 04:57p 70,144 SQP050054 Akathisia Sell Sheet.doc
08/10/2005 05:18p 24,064 SQP050056 insert 8.10.doc
11/15/2005 12:37p 62,976 SQP050057 A.doc
11/15/2005 12:43p 61,952 SQP050057 B.doc
08/23/2005 02:41p 134,656 SQP050062 Inpatient CVA 8.19.05.doc
08/24/2005 10:24a 135,680 SQP050062 Inpatient CVA 8.24.05.doc
08/19/2005 09:18a 109,056 SQP050062 Inpatient CVA.doc
08/23/2005 05:57p 128,512 SQP050062 Outpatient CVA 8.23.05.doc

08/24/2005 10:29p 53,760 SQP050062 Outpatient CVA, copy changes.doc
08/19/2005 02:06p 107,520 SQP050062 Outpatient CVA.doc
08/25/2005 08:16p 26,624 SQP050062 refs.doc
09/01/2005 09:31p 103,424 SQP050062InpatientCVA9.1.05DavesAnnotations.doc
09/13/2005 03:02p 62,976 SQP050066 CATIE 9.13.doc
09/06/2005 02:25p 26,112 SQP050069 insert.doc
08/26/2005 12:39p 41,984 SQP050073 PCP Dosing Card Refresh.doc
11/22/2005 05:25p 38,912 SQP050077 inserts.doc
09/08/2005 11:47a 37,376 SQP050078 Medication Change Sheet.doc
12/06/2005 09:05p 123,904 SQP050090 inpatient cva guide.doc
01/03/2006 12:09p 129,024 SQP050090 inpatient.doc
12/06/2005 09:04p 119,296 SQP050090 outpatient cva guide.doc
12/28/2005 05:01p 127,488 SQP050090 outpatient.doc
11/28/2005 01:02p 60,416 SQP050091.doc
12/21/2005 05:55p 64,512 SQP050093.doc
02/17/2006 04:15p 24,576 SQP060001 Copy A.doc
05/03/2006 09:37a 58,880 SQP060013 Hospital case Mania.doc
05/11/2006 10:55a 132,608 SQP060014CVAGuide.doc
02/22/2006 04:12p 3,388,928 SQP060024 corner panels.doc
02/23/2006 11:43a 3,399,168 SQP060024 corner panelsv2.doc
02/22/2006 04:43p 3,400,704 SQP060024 corner panelsv3.doc
02/23/2006 11:56a 3,401,216 SQP060024 corner panelsv4.doc
05/04/2006 05:11p 54,784 SQP060027.doc
04/13/2006 01:31p 48,128 SQP060032 references.doc
04/07/2006 04:28p 43,520 SQP060032 Tablet insert copy.doc
08/03/2006 01:10p 58,368 SQP060047 Metabolic Fact Sheet.doc
10/23/2006 03:57p 37,888 SQP060057 V2.doc
10/11/2006 12:31p 30,720 SQP060057.doc
10/27/2006 06:37p 35,328 SQP060060 corner modules.doc
10/25/2006 03:41p 26,112 SQP060060 Important Safety Information.doc
01/29/2007 12:44p 103,424 SQP060061 Rev 1_26_07 DML .doc
01/16/2007 11:51a 89,088 SQP060061 Rev v2 01 11 07.doc
01/26/2007 05:56p 101,888 SQP060061 Rev2 1_26_07 DML .doc
01/11/2007 11:46a 87,040 SQP060061 Revised 01 10 07.doc
01/25/2007 09:36a 107,520 SQP060061 Revised 01 22 07 LM Comments1DMLComments1.doc
01/19/2007 03:39p 86,528 SQP060061 Revised 01 22 07.doc
02/28/2007 04:45p 23,040 SQP070010 insert A.doc
03/01/2007 08:46a 22,016 SQP070011 insert C.doc
05/17/2007 04:20p 490,496 SQP070029 - Paper CVA.doc
01/09/2007 04:22p 61,952 SSH styled som and hyp patch.doc
01/10/2007 04:24p 65,024 SSH styled som and hyp.doc
04/27/2006 09:52a 60,416 State Hospital Case Scenario 12.22.doc
02/04/2005 02:30p 25,088 Statistics footnotes.doc
03/07/2005 03:58p 22,016 STRING 3.7.doc
09/11/2007 03:02p 222,720 Study 004 manuscript - Final for journal psychiatry2007 - no refman.doc
10/24/2006 06:11p 515,072 Study 004 slide set draft V2 (sent AZ team review 19Oct06).ppt
04/11/2007 10:48a 223,232 Study 132 manuscript (FINAL VERSION FOR SUBMISSION).doc
10/24/2006 06:11p 570,368 Study 146 slide set draft V4 (sent AZ 17Oct06).ppt
08/13/2004 02:36p 106,496 Style Guide for SEROQUEL (Bipolar).doc
12/17/2003 11:00a 158,208 Style Guide for SEROQUEL (Schizophrenia).doc
10/12/2006 10:24a 141,824 Style Guide for SEROQUEL.doc
01/12/2007 03:18p 144,384 Style Guide for SEROQUEL_1.12.07.doc
01/02/2007 01:27p 548,510 Summary of Comments on SQC Database Yr End Letters_ letter1_PRA comments 1.2.07.pdf

01/02/2007 01:27p 549,159 Summary of Comments on SQC Database Yr End Letters_ letter2_PRA comments 1.2.07.pdf
10/04/2005 11:14a 60,928 SZ Open Access v6 10.04.doc
11/16/2005 11:05a 57,856 SZ Open Access v6.doc
11/15/2005 09:36p 31,232 T 106 References- Inpatient.doc
11/15/2005 07:54p 30,720 T 106 References- Outpatient.doc
03/23/2006 04:18p 81,408 Tablet PC Outline RICK.doc
11/13/2006 05:46p 2,862,895 Tablet-Know the facts-PCP.r4.pdf
11/08/2006 05:33p 101,966 Tablet-Safety-Medical Care (0900a9ae803751d9).pdf
11/08/2006 05:29p 100,018 Tablet-Safety-SC (0900a9ae803751a5).pdf
02/13/2007 10:51p 77,484 Tablet_Diabetes.1.pdf
02/02/2005 04:05p 1,125,888 TerriForwork.xls
03/25/2005 03:13p 39,936 Theater panels.doc
01/05/2005 07:05p 26,624 Tool concept copy.doc
10/24/2006 06:11p 969,728 Trial 132 Slide Set draft V6 - FINAL (sentPAJ 3Oct06).ppt
10/24/2006 06:11p 969,728 Trial 132 Slides.ppt
12/15/2006 01:30p 202,240 UK Seroquel IR Bipolar-Final Report.ppt
12/15/2006 01:30p 252,928 UK Seroquel Schizophrenia IR-Draft Report 121406.ppt
12/14/2006 04:50p 178,688 UK Seroquel SR- Draft Report 121406.ppt
02/22/2007 04:33p 128,030,208 Updated Topline Deck with Slides Hid for Deletion_021407.ppt
03/23/2007 08:39p 32,256 User 246554 3.23.07.doc
03/18/2003 06:05p 271,872 US_Bipolar_CWP_v10.ppt
08/05/2005 03:23p 92,160 verb05-10692_Racing Thoughts.xls
08/05/2005 03:24p 84,992 verb05-10692_String.xls
10/11/2002 08:13p 167,424 Version B.ppt
03/28/2006 05:13p 35,840 Versions of Fair balance2.doc
05/16/2006 10:04a 1,994,752 Wed_SC1_2_Seroquel_strungv4.ppt
11/30/2007 10:18a <DIR> Weight Gain_Diabetes
06/14/2005 02:43p 113,067 WeightDiabetesSQL.pdf
03/23/2005 06:50p 83,968 white paper b.doc
06/18/2007 12:01p 10,434,560 XR 2007-08 Planning Prep Presentation 6.18.07.ppt
06/19/2007 06:22p 10,423,296 XR 2007-08 Planning Prep Presentation 6.18.07_Revising.ppt
05/01/2007 12:20p 98,304 XR Announcement Card option 1.doc
05/01/2007 12:26p 95,232 XR Announcement Card option 2.doc
04/30/2007 05:46p 499,712 XR Announcement Card.doc
07/18/2007 10:47a 28,672 XR Consumer ISI with changes highlighted 7.24.07.doc
07/25/2007 03:02p 30,720 XR Consumer ISI 7.24.07.doc
08/14/2007 01:11p 779,776 XR Relapse Schizophrenia Data_study 004.ppt
09/13/2004 10:13p 11,161,088 Zyprexa DRAFT Competitive Overview 7-29.ppt
10/12/2005 11:02a 192,000 Zyprexa Fulfillment Letter 10.12.doc
09/14/2005 05:56p 188,928 Zyprexa Fulfillment Letter 9.14.doc
07/14/2004 12:28p 38,048,768 Zyprexa Overview.6-17.ppt
03/20/2006 08:02p 283,856 zyprexa-pi.pdf
1001 File(s) 2,805,651,221 bytes

11/30/2007 10:23a <DIR> .
11/30/2007 10:23a <DIR> ..
07/11/2006 10:27a 1,888 az_ftr_logo.gif
07/11/2006 10:27a 442 contact.us_w_bluebg.gif
07/11/2006 10:27a 4,238 cope_btn.gif
07/11/2006 10:27a 48 dropdown_nav_arrow.gif
07/11/2006 10:27a 43 F32F95.gif
07/11/2006 10:36a 899 general.css
07/11/2006 10:27a 11,679 general.js
07/11/2006 10:27a 307 go_btn_w_bluebg.gif

07/11/2006 10:27a 5,646 menu.js
07/11/2006 10:27a 1,049 menu_support.js
07/11/2006 10:27a 19,294 Schizo_on_main_img.jpg
07/11/2006 10:27a 43 schiz_search_spacer.gif
07/11/2006 10:27a 1,893 sch_home_btn_btm.gif
07/11/2006 10:27a 2,693 sch_home_btn_mid_up.gif
07/11/2006 10:27a 3,142 sch_nav_1_on.home_up.gif
07/11/2006 10:34a 2,685 sch_nav_2_understand.sch_up.gif
07/11/2006 10:34a 2,828 sch_nav_3_understand.s_on.gif
07/11/2006 10:27a 2,747 sch_nav_5_how.to_up.gif
07/11/2006 10:27a 2,541 sch_nav_5_stayingbest_up.gif
07/11/2006 10:27a 309 search_w_bluebg.gif
07/11/2006 10:27a 6,432 Seroquel_logo.gif
07/11/2006 10:27a 786 sign.up_w_bluebg.gif
07/11/2006 10:28a 43 spacer.gif
23 File(s) 71,675 bytes

Directory of Seroquel - Search Results\Results for text search for Diabetes\Seroquel Web page used for Schiz Tear Pad 3_files

11/30/2007 10:23a <DIR> .
11/30/2007 10:23a <DIR> ..
07/11/2006 10:27a 1,888 az_ftr_logo.gif
07/11/2006 10:27a 442 contact.us_w_bluebg.gif
07/11/2006 10:27a 4,238 cope_btn.gif
07/11/2006 10:27a 43 F32F95.gif
07/11/2006 10:37a 899 general.css
07/11/2006 10:27a 11,679 general.js
07/11/2006 10:27a 307 go_btn_w_bluebg.gif
07/11/2006 10:27a 5,646 menu.js
07/11/2006 10:27a 1,049 menu_support.js
07/11/2006 10:27a 19,294 Schizo_on_main_img.jpg
07/11/2006 10:27a 43 schiz_search_spacer.gif
07/11/2006 10:27a 1,893 sch_home_btn_btm.gif
07/11/2006 10:27a 2,693 sch_home_btn_mid_up.gif
07/11/2006 10:27a 3,142 sch_nav_1_on.home_up.gif
07/11/2006 10:34a 2,685 sch_nav_2_understand.sch_up.gif
07/11/2006 10:27a 2,844 sch_nav_3_understand.s_up.gif
07/11/2006 10:27a 2,747 sch_nav_5_how.to_up.gif
07/11/2006 10:27a 2,541 sch_nav_5_stayingbest_up.gif
07/11/2006 10:27a 309 search_w_bluebg.gif
07/11/2006 10:27a 6,432 Seroquel_logo.gif
07/11/2006 10:27a 786 sign.up_w_bluebg.gif
21 File(s) 71,600 bytes

Directory of Seroquel - Search Results\Results for text search for Diabetes\Seroquel Web page used for Schiz Tear Pad_files

11/30/2007 10:23a <DIR> .
11/30/2007 10:23a <DIR> ..
07/11/2006 10:27a 1,888 az_ftr_logo.gif
07/11/2006 10:27a 442 contact.us_w_bluebg.gif
07/11/2006 10:27a 4,238 cope_btn.gif
07/11/2006 10:27a 48 dropdown_nav_arrow.gif
07/11/2006 10:27a 43 F32F95.gif

07/11/2006 10:32a 899 general.css
07/11/2006 10:27a 11,679 general.js
07/11/2006 10:27a 307 go_btn_w_bluebg.gif
07/11/2006 10:27a 5,646 menu.js
07/11/2006 10:27a 1,049 menu_support.js
07/11/2006 10:27a 19,294 Schizo_on_main_img.jpg
07/11/2006 10:27a 43 schiz_search_spacer.gif
07/11/2006 10:27a 1,893 sch_home_btn_btm.gif
07/11/2006 10:27a 2,693 sch_home_btn_mid_up.gif
07/11/2006 10:27a 3,142 sch_nav_1_on.home_up.gif
07/11/2006 10:27a 2,692 sch_nav_2_understand.sch_on.gif
07/11/2006 10:27a 2,844 sch_nav_3_understand.s_up.gif
07/11/2006 10:27a 2,747 sch_nav_5_how.to_up.gif
07/11/2006 10:27a 2,541 sch_nav_5_stayingbest_up.gif
07/11/2006 10:27a 309 search_w_bluebg.gif
07/11/2006 10:27a 6,432 Seroquel_logo.gif
07/11/2006 10:27a 786 sign.up_w_bluebg.gif
07/11/2006 10:28a 43 spacer.gif
23 File(s) 71,698 bytes

Directory of Seroquel - Search Results\Results for text search for Diabetes\Weight Gain_Diabetes

11/30/2007 10:18a <DIR> .
11/30/2007 10:18a <DIR> ..
10/18/2005 02:21p 35,840 Job Req - Diabetes Weight Gain Refresh&Memo.doc
1 File(s) 35,840 bytes

## IV. Directory of Seroquel - Search Results\Results for text search for the word weight gain

11/29/2007 06:02p <DIR> .
11/29/2007 06:02p <DIR> ..
10/17/2005 01:33p 116,997 0028 Rv11 DM2 RispJS COmments.pdf
10/17/2005 02:01p 110,712 0028 Rv11 DM2 Zypr JS Comments.pdf
10/17/2005 01:59p 121,394 0028 Rv9 DM2 Abil JS Comments.pdf
01/19/2007 12:10p 261,632 01.22.07 Status Report.doc
01/13/2003 11:03p 275,456 010803 key msgs and SWOT.ppt
01/31/2003 09:18a 1,051,136 070426-Pres-AZ (NEW).ppt
11/12/2002 04:42p 705,024 11-12 Schizo flow with notes.ppt
11/14/2005 10:28a 34,816 11.14 Seroquel branded print.doc
11/01/2002 04:57p 404,992 11.4 Schizo flow with notes .ppt
07/18/2001 10:03a 211,968 2002 Ops Plan Info.ppt
05/10/2004 07:51p 78,848 2004 APA report SERENA.doc
05/10/2004 09:21p 104,960 2004 APA report SERENAv2.doc
05/19/2004 10:02p 143,872 2004 APA Report.doc
05/19/2004 10:04p 143,872 2004 APA Reportv2.doc
05/21/2004 03:15p 591,872 2004 APA Reportv3.doc
05/24/2004 09:24p 1,108,480 2004 APA Reportv8.doc
05/25/2004 02:29p 1,116,672 2004 APA Reportv9.doc
04/11/2006 01:44p 265,728 2006 Anxiety Disorders MD Final Questionnaire.doc
04/05/2006 06:11p 244,736 2006 Anxiety Disorders MD Q - Revised 04-04-06.doc
06/29/2006 05:45p 1,812,480 2006 Depression MD Study XXVII-Analytical Report.ppt
04/05/2006 06:11p 517,632 2006 Depression-Anxiety Patient Proposal Questionnaire.doc
08/28/2006 04:26p 3,352,064 2006 Depression-Anxiety Patient Study IV.ppt
04/30/2007 09:07a 186,880 2006 IVR PSP Unbranded Seroquel.xls

