

**SONNENSCHEIN NATH & ROSENTHAL LLP**

Rachel G. Balaban
*212 768-6921*
rbalaban@sonnenschein.com

1221 Avenue of the Americas
New York, NY 10020-1089
212.768.6700
212.768.6800 fax
www.sonnenschein.com

December 6, 2007

<u>Via Electronic Mail</u>

Holly M. Wheeler
Blizzard, McCarthy & Nabers, LLP
Lyric Centre Building
440 Louisiana, Suite 1710
Houston, Texas 77002-1689

    Re:    <u>Seroquel Products Liability Litigation; MDL No. 1769; Subpoenas
served on Klemtner Advertising, Inc. and Saatchi & Saatchi Healthcare</u>

Dear Ms. Wheeler:

    I write to follow-up on my letter to you dated November 30, 2007 providing you with the additional information we have spent time putting together in response to your additional requests. I also sent you an e-mail yesterday to ask if you have had an opportunity to review the information so we can reach a final agreement on the discovery sought from non-parties Klemtner Advertising, Inc. and Saatchi & Saatchi Healthcare ("Saatchi"). In addition, as I asked in my e-mail, I need you to inform me if you want copies of the hard copy job files in color (as per the pricing that I provided you with) so we can begin copying those files for production. I would appreciate you getting back to me at your earliest convenience.

    In addition, in accordance with the Court's request, for the years 2001 through 2006, the net revenue received by Saatchi relating to the work it has done for AstraZeneca on Seroquel is approximately $21.5 million. This information is to be kept confidential under the Protective Order in the underlying litigation dated September 19, 2007. As such, it should be submitted to the Court under seal so that it is not part of the public record in the underlying litigation. Please also include my November 30, 2007 letter to the Court in your submission requested at the last hearing.

                              Sincerely,

                                Rachel Balaban



cc: Kenneth Friedman, Esq.

Brussels   Charlotte   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix   St. Louis
San Francisco   Short Hills, N.J.   Silicon Valley   Washington, D.C.   West Palm Beach