

**BLIZZARD, MCCARTHY & NABERS, LLP**

ATTORNEYS AT LAW

Lyric Centre Building
440 Louisiana, Suite 1710
Houston, Texas 77002-1689

Telephone 713-844-3750
Facsimile 713-844-3755

www.blizzardlaw.com

December 7, 2007

<u>*Via Electronic Mail*</u>
Rachel G. Balaban, Esq.
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020

   Re: *In Re: Seroquel Products Liability Litigation; MDL No. 1769; Subpoenas served on Klemtner Advertising and Saatchi & Saatchi Healthcare*

Dear Ms. Balaban:

  Thank you for speaking with me this morning. Plaintiffs and Saatchi have agreed that Saatchi will produce copies of the 110 hard copy job files. You indicated the rolling production likely will begin the week of December 17, 2007. Plaintiffs and AstraZeneca have agreed to share the color copying costs.

  Plaintiffs agree that Saatchi can specifically identify the projects (by job number and title) for which documents could not be located after a reasonable search in its sworn answers to the Deposition Upon Written Questions rather than preparing an affidavit as we previously proposed. You indicated you would discuss this option with your client and let me know if they agree.

  We discussed the electronic production issue and plaintiffs' request that the matter be referred to Special Master Ball. While you have advised that Saatchi is not necessarily opposed to this option, you have asked that I request that any discussions between Special Master Ball and the parties take place over the telephone or in New York. I believe Special Master Ball will decide how he wants to conduct the interview(s); however, I will include Saatchi's request in my report to the court. We too would like to see this matter resolved as economically and expeditiously as possible.

          Yours truly,

          Holly M. Wheeler

cc: Kenneth Friedman
   Scott Allen


PLAINTIFF'S EXHIBIT E