## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

```
-------------------------------------------------- X
                                                   :    Case No.
IN RE:  SEROQUEL PRODUCTS                           :    6:06-MD-1769-ORL-ACC-22DAB
LIABILITY LITIGATION                                :
                                                   :
                                                   :
-------------------------------------------------- X
                                                   :
THIS RELATES TO ALL CASES                           :
                                                   :
                                                   :
-------------------------------------------------- X
```

## ASTRAZENECA PHARMACEUTICALS LP'S AND ASTRAZENECA LP'S NOTICE OF FILING

Plaintiffs have served subpoenas on Planet Data Solutions, Inc. (hereinafter, "Planet Data") issued from the United States District Court for the Southern District of New York, and on Zantaz, Inc. (hereinafter, "Zantaz") issued from the United States District Court for the Northern District of California.  Planet Data and Zantaz are both litigation support firms that assisted AstraZeneca Pharmaceuticals LP and AstraZeneca LP (hereinafter, "the AstraZeneca Defendants") with the production of electronically stored information ("ESI").  The subpoenas seek discovery into the litigation support work performed by these firms, apparently in connection with the sanctions hearing set for January 28, 2008.

In response, the AstraZeneca Defendants filed papers in the Southern District of New York and the Northern District of California to refer the matters to this Court for resolution or, in the alternative, to quash the subpoenas or issue protective orders.   In their papers, the AstraZeneca Defendants noted that referral of these matters to this Court is unopposed by Plaintiffs.

This Court has indicated in status hearings that it will encourage other courts facing discovery motions relating to the Seroquel litigation to send them to the MDL for resolution. In addition, this Court has set a hearing on December 18, 2007 to specifically consider concerns relating to the discovery at issue here. *See* Order of November 20, 2007 Doc. No. 706 ("Matters as to . . . possible discovery needed for preparing for the Hearing [on sanctions issues] will be considered at the next Status Conference").

Accordingly, in connection with the December 18, 2007 hearing, the AstraZeneca Defendants, by and through its undersigned counsel, hereby give Notice of Filing the following:

1.    The AstraZeneca Defendants' Notice of Motion to Refer Matter to Underlying MDL Court (Which Relief is Unopposed) or, in the Alternative, to Quash Subpoenas or Issue Protective Order filed in Miscellaneous Action No. M8-85 in the United States District Court for the Southern District of New York (Exhibit 1).

2.    The AstraZeneca Defendants' Memorandum of Law in Support of Motion to Refer Matter to Underlying MDL Court (Which Relief is Unopposed) or, in the Alternative, to Quash Subpoenas or Issue Protective Order filed in Miscellaneous Action No. M8-85 in the United States District Court for the Southern District of New York (Exhibit 2).

3.    The Declaration of Robert L. Ciotti in Support of the AstraZeneca Defendants' Motion to Refer Matter to Underlying MDL Court (Which Relief is Unopposed) or, in the Alternative, to Quash Subpoenas or Issue Protective Order filed in Miscellaneous Action No. M8-85 in the United States District Court for the Southern District of New York (Exhibit 3).

4.    The AstraZeneca Defendants Notice of Motion and Motion to Refer Matter to Underlying MDL Court (Which Relief is Unopposed) or, in the Alternative, to Quash Subpoenas

or Issue Protective Order filed in the Miscellaneous Action in the United States District Court for the Northern District of California (Exhibit 4).

5.      The Declaration of Chris S. Coutroulis in Support of Defendants' Notice of Motion and Motion to Refer Matter to Underlying MDL Court (Which Relief is Unopposed) or, in the Alternative, to Quash Subpoenas or Issue Protective Order filed in the Miscellaneous Action in the United States District Court for the Northern District of California (Exhibit 5).

6.      The AstraZeneca Defendants' Proposed Order granting Motion to Refer Matter to the MDL filed in the Miscellaneous Action in the United States District Court for the Northern District of California (Exhibit 6).

7.      A proof of service  filed in the Miscellaneous Action in the United States District Court for the Northern District of California (Exhibit 7).

Dated: December 13, 2007

Respectfully submitted,

s/ Chris S. Coutroulis
Chris S. Coutroulis
Florida Bar No. 300705
CARLTON FIELDS, P.A.
Corporate Center Three at
International Plaza
Suite 1000
4221 W. Boy Scout Boulevard
Tampa, FL  33607
(813) 223-7000
(813) 229-4133 (fax)
ccoutroulis@carltonfields.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 13th of December, 2007, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system.  I further certify that the foregoing

document and the notice of electronic filing was served on Plaintiffs' Liaison Counsel in

accordance with CMO No. 1.

<div style="margin-left:40%">

s/ Chris S. Coutroulis
Chris S. Coutroulis
Florida Bar No. 300705
CARLTON FIELDS, P.A.
Corporate Center Three at
International Plaza
Suite 1000
4221 W. Boy Scout Boulevard
Tampa, FL  33607
(813) 223-7000
(813) 229-4133 (fax)
ccoutroulis@carltonfields.com

</div>

## SERVICE LIST

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>***Plaintiffs' Lead Counsel*** | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca***<br>***Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen***<br>***Pharmaceutical Products and Johnson &***<br>***Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP***<br>***and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |