D. CHRIS BURDETT (No. 230342)
chris.burdett@dechert.com
FRANCE JAFFE (No. 217471)
france.jaffe@dechert.com
DECHERT LLP
One Maritime Plaza
Suite 2300
San Francisco, California 94111-3514
Telephone:  415.262.4500
Facsimile:   415.262.4555

Attorneys for Defendants
ASTRAZENECA PHARMACEUTICALS LP
AND ASTRAZENECA LP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION | Case No.: Miscellaneous Action<br><br>(Underlying action in Middle District of Florida, Orlando Division; Case No. 6:06-md-1769-Orl-22DAB; MDL DOCKET NO. 1769 (ALL CASES))<br><br>[PROPOSED] ORDER<br>(28 U.S.C. § 1407; Fed. R. Civ. P. 26(c) and 45(c)(3)(A)(iii))<br><br>Date:    December 20, 2007<br>Time:   8:00 a.m.<br>Dep't:   Courtroom 9, 19th Floor<br>Judge:  Honorable William H. Alsup<br>              (as General Duty Judge) |

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

EXHIBIT 6

The motion of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca") to refer this matter for resolution to the MDL Court in the Middle District of Florida came on for hearing on December 20, 2007, in Courtroom 9, United States District Court for the Northern District of California, San Francisco Division, the Honorable William H. Alsup presiding. After full consideration of the papers filed in connection with the motion and the arguments of counsel, AstraZeneca's motion to refer this matter to the MDL Court is hereby GRANTED.

IT IS SO ORDERED.

Dated:_____

_____
Honorable William H. Alsup
United States District Court Judge

[PROPOSED] ORDER