UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to ALL CASES

JOINT STATUS REPORT, AGENDA, AND
MOTION TO ALLOW ELECTRONIC EQUIPMENT

December 18, 2007 Status Conference

The MDL Plaintiffs and Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca"), by and through their counsel, respectfully submit this Joint Status Report, Agenda, and Motion to Allow Electronic Equipment at the December 18, 2007 Status Conference.

I.      STATUS REPORT

As of December 11, 2007, AstraZeneca was defending approximately 8,208 served or answered Seroquel cases, with a total of 12,406 plaintiff groups, pending in federal and state courts. Approximately 93 additional cases with 93 plaintiff groups have been filed but not yet served on AstraZeneca. The federal/state breakdown of served cases and plaintiffs is as follows:

|         | Number of Cases | Number of Plaintiffs |
|---------|-----------------|----------------------|
| **Federal** | 5,696           | 5,698                |
| **State**   | 2,512           | 6,708                |

-1-

-2-

Of the Seroquel cases in federal court, approximately 5,666 are currently in this MDL. An additional 30 cases with 32 plaintiffs have been tagged for transfer to this MDL. It is expected that other federal cases will eventually be tagged and transferred to this MDL. Approximately 1,595 MDL cases have been dismissed thus far – 392 by stipulation and 1,203 by Court order.

## II.   MOTIONS

The following motions are pending before the Court:

A.   AstraZeneca's Motions to Dismiss for Failure to Serve Plaintiff Fact Sheets and Medical Record Authorizations and for Failure to Verify Plaintiff Fact Sheets. AstraZeneca filed such motions in approximately 2,132 cases. To date, approximately 759 of these plaintiffs have served or supplemented their Fact Sheets, 154 have stipulated to the dismissal of their cases, and 1,203 have been dismissed pursuant to Court Order. Approximately 16 motions for dismissal with prejudice, filed on or after July 6, 2007, are pending.

B.   Plaintiffs' Motion for Sanctions Due to Misconduct in Case-Specific Discovery (Doc. 604). AstraZeneca responded to Plaintiffs' motion (Doc. No. 641), and the Court referred this matter to the SM-PMO (Doc. No. 638).

C.   Plaintiffs' Motion for Leave to Lodge Allegedly "Confidential" Materials and for a Determination Regarding Confidentiality (Doc. Nos. 610, 611, 635). AstraZeneca has responded to Plaintiffs' motion (Doc. Nos. 645-647), and the Court has given Plaintiffs the opportunity to submit the documents for *in camera* review (Doc. No. 688).

D.   Plaintiffs' Motion to Compel Defendants' Responses to Requests for Production of Documents (Doc. Nos. 629, 630). AstraZeneca responded to Plaintiffs'

Motion (Doc. No. 662), and the Court ordered the Parties to meet and confer and file a statement of narrowed issues by December 14, 2007 (Doc. No. 688).

E.  Plaintiffs' Motion to Compel Discovery of Documents Reviewed by Witnesses in Preparation for Depositions (Doc. No. 711). AstraZeneca has responded to Plaintiffs' Motion (Doc. No. 724).

F.  AstraZeneca's Motion for Clarification and/or Reconsideration of Report and Recommendation Regarding the Amended Schedule for General Discovery and Trial and Case Management of Florida Cases (Doc. No. 728). Plaintiffs' Response is due on December 14, 2007.

G.  Third-Party Discovery Motions and related pleadings filed or transferred to this Court:

1.  Motion for a Protective Order by Parexel MMS (Doc. No. 651); Plaintiffs' Opposition to Motion for Protective Order (Doc. No. 652); Plaintiffs' Motion to Compel Non-Party Documents (Doc. No. 654); Parexel MMS's Opposition to Motion to Compel (Doc. No. 655); and Request for Oral Argument by Parexel MMS (Doc. No. 667). Oral Argument was heard on these motions on November 28, 2007, and the Court issued an Order establishing certain discovery deadlines on November 29, 2009 (Doc. No. 723).

2.  Plaintiffs' Motion to Compel Non-Party Documents from Non-Parties Harris Interactive, Inc.; Klemtner Advertising, Inc.; Saatchi & Saatchi Healthcare; and Edelman, Inc. (Doc. Nos. 666, 668-669); Motion for Protective Order by Klemtner Advertising, Inc. and Saatchi & Saatchi Healthcare (Doc. No. 670, 671); Motion to Quash Subpoena *Duces Tecum* by Edelman, Inc. (Doc. No. 672-673);

Supplemental Submission of Non-Party Edelman, Inc. (Doc. No. 715); Report on Status of Negotiations (Doc. No. 717); AstraZeneca's Statement Regarding Edelman Documents (Doc. No. 719); and Second Report on Status of Negotiations (Doc. No. 734). Oral Argument was heard on these motions on November 20 and 28, 2007, and the Court issued an Order establishing certain discovery deadlines on November 29, 2009 (Doc. No. 723).

