UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br><br>MDL Docket No. 1769<br><br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB |

**PLAINTIFFS' AND ASTRAZENECA'S STATEMENT OF NARROWED ISSUES RELATING TO PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to this Court's order of November 16, 2007 (Doc. No. 688), the parties submit this statement of narrowed issues relating to Plaintiffs' Motion to Compel Defendants' Responses to Requests for Production of Documents (Doc. No. 629) ("Plaintiffs' Motion") and AstraZeneca's Opposition to Plaintiffs' Motion to Compel Defendants' Responses to Requests for Production of Documents (Doc. No. 662) ("AstraZeneca's Opposition").

The parties have met and conferred on the remaining issues relating to the following: (1) Plaintiffs' First Request for Production ("Clinical Requests"); (2) Plaintiffs' Second Request for Production ("Marketing Requests"); (3) Plaintiffs' Third Request for Production ("Sales Requests"); and (4) Plaintiffs' Fourth Request for Production ("PRA Requests"). The issues on which the parties could not reach an agreement are as follows:

**A.     FIRST REQUESTS**

1. Request No. 14 – Drafts of package inserts, patient information sheets and Dear Doctor/Healthcare Provider letters relating to Seroquel that were prepared for the United

Kingdom, Australia, Canada, Japan, and Sweden and any existing English translations (Plaintiffs' Motion, pp. 8-9; AstraZeneca's Opposition, pp. 7-8).

2.  Request No. 23 - Internal and external communications, including emails, regarding protocols for clinical study 125 (Plaintiffs' Motion, p. 15; AstraZeneca's Opposition, p. 10).

3.  Request No. 58 – Communications between members of the Benefit/Risk Team for Seroquel (Plaintiffs' Motion, p. 16; AstraZeneca's Opposition, p. 10).

4.  Request No. 67 – Notes regarding contacts with any foreign regulatory authority in the United Kingdom, Australia, Canada, Japan, Sweden and Netherlands relating to Seroquel (Plaintiffs' Motion, p. 16; AstraZeneca's Opposition, p. 11).

5.  Request No. 75 – UK Marketing Authorization Applications relating to Seroquel (Plaintiffs' Motion, p. 17; AstraZeneca's Opposition, pp. 11-12).

**B.   MARKETING REQUESTS**

1.  Request No. 2 – Notes relating to Seroquel taken by members of the teams identified in Request No. 1 (Plaintiffs' Motion, p. 18; AstraZeneca's Opposition, p. 13).

2.  Request No. 3 – Communications relating to Seroquel between members of the following teams: (1) Brand and Portfolio Management Team; (2) Global Publications Team; (3) Global Marketing Team; (4) Operations and Portfolio Management Team; (5) Public Relations Team; (6) Seroquel Brand Team; (7) Seroquel Leadership Team; (8) U.S. Communications Team; (9) U.S. Development Leadership Team; and (10) Promotions Team (Plaintiffs' Motion, p. 19; AstraZeneca's Opposition, pp. 13-14).

C.   **PRA REQUESTS**

1.   Request No. 9 - Principles of Prescription Drug Promotion (Plaintiffs' Motion, p. 25; AstraZeneca's Opposition, pp. 19-20).

D.   **BATES NUMBER IDENTIFICATION**

Plaintiffs and AstraZeneca could not reach an agreement on the issue relating to identification of bates numbers for documents contained in AstraZeneca's PRA production that are responsive to the following Marketing, Sales and PRA Requests relating to Seroquel:

1.   Marketing Request Nos. 5 (Mania Dosing Cards), 6 (Mini Mono Sell Sheets), 7 (Mood Sell Sheets), 22 (Antipsychotic Side Effect Checklists), 23 (AstraZeneca University course materials), 29 (specifically identified documents related to "Growing to be the Best"), 32 (speaker training materials), 33 (materials provided to speakers), 34 (materials provided to speakers during specifically identified meetings and programs), 45 (materials distributed during Case Study Programs), 52 (documents provided to Pharmaceutical Sales Specialists for use in discussing the package insert and Dear Doctor letters with physicians), 53 (sales representative training materials), 54 (launch materials for new indications provided to sales representatives), 55 (obstacle handling materials), 57 (marketing materials submitted to the FDA for an advisory opinion) (Plaintiffs' Motion, pp. 20-21; AstraZeneca's Opposition, pp. 4-5);

2.   Sales Request Nos. 4 (voicemails and transcripts left for Pharmaceutical Sales Specialists), 6 (approved reprints and printouts utilized by Pharmaceutical Sales Specialists), 7 ("Scientific" and "Commercial" exhibits), 26 (patient education materials); 28 (e-detailing documents), 29 (core message documents), 33 ("Drive the Dose" sales and/or tool kits) (Plaintiffs' Motion, p. 23; AstraZeneca's Opposition, pp. 4-5); and

3. PRA Request Nos. 3 (various identified materials relating to Seroquel and diabetes that were sent to AstraZeneca's sales representatives), 7 (off-label reprints), 8 (materials that became the subject of the eSTaR escalation process), 10 (Outpatient Specialty Care Workshop materials) (Plaintiffs' Motion, pp. 24-25; AstraZeneca's Opposition, pp. 4-5).

Respectfully submitted on this the 14th day of December, 2007,

By: /s/ Holly M. Wheeler
Ed Blizzard
Holly M. Wheeler
Blizzard, McCarthy & Nabers, LLP
The Lyric Center
440 Louisiana, Suite 1710
Houston, Texas 77002
Telephone: (713) 844-3750
Facsimile: (713) 844-3755
Eblizzard@blizzardlaw.com
Hwheeler@blizzardlaw.com

*Counsel for Plaintiffs*

By: /s/ Kevin T. Kerns
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
215-994-4000

*Counsel for Defendants*

<u>**SERVICE LIST**</u>
(As of October 16, 2007)

**In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com<br>jorelli@weitzlux.com<br>ychiu@weitzlux.com<br>lschultz@weitzlux.com<br>esugiarto@weitzlux.com<br>jdillion@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>bailey-svc@bpblaw.com<br>tcarter@bpblaw.com<br>mperrin@bpblaw.com<br>kbailey@bpblaw.com<br>ltien@bpblaw.com<br>hsantiago@bpblaw.com<br>ftrammell@bpblaw.com<br>nkoole@bpblaw.com<br>ndoyle@bpblaw.com<br>tbaker@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>lroth@roth-law.com | Kenneth T. Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Benjamin A. Krass, Esq.<br>Law Offices of Matthew F.Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com<br>bkrass@pawalaw.com | John Driscoll, Esq.<br>Seth S. Webb, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com<br>swebb@brownandcrouppen.com |

# SERVICE LIST
(As of October 16, 2007)

## In Re: Seroquel Products Liability Litigation
## MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com<br>kjensenlaw@gmail.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com<br>jdibbley@lundydavis.com | W. Todd Harvey, Esq.<br>E. Ashley Cranford, Esq.<br>Mitchell M. Breit<br>Whatley Drake & Kallas, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>mbreit@whatleydrake.com<br>ecf@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street<br>36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com<br>lsabel@lskg-law.com<br>lbrandenberg@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>**Counsel for Defendant,**<br>**Marguerite Devon French** |

# SERVICE LIST
(As of October 16, 2007)

## In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>mailto:jsale@aws-law.comksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** |

## SERVICE LIST
(As of October 16, 2007)

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Thomas Campion, Esq.<br>Steven M. Selna<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>tcampion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br><br>**Counsel for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.** | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>Post Office Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Timothy E. Kapshandy, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>efilingnotice@sidley.com<br>jjobes@sidley.com<br>tkapshandy@sidley.com<br>**Counsel for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP** | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>**Counsel for Defendant AstraZenca, PLC** | |

# SERVICE LIST
(As of October 16, 2007)

## In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>atravis@carltonfields.com<br>tpaecf@cfdom.net<br>**Counsel for Defendants, Astrazeneca Pharmaceuticals, LP and Astrazeneca LP** | Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | |
| David P. Matthews, Esq.<br>Matthews & Associates<br>2905 Sackett<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com<br>anixon@galyen.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Howard Nations<br>Lori A. Siler<br>4515 Yoakum Boulevard<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com<br>lori@howardnations.com<br>kim@howardnations.com<br>andrea@howardnations.com<br>charles@howardnations.com<br>lezzlie@howardnations.com |

# SERVICE LIST
(As of October 16, 2007)

## In Re: Seroquel Products Liability Litigation
## MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058 | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |
| Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, Texas 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com | Lizy Santiago, Esq.<br>Abraham, Watkins, Nichols,<br>Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>(713) 222-7211<br>lsantiago@abrahamwatkins.com |
| Fred T. Magaziner, Esq.<br>Marjorie Shiekman, Esq.<br>A. Elizabeth Balakhani, Esq.<br>Shane T. Prince, Esq.<br>Eben S. Flaster, Esq.<br>Margaret S. Osborne, Esq.<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com<br>michlle.kirsch@dechert.com<br>Gretchen.sween@dechert.com<br>Margaret.osborne@dechert.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |

# SERVICE LIST
(As of October 16, 2007)

## In Re: Seroquel Products Liability Litigation
## MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net | Linda S. Svitak<br>Bridget Ahmann<br>Krisann C. Kleibacker Lee<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>bahmann@faegre.com<br>wjohnson@faegre.com<br>klee@faegre.com |
| James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com | Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Dale Kent Perdue<br>D. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com<br>dperdue@cpaslaw.com |
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

## SERVICE LIST
(As of October 16, 2007)

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| William N. Riley<br>Jamie R. Kendall<br>Price, Waterhouse & Riley, LLC<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204<br>(317)633-8787<br>eamos@price-law.com | Earl Francis Carriveau<br>1012 6th Avenue<br>Lake Charles, LA 70601-4706 |
| Michael T. Gallagher<br>The Gallagher Law Firm<br>2905 Sackett Street<br>Houston, TX 77098<br>(713) 222-8080<br>shawnaf@gld-law.com | Stacy K. Hauer<br>Charles S. Zimmerman<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>(612) 341-0400<br>(800) 755-0098<br>csz@zimmreed.com |
| Buffy Martines<br>Laminack, Pirtle & Martines<br>440 Louisiana, Suite 1250<br>Houston, TX 77002<br>(713) 292-2750<br>buffm@lpm-triallaw.com | Ted C. Wacker, Esq.<br>Robinson Cacalgnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>(949) 720-1288<br>twacker@rcrlaw.net |
| Craig Ball<br>craig@ball.net | Orran Lee Brown<br>obrown@browngreer.com |
| Robert W. Cowan<br>rcowan@bpblaw.com<br>nkoole@bpblaw.com | Gary Reed Gober<br>200 Fourth Avenue North<br>Suite 700<br>Nashville, TN 37219 |
| Mary J. Wrightinton<br>720 Olive Street, Suite 1800<br>St. Louis, MO 63101-2302 | Robert G. Smith<br>Lorance & Thompson, P.C.<br>Suite 500<br>2900 North Loop West<br>Houston, TX 77092 |
| Robert H. Shultz<br>Heyl, Royster<br>103 W. Vandalia Street<br>PO Box 467<br>Edwardsville, IL 62025 | Dale Kent Purdue<br>Clark Perdue Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215 |

## SERVICE LIST
(As of October 16, 2007)

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Jason Matthew Hatfield<br>Lundy & Davis, L.L.P.<br>300 North College Avenue<br>Suite 309<br>Fayetteville, AR 72701 | Christopher A. Gomez<br>Miller & Associates<br>555 E. City Avenue, Suite 910<br>Bala Cynwyd, PA 19004 |
| John Hawkins<br>(No Information Available) | Donna Higdon<br>(No Information Available) |
| Brenda Rice<br>(No Information Available) | Evelyn Rodriguez<br>(No Information Available) |
| Steven B. Weisburd, Esq.<br>Dechert, LLP<br>3000 W. 6th Street, Suite 1850<br>Austin, TX 78701 | Mark A. Koehn<br>Whrfrat42@yahoo.com |