## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 1

| Plaintiff Name | Case No. | Prescriber | Seroquel Dosage | Reason for Use | First Date of Use | Last Date of Use | Current Use | Reason Stopped Taking Seroquel | Date of Injury Diagnoses | Name of Current / Past Employers | Dates of Unemployment | Expenses Incurred from Using Seroquel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abear, Jannette M. | 06-01851 | Facility Only[1] | | | Omits month/day | Omits month/day | | Do Not Recall | | | | Not Provided |
| Abreu, Gustavo | 07-11351 | | Do Not Recall | | Omits month/day | | | | Omits month/day | N/A[2] | Do Not Recall | |
| Altman, Stephanie M. | 07-10182 | | | | Omits day | Omits day | | Do Not Recall | | N/A | | Not Provided |
| Alvarez, Kathryn D. | 07-13032 | | | | Omits month/day | Omits month/day | | Do Not Recall | Omits month/day | N/A | Do Not Recall | Not Provided |
| Anderton-Vilimek, Donna A. | 06-01848 | Facility Only | Do Not Recall | | Do Not Recall | Do Not Recall | | | Omits month/day | | | Not Provided |
| Anderson, Rebecca, Individually and as the Proposed Administrator of the Estate of Rhonda L. Nichols, Deceased | 07-15678 | | | | Omits month/day | Omits month/day | | Do Not Recall | Omits month/day | N/A | | Not Provided |
| Ash, Jan | 07-10185 | Facility Only | Do Not Recall | | Do Not Recall | Do Not Recall | | Do Not Recall | Omits month/day | N/A | Do Not Recall | Not Provided |

[1] "Facility Only" means the plaintiff did not provide the specific identity of the doctor at the facility who prescribed him/her Seroquel.

[2] "N/A" is the plaintiff's actual response to this question in his/her PFS. The "N/A" responses identified here are ambiguous and require clarification. For example, does N/A under "Current/Past Employer" mean Plaintiff has not been employed in the past 10 years?

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 1

| Plaintiff Name | Case No. | Prescriber | Seroquel Dosage | Reason for Use | First Date of Use | Last Date of Use | Current Use | Reason Stopped Taking Seroquel | Date of Injury Diagnoses | Name of Current / Past Employers | Dates of Unemployment | Expenses Incurred from Using Seroquel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balmer, Edward | 07-11067 | Facility Only | Do Not Recall | | Omits day | Omits day | | Do Not Recall | Omits month/day | Do Not Recall | | Not Provided |
| Barber, Karen | 07-10187 | Facility Only | Do Not Recall | | Omits month/day | Omits month/day | | | Omits month/day | | Do Not Recall | Not Provided |
| Barnebee, James H. | 07-15683 | | Do Not Recall | | Omits day | | | | Do Not Recall | | | Not Provided |
| Batalla, Tomasa A. | 07-10192 | | Do Not Recall | | | | | | | N/A | | Not Provided |
| Beaty, Linda L. | 07-10194 | Facility Only | | | Omits month/day | | | | Omits month/day | N/A | | Not Provided |
| Beavers, Calvin | 07-12285 | Facility Only | | | Omits month/day | Omits month/day | | Not Provided | Omits month/day | | | Will Supp |
| Bennett, Evelyn E. | 07-10195 | | Do Not Recall | Do Not Recall | | Omits day | | Do Not Recall | Do Not Recall | N/A | | Not Provided |
| Berkhan, Catherine | 07-10196 | | Do Not Recall | Do Not Recall | Omits month/day | Omits month/day | | Not Provided | Omits month/day | N/A | | Not Provided |
| Berkowitz, Cathy | 07-11396 | Facility Only | | | Omits month/day | | | | Do Not Recall | | | Not Provided |
| Bess, Vera R. | 07-13110 | | Do Not Recall | Do Not Recall | Omits month/day | Omits month/day | | Do Not Recall | Omits month/day | | Do Not Recall | Not Provided |
| Best, Carnetta T. | 07-15687 | Facility Only | Do Not Recall | | Omits month/day | Omits month/day | | Do Not Recall | | N/A | | Not Provided |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 1

| Plaintiff Name | Case No. | Prescriber | Seroquel Dosage | Reason for Use | First Date of Use | Last Date of Use | Current Use | Reason Stopped Taking Seroquel | Date of Injury Diagnoses | Name of Current / Past Employers | Dates of Unemploy- ment | Expenses Incurred from Using Seroquel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Binkowski, Maureen | 07-10198 | | Do Not Recall | | Omits day | Omits day | | Do Not Recall | | N/A | | Not Provided |
| Blackmore, Winfred H. | 07-10203 | Facility Only | Do Not Recall | | Omits month/ day | Omits month/ day | | Do Not Recall | Do Not Recall | N/A | | Not Provided |
| Bonebrake, Carole | 07-15690 | | Do Not Recall | | Omits month/ day | Omits month/ day | | | Omits month/ day | N/A | N/A | Not Provided |
| Brinker, Erania | 07-11070 | | Do Not Recall | | Do Not Recall | Omits day | | | Omits month/ day | Not Provided | Do Not Recall | Not Provided |
| Brito, Shelley | 07-10210 | Do Not Recall | | | Do Not Recall | Omits day | | Not Provided | | | | Not Provided |
| Brooks, Eddie L. | 07-13158 | Prescriber's address not provided | | Do Not Recall | | Do Not Recall | | Do Not Recall | | | | Not Provided |
| Brown, Lois C. | 07-15692 | Facility Only | | | Omits month/ day | Omits day | | Not Provided | Do Not Recall | | Not Provided | Not Provided |
| Browning, Dena M. | 07-13182 | Facility Only | Do Not Recall | | Do Not Recall | Do Not Recall | Not Provided | Do Not Recall | | | Do Not Recall | Not Provided |
| Burns, Janice | 07-15959 | | Do Not Recall | | Do Not Recall | Do Not Recall | | Will Supp | Do Not Recall | N/A | | Not Provided |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 1

| Plaintiff Name | Case No. | Prescriber | Seroquel Dosage | Reason for Use | First Date of Use | Last Date of Use | Current Use | Reason Stopped Taking Seroquel | Date of Injury Diagnoses | Name of Current / Past Employers | Dates of Unemployment | Expenses Incurred from Using Seroquel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Campbell, James P., Jr., Individually and as the Proposed Administrator of the Estate of James P. Campbell, Deceased | 07-10223 | | Do Not Recall | | Omits month/ day | Omits month/ day | | Do Not Recall | Omits month/ day | Do Not Recall | | Not Provided |
| Cantelmo, Linda L. | 07-10225 | | | | Omits month/ day | | | | Omits month/ day | Do Not Recall | Do Not Recall | Not Provided |
| Capponi, Patricia E. | 07-11445 | | | | Omits month/ day | | | | Omits month/ day | N/A | | Not Provided |
| Carley, Peter B. | 07-10226 | | | | Omits month/ day | | | | Do Not Recall | | | Not Provided |
| Carter, Sandra S. | 07-13234 | | | Do Not Recall | Omits month/ day | Do Not Recall | | Do Not Recall | Do Not Recall | N/A | | Not Provided |
| Chaplin, Ann-Marie | 07-10229 | | Do Not Recall | Do Not Recall | | Do Not Recall | | N/A | Omits month/ day | N/A | | Not Provided |
| Christiansen, Denis A. | 07-10234 | | Do Not Recall | | Omits month/ day | Omits month/ day | | Do Not Recall | Omits month/ day | N/A | | Not Provided |
| Clauson, Daniel S. | 07-15696 | Facility Only | Do Not Recall | | Omits day | Omits day | | Do Not Recall | | N/A | | Not Provided |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 1

| Plaintiff Name | Case No. | Prescriber | Seroquel Dosage | Reason for Use | First Date of Use | Last Date of Use | Current Use | Reason Stopped Taking Seroquel | Date of Injury Diagnoses | Name of Current / Past Employers | Dates of Unemployment | Expenses Incurred from Using Seroquel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Curley, Connie M. | 07-15701 | | | | | Omits day | | Do Not Recall | | N/A | | Not Provided |
| Cutshaw, James | 07-11492 | Do Not Recall | Do Not Recall | Do Not Recall | Omits month/day | Omits month/day | | Do Not Recall | | N/A | | Not Provided |
| Cuyler, Dorian | 07-15703 | | Do Not Recall | | Omits month/day | Do Not Recall | | Do Not Recall | Do Not Recall | | | Not Provided |
| Dalrymple, Elizabeth F. | 07-10249 | | | | | Omits day | | Not Provided | | | Not Provided | Not Provided |
| Delgado, Jeffrey | 07-11507 | | Do Not Recall | | Omits month/day | Omits day | | | Omits month/day | | | Not Provided |
| Dixon, William | 07-15706 | | | | Do Not Recall | Do Not Recall | | | Do Not Recall | | Do Not Recall | Not Provided |
| Dockett, Angela | 07-14803 | Facility Only | Do Not Recall | | Omits month/day | Omits month/day | | Do Not Recall | Omits month/day | | Not Provided | Not Provided |
| Duvall, Sharon E. | 07-12443 | | Do Not Recall | Do Not Recall | Omits month/day | Omits month/day | | Not Provided | Omits month/day | N/A | Do Not Recall | Not Provided |
| Echols, Brenda S. | 07-15710 | Facility Only | Do Not Recall | | Do Not Recall | Do Not Recall | | Do Not Recall | Omits month/day | N/A | | Not Provided |
| Ellberg, Beverly A. | 07-11177 | | | | Omits month/day | Omits month/day | | | Omits month/day | N/A | | Will supp |
| Episcopo, Joan M. | 07-15715 | | Do Not Recall | | Omits month/day | Omits month/day | | Do Not Recall | Omits month/day | N/A | Do Not Recall | Not Provided |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 1

| Plaintiff Name | Case No. | Prescriber | Seroquel Dosage | Reason for Use | First Date of Use | Last Date of Use | Current Use | Reason Stopped Taking Seroquel | Date of Injury Diagnoses | Name of Current / Past Employers | Dates of Unemploy-ment | Expenses Incurred from Using Seroquel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Epps, Lynda L. | 07-15716 | | | | Omits month/day | | | | Omits month/day | N/A | Do Not Recall | Not Provided |
| Fashner, Sharon K. | 07-10265 | | | | Omits day | Omits month/day | | | Omits month/day | | | Not Provided |
| Fernandez, Miguel A. | 07-15719 | Facility Only | | | Do Not Recall | Omits month/day | | | Omits month/day | Do Not Recall | | Not Provided |
| Fish, Venus C. | 07-10267 | | Do Not Recall | | Omits month/day | Omits month/day | | Do Not Recall | Omits month/day | N/A | Do Not Recall | Not Provided |
| Foote, Christopher | 07-01400 | Facility Only | | | | | | | | | | Not Provided |
| Fox, Esther | 07-01395 | | | | Omits month/day | Omits day | | | Omits month/day | | Do Not Recall | Not Provided |
| Francis, Paula | 07-15721 | | | | Omits month/day | | | | | | Do Not Recall | Not Provided |
| Fulk, April S., as Next Friend of C.C.M., a Minor | 07-15590 | | Do Not Recall | | Omits month/day | Omits month/day | | Do Not Recall | Do Not Recall | N/A | | Not Provided |
| Garletts, Diane | 07-10274 | Facility Only | | | Omits month/day | Do Not Recall | | | Do Not Recall | | | Will supp |

# FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 1

| Plaintiff Name | Case No. | Prescriber | Seroquel Dosage | Reason for Use | First Date of Use | Last Date of Use | Current Use | Reason Stopped Taking Seroquel | Date of Injury Diagnoses | Name of Current / Past Employers | Dates of Unemployment | Expenses Incurred from Using Seroquel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gee, Gilbert Clinton, as Personal Representative of the Estate of Mildred Gee | 07-00325 | NO PFS | NO PFS | NO PFS | NO PFS | NO PFS | NO PFS | NO PFS | NO PFS | NO PFS | NO PFS | NO PFS |
| Gonzalez, Barbara E. | 07-11601 | | Do Not Recall | | Do Not Recall | Do Not Recall | | Do Not Recall | Do Not Recall | N/A | Do Not Recall | Not Provided |
| Grant, Judith M. | 07-10286 | | Do Not Recall | | Do Not Recall | Do Not Recall | | Do Not Recall | Do Not Recall | N/A | | Not Provided |
| Grass, Janie | 07-15729 | Facility Only | Do Not Recall | Do Not Recall | Omits day | Do Not Recall | | N/A | | N/A | | Not Provided |
| Gray, Twyla R. | 07-10287 | | Do Not Recall | | Omits day | | | | | N/A | | Not Provided |
| Green, Doris, as representative of the estate of Todd Green | 07-01720 | | | | Omits day | | | Do Not Recall | | | | Not Provided |
| Guinn, Linda C. | 07-10291 | Facility Only | | | Omits day | Omits day | | | Omits month/ day | N/A | N/A | Not Provided |
| Hall, Betty A. | 07-10293 | | | Do Not Recall | Do Not Recall | Omits month/ day | | | | | | Not Provided |
| Haller, David D. | 07-15733 | Facility Only | | | Omits month/ day | | | | Do Not Recall | N/A | | Not Provided |

# FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 1

| Plaintiff Name | Case No. | Prescriber | Seroquel Dosage | Reason for Use | First Date of Use | Last Date of Use | Current Use | Reason Stopped Taking Seroquel | Date of Injury Diagnoses | Name of Current / Past Employers | Dates of Unemployment | Expenses Incurred from Using Seroquel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Harris, Gerline G. | 07-10296 | | | | Omits day | | | | Omits month/day | | | Not Provided |
| Head, Benjamin F. | 07-11633 | | Do Not Recall | Do Not Recall | | | | | Omits month/day | | Do Not Recall | Not Provided |
| Hernandez, Christine M. | 07-15736 | | | | Omits day | Omits day | | | Omits month/day | | | Not Provided |
| Herron, Randall | 07-12556 | | | | Do Not Recall | | | | Do Not Recall/ Omits month/day | | | Not Provided |
| Hickman, Cindy L. | 07-10301 | | Do Not Recall | | | | | Do Not Recall | | N/A | Not Provided | Not Provided |
| Hinton, Joanne | 07-10304 | | Do Not Recall | | Omits month/year | Omits month/year | Not Provided | Do Not Recall | | Do Not Recall | Do Not Recall | Not Provided |
| Holmes, Connie S. | 07-13613 | | Do Not Recall | | Do Not Recall | Do Not Recall | | | Omits month/day | | | Not Provided |
| Houck, Tina M., as Next Friend of C.H., a Minor | 07-12094 | | | | Do Not Recall | Do Not Recall | | Do Not Recall | Do Not Recall | N/A | | Not Provided |
| Huffaker, Douglas | 07-15594 | | Do Not Recall | | Omits month/day | Omits month/day | | | | Do Not Recall | Do Not Recall | Not Provided |
| Ing, Brenda K. | 07-10312 | | Do Not Recall | | Omits month/day | Omits day | | | | Do Not Recall | Do Not Recall | Not Provided |
| Ivers, Terry K. | 07-15739 | Facility Only | | | Omits month/day | Omits month/day | | | Do Not Recall | | Do Not Recall | Not Provided |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 1

| Plaintiff Name | Case No. | Prescriber | Seroquel Dosage | Reason for Use | First Date of Use | Last Date of Use | Current Use | Reason Stopped Taking Seroquel | Date of Injury Diagnoses | Name of Current / Past Employers | Dates of Unemployment | Expenses Incurred from Using Seroquel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jaudon, Karyn L. | 07-10316 | | Do Not Recall | | Omits month/day | Omits month/day | | Do Not Recall | | Do Not Recall | | Not Provided |
| Jones, William E. | 07-10325 | | | | Omits month/day | Omits month/day | | Do Not Recall | Omits month/day | N/A | Do Not Recall | Not Provided |
| Joyner, Robert H. | 07-13713 | | | | Omits month/day | Omits month/day | | Do Not Recall | Omits month/day | Do Not Recall | Do Not Recall | Not Provided |
| Kaliszeski, Patricia I. | 07-10326 | | | | Omits month/day | | | | Omits month/day | | | Not Provided |
| Kirkland, Charlene | 07-11223 | Facility Only | | Do Not Recall | Omits month/day | Omits month/day | | Do Not Recall | Do Not Recall | N/A | Not Provided | Not Provided |
| Kirkland, Lora, individually and as the proposed administrator of the estate of Loretta Kirkland, deceased | 07-13765 | Facility Only | Do Not Recall | | Do Not Recall | Do Not Recall | | Do Not Recall | Do Not Recall | N/A | | Not Provided |
| Klein, Jeri M. | 07-10329 | | | | Omits day | | | | | N/A | | Not Provided |
| Lamica, Terry L. | 07-10334 | | | | Omits month/day | Omits month/day | | | | | Do Not Recall | Not Provided |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 1

| Plaintiff Name | Case No. | Prescriber | Seroquel Dosage | Reason for Use | First Date of Use | Last Date of Use | Current Use | Reason Stopped Taking Seroquel | Date of Injury Diagnoses | Name of Current / Past Employers | Dates of Unemployment | Expenses Incurred from Using Seroquel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Leimonitis, Tony | 07-10339 | | Do Not Recall | | Omits month/day | Omits month/day | | N/A | | | | Not Provided |
| Lemons, Angel A. | 07-10340 | | Do Not Recall | | Do Not Recall | | | | Omits month/day | N/A | | Not Provided |
| Lester, Charles | 07-10342 | | Do Not Recall | | Omits day | | | | | N/A | | Not Provided |
| Licker, Jeffrey A. | 07-10343 | | | | Omits month/day | Omits month/day | | Do Not Recall | Omits month/day | Do Not Recall | | Not Provided |
| Lincoln, Lawrence R. | 07-11093 | Facility Only | Do Not Recall | | Omits month/day | Omits day | | Not Provided | Omits month/day | N/A | Do Not Recall | Not Provided |
| Livesay, Debra G. | 07-15752 | | | | Omits month/day | | | | Omits month/day | | | Not Provided |
| Looney, Sally L. | 07-11751 | Facility Only | Do Not Recall | | Omits day | Omits day | | | Do Not Recall | N/A | | Not Provided |
| Lordich, Hope M. | 07-12657 | | | | Do Not Recall | Do Not Recall | | Do Not Recall | | N/A | | Not Provided |
| Lowe-Bernard, Janet | 07-15754 | | | | | | | | Omits month/day | | | Not Provided |
| Lydard, Connie R. | 07-10348 | | Do Not Recall | Do Not Recall | Omits month/day | Omits month/day | | | Omits month/day | | | Not Provided |
| Lyles, Joyce E. | 07-13833 | | | | Omits month/day | Do Not Recall | | | Omits month/day | | Do Not Recall | Not Provided |

**FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 1**

| Plaintiff Name | Case No. | Prescriber | Seroquel Dosage | Reason for Use | First Date of Use | Last Date of Use | Current Use | Reason Stopped Taking Seroquel | Date of Injury Diagnoses | Name of Current / Past Employers | Dates of Unemployment | Expenses Incurred from Using Seroquel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mallard, Marie | 07-10351 | | Do Not Recall | | | Omits month/day | | | | | Do Not Recall | Not Provided |
| Maness, Esther A. | 07-10352 | | Do Not Recall | Do Not Recall | Do Not Recall | Do Not Recall | | Do Not Recall | Do Not Recall | N/A | | Not Provided |
| Martin, Kimberly B. | 07-10355 | | | | Omits day | Omits day | | Do Not Recall | Omits month/day | | Do Not Recall | Will supp |
| Martone, Marilyn | 07-01401 | | | | | | | | Omits month/day | N/A | | Not Provided |
| Masgola, Kim L., Individually and as the Proposed Administrator of the Estate of Terrance Reinsmith, Deceased | 07-15784 | | Do Not Recall | | Omits month/day | | | | Omits month/day | | Do Not Recall | Not Provided |
| Mays, Quentin R. | 07-10359 | | Do Not Recall | Do Not Recall | Omits day | Omits day | | Do Not Recall | Do Not Recall | Do Not Recall | Do Not Recall | Not Provided |
| McAlexander, Eileen J. | 07-10360 | | | | Omits month/day | Omits day | | | | | | Not Provided |
| McCarthy, Kathleen | 07-01719 | | | | Omits month/day | | | | | N/A | | Not Provided |
| McCarthy, Kevin R. | 07-11096 | | | | | | | Do Not Recall | | N/A | | Will supp |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 1

| Plaintiff Name | Case No. | Prescriber | Seroquel Dosage | Reason for Use | First Date of Use | Last Date of Use | Current Use | Reason Stopped Taking Seroquel | Date of Injury Diagnoses | Name of Current / Past Employers | Dates of Unemployment | Expenses Incurred from Using Seroquel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| McCraw, Shirley | 07-10361 | | | | Omits month/day | Omits day | | Not Provided | Omits month/day | | | Not Provided |
| McDaniel, Joe | 07-11782 | Facility Only | Do Not Recall | Do Not Recall | Do Not Recall | Do Not Recall | | Do Not Recall | Do Not Recall | N/A | | Not Provided |
| McDaniel, Kimberly | 07-10362 | | | | Omits month/day | Omits day | | Do Not Recall | | N/A | Do Not Recall | Not Provided |
| McElroy, Suzanne G. | 07-15605 | | | | Do Not Recall | Do Not Recall | | N/A | Do Not Recall | N/A | Do Not Recall | Not Provided |
| McGrath, Christina | 07-01399 | | | | Omits month/day | | Not Provided | Will Supp | No injury alleged ("will supp") | Will supp | Will supp | Not Provided |
| Melton, Jacqueline | 07-10366 | Facility Only | | Do Not Recall | Omits month/day | Omits month/day | | Do Not Recall | Omits month/day | Do Not Recall | | Not Provided |
| Michael, Robert | 07-15762 | | Do Not Recall | | Do Not Recall | Do Not Recall | | Do Not Recall | | N/A | | Not Provided |
| Middleton, Clemmie | 07-10949 | | | | | Omits day | | Do Not Recall | Do Not Recall | N/A | | Not Provided |
| Miqueli, Barbara V. | 07-15765 | Facility Only | | | Omits month/day | Omits month/day | | Do Not Recall | Omits month/day | | | Not Provided |
| Miranda, Jennifer | 07-11797 | | Do Not Recall | | Omits month/day | Omits month/day | | Do Not Recall | Omits month/day | | Do Not Recall | Will supp |
| Montague, Lois R. | 07-10373 | | | | Omits day | | | | Do Not Recall | | | Not Provided |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 1

| Plaintiff Name | Case No. | Prescriber | Seroquel Dosage | Reason for Use | First Date of Use | Last Date of Use | Current Use | Reason Stopped Taking Seroquel | Date of Injury Diagnoses | Name of Current / Past Employers | Dates of Unemployment | Expenses Incurred from Using Seroquel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Montney, Lydia R. | 07-10374 | | | | Do Not Recall | Do Not Recall | | Do Not Recall | Do Not Recall | Do Not Recall | Provided | Not Provided |
| Moore, Steven | 07-01397 | | | | Omits day | Omits day | | | | | Do Not Recall | Not Provided |
| Morrow, Jonathan A. | 07-15770 | | | | | | | | Do Not Recall | N/A | | Not Provided |
| Moynihan, Thomas | 07-13980 | | | | Omits month/day | Omits month/day | | Do Not Recall | Omits month/day | | | Not Provided |
| Murphy, Brian | 07-12719 | | | | Do Not Recall | Do Not Recall | | Do Not Recall | | | | Not Provided |
| Nazarro, Patricia, as Next Friend of K.Z., a Minor | 07-15773 | Facilities Only | | | Omits month/day | Omits month/day | | | Omits month/day | N/A | | Not Provided |
| Niswander, Virginia | 07-10380 | | | | | Omits day | | Do Not Recall | Omits month/day | N/A | | Will supp |
| Nurse, Nicole S. | 07-11831 | | Do Not Recall | | Omits month/day | Omits month/day | | Do Not Recall | Omits month/day | | | Not Provided |
| Pagan, Helen | 07-10385 | Facility Only | | | Single Month Only | Single Month Only | | Do Not Recall | | | Do Not Recall | Not Provided |
| Pagar, Jeffrey S. | 07-11848 | | Do Not Recall | Do Not Recall | Omits month/day | | | | Omits month/day | N/A | Not Provided | Not Provided |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 1

| Plaintiff Name | Case No. | Prescriber | Seroquel Dosage | Reason for Use | First Date of Use | Last Date of Use | Current Use | Reason Stopped Taking Seroquel | Date of Injury Diagnoses | Name of Current / Past Employers | Dates of Unemployment | Expenses Incurred from Using Seroquel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patton, Sonya D. (a.k.a. Denise Patton) | 07-10393 | Facility Only | Do Not Recall | | Omits month/ day | Omits month/ day | | Do Not Recall | | N/A | Do Not Recall | Not Provided |
| Pereira, Victor F. | 07-11858 | Facility Only | Do Not Recall | Do Not Recall | Do Not Recall | | | | Omits month/ day | N/A | | Will supp |
| Pinion, Beverly P., Individually and as Proposed Administrator of the Estate of Roberta A. Mazzarini, Deceased | 07-15781 | | Do Not Recall | | Omits month/ day | Omits month/ day | | | Omits month/ day | N/A | Do Not Recall | Not Provided |
| Pokrywka, Lucy F. | 07-14083 | | | | Single Day Only | Single Day Only | | Do Not Recall | | | | Not Provided |
| Powell, Deborah | 07-10401 | Facility Only | | | Do Not Recall | Do Not Recall | | | Do Not Recall | N/A | | Not Provided |
| Quinn, Lori A. | 07-14108 | Facility Only | Do Not Recall | Do Not Recall | Do Not Recall | Do Not Recall | | Do Not Recall | Do Not Recall | Do Not Recall | | Not Provided |
| Radford, Cheryl | 07-11890 | | | | Omits month/ day | Omits day | | Not Provided | | | Do Not Recall | Will supp |
| Rash, Eula D. | 07-11278 | Facilities Only | | | Omits day | Omits day | | Do Not Recall | Omits month/ day | N/A | | Not Provided |

Page 14

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 1

| Plaintiff Name | Case No. | Prescriber | Seroquel Dosage | Reason for Use | First Date of Use | Last Date of Use | Current Use | Reason Stopped Taking Seroquel | Date of Injury Diagnoses | Name of Current / Past Employers | Dates of Unemployment | Expenses Incurred from Using Seroquel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ray, Charles M. | 07-11102 | Facilities Only | Do Not Recall | | Omits month/day | | | | | N/A | | Not Provided |
| Richmond, Melody | 07-15786 | | | | Do Not Recall | Omits day | | | Do Not Recall | | | Not Provided |
| Robbins, James L. | 07-15788 | | | | Omits month/day | Omits month/day | | Do Not Recall | | | | Will supp |
| Robinson, Mary J. | 07-10417 | | | | | | | | | N/A | Do Not Recall | Not Provided |
| Rodriguez, Candida R. | 07-14178 | | | | Omits month/day | Omits month/day | | Do Not Recall | Omits month/day | N/A | Do Not Recall | Not Provided |
| Rogers, Virginia M. | 07-11925 | Facility Only | | | Do Not Recall | Do Not Recall | Not Provided | Do Not Recall | Do Not Recall | N/A | | Not Provided |
| Rose, Tena M. | 07-10422 | | | | Omits month/day | Do Not Recall | | | | Do Not Recall | | Not Provided |
| Runner, Jesse B. | 07-10424 | | Do Not Recall | Do Not Recall | Do Not Recall | Do Not Recall | | Do Not Recall | Do Not Recall | N/A | | Not Provided |
| Russell, Carmen G. | 07-15791 | Facility Only | Do Not Recall | | Do Not Recall | | | | Do Not Recall | N/A | Do Not Recall | Not Provided |
| Sarmiento, William | 07-10425 | | | | Do Not Recall | | | | Do Not Recall | N/A | | Not Provided |
| Schapiro, Michael P. | 07-10427 | | Do Not Recall | Do Not Recall | Do Not Recall | Do Not Recall | | Do Not Recall | Omits month/day | Do Not Recall | | Not Provided |
| Scharet, Tammy | 07-12217 | | | | Omits month/day | | | | | | Do Not Recall | Not Provided |

Page 15

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 1

| Plaintiff Name | Case No. | Prescriber | Seroquel Dosage | Reason for Use | First Date of Use | Last Date of Use | Current Use | Reason Stopped Taking Seroquel | Date of Injury Diagnoses | Name of Current / Past Employers | Dates of Unemployment | Expenses Incurred from Using Seroquel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Schroeter, Michel A. | 07-10434 | | | | Omits day | Omits day | | Not Provided | Omits month/day | N/A | | Not Provided |
| Semljatschenko, Diane | 07-10437 | | Do Not Recall | | Omits month/day | | | | | N/A | | Not Provided |
| Shaefer, James E. | 07-11299 | | | | Do Not Recall | | | | Omits month/day | N/A | | Not Provided |
| Slapion, Andrea | 07-12224 | | | | | | Unclear | Do Not Recall | Omits month/day | | | Not Provided |
| Smith, Robert | 07-01398 | Facility Only | Do Not Recall | | Omits month/day | Omits day | | Do Not Recall | | Do Not Recall | | Not Provided |
| Smith, Connie M. | 07-15799 | | Do Not Recall | Do Not Recall | Do Not Recall | Do Not Recall | | N/A | Omits month/day | | | Not Provided |
| Sperry, Cheri L. | 07-10445 | | | | Omits day | Omits day | | Not Provided | | Do Not Recall - Will supp | Do Not Recall - Will supp | Not Provided |
| Spitz, Barbara L. | 07-15579 | | | | Omits day | Omits day | | | Do Not Recall | | | N/A |
| Stephens, Terry L. | 07-15805 | | Do Not Recall | | Omits month/day | Omits month/day | | Do Not Recall | | | Do Not Recall | Not Provided |
| Stevens, Shirley | 07-10448 | Facility Only | Do Not Recall | | Omits month/day | Omits month/day | | Do Not Recall | | N/A | Do Not Recall | Not Provided |
| Stoudt, Jessamy L. | 07-10450 | | Do Not Recall | | Omits month/day | Omits month/day | | Do Not Recall | Omits month/day | | | Not Provided |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 1

| Plaintiff Name | Case No. | Prescriber | Seroquel Dosage | Reason for Use | First Date of Use | Last Date of Use | Current Use | Reason Stopped Taking Seroquel | Date of Injury Diagnoses | Name of Current/Past Employers | Dates of Unemployment | Expenses Incurred from Using Seroquel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sumner, William B. | 07-15808 | Facility Only | | | Omits month/day | | | | | N/A | | Not Provided |
| Tanke, Mary | 07-16603 | | Do Not Recall | | Omits month/day | Do Not Recall | | Do Not Recall | Omits month/day | | Not Provided | Not Provided |
| Tanner, Kathleen | 07-15809 | | | | Omits month/day | Omits month/day | | | Omits month/day | | | Not Provided |
| Thomas, Leslie D. | 07-10457 | | | | Do Not Recall | | | | Do Not Recall | N/A | Do Not Recall | Not Provided |
| Thomas, Cherylyn E. | 07-12008 | Facility Only | Do Not Recall | | | Do Not Recall | | Do Not Recall | Do Not Recall | | Do Not Recall | Not Provided |
| Tripp, Stephen | 07-01402 | | | | | | | | | | | Not Provided |
| Unger, Richard | 07-15812 | | Do Not Recall | | Do Not Recall | | | | | | | Not Provided |
| Warren, Lance A. | 07-10466 | | Do Not Recall | | Omits month/day | Omits month/day | | Will Supp | Omits month/day | N/A | | Will supp |
| West, Charles E. | 07-10471 | | | Do Not Recall | Omits month/day | Do Not Recall | Not Provided | Do Not Recall | Omits month/day | | Do Not Recall | Not Provided |
| White, Rhunette C. | 07-10473 | | | | Omits day | Omits day | | Do Not Recall | | N/A | | Not Provided |
| White, Dawn M. | 07-15815 | Facility Only | Do Not Recall | Do Not Recall | Omits day | | | | Do Not Recall | N/A | | Not Provided |
| White, Willie | 07-15816 | Facility Only | | | Omits month/day | | | | Omits month/day | | Do Not Recall | Not Provided |

**FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 1**

| Plaintiff Name | Case No. | Prescriber | Seroquel Dosage | Reason for Use | First Date of Use | Last Date of Use | Current Use | Reason Stopped Taking Seroquel | Date of Injury Diagnoses | Name of Current / Past Employers | Dates of Unemployment | Expenses Incurred from Using Seroquel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Whittington, Linda F. | 07-10475 | | Do Not Recall | | Omits month/day | | | | Omits month/day | N/A | Do Not Recall | Not Provided |
| Williams, Ava | 07-16687 | | Do Not Recall | | Omits month/day | Omits month/day | | Do Not Recall | Do Not Recall | | Not Provided | Not Provided |
| Wilson, Michael W. | 07-15818 | | | | Omits day | | | | | N/A | Do Not Recall | Not Provided |
| Young, Gilbert | 07-10483 | | Do Not Recall | Do Not Recall | Omits month/day | Omits day | | Do Not Recall | | N/A | | Not Provided |
| Young, Matthew E. | 07-11117 | | | | Omits month/day | Omits month/day | | Not Provided | Omits month/day | | | Not Provided |
| Young, David A. | 07-15824 | | | | Omits month/day | Do Not Recall | | Do Not Recall | Omits month/day | | Do Not Recall | Not Provided |
| Zackschewski, George | 07-14554 | Facility Only | Do Not Recall | Do Not Recall | Do Not Recall | Do Not Recall | | Do Not Recall | Do Not Recall | N/A | Do Not Recall | Not Provided |