## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | City of Birth | Name of High School | Responsive Documents Rec'd | Verification | Records Auth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abear, Jannette M. | 06-01851 | Not Provided | | | | | | Do Not Recall | No | | |
| Abreu, Gustavo | 07-11351 | Not Provided | | | | | | Do Not Recall | No | | |
| Altman, Stephanie M. | 07-10182 | Not Provided | | | | | Do Not Recall | Do Not Recall | No | | |
| Alvarez, Kathryn D. | 07-13032 | Not Provided | | | | | | | No | | |
| Anderton-Vilimek, Donna A. | 06-01848 | | | | | | | | No | | |
| Anderson, Rebecca, Individually and as the Proposed Administrator of the Estate of Rhonda L. Nichols, Deceased | 07-15678 | Not Provided | | | | | Not Provided | N/A[1] | No | Signed by non-representative | Signed by non-representative |
| Ash, Jan | 07-10185 | | | | | | | | No | | |
| Balmer, Edward | 07-11067 | Not Provided | Do Not Recall | | | | | N/A | No | | |

[1] "N/A" is the plaintiff's actual response to this question in his/her PFS. The "N/A" responses identified here are ambiguous and require clarification. For example, does N/A under "Name of High School" mean Plaintiff did not ever attend high school? Did not graduate?

Page 1

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | City of Birth | Name of High School | Responsive Documents Rec'd | Verification | Records Auth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barber, Karen | 07-10187 | Not Provided | | | | | | | Minimal Pharmacy Records Only | | |
| Barnebee, James H. | 07-15683 | Not Provided | | | | | Do Not Recall | Do Not Recall | No | | |
| Batalla, Tomasa A. | 07-10192 | | | | | | | | No | | |
| Beaty, Linda L. | 07-10194 | Not Provided | | | | | Not Provided | N/A | Minimal Medical Records Only | | |
| Beavers, Calvin | 07-12285 | Not Provided | | | | | | N/A | No | | |
| Bennett, Evelyn E. | 07-10195 | Not Provided | | | | | Not Provided | N/A | No | | |
| Berkhan, Catherine | 07-10196 | Not Provided | | | | | Not Provided | | Seroquel Packaging; Pharmacy Records; Minimal Medical Records | | |
| Berkowitz, Cathy | 07-11396 | Not Provided | | | | | | | No | | |
| Bess, Vera R. | 07-13110 | | | | | | | | Pharmacy Records Only | | |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | City of Birth | Name of High School | Responsive Documents Rec'd | Verification | Records Auth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Best, Carnetta T. | 07-15687 | Not Provided | | | | | Do Not Recall | Do Not Recall | No | | |
| Binkowski, Maureen | 07-10198 | Not Provided | | | | | | | No | | |
| Blackmore, Winfred H. | 07-10203 | Not Provided | | | | | | N/A | No | | |
| Bonebrake, Carole | 07-15690 | Not Provided | | | | | | | No | | |
| Brinker, Erania | 07-11070 | Not Provided | | | | | | | No | | |
| Brito, Shelley | 07-10210 | | | | | | N/A | | No | | |
| Brooks, Eddie L. | 07-13158 | Not Provided | | | | | Not Provided | | One Page Medical Record Only | Not Dated | |
| Brown, Lois C. | 07-15692 | Not Provided | | | | | | | Minimal Medical Records Only | Not Dated | |
| Browning, Dena M. | 07-13182 | | Do Not Recall | Do Not Recall | | | | Do Not Recall | No | | |
| Burns, Janice | 07-15959 | Will supp | Will supp | Will supp | Will supp | Will supp | Not Provided | Do Not Recall | No | | |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | City of Birth | Name of High School | Responsive Documents Rec'd | Verification | Records Auth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Campbell, James P., Jr., Individually and as the Proposed Administrator of the Estate of James P. Campbell, Deceased | 07-10223 | Not Provided | | | | | Do Not Recall | Do Not Recall | No | | |
| Cantelmo, Linda L. | 07-10225 | | | | | | | | No | | |
| Capponi, Patricia E. | 07-11445 | Not Provided | | | | | | N/A | Prescription Card; Minimal Medical Records Only | | |
| Carley, Peter B. | 07-10226 | Not Provided | | | | | | | No | | |
| Carter, Sandra S. | 07-13234 | Do Not Recall | | | | | | | No | | |
| Chaplin, Ann-Marie | 07-10229 | Do Not Recall | Do Not Recall | Do Not Recall | Do Not Recall | Do Not Recall | Not Provided | Do Not Recall | No | | |
| Christiansen, Denis A. | 07-10234 | Not Provided | | | | | | | No | | |
| Clauson, Daniel S. | 07-15696 | Not Provided | | | | | Do Not Recall | Do Not Recall | No | | |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | City of Birth | Name of High School | Responsive Documents Rec'd | Verification | Records Auth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Curley, Connie M. | 07-15701 | Not Provided | | | | | | | No | | |
| Cutshaw, James | 07-11492 | Not Provided | | | | | Not Provided | Do Not Recall | No | | |
| Cuyler, Dorian | 07-15703 | Not Provided | | | | | | | No | | |
| Dalrymple, Elizabeth F. | 07-10249 | Not Provided | | | | | | Do Not Recall | No | Not Dated | |
| Delgado, Jeffrey | 07-11507 | | | | | | | | No | | |
| Dixon, William | 07-15706 | | | | | | | | No | Not Dated | |
| Dockett, Angela | 07-14803 | | | | Do Not Recall | | | | No | | |
| Duvall, Sharon E. | 07-12443 | | | | | Not Provided | | Do Not Recall | Prescription Card Only | | |
| Echols, Brenda S. | 07-15710 | | | | | | Do Not Recall | N/A | No | | |
| Ellberg, Beverly A. | 07-11177 | Not Provided | | | | | | | No | | |
| Episcopo, Joan M. | 07-15715 | | | | | | Not Provided | | No | | |
| Epps, Lynda L. | 07-15716 | Not Provided | | | | | N/A | | No | | |
| Fashner, Sharon K. | 07-10265 | | | | | | | | No | | |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | City of Birth | Name of High School | Responsive Documents Rec'd | Verification | Records Auth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fernandez, Miguel A. | 07-15719 | Do Not Recall | | | | | Not Provided | Do Not Recall | No | | |
| Fish, Venus C. | 07-10267 | | | | | | | | No | | |
| Foote, Christopher | 07-01400 | | | | | | | | No | | |
| Fox, Esther | 07-01395 | | | Do Not Recall | | | | | | | |
| Francis, Paula | 07-15721 | | | | | | | | No | | |
| Fulk, April S., as Next Friend of C.C.M., a Minor | 07-15590 | Will supp | Will supp | Will supp | Will supp | Will supp | Not Provided | Do Not Recall | No | | |
| Garletts, Diane | 07-10274 | | | | | | Not Provided | | No | | |
| Gee, Gilbert Clinton, as Personal Representative of the Estate of Mildred Gee | 07-00325 | NO PFS | NO PFS | NO PFS | NO PFS | | NO PFS | NO PFS | NO PFS | NO PFS | NO PFS |
| Gonzalez, Barbara E. | 07-11601 | Not Provided | | | | | | | Minimal Pharmacy Records Only | | |

Page 6

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | City of Birth | Name of High School | Responsive Documents Rec'd | Verification | Records Auth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Grant, Judith M. | 07-10286 | Not Provided | | | | Do Not Recall | | | Minimal Medical Records Only | | |
| Grass, Janie | 07-15729 | Not Provided | | | | | | Do Not Recall | No | | |
| Gray, Twyla R. | 07-10287 | Not Provided | | | | | Do Not Recall | Do Not Recall | No | | |
| Green, Doris, as representative of the estate of Todd Green | 07-01720 | | | | | | | | No | Signed by non-representative | Signed by non-representative |
| Guinn, Linda C. | 07-10291 | | | | | | Not Provided | | No | | |
| Hall, Betty A. | 07-10293 | Not Provided | | | | | | | Minimal Pharmacy Records; Minimal Medical Records | Not Dated | |
| Haller, David D. | 07-15733 | Not Provided | | | | | | N/A | No | Not Dated | |
| Harris, Gerline G. | 07-10296 | Not Provided | | | | | | | No | | |
| Head, Benjamin F. | 07-11633 | | | | | | | | Medical Records Only | | |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | City of Birth | Name of High School | Responsive Documents Rec'd | Verification | Records Auth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hernandez, Christine M. | 07-15736 | | | | | | Do Not Recall | | Medical Records; Worker's Compensation Documents; Tax Returns; Journal Articles; Seroquel Packaging; and Handwritten Notes | | |
| Herron, Randall | 07-12556 | Not Provided | | | | | | | No | | |
| Hickman, Cindy L. | 07-10301 | Not Provided | | | | | Not Provided | | No | | |
| Hinton, Joanne | 07-10304 | | | | | | Not Provided | | Seroquel Packaging; Minimal Pharmacy Records | | |
| Holmes, Connie S. | 07-13613 | Not Provided | | | | | | | No | | |
| Houck, Tina M., as Next Friend of C.H., a Minor | 07-12094 | | | | | | Not Provided | N/A | No | | |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | City of Birth | Name of High School | Responsive Documents Rec'd | Verification | Records Auth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Huffaker, Douglas | 07-15594 | Do Not Recall | | | | Do Not Recall | Not Provided | Do Not Recall | | | |
| Ing, Brenda K. | 07-10312 | | | | | | | | No | Not Dated | |
| Ivers, Terry K. | 07-15739 | Not Provided | | | | | Do Not Recall | | No | | |
| Jaudon, Karyn L. | 07-10316 | Not Provided | | | | | Not Provided | Do Not Recall | No | | |
| Jones, William E. | 07-10325 | Not Provided | | | | | | N/A | No | Not Dated | |
| Joyner, Robert H. | 07-13713 | Not Provided | Do Not Recall | Do Not Recall | Do Not Recall | Do Not Recall | Not Provided | Do Not Recall | No | | |
| Kaliszeski, Patricia I. | 07-10326 | | | | | | | | Minimal Pharmacy Records Only | Not Dated | |
| Kirkland, Charlene | 07-11223 | Not Provided | | | | | Not Provided | | No | | |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | City of Birth | Name of High School | Responsive Documents Rec'd | Verification | Records Auth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kirkland, Lora, individually and as the proposed administrator of the estate of Loretta Kirkland, deceased | 07-13765 | Not Provided | | | | | Not Provided | Do Not Recall | No | Signed by non-plaintiff, non-representative | Signed by non-plaintiff, non-representative |
| Klein, Jeri M. | 07-10329 | Not Provided | | | | | Not Provided | | No | | |
| Lamica, Terry L. | 07-10334 | | | | | | | | No | | |
| Leimonitis, Tony | 07-10339 | Not Provided | | | | | | | No | | |
| Lemons, Angel A. | 07-10340 | Not Provided | | | | Do Not Recall | | | Minimal Medical Records Only | | |
| Lester, Charles | 07-10342 | | | Do Not Recall | Do Not Recall | Do Not Recall | | Do Not Recall | No | | |
| Licker, Jeffrey A. | 07-10343 | Do Not Recall | | | Do Not Recall | | Do Not Recall | Do Not Recall | No | | |
| Lincoln, Lawrence R. | 07-11093 | | | | | | | N/A | No | | |
| Livesay, Debra G. | 07-15752 | | | | | | Do Not Recall | | No | Not Dated | |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | City of Birth | Name of High School | Responsive Documents Rec'd | Verification | Records Auth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Looney, Sally L. | 07-11751 | Not Provided | | | | | | | No | | |
| Lorditch, Hope M. | 07-12657 | Not Provided | | | | | Not Provided | | Minimal Medical Records Only | | |
| Lowe-Bernard, Janet | 07-15754 | | | | | | | | No | | |
| Lydard, Connie R. | 07-10348 | Do Not Recall | Do Not Recall | Do Not Recall | | Do Not Recall | | | No | | |
| Lyles, Joyce E. | 07-13833 | | | | | | Not Provided | | No | | |
| Mallard, Marie | 07-10351 | Not Provided | | | | | | | No | | |
| Maness, Esther A. | 07-10352 | Not Provided | | | | | Not Provided | Do Not Recall | No | | |
| Martin, Kimberly B. | 07-10355 | Not Provided | | | | | | | No | | |
| Martone, Marilyn | 07-01401 | | | | | | | | No | | |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | City of Birth | Name of High School | Responsive Documents Rec'd | Verification | Records Auth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Masgola, Kim L., Individually and as the Proposed Administrator of the Estate of Terrance Reinsmith, Deceased | 07-15784 | | | | | | Not Provided | N/A | No | | |
| Mays, Quentin R. | 07-10359 | Do Not Recall | Do Not Recall | Do Not Recall | Do Not Recall | Do Not Recall | | | No | | |
| McAlexander, Eileen J. | 07-10360 | Not Provided | | | | | | | No | | |
| McCarthy, Kathleen | 07-01719 | | | | | | | | Minimal Pharmacy Records Only | | |
| McCarthy, Kevin R. | 07-11096 | Not Provided | | | | | Do Not Recall | | Medical Records; Minimal Pharmacy Records | | |
| McCraw, Shirley | 07-10361 | Not Provided | | | | | | | No | | |
| McDaniel, Joe | 07-11782 | Not Provided | | | | | Not Provided | Do Not Recall | No | Signed by non-representative | Signed by non-representative |
| McDaniel, Kimberly | 07-10362 | | | | | | | | No | | |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | City of Birth | Name of High School | Responsive Documents Rec'd | Verification | Records Auth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| McElroy, Suzanne G. | 07-15605 | | | | | | Not Provided | | No | | |
| McGrath, Christina | 07-01399 | Will supp | Will supp | Will supp | Will supp | Will supp | Will supp | Will supp | No | Not Provided | Not Provided |
| Melton, Jacqueline | 07-10366 | Not Provided | | | | | Not Provided | Do Not Recall | No | | |
| Michael, Robert | 07-15762 | Not Provided | | | | | | N/A | Seroquel Packaging; One Page Medications List | | |
| Middleton, Clemmie | 07-10949 | Not Provided | | | | | | | Minimal Medical Records; Minimal Pharmacy Records | Not Dated | |
| Miqueli, Barbara V. | 07-15765 | Not Provided | | | | | | | No | | |
| Miranda, Jennifer | 07-11797 | Not Provided | | | | | | | No | | |
| Montague, Lois R. | 07-10373 | | | | | | | | Pharmacy Records Only | Not Dated | |
| Montney, Lydia R. | 07-10374 | Do Not Recall | | | | Do Not Recall | | | No | | |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | City of Birth | Name of High School | Responsive Documents Rec'd | Verification | Records Auth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Moore, Steven | 07-01397 | | | | Not Provided | | | | Seroquel Packaging; Minimal Medical Records | | |
| Morrow, Jonathan A. | 07-15770 | Not Provided | | | | | | | No | | |
| Moynihan, Thomas | 07-13980 | Not Provided | | | | | | | No | | |
| Murphy, Brian | 07-12719 | | | | | | | | No | | |
| Nazarro, Patricia, as Next Friend of K.Z., a Minor | 07-15773 | | | | | | | | No | | |
| Niswander, Virginia | 07-10380 | | | | | | Not Provided | N/A | Minimal Pharmacy Records; Minimal Medical Records | | |
| Nurse, Nicole S. | 07-11831 | Not Provided | | | | | | | No | | |
| Pagan, Helen | 07-10385 | | | | | | N/A | | No | | |
| Pagar, Jeffrey S. | 07-11848 | Not Provided | | | | | | | No | | |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | City of Birth | Name of High School | Responsive Documents Rec'd | Verification | Records Auth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Patton, Sonya D. (a.k.a. Denise Patton) | 07-10393 | Not Provided | | | | | Do Not Recall | | Minimal Insurance Documents | Omits day | |
| Pereira, Victor F. | 07-11858 | Not Provided | | | Do Not Recall | | | | No | | |
| Pinion, Beverly P., Individually and as Proposed Administrator of the Estate of Roberta A. Mazzarini, Deceased | 07-15781 | | | | | | Not Provided | | No | Signed by non-representative | Signed by non-representative |
| Pokrywka, Lucy F. | 07-14083 | Not Provided | Do Not Recall | | | | Not Provided | | No | | |
| Powell, Deborah | 07-10401 | Not Provided | Do Not Recall | | | | Not Provided | Not Provided | No | | |
| Quinn, Lori A. | 07-14108 | Not Provided | | | | | | Do Not Recall | No | | |
| Radford, Cheryl | 07-11890 | Not Provided | | | | | | Will supp | No | | |
| Rash, Eula D. | 07-11278 | Do Not Recall | Do Not Recall | Do Not Recall | Do Not Recall | Do Not Recall | Not Provided | Do Not Recall | No | | |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | City of Birth | Name of High School | Responsive Documents Rec'd | Verification | Records Auth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ray, Charles M. | 07-11102 | Not Provided | | | | | Not Provided | | Minimal Medical Records Only | | |
| Richmond, Melody | 07-15786 | | | | | | | | No | | |
| Robbins, James L. | 07-15788 | | | | | Will supp | | | No | Not Dated | |
| Robinson, Mary J. | 07-10417 | Not Provided | | | | | | | Heavily Redacted Minimal Pharmacy Records | | |
| Rodriguez, Candida R. | 07-14178 | | | | | | | | No | | |
| Rogers, Virginia M. | 07-11925 | Not Provided | | | | | Not Provided | Do Not Recall | No | | |
| Rose, Tena M. | 07-10422 | | | | | | Not Provided | Will supp | No | Not Dated | |
| Runner, Jesse B. | 07-10424 | Not Provided | | | | | | N/A | Tax Return Only | | |
| Russell, Carmen G. | 07-15791 | Not Provided | Do Not Recall | | | | Not Provided | N/A | No | Not Dated | |
| Sarmiento, William | 07-10425 | | | | | | Not Provided | | One Page Pharmacy Record Only | | |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | City of Birth | Name of High School | Responsive Documents Rec'd | Verification | Records Auth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schapiro, Michael P. | 07-10427 | Do Not Recall | Do Not Recall | Do Not Recall | Do Not Recall | Do Not Recall | Not Provided | Do Not Recall | No | | |
| Scharet, Tammy | 07-12217 | Not Provided | | | | | Not Provided | | One Page Pharmacy Record Only | | |
| Schroeter, Michel A. | 07-10434 | Not Provided | | | | | | | No | | |
| Semljatschenko, Diane | 07-10437 | | | | | | | | Minimal Pharmacy Records Only | | |
| Shaefer, James E. | 07-11299 | | | | | | | | Minimal Medical Records; Minimal Pharmacy Records Only | | |
| Slapion, Andrea | 07-12224 | | | | | | | | Minimal Pharmacy Records and Medical Records | | |
| Smith, Robert | 07-01398 | Do Not Recall | Do Not Recall | Do Not Recall | Do Not Recall | Do Not Recall | Not Provided | Do Not Recall | No | Not Provided | Not Provided |
| Smith, Connie M. | 07-15799 | Not Provided | | | | | Not Provided | | No | | |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | City of Birth | Name of High School | Responsive Documents Rec'd | Verification | Records Auth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sperry, Cheri L. | 07-10445 | Do Not Recall | | | Do Not Recall | | Not Provided | Do Not Recall | No | | |
| Spitz, Barbara L. | 07-15579 | | | | | | | N/A | Pharmacy Records Only | | |
| Stephens, Terry L. | 07-15805 | | | | | | | | No | | |
| Stevens, Shirley | 07-10448 | Not Provided | | | | | | | No | | |
| Stoudt, Jessamy L. | 07-10450 | Not Provided | | | | | | N/A | No | | |
| Sumner, William B. | 07-15808 | Not Provided | | | | | Not Provided | N/A | No | Not Dated | |
| Tanke, Mary | 07-16603 | Not Provided | | | | | Not Provided | N/A | No | | |
| Tanner, Kathleen | 07-15809 | | | | | | | N/A | No | | |
| Thomas, Leslie D. | 07-10457 | Not Provided | | | | | | | No | | |
| Thomas, Cherylyn E. | 07-12008 | Not Provided | | | | | | | Minimal Pharmacy Records; Medical Records | | |
| Tripp, Stephen | 07-01402 | | | | Provided | | | | Pharmacy and Medical records | | |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | City of Birth | Name of High School | Responsive Documents Rec'd | Verification | Records Auth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unger, Richard | 07-15812 | Not Provided | | | | | Not Provided | | Minimal Pharmacy Records; Minimal Insurance Records; Medical Records | Not Dated | |
| Warren, Lance A. | 07-10466 | Not Provided | | | | | Not Provided | | No | | |
| West, Charles E. | 07-10471 | Not Provided | | | | Not Provided | Not Provided | Not Provided | Minimal Medical Records; Minimal; Seroquel Packaging; Minimal Worker's Compensation Records | | |
| White, Rhunette C. | 07-10473 | Not Provided | | | | | | | No | | |
| White, Dawn M. | 07-15815 | Not Provided | | | | | Not Provided | N/A | No | | |
| White, Willie | 07-15816 | Not Provided | | | | | | N/A | No | | |

Page 19

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | City of Birth | Name of High School | Responsive Documents Rec'd | Verification | Records Auth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Whittington, Linda F. | 07-10475 | Not Provided | | | | | | | Minimal Medical Records; Minimal Pharmacy Records | | |
| Williams, Ava | 07-16687 | | | | | | | | No | | |
| Wilson, Michael W. | 07-15818 | Will supp | | | Will supp | | | | Minimal Pharmacy Records | | |
| Young, Gilbert | 07-10483 | Not Provided | | | | | Not Provided | Do Not Recall | No | | |
| Young, Matthew E. | 07-11117 | | | | | | | | No | | |
| Young, David A. | 07-15824 | | Do Not Recall | | | | | | Minimal Medical Records; Minimal Pharmacy Records | | |
| Zackschewski, George | 07-14554 | Not Provided | | | | | | N/A | No | Not Dated | |