**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO: |
| This document relates to:<br>    ALL CASES | 6:06-MDL-1769-ACC-DAB |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION AND/OR CLARIFICATION AND DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE BAKER'S REPORT AND RECOMMENDATION**

Plaintiffs in the above-referenced litigation submit this Response in Opposition to the Motion for Reconsideration and/or Clarification (Doc. 728) and the Objections to Magistrate Judge Baker's Report and Recommendation Regarding the Amended Schedule for General Discovery and Trial and Case Management of Florida Cases (Doc. 729) (collectively, the "Motion") filed by Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP (collectively, "Defendants"), and would respectfully show the Court as follows below.

As a preliminary matter, Plaintiffs have no objection to the Report and Recommendation as recommended by Magistrate Judge Baker (Doc. 695, hereinafter "Report and Recommendation"). The Report and Recommendation is the result of a plan developed jointly by the parties after extensive discussions between them, with very few disagreements noted by the parties in their Joint Notice Regarding Proposed Scope of Case-Specific Discovery in Florida-Related Cases (Doc. 684, hereinafter "Joint Notice"). Judge Baker in fact commended the parties on their efforts to reach a joint resolution regarding a new scheduling order. (Tr. of Hr'g Nov. 15, 2007 at 6:25-7:14.) Judge Baker crafted his

1

Report and Recommendation after considering the Joint Notice and upon hearing thorough argument by both sides on the areas of disagreement in the parties' proposed plan. (Tr. of Hr'g Nov. 15, 2007 at 16:6-19:3, 42:12-59:12.) It is, therefore, somewhat surprising to Plaintiffs that Defendants now object to so much of Magistrate Baker's Report and Recommendation, which is largely fashioned directly from the parties' Joint Notice. Nevertheless, Plaintiffs' specific responses to Defendants' Motion are as follows:

**A.     Native Production of AstraZeneca's Documents**

The parties have been discussing with the SM-ESI the propriety of production in TIFF format and the effect of the process upon the integrity and usability of the production. The SM-ESI has indicated to Plaintiffs' counsel his intent to communicate to the Court his views and recommendations with regard to production in TIFF format. Plaintiffs oppose Defendants' Motion § A to the extent it is inconsistent with the views and recommendations of the SM-ESI.

**B.     Third Party Depositions**

Plaintiffs are unopposed to Defendants' request for reconsideration or clarification as set forth in Defendants' Motion § B.

**C.     Generic Expert Deadlines and *Daubert* Motions**

Plaintiffs are opposed to Defendants' request for reconsideration or clarification as set forth in Defendant's Motion § C. Contrary to Defendants' assertions that the "parties never intended" for MDL-wide general expert discovery to be subsumed by the Florida case-specific discovery plan, that that is precisely what the parties intended and understood by

their agreement reached before the last status conference.  As Defendants' Motion recognizes, the Report and Recommendation Case Management Order ¶¶ M and N state that:

- By August 15, 2008, plaintiffs shall identify and provide reports *for all general experts expected to testify at any trial*. Further, each plaintiff in the Initial Trial Pool (1) shall identify and provide reports for all case-specific experts expected to testify at trial and (2) shall identify all general expert witnesses who are expected to testify at trial.  AstraZeneca shall be entitled to depose all such experts between September 15 and October 15, 2008.

- By September 12, 2008, AstraZeneca shall identify and provide reports *for all general experts expected to testify at trial*. Further, AstraZeneca (1) shall identify and provide reports for any case-specific experts expected to testify at the trials of plaintiffs in the Initial Trial Pool and (2) shall identify all general expert witnesses who are expected to testify at the trials of plaintiffs in the Initial Trial Pool. Plaintiffs shall be entitled to depose all such experts between September 15 and October 15, 2008.

(Report and Recommendation Case Management Order ¶¶ M, N, emphasis added.)  This language is identical to the language the parties expressly agreed to and submitted to the Court in their Joint Notice (Doc. 684).  It is clear from the language and construction utilized in the Joint Notice and the Report and Recommendation that the parties intended for the respective August 15 and September 12, 2008 deadlines to apply to general experts "*expected to testify at any trial*."  The above-quoted provisions each then separately address the parties' responsibilities regarding case-specific and general experts "*expected to testify at the trials of plaintiffs in the Initial Trial Pool*."  The distinction between the parties' obligations regarding general experts for "any trial" and for cases in the "Initial Trial Pool" manifestly demonstrates the parties' intent to designate general experts for all cases in the MDL as outlined above.  Moreover, Plaintiffs' counsel specifically negotiated this language with Defendants' lawyers, and understood that the parties had agreed to the above procedure.  It bears repeating that Plaintiffs' counsel is surprised to see that Defendants now take issue

with those previously agreed upon provisions.[1]  Thus, there is no reason for the Court to adopt the Defendant's proposed "tandem" schedule for general and Florida-specific expert discovery, and Plaintiffs oppose any modification requested by Defendants to Report and Recommendation ¶¶ M, N.

**D.    Dispositive Motions**

Plaintiffs oppose Defendants' request for reconsideration of the briefing schedule for dispositive motions set forth in the Report and Recommendation at ¶ 3.D and Case Management Order ¶ R.  The parties and the Court have determined to undertake an aggressive plan with respect to case-specific discovery for the Florida cases.  Following the parties' negotiations and agreement, the Court has fashioned a schedule that is compartmentalized and flows systematically and logically from limited case-specific discovery, to intensive Initial Trial Pool case-specific discovery, to expert witness designations and discovery, to dispositive motion practice and trial.  To the extent Plaintiffs find themselves in the position of having to defend Judge Baker's Report and Recommendation, it is in the best interest of the parties and the Court to limit disruptions that would distract from the timely completion of obligations under the recommended schedule.  More specifically, Defendant should not be permitted to sidetrack the parties and Court by filing dispositive motions that must be briefed, argued, and ruled upon throughout the

---

1    Defendants' complaint that "Plaintiffs have presumably been working for months on their MDL-wide general expert reports" is pure fiction, and wholly ignores Plaintiffs' filing of their Motion to Amend Current Deadlines and Various Discovery Orders on October 12, 2007 "due to Defendants' admitted delay and outright failure to produce discovery as directed by this Court and the resulting prejudice that will inure to Plaintiffs," seeking in part to extend the parties' respective expert deadlines.  (Doc. 567.)  In that Motion, Plaintiffs explained in detail to the Court the difficulties that Plaintiffs have had in discovery, including in designating and preparing for expert witness designations, caused by Defendants' foot-dragging with respect to their discovery obligations.

4

discovery of the Florida cases. This concern is amplified by the uncertainty regarding whether Defendants will complete their discovery production within the time ordered by the Court. Addressing dispositive motions as recommended by the Court in ¶¶ 3.D and R should eliminate any arguments or concerns over whether sufficient discovery has been conducted to prosecute and/or respond to a particular dispositive motion, provided the parties meet their respective discovery obligations. Moreover, in recommending ¶¶ 3.D and R, Magistrate Judge Baker has concurred with Plaintiffs' contention that 14 days (as proposed by Defendants) is simply insufficient time to respond to dispositive motions that may affect the outcome of thousands of cases at a time.

**E.     Limitations on Case-Specific Depositions**

Plaintiffs oppose Defendants' proposed modification of Case Management Order ¶ I contained in the Report and Recommendation. Report and Recommendation ¶ I follows the applicable Federal Rules of Civil Procedure. Moreover, ¶ I states that it is subject to further consideration by the Court as to the scope and limitations, and the Federal Rules of Civil Procedure specifically permit Defendants to seek leave of Court to take additional depositions. Fed. R. Civ. P. 30(b)(2). Therefore, wholesale modification of the Report and Recommendation ¶ I is unnecessary at this juncture, as Defendants cannot demonstrate any actual prejudice under the Court's recommended limitations.

**F.     Sanctions**

Plaintiffs oppose Defendants' proposed modifications of Report and Recommendation ¶ 3.A, and will not unnecessarily lengthen this Response by commenting further herein regarding Defendants' sanctionable conduct other than to note the following:

5

Defendants' assertion that the Court's statements with regard to sanctions are "premature" ignores the fact that the Court has already determined that Defendants' conduct is sanctionable, but the Court has simply not determined the extent of the sanctions to be ordered.

## CONCLUSION

For the foregoing reasons, with the exception of Section B of Defendants' Motion, the Court should deny the Motion.

                Respectfully submitted

                By:    /s/ K. Camp Bailey
                      F. Kenneth Bailey Jr.
                      K. Camp Bailey
                      Fletcher V. Trammell
                      Robert W. Cowan
                      **BAILEY PERRIN BAILEY LLP**
                      440 Louisiana St., Suite 2100
                      Houston, Texas 77002
                      (713) 425-7100 Telephone
                      (713) 425-7101 Facsimile
                      kbailey@bpblaw.com
                      cbailey@bpblaw.com
                      ftrammell@bpblaw.com
                      rcowan@bpblaw.com
                      **Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 14th day of December, 2007, I electronically filed the foregoing: PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION AND/OR CLARIFICATION AND DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE BAKER'S REPORT AND RECOMMENDATION with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the counsel listed on the attached Service List.

                /s/  Robert W. Cowan
                Robert W. Cowan

SERVICE LIST
In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769

| | |
|---|---|
| Scott Allen<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, TX 77019<br>Tel: (713) 650-6600<br>sallen@crusescott.com | Robert L. Ciotti<br>Carlton Fields, P.A.<br>42212 W. Boy Scout Blvd., Suite 1000<br>Tampa, FL 33607-5736<br>Tel: (813) 223-7000<br>rciotti@carltonfields.com<br>tpaecf@cfdom.net<br>atravis@carltonfields.com<br>*Counsel for Defendants AstraZeneca Pharmaceuticals, L.P, and AstraZeneca LP* |
| Mary B. Cotton<br>John D. Giddens, P.A.<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Tel: (601) 355-2022<br>betsy@law-inc.com | Michael Davis<br>James Mizgala<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn St.<br>Chicago, IL 60603<br>Tel: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com |
| Aaron K. Dickey<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Route 157<br>Edwardsville, IL 62025<br>Tel: (618) 650-7107<br>aaron@ghalaw.com | Heidi Elizabeth Hilgendorff<br>Thomas Campion<br>Drinker Biddle & Reath, LLP<br>500 Campus Dr.<br>Florham Park, NJ 07932-1047<br>Tel: (973) 360-1100<br>thomas.campion@dbr.com<br>heidi.hilgendorff@dbr.com<br>jeffrey.peck@dbr.com<br>*Counsel for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co*. |
| John J. Driscoll<br>Brown & Crouppen, PC<br>720 Olive St., Suite 1800<br>St. Louis, MO 63101<br>Tel: (314) 421-0216<br>jdriscoll@brownandcrouppen.com | Kenneth T. Fibich<br>Fibich, Hampton & Leebron, LLP<br>1401 McKinney St., Suite 1800<br>Five Houston Center Houston, TX 77010<br>Tel: (713) 751-0025<br>tfibich@fhl-law.com |

| | |
|---|---|
| bsmith@brownandcrouppen.com<br>rbrooks@brownandcrouppen.com<br>blape@brownandcrouppen.com | |
| Gregory P. Forney<br>Shaffer, Lombardo & Shurin<br>911 Main St., Suite 2000<br>Kansas City, MO 64105<br>Tel: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>*Counsel for Defendant, Marguerite Devon French* | Todd S. Hageman<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Tel: (314) 241-2929<br>thageman@spstl-law.com |
| W. Todd Harvey<br>Joe R. Whatley, Jr.<br>2323 2nd Ave. N<br>Birmingham, AL 35203-0647<br>Tel: (205) 328-9576<br>tharvey@whatleydrake.com<br>jwhatley@whatleydrake.com<br>ecf@whatleydrake.com | Jona R. Hefner<br>3441 W. Memorial, Suite 4<br>Oklahoma, OK 73134-7000<br>Tel: (405) 286-3000<br>attorneyokc@hotmail.com<br>attorneyokc@gmail.com |
| Lawrence J. Gornick<br>William A. Levin<br>Dennis J. Canty<br>Levin Simses Kaiser & Gornick, LLP<br>44 Montgomery St., 36th Floor<br>San Francisco, CA 94104<br>Tel: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com | Scott Burdine<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, 4th Floor<br>Houston, TX 77006<br>Tel: (713) 222-2700<br>sburdine@hagans-law.com |
| Thomas Campion<br>Heidi E. Hilgendorff<br>Drinker Biddle & Reath, LLP<br>500 Campus Dr.<br>Florham Park, NJ 07932-1047 | Jona R. Hefner<br>3441 W. Memorial, Suite 4<br>Oklahoma, OK 73134-7000<br>Tel: (405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| Tel: (973) 360-1100<br>thomas.campion@dbr.com<br>heidi.hilgendorff@dbr.com<br>jeffrey.peck@dbr.com<br>*Counsel for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co*. | attorneyokc@gmail.com |
| Keith M. Jensen<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Tel: (817) 334-0762<br>kj@kjensenlaw.com<br>kjensenlaw@gmail.com | Aaron C. Johnson<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Tel: (816) 640-9940<br>aaron@summersandjohnson.com<br>firm@summersandjohnson.com |
| Jamie R. Kendall<br>301 Massachusetts Ave.<br>Indianapolis, IN  46204<br>Tel: 317-633-8787<br>jkendall@price-law.com<br>eamos@price-law.com | Mark A. Koehn<br>whrfrat42@yahoo.com |
| Benjamin A. Krass<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Tel: (617) 641-9550<br>bkrass@pawalaw.com | D. Andrew List<br>Clark Perdue Arnold & Scott<br>471 East Broad St., Suite 1400<br>Columbus, OH  43215<br>Tel: 877-220-2203<br>alist@cpaslaw.com |
| Matthew E. Lundy<br>Lundy & Davis<br>333 N. Sam Houston Pkwy., E<br>Suite 375<br>Houston, TX 77060<br>Tel: (281) 272-0797<br>mlundy@lundydavis.com<br>jdibbley@lundydavis.com | David P. Matthews<br>Abraham, Watkins, Nichols, Sorrels, Matthews & Friend<br>800 Commerce St.<br>Houston, TX 77002-1776<br>Tel: (713) 222-7211<br>dmatthews@abrahamwatkins.com<br>agoff@abrahamwatkins.com<br>jrhoades@abrahamwatkins.com<br>jwebster@abrahamwatkins.com |
| James Mizgala<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn St. | Howard Nations<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895 |

| | |
|---|---|
| Chicago, IL 60603<br>Tel: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>lmodaff@sidley.com<br>efilingnotice@sidley.com<br>*Counsel for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP* | Tel: (713) 807-8400<br>nations@howardnations.com<br>lori@howardnations.com<br>kim@howardnations.com<br>andrea@howardnations.com<br>charles@howardnations.com<br>lezzlie@howardnations.com |
| Matthew F. Pawa<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Tel: (617) 641-9550<br>mp@pawalaw.com | Paul J. Pennock<br>Michael E. Pederson<br>Weitz & Luxenburg, P.C.<br>180 Maiden Lane – 17th Floor<br>New York, NY 10038<br>Tel: (212) 558-5500<br>Ppennock@weitzlux.com<br>Lschutlz@weitzlux.com<br>MPederson@weitzlux.com<br>JOrelli@weitzlux.com<br>*Plaintiff's Lead Counsel* |
| Carlos A. Prietto, III<br>Robinson Calcagnie & Robinson<br>620 Newport Center-Drive<br>7th Floor<br>Newport Beach, CA 92660<br>Tel: 940-720-1288<br>cbregman@rcrlaw.net<br>cprietto@rcrlaw.net<br>ctakanabe@rcrlaw.net<br>kschaeffer@rcelaw.net | Fred T. Magaziner<br>Marjorie Shickman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>Stephen J. McConnell<br>Brennen Joseph Torregrossa<br>Dechert, LLP<br>2929 Arch St., Cira Center<br>Philadelphia, PA 19104-2808<br>Tel: (215) 994-4000<br>Fred.magaziner@dechert.com<br>Marjorie.shiekman@dechert.com<br>shane.prince@dechert.com<br>cheryl.inwek@dechert.com<br>Eben.flster@dechert.com<br>elizabeth.balakhani@dechert.com<br>michelle.kirscEh@dechert.com<br>*Counsel for Defendant Astrazeneca Pharmaceuticals, LP* |
| William N. Riley<br>Jamie R. Kendall<br>301 Massachusetts Ave. | Mark P. Robinson, Jr.<br>Robinson Calcagnie & Robinson<br>620 Newport Center Dr., 7th Floor |

11

| | |
|---|---|
| Indianapolis, IN  46204<br>Tel: 317-633-8787<br>wriley@price-law.com<br>eamos@price-law.com | Newport Beach, CA 92660<br>Tel: (949) 720-1288<br>mrobinson@robinson-pilaw.com<br>mrobinson@rcrlaw.net |
| Larry Roth<br>Law Offices of Larry M. Roth, P.A.<br>P.O. Box 547637<br>Orlando, FL 32854-7637<br>Tel: (407) 872-2239<br>lroth@roth-law.com<br>lcarrington@roth-law.com<br>epoit@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Lizy Santiago<br>Abraham, Watkins, Nichols, Sorrels, Matthews & Friend<br>800 Commerce St.<br>Houston, TX 77002-1776<br>Tel: (713) 222-7211<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com<br>lsantiago@abrahamwatkins.com |
| Robert A. Schwartz<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Tel: (281) 335-7744<br>bschwartz@galyen.com<br>anixon@galyen.com | Kenneth W. Smith<br>Aylstock Witkin Kreis & Overholtz<br>803 North Palafox St.<br>Pensacola, FL  32501<br>Tel: (850) 916-7450<br>ksmith@awkolaw.com<br>kws6619@msn.com<br>rvasquez@awkolaw.com |
| Brennen Joseph Torregrossa<br>Dechert, LLP<br>2929 Arch St., Cira Center<br>Philadelphia, PA 19104-2808<br>Tel: (215) 994-4000<br>brennen.torregrosssa@dechert.com<br>*Counsel for Defendant Astrazeneca Pharmaceuticals, LP* | Ted C. Wacker<br>Robinson Calcagnie & Robinson<br>620 Newport Center Dr., 7th Floor<br>Newport Beach, CA 92660<br>Tel: (949) 720-1288<br>twacker@rcrlaw.net |
| W. Todd Harvey<br>Joe R. Whatley, Jr.<br>2323 2nd Ave. N<br>Birmingham, AL 35203-0647<br>Tel: (205) 328-9576<br>tharvey@whatleydrake.com<br>jwhatley@whatleydrake.com<br>ecf@whatleydrake.com | Justin Witkin<br>Ken Smith<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Blvd., Suite 58<br>Pensacola, FL 32503<br>Tel: (850) 916-7450<br>Jwitkins@AWS-LAW.COM<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com |

NON-ECF SERVICE LIST

| | |
|---|---|
| Bridget Ahmann<br>Faegre & Benson, LLP<br>90 S. 7th St., Ste 2200<br>Minneapolis, MN  55402-3901 | Timothy Reese Balducci<br>The Langston Law Firm, P.A.<br>P.O. Box 787<br>100 South Main St.<br>Booneville, MS 38829<br>Tel: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Tel: (314) 231-3332<br>kbean@spvg.com | Earl Francis Carriveau<br>1012 6th Ave.<br>Lake Charles, LA  70601-4706 |
| Robert F. Clarke<br>Phillips & Associates<br>3030 North Third St., Ste 1100<br>Phoenix, AZ  85012 | Patricia Cook |
| Cannon Curlee | Mark W. Davis<br>Davis & Feder, P.A.<br>P.O. Drawer 6829<br>Gulfport, MS 39506-7018 |
| Warren Frazier | James J. Freebery<br>McCarter & English, LLP<br>18th Floor<br>919 N. Market St.<br>Wilmington, DE  19801 |
| Michael T. Gallagher<br>The Gallagher Law Firm<br>2905 Sackett St.<br>Houston, TX  77098 | Gary Reed Gober<br>200 Fourth Ave. North<br>Suite 700<br>Nashville, TN  37219 |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Pkwy.<br>Suite C<br>Indianapolis, IN  46254-2600 | Jason Matthew Hatfield<br>Lundy & Davis, LLP<br>300 North College Ave.<br>Suite 309<br>Fayetteville, AR  72701 |
| | |

| | |
|---|---|
| John Hawkins | Donna Higdon |
| Janssen, L.P.<br>Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 | Johnson & Johnson<br>Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 |
| Krisann C. Kleibacker Lee<br>Faegre & Benson LLP<br>90 S 7th St. Ste. 2200<br>Minneapolis, MN 55402-3901 | Louisiana Wholesale Drug Co. Inc.<br>c/o Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584 |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Tel: (281) 335-7744 | Stephen J. McConnell<br>Dechert, LLP<br>2929 Arch St., Cira Center<br>Philadelphia, PA 19104-2808 |
| Eric B. Milliken<br>3 Sir Barton Ct.<br>Newark, DE 19702-2033 | Randy Niemeyer<br>15863 Pike 43<br>Bowling Green, MO 63334-2620 |
| Gale D. Pearson<br>Pearson, Randall & Schumacher, PA<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402 | Dale Kent Perdue<br>Clark Perdue Arnold & Scott<br>471 East Broad St., Suite 1400<br>Columbus, OH 43215 |
| Stephen J. Randall<br>Pearson, Randall & Schumacher, PA<br>First Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402 | Brenda Rice |
| Evelyn Rodriguez | Robert L. Salim<br>Attorney At Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Tel: (318) 352-5999<br>robertsalim@cp-tel.net |
| Ellen R. Serbin<br>Perona Langer Beck Lallande & Serbin | Marjorie Shickman<br>Dechert, LLP |

14

| | |
|---|---|
| 300 San Antonio Dr.<br>Long Beach, CA  90807-0948 | 2929 Arch St., Cira Center<br>Philadelphia, PA 19104-2808 |
| Robert H. Shultz<br>Heyl, Royster<br>103 W. Vandalia St.<br>P.O. Box 467<br>Edwardsville, IL  62025 | Robert G. Smith<br>Lorance & Thompson, PC<br>Suite 500<br>2900 N Loop W<br>Houston, TX  77092 |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119 | Linda S. Svitak<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 South Seventh St.<br>Minneapolis, MN  55402-3901 |
| Seth S. Webb<br>Brown & Crouppen, P.C.<br>720 Olive St., Suite 1800<br>St. Louis, MO  63101-2302 | Mary J. Wrightinton |

15