**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation.

Case No. 6:06-md-1769-Orl-22DAB

_____/

# ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment into the George C. Young United States Courthouse for use in connection with a hearing in this case, it is **ORDERED** as follows:

1. Benjamin Barnett, Robert L. Ciotti, Kathryn L. Connelly, Fred T. Magaziner, Chris S. Coutroulis, Hope S. Freiwald, Luke Mette, Robert W. Pass, Shane T. Prince, James J. Freebery, Christin Bassett, Brennan J. Torregrossa, and Russell O. Stewart are each allowed to bring one "Blackberry" email device and/or cell phone; and Robert L. Ciotti and Shane T. Prince each one laptop computer into the George C. Young United States Courthouse on **TUESDAY, DECEMBER 18, 2007**, for use in the status conference before the undersigned scheduled to begin at **10:00 A.M.**

2. Ed Blizzard, Tom Pirtle, Paul Pennock, Jonathan Sedgh, Ken Bailey, Camp Bailey, Scott Allen, Holly Wheeler, Rick Laminack, Buffy Martines, Larry Gornick, Dennis Canty, Fletch Trammell, Larry Roth, Ken Smith, Robert Cowan, Elizabeth Williams, and are hereby each granted permission to bring a BlackBerry email device and/or cell phone; and Paul Pennock, Larry Gornick, Dennis Canty, and Ken Smith each one laptop computer into the George C. Young United States Courthouse on **TUESDAY, DECEMBER 18, 2007**, for use in the status conference before the undersigned scheduled to begin at **10:00 A.M.**

3. The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require to present picture identification at the time of entry.

4. The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

**DONE** and **ORDERED** in Orlando, Florida on December 17, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers