# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In Re:
**Seroquel Products Liability Litigation,**

Case No.  6:06-MD-1769-Orl-22DAB

| JUDGE | **David A. Baker United States Magistrate Judge** | DATE AND TIME | December 18, 2007 10:00-12:00 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Bill Jones |
| Special Master | Orran Brown Craig Ball | 3rd Parties | Ed Pomerantz Colin West Robert Mendillo Dan Turinsky Rachael Balaban |
| COUNSEL/PLTF. | Camp Bailey F. Kenneth Bailey Dennis Canty Lawrence Gornick Jonathan Jaffe Angela Nixon Paul Pennock Larry Roth Fletch Trammell Holly Wheeler Brian Aystock Renee Baggett | COUNSEL/DEF. | Robert Ciottai Chris Coutroulis Richard Josephson Fred Magaziner Stephen J. McConnell Robert Pass Shane Prince Russell Stewart Brennan Torregrossa Colleen Viochell Ben Barnett Hope Freiwald |

**Status Conference**

Case called, appearances taken

Procedural setting by court; Court addresses matters with Special Master Orran
    Brown; Court sets next MDL hearing for January 4, 2008 at 2:00PM on
Sanctions order and ESI discovery
Court addresses issues concerning 3rd parties
Court directs 3rd parties to make submission by Thursday, 12/20/07 at noon
Defense counsel Magaziner addresses pending motions
Parties address motions to compel; non-Florida tract cases; lodging of documents
    for in camera review; Special Master Ball's role and numerous other matters
Court sets next status conference on general issues: Tuesday, January 29, 2008
    at 10:00