# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause came on for consideration of Non-party Parexel's Motion for Protective Order Regarding Plaintiffs' Subpoena Duces Tecum (Doc. No. 651), Plaintiffs' Motion to Compel Non-party Documents From Parexel (Doc. No. 654).

As ordered at the hearing on December 18, 2007, Plaintiffs and Parexel are **ORDERED** to file their respective position papers by December 20, 2007 by noon. The position papers should discuss at a minimum the number of projects by definition and/or description and timeline, including the CBC project(s), and the cost of producing discovery regarding such projects.

**DONE** and **ORDERED** in Orlando, Florida on December 19, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record