UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION. | CASE NO. 6:06-MD-1769-ORL-22DAB |

## NOTICE OF APPEARANCE

Please enter the appearance of Amber Anderson Villa of Sally and Fitch LLP as counsel for Interested Party Parexel MMS in the above-captioned action.

Respectfully submitted,
Parexel MMS
By its lawyers,

/s/ Amber Anderson Villa
Robert M. Mendillo (BBO# 342780)
Amber Anderson Villa (BBO#647566)
SALLY AND FITCH LLP
One Beacon Street, 16th Floor
Boston, MA 02108
(T) (617) 542-5542
(F) (617) 542-1542

Dated: December 20, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by ECF on December 20, 2007.

/s/ Amber Anderson Villa
Amber Anderson Villa