# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause came on for consideration with oral argument[1] on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF NON-PARTY[2] DOCUMENTS [AS TO EDELMAN, INC., SAATCHI & SAATCHI HEALTHCARE, AND KLEMTNER ADVERTISING, INC.] (Doc. No. 666)** |
| **FILED:** | November 9, 2007 (originally filed September 28, 2007 in Southern District of New York) |
| **THEREON** it is **ORDERED** that the Motion is **DENIED as moot.** | |
| **MOTION:** | **NON-PARTY EDELMAN, INC.'S MOTION FOR PROTECTIVE ORDER (Doc. No. 672)** |
| **FILED:** | November 9, 2007 (originally filed October 5, 2007 in Southern District of New York) |
| **THEREON** it is **ORDERED** that the motion is **DENIED as moot**. | |
| **MOTION:** | **NON-PARTIES KLEMTNER ADVERTISING, INC. AND SAATCHI & SAATCHI HEALTHCARE'S MOTION FOR PROTECTIVE ORDER (Doc. No. 670)** |
| **FILED:** | November 9, 2007 (originally filed October 5, 2007 in Southern District of New York) |
| **THEREON** it is **ORDERED** that the motion is **DENIED as moot**. | |

---

[1] Oral argument was heard on November 21 and 28, 2007 and on December 18, 2007.

[2] The Court has already ruled on the Motion to Compel as to Harris Interactive, Inc. Doc. No. 733.

| | |
|---|---|
| **MOTION:** | **[NON-PARTY] PAREXEL'S MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFFS' SUBPOENA DUCES TECUM[3] (Doc. No. 651)** |
| **FILED:** | **November 5, 2007** (originally filed September 19, 2007 in District of Connecticut) |
| **THEREON** it is **ORDERED** that the Motion is **DENIED as moot**. | |
| **MOTION:** | **PLAINTIFFS' MOTION TO COMPEL NON-PARTY DOCUMENTS [FROM PAREXEL] (Doc. No. 654)** |
| **FILED:** | **November 5, 2007** (originally filed September 19, 2007 in District of Connecticut) |
| **THEREON** it is **ORDERED** that the Motion is **DENIED as moot**. | |

The Court specifically reserves jurisdiction to decide any further issues that arise concerning discovery from these non-parties, **including but not limited to the allocation of costs**. For guidance on the Court's previous ruling on the allocation of costs of production from an interested non-party Harris Interactive, Inc., *see* Doc. No. 733 (holding the costs of production should be borne as overhead, given the non-party's size, revenue from defendant, and work performed related to plaintiffs' claims).

**DONE** and **ORDERED** in Orlando, Florida on December 21, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[3] Parexel also filed an Amended Opposition to Plaintiffs' Motion to Compel. Doc. No. 655.