# Exhibit A

| # | Last_Name | First_Name | Case_Number |
|---|---|---|---|
| 1 | Abreu | Gustavo | 6:07-cv-11351 |
| 2 | Alvarez | Kathryn | 6:07-cv-13032 |
| 3 | Barnebee | James | 6:07-cv-15683 |
| 4 | Batalla | Tomasa | 6:07-cv-10192 |
| 5 | Bennett | Evelyn | 6:07-cv-10195 |
| 6 | Berkhan | Catherine | 6:07-cv-10196 |
| 7 | Bess | Vera | 6:07-cv-13110 |
| 8 | Binkowski | Maureen | 6:07-cv-10198 |
| 9 | Bonebrake | Carole | 6:07-cv-15690 |
| 10 | Brinker | Erania | 6:07-cv-11070 |
| 11 | Brooks | Eddie | 6:07-cv-13158 |
| 12 | Campbell | James | 6:07-cv-10223 |
| 13 | Cantelmo | Linda | 6:07-cv-10225 |
| 14 | Capponi | Patricia | 6:07-cv-11445 |
| 15 | Carley | Peter | 6:07-cv-10226 |
| 16 | Carter | Sandra | 6:07-cv-13234 |
| 17 | Chaplin | Ann-Marie | 6:07-cv-10229 |
| 18 | Christiansen | Denis | 6:07-cv-10234 |
| 19 | Curley | Connie | 6:07-cv-15701 |
| 20 | Cuyler | Dorian | 6:07-cv-15703 |
| 21 | Dalrymple | Elizabeth | 6:07-cv-10249 |
| 22 | Delgado | Jeffrey | 6:07-cv-11507 |
| 23 | Duvall | Sharon | 6:07-cv-12443 |
| 24 | Ellberg | Beverly | 6:07-cv-11177 |
| 25 | Episcopo | Joan | 6:07-cv-15715 |
| 26 | Epps | Lynda | 6:07-cv-15716 |
| 27 | Fashner | Sharon | 6:07-cv-10265 |
| 28 | Fish | Venus | 6:07-cv-10267 |
| 29 | Francis | Paula | 6:07-cv-15721 |
| 30 | Grant | Judith | 6:07-cv-10286 |
| 31 | Hall | Betty | 6:07-cv-10293 |
| 32 | Harris | Gerline | 6:07-cv-10296 |
| 33 | Head | Benjamin | 6:07-cv-11633 |
| 34 | Hernandez | Christine | 6:07-cv-15736 |
| 35 | Herron | Randall | 6:07-cv-12556 |
| 36 | Hickman | Cindy | 6:07-cv-10301 |
| 37 | Hinton | Joanne | 6:07-cv-10304 |
| 38 | Holmes | Connie | 6:07-cv-13613 |
| 39 | Houck | Chad | 6:07-cv-12094 |
| 40 | Ing | Brenda | 6:07-cv-10312 |
| 41 | Jones | William | 6:07-cv-10325 |
| 42 | Joyner | Robert | 6:07-cv-13713 |
| 43 | Kaliszeski | Patricia | 6:07-cv-10326 |
| 44 | Klein | Jeri | 6:07-cv-10329 |
| 45 | Lamica | Terry | 6:07-cv-10334 |
| 46 | Leimonitis | Anthony | 6:07-cv-10339 |
| 47 | Lemons | Angel | 6:07-cv-10340 |
| 48 | Lester | Charles | 6:07-cv-10342 |
| 49 | Livesay | Debra | 6:07-cv-15752 |
| 50 | Lorditch | Hope | 6:07-cv-12657 |
| 51 | Lydard | Connie | 6:07-cv-10348 |
| 52 | Mallard | Marie | 6:07-cv-10351 |

| 53 | Martin | Kimberly | 6:07-cv-10355 |
|----|--------|----------|---------------|
| 54 | Mays | Quentin | 6:07-cv-10359 |
| 55 | McCarthy | Kevin | 6:07-cv-11096 |
| 56 | McCraw | Shirley | 6:07-cv-10361 |
| 57 | McDaniel | Kimberly | 6:07-cv-10362 |
| 58 | McElroy | Suzanne | 6:07-cv-15605 |
| 59 | Michael | Robert | 6:07-cv-15762 |
| 60 | Middleton | Clemmie | 6:07-cv-10949 |
| 61 | Miranda | Jennifer | 6:07-cv-11797 |
| 62 | Montague | Lois | 6:07-cv-10373 |
| 63 | Montney | Lydia | 6:07-cv-10374 |
| 64 | Murphy | Brian | 6:07-cv-12719 |
| 65 | Nurse | Nicole | 6:07-cv-11831 |
| 66 | Pagar | Jeffrey | 6:07-cv-11848 |
| 67 | Pokrywka | Lucy | 6:07-cv-14083 |
| 68 | Radford | Cheryl | 6:07-cv-11890 |
| 69 | Richmond | Melody | 6:07-cv-15786 |
| 70 | Robinson | Mary | 6:07-cv-10417 |
| 71 | Rose | Tina | 6:07-cv-10422 |
| 72 | Runner | Jesse | 6:07-cv-10424 |
| 73 | Sarmiento | William | 6:07-cv-10425 |
| 74 | Schapiro | Michael | 6:07-cv-10427 |
| 75 | Scharet | Tammy | 6:07-cv-12217 |
| 76 | Schroeter | Michel | 6:07-cv-10434 |
| 77 | Semljatschenko | Diane | 6:07-cv-10437 |
| 78 | Shaefer | James | 6:07-cv-11299 |
| 79 | Slapion | Andrea | 6:07-cv-12224 |
| 80 | Smith | Connie | 6:07-cv-15799 |
| 81 | Spitz | Barbara | 6:07-cv-15579 |
| 82 | Stephens | Terry | 6:07-cv-15805 |
| 83 | Tanke | Mary | 6:07-cv-16603 |
| 84 | Thomas | Leslie | 6:07-cv-10457 |
| 85 | Unger | Richard | 6:07-cv-15812 |
| 86 | Warren | Lance | 6:07-cv-10466 |
| 87 | West | Charles | 6:07-cv-10471 |
| 88 | White | Rhunette | 6:07-cv-10473 |
| 89 | Whittington | Linda | 6:07-cv-10475 |
| 90 | Wilson | Michael | 6:07-cv-15818 |
| 91 | Young | Matthew | 6:07-cv-11117 |
| 92 | Young | David | 6:07-cv-15824 |