# Exhibit B

| # | Last_Name | First_Name | Case_Number |
|---|---|---|---|
| 1 | Cuyler | Dorian | 6:07-cv-15703 |
| 2 | Duvall | Sharon | 6:07-cv-12443 |
| 3 | Episcopo | Joan | 6:07-cv-15715 |
| 4 | Fashner | Sharon | 6:07-cv-10265 |
| 5 | Hernandez | Christine | 6:07-cv-15736 |
| 6 | Hinton | Joanne | 6:07-cv-10304 |
| 7 | Lamica | Terry | 6:07-cv-10334 |
| 8 | Lorditch | Hope | 6:07-cv-12657 |
| 9 | McAlexander | Eileen | 6:07-cv-10360 |
| 10 | McCarthy | Kevin | 6:07-cv-11096 |
| 11 | McDaniel | Kimberly | 6:07-cv-10362 |
| 12 | Quinn | Lori | 6:07-cv-14108 |
| 13 | Ray | Charles | 6:07-cv-11102 |
| 14 | Runner | Jesse | 6:07-cv-10424 |
| 15 | Schapiro | Michael | 6:07-cv-10427 |
| 16 | Slapion | Andrea | 6:07-cv-12224 |
| 17 | Spitz | Barbara | 6:07-cv-15579 |
| 18 | Stephens | Terry | 6:07-cv-15805 |
| 19 | Tanke | Mary | 6:07-cv-16603 |
| 20 | Tanner | Kathleen | 6:07-cv-15809 |