**INDEX TO ATTACHMENTS TO NON-PARTY ZANTAZ, INC.'S
NOTICE OF MOTION AND MOTION TO QUASH SUBPOENAS
OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER;
<u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF</u>**

Declaration of Colin C. West – Attachment 1

Declaration of Mark Daoust – Attachment 2