1    BINGHAM MCCUTCHEN LLP
     COLIN C. WEST (SBN 184095)
2    ERICA BRAND PORTNOY (SBN 244923)
     Three Embarcadero Center
3    San Francisco, CA  94111-4067
     Telephone:  (415) 393-2000
4    Facsimile:  (415) 393-2286
     Email: colin.west@bingham.com
5         erica.brand@bingham.com

6    Attorneys for
     ZANTAZ, INC.
7

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

| 13 | IN RE:  Seroquel Products Liability Litigation | **Case No.** Miscellaneous Action (unassigned) |
|----|----|----|
| 14 | | |
| 15 | | (Underlying action in Middle District of Florida, Orlando Division; Case No. 6:06-md-1769-Orl-22DAB; MDL DOCKET NO. 1769 (ALL CASES)) |
| 16 | | |
| 17 | | **DECLARATION OF MARK DAOUST IN SUPPORT OF NON-PARTY ZANTAZ, INC.'S MOTION TO QUASH SUBPOENAS OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER** |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | Judge: Hon. William Alsup (as General Duty Judge) |
| 22 | | |
| 23 | | FAX  SIGNATURE  ATTACHED |
| 24 | | |
| 25 | | |
| 26 | | |

Case No. Miscellaneous Action (unassigned)

DECLARATION OF MARK DAOUST IN SUPPORT OF NON-PARTY ZANTAZ, INC.'S MOTION TO
QUASH SUBPOENAS OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER

1                   I, Mark Daoust, declare and state, under the penalty of perjury, as follows:

2                1.      I am employed by Zantaz as Vice President of Introspect Services.  As

3  part of my job duties, I am required to be familiar with the products and services Zantaz offers its

4  customers, and I am also familiar with how Zantaz is organized as a company.  I am also

5  familiar with the safeguards Zantaz takes regarding its policies and procedures.  I have personal

6  knowledge of the facts set forth in this declaration, and if called to testify, I could and would

7  competently testify to them.

8                2.      Zantaz provides, among other things, litigation support software and

9  solutions to help companies manage discovery-related documents.  Most of its litigation-support

10  related customers, including AstraZeneca, engage Zantaz to provide an outsourced litigation

11  support solution marketed under the name "Introspect."  In connection with this solution, Zantaz

12  stores the discovery-related documents in electronic format in its databases and on its servers.

13  These documents are then accessed and managed by its customers via the Internet.  If requested

14  by a customer and based solely on the instructions of the customer, these documents may then be

15  produced by Zantaz to other parties in the litigation.

16              3.      Certain of the documents produced in the litigation between AstraZeneca

17  and Plaintiffs in the underlying multidistrict litigation were stored and managed by Zantaz

18  through its Introspect solution.  Other documents in the litigation were processed by Planet Data

19  Solutions, Inc., another litigation support firm that also had assisted AstraZeneca with

20  productions, and delivered to Zantaz for loading into the Introspect solution.

21              4.      Zantaz's policy, as memorialized in its contracts with its clients, including

22  its contract with AstraZeneca, is that the electronic data it stores on behalf of each client is

23  owned by the client.  Zantaz can not and does not turn over its clients' data without their

24  instruction or permission.

25              5.      Most of Zantaz's employees work in Zantaz's offices in Pleasanton,

26  California, Boston, Massachusetts and Ottawa, Ontario.

Case No. Miscellaneous Action (unassigned)

DECLARATION OF MARK DAOUST IN SUPPORT OF NON-PARTY ZANTAZ, INC.'S MOTION TO
QUASH SUBPOENAS OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER
A/72348073.1/3001806-0000324168

1          6.      To my knowledge, no one who works out of the Pleasanton, California

2   office suite could competently testify regarding the categories of documents described in

3   "Topics" to the Subpoenas Served on Zantaz, Inc.  To my knowledge, the only persons who

4   could competently so testify are located in Zantaz's offices in Boston, Massachusetts.

5          7.      Zantaz has confidential, proprietary information, setting forth Zantaz's

6   policies and procedures for servicing its clients.

7          8.      At all relevant times, Zantaz has taken reasonable steps to maintain the

8   secrecy and confidentiality of its highly sensitive commercial data and trade secrets, including its

9   written policies and procedures.  Zantaz does not share this information with third parties and it

10   has security procedures to maintain the confidentiality of this information.   All policies and

11   procedures documents expressly state that they are confidential and proprietary and a trade

12   secret.

13          9.      The electronic document storage business is a highly competitive service

14   industry.  Zantaz's business practices, including its policies or procedures related to the digital

15   chain of custody or the archival of client data and Zantaz's policies or procedures related to

16   conversion and loading of client data received from clients, and the recommended practices set

17   forth in its written policies and procedures, all have significant economic value in that they give

18   Zantaz a competitive advantage in obtaining and maintaining agreements to serve as electronic

19   document storage managers for its clients.  Disclosure of this information would put at risk this

20   competitive advantage in that Zantaz's competitors would learn its recommended practices for

21   providing superior service in managing electronic document storage that Zantaz has developed

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

DECLARATION OF MARK DAOUST IN SUPPORT OF NON-PARTY ZANTAZ, INC.'S MOTION TO
QUASH SUBPOENAS OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER
A/72348073.1/3001806-0000324168

1   over many years of effort. Moreover, the disclosure of Zantaz's procedures may permit

2   competitors to estimate information about Zantaz's technical methods or even Zantaz's clients.

3               I swear under penalty of perjury under the laws of the United States that the

4   foregoing is true and correct and that this declaration was signed in _Boston, MA_ on

5   December 12, 2007.

6

7                                      Mark Daoust

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3       Case No. Miscellaneous Action (unassigned)

DECLARATION OF MARK DAOUST IN SUPPORT OF NON-PARTY ZANTAZ, INC.'S MOTION TO
QUASH SUBPOENAS OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER
A/72348073.1/3001806-0000324168