# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

## DECLARATION OF DONALD G. BEAMISH IN SUPPORT OF ASTRAZENECA'S MOTION TO MAINTAIN THE CONFIDENTIALITY OF CERTAIN EXHIBITS USED AT THE DEPOSITION OF DENISE CAMPBELL

My name is Donald G. Beamish, and I declare:

1. I am over the age of eighteen, and am currently employed by AstraZeneca LP ("AstraZeneca") as Executive Director Commercial Operations Emerging Brands. From 2003 to February 2006 I was Executive Director Commercial Operations for Seroquel and my responsibilities included leading and managing the Seroquel Commercial Team. I also worked on Seroquel in other capacities from November 1999 to 2003. I am familiar with the matters stated herein, based on my personal knowledge and experience at AstraZeneca, and could and would testify competently thereto under oath.

2. It is my understanding that plaintiffs have challenged AstraZeneca's designation of certain Seroquel market research and strategic planning documents cited as exhibits at Denise Campbell's deposition in October 2007 as confidential. It is my understanding that AstraZeneca has provided plaintiffs with access to these materials according to a Protective Order under which AstraZeneca has designated certain discovery materials as "confidential" to prevent disclosure of those and other competitively sensitive materials to AstraZeneca's competitors, among other limitations.

3. Seroquel is an FDA-approved medication that AstraZeneca currently markets. Seroquel competes against other atypical antipsychotic medications, such as Eli Lilly & Co.'s "Zyprexa," Janssen Pharmaceutica's "Risperdal," and Brisol-Myers Squibb's "Abilify." Like other industries, the pharmaceutical industry is intensely competitive.

4. In summary and, as discussed in greater detail below, the materials at issue here involve competitively sensitive information that AstraZeneca always maintains on a private and proprietary basis. It is my understanding that AstraZeneca's competitors in the market for atypical antipsychotic medications have comparable internal data and information, which they, like AstraZeneca, maintain on a private and proprietary basis. Widespread public disclosure of these materials, including to AstraZeneca's competitors in the atypical antipsychotic drug market, would be unfair and put the company at a distinct competitive disadvantage---particularly when AstraZeneca does not simultaneously obtain access to the comparable proprietary information kept and maintained by its competitors.

5. In order to successfully market its products, a pharmaceutical company necessarily has to understand matters such as the particular needs of prescribing physicians and other healthcare providers, the size and nature of the market for prescription drugs, and the efficacy of various advertising and marketing techniques.

6. AstraZeneca and its competitors use a variety of methods to research the market for atypical antipsychotic drugs, including focus groups, marketing consultants, consumer and physician surveys, internet research, and internally generated reports.

7. AstraZeneca personnel use their own experience and expertise to analyze this information and develop strategic plans for the marketing its prescription drug products,

including Seroquel. The confidential documents at issue, as well as related documents such as Seroquel meeting minutes and e-mails reflecting company strategy, contain information regarding senior employees' understanding of the pharmaceutical market, their thoughts on the strengths and weaknesses of AstraZeneca and its competitors, their plans for the development of the Seroquel brand, sales projections, and other competitively sensitive information. Access to those confidential materials would give competitors an unfair advantage by allowing them to study AstraZeneca's strategic thinking in detail and adjust their own business strategies accordingly.

8. In the pharmaceutical industry, it is generally recognized that each company's market research and strategic planning documents constitute private proprietary information that is not shared with competitors.

9. Like its competitors, AstraZeneca has consistently maintained its market research and strategic planning documents on a strictly private, proprietary basis. To my knowledge, AstraZeneca has never provided its market research or strategic planning documents to competitors. Indeed, it would be extraordinary for any competitor even to request to see another company's market research or strategic planning documents for their competing medications, and I am certain that any such request would be denied by AstraZeneca as well as its competitors.

10. AstraZeneca's market research and strategic plans are generated and maintained by the company only through the expenditure of a substantial amount of time, energy and resources by AstraZeneca and its competitors. Such information is created and maintained by

AstraZeneca for competitively sensitive reasons, including to enhance the ability of AstraZeneca to market Seroquel in an effective manner.

11.   As noted, AstraZeneca's Seroquel marketing and strategic planning materials are maintained within the company on a strictly private, proprietary basis. All AstraZeneca employees are subject to compliance policies that require them to keep proprietary information--- including the information found in Seroquel marketing and strategic planning materials--- confidential and strictly within the company. The information is never shared with competitors and is not shared with anyone outside of the company absent appropriate confidentiality provisions. Even within AstraZeneca, marketing and strategic planning materials are shared within the company only with authorized personnel on an as-needed basis.

12.   Public disclosure of AstraZeneca's Seroquel market research and strategic planning materials and related documents, including access to such materials by the company's competitors, would put AstraZeneca at a competitive and commercial disadvantage. Because the information reflects years of competitive intelligence about how AstraZeneca should best market and advertise atypical antipsychotic medications, competitor access to such private materials would allow them to "free ride" on AstraZeneca's years of efforts to their own advantage. Access to these confidential materials would enable competitors to capitalize on these insights and readjust their marketing efforts accordingly.

13.   Although some of the market research and strategic planning documents at issue were drafted several years ago, these older documents contain information, such as long-term objectives and sales projections, that would still be of interest to AstraZeneca's competitors and would cause present harm to AstraZeneca's business and marketing efforts if released.

I declare under penalty of perjury under the laws of the United States and the laws of the state of Florida that the foregoing is true and correct to the best of my knowledge.

Dated: December 19, 2007

Donald G. Beamish
Executive Director
Commercial Operations
Emerging Brands
AstraZeneca LP