# EXHIBIT B



Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000  Main
+1 215 994 2222  Fax
www.dechert.com

**TARA S. LAWLER**

tara.lawler@dechert.com
+1 215 994 2435  Direct
+1 215 655 2435  Fax

October 29, 2007

**BY EMAIL**

Scott Allen
2777 Allen Parkway
Seventh Floor
Houston, Texas 77019

Re:  In re: Seroquel Products Liability Litigation
  MDL Docket No. 1769
  Client-Matter No. 383313

Dear Mr. Allen:

   Pursuant to the MDL agreed protective order/stipulated agreement in this matter, AstraZeneca designates the October 10, 2007 deposition of Denise A. Campbell as confidential. Deposition exhibits 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 17, 18, 20, 21, 22, 23, 24, 25, 26, 27, 28, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, and 52 are also designated as confidential.

   If you need any additional information, please contact me.

Sincerely,

Tara S. Lawler

cc:  Attached Service List
  Jan Dodd (via 1st Class Mail)
  Ann Marie Mitchell (via 1st Class Mail)