# EXHIBIT C

## Lawler, Tara

| | |
|---|---|
| **From:** | Dennis Canty [dcanty@lskg-law.com] |
| **Sent:** | Monday, November 05, 2007 3:21 PM |
| **To:** | Lawler, Tara; McConnell, Stephen; Magaziner, Fred; Balakhani, Elizabeth; Prince, Shane |
| **Cc:** | Larry J. Gornick; Ken Bailey; Camp Bailey; Paul J. Pennock; sallen@crusescott.com; Eblizzard@blizzardlaw.com |
| **Subject:** | Campbell depo; confidentiality |
| **Attachments:** | Document (4).pdf; image003.png |

Document (4).pdf (226 KB)   image003.png (43 KB)

Ms. Lawler:

Plaintiffs dispute defendants' designation of these materials as "confidential."

Please state the basis for such designation. Thank you.

1