# EXHIBIT D



Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000  Main
+1 215 994 2222  Fax
www.dechert.com

**TARA S. LAWLER**

tara.lawler@dechert.com
+1 215 994 2435  Direct
+1 215 655 2435  Fax

November 15, 2007

**BY E-MAIL**

Dennis J. Canty, Esq.
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, 36th Floor
San Francisco, CA 94104

Re: Seroquel MDL/Challenge to Confidentiality of Denise Campbell Testimony and Exhibits

Dear Mr. Canty:

  Responding to your e-mail of November 5, 2007, AstraZeneca addresses the challenges to the confidentiality of Denise Campbell's October 10, 2007 and October 11, 2007 testimony, as well as the exhibits used at the deposition.

  AstraZeneca is willing to agree that exhibits 4, 9, 10, 15, 17, 22, 23, 26, 28, 30, 34, 41, 42, 45 and 47 are not confidential. As for the remainder of the disputed exhibits, please review the attached chart which details the confidential exhibits, testimony and reasoning behind each designation.

  Pursuant to paragraph 5(E) of the Protective Order, AstraZeneca hereby designates exhibit 5 (AZ/SER 5169315-5169317) and exhibit 48 (AZ/SER 09537822-09537823) as confidential.

  If we do not hear from you within seven days, we will assume you have no objection to AstraZeneca's confidentiality designations of the Denise Campbell deposition testimony and exhibits, and that this dispute has been resolved.

Dechert

Dennis J. Canty, Esq.
November 15, 2007
Page 2

Sincerely,

*[signature]*

Tara S. Lawler
TSL/dmw

Attachment

cc:     Attached Service List

CONFIDENTIALITY DESIGNATIONS FOR
SEROQUEL DEPOSITION TESTIMONY/EXHIBITS FOR 10/10/07 & 10/11/07 DEPOSITION OF
**Campbell, Denise**

The following exhibits are confidential: 2, 3, 5, 6, 7, 8, 11, 12, 13, 18, 20, 21, 24, 25, 27, 31, 32, 33, 35, 36, 37, 38, 39, 40, 43, 44, 46, 48, 49, 50, 51, and 52

The following portions of Denise Campbell's deposition are confidential:

Page 27, line 17 and page 28, lines 4 through 5 (identifies deponent's salary)
Page 106, line 19 through 24 (cites from, and describes, exhibit 5)
Page 108, line 14 through page 111, line 7 (same as above)
Page 113, line 4 through 7 (same as above)
Page 117, line 18 through page 127, line 18 (same as above)
Page 848, line 5 through page 851, line 20 (same as above)
Page 149, line 8 through line 15 (cites from, and describes exhibit 6)
Page 152, line 6 through line 19 (same as above)
Page 158, line 11 through page 160, line 9 (same as above)
Page 166, line 2 through line 21 (cites from exhibit 7)
Page 173, line 19 through line 21 (cites from exhibit 8)
Page 175, line 17 through page 177, line 23 (same as above)
Page 197, line 15 through page 200, line 19 (cites from exhibit 11)
Page 202, line 22 though page 204, line 24 (same as above)
Page 214, line 24 through page 215, line 3 (cites from, and describes, exhibit 12)
Page 218, line 6 through page 221, line 14 (same as above)
Page 243, line 1 through page 245, line 24 (same as above)
Page 247, line 2 through page 250, line 21 (same as above)
Page 253, line 21 through page 258, line 7 (same as above)
Page 260, line 7 through page 261, line 13 (same as above)
Page 263, line 7 through line 16 (same as above)
Page 267, line 1 through line 15 (same as above)
Page 274, line 1 through line 23 (same as above)
Page 279, line 2 through page 280, line 11 (same as above)
Page 284, line 21 through page 286, line 11 (same as above)
Page 288, line 7 through line 23 (same as above)
Page 294, line 20 through line 27 (same as above)
Page 297, line 8 through page 301, line 14 (same as above)
Page 305, line 6 through line 13 (same as above)
Page 311, line 21 through page 330, line 1 (same as above)
Page 335, line 3 through line 18 (same as above)
Page 345, line 5 through page 347, line 16 (same as above)
Page 358, line 10 through line 16 (same as above)
Page 367, line 24 through page 370, line 19 (same as above)
Page 483, line 10 through page 486, line 8 (same as above)
Page 655, line 4 through page 659, line 17 (same as above)
Page 876, line 18 through page 883, line 3 (same as above)
Page 361, line 21 through page 364, line 23 (cites from, and describes, exhibit 18)
Page 366, line 1 through page 367, line 17 (same as above)
Page 375, line 10 through page 379, line 6 (same as above)
Page 402, line 1 through page 407, line 22 (same as above)

13013694

Page 410, line 22 through page 418, line 24 (same as above)
Page 423, line 23 through page 434, line 18 (cites from, and described, exhibit 18)
Page 436, line 8 through line 14 (same as above)
Page 437, line 18 through page 440, line 12 (cites from, and describes, exhibit 21)
Page 441, line 7 through page 444, line 20 (same as above)
Page 450, line 1 through page 451, line 15 (same as above)
Page 463, line 21 through page 464, line 4 (same as above)
Page 539, line 15 through line 20 (cites from, and describes, exhibit 24)
Page 541, line 5 through page 544, line 16 (same as above)
Page 549, line 9 through page 551, line 13 (same as above)
Page 661, line 20 through page 662, line 7 (same as above)
Page 552, line 1 through line 23 (cites from, and describes, exhibit 25)
Page 556, line 17 through page 572, line 19 (same as above)
Page 583, line 11 through page 594, line 24 (cites from, and describes, exhibit 27)
Page 596, line 9 through page 599, line 24 (same as above)
Page 667, line 5 through page 667, line 24 (same as above)
Page 634, line 2 through page 636, line 6 (cites from, and describes, exhibit 31)
Page 640, line 3 through page 641, line 14 (same as above)
Page 644, line 1 through line 22 (cites from, and describes, exhibit 32)
Page 650, line 1 through page 653, line 24 (same as above)
Page 896, line 7 through page 899, line 21 (same as above)
Page 669, line 12 through page 683, line 1 (cites from, and describes, exhibit 33)
Page 742, line 10 through page 743, line 17 (same as above)
Page 723, line 8 through page 727, line 15 (cites from, and describes, exhibit 35)
Page 966, line 15 through page 967, line 12 (same as above)
Page 731, line 9 through page 741, line 24 (cites from, and describes, exhibit 36)
Page 746, line 16 through page 748, line 24 (cites from, and describes, exhibit 37)
Page 753, line 11 through page 758, line 24 (cites from, and describes, exhibit 38)
Page 762, line 5 through page 764, line 22 (cites from, and describes, exhibit 39)
Page 766, line 16 through line 24 (same as above)
Page 767, line 16 through page 784, line 9 (cites from, and describes, exhibit 40)
Page 900, line 22 through page 903, line 14 (same as above)
Page 941, line 18 through line 23 (same as above)
Page 803, line 10 through page 808, line 17 (cites from, and describes, exhibit 43)
Page 809, line 18 through page 811, line 12 (cites from, and describes, exhibit 44)
Page 815, line 17 through page 819, line 4 (cites from, and describes, exhibit 46)
Page 925, line 9 through page 926, line 22 (cites from, and describes, exhibit 48)
Page 928, line 20 through page 934, line 11 (cites from, and describes, exhibit 49)
Page 935, line 16 through page 938, line 17 (cites from, and describes, exhibit 50)
Page 945, line 12 through page 950, line 4 (cites from, and describes, exhibit 51)
Page 962, line 15 through page 963, line 6 (cites from, and describes, exhibit 52)

| Exhibit No. | Confidential Designation | Reason for Confidential Status |
|---|---|---|
| 2 | Confidential | Confidential commercial information |
| 3 | Confidential | Confidential commercial information |

| EXHIBIT NO. | CONFIDENTIAL DESIGNATION | REASON FOR CONFIDENTIAL STATUS |
|---|---|---|
| 5 | Confidential | Confidential research, development, and commercial information |
| 6 | Confidential | Confidential commercial information |
| 7 | Confidential | Confidential commercial information |
| 8 | Confidential | Confidential commercial information |
| 11 | Confidential | Confidential research, development, and commercial information |
| 12 | Confidential | Confidential research, development, and commercial information |
| 13 | Confidential | Confidential research, development, and commercial information |
| 18 | Confidential | Confidential commercial information |
| 20 | Confidential | Confidential research, development, and commercial information |
| 21 | Confidential | Confidential research, development, and commercial information |
| 24 | Confidential | Confidential research, development, and commercial information |
| 25 | Confidential | Confidential research, development, and commercial information |
| 27 | Confidential | Confidential research, development, and commercial information |
| 31 | Confidential | Confidential research, development, and commercial information |
| 32 | Confidential | Confidential research, development, and commercial information |
| 33 | Confidential | Confidential research, development, and commercial information |
| 35 | Confidential | Confidential research, development, and commercial information |
| 36 | Confidential | Confidential research, development, and |

| EXHIBIT NO. | CONFIDENTIAL DESIGNATION | REASON FOR CONFIDENTIAL STATUS |
| --- | --- | --- |
| | | commercial information |
| 37 | Confidential | Confidential commercial information |
| 38 | Confidential | Confidential research, development, and commercial information |
| 39 | Confidential | Confidential research, development, and commercial information |
| 40 | Confidential | Confidential research, development, and commercial information |
| 43 | Confidential | Confidential research, development, and commercial information |
| 44 | Confidential | Confidential commercial information |
| 46 | Confidential | Confidential research, development, and commercial information |
| 48 | Confidential | Confidential commercial information |
| 49 | Confidential | Confidential research, development, and commercial information |
| 50 | Confidential | Confidential research, development, and commercial information |
| 51 | Confidential | Confidential research, development, and commercial information |
| 52 | Confidential | Confidential research, development, and commercial information |