# EXHIBIT E

# Lawler, Tara

| | |
|---|---|
| **From:** | Lawler, Tara |
| **Sent:** | Sunday, November 25, 2007 3:18 PM |
| **To:** | Lawler, Tara; 'Dennis Canty' |
| **Subject:** | RE: Campbell depo; confidentiality |

Dennis,

On November 15, 2007, we sent AZ's response to your objections to the confidentiality designations of the Denise Campbell deposition testimony and related exhibits. Since I have not heard from you, I will assume your objections to AZ's confidentiality designations have been resolved. If this is incorrect, please respond by noon tomorrow stating any further objections to the confidentiality designations.

-----Original Message-----
From: Lawler, Tara
Sent: Thursday, November 15, 2007 12:58 PM
To: Dennis Canty; McConnell, Stephen; Magaziner, Fred; Prince, Shane; Munno, Thomas; Connelly, Kathryn; Moyer, Louise
Cc: Larry J. Gornick; Ken Bailey; Camp Bailey; Paul J. Pennock; sallen@crusescott.com; Eblizzard@blizzardlaw.com
Subject: Campbell depo; confidentiality

Dennis,

Attached is AstraZeneca's response to plaintiffs' objections to the confidentiality designations of Denise Campbell's deposition.

Tara S. Lawler
Dechert LLP
1.215.994.2435 Direct
1.215.994.2222 Fax
Tara.Lawler@dechert.com
www.dechert.com

1