# EXHIBIT F

## Lawler, Tara

| | |
|---|---|
| **From:** | Lawler, Tara |
| **Sent:** | Friday, November 30, 2007 1:12 PM |
| **To:** | 'deps@golkow.com' |
| **Cc:** | 'Dennis Canty'; 'ppennock@weitzlux.com'; 'cbailey@bpblaw.com'; 'LROTH@roth-law.com'; 'tfibich@fhl-law.com'; 'Mp@pawalaw.com'; 'robertsalim@cp-tel.net'; 'kj@kjensenlaw.com'; 'sallen@crusescott.com'; 'mlundy@lundydavis.com'; 'ccf@whatleydrake.com'; rciotti@carltonfields.com; 'rhailey@sprynet.com'; 'firm@summersandjohnson.com'; 'bschwartz@galyen.com'; 'thageman@spstl-law.com'; 'mrobinson@robinson-pilaw.com'; 'Thomas.Campion@dbr.com'; Michael Davis - Sidley; 'raines@bscr-law.com'; 'tbalducci@langstonlaw.com'; 'kbean@spvg.com'; 'Jdriscoll@brownandcrouppen.com'; 'aaron@ghalaw.com'; 'hamiltonm@pepperlaw.com'; 'Jwitkin@AWS-LAW.com'; 'dmatthews@thematthewslawfirm.com'; 'nations@howardnations.com'; 'betsy@law-inc.com'; 'attorneyokc@hotmail.com'; 'ddickens@doctoratlaw.com'; 'pschneider@gsnlaw.com'; 'lgornick@lskg-law.com'; 'sburdine@hagans-law.com'; 'lowellf@phillipslaw.ws'; 'attorneys@outtech.com'; 'rshultz@hrva.com'; 'davidhwang@plblaw.com'; 'scottarmstrong1235@eathlink.net'; Jim Freebery; 'alist@cpaslaw.com'; 'Ken Bailey'; 'lbrandenberg@lskg-law.com'; EXT Seroquel Confidentially Team; McConnell, Stephen; Weisburd, Steven; Munno, Thomas; Rosenberg, Ezra |
| **Subject:** | Golkow letter/Denise Campbell deposition |
| **Attachments:** | Golkow letter.pdf |



Golkow letter.pdf
(306 KB)

Ms. Mitchell and Ms. Rios,

Attached is AstraZeneca's confidentiality designations of the Denise Campbell deposition.

Tara S. Lawler
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 2435 direct
+1 215 655 2435 fax
tara.lawler@dechert.com
www.dechert.com

1