# EXHIBIT G

## Lawler, Tara

| | |
|---|---|
| **From:** | Dennis Canty [dcanty@lskg-law.com] |
| **Sent:** | Wednesday, December 05, 2007 8:52 PM |
| **To:** | Lawler, Tara; McConnell, Stephen; Magaziner, Fred; Prince, Shane; Munno, Thomas; Connelly, Kathryn; Moyer, Louise |
| **Cc:** | Larry J. Gornick; Ken Bailey; Camp Bailey; Paul J. Pennock; sallen@crusescott.com; Eblizzard@blizzardlaw.com |
| **Subject:** | RE: Campbell depo; confidentiality |
| **Attachments:** | AZ Response.pdf; Chart.pdf |

 

AZ Response.pdf   Chart.pdf (205 KB)
(38 KB)

Ms. Lawler:

I have had an opportunity to review your letter and chart. We will concede confidentiality with respect to information relating to Ms. Campell's compensation. The remainder of AstraZeneca's response, however, fails to make or substantiate any claim that the designated information contains trade secret or sensitive financial information. Furthermore, you have provided no authority or rationale for the proposition that the designated items identified simply as "commercial information" are entitled to protection under the federal rules. In fact, in some instances, AstraZeneca has designated as confidential organizational charts, marketing documents, and correspondence several years old. We do not therefore find that AstraZeneca has articulated even a good faith prima facie case for confidentiality. If no motion is timely made, we will treat these documents as having lost their confidentiality per the terms of the protective order.


-----Original Message-----
From: Lawler, Tara [mailto:tara.lawler@dechert.com]
Sent: Thursday, November 15, 2007 9:58 AM
To: Dennis Canty; McConnell, Stephen; Magaziner, Fred; Prince, Shane; Munno, Thomas; Connelly, Kathryn; Moyer, Louise
Cc: Larry J. Gornick; Ken Bailey; Camp Bailey; Paul J. Pennock; sallen@crusescott.com; Eblizzard@blizzardlaw.com
Subject: Campbell depo; confidentiality


Dennis,


Attached is AstraZeneca's response to plaintiffs' objections to the confidentiality designations of Denise Campbell's deposition.


Tara S. Lawler

Dechert LLP

1.215.994.2435 Direct

1