# EXHIBIT H

**Lawler, Tara**

| | |
|---|---|
| From: | Dennis Canty [dcanty@lskg-law.com] |
| Sent: | Tuesday, December 18, 2007 10:34 PM |
| To: | Munno, Thomas; Dennis Canty; Freiwald, Hope; Lawler, Tara; McConnell, Stephen; Venderbush, David |
| Cc: | Pennock, Paul; Camp Bailey; Robert Cowan; Larry J. Gornick; Ken Bailey; Scott Allen; Eblizzard@blizzardlaw.com; hwheeler@blizzardlaw.com; Pederson, Mike |
| Subject: | RE: Follow-up--12/10 Tel Cn. |
| Attachments: | image001.gif |

image001.gif (499 B)

Tom:

AstraZeneca's proposal appears to be merely a method to inject further delay. Essentially, AstraZeneca has built in an extra 20 days before sending the matter to the PMO, an indefinite period before the PMO will rule, and another indefinite period before the matter will become final or be presented to MJ Baker. Plaintiffs will not agree to this approach. If what you'd like us to do is agree to meet and confer with you further before your motion is due, we will. Changes below.

(4) At the end of the 10-day meet-and-confer period, AstraZeneca will have 10 days to file a motion before Judge Baker.

(5) Plaintiffs' opposition will be due in accordance with Local Rules.

As of today, AstraZeneca's motion deadline is December 28. Assuming we soon agree on a substituted procedure, plaintiffs expect that, as agreed, AstraZeneca's December 21 submission will in good faith categorize its claims of confidentiality and further refine the bases therefor; and that remaining disputes will be ready for adjudication by MJ Baker on or before January 11. Thanks.