## Decker, Brian

| | |
|---|---|
| **From:** | craigball@gmail.com on behalf of Craig Ball [craig@ball.net] |
| **Sent:** | Wednesday, December 12, 2007 11:58 AM |
| **To:** | Adupre@mccarter.com |
| **Cc:** | lgornick@lskg-law.com; dcanty@lskg-law.com; Jaffe, Jonathan; Jim Freebery; rpass@carltonfields.com; cfield@daylightforensic.com; Bill.Adams@fticonsulting.com; Kerns, Kevin; McConnell, Stephen |
| **Subject:** | Re: SEROQUEL: Certain Database Agreements from NY Conference |
| **Attachments:** | SEROQUEL_Database Agreements_1.pdf |

Ladies and Gentlemen:

I herewith transmit a document detailing the agreements reached at the New York metting last week. Please promptly advise if you have any objection to my renditions; else, these will be the terms of the agreements that bind the parties respecting these databases.

Craig Ball

On Dec 12, 2007 10:18 AM, Dupre, Andrew <ADupre@mccarter.com> wrote:

> Hello all:
>
> Bob has invited us to use his number for the 12:00 EDT call today. Best-
> Call in number: 888 839 7356 Passcode: 850 513 3608
>
>
> Andrew S. Dupre, Esq.
> McCarter & English, LLP
> 405 North King Street 8th Floor
> Wilmington, Delaware 19801
> Phone: 302-984-6328
> Fax: 302-984-0311

This email message from the law firm of McCarter & English LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email (or helpdesk@mccarter.com) and destroy all copies of the original message.

--
Craig Ball
Attorney and Technologist
Certified Computer Forensic Examiner
1101 Ridgecrest

12/28/2007

Austin, Texas 78746
TEL: 512-514-0182
MBL: 713-320-6066
FAX: 512-532-6511
E-MAIL: craig@ball.net
WEB: www.craigball.com

12/28/2007

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

Case No. 6:06-md-1769-Orl-22DAB

This Document Relates to ALL CASES

### Agreements Respecting Scope and Form of Production for Certain AstraZeneca Databases Concluded During Mediated Conferences between the Parties in NYC on December 4-5, 2007

| Narrative Defining Obligation | Text on Flip Chart at 12/4-5/07 Conference |
|---|---|
| **Sales Insite**<br>AstraZeneca will produce all Seroquel-related content in native forms (as maintained) with tables and metadata produced in XML | Sales Insite — Will Produce All Seroquel-Related Content In Native Forms (As Maintained) With Tables & Metadata produced in XML |
| **Viewpoint**<br>AstraZeneca will produce all Seroquel-related content in native forms (as maintained) with tables and metadata produced in XML | Sales Insite — Will Produce All Seroquel-Related Content In Native Forms (As Maintained) With Tables & Metadata produced in XML<br><br>Viewpoint — Same As Above For All Seroquel-Related Data In This Database |

1

## Seroquel Lifecycle Scientific Database

Astra Zeneca will produce the complete contents in native format without redaction. AstraZeneca will additionally produce in native format, with metadata and without redaction, all documents linked to from within the spreadsheet.

## Planet

AstraZeneca will produce, without redaction, all Seroquel-related content (i.e., article abstracts, metadata and comments).

## Webstir

*Without affecting objections, duties and agreements attendant to Case Specific Discovery, and without objections, duties and agreements in Case Specific Discovery affecting this agreement*, AstraZeneca shall produce all Seroquel-related professional inquiry requests (PIRs) and all standard responses in native format. AstraZeneca shall further produce the complete Paris_Inquiry table in XML (including the standard response coding identifier). Voluntary reporting physician identifiers may be redacted from reports flagged as adverse event reports.

**Clintrace**
1) AstraZeneca will identify fields and tables that are not reflected in the 2.10 Reference Guide.
2) Mr. Draper will detail table relationships for plaintiffs' technical staff via a written response.
3) AstraZeneca will produce the query or queries to be used to generate responsive material from the database.
4) AstraZeneca intends to redact certain privileged data and will produce the data after redaction as XML formatted information.



**SAM**
1) Within ten (10) business days after production of the Clintrace production (in the manner described above, and to be complete by January 2, 2008), Plaintiffs may designate up to five hundred (500) SAM records by their corresponding Clintrace identifiers and AstraZeneca shall produce these designated records to Plaintiffs within ten (10) business days

2) AstraZeneca has announced its intention to redact from these SAM records the information that identifies the patient, voluntary reporter and other AstraZeneca drug identifiers and Plaintiffs reserve all rights to contest such redaction.

3) If Plaintiffs establish to the satisfaction of the Special Master for ESI that the SAM records establish a material and relevant pattern of omission or mischaracterization, the Special Master may direct AstraZeneca to furnish another five hundred (500) SAM records for production to Plaintiffs within ten (10) business days of such designation. Plaintiffs agree to conclude their demands for SAM records by receipt of a total of one thousand (1,000) such records.



3

**Touchstone Interactive**
AstraZeneca will produce all Seroquel-related content with associated metadata, current to the time of collection, and will deliver such ESI in the form of an operating environment and application software providing data access and functionality identical to that of AstraZeneca's users, plus access to all available versions of content. The deliverable for this ESI will be either a laptop computer or a virtual machine/virtual PC, the latter being the preferred format.

Touchstone Interactive
Will Produce All Seroquel-Related Content w/ Associated Metadata Current To The Time Of Collection And Will Deliver in The Form Of An Operating Environment & Application Software providing Data Access & Functionality Identical To That Of AZ Users plus Access To All Available Versions Of Content. Format is Laptop Or (Preferred) VM/VPC

4