## Decker, Brian

| From: | craigball@gmail.com on behalf of Craig Ball [craig@ball.net] |
|---|---|
| Sent: | Monday, December 17, 2007 8:29 PM |
| To: | Barnett, Ben |
| Cc: | lgornick@lskg-law.com; rpass@carltonfields.com; Kerns, Kevin |
| Subject: | Re: Courtesy Copy of Notice of Intent to File |
| Attachments: | SEROQUEL-Amended Third Status Report of Craig Ball-redline.pdf |

Dear Mr. Barnett:

Thank you. Quite a provocative document. I've never seen a notice of *intent* to object. I usually just plunged ahead and objected. I look forward to reading the ways in which I've been inappropriate, inaccurate and misleading. I'll approach it with an open mind, and if I come to agree with those characterizations, I'll promptly redress any improprieties, inaccuracies or misdirections of which I'm guilty. I attach a courtesy red line copy of my soon-to-be filed correction of my third report. On careful re-reading, I found a number of typos and poor constructions, so I'm addressing them promptly. Inappropriate for an old English major and hack journalist, to be sure, but not especially inaccurate or misleading.

Craig Ball

On Dec 17, 2007 6:42 PM, Barnett, Ben <Ben.Barnett@dechert.com> wrote:

> Special Master Ball --
>
> Bob Pass asked me to send you a courtesy copy of the attached Notice of Intent to File that was filed earlier this evening.
>
> Thanks.
>
> Benjamin R. Barnett
>
> <<Perkins, Jason - 12-17-07 - 3PGWTPG.pdf>>
>
> This e-mail is from Dechert LLP, a law firm, and may contain information that is confide

--
Craig Ball
Attorney and Technologist
Certified Computer Forensic Examiner
1101 Ridgecrest
Austin, Texas 78746
TEL: 512-514-0182
MBL: 713-320-6066
FAX: 512-532-6511
E-MAIL: craig@ball.net
WEB: www.craigball.com

12/28/2007