# EXHIBIT A

```
----- Original Message -----
From: Dennis Canty <dcanty@lskg-law.com>
To: Magaziner, Fred; McConnell, Stephen; rpass@carltonfields.com; Jim
Freebery
Cc: Pennock, Paul <PPennock@weitzlux.com>; Camp Bailey
<CBailey@bpblaw.com>; Ken Bailey <kbailey@bpblaw.com>; Scott Allen
<sallen@crusescott.com>; Edward Blizzard <eblizzard@blizzardlaw.com>;
Holly Wheeler <hwheeler@blizzardlaw.com>; buffym@lpm-triallaw.com
<buffym@lpm-triallaw.com>; rickl@lpm-triallaw.com
<rickl@lpm-triallaw.com>; Fletch Trammell <ftrammell@bpblaw.com>; Larry
J. Gornick <lgornick@lskg-law.com>
Sent: Mon Dec 17 21:19:25 2007
Subject: Proposal re Evidentiary Hearing
```

Counsel -

These are our thoughts regarding some items to be addressed tomorrow. If you would like to discuss in the morning, we'll make ourselves available.

Refinement of issues

Evidence should be limited to: (1) issues discovered since July 26; (2) evidence concerning issues arising prior to July 26 but not available to the proponent prior to July 26; (3) plaintiffs' prejudice, e.g. costs; (4) issues tendered by plaintiffs' motion for sanctions re case-specific discovery.

Procedures

Schedule

Jan 21 - All briefs and supporting evidence filed with the Court. Any documents designated "confidential" are lodged.

Jan 24 - All objections to admissibility and motions to seal

"confidential" documents filed;

Jan 25 - those to which there are no objection or no motion to seal become part of the record.

Jan 28 - hearing

Jan 31 - deadline to file any motions to seal "confidential" documents presented for the first time at hearing.

SM-ESI reports are deemed admitted as Court records.

SM-ESI to prepare final report covering issues identified by the parties

Discovery

Plaintiffs to take depositions of Planet Data and Zantaz.

Plaintiffs to take deposition of Andrew Dupre if necessary.

Discovery related to data purged from GEL.