**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation.**

Case No. 6:06-md-1769-Orl-22DAB

_____/

# ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment into the George C. Young United States Courthouse for use in connection with a hearing in this case, it is **ORDERED** as follows:

1. Benjamin Barnett, Robert L. Ciotti, Chris S. Coutroulis, Robert W. Pass, Shane T. Prince, Christin Bassett, Kevin T. Kerns, Stephen J. McConnell, Eric Santoro, Colleen C. Voshell, Bryan Aylstock, and Renee Baggett are each allowed to bring one "Blackberry" email device and/or cell phone; Benjamin Barnett, Chris S. Coutroulis, Robert W. Pass, Kevin T. Kerns, Colleen C. Voshell, and Shane T. Prince each one laptop computer into the George C. Young United States Courthouse on **FRIDAY, JANUARY 4, 2008**, for use in the status conference before the undersigned scheduled to begin at **2:00 P.M.**

2. Larry Gornick, Dennis Canty, Larry Fernandez, Jonathan Jaffe, Larry Roth, Ed Blizzard, Paul Pennock, Mike Pederson, Yommy Chiu, Ken Bailey, Camp Bailey, Fletch Trammell, Scott Allen, Holly Wheeler, Rick Laminack, Buffy Martines, Ken Smith, and David Matthews are hereby each granted permission to bring a BlackBerry email device and/or cell phone and Larry Gornick, Dennis Canty, Larry Fernandez, Jonathan Jaffe, Ken Smith and Yommy Chiu each one laptop computer into the George C. Young United States Courthouse on **FRIDAY, JANUARY 4, 2008**, for use in the status conference before the undersigned scheduled to begin at **2:00 P.M.**

  3. Special Master Craig Ball is allowed to bring one "Blackberry" email device and/or cell phone and a laptop computer into the George C. Young United States Courthouse on **FRIDAY, JANUARY 4, 2008**, for use in the status conference before the undersigned scheduled to begin at **2:00 P.M.**

  4. Edward Pomeranz, counsel for non-party Planet Data Solutions, is allowed to bring one "Blackberry" email device and/or cell phone and a laptop computer into the George C. Young United States Courthouse on **FRIDAY, JANUARY 4, 2008**, for use in the status conference before the undersigned scheduled to begin at **2:00 P.M.**

  5. The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require those listed to present picture identification at the time of entry.

  6. The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

  **DONE** and **ORDERED** in Orlando, Florida on January 3, 2008.

*David A. Baker*
    DAVID A. BAKER
    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers