UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IN RE:  Seroquel Products Liability Litigation**

MDL 1769

ALL UNNAMED PLAINTIFFS,

     **v.**                          Case No. **6:06-md-1769-ACC-DAB**

ASTRAZENECA PHARMACEUTICALS,
LP, ASTRAZENECA, LP,
ASTRA USA, INC., KBI SUB INC.
ASTRAZENECA, AB,
ASTRAZENECA, PLC and
ASTRAZENECA, UK LIMITED
_____/

**NON-PARTY ZANTAZ, INC.'S REQUEST FOR ORAL
ARGUMENT ON ITS MOTION TO QUASH SUBPOENAS
OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER;
<u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF</u>**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     PLEASE TAKE NOTICE THAT subpoenaed Non-party Zantaz, Inc., pursuant to

Middle District of Florida Rule 3.01(j), hereby respectfully requests oral argument in the

above-styled action on its Motion to Quash Subpoenas or in the Alternative for a

Protective Order, and in support state as follows:

     1.     Oral argument on Non-Party Zantaz, Inc.'s Motion to Quash Subpoenas or

in the Alternative for a Protective Order will be helpful to the Court in fully analyzing

application of the substantive law at issue.  Oral argument will also be helpful in

answering any questions the Court may have as it is relates to application of the legal

principles involved to the particular facts of the instant action.

2.      Non-Party Zantaz, Inc. estimates one hour (30 minutes per side) will be sufficient for oral argument on its Motion.

WHEREFORE, Non-Party Zantaz, Inc. requests this Honorable Court (the United States District Court, Middle District of Florida, Orlando Division) allow oral argument on its Motion to Quash Subpoenas or in the Alternative for a Protective Order.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Larry M. Roth, Esq.**, lroth@roth-law.com; **Paul J. Pennock, Esq.**, ppennock@weitzlux.com; **Michael E. Pederson, Esq.**, mpederson@weitzlux.com; **John Broaddus, Esq.**, jbroaddus@weitzlux.com; **T. Scott Allen, Esq.**, sallen@crusescott.com; **Kenneth W. Smith, Esq.**, ksmith@aws-law.com; **Justin Witkin, Esq.**, jwitkin@aws-law.com; **Bryan Aylstock, Esq.**, baylstock@aws-law.com; **K. Camp Bailey, Esq.**, cbailey@bpblaw.com; **Michael W. Perrin, Esq.**, mperrin@bpblaw.com; **F. Kenneth Bailey, Jr., Esq.**, kbailey@bpblaw.com; **Fletcher Trammell, Esq.**, ftrammel@bpblaw.com; **John J. Driscoll, Esq.**, jdriscoll@brownandcrouppen.com; **Keith M. Jensen, Esq.**, kj@kjensenlaw.com; **David A. Singleton, Esq.**, dsingleton123@yahoo.com; **Lawrence J. Gornick, Esq.**, lgornick@lskg-law.com; **William A. Levin, Esq.**, wlevin@levinslaw.com; **Matthew E. Lundy, Esq.**, mlundy@lundydavis.com; **Lisa L. Stewart, Esq.**, lstewart@lundydavis.com; **Matthew F. Pawa, Esq.**, mp@pawalaw.com; **Benjamin A.**

**Krass,       Esq.,**      bkrass@pawalaw.com;       and   **Todd      Harvey,       Esq.,**

tharvey@whatleydrake.com.

/s/ *Joshua A. Machlus*
MICHAEL D. BEGEY, ESQUIRE
Florida Bar No. 0120928
JOSHUA A. MACHLUS, ESQUIRE
Florida Bar No. 0770221
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133

Attorneys for *Zantaz*