UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:
Seroquel Products Liability Litigation,

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | **David A. Baker United States Magistrate Judge** | DATE AND TIME | January 4, 2008 2:05-3:30 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Sandy Tremel |
| Special Master | Craig Ball | 3rd Parties | Ed Pomerantz Colin West |
| COUNSEL/PLTF. | Dennis Canty Lawrence Gornick Angela Nixon Larry Roth Gale Pearson David Dickens | COUNSEL/DEF. | Robert Ciottai Chris Coutroulis Stephen J. McConnell Robert Pass Shane Prince Russell Stewart Ben Barnett Kevin Kerns Colleen Voshell Jonathan Jaffe |

**Status Conference**

Case called, appearances taken
Procedural setting by court
Plaintiff counsel addresses case status on data bases and pending issues as to sanctions
Defense counsel responds
Court sets deadlines for filings
Special Master Craig Ball comments on filing of objections to report
Court sets schedule for upcoming hearings