UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IN RE:  Seroquel Products Liability Litigation**

MDL 1769

ALL UNNAMED PLAINTIFFS,

   **v.**                            Case No. **6:06-md-1769-ACC-DAB**

ASTRAZENECA PHARMACEUTICALS,
LP, ASTRAZENECA, LP,
ASTRA USA, INC., KBI SUB INC.
ASTRAZENECA, AB,
ASTRAZENECA, PLC and
ASTRAZENECA, UK LIMITED
_____/

<u>**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE**</u>

Pursuant to Local Rule 2.02, Colin C. West , hereby files his Motion for leave to appear *pro hac vice* before this Court in the above-captioned matter.   As grounds therefore, Colin C. West states as follows:

1.      Colin C. West is counsel for non-party Zantaz, Inc., ("Zantaz") with respect to the above-captioned matter, and he resides outside the State of Florida.  Colin C. West does not frequently or regularly practice law in the State of Florida.

2.      Colin C. West is a member in good standing of the bar of the United States District Court for the Northern District of California.

3.      Joshua A. Machlus, Esquire of the Orlando office of Rumberger, Kirk & Caldwell, P.A., a member of the bar of this Court, will remain as local counsel of record in this action on behalf of Zantaz.  All notices and papers may be served upon Joshua A.

Machlus and he will remain responsible for the progress of the case and will act as local counsel for all other purposes stated in Local Rule 2.02(a)(1).

4.     Colin C. West certifies that he is familiar with the relevant administrative orders, Local Rules of this Court, particularly Local Rule 2.04, the Code of Professional Responsibility and other ethical limitations governing the professional behavior of members of The Florida Bar, and acknowledges that he will be governed by the same.

5.     Colin C. West further acknowledges that pursuant to Local Rules 2.02 and 2.01(d), he shall pay the required fee to practice specially in this Court.

## MEMORANDUM OF LAW IN SUPPORT OF MOTION

As provided by Local Rule 2.02, any non-resident attorney who is a member in good standing of the bar of a District Court of the United States, outside the State of Florida, may appear specially and be heard in any case in which he or she is counsel of record, without formal or general admission, provided he/she satisfies the requirements of such rule.  Accordingly, as the aforementioned attorney has satisfied the requirements of Local Rule 2.02, it is respectfully requested that his Motion for Admission Pro Hac Vice be granted.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned counsel certifies that this Motion is made in good faith and not for purposes of undue delay.  The undersigned counsel further certifies that, pursuant to Local Rule 3.01(g), counsel for Plaintiff has been contacted regarding this Motion, and Plaintiff's counsel has advised that they do not object to this Motion.

2

**WHEREFORE**, Colin C. West respectfully requests to be specially admitted *pro hac vice* before this Court with regard to the above-captioned matter.

| | |
|---|---|
| s/*Colin C. West* | s/*Joshua A. Machlus* |
| COLIN C. WEST, ESQUIRE | MICHAEL D. BEGEY, ESQUIRE |
| California Bar No. 184095 | Florida Bar No. 0120928 |
| BINGHAM MCCUTCHEN LLP | JOSHUA A. MACHLUS, ESQUIRE |
| Three Embarcadero Center | Florida Bar No. 0770221 |
| San Francisco, CA  94111-4067 | RUMBERGER, KIRK & CALDWELL |
| Telephone:  (415) 393-2000 | A Professional Association |
| Facsimile:  (415) 393-2286 | Lincoln Plaza, Suite 1400 |
| Email: colin.west@bingham.com | 300 South Orange Avenue |
| | Post Office Box 1873 |
| Attorneys for Zantaz, Inc. | Orlando, Florida  32802-1873 |
| | Telephone:  (407) 872-7300 |
| | Telecopier:  (407) 841-2133 |
| | |
| | Attorneys for *Zantaz, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Larry M. Roth, Esq.,** lroth@roth-law.com; **Paul J. Pennock, Esq.,** ppennock@weitzlux.com; **Michael E. Pederson, Esq.,** mpederson@weitzlux.com; **John Broaddus, Esq.,** jbroaddus@weitzlux.com; **T. Scott Allen, Esq.,** sallen@crusescott.com; **Kenneth W. Smith, Esq.,** ksmith@aws-law.com; **Justin Witkin, Esq.,** jwitkin@aws-law.com; **Bryan Aylstock, Esq.,** baylstock@aws-law.com; **K. Camp Bailey, Esq.,** cbailey@bpblaw.com; **Michael W. Perrin, Esq.,** mperrin@bpblaw.com; **F. Kenneth Bailey, Jr., Esq.,** kbailey@bpblaw.com; **Fletcher Trammell, Esq.,** ftrammel@bpblaw.com; **John J. Driscoll, Esq.,** jdriscoll@brownandcrouppen.com; **Keith M. Jensen, Esq.,** kj@kjensenlaw.com; **David**

**A. Singleton, Esq.,** dsingleton123@yahoo.com; **Lawrence J. Gornick, Esq.,** lgornick@lskg-law.com; **William A. Levin, Esq.,** wlevin@levinslaw.com; **Matthew E. Lundy, Esq.,** mlundy@lundydavis.com; **Lisa L. Stewart, Esq.,** lstewart@lundydavis.com; **Matthew F. Pawa, Esq.,** mp@pawalaw.com; **Benjamin A. Krass, Esq.,** bkrass@pawalaw.com; and **Todd Harvey, Esq.,** tharvey@whatleydrake.com.

/s/ Joshua A. Machlus
MICHAEL D. BEGEY, ESQUIRE
Florida Bar No. 0120928
JOSHUA A. MACHLUS, ESQUIRE
Florida Bar No. 0770221
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133

Attorneys for *Zantaz*