# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation.

                                                     Case No.  6:06-md-1769-Orl-22DAB

_____/

## ORDER

      This cause came on for consideration with oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **NON-PARTY ZANTAZ, INC.'S NOTICE OF MOTION AND MOTION TO QUASH SUBPOENAS OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER (Doc. No. 761)** |
| **FILED:** | **December 27, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED as moot,** to the extent this Court had jurisdiction[1].

      **DONE** and **ORDERED** in Orlando, Florida on January 7, 2008.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[1]It is not clear that the matter had been transferred from the Northern District of California.