A CERTIFIED TRUE COPY

DEC 27 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC -7 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION          MDL No. 1769

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-47)**

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 394 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 27 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION          MDL No. 1769

## SCHEDULE CTO-47 - TAG-ALONG ACTIONS

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| **CALIFORNIA EASTERN** | |
| CAE 2  07-2437 | Brenda G. Hill v. AstraZeneca Pharmaceuticals, LP, et al. |
| **FLORIDA SOUTHERN** | |
| FLS 9  07-81122 | Carolyn Rice v. AstraZeneca Pharmaceuticals, LP, et al. |
| **LOUISIANA EASTERN** | |
| LAE 2  07-8521 | Priscilla L. Cook v. AstraZeneca Pharmaceuticals, LP, et al. |
| LAE 2  07-8522 | Sheila Varnado v. AstraZeneca Pharmaceuticals, LP, et al. |
| LAE 2  07-8523 | Walterine Sandifer v. AstraZeneca Pharmaceuticals, LP, et al. |
| LAE 2  07-8524 | Florastine Longs v. AstraZeneca Pharmaceuticals, LP, et al. |
| LAE 2  07-8525 | Ralph M. Fleming v. AstraZeneca Pharmaceuticals, LP, et al. |
| **LOUISIANA MIDDLE** | |
| LAM 3  07-857 | Bruce D. Jackson v. AstraZeneca Pharmaceuticals, LP, et al. |
| LAM 3  07-861 | Troy H. Thomas v. AstraZeneca Pharmaceuticals, LP, et al. |
| **OHIO NORTHERN** | |
| OHN 1  07-3593 | Ronald Vess v. AstraZeneca Pharmaceuticals, LP, et al. |
| OHN 5  07-3568 | Jeffrey Wood v. AstraZeneca Pharmaceuticals, LP |
| **PENNSYLVANIA EASTERN** | |
| PAE 2  07-4801 | Stacie Little v. AstraZeneca Pharmaceuticals, LP, et al. |
| **TENNESSEE MIDDLE** | |
| TNM 1  07-80 | Irene J. Murphy v. AstraZeneca Pharmaceuticals, LP, et al. |
| TNM 3  07-1126 | Brenda Tuberville v. AstraZeneca Pharmaceuticals, LP, et al. |
| TNM 3  07-1127 | Laurie Hickerson v. AstraZeneca Pharmaceuticals, LP, et al. |
| TNM 3  07-1128 | Teresa Brooks v. AstraZeneca Pharmaceuticals, LP, et al. |
| TNM 3  07-1129 | Kenneth S. Hale v. AstraZeneca Pharmaceuticals, LP, et al. |
| **TENNESSEE WESTERN** | |
| TNW 1  07-1202 | Jacqueline Henning v. AstraZeneca Pharmaceuticals, LP, et al. |
| TNW 2  07-2736 | Roger Rhodes v. AstraZeneca Pharmaceuticals, LP, et al. |
| TNW 2  07-2737 | Tami L. Rucker v. AstraZeneca Pharmaceuticals, LP, et al. |
| TNW 2  07-2738 | Marilyn Johnson v. AstraZeneca Pharmaceuticals, LP, et al. |
| TNW 2  07-2741 | Sherry L. Davis v. AstraZeneca Pharmaceuticals, LP, et al. |
| TNW 2  07-2743 | Willena Boyce v. AstraZeneca Pharmaceuticals, LP, et al. |
| TNW 2  07-2744 | Martha H. Strowder v. AstraZeneca Pharmaceuticals, LP, et al. |
| TNW 2  07-2747 | Jacquelyn E. Grissom v. AstraZeneca Pharmaceuticals, LP, et al. |
| TNW 2  07-2748 | Keith R. Bell v. AstraZeneca Pharmaceuticals, LP, et al. |

**MDL No. 1769 - Schedule CTO-47 Tag-Along Actions (Continued)**

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **TEXAS NORTHERN** | |
| TXN 3 07-1900 | Steven E. Kirshner v. AstraZeneca Pharmaceuticals, LP, et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 07-3924 | Trenesia Dogan, etc. v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 07-3925 | Diane J. Williams v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 07-3926 | Zachary B. Risher v. AstraZeneca Pharmaceuticals, LP, et al. |