DOC # 687



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- X
:
IN RE: SUBPOENAS SERVED ON       :   Misc. Action No. M8-85
PLANET DATA SOLUTIONS, INC.      :
:
------------------------------- X

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

------------------------------- X
:
IN RE: SEROQUEL PRODUCTS         :   Case No.
LIABILITY LITIGATION             :   6:06-md-1769-Orl-ACC-22DAB
:
------------------------------- X
:
THIS RELATES TO ALL CASES        :
:
------------------------------- X

STIPULATION AND [PROPOSED] ORDER
TRANSFERRING MATTER TO MDL COURT

The parties, through their respective counsel of record, hereby stipulate as follows:

1. This matter should be transferred to the United States District Court for the Middle District of Florida, which is the venue of the Multi-District Litigation court handling the underlying litigation.

2. The deposition set in the subpoena to Planet Data Solutions, Inc., for December 28, 2007, is continued until after this matter can be heard in the Middle District of Florida.

3. The parties will confer and agree on a briefing schedule, but in no event will opposition papers be served on Planet Data Solutions, Inc., less than three full business days before the hearing date.

So ordered.

*Janice Cote*
Part I

December 14, 2007

183400.1

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 14, 2007            DECHERT LLP

                                    By: _____
                                    David Venderbush
                                    30 Rockefeller Plaza
                                    New York, NY 10112
                                    Telephone: (212) 698-3500
                                    Facsimile: (212) 698-3599

                                    *Attorneys for Defendants AstraZeneca*
                                    *Pharmaceuticals LP and AstraZeneca LP*

Dated: December 14, 2007            WEITZ AND LUXENBERG P.C.

                                    By: _____
                                    Michael Pederson
                                    180 Maiden Lane
                                    New York, NY 10038
                                    Phone: (212) 558-5500
                                    Facsimile: (212) 344-5461

                                    *Attorney for Plaintiffs*

Dated: December 14, 2007            GRAUBARD MILLER

                                    By: _____
                                    Edward H. Pomeranz
                                    The Chrysler Building
                                    405 Lexington Avenue
                                    New York, NY 10174-1901
                                    Phone: 212-818-8689
                                    Fax: 212-818-8881

                                    *Attorney for Planet Data Solutions, Inc.*

183400.1                            2

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2007

> Honorable Denise L. Cote
> United States District Court Judge