UNITED STATES DISTRICT COURTHOUSE
SOUTHERN DISTRICT OF NEW YORK

MISCELLANEOUS DOCKET
( Ordered by DOCUMENT No. )

M8-85

| Date | Document # | Proceeding | By |
|---|---|---|---|
| 12/11/07 | 663 | IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION Fld. Motion to Quash Subpoena or, in the alternative, for a protective order. Ret. 12/18/07 at 11:00 a.m. | JCO |
| 12/11/07 | 664 | IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION Fld. Memorandum of Law in support of Planet Data Solutions, Inc.'s motion to quash subpoena or, in the alternative, for a protective order. | JCO |
| 12/11/07 | 665 | IN RE: SUBPOENA OF LEIF J. OSTBERG, INC. Fld. Motoin to Quash Subpoena pursuant to F.R.C.P. rule 45(c)(3), Quashing the Subpoena dated 12/7/07, served upon LJO by Adidas America Inc. and Adidas Salomon AG. Ret. 12/20/07 at 2:30 p.m. | JCO |
| 12/11/07 | 666 | IN RE: SUBPOENA OF LEIF J. OSTBERG, INC. Fld. Memorandum of Law in support of motion to Quash or modify subpoena. | JCO |
| 12/12/07 | 667 | IN RE TJX COMPANIES SECURITY BREACH LITIGATION Fld. Reply Memorandum of Law of in support of Non-Party Citigroup Inc.'s Motion to Quash the TJX Companies, Inc's deposition subpoena dated 11/6/07. | JCO |
| 12/12/07 | 668 | IN RE TJX COMPANIES RETAIL SECURITY BREACH LITIGATION Fld. reply affidavit of Benjamin R. Nagin in support of motion of Non-party Citigroup Inc. to Quash Subpoena of Defendant TJX Companies, Inc. | JCO |
| 12/12/07 | 669 | JOHN N. ("JACK") HEARN, CHRISTOPHER O. BARTLETT, JOHN ROUSSELLE, TOMOTHY HARKINS, AND HENRY P. MALLON V. MICHAEL MCKAY, et al., and THE AMERICAN MARITIME OFFICERS UNION Defendant fld. Notice of Motion and Motion for a protective order quashing the subpoena duces tecum served on its counsel of record in this matter Joel Glanstein | JCO |
| 12/12/07 | 670 | JOHN N. HEARN et al., V. MICHAEL MCKAY, et al., and THE AMERICAN MARITIME OFFICERS UNION Fld. Defendant Amo Union's Memorandum of Law in support of its motion for a protective order quashing the subpoena duces tecum served on its counsel of record in this matter. | JCO |

Rev. 01/04/08

Page 1

UNITED STATES DISTRICT COURTHOUSE
SOUTHERN DISTRICT OF NEW YORK

MISCELLANEOUS DOCKET
( Ordered by  DOCUMENT No. )

M8-85

| Date | Document # | Proceeding | By |
|---|---|---|---|
| 12/13/07 | 671 | THE DOW CHEMICAL COMPANY v. J. PEDRO REINHARD AND ROMEO KREINBERG fld. Romeo Kreinberg's opposition to third party defendant JP Morgan Chase & Company's motion to quash subpoena, or alternately, motion for a protective order | JCO |
| 12/13/07 | 672 | THE DOW CHEMICAL COMPANY v. J. PEDRO REINHARD and ROMEO KREINBERG Fld. Declaration of Lisa C. Solbakken in support of Romeo Kreinberg's opposition to James Dimon's motion to quash | JCO |
| 12/11/07 | 673 | IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION (Underlying Case No. 6:06-MD-1769 ORL-ACC-22DAB) Fld. Motion for an Order pursuant to 28 U.S.C. 1407 referring this matter for resolution to the MDL court in the Middle District of Florida, or, in the alternative, to enter an order quashing the subpoenas pursuant to F.R.C.P. 45(c)(3)(A)(iii) or issuing a protective order pursuant to Rule 26(c) precluding the discovery sought by the subpoenas. Ret 12/18/07 at 11:00 a.m. | JCO |
| 12/12/07 | 674 | IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION (Underlying Case No. 6:06-MD-1769-ORL-ACC-22DAB) Fld. Astrazeneca's Memorandum of law in support of motion to refer this matter to the underlying MDL court (which relief is unopposed) or, in the alternaitve to quash subpoenas or issue protective order | JCO |
| 12/12/07 | 675 | IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION (Underlying Case No. 6:06-MD-1769-ORL-ACC-22DAB) Fld. Declaration of Robert L. Ciotti in support of Astrazeneca's motion to refer this matter to the underlying MDL Court (which is unopposed) or, in the alternative, to Quash subpoenas or issue protective order, and supporting memorandum of law | JCO |
| 12/13/07 | 676 | ADIDAS AMERICA, INC. AND ADIDAS SALOMON AG v. WAL-MARK STORES INC. IN RE: SUBPOENA OF LEIF J. OSTBERG, INC. Fld. Motion to Quash Subpoena pursuant to F.R.C.P. 45(c)(3), quashing the subpoena dated 12/7/07, served upon LJO by Adidas America Inc. and Adidas Salomon AG. Ret. 12/18/07 at 11:00 a.m. | JCO |
| 12/12/07 | 677 | INFINITE ENERGY, INC. v. ECONNERGY ENERGY COMPANY, INC. Fld. Infinite Energy, Inc.'s Memorandum of Law in opposition to Econnery Energy Company, Inc.'s motion to quash and for protective order | JCO |

UNITED STATES DISTRICT COURTHOUSE
SOUTHERN DISTRICT OF NEW YORK

MISCELLANEOUS DOCKET
( Ordered by DOCUMENT No. )

M8-85

| Date | Document # | Proceeding | By |
|---|---|---|---|
| 12/12/07 | 678 | INFINITE ENERGY, INC. V. ECONNERGY ENERGY COMPANY, INC. Fld. Declaration of Simon R. Malko | JCO |
| 12/12/07 | 679 | BRIDGELUX, INC V CREE, INC: Fld ExParte Sealing Order that Exhibit L to the Declaration of Katherine Altemus dated 12/11/07 be filed under seal pending further Order of this Court or any assigned Judge; any further reference to the contents of Exhibit L in any submission shall likewise be filed under seal pending further Order of this Court or any assigned Judge. Endorsement: "DENIED." Ordered, J. Cote. dtd 12/11/07. | RJM |
| 12/17/07 | 680 | TRUSTEES OF DEERFIELD ACADEMY v GILBANE BLDG., CO., INC.,:Fld Memo of Law in Opposition to Motion of Deft. Gilbane Building Company...Brian H. Polovoy, Esq., Dated:New York, New York December 17, 2007 | RMC |
| 12/17/07 | 681 | ADIDAS AMERICA, INC., etal., v WAL-MART STORES, INC.,:Fld Memo of Law in Opposition to Motion to Quash Subpoena in a Civil Case... Christopher Lick, Esq., Dated: New York, New York December 14, 2007. | RMC |
| 12/17/07 | 682 | TRUSTEES OF DEERFIELD ACADEMY v GILBANE BLDG., CO., INC., etal.,:Fld Declaration of Jeffrey E. Poindexter, Esq., ...in Support of the Memo of Law in Opposition to Motion of Deft., Gilbane... this 10th day of December 2007. | RMC |
| 12/17/07 | 683 | ADIDAS AMERICA, INC., and ADIDAS SALOMON AG, v WAL-MART STORES, INC.,:Fld Declaration of Sara M. Vanderhoff in Opposition to Leif J. Osterber, Inc.'s Motion to Quash...Executed this 14th day of December 2007. | RMC |
| 12/17/07 | 684 | ADIDAS AMERICA, INC., and ADIDAS SALOMON AG, v WAL-MART STORES, INC.,:Fld Declaration of Sara M. Vanderhoff in Opposistion to Leif J. Ostberg, Inc.'s Motion to Quash...Executed this 14th day of December 2007. | RMC |
| 12/17/07 | 685 | ADIDAS AMERICA, INC.,etal., v WAL-MART STORES, INC.,:Fld Declaration of James H. Sullivan, Jr., In Opposition to Leif J. Ostberg, Inc.'s Motion to Quash...Executed this 14th day of December, 2007, James H. Sullivan,Jr., | RMC |

Rev. 01/04/08

UNITED STATES DISTRICT COURTHOUSE
SOUTHERN DISTRICT OF NEW YORK

MISCELLANEOUS DOCKET
( Ordered by  DOCUMENT No. )

M8-85

| Date | Document # | Proceeding | By |
|---|---|---|---|
| 12/17/07 | 686 | THE DOW CHEMICAL COMPANY V J. PEDRO REINHARD and ROMEO KREINBERG: Fld Stipulation... that the subpoena that is the subject of the Motion shall be stayed pending a decision by the Eastern District of Michigan on JPMCC's motion to dismiss the Third-Party Complaint, and that the Motion is withdrawn without prejudice to refile with Part I of this Court, if necessary. Ordered, J. Cote. dtd 12/14/07. | RJM |
| 12/17/07 | 687 | IN RE: SEROQUEL PRODUCTS LIABILITY LIT: Fld Stipulation and Order Transferring Matter to MDL Court... This matter should be transferred to the USDC for the Middle District of Florida... The deposition set in the subpoena to Planet Data Solutions, Inc., for 12/28/07, is continued until after this matter can be heard in the Middle District of Florida. The parties will confer and agree on a briefing schedule, but in no event will opposition papers be served on Planet Data Solutions, Inc., less than three full business days before the hearing date... Ordered, J. Cote. dtd 12/14/07. | RJM |