# Exhibit B

## Unknown

**From:** Boorstein, John (Jack)
**Sent:** Friday, March 04, 2005 10:18 AM
**To:** Goldstein, Jeffrey M
**Subject:** Metabolite submission team

**Attachments:** 020905 minutes metabolite submission.doc

Hi Jeff,

Got your message yesterday... unfortunately I've already forgot exactly what you asked, so I apologize if I don't answer all of your questions. If you have something that you're ready to share with the team, you can either send it to me and I'll be sure to circulate it to the team, or you can send it out to them directly (using the distribution list from the attached document). Please include Julia Manning who is replacing Jeff Fleming. I'm still not 100% clear on the correct procedures under the attorney-client priveledge, but you may want to put such a statement at the beginning of your email. I'm sure Julia will let us know if she wants something different.



020905 minutes
metabolite subm...

Hope this helps, otherwise we can discuss on Monday.

Thanks,
Jack

**John (Jack) Boorstein, MS, RPh**
Regulatory Project Manager - SEROQUEL
Wilmington, B3C-112A
Phone: 302.886.3682
Fax: 302.886.5733

1

AZ/SER 4233407