# Exhibit C



# Minutes

| From | Date | Page |
|---|---|---|
| Jack Boorstein, US Regulatory Project Manager | March 23, 2005 | 1/1 |

| Attendees: | Apologies: | Location |
|---|---|---|
| Kathryn Bradley | Rohini Chitra | Teleconference |
| Patty Davis | Greg Christoph | |
| Jeffrey Goldstein | Scott Grimm | |
| Martin Jones | Mark Hughes | |
| Marianne Jonsson | Julia Manning | |
| Ronald Leong | | |
| Paul Street | | |
| Helen Winter | | |

| Meeting date | Starts at | Ends at |
|---|---|---|
| March 16, 2005 | 8:30 AM | 9:30 AM |

| Subject | Reference |
|---|---|
| FDA Metabolite Submission Team Meeting Minutes | |

## Actions:

| Action Items (please refer to minutes below for more details): | Person | Due Date |
|---|---|---|
| Contact Mark Hughes to bring him up to speed with the submission. | Jack | 3/24/05 |
| All contributions and comments should be sent to Mark via e-mail under the appropriate attorney-client privileged and copy Julia Manning. | All | N/A |
| Provide a list of required reviewers to the team. | Jack | 4/11/05 |
| Prepare draft section regarding safety margins (interpretation of exposure) for nonclinical data and circulate for review | Greg | 4/8/05 |
| Prepare draft discussion on the coroner's report and circulate for review | Helen | 4/8/05 |
| Prepare synopsis of 28 and 130 data | Helen | TBD |
| Draft proposed wording to be added to USPI | Kathy | TBD |
| Schedule a meeting with Julia, George Gilbert and Scott to discuss appropriate wording. | Jeff | 3/25/05 |

## Minutes:

- Mark Hughes has been assigned as the Medical Communications writer for this project. Please send all contributions directly to Mark via e-mail at Mark.Hughes@completemedcomms.com or at X:Hughes, Mark (External) in the Outlook address book. All e-mails to Mark should be sent confidentially under the appropriate attorney-client privileged and in copy to Julia Manning.

AZ/SER 4237367



| | |
|---|---|
| AstraZeneca | Agenda |

| From | Date | Page |
|---|---|---|
| Jack Boorstein, US Regulatory Project Manager | March 23, 2005 | 2/2 |

Error! No text of specified style in document.

- The submission team was updated on the decision made by Martin's metabolite team to present a summary of the data and labeling submission plans at the next pre-SERM meeting in April. At that point, it will be decided whether or not there are any safety issues that will require SERM review. If so, the core data sheet (CDS) is planned to be updated and rolled out approximately 2-3 weeks after the June 22nd SERM meeting. The FDA labeling supplement will be submitted to FDA at the same time that the updated CDS is rolled out. However, if the CDS update is delayed or if the submission does not fall under SERM review, the decision was made to proceed with the submission to FDA in June regardless of the CDS status.

  Marianne Jonsson provided an overview of the SERM process and requirements for an update to the core data sheet. The SOP is attached.

  

  GPI SOP updated
  October 2004.p...

- Team discussed who should be included in the review process and sign-off of the final document. Marianne and Jack will provide a list of required reviewers to the team. **Post-Meeting note:** Ihor Rak requested that he and Eva Nordstrom also be included in the final review.

- The justification document must be finalized by the beginning of June since it is intended to support the USPI labeling supplement to FDA, as well as the June 22nd SERM review and CDS update.

- Helen was asked to prepare a discussion on the coroner's report to be included in the justification document. The team will decide at a later date if the reports and discussion should be provided in the final submission.

- The team discussed whether or not to provide information regarding Dr. Suckow in the submission. Jeff will schedule a meeting with Julia, George Gilbert and Scott Grimm to discuss this in detail and provide appropriate wording.

- Helen provided an update to Studies 28 and 130. **Post-Meeting Note:** Current timelines indicate that the final submission-ready CSR for 28 will be available on 6/24/05 and the CSR for 130 will be available on 8/31/05. Database lock for 130 occurred on 3/21/05.

AZ/SER 4237368