# Exhibit D



# Minutes

Press Tab to move to next position.

**From**
Jack Boorstein, US Regulatory Project Manager

**Date**
February 10, 2005

**Page**
1/1

**Attendees:**
Kathryn Bradley
Rohini Chitra
Patty Davis
Jeffrey Goldstein
Martin Jones
Helen Winter

**Apologies:**
Darci Bertelsen
Greg Christoph
Jeff Fleming
Scott Grimm
Ronald Leong
Gerald Limp
Paul Street

**Location**
B2A-212

**Meeting date**
February 9, 2005

**Starts at**
2PM

**Ends at**
3PM

**Subject**
FDA Metabolite Submission Team Meeting Minutes

**Reference**

## Actions:

| Action Items (please refer to minutes below for more details): | Person | Due Date |
|---|---|---|
| Notify Jack when med comm resource is identified. | **Rohini** | N/A |
| Send GEL locators for final and approved nonclin PK study reports to Jack when available | **Jeff G.** | N/A |
| Distribute GSD template to team | **Jack** | N/A |
| Distribute 1st draft contributions (except for clinical PK) to team for review | **All** | 2/23/05 |
| Provide summary section on safety margins of preclinical data | **Greg** | 2/23/05 |
| Provide team with examples of labeling from other drugs with active metabolites | **Kathy** | 2/23/05 |
| Check with Jeff F. regarding proper forwarding of attorney-client privileged communications | **Jack** | N/A |

## Minutes:

- Rohini is seeking medical communications resource to handle the writing of the submission and will notify Jack when one has been assigned; until then, the team should forward all contributions to Jack.

- Update on study and final report status

    o Helen reported that the CSR for Study 28 is currently being drafted and the final data listings are available; the first review by the study team will

AZ/SER 4219455

 AstraZeneca

Agenda

| From | Date | Page |
|---|---|---|
| Jack Boorstein, US Regulatory Project Manager | February 10, 2005 | 2/3 |

Error! No text of specified style in document.

> be held in a week. Study 130 is now complete in the clinic and data is in-house; a data interpretation meeting is scheduled for 4/26/05.
>
> o Patty reported that all rat in vivo studies are completed and final study reports are in GEL. The cyno monkey study (DMP89/90) has been put on hold due to lack of resource and the conduct of a 3-month NDAQ cyno study. If FDA eventually requests that we conduct such a study, it will be conducted as a TK study and managed by Safety Assessment. Study DBQ88 will not be included in the submission if the final study report is not available in time.
>
> o Jeff reported that all nonclinical PK studies to be included in the submission are completed and final study reports are currently being imported into GEL. Jeff will provide Jack with GEL locators for the finalized and approved reports when available.

- Jack informed the team that the DMPK and nonclinical PK study reports will be submitted to FDA as a single package prior to submission of the metabolite submission.

- The team reviewed and agreed on the proposed contents and structure of the submission.

    o An additional section regarding safety margins (interpretation of exposure) for nonclinical data will need to be included and is to be provided by Greg.

    o Helen suggested that the coroner's reports not be included unless referenced in the submission.

    o We will not include mention of any SR work under the current/future activities section.

- Kathy will work with Patty to draft preliminary wording for our proposed labeling. Kathy will also review the labeling of other drugs with active metabolites for examples.

- The issue was raised as to how confidential information should be communicated within the team. Jack will consult with Jeff F. on the attorney-client privilege and the proper means of communications.

AZ/SER 4219456

 AstraZeneca

Agenda

| From | Date | Page |
|---|---|---|
| Jack Boorstein, US Regulatory Project Manager | February 10, 2005 | 3/3 |

Error! No text of specified style in document.

- The team began a discussion on who will be required in the review process (Discovery, Legal, IP lawyers, NDAQ team, upper management, etc) and at what stages. Further discussions will need to be held around this topic.

- Submission still targeted for June 2005, but will work to move up submission date as much as possible. Timelines will need to be further defined and agreed upon.

- The next team meeting will be held during or right after the 2/24/05 metabolite team meeting.

AZ/SER 4219457