# Exhibit E

## Goldstein, Jeffrey M

| | |
|---|---|
| From: | Olbrich, Richard |
| Sent: | Tuesday, July 13, 2004 8:36 AM |
| To: | Swalley, Jeffrey S; Wilkie, Alison M; Dunscombe, Nick M; Owen, Richard T; Leong, Ronald; Burigatto, Carla; Doran, Nigel M; Mullen, Jamie A; Goldstein, Jeffrey M; Ney, Christine A |
| Cc: | Davies, Laura J |
| Subject: | LEGALLY PRIVILEGED AND CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION: Koller: A survey of reports of quetiapine-associated hyperglycemia and diabetes mellitus |
| Importance: | High |

LEGALLY PRIVILEGED AND CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION

Dear all, enclosed is a publication by Koller (enclosed below from Joachim), from the FDA which is the data (plus some further data) from her poster from the APA 03 and is an analysis of diabetes and Seroquel.

RE: Objection Handler on gluco...

Carla suggest that you get the master diabetes Q and As which Jim Minnick put together (enclosed here updated for this paper (please liase with Ron and Jamie) and then issue to the marketing companies.

*Kind regards Richard*

Richard Olbrich PhD
Global Medical Affairs Manager- Seroquel
PS&L - Neuroscience
AstraZeneca
Alderley House Alderley Park
Macclesfield Cheshire SK10 4TF
United Kingdom
Tel:    +44 (0) 1625 515219
Mobile    +44 (0) 7909 872390
Fax:    +44 (0) 1625 515682
Email   richard.olbrich@astrazeneca.com <mailto:richard.olbrich@astrazeneca.com>


-----Original Message-----
| | |
|---|---|
| From: | Heymann, Joachim |
| Sent: | 13/Tuesday July 2004 12:32 |
| To: | Olbrich, Richard |
| Subject: | Koller: A survey of reports of quetiapine-associated hyperglycemia and diabetes mellitus |

Hello Richard,

are you aware of this publication already? I attach a pdf-file for your information.

Regards

Joachim

1

AZ/SER 4237432


Koller_Diabetes_Qu
etiapion.pdf...

AZ/SER 4237433