**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

**ORDER**

This cause is before the Court on the Amended Report and Recommendation Regarding the Schedule for General Discovery and Trial and Case Management of Florida Cases (Doc. 759) filed on December 21, 2007.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Amended Report and Recommendation. Therefore, it is **ORDERED** that the Amended Report and Recommendation filed December 21, 2007 (Doc. 759) is **ADOPTED** and **CONFIRMED** and made a part of this Order. The Court will, by separate Order, enter Case Management Order No. 5, incorporating the recommendations submitted by the Magistrate Judge, with modifications to sections 2, S and T.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 11, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Parties

ANNE C. CONWAY
United States District Judge