**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

_____

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion to Compel Certain Florida Plaintiffs to Provide Full and Complete Answers to Plaintiff Fact Sheet Questions (Doc. 741), filed December 14, 2007, to which Plaintiffs responded (Doc. 760) on December 26, 2007. AstraZeneca was granted leave to file a Reply and so replied (Doc. 788) on January 10, 2008.

Pursuant to Case Management Order No. 5 (Doc. 792), the Florida Plaintiffs have until January 15, 2008, to provide to AstraZeneca materially complete Plaintiff Fact Sheets, as well as all responsive documents. Therefore, inasmuch as AstraZeneca's current motion seeks to compel Plaintiffs to provide supplemental Plaintiff Fact Sheet information and associated responsive documents prior to the deadline established in CMO-5, the Court deems the motion premature. If, however, any of the Florida Plaintiffs fail to meet the established deadline,[1] AstraZeneca may then file a motion seeking appropriate relief.

---

[1] The Court here notes that even though CMO-5 was not entered until January 11, 2008, the Florida Plaintiffs have been on notice of the January 15 deadline since at least November 16, 2007, when the Magistrate Judge first recommended the deadline to this Court.

Based on the foregoing, it is **ORDERED** that AstraZeneca's Motion to Compel Certain Florida Plaintiffs to Provide Full and Complete Answers to Plaintiff Fact Sheet Questions (Doc. 741) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 11, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Parties

ANNE C. CONWAY
United States District Judge