# Exhibit 1

## Bailey Perrin Bailey LLP

## List of Plaintiffs' Acknowledgments/HIPAAs

|   | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Hernandez | Irisa | 6:07-cv-14977 | 1/9/2008 | 1/9/2008 |
| 2 | Jackson | Kevin | 6:07-cv-15021 | 1/9/2008 | 1/9/2008 |