# Exhibit 2



**BAILEY PERRIN BAILEY**
*A Registered Limited Liability Partnership*

THE LYRIC CENTRE
440 LOUISIANA, SUITE 2100
HOUSTON, TEXAS 77002
(713) 425-7100 BUSINESS
(713) 425-7101 FACSIMILE

January 9, 2008

**<u>Via FedEx Priority Overnight</u>**
Mr. Brennan J. Torregrossa
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Re:   In re: Seroquel products Liability Litigation
       (MDL Docket No. 1769)

Dear Brennan:

Please find enclosed a CD containing seven (7) Acknowledgments and HIPAA Authorizations, for Plaintiffs designated in May and June. I have included an accompanying list for your convenience. We will continue to provide you with additional Acknowledgments and HIPAAs as soon as they are received from our clients.

Please do not hesitate to contact me or Camp, should you have any questions.

Respectfully,

Sundeep S. Grewel
Attorney at Law


Enclosures:   As stated


cc:   Mr. Camp Bailey [Firm]

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production -**
**Set V (May 30, 2007)**
**Acknowledgments and HIPAA Authorizations (5)**
January 9, 2008

| | Last Name | First Name | Record ID |
|---|---|---|---|
| 1 | Crawford | Elizabeth | 5909 |
| 2 | Gordon | Lutricia | 3111 |
| 3 | Holt | Gail | 9803 |
| 4 | Lynch | Lois | 6505 |
| 5 | Taylor | Joyce | 3685 |

Bailey Perrin Bailey, LLP
**Plaintiff Fact Sheet Production -**
Set VI (June 29, 2007)
**Acknowledgments and HIPAA Authorizations (2)**
January 9, 2008

| | Last Name | First Name | Record ID |
|---|---|---|---|
| 1 | Hernandez | Irisa | 15529 |
| 2 | Jackson | Kevin | 15573 |

From: Origin ID: EIXA (713)425-7100
Anissa Smith
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002



Ship Date: 09JAN08
ActWgt: 1 LB
System#: 1738796/INET7091
Account#: S *********

Delivery Address Bar Code

CLS090607/21/23

SHIP TO: (215)994-4000       BILL SENDER
**Mr. Brennan J. Torregrossa**
**Dechert, LLP**
**2929 Arch Street**
**Cira Centre**
**Philadelphia, PA 19104**

Ref #    MDL 1769 (1.9.08)
Invoice #
PO #
Dept #

TRK# 0201  7992 5235 6259

THU - 10JAN   A1
**PRIORITY OVERNIGHT**
DSR

PHL
PA-US
19104

**XB-ESPA**

---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/ship/domesticShipmentOptionsAction.do                                               1/9/2008

### Anissa Smith

**From:** TrackingUpdates@fedex.com
**Sent:** Thursday, January 10, 2008 8:40 AM
**To:** Anissa Smith
**Subject:** FedEx Shipment 799252356259 Delivered

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Bailey Perrin Bailey LLP |
| Name: | Anissa Smith |
| E-mail: | asmith@bpblaw.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | MDL 1769 (1.9.08) |
| Ship (P/U) date: | Jan 9, 2008 |
| Delivery date: | Jan 10, 2008 9:35 AM |
| Sign for by: | P.EHRET |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Tracking number: | 799252356259 |

| Shipper Information | Recipient Information |
|---|---|
| Anissa Smith | Mr. Brennan J. Torregrossa |
| Bailey Perrin Bailey LLP | Dechert, LLP |
| The Lyric Centre;440 Louisiana, Suite 2100 | 2929 Arch Street;Cira Centre |
| Houston | Philadelphia |
| TX | PA |
| US | US |
| 77002 | 19104 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:40 AM CST on 01/10/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

1/10/2008