*Confidential Information*

| SQ100 | Seroquel PMO: Physician Depositions Scheduling Report (As of 1/15/08) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Status** | **Status Detail** | **8/07** | **9/07** | **10/07** | **11/07** | **12/07** | **1/08** | **Total** |
| 1. | **Scheduled or Rescheduled** | | 8 | 44 | 40 | 46 | 0 | 0 | 138 |
| 2. | **Not Yet Scheduled** | Designation Received by PMO | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3. | | Messages Left for Return Call | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4. | | 48-Hour Packet Sent | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5. | | Contact Made/Awaiting Date from Physician | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6. | | Fees/Other Questions Delaying Scheduling | 0 | 1 | 0 | 2 | 0 | 0 | 3 |
| 7. | | **Total** | **0** | **1** | **0** | **2** | **0** | **0** | **3** |
| 8. | **Currently Unable to Schedule** | Unable to Locate Physician | 0 | 1 | 4 | 3 | 0 | 0 | 8 |
| 9. | | Physician Deceased | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| 10. | | Hold Scheduling Efforts for Directions from Parties | 2 | 12 | 10 | 6 | 0 | 0 | 30 |
| 11. | | **Total** | **2** | **13** | **15** | **9** | **0** | **0** | **39** |
| 12. | **PMO Will Not Schedule** | PMO Not Responsible for Scheduling | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13. | | Cancelled/Not to be Scheduled | 1 | 9 | 14 | 8 | 38 | 38 | 108 |
| 14. | | Scheduled by Parties | 15 | 1 | 0 | 0 | 0 | 0 | 16 |
| 15. | | **Total** | **16** | **10** | **14** | **8** | **38** | **38** | **124** |
| 16. | **Grand Total** | | **26** | **68** | **69** | **65** | **38** | **38** | **304** |

*Confidential Information*

| SQ101 | Seroquel PMO: Case-Specific Depositions Report (As of 1/14/08) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Deponent Type** | **Status Detail** | **8/07** | **9/07** | **10/07** | **11/07** | **12/07** | **1/08** | **Total** |
| **1.** | **Plaintiffs** | Concluded | 13 | 24 | 21 | 30 | 0 | 0 | 88 |
| **2.** | | Scheduled | N/A | N/A | N/A | N/A | N/A | 1 | 1 |
| **3.** | | **Total** | **13** | **24** | **21** | **30** | **0** | **1** | **89** |
| **4.** | **Physicians** | Concluded | 11 | 15 | 44 | 38 | 25 | 5 | 138 |
| **5.** | | Scheduled | N/A | N/A | N/A | N/A | N/A | 18 | 18 |
| **6.** | | **Total** | **11** | **15** | **44** | **38** | **25** | **23** | **156** |
| **7.** | **Sales Representatives** | Concluded | 0 | 9 | 6 | 3 | 0 | 1 | 19 |
| **8.** | | Scheduled | N/A | N/A | N/A | N/A | N/A | 1 | 1 |
| **9.** | | **Total** | **0** | **9** | **6** | **3** | **0** | **2** | **20** |
| **10.** | **Total Concluded** | | **24** | **48** | **71** | **71** | **25** | **6** | **245** |
| **11.** | **Total Scheduled** | | **N/A** | **N/A** | **N/A** | **N/A** | **N/A** | **20** | **20** |
| **12.** | **Grand Total** | | **24** | **48** | **71** | **71** | **25** | **26** | **265** |

*Confidential Information*

| SQ102 | Seroquel PMO:<br>Depositions on Hold at Direction of Parties<br>(As of 1/14/08) | | | |
|---|---|---|---|---|
| | **Plaintiff** | **Case Number** | **Law Firm** | **Date Placed on Hold** |
| 1. | Cook, Burl | 6:07-cv-16017 | Bailey Perrin Bailey LLP | 10/12/07 |
| 2. | Davis, Vikie | 6:07-cv-14788 | Bailey Perrin Bailey LLP | 10/26/07 |
| 3. | Ellerbee, Lisa D. | 6:07-cv-13399 | Bailey Perrin Bailey LLP | 10/3/07 |
| 4. | Flye, Tracy | 6:06-cv-1222 | Levin Simes Kaiser & Gornick LLP | 9/13/07 |
| 5. | Gawalis, Joseph | 6:07-cv-10136 | Matthews & Associates | 11/16/07 |
| 6. | Grant, Anita | 6:07-cv-00444 | Whatley Drake & Kallas LLC | 11/13/07 |
| 7. | Green, Shirley M. | 6:07-cv-10649 | Bailey Perrin Bailey LLP | 10/2/07 |
| 8. | Haas, Elizabeth S. | 6:07-cv-442 | Whatley Drake & Kallas LLC | 10/2/07 |
| 9. | Hall, Betty | 6:07-cv-10293 | | 9/21/07 |
| 10. | Henderson, Antonia | 6:07-cv-14972 | Bailey Perrin Bailey LLP | 11/9/07 |
| 11. | Lambert, Samatha | 6:07-cv-13788 | Bailey Perrin Bailey LLP | 10/4/07 |
| 12. | Monson, Bruce H. | 6:07-cv-10372 | Bailey Perrin Bailey LLP | 10/12/07 |
| 13. | Salmons, Sheryl | 6:07-cv-12818 | Bailey Perrin Bailey LLP | 9/26/07 |
| 14. | Sanchez, Maureen | 6:07-cv-12819 | Bailey Perrin Bailey LLP | 10/8/07 |
| 15. | Schuenemeyer, Robert | 6:06-cv-01136 | Brown & Crouppen, PC | 9/21/07 |
| 16. | Smith, Carolyn | 6:07-cv-16568 | Bailey Perrin Bailey LLP | 11/20/07 |
| 17. | Tomlin, Anthony | 6:07-cv-12911 | Bailey Perrin Bailey LLP | 10/26/07 |
| 18. | Tucholski, John | 6:07-cv-16085 | | |
| 19. | Williams, Malcolm R. | 6:07-cv-12988 | Bailey Perrin Bailey LLP | 9/17/07 |

*Confidential Information*

| SQ200A | Seroquel PMO: Medical Records Status (By Physician) (As of 1/14/08) | | | | |
|---|---|---|---|---|---|
| | **Physician  Name** | **Plaintiff  Name** | **Deposition Date** | **Records Status** | **Date Sent to Parties** |
| 1. | **Baskin, Cindy** | Hernandez, Christine | 1/15/08   1:00 PM | PMO Not Requesting Records | |
| 2. | **Bizri, Ghassan** | Peyton, Jeffrey | 1/25/08   1:00 PM | Received at PMO 11/26/07 | 11/26/07 |
| 3. | **Egger, Michael L.** | Collins, Vivian | 1/17/08   8:00 AM | Received at PMO 12/4/07 | 12/4/07 |
| 4. | **Frantz, Michael** | Glover, Eddie | 1/18/08   11:00 AM | Received at PMO 11/26/07 | 11/26/07 |
| 5. | **Geddie, Jewell** | Ray, Charles M. | 1/25/08   1:00 PM | Received at PMO 1/4/08 | 1/4/08 |
| 6. | **Hashmi, Shahzad** | Thomas, Hellen | 1/24/08   1:00 PM | Received at PMO 12/21/07 | 12/21/07 |
| 7. | **Keeven, Judy L** | Nelson, Linda | 1/28/08   12:00 PM | Received at PMO 12/28/07 | 12/28/07 |
| 8. | **Kloch, Gregory M.** | Collins, Vivian | 1/15/08   2:30 PM | Received at PMO 11/29/07 | 11/29/07 |
| 9. | **Kripakaran, Kasturi** | Osborne, Amy | 1/30/08   9:00 AM | PMO Not Requesting Records | |
| 10. | **Landry, Phillip** | Sonnier, Linda Mae | 1/25/08   9:00 AM | Received at PMO 9/17/07 | 9/18/07 |
| 11. | **Patel, Kaushik** | Glover, Eddie | 1/17/08   1:00 PM | Received at PMO 12/31/07 | 12/31/07 |
| 12. | **Phipps, Leland** | Trizzle, Cheryl A. | 1/16/08   8:00 AM | Received at PMO 12/27/07 | 12/27/07 |
| 13. | **Puszkarska, Lucyna** | Perez, Angel L. | 1/29/08   9:00 AM | Records Requested | |
| 14. | **Taylor, Elizabeth** | Melvin, Cheryl | 1/24/08   1:00 PM | Received at PMO 1/7/08 | 1/7/08 |
| 15. | **Toca, Bertilia M** | Davidson, Kenneth H. | 1/16/08   12:00 PM | Received at PMO 1/2/08 | 1/2/08 |
| 16. | **Toth, Norman J.** | Lorditch, Hope M. | 1/17/08   9:30 AM | PMO Not Requesting Records | |
| 17. | **Vargas, Maria** | McCarthy, Kevin R. | 1/23/08   1:00 PM | Received at PMO 10/16/07 | 10/16/07 |
| 18. | **Wooten, Robert** | Robinson, Samuel | 1/30/08   5:30 PM | Received at PMO 12/13/07 | 12/13/07 |

*Confidential Information*

| SQ200B | Seroquel PMO: Medical Records Status (By Deposition Date) (As of 1/14/08) | | | | |
|---|---|---|---|---|---|
| | **Physician  Name** | **Plaintiff  Name** | **Deposition Date** | **Records Status** | **Date Sent to Parties** |
| 1. | **Baskin, Cindy** | Hernandez, Christine | 1/15/08   1:00 PM | PMO Not Requesting Records | |
| 2. | **Kloch, Gregory M.** | Collins, Vivian | 1/15/08   2:30 PM | Received at PMO 11/29/07 | 11/29/07 |
| 3. | **Phipps, Leland** | Trizzle, Cheryl A. | 1/16/08   8:00 AM | Received at PMO 12/27/07 | 12/27/07 |
| 4. | **Toca, Bertilia M** | Davidson, Kenneth H. | 1/16/08   12:00 PM | Received at PMO 1/2/08 | 1/2/08 |
| 5. | **Egger, Michael L.** | Collins, Vivian | 1/17/08   8:00 AM | Received at PMO 12/4/07 | 12/4/07 |
| 6. | **Toth, Norman J.** | Lorditch, Hope M. | 1/17/08   9:30 AM | PMO Not Requesting Records | |
| 7. | **Patel, Kaushik** | Glover, Eddie | 1/17/08   1:00 PM | Received at PMO 12/31/07 | 12/31/07 |
| 8. | **Frantz, Michael** | Glover, Eddie | 1/18/08   11:00 AM | Received at PMO 11/26/07 | 11/26/07 |
| 9. | **Vargas, Maria** | McCarthy, Kevin R. | 1/23/08   1:00 PM | Received at PMO 10/16/07 | 10/16/07 |
| 10. | **Hashmi, Shahzad** | Thomas, Hellen | 1/24/08   1:00 PM | Received at PMO 12/21/07 | 12/21/07 |
| 11. | **Taylor, Elizabeth** | Melvin, Cheryl | 1/24/08   1:00 PM | Received at PMO 1/7/08 | 1/7/08 |
| 12. | **Landry, Phillip** | Sonnier, Linda Mae | 1/25/08   9:00 AM | Received at PMO 9/17/07 | 9/18/07 |
| 13. | **Bizri, Ghassan** | Peyton, Jeffrey | 1/25/08   1:00 PM | Received at PMO 11/26/07 | 11/26/07 |
| 14. | **Geddie, Jewell** | Ray, Charles M. | 1/25/08   1:00 PM | Received at PMO 1/4/08 | 1/4/08 |
| 15. | **Keeven, Judy L** | Nelson, Linda | 1/28/08   12:00 PM | Received at PMO 12/28/07 | 12/28/07 |
| 16. | Puszkarska, Lucyna | Perez, Angel L. | 1/29/08   9:00 AM | Records Requested | |
| 17. | **Kripakaran, Kasturi** | Osborne, Amy | 1/30/08   9:00 AM | PMO Not Requesting Records | |
| 18. | **Wooten, Robert** | Robinson, Samuel | 1/30/08   5:30 PM | Received at PMO 12/13/07 | 12/13/07 |

*Confidential Information*

| SQ300 | Seroquel PMO:<br>Special Master Escrow Account Summary<br>(As of 1/14/08) | |
|---|---|---|
| | **Description** | **Available Funds** |
| 1. | **Starting Balance   (9/1/07)** | $0.00 |
| 2. | **Deposits** | $130,000.00 |
| 3. | **Physician Fee Payments** | ($98,809.89) |
| 4. | **Physician Costs for Medical Records** | ($17,163.99) |
| 5. | **Federal Express Expenses** | ($13,641.09) |
| 6. | **Bank Fees** | ($275.25) |
| 7. | **Ending Balance   (1/14/08)** | **$109.78** |

*Confidential Information*

| SQ301 | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 1/14/08) | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **1.** | 9/11/07 | 92 | **Payee:** Pain Clinic Associates, P.C. <br> **Deponent:** Dr. Moacir Schnapp | Bolton, William <br> 6:06-cv-1145 | $ 750.00 | $ - | $ 750.00 |
| **2.** | 9/11/07 | 93 | **Payee:** Pain Clinic Associates, P.C. <br> **Deponent:** Dr. Moacir Schnapp | Bolton, William <br> 6:06-cv-1145 | $ 450.00 | $ - | $ 450.00 |
| **3.** | 9/11/07 | 95 | **Payee:** Lake County Family Practice, L.L.C. <br> **Deponent:** Dr. Marc J. McNaughton | Elmore, Deborah <br> 6:07-cv-16085 | $ 370.00 | $ - | $ 370.00 |
| **4.** | 9/11/07 | 96 | **Payee:** Mid-Cape Medical <br> **Deponent:** Dr. Sharon Mahoney | Borges, Frank <br> 6:07-cv-000357 | $ 225.00 | $ - | $ 225.00 |
| **5.** | 9/11/07 | 97 | **Payee:** Neuropsychiatric Associates Inc., P.C. <br> **Deponent:** Dr. Stephen B. Gelfand | Frederick, James <br> 6:06-cv-1000 | $ - | $ 39.99 | $ 39.99 |
| **6.** | 9/12/07 | 99 | **Payee:** William Louis Gerard, M.D. <br> **Deponent:** Dr. William Gerard | Edgeston, Vounzetta <br> 6:07-cv-14818 | $ - | $ 154.35 | $ 154.35 |
| **7.** | 9/14/07 | 100 | **Payee:** PMS Psych Management Solutions <br> **Deponent:** Dr. Daniel Koppersmith | Haynie-Whynot, Elizabeth <br> 6:07-13107 | $ - | $ 65.00 | $ 65.00 |
| **8.** | 9/17/07 | 200163626 | **Payee:** Reginald P. Segar, M.D. <br> **Deponent:** Dr. Reginald P. Segar | Sonnier, Linda <br> 6:06-cv-01019 | $ 450.00 | $ 131.50 | $ 581.50 |
| **9.** | 9/19/07 | 1000 | **Payee:** Philip Arnold Landry, M.D. <br> **Deponent:** Dr. Phillip Landry | Sonnier, Linda <br> 6:06-cv-01019 | $ - | $ 42.75 | $ 42.75 |
| **10.** | 9/19/07 | 1001 | **Payee:** Neuropsychiatric Associates Inc., P.C. <br> **Deponent:** Dr. Stephen B. Gelfand | Frederick, James <br> 6:06-cv-1000 | $ 1,600.00 | $ - | $ 1,600.00 |

*Confidential Information*

| SQ301 | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 1/14/08) | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **11.** | 9/19/07 | 1002 | **Payee:** Cornerstone Clinic<br>**Deponent:** Dr. Akingbade Akinyelu | Grant, Lisa<br>06:07-cv-12145 | $ 1,750.00 | $ - | $ 1,750.00 |
| **12.** | 9/19/07 | 1004 | **Payee:** Richard A. Moskovitz, M.D.<br>**Deponent:** Dr. Richard Moskovitz | McDaniel, Kimberly<br>6:07-cv-10361 | $ - | $ 552.00 | $ 552.00 |
| **13.** | 9/19/07 | 1005 | **Payee:** Dayton Primary & Urgent Care<br>**Deponent:** Dr. Morris Brown | Cook, Burl<br>6:07-cv-16017 | $ - | $ 55.75 | $ 55.75 |
| **14.** | 9/19/07 | 1006 | **Payee:** Donald Lucas Mulder, M.D.<br>**Deponent:** Dr. Donald Mulder | Navin, Nora<br>6:07-cv-12727 | $ - | $ 25.00 | $ 25.00 |
| **15.** | 9/19/07 | 1007 | **Payee:** Rosamma Panjukaran, M.D.<br>**Deponent:** Dr. Rosamma Panjikaran | McCarthy, Kevin<br>6:07-cv-11096 | $ - | $ 47.00 | $ 47.00 |
| **16.** | 9/19/07 | 1008 | **Payee:** Aspen Medical Group<br>**Deponent:** Dr. Joseph Gendron | Sauvageau, Leonard<br>6:07-cv-16754 | $ 2,200.00 | $ - | $ 2,200.00 |
| **17.** | 9/19/07 | 1009 | **Payee:** Thomas Robert Wikstrom, M.D.<br>**Deponent:** Dr. Thomas Wikstrom | Stephens, Terry<br>6:07-cv-15805 | $ 1,200.00 | $ 57.00 | $ 1,257.00 |
| **18.** | 9/19/07 | 1010 | **Payee:** Rose Medical Associates<br>**Deponent:** Dr. Ruth Woolcock | Frederick, James<br>6:06-cv-1000 | $ - | $ 50.00 | $ 50.00 |
| **19.** | 9/20/07 | 1011 | **Payee:** Hot Springs Internal Medicine<br>**Deponent:** Dr. Andrew Grose | Bolton, William<br>6:06-cv-1145 | $ - | $ 38.75 | $ 38.75 |
| **20.** | 9/20/07 | 1012 | **Payee:** Joel B. Glass, M.D.<br>**Deponent:** Dr. Joel Glass | Coppola, James<br>6:06-cv-1299 | $ 1,600.00 | $ 320.00 | $ 1,920.00 |

*Confidential Information*

| SQ301 | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 1/14/08) | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **21.** | 9/21/07 | 1014 | **Payee:** Farris Johnson, M.D. <br> **Deponent:** Dr. Farris Johnson | Thomas, Hellen <br> 6:06-cv-1295 | $ 1,000.00 | $ - | $ 1,000.00 |
| **22.** | 9/25/07 | 1015 | **Payee:** Family Practice Center of Avon <br> **Deponent:** Dr. Shailesh Joshi | Hinton, Joanne <br> 6:07-cv-10304 | $ - | $ 75.00 | $ 75.00 |
| **23.** | 9/25/07 | 1016 | **Payee:** Nora L. Fairley, M.D. <br> **Deponent:** Dr. Nora Fairley | Ell, Tim <br> 6:07-cv-10515 | $ 1,500.00 | $ 65.25 | $ 1,565.25 |
| **24.** | 9/26/07 | 1017 | **Payee:** Jennifer Glassman, M.D. <br> **Deponent:** Dr. Jennifer Glassman | Stephens, Terry <br> 6:07-cv-15805 | $ 1,600.00 | $ 155.00 | $ 1,755.00 |
| **25.** | 9/26/07 | 1018 | **Payee:** Daniel L. Koppersmith, M.D. <br> **Deponent:** Dr. Daniel Koppersmith | Haynie-Whynot, Elizabeth <br> 6:07-13107 | $ 1,000.00 | $ - | $ 1,000.00 |
| **26.** | 9/26/07 | 1019 | **Payee:** Family Practice Center of Avon Park <br> **Deponent:** Dr. Shailesh Joshi | Hinton, Joanne <br> 6:07-cv-10304 | $ - | $ 115.84 | $ 115.84 |
| **27.** | 9/27/07 | 1020 | **Payee:** Jeffrey S. Shultz, M.D. <br> **Deponent:** Dr. Jeffery S. Shultz | Stilwell, Christopher <br> 6:07-cv-16593 | $ - | $ 26.50 | $ 26.50 |
| **28.** | 9/28/07 | 1021 | **Payee:** Lindsay, Hart, Neil & Weigler <br> **Deponent:** Dr. Karen Williams | Salmons, Sheryl <br> 6:07-cv-12818 | $ - | $ 55.05 | $ 55.05 |
| **29.** | 9/28/07 | 1022 | **Payee:** Hall County Health Department <br> **Deponent:** Dr. David Blomert | Naramore, Jennifer <br> 6:06-cv-1292 | $ - | $ 15.00 | $ 15.00 |
| **30.** | 9/28/07 | 1023 | **Payee:** Reginald P. Segar, M.D. <br> **Deponent:** Dr. Reginald P. Segar | Sonnier, Linda <br> 6:06-cv-01019 | $ 600.00 | $ - | $ 600.00 |

*Confidential Information*

| SQ301 | | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 1/14/08) | | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **31.** | 9/28/07 | 1024 | **Payee:** Ashok M. Patel, M.D. <br> **Deponent:** Miss Ashok M. Patel | Fashner, Sharon <br> 6:06-cv-10265 | $ 1,600.00 | $ 84.00 | $ 1,684.00 |
| **32.** | 9/28/07 | 1025 | **Payee:** Pinnacle Behavioral Health <br> **Deponent:** Dr. Steven M. Schneir | Ellerbee, Lisa <br> 6:07-cv-13399 | $ 900.00 | $ - | $ 900.00 |
| **33.** | 9/28/07 | 1026 | **Payee:** Raul Capitaine, M.D., PA <br> **Deponent:** Dr. Raul Capitaine | Navin, Nora <br> 6:07-cv-12727 | $ 1,200.00 | $ - | $ 1,200.00 |
| **34.** | 9/28/07 | 1027 | **Payee:** The Counseling Center of Wayne & Holmes Counties <br> **Deponent:** Humayun Chughtai | Daugherty, Peggy <br> 6:07-cv-15589 | $ - | $ 401.00 | $ 401.00 |
| **35.** | 10/3/07 | 1028 | **Payee:** Thomas J. Murphy, M.D. <br> **Deponent:** Dr. Thomas Murphy | Haynie-Whynot, Elizabeth <br> 6:07-13107 | $ 900.00 | $ - | $ 900.00 |
| **36.** | 10/3/07 | 1029 | **Payee:** Advanced Healthcare <br> **Deponent:** Dr. Michael J. Hoja | Campbell, Betty <br> 6:07-cv-10022 | $ - | $ 83.17 | $ 83.17 |
| **37.** | 10/3/07 | 1030 | **Payee:** Richard A. Moskovitz, M.D. <br> **Deponent:** Dr. Richard Moskovitz | McDaniel, Kimberly <br> 6:07-cv-10361 | $ 2,025.00 | $ - | $ 2,025.00 |
| **38.** | 10/3/07 | 1031 | **Payee:** Pain Clinic Associates, P.C. <br> **Deponent:** Dr. Moacir Schnapp | Bolton, William <br> 6:06-cv-1145 | $ 225.00 | $ - | $ 225.00 |
| **39.** | 10/3/07 | 1032 | **Payee:** Lois Jane Macdonnell, M.D. <br> **Deponent:** Dr. L. Jane Macdonnell | Hinton, Joanne <br> 6:07-cv-10304 | $ 1,000.00 | $ - | $ 1,000.00 |
| **40.** | 10/3/07 | 1033 | **Payee:** Thomas J. Murphy, M.D. <br> **Deponent:** Dr. Thomas Murphy | Haynie-Whynot, Elizabeth <br> 6:07-13107 | $ - | $ 57.06 | $ 57.06 |

*Confidential Information*

| | | | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 1/14/08) | | | | |
|---|---|---|---|---|---|---|---|
| **SQ301** | | | | | | | |
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **41.** | 10/8/07 | 1034 | **Payee:** Luis A. Giuffra, M.D., PhD<br>**Deponent:** Dr. Luis Giuffra | Turner, Althea<br>6:07-cv-15435 | $ 1,600.00 | $ 25.75 | $ 1,625.75 |
| **42.** | 10/11/07 | 1035 | **Payee:** Maria T. Vargas, M.D.<br>**Deponent:** Dr. Maria Vargas | McCarthy, Kevin<br>6:07-cv-11096 | $ - | $ 50.00 | $ 50.00 |
| **43.** | 10/12/07 | 1036 | **Payee:** Raul R. Capitaine, M.D.<br>**Deponent:** Dr. Raul Capitaine | Navin, Nora<br>6:07-cv-12727 | $ - | $ 37.15 | $ 37.15 |
| **44.** | 10/16/07 | Debit Card | **Payee:** Smart Document Solutions<br>**Deponent:** Dr. Mary J. Mason | Martin, Gwen<br>6:07-cv-00510 | $ - | $ 79.75 | $ 79.75 |
| **45.** | 10/16/07 | 1037 | **Payee:** SimTek Corporation<br>**Deponent:** Dr. Joseph Gendron | Sauvageau, Leonard<br>6:07-cv-16754 | $ - | $ 141.65 | $ 141.65 |
| **46.** | 10/16/07 | 1038 | **Payee:** Family Practice Center<br>**Deponent:** Dr. Toni Middleton | Robinson, Samuel<br>6:07-cv-12804 | $ - | $ 10.00 | $ 10.00 |
| **47.** | 10/16/07 | 1039 | **Payee:** Madison County Health Systems<br>**Deponent:** Dr. Loren Olsen | Berry, Craig<br>6:07-cv-13107 | $ - | $ 122.50 | $ 122.50 |
| **48.** | 10/17/07 | Debit Card | **Payee:** Rosamma Panjikaran, M.D.<br>**Deponent:** Dr. Rosamma Panjikaran | McCarthy, Kevin<br>6:07-cv-11096 | $ - | $ 230.00 | $ 230.00 |
| **49.** | 10/17/07 | 1040 | **Payee:** Henry C. Dixon, M.D.<br>**Deponent:** Dr. Henry Dixon | Foreman, Brian<br>6:07-cv-00679 | $ 60.50 | $ - | $ 60.50 |
| **50.** | 10/19/07 | Debit Card | **Payee:** Samuel Medical Center<br>**Deponent:** Dr. George Samuels | Campbell, Betty<br>6:07-cv-10022 | $ - | $ 69.53 | $ 69.53 |

*Confidential Information*

| SQ301 | | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 1/14/08) | | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **51.** | 10/22/07 | 1041 | **Payee:** MIR <br> **Deponent:** Dr. Cindy Kaufman | Brummel, Julie <br> 6:07-cv-12322 | $    - | $    58.10 | $    58.10 |
| **52.** | 10/22/07 | 1042 | **Payee:** Irene Stacy Community Mental Health Center <br> **Deponent:** Dr. Patricia McGuire | Fetters, George <br> 6:07-cv-11555 | $    - | $    158.00 | $    158.00 |
| **53.** | 10/22/07 | 1043 | **Payee:** Columbus Area, Inc. <br> **Deponent:** Dr. Southair Garas | Cooper, Susan <br> 6:07-cv-13297 | $    - | $    166.75 | $    166.75 |
| **54.** | 10/22/07 | 1044 | **Payee:** Providence Medical Group <br> **Deponent:** Dr. Mike Carroll | Ell, Tim <br> 6:07-cv-10515 | $    1,050.00 | $    188.00 | $    1,238.00 |
| **55.** | 10/22/07 | 1045 | **Payee:** George P. Samuels, M.D. <br> **Deponent:** Dr. George Samuels | Campbell, Betty <br> 6:07-cv-10022 | $    900.00 | $    - | $    900.00 |
| **56.** | 10/22/07 | 1046 | **Payee:** Confidential Copying <br> **Deponent:** Dr. Catherine Larned | Quinn, Lori <br> 6:07-cv-14108 | $    - | $    118.00 | $    118.00 |
| **57.** | 10/22/07 | 1047 | **Payee:** Western Montana Mental Health Center <br> **Deponent:** Dr. Robert Caldwell | LeProwse, Ronald <br> 6:07-cv-00685 | $    - | $    418.86 | $    418.86 |
| **58.** | 10/22/07 | 1048 | **Payee:** Jennifer Lynn Hohman, M.D. <br> **Deponent:** Dr. Jennifer Hohman | Myers, Kenneth <br> 6:07-cv-11818 | $    - | $    99.50 | $    99.50 |
| **59.** | 10/22/07 | 1049 | **Payee:** Robert McNerney, M.D. <br> **Deponent:** Dr. Robert A. McNerney | Fetters, George <br> 6:07-cv-11555 | $    - | $    107.71 | $    107.71 |
| **60.** | 10/22/07 | 1050 | **Payee:** Pushpendra Kumar Jain, M.D. <br> **Deponent:** Dr. Pushpendra Jain | Grant, Anita <br> 6:07-cv-00444 | $    - | $    41.25 | $    41.25 |

*Confidential Information*

| | | | | **Seroquel PMO:** | | | | |
|---|---|---|---|---|---|---|---|---|
| **SQ301** | | | | **Special Master Escrow Account Physician Payment Details** | | | | |
| | | | | **(As of 1/14/08)** | | | | |
| | **Date** | **Check No.** | **Description** | | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **61.** | 10/22/07 | 1051 | **Payee:** Tri-County Psychiatric Associates, P.A. <br> **Deponent:** Dr. Aftab Qadir | | Zyjewski, Kyle <br> 6:07-cv-15773 | $ 1,600.00 | $ 18.00 | $ 1,618.00 |
| **62.** | 10/22/07 | 1052 | **Payee:** Hamburg Health Clinic <br> **Deponent:** Dr. James Rankin | | Robinson, Samuel <br> 6:07-cv-12804 | $ - | $ 25.00 | $ 25.00 |
| **63.** | 10/22/07 | 1053 | **Payee:** Loveland Family Medicine <br> **Deponent:** Dr. Trica Croake-Uleman | | Tharp, Sheila <br> 6:07-cv-12897 | $ - | $ 35.43 | $ 35.43 |
| **64.** | 10/22/07 | 1054 | **Payee:** Chona DeGracia-Wylie, M.D. <br> **Deponent:** Dr. Chona G. Wylie | | Episcopo, Joan <br> 6:07-cv-15715 | $ - | $ 24.75 | $ 24.75 |
| **65.** | 10/22/07 | 1055 | **Payee:** Carol Murphy, M.D. <br> **Deponent:** Dr. Carol Murphy | | Foreman, Brian <br> 6:07-cv-00679 | $ - | $ 105.25 | $ 105.25 |
| **66.** | 10/22/07 | 1056 | **Payee:** Michael W. Hammond, M.D. <br> **Deponent:** Dr. Michael W. Hammond | | Anderson, Carl <br> 6:07-cv-10114 | $ - | $ 35.00 | $ 35.00 |
| **67.** | 10/22/07 | 1057 | **Payee:** Siripurapu Prasad, M.D. <br> **Deponent:** Dr. Siripurapu Prasad | | Stilwell, Christopher <br> 6:07-cv-16593 | $ - | $ 51.40 | $ 51.40 |
| **68.** | 10/22/07 | 1058 | **Payee:** LLFHC <br> **Deponent:** Dr. Quirico Cristales | | Cooper, Susan <br> 6:07-cv-13297 | $ - | $ 489.00 | $ 489.00 |
| **69.** | 10/22/07 | 1059 | **Payee:** Donald Mulder, M.D. <br> **Deponent:** Dr. Donald Mulder | | Navin, Nora <br> 6:07-cv-12727 | $ 1,500.00 | $ - | $ 1,500.00 |
| **70.** | 10/22/07 | 1060 | **Payee:** Family Clinic of Crowley, Inc. <br> **Deponent:** Dr. Paul Stringfellow | | Davis, Vikie <br> 6:07-cv-14788 | $ - | $ 69.84 | $ 69.84 |

*Confidential Information*

| SQ301 | | | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 1/14/08) | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **71.** | 10/22/07 | 1061 | **Payee:** Eagan Counseling Clinic <br> **Deponent:** Dr. David J. Lopez | Monson, Bruce <br> 6:07-cv-10372 | $ - | $ 32.50 | $ 32.50 |
| **72.** | 10/22/07 | 1062 | **Payee:** Associated Internists <br> **Deponent:** Dr. Kakadge Gutham | Rabb, Kwanza <br> 6:07-cv-10980 | $ - | $ 60.00 | $ 60.00 |
| **73.** | 10/22/07 | 1064 | **Payee:** Shailesh Joshi, M.D. <br> **Deponent:** Dr. Shailesh Joshi | Hinton, Joanne <br> 6:07-cv-10304 | $ 1,500.00 | $ - | $ 1,500.00 |
| **74.** | 10/22/07 | 1065 | **Payee:** Craig Wexler, M.D. <br> **Deponent:** Dr. Craig Wexler | Lorditch, Hope <br> 6:06-cv-12657 | $ 1,137.50 | $ - | $ 1,137.50 |
| **75.** | 10/22/07 | 1066 | **Payee:** Winnemucca Mental Health <br> **Deponent:** Dr. Geraldine M. Steinagel | Burrus, Verna <br> 6:07-cv-16756 | $ - | $ 102.00 | $ 102.00 |
| **76.** | 10/22/07 | 1067 | **Payee:** Monroe Mental Health Center <br> **Deponent:** Dr. Rita Agarwal | White, Ralph <br> 6:07-cv-00673 | $ - | $ 110.70 | $ 110.70 |
| **77.** | 10/22/07 | 1068 | **Payee:** ChartONE, Inc. <br> **Deponent:** Dr. Jane Joost | Osborne, Amy <br> 6:06-cv-01010 | $ - | $ 219.90 | $ 219.90 |
| **78.** | 10/22/07 | 1069 | **Payee:** Nemours Childrens Clinic <br> **Deponent:** Dr. Paula Jameson | Zyjewski, Kyle <br> 6:07-cv-15773 | $ - | $ 31.50 | $ 31.50 |
| **79.** | 10/22/07 | 1070 | **Payee:** Ronald H. Kurlander, M.D. <br> **Deponent:** Dr. Ronald Kurlander | Tanner, Kathleen <br> 6:07-cv-15809 | $ - | $ 20.00 | $ 20.00 |
| **80.** | 10/22/07 | 1071 | **Payee:** Abdul W. Khan, M.D. <br> **Deponent:** Dr. Abdul Khan | Gillard, Patricia <br> 6:07-cv-15836 | $ - | $ 100.00 | $ 100.00 |

*Confidential Information*

| | | | | | | Fees | | Expenses | | Total Payment | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**SQ301** — **Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 1/14/08)**

| | Date | Check No. | Description | Lawsuit | Fees | Expenses | Total Payment |
|---|---|---|---|---|---|---|---|
| 81. | 10/22/07 | 1072 | **Payee:** Clermont Counseling Center<br>**Deponent:** Dr. Roxanne Huston | Tharp, Sheila<br>6:07-cv-12897 | $ - | $ 41.08 | $ 41.08 |
| 82. | 10/22/07 | 1073 | **Payee:** Raul Y. Mendoza, M.D.<br>**Deponent:** Dr. Raul Y. Mendoza | Palen, Larry<br>6:07-cv-10712 | $ 1,600.00 | $ 50.00 | $ 1,650.00 |
| 83. | 10/22/07 | 1074 | **Payee:** St. Mary's Good Samaritan Medical Group<br>**Deponent:** Dr. Christopher Newman | Nelson, Linda<br>6:07-cv-12729 | $ - | $ 141.24 | $ 141.24 |
| 84. | 10/22/07 | 1075 | **Payee:** Central Florida Medical Associates<br>**Deponent:** Dr. Syed B. Ahmed | Lamica, Terry<br>6:07-cv-10334 | $ - | $ 32.50 | $ 32.50 |
| 85. | 10/23/07 | 1078 | **Payee:** Lisa Connelly, M.D.<br>**Deponent:** Dr. Lisa Connolly | Small, Susan<br>6:07-cv-00425 | $ 1,000.00 | $ 216.75 | $ 1,216.75 |
| 86. | 10/23/07 | 1079 | **Payee:** Pergerson & Associates<br>**Deponent:** Dr. Gabriel K. Tanson | Jones, Judith<br>6:07-cv-11700 | $ - | $ 102.80 | $ 102.80 |
| 87. | 10/23/07 | 1080 | **Payee:** Allen L. Spires, M.D.<br>**Deponent:** Dr. Allen Spires | White, Ralph<br>6:07-cv-00673 | $ 1,600.00 | $ 65.50 | $ 1,665.50 |
| 88. | 10/23/07 | 1081 | **Payee:** Clermont Counseling Center<br>**Deponent:** Dr. Roxanne Huston | Tharp, Sheila<br>6:07-cv-12897 | $ 681.36 | $ - | $ 681.36 |
| 89. | 10/24/07 | 1084 | **Payee:** Winter Havin Hospital, Inc.<br>**Deponent:** Debbie Burton NP | Cuyler, Dorian<br>6:07-cv-15703 | $ - | $ 690.00 | $ 690.00 |
| 90. | 10/24/07 | 1085 | **Payee:** Jasper Family Physicians<br>**Deponent:** Dr. Robert Maitlen | Melvin, Cheryl<br>6:07-cv-12699 | $ - | $ 71.45 | $ 71.45 |

*Confidential Information*

| SQ301 | | Senroquel PMO:<br>Special Master Escrow Account Physician Payment Details<br>(As of 1/14/08) | | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **91.** | 10/24/07 | 1086 | **Payee:** Rosamma Panjikaran, M.D.<br>**Deponent:** Dr. Rosamma Panjikaran | McCarthy, Kevin<br>6:07-cv-11096 | $   2,400.00 | $            - | $   2,400.00 |
| **92.** | 10/24/07 | 1087 | **Payee:** BrownGreer PLC<br>**Deponent:** Dr. Ronald Garb | Williams, Malcolm<br>6:07-cv-12988 | $            - | $       53.00 | $       53.00 |
| **93.** | 10/24/07 | 1088 | **Payee:** BrownGreer PLC<br>**Deponent:** Dr. Steven M. Schneir | Ellerbee, Lisa<br>6:07-cv-13399 | $            - | $     110.00 | $     110.00 |
| **94.** | 10/24/07 | 1089 | **Payee:** BrownGreer PLC<br>**Deponent:** Dr. Thomas Murphy | Haynie-Whynot, Elizabeth<br>6:07-13107 | $            - | $     354.50 | $     354.50 |
| **95.** | 11/1/07 | 1090 | **Payee:** WLG-S.C.<br>**Deponent:** Dr. William Gerard | Edgeston, Vounzetta<br>6:07-cv-14818 | $     625.00 | $            - | $     625.00 |
| **96.** | 11/1/07 | 1091 | **Payee:** Brian J. Pickett, M.D.<br>**Deponent:** Dr. Brian J. Pickett | Lomba, John<br>6:07-cv-10928 | $            - | $     150.00 | $     150.00 |
| **97.** | 11/1/07 | 1092 | **Payee:** SimTek Corporation<br>**Deponent:** Dr. Joseph Ofstedal | Dack, Michael<br>6:07-cv-10248 | $            - | $       86.27 | $       86.27 |
| **98.** | 11/1/07 | 1093 | **Payee:** James Kos, M.D.<br>**Deponent:** Dr. James Kos | Tanner, Kathleen<br>6:07-cv-15809 | $            - | $       35.00 | $       35.00 |
| **99.** | 11/9/07 | 1094 | **Payee:** Jafet E. Gonzalez, M.D.<br>**Deponent:** Dr. Jefet Gonzalez | Shaw, Geraldine<br>6:07-cv-10555 | $   1,500.00 | $            - | $   1,500.00 |
| **100.** | 11/9/07 | 1095 | **Payee:** Cooper Endocrinology Associates<br>**Deponent:** Dr. Edward Swibinski | Coppola, James<br>6:06-cv-1299 | $     700.00 | $       48.00 | $     748.00 |

*Confidential Information*

| SQ301 | | Seroquel PMO:<br>Special Master Escrow Account Physician Payment Details<br>(As of 1/14/08) | | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **101.** | 11/9/07 | 1096 | **Payee:** St. John's Clinic - Steelville<br>**Deponent:** Dr. Mary J. Mason | Martin, Gwen<br>6:07-cv-00510 | $ 1,600.00 | $ - | $ 1,600.00 |
| **102.** | 11/9/07 | 1097 | **Payee:** Peggy B. Taylor, M.D.<br>**Deponent:** Dr. Peggy Boyd Taylor | Turner, Althea<br>6:07-cv-15435 | $ 500.00 | $ - | $ 500.00 |
| **103.** | 11/9/07 | 1098 | **Payee:** Kurt E. Kracaw, M.D.<br>**Deponent:** Dr. Kurt E. Kracaw | Burrus, Verna<br>6:07-cv-16756 | $ 1,600.00 | $ 173.00 | $ 1,773.00 |
| **104.** | 11/9/07 | 1099 | **Payee:** Harold B. Betton, M.D.<br>**Deponent:** Dr. Harold B. Betton | Bearden, Yaki<br>6:07-cv-10118 | $ - | $ 50.00 | $ 50.00 |
| **105.** | 11/9/07 | 1100 | **Payee:** Cookeville Medical Center<br>**Deponent:** Dr. Pushpendra Jain | Grant, Anita<br>6:07-cv-00444 | $ - | $ 20.00 | $ 20.00 |
| **106.** | 11/9/07 | 1101 | **Payee:** Ayudantes<br>**Deponent:** Dr. Jefet Gonzalez | Shaw, Geraldine<br>6:07-cv-10555 | $ - | $ 151.00 | $ 151.00 |
| **107.** | 11/9/07 | 1102 | **Payee:** Physicians Choice Medical Imaging<br>**Deponent:** Dr. Jack Finch | Haas, Elizabeth<br>6:07-cv-442 | $ - | $ 23.36 | $ 23.36 |
| **108.** | 11/9/07 | 1103 | **Payee:** Southeast Arkansas Behavioral Healthcare System<br>**Deponent:** Dr. Robert Wooten | Henderson, Antonia<br>6:07-cv-14972 | $ - | $ 61.70 | $ 61.70 |
| **109.** | 11/9/07 | 1104 | **Payee:** San Joaquin County Mental Health Services<br>**Deponent:** Dr. Suryabanu Javeed | Jones, Judith<br>6:07-cv-11700 | $ - | $ 100.75 | $ 100.75 |
| **110.** | 11/9/07 | 1105 | **Payee:** Capitol Associates, LLC<br>**Deponent:** Dr. Beth Walters | Jones, Barbara<br>6:07-cv-10675 | $ - | $ 106.20 | $ 106.20 |

*Confidential Information*

| SQ301 | | | Seroquel PMO:<br>Special Master Escrow Account Physician Payment Details<br>(As of 1/14/08) | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **111.** | 11/9/07 | 1107 | **Payee:** Nueces County MHMR<br>**Deponent:** Daniela Badea Mic | Norwood, Mellanie<br>6:07-cv-12736 | $        - | $      406.61 | $      406.61 |
| **112.** | 11/9/07 | 1108 | **Payee:** Family Practice Center<br>**Deponent:** Dr. Steven P. Joyce | Klameth, Robert<br>6:06-cv-11224 | $        - | $        22.25 | $        22.25 |
| **113.** | 11/12/07 | 1109 | **Payee:** Psychiatric Consultants & Therapists, SC<br>**Deponent:** Dr. Shobha Gagrat | Edgeston, Vounzetta<br>6:07-cv-14818 | $   1,050.00 | $        - | $   1,050.00 |
| **114.** | 11/12/07 | 1110 | **Payee:** David A. Smith, M.D.<br>**Deponent:** David Smith | Berry, Craig<br>6:07-cv-13107 | $   1,000.00 | $        - | $   1,000.00 |
| **115.** | 11/12/07 | 1111 | **Payee:** Partners in Behavioral Health<br>**Deponent:** Dr. William Michael | Schmaljohn, Machelle<br>6:07-cv-00676 | $        - | $      131.00 | $      131.00 |
| **116.** | 11/12/07 | 1112 | **Payee:** Karl F. Hempel, M.D.<br>**Deponent:** Dr. Karl Hempel | Slapion, Andrea<br>6:07-cv-12224 | $        - | $        76.00 | $        76.00 |
| **117.** | 11/12/07 | 1113 | **Payee:** Family Health Center of Boone County<br>**Deponent:** Dr. Andrew Quint | Proctor, Michael<br>6:07-cv-11276 | $        - | $        65.13 | $        65.13 |
| **118.** | 11/12/07 | 1114 | **Payee:** TMBHC<br>**Deponent:** Dr. Peter Debelious | Slapion, Andrea<br>6:07-cv-12224 | $        - | $      472.00 | $      472.00 |
| **119.** | 11/12/07 | 1115 | **Payee:** Cathy Barnes, M.D.<br>**Deponent:** Dr. Cathy Barnes | Duvall, Sharon<br>6:07-cv-12433 | $      600.00 | $        - | $      600.00 |
| **120.** | 11/12/07 | 1116 | **Payee:** Abdul W. Khan, M.D.<br>**Deponent:** Dr. Abdul Khan | Gillard, Patricia<br>6:07-cv-15836 | $   1,600.00 | $        - | $   1,600.00 |

*Confidential Information*

| | | | | | Fees | Expenses | Total Payment |
|---|---|---|---|---|---|---|---|
| **SQ301** | | | **Seroquel PMO:**<br>**Special Master Escrow Account Physician Payment Details**<br>**(As of 1/14/08)** | | | | |
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **121.** | 11/12/07 | 1117 | **Payee:** Samuel D. Oloyo, M.D.<br>**Deponent:** Dr. Samuel Oloyo | Norwood, Mellanie<br>6:07-cv-12736 | $ - | $ 290.00 | $ 290.00 |
| **122.** | 11/12/07 | 1118 | **Payee:** DBS, Inc.<br>**Deponent:** Robert Pelz | Brummel, Julie<br>6:07-cv-12322 | $ - | $ 44.56 | $ 44.56 |
| **123.** | 11/12/07 | 1119 | **Payee:** Livingston Lockbourne Family Health Center<br>**Deponent:** Dr. Quirico Cristales | Cooper, Susan<br>6:07-cv-13297 | $ 1,600.00 | $ - | $ 1,600.00 |
| **124.** | 11/13/07 | 1120 | **Payee:** Leigh Jayne McKenzie. M.D.<br>**Deponent:** Dr. Leigh McKenzie | Sowerby, Cindy<br>6:07-cv-11008 | $ - | $ 15.00 | $ 15.00 |
| **125.** | 11/13/07 | 1121 | **Payee:** Nancy M. Troast, M.D.<br>**Deponent:** Dr. Nancy M. Troast | Quinn, Lori<br>6:07-cv-14108 | $ - | $ 35.50 | $ 35.50 |
| **126.** | 11/13/07 | 1122 | **Payee:** Irene Stacy Community Mental Health Center<br>**Deponent:** Dr. Patricia McGuire | Fetters, George<br>6:07-cv-11555 | $ 1,012.50 | $ 62.00 | $ 1,074.50 |
| **127.** | 11/13/07 | 1124 | **Payee:** Robert F. Vassall, M.D., P.A.<br>**Deponent:** Dr. Robert F. Vassall | Schapiro, Michael<br>6:07-cv-10427 | $ 1,600.00 | $ 48.00 | $ 1,648.00 |
| **128.** | 11/13/07 | 1125 | **Payee:** VA Medical Center<br>**Deponent:** Dr. James Mack | Crossley, Lonnie<br>6:07-cv-11074 | $ - | $ 150.15 | $ 150.15 |
| **129.** | 11/13/07 | 1126 | **Payee:** Mental Health Services<br>**Deponent:** Dr. Crystl C. Osborn | Davidson, Kenneth<br>6:07-cv-11498 | $ - | $ 81.80 | $ 81.80 |
| **130.** | 11/14/07 | 1128 | **Payee:** Henry C. Dixon, M.D.<br>**Deponent:** Dr. Henry Dixon | Foreman, Brian<br>6:07-cv-00679 | $ 1,600.00 | $ - | $ 1,600.00 |

*Confidential Information*

| SQ301 | | | Seroquel PMO:<br>Special Master Escrow Account Physician Payment Details<br>(As of 1/14/08) | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **131.** | 11/14/07 | 1129 | **Payee:** Jennifer Lynn Hohman, M.D.<br>**Deponent:** Dr. Jennifer Hohman | Myers, Kenneth<br>6:07-cv-11818 | $ 900.00 | $ - | $ 900.00 |
| **132.** | 11/14/07 | 1130 | **Payee:** Raj Khambhati, M.D., P.A.<br>**Deponent:** Dr. Raj Khambhati | Tanke, Mary<br>6:06-cv-16603 | $ - | $ 181.00 | $ 181.00 |
| **133.** | 11/14/07 | 1131 | **Payee:** Laura DeHelian, M.D.<br>**Deponent:** Laura DeHelian | Elmore, Deborah<br>6:07-cv-16085 | $ 250.00 | $ - | $ 250.00 |
| **134.** | 11/14/07 | 1132 | **Payee:** Reno Psychiatric Associates<br>**Deponent:** Dr. Geraldine M. Steinagel | Burrus, Verna<br>6:07-cv-16756 | $ 1,350.00 | $ - | $ 1,350.00 |
| **135.** | 11/14/07 | 1133 | **Payee:** The Cleveland Clinical Foundation<br>**Deponent:** Dr. David Reynolds | Daugherty, Peggy<br>6:07-cv-15589 | $ 1,200.00 | $ - | $ 1,200.00 |
| **136.** | 11/14/07 | 1134 | **Payee:** V. A. C. C. H. C. S.<br>**Deponent:** Dr. Soad Khalifa | Griffis, Kenneth<br>6:07-cv-11610 | $ - | $ 62.85 | $ 62.85 |
| **137.** | 11/14/07 | 1135 | **Payee:** Presbyterian Healthcare Services<br>**Deponent:** Dr. Robert T. Kellogg | Shaw, Geraldine<br>6:07-cv-10555 | $ 1,400.00 | $ - | $ 1,400.00 |
| **138.** | 11/14/07 | 1136 | **Payee:** Woodward Regional Hospital<br>**Deponent:** Dr. Grover Compton | Thomsen, Kenneth<br>6:07-cv-11323 | $ - | $ 21.50 | $ 21.50 |
| **139.** | 11/14/07 | 1138 | **Payee:** Health Trust Physicians Clinic<br>**Deponent:** David Smith | Berry, Craig<br>6:07-cv-13107 | $ - | $ 148.00 | $ 148.00 |
| **140.** | 11/14/07 | 1139 | **Payee:** Ernesto Perez, M.D.<br>**Deponent:** Dr. Ernesto Perez | Cuyler, Dorian<br>6:07-cv-15703 | $ - | $ 64.00 | $ 64.00 |

*Confidential Information*

| SQ301 | | | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 1/14/08) | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **141.** | 11/14/07 | 1141 | **Payee:** Hiawatha Harris, M.D. <br> **Deponent:** Dr. Hiawatha Harris | Green, Shirley <br> 6:07-cv-10649 | $ - | $ 117.00 | $ 117.00 |
| **142.** | 11/14/07 | 1142 | **Payee:** Hamburg Health Clinic, LLP <br> **Deponent:** Dr. James Rankin | Robinson, Samuel <br> 6:07-cv-12804 | $ 1,100.00 | $ - | $ 1,100.00 |
| **143.** | 11/14/07 | 1143 | **Payee:** Florida Behavioral Medicine <br> **Deponent:** Miss Ashok M. Patel | Fashner, Sharon <br> 6:06-cv-10265 | $ - | $ 120.00 | $ 120.00 |
| **144.** | 11/15/07 | 1137 | **Payee:** John V. Billings, M.D. <br> **Deponent:** Dr. John V. Billings | Nicolle, Mark <br> 6:07-cv-10379 | $ - | $ 50.00 | $ 50.00 |
| **145.** | 11/20/07 | 1123 | **Payee:** Hunter Medical Systems, Inc. c/o PHNS Inc. <br> **Deponent:** Dr. Stanley Easterling | Ray, Charles <br> 6:07-cv-11102 | $ - | $ 314.85 | $ 314.85 |
| **146.** | 11/28/07 | 1145 | **Payee:** Family Guidance Training Institute <br> **Deponent:** Dr. Elizabeth Pritchett | Grant, Anita <br> 6:07-cv-00444 | $ - | $ 50.00 | $ 50.00 |
| **147.** | 11/28/07 | 1147 | **Payee:** Abraham Tekola, M.D., INC <br> **Deponent:** Dr. Abraham Tekola | Linder, Kimberly <br> 6:07-cv-12651 | $ 1,200.00 | $ - | $ 1,200.00 |
| **148.** | 12/4/07 | Debit Card | **Payee:** Dr. Raj Khambhati <br> **Deponent:** Dr. Raj Khambhati | Tanke, Mary <br> 6:06-cv-16603 | $ - | $ 772.00 | $ 772.00 |
| **149.** | 12/5/07 | Debit Card | **Payee:** Dr. Lance Gibson <br> **Deponent:** Dr. Lance Gibson | Bell, Lynda <br> 6:07-cv-10495 | $ - | $ 1,105.00 | $ 1,105.00 |
| **150.** | 12/5/07 | Debit Card | **Payee:** Dr. Gregory Mercurio <br> **Deponent:** Dr. Gregory Mercurio | Episcopo, Joan <br> 6:07-cv-15715 | $ 1,600.00 | $ - | $ 1,600.00 |

*Confidential Information*

| SQ301 | Seroquel PMO:<br>Special Master Escrow Account Physician Payment Details<br>(As of 1/14/08) | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **151.** | 12/6/07 | 1148 | **Payee:** Family First Care Center<br>**Deponent:** Dr. Mark H Thomas | Davidson, Kenneth<br>6:07-cv-11498 | $          - | $        54.60 | $        54.60 |
| **152.** | 12/20/07 | 1149 | **Payee:** Loren A. Olson, M.D.<br>**Deponent:** Dr. Loren Olsen | Berry, Craig<br>6:07-cv-13107 | $   2,000.00 | $          - | $    2,000.00 |
| **153.** | 12/20/07 | 1150 | **Payee:** Asha Velisetty, M.D.<br>**Deponent:** Dr. Asha Velisetty | McAlexander, Eileen<br>6:07-cv-10360 | $          - | $       115.00 | $       115.00 |
| **154.** | 12/20/07 | 1151 | **Payee:** Humayun Chughtai<br>**Deponent:** Humayun Chughtai | Daugherty, Peggy<br>6:07-cv-15589 | $   1,050.00 | $          - | $    1,050.00 |
| **155.** | 12/20/07 | 1152 | **Payee:** Robert A. McNerney, D.O., L.L.C.<br>**Deponent:** Dr. Robert A. McNerney | Fetters, George<br>6:07-cv-11555 | $   1,300.00 | $          - | $    1,300.00 |
| **156.** | 12/20/07 | 1153 | **Payee:** Ramsey County Mental Health Center<br>**Deponent:** Dr. James Chastek | Dack, Michael<br>6:07-cv-10248 | $      500.00 | $          - | $       500.00 |
| **157.** | 12/20/07 | 1154 | **Payee:** Gabriel K. Tanson<br>**Deponent:** Dr. Gabriel K. Tanson | Jones, Judith<br>6:07-cv-11700 | $      500.00 | $          - | $       500.00 |
| **158.** | 12/20/07 | 1155 | **Payee:** Neumours Children's Clinic<br>**Deponent:** Dr. Paula Jameson | Zyjewski, Kyle<br>6:07-cv-15773 | $   1,300.00 | $          - | $    1,300.00 |
| **159.** | 12/20/07 | 1156 | **Payee:** Gary Helfin, M.D., P.A.<br>**Deponent:** Dr. Gary Helfin | McAlexander, Eileen<br>6:07-cv-10360 | $      625.00 | $        29.25 | $       654.25 |
| **160.** | 12/20/07 | 1157 | **Payee:** Nancy M. Troast, M.D.<br>**Deponent:** Dr. Nancy M. Troast | Quinn, Lori<br>6:07-cv-14108 | $      240.36 | $          - | $       240.36 |

*Confidential Information*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SQ301** |  | **Seroquel PMO:** <br> **Special Master Escrow Account Physician Payment Details** <br> **(As of 1/14/08)** | | | | | |
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **161.** | 12/20/07 | 1158 | **Payee:** Ronald H. Kurlander <br> **Deponent:** Dr. Ronald Kurlander | Tanner, Kathleen <br> 6:07-cv-15809 | $   1,600.00 | $            - | $   1,600.00 |
| **162.** | 12/20/07 | 1159 | **Payee:** Rose Medical Associates, P.C. <br> **Deponent:** Dr. Ruth Woolcock | Frederick, James <br> 6:06-cv-1000 | $      440.00 | $      69.74 | $      509.74 |
| **163.** | 12/20/07 | 1160 | **Payee:** Samuel Oloyo, M.D. <br> **Deponent:** Dr. Samuel Oloyo | Norwood, Mellanie <br> 6:07-cv-12736 | $   1,575.00 | $            - | $   1,575.00 |
| **164.** | 12/20/07 | 1161 | **Payee:** Robert Caldwell, M.D. <br> **Deponent:** Dr. Robert Caldwell | LeProwse, Ronald <br> 6:07-cv-00685 | $   1,000.00 | $            - | $   1,000.00 |
| **165.** | 12/20/07 | 1162 | **Payee:** Stanley Randall Easterling, M.D. <br> **Deponent:** Dr. Stanley Easterling | Ray, Charles <br> 6:07-cv-11102 | $      750.00 | $            - | $      750.00 |
| **166.** | 12/20/07 | 1163 | **Payee:** DBS, Inc. <br> **Deponent:** Dr. Claudia Goulston | Brummel, Julie <br> 6:07-cv-12322 | $            - | $      97.30 | $       97.30 |
| **167.** | 12/20/07 | 1164 | **Payee:** Plum Creek Medical Group, P.C. <br> **Deponent:** Dr. Gregory M. Kloch | Collins, Vivian <br> 6:07-cv-10611 | $            - | $     232.00 | $      232.00 |
| **168.** | 12/20/07 | 1165 | **Payee:** Ashraf K. Mena, M.D. <br> **Deponent:** Dr. Ashraf Mena | Peyton, Jeffrey <br> 6:07-cv-14067 | $      780.00 | $            - | $      780.00 |
| **169.** | 12/20/07 | 1166 | **Payee:** Jeffrey S. Schultz, M.D. <br> **Deponent:** Dr. Jeffery S. Shultz | Stilwell, Christopher <br> 6:07-cv-16593 | $      500.00 | $            - | $      500.00 |
| **170.** | 12/20/07 | 1167 | **Payee:** Asha Velisetty, M.D. <br> **Deponent:** Dr. Asha Velisetty | McAlexander, Eileen <br> 6:07-cv-10360 | $   1,200.00 | $            - | $   1,200.00 |

*Confidential Information*

| SQ301 | | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 1/14/08) | | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **171.** | 12/20/07 | 1168 | **Payee:** Catherine Larned, M.D. and Assistant P.A. <br> **Deponent:** Dr. Catherine Larned | Quinn, Lori <br> 6:07-cv-14108 | $ 1,200.00 | $ - | $ 1,200.00 |
| **172.** | 12/20/07 | 1169 | **Payee:** Hall County Board of Health <br> **Deponent:** Doris Weaver NP | Naramore, Jennifer <br> 6:06-cv-1292 | $ 125.67 | $ - | $ 125.67 |
| **173.** | 12/20/07 | 1170 | **Payee:** Daniela Badea-Mic, M.D. <br> **Deponent:** Daniela Badea Mic | Norwood, Mellanie <br> 6:07-cv-12736 | $ 1,400.00 | $ - | $ 1,400.00 |
| **174.** | 12/20/07 | 1171 | **Payee:** Chona DeGracia Wylie, M.D. <br> **Deponent:** Dr. Chona G. Wylie | Episcopo, Joan <br> 6:07-cv-15715 | $ 700.00 | $ - | $ 700.00 |
| **175.** | 12/20/07 | 1172 | **Payee:** Samaritan Center <br> **Deponent:** Dr. Elizabeth Taylor | Melvin, Cheryl <br> 6:07-cv-12699 | $ - | $ 24.50 | $ 24.50 |
| **176.** | 12/20/07 | 1173 | **Payee:** Karl F. Hempel, M.D. <br> **Deponent:** Dr. Karl Hempel | Slapion, Andrea <br> 6:07-cv-12224 | $ 1,600.00 | $ - | $ 1,600.00 |
| **177.** | 12/20/07 | 1174 | **Payee:** Philip A. Landry <br> **Deponent:** Dr. Phillip Landry | Sonnier, Linda <br> 6:06-cv-01019 | $ 1,250.00 | $ - | $ 1,250.00 |
| **178.** | 12/20/07 | 1175 | **Payee:** Rafael F. Seminario, M.D., P.A. <br> **Deponent:** Dr. Rafael F. Seminaro | Tanke, Mary <br> 6:06-cv-16603 | $ - | $ 197.00 | $ 197.00 |
| **179.** | 12/20/07 | 1176 | **Payee:** IOD Incorporated <br> **Deponent:** Dr. Rita Schulz | Amir, Ali <br> 6:07-cv-10812 | $ - | $ 20.34 | $ 20.34 |
| **180.** | 12/20/07 | 1177 | **Payee:** Mercy Behavioral Health <br> **Deponent:** Dr. Michael Frantz | Glover, Eddie <br> 6:06-cv-977 | $ - | $ 187.21 | $ 187.21 |

*Confidential Information*

| SQ301 | | | Seroquel PMO:<br>**Special Master Escrow Account Physician Payment Details**<br>(As of 1/14/08) | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| 181. | 12/20/07 | 1178 | **Payee:** Princeton Community Hospital Attn: Health Information Management<br>**Deponent:** Dr. Ghassan Bizri | Peyton, Jeffrey<br>6:07-cv-14067 | $ - | $ 152.64 | $ 152.64 |
| 182. | 12/20/07 | 1179 | **Payee:** Region 6 Mental Health / Mental Retardation Center<br>**Deponent:** Dr. Clyde Glenn | Wynter, Javoneese<br>6:07-cv-15547 | $ - | $ 50.00 | $ 50.00 |
| 183. | 12/20/07 | 1180 | **Payee:** James M. Uhl, M.D.<br>**Deponent:** Dr. James Uhl | Small, Susan<br>6:07-cv-00425 | $ - | $ 90.00 | $ 90.00 |
| 184. | 12/20/07 | 1180 | **Payee:** Alegent Health<br>**Deponent:** Dr. Michael L. Egger | Collins, Vivian<br>6:07-cv-10611 | $ - | $ 84.00 | $ 84.00 |
| 185. | 12/20/07 | 1181 | **Payee:** Universata Incorporated<br>**Deponent:** Dr. Rhea Rowser | Davidson, Kenneth<br>6:07-cv-11498 | $ - | $ 93.37 | $ 93.37 |
| 186. | 12/21/07 | 1182 | **Payee:** Raleigh Psychiatric Services, Inc.<br>**Deponent:** Dr. Mohammad K. Hasan | Ellison, Larry<br>6:07-cv-13403 | $ - | $ 15.00 | $ 15.00 |
| 187. | 12/21/07 | 1183 | **Payee:** Ismael O. Jamora, M.D.<br>**Deponent:** Dr. Ismael Jamora | Jeffers, Delores<br>6:07-cv-13678 | $ - | $ 201.60 | $ 201.60 |
| 188. | 12/21/07 | 1184 | **Payee:** Aiken-Barnwell Mental Health Center<br>**Deponent:** Dr. Ronald Paolini | Fullard, Georgia<br>6:07-cv-15723 | $ - | $ 2.80 | $ 2.80 |
| 189. | 12/21/07 | 1185 | **Payee:** Raleigh Psychiatric Services, Inc.<br>**Deponent:** Dr. Mohammad K. Hasan | Martin, John<br>6:07-cv-11767 | $ - | $ 8.25 | $ 8.25 |
| 190. | 12/21/07 | 1186 | **Payee:** Rama Kongara, M.D.<br>**Deponent:** Dr. Rama Kongara | Knox, Gary<br>6:07-cv-15080 | $ - | $ 28.00 | $ 28.00 |

*Confidential Information*

| SQ301 | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 1/14/08) | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **191.** | 12/21/07 | 1187 | **Payee:** American Medical Clinic <br> **Deponent:** Dr. Hemant Shah | Cantelmo, Linda <br> 6:07-cv-10828 | $                - | $        49.00 | $        49.00 |
| **192.** | 12/21/07 | 1188 | **Payee:** Robert Joseph Butler <br> **Deponent:** Dr. Robert Butler | Cox, Cathy <br> 6:07-cv-13306 | $                - | $        30.00 | $        30.00 |
| **193.** | 12/21/07 | 1189 | **Payee:** Compass Health Systems <br> **Deponent:** Dr. Carlos Satulovsky | Pagar, Jeffrey <br> 6:07-cv-11848 | $                - | $        60.00 | $        60.00 |
| **194.** | 12/21/07 | 1190 | **Payee:** Patel Medical Associates <br> **Deponent:** Dr. Kaushik Patel | Glover, Eddie <br> 6:06-cv-977 | $                - | $      123.83 | $      123.83 |
| **195.** | 12/21/07 | 1191 | **Payee:** Caludia Goulston <br> **Deponent:** Dr. Claudia Goulston | Brummel, Julie <br> 6:07-cv-12322 | $      450.00 | $                - | $      450.00 |
| **196.** | 12/21/07 | 1192 | **Payee:** Southeast Arkansas Behavioral Healthcare System <br> **Deponent:** Dr. Robert Wooten | Robinson, Samuel <br> 6:07-cv-12804 | $                - | $        54.45 | $        54.45 |
| **197.** | 12/21/07 | 1193 | **Payee:** Maura Andronic, M.D. <br> **Deponent:** Dr. Maura Andronic | Stilwell, Christopher <br> 6:07-cv-16593 | $      900.00 | $                - | $      900.00 |
| **198.** | 12/21/07 | 1194 | **Payee:** James Kos, M.D. <br> **Deponent:** Dr. James Kos | Tanner, Kathleen <br> 6:07-cv-15809 | $    1,875.00 | $                - | $    1,875.00 |
| **199.** | 12/27/07 | Debit Card | **Payee:** Dr. Farris Johnson <br> **Deponent:** Dr. Farris Johnson | Thomas, Hellen <br> 6:06-cv-1295 | $                - | $        76.36 | $        76.36 |
| **200.** | 12/27/07 | Debit Card | **Payee:** Dr. Kent Blakely <br> **Deponent:** Dr. Kent Blakely | Collins, Vivian <br> 6:07-cv-10611 | $                - | $      187.12 | $      187.12 |

*Confidential Information*

| SQ301 | Seroquel PMO:<br>Special Master Escrow Account Physician Payment Details<br>(As of 1/14/08) | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **201.** | 12/27/07 | Debit Card | **Payee:** Dr. Kent Blakely<br>**Deponent:** Dr. Kent Blakely | Collins, Vivian<br>6:07-cv-10611 | $ - | $ 71.00 | $ 71.00 |
| **202.** | 12/27/07 | Debit Card | **Payee:** Dr. David Reynolds<br>**Deponent:** Dr. David Reynolds | Daugherty, Peggy<br>6:07-cv-15589 | $ - | $ 114.66 | $ 114.66 |
| **203.** | 12/27/07 | Debit Card | **Payee:** Dr. Henry Garcia<br>**Deponent:** Dr. Henry Garcia | De Bono Paula, Maria<br>6:07-cv-10513 | $ - | $ 29.50 | $ 29.50 |
| **204.** | 12/27/07 | Debit Card | **Payee:** Dr. Cynthia Evans<br>**Deponent:** Dr. Cynthia Evans | Myers, Kenneth<br>6:07-cv-11818 | $ - | $ 57.34 | $ 57.34 |
| **205.** | 12/27/07 | Debit Card | **Payee:** Dr. Loretta Dickson<br>**Deponent:** Dr. Loretta Dickson | Fullard, Georgia<br>6:07-cv-15723 | $ - | $ 63.75 | $ 63.75 |
| **206.** | 12/27/07 | Debit Card | **Payee:** Dr. Brady Richardson<br>**Deponent:** Dr. Brady Richardson | Wynter, Javoneese<br>6:07-cv-15547 | $ - | $ 57.50 | $ 57.50 |
| **207.** | 12/27/07 | 1195 | **Payee:** William R. Collie, M.D.<br>**Deponent:** Dr. William Collie | Olive, Wayne<br>6:07-cv-10151 | $ 1,750.00 | $ - | $ 1,750.00 |
| **208.** | 12/27/07 | 1196 | **Payee:** Peter C. Debelius-Enemark<br>**Deponent:** Dr. Peter Debelious | Slapion, Andrea<br>6:07-cv-12224 | $ 1,600.00 | $ 146.00 | $ 1,746.00 |
| **209.** | 12/27/07 | 1197 | **Payee:** Ernesto Juan Perez, M.D.<br>**Deponent:** Dr. Ernesto Perez | Cuyler, Dorian<br>6:07-cv-15703 | $ 1,600.00 | $ - | $ 1,600.00 |
| **210.** | 12/27/07 | 1199 | **Payee:** MFA - James E. Adrian<br>**Deponent:** James Adrian | Cox, Cathy<br>6:07-cv-13306 | $ 1,800.00 | $ - | $ 1,800.00 |

*Confidential Information*

| SQ301 | Seroquel PMO: Special Master Escrow Account Physician Payment Details (As of 1/14/08) | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Date** | **Check No.** | **Description** | **Lawsuit** | **Fees** | **Expenses** | **Total Payment** |
| **211.** | 12/27/07 | 1200 | **Payee:** Advantage Behavioral Health Systems <br> **Deponent:** Dr. Shahzad Hashmi | Thomas, Hellen <br> 6:06-cv-1295 | $           - | $       85.85 | $       85.85 |
| **212.** | 12/27/07 | 1201 | **Payee:** Family First Care Center <br> **Deponent:** Dr. Mark H Thomas | Davidson, Kenneth <br> 6:07-cv-11498 | $    400.00 | $           - | $     400.00 |
| **213.** | 12/27/07 | 1202 | **Payee:** Life Help <br> **Deponent:** Dr. Clyde Glenn | Wynter, Javoneese <br> 6:07-cv-15547 | $    437.00 | $           - | $     437.00 |
| **214.** | **Total** | | | | $ 98,809.89 | $ 17,163.99 | $ 115,973.88 |