UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

Seroquel Products Liability Litigation,

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker<br>United States<br>Magistrate Judge | DATE AND TIME | January 15, 2008<br>1:10-1:50 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Sandy Tremel |
| Special Master | Craig Ball | | |
| Tag Along Cases | Halley Ascher<br>Rosalee Connell<br>Steve Scheller<br>Ken Smith<br>Jim Pepper<br>Terence Ziegler | | |
| Pltf. Non-counsel | Jonathan Jaffe | | |
| COUNSEL/PLTF. | Lowell Finson<br>Paul Pennock<br>Johathan Sedgh<br>Dennis Canty<br>Larry Roth<br>Larry Gornick | COUNSEL/DEF. | Stephen McConnell<br>Chris Coutroulis<br>Ben Barnett<br>Robert Pass<br>Fred Magaziner |

**STATUS CONFERENCE**
regarding hearing to be held 1/28/08

Case called, appearances taken
Procedural setting by court

Plaintiff counsel Gornick addresses submission regarding upcoming hearing on 1/28/08
Defense counsel McConnell responds
Court outlines deadlines for submissions prior to hearing
Court to issue order regarding today's rulings