# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Marketing, Sales Practices, and Products Liability Litigation

Case No. 6:06-md-1769-Orl-22DAB

_____/

## NOTICE OF JOINT HEARING

**TAKE NOTICE** that a status conference for counsel in *In re: Seroquel Products Liability Litigation* and counsel in **the three newly transferred actions**[1] brought by third-party payors seeking economic damages stemming from an allegedly fraudulent marketing scheme, will be held before the presiding District Judge and the undersigned on **TUESDAY, JANUARY 29, 2008** at **2:00 P.M.** in Courtroom #6A, George C. Young United States Courthouse Annex, 401 W. Central Blvd., Orlando, Florida. The purpose of the conference is to consider the issues and status of the newly transferred actions and their relationship to the personal injury actions, including whether the actions ought to proceed simultaneously, whether the newly transferred actions should continue to be stayed, coordination of discovery, and appropriate scheduling for proceedings in the newly transferred cases (including preliminary issues). Counsel are directed to confer in advance of the hearing to exchange their respective positions and attempt in good faith to reach consensus on matters pertaining to scheduling in the cases. No later than 4:00 p.m. on Friday, January 25, 2008, the parties shall file a

---

[1] From the District of New Jersey: *Ironworkers Local Union No. 68 & Participating Employers Health & Welfare Funds, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:07-2313; and *International Brotherhood of Electrical Workers Local 98 v. AstraZeneca Pharmaceuticals, LP, et al.*, C.A. No. 3:07-2639; and from the Eastern District of Pennsylvania: *Teamsters Joint Council Local No. 53 Retiree Health & Welfare Fund v. AstraZeneca Pharmaceuticals, LP*, C.A. No. 2:07-2752.

joint statement reflecting their views (by consensus or separately set out as the case may be) as to these matters and listing any matters the parties wish to take up with the Court.

Note this conference is separate from the previously scheduled status conference also set on January 29. Counsel are encouraged to use whatever time is available between the hearings to continue the process and meeting and conferring to discuss issues and scheduling.

Counsel and any party to this case wishing to participate in the status conference by telephone conference call MUST call the offices of PLAINTIFFS' LIAISON COUNSEL, Larry Roth, to make advance arrangements at least two business days prior to the hearing and Liaison Counsel's office will communicate the list of participants to Chambers at least two hours prior to the hearing.

**DONE** and **ORDERED** in Orlando, Florida on January 15, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable Anne C. Conway
Counsel of Record

**PLEASE NOTE**: **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.