**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation.**

Case No. **6:06-md-1769-Orl-22DAB**

_____/

# Order Regarding the Discovery Schedule for the January 28, 2008 Evidentiary Hearing

This cause came on for consideration with oral argument on the parties' proposals for the Evidentiary Hearing scheduled for January 28, 2008. It is **ORDERED** that the parties will adhere to the following schedule:

**A. Plaintiffs' Witnesses** - Plaintiffs shall disclose to AstraZeneca by 5:00 p.m. EST on **January 16, 2008** each of their witnesses (both fact and experts, if any), separately identifying those who will testify live and those who will testify by declaration. If a witness is to testify live, the disclosure of each witness must include a good-faith but brief description of the subject matter of the witness's testimony. Each such statement and declaration must be produced to AstraZeneca such that they are in its physical or electronic possession by 5:00 p.m. EST on **January 16, 2008**. Each witness (both fact and expert) shall be made available for deposition between January 21 and January 24, 2008.

**B. Plaintiffs' Documents** - With respect to each category of "sanctionable conduct" found by the Court in its Order of August 21, 2007, Plaintiffs produce to AstraZeneca – such that they are in AstraZeneca's physical or electronic possession no later than 5:00 p.m. EST on **January 16, 2008** – each of the following documents, separating such documents into the category of "sanctionable conduct" to which the documents relate:

> 1. All documents Plaintiffs intend to introduce as Exhibits in their case-in-chief at the hearing (including any documents on which any of its experts may rely). Each such document must be separately numbered and identified on the form used by the Middle District for exhibit disclosures.

2. To the extent not produced in response to #1 above, in connection with Plaintiffs' claim that the sanctionable conduct caused Plaintiffs "substantially increased costs in three areas" (Plaintiffs' Statement, p. 6), Plaintiffs shall produce all of the following:

a. All time and expense records supporting Plaintiffs' claimed "increased IT costs to date" and "judicial costs" (id.), including the specific descriptions and supporting documentation associated with each such record.

b. In connection with Plaintiffs claim that "in order to handle the new, parallel production of data in such a significantly compressed time frame, it was necessary for plaintiffs to contract with a vendor" (id. at 7):

(I) All requests for proposals (or similar inquiries) made to vendors in connection with this litigation;

(ii) The contract ultimately agreed upon by Plaintiffs and a vendor.

To the extent Plaintiffs deem all or part of a document on its exhibit list to be confidential, it shall so designate it at this time.

**C. Plaintiffs' Responses to AstraZeneca's Discovery Requests** - Plaintiffs shall serve by electronic mail their responses to AstraZeneca's Interrogatories, Requests for Production of Documents, and Requests for Admissions which were served December 17, 2007. Produced documents shall be in AstraZeneca's physical or electronic possession no later than 5:00 p.m. EST on **January 16, 2008**.

**D. Depositions of Plaintiffs' Witnesses** - Each witness identified by Plaintiffs must be made available for deposition between **January 21 to 24, 2008**.

**E. AstraZeneca's Witnesses** - AstraZeneca shall disclose to Plaintiffs by 12:00 noon EST on **January 21, 2008** each of its witnesses (both fact and experts, if any), separately identifying those who will testify live and those who will testify by declaration. If a witness is to testify live, the disclosure of each such witness must include a good-faith but brief description of the subject matter of the witness' testimony. Each such statement and declaration must be produced to

Plaintiffs such that they are in Plaintiffs' physical or electronic possession by 5:00 p.m. EST. Each witness (both fact and expert) shall be made available for deposition between **January 22 and January 24, 2008**.

**F. AstraZeneca's Documents** - AstraZeneca shall produce – such that they are in Plaintiffs' physical or electronic possession no later than 5:00 p.m. EST on **January 21, 2008** – each of the documents it intends to introduce as Exhibits in its case-in-chief at the hearing (including any documents on which any of its experts may rely). Each such document must be separately numbered and identified on the form used by the Middle District for exhibit disclosures. To the extent AstraZeneca deems all or part of a document on its exhibit list to be confidential, it shall so designate it at this time.

**G. Depositions of AstraZeneca's Witnesses** - Each witness identified by AstraZeneca must be made available for deposition between **January 22 to 24, 2008**.

**H. Document Objections** - Objections to any exhibits on the grounds of hearsay, relevance, or authenticity shall be made no later than **January 23, 2008**. In addition, no later than this date, objections shall be made to any designation of a document as confidential. To the extent one side believes a document to be introduced by the other side is "confidential," it must so designate it at this time (unless it has previously done so, in which case it shall be assumed that the party is designating the document as "confidential"). Any document to which no objection is made shall be deemed admitted and any document designated as confidential to which no objection is made to such designation shall be deemed confidential for purposes of the hearing (except that designations made under the cross-confidentiality provision above are preserved to the hearing).

**I. Briefs** - No later than **January 24, 2008**, each side shall submit its brief with respect to any legal issue not yet covered which it wishes to raise or contest at the hearing.

**J. Exhibits** - By noon EST on **January 25, 2008**, the parties shall file electronically their exhibits with the Middle District Exhibit List, indicating which are not objected to.

**DONE** and **ORDERED** in Orlando, Florida on January 15, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record