# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

**This document relates to:**

**CHARETTA ANGELLE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:07-cv-1033-ACC-DAB**

**PAXTON GAY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:07-cv-16778-ACC-DAB**

**COREY BAKER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:07-cv-16779-ACC-DAB**

**WANDA GREENE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:07-cv-16780-ACC-DAB**

**LORETTA COX v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:07-cv-16781-ACC-DAB**

**DAWN WILLIAMS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:07-cv-16782-ACC-DAB**

**MICHAEL WILSON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:07-cv-16783-ACC-DAB**

_____/

## ORDER

Pursuant to Case Management Order No. 5 (Doc. 792), it is **ORDERED** that Defendants' October 15, 2007, Motion Requesting Dismissals With Prejudice For Failure to Serve Plaintiff Fact Sheets (Doc. 573) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 16, 2008.

                                                                                  _____
                                                                                  ANNE C. CONWAY
Copies furnished to:                                     United States District Judge

Counsel of Record