**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

**This document relates to:**

**NICHOLAS WOYTASIK v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:07-cv-16769-ACC-DAB

**LAKISHA BRANTLEY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:07-cv-16770-ACC-DAB

**STEVE STONE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:07-cv-16771-ACC-DAB

**ANITA FREEMAN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:07-cv-16772-ACC-DAB

**MELISSA ALMSTROM v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:07-cv-16773-ACC-DAB

**GINGER HALUSKI v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:07-cv-16774-ACC-DAB

_____/

**ORDER**

Pursuant to Case Management Order No. 5 (Doc. 792), it is **ORDERED** that Defendants' October 29, 2007, Motion Requesting Dismissals With Prejudice For Failure to Serve Plaintiff Fact Sheets (Doc. 626) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 16, 2008.

Copies furnished to:

Counsel of Record

                                    */s/ Anne C. Conway*
                                    ANNE C. CONWAY
                                    United States District Judge