# Exhibit 1

**Bailey Perrin Bailey LLP**

**List of Plaintiffs' Acknowledgments/HIPAAs**

|   | Last Name | First Name | Case Number | Ack. Served | HIPAA Served |
|---|---|---|---|---|---|
| 1 | Crawford | Elizabeth | 6:07-cv-11480 | 1/9/2008 | 1/9/2008 |
| 2 | Gordon | Lutricia | 6:07-cv-10647 | 1/9/2008 | 1/9/2008 |
| 3 | Holt | Gail | 6:07-cv-10308 | 1/9/2008 | 1/9/2008 |
| 4 | Lynch | Lois | 6:07-cv-10933 | 1/9/2008 | 1/9/2008 |