# EXHIBIT A

## McAleer, Lynn

| | |
|---|---|
| **From:** | Leah Sabel [lsabel@lskg-law.com] |
| **Sent:** | Wednesday, January 16, 2008 4:57 PM |
| **To:** | McConnell, Stephen; Magaziner, Fred; CCoutroulis@CarltonFields.com; Barnett, Ben |
| **Cc:** | Dennis Canty; Larry J. Gornick |
| **Subject:** | Email 1 of Exhibits for Sanction Hearing |
| **Attachments:** | Exhibit 1-Dec of Gornick.pdf; Exhibit 1.01-Ex_1 to LG Dec.pdf; Exhibit 1.02- Ex_2 to LG Dec.pdf; Exhibit 2-Dec of Canty.pdf; Exhibit 2.01-Ex_1 to DC Dec.pdf; Exhibit 3-Brandenberg Dec.pdf; Exhibit 3.01 - Exh 1 to LB Declaration.pdf |

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

---

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 1:47 PM
**To:** stephen.mcconnell@dechert.com; fred.magaziner@dechert.com; CCoutroulis@CarltonFields.com; Ben.Barnett@dechert.com
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Plaintiffs' Responses to Defendants Discovery Re Sanctions

Please reply to all anyone else you would like included on the rest of the emails coming today. Thank you.

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

1/18/2008

## McAleer, Lynn

| From: | Leah Sabel [lsabel@lskg-law.com] |
| --- | --- |
| Sent: | Wednesday, January 16, 2008 5:01 PM |
| To: | McConnell, Stephen; Magaziner, Fred; CCoutroulis@CarltonFields.com; Barnett, Ben |
| Cc: | Dennis Canty; Larry J. Gornick |
| Subject: | Email 2 of Exhibits for Sanction Hearing |
| Attachments: | Exhibit 4- Dec of Pennock.pdf; Exhibit 5-Chiu Dec.pdf; Exhibit 6-Sung Kim Declaration.pdf; Exhibit 7-Alla Swanson Declaration.pdf; Exhibit 8- Boris Gonopolsky Declaration.pdf; Exhibit 9-Brendan McAteer Declaration.pdf |

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 1:57 PM
**To:** 'stephen.mcconnell@dechert.com'; 'fred.magaziner@dechert.com'; 'CCoutroulis@CarltonFields.com'; 'Ben.Barnett@dechert.com'
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Email 1 of Exhibits for Sanction Hearing


Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 1:47 PM
**To:** stephen.mcconnell@dechert.com; fred.magaziner@dechert.com; CCoutroulis@CarltonFields.com; Ben.Barnett@dechert.com
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Plaintiffs' Responses to Defendants Discovery Re Sanctions

Please reply to all anyone else you would like included on the rest of the emails coming today. Thank

you.

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

1/18/2008

## McAleer, Lynn

| | |
|---|---|
| **From:** | Leah Sabel [lsabel@lskg-law.com] |
| **Sent:** | Wednesday, January 16, 2008 5:05 PM |
| **To:** | McConnell, Stephen; Magaziner, Fred; CCoutroulis@CarltonFields.com; Barnett, Ben |
| **Cc:** | Dennis Canty; Larry J. Gornick |
| **Subject:** | Email 3 of Exhibits for Sanction Hearing |
| **Attachments:** | Exhibit 11- Sedgh Dec.pdf; Exhibit 12- Bailey Dec.pdf; Exhibit 13- Declaration of Lenny Fernandez.pdf; Exhibit 14- 8.30.07 Dec of Jaffe.pdf |

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 2:01 PM
**To:** 'stephen.mcconnell@dechert.com'; 'fred.magaziner@dechert.com'; 'CCoutroulis@CarltonFields.com'; 'Ben.Barnett@dechert.com'
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Email 2 of Exhibits for Sanction Hearing

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 1:57 PM
**To:** 'stephen.mcconnell@dechert.com'; 'fred.magaziner@dechert.com'; 'CCoutroulis@CarltonFields.com'; 'Ben.Barnett@dechert.com'
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Email 1 of Exhibits for Sanction Hearing

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 1:47 PM
**To:** stephen.mcconnell@dechert.com; fred.magaziner@dechert.com; CCoutroulis@CarltonFields.com; Ben.Barnett@dechert.com
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Plaintiffs' Responses to Defendants Discovery Re Sanctions

Please reply to all anyone else you would like included on the rest of the emails coming today. Thank you.

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

## McAleer, Lynn

| | |
|---|---|
| **From:** | Leah Sabel [lsabel@lskg-law.com] |
| **Sent:** | Wednesday, January 16, 2008 5:18 PM |
| **To:** | McConnell, Stephen; Magaziner, Fred; CCoutroulis@CarltonFields.com; Barnett, Ben |
| **Cc:** | Dennis Canty; Larry J. Gornick |
| **Subject:** | Email 4 of Exhibits for Sanction Hearing |
| **Attachments:** | Exhibit 15- Schoenhaut Dec.pdf; Exhibit 16 - Jaffe Dec.pdf; Exhibit 16.01- Jaffe CV.pdf; Exhibit 16.02 - Martin Invoices.pdf; Exhibit 16.03- Email.pdf; Exhibit 16.04- CTS.pdf; Exhibit 16.05.pdf; Exhibit 16.06.pdf; Exhibit 16.07.pdf; Exhibit 16.08.pdf; Exhibit 16.09- IKON.pdf; Exhibit 16.10- Jaffe Timesheet.pdf; Exhibit 10- Dec of Pederson.pdf |

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 2:05 PM
**To:** 'stephen.mcconnell@dechert.com'; 'fred.magaziner@dechert.com'; 'CCoutroulis@CarltonFields.com'; 'Ben.Barnett@dechert.com'
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Email 3 of Exhibits for Sanction Hearing


Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 2:01 PM
**To:** 'stephen.mcconnell@dechert.com'; 'fred.magaziner@dechert.com'; 'CCoutroulis@CarltonFields.com'; 'Ben.Barnett@dechert.com'
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Email 2 of Exhibits for Sanction Hearing

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 1:57 PM
**To:** 'stephen.mcconnell@dechert.com'; 'fred.magaziner@dechert.com'; 'CCoutroulis@CarltonFields.com'; 'Ben.Barnett@dechert.com'
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Email 1 of Exhibits for Sanction Hearing


Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 1:47 PM
**To:** stephen.mcconnell@dechert.com; fred.magaziner@dechert.com; CCoutroulis@CarltonFields.com; Ben.Barnett@dechert.com
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Plaintiffs' Responses to Defendants Discovery Re Sanctions

Please reply to all anyone else you would like included on the rest of the emails coming today.  Thank you.

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

1/18/2008

## McAleer, Lynn

| | |
|---|---|
| **From:** | Leah Sabel [lsabel@lskg-law.com] |
| **Sent:** | Wednesday, January 16, 2008 5:20 PM |
| **To:** | McConnell, Stephen; Magaziner, Fred; CCoutroulis@CarltonFields.com; Barnett, Ben |
| **Cc:** | Dennis Canty; Larry J. Gornick |
| **Subject:** | Email 5 of Exhibits for Sanction Hearing |
| **Attachments:** | Exhibit 17- Dec of Allen.pdf |

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 2:18 PM
**To:** 'stephen.mcconnell@dechert.com'; 'fred.magaziner@dechert.com'; 'CCoutroulis@CarltonFields.com'; 'Ben.Barnett@dechert.com'
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Email 4 of Exhibits for Sanction Hearing

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 2:05 PM
**To:** 'stephen.mcconnell@dechert.com'; 'fred.magaziner@dechert.com'; 'CCoutroulis@CarltonFields.com'; 'Ben.Barnett@dechert.com'
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Email 3 of Exhibits for Sanction Hearing

Leah K Sabel

1/18/2008

Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 2:01 PM
**To:** 'stephen.mcconnell@dechert.com'; 'fred.magaziner@dechert.com'; 'CCoutroulis@CarltonFields.com'; 'Ben.Barnett@dechert.com'
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Email 2 of Exhibits for Sanction Hearing


Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 1:57 PM
**To:** 'stephen.mcconnell@dechert.com'; 'fred.magaziner@dechert.com'; 'CCoutroulis@CarltonFields.com'; 'Ben.Barnett@dechert.com'
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Email 1 of Exhibits for Sanction Hearing


Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 1:47 PM
**To:** stephen.mcconnell@dechert.com; fred.magaziner@dechert.com; CCoutroulis@CarltonFields.com; Ben.Barnett@dechert.com
**Cc:** Dennis Canty; Larry J. Gornick

1/18/2008

**Subject:** Plaintiffs' Responses to Defendants Discovery Re Sanctions

Please reply to all anyone else you would like included on the rest of the emails coming today.  Thank you.

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

## McAleer, Lynn

| | |
|---|---|
| **From:** | Leah Sabel [lsabel@lskg-law.com] |
| **Sent:** | Wednesday, January 16, 2008 5:25 PM |
| **To:** | McConnell, Stephen; Magaziner, Fred; CCoutroulis@CarltonFields.com; Barnett, Ben |
| **Cc:** | Dennis Canty; Larry J. Gornick |
| **Subject:** | Email 6 of Exhibits for Sanction Hearing |
| **Attachments:** | Witness Statement.pdf |

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

---

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 2:20 PM
**To:** 'stephen.mcconnell@dechert.com'; 'fred.magaziner@dechert.com'; 'CCoutroulis@CarltonFields.com'; 'Ben.Barnett@dechert.com'
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Email 5 of Exhibits for Sanction Hearing

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

---

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 2:18 PM
**To:** 'stephen.mcconnell@dechert.com'; 'fred.magaziner@dechert.com'; 'CCoutroulis@CarltonFields.com'; 'Ben.Barnett@dechert.com'
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Email 4 of Exhibits for Sanction Hearing

Leah K Sabel

Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 2:05 PM
**To:** 'stephen.mcconnell@dechert.com'; 'fred.magaziner@dechert.com'; 'CCoutroulis@CarltonFields.com'; 'Ben.Barnett@dechert.com'
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Email 3 of Exhibits for Sanction Hearing


Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 2:01 PM
**To:** 'stephen.mcconnell@dechert.com'; 'fred.magaziner@dechert.com'; 'CCoutroulis@CarltonFields.com'; 'Ben.Barnett@dechert.com'
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Email 2 of Exhibits for Sanction Hearing



Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 1:57 PM
**To:** 'stephen.mcconnell@dechert.com'; 'fred.magaziner@dechert.com'; 'CCoutroulis@CarltonFields.com'; 'Ben.Barnett@dechert.com'
**Cc:** Dennis Canty; Larry J. Gornick

1/18/2008

**Subject:** Email 1 of Exhibits for Sanction Hearing

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 1:47 PM
**To:** stephen.mcconnell@dechert.com; fred.magaziner@dechert.com; CCoutroulis@CarltonFields.com; Ben.Barnett@dechert.com
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Plaintiffs' Responses to Defendants Discovery Re Sanctions

Please reply to all anyone else you would like included on the rest of the emails coming today.  Thank you.

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

1/18/2008

## McAleer, Lynn

| | |
|---|---|
| **From:** | Leah Sabel [lsabel@lskg-law.com] |
| **Sent:** | Wednesday, January 16, 2008 5:35 PM |
| **To:** | McConnell, Stephen; Magaziner, Fred; CCoutroulis@CarltonFields.com; Barnett, Ben |
| **Cc:** | Dennis Canty; Larry J. Gornick |
| **Subject:** | Email 7 of Exhibits for Sanction Hearing |
| **Attachments:** | Exhibit List.pdf |


Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 2:25 PM
**To:** 'stephen.mcconnell@dechert.com'; 'fred.magaziner@dechert.com'; 'CCoutroulis@CarltonFields.com'; 'Ben.Barnett@dechert.com'
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Email 6 of Exhibits for Sanction Hearing


Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 2:20 PM
**To:** 'stephen.mcconnell@dechert.com'; 'fred.magaziner@dechert.com'; 'CCoutroulis@CarltonFields.com'; 'Ben.Barnett@dechert.com'
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Email 5 of Exhibits for Sanction Hearing


Leah K Sabel

Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 2:18 PM
**To:** 'stephen.mcconnell@dechert.com'; 'fred.magaziner@dechert.com'; 'CCoutroulis@CarltonFields.com'; 'Ben.Barnett@dechert.com'
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Email 4 of Exhibits for Sanction Hearing


Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 2:05 PM
**To:** 'stephen.mcconnell@dechert.com'; 'fred.magaziner@dechert.com'; 'CCoutroulis@CarltonFields.com'; 'Ben.Barnett@dechert.com'
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Email 3 of Exhibits for Sanction Hearing


Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 2:01 PM
**To:** 'stephen.mcconnell@dechert.com'; 'fred.magaziner@dechert.com'; 'CCoutroulis@CarltonFields.com'; 'Ben.Barnett@dechert.com'
**Cc:** Dennis Canty; Larry J. Gornick

1/18/2008

**Subject:** Email 2 of Exhibits for Sanction Hearing


Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

---

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 1:57 PM
**To:** 'stephen.mcconnell@dechert.com'; 'fred.magaziner@dechert.com'; 'CCoutroulis@CarltonFields.com'; 'Ben.Barnett@dechert.com'
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Email 1 of Exhibits for Sanction Hearing



Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

---

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 1:47 PM
**To:** stephen.mcconnell@dechert.com; fred.magaziner@dechert.com; CCoutroulis@CarltonFields.com; Ben.Barnett@dechert.com
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Plaintiffs' Responses to Defendants Discovery Re Sanctions

Please reply to all anyone else you would like included on the rest of the emails coming today. Thank you.

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com


1/18/2008

## McAleer, Lynn

| | |
|---|---|
| **From:** | Leah Sabel [lsabel@lskg-law.com] |
| **Sent:** | Wednesday, January 16, 2008 5:41 PM |
| **To:** | McConnell, Stephen; Magaziner, Fred; CCoutroulis@CarltonFields.com; Barnett, Ben |
| **Subject:** | FW: Plaintiffs' Responses to Defendants Discovery Re Sanctions |
| **Attachments:** | Resp to Interrogatories.pdf; Resp to RFA.pdf; Resp to RPD.pdf; Certificate of Service.pdf |

We just received notification that your system blocked this email, perhaps as a result of an .xml attachment. We are resending the email without that attachment, and we will rename the .xml attachment in an email to follow.

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 1:47 PM
**To:** stephen.mcconnell@dechert.com; fred.magaziner@dechert.com; CCoutroulis@CarltonFields.com; Ben.Barnett@dechert.com
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Plaintiffs' Responses to Defendants Discovery Re Sanctions

Please reply to all anyone else you would like included on the rest of the emails coming today. Thank you.

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**McAleer, Lynn**

| | |
|---|---|
| **From:** | Leah Sabel [lsabel@lskg-law.com] |
| **Sent:** | Wednesday, January 16, 2008 5:42 PM |
| **To:** | McConnell, Stephen; Magaziner, Fred; CCoutroulis@CarltonFields.com; Barnett, Ben |
| **Cc:** | Dennis Canty; Larry J. Gornick |
| **Subject:** | Plaintiffs' Responses to Defendants Discovery Re Sanctions |
| **Attachments:** | DOXS system information additional.txt; DOXS system information.xxx |

You will need to change the ".xxx" to ".xml".

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 1:47 PM
**To:** stephen.mcconnell@dechert.com; fred.magaziner@dechert.com; CCoutroulis@CarltonFields.com; Ben.Barnett@dechert.com
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Plaintiffs' Responses to Defendants Discovery Re Sanctions

Please reply to all anyone else you would like included on the rest of the emails coming today. Thank you.

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com