# EXHIBIT B

## McAleer, Lynn

**From:** Dennis Canty [dcanty@lskg-law.com]
**Sent:** Wednesday, January 16, 2008 5:16 PM
**To:** Leah Sabel; McConnell, Stephen; Magaziner, Fred; CCoutroulis@CarltonFields.com; Barnett, Ben
**Cc:** Larry J. Gornick
**Subject:** RE: Plaintiffs' Responses to Defendants Discovery Re Sanctions

Plaintiffs are producing (notwithstanding valid objections) documents responsive to defendants' requests for production. These are too voluminous to produce via email. The documents are available on the Weitz Lux FTP site (ftp://64.20.170.21), which has often been utilized by the parties to transmit documents of large volume, such as information regarding AstraZeneca's databases. Plaintiffs are producing "comm with AZ.pst" file, which can be found in the "- pst production" directory.

**From:** Leah Sabel
**Sent:** Wednesday, January 16, 2008 1:47 PM
**To:** stephen.mcconnell@dechert.com; fred.magaziner@dechert.com; CCoutroulis@CarltonFields.com; Ben.Barnett@dechert.com
**Cc:** Dennis Canty; Larry J. Gornick
**Subject:** Plaintiffs' Responses to Defendants Discovery Re Sanctions

Please reply to all anyone else you would like included on the rest of the emails coming today. Thank you.

Leah K Sabel
Legal Secretary
Levin Simes Kaiser & Gornick
44 Montgomery Street, Suite 3600
San Francisco, CA 94104
(415) 646-7176 Direct
(415) 646-7160 Main
(415) 981-1270 Fax
lsabel@lskg-law.com
www.levinsimeskaisergornick.com