# EXHIBIT G

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br>MDL Docket No. 1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**WITNESS STATEMENT** |

The following people will testify for the January 28, 2008 Evidentiary Hearing either by Declaration or Live:

1) Lawrence J. Gornick - Declaration.

2) Dennis J. Canty - Declaration.

3) Laura M. Brandenberg - Declaration.

4) Paul Pennock - Declaration.

5) Yommy Chiu - Declaration.

6) Jonathan Sedgh - Declaration.

7) Michael Pederson – Declaration.

8) Scott Allen – Declaration.

9) Alla Swanson – Declaration.

10) Lenny Fernandez- Declaration.

11) Boris Gonopolsky-Declaration.

12) Brendan McAteer – Declaration.

13) K. Camp Bailey- Declaration.

14) Lenny Fernandez – Declaration.

15) Robert Schoenhaut – Declaration.

16) Jonathan Jaffe will testify live and by Declaration. The following is a brief description of the subject matter of Mr. Jaffe's expected testimony:

The substantial additional cost in investigating and analyzing problems in AstraZeneca's custodial production, conferring with AstraZeneca representatives regarding the same, providing attorneys for plaintiffs with corrections or workarounds, and attempting to ameliorate the effects of the defective production.

The facts and circumstances surrounding plaintiffs' selection of a vendor to handle AstraZeneca's additional, "native" production.

Plaintiffs' efforts to investigate and solicit bids from vendors, and to choose the most appropriate and cost-effective vendor.

The facts described in plaintiffs' responses to interrogatories served herewith; and

The facts described in his declarations, which are identified in the exhibit list served herewith.

Dated: January 16, 2008           LEVIN SIMES KAISER & GORNICK LLP

                                                /s/ Lawrence J. Gornick
Lawrence J. Gornick (CA State Bar No. 136290)
Dennis J. Canty (CA State Bar No. 207978)
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: 415-273-8138
Facsimile: 415-981-1270
E-mail:      lgornick@lskg-law.com
                  dcanty@lskg-law.com