# EXHIBIT H

**From:** Kelber, Tamar B. [tkelber@Sidley.com]
**Sent:** Wednesday, November 15, 2006 4:31 PM
**To:** Jaffe, Jonathan
**Subject:** Out of Office AutoReply: Format for discovery

I am out of the office and have limited access to email. If you need to reach me, please call my secretary, Jo-Anne Engelke, at 312-853-7644.

```
Sidley Austin LLP mail server made the following annotations on 11/15/06, 15:28:58:
------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we in
that, unless expressly stated otherwise, any U.S. federal tax advice contained in th
communication, including attachments, was not intended or written to be used, and ca
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is us
to by other parties in promoting, marketing or recommending any partnership or other
investment plan or arrangement, then (i) the advice should be construed as written i
with the promotion or marketing by others of the transaction(s) or matter(s) address
communication and (ii) the taxpayer should seek advice based on the taxpayer's parti
circumstances from an independent tax advisor.

******************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or
If you are not the intended recipient, please delete the e-mail and any attachments
immediately.

******************************************************************************
```