# EXHIBIT A

**Leah Sabel**

| | |
|---|---|
| **From:** | Barnett, Ben [Ben.Barnett@dechert.com] |
| **Sent:** | Friday, January 11, 2008 9:12 AM |
| **To:** | Larry J. Gornick; Dennis Canty |
| **Cc:** | McConnell, Stephen; rpass@carltonfields.com; CCoutroulis@CarltonFields.com |
| **Subject:** | Hearing Meet & Confer |

```
Larry and Dennis --

We are in the process of finalizing our response to your Hearing
Statement that we plan to file later today.  It probably won't come as a
surprise but we have serious objections to your submission.
Nevertheless, when we were before Judge Baker last Friday, he said he
wanted us to have a meet and confer.  As such, would you let us know
when you are available today for a telephonic meet and confer.

Thanks very much.

Ben



This e-mail is from Dechert LLP, a law firm, and may contain information that is
confidential or privileged. If you are not the intended recipient, do not read, copy or
distribute the e-mail or any attachments. Instead, please notify the sender and delete
the e-mail and any attachments. Thank you.
```