# EXHIBIT B

# Leah Sabel

| | |
|---|---|
| **From:** | Barnett, Ben [Ben.Barnett@dechert.com] |
| **Sent:** | Wednesday, January 16, 2008 10:44 AM |
| **To:** | Larry J. Gornick; Dennis Canty |
| **Cc:** | McConnell, Stephen; CCoutroulis@CarltonFields.com; Yannella, Philip; Flaster, Eben |
| **Subject:** | Re: Request Relating To Plaintiffs' Hearing Submission |

Larry --

The only alternatives I was thinking of was (1) putting all the material in a zip file or (2) putting the materials into PDFs (as I understand you did prior to the July hearing). Hand delivery to San Francisco won't help because none of the relevant Dechert attorneys work in that office and someone in that office would have to scan the submission and send it to us via e-mail.

Thanks.

Ben


----- Original Message -----
From: Larry J. Gornick <lgornick@lskg-law.com>
To: Barnett, Ben; Dennis Canty <dcanty@lskg-law.com>
Cc: McConnell, Stephen; Coutroulis, Chris S. <CCoutroulis@CarltonFields.com>; Yannella, Philip; Flaster, Eben
Sent: Wed Jan 16 13:07:20 2008
Subject: RE: Request Relating To Plaintiffs' Hearing Submission

What alternative forms did you have in mind if not electronic or hand delivery?

_____
_____

Lawrence J. Gornick

Levin Simes Kaiser & Gornick LLP

44 Montgomery Street, 36th Floor

San Francisco, CA 94104

Direct: (415) 646-7179

lgornick@lskg-law.com


-----Original Message-----
From: Barnett, Ben [mailto:Ben.Barnett@dechert.com]
Sent: Wednesday, January 16, 2008 9:53 AM
To: Larry J. Gornick; Dennis Canty
Cc: McConnell, Stephen; Coutroulis, Chris S.; Yannella, Philip; Flaster, Eben

Subject: RE: Request Relating To Plaintiffs' Hearing Submission

Larry --

We do have a San Francisco office but none of the attorneys there are involved in Seroquel or this hearing. I'm not sure exactly what you had in mind but the original request was simply aimed at seeing how we could get our hands on what you are serving quickly without increasing the load on your end.

I am about to head into a meeting but will be checking e-mail.

Thanks  very much.

Ben

_____

From: Larry J. Gornick [mailto:lgornick@lskg-law.com]
Sent: Wednesday, January 16, 2008 12:35 PM
To: Barnett, Ben; Dennis Canty
Cc: McConnell, Stephen; Coutroulis, Chris S.; Yannella, Philip; Flaster, Eben
Subject: RE: Request Relating To Plaintiffs' Hearing Submission

Do you have an SF office?

_____
_____

Lawrence J. Gornick

Levin Simes Kaiser & Gornick LLP

44 Montgomery Street, 36th Floor

San Francisco, CA 94104

Direct: (415) 646-7179

lgornick@lskg-law.com

-----Original Message-----

2

From: Barnett, Ben [mailto:Ben.Barnett@dechert.com]
Sent: Wednesday, January 16, 2008 8:59 AM
To: Larry J. Gornick; Dennis Canty
Cc: McConnell, Stephen; Coutroulis, Chris S.; Yannella, Philip; Flaster, Eben
Subject: Request Relating To Plaintiffs' Hearing Submission

Larry and Dennis --

In anticipation of service of Plaintiffs' hearing submission later today, we respectfully request that in addition to service in the ordinary course that you send us the documentation ordered by Judge Baker via e-mail to Mr. Coutroulis and myself. Obviously, given the hearing date, time is of the essence and we would appreciate your accommodation of this request. If the material is of such volume that transmission via e-mail is not feasible, we are happy to consider alternative forms of delivery today by 5:00 p.m.

If you have any questions or concerns, please feel free to give me a call -- 215 994 2887.

Thanks very much.

Ben

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.