# EXHIBIT C

## Leah Sabel

| | |
|---|---|
| **From:** | Barnett, Ben [Ben.Barnett@dechert.com] |
| **Sent:** | Wednesday, January 16, 2008 6:39 PM |
| **To:** | Larry J. Gornick; McConnell, Stephen; Dennis Canty; Magaziner, Fred; CCoutroulis@CarltonFields.com |
| **Cc:** | Yannella, Philip |
| **Subject:** | RE: Plaintiffs' Responses to Defendants Discovery Re Sanctions |

Larry --

We have had only preliminary dealings in this matter but I hope your message below is not indicative of our working relationship going forward.

First, my messages to you and Dennis earlier today were designed to ensure that AstraZeneca's counsel received your submission by 5:00 pm East Coast deadline consistent with Judge Baker's January 15th Order. Second, physical delivery to our Dechert office would not have complied with that Order and would have necessitated someone in our San Francisco office downloading all your materials to our network or sending it via e-mail.  Third, we did not receive notification of your posting to the W&L site until 5:16 p.m.  Perhaps if you had simply advised us earlier today (for example, in response to my earlier messages) that you intended to post this material, we could have address the access issues prior the deadline in the Court's Order.

Thanks.

Ben

-----Original Message-----
From: Larry J. Gornick [mailto:lgornick@lskg-law.com]
Sent: Wednesday, January 16, 2008 7:32 PM
To: McConnell, Stephen; Dennis Canty; Leah Sabel; Magaziner, Fred; CCoutroulis@CarltonFields.com; Barnett, Ben
Cc: Yannella, Philip
Subject: Re: Plaintiffs' Responses to Defendants Discovery Re Sanctions

Mr. Barnett expressly asked us not to deliver the documents to your SF office so we made them available to you on the WL site at approximately
4:45 ET today.

-----Original Message-----
From: McConnell, Stephen <stephen.mcconnell@dechert.com>
To: Dennis Canty; Leah Sabel; Magaziner, Fred <fred.magaziner@dechert.com>; CCoutroulis@CarltonFields.com <CCoutroulis@CarltonFields.com>; Barnett, Ben <Ben.Barnett@dechert.com>
CC: Larry J. Gornick; Yannella, Philip <Philip.Yannella@dechert.com>
Sent: Wed Jan 16 15:56:40 2008
Subject: RE: Plaintiffs' Responses to Defendants Discovery Re Sanctions

Dennis,

The defense lawyers cannot access the secure site to which you refer.
We do not have whatever is needed to log onto the site.  Please supply that information immediately.  We need to be able to print out your documents and review them.  As every moment passes, we are being prejudiced.
In any event, I do not believe that a document dump in cyberspace -- about which we were alerted after close of business -- constitutes proper service.  That is a debate for another day.

1

- Steve

_____

>   From: Dennis Canty [mailto:dcanty@lskg-law.com]
>   Sent: Wednesday, January 16, 2008 5:16 PM
>   To: Leah Sabel; McConnell, Stephen; Magaziner, Fred; CCoutroulis@CarltonFields.com; Barnett, Ben
>   Cc: Larry J. Gornick
>   Subject: RE: Plaintiffs' Responses to Defendants Discovery Re Sanctions

Plaintiffs are producing (notwithstanding valid objections) documents responsive to defendants' requests for production.  These are too voluminous to produce via email.  The documents are available on the Weitz Lux FTP site (ftp://64.20.170.21), which has often been utilized by the parties to transmit documents of large volume, such as information regarding AstraZeneca's databases.  Plaintiffs are producing "comm with AZ.pst" file, which can be found in the "- pst production" directory.

>   From: Leah Sabel
>   Sent: Wednesday, January 16, 2008 1:47 PM
>   To: stephen.mcconnell@dechert.com; fred.magaziner@dechert.com; CCoutroulis@CarltonFields.com; Ben.Barnett@dechert.com
>   Cc: Dennis Canty; Larry J. Gornick
>   Subject: Plaintiffs' Responses to Defendants Discovery Re Sanctions

Please reply to all anyone else you would like included on the rest of the emails coming today.  Thank you.

>   Leah K Sabel
>   Legal Secretary
>   Levin Simes Kaiser & Gornick
>   44 Montgomery Street, Suite 3600
>   San Francisco, CA 94104
>   (415) 646-7176 Direct
>   (415) 646-7160 Main
>   (415) 981-1270 Fax
>   lsabel@lskg-law.com
>   www.levinsimeskaisergornick.com

2

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.