# EXHIBIT D

## Leah Sabel

| | |
|---|---|
| **From:** | Larry J. Gornick |
| **Sent:** | Thursday, January 17, 2008 10:39 AM |
| **To:** | 'McConnell, Stephen'; Barnett, Ben; Dennis Canty; Magaziner, Fred; CCoutroulis@CarltonFields.com; Pass, Robert W. |
| **Cc:** | Dennis Canty; Pennock, Paul |
| **Subject:** | Jonathan Jaffe's Deposition |

If you want it, I will produce him to you on 1/24 in Orlando at 10:00 AM.  Please confirm and provide location.  We would have no objection to the Orlando office of Carlton Fields.

_____
_____

Lawrence J. Gornick
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Direct: (415) 646-7179
lgornick@lskg-law.com

1