# EXHIBIT F



Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

**BENJAMIN R. BARNETT**

ben.barnett@dechert.com
+1 215 994 2887 Direct
+1 215 655 2887 Fax

January 18, 2008

**VIA EMAIL**

Lawrence J. Gornick
Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street, 36th Floor
San Francisco, California 94104

*Re: In re Seroquel Litigation*

Dear Mr. Gornick:

Enclosed please find Notices for the depositions of the following individuals in advance of the January 28 hearing:  Larry Gornick, Esq.; Dennis Canty, Esq., Jonathan Jaffe; Lenny Fernandez; Sung Kim; and Robert Schoenhaut.  Given the brief time before this hearing, we will accommodate reasonable requests regarding the location of these depositions.

Additionally, we enclose a courtesy copy of a subpoena, which we intend to serve on IKON.

Finally, pursuant to the Federal Rules, we intend to inspect and examine Weitz & Luxenberg's document platform, DOXS.  Accordingly, I am enclosing a Rule 34(a) Request for Entry on Land.  Given the tight schedule before the January 28 hearing, we anticipate that you will cooperate and provide us expedited access to the DOXS system; otherwise, we will make an application to the Court.

Please call me if you wish to further discuss.

Sincerely,

Benjamin R. Barnett

Enclosures

cc:  Larry Roth, Esquire (via email)
     Paul Pennock, Esquire (via email)
     K. Camp Bailey, Esquire (via email)

Austin  Boston  Charlotte  Hartford  New York  Newport Beach  Philadelphia  Princeton  San Francisco  Silicon Valley  Washington DC
Brussels  London  Luxembourg  Munich  Paris

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

_____

This Document Relates to ALL CASES

## NOTICE TO TAKE ORAL
## <u>DEPOSITION OF LAWRENCE J. GORNICK, ESQUIRE</u>

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, AstraZeneca Pharmaceuticals LP and AstraZeneca LP, by and through their undersigned attorneys, will take the oral deposition of Lawrence J. Gornick, Esquire beginning on **January 24, 2008 at 1 p.m.** at the offices of Carlton Fields PA, CNL Center at City Commons, 450 S. Orange Avenue, Suite 500, Orlando, Florida 32801-3336 or at another location mutually agreed upon by the parties.

DATED:        January 18, 2008

<div style="margin-left:40%;">

*/s/ Stephen McConnell*
Fred T. Magaziner
Stephen McConnell
Benjamin R. Barnett
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
Stephen.McConnell@dechert.com

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that, on the 18th of January, 2008, I served the foregoing Notice of Deposition via electronic mail on Plaintiffs' Lead and Liaison Counsel:

Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5500
Ppennock@weitzlux.com

Camp Bailey, Esq.
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7240
cbailey@bpblaw.com

Larry Roth, Esq.
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL 32854-7637
Telephone: (407) 872-2239
LROTH@roth-law.com

Lawrence J. Gornick, Esq.
Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street
36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
lgornick@lskg-law.com

*/s/ A. Elizabeth Balakhani*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

_____

This Document Relates to ALL CASES

## <u>NOTICE TO TAKE ORAL DEPOSITION OF DENNIS J. CANTY, ESQUIRE</u>

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal

Rules of Civil Procedure, AstraZeneca Pharmaceuticals LP and AstraZeneca LP, by and

through their undersigned attorneys, will take the oral deposition of Dennis J. Canty,

Esquire beginning on **January 24, 2008 at 1 p.m.** at the offices of Carlton Fields PA,

CNL Center at City Commons, 450 S. Orange Avenue, Suite 500, Orlando, Florida

32801-3336 or at another location mutually agreed upon by the parties.

DATED:        January 18, 2008

                                        _/s/ Stephen McConnell_____
                                        Fred T. Magaziner
                                        Stephen McConnell
                                        Benjamin R. Barnett
                                        DECHERT LLP
                                        2929 Arch Street
                                        Philadelphia, PA 19104
                                        Telephone: (215) 994-4000
                                        Facsimile: (215) 994-2222
                                        Stephen.McConnell@dechert.com

                                        _Counsel for AstraZeneca Pharmaceuticals LP_
                                        _and AstraZeneca LP_

## CERTIFICATE OF SERVICE

I hereby certify that, on the 18th of January, 2008, I served the foregoing Notice

of Deposition via electronic mail on Plaintiffs' Lead and Liaison Counsel:


Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5500
Ppennock@weitzlux.com


Camp Bailey, Esq.
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7240
cbailey@bpblaw.com


Larry Roth, Esq.
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL  32854-7637
Telephone: (407) 872-2239
LROTH@roth-law.com


Lawrence J. Gornick, Esq.
Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street
36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
lgornick@lskg-law.com


*/s/ A. Elizabeth Balakhani*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to ALL CASES

## NOTICE TO TAKE ORAL DEPOSITION OF JONATHAN JAFFE

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal

Rules of Civil Procedure, AstraZeneca Pharmaceuticals LP and AstraZeneca LP, by and

through their undersigned attorneys, will take the oral deposition of Jonathan Jaffe

beginning on **January 24, 2008** at **10:00 a.m.** at the offices of Dechert LLP, 30

Rockefeller Plaza, New York, New York 10112, or at another location mutually agreed

upon by the parties.

DATED:        January 18, 2008

<div style="text-align:right">

*/s/ Stephen McConnell*
Fred T. Magaziner
Stephen McConnell
Benjamin R. Barnett
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
Stephen.McConnell@dechert.com

*Counsel for AstraZeneca Pharmaceuticals LP
and AstraZeneca LP*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that, on the 18th of January, 2008, I served the foregoing Notice of Deposition via electronic mail on Plaintiffs' Lead and Liaison Counsel:


Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5500
Ppennock@weitzlux.com


Camp Bailey, Esq.
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7240
cbailey@bpblaw.com


Larry Roth, Esq.
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL  32854-7637
Telephone: (407) 872-2239
LROTH@roth-law.com


Lawrence J. Gornick, Esq.
Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street
36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
lgornick@lskg-law.com


*/s/ A. Elizabeth Balakhani*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

_____  _____  _____

This Document Relates to ALL CASES

## NOTICE TO TAKE ORAL DEPOSITION OF LENNY FERNANDEZ

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal
Rules of Civil Procedure, AstraZeneca Pharmaceuticals LP and AstraZeneca LP, by and
through their undersigned attorneys, will take the oral deposition of Lenny Fernandez
beginning on **January 24, 2008** at **10:00 a.m.** at the offices of Dechert LLP, 30
Rockefeller Plaza, New York, New York 10112, or at another location mutually agreed
upon by the parties.

DATED:        January 18, 2008

                                        _/s/ Stephen McConnell_____
                                        Fred T. Magaziner
                                        Stephen McConnell
                                        Benjamin R. Barnett
                                        DECHERT LLP
                                        2929 Arch Street
                                        Philadelphia, PA 19104
                                        Telephone: (215) 994-4000
                                        Facsimile: (215) 994-2222
                                        Stephen.McConnell@dechert.com

                                        *Counsel for AstraZeneca Pharmaceuticals LP*
                                        *and AstraZeneca LP*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 18th of January, 2008, I served the foregoing Notice of Deposition via electronic mail on Plaintiffs' Lead and Liaison Counsel:


Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5500
Ppennock@weitzlux.com


Camp Bailey, Esq.
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7240
cbailey@bpblaw.com


Larry Roth, Esq.
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL 32854-7637
Telephone: (407) 872-2239
LROTH@roth-law.com


Lawrence J. Gornick, Esq.
Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street
36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
lgornick@lskg-law.com


*/s/ A. Elizabeth Balakhani*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to ALL CASES

<u>NOTICE TO TAKE ORAL DEPOSITION OF SUNG KIM</u>

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal

Rules of Civil Procedure, AstraZeneca Pharmaceuticals LP and AstraZeneca LP, by and

through their undersigned attorneys, will take the oral deposition of Sung Kim beginning

on **January 24, 2008 at 2:00 p.m.** at the offices of Dechert LLP, 30 Rockefeller Plaza,

New York, New York 10112, or at another location mutually agreed upon by the parties.

DATED:        January 18, 2008

                                         */s/ Stephen McConnell*_____
                                        Fred T. Magaziner
                                        Stephen McConnell
                                        Benjamin R. Barnett
                                        DECHERT LLP
                                        2929 Arch Street
                                        Philadelphia, PA 19104
                                        Telephone: (215) 994-4000
                                        Facsimile: (215) 994-2222
                                        Stephen.McConnell@dechert.com

                                        *Counsel for AstraZeneca Pharmaceuticals LP
                                        and AstraZeneca LP*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the 18th of January, 2008, I served the foregoing Notice

of Deposition via electronic mail on Plaintiffs' Lead and Liaison Counsel:


Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5500
Ppennock@weitzlux.com


Camp Bailey, Esq.
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7240
cbailey@bpblaw.com


Larry Roth, Esq.
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL 32854-7637
Telephone: (407) 872-2239
LROTH@roth-law.com


Lawrence J. Gornick, Esq.
Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street
36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
lgornick@lskg-law.com


*/s/ A. Elizabeth Balakhani*

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to ALL CASES

<u>NOTICE TO TAKE ORAL DEPOSITION OF ROBERT SCHOENHAUT</u>

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal

Rules of Civil Procedure, AstraZeneca Pharmaceuticals LP and AstraZeneca LP, by and

through their undersigned attorneys, will take the oral deposition of Robert Schoenhaut

beginning on **January 24, 2008** at **10:00 a.m.** at the offices of Dechert LLP, 30

Rockefeller Plaza, New York, New York 10112, or at another location mutually agreed

upon by the parties.

DATED:        January 18, 2008

                                                              */s/ Stephen McConnell*
                                                              Fred T. Magaziner
                                                              Stephen McConnell
                                                              Benjamin R. Barnett
                                                              DECHERT LLP
                                                              2929 Arch Street
                                                              Philadelphia, PA  19104
                                                              Telephone: (215) 994-4000
                                                              Facsimile: (215) 994-2222
                                                              Stephen.McConnell@dechert.com

                                                              *Counsel for AstraZeneca Pharmaceuticals LP*
                                                              *and AstraZeneca LP*

1

## CERTIFICATE OF SERVICE

I hereby certify that, on the 18th of January, 2008, I served the foregoing Notice

of Deposition via electronic mail on Plaintiffs' Lead and Liaison Counsel:


Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5500
Ppennock@weitzlux.com


Camp Bailey, Esq.
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7240
cbailey@bpblaw.com


Larry Roth, Esq.
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL  32854-7637
Telephone: (407) 872-2239
LROTH@roth-law.com


Lawrence J. Gornick, Esq.
Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street
36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
lgornick@lskg-law.com


*/s/ A. Elizabeth Balakhani*

.UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to ALL CASES

ASTRAZENECA'S REQUEST FOR ENTRY ON LAND
PURSUANT TO F.R.C.P. 34(a)

To:    Larry Gornick, Esquire
       Levin Simes Kaiser & Gornick
       44 Montgomery Street, 36th Floor
       San Francisco, CA 94104

       PLEASE TAKE NOTICE that, pursuant to F.R.C.P. 34(a), Defendants AstraZeneca

Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca") hereby request that Plaintiffs permit

entry on January 24, 2008, by AstraZeneca agents, representatives, attorneys, consultants,

contractors and/or subcontractors, upon the offices of Weitz & Luxenberg, P.C., 180 Maiden Lane,

9th Floor, New York, NY 10038, for the purpose of inspecting, measuring, surveying, photographing,

testing, and sampling of the Weitz & Luxenberg DOXS document platform.

Dated: January 18, 2008

                              /s/ Stephen J. McConnell
                              Stephen J. McConnell
                              DECHERT LLP
                              Cira Centre
                              2929 Arch Street
                              Philadelphia, PA 19104
                              (215) 994-4000

                              E-mail: stephen.mcconnell@dechert.com

                              *Counsel for AstraZeneca LP and*
                              *AstraZeneca Pharmaceuticals LP*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, true and correct copies of AstraZeneca's Request for Entry on Land Pursuant to F.R.C.P. 34(a) was served electronically upon Plaintiffs' Lead and Liaison Counsel:

Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5500
Ppennock@weitzlux.com

Camp Bailey, Esq.
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7240
cbailey@bpblaw.com

Larry Roth, Esq.
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL 32854-7637
Telephone: (407) 872-2239
LROTH@roth-law.com

Lawrence J. Gornick, Esq.
Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street
36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
lgornick@lskg-law.com

*/s/ A. Elizabeth Balakhani*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

———————————————————

This Document Relates to ALL CASES

———————————————————

ASTRAZENECA'S NOTICE OF SERVICE
OF SUBPOENA ON NON-PARTY

Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP, through

undersigned counsel and pursuant to Federal Rules of Civil Procedure 30, 34, and 45, hereby

give notice of service of subpoena directed to the witness identified below. The subpoena

directs the witness to designate one or more officers, directors, or managing agents to testify

on its behalf as to matters known or reasonably available to it that relate to the contract dated

January 16, 2008 between IKON Office Solutions, Inc. and Bailey Perrin Bailey LLP. The

subpoena also directs the witness to produce all electronic and paper documents and

correspondence in its possession related to said contract, which is attached to the subpoena.

The deposition and production will take place on **January 25, 2008 at 10:00 a.m.** at

the offices of Dechert LLP, 30 Rockefeller Plaza, New York, NY 10112-2200, unless the

date, time, and/or location are changed by mutual agreement between the witness's

representatives and undersigned counsel. The deposition will be recorded stenographically

by a certified court reporter.

The subpoena has been directed to the following:

IKON Office Solutions, Inc.
c/o CT Corporation System
1633 Broadway
New York, New York  10009

The issuance of this subpoena is for the purpose of discovery or for other such purposes as permitted under the applicable Statutes or Rules of Court.  A true and correct copy of the subpoena is attached hereto.

Shane T. Prince
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19103
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
shane.prince@dechert.com

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on the 18th of January, 2008, I served the foregoing document, with attachments, on counsel for plaintiffs and on Plaintiffs' Liaison Counsel in accordance with CMO No. 1.

/s/ Shane T. Prince

**SERVICE LIST**

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>***Plaintiffs' Lead Counsel*** | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br>E. Ashley Cranford, Esq.<br>Whatley Drake & Kallas, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ccf@whatleydrake.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca***<br>***Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Steven M. Selna, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>steven.selna@dbr.com<br>***Attorneys for Defendants Janssen***<br>***Pharmaceutical Products and Johnson &***<br>***Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP***<br>***and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |

6

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

| | |
|---|---|
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net |
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |

8



Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

SHANE T. PRINCE

shane.prince@dechert.com
+1 215 994 2631 Direct
+1 215 855 2631 Fax

January 18, 2008

**HAND DELIVERY**

IKON Office Solutions, Inc.
c/o CT Corporation System
1633 Broadway
New York, New York  10019

Re:  MDL 1769 In re: Seroquel Products Liability Litigation

Dear Sir/Madam:

We represent AstraZeneca Pharmaceuticals LP and AstraZeneca LP in the above-captioned matter.  We respectfully request that, pursuant to the enclosed subpoena, you designate one or more officers, directors, or managing agents to testify on your behalf as to matters known or reasonably available to you that relate to the contract dated January 16, 2008 between you and Bailey Perrin Bailey LLP.  We also request that you produce all electronic and paper documents and correspondence in your possession related to said contract, which is attached to the subpoena.

Please return any invoice to my attention indicating any and all customary charges related to this subpoena.

Your anticipated cooperation is greatly appreciated.  If you have any further questions, please do not hesitate to contact me.

Sincerely,

Shane T. Prince

Enclosure

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

In re SEROQUEL Products Liability

V.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  MDL No. 1769 - Middle Dist. FL

TO:   IKON Office Solutions, Inc.
      c/o C T CORPORATION SYSTEM
      1633 BROADWAY
      NEW YORK, NEW YORK, 10019

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION   Dechert LLP, 30 Rockefeller Plaza, New York, NY 10112-2200 OR other mutually agreed location | DATE AND TIME 1/25/2008 10:00 am |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All electronic and paper documents and correspondence in your possession related to the attached contract dated January 16, 2008 between you and Bailey Perrin Bailey LLP.

| PLACE   Dechert LLP, 30 Rockefeller Plaza, New York, NY 10112-2200 OR other mutually agreed location | DATE AND TIME 1/25/2008 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *(signature)* | 1/18/2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Shane T. Prince - PA Bar No. 89325 (Attorney for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP)
Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808  (215) 994-4000

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

---

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **SERVED** | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject

to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

## SUBPOENA INSTRUCTIONS

1.      In responding to this Subpoena, you are required to produce all documents and correspondence known or reasonably available to you, regardless of whether such documents or correspondence are in your possession, custody or control, or in the possession, custody or control of your agents, consignees, representatives or investigators, or your attorneys or their agents, employees, representatives or investigators.

2.      All documents and correspondence produced in response to this request shall be either:

   a.      Produced in the order and in the manner that they are kept in the usual course of business; or

   b.      Organized and labeled to correspond with the categories in the demand.

3.      All documents that exist in electronic form are to be produced in electronic form and in their native form or other searchable form, not in an electronic form that is merely a picture of a document such as a TIFF file, a TIF file, or a PDF file.

   Documents that do not exist in electronic form are to be produced in single page TIFF files with corresponding load files.

4.      Deposition.  Pursuant to Fed. R. Civ. P. 30(b)(6) and 45, IKON Office Solutions, Inc. ("IKON") shall designate one or more officers, directors, or managing agents to testify on its behalf as to matters known or reasonably available to it that relate to the attached contract dated January 16, 2008 between IKON and Bailey Perrin Bailey LLP.  The deposition will be recorded stenographically by a certified court reporter and may be used for all purposes permitted by the Federal Rules of Civil Procedure.

5.      Documents.  Pursuant to Fed. R. Civ. P. 45, IKON Office Solutions, Inc. ("IKON") shall produce all electronic and paper documents and correspondence in its possession related to the attached contract dated January 16, 2008 between IKON and Bailey Perrin Bailey LLP.



**IKON** Document Efficiency
At Work.

Statement of Work

For

# Bailey Perrin Bailey

January 15, 2008
By:
John Opfinger
Account Manager
Legal Document Services
**IKON Document Efficiency At Work**
40 Broad Street, 6th Floor
New York, NY 10004
Phone: 212.376.6100
Fax: 212.292.7823

Submitted To:
Bailey Perrin Bailey

BAILEY PERRIN BAILEY    Fax:7134257249        Jan 16 2008 14:21      P.03



**Project Requirements & Assumptions:**

Project Summary:    Bailey Perrin Bailey (BPB) is co-lead counsel in a lawsuit brought against AstraZeneca corporation arising out of claims related to the Seroquel project. Productions by defendant to date have been problematic. Defendant has been ordered by the court to remedy past inadequate productions, and to make additional specific productions of material that was withheld previously. In addition, a handful of third parties are also expected to produce data to W&L.

BPB has two primary concerns: Validating that material it receives is appropriate and complete, and getting the most effective access possible to the information in produced data in order to rapidly isolate individual items of interest and to find and show patterns related to the issues in the litigation.

Against this backdrop, the next substantial production to BPB is expected to have begun January 15, 2008and to continue in installments through March 14, 2008. It is expected to include database tables that can be reconstituted to form traditional "load file" database records for each item, and to be comprised of a "mixed bag" of native files, HTML renderings of files, and TIFFs and OCR for redacted files. In addition, BPB expects appropriate supporting material such as manifests and reconciliation reports. This expectation is all consistent with recent representations and a sample provided by plaintiffs; however it is not consistent with earlier commitments of true native format ESI. BPB expects this production to be 1-2TB. It is possible that additional productions totaling several more terabytes will be provided subsequently.

In addition to the situational needs (ensuring it is the right material and making sense of it), BPB also has a business need to defer costs where possible due to the nature of its finances and the specific issues being argued with regard to costs for this case. Accordingly, BPB seeks a provider that has the resources to handle such a substantial project, the technological capabilities to deal with problematic productions and to extract valuable information most effectively, and the business acumen and financial prowess to craft a solution that fits BPB's unique needs.

IKON will provide processing services and a hosted solution through an authorized IKON business partner.

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.

Confidential                                    2                        JDN-01152008-002

BAILEY PERRIN BAILEY   Fax:7134257249          Jan 16 2008  14:22      P.04



**Document Efficiency**
*At Work.*

**Estimated Project Volume:**

Total Media Count:

IKON has been informed by BPB, that the initial size of this project will be approximately 1 (one) Terabyte with a potential to increase over time and the span of the project. IKON has built in pricing that addresses size increases from potential additional data.

Total Document and Page Count:

The total document and image/page count is yet to be determined. For billing of inbound data, page count is largely irrelevant as billing is based on the "size of data files in aggregate" not the "count of files, whether measured in pages or individual files."

Document Count:

The total document count has yet to be determined.

**Project Schedule:**

Production Timelines:

IKON's team will immediately begin processing upon receipt of the media. Setup time will be determined upon commencement of the project. IKON will make reasonable commercial efforts to ensure that some portion of the data is available for searching and review within two weeks after receipt (and after full contract execution including financing approval) and will expedite all data processing as much as possible.

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.

Confidential                              3                        JDN-01152008-002



## Data & Image File Format Specifications:

Data and Image File Format(s):   Meta Data, extracted text and native files to be uploaded into an authorized IKON business partner hosted solution. Data is expected to be consistent with the format demonstrated by Jonathan Jaffe of Weitz & Luxenberg, P.C. to IKON's team on Thursday, 12/27/2007.

## Deliverables:

Delivery Media:   High capacity Hard drives

Data and Image Retention:   Through its hosting partner, IKON will keep all data received for the hosting period, expected to be 36 months. After thirty (30) days from the end of this period, unless there is a mutually agreed extension, IKON is not responsible for maintaining any archival image or data information in connection with this project.

Recipient(s) of Deliverables:   Bailey Perrin Bailey

## Client Obligations

Client will make available Jonathan Jaffe and other knowledgeable personnel along with existing procedures, software, scripts, and other methods that have been developed to deal with data in this matter.  Client will provide access to all appropriate documents, and answer questions as needed on format, history, and origin of data sources. It is understood that IKON will work expeditiously to resolve all technical issues, but that the possibility of some issues proving unsolvable exists.

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001.  IKON Office Solutions, Inc.



**Document Efficiency
At Work.**

**Deliverables**

IKON will work closely with technology provider Cataphora, the company that patented the ability to group "related but not similar items" in litigation data sets and pioneered the field of evidence analytics, to deliver the benefits sought by BPB. Specifically, upon receipt of data, we will where possible process the data and generate a complete inventory report of every item, down to a file-level hash value.

Initially, BPB's existing process for consolidating the disparate fields received by defendant and doing first cut analysis will continue to be employed. Over a period of weeks, BPB will share its methodology to enable IKON to take over such processing and enhance it as necessary to accomplish the business goals of BPB. IKON will de-duplicate the data, and segregate system files of no probative value in the event such files are delivered. IKON will then use some advanced, proprietary technologies to assess the collection for internal consistency (integrity) and completeness, reporting any concerns to BPB.

At this point, the data set will be available and searchable by your team, and available to batch for review according to typical criteria like custodian name, date range, file type, keywords, etc. At the same time, IKON will show:

- Items likely to be Non-Responsive
- Items suggesting any of about 30 "Tones of Voice"
- Items grouped to reflect "related but not necessarily similar", i.e. Cataphora's Discussions™

The entire collection will be hosted for up to 3 years. In addition, IKON will facilitate searches for "hot documents" in the data that relate to your case, and "holes" or problems in the data to enable you to judge the effectiveness of remedial actions taken by defendant

IKON has developed a custom solution for this project, bringing together the power of Cataphora's technology and capacity with IKON's resources, experience, and an innovative financing approach to meet the specific needs of BPB from end-to-end. The approach includes 36 months of hosting and support, including:

All project design planning and consulting
De-duplication
Custom filtering, culling & categorization of all data
All processing: including text and metadata extraction & Cataphora's patented Discussion™ building
Use of the C-Evidence platform for up to 150 users
Non-Responsive Isolation
Tone of Voice analysis
Completeness assessment and report (3 rounds of assessment, all within 180 days)
Data integrity assessment and report (3 rounds of assessment, all within 180 days)
"Hot Doc" searching -- 3 iterations
Training & support

The schedule for Completeness assessments, Data integrity assessments, and "Hot Doc" searches will be determined at the project design meeting the week of January 21, 2008, but is anticipated to be roughly as follows to correlate with scheduling requirements of W&L:

- Round 1 – prior to February 20, 2008
- Round 2 – prior to March 7, 2008

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001, IKON Office Solutions, Inc.



**Document Efficiency
At Work.**

- Round 3 – prior to April 30, 2008

All of these services are included at no additional for the initial terabyte of data.

IKON's "all in" price for the project including the first full terabyte is $3.3M

It is presumed that the data received will be in a format considered standard processing by IKON or in the format demonstrated on 12/27/2007. In the event data is sufficiently different from either of the above, additional charges may be incurred related to data transformation. For the data in the format demonstrated 12/27/2007, no additional charges will be incurred but additional time—beyond that associated with processing true native material – will be required.

Additional Volumes may be added to the initial collection in increments of 100GB. If a data set less than 100GB is added, the full 100GB fee below will be charged. Each additional 100GB increment beyond 1TB will be charged at the following rates:

1 through 5    $180,000 per 100 GBs
6 onward      $140,000 per 100 GBs

If data is broken up physically in units of less than 50GB per each, an additional fee of $750 per media will apply.

These fees INCLUDE hosting through the end of the initial 36-months, regardless of when the data is received.

At the end of the 36-month period, depending on the volume and requirements, any additional hosting & support charges will be negotiated separately. Within 30 days of project conclusion or termination, and after receipt of any final payments, IKON will return all data received for the project as follows:

Original media – returned "as received"
Information in C-Evidence – exported in Cataphora's DocBurst™ format, a CSV file containing every available metadata field, full-text (if provided or derived), and the full path and filename of each item for which a Cataphora OID was generated

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc.
COPYRIGHT 2001, IKON Office Solutions, Inc.

Confidential                                6                    JDN-01152008-002

 **Document Efficiency**
*At Work.*

**Conditions:**

1.     Termination. After the first six (6) months of the term of this SOW, Client may terminate the Services provided under this agreement, without cause, upon ninety- (90)- days' prior written notice to IKON. Upon termination of the Services, for any reason other than for Client's default, IKON shall pay to Client, as a refund of the fees that were paid for hosting services, an amount equal to $7800 times the number of months remaining under the term of this SOW (the "Hosting Refund"). In no event shall the Hosting Refund exceed $216,600.

2.     Non-Performance. In the event that IKON does not perform the Services set forth herein, Client shall so inform IKON in writing within ten (10) days after Client has knowledge of non-performance, specifying the manner in which Client believes the Services to be deficient, and IKON shall have a period of thirty (30) business days from the receipt of such notice to correct the deficiency. In the event that IKON does not correct the deficiency within such period, Client shall then have the option of terminating this Agreement upon thirty (30) days' prior written notice to IKON, WHICH SHALL, EXCEPT AS OUTLINED IN THIS SECTION, BE CLIENT'S SOLE REMEDY FOR NON-PERFORMANCE.

3.     Confidentiality. IKON agrees that all information, specifications, drawings, documentation and "know-how" of every kind and description whatsoever disclosed by Client to IKON under this SOW (the "Client Information") is the exclusive property of Client and IKON shall treat and protect the Client Information as confidential except: (i) Client Information which at the time of development or disclosure is in the public domain; (ii) Client Information which, after development or disclosure becomes part of the public domain by publication or otherwise through no fault of IKON; or (iii) Client Information which can be established to have been independently developed and so documented by IKON or obtained by IKON from any person not in breach of any confidentiality obligations to Client.  Client shall not disclose pricing as stated hereunder to any third parties without the express written consent of IKON.  The confidentiality obligations in this paragraph shall survive the termination of this SOW.

4.     Indemnification.

A.  Customer shall indemnify, defend and hold harmless IKON and its representatives and affiliates from and against any claim, suit, demand, liability, cause of action, damage or cost (including reasonable attorneys' fees) for actual or alleged infringement of any intellectual property right, including but not limited to copyright, trademark, or right of publicity, arising from the copying of materials provided by Customer or the performance of Services under this SOW.  Notwithstanding any other provision of this SOW, nothing in this SOW shall be construed to have IKON control the decisions relating to choosing (i) the content of information copied hereunder or (ii) the content relating to any Services performed by IKON under the terms of this SOW. Client warrants and represents that it violates no intellectual property of third parties by having IKON perform the Services under this SOW.

B.  Each party ("Indemnifying Party") shall indemnify, defend and hold harmless the other ("Indemnified Party") from all claims incurred by the Indemnified Party arising out of the death or bodily injury of any agent, employee, or business invitee of the Indemnified Party, or the damage, loss, or destruction of any tangible property of the Indemnified Party up to a maximum of $1,000,000, to the extent caused by the negligent acts or omissions or willful misconduct of the Indemnifying Party, its employees, or agents. Each party shall promptly notify the other in the event of the threat or initiation of any claim, demand, action or proceeding to which the indemnification obligations set forth in this Section may apply.

Without intending to create any limitation relating to the survival of any other provisions of this SOW, IKON and Customer agree that the terms of this Section shall survive the expiration or earlier termination of this

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON.  No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc.
COPYRIGHT 2001.  IKON Office Solutions, Inc.



**Document Efficiency At Work.**

SOW. Each party shall promptly notify the other in the event of the threat or initiation of any claim, demand, action or proceeding to which the indemnification obligations set forth in this Section may apply.

5. Limitations.

   A.  EXCEPT AS OTHERWISE EXPRESSLY SET FORTH HEREIN, IKON MAKES NO WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, WITH RESPECT TO ANY SERVICES OR GOODS PROVIDED UNDER THIS AGREEMENT, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NO WARRANTIES ARE CREATED BY ANY COURSE OF DEALING BETWEEN THE PARTIES, COURSE OF PERFORMANCE, TRADE USAGE OR INDUSTRY CUSTOM.

   B.  THE AMOUNT OF ANY LIABILITY OF IKON TO CLIENT OR ANY THIRD PARTY, FOR ONE OR MORE CLAIMS ARISING FROM OR RELATING TO THIS SOW, SHALL NOT EXCEED, IN THE AGGREGATE, $500,000, DURING THE ONE YEAR PERIOD PRECEDING THE DATE ON WHICH THE CLAIM AROSE.

   C.  EXCEPT FOR A PARTY'S INDEMNITY OBLIGATIONS HEREUNDER, IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR CONSEQUENTIAL, INCIDENTAL, PUNITIVE OR INDIRECT DAMAGES, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

6. Assignment. Neither party may assign this SOW without the written consent of the other.

7. Force Majeure. IKON may, without liability, delay performance or cancel this SOW or any Services hereunder on account of force majeure or other circumstances beyond its control including, but not limited to, acts of God, actual or threatened war, armed conflict, riot, fire, earthquake, explosion, flood, strike, lockout, injunction or telecommunications, electrical or source of supply failure.

8. Notice of Default and Other Notices. Neither party may commence a suit or legal action on account of a default by the other party in the performance of any of its obligations under this SOW, unless the party seeking such suit or action shall first give the defaulting party written notice of the default. Such notice shall be given at least thirty (30) days prior to the commencement of the suit or legal action, except for non-payment which shall only require ten (10) days notice. Unless otherwise specified herein, all notices under this SOW shall be in writing and delivered by overnight delivery service or first class prepaid mail with return receipt requested to the respective parties at the addresses set forth on the cover page of the Master Services Agreement, or such other location(s) as may be requested in writing by the parties from time to time.

9. Governing Law. The validity and interpretation of this SOW and the legal obligations of the parties to it shall be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania without regard to (i) conflicts of law principles, or (ii) any presumption or rule requiring construction or interpretation against the party drafting or causing this SOW to be drafted.

10. Entire Agreement. This SOW contains the entire agreement between the parties hereto as to the subject matter hereof. There are no representations, agreements or understandings, expressed or implied, affecting this SOW which are not expressly set forth herein. This SOW shall not be supplemented or modified by any terms in a purchase order or confirmation issued by Client. This SOW may not be modified or amended except by the mutual written agreement of the parties. No waiver of any provision of this Agreement shall be effective unless it is in writing and signed by the party against which it is sought to be enforced.

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.

Confidential                              8                        JDN-01152008-002



IKON and client acknowledge that the services and prices that are offered to client herein are based on the assumptions contained within this response, and assumptions to be identified by IKON during its more detailed evaluation and scope assessment following the engagement contemplated hereunder. All production processing will be executed pursuant to the processing, and hosting instructions contained in this document and as its addenda herein. If IKON determines during the production processing of Weitz & Luxenberg document collection that the collection deviates from assumptions, IKON reserves the right to adjust unit price for the impacted service (effective as of the earliest date that such deviation occurred), and client agrees to pay IKON in accordance with IKON's standard terms and conditions for such services. IKON will notify client of its determination of any deviation from the assumptions contained within this response.

**Authorization to Commence Work:**

Client hereby authorizes IKON to proceed with the litigation support services described and specified in the foregoing Statement of Work for IKON Services, and agrees to the terms and conditions as specified herein.

| CLIENT | IKON |
|---|---|
| By: _F.Kennet Bailey Jr_ | By: _____ |
| Signature | Signature |
| _F.Kenneth Bailey, Jr_ | _John Schmidt, Vice President & GM_ |
| Printed Name & Title | Printed Name & Title |
| _1-16-08_ | _1/16/08_ |
| Date | Date |

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.

Confidential                              9                         JDN-01152008-002



**Contact Information:**

| | |
|---|---|
| Client Firm: | Weitz & Luxenberg |
| Primary Client Contact Name: | Jonathan Jaffe |
| Title: | Litigation Support Manager |
| Address: | 180 Maiden Lane |
| Address: | 9th Floor |
| City State Zip: | New York, NY 10038-4925 |
| Phone: | (212) 558-5500 |
| Fax: | (212) 344-5461 |
| Email: | jjaffe@weitzlux.com |
| Shipping Contact Name (if different): | |
| Address: | |
| Address: | |
| City State Zip: | |
| Shipping ID # (Client's Preference): | Courier: |
| Original Documents Contact (if different): | |
| Address: | |
| Address: | |
| City, State, Zip: | |
| Phone: | |
| Technical Contact Name (if different): | |
| Address: | |
| City State Zip: | |
| Phone: | |
| Email: | |
| Billing Attorney: | |
| Invoice To (select one): | Client                    LDS Office: |
| Project Client / Matter # or Reference | |
| IKON LDS Account Manager: | John Opfinger / Cell: (347) 203-7693 |
| LDS Job Ticket #: | «LDS_Job_»                Cost Center #: «LDS_Cost_Center» |
| Street: | 40 Broad Street, 6th Floor |
| City State Zip: | New York, NY 10004 |
| Office Phone: | 212.376.6100 |
| Email: | vdeonandan@ikon.com |
| Sales Manager: | Bob Croucher |
| Office Phone: | 212.376.6100              Cell: |
| DSA New York | Vishnu Deonandan |
| Office Phone: | 212.376.6100              Cell: |

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc.
COPYRIGHT 2001. IKON Office Solutions, Inc.

Confidential                          10                    JDN-01152008-002