# EXHIBIT J

```
 1        So, and then how long is all this going to be take to
 2   be heard.  It seems to me that a day probably is not
 3   enough, depending on how you people want to proceed.
 4        So with that as sort of preparatory remarks,
 5   Mr. Gornick, what are plaintiffs' thoughts?
 6             MR. GORNICK:  Your Honor, we have been thinking
 7   a lot about this.  We have reviewed the submissions by the
 8   defendants.  We actually had made a proposal to the
 9   defendants on December 17, I believe.  We never heard back
10   from them until they filed their objection to it yesterday
11   and attached it as an exhibit.
12        But be that as it may, we agree with the defendants
13   to this to this much.  All of the issues will not be ripe
14   on January 28th.  There's no doubt about that because
15   we're just now starting to get a lot of documents that
16   should have been produced a long time ago.
17        For example, on the 31st we received that special
18   Seroquel litigation e-mail box.  We haven't had a chance
19   to crunch through all that yet.  There are a lot of
20   examples like that.
21        So we're not going to be in a position on January 28
22   to finally establish the breadth of the problems and the
23   breadth of the prejudice from all of the conduct put
24   together.
25             There is a very discrete issue, though, and an
```

1  important issue but fairly narrow issue, that will be ripe
2  for January 28.  It's ripe right now.  And that is the
3  amount of sanctions for AstraZeneca's failure to produce
4  usable or reasonably accessible data.  That is an item
5  that you targeted in Your Honor's August 21 order as
6  something to be determined at a later date.  It's a
7  discrete item.
8       Much of the conduct leading up to the conclusions of
9  Your Honor's sanction order, it's already in the record.
10 We would produce evidence of conduct related to that issue
11 that occurred after the sanctions hearing, and we would
12 ask you to award a monetary figure as a sanction.
13      And the reason why it's important is because of the
14 magnitude of the expense we have been forced to incur.
15 The short story is, the defendants were ordered in Case
16 Management Order 2 to produce custodial files in a TIFF
17 and load file format.  It was specified.  It's established
18 that they failed to do it in a reasonable way.
19      Since the sanctions hearing, the depth and breadth of
20 the problems with how they produced the data have ripened.
21 We know it's even worse than as it was presented at the
22 sanctions hearing, to the point where they have to start
23 over.  That fact, the fact that they have to start over,
24 the fact they're insisting on producing the data to us in
25 a way that violates Case Management Order 2, that is a