# EXHIBIT K

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br><br>MDL Docket No. 1769<br><br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB |

All of the following corresponds to the category of sanctionable conduct described by the Court's August 21, 2007 Order as: "AZ's failure timely to produce "usable" or "reasonably accessible" documents in this litigation." Order at p. 28.

## EXHIBIT LIST

_____Government   __X_ Plaintiff   _____Defendant   _____Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | | | | | Declaration of Lawrence J. Gornick in Support of Request for Monetary Sanctions |
| 1.01 | | | | | Exhibit 1 to Declaration of Lawrence J. Gornick in Support of Request for Monetary Sanctions – chart showing total fees incurred by Lawrence J. Gornick |
| 1.02 | | | | | Exhibit 2 to Declaration of Lawrence J. Gornick in Support of Request for Monetary Sanctions – chart showing total costs incurred by Levin Simes Kaiser & Gornick |
| 2 | | | | | Declaration of Dennis J. Canty in Support of Request for Monetary Sanctions |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 2.01 |  |  |  |  | Exhibit 1 to Declaration of Dennis J. Canty in Support of Request for Monetary Sanctions – chart showing total fees incurred by Dennis J. Canty |
| 3 |  |  |  |  | Declaration of Laura M. Brandenberg in Support of Monetary Sanctions |
| 3.01 |  |  |  |  | Exhibit 1 to Declaration of Laura M. Brandenberg in Support of Monetary Sanctions – chart showing total fees incurred by Laura M. Brandenberg |
| 4 |  |  |  |  | Declaration of Paul J. Pennock in Support of Request for Monetary Sanctions |
| 5 |  |  |  |  | Affidavit of Yommy S. Chiu |
| 6 |  |  |  |  | Declaration of Sung Kim in Support of Request for Monetary Sanctions |
| 7 |  |  |  |  | Declaration of Alla Swanson in Support of Request for Monetary Sanctions |
| 8 |  |  |  |  | Declaration of Boris Gonopolsky in Support of Request for Monetary Sanctions |
| 9 |  |  |  |  | Declaration of Brendan McAteer in Support of Request for Monetary Sanctions |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 10 | | | | | Declaration of Michael Pederson in Support of Request for Monetary Sanctions |
| 11 | | | | | Declaration of Jonathan Sedgh in Support of Request for Monetary Sanctions |
| 12 | | | | | Declaration of Camp Bailey in Support of Request for Monetary Sanctions |
| 13 | | | | | Declaration of Larry Fernandez in Support of Request for Monetary Sanctions |
| 14 | | | | | August 30, 2007 Declaration of Jonathan Jaffe in Support of Appointment of IT Advisor |
| 15 | | | | | Declaration of Robert Schoenhaut in Support of Request for Monetary Sanctions |
| 16 | | | | | Declaration of Jonathan Jaffe in Support of Request for Monetary Sanctions |
| 16.01 | | | | | Exhibit 1 to Dec of Jaffe – CV |
| 16.02 | | | | | Exhibit 2 to Dec of Jaffe – John Martin Invoices |
| 16.03 | | | | | Exhibit 3 to Dec of Jaffe –Email to parties |
| 16.04 | | | | | Exhibit 4 to Dec of Jaffe – Request to CTS |
| 16.05 | | | | | Exhibit 5 to Dec of Jaffe – CTS Bid |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 16.06 | | | | | Exhibit 6 to Dec of Jaffe – DOAR Bid |
| 16.07 | | | | | Exhibit 7 to Dec of Jaffe – Email re DOAR pricing |
| 16.08 | | | | | Exhibit 8 to Dec of Jaffe – Email re IKON pricing |
| 16.09 | | | | | Exhibit 9 to Dec of Jaffe – IKON Statement of Work |
| 16.10 | | | | | Exhibit 10 to Dec of Jaffe – Jaffe Timesheet |
| 17 | | | | | Declaration of T. Scott Allen in Support of Request for Monetary Sanctions |

LEVIN SIMES KAISER & GORNICK LLP


By:       s/ Lawrence J. Gornick
      Lawrence J. Gornick
      Attorneys for Plaintiffs