# EXHIBIT M

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to ALL CASES

**PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFFS REGARDING PLAINTIFFS' REQUEST FOR SANCTIONS**

**REQUESTS FOR PRODUCTION**

**REQUEST NO. 1**

Produce all documents referenced, relied upon, or that support your responses to Defendants' First Set of Interrogatories to Plaintiffs Regarding Plaintiffs' Request for Sanctions and/or Defendants' First Set of Requests for Admission to Plaintiffs Regarding Plaintiffs' Request for Sanctions.

**RESPONSE TO REQUEST NO. 1**

Plaintiffs will produce all non-privileged documents responsive to this request and related to the matters to be heard by the Court on January 28.

**REQUEST NO. 2**

Produce your document management system and platform for inspection and testing.

**RESPONSE TO REQUEST NO. 2**

Plaintiffs object to this request as unrelated to the matters at issue on January 28.

**REQUEST NO. 3**

Produce all documents, data, and exhibits you intend to use at any hearing in support of your claim for relief related to your motion for sanctions against AZ.

**RESPONSE TO REQUEST NO. 3**

Plaintiffs will produce all non-privileged documents responsive to this request and related to the matters to be heard by the Court on January 28.

**REQUEST NO. 4**

Produce all documents you intend to rely upon in support of your request for legal relief related to your motion for sanctions against AZ.

**RESPONSE TO REQUEST NO. 4**

Plaintiffs object to this request as unrelated to the matters at issue on January 28.

**REQUEST NO. 5**

Produce all documents you intend to rely upon in support of your request for monetary relief related to your motion for sanctions against AZ.

**RESPONSE TO REQUEST NO. 5**

Plaintiffs will produce all non-privileged documents responsive to this request and related to the matters to be heard by the Court on January 28.

**REQUEST NO. 6**

Produce all copies of your billing and time records that support your claims for monetary relief related to your motion for sanctions against AZ.

**RESPONSE TO REQUEST NO. 6**

Plaintiffs will produce all non-privileged documents responsive to this request and related to the matters to be heard by the Court on January 28.

**REQUEST NO. 7**

Produce any and all curriculum vitae and/or resumes for those individuals identified in your responses to Defendants' First Set of Interrogatories to Plaintiffs Regarding Plaintiffs' Request for Sanctions.

**RESPONSE TO REQUEST NO. 7**

Plaintiffs will produce documents responsive to this request.

**REQUEST NO. 8**

Produce any and all manuals, documents, booklets, and/or written instructions or information relating to the databases and document management systems utilized by Plaintiffs.

**RESPONSE TO REQUEST NO. 8**

Plaintiffs object to this request as unrelated to the matters at issue on January 28.

**REQUEST NO. 9**

Produce any and all contracts or agreements with third-party vendors that provide litigation support services to the Plaintiffs.

**RESPONSE TO REQUEST NO. 9**

Plaintiffs object to this request to the extent it is unrelated to the matters at issue on January 28. Plaintiffs will produce their agreement with the third party vendor selected to host AstraZeneca's new, native production.

**REQUEST NO. 10**

Produce all document indices, compilations, notebooks, communications, analysis, etc. that discuss and analyze the issue of sanctions or the specific elements of Plaintiffs' claim for sanctions.

**RESPONSE TO REQUEST NO. 10**

Plaintiffs object to this request as it seeks information protected from disclosure by the attorney work product doctrine. Plaintiffs will produce non-privileged documents responsive to this request and related to the matters to be heard by the Court on January 28

Dated: January 16, 2008          LEVIN SIMES KAISER & GORNICK LLP

               /s/ Dennis J. Canty
          Lawrence J. Gornick (CA State Bar No. 136290)
          Dennis J. Canty (CA State Bar No. 207978)
          44 Montgomery Street, 36th Floor
          San Francisco, CA  94104
          Telephone:  415-273-8138
          Facsimile:  415-981-1270
          E-mail:     lgornick@lskg-law.com
                      dcanty@lskg-law.com