# EXHIBIT N

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

**MDL DOCKET NO. 1769**

_____

**This Document Relates to ALL CASES**

**PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST SET OF REQUESTS FOR
ADMISSION TO PLAINTIFFS REGARDING PLAINTIFFS'
REQUEST FOR SANCTIONS**

**OBJECTION TO REQUESTS FOR ADMISSIONS NOS. 11-277**

Defendants' Requests for Admissions seek responses that are not relevant to the claims or defenses of any party, and do not seek to establish relevant issues of fact.  In addition, the issues to be determined at the January 28, 2008 hearing are limited to Plaintiffs' increased costs associated with AstraZeneca's sanctionable failure to make timely and usable custodial production.   Therefore, these RFAs are irrelevant to the issues pending, in particular RFAs 11 - 277 which seek Plaintiffs to admit or deny whether a specific document was used in deposition as an exhibit.  Issues of prejudice are to be determined at a later date.  In light of the limited issues to be determined at the January 28, 2008 hearing, responding to these irrelevant, repetitive and onerous requests for admissions imposes an undue burden on Plaintiffs.

**REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 1**
Admit that you have used over 250 documents produced to you by AZ at depositions of corporate witnesses.

**RESPONSE TO REQUEST NO. 1**
Admit.

**REQUEST FOR ADMISSION NO. 2**
Admit that you have chosen to go forward with the depositions of Wayne MacFadden on December 20-21, 2007, Jack Schwartz on January 10-11, 2008, Jeffrey Goldstein on January 16, 2008, and Chip Davis on January 24-25, 2008 with the documents that have currently been produced, even though the Court has allowed you to depose witnesses after March 14, 2008.

1

**RESPONSE TO REQUEST NO. 2**

Admit, in part and deny in part.   The deposition of Mr. Goldstein is not presently
scheduled.

**REQUEST FOR ADMISSION NO. 3**

Admit that no trials have been conducted in these cases.

**RESPONSE TO REQUEST NO. 3**

Admit.

**REQUEST FOR ADMISSION NO. 4**

Admit that you have not produced any accounting of costs you claim are associated with
AZ's alleged misconduct.

**RESPONSE TO REQUEST NO. 4**

Deny.

**REQUEST FOR ADMISSION NO. 5**

Admit that you cannot calculate your total costs until AZ completes its remedial
production on March 14, 2008.

**RESPONSE TO REQUEST NO. 5**

Admit, in part, and deny, in part.  Plaintiffs admit that they will not be able to calculate
the total amount of their costs associated with AZ's misconduct to date until some time after AZ
completes its production of documents and later.  Further, as evidenced by its defiance of SM-
ESI directives, its violations of agreements reached regarding the format of production of
databases, and technical issues raised by its initial productions in the new, "native" format,
plaintiffs suspect that AstraZeneca's discovery abuses will continue, and that plaintiffs will
continue to incur related costs well past the March 14, 2008 deadline for "remedial" production.
On January 28, 2008, plaintiffs will present their increased costs related to the technical
deficiencies in AstraZeneca's initial custodial production.

**REQUEST FOR ADMISSION NO. 6**

Admit that any legal prejudice you claim to have suffered as a result of alleged
misconduct by AZ cannot be ascertained until the remedial production of documents is
accomplished on March 14, 2008.

**RESPONSE TO REQUEST NO. 6**

Admit, in part, and deny, in part.  Plaintiffs admit they will not be able to determine the
totality of legal prejudice they have suffered to date until some time after AZ completes its
production of documents and later.  Further, as evidenced by its defiance of SM-ESI directives,
its violations of agreements reached regarding the format of production of databases, and
technical issues raised by its initial productions in the new, "native" format, plaintiffs suspect
that AstraZeneca's discovery abuses will continue, and that plaintiffs will continue to suffer
prejudice well past the March 14, 2008 deadline for "remedial" production.

2

**REQUEST FOR ADMISSION NO. 7**
     Admit that AZ has never denied your request for the production of files of additional specific custodians.

**RESPONSE TO REQUEST NO. 7**
     Deny.  AstraZeneca has never produced a complete file for any custodian, whether one of the 80 initially selected by AstraZeneca or an "additional" custodian selected by plaintiffs, despite the 2007 deadlines for such production.  Plaintiffs have continually sought production of all such custodial files from AstraZeneca and, in failing to produce them in a timely manner and usable format, AstraZeneca has repeatedly denied those requests.

**REQUEST FOR ADMISSION NO. 8**
     Admit that AZ has produced the files of 20 additional custodians at your request.

**RESPONSE TO REQUEST NO. 8**
     Admit, in part, and deny, in part.  AZ has produced some documents for 20 additional custodians.  AstraZeneca has never produced a complete file for any custodian, whether one of the 80 initially selected by AstraZeneca or an "additional" custodian selected by plaintiffs, despite the 2007 deadlines for such production.  Plaintiffs have continually sought production of all such custodial files from AstraZeneca and, in failing to produce them in a timely manner and usable format, AstraZeneca has repeatedly denied those requests.

**REQUEST FOR ADMISSION NO. 9**
     Admit that AZ has participated in at least 49 meet-and-confers with you since October 16, 2007 regarding specific AZ databases or systems.

**RESPONSE TO REQUEST NO. 9**
     Admit, in part, and deny, in part.  The SM-ESI directed that AstraZeneca meet and confer in good faith regarding the scope and format of production of databases and systems beginning on October 16, 2007.  AstraZeneca appeared at the meet and confer sessions, but was often represented by "technical" or "business" personnel ill-equipped to answer the questions posed by plaintiffs' representatives.

**REQUEST FOR ADMISSION NO. 10**
     Admit that AZ technical and/or business non-attorney representatives participated in every AZ database or system meet-and-confer since October 16, 2007.

**RESPONSE TO REQUEST NO. 10**
     Admit, in part, and deny, in part.  The SM-ESI directed that AstraZeneca meet and confer in good faith regarding the scope and format of production of databases and systems beginning on October 16, 2007.  AstraZeneca appeared at the meet and confer sessions, but was often represented by "technical" or "business" personnel ill-equipped to answer the questions posed by plaintiffs' representatives.

**REQUEST FOR ADMISSION NO. 11**
Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 10379213-21 as Exhibit 2.

**RESPONSE TO REQUEST NO. 11**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Deny.

**REQUEST FOR ADMISSION NO. 12**
Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 10379204-12 as Exhibit 3.

**RESPONSE TO REQUEST NO. 12**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Deny.

**REQUEST FOR ADMISSION NO. 13**
Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 5169315-17 as Exhibit 5.

**RESPONSE TO REQUEST NO. 13**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 14**
Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 3731494-95 as Exhibit 6.

**RESPONSE TO REQUEST NO. 14**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Deny.

**REQUEST FOR ADMISSION NO. 15**
Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 1548571 as Exhibit 7.

**RESPONSE TO REQUEST NO. 15**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 16**
Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 3888070-79 as Exhibit 8.

**RESPONSE TO REQUEST NO. 16**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 17**
Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 1470743 as Exhibit 9.

**RESPONSE TO REQUEST NO. 17**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 18**
Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 0628756-57 as Exhibit 10.

**RESPONSE TO REQUEST NO. 18**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 19**
Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 1457571-95 as Exhibit 11.

**RESPONSE TO REQUEST NO. 19**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 20**
Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 3902174-85 as Exhibit 12.

**RESPONSE TO REQUEST NO. 20**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 21**
Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 4209846-47 as Exhibit 13.

**RESPONSE TO REQUEST NO. 21**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 22**

Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 1457534-35 as Exhibit 15.

**RESPONSE TO REQUEST NO. 22**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 23**

Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 4471928 as Exhibit 17.

**RESPONSE TO REQUEST NO. 23**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 24**

Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 3901840-60 as Exhibit 18.

**RESPONSE TO REQUEST NO. 24**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Deny.

**REQUEST FOR ADMISSION NO. 25**

Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 1636358-88 as Exhibit 20.

**RESPONSE TO REQUEST NO. 25**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 26**

Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 3693588-609 as Exhibit 21.

**RESPONSE TO REQUEST NO. 26**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 27**

Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 3673880-81 as Exhibit 22.

**RESPONSE TO REQUEST NO. 27**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 28**

Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 0732157-59 as Exhibit 24.

**RESPONSE TO REQUEST NO. 28**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 29**

Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 2203952-86 as Exhibit 25.

**RESPONSE TO REQUEST NO. 29**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 30**

Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 1501087-103 as Exhibit 26.

**RESPONSE TO REQUEST NO. 30**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 31**

Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 1473937-47 as Exhibit 27.

**RESPONSE TO REQUEST NO. 31**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 32**

Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 6954807-08 as Exhibit 30.

**RESPONSE TO REQUEST NO. 32**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 33**
 Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 0732263-92 as Exhibit 31.

**RESPONSE TO REQUEST NO. 33**
 Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 34**
 Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 4189595-623 as Exhibit 32.

**RESPONSE TO REQUEST NO. 34**
 Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 35**
 Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 1473715-22 as Exhibit 33.

**RESPONSE TO REQUEST NO. 35**
 Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 36**
 Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 1473760-85 as Exhibit 35.

**RESPONSE TO REQUEST NO. 36**
 Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 37**
 Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 3447788 as Exhibit 36.

**RESPONSE TO REQUEST NO. 37**
 Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 38**
 Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 0717368-77 as Exhibit 37.

**RESPONSE TO REQUEST NO. 38**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 39**

      Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 7224933-54 as Exhibit 38.

**RESPONSE TO REQUEST NO. 39**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 40**

      Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 7636574-94 as Exhibit 39.

**RESPONSE TO REQUEST NO. 40**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 41**

      Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 1473704-14 as Exhibit 40.

**RESPONSE TO REQUEST NO. 41**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 42**

      Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 1552899-902 as Exhibit 41.

**RESPONSE TO REQUEST NO. 42**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 43**

      Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 6950189-90 as Exhibit 42.

**RESPONSE TO REQUEST NO. 43**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 44**

 Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 6950172 as Exhibit 43.

**RESPONSE TO REQUEST NO. 44**

 Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 45**

 Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 3977253-54 as Exhibit 44.

**RESPONSE TO REQUEST NO. 45**

 Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 46**

 Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 3978008-09 as Exhibit 45.

**RESPONSE TO REQUEST NO. 46**

 Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 47**

 Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 3898260-61 as Exhibit 46.

**RESPONSE TO REQUEST NO. 47**

 Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 48**

 Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 09537822-23 as Exhibit 48.

**RESPONSE TO REQUEST NO. 48**

 Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 49**

 Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 4305666 as Exhibit 49.

**RESPONSE TO REQUEST NO. 49**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.


**REQUEST FOR ADMISSION NO. 50**
Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 0538000-02 as Exhibit 50.

**RESPONSE TO REQUEST NO. 50**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Deny.

**REQUEST FOR ADMISSION NO. 51**
Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 1475556-59 as Exhibit 51.

**RESPONSE TO REQUEST NO. 51**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 52**
Admit that in the deposition of Denise Campbell on October 10-11, 2007, you used a document bates numbered AZ/SER 0538571-72 as Exhibit 52.

**RESPONSE TO REQUEST NO. 52**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 53**
Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10376373-74 as Exhibit 21.

**RESPONSE TO REQUEST NO. 53**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 54**
Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 3689747-49 as Exhibit 24.

**RESPONSE TO REQUEST NO. 54**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 55**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 0744937-40 as Exhibit 25.

**RESPONSE TO REQUEST NO. 55**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 56**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 2825040 as Exhibit 26.

**RESPONSE TO REQUEST NO. 56**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 57**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 0745010-14 as Exhibit 27.

**RESPONSE TO REQUEST NO. 57**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 58**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 2986196-98 as Exhibit 28.

**RESPONSE TO REQUEST NO. 58**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 59**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10455508-11 as Exhibit 29.

**RESPONSE TO REQUEST NO. 59**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 60**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 1485510-17 as Exhibit 30.

**RESPONSE TO REQUEST NO. 60**

     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 61**

     Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 5701763 as Exhibit 31.

**RESPONSE TO REQUEST NO. 61**

     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 62**

     Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 1620190-92 as Exhibit 32.

**RESPONSE TO REQUEST NO. 62**

     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 63**

     Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 08392825 as Exhibit 33.

**RESPONSE TO REQUEST NO. 63**

     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 64**

     Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10453450-52 as Exhibit 34.

**RESPONSE TO REQUEST NO. 64**

     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 65**

     Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 3913283-84 as Exhibit 35.

**RESPONSE TO REQUEST NO. 65**

     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 66**

      Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10445724 as Exhibit 36.

**RESPONSE TO REQUEST NO. 66**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 67**

      Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10446339 as Exhibit 37.

**RESPONSE TO REQUEST NO. 67**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 68**

      Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10446171 as Exhibit 38.

**RESPONSE TO REQUEST NO. 68**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 69**

      Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10446170 as Exhibit 39.

**RESPONSE TO REQUEST NO. 69**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 70**

      Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10446163 as Exhibit 40.

**RESPONSE TO REQUEST NO. 70**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 71**

      Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10447971-73 as Exhibit 42.

**RESPONSE TO REQUEST NO. 71**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 72**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10447939-41 as Exhibit 43.

**RESPONSE TO REQUEST NO. 72**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 73**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10427682-83 as Exhibit 44.

**RESPONSE TO REQUEST NO. 73**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 74**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10417174-76 as Exhibit 45.

**RESPONSE TO REQUEST NO. 74**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 75**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10417177-81 as Exhibit 45.

**RESPONSE TO REQUEST NO. 75**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 76**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10465916-18 as Exhibit 46.

**RESPONSE TO REQUEST NO. 76**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 77**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10427943 as Exhibit 47.

**RESPONSE TO REQUEST NO. 77**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 78**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10427473-78 as Exhibit 48.

**RESPONSE TO REQUEST NO. 78**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 79**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10455169-70 as Exhibit 49.

**RESPONSE TO REQUEST NO. 79**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 80**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10446177 as Exhibit 50.

**RESPONSE TO REQUEST NO. 80**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 81**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10446168 as Exhibit 51.

**RESPONSE TO REQUEST NO. 81**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 82**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10446166 as Exhibit 52.

**RESPONSE TO REQUEST NO. 82**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 83**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10480425-33 as Exhibit 53.

**RESPONSE TO REQUEST NO. 83**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 84**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 6460795-834 as Exhibit 54.

**RESPONSE TO REQUEST NO. 84**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 85**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10475232-35 as Exhibit 55.

**RESPONSE TO REQUEST NO. 85**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 86**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10441272-75 as Exhibit 56.

**RESPONSE TO REQUEST NO. 86**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 87**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 4211835 as Exhibit 57.

**RESPONSE TO REQUEST NO. 87**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 88**
  Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 4806265-66 as Exhibit 58.


**RESPONSE TO REQUEST NO. 88**
  Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 89**
  Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 09439047-48 as Exhibit 60.

**RESPONSE TO REQUEST NO. 89**
  Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 90**
  Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 4590816-20 as Exhibit 61.

**RESPONSE TO REQUEST NO. 90**
  Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 91**
  Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 6829369-70 as Exhibit 62.

**RESPONSE TO REQUEST NO. 91**
  Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 92**
  Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 7031458 as Exhibit 63.

**RESPONSE TO REQUEST NO. 92**
  Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 93**
  Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 6830448-51 as Exhibit 64.

**RESPONSE TO REQUEST NO. 93**
     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.



**REQUEST FOR ADMISSION NO. 94**
     Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 7225123-25 as Exhibit 65.

**RESPONSE TO REQUEST NO. 94**
     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 95**
     Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 7225126-32 as Exhibit 66.

**RESPONSE TO REQUEST NO. 95**
     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 96**
     Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 7177714 as Exhibit 68.

**RESPONSE TO REQUEST NO. 96**
     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 97**
     Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 0692313-499 as Exhibit 69.

**RESPONSE TO REQUEST NO. 97**
     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Deny.

**REQUEST FOR ADMISSION NO. 98**
     Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 7180936-43 as Exhibit 70.

**RESPONSE TO REQUEST NO. 98**
     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 99**
    Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 5566780 as Exhibit 71.


**RESPONSE TO REQUEST NO. 99**
    Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 100**
    Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 5566781 as Exhibit 71.

**RESPONSE TO REQUEST NO. 100**
    Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 101**
    Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 5566782 as Exhibit 71.

**RESPONSE TO REQUEST NO. 101**
    Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 102**
    Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 6837411-12 as Exhibit 72.

**RESPONSE TO REQUEST NO. 102**
    Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 103**
    Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 7575456-57 as Exhibit 73.

**RESPONSE TO REQUEST NO. 103**
    Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Deny.

**REQUEST FOR ADMISSION NO. 104**
    Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 2569945-46 as Exhibit 74.

**RESPONSE TO REQUEST NO. 104**
        Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.


**REQUEST FOR ADMISSION NO. 105**
        Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 3126718-24 as Exhibit 75.

**RESPONSE TO REQUEST NO. 105**
        Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 106**
        Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 10446065-66 as Exhibit 76.

**RESPONSE TO REQUEST NO. 106**
        Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 107**
        Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 4343566 as Exhibit 77.

**RESPONSE TO REQUEST NO. 107**
        Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 108**
        Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 2049075 as Exhibit 78.

**RESPONSE TO REQUEST NO. 108**
        Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 109**
        Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 1494247 as Exhibit 79.

**RESPONSE TO REQUEST NO. 109**
        Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 110**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 1494248-58 as Exhibit 80.

**RESPONSE TO REQUEST NO. 110**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 111**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 4719542-44 as Exhibit 81.

**RESPONSE TO REQUEST NO. 111**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 112**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 0628255-57 as Exhibit 82.

**RESPONSE TO REQUEST NO. 112**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 113**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 6769648-50 as Exhibit 83.

**RESPONSE TO REQUEST NO. 113**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 114**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 6769651 as Exhibit 83.

**RESPONSE TO REQUEST NO. 114**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 115**

Admit that in the deposition of James Gaskill on October 25-26, 2007, you used a document bates numbered AZ/SER 4867379-80 as Exhibit 84.

**RESPONSE TO REQUEST NO. 115**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 116**
Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 1270487 as Exhibit 1.

**RESPONSE TO REQUEST NO. 116**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 117**
Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 7421644 as Exhibit 3.

**RESPONSE TO REQUEST NO. 117**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 118**
Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 10427473-78 as Exhibit 4.

**RESPONSE TO REQUEST NO. 118**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 119**
Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 10464786 as Exhibit 4.

**RESPONSE TO REQUEST NO. 119**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 120**
Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 1683785 as Exhibit 5.

**RESPONSE TO REQUEST NO. 120**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 121**
  Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 10378625-27 as Exhibit 6.


**RESPONSE TO REQUEST NO. 121**
  Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 122**
  Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 1721764-91 as Exhibit 7.

**RESPONSE TO REQUEST NO. 122**
  Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 123**
  Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 4341012-13 as Exhibit 8.

**RESPONSE TO REQUEST NO. 123**
  Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 124**
  Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 09989795 as Exhibit 8.

**RESPONSE TO REQUEST NO. 124**
  Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 125**
  Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 09998499 as Exhibit 8.

**RESPONSE TO REQUEST NO. 125**
  Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 126**
  Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 1158091-92 as Exhibit 9.

**RESPONSE TO REQUEST NO. 126**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 127**

Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 4867379-80 as Exhibit 10.

**RESPONSE TO REQUEST NO. 127**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 128**

Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 0747282-84 as Exhibit 11.

**RESPONSE TO REQUEST NO. 128**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 129**

Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 1693620 as Exhibit 12.

**RESPONSE TO REQUEST NO. 129**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 130**

Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 4014196 as Exhibit 13.

**RESPONSE TO REQUEST NO. 130**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 131**

Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 4788058-64 as Exhibit 13.

**RESPONSE TO REQUEST NO. 131**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 132**

     Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 0519729 as Exhibit 14.


**RESPONSE TO REQUEST NO. 132**

     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 133**

     Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 0582269-83 as Exhibit 15.

**RESPONSE TO REQUEST NO. 133**

     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 134**

     Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 1562020 as Exhibit 16.

**RESPONSE TO REQUEST NO. 134**

     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 135**

     Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 0561942-43 as Exhibit 17.

**RESPONSE TO REQUEST NO. 135**

     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 136**

     Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 0745789 as Exhibit 18.

**RESPONSE TO REQUEST NO. 136**

     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 137**

     Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 1325337 as Exhibit 20.

**RESPONSE TO REQUEST NO. 137**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 138**

      Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 2870049-66 as Exhibit 22.

**RESPONSE TO REQUEST NO. 138**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 139**

      Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 6353329-36 as Exhibit 23.

**RESPONSE TO REQUEST NO. 139**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 140**

      Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 0738006-99 as Exhibit 24.

**RESPONSE TO REQUEST NO. 140**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 141**

      Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 0737521-70 as Exhibit 25.

**RESPONSE TO REQUEST NO. 141**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 142**

      Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 6112566-67 as Exhibit 27.

**RESPONSE TO REQUEST NO. 142**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 143**
Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 0961823-27 as Exhibit 29.


**RESPONSE TO REQUEST NO. 143**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Deny.

**REQUEST FOR ADMISSION NO. 144**
Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 0961905-09 as Exhibit 31.

**RESPONSE TO REQUEST NO. 144**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 145**
Admit that in the deposition of Dr. Jamie Mullen on November 1-2, 2007, you used a document bates numbered AZ/SER 3340279-82 as Exhibit 37.

**RESPONSE TO REQUEST NO. 145**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 146**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 6350639-43 as Exhibit 2.

**RESPONSE TO REQUEST NO. 146**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 147**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 3917638-71 as Exhibit 3.

**RESPONSE TO REQUEST NO. 147**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 148**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 6345593 as Exhibit 4.

**RESPONSE TO REQUEST NO. 148**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.


**REQUEST FOR ADMISSION NO. 149**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 1561853-54 as Exhibit 5.

**RESPONSE TO REQUEST NO. 149**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 150**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 3992491 as Exhibit 6.

**RESPONSE TO REQUEST NO. 150**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 151**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 6354890-91 as Exhibit 7.

**RESPONSE TO REQUEST NO. 151**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 152**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 6350429-521 as Exhibit 8.

**RESPONSE TO REQUEST NO. 152**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Deny.

**REQUEST FOR ADMISSION NO. 153**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 1599526-27 as Exhibit 9.

**RESPONSE TO REQUEST NO. 153**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 154**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 6368802-08 as Exhibit 10.


**RESPONSE TO REQUEST NO. 154**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 155**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 1561759-60 as Exhibit 11.

**RESPONSE TO REQUEST NO. 155**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 156**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 3992314-15 as Exhibit 12.

**RESPONSE TO REQUEST NO. 156**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 157**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 6344813-18 as Exhibit 14.

**RESPONSE TO REQUEST NO. 157**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 158**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 2100959-1010 as Exhibit 15.

**RESPONSE TO REQUEST NO. 158**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 159**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 0605443-46 as Exhibit 17.

**RESPONSE TO REQUEST NO. 159**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 160**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 6353329-36 as Exhibit 18.

**RESPONSE TO REQUEST NO. 160**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 161**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 0558055-69 as Exhibit 19.

**RESPONSE TO REQUEST NO. 161**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 162**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 6365772-864 as Exhibit 20.

**RESPONSE TO REQUEST NO. 162**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 163**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 6580595 as Exhibit 21.

**RESPONSE TO REQUEST NO. 163**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 164**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 7285501 as Exhibit 22.

**RESPONSE TO REQUEST NO. 164**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 165**

     Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 6998268-71 as Exhibit 23.

**RESPONSE TO REQUEST NO. 165**

     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 166**

     Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 6490551-66 as Exhibit 24.

**RESPONSE TO REQUEST NO. 166**

     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 167**

     Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 0566292-94 as Exhibit 25.

**RESPONSE TO REQUEST NO. 167**

     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 168**

     Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 0918051-65 as Exhibit 26.

**RESPONSE TO REQUEST NO. 168**

     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 169**

     Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 1570667-87 as Exhibit 27.

**RESPONSE TO REQUEST NO. 169**

     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 170**

     Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 6345264-69 as Exhibit 28.

**RESPONSE TO REQUEST NO. 170**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 171**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 6597047 as Exhibit 29.

**RESPONSE TO REQUEST NO. 171**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 172**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 10188109-135 as Exhibit 30.

**RESPONSE TO REQUEST NO. 172**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 173**
Admit that in the deposition of Susanne Fors on October 31-November 1, 2007, you used a document bates numbered AZ/SER 6970706-07 as Exhibit 31.

**RESPONSE TO REQUEST NO. 173**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 174**
Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10625287-90 as Exhibit 2.

**RESPONSE TO REQUEST NO. 174**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 175**
Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 4792713-40 as Exhibit 3.

**RESPONSE TO REQUEST NO. 175**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 176**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 4240003 as Exhibit 4.

**RESPONSE TO REQUEST NO. 176**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 177**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10605174 as Exhibit 5.

**RESPONSE TO REQUEST NO. 177**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 178**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10625423 as Exhibit 6.

**RESPONSE TO REQUEST NO. 178**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 179**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 1883244-60 as Exhibit 7.

**RESPONSE TO REQUEST NO. 179**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 180**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10616680-81 as Exhibit 8.

**RESPONSE TO REQUEST NO. 180**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Deny.

**REQUEST FOR ADMISSION NO. 181**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10612714 as Exhibit 9.

**RESPONSE TO REQUEST NO. 181**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 182**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10625683 as Exhibit 10.

**RESPONSE TO REQUEST NO. 182**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 183**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10615788 as Exhibit 11.

**RESPONSE TO REQUEST NO. 183**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 184**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10615789-92 as Exhibit 12.

**RESPONSE TO REQUEST NO. 184**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 185**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 1900093 as Exhibit 13.

**RESPONSE TO REQUEST NO. 185**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 186**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10625429-30 as Exhibit 14.

**RESPONSE TO REQUEST NO. 186**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 187**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 08465577-85 as Exhibit 15.

**RESPONSE TO REQUEST NO. 187**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 188**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10626743 as Exhibit 16.

**RESPONSE TO REQUEST NO. 188**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 189**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10612685 as Exhibit 17.

**RESPONSE TO REQUEST NO. 189**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 190**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10621686 as Exhibit 17.

**RESPONSE TO REQUEST NO. 190**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 191**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10626376-87 as Exhibit 18.

**RESPONSE TO REQUEST NO. 191**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 192**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10626757 as Exhibit 19.

**RESPONSE TO REQUEST NO. 192**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 193**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10612514-15 as Exhibit 20.

**RESPONSE TO REQUEST NO. 193**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 194**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10626028-36 as Exhibit 21.

**RESPONSE TO REQUEST NO. 194**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 195**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 3440943-44 as Exhibit 22.

**RESPONSE TO REQUEST NO. 195**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 196**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10615931 as Exhibit 23.

**RESPONSE TO REQUEST NO. 196**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 197**

Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10612229 as Exhibit 24.

**RESPONSE TO REQUEST NO. 197**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 198**

     Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10612230-45 as Exhibit 24.


**RESPONSE TO REQUEST NO. 198**

     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 199**

     Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10626771 as Exhibit 25.

**RESPONSE TO REQUEST NO. 199**

     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 200**

     Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 1551463-82 as Exhibit 26.

**RESPONSE TO REQUEST NO. 200**

     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 201**

     Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10606196-214 as Exhibit 27.

**RESPONSE TO REQUEST NO. 201**

     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 202**

     Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 3422799 as Exhibit 28.

**RESPONSE TO REQUEST NO. 202**

     Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 203**

     Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 3422800-03 as Exhibit 28.

**RESPONSE TO REQUEST NO. 203**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 204**

      Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 3422804-05 as Exhibit 28.

**RESPONSE TO REQUEST NO. 204**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 205**

      Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 3813664-66 as Exhibit 29.

**RESPONSE TO REQUEST NO. 205**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 206**

      Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 3813663 as Exhibit 30.

**RESPONSE TO REQUEST NO. 206**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 207**

      Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10607929-36 as Exhibit 31.

**RESPONSE TO REQUEST NO. 207**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 208**

      Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 4793962-86 as Exhibit 32.

**RESPONSE TO REQUEST NO. 208**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 209**
  Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10608285-306 as Exhibit 33.

**RESPONSE TO REQUEST NO. 209**
  Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 210**
  Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10188109-135 as Exhibit 34.

**RESPONSE TO REQUEST NO. 210**
  Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Deny.

**REQUEST FOR ADMISSION NO. 211**
  Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 3926941-43 as Exhibit 35.

**RESPONSE TO REQUEST NO. 211**
  Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 212**
  Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 0290161-63 as Exhibit 37.

**RESPONSE TO REQUEST NO. 212**
  Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Deny.

**REQUEST FOR ADMISSION NO. 213**
  Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10429716-20 as Exhibit 38.

**RESPONSE TO REQUEST NO. 213**
  Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 214**
  Admit that in the deposition of Athena Ruhl on November 7-8, 2007, you used a document bates numbered AZ/SER 10418085-86 as Exhibit 39.

**RESPONSE TO REQUEST NO. 214**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 215**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 2542067-68 as Exhibit 1.

**RESPONSE TO REQUEST NO. 215**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 216**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0718658 as Exhibit 2.

**RESPONSE TO REQUEST NO. 216**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 217**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 6353329-36 as Exhibit 3.

**RESPONSE TO REQUEST NO. 217**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 218**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0656781-85 as Exhibit 4.

**RESPONSE TO REQUEST NO. 218**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 219**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 3007253-56 as Exhibit 5.

**RESPONSE TO REQUEST NO. 219**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 220**

      Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 3007082-85 as Exhibit 6.

**RESPONSE TO REQUEST NO. 220**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 221**

      Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0692504 as Exhibit 7.

**RESPONSE TO REQUEST NO. 221**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 222**

      Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0656689-91 as Exhibit 8.

**RESPONSE TO REQUEST NO. 222**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 223**

      Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 08084151-52 as Exhibit 9.

**RESPONSE TO REQUEST NO. 223**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 224**

      Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0638481-504 as Exhibit 10.

**RESPONSE TO REQUEST NO. 224**

      Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 225**

      Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0633397-413 as Exhibit 11.

**RESPONSE TO REQUEST NO. 225**
    Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.


**REQUEST FOR ADMISSION NO. 226**
    Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 1390531-33 as Exhibit 12.

**RESPONSE TO REQUEST NO. 226**
    Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 227**
    Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0718129 as Exhibit 13.

**RESPONSE TO REQUEST NO. 227**
    Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 228**
    Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0718683-706 as Exhibit 14.

**RESPONSE TO REQUEST NO. 228**
    Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 229**
    Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 10427473-78 as Exhibit 14.

**RESPONSE TO REQUEST NO. 229**
    Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Deny.

**REQUEST FOR ADMISSION NO. 230**
    Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0659700 as Exhibit 15.

**RESPONSE TO REQUEST NO. 230**
    Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 231**
 Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 1683785 as Exhibit 16.


**RESPONSE TO REQUEST NO. 231**
 Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 232**
 Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 7090039 as Exhibit 17.

**RESPONSE TO REQUEST NO. 232**
 Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 233**
 Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0659158-60 as Exhibit 18.

**RESPONSE TO REQUEST NO. 233**
 Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 234**
 Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 10455169-70 as Exhibit 19.

**RESPONSE TO REQUEST NO. 234**
 Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 235**
 Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 7467020-21 as Exhibit 20.

**RESPONSE TO REQUEST NO. 235**
 Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 236**
Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 3810947-48 as Exhibit 21.

**RESPONSE TO REQUEST NO. 236**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.


**REQUEST FOR ADMISSION NO. 237**
Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0633162-72 as Exhibit 23.

**RESPONSE TO REQUEST NO. 237**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 238**
Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 1551463-82 as Exhibit 24.

**RESPONSE TO REQUEST NO. 238**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 239**
Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0290161-63 as Exhibit 25.

**RESPONSE TO REQUEST NO. 239**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Deny.

**REQUEST FOR ADMISSION NO. 240**
Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0989406-12 as Exhibit 26.

**RESPONSE TO REQUEST NO. 240**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 241**
Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0656512-63 as Exhibit 28.

**RESPONSE TO REQUEST NO. 241**
Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 242**
    Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0656771-72 as Exhibit 29.


**RESPONSE TO REQUEST NO. 242**
    Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 243**
    Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 2704560-64 as Exhibit 30.

**RESPONSE TO REQUEST NO. 243**
    Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 244**
    Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0613394-95 as Exhibit 31.

**RESPONSE TO REQUEST NO. 244**
    Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 245**
    Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 5329592 as Exhibit 32.

**RESPONSE TO REQUEST NO. 245**
    Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 246**
    Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 10417387 as Exhibit 33.

**RESPONSE TO REQUEST NO. 246**
    Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 247**
    Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 2016886 as Exhibit 34.

**RESPONSE TO REQUEST NO. 247**
        Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.


**REQUEST FOR ADMISSION NO. 248**
        Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 10606196-214 as Exhibit 35.

**RESPONSE TO REQUEST NO. 248**
        Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 249**
        Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 3422800-03 as Exhibit 36.

**RESPONSE TO REQUEST NO. 249**
        Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 250**
        Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 3422804-05 as Exhibit 36.

**RESPONSE TO REQUEST NO. 250**
        Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 251**
        Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 3422799 as Exhibit 36.

**RESPONSE TO REQUEST NO. 251**
        Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 252**
        Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 10330915-16 as Exhibit 37.

**RESPONSE TO REQUEST NO. 252**
        Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 253**
 Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 08247797 as Exhibit 38.


**RESPONSE TO REQUEST NO. 253**
 Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 254**
 Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 7556775-76 as Exhibit 39.

**RESPONSE TO REQUEST NO. 254**
 Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 255**
 Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 7231030 as Exhibit 40.

**RESPONSE TO REQUEST NO. 255**
 Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 254**
 Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 4178317-18 as Exhibit 40.

**RESPONSE TO REQUEST NO. 254**
 Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 255**
 Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 2703900 as Exhibit 41.

**RESPONSE TO REQUEST NO. 255**

 Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 256**
 Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 2703901 as Exhibit 41.

**RESPONSE TO REQUEST NO. 256**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 257**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0721967-68 as Exhibit 42.

**RESPONSE TO REQUEST NO. 257**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 258**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0980050 as Exhibit 44.

**RESPONSE TO REQUEST NO. 258**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 259**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 10436256-64 as Exhibit 45.

**RESPONSE TO REQUEST NO. 259**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 260**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 1501466-76 as Exhibit 46.

**RESPONSE TO REQUEST NO. 260**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 261**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 4489729-30 as Exhibit 48.

**RESPONSE TO REQUEST NO. 261**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 262**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 1327435 as Exhibit 49.

**RESPONSE TO REQUEST NO. 262**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 263**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 08084129-31 as Exhibit 50.

**RESPONSE TO REQUEST NO. 263**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 264**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 4483895 as Exhibit 51.

**RESPONSE TO REQUEST NO. 264**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 265**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 6437028-45 as Exhibit 52.

**RESPONSE TO REQUEST NO. 265**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 266**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0695583 as Exhibit 53.

**RESPONSE TO REQUEST NO. 266**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 267**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0961672-75 as Exhibit 54.

**RESPONSE TO REQUEST NO. 267**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 268**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0961823-27 as Exhibit 55.

**RESPONSE TO REQUEST NO. 268**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 269**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0961905-09 as Exhibit 56.

**RESPONSE TO REQUEST NO. 269**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 270**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0996077-78 as Exhibit 57.

**RESPONSE TO REQUEST NO. 270**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 271**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0992261 as Exhibit 58.

**RESPONSE TO REQUEST NO. 271**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 272**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 1970187-88 as Exhibit 59.

**RESPONSE TO REQUEST NO. 272**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 273**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 2020574-76 as Exhibit 62.

**RESPONSE TO REQUEST NO. 273**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 274**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 2020577-83 as Exhibit 62.

**RESPONSE TO REQUEST NO. 274**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 275**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0612842-46 as Exhibit 63.

**RESPONSE TO REQUEST NO. 275**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Deny.

**REQUEST FOR ADMISSION NO. 276**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 2016375 as Exhibit 64.

**RESPONSE TO REQUEST NO. 276**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

**REQUEST FOR ADMISSION NO. 277**

Admit that in the deposition of Kevin Hamill on November 15, 2007, you used a document bates numbered AZ/SER 0710112-18 as Exhibit 65.

**RESPONSE TO REQUEST NO. 277**

Subject to and without waiving Plaintiffs' general objections, Plaintiffs respond as follows: Admit.

Dated:  January 16, 2008          LEVIN SIMES KAISER & GORNICK LLP


          _____/s/ Dennis J. Canty_____
          Lawrence J. Gornick (CA State Bar No. 136290)

Dennis J. Canty (CA State Bar No. 207978)
44 Montgomery Street, 36th Floor
San Francisco, CA  94104
Telephone:  415-273-8138
Facsimile:  415-981-1270
E-mail:        lgornick@lskg-law.com
                   dcanty@lskg-law.com