UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re:  Seroquel Products Liability Litigation<br>MDL Docket No.  1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**PLAINTIFFS' SUPPLEMENTAL STATEMENT OF COMPLIANCE WITH JANUARY 15, 2008 ORDER** |

Related to the issue of compliance with the Court's January 15 Order, plaintiffs submit for the Court's consideration the Witness Disclosure (Exhibit O) and Exhibit List (Exhibit P) recently served by AstraZeneca.


Dated:  January 21, 2008             LEVIN SIMES KAISER & GORNICK LLP

                                            /s/ Lawrence J. Gornick__
                                     Lawrence J. Gornick (CA State Bar No. 136290)
                                     Dennis J. Canty (CA State Bar No. 207978)
                                     44 Montgomery Street, 36th Floor
                                     San Francisco, CA  94104
                                     Telephone:  415-273-8138
                                     Facsimile:  415-981-1270
                                     E-mail:       lgornick@lskg-law.com
                                                    dcanty@lskg-law.com

1