UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**In re Seroquel Products Liability Litigation**
**MDL Docket No. 1769**

**This Document Relates to All Cases**

### ASTRAZENECA LP AND ASTRAZENECA PHARMACEUTICALS LP'S DISCLOSURE OF WITNESSES AND DESCRIPTION OF LIVE TESTIMONY FOR THE JANUARY 28, 2008 EVIDENTIARY HEARING

Pursuant to the Court's January 16, 2008 scheduling Order, AstraZeneca LP and AstraZeneca Pharmaceuticals LP ( AstraZeneca ) hereby provide its witness list and description of live testimony.

### Background

Because Plaintiffs have not provided full complete answers to AstraZeneca's discovery requests concerning Plaintiffs' document review and management system, DOXS, AstraZeneca is not presently capable of providing a full and complete description of live testimony. Similarly, AstraZeneca cannot provide a full and complete description of live testimony until the following relevant discovery has occurred: inspection of Plaintiffs' DOXS system[1]; depositions of Plaintiffs' technical personnel, including Jonathan Jaffe[2]; deposition of representative from IKON and

---

[1] On January 18, 2008, AstraZeneca served on Plaintiffs a request to inspect the DOXS system on January 23, 2008.

[2] Depositions of Mr. Jaffe, Sung Kim and Lenny Fernandez have been noticed for January 24, 2008.

1

production of relevant communications between IKON and Plaintiffs[3]. Until such discovery is completed, AstraZeneca reserves the right to supplement the following description of live testimony. AstraZeneca also reserves the right to withdraw the witnesses identified below.

### AstraZeneca's Live Witnesses

AstraZeneca anticipates calling the following witnesses to provide expert testimony at the January 28, 2008 evidentiary hearing:

1. William Adams, FTI Consulting

2. Carmen Fields, Daylight Consulting

### Description of Live Testimony

AstraZeneca anticipates that Mr. Adams and Ms. Field will provide expert testimony concerning the inherent limitations of Plaintiffs' current document management and review system in comparison to systems commonly used in complex litigation. Mr. Adams and Ms. Field will provide expert testimony concerning the features necessary to support native file review. Mr. Adams and Ms. Field will offer expert testimony concerning the expected steps and timeline necessary to enable a system, such as DOXS, to support native files. Mr. Adams and Ms. Field will provide

---

[3] A subpoena to IKON for testimony and production of relevant documents was served on January 18, 2008. The deposition and document production is noticed for January 25, 2008.

expert testimony concerning the features of Plaintiffs' DOXS system, the features of the system Plaintiffs have contracted to purchase through IKON/Cataphora and the reasonable necessity of such features in light of production issues previously found by this Court to be sanctionable.

Respectfully submitted,

DATED: January 21, 2008

/s/ Stephen McConnell
Fred T. Magaziner
Stephen McConnell
Benjamin R. Barnett
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
stephen.mcconnell@dechert.com

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on the 21st of January, 2008, I served the foregoing Disclosure of Witnesses and Description of Live Testimony via electronic mail on Plaintiffs' Lead and Liaison Counsel:

Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5500
Ppennock@weitzlux.com

Camp Bailey, Esq.
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7240
cbailey@bpblaw.com

Larry Roth, Esq.
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL  32854-7637
Telephone: (407) 872-2239
LROTH@roth-law.com

Lawrence J. Gornick, Esq.
Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street
36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
lgornick@lskg-law.com

/s/ Benjamin R. Barnett