UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL No. 1769                                    Case No. 6:06-md-1769-Orl-ACC-DAB

This Document Relates to ALL CASES

_____

# EXHIBIT LIST

_____Government  _____ Plaintiff  __X__ Defendant  _____Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | | | | | December 6, 2006 Plaintiffs' First Amended Motion for Entry of Order and to Compel Deposition and Brief in Support Thereof. |
| 2 | | | | | December 10, 2006 Plaintiffs' Motion for Entry of Alternative Production and Preservation Order, Brief in Support and Response to AstraZeneca's Motion for Entry of Order. |
| 3 | | | | | January 17, 2007 Plaintiffs' Memorandum Regarding Production of Accessible Data by AZ. |
| 4 | | | | | November 20, 2006 MDL Hearing Transcript. |
| 5 | | | | | July 26, 2007 MDL Hearing Transcript; 23:14-24:4; 159:1-23. |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 6 | | | | | July 27, 2007 MDL Hearing Transcript |
| 7 | | | | | August 22, 2007 MDL Hearing Transcript |
| 8 | | | | | September 11, 2007 MDL Hearing Transcript |
| 9 | | | | | October 2, 2007 MDL Hearing Transcript |
| 10 | | | | | October 30, 2007 MDL Hearing Transcript |
| 11 | | | | | November 15, 2007 MDL Hearing Transcript |
| 12 | | | | | December 18, 2007 MDL Hearing Transcript |
| 13 | | | | | January 4, 2008 MDL Hearing Transcript |

## CERTIFICATE OF SERVICE

I hereby certify that, on the 21st of January, 2008, I served the foregoing Exhibit List via electronic mail on Plaintiffs' Lead and Liaison Counsel:

Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5500
Ppennock@weitzlux.com

Camp Bailey, Esq.
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7240
cbailey@bpblaw.com

Larry Roth, Esq.
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL 32854-7637
Telephone: (407) 872-2239
LROTH@roth-law.com

Lawrence J. Gornick, Esq.
Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street
36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
lgornick@lskg-law.com

/s/ Benjamin R. Barnett