IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 07-15603-HH

```
                                          FILED
                                  U.S. COURT OF APPEALS
                                    ELEVENTH CIRCUIT

                                       JAN 1 6 2008

                                     THOMAS K. KAHN
                                          CLERK
```

IN RE: THE SEROQUEL APPELLANTS

THE SEROQUEL APPELLANTS,

Plaintiffs-Appellants,

versus

6:06 md 1769

ASTRAZENECA LP,
ASTRAZENECA PHARMACEUTICALS LP,
KBI SUB INC.,
ASTRAZENECA AB,
ASTRA USA, INC., et al.,

Defendants-Appellees.

---

On Appeal from the United States District Court for the
Middle District of Florida

---

ENTRY OF DISMISSAL

Pursuant to the Appellants' motion for voluntary dismissal, Fed.R.App.P. 42 and 11th Cir.R. 42-1(a), the above referenced appeal was duly entered dismissed this 16th day of January, 2008.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Joe Caruso
    Deputy Clerk

A TRUE COPY - ATTESTED:
CLERK U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FOR THE COURT BY DIRECTION
BY:
DEPUTY CLERK
ATLANTA, GEORGIA

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 16, 2008

Sheryl L. Loesch
Clerk, U.S. District Court
80 N HUGHEY AVE STE 300
ORLANDO FL 32801-2225

**Appeal Number: 07-15603-HH**
Case Style: In Re: Seroquel Products Liability Litigation
District Court Number:  06-01769 MD-ORL-22DAB

The enclosed certified copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Joe Caruso (404) 335-6177

Encl.

DIS-3 (6-2004)