# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

                                    **Case No. 6:06-md-1769-Orl-22DAB**

_____/

## NOTICE OF HEARING

This cause came on for consideration of Astrazeneca's Motion to Postpone January 28, 2008 Evidentiary Hearing (Doc. No. 806) and Plaintiffs' Statements of Compliance with January 15, 2008 Order (concerning January 28, 2008 hearing).  Doc. Nos. 807, 808.

**TAKE NOTICE** that a **Telephonic Conference** regarding the scope of discovery for the January 28, 2008 Evidentiary Hearing will be held before the undersigned on **WEDNESDAY, JANUARY 23** at **10:45 A.M.** in Courtroom #6D, George C. Young United States Courthouse Annex, 401 W. Central Blvd., Orlando, Florida.

Counsel and any party to this case wishing to participate in this hearing by telephone conference call MUST call the offices of PLAINTIFFS' LIAISON COUNSEL, Larry Roth, to make advance arrangements.

**DONE** and **ORDERED** in Orlando, Florida on January 22, 2008.

                                                      *David A. Baker*
                                                 DAVID A. BAKER
                                   UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

**PLEASE NOTE**:  **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.