**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liablity Litigation.**

Case No. **6:06-cv-1769-Orl-22DAB**

## ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring laptop computers and electronic equipment into the George C. Young United States Courthouse for use in connection with the conference in this case, it is **ORDERED** as follows:

1. Dennis Canty is hereby granted permission to bring one laptop into the George C. Young United States Courthouse on **WEDNESDAY, January 23, 2008**, for use in the discovery conference before the undersigned judicial officer scheduled to begin at **10:45 A.M.**. Mr. Canty shall present a copy of this order to personnel each time he enters the courthouse with such equipment. In their discretion, courthouse security personnel may require to present picture identification at the time of entry. The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

**DONE** and **ORDERED** in Orlando, Florida on January 23, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers