# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In Re:

Seroquel Products Liability Litigation,

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker<br>United States<br>Magistrate Judge | DATE AND TIME | January 23, 2008<br>10:45-11:25 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Bill Jones |
| | | | |
| | | | |
| COUNSEL/PLTF. | Paul Pennock<br>Jonathan Sedgh<br>Angela Nixon<br>Larry Gornack<br>Dennis Canty<br>Bryan Aylstock | COUNSEL/DEF. | Stephen McConnell<br>Chris Coutroulis<br>Ben Barnett<br>Robert Pass<br>Fred Magaziner<br>Robert Ciotti |

## STATUS CONFERENCE
### regarding Discovery for 1/28/08 hearing

Case called, appearances taken
Procedural setting by court
Plaintiff counsel Gornack summaries discovery issues
Defense counsel McConnell responds
Response by counsel Gornack
Court makes rulings in open court