# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation.

Case No.  6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause came on for consideration with oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **ASTRAZENECA'S MOTION TO CONTINUE JANUARY 28, 2008 EVIDENTIARY HEARING (Doc. No. 745)** |
| **FILED:** | **December 17, 2007** |
| THEREON it is ORDERED that the motion is DENIED as moot. | |
| **MOTION:** | **[SECOND] MOTION TO POSTPONE JANUARY 28, 2008 EVIDENTIARY HEARING BY ASTRAZENECA (Doc. No. 806)** |
| **FILED:** | **January 19, 2008** |
| THEREON it is ORDERED that the motion is DENIED for the reasons stated at the January 23, 2008 hearing. | |

In response to the discovery issues raised in AstraZeneca's Notice of Plaintiffs' Noncompliance (Doc. No. 806) and Plaintiffs' Statements of Compliance (Doc. Nos. 807, 808). Following a hearing on the issues raised on January 23, 2008, it is **ORDERED** the parties will conduct discovery for the January 28, 2008 Evidentiary Hearing as follows:

1.  AstraZeneca will be permitted to depose Jonathan Jaffe, Larry Gornick, Dennis Canty, and the two individuals from the IT team, Lenny Fernandez and Sung Kim by January 25, 2008. To the extent AstraZeneca seeks to depose the controller, Robert Schoenhaut, the request is denied.

2.  To the extent AstraZeneca seeks to inspect Weitz & Luxemberg's document platform, DOXS, the request is denied.  However, Plaintiffs are ordered to produce any manuals they have for operating DOXS, and Mr. Jaffe should be prepared to discuss the technical aspects of the DOXS system that he designed.

3.  AstraZeneca will be permitted to depose the appropriate witness from IKON Office Solutions, Inc. for **two hours** concerning the nature and amount of the contract dated January 16, 2008 between IKON and Bailey Perrin Bailey LLP.

**DONE** and **ORDERED** in Orlando, Florida on January 23, 2008.

_David A. Baker_

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record