Exhibit 1

**EXHIBIT 1**

1.      **Abear, Jannette**:  In this case that Plaintiffs have selected as a potential trial case,

Plaintiff has not provided the name or address of the physician who allegedly prescribed her

Seroquel from June 2003 to March 2005.  Moreover, she has stated both (a) that she took

Seroquel from March 2003 to March 2005 and (b) that she stopped taking Seroquel in 2000.  As

for the reason she **stopped** taking Seroquel, Plaintiff stated "Bipolar," which makes no sense at

all since Seroquel is prescribed to **treat** bipolar disorder.

2.      **Altman, Stephanie M.**:  Plaintiff stated that she does not recall her place of birth.

She stated that she has never been unemployed, but she also stated that she does not recall the

names of any employers.  Plaintiff said "N/A" when asked for the names of any fact witnesses.

3.      **Balmer, Edward**:  Plaintiff stated that he has never been unemployed and has

worked as a cook and a truck driver, but he further stated that he cannot not recall the names of

any of his employers.  Plaintiff also stated that he does not recall the reason he stopped taking

Seroquel, even though he allegedly took it until 2006.  Plaintiff said "N/A" when asked for the

names of any fact witnesses.

4.      **Chaplin, Ann Marie**:  Plaintiff stated that she cannot recall her place of birth.  She

said that she stopped taking Seroquel as recently as May 2007, but she stated that she cannot

recall her Seroquel dosage.  Plaintiff has not provided the reason why she stopped taking the

drug.

5.      **Echols, Brenda**:  Plaintiff said "N/A" when asked for her city of birth.  Plaintiff has

not provided the name of her prescribing physician, only a health department.  Plaintiff has not

stated the year she started taking Seroquel, the year she stopped taking Seroquel, the reason why she stopped taking Seroquel, or the dosage of Seroquel that she took.

6.      **Epps, Lynda L.**:  Plaintiff said "N/A" when asked for her city of birth and for the names of any fact witnesses.

7.      **Grant, Judith M**.:  Although Plaintiff said that she has never been unemployed, she did not provide the names of any employers.  Plaintiff failed to disclose the month she stopped taking Seroquel or the reason she stopped taking Seroquel, even though she took the drug as recently as 2006.  Plaintiff said that she has been convicted of, or pled guilty to, a crime, but claimed that she cannot remember the crime or the state where she was charged.

8.      **Holmes, Connie S**:  In this case that Plaintiffs have selected as a potential trial case, Plaintiff has not provided the names of any fact witnesses, stating instead that she "did not tell anyone she was on Seroquel."  Plaintiff stated that she has been involved in a civil case regarding an incident where a co-worker allegedly attempted to kill her, but she has not provided enough information to allow AstraZeneca to locate the court documents.

9.      **Ing, Brenda K.**  Plaintiff has provided confusing and inconsistent information about dates of usage, claiming both (a) that she stopped taking Seroquel in November 2007 and (b) that she continues to use Seroquel.  Plaintiff stated that she does not remember the dosage of Seroquel that she took, despite the fact that she either continues to use Seroquel or stopped taking it less than two months ago.

10.      **Lincoln, Lawrence R.**:  Plaintiff has provided confusing and inconsistent information about dates of usage, claiming (a) that he used Seroquel until March 2006 and (b) that he stopped

using Seroquel in December 2005.  Plaintiff has not disclosed the reason he stopped using Seroquel.

11.     **Lydard, Connie R.**:  Plaintiff stated "Do not recall, plaintiff will supplement if necessary" when asked for the names of insurers and entities providing worker's compensation or disability benefits.

12.     **Mays, Quentin R.**:  Plaintiff stated that he had been involved in a prior case, but that he does not recall the caption, the date filed, the nature of the action, the outcome, or his lawyer's name and address.  Plaintiff stated that he has pled guilty to or been convicted of a misdemeanor or felony, but he said he does not recall the crime or the state where this occurred.

13.     **McElroy, Suzanne G.**  Plaintiff stated that she was unemployed in 2003, implying that she was employed at other times.  Plaintiff also stated, however, that she does not recall the names or addresses of any employers in the past 10 years.  She also has failed to provide the month that she began taking Seroquel, and stated that she does not remember when or why she stopped taking it.  Plaintiff did not disclose when she was diagnosed with her injury, stating only that it occurred sometime in 2003-2004.

14.     **Middleton, Clemmie**:  Plaintiff did not say why she stopped taking Seroquel, stating only that it was a "Personal choice (health)."  When asked for the names and addresses of fact witnesses, Plaintiff replied, "Plaintiff will supplement."  Plaintiff has not provided a dated verification.

15.     **Moynihan, Thomas**:  Plaintiff did not state the month he began taking Seroquel or the month he stopped.  Plaintiff stated that he does not recall why he stopped taking Seroquel.  When asked for the names and addresses of fact witnesses, Plaintiff said "N/A."

16.    **Nazarro, Patricia**:  Plaintiff stated that she does not recall the names of her son's prescribing physicians.  She did not provide the month he began taking Seroquel or the month he stopped taking Seroquel.

17.    **Patton, Sonya D.**:  Plaintiff's employment information is contradictory and confusing. Plaintiff stated that she was employed from 1995 to 2005 as a personal assistant, but that she was unemployed from "2000 to Do Not Recall" due to "Disability, Injuries, Lay offs, Retirement." Plaintiff did not state the month she began taking Seroquel or the month she stopped taking Seroquel, and she said that she cannot remember the reason she stopped taking Seroquel even though she took it as recently as 2006.  When asked for the names and addresses of fact witnesses, Plaintiff said, "N/A."  Plaintiff has not provided a dated verification.

18.    **Perreira, Victor F**  Plaintiff stated that he has never been unemployed, but answered "N/A" when asked for the names of his employers.  He said that he does not recall the year he began taking Seroquel.

19.    **Powell, Deborah**:  Plaintiff stated that she cannot recall her city of birth or the name of her high school.  Although she stated that she has never been unemployed, Plaintiff said that she cannot recall the names of any employers in the past ten years.  Although Plaintiff still takes Seroquel, she has failed to provide the name of her prescribing physician.  Plaintiff stated that she does not recall the year she started taking Seroquel, or the year she was diagnosed with diabetes.  When asked for the names and addresses of fact witnesses, Plaintiff replied, "N/A."

20.    **Radford, Cheryl**:  Plaintiff 's employment information is confusing and contradictory. She stated that she worked as a driver from July 1998 until August 2000, but also that she was out of work from 1999 to 2001 due to mental illness.  She did not provide the month she began

taking Seroquel.  Plaintiff gave as the reason she stopped taking Seroquel only that it was a "Personal choice (health condition)."

21.    **Robbins, James L**.:  Plaintiff did not disclose the month he began taking Seroquel or the month he stopped taking Seroquel.  He stated that he does not remember whether or not he has ever been charged with or convicted of a crime.  Plaintiff has not provided a dated verification.

22.    **Rodriguez, Candida R**.:  In this case that Plaintiffs have selected as a potential trial case, Plaintiff did not disclose the date her injury was diagnosed, responding only "2001 (questionable)."

**23.    Scharet, Tammy**:  In this case that Plaintiffs have selected as a potential trial case, Plaintiff did not disclose the month she began taking Seroquel, and the information provided about dates of usage is confusing and inconsistent.  She claimed both that she used Seroquel until March 2007 and that she stopped using Seroquel in 2006.

24.    **Smith, Connie**:  Plaintiff said "N/A" when asked for her city of birth.  She stated that she does not recall the year she started taking Seroquel, the year she stopped taking Seroquel, or why she stopped taking Seroquel.  When asked for the names and addresses of fact witnesses, Plaintiff said "N/A."

25.    **Sperry, Cheri L.**  Plaintiff failed to disclose the reason she stopped taking Seroquel, stating only that it was a "personal choice."  Plaintiff has provided partial information on two civil suits she has filed, but not enough to locate the court documents.  Plaintiff stated that one of these suits is still active, but she said that she cannot remember the name of the lawyer who is representing her.

26.     **Thomas, Cherylyn E**.:  Plaintiff stated that she has been unemployed "due to school," but did not provide the names of any schools other than her high school.  She did not provide the name of her prescribing physician.  Plaintiff stated that she cannot recall the year she stopped using Seroquel, the reason she stopped taking Seroquel, or the year her diabetes was diagnosed. When asked for the names and addresses of fact witnesses, Plaintiff said "N/A."

27.     **White, Willie**:  Plaintiff stated that he has been unemployed, but does not recall the dates of unemployment or the reasons for his unemployment.  When asked for the names and addresses of fact witnesses, Plaintiff said "N/A."

28.     **Young, Gilbert**:  Plaintiff said "N/A" when asked for his city of birth.  He did not provide the reason he was prescribed Seroquel, and said that he does not remember the reason he stopped taking it, even though he stopped taking it as recently as 2006.  Plaintiff said "N/A" when asked for the names of fact witnesses.

Exhibit 2

# FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 1

| Plaintiff Name | Case No. | City of Birth | Name of High School | Name of Current / Past Employers | Dates of Unemploy-ment | Prescriber | Seroquel Dosage | Reason for Use | First Date of Use | Last Date of Use | Reason Stopped Taking Seroquel | Date of Injury Diagnoses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abear, Jannette M. | 06-1851 | | | | | Incomplete | | | Incomplete | Provides conflicting information | Incomplete | |
| Altman, Stephanie M. | 07-10182 | Do Not Recall | | Do Not Recall | Provides conflicting information | | | | | | | |
| Balmer, Edward | 07-11067 | | | Do Not Recall | | Facility Only | Do Not Recall | | | | Do Not Recall | |
| Chaplin, Ann-Marie | 07-10229 | Not Provided | Do Not Recall | | | | Do Not Recall | | | | N/A | |
| Echols, Brenda S. | 07-15710 | N/A | | | | Facility Only | Do Not Recall | | Do Not Recall | Do Not Recall | Do Not Recall | |
| Epps, Lynda L. | 07-15716 | N/A | | N/A | Do Not Recall | | | | | | | |
| Grant, Judith M. | 07-10286 | | | N/A | | | Do Not Recall | | Incomplete | Incomplete | Do Not Recall | |
| Holmes, Connie S. | 07-13613 | | | | | | Do Not Recall | | | | | |
| Ing, Brenda K. | 07-10312 | | | | Do Not Recall | Do Not Recall | Do Not Recall | | | | Not Provided | |
| Lincoln, Lawrence R. | 07-11093 | | | Do Not Recall | Do Not Recall | Facility Only | | | | | Not Provided | |
| Lydard, Connie R. | 07-10348 | | | | | | | | | Provides conflicting information | | |
| Mays, Quentin R. | 07-10359 | | | | | | Do Not Recall | | | | | |
| McElroy, Suzanne G. | 07-15605 | | | Do Not Recall | | | | | | Do Not Recall | Do Not Recall | |
| Middleton, Clemmie | 07-10949 | | | | | | | | Incomplete | Do Not Recall | Not Provided | Incomplete |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 1

| Plaintiff Name | Case No. | City of Birth | Name of High School | Name of Current / Past Employers | Dates of Unemploy-ment | Prescriber | Seroquel Dosage | Reason for Use | First Date of Use | Last Date of Use | Reason Stopped Taking Seroquel | Date of Injury Diagnoses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Moynihan, Thomas | 07-13980 | | | | | | | | Incomplete | Incomplete | Do Not Recall | |
| Nazarro, Patricia, as Next Friend of K.Z., a Minor | 07-15773 | | | | | Facility Only | | | Incomplete | Incomplete | | |
| Patton, Sonya D. (a.k.a. Denise Patton) | 07-10393 | | | | Provides conflicting dates of employment | | Do Not Recall | | Incomplete | Incomplete | Do Not Recall | |
| Pereira, Victor F. | 07-11858 | | | N/A | Provides conflicting information | Facility Only | | | Do Not Recall | | | |
| Powell, Deborah | 07-10401 | Do Not Recall | Do Not Recall | Do Not Recall | Provides conflicting information | Facility Only | | | Do Not Recall | | Do Not Recall | |
| Radford, Cheryl | 07-11890 | | | | Dates of unemployment conflict with dates of employment | | | | Incomplete | | Not Provided | |
| Robbins, James L. | 07-15788 | Not Provided | | | | | | | Incomplete | Incomplete | Do Not Recall | |
| Rodriguez, Candida R. | 07-14178 | | | | | | | | Incomplete | | Not Provided | Not Provided |
| Scharet, Tammy | 07-12217 | City Only; No State | | | Do Not Recall | | | | Incomplete | Provides conflicting information | Not Provided | |
| Smith, Connie M. | 07-15799 | N/A | | | | | | Do Not Recall | Do Not Recall | Do Not Recall | Do Not Recall | Do Not Recall |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 1

| Plaintiff Name | Case No. | City of Birth | Name of High School | Name of Current / Past Employers | Dates of Unemployment | Prescriber | Seroquel Dosage | Reason for Use | First Date of Use | Last Date of Use | Reason Stopped Taking Seroquel | Date of Injury Diagnoses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sperry, Cheri L. | 07-10445 | | | | Do Not Recall | | | | | | Not Provided | |
| Thomas, Cherylyn E. | 07-12008 | | | | Do Not Recall | Facility Only | | | | Do Not Recall | Do Not Recall | Do Not Recall |
| White, Willie | 07-15816 | N/A | | | Do Not Recall | Facility Only | | | | | Do Not Recall | |
| Young, Gilbert | 07-10483 | N/A | | | | | Do Not Recall | Do Not Recall | | | Do Not Recall | Do Not Recall |

Exhibit 3

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Expenses Incurred from Using Seroquel | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | Responsive Documents Rec'd | Verification |
|---|---|---|---|---|---|---|---|---|---|
| Abear, Jannette M. | 06-01851 | Not Provided | | | | | | No | |
| Altman, Stephanie M. | 07-10182 | Not Provided | N/A | | | | | No | |
| Balmer, Edward | 07-11067 | Not Provided | N/A | Do Not Recall | | | | No | |
| Chaplin, Ann-Marie | 07-10229 | Not Provided | | | | | | No | |
| Echols, Brenda S. | 07-15710 | Not Provided | | | | | | No | |
| Epps, Lynda L. | 07-15716 | Not Provided | N/A | | | | | No | |
| Grant, Judith M. | 07-10286 | Not Provided | | | | | Do Not Recall (4 Pages) | Minimal Medical Records Only | |
| Holmes, Connie S. | 07-13613 | Not Provided | Not Provided | | | Incomplete | | No | |
| Ing, Brenda K. | 07-10312 | Not Provided | Not Provided | | | | | No | Not Dated |
| Lincoln, Lawrence R. | 07-11093 | Not Provided | Not Provided | | | | | No | |
| Lydard, Connie R. | 07-10348 | Not Provided | Not Provided | Will Supp | Will Supp | | | No | |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Expenses Incurred from Using Seroquel | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | Responsive Documents Rec'd | Verification |
|---|---|---|---|---|---|---|---|---|---|
| Mays, Quentin R. | 07-10359 | Not Provided | | | | Plaintiff answered "Yes", but responds "do not recall" to all substantive information | Plaintiff answered "Yes" but responds "do not recall" to all substantive information | No / 32 pages of Medical records | |
| McElroy, Suzanne G. | 07-15605 | Not Provided | | | | | | Minimal Medical records | |
| Middleton, Clemmie | 07-10949 | Not Provided | Will Supp | | | | | Minimal Medical Records; Minimal Pharmacy Records (7 Pages) | Not Dated |
| Moynihan, Thomas | 07-13980 | Not Provided | N/A | | | | | Minimal Medical Records (4 Pages) | |
| Nazarro, Patricia, as Next Friend of K.Z., a Minor | 07-15773 | Not Provided | | | | | | No | |

# FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Expenses Incurred from Using Seroquel | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | Responsive Documents Rec'd | Verification |
|---|---|---|---|---|---|---|---|---|---|
| Patton, Sonya D. (a.k.a. Denise Patton) | 07-10393 | Not Provided N/A | | | | | | Minimal Insurance Documents | Omits day |
| Pereira, Victor F. | 07-11858 | Not Provided | | | | | | Minimal Medical Records (5 Pages) | |
| Powell, Deborah | 07-10401 | Not Provided N/A | | | | | No | No | |
| Radford, Cheryl | 07-11890 | Not Provided | | | | | No | Minimal Medical Records (3 pages) | |
| Robbins, James L. | 07-15788 | Not Provided | | | | | Do Not Recall | Minimal Medical Records (2 pages) | Not Dated |
| Rodriguez, Candida R. | 07-14178 | Not Provided | | | | | | One Page Pharmacy Record Only | |
| Scharet, Tammy | 07-12217 | Not Provided | | | | | | | |
| Smith, Connie M. | 07-15799 | Not Provided N/A | | | | | | No | |
| Sperry, Cheri L. | 07-10445 | Not Provided | | | | Incomplete | | No | |
| Thomas, Cherylyn E. | 07-12008 | Not Provided N/A | | | | | | | |

## FLORIDA PLAINTIFFS: MATERIAL PFS DEFICIENCIES 2

| Plaintiff Name | Case No. | Expenses Incurred from Using Seroquel | Names of Any Fact Witnesses | Name of Current and Past Insurers | Identity of Worker's Comp, SSI, Disability | Prior Legal Actions Filed | Prior Criminal Convictions | Responsive Documents Rec'd | Verification |
|---|---|---|---|---|---|---|---|---|---|
| White, Willie | 07-15816 | Not Provided | N/A | | | | | No | |
| Young, Gilbert | 07-10483 | Not Provided | N/A | | | | | No | |

Page 4