# Exhibit D

## TOTAL FEES INCURRED BY LAWRENCE J. GORNICK

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 6/29/2007 | Outline Motion for Sanctions | 1.0 |
| 7/2/2007 | Work on Motion for Sanctions | 1.0 |
| 7/3/2007 | Work on Motion for Sanctions | 0.5 |
| 7/5/2007 | Attend Status Conference telephonically | 1.0 |
| 7/6/2007 | Conference call w/ Plaintiffs Group re preparation for Sanctions Hearing | 1.0 |
| 7/9/2007 | Prepare for Sanctions Hearing | 4.0 |
| 7/10/2007 | Prepare for Sanctions Hearing; conference call w/ Plaintiffs Group re same | 5.0 |
| 7/11/2007 | Prepare for Sanctions Hearing; conference call w/ Plaintiffs Group re same | 8.0 |
| 7/12/2007 | Prepare for Sanctions Hearing; conference call w/ John Martin | 4.5 |
| 7/13/2007 | Prepare for Sanctions Hearing | 4.0 |
| 7/14/2007 | Prepare for Sanctions Hearing; conference call w/ John Martin | 8.0 |
| 7/18/2007 | Prepare for Sanctions Hearing | 8.0 |
| 7/19/2007 | Prepare for Sanctions Hearing | 8.0 |
| 7/20/2007 | Prepare for Sanctions Hearing | 8.0 |
| 7/21/2007 | Prepare for Sanctions Hearing | 8.0 |
| 7/22/2007 | Prepare for Sanctions Hearing | 8.0 |
| 7/23/2007 | Prepare for Sanctions Hearing | 12.0 |
| 7/24/2007 | Prepare for Sanctions Hearing; travel to Florida for same | 13.0 |
| 7/25/2007 | Prepare for Sanctions Hearing | 12.0 |

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 7/26/2007 | Prepare for and attend Sanctions Hearing; prepare for discussions with AZ re compromise of sanctions issues | 13.0 |
| 7/27/2007 | Attend Status Conference; meet w/ AZ re sanctions; travel to San Francisco from FL | 13.0 |
| 8/15/2007 | Conference call w/ Plaintiffs Group | 1.25 |
| 8/20/2007 | Conference call w/ Mr. Jaffe; prepare for Status Conference | 3.5 |
| 8/21/2007 | Travel to Florida for Status Conference | 8.0 |
| 8/22/2007 | Prepare for and attend Status Conference | 4.0 |
| 8/23/2007 | Travel to San Francisco from FL | 8.0 |
| 8/24/2007 | Prepare for and attend conference call w/ Plaintiffs Group; prepare for and attend conference call w/ John Martin | 1.0 |
| 8/27/2007 | Prepare for and attend conference call w/ Plaintiffs Group; prepare for and attend conference call w/ AZ re IT Advisor | 1.25 |
| 8/28/2007 | Prepare for and attend conference call w/ Plaintiffs Group; prepare for and attend conference call w/ AZ | 2.25 |
| 8/29/2007 | Prepare for and attend conference call w/ AZ | 1.25 |
| 8/30/2007 | Prepare for and attend conference call w/ AZ (1.25 hours total); work on Motion to Appoint IT Advisor (1 hour total) | 1.75 |
| 9/9/2007 | Prepare for Status Conference | 2.0 |
| 9/10/2007 | Work on Opposition to AstraZeneca's Motion to Appoint IT Advisor (1 hour total); travel to Florida for Status Conference (8 hours total) | 8.5 |
| 9/11/2007 | Prepare for and attend Status Conference; travel to San Francisco from FL | 13.0 |
| 9/12/2007 | Prepare for and attend telephone interview w/ Craig Ball; prepare for and attend conference call w/ Plaintiffs Group; telephone interview w/ Mr. Daley | 3.75 |

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 9/13/2007 | Work on statement re plaintiffs' choice of IT Advisor (1 hour total) | 0.5 |
| 9/20/2007 | Prepare for and attend conference call w/ Plaintiffs Group | 2.5 |
| 9/24/2007 | Prepare for and attend conference call w/ Plaintiffs Group | 1.0 |
| 9/27/2007 | Prepare for and attend conference call w/ Plaintiffs Group | 1.0 |
| 9/30/2007 | Prepare for Status Conference (2 hours total); work on plaintiffs' description of SM-ESI duties (1 hour total) | 2.5 |
| 10/1/2007 | Travel to Florida for Status Conference | 8.0 |
| 10/2/2007 | Prepare for and attend Status Conference; travel to San Francisco from FL | 13.0 |
| 10/8/2007 | Prepare for and attend conference calls w/ Plaintiffs Group; Prepare for and attend conference call w/ Ball; recap of call (6.5 hours total) | 3.25 |
| 10/10/2007 | Work on agenda for call with Mr. Ball (.5 total) | 0.25 |
| 10/11/2007 | Conference call w/ Mr. Jaffe | 0.5 |
| 10/12/2007 | Prepare for and attend conference call w/ Mr. Ball; recap of call (3.5 hours total) | 1.75 |
| 10/17/2007 | Work on agenda for call with Mr. Ball (.5 hours total) | 0.25 |
| 10/17/2007 | Conference call w/ Mr. Jaffe; prepare for and participate in conference call w/ Mr. Ball; recap of call (4.5 hours total) | 2.25 |
| 10/18/2007 | Work on minutes of call with Mr. Ball (1.0 hours total) | 0.5 |
| 10/23/2007 | Conference call w/ Mr. Jaffe; prepare for and participate in conference call w/ Mr. Ball; recap of call (4.5 hours total) | 2.25 |
| 10/23/2007 | Work on agenda for call with Mr. Ball (.5 hours total) | 0.25 |
| 10/26/2007 | Revise minutes of calls with Mr. Ball (1.0 hours total) | 0.5 |
| 10/28/2007 | Prepare for Status Conference | 2.0 |

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 10/29/2007 | Travel to Florida for Status Conference | 8.0 |
| 10/30/2007 | Prepare for and attend Status Conference; travel to San Francisco from FL | 13.0 |
| 11/2/2007 | Work on agenda for call with Mr. Ball (.5 hours total) | 0.25 |
| 11/2/2007 | Conference call w/ Mr. Jaffe; prepare for and participate in conference call w/ Mr. Ball; recap of call (6.5 hours total) | 3.25 |
| 11/3/2007 | Prepare for and attend conference call w/ Plaintiffs Group | 1.0 |
| 11/9/2007 | Work on agenda for call with Mr. Ball (.5 hours total) | 0.25 |
| 11/9/2007 | Conference call w/ Mr. Jaffe; prepare for and attend conference call w/ Mr. Ball; recap of call (5.5 hours total) | 2.75 |
| 11/11/2007 | Conference call w/ Mr. Martin and Mr. Jaffe | 2.0 |
| 11/12/2007 | Conference call w/ Mr. Jaffe; prepare for and participate in conference calls w/ Mr. Ball; recap of call (5 hours total) | 2.5 |
| 11/13/2007 | Prepare for and attend conference call w/ Plaintiffs Group | 0.5 |
| 11/14/2007 | Work on statement re allocation of SM-ESI fees (1 hour total); travel to Florida for Status Conference (8 hours total) | 8.5 |
| 11/15/2007 | Prepare for and attend Status Conference; travel to San Francisco from FL | 13.0 |
| 11/19/2007 | Work on agenda for call with Mr. Ball (.5 hours total) | 0.25 |
| 11/20/2007 | Conference call w/ Mr. Jaffe; prepare for and attend conference call w/ Mr. Ball; recap of call (5 hours total) | 2.5 |
| 11/29/2007 | Prepare agenda for call with Mr. Ball (.5 hours total) | 0.25 |
| 11/29/2007 | Conference call w/ Mr. Jaffe; prepare for and participate in conference call w/ Mr. Ball; recap of call (7 hours total) | 3.5 |
| 12/12/2007 | Conference call w/ Mr. Jaffe; prepare for and participate in conference call w/ Mr. Ball; recap of call (6.5 hours total) | 3.25 |

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 12/14/2007 | Prepare for and attend conference call w/ Mr. Ball; recap of call (2.5 hours total) | 1.25 |
| 12/16/2007 | Prepare for Status Conference | 2.0 |
| 12/17/2007 | Travel to Florida for Status Conference | 8.0 |
| 12/18/2007 | Prepare for and attend Status Conference; travel to SF from FL | 13.0 |
| 12/20/2007 | Conference call w/ Mr. Jaffe | 2.0 |
| 12/27/2007 | Conference call w/ Mr. Jaffe; prepare for and participate in conference call w/ Mr. Ball; recap of call (4 hours total) | 2.0 |
| 1/1/2008 | Prepare for Status Conference re Sanctions hearing | 2.0 |
| 1/2/2008 | Travel to Florida for Database Mediation and Status Conference re Sanctions hearing (8 hours total) | 4.0 |
| 1/3/2008 | Prepare for Status Conference re sanctions hearing | 1.5 |
| 1/4/2008 | Prepare for and attend Status Conference re sanctions hearing | 2.5 |
| 1/5/2008 | Travel to SF from FL (8 hours total) | 4.0 |
| 1/6/2008 | Work on statement re structure for sanctions hearing | 1.5 |
| 1/7/2008 | Work on statement re structure for sanctions hearing | 0.5 |
| 1/11/2008 | Review AZ's response to statement; emails re same; conference call w/ Mr. Ball re format for production of email in native; emails re same | 1.5 |
| 1/12/2008 | Work on responses to AZ's discovery re sanctions issues; work on submissions for sanctions hearing | 2.5 |
| 1/14/2008 | Conference call w/ Mr. Jaffe, et al re responses to AZ's discovery re sanctions issues; prepare for conference w/ Court re sanctions hearing | 2.0 |

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 1/15/2008 | Prepare for and attend conference call w/ Court re sanctions hearing; emails w/ team re same; emails w/ team and Mr. Ball re format for native production of email; draft declaration for sanctions hearing; review documents for use as exhibits; work on discovery responses; conferences w/ Mr. Jaffe re same; conferences w/ Mr. Canty re same; preparation for sanctions hearing | 5.0 |
| | **TOTAL** | **362.75** |

|   |   |
|---:|---:|
| Rate for Lawrence Gornick for 2007: | $625.00/hour |
| Total 2007 hours: | 335.75 |
| Total Fees for 2007: | $209,843.75 |
| Rate for Lawrence Gornick for 2008: | $650.00/hour |
| Total 2008 hours: | 27.0 |
| Total Fees for 2008: | $17,550.00 |
| **Total Fees for Lawrence J. Gornick:** | **$227,393.75** |