UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

Orlando Division

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br><br>MDL Docket No. 1769<br><br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**DECLARATION OF LAURA M. BRANDENBERG IN SUPPORT OF PLAINTIFFS' MEMORANDUM RE REASONABLENESS OF SUBMITTED COSTS AND FEES** |

I, Laura M. Brandenberg, declare as follows:

1. I am an attorney associated with the law firm of Levin Simes Kaiser & Gornick LLP, counsel for plaintiffs in the captioned matter. I make this Declaration in support of Plaintiffs' Memorandum Re Reasonableness of Submitted Costs and Fees to this Court. I have personal knowledge of the facts set forth herein, and would competently testify to the same if called upon to do so.

2. Attached as Exhibit A is a true and correct copy of the 2007 National Law Journal Billing Survey ("NLJ Billing Survey"). I obtained this survey online and have not altered its contents. This survey contains high and low billing rates for partners and associates at law firms in various locations across the country. It is my understanding that the law firms participating in the NJL Billing Survey have provided correct and accurate information.

3. Attached as Exhibit B is a true and correct copy of portions of the 2007 NLJ Billing Survey. For the Court's convenience, I created this survey by copying and pasting the portions of the survey referenced in Plaintiffs' accompanying motion. I have not altered the contents of the information contained in Exhibit B other than copying and pasting the relevant portions, and inserting labels regarding geographic location.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 04 day of January 2008 in San Francisco, California.

*Laura M. Brandenberg*
Laura M. Brandenberg