## 2007 NLJ Billing Survey

Copyright © 2008, ALM Properties, Inc., All Rights Reserved

| Fiscal Year | Firm Name | Location | Partner Billing Rate High | Partner Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Low | Associate Billing Rate Average | Partner Billing Rate Average | Firmwide Billing Rate Average | Associate Billing Rate Med | Partner Billing Rate Med | Firmwide Billing Rate Med | Firm Billing Alternatives |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | Gardere Wynne Sewell | Dallas | $715 | $350 | $425 | $220 | $292 | $472 | $405 | $265 | $475 | $405 | Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency), Fixed or flat fees, Contingency fees |
| 2007 | Locke, Lord, Bissell & Liddell | Dallas | $900 | $375 | $390 | $190 | $281 | $488 | $399 | $280 | $490 | $425 | Retrospective fees based on value, Fixed or flat fees, Contingency fees, Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency) |
| 2007 | Thompson & Knight | Dallas | $730 | $370 | $370 | $205 | $295 | $496 | $415 | $310 | $485 | $400 | Contingency fees, Fixed or flat fees |
| 2007 | Winstead Sechrest & Minick | Dallas | $620 | $345 | $360 | $180 | | | | | | | Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency), Fixed or flat fees, Contingency fees |
| 2007 | Andrews Kurth | Houston | $795 | $400 | $460 | $210 | | | | | | | Volume discount, Contingency fees, Fixed or flat fees, Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency) |
| 2007 | Loeb & Loeb | Los Angeles | $875 | $425 | $500 | $240 | $384 | $606 | $505 | $400 | $600 | $500 | Retrospective fees based on value, Contingency fees, Fixed or flat fees, Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency) |
| 2007 | Manatt, Phelps & Phillips | Los Angeles | $785 | $520 | $480 | $265 | $395 | $600 | $518 | $415 | $590 | $550 | Volume Discounts & Added Value Billing, Hybrid fees , Contingency fees, Fixed or flat fees, Retrospective fees based on value |
| 2007 | Sheppard, Mullin, Richter & Hampton | Los Angeles | $795 | $425 | $550 | $260 | | | | | | | Retrospective fees based on value, Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency), Fixed or flat fees, Contingency fees |

| Year | Firm | Location | | | | | | | | | | Fee Types |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | Fenwick & West | Mountain View, Calif | $775 | $500 | $500 | $245 | $360 | $590 | $395 | $370 | $600 | $410 | Retrospective fees based on value, Contingency fees, Fixed or flat fees, Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency) |
| 2007 | McCarter & English LLP | Newark, NJ | $650 | $325 | $395 | $205 | | | | | | | |
| 2007 | Curtis, Mallet-Prevost, Colt & Mosle | New York | $735 | $635 | $560 | $280 | $361 | $666 | $396 | $360 | $685 | $480 | Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency), Fixed or flat fees |
| 2007 | Epstein Becker & Green | New York | $675 | $280 | $440 | $155 | $290 | $471 | $380 | $280 | $475 | $395 | Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency), Fixed or flat fees |
| 2007 | Greenberg Traurig, PA | New York | $850 | $300 | $505 | $175 | $311 | $490 | $407 | $310 | $500 | $415 | Retrospective fees based on value, Contingency fees, Fixed or flat fees, Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency) |
| 2007 | Hughes Hubbard & Reed | New York | $825 | $595 | $560 | $240 | | | | | | | Retrospective fees based on value, Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency) |
| 2007 | Kelley Drye & Warren | New York | $800 | $400 | $500 | $255 | | | | | | | |
| 2007 | McKee Nelson | New York | $920 | $635 | $595 | $375 | $446 | $760 | $489 | $455 | $755 | $475 | Fixed or flat fees |
| 2007 | Schulte Roth & Zabel | New York | $850 | $650 | $585 | $235 | $435 | $724 | | $440 | $745 | | Fixed or flat fees |
| 2007 | Thacher Proffitt & Wood | New York | $785 | $525 | $495 | $275 | $353 | $674 | $428 | $365 | $700 | $395 | Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency), Fixed or flat fees, Contingency fees |
| 2007 | Broad and Cassel | Orlando, Fl | $450 | $250 | $310 | $165 | $232 | $361 | $294 | $225 | $360 | $275 | Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency), Contingency fees, Fixed or flat fees |
| 2007 | GrayRobinson, PA | Orlando, Fla | $500 | $175 | $250 | $250 | $198 | $319 | $224 | | | | Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency), Contingency fees, Fixed or flat fees |
| 2007 | Cooley Godward Kronish | Palo Alto, CL | $875 | $470 | $555 | $250 | | | | | | | Retrospective fees based on value, Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency), Contingency fees, Fixed or flat fees |

| Year | Firm | City | | | | | | | | | | Fee Types |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | Cozen O'Connor | Philadelphia | $750 | $230 | $530 | $155 | $283 | $420 | $350 | $280 | $425 | $340 | Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency), Fixed or flat fees, Contingency fees |
| 2007 | Duane Morris | Philadelphia | $705 | $315 | $465 | $150 | $310 | $475 | $416 | $305 | $470 | $415 | Contingency fees, Fixed or flat fees |
| 2007 | Fox Rothschild | Philadelphia | $595 | $240 | $440 | $190 | | | | | | | Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency), Fixed or flat fees, Contingency fees |
| 2007 | Marshall, Dennehey, Warner, Coleman & Goggin | Philadelphia | $400 | $135 | $300 | $120 | | | | | | | Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency), Contingency fees, Fixed or flat fees |
| 2007 | Montgomery, McCracken, Walker & Rhoads | Philadelphia | $575 | $320 | $320 | $195 | $260 | $419 | $360 | | | | Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency), Contingency fees, Fixed or flat fees |
| 2007 | Morgan, Lewis & Bockius | Philadelphia | $850 | $375 | $575 | $200 | | | | | | | |
| 2007 | Pepper Hamilton | Philadelphia | $750 | $335 | $425 | $200 | | | | | | | Contingency fees, Fixed or flat fees |
| 2007 | Saul Ewing | Philadelphia | $750 | $315 | $485 | $180 | $273 | $426 | $357 | $255 | $415 | $365 | Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency), Contingency fees, Fixed or flat fees |
| 2007 | Schnader Harrison Segal & Lewis | Philadelphia | $750 | $240 | $385 | $175 | | | | | | | Retrospective fees based on value, Fixed or flat fees, Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency), Contingency fees |
| 2007 | Howard, Rice, Nemerovski, Canady, Falk & Rabkin | San Francisco | $775 | $495 | $485 | $275 | | | | | | | Retrospective fees based on value, Contingency fees, Fixed or flat fees, Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency) |
| 2007 | Carlton Fields | Tampa, Fla | $600 | $280 | $375 | $190 | $243 | $406 | $312 | $245 | $405 | $300 | retainer, Contingency fees, Fixed or flat fees, Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency) |