## 2007 NLJ Billing Survey

Copyright © 2008, ALM Properties, Inc., All Rights Reserved

| Fiscal Year | Firm Name | Location | Partner Billing Rate High | Partner Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Low | Associate Billing Rate Average | Partner Billing Rate Average | Firmwide Billing Rate Average | Associate Billing Rate Med | Partner Billing Rate Med | Firmwide Billing Rate Med | Firm Billing Alternatives |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **San Francisco** | | | | | | | | | | | | | |
| 2007 | **Howard, Rice, Nemerovski, Canady, Falk & Rabkin** | San Francisco | $775 | $495 | $485 | $275 | | | | | | | Retrospective fees based on value, Contingency fees, Fixed or flat fees, Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency) |
| **Houston** | | | | | | | | | | | | | |
| 2007 | **Andrews Kurth** | Houston | $795 | $400 | $460 | $210 | | | | | | | Volume discount, Contingency fees, Fixed or flat fees, Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency) |
| New York | | | | | | | | | | | | | |
| 2007 | **Curtis, Mallet-Prevost, Colt & Mosle** | New York | $735 | $635 | $560 | $280 | $361 | $666 | $396 | $360 | $685 | $480 | Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency), Fixed or flat fees |
| 2007 | **Epstein Becker & Green** | New York | $675 | $280 | $440 | $155 | $290 | $471 | $380 | $280 | $475 | $395 | Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency), Fixed or flat fees |
| 2007 | **Greenberg Traurig, PA** | New York | $850 | $300 | $505 | $175 | $311 | $490 | $407 | $310 | $500 | $415 | Retrospective fees based on value, Contingency fees, Fixed or flat fees, Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency) |
| 2007 | **Hughes Hubbard & Reed** | New York | $825 | $595 | $560 | $240 | | | | | | | Retrospective fees based on value, Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency) |
| 2007 | **Kelley Drye & Warren** | New York | $800 | $400 | $500 | $255 | | | | | | | |
| 2007 | **McKee Nelson** | New York | $920 | $635 | $595 | $375 | $446 | $760 | $489 | $455 | $755 | $475 | Fixed or flat fees |
| 2007 | **Schulte Roth & Zabel** | New York | $850 | $650 | $585 | $235 | $435 | $724 | | $440 | $745 | | Fixed or flat fees |

| 2007 | Thacher Proffitt & Wood | New York | $785 | $525 | $495 | $275 | $353 | $674 | $428 | $365 | $700 | $395 | Hybrid fees (combinations can include a flat fee plus an hourly rate or an hourly rate plus a contingency), Fixed or flat fees, Contingency fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| **AstraZeneca's Attorneys** | | | | | | | | | | | | | |
| 2007 | McCarter & English LLP | Newark, NJ | $650 | $325 | $395 | $205 | | | | | | | |
| 2007 | Morgan, Lewis & Bockius | Philadelphia | $850 | $375 | $575 | $200 | | | | | | | |
| | | | | | | | | | | | | | |