UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to ALL CASES

**JOINT STATUS REPORT, AGENDA, AND
MOTION TO ALLOW ELECTRONIC EQUIPMENT**

January 28, 2008 Evidentiary Hearing
January 29, 2008 Status Conference

The MDL Plaintiffs and Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca"), by and through their counsel, respectfully submit this Joint Status Report, Agenda, and Motion to Allow Electronic Equipment at the January 29, 2008 Status Conference and Motion to Allow Electronic Equipment at the January 28, 2008 Evidentiary Hearing.

**I.      STATUS REPORT**

As of January 23, 2008, AstraZeneca was defending approximately 7,997 served or answered Seroquel cases, with a total of 12,222 plaintiff groups, pending in federal and state courts. Approximately 73 additional cases with 73 plaintiff groups have been filed but not yet served on AstraZeneca. The federal/state breakdown of served cases and plaintiffs is as follows:

|         | **Number of Cases** | **Number of Plaintiffs** |
|---------|---------------------|--------------------------|
| **Federal** | 5,707 | 5,715 |
| **State**   | 2,290 | 6,507 |

Of the Seroquel cases in federal court, approximately 5,665 are currently in this MDL. An additional 42 cases with 50 plaintiffs have been tagged for transfer to this MDL. It is expected that other federal cases will eventually be tagged and transferred to this MDL. Approximately 1,598 MDL cases have been dismissed thus far – 396 by stipulation and 1,202 by Court Order.

## II.     MOTIONS

The following motions are pending before the Court:

A.      Plaintiffs' Motion for Sanctions Due to Misconduct in Case-Specific Discovery (Doc. No. 604). AstraZeneca responded to Plaintiffs' motion (Doc. No. 641). The Court referred this matter to the SM-PMO (Doc. Nos. 638, 688, 709), who has completed his investigation of the issue (Doc. No. 795).

B.      Plaintiffs' Motion to Compel Defendants' Responses to Requests for Production of Documents (Doc. Nos. 629, 630). AstraZeneca responded to Plaintiffs' Motion (Doc. No. 662). The Court ordered the Parties to meet and confer and file a statement of outstanding issues (Doc. No. 688), and the Parties filed a statement of narrowed issues on December 14, 2007 (Doc. No. 739). The Court heard argument on this issue at the December 18, 2007 Status Conference.

C.  AstraZeneca's Motion to Maintain the Confidentiality of Certain Exhibits Cited at the Deposition of Denise Campbell (Doc. No. 762). Plaintiffs have responded to AstraZeneca's Motion (Doc. No. 785).

D.  AstraZeneca's Motion to Maintain the Confidentiality of Exhibits and Testimony Related to Confidential Pharmaceutical Sales Specialist Call Notes, filed in *Godfrey v. AstraZeneca, et al.*, MDL Case No. 6:06-cv-0979 (Doc. No. 6). Plaintiffs have responded to AstraZeneca's Motion (Doc. No. 7).

E.  AstraZeneca's Motions to Maintain the Confidentiality of AstraZeneca's Market Pro Information, filed in four individual cases: *Thomas v. AstraZeneca, et al.*, MDL Case No. 6:06-cv-1295 (Doc. No. 4); *Glover v. AstraZeneca, et al.*, MDL Case No. 6:06-cv-0977 (Doc. No. 4); *Frederick v. AstraZeneca, et al.*, MDL Case No. 6:06-cv-1000 (Doc. No. 6); and *Naramore v. AstraZeneca, et al.*, MDL Case No. 6:06-cv-1292 (Doc. No. 4). Plaintiffs have responded to AstraZeneca's Motions (Doc. No. 5 in each case).

F.  Plaintiffs' Motion to Compel AstraZeneca to Produce Documents Improperly Designated as Privileged and Documents for Which Privilege Should Be Deemed Waived and for the Appointment of a Special Master to Review Privilege Logs (Doc. No. 789). Plaintiffs have agreed to give AstraZeneca a 1-week extension of time to respond to this Motion, and AstraZeneca has filed an unopposed Motion requesting this relief (Doc. No. 802).

G.  AstraZeneca's Second Motion to Compel Certain Florida Plaintiffs to Provide Full and Complete Answers to Plaintiff Fact Sheet Questions for Case Selection Purposes (Doc. No. 817). Plaintiffs' Response to AstraZeneca's Motion is due on February 4, 2008.

      H.      Plaintiffs' Motion for Leave to Conduct Written Question Depositions (Doc. No. 818).  AstraZeneca's Response to Plaintiffs' Motion is due on February 4, 2008.

**III.**    **AGENDA**

    **AstraZeneca would like to discuss the following issues:**

      1.      Interpretation of CMO No. 5.  When the Parties select cases for the Initial Trial Pool, Defendants want to be able to select from among the 20 Florida-plaintiff cases that were part of the August-to-November limited case-specific discovery program regardless of whether those cases were selected to be part of the 75-case Discovery Pool.

      2.      Issues related to the case-specific discovery of Florida cases.

**IV.**    **MOTION TO ALLOW ELECTRONIC EQUIPMENT**

Counsel for the MDL Plaintiffs and for AstraZeneca, pursuant to Middle District Local Rule 4.11(b), hereby seek Court approval for their use of electronic equipment at the January 28, 2008 Evidentiary Hearing and the January 29, 2008 Status Conference, and as grounds therefore would show as follows:

    A.      The following plaintiffs' counsel and non-counsel seek to utilize BlackBerry email devices, cell phones without camera capabilities, and laptop computers to facilitate communication with their offices regarding discovery issues and access to their calendars for scheduling purposes during the status conference.

      1.      Larry Roth (BlackBerry, cell phone);

      2.      Paul Pennock (BlackBerry, cell phone);

      3.      Jonathan Sedgh (BlackBerry, cell phone, laptop computer);

      4.      Jonathan Jaffe (BlackBerry, cell phone, laptop computer);

      5.    Camp Bailey (BlackBerry, laptop computer);

      6.    Fletch Trammell (BlackBerry);

      7.    Scott Allen (BlackBerry, cell phone);

      8.    Holly Wheeler (BlackBerry, cell phone);

      9.    Larry Gornick (BlackBerry, cell phone, laptop computer);

      10.    Dennis Canty (BlackBerry, cell phone, laptop computer);

      11.    Tommy Fibich (BlackBerry); and

      12.    David Matthews (Blackberry).

B.    The following counsel and non-counsel for AstraZeneca seek to utilize BlackBerry email devices and cell phones without camera capabilities to facilitate the scheduling of subsequent hearings and conferences in the above-captioned matter and to allow counsel to obtain information responsive to issues that may arise during the conference. Counsel for AstraZeneca also seek to utilize PowerPoint® electronic equipment at the hearing.

      1.    Benjamin R. Barnett (cell phone, BlackBerry, laptop computer);

      2.    A. Elizabeth Balakhani (cell phone, BlackBerry, laptop computer);

      3.    Robert L. Ciotti (cell phone, BlackBerry, laptop computer);

      4.    Chris S. Coutroulis (cell phone, BlackBerry);

      5.    James J. Freebery (cell phone, BlackBerry);

      6.    Hope S. Freiwald (cell phone, BlackBerry);

      7.    Fred T. Magaziner (cell phone, BlackBerry, laptop computer);

      8.    Stephen J. McConnell (cell phone, BlackBerry, laptop computer);

      9.    Luke Mette (cell phone, BlackBerry);

-6-

      10.    Robert W. Pass (cell phone BlackBerry);

      11.    Shane T. Prince (cell phone, BlackBerry, laptop computer);

      12.    Christin Bassett (cell phone, BlackBerry);

      13.    Brennan J. Torregrossa (cell phone, BlackBerry, laptop computer);

      14.    Russell O. Stewart (cell phone, BlackBerry);

      15.    Bill Adams (cell phone, PDA, laptop computer);

      16.    Carmen Fields (cell phone, PDA, laptop computer);

      17.    Phillip N. Yannella (cell phone, BlackBerry, laptop computer); and

      18.    Joshua G. Schiller (cell phone, BlackBerry, laptop computer).

    C.    Counsel and non-counsel for the parties represent, pursuant to Middle District Local Rule 4.11(b), that these devices will be switched to "silent activation mode" while in the courtroom.

Respectfully submitted on this the 24th day of January, 2008,

| | |
|---|---|
| /s/ Paul Pennock<br>Paul Pennock<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5504<br>Ppennock@weitzlux.com<br><br>Camp Bailey<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7232<br>cbailey@bpblaw.com<br><br>*Co-Lead Counsel for Plaintiffs* | /s/ Fred T. Magaziner<br>Fred T. Magaziner<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA  19103<br>Telephone: (215) 994-4000<br>Facsimile: (215) 994-2222<br>fred.magaziner@dechert.com<br><br>*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 24th of January, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that the foregoing document and the notice of electronic filing was served on Plaintiffs' Liaison Counsel in accordance with CMO No. 1.

/s/ K. Camp Bailey

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>**Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>**Attorney for Defendant, Marguerite Devon French** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>**Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>**Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>**Attorney for Defendant Dr. Asif Habib** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

-12-

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |