US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____1.02_____

6:06-md-01769-ACC-DAB

**In Re:  Seroquel Products Liability
Litigation**

Date Identified:

_____

Date Admitted:

_____

# Exhibit 1.02

### TOTAL COSTS INCURRED BY LEVIN SIMES KAISER & GORNICK

**Costs for Lawrence J. Gornick**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 7/12/07 | Airfare | $837.61 |
| 7/17/07 | Airfare | $756.99 |
| 7/19/07 | Airfare | $533.10 |
| 7/24/07 | Parking | $25.00 |
| 7/26/07 | Lodging | $38.79 |
| 7/27/07 | Parking | $132.00 |
| 7/27/07 | Meals | $48.65 |
| 7/27/07 | Meals | $38.44 |
| 7/28/07 | Lodging | $1,025.06 |
| 7/30/07 | Ground Transportation | $114.61 |
| 8/16/07 | Airfare | $1,528.81 |
| 8/22/07 | Meals | $328.71 |
| 8/23/07 | Ground Transportation | $124.76 |
| 8/23/07 | Parking | $66.00 |
| 8/24/07 | Lodging | $688.59 |
| 8/27/07 | Ground Transportation | $114.61 |
| 9/5/07 | Airfare | $1,546.60 |
| 9/10/07 | Meals | $13.33 |
| 9/11/07 | Parking | $66.00 |
| 9/11/07 | Meals | $9.10 |
| 9/12/07 | Lodging | $304.33 |
| 9/12/07 | Ground Transportation | $114.61 |
| 9/13/07 | Ground Transportation | $114.61 |
| 9/24/07 | Airfare | $1,906.60 |
| 10/25/07 | Airfare | $1,828.70 |
| 10/30/07 | Airfare | $957.80 |
| 10/30/07 | Parking | $66.00 |
| 10/30/07 | Meals | $19.55 |
| 10/31/07 | Lodging | $421.52 |
| 10/31/07 | Ground Transportation | $124.76 |
| 11/1/07 | Ground Transportation | $156.46 |
| 11/9/07 | Airfare | $1,613.69 |
| 11/15/07 | Parking | $66.00 |
| 11/16/07 | Airfare | $1,613.69 |
| 11/16/07 | Lodging | $407.66 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/16/07 | Ground Transportation | $124.01 |
| 11/29/07 | Ground Transportation | $75.00 |
| 12/13/07 | Airfare (DC & LG) | $3,550.40 |
| 12/18/07 | Parking | $66.00 |
| 12/18/07 | Meals | $22.33 |
| 12/19/07 | Airfare (DC & LG) | $3,209.58 |
| 12/19/07 | Lodging | $420.76 |
| 12/20/07 | Ground Transportation | $114.61 |
| 12/21/07 | Ground Transportation | $124.76 |
| | **TOTAL** | **$25,460.19** |

**Costs for Dennis J. Canty**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/17/07 | Airfare | $2,294.60 |
| 7/19/07 | Lodging | $197.18 |
| 7/25/07 | Ground Transportation for Evidentiary Hearing | $85.00 |
| 7/25/07 | Lodging for Evidentiary Hearing | $122.90 |
| 7/27/07 | Meals | $52.34 |
| 7/27/07 | Meals | $19.00 |
| 7/27/07 | Ground Transportation | $50.00 |
| 7/28/07 | Lodging | $712.59 |
| 8/16/07 | Airfare | $1,528.81 |
| 8/23/07 | Ground Transportation | $50.00 |
| 8/24/07 | Lodging | $606.01 |
| 8/25/07 | Lodging | $45.00 |
| 12/11/07 | Airfare | $1,613.69 |
| 12/19/07 | Lodging | $314.87 |
| | **TOTAL** | **$7,691.99** |

**TOTAL COSTS FOR LAWRENCE J. GORNICK & DENNIS J. CANTY:     $33,152.18**

**Due in Full Activity for LAWRENCE J GORNICK**
Card XXXX-XXXXX7-52045

07/12/07    UNITED AIRLINES   HONOLULU   HI             837.61

UNITED AIRLINES

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| SAN FRANCISCO CA | WASHINGTON DC | UA | VR |
| | ORLANDO FL | UA | VR |
| | CHICAGO IL | UA | EB |
| | SAN FRANCISCO CA | UA | EB |

Ticket Number: 01621612801674      Date of Departure: 07/24
Passenger Name: GORNICK/LAWRENCE J M
Document Type: PASSENGER TICKET

---

07/17/07    UNITED AIRLINES   HONOLULU   HI             756.99

UNITED AIRLINES

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| SAN FRANCISCO CA | WASHINGTON DC | UA | VR |
| | ORLANDO FL | UA | VR |
| | CHICAGO IL | UA | FU |
| | SAN FRANCISCO CA | UA | FU |

Ticket Number: 01621615185653      Date of Departure: 07/24
Passenger Name: GORNICK/LAWRENCE J M
Document Type: GROUP TICKET

---

07/19/07    UNITED AIRLINES   HONOLULU   HI             533.10

UNITED AIRLINES

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| SAN FRANCISCO CA | | | |
| | ORLANDO FL | UA | MU |
| | CHARLOTTE NC | UA | MU |
| | SAN FRANCISCO CA | UA | MU |

Ticket Number: 01621616432784      Date of Departure: 07/24
Passenger Name: GORNICK/LAWRENCE J M
Document Type: GROUP TICKET

31 R07YXA4A 00236

**Due in Full Activity for LAWRENCE J GORNICK**
Card XXXX-XXXXX7-52045

| Date | Description | Amount |
|---|---|---|
| 07/24/07 | 71 STEVENSON        SAN FRANCISCO    CA<br>PARKING | 25.00 |
| 07/26/07 | OMNI HOTELS CHAMPIONCHAMPIONSGATE      FL<br>Arrival Date        Departure Date<br>07/24/07            07/25/07<br>00000000<br>LODGING | 0.41 |
| 07/26/07 | OMNI HOTELS CHAMPIONCHAMPIONSGATE      FL<br>Arrival Date        Departure Date<br>07/25/07            07/25/07<br>00000000<br>LODGING | 3.00 |
| 07/26/07 | OMNI HOTELS CHAMPIONCHAMPIONSGATE      FL<br>Arrival Date        Departure Date<br>07/25/07            07/25/07<br>00000000<br>LODGING | 35.38 |
| 07/27/07 | NEW SOUTH PARKING-CASAN FRANCISCO    CA<br>PARKING FEES | 132.00 |
| 07/27/07 | HARTSFIELD BUD BREWHATLANTA          GA<br>FAST FOOD RESTAURANT<br>Description<br>580698 | 48.65 |
| 07/27/07 | HMS HOST MCO AIRPT #ORLANDO          FL<br>4078513334<br>Description<br>FOOD/BEV | 38.44 |
| 07/28/07 | GRAND BOHEMIAN HOTELORLANDO          FL<br>Arrival Date        Departure Date<br>07/25/07            07/27/07<br>00000000<br>LODGING | 1,020.06 |
| 07/28/07 | GRAND BOHEMIAN HOTELORLANDO          FL<br>Arrival Date        Departure Date<br>07/27/07            07/27/07<br>00000000<br>LODGING | 5.00 |
| 07/30/07 | CAREY INTERNATIONAL WASHINGTON       DC<br>CHARTER SERVICES<br>FOR: 2007-07-27 ORLANDO<br>PASSENGER: GORNICK, LAWRENCE<br>TRIP/RES #: 0707050642/44197247 | 114.61 |

*Continued on next page*

| | | | |
|---|---|---|---|
| 08/16/07 | UNITED AIRLINES     CHICAGO     IL | | 1,528.81 |

UNITED AIRLINES
From:                          To:                        Carrier:        Class:
SAN FRANCISCO CA    ORLANDO FL         UA              HU
                                       SAN FRANCISCO CA   UA              HU
Ticket Number: 01621630307930         Date of Departure: 08/21
Passenger Name: GORNICK/LAWRENCE J M
Document Type: PASSENGER TICKET

| | | | |
|---|---|---|---|
| 08/22/07 | KRES CHOPHOUSE     ORLANDO       FL | | 328.71 |

RESTAURANT
FOOD/BEVERAGE                    273.71
TIP                              55.00

| | | | |
|---|---|---|---|
| 08/23/07 | CAREY INTERNATIONAL WASHINGTON     DC | | 124.76 |

CHARTER SERVICES
FOR: 2007-08-21 ORLANDO
PASSENGER: GORNICK, LAWRENCE
TRIP/RES #: 0708040065/44272540

| | | | |
|---|---|---|---|
| 08/23/07 | NEW SOUTH PARKING-CASAN FRANCISCO     CA | | 66.00 |

PARKING FEES

| | | | |
|---|---|---|---|
| 08/24/07 | GRAND BOHEMIAN HOTELORLANDO          FL | | 688.59 |

Arrival Date              Departure Date
08/21/07                  08/23/07
00000000
LODGING

Continued on revers

**Due in Full Activity for LAWRENCE J GORNICK**
Card XXXX-XXXXX7-52045

| 08/27/07 | CAREY INTERNATIONAL WASHINGTON      DC | 114.61 |
| | CHARTER SERVICES | |
| | FOR: 2007-08-23 ORLANDO | |
| | PASSENGER: GORNICK, LAWRENCE | |
| | TRIP/RES #: 0708045247/44272544 | |

| 09/05/07 | US AIRWAYS        PHOENIX    AZ | 1,546.60 |

US AIRWAYS

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| SAN FRANCISCO CA | CHARLOTTE NC | US | AA |
| | ORLANDO FL | US | C |
| | CHARLOTTE NC | US | A |
| | SAN FRANCISCO CA | US | NC |

Ticket Number: 03721450546800          Date of Departure: 09/10
Passenger Name: GORNICK/LAWRENCE
Document Type: PASSENGER TICKET

02710  R07YYA6A  00098

| Date | Description | Amount |
|---|---|---|
| 09/10/07 | HMSHOST-CLT-AIRPT #0CHARLOTTE     NC<br>7043594455<br>Description<br>FOOD/BEV | 13.33 |
| 09/11/07 | NEW SOUTH PARKING-CASAN FRANCISCO     CA<br>6508217905<br>Description          Price<br>PARKING FEES       66.00 | 66.00 |
| 09/11/07 | CAFEORLANDO1     ORLANDO        FL<br>RESTAURANT<br>FOOD/BEVERAGE                9.10 | 9.10 |
| 09/12/07 | GRAND BOHEMIAN HOTELORLANDO         FL<br>Arrival Date          Departure Date<br>09/10/07               09/11/07<br>00000000<br>LODGING | 304.33 |
| 09/12/07 | CAREY INTERNATIONAL WASHINGTON      DC<br>CHARTER SERVICES<br>FOR: 2007-09-11 ORLANDO<br>PASSENGER: GORNICK, LAWRENCE<br>TRIP/RES #: 0709014598/44328767 | 114.61 |
| 09/13/07 | CAREY INTERNATIONAL WASHINGTON      DC<br>CHARTER SERVICES<br>FOR: 2007-09-10 ORLANDO<br>PASSENGER: GORNICK, LAWRENCE<br>TRIP/RES #: 0709017108/44328744 | 114.61 |
| 09/24/07 | US AIRWAYS       PHOENIX    AZ<br>US AIRWAYS<br>From:                To:              Carrier:        Class:<br>SAN FRANCISCO CA     CHARLOTTE NC     US             YU<br>                     ORLANDO FL       US<br>                     CHARLOTTE NC     US             Y<br>                     SAN FRANCISCO CA US<br>Ticket Number: 03721465641504        Date of Departure: 10/01<br>Passenger Name: GORNICK/LAWRENCE<br>Document Type: PASSENGER TICKET | 1,906.60 |

| | | | | |
|---|---|---|---|---|
| 10/25/07 | UNITED AIRLINES    HONOLULU    HI | | | 1,828.70 |

UNITED AIRLINES

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| SAN FRANCISCO CA | ORLANDO FL | UA | MU |
| | CHARLOTTE NC | UA | HU |
| | SAN FRANCISCO CA | UA | HU |

Ticket Number: 01621662955274          Date of Departure: 10/29
Passenger Name: GORNICK/LAWRENCE J M
Document Type: PASSENGER TICKET

| | | | | |
|---|---|---|---|---|
| 10/30/07 | DELTA AIR LINES    ATLANTA    GA | | | 957.80 |

DELTA AIR LINES

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| ORLANDO FL | ATLANTA GA | DL | F0 |
| | SAN FRANCISCO CA | DL | F0 |

Ticket Number: 00623388042001          Date of Departure: 10/30
Passenger Name: GORNICK/LAWRENCE
Document Type: PASSENGER TICKET

| | | |
|---|---|---|
| 10/30/07 | NEW SOUTH PARKING-CASAN FRANCISCO    CA | 66.00 |

6508217905

| Description | Price |
|---|---|
| PARKING FEES | 66.00 |

| | | |
|---|---|---|
| 10/30/07 | CHILI'S TOO CONC A 0ATLANTA    GA | 19.55 |

4045306255

Description
REFER TO RECEIPT

| | | |
|---|---|---|
| 10/31/07 | GRAND BOHEMIAN HOTELORLANDO    FL | 421.52 |

| Arrival Date | Departure Date |
|---|---|
| 10/29/07 | 10/30/07 |

00000000
LODGING

*Continued on next page*

| 10/31/07 | Carey International Washington     DC | | | 124.76 |
| | TAXICAB & LIMOUSINE | | | |
| | Description | | | |
| | 07-10-29 | | | |
| | ORLANDO | | | |
| | GORNICK | | | |
| | LAWRENCE | | | |

| 11/01/07 | Carey International Washington     DC | | | 156.46 |
| | TAXICAB & LIMOUSINE | | | |
| | Description | | | |
| | 07-10-30 | | | |
| | ORLANDO | | | |
| | GORNICK | | | |
| | LAWRENCE | | | |

| 11/09/07 | UNITED AIRLINES     ROSEMONT    IL | | | | 1,613.69 |
| | UNITED AIRLINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | SAN FRANCISCO CA | ORLANDO FL | UA | HU | |
| | | CHARLOTTE NC | UA | HU | |
| | | SAN FRANCISCO CA | UA | HU | |
| | Ticket Number: 01621669856143 | | Date of Departure: 11/14 | | |
| | Passenger Name: GORNICK/LAWRENCE | | | | |
| | Document Type: PASSENGER TICKET | | | | |

03676 R07YYAAA 00342

*Continued on reverse*

| 11/15/07 | NEW SOUTH PARKING-CASAN FRANCISCO      CA | | | 66.00 |
| | 6508217905 | | | |
| | Description | Price | | |
| | PARKING FEES | 66.00 | | |

| 11/16/07 | UNITED AIRLINES      ROSEMONT      IL | | | | 1,613.69 |
| | UNITED AIRLINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | SAN FRANCISCO CA | | | | |
| | | ORLANDO FL | UA | HU | |
| | | CHARLOTTE NC | UA | HU | |
| | | SAN FRANCISCO CA | UA | HU | |
| | Ticket Number: 01621673076843 | | Date of Departure: 12/17 | | |
| | Passenger Name: GORNICK/LAWRENCE | | | | |
| | Document Type: PASSENGER TICKET | | | | |

*Continued on next page*

| 11/16/07 | GRAND BOHEMIAN HOTELORLANDO          FL | | 407.66 |
|---|---|---|---|
| | Arrival Date          Departure Date<br>11/14/07          11/15/07<br>00000000<br>LODGING | | |
| 11/16/07 | Carey International Washington          DC<br>TAXICAB & LIMOUSINE<br>Description<br>07-11-14<br>ORLANDO<br>GORNICK<br>LAWRENCE | | 124.01 |

*Continued on rever.*

| 11/29/07 | Carey International Washington | DC | 75.00 |
| | TAXICAB & LIMOUSINE | | |
| | Description | | |
| | 07-11-15 | | |
| | ORLANDO | | |
| | GORNICK | | |
| | LAWRENCE | | |

*Continued on next page*

| | | | | | |
|---|---|---|---|---|---|
| 12/13/07 | UNITED AIRLINES   ROSEMONT   IL | | | | 802.40 |

UNITED AIRLINES
From:                           To:                     Carrier:        Class:
SAN FRANCISCO CA
                                ORLANDO FL              UA              HU
                                NOT AVAILABLE
Ticket Number: 01621683952146                           Date of Departure: 12/17
Passenger Name: GORNICK/LAWRENCE
Document Type: PASSENGER TICKET

| | | | | | |
|---|---|---|---|---|---|
| 12/13/07 | UNITED AIRLINES   ROSEMONT   IL | | | | 802.40 |

UNITED AIRLINES
From:                           To:                     Carrier:        Class:
SAN FRANCISCO CA
                                ORLANDO FL              UA              HU
                                NOT AVAILABLE
Ticket Number: 01621683952150                           Date of Departure: 12/17
Passenger Name: CANTY/DENNIS
Document Type: PASSENGER TICKET

| | | | | | |
|---|---|---|---|---|---|
| 12/13/07 | DELTA AIR LINES   ATLANTA   GA | | | | 972.80 |

DELTA AIR LINES
From:                           To:                     Carrier:        Class:
ORLANDO FL
                                ATLANTA GA              DL              F0
                                SAN FRANCISCO CA        DL              F0
Ticket Number: 00623399176116                           Date of Departure: 12/18
Passenger Name: GORNICK/LAWRENCE
Document Type: PASSENGER TICKET

| | | | | | |
|---|---|---|---|---|---|
| 12/13/07 | DELTA AIR LINES   ATLANTA   GA | | | | 972.80 |

DELTA AIR LINES
From:                           To:                     Carrier:        Class:
ORLANDO FL
                                ATLANTA GA              DL              F0
                                SAN FRANCISCO CA        DL              F0
Ticket Number: 00623399176120                           Date of Departure: 12/18
Passenger Name: CANTY/DENNIS
Document Type: PASSENGER TICKET

| 12/18/07 | NEW SOUTH PARKING-CASAN FRANCISCO    CA | 66.00 |
|---|---|---|

6508217905

| Description | Price |
|---|---|
| PARKING FEES | 66.00 |

| 12/18/07 | HMSHOST-MCO-AIRPT #QORLANDO         FL | 22.33 |
|---|---|---|

4078511334

Description
REFER TO RECEIPT

| 12/19/07 | UNITED AIRLINES    ROSEMONT    IL | 1,604.79 |
|---|---|---|

UNITED AIRLINES

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| SAN FRANCISCO CA | ORLANDO FL | UA | HU |
|  | SAN FRANCISCO CA | UA | HU |

Ticket Number: 01621685966153
Date of Departure: 01/02
Passenger Name: GORNICK/LAWRENCE
Document Type: PASSENGER TICKET

| 12/19/07 | UNITED AIRLINES    ROSEMONT    IL | 1,604.79 |
|---|---|---|

UNITED AIRLINES

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| SAN FRANCISCO CA | ORLANDO FL | UA | HU |
|  | SAN FRANCISCO CA | UA | HU |

Ticket Number: 01621685966164
Date of Departure: 01/02
Passenger Name: CANTY/DENNIS
Document Type: PASSENGER TICKET

| 12/19/07 | GRAND BOHEMIAN HOTELORLANDO         FL | 420.76 |
|---|---|---|

| Arrival Date | Departure Date |
|---|---|
| 12/17/07 | 12/18/07 |

00000000
LODGING

| 12/20/07 | Carey International Washington         DC | 114.61 |
|---|---|---|

TAXICAB & LIMOUSINE
Description
07-12-18
ORLANDO
GORNICK
LAWRENCE

Continued on next page

| 12/21/07 | Carey International Washington     DC | 124.76 |
| | TAXICAB & LIMOUSINE | |
| | Description | |
| | 07-12-17 | |
| | ORLANDO | |
| | GORNICK | |
| | LAWRENCE | |

**Due in Full Activity for DENNIS J CANTY**
Card XXXX-XXXXX7-51054

| | | | | | |
|---|---|---|---|---|---|
| 07/17/07 | UNITED AIRLINES    HONOLULU    HI | | | | 2,294.60 |

UNITED AIRLINES

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| SAN FRANCISCO CA | WASHINGTON DC | UA | MU |
| | ORLANDO FL | UA | MU |
| | CHICAGO IL | UA | FU |
| | SAN FRANCISCO CA | UA | FU |

Ticket Number: 01621615186342         Date of Departure: 07/24
Passenger Name: CANTY/DENNIS J MR
Document Type: PASSENGER TICKET

| | | | |
|---|---|---|---|
| 07/19/07 | OMNI HOTELS CHAMPIONCHAMPIONSGATE    FL | | 197.18 |

Arrival Date         Departure Date
07/24/07                07/27/07
00000000
LODGING
CARDEPOSIT

*Continued on next page*

**Due in Full Activity for DENNIS J CANTY**
Card XXXX-XXXXX7-51054

| 07/25/07 | MEARS TRANS. TC LIMOORLANDO     FL | 85.00 |
| | TAXICAB & LIMOUSINE | |

*Continued on reverse*

|          |                           |            |      |            |
|----------|---------------------------|------------|------|------------|
| 12/11/07 | UNITED AIRLINES  CHICAGO  IL |         |      | 1,613.69   |

UNITED AIRLINES

From:                              To:                      Carrier:    Class:
SAN FRANCISCO CA                   ORLANDO FL               UA          HU
                                   CHARLOTTE NC             UA          HU
                                   SAN FRANCISCO CA         UA          HU
Ticket Number: 01621683049835                              Date of Departure: 12/16
Passenger Name: CANTY/DENNIS J MR
Document Type: PASSENGER TICKET

Continued on reverse

| | | | |
|---|---|---|---|
| 08/16/07 | UNITED AIRLINES    CHICAGO    IL | | 1,528.81 |

UNITED AIRLINES

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| SAN FRANCISCO CA | ORLANDO FL | UA | HU |
| | SAN FRANCISCO CA | UA | HU |

Ticket Number: 01621630315464                    Date of Departure: 08/21
Passenger Name: CANTY/DENNIS J MR
Document Type: PASSENGER TICKET

| | | |
|---|---|---|
| 08/23/07 | YELLOW CAB SAN FRANCSAN FRANCISCO      CA | 50.00 |

TAXICAB & LIMOUSINE

| | | |
|---|---|---|
| 08/24/07 | GRAND BOHEMIAN HOTELORLANDO          FL | 606.01 |

Arrival Date          Departure Date
08/21/07              08/23/07
00000000
LODGING

*Continued  on  reverse*



Prepared For
**WILLIAM A LEVIN**
**LEVIN SIMES & KAISER**

Account Number
XXXX-XXXXX7-54009

Closing Date
09/25/07

Page 11 of 40

---

**Due in Full continued**                                                                 Amount $

---

**Due in Full Activity for DENNIS J CANTY**
Card XXXX-XXXXX7-51054

---

08/25/07    GRAND BOHEMIAN HOTELORLANDO       FL                                          45.00
            Arrival Date          Departure Date
            08/24/07              08/24/07
            00000000
            LODGING

---