US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number:  _____2_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 2

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br>MDL Docket No. 1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**DECLARATION OF DENNIS J. CANTY IN SUPPORT OF REQUEST FOR MONETARY SANCTIONS** |

I, Dennis J. Canty, declare:

1.  I am an attorney licensed to practice before all California courts and am admitted to practice pro hac vice before this Court in the *In re Seroquel Product Liability Litigation* (the "Litigation"). I am an associate in the law firm of Levin Simes Kaiser & Gornick. We represent a number of plaintiffs with cases pending in the Litigation. I have personal knowledge of all facts stated in this Declaration and if called upon to do so, could and would competently testify to each of them.

2.  I have spent at least 309.5 hours in connection with the work described above and in preparing for the Evidentiary Hearing on January 28, 2008. Attached as Exhibit 1 is a chart showing the details underlying this estimate. The details shown in Exhibit A were derived from a review of my calendar, the Court's docket, phone records, Master Ball's bills and my recollection. It should be noted that I have not tried to capture my time for phone calls, other than a few lengthy conference calls, and internal firm conferences prior to 2008. I am certain that I spent tens of hours on phone calls and internal conferences related to the issues for which plaintiffs seek recovery here.

1

2

     3.     I estimate that I will spend at least 50 hours in further preparation for the January 28th hearing and in connection with presenting plaintiffs' case at the hearing.

     4.     My hourly rate for work in connection with mass tort litigation in 2007 was $450 per hour and in 2008 it is $470 per hour. Accordingly, the total value of the time I will have spent working on the issues relevant here will be at least $139,875.00.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 16th day of January 2008 in San Francisco, California.

                                                    s/ Dennis J. Canty
                                                    Dennis J. Canty