US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____3_____

6:06-md-01769-ACC-DAB

**In Re:  Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 3

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br>MDL Docket No. 1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**DECLARATION OF LAURA M. BRANDENBERG IN SUPPORT OF REQUEST FOR MONETARY SANCTIONS** |

I, Laura M. Brandenberg, declare:

1. I am an attorney licensed to practice before all California courts, and the United States District Court, Southern District of California. I am an associate in the law firm of Levin Simes Kaiser & Gornick. We represent a number of plaintiffs with cases pending in *In re Seroquel Product Liability Litigation*. I have personal knowledge of all facts stated in this Declaration and if called upon to do so, could and would competently testify to each of them.

2. As a result of Plaintiffs' Motion for Order Imposing Discovery Sanctions filed on July 5, 2007 (See Document No. 256), an Evidentiary Hearing was set for July 26, 2007. Our firm was responsible for preparing, filing and presenting Plaintiffs' evidence to the Court. Throughout the week prior to the Evidentiary Hearing, I assisted Mr. Gornick and Mr. Canty with various tasks in preparation for this hearing.

3. I have spent at least 12 hours in connection with the work described above. Attached as Exhibit 1 is a chart showing the details underlying this estimate. The details shown in Exhibit 1 were derived from a review of my calendar and my recollection.

1

4.  My hourly rate in 2007 was $300 per hour.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of January 2008 in San Francisco, California.

*Laura M. Brandenberg*
Laura M. Brandenberg