US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number:　　　3.01

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified:

Date Admitted:

# Exhibit 3.01

**TOTAL FEES INCURRED BY LAURA M. BRANDENBERG**

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 7/21/07 | Prepare for Sanctions Hearing | 8.0 |
| 7/23/07 | Prepare for Sanctions Hearing | 4.0 |
|  | **TOTAL** | **12.0** |

|  |  |
|---:|---:|
| Rate for Laura Brandenberg for 2007: | $300.00/hour |
| Total 2007 hours: | 12 |
| Total Fees for 2007: | $3,600.00 |
| **Total Fees for Laura M. Brandenberg:** | **$3,600.00** |