US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____5_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 5

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---------------------------------------------------------------X  Case No. 6:06-md-01769-ACC-DAB
IN RE: SEROQUEL PRODUCTS LIABILITY
LITIGATION                                                        MDL Docket No. 1769
---------------------------------------------------------------X

## AFFIDAVIT

STATE OF NEW YORK      )
                       )SS.:
COUNTY OF NEW YORK     )

YOMMY S. CHIU, being duly sworn deposes and says:

1. I am not a party to the within action, am over 18 years of age and reside in New York, New York.

2. I am a graduate of Boston University, College of Engineering, majoring in Biomedical Engineering and pre-medicine.

3. I have been employed at Weitz & Luxenberg, PC as a legal assistant on the Seroquel Products Liability Litigation since September 2006.

4. I am currently in the process of pursing my legal career and hope to be applying to law school in the coming year.

5. My time spent on Seroquel ESI issues began in June 2007 and continues presently.

6. I worked closely with another paralegal, Eileen Sugiarto, since February 2007. Ms. Sugiarto is a graduate of University of Washington with a degree in Economics. She has

been with Weitz & Luxenberg, PC since April 2006. The two of us have worked together on document review, assisting and researching materials for motions, and prepared documents for the July 26, 2007 Evidentry Hearing.

7. The reconstruction of estimated time spent on Seroquel ESI includes hours for myself and Ms. Sugiarto, because Ms. Sugiarto is currently traveling in Indonesia.

8. The following is a reconstruction estimate of time spent on Seroquel ESI issues taken from calender entries of scheduled Court Status Hearings, Meet-And-Confers with Defendants on database issues, and E-mail related Seroquel ESI issues. Total amount of hours were provided from personal time sheets kept by the Payroll Department:

June 2007: Participated in meet-and-confers with the Defendants regarding ESI issues. Help provide ESI issue examples, such as, blank pages, incorrect metadata, and inconsistent metadata fields in the initial 8 custodial files, including but limited to Lisa Boornazian, Michael Murray, and Kevin Hamill.

Ms. Chiu: 166 hours   Ms. Sugiarto: 131.75 hours

July 2007: Continual working on E-discovery Issues such as blank pages, incorrect metadata, and inconsistent metadata fields. Custodial Document Review on Vikram Dev, Margaret Mellvile, John Boorstein and Kathryn Bradley, as well as, preparation for the Evidentry Court Hearing, providing/pulling necessary e-mails to be used as exhibits.

Ms. Chiu: 174.50 hours   Ms. Sugiaro: 116.75 hours

January 2008: Preparation for Sanctions Hearing including answering Defendants Request for Admissions, and Defendants Set of Interrogations.

Ms. Chiu: 81.25 hours   Ms. Sugiarto: N/A

2

Sworn to before me this
16th day of January, 2008

*[signature]*

**DEBORAH A. SAVOURS**
Notary Public, State of New York
No. 01SA4944330
Qualified in Nassau County
Commission Expires: December 27, 2010

*[signature]*

YOMMY S. CHIU