US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number:  6

6:06-md-01769-ACC-DAB

**In Re:  Seroquel Products Liability Litigation**

Date Identified:

Date Admitted:

# Exhibit 6

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br>MDL Docket No. 1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**DECLARATION IN SUPPORT OF**<br>**REQUEST FOR MONETARY SANCTIONS**<br>OF SUNG KIM |

1. I am employed in IT Services with the firm Weitz & Luxenburg, P.C., Lead Counsel for Plaintiffs in the captioned action. I have personal knowledge of all facts stated in this Declaration and if called upon to do so, could and would competently testify to each of them.

2. I worked extensively with Mr. Jaffe investigating, analyzing and resolving technical issues with AstraZeneca's production of documents. At his direction, I have reconstructed an estimate of my time so spent. Attached as Exhibit A is a chart showing the details underlying this estimate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th day of January 2008 in New York, NY.

_[signature]_

| Date | Tasks | Hours Spent |
|---|---|---|
| 05/04/2007 | Bates Number Search: Initial Import: Implemented "GetSampleBatesNumber" skeleton | 1 |
| 05/06/2007 | Bates Number Search: Added "SearchDocumentIDByBatesNumber" | 6 |
| 05/07/2007 | Bates Number Search: Added and implemented "BuildQuickFindSearchCriteria" | 0.5 |
| 05/09/2007 | Bates Number Search: Added a "Catch" block in "GetSampleBatesNumber" for debugging purpose only | 0.5 |
| 05/09/2007 | Transferred test Seroquel data to DOXSDISCONNECT | 2 |
| 05/10/2007 | Wrote Verification program that verify file existence from local DOXSDISCONNECT database to local drive | 2 |
| 05/15/2007 | Bates Number Search: Optimized query performance | 2 |
| 05/15/2007 | Bates Number Search: Fixed Error on spSearchDocumentIDByBatesNumber_rev2 | 4 |
| 05/16/2007 | added a functionality to copy documents within specified page number rnage | 6 |
| 05/16/2007 | added a validation logic for Page Number Range | 2 |
| 05/17/2007 | Modified un-safe path operations to use build-in .NET library | 3 |
| 05/17/2007 | Copy Document: File names are constructed with "Beginning Bates Number" of the document to print | 3 |
| 05/29/2007 | Found maximum number of search results that can be displayed on "Search Results" | 2 |
| 05/29/2007 | DOXS - Fixed the error where "Save Search to Excel" sometimes formats data out of order for Seroquel Documents | 3 |
| 05/29/2007 | DOXS - Fixed error where "Copy Docs" link is enabled even though there is no selected document to copy | 3 |
| 06/06/2007 | Added "Print Document" functionality | 4 |
| 06/06/2007 | Added "Page Number Range" option for a single document printing | 4 |
| 06/06/2007 | Added ProgressBar to display print progress and printing occurs asynchronously | 2 |
| 06/07/2007 | Added programmatic functionality to select Copy/Print dialog | 1 |
| 06/07/2007 | Fixed Asynchronous printing problem | 3 |
| 06/08/2007 | Fixed User interface problem for document printing | 1 |
| 06/08/2007 | Fixed Initial Seroquel Bates Number Search | 1 |
| 07/02/2007 | Updated Seroquel Questionnaire back-end procedures | 4 |
| 07/17/2007 | Sent all data files to John Martin at EddLabs | 4 |
| 07/18/2007 | Implemented skeleton code for retrieving related documents | 2 |
| 07/19/2007 | Sent only Seroquel files to John Martin at EddLabs | 2 |
| 07/20/2007 | Added error logging codes for Bates Number Search | 1 |
| 07/20/2007 | Refactored RelatedDocumentCollection and added error logging codes | 2 |
| 07/20/2007 | RelatedDocumentTreeView control displays bates number instead of document number | 3 |
| 07/20/2007 | Added event publishing functionalities for RelatedDocumentTreeView control | 2 |
| 07/25/2007 | Added a functionality to report for non-exact Bates Number Search | 6 |
| 07/25/2007 | DOXS - Created back-end database document relationships | 3 |
| 07/26/2007 | DOXS - Updated back-end procedure to retrieve document relationship data | 2 |
| 08/07/2007 | DOXS - Added more published events to RelatedDocumentTreeView control | 2 |
| 08/09/2007 | DOXS - Modified references due to breaking changes in referenced library | 1 |
| 08/10/2007 | DOXS - Related Documents tab's title dynamically changes according to electronic type of document | 3 |
| 08/10/2007 | DOXS - Replaced/optimized logging functionality | 1 |
| 08/10/2007 | DOXS - Fixed RelatedDocumentTreeView focus problem | 2 |
| 08/10/2007 | DOXS - Refactorered and cleaned up RelatedDocumentTreeView according to FxCop v.1.35 | 3 |
| 08/10/2007 | Trained a paralegal on how to add Seroquel Privilege log documents into DOXS | 0.5 |
| 08/13/2007 | DOXS - "Related Documents" tab User Interface change | 1 |
| 08/13/2007 | DOXS - Moved tab indexes of "Related Documents" and "Image" tabs | 5 |
| 08/13/2007 | DOXS - Fixed "Related Documents" tab - Last tab index is remembered correctly | 3 |
| 08/14/2007 | DOXS - Added a "Sticky" tab functionality | 6 |
| 08/22/2007 | DOXS - Changed internal caching process of dynamic tab structure | 4 |
| 08/23/2007 | Write report on "Hours spent on Seroquel" | 8 |
| 08/23/2007 | DOXS - Generated IPRO records | 2 |
| 08/27/2007 | DOXS - Fixed dynamically generated tabs for Seroquel | 3 |
| 09/06/2007 | DOXS - Fixed the problem where multiple documents are not copied from Search Result | 6 |
| 09/12/2007 | DOXS - Fixed the problem where exported IPRO records did not produce correct image path | 6 |
| 09/12/2007 | DOXS - Fixed generated IPRO ImageKey field | 3 |
| 10/08/2007 | DOXS - Optimized a large multi-page single Tiff file image viewer loading process | 8 |
| 10/16/2007 | DOXS - Optimized Document copy/move process | 3 |
| 10/17/2007 | DOXS - Fixed error where saving document generated error after visiting "Related Documents" tab | 4 |
| 10/19/2007 | Copy Seroquel documents from USB to network drive | 2 |
| 10/19/2007 | Applied "File Extension" attributes to imported Seroquel documents in IP37 | 2 |
| 10/19/2007 | Imported Seroquel "Privilege Log" | 4 |
| 10/23/2007 | Imported DVD Seroquel documents to IP39 | 1 |
| 10/23/2007 | Applied "File Extension" DOXS Attributes | 2 |
| 10/23/2007 | Imported Seroquel "Privilege Log" | 4 |
| 10/23/2007 | Trouble Shoot: Printed page numbers in OCR does not match page number on printed paper | 0.5 |
| 10/29/2007 | Optimized Bates Number Search | 4 |
| 11/07/2007 | Fixed DOXS Quick Reviewer Bug where newly added page level comment does not appear in DOXS | 3 |
| 11/08/2007 | Fixed DOXS Quick Reviewer Bug - Processed documents are highlighted | 3 |
| 11/08/2007 | DOXS - Fixed error where clicking on "Reviewed By" generates an error | 1 |
| 11/12/2007 | OCR Text Viewer - Searched string works for words only | 7 |
| 11/12/2007 | OCR Text Viewer highlights search strings | 1 |
| 11/12/2007 | OCR Text Viewer - Optimized search process | 1 |
| 11/12/2007 | OCR Text Viewer - Added manual search option | 1 |
| 11/13/2007 | OCR Text Viewer - Search occurs asynchronously | 8 |
| 11/14/2007 | OCR Text Viewer - Added "Font Size" change functionality | 4 |
| 11/14/2007 | OCR Text Viewer - Displays search progress | 2 |

| Date | Description | Hours |
|---|---|---|
| 11/16/2007 | OCR Text Viewer - Fixed the bug where viewer does not display first found result | 2 |
| 11/16/2007 | OCR Text Viewer - Added proximity term parsing for words and phrazes | 6 |
| 11/19/2007 | OCR Text Viewer - Fixed Manual Search Problem | 3 |
| 11/19/2007 | OCR Text Viewer - Created a utitlity to parse search terms | 3 |
| 11/19/2007 | OCR Text Viewer - Fixed Progress percentage problem | 4 |
| 11/19/2007 | DOXS - Integrated OCR Text Viewer | 3 |
| 11/20/2007 | DOXS - Added an option to synchronize prefixes in a node | 8 |
| 11/26/2007 | Fixed DOXS Quick Reviewer Bug - Already processed documents are highlighted after loading | 6 |
| 11/27/2007 | DOXS Quick Reviewer - Added HOT/WARM/COLD buttons to show up in a folder | 6 |
| 11/28/2007 | DOXS Quick Reviewer - Fixed the error where main form does not load for some nodes | 2 |
| 11/28/2007 | DOXS - Fixed error where deleting non-saved rows deleted first saved row | 4 |
| 12/04/2007 | Fix the DOXS tab error where clicking on badly configurered tab generates an obscure error message | 3 |
| 12/06/2007 | OCR Text Viewer - Reorganized file structure | 0.5 |
| 12/12/2007 | DOXS Quick Reviewer - Fixed where keyword strings were cut off and not displayed fully | 4 |
| 12/13/2007 | Refactorered import service to be eable to handle other types of services without making code changes | 4 |
| 01/07/2008 | DOXS - Fixed the problem where DOXS does not load main screen after splash screen | 3 |
| 01/07/2008 | DOXS - Fixed the problem where a user needed an administrative privilege to run | 0.5 |

**Total Hours Spent**    274