US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____7_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 7

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br>MDL Docket No. 1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**DECLARATION IN SUPPORT OF**<br>**REQUEST FOR MONETARY SANCTIONS**<br>OF ALLA SWANSON |

1. I am employed in IT Services with the firm Weitz & Luxenburg, P.C., Lead Counsel for Plaintiffs in the captioned action. I have personal knowledge of all facts stated in this Declaration and if called upon to do so, could and would competently testify to each of them.

2. I worked extensively with Mr. Jaffe investigating, analyzing and resolving technical issues with AstraZeneca's production of documents. At his direction, I have reconstructed an estimate of my time so spent. Attached as Exhibit A is a chart showing the details underlying this estimate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th day of January 2008 in New York, NY.

_____

1

Alla Swanson

| week of | hours | |
|---|---|---|
| 11/20/2006 | 2 | Review Correspondence, Project status |
| 12/18/2006 | 1.5 | Review Correspondence, Project status |
| 1/1/2007 | 2 | Review Correspondence, Project status |
| 1/15/2007 | 2.5 | Review Correspondence, Project status |
| 2/5/2007 | 2.5 | Review Correspondence, Project status |
| 2/12/2007 | 3 | Review Correspondence, Project status |
| 2/19/2007 | 1 | Correspondence, Administrative issues, Status |
| 3/19/2007 | 1.5 | Correspondence, Administrative issues, Status |
| 4/2/2007 | 2 | Review Correspondence, Project status |
| 4/9/2007 | 3 | Review Correspondence, Project status |
| 4/16/2007 | 0.5 | Review Correspondence |
| 4/23/2007 | 0.25 | Review Correspondence |
| 4/30/2007 | 6 | Correspondence, Administrative issues, Status, general DOXS discussions |
| 5/7/2007 | 3 | Correspondence, Administrative issues, Status, general DOXS discussions |
| 5/14/2007 | 2.5 | Correspondence, Administrative issues, Status, general DOXS discussions |
| 5/21/2007 | 0.5 | Review Correspondence |
| 5/28/2007 | 1 | Correspondence, Administrative issues, Status |
| 6/4/2007 | 0.25 | Review Correspondence |
| 6/11/2007 | 1.5 | Correspondence, Administrative issues, Status |
| 6/18/2007 | 1.5 | Correspondence, Administrative issues, Status |
| 6/25/2007 | 0.25 | Review Correspondence |
| 7/2/2007 | 0.25 | Review Correspondence |
| 7/16/2007 | 1.5 | Review Correspondence, Project status |
| 7/23/2007 | 0.25 | Review Correspondence |
| 8/3/2007 | 0.25 | Review Correspondence |
| 8/13/2007 | 0.25 | Review Correspondence |
| 9/10/2007 | 0.5 | Review Correspondence |
| 9/17/2007 | 0.25 | Review Correspondence |
| 9/24/2007 | 0.25 | Review Correspondence |
| 10/2/2007 | 0.5 | Review Correspondence |
| 10/8/2007 | 2 | Review Correspondence, Project status |
| 10/15/2007 | 3 | Correspondence, Administrative issues, Status, Hardware and tech support issues |
| 12/3/2007 | 2 | Review Correspondence, Project status |
| 12/10/2007 | 5 | Correspondence, Administrative issues, Status, vendor selection issues |
| 12/17/2007 | 1 | Review Correspondence, Project status |
| 12/24/2007 | 1 | Review Correspondence, Project status |
| 12/31/2007 | 3.5 | Correspondence, Consulting engagement, administrative |
| 1/7/2007 | 3.5 | Review Correspondence, administrative issues |
| | 63.25 | |