US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____8_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 8

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br>MDL Docket No. 1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**DECLARATION IN SUPPORT OF**<br>**REQUEST FOR MONETARY SANCTIONS**<br>OF BORIS GONOPOLSKY |

1. I am employed in IT Services with the firm Weitz & Luxenburg, P.C., Lead Counsel for Plaintiffs in the captioned action. I have personal knowledge of all facts stated in this Declaration and if called upon to do so, could and would competently testify to each of them.

2. I worked extensively with Mr. Jaffe investigating, analyzing and resolving technical issues with AstraZeneca's production of documents. At his direction, I have reconstructed an estimate of my time so spent. Attached as Exhibit A is a chart showing the details underlying this estimate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th day of January 2008 in New York, NY.

_____

1

| Date | Task | B Gonopolsky Hours |
|---|---|---|
| 11/27/2006 | helped investigate whether there was a way to determine the Bates numbers on the IND/NDA with Brendan in Nov 2006 | 8 |
| 11/28/2006 | helped investigate whether there was a way to determine the Bates numbers on the IND/NDA with Brendan in Nov 2006 | 8 |
| | | **16** |