US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____9_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 9

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br>MDL Docket No. 1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**DECLARATION IN SUPPORT OF**<br>**REQUEST FOR MONETARY SANCTIONS**<br>OF BRENDAN MCATEER |

1. I am employed in IT Services with the firm Weitz & Luxenburg, P.C., Lead Counsel for Plaintiffs in the captioned action. I have personal knowledge of all facts stated in this Declaration and if called upon to do so, could and would competently testify to each of them.

2. I worked extensively with Mr. Jaffe investigating, analyzing and resolving technical issues with AstraZeneca's production of documents. At his direction, I have reconstructed an estimate of my time so spent. Attached as Exhibit A is a chart showing the details underlying this estimate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th day of January 2008 in New York, NY.

_____
Brendan McAteer

1

| Week Starting | Description | Details | Hours |
|---|---|---|---|
| 12/11/2006 | Initial Import IND/NDA | Importing w/o a loadfile or any type of metadata | 8 |
| 12/12/2006 | Initial Import IND/NDA | Importing w/o a loadfile or any type of metadata | 8 |
| 12/13/2006 | Initial Import IND/NDA | Importing w/o a loadfile or any type of metadata | 8 |
| 12/14/2006 | Initial Import IND/NDA | Importing w/o a loadfile or any type of metadata | 8 |
| 12/15/2006 | Initial Import IND/NDA | Importing w/o a loadfile or any type of metadata | 8 |
| 12/18/2006 | Bates Number Error | Import didn't have proper Bates Numbers | 2 |
| 1/15/2007 | New Attributes | Doxs Improvement | 2 |
| 1/22/2007 | Training | Jo Ann - Doxs Save to Excel/OCR Searching | 3 |
| 1/22/2007 | Bates Number Error | Import didn't have proper Bates Numbers | 2 |
| 2/5/2007 | Bates Number Error | Import didn't have proper Bates Numbers | 2 |
| 2/19/2007 | Reports | Docs/Pages for Lisa Boornazian | 2 |
| 3/5/2007 | DOXS Meeting | | 2 |
| 3/5/2007 | Answering Questions | Jo Ann/Yommy/Beth | 3 |
| 3/12/2007 | Answering Questions | Yommy/Beth --> DVD for Hamill | 2 |
| 4/2/2007 | Training/Meeting | Rhonda - WEBEX | 3 |
| 4/3/2007 | dashes removed from Bat | We got rid of all spaces, slahes, dashes and any other charaxters from BATES | 5 |
| 4/4/2007 | dashes removed from Bat | We got rid of all spaces, slahes, dashes and any other charaxters from BATES | 5 |
| 4/9/2007 | Answering Questions | Jo Ann/Yommy/Beth | 2 |
| 4/10/2007 | Letter to Freeberry | Researching what to say/ accuracy | 5 |
| 4/16/2007 | Answering Questions | Jo Ann/Yommy/Beth | 2 |
| 4/16/2007 | Reports | Docs/Pages for 1st 8 custodians | 1 |
| 4/23/2007 | Answering Questions | Jo Ann/Yommy/Beth/Ken Smith | 3 |
| 4/24/2007 | Reports | Rhonda | 1 |
| 4/30/2007 | Answering Questions | Jo Ann/Yommy/Beth/Paula Bruner | 3 |
| 5/1/2007 | Training/Meeting | Wednesdsay 5/2 + prep | 5 |
| 5/7/2007 | Import IP10 Metatdata | Associating data with already imported documents | 2 |
| 5/7/2007 | Conference call | Doxs Improvements (5/8) | 2 |
| 5/7/2007 | Reorganization of Produc | For better querying | 4 |
| 5/8/2007 | Reorganization of Produc | For better querying | 4 |
| 5/9/2007 | Reorganization of Produc | For better querying | 4 |
| 5/13/2007 | Answering Questions | Jo Ann/Yommy/Beth/Paula Bruner/Rhonda/Ken Smith | 8 |
| 5/14/2007 | Answering Questions | Jo Ann/Yommy/Beth/Paula Bruner/Rhonda/Ken Smith/Eileen For Deposition | 6 |
| 5/15/2007 | Answering Questions | Jo Ann/Yommy/Beth/Paula Bruner/Rhonda/Ken Smith/Eileen For Deposition | 6 |
| 5/16/2007 | Answering Questions | Jo Ann/Yommy/Beth/Paula Bruner/Rhonda/Ken Smith/Eileen For Deposition | 6 |
| 5/17/2007 | Answering Questions | Jo Ann/Yommy/Beth/Paula Bruner/Rhonda/Ken Smith/Eileen For Deposition | 6 |
| 5/18/2007 | Answering Questions | Jo Ann/Yommy/Beth/Paula Bruner/Rhonda/Ken Smith/Eileen For Deposition | 6 |
| 5/21/2007 | Answering Questions | Jo Ann/Yommy/Beth/Paula Bruner/Rhonda/Ken Smith/Eileen | 4 |
| 5/22/2007 | Import IP11 Metatdata | Associating data with already imported documents | 1 |
| 5/22/2007 | Import IP12 Metatdata | Associating data with already imported documents | 1 |
| 5/28/2007 | Answering Questions | Jo Ann/Yommy/Beth/Paula Bruner/Rhonda/Ken Smith/Eileen | 3 |
| 5/31/2007 | Conference call | New DOXS features | 2 |
| 6/3/2007 | Added features to DOXS | New Attributes | 2 |
| 6/8/2007 | Bug Fix | Bates Searching coming up with different results | 2 |
| 6/15/2007 | Request for James Gaskill | | 1 |
| 6/21/2007 | Report of IP data | counts by custodian | 2 |
| 6/22/2007 | Custodian misspellings | Fixing counts based on incorrect SOURCE data from defendant | 4 |
| 1/7/2008 | Finding documents | Not in DOXS | 1 |
| 1/4/2008 | Finding documents | Not in DOXS | 2 |
| 1/3/2008 | Finding documents | Not in DOXS | 2 |
| 11/19/2007 | Finding documents | Using DOXS | 1 |
| 11/2/2007 | Finding documents for Be | Incorrectly uploaded | 2 |
| 10/30/2007 | Finding documents for Jo | DOXS | 1 |
| 10/30/2007 | Replacements Problem | Causing duplicate in system | 2 |
| 10/25/2007 | Finding documents for Be | DOXS | 2 |
| 9/11/2007 | Finding documents for Be | DOXS | 2 |
| 9/11/2007 | Copy Docs functionality | Fix | 1 |
| 8/22/2007 | Training | Paula Bruner | 1 |
| 8/20/2007 | Finding documents for Be | DOXS | 2 |
| 8/17/2007 | Finding documents for Be | DOXS | 1 |
| 8/17/2007 | Fixing OCR text | Not readable | 2 |
| 8/15/2007 | Finding documents for Be | DOXS | 1 |
| 8/8/2007 | User Permissions | DOXS | 1 |
| 8/2/2007 | Downloading Documents | DOXS | 3 |
| 7/23/2007 | Upload to DOXS | Ken Smith | 1 |
| 7/23/2007 | Import MetaData | IP8 | 2 |
| 7/22/2007 | Finding documents for Be | DOXS | 1 |
| 7/21/2007 | Upload to DOXS | Ken Smith | 1 |
| 7/21/2007 | Fixing OCR text | DOXS | 2 |
| 7/20/2007 | User Permissions | DOXS | 1 |
| 7/20/2007 | Folder Consolidation | Based on Bad SOURCE attributes | 4 |

| Date | Activity | Description | Count |
|---|---|---|---|
| 7/12/2007 | Finding documents | DOXS | 2 |
| 7/11/2007 | Quick Reviewer | Change to annotations | 2 |
| 7/9/2007 | Organizing Documents fo | DOXS | 2 |
| | | | **216** |

er Big Tasks because of Seroquel

Bates Number Search
Advanced Search Tab - Slowness over internet (4/10/2007)
View OCR Text
FTP for Copy Docs