US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____11_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 11

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br>MDL Docket No. 1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**DECLARATION OF JONATHAN SEDGH IN SUPPORT OF REQUEST FOR MONETARY SANCTIONS** |

I, Jonathan Sedgh declare:

1. I am a graduate of Hofstra Law School and was given notice of passing the New York State Bar Exam on November 15, 2007. I have satisfied all requirements to be admitted to the Bar, including, passing the Multi-State Professional Responsibility Exam, adherence to Judiciary Law section 468-a (1) and section 468-a (4), attended a mandatory Orientation to the Profession class in accordance to 22 NYCRR 690.21, and interview by the Office of Committees on Character and Fitness, I now await swearing in as a member of the New York State Bar.

2. I have been a full time employee at Weitz & Luxenberg P.C. from September 2006 to the present. I have been involved in the Seroquel litigation since August 2007 to the present. I estimate that all my work related to ESI issues will total 50 hours.

3. Over the past 5 months I have assisted in matters specifically related to the ESI failures pertaining to discovery in the Seroquel litigation. My estimate of 50 hours includes all work: telephonic conferences with Special Master

Ball (which included preparation for and post-call review of the 3 calls in which I participated), meetings with Jonathan Jaffe and his staff to review ESI issues, meetings with attorneys Paul Pennock, Michael Pederson, and paralegals, legal research, preparation of answers to Defendants Request for Production, Requests of Admission, and Interrogatories. The 50 hours noted above also includes the anticipated work that I will do in preparation for the Sanctions Hearing on January 28, 2008.

4. It is my understanding that a law school graduate who has passed the bar exam and works in a large firm in New York City dealing with mass tort complex litigation, is billed at an hourly rate no less than $175.00 per hour.

5. I have personal knowledge of all facts stated in this Declaration and if called upon to do so, could and would competently testify to each of them.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of January 2008 in New York, New York.

_____
Jonathan Sedgh

Sworn to before me this
16th day of January, 2008

_____
NOTARY PUBLIC

DEBORAH A. SAVOURS
Notary Public, State of New York
No. 01SA4944330
Qualified in Nassau County
Commission Expires Dec. 27, 2010