US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____12_____

6:06-md-01769-ACC-DAB

In Re: Seroquel Products Liability Litigation

Date Identified: _____

Date Admitted: _____

# Exhibit 12

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re:  Seroquel Products Liability Litigation<br>MDL Docket No.  1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**DECLARATION OF K. CAMP BAILEY IN SUPPORT OF REQUEST FOR MONETARY SANCTIONS** |

I, K. Camp Bailey, declare:

1.  I am an attorney licensed to practice before all Texas and Pennsylvania state courts, the Eastern and Southern Federal Districts of Texas and am admitted to practice pro hac vice before this Court in the *In re Seroquel Product Liability Litigation* (the "Litigation").  I am a partner in the law firm of Bailey Perrin Bailey.  I am Co-Lead Counsel for all Plaintiffs in this case and have personal knowledge of all facts stated in this declaration.

2.  I have reviewed the time I have spent working with and dealing with the problems associated with AstraZeneca's production of ESI in this case. The time I have personally spent working with others, traveling to meetings and hearings on these specific issues, discussing problems and potential solutions, and reviewing and analyzing ESI production issues is very conservatively estimated at 50 hours of time.  This does not include the additional time spent by other attorneys, paralegals, technical advisors, and other staff of my firm on these specific issues, nor does it include the actual, out of pocket expenses, such as travel, lodging, technical support and other expenses unnecessarily incurred as a result of AstraZeneca's ESI production issues.

1

The actual time I have spent on these issues is likely much greater than the 50 hours of time that I am claiming in this declaration.

3.  The customary and reasonably charged rate for attorneys in my area that I would charge for the same or similar services as I have performed in this type of complex litigation is $400 per hour.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of January 2008 in Houston, Texas.

/s/ K. Camp Bailey
K. Camp Bailey