US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____13_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 13

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br>MDL Docket No. 1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**DECLARATION IN SUPPORT OF**<br>**REQUEST FOR MONETARY SANCTIONS**<br>OF LENNY FERNANDEZ |

1. I am employed in IT Services with the firm Weitz & Luxenburg, P.C., Lead Counsel for Plaintiffs in the captioned action. I have personal knowledge of all facts stated in this Declaration and if called upon to do so, could and would competently testify to each of them.

2. I worked extensively with Mr. Jaffe investigating, analyzing and resolving technical issues with AstraZeneca's production of documents. At his direction, I have reconstructed an estimate of my time so spent. Attached as Exhibit A is a chart showing the details underlying this estimate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th day of January 2008 in New York, NY.

1

| Date | Description | Hours |
|---|---|---|
| 11/16/2006 | Meeting - Meeting with Seroquel Attorney's regarding DVD's | 5 |
| 1/18/2007 | DOXS Prep - Review of DOXS Quickreview for Seroquel Review Program | 2 |
| 2/8/2007 | Production #1 - Received and Reviewed | 2 |
| 2/9/2007 | Production #1 - Transfer From DVD/HD to Server ( 16 GB ) | 2.5 |
| 2/10/2007 | Manage / Oversee - Monitor Progress on Changes to DOXS by Nick | 1 |
| 2/10/2007 | Production #1 - Programming for Import | 2 |
| 2/11/2007 | Production #1 - Programming for Import | 2 |
| 2/12/2007 | Production #1 - Programming for Import | 2 |
| 2/13/2007 | Production #1 - Import Into DOXS after Program Changes | 5 |
| 2/14/2007 | Production #1 - Import Into DOXS after Program Changes | 5 |
| 2/15/2007 | Production #1 - Import Into DOXS after Program Changes | 5 |
| 2/16/2007 | Production #1 - Analysis after Import with Fixes | 8 |
| 2/17/2007 | Production #1 - Programming for Metadata import | 7 |
| 2/18/2007 | Production #1 - Meta Data Import | 4 |
| 2/19/2007 | Production #1 - Analysis after Import with Fixes | 3 |
| 2/20/2007 | Production #1 - Image/Document associations by Custodian First(3) programming and reporting | 2 |
| 2/21/2007 | Production #1 - Data analysis and restructuring the documents by Year, Custodian, etc | 3 |
| 2/25/2007 | Manage / Oversee - Monitor Progress on Changes to DOXS by Nick | 1 |
| 3/1/2007 | DOXS - Programming Excel Import Utility | 12 |
| 3/18/2007 | Production #2 & #3 - Analysis of data received | 2 |
| 3/19/2007 | Production #2 & #3 - Transfer from DVD/HD to Server (20 GB) | 3 |
| 3/19/2007 | Manage / Oversee - Research for tools for extracting Text from PDFs into table (Privilege log Issue) Nick | 1 |
| 3/19/2007 | Manage / Oversee - Purchase tool and started extraction of PRIVILEGE Log | 3 |
| 3/20/2007 | Production #2 & #3 - Programming for Import (Tweaks to meet inconsistencies) | 6 |
| 3/20/2007 | Production #2 - Production #2 Status reports to Paul and Mike | 2 |
| 3/21/2007 | Production #2 & #3 - Import Into DOXS after Program Changes | 10 |
| 3/22/2007 | Production #2 & #3 - Import Into DOXS after Program Changes | 10 |
| 3/23/2007 | Manage / Oversee - PDF Extraction tool not so useful Nick extracted but formated manually in Excel | 5 |
| 3/23/2007 | Production #2 & #3 - Import Into DOXS after Program Changes | 10 |
| 3/24/2007 | Production #2 & #3 - Programming for Meta data Import (Tweaks to meet inconsistencies) | 1 |
| 3/25/2007 | Production #2 & #3 - Analysis after Import with Fixes / Import Meta data | 2 |
| 3/26/2007 | Production #2 & #3 - After Meta Data Import analysis and rectifications | 2 |
| 3/26/2007 | Production #2 & #3 - Email Verifications of Production #2 to Paul and Mike | 0.5 |
| 3/26/2007 | Production #2 & #3 - Pulling Custodians from Source field of meta data | 1.5 |
| 3/27/2007 | DOXS - Security Setup for Ronda Radliff of Bailey Perrin Bailey | 0.25 |
| 3/30/2007 | DOXS - Production status report for email DOCUMENTS for Mike and Paul | 4 |

| Date | Description | Hours |
|---|---|---|
| 4/5/2007 | Production #4 - Analysis of data received | 3 |
| 4/6/2007 | Production #4 - Transfer from DVD/HD to Server (20GB) | 3 |
| 4/7/2007 | Production #4 - Programming for Import (Tweaks to meet inconsistencies) | 1 |
| 4/8/2007 | Production #4 - Import Into DOXS after Program Changes (20 Separate Custodians) | 12 |
| 4/9/2007 | Production #4 - Import Into DOXS after Program Changes (20 Separate Custodians) | 12 |
| 4/10/2007 | Production #4 - Import Into DOXS after Program Changes (20 Separate Custodians) | 8 |
| 4/11/2007 | Production #4 - Import Into DOXS after Program Changes (20 Separate Custodians) | 8 |
| 4/12/2007 | Production #4 - After import analysis of errors and rectifications. After Meta Data Import analysis and rectifications. Programming for Meta data Import. Programming for Meta data Import. Meta Data Import (20 Separate Custodians) | 8 |
| 4/12/2007 | DOXS - 2nd Version of Email Status report requested by Paul for Discussion with defendants | 2 |
| 4/13/2007 | Production #5 - Analysis of data received - Transfer from DVD/HD to Server (10GB) | 3 |
| 4/14/2007 | Production #5 - Import Into DOXS after Program Changes (8 Separate Custodians) | 10 |
| 4/15/2007 | Production #5 - Import Into DOXS after Program Changes (8 Separate Custodians) | 10 |
| 4/16/2007 | Production #5 - Import Into DOXS after Program Changes (8 Separate Custodians) | 10 |
| 4/17/2007 | Production #5 - After import analysis of errors and rectifications / Meta Data Import | 1 |
| 4/17/2007 | Production #5 - After Meta Data Import analysis and rectifications | 3 |
| 4/17/2007 | DOXS - Research for Conversion tools, Analysis and Conversion attempt of the Privilege log from PDF to Excel. Needed to be partially done by hand. (Assigned anc completed by Nick) | 8 |
| 4/20/2007 | Production #6 - Analysis of data received | 2 |
| 4/20/2007 | Production #6 - Transfer from DVD/HD to Server (5GB) | 1.5 |
| 4/20/2007 | Production #6 - Programming for Import (Tweaks to meet inconsistencies) | 2 |
| 4/21/2007 | Production #6 - Import Into DOXS after Program Changes (8 Separate Custodians) | 10 |
| 4/22/2007 | Production #6 - Import Into DOXS after Program Changes (8 Separate Custodians) | 10 |
| 4/23/2007 | Production #6 - Import Into DOXS after Program Changes (8 Separate Custodians) | 10 |
| 4/24/2007 | Production #6 - After import analysis of errors and rectifications | 1 |
| 4/24/2007 | Production #6 - Meta Data Import | 2 |
| 4/24/2007 | Production #6 - After Meta Data Import analysis and rectifications | 1 |
| 4/25/2007 | Production #7 - Analysis of data received | 2 |
| 4/25/2007 | Production #7 - Transfer from DVD/HD to Server (50 GB) | 9 |
| 4/27/2007 | Production #7 - Programming for Import (Tweaks to meet inconsistencies) | 4 |
| 4/28/2007 | Production #7 - Import Into DOXS.. Production had some issues as well as some system related | 12 |
| 4/29/2007 | Production #7 - Import Into DOXS.. Production had some issues as well as some system related | 8 |
| 4/30/2007 | Production #7 - Import Into DOXS.. Production had some issues as well as some system related | 8 |
| 5/1/2007 | Production #7 - Import Into DOXS.. Production had some issues as well as some system related | 12 |
| 5/2/2007 | MEETING - Conference Call Regarding DOXS Changes and DOXS Quick Review | 1.5 |
| 5/2/2007 | Production #7 - Import Into DOXS.. Production had some issues as well as some system related | 13 |

| Date | Description | Hours |
|---|---|---|
| 5/3/2007 | Production #7 - Import Into DOXS.. Production had some issues as well as some system related | 3 |
| 5/3/2007 | DOXS Program Changes - DOXS XQR - Setup for Seroquel litigation Quick Reivew | 8 |
| 5/4/2007 | Manage / Oversee - DOXS Review of Specs for Bates Number Search | 2 |
| 5/4/2007 | Production #7 - Import Into DOXS.. Production had some issues as well as some system related | 6 |
| 5/4/2007 | DOXS Program Changes - DOXS XQR - Setup for Seroquel litigation Quick Reivew | 8 |
| 5/5/2007 | Production #7 - After import analysis of errors and rectifications | 2 |
| 5/5/2007 | DOXS Program Changes - DOXS XQR - Setup for Seroquel litigation Quick Reivew | 8 |
| 5/6/2007 | Production #7 - Meta Data Import | 8 |
| 5/7/2007 | DOXS Program Changes - DOXS XQR - Setup for Seroquel litigation Quick Reivew | 8 |
| 5/7/2007 | DOXS - Changes To QuickReview program | 3 |
| 5/7/2007 | DOXS - Various Email Verifications for Mike and Yommy Chu | 1 |
| 5/10/2007 | DOXS - Review of Open uses regarding DOXS and Seroquel | 4 |
| 5/10/2007 | DOXS Copy - Creating Copy of Data for Chuck of full productions to date. Process Took very long time ( monitoring) | 3 |
| 5/10/2007 | DOXS Program Changes - DOXS XQR - Setup for Seroquel litigation Quick Reivew | 7 |
| 5/10/2007 | DOXS Disconnect - Manage / Oversee - oversee Sung while copy from Prod version to Disconnected version | 1 |
| 5/11/2007 | DOXS Disconnect - Specs for DOXS Disconnect | 2 |
| 5/11/2007 | DOXS Disconnect - Manage / Oversee - Assign and monitor progress on DOXS Disconnected version | 1 |
| 5/11/2007 | DOXS Program Changes - DOXS XQR - Setup for Seroquel litigation Quick Reivew | 8 |
| 5/11/2007 | Production #8 - Analysis of data received | 2 |
| 5/11/2007 | DOXS - Search Issue and Search for Vita Petrik, Pharmacovigilance | 2 |
| 5/12/2007 | DOXS Program Changes - DOXS XQR - Setup for Seroquel litigation Quick Reivew | 8 |
| 5/12/2007 | Production #8 - Transfer from DVD/HD to Server (40 GB) | 3 |
| 5/13/2007 | Production #8 - Programming for Import (Tweaks to meet inconsistencies) | 4 |
| 5/14/2007 | DOXS - Report Production #11 Specs to Mike and Paul | 1 |
| 5/14/2007 | Production #8 - Import Into DOXS after Program Changes  36 Hours | 5 |
| 5/14/2007 | Production #9 & #10 - Analysis of data received | 2 |
| 5/15/2007 | Production #8 - Import Into DOXS after Program Changes  36 Hours | 5 |
| 5/15/2007 | Production #9 & #10 - Transfer from DVD/HD to Server (80 GB) | 5 |
| 5/15/2007 | EMAILS - Production Status Report (Physical Status) | 1 |
| 5/16/2007 | Production #8 - Import Into DOXS after Program Changes  36 Hours | 5 |
| 5/16/2007 | Production #9 & #10 - Programming for Import (Tweaks to meet inconsistencies) | 0 |
| 5/17/2007 | DOXS - Specs for DOXS Copy Features | 3 |
| 5/17/2007 | Production #9 & #10 - Import Into DOXS after Program Changes Import was over a few days 8 hours of monitoring | 2 |
| 5/18/2007 | Production #8 -  After import analysis of errors and rectifications / Meta Data Import | 8 |
| 5/18/2007 | DOXS - Copy Feature programing review (SUNG) | 2 |

| Date | Description | Hours |
|---|---|---|
| 5/18/2007 | Production #8 - After Meta Data Import analysis and rectifications | 1 |
| 5/18/2007 | Production #9 & #10 - Import Into DOXS after Program Changes Import was over a few days 8 hours of monitoring | 2 |
| 5/19/2007 | Production #9 & #10 - Import Into DOXS after Program Changes Import was over a few days 8 hours of monitoring | 2 |
| 5/20/2007 | Production #9 & #10 - Import Into DOXS after Program Changes Import was over a few days 8 hours of monitoring | 2 |
| 5/21/2007 | Production #9 & #10 - After import analysis of errors and rectifications | 2 |
| 5/21/2007 | Production #9 & #10 - Meta Data Import | 4 |
| 5/21/2007 | Production #9 & #10 - After Meta Data Import analysis and rectifications | 1 |
| 5/21/2007 | Production #11 - Analysis of data received | 2 |
| 5/22/2007 | Production #11 - Transfer from DVD/HD to Server (54 GB) | 8.5 |
| 5/22/2007 | DOXS - Custodian Production Summaries ( Redaction, Custodian Comparisons, etc..) | 4 |
| 5/23/2007 | Production #11 - Programming for Import (Tweaks to meet inconsistencies) | 0 |
| 5/24/2007 | Production #11 - Import Into DOXS after Program Changes | 3 |
| 5/25/2007 | Production #11 - Import Into DOXS after Program Changes | 3 |
| 5/26/2007 | Production #11 - Import Into DOXS after Program Changes | 3 |
| 5/29/2007 | Production #11 - After import analysis of errors and rectifications | 2 |
| 5/29/2007 | Production #11 - Meta Data Import | 3 |
| 5/29/2007 | Production #11 - After Meta Data Import analysis and rectifications | 1 |
| 5/29/2007 | EMAILS - Research Productions for Emails that were not marked as Email Document Types. Prepare for Meeting with AZ IT staff | 2 |
| 5/29/2007 | Production #12 - Analysis of data received; Transfer from DVD/HD to Server (30 GB) ;Programming for Import (Tweaks to meet inconsistencies) | 7 |
| 5/30/2007 | EMAILS - Meeting with AZ IT | 1 |
| 5/30/2007 | Production #12 - Import Into DOXS after Program Changes | 6 |
| 5/31/2007 | Production #12 - After import analysis of errors and rectifications | 2 |
| 5/31/2007 | Production #12 - Meta Data Import | 2 |
| 5/31/2007 | Production #12 - After Meta Data Import analysis and rectifications | 1 |
| 6/1/2007 | Manage / Oversee - Monitor Progress on Changes to DOXS by Sung ( Copy Feature) | 3 |
| 6/1/2007 | Production #13 - Received Production #13 and #14 and Reviewed | 1 |
| 6/1/2007 | DOXS - Seroquel related changes to DOXS Quick Reviewer  ( XML) | 2 |
| 6/1/2007 | Manage / Oversee - Monitor Progress on Changes to DOXS by Sung ( Copy Feature) | 3 |
| 6/6/2007 | DOXS - Redaction Summaries and analysis | 6 |
| 6/7/2007 | DOXS - AZ Status and Various Email Request and Verifications | 0.5 |
| 6/12/2007 | DOXS - Copy Productions to hard drives (3) | 5 |
| 6/13/2007 | DOXS - Copy Productions to hard drives (3) | 5 |

| Date | Description | Hours |
|---|---|---|
| 6/14/2007 | DOXS - Copy Productions to hard drives (3) | 5 |
| 6/18/2007 | Production #13 - Receive and process production #13 | 6 |
| 6/18/2007 | EMAILS - Email regarding production status and creating Excel Spreadsheet of attributes for Chuck | 1.5 |
| 6/19/2007 | Production #14 - Receive and process production #14 with Programming changes | 8.5 |
| 6/20/2007 | Production #15 - Receive Analyze and Copy | 14 |
| 6/21/2007 | Production #15 - Import Into DOXS (many subdirectories) | 5 |
| 6/22/2007 | EMAILS - AZ Status Report for Paul.  Completion of DOXS Quickreviewer Changes Verification | 1 |
| 6/22/2007 | Production #15 - Import Into DOXS (many subdirectories) | 5 |
| 6/23/2007 | Production #15 - Import Into DOXS (many subdirectories) | 5 |
| 6/24/2007 | Production #15 - Import Into DOXS (many subdirectories) | 5 |
| 6/25/2007 | Production #15 - Import Into DOXS (many subdirectories) | 5 |
| 6/25/2007 | Production #16 - Received and verified; Analysis of data received | 2 |
| 6/26/2007 | Production #15 - Meta Data Import and Verification | 10 |
| 6/27/2007 | Production #16 - Transfer from DVD/HD to Server (122 GB) | 4 |
| 6/28/2007 | Production #16 - Transfer from DVD/HD to Server (122 GB) | 4 |
| 6/30/2007 | Production #16 - Import Into DOXS after Program Changes | 5 |
| 6/30/2007 | Production #16 - Import Into DOXS after Program Changes | 5 |
| 7/1/2007 | Production #16 - After import analysis of errors and rectifications | 1 |
| 7/2/2007 | Production #16 - Programming for Meta data Import | 2 |
| 7/2/2007 | Production #17 - Received and Verified | 1 |
| 7/3/2007 | Production #16 - Meta Data Import | 8 |
| 7/9/2007 | EMAILS - Email status reports. Problems with corrupted production #17 Requesting New DVD | 0.5 |
| 7/9/2007 | DOXS - DOXS Quickreview enhancements | 2 |
| 7/16/2007 | Manage / Oversee - Montitor Network groups Online DOXS Setup | 1 |
| 7/16/2007 | EMAILS - Emails regarding status reports.  Emails regarding John Martin Setup in DOXS. Scanned All production letters for import into DOXS as well as for Distribution to the Attorney's | 2 |
| 7/17/2007 | Manage / Oversee - Review of issue regarding shipping of data to Martin | 1 |
| 7/17/2007 | Production #17 - Receive and Process Production #17 | 4 |
| 7/17/2007 | EMAILS - Status Emails.   Copy of documents for shipment to John Martin (IKON).  Issues with Speed and system contention | 2 |
| 7/18/2007 | Production #18 - Received Production #18 ( replacements - No software in place for replacements) | 1 |
| 7/18/2007 | EMAIL - Counts Status report up to IP17.  Various emails regarding status with the Group | 0.5 |
| 7/20/2007 | Manage / Oversee - Specs for DOXS Relating Documents (Sung) | 2 |
| 7/20/2007 | Production #19 - Received Production #19 (replacements - No Software in place for replacements | 1 |
| 7/20/2007 | EMAIL - Status and research regarding issues in prep for Court hearing.   Report Custodail counts.   Report Missing Email Issues. | 5 |
| 7/24/2007 | EMAIL - Researching Documents and issues during the hearing. | 8 |

| Date | Description | Hours |
|---|---|---|
| 8/2/2007 | Production #20 - Received and Processed Production | 4 |
| 8/3/2007 | COPY - Copy Documents after IP13 ( over 14 Hours Total to Copy ) | 5 |
| 8/10/2007 | Manage / Oversee - Review of DOXS Related TAB functionality and other tab functionality | 2 |
| 8/13/2007 | DOXS - Reprograming for Import of Exel native Spreadsheets. Replacing current image with excel Sheets. Email back and forth with Yommy regarding the Excel spreadsheets. Import of Excel Spreadsheets. Report of exceptions | 6 |
| 8/14/2007 | EMAILS - Reporting current production issues | 1 |
| 8/15/2007 | DOXS - Reprogramming for Import of Extracted Text as well as Replacements. Extracted text Import reads the page breaks and assigns each break to and individual page | 5 |
| 8/15/2007 | EMAILS - Validation of extracted Text Files as well as Native Excel SpreadSheets. Email regarding status of this detail | 3 |
| 8/17/2007 | Prodiction #22 - Receipt of 237 DVD's. Needed to get verified and copied for distribution | 1 |
| 9/12/2007 | Production #26 - After analysis raised issue with JJ regarding incorrect load file | 1 |
| 9/14/2007 | Production #28 & #29 - Analysis and processing of data received | 4 |
| 9/18/2007 | DOXS Lookup - Search for PDF's requested by Denis Canty. Started and then forwarded to Yommy | 1 |
| 9/20/2007 | Privilege Log - Communications regarding program that can export the Privilege log PDF's into Spreadsheet | 1 |
| 10/10/2007 | Undated Emails - Research for Scott Allen regarding Undated Emails | 1 |
| 11/9/2007 | TrackChanges CD - Burn and Ship CD for Larry Gornick | 1 |
| 11/20/2007 | MacFadden - Copy Burn and send to Chuck | 1 |
| 11/30/2007 | Production #52 - Burn Copy and send to Larry | 1 |
| 12/19/2007 | Meet regarding AZ Request - Meet with Alla, JJ and JS | 2 |
| 12/20/2007 | Meet regarding AZ Request - Meet with Alla, JJ and JS and Larry | 3 |
| 12/21/2007 | Manage / Oversee - Report for Larry Gornick regarding Seroquel details ( Brendan) | 0.5 |
| 1/4/2008 | Excel SpreadSheets Redacted - Search and report to LG and DC regarding sample Excel Spread sheets | 1.5 |
| | | 756.75 |