US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____14_____

6:06-md-01769-ACC-DAB

**In Re:  Seroquel Products Liability
Litigation**

Date Identified:
_____

Date Admitted:
_____

# Exhibit 14

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br>MDL Docket No. 1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**DECLARATION OF JONATHAN JAFFE IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER APPOINTING HITACHI CONSULTING AS INFORMATION TECHNOLOGY ADVISOR TO THE COURT** |

I, Jonathan Jaffe, declare as follows:

1.       I am manager of Software Development with the law firm Weitz & Luxenberg P.C., co-lead counsel for plaintiffs in the captioned matter. I make this declaration in support of plaintiffs' Motion for Order Appointing Hitachi Consulting as Information Technology Advisor to this Court. I have personal knowledge of the facts set forth herein, and would competently testify to the same if called upon to do so.

2.       Attached as Exhibits 1, 2 and 3 are true and correct copies of emails produced by AstraZeneca in this litigation, redacted to account for confidentiality designations. These emails reflect that they were sent by Michael Murray, Susanne Fors and Martin Brecher, "on behalf of" Michael Murray, Susanne Fors and Martin Brecher, respectively.  This suggests that these witnesses used multiple mailboxes which were simultaneously available to them.

3.       Exhibits 2 and 3 display: [/o=ZENECA/ou=PHWILM/cn=Recipients /cn=(name)] These suggest instances in which different email servers are attempting to resolve the same user name, indicating that these email accounts were spread across multiple servers.  Exhibit 2 thus suggests that, at least for Susanne Fors, multiple mailboxes were used across multiple servers.

4.      Exhibit 4 is a summary of the results of a search of metadata produced by AstraZeneca. It shows, by year, the number of emails produced in which "Murray Michael F" and "Murray Michael F (Seroquel)" are custodians. If AstraZeneca's "display name" theory were correct, we should expect to see the witness use one "name" and then switch to another at a certain point in time. Instead, we see that both "names" are in use simultaneously through 2006 (presumably the time of data collection). Of more concern, we see many gaps in email from the "Seroquel" mailbox at times when AstraZeneca has produced relevant email from the other mailbox. The available data thus suggest the existence of multiple email boxes and a failure to collect from all of them.

5.      Exhibit 5 is a copy of document AstraZeneca introduced as Defendants' Exhibit 67, Bates number AZSER4865045. Exhibit 6 is the accompanying text file for that document. The portions of garbled text and ASCII characters occurring throughout the document clearly indicate that this TIFF file is the product of a hard copy document which was scanned and subjected to optical character recognition.

6.      On August 15, 2007, following repeated requests, AstraZeneca made available by telephone a technically sophisticated representative of its vendor, Planet Data. During that conversation, Planet Data indicated that it is the vendor chosen by AstraZeneca to apply search terms to the raw data collected from witnesses. Planet Data further indicated that, despite its role to search the collected data, it did not index this data, nor was it service it offered or contemplated in connection with its employment by AstraZeneca. Indexing files to be searched is a standard industry practice, and searching files that have not been indexed is the equivalent of looking up a phone number in a telephone book that is not alphabetized. The time to search the data increases exponentially.

7.      Planet Data indicated that it would take one week to generate a report based on the application of the proposed search terms to the unindexed data. On the August 15 conference call, I suggested to AstraZeneca's vendor a method by which indexing could be completed

2

(estimating 2 million files or 2-3 terabytes of data) in approximately one day. AstraZeneca nevertheless insisted upon running the search through the document text strings.

8.      On Weitz & Luxenberg servers, I tested an indexed search of approximately 16 million multi-page documents using some of the proposed terms. This is well in excess of the 800,000 documents produced by AstraZeneca or those estimated to have been collected from the custodians. Results for terms such as "DM," "neurolept*," and "ketoacidosis" were all returned in seconds.

9.      I assisted AstraZeneca and Planet Data in forming the syntax and the application of stemming for the proposed search, and forwarded this information to AstraZeneca as requested on August 17. Today, I received the report. Excerpts are attached as Exhibit 15. The report is not in the agreed format, nor does it provide all of the agreed information. Additionally, it does not initially appear that AstraZeneca searched for all of the agreed terms. As noted by Mr. Dupre in Exhibit 16, the report indicates that prior searches for "dm" – and, significantly, the original search for "Seroquel" – do not appear to have resulted in the capture and production of all discoverable information. These terms continue to appear in what AstraZeneca has called the "discard pile."

10.      Shortly after AstraZeneca's July 20 production of "corrected" load files, my team and I identified issues which either were not addressed or were complicated by these "corrections," including problems with the page breaks in extracted text files, native excel file issues, duplicate Bates numbers, blank and missing pages , missing "source" data, and metadata fields which do not match correctly. Exhibits 7 through 12 are true and correct copies of email sent to AstraZeneca regarding these issues. With the exception of Exhibit 10, AstraZeneca has not responded to any of these emails. None of these issues have been resolved.

//

//

//

3

11. At my request, Hitachi Consulting has provided materials which detail the company's resources, as well as the experience and qualifications of certain of its proposed team leaders. Those materials are attached as Exhibits 13 and 14.

I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct.

Date: August 30, 2007

Jonathan Jaffe

# EXHIBIT 1

**From:** <mark>Murray, Michael F on behalf of Murray, Michael F (Seroquel)</mark>
**Sent:** Friday, December 09, 2005 7:30 AM
**To:** Hamill, Kevin J; Domine, Lisa I; Chavoshi, Soheil
**Cc:** Dwyer, Donald; Repp, Edward
**Subject:** RE: Peer Group Capacity

REDACTED DUE TO CONFIDENTIALITY DESIGNATION

CONFIDENTIAL
AZ/SER 2714358

# EXHIBIT 2

**From:**      Fors, Susanne [/o=ZENECA/ou=PHWILM/cn=Recipients/cn=Susanne.Fors]
             on behalf of Fors, Susanne (Seroquel)
**Sent:**      Monday, April 03, 2006 9:26 PM
**To:**        'Eklund, Karin M (regulatory)'
**Subject:**   RE: SQL SR - Health Authority Meetings in EU

REDACTED DUE TO CONFIDENTIALITY DESIGNATION

-----Original Message-----
**From:**      Eklund, Karin M (regulatory)
**Sent:**      Friday, March 24, 2006 8:00 AM
**To:**        Street, Paul R; O'Byrne, Muriel; Fors, Susanne (Seroquel)
**Subject:**   RE: SQL SR - Health Authority Meetings in EU

REDACTED DUE TO CONFIDENTIALITY DESIGNATION

CONFIDENTIAL
AZ/SER 6353337

# EXHIBIT 3

**Unknown**

| | |
|---|---|
| **From:** | Brecher, Martin [/o=ZENECA/ou=PHWILM/cn=Recipients/cn=Martin.Brecher] on behalf of Brecher, Martin |
| **Sent:** | Friday, March 10, 2006 11:21 AM |
| **To:** | 'Jones, Martin AM (Seroquel)';Jonas Rastad (E-mail) |
| **Subject:** | RE: Follow up DLC/CLC meeting: Japan Seroquel update |

REDACTED DUE TO CONFIDENTIALITY DESIGNATION

CONFIDENTIAL
AZ/SER 4762205

# EXHIBIT 4

| Emails | Murray, Michael | "(Seroquel)" |
|---|---|---|
| No Date: | 146 | 162 |
| '92: | 1 | |
| '93: | 1 | |
| '97: | 7 | |
| '98: | 50 | |
| '99: | 64 | |
| '00: | 131 | 448 |
| '01: | 294 | |
| '02: | 327 | |
| '03: | 193 | |
| '04: | 6,752 | 1 |
| '05: | 10,043 | 2,053 |
| '06: | 486 | 3,670 |

# EXHIBIT 5

Case 6:06-md-01769-ACC-DAB Document 826-19 Filed 01/25/08 Page 15 of 66 PageID 15072
Case 6:06-md-01769-ACC-DAB Document 417-6 Filed 08/30/2007 Page 9 of 5
SEROQUEL Effective and Well-Tolerated

**CONTACTS:**  James G. Minnick          Steve Lampert
AstraZeneca               AstraZeneca
302/886-5135              302/886-7862
jim.minnick@astrazeneca.com          steve.lampert@astrazeneca.com

## Clinical Studies Suggest that SEROQUEL IsEffective andWell-Tolerated in Long-Term Treatment of Patients With Schizophrenia

Deleted: Show

Deleted: May Be

Deleted:

Deleted: ¶

**SAN JUAN, Puerto Rico– Dec. xx, 2000**–Results of three studies presented today at a major US psychiatric conference suggest that SEROQUEL® (quetiapine fumarate) Tablets continue to be safe, effective and well-tolerated in the long-term treatment for both positive and negative symptoms of schizophrenia in adults.[1, 2,3] (We cannot make conclusions regarding the safety and efficacy of SEROQUEL based upon these three studies.)

POSITIVE AND NEGATIVE SYMPTOMS OF SCHIZOPHRENIA

Major signs of schizophrenia include *positive symptoms* such as delusions, delirium, and hallucinations, and *negative symptoms* such as apathy, depression, and social withdrawal. While older antipsychotics have frequently been used to relieve the positive symptoms of psychosis, the newer class of atypical antipsyhotics including SEROQUEL, have been shown to be effective while controlling both the negative and positive symptoms.[4]

"Approximately one in every 100 people develops schizophrenia. This psychiatric disorder occurs worldwide despite a person's gender, culture, race and religion," said Jonathan Hellewell, (TITLE), Department of Psychiatry, Trafford General Hospital, Manchester, United Kingdom and lead author of one of the studies. "Typically, schizophrenia is a lifelong illness with symptoms that change in severity over time. It is therefore critical to maintain treatment for a long period of time."

- more -

Case 6:06-md-01769-ACC-DAB  Document 826-19  Filed 01/25/08  Page 16 of 66 PageID 15073
Case 3:04-md-01769-ACC-DAB  Document 417-8  Filed 08/30/2007  Page 2 of 5
SEROQUEL Effective and Well-Tolerated

DATA SUGGEST SEROQUEL IS WELL-TOLERATED

The first of these studies suggest that SEROQUEL® (quetiapine fumarate) Tablets continue to be
well-tolerated for patients after 12 months of treatment.[1]  The open-label extension (OLE)
evaluation assessed the long-term safety of SEROQUEL for patients treated for periods up to
three years.[1]  A total of 478 patients with a mean age of 39 years who were diagnosed with
schizophrenia or schizoaffective disorder were included in the assessment.  (Since the title of this
press release indicates that we are reporting on the use of SEROQUEL in the treatment of
schizophrenia, do we know the number of patients diagnosed with schizophrenia.[1]

Patients' exposure to SEROQUEL lasted an average of 47.2 weeks (ranging from 0 to 246
weeks).[1]  Final results of the study showed that SEROQUEL raised no new safety concerns, and
continued to be well-tolerated for those observed in the study (This sentence does not flow with
the rest of the paragraph).[1]

STUDY SUGGESTS THAT SEROQUEL IS APPROPRIATE FIRST-CHOICE
TREATMENT OPTION

To demonstrate the maintained efficacy and safety of quetiapine during long-term treatment of
schizophrenia, data from 4 open-label extension (OLE) studies in which 674 patients (65.6
percent male), with a mean age of 36.4 years received SEROQUEL, for up to 130 weeks.[2]  The
BPRS, CGI, and SANS were used to measure the long-term efficacy of SEROQUEL   (INSERT
DATA HERE)

¶
▼

"We were pleased to see that SEROQUEL continues to maintain its effectiveness for treatment of
both the positive and negative symptoms of schizophrenia for patients who require long-term
treatment," said Siefgried Kasper, M.D., (TITLE), Department of General Psychiatry, University
of Vienna and lead author of the study.  "With medications such as SEROQUEL, patients
suffering from schizophrenia may now continue taking an effective medication that has been
shown to improve their quality of life for an extended period of time."

- more -

**Deleted:** 455

**Deleted:** The second study found that SEROQUEL therapy offers a maintained response for both positive and negative symptoms of schizophrenia over the long-term, while being well-tolerated. [2]  The results further suggest SEROQUEL is an appropriate first choice atypical antipsychotic in the long-term treatment of schizophrenia.[2]

**Deleted:** ¶
The results were gathered from data collected from four open label extension (OLE) studies in which 674 patients (65.6 percent male), with a mean age of 36.4 years received SEROQUEL, for up to 130 weeks.[2]  Various assessment scales for mental illness were used to measure the long-term efficacy of SEROQUEL.  Each measurement tool revealed significant (p<0.001 for each) improvements from the baseline, being reported at 13, 26, 52, 78, 104, and 130 weeks.[2]

**Formatted:** Bullets and Numbering

AZ/SER 4865046

SEROQUEL Effective and Well-Tolerated

<u>SEROQUEL OFFERS MAINTAINED LONG-TERM RESPONSE</u>

Results from a third study suggests that, among adult and elderly patients who showed an initial response to SEROQUEL [®] (quetiapine fumarate) treatment, the medication offers maintained response for both positive and negative symptoms of schizophrenia over the long-term at rates similar to those for other atypical antipsychotics. [3]

Results were gleaned from data collected from 52-week, open label extension (OLE) trials of three studies in adults (n=267), and one study of elderly patients (n=184). [3] Patients who had a meaningful clinical response to SEROQUEL in the acute phase were eligible for the OLE phase.[3] Response was defined as 40 percent reduction in Brief Psychiatric Rating Scale (BPRS) total score from baseline or a BPRS total score of 18 points at week six. [3]

The mean scores at the start of the OLE after one year of treatment showed that the beneficial effects of SEROQUEL[®] (quetiapine fumarate) Tablets were maintained; these effects were again measured by various measurement tools. [3] At the end of the 52-week interval, the mean scores were lower for each test, suggesting that SEROQUEL continued to help control both positive and negative symptoms of schizophrenia. [3] (BPRS 14.0 vs. 12.7; CGI Severity of Illness 3.0 vs. 2.8; BPRS Positive Symptom Cluster score 1.3 vs. 1.0; and Scale for Assessment of Negative Symptoms 9.5 vs. 8.2). In the study of the elderly patients, statistically significant differences were observed in changes from the baseline to week 52 on all rating scale scores. [3]

<u>SEROQUEL[®] (quetiapine fumarate) TABLETS AND ASTRAZENECA</u>

SEROQUEL is indicated for the management of the manifestations of psychotic disorders. In studies supporting the approval of SEROQUEL, there were no differences from placebo across the clinical dose range in the incidence of EPS, including rigidity and difficulty starting and stopping movement, or in elevation of plasma prolactin levels. In addition, studies have shown that SEROQUEL exhibits a low incidence of hormonal, reproductive system (sexual dysfunction), and anticholinergic side effects (dry mouth, constipation).

- more –

AZ/SER 4865047

SEROQUEL Effective and Well-Tolerated

The efficacy and atypical profile of SEROQUEL is supported by several placebo- and comparator-controlled Phase II and III clinical trials in patients hospitalized for acute exacerbation of chronic or subchronic schizophrenia. SEROQUEL was well tolerated by more than 4,000 male and female patients 18 years and older in these trials. No blood monitoring is required.

In clinical trials, efficacy was demonstrated in a dose range of 150 mg/day to 750 mg/day. An initial target dose range of 300-400 mg can be given in two divided doses daily. The drug is manufactured in the United States by AstraZeneca and is available by prescription in strengths of 25-mg, 100-mg, and 200-mg tablets. Since its approval in September of 1997, there have been more than 2.4 million prescriptions written for SEROQUEL for more than 623,000 patients in the United States.[5,6]

As with other agents in its class, the labeling for SEROQUEL Tablets includes a warning relative to a rare condition known as tardive dyskinesia (which is often associated with long-term use of antipsychotic agents) and neuroleptic malignant syndrome (NMS symptoms include muscle rigidity, fever, and irregular pulse). Labeling precautions include orthostatic hypotension and the possible risk of cataract development. As with other antipsychotics, therapy with SEROQUEL should be used cautiously in patients with a history of seizures or with conditions that can potentially lower the seizure threshold. The most common adverse events exhibited across placebo-controlled trials included headache (19%), somnolence (18%), and dizziness (10%), and the majority of events were rated mild or moderate. The safety and effectiveness of SEROQUEL® (quetiapine fumarate) in pediatric patients (less than 18 years of age) have not been established.

AstraZeneca **(NYSE:AZN)** is a major international health care business engaged in the research, development, manufacture and marketing of ethical (prescription) pharmaceuticals and the supply of health care services. It is one of the top five pharmaceutical companies in the world with health care sales of $15 billion and leading positions in sales of gastrointestinal, oncology, anesthesia including pain management, cardiovascular, central nervous system (CNS), and respiratory products. In the United States, AstraZeneca is a $7.4 billion health care business with approximately 9,500 employees.

# # #

AZ/SER 4865048

Case 6:06-md-01769-ACC-DAB   Document 826-19   Filed 01/25/08   Page 19 of 66 PageID 15076
Case 6:06-md-01769-ACC-DAB   Document 41   Filed 08/30/2007   Page 6 of 5

SEROQUEL Effective and Well-Tolerated

NOTE: For full prescribing information for SEROQUEL[®] Tablets, please visit the U.S. SEROQUEL website at *www.seroquel.com* or call Jim Minnick at 302/886-5135.

---

[1] Hellewell MB, Westhead E.  Safety During Long-term Exposure to Quetiapine.  Poster presented at the American College of Nurse Practitioners 2000 Annual Meeting in San Juan, Puerto Rico.

[2] Kasper, S.  Maintenance of Long-term Efficacy and Safety of Quetiapine in the Treatment of Schizophrenia.  Poster presented at the American College of Nurse Practitioners 2000 Annual Meeting in San Juan, Puerto Rico.

[3] Rak IW.  Maintenance of Long-Term Efficacy With Quetiapine.  Poster presented at the American College of Nurse Practitioners 2000 Annual Meeting in San Juan, Puerto Rico.

[4] Juncos J., Kidder SW., Trosch, MD. *A Guide to Better Monitoring.*

[5] Source ™ Prescription Audit (SPA) 32-Month Period Ending June 2000, Scott Levin, a division of PMSI Scott-Levin, Inc.

[6] NDC Health Information Services, SEROQUEL Patient Tracking Analysis.  31-Month Period Ending June 2000.

AZ/SER 4865049

# EXHIBIT 6

DOXS_OCR.TXT

```
***** Image # 1     File: 3C722FCA.tif *****
```
     _____
     SEROQUEL Effective and Well-Tolerated
     CONTACTS: James G. Minnick Steve Lampert
     AstraZeneca AstraZeneca
     302/886-5135 302/886-7862
     jim.minnick@astrazeneca.com steve.lampert@astrazeneca.com
     Clinical Studies, Suggest ttasat" SEROQUEL,ffective and Well-
     Tolerated in Long-Term Treatment of Patients With Schizophrenia
     SAN JUAN, Puerto Rico- Dec. xx, 2000-Results of three studies presented today
at a major US
     psychiatric conference suggest that SEROQUEL® (quetiapine fumarate) Tablets
continue to be
     safe, effective and well-tolerated in the long-term treatment for both positive
and negative
     symptoms of schizophrenia in adults. I 2,3 e _ rar «~ t it@ -curcti~: %_ _-rr
a3 it -tl: -, afar; a3:c."
     of ifacC, of `~I?RS3 ~_~, :?Z_ e ..E":?011 ~fE e i;hrco si.1:l`Ee'. '
     -------------------------------------------------
     POSITIVE AND NEGATIVE SYMPTOMS OF SCHIZOPHRENIA
     Major signs of schizophrenia include positive symptoms such as delusions,
delirium, and
     hallucinations, and negative symptoms such as apathy, depression, and social
withdrawal. While
     older antipsychotics have frequently been used to relieve the positive symptoms
of psychosis, the
     newer class of atypical antipsyhotics including SEROQUEL, have been shown to be
effective
     while controlling both the negative and positive symptoms.4
     "Approximately one in every 100 people develops schizophrenia. This psychiatric
disorder occurs
     worldwide despite a person's gender, culture, race and religion," said Jonathan
Hellewell,
     (TITLE), Department of Psychiatry, Trafford General Hospital, Manchester,
United Kingdom and
     lead author of one of the studies. "Typically, schizophrenia is a lifelong
illness with symptoms
     that change in severity over time. It is therefore critical to maintain
treatment for a long period of
     time."
     - more
     Deleted: Show
     ------- ---------------------
     Deleted: May Be
     --------------------------------------------------------
     ----- ---- ----- -----
     1 Deleted:
     Deleted: ¶
     ---- - ---
     AZ/SER 4865045


***** Image # 2     File: 3C722FCB.tif *****
```
     _____
     SEROQUEL Effective and Well-Tolerated
     DATA SUGGEST SEROQUEL IS WELL-TOLERATED
     The first of these studies suggest that SEROQUEL® (quetiapine fumarate)
Tablets continue to be
     well-tolerated for patients after 12 months of treatment.' The open-label
extension (OLE)
     evaluation assessed the long-term safety of SEROQUEL for patients treated for
periods up to

DOXS_OCR.TXT

three years.' A total of,-1`;' patients with a mean age of 39 years who were diagnosed with

schizophrenia or schizoaffective disorder were included in the assessment. (Since he tide :>f t l:is

pi'eSS 3'els,3~E ]7:~3f' i[5 t7ra';4t 3 ;a, r33"t]:h? 33 E~7 3 ~E t3 ti}';1Ct )C',':l}'~ 3_ii t~3s; t'eaiY(3s,YIE of

Sc,]"LE7el'I')}:'Crrl 3. ilfv \^l. 1~TPe:'ti5% Yhr ".pi3J Plb

Patients' exposure to SEROQUEL lasted an average of 47.2 weeks (ranging from 0 to 246

ttrdv 411mc( l that ti] ( )Q J 11'1'>s, 1a1SLdlk) 11CCv Sd1ely CO1lcLl1J, an( 101 Lin the„e O11;ul %Cd in t}lt tilc ~ i1, nl voe u nut q, :_a, t h ille, trst_+7f _l tr~3}: c3p13)l

------ ------- ----------

STUDY SUGGESTS THAT SEROQUEL IS APPROPRIATE FIRST-CHOICE TREATMENT OPTION

o d tin-oast°ate thr ma-intazHcd of c;ay and S 3fetc o p e iz.hitia d:3ri no 1irt~ is r rt tts, 3a rtzati oC

s:,hit+~111-:rert .~ . ,eta frolxt 4 :>~~er-la€s,l ?xter_i,i:>:+ (t <[ ,` :~ta.:~ e.. Lti ~,w (1 .:E1 c]"7!1 patielts t+~'.i.6

pert F rt r+ 3: c it}t a : Eler:ti .l ;e c i'',6 € ear.: reees ce;l ;~; .; d ),_+}T , fc u, lo ",r) c,ee k >

}.P}?S ~'(_i€. t3 i S \] J` v e;? t+~,e~:i t,) In ~+s:~ra t (:>:+. terna _fjlic. c:v of SI :[ t )<)i l[ _[, (]l TSFl R '

1-)AT A FIE}d ;

"We were pleased to see that SEROQUEL continues to maintain its effectiveness for treatment of

both the positive and negative symptoms of schizophrenia for patients who require long-term

treatment," said Siefgried Kasper, M.D., (TITLE), Department of General Psychiatry, University

of Vienna and lead author of the study. "With medications such as SEROQUEL, patients

suffering from schizophrenia may now continue taking an effective medication that has been

shown to improve their quality of life for an extended period of time."

- more

Deleted: 455

------------------------------------------------------------

Deleted: The second study found that SEROQUEL therapy offers a maintained response for both positive and negative symptoms of schizophrenia over the long-term, while being well-tolerated. 2 The results further suggest SEROQUEL is an appropriate first choice atypical antipsychotic in the long-term treatment of schizophrenia. 2

l

---------------------------

-- ---------------------------------------

Deleted-

The results were gathered from data collected from four open label extension (OLE) studies in which 674 patients (65.6 percent male), with a mean age of 36.4 years received SEROQUEL for up to 130 weeks z Various assessment scales for mental illness were used to measure the long-term efficacy of SEROQUEL. Each measurement tool revealed significant (p<0.001 for each) improvements from the baseline, being reported at 13, 26, 52, 78, 104, and 130 weeks?

DOXS_OCR.TXT
Formatted: Bullets and Numbering
------------------------------
AZ/SER 4865046

------------------
***** Image # 3    File: 3C722FCC.tif *****
------------------
SEROQUEL Effective and Well-Tolerated
SEROQUEL OFFERS MAINTAINED LONG-TERM RESPONSE
Results from a third study suggests that, among adult and elderly patients who showed an initial
response to SEROQUEL ®(quetiapine fumarate) treatment, the medication offers maintained
response for both positive and negative symptoms of schizophrenia over the long-term at rates
similar to those for other atypical antipsychotics. 3
Results were gleaned from data collected from 52-week, open label extension (OLE) trials of
three studies in adults (n=267), and one study of elderly patients (n=184).3 Patients who had a
meaningful clinical response to SEROQUEL in the acute phase were eligible for the OLE phase.3
Response was defined as 40 percent reduction in Brief Psychiatric Rating Scale (BPRS) total
score from baseline or a BPRS total score of 18 points at week six. 3
The mean scores at the start of the OLE after one year of treatment showed that the beneficial
effects of SEROQUEL® (quetiapine fumarate) Tablets were maintained; these effects were again
measured by various measurement tools. s At the end of the 52-week interval, the mean scores
were lower for each test, suggesting that SEROQUEL continued to help control both positive and
negative symptoms of schizophrenia.' (BPRS 14.0 vs. 12.7; CGI Severity of Illness 3.0 vs. 2.8;
BPRS Positive Symptom Cluster score 1.3 vs. 1.0; and Scale for Assessment of Negative
Symptoms 9.5 vs. 8.2). In the study of the elderly patients, statistically significant differences
were observed in changes from the baseline to week 52 on all rating scale scores.'
SEROQUEL® (quetiapine fumarate) TABLETS AND ASTRAZENECA
SEROQUEL is indicated for the management of the manifestations of psychotic disorders. In
studies supporting the approval of SEROQUEL, there were no differences from placebo across
the clinical dose range in the incidence of EPS, including rigidity and difficulty starting and
stopping movement, or in elevation of plasma prolactin levels. In addition, studies have shown
that SEROQUEL exhibits a low incidence of hormonal, reproductive system (sexual
dysfunction), and anticholinergic side effects (dry mouth, constipation).
more

------------------
***** Image # 4    File: 3C722FCD.tif *****
------------------
SEROQUEL Effective and Well-Tolerated
The efficacy and atypical profile of SEROQUEL is supported by several placebo- and
comparator-controlled Phase II and III clinical trials in patients hospitalized for acute

DOXS_OCR.TXT

exacerbation of chronic or subchronic schizophrenia. SEROQUEL was well tolerated by more
than 4,000 male and female patients 18 years and older in these trials. No blood monitoring is
required.

In clinical trials, efficacy was demonstrated in a dose range of 150 mg/day to 750 mg/day. An
initial target dose range of 300-400 mg can be given in two divided doses daily. The drug is
manufactured in the United States by AstraZeneca and is available by prescription in strengths of
25-mg, 100-mg, and 200-mg tablets. Since its approval in September of 1997, there have been
more than 2.4 million prescriptions written for SEROQUEL for more than 623,000 patients in the
United States.s'6

As with other agents in its class, the labeling for SEROQUEL Tablets includes a warning relative
to a rare condition known as tardive dyskinesia (which is often associated with long-term use of
antipsychotic agents) and neuroleptic malignant syndrome (NMS symptoms include muscle
rigidity, fever, and irregular pulse). Labeling precautions include orthostatic hypotension and the
possible risk of cataract development. As with other antipsychotics, therapy with SEROQUEL
should be used cautiously in patients with a history of seizures or with conditions that can
potentially lower the seizure threshold. The most common adverse events exhibited across
placebo-controlled trials included headache (19%), somnolence (18%), and dizziness (10%), and
the majority of events were rated mild or moderate. The safety and effectiveness of
SEROQUEL® (quetiapine fumarate) in pediatric patients (less than 18 years of age) have not been
established.

AstraZeneca (NYSE:AZN) is a major international health care business engaged in the research,
development, manufacture and marketing of ethical (prescription) pharmaceuticals and the supply
of health care services. It is one of the top five pharmaceutical companies in the world with
health care sales of $15 billion and leading positions in sales of gastrointestinal, oncology,
anesthesia including pain management, cardiovascular, central nervous system (CNS), and
respiratory products. In the United States, AstraZeneca is a $7.4 billion health care business with
approximately 9,500 employees.

444

---

***** Image # 5    File: 3C722FCE.tif *****

---

SEROQUEL Effective and Well-Tolerated

NOTE: For full prescribing information for SEROQUEL® Tablets, please visit the U. S.

SEROQUEL website at www.seroquel.com or call Jim Minnick at 302/886-5135.

1 Hellewell MB, Westhead E. Safety During Long-term Exposure to Quetiapine. Poster presented at the
American College of Nurse Practitioners 2000 Annual Meeting in San Juan, Puerto Rico.

DOXS_OCR.TXT

2 Kasper, S. Maintenance of Long-term Efficacy and Safety of Quetiapine in the Treatment of
Schizophrenia. Poster presented at the American College of Nurse Practitioners 2000 Annual Meeting in
San Juan, Puerto Rico.
s Rak IW. Maintenance of Long-Term Efficacy With Quetiapine. Poster presented at the American
College of Nurse Practitioners 2000 Annual Meeting in San Juan, Puerto Rico.
4 Juncos J., Kidder SW., Trosch, MD. A Guide to Better Monitoring.
5 Source TM Prescription Audit (SPA) 32-Month Period Ending June 2000, Scott Levin, a division of PMSI
Scott-Levin, Inc.
6 NDC Health Information Services, SEROQUEL Patient Tracking Analysis. 31-Month Period Ending
June 2000.

# EXHIBIT 7

## Dennis Canty

| | |
|---|---|
| **From:** | Jaffe, Jonathan [jjaffe@weitzlux.com] |
| **Sent:** | Wednesday, August 15, 2007 10:43 AM |
| **To:** | Adupre@mccarter.com; JYeager@McCarter.com; Munno, Thomas; Torregrossa, Brennan; Tony Winchester; Jim Freebery; McConnell, Stephen |
| **Cc:** | Pederson, Mike; Pennock, Paul; sallen@crusescott.com; cbailey@bpblaw.com; Dennis Canty; ftrammell@bpblaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; Larry J. Gornick; MPerrin@bpblaw.com; pschneider@gsnlaw.com; Fernandez, Lenny; Schultz, Laurie; Laura Brandenberg; Chiu, Yommy |
| **Subject:** | Page Breaks in the Extracted Text Files Issues |
| **Attachments:** | ExtractedTextBatesNotFound.xls; ExtractedTextMismatchingBreaks.xls; ExtractedTextMissing1stPagePageBreaks.xls |

Gentlemen,

My team has been working hard to process the corrections to the productions
provided in the delivery shortly before the last hearing. In keeping everyone
apprised of our technical issues, I am starting what will become a series of
emails as to issues we have encountered in addition to those that have been
previously raised. This email specifically addresses technical issues with the
page breaks for the extracted text files.

I have attached three spreadsheets denoting issues with the first two custodians
provided, Lisa Boornazian and John Boorstein. I am using these two custodians by
way of example to illustrate the various issues that apply to the remaining in
the 80.

***ExtractedTextMismatchingBreaks.xls***
The most serious of the spreadsheets, this details where the number of pages in
the text replacement provided did not match the number of pages in the original
document. For a small number, this was an expected error rate, but for the
majority the error include missing or extra page breaks inexplicably. For
example, some highlights are one document that has 7393 page breaks in the
extracted text, but is only 36 pages, and conversely, a 336 page document, that
only has 21 page breaks in the extracted text.

***ExtractedTextMissing1stPagePageBreaks.xls***
For most of these documents, it appears as if the page break for the first page
was skipped, combining pages #1 and #2, but reasonably approximating the breaks
on the rest of the pages. For some of these documents, the page breaks were
wildly off.

***ExtractedTextBatesNotFound.xls***
This details where we were unable to find the Bates number referred to by the
replacement text file's name.

Please let me know how we can correct, account for, and identify these issues.

Thank you,
Jonathan Jaffe

# EXHIBIT 8

**Dennis Canty**

| | |
|---|---|
| **From:** | Jaffe, Jonathan [jjaffe@weitzlux.com] |
| **Sent:** | Wednesday, August 15, 2007 10:59 AM |
| **To:** | Adupre@mccarter.com; JYeager@McCarter.com; Munno, Thomas; Torregrossa, Brennan; Tony Winchester; Jim Freebery; McConnell, Stephen |
| **Cc:** | Pederson, Mike; Pennock, Paul; sallen@crusescott.com; cbailey@bpblaw.com; Dennis Canty; ftrammell@bpblaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; Larry J. Gornick; MPerrin@bpblaw.com; pschneider@gsnlaw.com; Fernandez, Lenny; Schultz, Laurie; Laura Brandenberg; Chiu, Yommy |
| **Subject:** | Native Excel Files Issues |
| **Attachments:** | NativeExcelBatesNotFound.xls |

Gentlemen,

This email specifically addresses technical issues with the native excel files, continuing the series of emails about issues with the corrections.

I have attached a spreadsheet detailing files where we could not find the Bates number matching the file.

Please let me know how we can correct and account for this issue.

Thank you,
Jonathan Jaffe

# EXHIBIT 9

---

**Dennis Canty**

---

| | |
|---|---|
| **From:** | Jaffe, Jonathan [jjaffe@weitzlux.com] |
| **Sent:** | Wednesday, August 15, 2007 11:04 AM |
| **To:** | Adupre@mccarter.com; JYeager@McCarter.com; Munno, Thomas; Torregrossa, Brennan; Tony Winchester; Jim Freebery; McConnell, Stephen |
| **Cc:** | Pederson, Mike; Pennock, Paul; sallen@crusescott.com; cbailey@bpblaw.com; Dennis Canty; ftrammell@bpblaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; Larry J. Gornick; MPerrin@bpblaw.com; pschneider@gsnlaw.com; Fernandez, Lenny; Schultz, Laurie; Laura Brandenberg; Chiu, Yommy |
| **Subject:** | Duplicate Bates Stamps |
| **Attachments:** | AZSER6496458_Ver1.PDF; AZSER6496458_Ver2.PDF |

Gentlemen,

This email specifically addresses the issue of documents with the appearance of duplicate bates stamps.

I have attached two pdfs of two separate documents bates labeled AZ/SER6496458.

Please let me know how we can identify, correct and account for this issue. We assume there are more instances.

Thank you,
Jonathan Jaffe

# EXHIBIT 10

## Dennis Canty

| | |
|---|---|
| **From:** | Jaffe, Jonathan [jjaffe@weitzlux.com] |
| **Sent:** | Wednesday, August 15, 2007 11:08 AM |
| **To:** | Adupre@mccarter.com; JYeager@McCarter.com; Munno, Thomas; Torregrossa, Brennan; Tony Winchester; Jim Freebery; McConnell, Stephen |
| **Cc:** | Pederson, Mike; Pennock, Paul; sallen@crusescott.com; cbailey@bpblaw.com; Dennis Canty; ftrammell@bpblaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; Larry J. Gornick; MPerrin@bpblaw.com; pschneider@gsnlaw.com; Fernandez, Lenny; Schultz, Laurie; Laura Brandenberg; Chiu, Yommy |
| **Subject:** | Blank Pages Issue |

Gentlemen,

This email specifically addresses the issue of documents that we have not yet received to correct blank pages.

I have included the email chain on this subject below.

Please let me know if any progress has been made on this issue.

Thank you,
Jonathan Jaffe


-----Original Message-----
From: Yeager, Joe [mailto:JYeager@McCarter.com]
Sent: Friday, August 10, 2007 3:19 PM
To: Jaffe, Jonathan
Cc: Dupre, Andrew; Freebery, James J.; Winchester, Tony; Pederson, Mike
Subject: Re: Blank Pages

Jonathan, you make some very good points and perhaps this should be discussed
further. I am out the rest of today but will take this back up Monday and reach
out to you then. Sincerely, Joe.

-----Original Message-----
From: Jaffe, Jonathan <jjaffe@weitzlux.com>
To: Yeager, Joe
CC: Pederson, Mike <MPederson@weitzlux.com>; Winchester, Tony; Freebery, James
J.; Dupre, Andrew; john.martin@eddlabs.com <john.martin@eddlabs.com>; Larry J.
Gornick <lgornick@lskg-law.com>; Camp Bailey <CBailey@bpblaw.com>;
kbailey@bpblaw.com <kbailey@bpblaw.com>; Scott Allen <sallen@crusescott.com>;
Pennock, Paul <PPennock@weitzlux.com>; Dennis Canty <dcanty@lskg-law.com>
Sent: Fri Aug 10 15:12:21 2007
Subject: RE: Blank Pages


Joe,



What about the ones that appeared to be redactions and the Seroquel Flash Report?
Also, we provided just a small sampling, but there were many more that we came

1

across. Is this just based upon our list or more inclusive? Should we expect more fixes?

Does the vendor have a more technical reason for what happened and why it's not going to reoccur?

Finally, creating new bates numbers if pages were simply removed and nothing added is inconsistent with the last fixes for the blank pages provided on July 20th. We really need to discuss the pros and cons of going either way before you TIFF as this does impact our review and makes it extremely and increasingly more confusing as the same documents presented at depositions and as exhibits now can have multiple bates numbers.

Best regards,

Jonathan Jaffe

From: Yeager, Joe [mailto:JYeager@McCarter.com]
Sent: Friday, August 10, 2007 3:01 PM
To: Jaffe, Jonathan
Cc: Pederson, Mike; Winchester, Tony; Freebery, James J.; Dupre, Andrew
Subject: RE: Blank Pages

Jonathan,

Certainly.  I will pass this preference on to our vendor.  As for the class of blank pages, these are blank pages identified initially by your team I believe and were just failures of the TIFFing module to fire properly, usually by excluding the blank page removal tool.

Joe

        -----Original Message-----
        From: Jaffe, Jonathan [mailto:jjaffe@weitzlux.com]
        Sent: Friday, August 10, 2007 2:43 PM
        To: Yeager, Joe
        Cc: Pederson, Mike; Winchester, Tony; Freebery, James J.; Dupre, Andrew
        Subject: RE: Blank Pages

        Joe,

I would like to keep the fields as is and have a cross reference file as you specify.


What class of error do these blank pages fixes now resolve?


Best regards,

Jonathan Jaffe


From: Yeager, Joe [mailto:JYeager@McCarter.com]
Sent: Friday, August 10, 2007 2:34 PM
To: Jaffe, Jonathan
Cc: Pederson, Mike; Winchester, Tony; Freebery, James J.; Dupre, Andrew
Subject: RE: Blank Pages


Jonathan,


In answer to your question, yes the replacements were provided with new controls numbers in order to preserve the original documents in Introspect, as there should not be duplicate control numbers in the system. The replacement documents were then loaded in as new documents. These documents will be produced with new production bates numbers in order to mitigate any issues with gaps or overlaps due to the new and different page counts.


The replacement documents have new control numbers and will have new production bates numbers, but their relationship to the originally produced documents has been preserved. The question is what format would you like to receive this relationship data. We could create 2 new fields your online review tool that mimics the two new fields in Introspect and we can modify the DAT files to include this data.


Conversely, if you would like to keep the fields as is, and just have a cross-reference file, we can generate a report that details the current control number, current production bates number, original control number, and original production bates number for each document.


Joe

-----Original Message-----

3

From: Jaffe, Jonathan [mailto:jjaffe@weitzlux.com]
Sent: Friday, August 10, 2007 10:35 AM
To: Yeager, Joe
Cc: Winchester, Tony; Freebery, James J.; Dupre, Andrew;
Pederson, Mike; Pennock, Paul
Subject: RE: Blank Pages

Joe,


Please remember to copy plaintiff's counsel on your
communications. As a reminder, I am not counsel.


I'm a bit confused. Are the beginning bates numbers modified? If
so, why? Why are the control numbers not equivalent as well?


Best regards,

Jonathan Jaffe


From: Yeager, Joe [mailto:JYeager@McCarter.com]
Sent: Friday, August 10, 2007 9:59 AM
To: Jaffe, Jonathan
Cc: Winchester, Tony; Freebery, James J.; Dupre, Andrew; Yeager,
Joe
Subject: Blank Pages


Jonathan,

As you know, we expect to deliver a separate production of blank
pages. Our vendor requests guidance on how best to provide a reference of the
original control numbers and original beg bates values in the new production.
The choices are: (1) insert the original control numbers into the DAT file for
your reference or (2) provide a separate spreadsheet with the original control
numbers or (3) both or (4) neither.

We'd like to make this as easy as possible for you; please
advise.

Sincerely,

Joe

_____

Joe P. Yeager, Esq
McCarter & English, LLP
Business Litigation Group

```
                     405 N. King Street, 8th Floor
                     Wilmington, DE 19801
                     (302) 984.6300 telephone
                     (302) 984.6399 facsimile
                     Email: jyeager@mccarter.com
```

          This email message from the law firm of McCarter & English, LLP
is for the sole use of the intended recipient(s)and may contain confidential and
privileged information. Any unauthorized review, use, disclosure or distribution
is prohibited. If you are not the intended recipient, please contact the sender
by reply email(or helpdesk@mccarter.com) and destroy all copies of the original
message.


          This email message from the law firm of McCarter & English, LLP is for
the sole use of the intended recipient(s)and may contain confidential and
privileged information. Any unauthorized review, use, disclosure or distribution
is prohibited. If you are not the intended recipient, please contact the sender
by reply email(or helpdesk@mccarter.com) and destroy all copies of the original
message.


This email message from the law firm of McCarter & English, LLP is for the sole
use of the intended recipient(s)and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is
prohibited. If you are not the intended recipient, please contact the sender by
reply email(or helpdesk@mccarter.com) and destroy all copies of the original
message.

This email message from the law firm of McCarter & English, LLP is for the sole
use of the intended recipient(s)and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is
prohibited. If you are not the intended recipient, please contact the sender by
reply email(or helpdesk@mccarter.com) and destroy all copies of the original
message.

# EXHIBIT 11

## Dennis Canty

| | |
|---|---|
| **From:** | Jaffe, Jonathan [jjaffe@weitzlux.com] |
| **Sent:** | Monday, August 20, 2007 10:02 AM |
| **To:** | Adupre@mccarter.com; JYeager@McCarter.com; Munno, Thomas; Torregrossa, Brennan; Tony Winchester; Jim Freebery; McConnell, Stephen |
| **Cc:** | Pederson, Mike; Pennock, Paul; sallen@crusescott.com; cbailey@bpblaw.com; Dennis Canty; ftrammell@bpblaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; Larry J. Gornick; MPerrin@bpblaw.com; pschneider@gsnlaw.com; Fernandez, Lenny; Schultz, Laurie; Laura Brandenberg; Chiu, Yommy |
| **Subject:** | Corrected Load Files: Missing Custodian From Source |

Gentlemen,

This email specifically addresses the issue of documents in the corrected load files that are missing what we believe to be the correct custodians in the Source field. Here are three examples out of many that I have pulled to illustrate the issue.

In the file Beamish, Don.dat, AZSER4874716 only has Blessington, Jim and Palczuk, Linda designated as custodians.

In the file Jones, Kathryn.dat, AZSER3673918 only has Jones, Martin and Mullen, Jamie designated as custodians.

In the file Repp, Ed.dat, AZSER4875356 only has Bucklen, Kristin designated as the custodian.

We still cannot process these files without a format alteration that changes and removes characters and may not keep the integrity of the file.

Please let me know how we can identify, correct and account for this issue.

Thank you,
Jonathan Jaffe

# EXHIBIT 12

**Dennis Canty**

| | |
|---|---|
| **From:** | Jaffe, Jonathan [jjaffe@weitzlux.com] |
| **Sent:** | Monday, August 20, 2007 10:07 AM |
| **To:** | Adupre@mccarter.com; JYeager@McCarter.com; Munno, Thomas; Torregrossa, Brennan; Tony Winchester; Jim Freebery; McConnell, Stephen |
| **Cc:** | Pederson, Mike; Pennock, Paul; sallen@crusescott.com; cbailey@bpblaw.com; Dennis Canty; ftrammell@bpblaw.com; JDriscoll@brownandcrouppen.com; kbailey@bpblaw.com; KSmith@AWS-LAW.com; LROTH@roth-law.com; Larry J. Gornick; MPerrin@bpblaw.com; pschneider@gsnlaw.com; Fernandez, Lenny; Schultz, Laurie; Laura Brandenberg; Chiu, Yommy |
| **Subject:** | Corrected Load Files: Columns and Fields Counts Are Not Matching |
| **Attachments:** | Fields and Column Counts Not Matching.xls |

Gentlemen,

This email specifically addresses the issue of documents in the corrected load files where the count of fields are not matching the count of headers in the file leading to us not being able to load in the corrected metadata for these documents.

I have attached a list of over 5000 instances we have encountered while trying to process three of the first eight custodians.

Please let me know how we can identify, correct and account for this issue.

Thank you,
Jonathan Jaffe

# EXHIBIT 13




# Hitachi Consulting Overview

*For Weitz & Luxenberg PC*

*August 27th, 2007*

Company Confidential - Copyright 2007 Hitachi Consulting

**Hitachi Consulting**



---

To:       Jonathan Jaffe

From:   Michael Reddy
          617.357.7901 (o)
          617.320.7071 (m)
          mreddy@hitachiconsulting.com

> The following document contains the information you requested to the best
  of our ability given the short timeframe.  Please excuse the format and any
  omissions or generalizations.  Over the course of the selection process, we
  will provide any additional information you may require.

> Your information request was for the following:

  » Overview of Hitachi Consulting (Size, Services)

  » Technology Vendor Capabilities (Alliance Status, Capabilities)

  » Disclosure of our ties the Pharmaceutical Industry

  » CV of a potential leader(s) of the effort  (Separate File)

 

# Hitachi Worldwide

## Corporate Branding



- Hitachi Consulting's corporate statement embodies Hitachi's commitment to continue to inspire coming generations with the latest products, systems and services.
- We are committed to becoming a "Best Solution Partner" for all customers around the world. *

## By The Numbers

- Founded in 1910
- 934 Companies (450 in Japan, 484 in other countries)
- 384,444 Employees
- $86.8 Billion Revenue
- Invested $3.6 Billion in R&D in 2006

## Overview



- Over 1,500 consultants worldwide
- Practical Solutions:  Flexible, Expert
- Depth with Efficiency
    - Better alternative to boutiques and the Mega-firms

 **Hitachi Consulting**



# Hitachi Consulting:  What we are

*Hitachi Consulting strives to understand each company's unique business needs and implements practical business strategies and technology solutions that improve their business. From business process optimization to enterprise application implementation and integration, Hitachi Consulting is committed to your success.*

## INDUSTRY STRENGTHS

- Aerospace & Defense
- Communications, Media & Entertainment
- Food & Beverage/Consumer Packaged Goods
- Energy
- Engineering & Construction
- Financial Services
- Healthcare & Life Sciences
- High Tech Manufacturing & Software
- Industrial Manufacturing
- Retail
- Services

## SOLUTIONS EXPERIENCE

**CORPORATE MANAGEMENT**
- Corporate Performance Management
- Financial Analytics
- Finance Function Optimization
- HR Function Optimization
- Human Capital Analytics
- Operations Optimization
- Organization Effectiveness
- Strategy

**CUSTOMER AND CHANNEL**
- Applications & Technology
- Customer Care Optimization
- Marketing Optimization
- Performance Mgmt and Analytics
- Sales and Channel Optimization
- Strategy

**STRATEGIC TECHNOLOGY**
- BI Competency Center
- Enterprise Data Warehouse
- Enterprise Information Management
- IT Operations
- IT Strategy
- Service-Oriented Architecture

**SUPPLY CHAIN**
- Analytics & Performance Management
- Implementation
- Logistics Execution & Optimization
- Strategy & Assessment
- Manufacturing Execution & Optimization
- Procurement and Sourcing
- Procurement Outsourcing
- Sales & Operations Planning



## DELIVERY STRENGTHS

- Business Intelligence & Performance Management
- Business Process Improvement
- Custom Development
- External Education Services
- Infrastructure
- Organizational Change Management
- Packaged Applications
- Project, Program and Portfolio Management (3PM)
- Research
- Strategy Development
- Systems Integration

## STRATEGIC ALLIANCES

- Hyperion
- Lawson
- Microsoft
- Oracle / JDE
- SAP

---

- Project-oriented
- Technically skilled
- Functional experts
- Offshore-capable
- Small teams
- Flexible approach

---

 

# Alliances

**At Hitachi Consulting,** we build and nurture relationships with technology providers in all categories to ensure we can provide the best possible solutions for clients' unique business needs.

We have deep, long-standing relationships with several enterprise application providers. Our dedicated professionals collaborate with these strategic alliances to deliver and support integrated, end-to-end business solutions that help you achieve measurable value quickly.

    

**Hitachi Consulting**



# Our Microsoft Practice

> **Hitachi Consulting has been a Microsoft Certified Consulting Partner since 1995**
>> Hitachi Consulting is Gold Certified in Consulting Services and Systems Integration
>> Member of Microsoft BI and MBS Partner Advisory Councils
>> Microsoft practice of over 300 dedicated and trained Microsoft Professionals
>> Hitachi Consulting is Part of Microsoft's Virtual TS (Technology Specialist) Program



> **Microsoft Business Intelligence/Data Management Partner of the Year, 2006**
>> Hitachi Consulting is Microsoft's Go-To Partner for Business Intelligence
>> Executive Level relationships throughout the entire Business Intelligence Stack

> **Microsoft Information Worker Solutions, Messaging and Collaboration Partner of the Year, 2007**
>> Hitachi Consulting is Microsoft's Go-To Partner for Information Worker Solutions, Messaging and Collaboration

> **Microsoft Dynamics U.S. Partner of the Year 2005 & 2006 & 2007**
>> 50% of all Master Certified AX Consultants are with Hitachi Consulting
>> Combined Experience of 100+ Dynamics AX Implementations

> **Nation-wide Custom Development Competency dedicated to researching and presenting leading edge .NET solutions and architectures**
>> Hitachi Consulting .NET Frameworks and reusable components built through several successful engagements that reduces risk and improves efficiency
>> An integrated methodology that blends industry standard SDLC (RUP) with project, change, and risk management, including specific user interaction/experience components
>> A superb team of . NET consultants who are experienced in .NET system development projects

> **A premier relationship with Microsoft, both as a business partner (a leading implementer of its .NET technology) and as a client (Microsoft is one of Hitachi Consulting's largest and most trusted customers)**

*© Copyright 2007 Hitachi Consulting All Rights Reserved, Proprietary and Confidential, For Discussion Purposes Only*



# Hitachi Consulting

# Our Microsoft Service Offerings

## FY 07 Offerings

» Business Intelligence and Performance Management at the Edge

- Planning, Budgeting and Forecasting at the Edge

- Performance Point/CPM

- Mobile Analytics

- Microsoft Reporting Center of Excellence
  Competitive Migrations to Reporting Services

- Building a Microsoft BI Infrastructure
  Application Platform Infrastructure Optimization

» Information Worker Enablement

- Collaboration, ECM, KM and Workflow - BPIO

- MOSS 2007 Enterprise Deployments
  MOSS 2007 as a Compliance Enabler
  MOSS 2007 Migrations

» ERP/Microsoft Interoperability

- .NET SOA/Integration/Composite Applications

- MOSS 2007/Enterprise Portal Interoperability

- ERP/Microsoft BI Interoperability

- ERP/Microsoft Interoperability

» Custom Development & Systems Integration

- Migrations to the .NET Platform

- Customizations and Integration to Existing Applications

- Integration of Data Sources and Applications into a Unified View



© Copyright 2007 Hitachi Consulting All Rights Reserved, Proprietary and Confidential, For Discussion Purposes Only

 

# Oracle Practice Alliance and Partnership

*Hitachi Consulting is a Certified Advantage Partner that provides a wide range of services related to Oracle business applications and supporting technology.*



**>** **Background**

» One of 23 Certified Advantage Partners nationally (one of only 9 systems integrators)

» Strong relationships between key Oracle executives and the Hitachi Consulting Oracle practice.

» First implementers of key Oracle products for mid-size manufacturers such as Process Manufacturing, Flow Manufacturing

» Member of Oracle's Field Advisory Board for Flow Manufacturing, Advanced Planning and Scheduling, Warehouse Management, and Process Manufacturing

» Member of Oracle's Industry Advisory Board for Hi-Tech Manufacturing, Process Manufacturing, and AEC

» Significant investment in Oracle-centric implementation tools and methods including the development of our AIM Plus methodology and Business Flow Accelerators



**>** **Key Metrics**

» **2005 Regional Titan award recipient – Regional SI Integrator of the year**

» Over **220 dedicated Oracle resources**, 370 skilled in Applications and Technology

» Over **85 completed** or ongoing 11i implementations and upgrades

» 1999 - 2004 Oracle General Business Partner of the Year

» 1999, 2000, 2001, 2002, 2003, 2005 Regional Oracle Partner of the Year

» Oracle's National Preferred Partner for the Engineering and Construction Industry

» Certified Oracle On-Demand Implementer



Company Confidential - Copyright 2007 Hitachi Consulting



# Hitachi Consulting

# Deep SAP Background and Knowledge

> Hitachi Consulting has successfully implemented over 70 SAP projects

> Hitachi Consulting is one of only 2 firms that are National Certified **mid-market implementation partners**

> Hitachi is a user, reseller and global partner of SAP

> Hitachi is an end user of SAP solutions with SAP installations in over 24 divisions.

> Globally, Hitachi has 3,000 SAP consultants, plus another 2,000 with our Global Solution Center

> Our SAP consulting resources average more than 12 years of work experience, with most having a strong mix of consulting and industry experience

>> Averaging 12+ years of business experience
>> Including 5+ years of consulting experience
>> Combined with 6+ years of SAP experience
>> In-depth knowledge of solution sets



**Hitachi Consulting** 

# Hitachi Consulting Alliance with SAP



Hitachi Consulting applies the full spectrum of SAP Business solutions, from upgrades and enterprise integration to supply chain management, procurement, and customer relationship management.

> **SAP Assessments, Process Redesign**
>> Hitachi Consulting has defined assessments in the following SAP focus areas: Project Planning, SAP Upgrades, SCM, CRM, ROI, Rapid Implementation, Hosting, & Continuous Improvement

> **SAP Enterprise Resource Planning (SAP R/3, ECC 5 and ECC 6)**
>> Hitachi Consulting delivers strategies for a traditional back office or collaborative environment. Our consultants implement rapid SAP-ERP implementations and B2B collaborative solutions

> **SAP Customer Relationship Management (CRM)**
>> Hitachi Consulting's distinctive mySAP CRM Roadmap takes companies through reviewing customer management concepts, developing a business case, and building an implementation plan

> **SAP Portals**
>> We implement both employee and external-facing portals using SAP's Enterprise Portal and technologies such as SSL, SiteMinder, and SAP's Unification Platform for a secure and fully ERP-integrated portal

> **SAP Business Warehouse (BW)**
>> Our Business Warehouse solution allows companies to leverage investments made in SAP technology by reducing the complexity of the IT system landscape

> **SAP APO and Supply Chain Management**
>> Averaging more than 12 years of supply chain experience, our consultants provide full lifecycle Supply Chain Management (SCM) solutions

 

# Disclosure



A&D, Automotive & Industrial Manufacturing
25%

High Tech Manufacturing & Software Providers
23%

Communications, Media & Entertainment
16%

Food & Beverage, Consumer Goods Mfg. & Retail
13%

Healthcare & Biotech
7%

Engineering & Construction
5%

Financial Services
4%

Energy & Utilities
2%

Other
5%

> Less than 8% of our firm's revenue comes form the Healthcare and Biotech industry

> eDiscovery is not a current offering of Hitachi Consulting

 

# Disclosure

> Hitachi Consulting has served over 750 clients in the last 4 years, and thousands of clients in its history.

> Healthcare is a recognized industry at our firm.  However, it is not a significant revenue-generating industry.

> Pharmaceutical Industry is recognized as a segment within the Healthcare Industry.  However, it is not a target within the Healthcare industry, nor is it a significant revenue-generating segment.

| HealthCare/LifeSciences | Greater than $500,000 in fees over last 4 years |
|---|---|
| Statline | x |
| Stowers Institute for Medical Research | |
| Alticor Inc | |
| Natrol | |
| Abbott Laboratories | x |
| BioMarin | |
| Combe Inc. | |
| Dendrite | |
| Organon USA Inc. | |
| Pfizer World Wide Pharmaceutical Sciences | |
| UCB Pharma, Inc. | x |
| Agensys | |
| Amgen, Inc. | |
| Serologicals Corporation | x |
| Magellan Health Services | x |
| Catholic Health Initatives (CHI) | x |
| HCA | x |
| Kessler Rehabilitation Corporation | |
| Matria Healthcare, Inc. | |
| MD Anderson Cancer Center | |
| SOUTHERN OHIO MEDICAL CENTER | |
| Spectrum Brands | |
| St. Paul Fire and Marine Insurance Co. | |
| Stevens Healthcare | |
| SUTTER HEALTH | |
| Tenet Healthcare Corporation | |
| Wheaton Franciscan Systems, Inc | |
| Wheaton Franciscan Systems, Inc | |
| Diagnostic Systems Laboratories, Inc | |
| Visiting Nurse - Hospice Atlanta | |
| Premier Bankcard | |
| AmeriPath | x |
| Express Scripts, Inc. | |
| HealthCare Partners Medical Group | |
| iHealth Technologies | |
| LifeMasters | x |

**Hitachi Consulting**



# Leader Resumes

> Included in the package is the resumes of three individuals.  These represent consultants that may play a part in this effort.  Timing, availability and further discovery with dictate eventual staffing.

> **Paul Turgeon:**  Paul has spent most of his career in the development and management of highly secured software in the banking industry. His methods and experience in audit/compliance of highly controlled data and systems would be a strong asset to the team.

> **Jeff Gray:**  One of our most advanced Microsoft experts, Jeff provides knowledge of the tools, techniques and products surrounding the Microsoft products.

> **Harry Abell:**  Harry represents an architect that can both manage and provide technical expertise across a diverse technology infrastructure.

> **Not represented:**  SAP, Oracle and other technologies.  Hitachi Consulting has hundreds of highly experienced professionals in both these disciplines.

# EXHIBIT 14


**Hitachi Consulting**

# Paul Turgeon
*Vice President*

## Knowledge

Mr. Turgeon is a flexible, results-focused leader with deep experience in mission-critical transaction systems and the companies that have these systems at the core of their operations. His experience has included, but is not limited to, highly secured EFT (Electronic Funds Transfer) systems. His areas of competency include organizing, team selection, building and managing; project management, software development and back office operations organizations and technology. Industry breadth includes financial services, retail, healthcare and communications.

Mr. Turgeon leads our payments compliance practice for Hitachi Consulting.

## Experience

**Mr. Turgeon's relevant achievements include:**

- Led the initiative to transition a company and its infrastructure from a bespoke software house to a software product company. An integral part of this effort was the creation of BASE 24 which is the acknowledged world leader in ATM and POS software for financial institutions and EFT networks, operating in over 80 countries around the world.

- Designed and developed a secure two factor Internet payments product, which has two patents pending, including the business model and the technology itself.

- Designed and developed secure money transfers product which has one patent pending, where money transfers are initiated by a consumer at their financial institution Web site resulting in funds being withdrawn from the sender's account and transferred in real time to any electronically accessible bank account, without requiring the disclosure of the receiver's private bank account data to the sender.

**Mr. Turgeon's work experience includes:**

- Enterprise Payments business unit – directed an enterprise-wide 1000 person team, located in five offices across the United States, providing settlement, interchange, compliance and exception item operations to financial institution and merchant customers on behalf of the US and international business units.

- Ensured excellence in product management for all technology platforms that provided settlement, interchange computation, compliance and exception (chargebacks) services for all card based payments.

- Developed a technology transition plan to provide customers a single access point across all business units for these services.

- Instituted technology consolidation roadmap for all switching platforms, in partnership with IT, on behalf of the enterprise.

- Managed 40-person software development organization focused on settlement / integration services.

- Led team in developing and implementing a custom software system for a major utility.

- Led the team that created FDC/ NYCE / Western Union business and technology model to launch Western Union money transfer products using a financial intuitions' home banking system and the debit network infrastructure for secure payment and the Western Union infrastructure for delivery.

- Managed a team that developed patent pending Internet PIN-ed debit payment system and the business and governance models for its deployment.

- Assembled a dedicated software development staff to replace outsourced programmers to maintain and modify a company's systems to meet the requirements of newly contracted customers and to support existing customers.

◎ **Hitachi Consulting**

# Jeff Gray
*Director – Consulting Services*

## Knowledge

Mr. Gray is a Director with Hitachi Consulting.  He has been in business and IT consulting for over 12 years with a focus on applying technology to solve business problems.  Mr. Gray has developed expertise in the areas of IT strategy, software selections, application design and development, technical architecture design, enterprise application integration and business intelligence.  He has worked with small, mid-sized and Fortune 500 companies in industries such as utilities, logistics, manufacturing, retail, government, education and high-tech.

**EDUCATION**

Mr. Gray holds a BBA in Management Information Systems from Texas A&M University

## Experience

Mr. Gray's relevant experiences include the following:

- Conducted a Strategic Information Systems Planning (SISP) initiative for a large aggregates company to align IT delivery capabilities with the global vision of the CIO.  This included assessing the people, process and technology that supports the business and making actionable recommendations over a 1-3 year horizon.

- Architected and designed Services Oriented Architecture for a large multi-media and entertainment company.  This architecture created an abstract business services layer between users and an ERP system (PeopleSoft) using BizTalk, iWay, K2 and SQL Server.  This architecture has been used to deliver custom interfaces and processes while still leveraging a back end ERP platform.

- Architected and designed an Integration Bus for a financial services company.  This integration bus used common schemas to tie together internal systems with external partners and customers.  The core platform utilized Microsoft's BizTalk Server and custom components developed in C#.

- Architected and lead the implementation of an integration platform for a publicly traded restaurant and entertainment company.  This platform ties together point of sale systems and internal systems to create a common view of a customer.  The integration platform utilized BPEL and the Oracle Application Server technology stack.

◎ Hitachi Consulting

- Architected and implemented an integration solution for a construction company that tied together an ERP system with spreadsheets and databases spread through out the field.  The system pulled information from project managers and provided executive management with a detailed view of how the business was operating.  The system utilized BizTalk Server, SQL Server Analysis Services and InfoPath.

- Managed the entire product lifecycle of a high-stakes testing application for a not-for-profit specialized assessment company.  At its peak the project team consisted of 27 resources from various disciplines and companies.  This application utilized the .NET framework, Java (full client), and Flash.  This unique blend of technologies was used to effectively deliver a distributed architecture capable of delivering thousands of con-current tests.

- Managed an initiative for a large publicly traded utility to deploy very a sophisticated web based business intelligence application.  The application made extensive use of Microsoft and Business Objects products.  The end result was a web based application that heavily used the Business Objects SDK and Web Intelligence SDK to seamlessly integrate the business intelligence offering with a web based portal.

- For a large craft retail chain, developed requirements and design documentation for a content management system as well as a public site.  After design, continued with implementation using the J2EE framework on the WebSphere Application server and deployed to the AIX platform.

- Developed prototype, requirements and design for logistics web portal/exchange.  Design was done using a J2EE framework similar to the Application Programmers Model outlined by Sun and implemented on the WebLogic Application server platform.

- Part of design team for web based order entry for a multi-national logistics company.  Design involved integrating existing i2 Transportation Manager application with a new web based front end that would eventually be part of a larger web based portal.  The design effort used J2EE as the integration and development technology.

- Lead two sub-projects of a larger initiative involving a total of 12 projects.  The first project involved creating and implementing best practices as related to an Internet/Intranet/Extranet environment for an international utility.  The second

◎ Hitachi Consulting

project involved evaluating, selecting, and implementing tools surrounding the Internet/Intranet/Extranet environment.

- Worked on a development team responsible for a software product offered by a supply chain software vendor. Work surrounded use of Visual Basic and numerous components. Also made recommendations and provided guidance in resolving disparities on operating systems as related to the company's software product. Mr. Gray was also, part of an effort to internationalize the software product.

# Harry Abell
*Architect, Strategic Technology Solutions*

## Knowledge

Mr. Abell is an architect at Hitachi Consulting.  He has over 20 years of Information Technology experience in various organizations ranging from project management and application development management to IT Director.  He has personally been responsible for projects ranging in size from thousands of dollars up to millions.  In his role as an Architect at Hitachi Consulting, he provides IT and BPO Outsourcing consulting, technology assessments and planning, IT planning and implementation, IT infrastructure assessments, technology systems – hardware and software – architecture analyses, IT organizational structure analyses, and IT cost management services to clients.

Mr. Abell has a strong background as a former IT Director and as a consultant on many large highly complex projects.  His skills include IT business planning, analysis and management , large-scale project management, IT operations and process analysis and design, ITO and BPO assessments and sourcing selections, contract negotiations, business continuity and disaster and recovery planning.

**EDUCATION**

Mr. Abell has a Master of Business Administration degree in Data Processing from the Florida Institute of Technology and a Bachelor of Business Administration degree in Management from the University of South Florida.

## Experience

**Mr. Abell's relevant skills and experience includes:**

- Development and implementation of strategic technology business plans and associated operating plans as well as feasibility studies, business cases, and technical analyses.

- Strategic information technology planning, architecture analysis and design.

- CIS software implementation including project planning, technical project work, quality assurance and software selection.

- Development of outsourcing strategy, assessments, analyses and sourcing selections including vendor negotiations for both IT and Business Process outsourcing.

- Information Technology assessments including technology infrastructure, application development and management, IT organizational processes and structures, and overall IT cost management.

 Hitachi Consulting

- Development of policies, standards and operating procedures for IT operations including data centers, telecommunications, applications, help desks, networks, data management and change management operations.

**Mr. Abell's consulting project work includes:**

- Led team in developing and implementation of a custom software system for a major utility.

- Led team in analyzing sourcing requirements and implementation for a large health care organization for an asset management system.

- Led in developing a program to improve the reliability and availability of key applications and systems resulting in significant improvements and lower costs.

- Led a team in developing and implementing a safe and effective access platform, to core programs on the customers network, to an off shore team. Resulting in over a 50% cost reduction.

- Managed a project providing the migration from a two tier to a three tier infrastructure system for a major electric utility. Completed on time and under budget.

- Managed technology architecture assessment for a large utility company to insure compliance with SOX, GBLA, PCI and other regulatory authorities.

- Led an assessment of information technology organization, processes, systems and services for a software development company.  This assessment included a review and analysis of IT organization, technology infrastructure, telecommunications, the installed ERP system, IT processes and procedures, IT costs, outsourcing opportunities and disaster recovery needs.

- Provided an assessment of national technology infrastructure for a software development company including business recovery needs and outsourcing opportunities.  Systems included software and hardware systems employed by the company.

- Provided subject matter expertise in development of an RFP and evaluation/analysis tools to outsource information technology functions for a major utility support provider.

- Led the development and implementation of firewalls and security devices for one of the top 5 Technology Consultant Companies for connections to their clients.

- Led an assessment of information technology structure, systems and services for a large mainframe system for a major utility company.  This assessment included a review and analysis of IT organization, technology infrastructure, and IT costs.

- Led team in analyzing, designing, planning and implementing network changes, new email systems, security and overall directory design.

- During his career, he has organized and developed the selection and implementation of dozens of hardware and software packages. He has developed implementation plans, disaster recovery plans, returns on investment analyses, and managed dozens of projects to a successful conclusion.

**Other relevant Experience:**

- Formerly an adjunct professor at a large public university. In the Information Technology program of the University, he developed the course for the Network Management curriculum and taught the first classes.

- Formerly chairman of an electric utilities technology consortium. Focused on developing better coordination and communications between individual utilities.

◎ **Hitachi Consulting**

# EXHIBIT 15

