US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____16_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 16

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br>MDL Docket No. 1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**DECLARATION OF JONATHAN JAFFE IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS** |

I, Jonathan Jaffe, declare as follows:

1. I am manager of Software Development with the law firm Weitz & Luxenberg P.C., co-lead counsel for plaintiffs in the captioned matter. I have personal knowledge of the facts set forth herein, and would competently testify to the same if called upon to do so.

2. Attached as Exhibit 1 is my CV.

3. Attached as Exhibit 2 are the invoices of Mr. John Martin in connection with services performed for plaintiffs related to investigation and analysis of technical problems in AstraZeneca's production of ESI.

4. Attached is Exhibit 3 is an email from Mr. Canty to representatives for AstraZeneca, prepared with my assistance, which accurately lists technical issues with (inter alia) AstraZeneca's custodial production, which remained unresolved as of the end of September 2007.

5. The substantive portions of plaintiffs' responses to interrogatories, served herewith, were prepared with my personal involvement and supervision. The descriptions of the technical problems, investigation, analysis, and attempts at resolution, are true and accurate.

6. Attached as Exhibits 4 through 8 are true and correct copies of correspondence by and between plaintiffs' representatives and prospective vendors regarding services to be provided to plaintiffs in connection with AstraZeneca's new, native production.

7. Attached as Exhibit 9 is a true and correct copy of plaintiffs' agreement with IKON to provide services in connection with AstraZeneca's new, "native" production.

8. Attached as Exhibit 10 is a summary of my time spent in connection with investigation and analysis of technical issues with AstraZeneca's production. The minimum costs associated with my investigation and analysis are calculated by multiplying the number of hours by an industry standard rate of $150 per hour.

9. Accompanying my declaration are those of the Weitz & Luxenberg developers who worked with me on these projects. The minimum costs associated with their investigation and analysis are calculated by multiplying the number of hours for each by an industry standard rate of $125 per hour.

I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct.

Date: January 18, 2007

Jonathan Jaffe