US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number:  16.01

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified:

Date Admitted:

# Exhibit 16.01

**JONATHAN JAFFE**

Weitz & Luxenberg P.C., 120 Wall Street  (212) 558-5522
New York, New York 10005  Email: jjaffe@weitzlux.com

---

## CURICULUMN VITAE

**Weitz & Luxenberg, P.C.,**  **2002-present**

Weitz & Luxenberg is one of the nation's original and foremost firms in mass tort asbestos litigation handling over one million simultaneously pending court actions, 230,000 bankruptcy claims and over 50 other personal injury litigations.

There is one proprietary ERP system with thousands of interdependent modules including Accounting, Document Management/Generation, Intake, Case Management, CRM, and SFA pieces.

*Manager of Software Development,* 2003-present;
*Sr. Project Manager,* 2002-2003
- Oversee and direct activities of multiple IT and Internet teams, comprising up to 20 resources (presently 14).
- Chief software and systems architect.
- Transformed internal development into a premier asset of the firm.
- 2 Microsoft case studies on our innovative use of Web Services.
- Engaged in ESI discovery litigation support issues.
- Engaged in joint development efforts with Federal Express on joint enterprise shipping system.
- Adoption of our proprietary document management technologies by dozens of other law firms across the country.
- Increased overall performance of proprietary ERP system 500% with a 75% reduction in system downtime.
- Mentor technical team, developers, analysts, internet content and SEO (search engine optimization) teams.
- Established and oversee the 3rd most popular personal injury law site (Alexa/Amazon rankings), www.weitzlux.com, including all internal development, sales/marketing efforts, public relations, and client services.
- Increased Internet site traffic 5,000% (to 12,000+ unique visitors/day) and content by 750,000+ pages.
- Positioned web as a new sales channel, netting a 45,000% increase in leads to 1,500 new case leads/week.
- Reduced annual Internet marketing costs while increasing returns.
- Oversee distribution of multi-million/year in settlements to tens of thousands of clients.

**Microsoft Case Study @ http://www.microsoft.com/net/business/articles/weitz.mspx**

Technologies: .NET 3.0, WPF, C#, ASP.NET, SQL2005, SQL2000, VB.NET, OLTP, OLAP, JavaScript, HTML, Exchange2003, IPSec, Cisco VPN, Citrix Presentation Server, Win2003, Win2000, WinNT4, Project, Powerpoint, WebSense, eSafe, Active Directory (LDAP) Interface, XML, xHTML, Web Services, Visual Studio Team Foundation Server, VSS, VB6, Access, Microsoft Office, Cisco PIX (Firewall), Tape Library Backup, Document Management, CRM, ERP, Great Plains7.0, Great Plains 6.0, Goldmine, ASP3.0, IIS6.0, Windows Services, Snap NAS, LeadTools (Imaging), SharePoint, AscentCapture, Concordance, Summation, iConnect, ComponentOne for .NET, Flash, Mac OSX, Photoshop, advanced Search Engine Optimization


**IMJ Group, Inc.,**  **2001-2002**

IMJ was a startup business/technology consulting think tank and solution implementation firm I started with two partners.

*Vice President, Technology / Founding Partner*
- Established corporate status for the firm and branding.
- Recruited and supervised staff.

Technologies: Linux, BSD, Java, Access, Microsoft Project, Microsoft PowerPoint, Microsoft Excel

**Winstar Communications, Inc., Web Development Group,**                                           2000-2001
The Winstar Web Development Group was an Internet consultancy, specializing in large Intranets and Internet sites.

*Acting Director of Technology, 2001;*
*Senior Technology Architect, 2000-2001*

*Technical Leadership*
- Directed a team of 17 — project managers, developers, system engineers, and site designers.
- Managed full project lifecycle for six and seven digit budgets.
- Chief Software and Systems Architect.
- Designed Internet and Intranet sites, including Hosting Solutions.
- Established procedures and process, integrating what had been five company acquisitions into one team.
- Mentored development team.

*Business Development*
- Increased average project value 10,000% (from $50,000) to $5 million, including winning the team's first $1 million contract.
- Liaised successfully with other Winstar divisions (Hosting, Office.com, Professional Services and Winstar for Buildings), resulting in improved sales and project coordination.
- Led Winstar team on a $50 million proposal for the NYC Board of Education with partners Sun, Oracle, Lucent, Microsoft, and Compaq.

Technologies: SQL2000, SQL7.0, ASP3.0, JavaScript, HTML, Project, Powerpoint, VSS, Exchange2000, Win2000, WinNT4, WebSense, Active Directory, VB6, VB5, Visio, Microsoft Office, Flash, Photoshop, QuarkXpress

Example web site: www.nmss.org (same site without update for past 7 years)

**Valinor, Inc.,**                                                                                   1995-2000
Valinor Inc., a wholly owned subsidiary of IKON Office Solutions, was the original Microsoft Solutions Partner/Provider & Authorized Technical Education Center in New York City, consulting for Fortune 500 firms.

*Technical Project Manager / Microsoft Certified Trainer, 1998-2000 (joining full time after graduating Columbia)*
*Technical Project Leader / Senior Technical Architect, 1996-1998 (while attending Columbia full time, 20+ hrs/wk)*
*Senior Application Developer / Application Developer, 1995-1996 (while attending Columbia full time, 20+ hrs/wk)*

*General Achievements*
- Increased average project value, formerly $100,000 average, 500% to $500,000
- Led teams of up to 10 developers

*Key Consulting Projects*
- **AIG/AIU NAD** — migration of AIG Europe's mainframe-based quotation and policy generation system to Microsoft Windows/Office workstation platforms, reducing the time to policy from days to minutes.
- **Berkery, Noyes & Co.** — a company-wide line of business application matching companies seeking to sell themselves with potential buyers.
- **The College Board** — Internet application to gather annual survey data for all United States accredited colleges and universities.
- **DLJ** — on site training.
- **Garban Intercapital** — a cash derivatives trading system utilized by 60 brokers.
- **IKON Office Solutions** — reconciled revenue reporting data from multiple disparate databases.
- **Matsushita** — workflow support ticketing system.
- **Maersk Shipping** — reconciled multiple shipping databases.
- **Merrill Lynch** — on site training on active trading floors.
- **NYC Department of Technology** — on site training.

- **Sumitomo Mitsui** — application to monitor, track and handle all transactions and interest calculations for a multi-billion per year transfer of high risk loans.
- **Sun Chemical** — on site training and follow up consulting.
- **Yankee Copyrights Management** — a large eCommerce application for a startup to create a marketplace for permissions to use and replicate copyrighted materials.

Technologies: ASP2.0. SQL7.0, SQL6.0, Sybase, Oracle, MTS, COM, JavaScript, HTML, Project, Powerpoint, VSS, Exchange5, WinNT4, WinNT3.51, Unix-Solaris, C++, MFC, VB6, VB5, VB4, VB3, Access, Visio, Goldmine, Microsoft Word, Excel

## ADJUNCT PROFESSOR

**Columbia University School of Continuing Education, evenings, 2003-2005**
- Taught Database Design/Advanced SQL, and .NET Programming courses — QC7304, QC7305, QC7403.
- Developed curriculum for courses, part of SASE track certificate program.

## EDUCATION

**Bachelor of Arts**, **Economics/Mathematics**, **Magna cum Laude 3.72 GPA**, Columbia University, 1999

## CERTIFICATION

Microsoft Certified Professional, 1998
Microsoft Certified Trainer, 1998

## TECHNOLOGIES

C#/C++/C (8 yrs); VB.NET + VB1-VB6 (13 yrs); XML (4 yrs); HTML (6 yrs); VBA (9 yrs); ASP.NET / ASP (6 yrs); JavaScript (6 yrs); MSSQL (8 yrs); Sybase (1 year); Oracle (1 year); Exchange (6 yrs); IIS (7 yrs); MTS (2 yrs); MSAccess (9 yrs); OOP; RAD; Project (6 yrs); Word (15 yrs); Excel (9 yrs); PowerPoint (9 yrs); Photoshop; Flash; Visio; Windows 2003/2000/NT, Vista/XP/95/98/ME; Unix-Solaris/BSD/HP/Linux; Mac-OS X, 9.1