US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____16.02____

6:06-md-01769-ACC-DAB

**In Re:  Seroquel Products Liability
Litigation**

Date Identified:

_____

Date Admitted:

_____

# Exhibit 16.02



**INVOICE**

| | |
|---|---|
| Invoice # | NYF07070434 |
| Invoice Date: | 07/30/2007 |
| Due Date: | 08/09/2007 |
| Terms: | Net 10 Days |
| Customer Code: | NYF-WEI1 |
| Natl ID: | 17960 |

IKON Office Solutions - NY Financial
Phone: (212) 376-6100    Fax:
Federal ID: 230334400

**BILL TO:**
WEITZ & LUXENBERG, PC
180 MAIDEN LANE
NEW YORK, NY 10038

**SHIP TO:**
WEITZ & LUXENBERG, PC
180 MAIDEN LANE
NEW YORK, NY 10038

Attn: PAUL J. PENNOCK

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| SEROQUEL | | | John Opfinger |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0707-0256 | 07/20/2007 | PAUL J. PENNOCK - WEITZ & LUXENBERG, PC | | | | |
| | | Travel Related Expenses | 1.00 | 492.0000 | | 492.00 |
| | | Per Diem Charge | 3.00 | 125.0000 | | 375.00 |
| | | Travel/Hourly Rate | 8.00 | 125.0000 | | 1,000.00 |
| | | Expert Witness Prep/Testimony | 16.00 | 250.0000 | | 4,000.00 |
| | | Expert Consulting Services | 121.00 | 150.0000 | | 18,150.00 |

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 24,017.00 |
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Sales Tax: | 2,011.42 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **26,028.42** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
WEITZ & LUXENBERG, PC
180 MAIDEN LANE
NEW YORK, NY 10038

| Amount Enclosed |
|---|
| $ |

**Invoice:** NYF07070434
Invoice Date: **07/30/2007**
Due Date: **08/09/2007**
Customer Code: **NYF-WEI1**
Natl ID: **17960**

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - NYF
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ **26,028.42**



**Document Efficiency At Work.™**

# INVOICE

| | |
|---|---|
| Invoice # | NYF07080516 |
| Invoice Date: | 08/30/2007 |
| Due Date: | 09/09/2007 |
| Terms: | Net 10 Days |
| Customer Code: | NYF-WEI1 |
| Nat'l ID: | 17960 |

IKON Office Solutions - NY Financial
Phone:  (212) 376-6100    Fax:
Federal ID:  230334400

**BILL TO:**
**WEITZ & LUXENBERG, PC**
180 MAIDEN LANE
NEW YORK, NY 10038

**SHIP TO:**
**WEITZ & LUXENBERG, PC**
180 MAIDEN LANE
NEW YORK, NY 10038

Attn: PAUL J. PENNOCK

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| SEROQUEL | | | John Opfinger |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0708-0125 | 08/08/2007 | PAUL J. PENNOCK - WEITZ & LUXENBERG, PC | | | | |
| | | Consulting Per Hour(See Detail For Breakout) | 7.00 | 200.0000 | | 1,400.00 |
| | | Consulting Per Hour (See Detail For Breakout) | 23.50 | 150.0000 | | 3,525.00 |

9.5 hrs. Consulting Services: IT Auditor selections,
research & conference calls w/Dennis Canty & Johnathan Jaffe @ 150 per hour
8 hrs. Consulting services: Research into AZ SalesForce.com
deployment and 3rd party applications that feed data into it such
as MicroStrategy @ 150 per hour
4.5 hrs. Consulting Services: Various conference calls w/Plaintiffs counsel @ 150 per hour
2 hrs. Consulting Services: meet & confer w/AZ counsel and Planet Data personnel @ 200 per hour
5 hrs. Consulting Services: preparing & reviewing documents for Meet & Confer call @ 200 per hour
1.5 hrs. Consulting Services: assisting Dennis Canty with 3rd party discovery request from Salesforce.com @ 150
per hour

| | |
|---|---|
| Taxable Sales: | 4,925.00 |
| Sales Tax: | 412.47 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described
work has been received and accepted by Customer.  Customer assures payment of this
invoice within 10 days.  Interest at the rate of the lesser of 1.5% per month or the
maximum legal rate will be charged on invoices not paid within 10 days.  Customer
agrees to pay legal fees incurred in the collection of past due accounts.

| PAY THIS AMOUNT | $ | 5,337.47 |
|---|---|---|

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

**Please pay from this copy.  The party named on this bill is held responsible for payment.**

**Payment From:**
**WEITZ & LUXENBERG, PC**
180 MAIDEN LANE
NEW YORK, NY 10038

| **Amount Enclosed** |
|---|
| $ |

| | |
|---|---|
| Invoice: | **NYF07080516** |
| Invoice Date: | **08/30/2007** |
| Due Date: | **09/09/2007** |
| Customer Code: | **NYF-WEI1** |
| Nat'l ID: | **17960** |

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - NYF
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT**  $  **5,337.47**