US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____16.03_____

6:06-md-01769-ACC-DAB

In Re:  Seroquel Products Liability
          Litigation

Date Identified: _____

Date Admitted: _____

# Exhibit 16.03

# Leah Sabel

| | |
|---|---|
| **From:** | Dennis Canty |
| **Sent:** | Thursday, September 27, 2007 8:01 AM |
| **To:** | Pass, Robert W. |
| **Cc:** | Winchester, Tony; Freebery, James J.; stephen.mcconnell@dechert.com; Jaffe, Jonathan; Larry J. Gornick; Holly Wheeler; Dupre, Andrew |
| **Subject:** | Today's call |

Bob:

How does 4 ET look?

Items for the agenda:

1) Search terms

2) Databases

3) Outstanding technical issues:

```
Issue #    Description
TI100      Additional IND/NDA production?
TI101      All load files misidentified custodians and continued misidentification in letters
TI102      Blank page corrections - still outstanding
TI103      Corrected load files bad format
TI104      Corrected load files mismatched headers
TI105      Corrected load files misidentified custodians
TI106      Deduplication across custodians missing data
TI107      Deduplication within a custodian missing data
TI108      Detailed QC processes for three vendors
TI109      Duplicate Bates numbers
TI110      Email from proxies – missing
TI111      eSTaR list of fields under confidentiality review
TI112      eSTaR production of comments
TI113      Excel native nonmatches
TI114      Explanation of how prefix was left off of the Bates
TI115      Faxes – missing
TI116      Foreign language document production
TI117      Inconsistent metadata - attachments with file create dates a year different from when
TI118      Independent investigation into whitewashed pages
           Investigation into how seroquel, diabetes, and quetiapine documents were missed and h
TI119      repeated
TI120      Low email count for some custodians such as Vikram Dev
TI121      Marketpro production of data
TI122      Media files - non collection based upon search and not custodial responsibility
TI123      Media files - non production of what was collected
TI124      Missing Bates numbers
TI125      Missing tracked changes
TI126      Multiple email addresses
```

1

| | |
|---|---|
| TI127 | Multiple email servers |
| TI128 | New load file for AZSER 10765223-10765304 - 2007-09-05 - Seroquel USPT Materials.lfp |
| TI129 | Nonproduction of other databases including documentation |
| TI130 | Overlapping Bates Numbers - Replacement Image AZSER03317929 contains 2 pages AZSER033 Related image AZSER03317930 also contains 2 pages first page starts with AZSER0331793 the replacement image. |
| TI131 | Page breaks in extracted text missing break in first page |
| TI132 | Page breaks in extracted text unacceptable error rate |
| TI133 | Preservation of emails |
| TI134 | Search attachment question - did search capture email where attachments contained ter |
| TI135 | Search terms EU privacy |
| TI136 | Search terms results |
| TI137 | Third party discovery |
| TI138 | Voicemails |