US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number:        16.04

6:06-md-01769-ACC-DAB

**In Re:  Seroquel Products Liability Litigation**

Date Identified:

Date Admitted:

# Exhibit 16.04

### Chiu, Yommy

**From:** Robinson, David [david.robinson@wolterskluwer.com]
**Sent:** Thursday, December 13, 2007 3:39 PM
**To:** Jaffe, Jonathan; Swanson, Alla
**Cc:** Scott Fischer
**Subject:** CT Summation CaseVault Quote

Hello.  Thank you for the opportunity to quote for the AstraZeneca matter.

Attached you will find a quote tailored to the specifications and requirements you laid out today.

I've included several different scenarios (increasing number of terabytes to host), as well as a life of project model.  If you want me to create further projections, let me know.  I'm happy to do that for you.

The only item not specifically addressed is alternative billing options and financing.  We don't have anything ready-made for you, but we are willing to negotiate these terms to your satisfaction.

Please call me if you need any assistance reading through the quote.

Kind regards,
David

_____
David W Robinson, PMP
CT Summation, *a Wolters Kluwer Company*
212.590.9325 w
917.273.0292 m



```
*** eSafe scanned this email for malicious content ***
*** IMPORTANT: Do not open attachments from unrecognized senders   ***
```