US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number:  _____16.05\_\_\_\_

6:06-md-01769-ACC-DAB

**In Re:  Seroquel Products Liability
Litigation**

Date Identified:

Date Admitted:

# Exhibit 16.05



CT Summation                914.686.7127 tel
400 Columbus Avenue
Second Floor, East Lobby    917.273.0292 fax
Valhalla, NY, 10595         www.ctsummation.com



**Weitz & Luxenberg P.C.**
120 Wall St.
New York, NY 10005

Alla Swanson                Jonathan Jaffe
Director – IT               Manager Software Development
aswanson@weitzlux.com       jjaffe@weitzlux.com
212-558-5646p               212-558-5522

## Proposal for CT Summation CaseVault

Thank you for taking an interest in using CT Summation CaseVault.

CaseVault hosting of discovery allows for fast, easy-to-use, and effective review.  While we specialize in the hosting true native file review of Electronically Stored Information (ESI), we can also provide access to imaged document, transcripts, and work product.  We can offer access anywhere you have a connection to the Internet.

The essential tenants of our hosting service focus on core values of security, collaboration, speed, and ease-of-use.  The SQL-based infrastructure is robust and reliable.  The interface is clean and uncomplicated so you can focus on the review itself.

The real power behind our product is our people.  Your dedicated project manager comes from the legal industry and understands your needs and urgency.  If we have done our jobs well, you will be freed to dedicate your talent to the content of your case, rather than the mechanics of the hosting tool.

Please note that all prices in this proposal are valid for a period of 30 days from this letter.

Sincerely,

David W Robinson
*Client Development Manager*
*CT Summation, a Wolters Kluwer Business*
212.590.9325
david.robinson@wolterskluwer.com

CC:  Fischer, Scott
     Array Technology Group
     E-mail: sfischer@arraytech.com




## CT Summation CaseVault – Price Quote

**Project Specifications – Scenario A:** *Quote based on volumes estimated below.*

| 2,000,000 | Pages/Images | | 70 | Users |
| 900 GB | Electronically Stored Information (ESI) | | 2-3 year | Duration |

      **\***   *Data restoration, conversion, correction*

| Item | Description | Unit | Recurring | Cost per Unit | # of Units | Cost | 12 months continued hosting | 24 months continued hosting |
|---|---|---|---|---|---|---|---|---|
| Set up Fee | Case & user configuration including design meeting | Per Case | One-time | $1,500 | *waived* | $0.00 | NA | NA |
| Data Conversion | Normalization of data productions for input into CaseVault SQL database | Per Hour | One-Time | $200 | *100\** | $20,000.00 | | |
| | | | | | | | | |
| Minimum Hosting fee | Includes 1st 100,000 pages  OR 10 GB Native file<br>-100 Transcripts<br>-50 Users<br>- Bi-Monthly training, online (90 min)<br>- Data loading, tech support, and project mgmt | | | $1,495 | *waived* | $0.00 | $0.000 | $0.000 |
| | | | | | | | | |
| Additional Pages | 1-100,000 | Page | Monthly | $0.010 | - | *$0* | $0 | $0 |
| | 100,001-500,000 | Page | Monthly | $0.008 | - | *$0* | $0 | $0 |
| | 500,001-2,000,000 | Page | Monthly | $0.006 | - | *$0* | $0 | $0 |
| | 2,000,000+ | **Page** | **Monthly** | $0.004 | 2,000,000 | *$8,000* | $7,200 | $5,184 |
| Additional Native files | 0-100 GB | GB | Monthly | $120.00 | - | *$0* | $0 | $0 |
| | 100-500  GB | GB | Monthly | $105.00 | - | *$0* | $0 | $0 |
| | **500 GB-1 TB** | **GB** | **Monthly** | **$90.00** | **900** | *$81,000* | $72,900 | $52,488 |
| | 1TB+ | GB | Monthly | $75.00 | - | *$0* | $0 | $0 |
| | | | | | | | | |
| Add'l Users | Over the 10 included above | User | Monthly | $10.00 | 20 | *$200* | $180 | $130 |
| | | | | | | | | |
| Data Storage | Work product, coding, OCR | MB | Monthly | $0.75 | 3,000 | *$2,250* | $2,025 | $1,458 |
| | | | | | | | | |
| | | | | | **Total Setup Fees** | $0.00 | NA | NA |
| | | | | | **Total Monthly Recurring Fees** | $91,450 | $82,305 | $59,259 |

*\* Data conversion capped at 100 hours per one terabyte received.  Estimate is preliminary and non-binding until thorough evaluation made against "live" data.*





**Project Specifications – Scenario B:** *Quote based on volumes estimated below.*

| | | | |
|---|---|---|---|
| **2,000,000** | **Pages/Images** | **70** | **Users** |
| **900 GB + 1 TB** | **Electronically Stored Information (ESI)** | **2-3 year** | **Duration** |
| * | *Data restoration, conversion, correction* | | |

| Item | Description | Unit | Recurring | Cost per Unit | # of Units | Cost | | 12 months continued hosting | 24 months continued hosting |
|---|---|---|---|---|---|---|---|---|---|
| Data Conversion | Normalization of data productions for input into CaseVault SQL database | Per Hour | One-Time | $200 | *100** | $20,000 | | NA | NA |
| Additional Pages | 2,000,000+ | Page | Monthly | $04 | 2,000,000 | *$8,000* | | $7,200.000 | $5,184.000 |
| Additional Native files | 1TB+ | GB | Monthly | $75 | 1,924 | *$144,300* | | $129,870.000 | $93,506.400 |
| Additional Users | Over the 10 included above | User | Monthly | $10 | 20 | *$200* | | $180.000 | $129.600 |
| Data Storage | Work product, pleadings, OCR | MB | Monthly | $0.75 | 3,000 | *$2,250* | | $2,025.000 | $1,458.000 |
| | | | | | **Total Setup Fees** | $20,000.00 | | NA | NA |
| | | | | **Total Monthly Recurring Fees** | | $154,750 | | $139,275 | $100,278 |




**Project Specifications – Scenario C:** *Quote based on volumes estimated below.*

| | | | | |
|---|---|---|---|
| **2,000,000** | **Pages/Images** | **70** | **Users** |
| **900 GB + 2 TB** | **Electronically Stored Information (ESI)** | **2-3 year** | **Duration** |
| * | *Data restoration, conversion, correction* | | |

| Item | Description | Unit | Recurring | Cost per Unit | # of Units | Cost | 12 months continued hosting | 24 months continued hosting |
|---|---|---|---|---|---|---|---|---|
| Data Conversion | Normalization of data productions for input into CaseVault SQL database | Per Hour | One-Time | $200 | *100** | $20,000 | NA | NA |
| Additional Pages | 2,000,000+ | Page | Monthly | $04 | 2,000,000 | *$8,000* | $7,200 | $5,184 |
| Additional Native files | 1TB+ | GB | Monthly | $75 | 2,948 | *$221,100* | $198,990 | $143,273 |
| Additional Users | Over the 10 included above | User | Monthly | $10 | 20 | *$2000* | $180 | $130 |
| Data Storage | Work product, pleadings, OCR | MB | Monthly | $0.75 | 3,000 | *$2,250* | $2,025 | $1,458 |
| | | | | | **Total Setup Fees** | $20,000 | NA | NA |
| | | | | | **Total Monthly Recurring Fees** | $231,550 | $208,395 | $150,045 |





**Life of Project Estimates:** *Estimated against 900 GB + 2,000,000 images (Scenario A, above)*

| 2007 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2007 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Setup* | | | | | | | | | | | | $20,000 | $20,000 |
| *Monthly Hosting* | | | | | | | | | | | | $91,450 | $91,450 |

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2008 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Monthly Hosting* | $91,450 | $91,450 | $91,450 | $91,450 | $91,450 | $91,450 | $91,450 | $91,450 | $91,450 | $91,450 | $91,450 | $82,305 | $1,088,255 |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2009 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Monthly Hosting* | $82,305 | $82,305 | $82,305 | $82,305 | $82,305 | $82,305 | $82,305 | $82,305 | $82,305 | $82,305 | $82,305 | $59,260 | $964,615 |

| Project Total |
|---|
| $2,164,320 |

## Available Discounts for Long Term and Inactive Hosting

| Item | Reduction | Explanation |
|---|---|---|
| 12 months continued hosting | 10% | CaseVault will reduce the hosting unit price components of your case by 10% on the 13th month of service |
| 24 months continued hosting | 18% | CaseVault will reduce the hosting unit price components of your case by an additional 18% on the 25th month of service |
| Warm Storage | 65% | CaseVault will reduce the total hosting cost by 65%. Case can be returned online in as little as 24 hours notice. |
| Cold Storage | 80% | CaseVault will reduce the total hosting cost by 80%. However depending on size case may take several working days to restore and loading charges will apply. |





**Additional Services**

Additional services are invoked only at client request and with prior approval.

| Item | Cost | Description |
|------|------|-------------|
| Data Cleanup | $200 per Hour | Editing load files that do not meet our specification |
| Data Manipulation | $250 per Hour | Performing bulk updates to database via SQL |
| Data Export | $200 per Hour | Exporting contents of case to media |
| Transcript Loading | $200 per Hour | Loading large volumes of transcripts for client |
| Work Product Loading | $200 per Hour | Loading large volumes of work product for client |
| Document Relocation | $200 per Hour | moving or copying single collections |
| Report Creation | $200 per Hour | Reports created in various formats for delivery to client |
| Workflow Management | $250 per Hour | Creating workflows for document review |
| Case Management | $200 per Hour | Folder creation, document allocation |
| Case Customization | $200 per Hour | Changes to collections, groups, folders, issues etc performed by CaseVault team after initial set up |
| Production Set | $200 per Hour | CaseVault technical team runs the production process on behalf of client |
| Production Export | $200 per Hour | Exporting data and validation in preparation for distribution |
| Standby support (hour) | $100 per Hour | Out of hours (Mon-Fri) standby support for any of the above services |
| Standby support (day) | $650 per Day | Weekend or holiday standby support for any of the above services |
| End user training (remote) | $250 per Hour | Additional training via Microsoft Live Meeting |
| End user training (on-site) | $250 per Hour | 2 hour minimum + travel costs |
| CD | $25 per CD | Blank media & burn |
| DVD | $75 per DVD | Blank media & burn |
| Hard drive | $300 per Drive | 300GB drive and copy |





## EDD/ESI Services

**Premium Processing**

Includes reporting, de-duplication, search/filter, password cracking, exception file handling, EDD consultation, priority processing

| Item | Cost | Explanation |
|------|------|-------------|
| Native 0-100GB | $850 per GB | Native file review (No-TIFF) including full meta data extraction and delivery to Summation DII file format. |
| Native 100-250GB | $650 per GB | Native file review (No-TIFF) including full meta data extraction and delivery to Summation DII file format |
| Native 250GB+ | $500 per GB | Native file review (No-TIFF) including full meta data extraction and delivery to Summation DII file format |
| TIFF 0-100GB | $1,500 per GB | TIFF & Native file review including full meta data extraction and delivery to Summation DII file format |
| TIFF 100-250GB | $1,300 per GB | TIFF & Native file review including full meta data extraction and delivery to Summation DII file format |
| TIFF 250GB+ | $1,200 per GB | TIFF & Native file review including full meta data extraction and delivery to Summation DII file format |

**GB/GB Premium Processing**

As above, but charged for the size of the source dataset (excluding compression) and the size of the dataset delivered to the CaseVault review platform. Use for expected de-duplication rates above 40%

| Item | Extracted Cost | Delivered Cost | Explanation |
|------|----------------|----------------|-------------|
| Native 0-100GB | $600 per GB | $800 per GB | Native file review (No-TIFF) including full meta data extraction and delivery to Summation DII file format |
| Native 100-250GB | $450 per GB | $800 per GB | Native file review (No-TIFF) including full meta data extraction and delivery to Summation DII file format |
| Native 250GB+ | $350 per GB | $800 per GB | Native file review (No-TIFF) including full meta data extraction and delivery to Summation DII file format |
| TIFF 0-100GB | $600 per GB | $1,600 per GB | TIFF & Native file review including full meta data extraction and delivery to Summation DII file format |
| TIFF 100-250GB | $450 per GB | $1,600 per GB | TIFF & Native file review including full meta data extraction and delivery to Summation DII file format |
| TIFF 250GB+ | $350 per GB | $1,600 per GB | TIFF & Native file review including full meta data extraction and delivery to Summation DII file format |




### Additional EDD/ESI Services

| Item | Cost | Explanation |
|---|---|---|
| Content Analysis | $1,350 per media | CaseVault will provide you with detailed analysis of media content. This assists when trying to determine project costs. |
| Tape Express | $325 per Tape | Charge is for extracting all files from standard backup tape media |
| Tape Express eMail | $450 per Tape | Charge is for extracting PST files from a MS Exchange backup on standard tape media |
| Loading Fee | $50 Per GB | One time initial loading fee for eDoc\email content. ONLY APPLIES TO EDD/ESI NOT PROCESSED BY CASEVAULT. Subject to strict compliance with the EDII load format specifications (outlined in our published service bureau specifications regarding where to put the file content (e.g. actual email attachment files) relative to the EDII file.)  This fee applies irrespective of format (i.e. emails, native file pages, PDFs, native files with images etc).  A minimum charge of $250 per media storage device (i.e. CD/DVD/USB hard drive will be applied.) |
| Hard Drive Set up fee | $250 per hour | Set up fee per drive; includes digital picture of drive, record chain of custody documentation, wiping and formatting new hard drive to copy it to. |
| Hard Drive Acquisition | At cost | If new hard drive is required, client can supply own or CaseVault can provide such at cost. |
| Forensic data copying | $25 per GB | For forensically copying the original hard drive to a new one. |
| Filtering | $250 per Hour | Levied where additional searching/filtering/winnowing activity is requested |
| Chain of Custody Consulting | $350 per Hour | Preparing for & testifying in Court in relation to chain of custody issues |
| Data Manipulation | $180 per Hour | Data manipulation i.e. bulk updating field of data to database. |
| Password cracking | $250 per Hour | Levied where documents have passwords that need to be cracked in order to open the file |
| Petrification fee | $.08 per page/image | Charged where client elects to petrify selected electronic documents and emails |
| Data rectification | $250 per hour | Charged where electronic data is provided in strict compliance with the dii format (Note that CaseVault reserves the option to rectify the data or return it to the client) |