US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____16.06_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 16.06



## Data Processing & Repository Services Schedule
*Provided to Weitz & Luxenberg*
*Seroquel Litigation*

**Estimated Data Size (GB)**          1000

### Data Processing & Analytical Repository Services

| Type | Service | Description | Unit | Rate | Est. Quantity | Est. Cost |
|---|---|---|---|---|---|---|
| **Data Processing** | Keyword Searching, File De-Duplication, Metadata Extraction | Processing and filtering e-mail messages or user files based on keyword occurrence | GB | $ 800.00 | - | $ - |
| **Upload** | Document Upload for Native File Review | One time fee for the upload of files to the Repository | GB | $ 800.00 | 1,000 | $ 800,000.00 |
| **Hosting** | Base Licensing Fee ($2,500 minimum) | Hosted software license for single matter (includes 24/7 availability, firewall, web servers, general support and maintenance) using analytics | GB/month | $ 125.00 | 1,000 | $ 125,000.00 |

### Professional Services

| Type | Service | Description | Unit | Rate | Est. Quantity | Est. Cost |
|---|---|---|---|---|---|---|
| **Professional Services** | Managing Director | Strategic level Consultant | Hour | $ 550.00 | | $ - |
| **Professional Services** | Director | Consultant re: planning and best practices | Hour | $ 450.00 | | $ - |
| **Professional Services** | Consultant | Overall case management | Hour | $ 375.00 | | $ - |
| **Professional Services** | Associate | Standard communication with the client assigned coordinator to address daily tasks | Hour | $ 225.00 | | $ - |
| **Professional Services** | Programmer | Database creation, load file generation, client driven requests | Hour | $ 175.00 | | $ - |
| **Professional Services** | Custom Development | High level database creation, load file generation, client driven requests | Hour | $ 225.00 | | $ - |
| **Professional Services** | Repository Training | Initial training on the repository system. Additional training is generally conducted by the PM at the applicable rate. | Hour | N/C | | |

Note 1: Assuming all files are delivered to DOAR along with extracted text and metadata, no data processing is necessary.
Note 2: Reasonable data massaging required for upload (2 hrs/100GB) is included in upload fee.  Additional effort will be billed at programming rate