08/05/2005 04:42p 459,264 2006 Operating Plan.ppt
08/05/2005 08:14p 434,688 2006 Seroquel Operational Plan AZ Draft 8-5-05.ppt
08/26/2005 02:42p 464,384 2006 Seroquel Operational Plan AZ Draft 8-8-05.ppt
06/29/2006 05:42p 2,006,016 2006 Treatment of Anxiety Disorders MD Study X-Analytic Report.ppt
03/15/2007 04:19p 1,206,272 2007 Seroquel Online HECON Business Rules.doc
08/10/2007 01:08p 804,864 2007-2nd Quarter BI Report 8.3.07.doc
01/02/2007 12:39p 1,854,976 2007LunchandLearnPresentation-Integrated12_17_06.ppt
05/19/2005 10:31a 25,088 228111_Ltr.doc
02/27/2006 04:51p 113,227 229637 Weight Gain Fact Sheet 06_05 Final.pdf
08/02/2005 12:46a 656,762 231992InOfc Broch.pdf
09/19/2005 04:03p 444,834 232680_Outpat CVA Final from Printer.pdf
04/25/2006 04:47p 291,693 236301_Scenario_2.pdf
04/06/2006 05:41p 174,841 236699_Crnr1.pdf
04/06/2006 05:41p 124,218 236700_Crnr2.pdf
04/05/2006 02:37p 106,382 236706 SpecPnl 1.pdf
04/05/2006 05:47p 237,251 236708 APA Pnl3.pdf
04/05/2006 02:37p 113,507 236711 SpecPnl 4.pdf
04/05/2006 01:29p 161,523 239239_Insert.pdf
03/29/2006 02:27p 101,037 239299.pdf
03/28/2006 06:18p 134,583 239299_ROB_A.pdf
03/30/2006 09:05p 294,825 239379_PsychAd_KROB.pdf
04/13/2006 01:46p 116,462 239708 Crnr Pnl3.pdf
04/13/2006 01:46p 183,851 239709 Crnr Pnl4.pdf
04/14/2006 11:28a 155,216 239985 Crnr1.pdf
04/14/2006 04:11p 126,463 240051 Crnr Pnl2.pdf
04/14/2006 04:11p 116,036 240052 Crnr Pnl3.pdf
04/14/2006 04:10p 176,271 240053 Crnr Pnl4.pdf
05/30/2006 11:44a 3,381,449 241424_TIGuide.pdf
06/21/2006 02:21p 3,682,064 241424_TI_Gde.pdf
06/15/2006 12:44p 120,503 241998_Insert.pdf
06/15/2006 12:44p 127,889 241999_Insert.pdf
06/15/2006 09:52a 159,380 242000_Tab.pdf
06/15/2006 09:52a 163,086 242001_ROB.pdf
06/15/2006 09:52a 166,063 242002_ROB.pdf
06/15/2006 09:52a 171,173 242003_Tab.pdf
06/20/2006 11:51a 114,588 242136Wallbrd.pdf
08/21/2006 12:05p 130,187 243835 TabSize AD 2.pdf
08/17/2006 07:45p 228,057 243835 TabSize Ad.pdf
08/21/2006 12:05p 134,033 243836 ROB_A 2.pdf
08/21/2006 12:05p 118,717 243837 ASzInsrt 2.pdf
08/23/2006 12:14p 297,774 243853 A I Want Ad.pdf
08/23/2006 02:24p 322,532 243853 I Want Ad.pdf
01/08/2007 04:00p 32,768 246629.doc
01/11/2007 04:10p 203,693 246631 letter Complete.pdf
01/08/2007 03:33p 30,208 246631.doc
01/25/2007 12:17p 1,430,528 25.Schizophrenia Update (jc) 01.10.07.ppt
01/18/2007 03:08p 1,470,464 25.Schizophrenia Update without Back Up Slides (jc) 01.10.07.ppt
03/27/2006 07:51p 437,958 3.28.06 Pocket Calendar.pdf
03/03/2006 05:58p 64,000 3.3 Competitive Tear Pad editorial.doc
03/06/2006 04:37p 690,249 3.7 Schizo Brochure.pdf
03/07/2006 06:21p 1,761,170 3.8.06 Adherence Print Ad concepts.pdf
02/07/2007 01:44p 419,316 3PGwANNOTES2-7.pdf
04/30/2003 04:49p 27,648 4.29 new copy for intro.doc
04/06/2006 12:10p 715,671 4.6 PRA comments Schizo Brochure.pdf
07/15/2002 11:44a 3,843,584 43022-23 Topline Report.ppt

| | | | |
|---|---|---|---|
| 05/24/2004 | 02:08p | 48,128 | 450ASMSQP040041.12 week sales piece Rv 1.doc |
| 05/24/2004 | 04:43p | 49,152 | 450ASMSQP040041.12 week sales piece Rv 2.doc |
| 05/25/2004 | 11:25a | 61,952 | 450ASMSQP040041.12 week sales piece Rv 3.doc |
| 05/21/2004 | 01:15p | 40,448 | 450ASMSQP040041.12 week sales piece.doc |
| 11/06/2006 | 05:50p | 39,424 | 450ASMSQP060007--Pharmnacy Sell Sheet v2.doc |
| 11/07/2006 | 04:02p | 38,912 | 450ASMSQP060007--Pharmnacy Sell Sheet.doc |
| 11/08/2006 | 10:40p | 62,976 | 464ASMSQC060031.11.8.doc |
| 02/12/2007 | 05:58p | 62,976 | 5 Steps Tent Card 2_5_07.doc |
| 05/10/2006 | 12:00p | 21,504 | 5.9 SEROQUEL fair balance.doc |
| 01/19/2006 | 11:58a | 125,842 | 50-400 ad final.pdf |
| 01/18/2006 | 01:32p | 156,597 | 50-400 Ad PRA Comments - Final 1-4-06.pdf |
| 12/12/2002 | 05:08p | 1,823,744 | 5077IL0104_CSR.doc |
| 12/12/2002 | 04:47p | 1,688,576 | 5077IL0105_CSR.doc |
| 12/12/2002 | 05:29p | 1,632,768 | 5077IL_0100_CSR body excl Section11.doc |
| 12/02/2005 | 10:55a | 79,862 | 50_400_Ad Version A .pdf |
| 12/02/2005 | 10:57a | 81,375 | 50_400_Ad Version B.pdf |
| 01/06/2006 | 05:00p | 152,195 | 50_400_Intro Ad V1 1-6-06.pdf |
| 01/06/2006 | 04:54p | 135,185 | 50_400_Intro Ad V2 1-6-06.pdf |
| 01/26/2007 | 06:36p | 28,160 | 6-page PCP Option 1.doc |
| 01/26/2007 | 02:00p | 27,648 | 6-page Psych Option 2.doc |
| 01/26/2007 | 05:57p | 27,648 | 6-pg PCP Option 2.doc |
| 01/26/2007 | 04:48p | 29,696 | 6-pg PCP Original Revised.doc |
| 01/26/2007 | 12:04p | 29,696 | 6-pg Psych Option 1.doc |
| 01/26/2007 | 12:27p | 28,160 | 6-pg Psych Original Revised.doc |
| 07/11/2005 | 07:16p | 741,376 | 7.11 revised claims.ppt |
| 07/13/2005 | 04:58p | 413,696 | 7.13 revised claims.2.ppt |
| 07/13/2005 | 05:05p | 319,488 | 7.13 revised claims.Deck1.ppt |
| 07/13/2005 | 05:06p | 340,992 | 7.13 revised claims.Deck2.ppt |
| 07/13/2005 | 01:33p | 407,552 | 7.13 revised claims.ppt |
| 07/18/2005 | 06:14p | 199,680 | 7.18 revised claims.Deck1.ppt |
| 07/18/2005 | 06:13p | 205,824 | 7.18 revised claims.Deck2.ppt |
| 07/18/2005 | 03:07p | 288,256 | 7.18 revised claims.ppt |
| 07/06/2005 | 02:54p | 700,928 | 7.5 revised claims.ppt |
| 07/06/2005 | 04:12p | 701,440 | 7.6 revised claims.ppt |
| 07/08/2005 | 09:59a | 709,120 | 7.7 revised claims.ppt |
| 07/11/2005 | 05:08p | 742,400 | 7.8 revised claims NEW.ppt |
| 07/08/2005 | 11:32a | 707,584 | 7.8 revised claims.ppt |
| 07/11/2005 | 07:36p | 744,960 | 7.9 revised claims NEW.ppt |
| 07/11/2005 | 08:56p | 689,664 | 7.9 revised claims Testing w-out labels.ppt |
| 07/11/2005 | 08:19p | 692,224 | 7.9 revised claims Testing.ppt |
| 07/11/2005 | 10:15p | 692,224 | 7.9 revised claims Testingb-w.ppt |
| 02/24/2006 | 06:45p | 87,324 | AAGPBirdhousePanelwPRAchanges.pdf |
| 07/12/2005 | 10:45a | 184,320 | Abilify Competitive Sell Sheet Memo.doc |
| 09/14/2005 | 05:53p | 190,976 | Abilify Fulfillment Letter 9.14.doc |
| 01/16/2003 | 12:47p | 349,696 | ABILIFY Rep Slide deck.ppt |
| 08/31/2004 | 05:40p | 8,494,592 | AbilifyCompetitiveOverview.ppt |
| 04/26/2005 | 02:48p | 56,832 | AbilifyMRCLTApr72005.ppt |
| 08/31/2004 | 05:42p | 5,677,056 | Abilify_Appendix.ppt |
| 04/22/2007 | 01:29p | 2,588,160 | Achieving SQL Vision 04 10 07.ppt |
| 05/03/2006 | 09:21p | 33,792 | Adherence Print Ad Fair Balance 5.3.06.doc |
| 07/30/2003 | 03:05p | 438,784 | Adjunct Sell Sheet 7-30.doc |
| 07/29/2003 | 08:08p | 442,880 | Adjunct4pSellSheetLH.doc |
| 07/29/2003 | 07:55p | 438,272 | Adjunct4pSellSheetv1.doc |
| 07/09/2003 | 09:01p | 301,056 | AdjunctSellSheetv1.doc |
| 07/09/2003 | 09:47p | 313,344 | AdjunctSellSheetv2.doc |

07/09/2003 10:11p 312,832 AdjunctSellSheetv3.doc
08/04/2005 03:58p 172,032 Ads-Rv11 PsyJnlARoBa.pdf
08/04/2005 03:58p 172,310 Ads-Rv11 PsyJnlARoBb.pdf
08/04/2005 03:58p 213,125 Ads-Rv12 Chef4pTRoB.pdf
08/04/2005 03:58p 238,734 Ads-Rv13 Team4pTRob.pdf
06/12/2003 10:31p 4,596,736 AdvertisingBackground2003.ppt
06/25/2003 07:26p 12,816,896 AdvertisingBackground2003v7.ppt
06/29/2005 08:29p 12,815,872 AdvertisingBackground2003v8.ppt
07/21/2005 11:03a 55,808 Akathisia Sales Aid V4.doc
07/12/2005 11:55a 56,320 Akathisia Sales Aid.doc
12/13/2006 03:58p 493,568 altered schizo slides 12.13.ppt
03/26/2007 10:29a 46,592 Animation1--3.16.07 RS.ppt
05/17/2004 09:57a 97,280 APA 5.17.doc
05/10/2004 09:38p 29,184 APA Hazen 2004.doc
05/10/2004 09:39p 29,184 APA Hazen 2004v2.doc
05/11/2004 11:35a 29,696 APA Hazen 2004v3.doc
05/18/2004 05:17p 35,328 APA Hazen 2004v4.doc
04/12/2005 05:11p 39,424 APA monolith plasma panel RV1.doc
09/14/2004 12:28p 24,064 APA panel inserts.doc
09/10/2004 10:45a 40,448 APA Panels Group 1 Corner Panels 2 and 3.doc
09/13/2004 05:20p 64,512 APA Panels Group 1.doc
04/12/2005 05:16p 46,080 APA plasma panels RV1.doc
05/11/2005 03:45p 54,784 APA plasma panels RV2.doc
03/31/2005 06:31p 47,104 APA plasma panels.doc
05/14/2002 02:30p 679,936 APA Presentation 06.ppt
05/18/2004 04:43p 97,280 APA SERENAv3.doc
05/19/2004 10:54a 93,184 APA SERENAv4.doc
04/12/2005 05:14p 48,640 APA Theater Plasma Panels RV2.doc
04/19/2005 01:11p 44,032 APA Theater Plasma Panels RV3.doc
04/19/2005 03:46p 44,544 APA Theater STATIC Panels RV1.doc
04/19/2005 03:14p 44,032 APA Theater STATIC Panels.doc
04/04/2002 04:04p 89,088 April22agenda-dual track2.xls
03/25/2002 12:18p 111,104 Aripiprazole kol rev.ppt
04/17/2002 07:36p 39,936 Aripiprazole war games.2.doc
04/17/2002 07:54p 53,760 Aripiprazole war games.2[LH].doc
04/19/2002 06:20p 183,296 Aripiprazole War Games.3.doc
04/24/2002 08:18p 129,536 Aripiprazole war games.6.doc
07/19/2002 06:45p 81,408 Aripiprazole_Strategy.ppt
12/19/2006 05:53p 1,051,136 AS APPROVED protocol front end as of 7_18_05.doc
04/16/2003 10:42a 132,608 ASE Status Report 4-16-03.xls
04/23/2003 09:53a 132,608 ASE Status Report 4-22-03.xls
04/29/2003 04:26p 132,608 ASE Status Report 4-29-03.xls
04/09/2003 10:41a 126,976 ASE Status Report 4-9-03.xls
05/02/2003 10:43a 131,584 ASE Status Report 5-2-03.xls
05/23/2003 03:08p 132,608 ASE Status Report 5-23-03.xls
06/06/2003 03:08p 127,488 ASE Status Report 5-30-03 JJ.xls
05/07/2003 11:04a 131,072 ASE Status Report 5-7-03.xls
06/11/2003 09:59a 129,024 ASE Status Report 6-11-03.xls
06/18/2003 10:11a 130,048 ASE Status Report 6-18-03.xls
06/25/2003 09:42a 131,584 ASE Status Report 6-25-03.xls
06/30/2003 04:38p 133,632 ASE Status Report 6-30-03.xls
06/06/2003 03:08p 127,488 ASE Status Report 6-6-03.xls
07/14/2003 08:19p 136,192 ASE Status Report 7-14-03.xls
07/09/2003 10:16a 134,656 ASE Status Report 7-9-03.xls
07/16/2003 12:54p 101,888 ASEM2105x.doc

03/17/2003 09:59p 19,456 ASEM3178x corner annotations.doc
02/18/2004 01:31p 120,832 ASEM3188X Direct Mail BP #1.doc
03/11/2004 12:45p 124,416 ASEM3189X BP Direct Mail 2.doc
04/14/2003 04:14p 35,840 ASEM3189X Direct Mail Wave 1.doc
08/25/2003 04:38p 58,368 ASEM3195X03.doc
08/21/2003 01:57p 31,232 ASEM3203x weight sell sheet.doc
09/15/2003 09:09a 229,335 ASEM3222X CVA v21 TB.pdf
07/26/2004 11:33a 48,640 ASEM3222X monotherapy cva annotations.doc
08/20/2003 06:08p 736,256 ASEM3222x.doc
08/20/2003 06:57p 360,960 ASEM3227x.doc
10/10/2003 03:49p 33,280 ASEM3228x adjunct CVA annotations.doc
07/29/2003 04:52p 438,784 ASEM3228x.doc
01/30/2004 05:38p 209,920 ASEM3251 Mania Sell Sheet memo 1.30.doc
12/10/2003 12:33p 148,992 ASEM3251 PCP Sell Sheet V1.doc
12/18/2003 11:49a 150,016 ASEM3251 PCP Sell Sheet V2..doc
12/01/2003 10:00p 136,704 ASEM3251PCPSellSheetV1.doc
12/01/2003 10:07p 143,872 ASEM3251PCPSellSheetV1[LH].doc
12/01/2003 10:03p 141,824 ASEM3251PCPSellSheetV2.doc
12/01/2003 10:07p 149,504 ASEM3251PCPSellSheetV2[lh].doc
10/25/2004 10:41a 27,136 ASMSQC040018 Letter 3 text.doc
10/25/2004 10:13a 27,136 ASMSQC040018 Letter 4 text.doc
10/28/2004 02:04p 23,040 ASMSQC040018 Letter 5 text.doc
10/19/2004 02:28p 26,624 ASMSQC040018_Letter_1.doc
10/19/2004 04:27p 23,040 ASMSQC040018_Letter_2.doc
07/31/2007 07:33p 51,205 ASMSQG070006 Rv5 Misdiag Ltr.pdf
03/30/2004 12:56p 37,376 ASMSQP0012 - APA Playbook annotation.doc
04/05/2004 03:35p 112,128 ASMSQP040008 Direct Mailer #1-Consult.doc
03/30/2004 12:29p 37,376 ASMSQP040012 - APA Playbook annotation.doc
05/18/2004 04:27p 37,888 ASMSQP040030.bipolar case scenario #2.doc
05/18/2004 05:24p 38,400 ASMSQP040030.bipolar case scenario #3.doc
05/18/2004 03:43p 39,936 ASMSQP040030.bipolar case scenario 1.doc
05/20/2004 02:36p 125,440 ASMSQP040032 Updated PCP.doc
07/16/2004 10:07a 223,744 ASMSQP040035 RV1.doc
07/16/2004 10:20a 223,744 ASMSQP040035 RV2.doc
07/19/2004 07:40p 223,232 ASMSQP040035 RV3.doc
08/02/2004 07:17p 245,248 ASMSQP040035 RV6.doc

06/30/2004 08:34p 217,600 ASMSQP040035.doc
07/28/2004 02:56p 25,088 ASMSQP040036 insert.doc
07/26/2004 07:05p 234,496 ASMSQP040036 RV 6 pst consult.doc
07/02/2004 01:46p 215,040 ASMSQP040036 RV2.doc

07/14/2004 04:19p 212,992 ASMSQP040036 RV3.doc
07/16/2004 10:48a 215,552 ASMSQP040036 RV4.doc
07/19/2004 07:40p 216,576 ASMSQP040036 RV5.doc
07/01/2004 02:41p 214,016 ASMSQP040036.doc
08/26/2004 12:23p 181,248 ASMSQP040039 PCP 2 page.doc
08/20/2004 01:07p 169,472 ASMSQP040039 PCP CVA 7.29 4 page.doc
08/02/2004 05:06p 166,400 ASMSQP040039 PCP CVA 7.29.doc
08/16/2004 06:40p 81,408 ASMSQP040055 CMHC.doc
08/19/2004 05:02p 32,256 ASMSQP040055 insert.doc
08/20/2004 05:34p 33,280 ASMSQP040055 outpatient insert.doc
08/16/2004 04:31p 88,064 ASMSQP040055.doc
08/19/2004 11:56a 36,864 ASMSQP040056.doc
10/14/2004 11:35a 116,736 ASMSQP040060.doc

11/07/2005 05:53p 125,185 ASMSQP050028 Rv12 DM2 Abil.pdf
11/07/2005 05:53p 126,897 ASMSQP050028 Rv14 DM2 Risp.pdf
11/07/2005 05:53p 108,760 ASMSQP050028 Rv14 DM2 Zypr.pdf
10/24/2005 11:49a 150,819 ASMSQP050083 LTC_INSERT.pdf
10/30/2006 06:44p 71,168 ASMSQP060044--copy inserts 10.30.06.doc
04/26/2007 03:05p 95,744 ASMSQP070026.doc
01/24/2006 07:33p 3,791,872 AstraZeneca Seroquel Antipsychotic II PCP Dec2005.ppt
01/24/2006 07:34p 4,110,336 AstraZeneca Seroquel Antipsychotic II PSYCH Dec2005.ppt
09/13/2004 06:38p 3,380,224 AstraZeneca_Antipsychotic-Promo_PromoLink PCP Jul2004.ppt
09/13/2004 04:03p 3,249,664 AstraZeneca_Antipsychotic-Promo_PromoLink Psychs Jul2004.ppt
02/25/2004 03:40p 5,002,752 AstraZeneca_Antipsychotic_PromoLink Psychs Jan2004_PPT.ppt
02/06/2003 12:01p 834,048 ATT BW Pres 2-5-03.1.ppt
04/04/2003 12:21p 960,000 ATT BW Pres 3-25-03.2.ppt
12/20/2005 06:44p 35,840 Attributes for Positioning Study 122005js.doc
08/10/2007 01:07p 257,024 Atypical Mkt Repeat Rx Analysis-AFlack.ppt
08/14/2003 10:15a 36,352 Aug 14, 03.doc
08/18/2003 10:39a 37,376 Aug 18, 03.doc
08/19/2003 10:19a 35,840 Aug 19, 03.doc
08/20/2003 10:36a 40,448 Aug 20, 03.doc
08/21/2003 09:57a 39,936 Aug 21, 03.doc
08/25/2003 04:56p 41,984 Aug 25, 03.doc
11/14/2005 10:59a 1,649,152 AZ 918T Psych CVA Testing Pres 08Nov05.ppt
05/30/2007 05:03p 975,872 AZ DC Advertising Check Research Summary 05-30-07.ppt
09/07/2006 05:42p 1,443,840 AZ Depression MD + Anxiety MD Presentation_gp.ppt
10/06/2006 02:37p 546,816 AZN SEROQUEL DTC ACQUISITION - REPORT FOR PK 2006 09.XLS
10/18/2006 02:13p 675,840 AZN Seroquel DTC Acquisition - Report for PK 2006 10_COMPLETE.xls
10/17/2006 10:00a 454,144 AZN SEROQUEL DTC ACQUISITION - REPORT FOR PK 2006 10_partial.XLS
04/20/2007 04:45p 1,633,280 AZ_Dep-Anx Patient Presentation - Final 1.18.07.ppt
03/23/2005 05:16p 1,212,928 BASES Prsntn for SLT May 24 '04 Rvsd.ppt
03/23/2005 05:52p 2,151,936 Bases Report.ppt
04/28/2004 02:01p 4,646,912 BASES second presentation.ppt
03/23/2005 06:35p 12,920,832 BDPsychProbeResults.ppt
08/03/2005 01:44p 64,000 Big Ak Attack.doc
09/15/2006 10:56a 289,792 bipolar depression PROPOSED label w references for tearpad.doc
06/22/2006 10:54a 266,752 bipolar depression PROPOSED label.doc
04/03/2006 04:08p 287,232 bipolar depression proposed pi.doc
09/06/2002 03:16p 262,656 Bipolar Acute Mania Claims (shell).doc
11/18/2003 11:09p 25,088 Bipolar Ad Fair Balance opt1.doc
11/18/2003 11:48p 20,480 Bipolar Ad Fair Balance opt2.doc
04/11/2003 02:30p 473,088 Bipolar April 14 Update.ppt
03/21/2006 03:48p 206,336 Bipolar Depression Messaging 3.21.06.ppt
03/23/2005 04:59p 242,176 Bipolar Diagnosed Final Moderator Report1.doc
03/22/2006 02:06p 2,687,488 Bipolar Disorder Project Wave 04 Pres - AZ final.ppt
02/06/2004 07:54p 25,600 Bipolar Fair Balance Final 2_6_04.doc
01/12/2007 05:27p 698,368 Bipolar IR 1.11.ppt
02/13/2003 10:30p 948,736 Bipolar Kickoff 2-21 v5.ppt
01/12/2007 05:27p 125,952 Bipolar live files.ppt
12/07/2006 12:00p 5,339,136 BIPOLAR MANIA GUIDE COMPILED.doc
06/30/2003 03:50p 2,109,952 Bipolar Message Testing Jason Version.ppt
06/25/2003 07:44p 2,121,728 Bipolar Message Testing Master Version.ppt
06/20/2003 11:07a 72,192 bipolar messages version E.doc
06/20/2003 11:07a 58,880 bipolar messages version S.doc
03/23/2005 05:15p 189,952 Bipolar Mis-diagnosed Final Moderator Report 3-16.doc
10/25/2002 10:47a 707,072 Bipolar Mono Slides - Abridged.ppt
12/21/2005 12:44p 558,080 Bipolar Project PRA CodesLH.doc

04/20/2007 04:50p 905,728 Bipolar Project Wave 4 Report.ppt
02/28/2006 01:25p 5,486,080 Bipolar Report_Tuesday2.ppt
02/11/2003 07:29p 6,083,584 Bipolar Roller Coaster Abridged.ppt
04/17/2003 02:54p 7,700,992 Bipolar Roller Coaster Final.ppt
02/10/2003 05:58p 6,473,728 Bipolar Roller Coaster Summary COMMENTS.ppt
07/15/2003 07:52p 136,192 Bipolar Status Report 7-15-03.xls
07/21/2003 05:02p 137,216 Bipolar Status Report 7-21-03.xls
05/15/2007 04:31p 674,293 Bipolar2ePG_05-15-06.pdf
11/30/2004 01:13p 4,634,968 BipolarDecisionResources.pdf
03/06/2003 10:28p 73,728 Bipolarpositioningv4[lh].doc
02/12/2007 09:43a 558,080 BOLDER Final (30Jun05).ppt
03/13/2003 10:07a 157,184 BP Concept Kit copy 2.13.doc
03/26/2003 10:47a 172,032 BP Concept Kit copy 3.25.doc
03/28/2003 11:44a 171,008 BP Concept Kit copy 3.28.doc
11/08/2002 02:01p 149,504 BP core 11.8 new template.ppt
11/08/2002 02:03p 190,464 BP core 11.8 original format .ppt
10/30/2002 06:20p 363,520 BP flow 10-30.ppt
11/01/2002 06:31p 228,864 BP flow 11.1.ppt
11/05/2002 01:56p 278,016 BP flow 11.4.ppt
11/06/2002 10:16a 222,720 BP flow 11.5.ppt
11/06/2002 07:00p 263,680 BP flow 11.6.ppt
11/08/2002 10:47a 225,280 BP flow 11.8.ppt
02/07/2003 02:27p 24,064 BP script Italy 2.7.doc
02/07/2003 02:18p 24,064 BP script UK 2.6.doc
11/08/2002 02:32p 223,232 BP total 11.8 original format .ppt
03/23/2005 04:43p 2,122,752 BP02 Report.ppt
02/11/2003 10:48p 27,648 BPD SWOT[LH].doc
03/13/2006 05:24p 386,560 BPD- Core Competitor Agreement3-14.ppt
03/13/2006 05:18p 529,408 BPD- Core Competitor Agreement3.13.ppt
07/25/2005 07:00p 17,327,104 BPDepressionDeck7-21.ppt
08/01/2005 06:55p 17,349,632 BPDepressionDeck8-1Rick.ppt
03/04/2003 08:02p 54,784 BPpositioningv6-RESEARCH.doc
03/04/2003 07:57p 53,248 BPpositioningv6-team.doc
12/15/2004 06:03p 1,866,752 BR for editing_12.15.04.ppt
04/20/2007 04:00p 8,477,696 Brand Review Pam's part.ppt
12/09/2004 02:21p 1,502,720 Brand Review_12.09_editing.ppt
12/09/2004 12:48p 21,159,424 Brand Review_December 2004.ppt
11/14/2003 02:34p 19,456 BRC ASEM3238X FB 11-14-03.doc
09/12/2006 02:12p 1,633,280 briefing document 5 24 04.ppt
03/23/2005 06:13p 1,631,744 briefing document 5 24.ppt
05/31/2006 04:52p 13,378,560 briefing document 5 31 06.ppt
01/24/2007 01:56p 277,236 BRM panel for SQC In-office brochure Everyday People PRA 244421.pdf
11/23/2005 11:48a 24,576 Bullets for SR Mock Sales Aid.doc
03/27/2006 11:55a 40,960 CATIE Phase II messages March 25.doc
03/28/2006 02:54p 49,152 CATIE Phase II messages March 28.doc
04/09/2007 04:27p 24,576 Changes highlighted - consumer ISI - 4.9.07.doc
10/05/2005 04:51p 36,352 Changes To Open Access.doc
03/22/2006 03:05p 714,752 CHS Bipolar Disorder Project Wave 04 Pres - AZ final.ppt
06/30/2005 08:48a 684,544 Claimsdeckfortesting6-27.ppt
07/24/2007 10:29a 5,596,160 CLEAR report Seroquel Final Debrief - FINAL.ppt
07/24/2007 10:31a 5,870,080 CLEAR SEROQUELMarket Mapping FINAL 6.6.6 doc.ppt
04/21/2004 11:17a 40,960 CLOSE POs.xls
09/16/2004 05:55p 160,768 CMHC Sell Sheet V2.doc
08/21/2007 03:19p 314,880 Cnsmr Edit Style Guide 5.2.07.doc
06/02/2006 10:12a 56,050,688 collages for caregivers, psychs and PCPs.ppt

01/24/2006 07:30p 30,208 Combating Abilify.doc
07/21/2005 03:39p 83,968 Competetive SWOTs.ppt
07/28/2006 11:56p 168,310,272 Competitive Deck Master 7.28.06.ppt
03/23/2007 08:20p 28,160 Competitive Letter 246552.3.23.07.doc
03/29/2005 04:13p 75,264 Competitive Messages vs RV1.doc
08/18/2004 05:51p 27,136 Competitive Messages.doc
07/27/2004 03:38p 15,805,952 Competitive Overview 7-29.ppt
06/08/2004 12:53p 57,788,928 Competitive Overview.6-8.ppt
03/16/2006 09:17a 53,248 Competitive Tear Pad Schiz 3.15.doc
02/22/2006 12:06p 64,000 Competitive Tearpad 2 13 06 Client Comments.doc
03/24/2005 04:18p 34,816 Competitve Sell sheet--Abilify.doc
11/26/2002 12:13p 413,696 Compiled Ride Along Results v5.xls
11/07/2006 03:44p 1,199,104 Complete list of claims with messages.doc
08/15/2005 05:02p 27,136 Compliance Edits.doc
12/19/2003 03:32p 28,160 compliance proposal 12 19 03.doc
01/07/2004 01:58p 27,648 compliance proposal Jan 7.doc
04/21/2004 05:17p 25,088 Comps_color.doc
12/30/2004 11:47a 25,088 concept FB 12-30-04.doc
03/19/2003 05:29p 167,424 Concept Kit copy sent 3.19.doc
12/07/2004 03:27p 2,964,992 Consumer Brand Review FINAL Deck 12-6-04.ppt
10/11/2005 11:22a 25,600 Consumer Fair balance 8-1-05.doc
12/01/2006 09:42a 13,468 Consumer ISI - ltr comments.rtf
05/28/2003 01:07a 90,112 Consumer Marketing white paper 3-25.doc
12/22/2003 02:25p 1,483,776 ConsumerFinalPlan12-19.ppt
03/15/2007 12:15a 2,288,153 COPE Released to Fusion_Inside Pages 3.15.07.pdf
06/19/2003 09:06p 3,491,840 Copy (2) of AdvertisingBackground2003LLW.ppt
06/19/2003 09:06p 3,491,840 Copy of AdvertisingBackground2003LLW.ppt
01/16/2003 11:30a 289,280 Core schizo flow 1.14 .ppt
10/10/2002 02:58p 29,184 Creative Workplan 4-16-01.doc
03/26/2007 04:04p 30,208 Crgvr Letter 246546.doc
01/21/2004 09:47p 1,355,776 CSR-9-01 Main.doc
12/12/2002 04:06p 320,512 CTD Clinical Overview_Master.doc
12/18/2002 04:00p 1,635,328 CTD Clinical Summary Section 3A Efficacy monotherapy 2 dec.doc
12/18/2002 04:01p 882,176 CTD Clinical Summary Section 3B Clinical efficacy adjunct 2 d.doc
12/18/2002 04:01p 1,359,872 CTD Clinical Summary Section 4A Clinical safety monotherapy 2.doc
12/18/2002 04:02p 1,581,568 CTD Clinical Summary Section 4B Clinical safety adjunct 2 dec.doc
02/11/2003 09:16a 453,632 current template (A).ppt
07/11/2007 03:37p 33,280 CVA inserts 7.11.07.doc
07/08/2003 02:06p 586,240 CVA Schematic.doc
05/26/2004 02:32p 33,280 DA SER 14 summary.doc
08/29/2006 05:19p 144,896 DA-SER-44 weight.doc
12/15/2003 02:44p 24,576 Data on File DA-SER-14.doc
03/04/2005 03:36p 129,536 DDMAC MARCH 4 PM.doc
10/24/2006 08:50a 2,438,656 Debrief II.ppt
11/11/2005 11:55a 56,592,896 DI 2 - Care,Phys,Psych.ppt
01/12/2007 10:26a 689,906 DiagnosingBP_iCD_DRAFT5.0.pdf
03/23/2005 05:51p 1,252,352 Diagnostic Presentation.ppt
10/12/2005 01:13p 67,072 Direct Mail Wave 3-Abilify.doc
10/12/2005 09:55a 67,584 Direct Mail Wave 3-Risperdal.doc
10/12/2005 09:48a 67,072 Direct Mail Wave 3-Zyprexa.doc
07/18/2007 05:07p 25,088 Discontinuation bullets.doc
09/26/2005 11:58a 19,968 DM Status 9-23-05.xls
01/04/2006 05:16p 81,125 DM3 Magnet_1 cricle R.pdf
12/29/2005 06:39p 69,120 DOC Case Scenario 12.29.doc
08/29/2006 05:19p 144,896 DOF DA_SER_44.doc

08/03/2006 09:44a 79,360 DRAFT_Seroquel PSP - competitor section 2006.doc
06/06/2002 12:50p 34,816 Drive the Dose Giveaway Program.ppt
10/24/2006 11:50a 13,740 Dual Ind Consumer Fair Balance INTERIM 10.24.06.rtf
10/24/2006 09:53a 23,040 Dual Indic Imp Safety Info HCP 10_19_06.doc
04/13/2007 05:17p 308,224 Editorial style guide 4.13.07.doc
03/16/2007 03:39p 309,248 Editorial Style Guide(Dec06).doc
03/16/2007 04:09p 335,360 Editorial Style Guide(March07).doc
06/05/2007 11:38a 94,208 EMOTIONAL BARRIER STUDY.doc
02/13/2007 11:38a 5,229,568 Enrollment Bullseye.ppt
01/28/2003 11:04a 1,009,152 Evaluating the Effectiveness of Seroquel's Repositioning Campaign_Draft 1.ppt
05/09/2005 07:04p 3,659,264 evanmay10.ppt
07/02/2007 07:26p 7,019,520 Expressions Book Next Steps Discussion 7.3.07.ppt
08/01/2006 08:26p 64,000 Fact Sheet.doc
08/16/2005 04:48p 34,304 Fair balance 8.16.05.doc
03/30/2006 03:34p 31,232 fair balance current indication 3.8.06.doc
03/29/2006 02:43p 28,672 fair balance dual indication backup short version 3.29.06.doc
03/29/2006 02:41p 32,256 fair balance dual indication to PRA 3.29.06.doc
01/18/2005 03:52p 25,088 Fair balance for Psych concepts.doc
09/27/2005 11:44a 28,160 Fair Balance For QTc Interval Sheet.doc
11/11/2005 04:25p 26,112 Fair Balance For T 106 CVA.doc
11/18/2003 06:29p 25,600 Fair Balance.doc
05/12/2005 09:29a 23,552 Fair-balance addition Final 5.11.05.doc
12/05/2006 04:19p 211,456 FAIRBALANCECHANGES12-5-06.xls
12/06/2006 12:52p 202,752 FAIRBALANCECHANGES12-6-06-A.xls
10/10/2002 02:59p 244,224 Fastape Geodon AstraZeneca vendor report.doc
02/25/2005 03:54p 26,112 Feb Estimate Approvals.xls
12/20/2006 11:19a 25,600 FINAL Consumer ISI - 12.20.06.doc
04/09/2007 04:27p 24,064 FINAL consumer ISI - 4.9.07.doc
07/13/2005 10:24a 714,752 FINAL FINAL Trade AD Adherence Deck 1-14-05.ppt
04/24/2007 02:46p 12,587,008 FINAL PRESENTATION VERSION EROQUEL Work Session Deck 4.23.07.ppt
03/23/2005 07:26p 393,216 Final Report-Bipolar Storyboards Consumer & Physician.doc
10/04/2007 11:24a 11,985,920 FINAL SEROQUEL Work Session Deck 10.3.07.ppt
04/30/2007 11:33a 12,635,648 FINAL SEROQUEL Work Session Deck 4.24.07.ppt
04/30/2007 11:39a 12,636,672 FINAL SEROQUEL Work Session Deck PRINT VERSION 4.24.07.ppt
08/05/2005 03:07p 5,014,016 Final Trade AD Adherence Deck 1-25-05.ppt
04/05/2006 05:44p 234,848 FINAL-Dept of Corrections Case Scenario4-06.pdf
03/30/2007 09:52a 68,608 format 3rev Ltr3_27_07-1.doc
03/30/2007 09:52a 104,960 FormatKit r1 3_28_07.doc
03/23/2005 04:55p 133,632 gars initial version SeroquelCpresfin_1.ppt
12/14/2006 03:32p 150,016 Germany Seroquel Bipolar IR Topline 121406.ppt
12/14/2006 03:32p 140,800 Germany Seroquel Schizo IR Topline 121406.ppt
12/14/2006 04:50p 99,840 Germany Seroquel SR topline report 121406.ppt
07/12/2007 05:14p 1,377,792 Gfk T107_Seroquel Retail DQM-Revised.ppt
01/05/2007 07:04p 670,208 Global IR SCF Bipolar Jan05.ppt
01/05/2007 07:04p 1,564,672 Global IR SCF Schizo Jan05.ppt
03/10/2004 12:54p 152,064 GLobal Message Themes short list.doc
09/24/2003 03:08p 2,173,440 GlobalSEROQUELWorkshop.ppt
09/07/2006 10:19a 1,593,344 Harris vista research 8 25 06 version.ppt
03/11/2003 08:16p 28,160 Hazen-BP Summary-StLouis.doc
03/13/2006 07:18p 412,160 HCP 2nd indic deck- Core Competitor Agreement3-1411.ppt
11/28/2005 05:51p 22,016 HCP Communications Flow2.xls
10/02/2006 03:28p 63,488 HECON drop from study Letter 10.02.06.doc
09/29/2006 04:32p 64,000 HECON drop from study Letter 9.29.06.doc
10/02/2006 04:13p 63,488 HECON Letter General 10.2.06.doc

09/29/2006 04:30p 64,000 HECON Out Of Age Letter 9.29.06.doc
10/02/2006 03:35p 13,282 HECON Outside of Study Requirements (Drop)10.02.pdf
10/02/2006 03:33p 13,065 HECON Outside of Study Requirements (general)10.2.pdf
01/25/2006 05:48p 106,109 Hirschfeld FRO 1_051.pdf
02/12/2007 09:33a 161,436 Hirshfield APA 2006.pdf
08/15/2005 04:22p 27,648 hospital case scenario refs.doc
06/27/2005 06:09p 58,880 Hospital Case Scenario.doc
12/07/2005 12:11p 163,175 Hospital Case study Carrie comments.pdf
12/08/2005 04:06p 158,536 Hospital Case Study for PRA 12-8-06.pdf
03/23/2005 06:49p 70,656 ideas brief oct 20 04.doc
10/30/2006 03:36p 2,243,584 II SCF 3 levels.ppt
11/21/2006 02:29p 12,450,816 II SCF BP 3 levels.ppt
10/30/2006 03:36p 1,519,616 II Slides long version.ppt
11/11/2005 08:21a 4,871,157 Image Legend.pdf
04/05/2006 03:06p 5,370,880 Impact Rx Dec 2005 Psych.ppt
01/20/2006 10:43a 5,483,008 Impact Rx October Psych.ppt
01/19/2006 02:43p 4,215,296 Impact Rx October Psych_1.ppt
10/30/2006 05:27p 26,624 Important Safety Information 10.27.06.doc
07/26/2007 05:19p 187,806 In-Office Brochure final to Client 7.26.07.pdf
08/17/2007 06:34p 67,072 Information Hold Letter 8.17.07.doc
02/13/2007 07:21p 107,008 Initiation of Therapy client comments made 2_13_07.doc
02/12/2007 10:57a 98,304 Initiation of Therapy Slim Jim 2_12_07.doc
08/31/2005 03:35p 728,228 Inpat CVAUnedited 8-31.pdf
07/22/2004 05:27p 244,736 Inpatient CVA complete.doc
08/16/2004 12:08p 87,040 Inpatient CVA Guide.doc
12/14/2005 02:28p 135,680 inpatient cva guide_client comments.doc
04/03/2006 11:39a 14,081,024 InPattabletCVA0329.doc
01/17/2007 04:07p 3,804,160 InService Integrated project brief 1.17.07.ppt
01/21/2004 09:48p 1,095,168 Int' ad bd Day 1(final).ppt
06/27/2007 12:05p 24,576 INTERIM consumer ISI - 6.18.07 - highlighted changes.doc
06/27/2007 12:05p 25,600 INTERIM consumer ISI - 6.18.07.doc
11/20/2006 03:42p 597,504 IR Global Messaging - Bipolar Slides.v1.ppt
11/21/2006 02:33p 529,920 IR Global Messaging - Bipolar Slides.v2.ppt
11/22/2006 12:10p 430,592 IR Global Messaging - Bipolar Slides.v3.11-22-06.ppt
11/27/2006 03:42p 442,368 IR Global Messaging - Bipolar Slides.v4.ppt
11/21/2006 12:16p 1,952,256 IR Global Messaging - Schizophrenia Slides.v1.ppt
11/21/2006 05:07p 494,080 IR Global Messaging-Schizophrenia Slides_v3.ppt
11/06/2006 04:01p 24,064 ISI 10-19-06.doc
11/30/2006 10:07a 28,672 ISI 11.22.06 long version.doc
11/30/2006 10:05a 28,160 ISI 11.22.06 short version.doc
04/24/2007 03:17p 24,064 ISI 4.24.07.doc
11/01/2006 02:58p 23,040 ISI Updated 11-06-06.doc
09/19/2003 10:20a 249,344 ISQ004X03.consumer guide (clean edit).doc
07/16/2003 10:06a 254,464 ISQ004X03.consumer guide (edit).doc
12/15/2006 01:28p 199,680 Italy Seroquel Schizophrenia-report 121506.ppt
12/08/2005 05:05p 60,928 J&J paliperidone summary12-05.doc
03/08/2006 04:28p 330,616 JailCseSenPRAChanges.pdf
09/29/2006 05:36p 58,368 JJ paliperidone summary12-05.doc
03/13/2006 07:18p 414,208 JMBPD- Core Competitor Agreement3-1411.ppt
10/18/2005 02:21p 35,840 Job Req - Diabetes Weight Gain Refresh&Memo.doc
08/10/2005 06:08p 39,936 Job Req Wave 4 05 Slim Jims.doc
04/10/2003 05:05p 31,232 Job Request - CVA Binder Flip Chart.doc
03/07/2003 10:58a 31,744 Job Request - Gen Case Scenarios Update.doc
07/22/2003 10:59a 32,256 Job Request - LTC CVA Binder Flip Chart.doc
04/10/2003 03:40p 29,696 Job Request - Prolactin Sell Sheet.doc

| | | | |
|---|---|---|---|
| 01/26/2007 | 12:03p | 29,696 | journal ads 1.26.07.doc |
| 07/01/2003 | 11:03a | 17,920 | July 1, 03 Daily.doc |
| 07/10/2003 | 12:10p | 18,432 | July 10, 03 Daily.doc |
| 07/11/2003 | 10:22a | 17,920 | July 11, 03 Daily.doc |
| 07/02/2003 | 01:05p | 17,408 | July 2, 03 Daily.doc |
| 07/07/2003 | 10:21a | 17,920 | July 7, 03 Daily.doc |
| 07/08/2003 | 10:53a | 18,944 | July 8, 03 Daily.doc |
| 07/09/2003 | 09:34a | 18,432 | July 9, 03 Daily.doc |
| 06/10/2003 | 11:13a | 16,384 | June 10, 03.doc |
| 06/13/2003 | 11:01a | 15,872 | June 13, 03.doc |
| 06/16/2003 | 11:19a | 17,920 | June 16, 03.doc |
| 06/19/2003 | 11:04a | 17,920 | June 19, 03.doc |
| 06/20/2003 | 09:57a | 17,920 | June 20, 03 Daily.doc |
| 06/20/2003 | 09:42a | 16,896 | June 20, 03.doc |
| 06/26/2003 | 10:34a | 17,920 | June 26, 03 Daily.doc |
| 06/27/2003 | 11:34a | 17,920 | June 27, 03 Daily.doc |
| 06/30/2003 | 11:13a | 17,920 | June 30, 03 Daily.doc |
| 06/04/2003 | 10:56a | 14,848 | June 4, 03.doc |
| 06/09/2003 | 05:42p | 16,384 | June 9, 03.doc |
| 04/11/2003 | 12:14p | 56,320 | KA-AZ Status Report 4-11.xls |
| 04/25/2003 | 12:52p | 56,832 | KA-AZ Status Report 4-23.xls |
| 04/25/2003 | 05:46p | 56,832 | KA-AZ Status Report 4-25.xls |
| 04/28/2003 | 04:36p | 56,832 | KA-AZ Status Report 4-28.xls |
| 05/01/2003 | 02:21a | 57,856 | KA-AZ Status Report 4-29 LH.xls |
| 05/01/2003 | 04:21a | 57,856 | KA-AZ Status Report 4-29.xls |
| 04/08/2003 | 12:07p | 54,784 | KA-AZ Status Report 4-3B.xls |
| 04/09/2003 | 01:17p | 54,784 | KA-AZ Status Report 4-8.xls |
| 04/09/2003 | 01:53p | 56,832 | KA-AZ Status Report 4-9 LH.xls |
| 04/09/2003 | 03:44p | 56,320 | KA-AZ Status Report 4-9.xls |
| 06/10/2003 | 05:38p | 57,344 | KA-AZ Status Report 6-6.xls |
| 06/13/2003 | 12:20p | 56,832 | KA-AZ Status Report 6-9 LH.xls |
| 04/17/2006 | 05:05p | 2,516,992 | KAP ATU Pos Res debrief 3.9.06.ppt |
| 12/20/2005 | 04:58p | 54,272 | Key Findings from ACNP.doc |
| 11/03/2003 | 03:50p | 1,119,744 | Lamictal Detail Watch Vendor Report.ppt |
| 11/14/2005 | 11:31a | 43,008 | Layout - CVAs Updated Feedback 1T06.doc |
| 04/05/2006 | 03:09p | 569,856 | LCM Strategy Assessment V2.ppt |
| 07/20/2006 | 11:11a | 1,078,784 | LCM Strategy Assessment_Q22006 Update.ppt |
| 02/08/2006 | 12:08p | 25,600 | Long Version 8-05.doc |
| 05/01/2002 | 08:06p | 24,576 | LT8WK401-412.doc |
| 09/26/2005 | 06:16p | 243,997 | LTC Case Scenario CSBiPol.pdf |
| 01/21/2003 | 06:00p | 73,216 | LTC Refresh CVA Rv2.doc |
| 01/02/2007 | 01:02p | 6,749,184 | Lunch & Learn Recommendation DRAFT 11.30.06.ppt |
| 08/10/2007 | 01:03p | 282,624 | M07194 AZ high decile PRESENTATION 080207.ppt |
| 06/11/2002 | 01:55p | 101,376 | M2130X.doc |
| 06/05/2002 | 09:09p | 99,840 | M2130X1.doc |
| 03/09/2005 | 02:06p | 71,680 | Main Thing Hospital 2005.doc |
| 03/09/2005 | 02:09p | 89,600 | Main Thing LTC 2005. 2.25.doc |
| 03/07/2005 | 03:52p | 49,152 | Main Thing PCP 2005.doc |
| 03/18/2005 | 12:46p | 61,440 | Main Thing Specialty 2005.doc |
| 08/29/2006 | 03:27p | 1,309,696 | Managing the Dialogue MBS Vox Aug 2006.ppt |
| 07/14/2003 | 08:02p | 715,776 | Mania Core Visual Aid.doc |
| 07/14/2003 | 06:33p | 715,776 | ManiaCoreVisAidv1.doc |
| 07/09/2003 | 02:44p | 720,896 | ManiaCVAv2.doc |
| 07/09/2003 | 02:44p | 720,896 | ManiaCVAv3.doc |
| 07/31/2003 | 03:30p | 730,624 | ManiaVisAid7-30doc.doc |

07/31/2003 01:23p 731,648 ManiaVisAid7-31.doc
07/31/2003 03:29p 734,720 ManiaVisAid7-31c.doc
07/31/2003 03:36p 734,720 ManiaVisAid7-31d.doc
07/08/2003 05:10p 586,240 ManiaVisAid7-8.doc
07/08/2003 08:30p 721,408 ManiaVisAid7-8r2.doc
01/06/2004 12:24p 83,456 Manuscript per PRA 1-6-04.doc
12/23/2003 04:12p 82,944 Manuscript per PRA 12-18-03.doc
12/29/2003 04:05p 82,944 Manuscript per PRA 12-23-03.doc
12/29/2003 04:07p 81,408 Manuscript per PRA 12-29-03.doc
12/30/2003 02:55p 82,432 Manuscript per PRA 12-30-03.doc
02/21/2003 10:47a 708,608 MC Bipolar Mono Slides - Abridged.ppt
02/12/2007 09:32a 172,300 McIntyre (ENPP 05) Q, HAL, monoTx BP Mania [T104].pdf
04/05/2006 05:56p 31,232 Message Roadmap_2.xls
11/16/2005 11:05a 62,976 MH open access 2.doc
11/16/2005 11:05a 54,272 MI Open Access Copy 01LW.doc
04/19/2007 08:27p 127,846 Microsoft PowerPoint - AZ_antipsychotic persistency_9.27.05_3.08.06 revisions_6.08.06 revisions_07.07 revisions.chg (0900a9a.pdf
07/30/2003 06:15p 310,784 Mini Mono Sell Sheet 7-30.doc
07/31/2003 03:09p 311,296 Mini Mono Sell Sheet Rv3.doc
07/14/2003 08:02p 432,640 Mini Mono Sell Sheet.doc
07/09/2003 01:26p 442,368 MiniMonov1.doc
07/09/2003 01:26p 440,320 MiniMonov2.doc
07/09/2003 07:02p 442,368 MiniMonov3.doc
07/09/2003 07:03p 442,368 MiniMonov4.doc
07/08/2003 08:30p 442,368 MiniMonoVisAid7-8.doc
03/23/2007 08:29p 28,160 Misdiagnosed Letter 246549.3.23.07.doc
09/22/2005 06:04p 100,941 MM Med Chg Sheet Rv3 MedChange.pdf
12/04/2003 09:44a 391,168 Most recentl Schiz detail flow 11.19.ppt
03/19/2003 04:34p 507,904 Most recentl Schiz detail flow 3.19.ppt
11/03/2005 02:58p 33,280 MRP050072.doc
08/24/2007 12:29p 17,635,840 MSS Kick Off Master Presentation Deck 082407 AA Review.ppt
05/08/2007 03:22p 6,049,280 MYBS Concepts Prsntn Me.ppt
08/27/2007 04:50p 5,255,680 MYBS Kickoff Meeting Presentation Revised 082707 Final.ppt
08/27/2007 01:42p 5,260,800 MYBS Kickoff Meeting Presentation Revised 082707 FOR PRINTING.ppt
08/27/2007 12:07p 17,741,824 MYBS Kickoff Meeting Presentation Revised 082707.ppt
07/15/2005 10:40a 899,584 NEW FRONT PART 7_5_05.doc
01/09/2007 06:19p 25,600 NEW HCP ISI 1-3-07.doc
04/05/2006 03:10p 266,240 non-annotated draft labeling text.doc
02/15/2006 03:28p 32,256 Notes from CATIE Teleconference.doc
11/17/2004 11:55a 41,984 Now I Can outpatient WGSLv3.doc
10/04/2006 04:28p 1,058,816 Oct 5 Meeting slides_PRELIMINARY.ppt
04/12/2005 09:05p 25,600 ONE PAGE COPY4-12.doc
01/31/2006 10:18a 3,592,704 Online 2006_enrollment_data.ppt
11/21/2005 05:03p 91,648 Open Access 11.21.doc
01/12/2006 03:02p 85,504 Open Access Annotated Copy 11.21.05.doc
01/12/2006 03:02p 85,504 Open Access Annotated Copy 11.21.06.doc
10/31/2005 12:58p 81,920 Ops Plan BUDGET by Week Sept05-Dec06 Revised10-31-05.xls
08/31/2005 08:48p 83,456 Ops Tactical Plan by Week Sept05-Dec06 Revised.xls
09/19/2005 02:55p 1,016,320 Original Protocol - First 30 Pages.doc
09/08/2005 10:42p 459,502 Outpat CVA9-8Draft.pdf
08/16/2004 12:08p 78,848 outpatient cva guide.doc
12/14/2005 02:28p 138,240 outpatient cva guide_client comments.doc
10/31/2003 07:07p 35,840 OUTPATIENT CVA_Script_10_31_03 v3.doc
08/16/2006 04:58p 49,152 Paliperidone CLT briefing_2_16_06.ppt
02/13/2006 07:24p 79,360 Paliperidone Competitive Analysis 021306.ppt

08/09/2006 11:53a 49,152 Paliperidone Extended Release3.doc
09/19/2006 04:32p 175,760 Paliperidone final comments.pdf
12/06/2005 07:08p 61,440 paliperidone summary.doc
02/13/2006 12:17p 81,408 paliperidone v3 D Carlosn 2-13-06.ppt
02/13/2006 11:17a 75,264 paliperidone v3.ppt
08/03/2006 09:43a 238,592 Pali_Sample_SWOT_workingDRAFT_MH.ppt
01/03/2007 04:47p 4,125,184 Pam's L&L slides draft 1.3.07.ppt
06/12/2007 11:52a 4,026,368 Paper CVA 6.12 story flow.doc
05/31/2002 06:18p 114,688 Patient Brochure Draft1 [LH].doc
01/09/2007 05:29p 307,712 Patient Experience Integrated Map Client Supplied 1.9.07.ppt
01/19/2007 08:47a 107,520 Patient Experience Integrated Map with Timing - revised.ppt
01/19/2007 08:47a 109,568 Patient Experience Integrated Map with Timing_Metrics revised.ppt
11/09/2005 05:33p 158,592 PCP 50-400 DosingCard.pdf
11/16/2005 11:06a 177,180 PCP Direct PCP DM Wave 3 Mailer 11-3-05PRA &Mktg comments.pdf
10/17/2005 02:59p 197,120 PCP DM1 fullfillment letter 232381 SQP050009.doc
11/16/2005 11:17a 62,855 PCP DM2 clock branded response Letter 11 PRA & Mktg comments.pdf
11/16/2005 11:11a 47,625 PCP DM3 Branded Response Letter 11 PRA and Mktg Comments.pdf
12/01/2003 12:21p 422,912 PCP Message Testing IDIs - final deck.ppt
12/01/2003 12:21p 47,104 PCP messages revised.doc
12/29/2004 12:37p 1,581,056 PCP Sales Aid Testing_ Final Report 1Oct04 w earlier CVA version.ppt
11/09/2005 02:32p 25,088 PCP Tablet Branded Summary.doc
02/22/2007 06:13p 1,830,400 PCP-PSYCH Comparison Slides_1-31-07.ppt
08/06/2007 08:50p 1,800,026 PCVA 250679.pdf
03/18/2005 04:21p 4,212,224 PDF-Word.doc
10/18/2006 12:33p 99,840 Pfizer_NAMI Review 10.15.06.doc
05/10/2005 02:08p 1,528,320 PharmaStrat- Seroquel MM Journal Ad Qualitative Testing May 5 20051_1.ppt
06/02/2004 11:20a 1,143,808 Phase II Final Results - summary.ppt
01/30/2007 11:39a 429,568 PI_Summary Analysis JAN29.xls
01/24/2007 02:05p 384,000 PI_Summary Analysis.xls
01/09/2007 07:42a 1,078,784 PKT_VIEW8071d609_250720.ppt
06/06/2005 01:31p 44,032 PP Sell Sheet For Translation.doc
06/26/2006 06:31p 75,776 PPD Creative Brief 6.22.06.doc
03/06/2007 08:39p 94,208 PRA updated brochure 3_5_07.doc
09/05/2003 04:40p 22,528 PRA-Consult List 9-5-03.doc
11/10/2006 09:08a 3,023,360 PRETESTING report Racing Thoughts Branded DTC Final.ppt
03/26/2001 05:29p 543,059 Primer - Weight gain .pdf
11/16/2005 09:58a 198,374 Print SeroquelHeadsB6.17.pdf
05/06/2003 01:30p 29,696 PRISM & eStar Ad Listing 2.doc
02/01/2002 01:08p 147,968 Professor Powers final 1-22-02.doc
06/30/2005 04:49p 160,256 Protocol 1-29.doc
11/09/2004 04:56p 263,680 Protocol.doc
08/16/2005 02:07p 43,024,896 protocol7_18_05.doc
07/07/2005 09:04a 45,817,856 Protocol7_5_05.doc
08/04/2006 09:32a 403,456 Provider Patient Dialogue (PPD) kBucklen to CLT.ppt
05/04/2007 02:39p 325,632 PSP Seroquel - Unbranded SSCH 542007.xls
08/22/2007 09:47a 251,904 PSP Seroquel Branded (PI Script).xls
09/07/2007 10:31a 250,880 PSP Seroquel Branded (PI Script)_090607.xls
04/21/2005 04:00p 56,320 psych case 2 RV2.doc
04/26/2005 12:39p 56,320 psych case 2 RV3 POST PRA.doc
04/13/2005 12:17p 48,128 psych case 2.doc
02/25/2005 01:45p 26,624 Psych Competitive Kit 2-23-05.doc
02/25/2005 01:45p 15,872 Psych Competitive Kit 2-23-05.xls
04/04/2005 02:07p 37,376 psych direct mail wave 1. 4.4.doc
11/08/2005 12:10p 68,096 Psych Direct Mail Wave 3 11.7.doc
11/08/2005 02:55p 62,464 Psych Direct Mail Wave 3 11.8.doc

10/13/2005 02:09p 58,368 Psych Direct Mail Wave 3-Abilify v2.doc
10/13/2005 01:34p 67,072 Psych Direct Mail Wave 3-Risperdal v2.doc
10/13/2005 01:33p 67,072 Psych Direct Mail Wave 3-Zyprexa v2.doc
04/19/2005 11:51a 30,208 Psych Direct Mailer Questionnaire2--alt.doc
11/16/2005 04:15p 67,584 Psych Hospital Care Case Scenario T 106.doc
03/18/2005 11:57p 48,128 Psychiatrist Umbrella Messaging Summary Tables.doc
08/16/2006 05:00p 73,728 QUARTZ Study 43 Publication Alert - FINAL - 16 July 2006.doc
08/14/2007 11:09a 408,064 Quetiapine XR Ad Brd Summary V4 (sent AZ 4July07).doc
08/01/2006 10:22a 38,912 Racing words fair balance.doc
03/07/2005 09:20p 20,480 racingVO3-7.doc
01/05/2004 05:23p 92,160 ReferencManuscript 1-5-04.doc
01/05/2004 04:37p 91,136 ReferencManuscript 12-30-03.doc
02/02/2004 01:50p 3,384,320 Refresh Direct Mail Presentation v2.ppt
02/05/2004 11:47a 3,464,704 Refresh Direct Mail Presentation v3.ppt
01/28/2004 03:28p 3,586,048 Refresh Direct Mail Presentation.ppt
09/04/2002 10:42a 57,344 RefreshCREATIVE WORK PLANJS - 7-31.doc
04/29/2004 06:58p 2,159,104 Report.ppt
06/07/2007 02:11p 580,608 Results presentation 07JUN2007.v2.ppt
01/29/2007 01:32p 103,424 Rev Somn Hypo Slim Jim 1_29_07.doc
01/08/2007 05:09p 1,069,568 REVISED Global IR SCF Bipolar Jan08.ppt
01/09/2007 05:02a 1,082,880 REVISED Global IR SCF Bipolar Jan08.v1 comments.ppt
01/09/2007 05:02a 1,078,784 REVISED Global IR SCF Bipolar Jan08.v1 commentsB.ppt
01/09/2007 05:02a 1,273,856 REVISED Global IR SCF Schizo Jan08 comms.ppt
01/08/2007 05:08p 1,578,496 REVISED Global IR SCF Schizo Jan08.ppt
11/09/2006 01:25p 1,192,960 Revised list of claims with messages.11.8.doc
01/24/2007 02:05p 1,593,344 Revised_Seroquel Master Deck PCPs.ppt
01/24/2007 02:05p 1,659,392 Revised_Seroquel Master Deck PSYCHs.ppt
03/25/2005 02:21p 137,216 Risperdal additional copy 3.25.doc
07/11/2005 09:10p 453,632 RISPERDAL competitive messages 07-01-05.ppt
07/11/2005 10:14p 456,704 RISPERDAL competitive messages 07-01-05w-labeling.ppt
10/12/2005 11:03a 193,024 Risperdal Fulfillment Letter 10.12.doc
09/14/2005 05:54p 188,928 Risperdal Fulfillment Letter 9.14.doc
03/20/2006 07:57p 514,484 risperdal PI.pdf
06/20/2005 11:11a 34,304 Risperdal_1.doc
02/08/2006 02:36p 67,072 RisperidoneSS020806.doc
02/09/2006 11:54a 67,072 RisperidoneSS020906.doc
07/02/2002 10:55p 449,024 RispSerql.doc
02/02/2006 12:45p 57,856 risseelsheet060019.doc
04/20/2007 03:38p 275,690 ROB board D.pdf
04/20/2007 04:19p 153,359 Rob_Board 4.pdf
04/20/2007 03:39p 163,888 Rob_Board D 2.pdf
04/20/2007 03:51p 156,459 Rob_Board D 3.pdf
05/07/2002 08:58p 132,046 Rosenheck VA diabetes slam Article.pdf
09/11/2007 03:00p 52,224 RTBs - Messages.doc
08/04/2005 03:58p 172,032 Rv11 PsyJnlARoBa.pdf
08/04/2005 03:58p 172,310 Rv11 PsyJnlARoBb.pdf
08/04/2005 03:58p 213,125 Rv12 Chef4pTRoB.pdf
08/04/2005 03:58p 238,734 Rv13 Team4pTRob.pdf
09/15/2005 06:48p 500,659 Rv18 Inpat CVA Final9-15.pdf
09/15/2005 06:48p 456,801 Rv22 Outpat CVAFinal9-15.pdf
01/10/2007 02:11p 289,792 SCF Bipolar Chart for reformatting.ppt
01/10/2007 02:44p 487,936 SCF Schiz Chart for reformatting.ppt
04/28/2006 07:11p 998,400 SCF slides long version II.ppt
02/21/2003 10:35a 271,360 Schiz core flow no build 2.21.ppt
02/21/2003 10:21a 268,800 Schiz core flow w build 2.19.ppt

| | | |
|---|---|---|
| 02/21/2003 | 10:38a | 507,904 Schiz full detail flow 2.21.ppt |
| 12/08/2006 | 05:06p | 201,216 Schiz topline SR 110806.ppt |
| 10/23/2002 | 10:05a | 422,912 Schiz. 10-22 detail flow.ppt |
| 10/25/2002 | 04:20p | 574,464 Schiz. 10-25 detail flow.ppt |
| 03/03/2006 | 05:44p | 880,913 Schizo Brochure 3.6.06.pdf |
| 10/29/2002 | 06:14p | 480,768 Schizo detail flow 10-29.ppt |
| 11/01/2002 | 09:39a | 400,896 Schizo detail flow 10.31.ppt |
| 01/27/2003 | 10:58a | 726,528 schizo flow 1.27 .ppt |
| 02/07/2003 | 02:40p | 453,120 schizo flow 2.7.ppt |
| 01/13/2003 | 10:27a | 482,816 Schizo flow 1.10.ppt |
| 01/14/2003 | 09:30a | 668,160 Schizo flow 1.13.ppt |
| 01/16/2003 | 03:56p | 496,640 schizo flow 1.16 .ppt |
| 01/09/2003 | 02:45p | 420,864 Schizo flow 1.9.ppt |
| 01/16/2003 | 11:30a | 490,496 Schizo flow OLD 1.14.ppt |
| 01/12/2007 | 04:40p | 866,816 Schizo IR 1.11.ppt |
| 05/21/2004 | 04:32p | 431,616 Schizophrenia deck 5.21.04 LATEST.ppt |
| 10/11/2002 | 08:12p | 302,592 Schizophrenia detail flow.ppt |
| 06/05/2007 | 11:39a | 2,247,680 Schizophrenia Patient Profiles_6.ppt |
| 05/15/2007 | 04:30p | 999,967 Schizophrenia_2e.pdf |
| 02/14/2005 | 05:50p | 116,736 seroqeul DDMAC case 2 14 05.doc |
| 02/01/2006 | 10:04a | 110,592 Seroquel - Bowden-Singh (sent review 06Jan06).doc |
| 02/01/2006 | 06:05p | 113,152 Seroquel - Bowden-Singh.doc |
| 08/01/2005 | 10:09a | 494,080 Seroquel 2006 HCP Strategy 28Jul05.ppt |
| 05/03/2002 | 04:05p | 128,000 Seroquel April Citations.doc |
| 03/01/2006 | 12:11p | 648,704 Seroquel ATU Bipolar_Appendix deck.ppt |
| 02/06/2006 | 10:19a | 1,021,952 Seroquel ATU Bipolar_final presentation.ppt |
| 03/01/2006 | 12:11p | 1,051,648 Seroquel ATU Bipolar_Presentation_v3.ppt |
| 03/01/2006 | 12:11p | 764,416 Seroquel ATU Schiz_Appendix deck.ppt |
| 02/06/2006 | 10:19a | 1,155,072 Seroquel ATU Schiz_final presentation.ppt |
| 03/01/2006 | 12:11p | 1,186,816 Seroquel ATU Schiz_Presentation_v3.ppt |
| 04/16/2004 | 05:08p | 36,352 SEROQUEL AZ Status Report - April 16, 2004.xls |
| 04/23/2004 | 12:26p | 35,840 SEROQUEL AZ Status Report - April 19, 2004.xls |
| 03/01/2004 | 10:03a | 37,888 SEROQUEL AZ Status Report - February 13, 2004.xls |
| 03/01/2004 | 10:48a | 37,888 SEROQUEL AZ Status Report - February 29, 2004.xls |
| 01/16/2004 | 08:28p | 37,888 SEROQUEL AZ Status Report - January 16, 2004.xls |
| 02/02/2004 | 10:47a | 37,376 SEROQUEL AZ Status Report - January 30, 2004.xls |
| 03/14/2006 | 05:36p | 93,184 SEROQUEL Bipolar Disorder Product Profile.ppt |
| 11/02/2005 | 01:01p | 3,971,783 SEROQUEL Bipolar New User Brochure.pdf |
| 07/29/2003 | 01:27p | 6,971,904 Seroquel Bipolar PG 2003v1.doc |
| 04/07/2003 | 12:03p | 76,288 Seroquel Bipolar Positioning - draft (040303).ppt |
| 04/12/2005 | 02:29a | 27,648 SEROQUEL BODY COPY.doc |
| 02/21/2007 | 12:25p | 30,305,280 Seroquel Brand Orientation Feb 2007.ppt |
| 12/15/2004 | 01:48p | 20,956,672 SEROQUEL Brand Review_12.15.04.ppt |
| 12/16/2004 | 10:22a | 20,872,192 SEROQUEL Brand Review_12.16.04.ppt |
| 03/07/2006 | 12:21p | 21,155,328 SEROQUEL Brand Review_final.ppt |
| 09/17/2004 | 12:18p | 21,604,352 SEROQUEL Brand Review_Sept 2004.ppt |
| 02/01/2006 | 11:29a | 3,028,480 Seroquel Branded DTC Final.ppt |
| 09/15/2006 | 05:32p | 74,240 Seroquel Branded IVR Script V1 9-15-06.doc |
| 08/14/2007 | 10:54a | 70,656 Seroquel Branded IVR Script V10 8142007.doc |
| 08/02/2007 | 05:30p | 70,656 Seroquel Branded IVR Script V10 822007.doc |
| 08/22/2007 | 03:49p | 155,648 Seroquel Branded IVR Script V11 08222007.doc |
| 08/21/2007 | 12:15p | 70,656 Seroquel Branded IVR Script V11 8212007.doc |
| 09/04/2007 | 12:50p | 154,624 Seroquel Branded IVR Script V12 08292007.doc |
| 03/23/2007 | 06:13p | 78,848 Seroquel Branded IVR Script V2 3232007.doc |
| 04/04/2007 | 05:55p | 200,704 Seroquel Branded IVR Script V3 442007.doc |

04/11/2007 04:26p 206,336 Seroquel Branded IVR Script V4 4112007.doc
04/24/2007 05:55p 200,704 Seroquel Branded IVR Script V5 4242007.doc
04/25/2007 06:01p 208,896 Seroquel Branded IVR Script V6 4252007 estar 250482.doc
05/10/2007 03:24p 209,408 Seroquel Branded IVR Script V7 05102007 estar 250482.doc
07/27/2007 09:23a 127,488 Seroquel Branded IVR Script V8 7272007.doc
08/02/2007 01:32p 70,656 Seroquel Branded IVR Script V9 7302007.doc
08/02/2007 03:50p 70,656 Seroquel Branded IVR Script V9 822007.doc
08/21/2007 12:59p 68,608 Seroquel Branded IVR Script_Final all highlights.doc
09/10/2007 03:54p 154,112 Seroquel Branded IVR Script_Final compliance copy.doc
05/01/2002 08:16p 115,200 Seroquel CAST Phase I summary report 4-30-02.doc
11/20/2003 12:11p 26,112 SEROQUEL Claim Defense Packet -Weight.doc
10/11/2006 10:54a 293,376 SEROQUEL Consumer Editorial Style Guide 10.10.doc
10/11/2006 02:16p 289,792 SEROQUEL Consumer Editorial Style Guide 10.11.doc
10/10/2006 02:12p 311,808 SEROQUEL Consumer Editorial Style Sheet 8.15.06 PAM.doc
09/29/2006 05:56p 64,512 SEROQUEL Consumer Editorial Style Sheet 8.15.06.doc
06/27/2006 09:31a 53,760 SEROQUEL Consumer Editorial Style Sheet.doc
07/20/2007 03:11p 24,064 SEROQUEL consumer ISI 7.20.07.doc
10/02/2007 04:23p 111,616 SEROQUEL core claims document.doc
03/05/2002 06:12p 32,768 SEROQUEL CVA DIFFERENCES.doc
03/12/2004 10:14a 665,088 Seroquel final pres 11-3-04.ppt
06/27/2002 12:41a 1,623,552 Seroquel Global Bipolar_SR Proposal.doc
11/02/2004 04:53p 1,031,680 Seroquel Handout C Psych Sept 04.ppt
07/25/2007 10:18p 24,576 SEROQUEL HCP post hyperglycemia 7.10.07.doc
08/25/2006 12:23p 535,040 SEROQUEL HCP Unified Concept ideas Brief DRAFT 081706.doc
11/03/2006 12:02p 1,238,528 Seroquel HECON Business Rules v10.doc
12/06/2006 12:36p 1,215,488 Seroquel HECON Business Rules v11.doc
12/12/2006 12:04p 1,202,176 Seroquel HECON Business Rules v12.doc
12/12/2006 01:57p 1,203,712 Seroquel HECON Business Rules v13.doc
12/18/2006 01:04p 1,205,760 Seroquel HECON Business Rules v14.doc
01/11/2007 12:40p 1,209,344 Seroquel HECON Business Rules v15.doc
10/23/2006 05:56p 1,196,544 Seroquel HECON Business Rules v9.doc
08/12/2005 12:47p 714,752 Seroquel HECON Business Rules.doc
08/17/2005 03:03p 1,546,752 Seroquel HECON Business Rules2.doc
09/22/2005 12:05p 1,492,480 Seroquel HECON Business Rules3.doc
10/05/2005 02:15p 1,493,504 Seroquel HECON Business Rules5.doc
10/11/2005 10:32a 1,493,504 Seroquel HECON Business Rules6.doc
10/18/2005 02:17p 1,492,992 Seroquel HECON Business Rules7.doc
03/06/2006 04:19p 1,269,760 Seroquel HECON Business Rules8.doc
03/22/2005 03:14p 211,456 Seroquel HECON Protocol - Changes Highlighted 3-22.doc
03/23/2005 01:17p 16,220,672 Seroquel HECON Protocol - Clean Version 3-22.doc
03/22/2005 10:51a 13,188,608 Seroquel HECON Protocol - draft Mar. 22.doc
04/04/2005 10:30a 211,039,744 Seroquel HECON Protocol 3_23_05.doc
04/04/2005 12:11p 211,040,256 Seroquel HECON Protocol 4_04_05 Rev1.doc
04/04/2005 03:20p 211,044,352 Seroquel HECON Protocol 4_04_05.doc
06/02/2005 04:24p 262,144 Seroquel HECON Protocol First 29 Pages.doc
09/27/2005 04:35p 414,720 Seroquel HECON Protocol Summary.doc
03/21/2005 03:41p 13,184,512 Seroquel HECON Protocol.doc
03/21/2005 01:16p 136,192 Seroquel HECON write up version 2.doc
01/01/1985 01:00a 149,504 Seroquel HECON write up.doc
10/17/2006 07:11p 539,648 SEROQUEL Ideas Brief 08 017 06.doc
01/20/2006 10:00a 656,762 SEROQUEL In-Office Adherence Brochure.pdf
03/14/2006 12:54p 26,624 SEROQUEL Inpatient Settings Questionnaire 031406.doc
05/17/2007 04:52p 125,952 Seroquel Interim Branded IVR Script V1 0542007 estar 250707.doc
01/04/2007 03:53p 525,824 Seroquel IR bipolar framework FULL 1.2.doc
12/14/2006 04:16p 1,106,432 Seroquel IR bipolar framework FULL 12.11.doc

11/22/2006 01:15p 1,091,072 Seroquel IR bipolar framework FULL.doc
01/04/2007 03:53p 412,672 Seroquel IR bipolar framework IDEAL 1.2.doc
11/22/2006 03:54p 689,664 Seroquel IR bipolar framework IDEAL.doc
11/22/2006 01:03a 1,107,456 Seroquel IR bipolar framework.2.doc
11/22/2006 01:13p 1,092,096 Seroquel IR bipolar framework.3.doc
11/22/2006 01:15p 1,091,072 Seroquel IR bipolar framework.4.doc
11/21/2006 11:15p 1,107,456 Seroquel IR bipolar framework.doc
01/05/2007 12:47p 1,423,872 Seroquel IR schiz framework FULL 1.2.doc
01/05/2007 12:48p 1,040,384 Seroquel IR schiz framework IDEAL 1.2.doc
04/23/2007 06:27p 286,720 SEROQUEL IVR PI v1 4122007.xls
04/27/2007 12:24p 287,744 SEROQUEL IVR PI v2 4252007 estar 250149.xls
03/24/2005 11:39a 189,952 Seroquel IVR PSP.xls
02/03/2006 04:47p 77,824 Seroquel IVR Script 2-3-06.xls
02/06/2006 05:32p 77,312 Seroquel IVR Script 2-6-06.xls
02/07/2006 02:07p 77,312 Seroquel IVR Script 2-7-06.xls
01/31/2005 02:26p 167,424 Seroquel IVR Script Outline.xls
05/12/2004 12:28p 323,072 Seroquel job&job#'s.doc
06/09/2005 11:18a 2,885,632 Seroquel Journal Ad Quant Presentation Revised 6.8.05 PM.ppt
03/11/2005 07:41p 79,872 SEROQUEL Klemtner Status 03-11-05.xls
03/11/2005 07:41p 79,872 SEROQUEL Klemtner Status 03-12-05.xls
03/14/2005 12:55p 77,824 SEROQUEL Klemtner Status 03-14-05.xls
06/05/2007 11:40a 1,494,016 Seroquel Linguistics Study (final July 2006).ppt
04/05/2002 06:19p 121,344 Seroquel March Citations.doc
04/05/2006 03:09p 61,952 Seroquel MDD_GAD Summary Poster part 2 of 2.ppt
10/14/2005 03:01p 455,168 SEROQUEL Medical and Pharmacy Directors PsychProbes Presentation 101705.ppt
02/03/2006 02:50p 277,504 Seroquel messages 2-3-06.edited.ppt
07/17/2007 11:28a 3,031,792 SEROQUEL MYBS Process Presentation 041707.pdf
04/25/2007 10:14a 20,820,480 SEROQUEL MYBS Process Presentation 041707.ppt
08/23/2007 04:06p 4,052,992 SEROQUEL MYBS Process Presentation 082307 BW Reviewed.ppt
04/12/2005 02:29a 25,088 SEROQUEL ONE PAGE BODY COPY.doc
09/05/2002 09:24a 480,768 Seroquel PCP Prelim Findings 8-30-02-final.ppt
01/10/2007 10:00a 581,632 Seroquel Physician-Patient Dialog Architecture5.25.06.ppt
09/07/2007 10:31a 220,160 Seroquel PI 30417-02 rev. 07.07.doc
12/15/2003 08:14a 40,448 SEROQUEL PP1 12-11-03.doc
12/30/2003 04:26p 39,936 SEROQUEL PP1 12-30-03.doc
04/06/2006 04:22p 179,712 Seroquel PPDRapidRepsonse4.3.06.ppt
06/11/2003 10:27p 3,479,040 Seroquel PresentationJSREF.ppt
01/03/2006 02:04p 30,208 SEROQUEL Product Profile 1-3-06 Notes.doc
12/02/2003 03:29p 208,384 Seroquel Professional PO Reconciliation (Q4 2003) - BB.xls
03/14/2002 04:02p 439,808 Seroquel Professional Site - Sam Revisions.doc
04/04/2005 02:29p 473,088 Seroquel PSP Final 8-2-04.doc
08/21/2003 11:02a 91,648 seroquel psychprobe study final.doc
04/04/2003 12:20p 169,984 Seroquel Qual Positioning Vendor report 3-27-03.doc
04/06/2006 04:22p 28,160 Seroquel Rapid Response Follow on 04-03.doc
11/06/2006 10:30a 1,731,584 Seroquel Rvsd Position Jrnl Ad Recall Topline Jan 02.ppt
01/24/2007 05:59p 53,809,664 SEROQUEL schiz ads competitive review.ppt
12/23/2005 10:49a 15,795,712 Seroquel Schizophrenia Messages 122305 Slides 35-47.ppt
01/12/2006 02:42p 71,725,056 Seroquel Schizophrenia Messages 122305 Slidesv1.ppt
12/22/2005 08:33p 71,720,448 Seroquel Schizophrenia Messages UM 122305.ppt
04/03/2007 12:27p 80,384 Seroquel script 04.03.07.xls
04/05/2006 02:56p 1,276,416 Seroquel SR Global Presentation Feb 14.ppt
08/30/2007 11:09a 251,904 SEROQUEL SR label relapse prevention.doc
12/06/2006 02:53p 201,216 Seroquel SR Messages US Summary Topline.ppt
11/15/2006 06:13p 59,904 Seroquel SR Messages.doc

11/02/2005 12:51p 385,024 Seroquel SR Segmentation Qualitative Phase Presentation.ppt
12/01/2003 12:28p 630,784 Seroquel Starter Pack Research - Final Deck.ppt
08/03/2006 09:44a 25,600 Seroquel SWOT 2006_forPSP.doc
07/22/2005 08:51a 65,536 Seroquel SWOT_LCM.ppt
03/11/2003 04:28p 317,440 seroquel teaser ads evaluation.ppt
02/09/2006 01:42p 31,744 SEROQUEL Top Decile Workshop Notes 020906.doc
03/12/2004 02:16p 816,128 Seroquel Umbrella Branding - Phase II amended results (TNS - 102588).ppt
04/30/2007 02:37p 55,296 Seroquel unbranded branded IVR script v1 4302007.xls
05/01/2007 03:22p 58,368 Seroquel unbranded branded IVR script v2 4302007 RC COMMENTS.xls
04/30/2007 05:01p 57,856 Seroquel unbranded branded IVR script v2 4302007.xls
02/01/2006 04:57p 47,616 Seroquel Unbranded IVR Script 2-1-06.doc
02/06/2006 01:37p 58,880 Seroquel Unbranded IVR Script 2-2-06.doc
02/06/2006 03:35p 58,368 Seroquel Unbranded IVR Script 2-6-06.doc
02/07/2006 12:54p 58,368 Seroquel Unbranded IVR Script 2-7-06.doc
07/28/2006 10:54a 68,096 Seroquel Unbranded IVR Script Revisions V1 7-27-06.doc
07/31/2006 01:09p 64,000 Seroquel Unbranded IVR Script Revisions V2 7-31-06.doc
08/01/2006 01:47p 65,024 Seroquel Unbranded IVR Script Revisions V3 8-1-06.doc
09/15/2006 05:29p 68,608 Seroquel Unbranded IVR Script Revisions V4 9-15-06.doc
04/04/2007 05:56p 62,976 Seroquel Unbranded IVR Script Revisions V5 442007.doc
07/11/2006 10:36a 26,905 Seroquel Web page used for Schiz Tear Pad 2.htm
11/29/2007 03:57p <DIR> Seroquel Web page used for Schiz Tear Pad 2_files
07/11/2006 10:37a 21,160 Seroquel Web page used for Schiz Tear Pad 3.htm
11/29/2007 03:57p <DIR> Seroquel Web page used for Schiz Tear Pad 3_files
07/11/2006 10:32a 27,333 Seroquel Web page used for Schiz Tear Pad.htm
11/29/2007 03:57p <DIR> Seroquel Web page used for Schiz Tear Pad_files
05/02/2002 11:20a 181,760 Seroquel Well! 2p Insert TAJP March 02.ppt
08/14/2007 11:09a 2,531,328 Seroquel XR Ad Board slide set as FINAL as presented (18May07).ppt
07/13/2007 04:25p 183,289 SEROQUEL XR PI 5.17.07.pdf
09/06/2007 02:56p 288,256 SEROQUEL XR Schizophrenia Relapse Launch Market Assessment 090607.ppt
05/16/2006 09:40a 1,193,472 Seroquel.ppt
01/25/2005 10:50a 308,736 seroquelIVRrecom.ppt
01/27/2005 01:51p 262,144 seroquelIVRslides.ppt
03/27/2007 09:35a 987,136 SeroquelJournalAdTestingFinalReport.ppt
03/27/2007 04:38p 354,612 SeroquelREV PI.pdf
12/28/2005 04:53p 72,384,512 SeroquelSchizophreniaMessagingREV.ppt
01/17/2006 12:25p 73,216 SeroquelSchizophreniaMessagingSummary.ppt
12/29/2005 10:34a 72,387,072 SeroquelSchizophreniaMessaging_12-28-05.ppt
12/29/2005 03:35p 72,387,584 SeroquelSchizophreniaMessaging_12-29-05.ppt
04/20/2007 11:35a 77,193,216 SeroquelSchizophreniaMessaging_April07v1.ppt
01/03/2007 09:44a 74,789,888 SeroquelSchizophreniaMessaging_Jan06v1.ppt
02/28/2006 01:25p 239,616 Seroquel_All Perc Maps.ppt
06/07/2007 02:11p 996,864 SEROQUEL_DRAFT report_06 JUN 2007.doc
08/02/2006 04:44p 1,464,783 SEROQUEL_PR.pdf
01/12/2007 05:26p 698,368 Sero_Bipolar_R2.ppt
01/12/2007 04:39p 864,768 Sero_Schizo_R2.ppt
02/08/2006 12:08p 25,088 Short Version 8-05.doc
12/23/2005 11:20a 61,440 Simple Timeline 1997-2001.ppt
02/21/2003 10:49a 387,584 Slides on bipolar trial outcomes1.ppt
01/10/2007 04:07p 67,584 Somnolence and Hypotension Revised 01 10 07.doc
12/12/2006 02:17p 61,952 Somnolence Hypotension Copy patches 12 11 06.doc
12/08/2006 04:57p 61,952 Somnolence Hypotension Copy patches 12 6 06.doc
12/05/2006 05:30p 59,904 Somnolence Hypotension Slim Jim Copy patches 12 5 06.doc
01/17/2007 06:18p 67,584 Somnolence Rev 01 10 07 LM Comments.doc
01/16/2007 05:32p 52,224 Somnolence Spread Revised 01 10 07 LM Comments 1-16-07.doc

01/12/2007 11:04a 65,536 Somnolence Spread Revised 01 10 07.doc
12/14/2006 04:50p 184,320 Spain Seroquel-SR-Final Results1eng.ppt
10/31/2005 04:26p 25,600 Specialty Care Case Scenarios Wave 2.doc
09/04/2002 07:03p 110,080 SPECTRUM manuscript.DOC
04/12/2005 09:05p 27,648 SPREAD 4-12.doc
02/16/2007 04:45p 62,976 SQ 5 Steps Tent Card 2_13_07.doc
05/22/2007 10:18a 76,800 SQ Bipolar Patient Profile Tool v2 RICK.doc
11/09/2006 09:38a 61,952 SQ HCP Discussion Guide Copy to Client 11.8.06.doc
11/10/2006 01:15p 65,024 SQ HCP Discussion Guide Version 3_11.10.06.doc
03/01/2006 01:06p 90,624 SQ Starter Pack Creative Brief 121205.doc
01/26/2006 04:40p 61,952 SQBluntingAbilifyMemo.doc
01/30/2006 12:19p 79,360 SQBluntingAbilifyMemoFINAL.doc
08/23/2006 06:01p 256,512 SQC 07 Planning Kickoff.ppt
03/16/2006 07:06p 72,192 SQC Adh Mat Updates 2nd Ind Creative Brief DRAFT.doc
06/30/2006 11:41a 56,832 SQC adherence copy changes chart 3.22.doc
04/14/2006 02:20p 817,479 SQC Adherence Print Ad Concepts 4_14_06.pdf
04/19/2006 06:44p 1,066,181 SQC Adherence Print Ad Concepts 4_20_06.pdf
04/20/2006 09:50a 387,668 SQC Adherence Print Ad ZEN Concept 4_20_06.pdf
05/17/2006 09:40a 448,913 SQC Adherence Print Ads Revise (per research) 5_17_06.pdf
10/23/2006 10:24a 23,552 SQC Approved HCP Fair Balance 10.19.06.doc
06/27/2006 12:16p 74,240 SQC Belly Band Creative Brief 06_26_06.doc
05/10/2006 05:05p 55,296 SQC Conference Report Adh Print Ad Layout & FB 5_8_06.doc
10/19/2006 03:20p 2,734,080 SQC CRM 07 Plan Presented 10.12.06.ppt
12/13/2006 03:29p 13,521 SQC Database Yr End Letters_letter1_PRA submission 12.13.pdf
12/13/2006 03:32p 13,336 SQC Database Yr End Letters_letter2_PRA submission 12.13.pdf
01/05/2007 06:01p 17,052 SQC Database Yr End Letters_PRA resubmission 1.5.pdf
12/13/2006 02:12p 74,240 SQC Database Yr End Letters_PRA submission 12.13.06.doc
12/13/2006 02:11p 22,234 SQC Database Yr End Letters_PRA submission 12.13.pdf
01/31/2007 10:41a 224,884 SQC Database Yr End Ltr Final Proof 246631_1.31.07.pdf
07/30/2007 09:36a 302,592 SQC Expressions Book Debrief presentation.ppt
12/07/2006 05:26p 30,720 SQC FINAL Consumer ISI - 12.07.06.doc
12/13/2006 04:29p 25,600 SQC FINAL Consumer ISI - 12.13.06.doc
11/02/2005 01:19p 3,971,783 SQC FINAL Welcome BROCHURE.pdf
10/23/2006 10:24a 23,552 SQC HCP Fair Balance Approved 10.19.06.doc
10/23/2006 02:09p 22,016 SQC HCP Fair Balance Approved.Changes 10.19.06.doc
11/27/2006 01:52p 24,576 SQC HCP Important Safety Information Updated 11_22_06.doc
06/01/2007 02:15p 254,132 SQC In Office Broch Rev round 1 copy layout 6.1.07.pdf
04/13/2007 02:44p 879,365 SQC In Office Broch Revise interim PRA 4.13.07.pdf
09/15/2006 12:37p 1,677,492 SQC In Office Brochure 2nd Indication for PRA 9.15.06.pdf
10/27/2006 12:19a 1,819,308 SQC In Office Brochure 2nd Indication with PRA comments 10.27.06.pdf
11/20/2006 11:23a 617,600 SQC In Office Brochure 2nd Indication with PRA comments 11.20.06.pdf
11/06/2006 06:26p 596,506 SQC In Office Brochure for PRA 11.06.pdf
07/05/2006 02:59p 305,802 SQC In Office Brochure Revise 7_06_06.pdf
07/19/2006 04:21p 901,263 SQC In Office Brochure Revise 7_19_06.pdf
06/27/2006 04:52p 421,030 SQC In Office Brochure Revise Concept 6_28_06.pdf
01/03/2007 04:48p 486,107 SQC In-office Brochure 2nd Indication Everyday People 1.2.07.pdf
12/08/2006 12:36p 337,322 SQC In-office Brochure 2nd Indication Everyday People 12.8.06.pdf
12/08/2006 12:36p 227,533 SQC In-office Brochure 2nd Indication Everyday People alt cover 12.8.06.pdf
12/13/2006 04:32p 394,056 SQC In-office Brochure 2nd Indication Everyday People alt visuals 12.13.06.pdf
01/19/2007 03:38p 575,605 SQC In-office Brochure 2nd Indication Everyday People to Fusion 1.19.07.pdf
01/24/2007 12:08p 268,817 SQC In-office Brochure 2nd Indication Everyday People Vendor Proof 1.24.07.pdf
01/24/2007 04:16p 277,282 SQC In-office Brochure 2nd Indication Everyday People Vendor Proof Revised 1.24.07.pdf
07/16/2007 03:53p 60,197 SQC In-Office Brochure approved with PRA comments 7.16.07.pdf

01/24/2007 03:22p 259,607 SQC In-office Brochure PRA approvedwchanges 1-10-07.pdf
06/27/2007 12:22p 223,800 SQC In-Office Brochure PRA comments 6.27.07.pdf
08/01/2007 03:30p 271,076 SQC In-Office Brochure Revise Proofs routed approved 8.1.07.pdf
06/08/2007 02:53p 182,273 SQC In-Office Brochure to Client 6.7.07.pdf
07/30/2007 07:03p 195,505 SQC In-Office Brochure to Fusion 7.30.07.pdf
07/30/2007 07:03p 195,505 SQC In-Office Brochure to PRA for final OK 7.30.07.pdf
01/31/2007 12:19p 317,440 SQC InService Metabolic Patient Broch Brief 1.31.07.doc
01/17/2007 03:17p 307,712 SQC InService Weight Gain Patient Broch Brief 1.16.07.doc
01/18/2007 05:22p 329,216 SQC InService Weight Gain Patient Broch Brief 1.18.07.doc
01/26/2007 05:55p 317,952 SQC InService Weight Gain Patient Broch Brief 1.26.07.doc
01/25/2007 01:47p 333,824 SQC InService Weight Gain Patient Broch Brief Client comm 1.25.07.doc
01/31/2007 11:49a 325,120 SQC InService Weight Gain Pt Broch Brief Cl comm 1.31.07.doc
01/17/2007 05:40p 45,568 SQC InService Weight Gain Tips on Healthy Eating 1.17.07.doc
12/06/2006 04:34p 92,672 SQC Lunch n Learn Recommendation Conf Report 12.06.09.doc
06/25/2007 02:45p 34,978 SQC Pill Box Letter client comments 6.25.07.pdf
06/21/2007 02:39p 29,091 SQC Pill Box Letter to PRA 6.21.07.pdf
07/24/2007 10:21a 60,186 SQC Pillbox letter PRA appd w changes 7.16.07.pdf
06/20/2007 02:21p 29,088 SQC pillbox letter to client 6.20.07.pdf
07/23/2007 03:49p 28,859 SQC pillbox letter to client final OK 7.23.07.pdf
07/30/2007 04:59p 39,286 SQC Pillbox letter to Fusion 7.30.07.pdf
07/17/2006 09:06p 312,109 SQC Racing Words 7.17.06.pdf
07/25/2006 10:05p 307,898 SQC RAcing Words 7.25.06.pdf
07/26/2006 08:48p 425,496 SQC Racing Words 7.26.06.pdf
07/27/2006 09:07p 446,571 SQC Racing Words 7.27.06.pdf
07/31/2006 11:08a 602,773 SQC Racing Words 7.31.06.pdf
09/22/2006 06:45p 388,944 SQC Racing Words 9.22.06.pdf
07/17/2006 09:08p 309,650 SQC Racing Words Alt 7.17.06.pdf
07/25/2006 10:05p 314,679 SQC Racing Words ANN 7.25.06.pdf
07/26/2006 08:48p 432,593 SQC Racing Words ANN 7.26.06.pdf
07/27/2006 09:09p 453,140 SQC Racing Words ANN 7.27.06.pdf
07/31/2006 11:45a 607,847 SQC Racing Words ANN 7.31.06.pdf
10/04/2006 05:48p 62,179 SQC Racing Words Brief Summary 10.04.06.pdf
09/26/2006 05:44p 735,750 SQC Racing Words Helvetica Rounded 9.26.06.pdf
10/03/2006 04:58p 54,648 SQC Racing Words PI 10.03.pdf
10/03/2006 12:42a 65,980 SQC Racing Words PI 10.2.pdf
07/31/2006 01:04p 106,840 SQC Racing Words PI 7.31.06.pdf
09/28/2006 05:27p 103,163 SQC Racing Words PI 9.28.06.pdf
05/11/2006 04:49p 408,107 SQC Relapse Brochure (for PRA) 5_11_06.pdf
05/02/2006 07:28p 968,634 SQC Relapse Brochure (for PRA) 5_2_06.pdf
06/15/2006 11:04a 425,499 SQC Relapse Brochure (for PRA) 6_15_06.pdf
07/17/2006 09:10p 448,223 SQC Relapse Brochure (for PRA) 7_17_06.pdf
04/10/2006 12:11p 605,228 SQC Relapse Brochure 4_10_06.pdf
07/25/2006 03:16p 456,492 SQC Relapse Brochure 7_25_06.pdf
05/16/2006 06:33p 782,573 SQC Relapse Brochure ANNOTATED 5_16_06.pdf
06/13/2006 05:56p 439,820 SQC Relapse Brochure PRA comments 6_13_06.pdf
05/19/2006 05:06p 125,133 SQC Relapse Letter (for PRA) 5_19_06.pdf
06/15/2006 04:26p 108,738 SQC Relapse Letter (for PRA) 6_15_06.pdf
07/17/2006 09:12p 64,079 SQC Relapse Letter (for PRA) 7_17_06.pdf
07/25/2006 02:57p 88,808 SQC Relapse Letter 7_25_06.pdf
06/15/2006 09:57a 133,562 SQC Relapse Letter PRA comments 6_13_06.pdf
04/12/2006 03:06p 507,653 SQC Schizo Brochure FINAL.pdf
07/23/2007 09:27a 24,064 SQC SEROQUEL Consumer FInal ISI 7.20.07.doc
11/08/2006 04:39p 71,168 SQC Somnolence Sedation TearPad Copy 11.8.06.doc
11/09/2006 03:14p 71,168 SQC Somnolence Sedation TearPad Copy 11.9.06.doc
11/09/2006 06:37p 84,992 SQC Somnolence Sedation TearPad Copy 2 w PRA_11.9.06.doc

| Date | Time | Size | File name |
|---|---|---|---|
| 11/09/2006 | 04:35p | 70,656 | SQC Somnolence Sedation TearPad Copy 2_11.9.06.doc |
| 11/10/2006 | 11:03a | 73,216 | SQC Somnolence Sedation TearPad Copy to flow into layout 11.10.06.doc |
| 08/17/2006 | 05:21p | 296,960 | SQC Starter Kit Patient Education Insert Brief 8.11.06.doc |
| 04/04/2007 | 01:14p | 106,496 | SQC Starter Mailing Brochure w References_4.2.07.doc |
| 03/16/2007 | 04:12p | 104,960 | SQC Starter Mlg Broch 3.15.07.doc |
| 03/16/2007 | 04:12p | 68,096 | SQC Starter Mlg Ltr 3.15.07.doc |
| 08/17/2007 | 07:03p | 34,816 | SQC Starter Pill Pack Dr Ltr to Client 8.17.07.doc |
| 08/20/2007 | 03:26p | 33,280 | SQC Starter Pill Pack Dr Ltr to Client commets rec. 8.20.07.doc |
| 08/17/2006 | 05:20p | 23,552 | SQC Starter Pk FB Insert Copy 8.15.06 v2.doc |
| 08/14/2006 | 06:17p | 23,040 | SQC Starter Pk FB Insert Copy 8.15.06.doc |
| 08/08/2006 | 02:39p | 23,552 | SQC Starter Pk FB Insert Copy 8.8.06.doc |
| 03/16/2007 | 04:12p | 71,168 | SQC Tool Kit Broch 3.15.07.doc |
| 06/21/2007 | 04:28p | 171,067 | SQC Tool Kit Broch PRA appd w comments 6.21.07.pdf |
| 05/01/2007 | 02:52p | 252,621 | SQC Tool Kit Broch PRA comments recd 5.1.07 .pdf |
| 07/11/2007 | 03:25p | 167,436 | SQC Tool Kit Broch to Client_Final Apprvl 7.11.07.pdf |
| 07/31/2007 | 09:32a | 136,896 | SQC Tool Kit Broch to Fusion 7.31.07.pdf |
| 04/19/2007 | 03:05p | 213,074 | SQC Tool Kit Broch to PRA 4.19.07.pdf |
| 05/07/2007 | 04:01p | 216,708 | SQC Tool Kit Broch to PRA 5.7.07.pdf |
| 05/29/2007 | 05:28p | 226,075 | SQC Tool Kit Brochure 2nd round PRA comments recd 5.29.07 .pdf |
| 06/08/2007 | 10:39a | 168,712 | SQC Tool Kit Brochure to PRA 6.8.07 .pdf |
| 07/30/2007 | 11:24a | 65,754 | SQC Tool Kit letter final Layout to Fusion 7.30.07.pdf |
| 03/16/2007 | 04:12p | 67,072 | SQC Tool Kit Ltr 3.15.07.doc |
| 09/26/2006 | 05:44p | 738,390 | SQC.Racing Words Arial Rounded 9.26.06.pdf |
| 05/14/2004 | 12:10p | 161,280 | SQG040012.global messages .doc |
| 01/17/2007 | 07:27p | 6,561,792 | SQL - Schiz 1-18-07 v7.ppt |
| 10/27/2006 | 05:56p | 44,207,104 | SQL - Schiz 10-24-06 v2.ppt |
| 01/09/2007 | 09:29a | 6,492,672 | SQL - Schiz 10-24-06 v5.ppt |
| 02/01/2006 | 06:10p | 366,592 | SQL Comp Msging Presentation Final.ppt |
| 02/01/2006 | 10:02a | 1,527,808 | SQL Global Slide Kit Jan 2006.ppt |
| 02/01/2006 | 06:10p | 1,467,392 | SQL Messages Tested - for 8_8 presentation.ppt |
| 04/26/2006 | 10:03a | 261,120 | SQL tracker 05 - Dec-April .xls |
| 06/13/2006 | 11:55a | 264,704 | SQL tracker 05 - Dec-May06 .xls |
| 11/15/2006 | 04:53p | 265,728 | SQL tracker 05 - Jan05-June06 .xls |
| 01/09/2006 | 09:38a | 27,648 | SQM050006 New Copy for Open Access 1.6.doc |
| 01/17/2006 | 03:59p | 49,152 | SQM060002 Pharmacy Sell Sheet.doc |
| 01/23/2007 | 03:38p | 190,976 | SQP Professional Status Report 1.22-26.SS.doc |
| 01/29/2007 | 01:15p | 195,584 | SQP Professional Status Report 1.29-2.2.doc |
| 02/12/2007 | 03:41p | 174,080 | SQP Professional Status Report 2.12-2.16.doc |
| 02/26/2007 | 09:04p | 174,080 | SQP Professional Status Report 2.26-3.2.doc |
| 02/06/2007 | 04:53p | 177,152 | SQP Professional Status Report 2.5-2.9.doc |
| 03/12/2007 | 05:16p | 175,104 | SQP Professional Status Report 3.12-3.16.doc |
| 03/16/2007 | 02:54p | 186,368 | SQP Professional Status Report 3.19-3.23.doc |
| 03/23/2007 | 02:03p | 156,672 | SQP Professional Status Report 3.26-3.30.doc |
| 03/06/2007 | 11:27a | 177,152 | SQP Professional Status Report 3.5-3.9.doc |
| 07/16/2004 | 08:45a | 2,897,920 | SQP040007 Data Kit 7.16.doc |
| 07/23/2004 | 12:16p | 4,634,112 | SQP040007 Data Kit 7.23.doc |
| 07/26/2004 | 09:16a | 4,363,264 | SQP040007 Data Kit 7.26.doc |
| 08/16/2004 | 08:49a | 4,596,224 | SQP040007 Data Kit 8.11.doc |
| 08/16/2004 | 08:55a | 4,596,224 | SQP040007 Data Kit 8.16.doc |
| 08/05/2004 | 09:55a | 4,634,112 | SQP040007 Data Kit 8.2.doc |
| 06/29/2004 | 02:06p | 64,512 | SQP040007 Umbrella Support.5.12.doc |
| 08/23/2004 | 05:34p | 356,864 | SQP040031 comp sell sheet R2 8.13.doc |
| 05/24/2004 | 11:51a | 132,608 | SQP040032 Updated PCP.doc |
| 09/08/2004 | 04:59p | 152,064 | SQP040039 additional annotations.doc |
| 08/25/2004 | 02:29p | 179,200 | SQP040039 new copy postPRA.doc |

06/28/2004 03:59p 144,896 SQP040039 PCP CVA 2 page.doc
08/23/2004 12:43p 182,272 SQP040039 PCP CVA 6 page.doc
10/04/2004 04:27p 125,952 SQP040046 Mediscript rev.add 10.1.doc
11/10/2004 11:42a 145,920 SQP040046 Mediscripts add bullets 11.10.doc
10/13/2004 03:27p 164,864 SQP040046 Mediscripts annotated 10.8.doc
10/21/2004 01:12p 139,776 SQP040046 Mediscripts for additional layouts.doc
09/14/2004 01:40p 128,000 SQP040046 Mediscripts.doc
~~09/15/2004 06:29p 27,648 SQP040049 PCP 2p CVA Script.doc~~
09/15/2004 04:58p 28,672 SQP040049 PCP 6p CVA script.doc
09/01/2004 11:10a 33,280 SQP040051 adherence folder.doc
09/01/2004 11:08a 41,472 SQP040051 adherence guide.doc
10/01/2004 10:25a 29,696 SQP040051 adherence letter.doc
09/16/2004 04:31p 24,576 SQP040058 BusCardHold.9.16.doc
03/02/2005 05:18p 34,816 SQP040058 business cards.doc
10/21/2004 12:06p 25,600 SQP040060 inserts.doc
09/16/2004 05:59p 160,768 SQP040066.doc
02/25/2005 11:28a 24,064 SQP040067 insert.doc
09/16/2004 05:57p 157,696 SQP040067.doc
09/23/2004 08:46a 122,368 SQP040069 additional sections.doc
09/27/2004 04:33p 124,928 SQP040069 PCP CVA Guide.doc
11/09/2004 11:40a 148,992 SQP040070 PCP message card 1.doc
12/14/2004 05:11p 154,624 SQP040070 PCP message card 2.doc
10/21/2004 02:01p 146,432 SQP040071 PCP dosing card.doc
03/08/2005 06:44p 148,480 SQP050009 LTC case scenario.doc
03/15/2005 06:12p 148,480 SQP050009 PCP Direct Mail 1 UNBRANDED.doc
04/04/2005 12:27p 143,360 SQP050009 PCP Direct Mail 1. BRANDED.doc
08/23/2005 05:36p 134,144 SQP050009 PCP DM1 letter.doc
10/14/2005 09:20a 196,096 SQP050009.PCP DM1 fullfillment letter 10.13.doc
10/17/2005 02:59p 197,120 SQP050009.PCP DM1 fullfillment letter 10.17.doc
04/01/2005 11:57a 37,376 SQP050014 pocket protector.doc
06/14/2005 12:48p 24,064 SQP050016 PCP ad copy changes.doc
06/13/2005 11:34a 43,520 SQP050017 Compet Kit Wave 2.doc
03/04/2005 10:01a 29,184 SQP050022 Managed Market Messages.doc
03/15/2005 09:53a 146,432 SQP050024 PCP file card Version B.doc
03/10/2005 11:16a 139,776 SQP050024 PCP file card.doc
03/23/2005 04:27p 128,512 SQP050024 revisions 3.23.doc
03/24/2005 02:15p 30,208 SQP050026 Compet. Kit Mania.doc
03/24/2005 02:15p 36,352 SQP050026 Competitive kit dual.doc
05/18/2005 02:02p 102,912 SQP050026 Mania 5.11.doc
05/11/2005 03:27p 98,816 SQP050026 Mania.doc
03/16/2005 04:58p 46,080 SQP050028 Psych Direct Mailer.doc
03/16/2005 05:22p 47,104 SQP050028 Psych mailer3.16.doc
10/18/2005 01:00p 59,392 SQP050028 Wave 3 Abilify.doc
10/18/2005 12:59p 65,536 SQP050028 Wave 3 Risperdal.doc
10/18/2005 01:58p 66,048 SQP050028 Wave 3 Zyprexa.doc
07/06/2005 05:55p 39,424 SQP050028 Wave 3.doc
11/02/2005 02:05p 26,112 SQP050028 Zyprexa insert.doc
03/04/2005 03:23p 137,216 SQP050029 Dosing Clipboard.doc
06/08/2005 02:42p 131,584 SQP050030 PCP DM 3.doc
11/28/2005 03:51p 197,120 SQP050030 PCP DM3 Letter 11.28.doc
11/21/2005 02:46p 197,120 SQP050030 PCP DM3 Letter.doc
11/08/2005 09:09a 26,624 SQP050030 PCP DM3 magnet update.doc
07/22/2005 05:01p 37,888 SQP050031 DM#2 Letter.doc
11/30/2005 10:40a 198,144 SQP050031PCP DM 2 fulfillment letter 11.30.doc
11/30/2005 10:35a 198,144 SQP050031PCP DM 2 fullfillment letter.doc

04/26/2005 12:14p 49,664 SQP050032 psych case.doc
04/26/2005 12:16p 49,664 SQP050032 RV3 POST PRA.doc
11/29/2005 10:51a 58,368 SQP050033 PCP Case High Rx.doc
11/29/2005 10:50a 60,928 SQP050033 PCP case open to prescribe.doc
04/04/2005 12:43p 157,184 SQP050033 PCP case scenarios.doc
03/28/2005 06:21p 24,576 SQP050034 Mediscript copy.3.28.doc
03/07/2005 01:37p 130,048 SQP050034 Mediscripts annotated.doc
~~03/03/2005 04:53p 137,728 SQP050034 Mediscripts changes 3.2.doc~~
03/03/2005 04:53p 137,728 SQP0500346 Mediscripts changes 3.2.doc
06/07/2005 10:03a 54,784 SQP050043 Abilify Annotated RV1.doc
06/07/2005 10:03a 54,784 SQP050043 Abilify Annotated RV2.doc
06/09/2005 11:23a 51,200 SQP050043 Abilify Annotated RV3.doc
06/13/2005 04:51p 49,152 SQP050043 Abilify Annotated RV4.doc
06/01/2005 10:27a 50,688 SQP050043 Abilify.doc
06/08/2005 04:01p 25,600 SQP050043 fair balance.doc
07/27/2005 12:51p 38,912 SQP050043 Hospital inserts.doc
06/02/2005 03:43p 33,280 SQP050043 Psych Fulfillment Letter 1.doc
06/02/2005 03:43p 34,816 SQP050043 Psych Fulfillment Letter 2.doc
06/02/2005 03:46p 34,304 SQP050043 Psych Fulfillment Letter 3.doc
06/08/2005 04:01p 25,600 SQP050043 questionnaire.doc
06/02/2005 01:05p 53,760 SQP050043 Risperdal Annotated RV1.doc
06/07/2005 10:09a 53,760 SQP050043 Risperdal Annotated RV2.doc
06/09/2005 09:51a 51,200 SQP050043 Risperdal Annotated RV3.doc
06/13/2005 04:35p 48,128 SQP050043 Risperdal Annotated RV4.doc
06/01/2005 10:23a 49,664 SQP050043 Risperdal.doc
06/02/2005 01:09p 54,784 SQP050043 Zyprexa Annotated RV1.doc
06/07/2005 10:16a 54,784 SQP050043 Zyprexa Annotated RV2.doc
06/09/2005 10:35a 49,152 SQP050043 Zyprexa Annotated RV3.doc
06/13/2005 04:06p 47,616 SQP050043 Zyprexa Annotated RV4.doc
06/01/2005 10:49a 50,688 SQP050043 Zyprexa.doc
07/27/2005 09:54a 160,256 SQP050044 LTC bipolar case.doc
08/15/2005 05:00p 27,648 SQP050044 LTC case refs.doc
07/25/2005 04:57p 70,144 SQP050054 Akathisia Sell Sheet.doc
08/05/2005 05:18p 24,576 SQP050056 Annotations for revised PCP CVA.doc
08/25/2005 10:35a 194,048 SQP050056 PCP Gain Share CVA memo.doc
11/15/2005 12:37p 62,976 SQP050057 A.doc
11/15/2005 12:43p 61,952 SQP050057 B.doc
08/23/2005 02:41p 134,656 SQP050062 Inpatient CVA 8.19.05.doc
08/24/2005 10:24a 135,680 SQP050062 Inpatient CVA 8.24.05.doc
08/19/2005 09:18a 109,056 SQP050062 Inpatient CVA.doc
08/23/2005 05:57p 128,512 SQP050062 Outpatient CVA 8.23.05.doc
08/19/2005 02:06p 107,520 SQP050062 Outpatient CVA.doc
07/25/2005 11:50a 70,144 SQP050062 Top Ten outline.doc
07/25/2005 11:56a 70,656 SQP050062 Top Ten outlines.doc
09/01/2005 09:31p 103,424 SQP050062InpatientCVA9.1.05DavesAnnotations.doc
09/13/2005 03:02p 62,976 SQP050066 CATIE 9.13.doc
09/16/2005 08:02p 27,136 SQP050066 CATIE final refs.doc
09/06/2005 02:25p 26,112 SQP050069 insert.doc
08/26/2005 12:39p 41,984 SQP050073 PCP Dosing Card Refresh.doc
11/22/2005 05:25p 38,912 SQP050077 inserts.doc
09/08/2005 11:47a 37,376 SQP050078 Medication Change Sheet.doc
12/06/2005 09:05p 123,904 SQP050090 inpatient cva guide.doc
01/03/2006 12:09p 129,024 SQP050090 inpatient.doc
12/06/2005 09:04p 119,296 SQP050090 outpatient cva guide.doc
12/28/2005 05:01p 127,488 SQP050090 outpatient.doc

11/28/2005 01:02p 60,416 SQP050091.doc
12/21/2005 05:55p 64,512 SQP050093.doc
05/03/2006 09:37a 58,880 SQP060013 Hospital case Mania.doc
05/11/2006 10:55a 132,608 SQP060014CVAGuide.doc
02/22/2006 04:12p 3,388,928 SQP060024 corner panels.doc
02/23/2006 11:43a 3,399,168 SQP060024 corner panelsv2.doc
02/22/2006 04:43p 3,400,704 SQP060024 corner panelsv3.doc
02/23/2006 11:56a 3,401,216 SQP060024 corner panelsv4.doc
05/04/2006 05:11p 54,784 SQP060027.doc
08/03/2006 01:10p 58,368 SQP060047 Metabolic Fact Sheet.doc
10/26/2006 02:46p 24,064 SQP060057 copy insert.doc
10/23/2006 03:57p 37,888 SQP060057 V2.doc
10/11/2006 12:31p 30,720 SQP060057.doc
10/27/2006 06:37p 35,328 SQP060060 corner modules.doc
10/25/2006 03:41p 26,112 SQP060060 Important Safety Information.doc
01/29/2007 12:44p 103,424 SQP060061 Rev 1_26_07 DML .doc
01/16/2007 11:51a 89,088 SQP060061 Rev v2 01 11 07.doc
01/26/2007 05:56p 101,888 SQP060061 Rev2 1_26_07 DML .doc
01/11/2007 11:46a 87,040 SQP060061 Revised 01 10 07.doc
01/25/2007 09:36a 107,520 SQP060061 Revised 01 22 07 LM Comments1DMLComments1.doc
01/19/2007 03:39p 86,528 SQP060061 Revised 01 22 07.doc
02/28/2007 04:45p 23,040 SQP070010 insert A.doc
03/01/2007 08:47a 20,992 SQP070011 insert D.doc
05/17/2007 04:20p 490,496 SQP070029 - Paper CVA.doc
07/18/2007 06:45p 37,888 SQP070029 copy inserts 7.18.07.doc
03/13/2007 09:15p 44,544 SR animation.pps
12/07/2005 12:37p 384,608 SR MockSales Aid_r7-- FINAL AS COMP.pdf
12/01/2005 11:01a 387,975 SR MockSales Aid_r7.pdf
01/09/2007 04:22p 61,952 SSH styled som and hyp patch.doc
01/10/2007 04:24p 65,024 SSH styled som and hyp.doc
04/27/2006 09:52a 60,416 State Hospital Case Scenario 12.22.doc
01/15/2007 06:23p 261,120 Status Report 1.15.07.doc
01/26/2007 11:20a 260,608 Status Report 1.26.07.doc
01/29/2007 09:44a 263,680 Status Report 1.29.07.doc
10/05/2006 05:19p 640,512 Strategy framework_10.3.06v12.ppt
03/07/2005 03:58p 22,016 STRING 3.7.doc
09/11/2007 03:02p 222,720 Study 004 manuscript - Final for journal psychiatry2007 - no refman.doc
04/11/2007 10:48a 223,232 Study 132 manuscript (FINAL VERSION FOR SUBMISSION).doc
08/13/2004 02:36p 106,496 Style Guide for SEROQUEL (Bipolar).doc
12/17/2003 11:00a 158,208 Style Guide for SEROQUEL (Schizophrenia).doc
10/12/2006 10:24a 141,824 Style Guide for SEROQUEL.doc
01/12/2007 03:18p 144,384 Style Guide for SEROQUEL_1.12.07.doc
01/02/2007 01:27p 548,510 Summary of Comments on SQC Database Yr End Letters_ letter1_PRA comments 1.2.07.pdf
01/02/2007 01:27p 549,159 Summary of Comments on SQC Database Yr End Letters_ letter2_PRA comments 1.2.07.pdf
10/04/2005 11:14a 60,928 SZ Open Access v6 10.04.doc
11/16/2005 11:05a 57,856 SZ Open Access v6.doc
11/13/2006 05:46p 3,996,889 Tablet-Efficacy-HCP.r5.pdf
11/13/2006 05:46p 2,862,895 Tablet-Know the facts-PCP.r4.pdf
11/08/2006 05:33p 101,966 Tablet-Safety-Medical Care (0900a9ae803751d9).pdf
11/08/2006 05:29p 100,018 Tablet-Safety-SC (0900a9ae803751a5).pdf
04/22/2003 02:44p 34,304 targeted memo[LH].doc
02/12/2007 09:31a 489,864 TD304_1_MADRS.pdf
02/12/2007 09:37a 186,681 TD304_2_HAMA.pdf

02/12/2007 09:37a 282,364 TD304_3_HAMD.pdf
02/12/2007 09:36a 33,570 TD304_6_PRO.pdf
09/20/2006 12:53p 33,570 TD304_6_PRO2.pdf
02/02/2005 04:05p 1,125,888 TerriForwork.xls
02/12/2007 09:33a 156,304 Thase APA 2006.pdf
03/25/2005 03:13p 39,936 Theater panels.doc
01/05/2005 07:05p 26,624 Tool concept copy.doc
~~10/24/2006 06:11p 969,728 Trial 132 Slide Set draft V6 - FINAL (sentPAJ 3Oct06).ppt~~
10/24/2006 06:11p 969,728 Trial 132 Slides.ppt
12/15/2006 01:30p 202,240 UK Seroquel IR Bipolar-Final Report.ppt
12/15/2006 01:30p 252,928 UK Seroquel Schizophrenia IR-Draft Report 121406.ppt
12/14/2006 04:50p 178,688 UK Seroquel SR- Draft Report 121406.ppt
03/19/2005 12:00a 121,344 Umbrella Messages Means Cross-Tabs.xls
03/06/2007 03:29p 62,976 Updated PRA Tent Card 3_06_07.doc
02/22/2007 04:33p 128,030,208 Updated Topline Deck with Slides Hid for Deletion_021407.ppt
03/23/2007 08:39p 32,256 User 246554 3.23.07.doc
03/18/2003 06:05p 271,872 US_Bipolar_CWP_v10.ppt
03/12/2003 06:42p 263,680 US_Bipolar_CWP_v5.ppt
08/05/2005 03:23p 92,160 verb05-10692_Racing Thoughts.xls
08/05/2005 03:24p 84,992 verb05-10692_String.xls
10/11/2002 08:13p 167,424 Version B.ppt
03/28/2006 05:13p 35,840 Versions of Fair balance2.doc
06/15/2005 03:56p 24,064 weight fair balance.doc
05/22/2003 01:27p 20,480 Weight Gain Education Sell Sheet est .xls
11/29/2007 03:57p <DIR> Weight Gain_Diabetes
12/30/2003 07:10p 19,456 Weight12-30.doc
02/12/2007 09:33a 143,882 Weisler APA 2006.pdf
02/01/2006 04:57p 9,510,912 Well Accepted Refresh Work 2003.ppt
03/23/2005 06:50p 83,968 white paper b.doc
02/13/2003 09:28p 70,656 white paper draft 2-13[LH].doc
02/01/2002 01:06p 26,624 Workshop CVA intro_1.doc
02/06/2002 05:17p 32,768 Workshop CVA Script.doc
02/06/2002 05:17p 21,504 Workshop Spread 4 CVA.doc
02/06/2002 05:17p 23,552 Workshop Spread 5 CVA.doc
06/18/2007 12:01p 10,434,560 XR 2007-08 Planning Prep Presentation 6.18.07.ppt
06/19/2007 06:22p 10,423,296 XR 2007-08 Planning Prep Presentation 6.18.07_Revising.ppt
06/14/2007 10:41p 7,353,856 XR 2007-08 PlanningREvised_6.14.07.ppt
06/05/2007 09:34p 6,977,024 XR 2007-08 Planning_6.5.07.ppt
05/01/2007 12:20p 98,304 XR Announcement Card option 1.doc
05/01/2007 12:26p 95,232 XR Announcement Card option 2.doc
04/30/2007 05:46p 499,712 XR Announcement Card.doc
05/23/2007 05:05p 52,224 XR Patient Tear Pad Creative Brief 5.22.07 Rev.doc

06/04/2007 05:19p 69,632 XR Patient Tear Pad Creative Brief 6.4.07 Rev 2.doc
08/14/2007 01:11p 779,776 XR Relapse Schizophrenia Data_study 004.ppt
09/11/2007 02:50p 445,952 XR SCZ Relapse Kick-off PPT 0911.ppt
09/07/2007 02:58p 478,208 XR SCZ Relapse Kick-off PPT.ppt
03/14/2006 03:51p 88,576 Zenmark summary document.doc
07/11/2005 09:40p 491,008 Zyprexa competitive messages.ppt
07/11/2005 10:14p 492,544 Zyprexa competitive messagesw-labels.ppt
07/12/2005 10:49a 184,832 Zyprexa Competitive Sell Sheet Memo.doc
10/12/2005 11:02a 192,000 Zyprexa Fulfillment Letter 10.12.doc
09/14/2005 05:56p 188,928 Zyprexa Fulfillment Letter 9.14.doc
03/20/2006 08:02p 283,856 zyprexa-pi.pdf
09/06/2007 10:55a 12,713,984 ~3238094.ppt

1328 File(s) 2,971,376,268 bytes

Directory of Seroquel - Search Results\Results for text search for the word weight gain\Seroquel Web page used for Schiz Tear Pad 2_files

```
11/29/2007  03:57p    <DIR>          .
11/29/2007  03:57p    <DIR>          ..
07/11/2006  10:27a           1,888 az_ftr_logo.gif
07/11/2006  10:27a             442 contact.us_w_bluebg.gif
07/11/2006  10:27a           4,238 cope_btn.gif
07/11/2006  10:27a              48 dropdown_nav_arrow.gif
07/11/2006  10:27a              43 F32F95.gif
07/11/2006  10:36a             899 general.css
07/11/2006  10:27a          11,679 general.js
07/11/2006  10:27a             307 go_btn_w_bluebg.gif
07/11/2006  10:27a           5,646 menu.js
07/11/2006  10:27a           1,049 menu_support.js
07/11/2006  10:27a          19,294 Schizo_on_main_img.jpg
07/11/2006  10:27a              43 schiz_search_spacer.gif
07/11/2006  10:27a           1,893 sch_home_btn_btm.gif
07/11/2006  10:27a           2,693 sch_home_btn_mid_up.gif
07/11/2006  10:27a           3,142 sch_nav_1_on.home_up.gif

07/11/2006  10:34a           2,685 sch_nav_2_understand.sch_up.gif
07/11/2006  10:34a           2,828 sch_nav_3_understand.s_on.gif
07/11/2006  10:27a           2,747 sch_nav_5_how.to_up.gif
07/11/2006  10:27a           2,541 sch_nav_5_stayingbest_up.gif
07/11/2006  10:27a             309 search_w_bluebg.gif
07/11/2006  10:27a           6,432 Seroquel_logo.gif
07/11/2006  10:27a             786 sign.up_w_bluebg.gif
07/11/2006  10:28a              43 spacer.gif
            23 File(s)        71,675 bytes
```

Directory of Seroquel - Search Results\Results for text search for the word weight gain\Seroquel Web page used for Schiz Tear Pad 3_files

```
11/29/2007  03:57p    <DIR>          .
11/29/2007  03:57p    <DIR>          ..
07/11/2006  10:27a           1,888 az_ftr_logo.gif
07/11/2006  10:27a             442 contact.us_w_bluebg.gif
07/11/2006  10:27a           4,238 cope_btn.gif
07/11/2006  10:27a              43 F32F95.gif
07/11/2006  10:37a             899 general.css
07/11/2006  10:27a          11,679 general.js
07/11/2006  10:27a             307 go_btn_w_bluebg.gif
07/11/2006  10:27a           5,646 menu.js
07/11/2006  10:27a           1,049 menu_support.js
07/11/2006  10:27a          19,294 Schizo_on_main_img.jpg
07/11/2006  10:27a              43 schiz_search_spacer.gif
07/11/2006  10:27a           1,893 sch_home_btn_btm.gif
07/11/2006  10:27a           2,693 sch_home_btn_mid_up.gif

07/11/2006  10:27a           3,142 sch_nav_1_on.home_up.gif
07/11/2006  10:34a           2,685 sch_nav_2_understand.sch_up.gif
07/11/2006  10:27a           2,844 sch_nav_3_understand.s_up.gif
```

07/11/2006 10:27a 2,747 sch_nav_5_how.to_up.gif
07/11/2006 10:27a 2,541 sch_nav_5_stayingbest_up.gif
07/11/2006 10:27a 309 search_w_bluebg.gif
07/11/2006 10:27a 6,432 Seroquel_logo.gif
07/11/2006 10:27a 786 sign.up_w_bluebg.gif
21 File(s) 71,600 bytes

Directory of Seroquel - Search Results\Results for text search for the word weight gain\Seroquel Web page used for Schiz Tear Pad_files

11/29/2007 03:57p <DIR> .
11/29/2007 03:57p <DIR> ..
07/11/2006 10:27a 1,888 az_ftr_logo.gif
07/11/2006 10:27a 442 contact.us_w_bluebg.gif
07/11/2006 10:27a 4,238 cope_btn.gif
07/11/2006 10:27a 48 dropdown_nav_arrow.gif
07/11/2006 10:27a 43 F32F95.gif
07/11/2006 10:32a 899 general.css
07/11/2006 10:27a 11,679 general.js
07/11/2006 10:27a 307 go_btn_w_bluebg.gif
07/11/2006 10:27a 5,646 menu.js
07/11/2006 10:27a 1,049 menu_support.js
07/11/2006 10:27a 19,294 Schizo_on_main_img.jpg
07/11/2006 10:27a 43 schiz_search_spacer.gif
07/11/2006 10:27a 1,893 sch_home_btn_btm.gif
07/11/2006 10:27a 2,693 sch_home_btn_mid_up.gif
07/11/2006 10:27a 3,142 sch_nav_1_on.home_up.gif
07/11/2006 10:27a 2,692 sch_nav_2_understand.sch_on.gif
07/11/2006 10:27a 2,844 sch_nav_3_understand.s_up.gif
07/11/2006 10:27a 2,747 sch_nav_5_how.to_up.gif
07/11/2006 10:27a 2,541 sch_nav_5_stayingbest_up.gif
07/11/2006 10:27a 309 search_w_bluebg.gif
07/11/2006 10:27a 6,432 Seroquel_logo.gif
07/11/2006 10:27a 786 sign.up_w_bluebg.gif
07/11/2006 10:28a 43 spacer.gif
23 File(s) 71,698 bytes

Directory of Seroquel - Search Results\Results for text search for the word weight gain\Weight Gain_Diabetes

11/29/2007 03:57p <DIR> .
11/29/2007 03:57p <DIR> ..
10/18/2005 02:21p 35,840 Job Req - Diabetes Weight Gain Refresh&Memo.doc
1 File(s) 35,840 bytes

17581174\V-1