**III.    AGENDA**

    **A.**    **Evidentiary Hearing.**  The Parties would like to discuss their positions on the scope of the evidentiary hearing scheduled for January 28, 2008, including:

        1.    Procedure for Disclosure of Exhibits and Stipulations to Admissibility; and

        2.    Discovery in Preparation for Hearing.

    **B.**    **Plaintiffs would like to discuss the following issues:**

        1.    Duties of Special Master-ESI;

            a.    Determinations of Relevance and Discoverability of ESI;

            b.    Arbiter of Disputes Over Authentication of ESI;

        2.    Status of Plaintiff's Motion for Sanctions Due to Misconduct in CSD;

        3.    Procedure for Filing of "Confidential" Materials;

        4.    Issues related to third party discovery;

        5.    Issues related to alleged fact sheet deficiencies;

        6.    Procedure for Reporting by Special Master-ESI; and,

        7.    Ongoing duties to supplement production of discovery materials.

.

    C.    **AstraZeneca would like to discuss the following issues:**

        1.    Issues regarding confidential documents; and

        2.    Issues relating to generic and case-specific discovery.

## IV. MOTION TO ALLOW ELECTRONIC EQUIPMENT

Counsel for the MDL Plaintiffs and for AstraZeneca, pursuant to Middle District Local Rule 4.11(b), hereby seek Court approval for their use of electronic equipment at the December 18, 2007 Status Conference, and as grounds therefore would show as follows:

    A.    The following plaintiffs' counsel seek to utilize BlackBerry email devices, cell phones without camera capabilities, and a laptop computer to facilitate communication with their offices regarding discovery issues and access to their calendars for scheduling purposes during the status conference.

        1.    Ed Blizzard (BlackBerry, cell phone);

        2.    Tom Pirtle (BlackBerry, cell phone);

        3.    Paul Pennock (BlackBerry, cell phone, laptop computer);

        4.    Jonathan Sedgh (BlackBerry, cell phone);

        5.    Ken Bailey (BlackBerry);

        6.    Camp Bailey (BlackBerry);

        7.    Scott Allen (BlackBerry, cell phone);

        8.    Holly Wheeler (BlackBerry, cell phone);

        9.    Rick Laminack (BlackBerry, cell phone);

        10.    Buffy Martines (BlackBerry, cell phone);

        11.    Larry Gornick (BlackBerry, cell phone, laptop computer);

        12.    Dennis Canty (BlackBerry, cell phone, laptop computer);

       13.    Fletch Trammell (BlackBerry);

       14.    Ken Smith (laptop computer);

       15.    Larry Roth (cell phone);

       16.    Robert Cowan (BlackBerry); and

       17.    Elizabeth Williams (cell phone).

B.    The following counsel for AstraZeneca seek to utilize BlackBerry email devices and cell phones without camera capabilities to facilitate the scheduling of subsequent hearings and conferences in the above-captioned matter and to allow counsel to obtain information responsive to issues that may arise during the conference.

       1.    Benjamin R. Barnett (cell phone, BlackBerry);

       2.    Robert L. Ciotti (cell phone, BlackBerry, laptop computer);

       3.    Kathryn L. Connelly (cell phone, BlackBerry);

       4.    Chris S. Coutroulis (cell phone, BlackBerry);

       5.    James J. Freebery (cell phone, BlackBerry);

       6.    Hope S. Freiwald (cell phone, BlackBerry);

       7.    Fred T. Magaziner (cell phone, BlackBerry);

       8.    Luke Mette (cell phone, BlackBerry);

       9.    Robert W. Pass (cell phone BlackBerry);

       10.    Shane T. Prince (cell phone, BlackBerry, laptop computer);

       11.    Christin Bassett (cell phone, BlackBerry);

       12.    Brennan J. Torregrossa (cell phone, BlackBerry); and

       13.    Russell O. Stewart (cell phone, BlackBerry).

-7-

        C.      Counsel for the parties represent, pursuant to Middle District Local Rule 4.11(b), that these devices will be switched to "silent activation mode" while in the courtroom.

Respectfully submitted on this the 13th day of December, 2007,

| | |
|---|---|
| /s/ Paul Pennock | /s/ Fred T. Magaziner |
| Paul Pennock | Fred T. Magaziner |
| Weitz & Luxenberg, P.C. | DECHERT LLP |
| 180 Maiden Lane - 17th Floor | 2929 Arch Street |
| New York, NY 10038 | Philadelphia, PA  19103 |
| Telephone: (212) 558-5504 | Telephone: (215) 994-4000 |
| Ppennock@weitzlux.com | Facsimile: (215) 994-2222 |
| | fred.magaziner@dechert.com |
| Camp Bailey | |
| Bailey Perrin Bailey LLP | *Counsel for AstraZeneca Pharmaceuticals* |
| The Lyric Centre | *LP and AstraZeneca LP* |
| 440 Louisiana, Suite 2100 | |
| Houston, TX 77002 | |
| Telephone: (713) 425-7232 | |
| cbailey@bpblaw.com | |

*Co-Lead Counsel for Plaintiffs*

-8-

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 13th of December, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that the foregoing document and the notice of electronic filing was served on Defendants' Counsel in accordance with CMO No. 1.

/s/ K. Camp Bailey

# SERVICE LIST

## In Re: Seroquel Products Liability Litigation
## MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>**Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>**Attorney for Defendant, Marguerite Devon French** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>**Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>**Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>**Attorney for Defendant Dr. Asif Habib** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

-12-

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |