US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____16.07_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 16.07

# Chiu, Yommy

| | |
|---|---|
| **From:** | Jaffe, Jonathan |
| **Sent:** | Friday, December 14, 2007 1:28 PM |
| **To:** | 'Larry J. Gornick'; Dennis J. Canty (dcanty@lskg-law.com); Pederson, Mike; Pennock, Paul; Sedgh, Jonathan |
| **Subject:** | FW: DOAR Pricing |

For consideration. Here's more info on the systems DOAR employs and also info on their review rates, which are $2/document.

**From:** Michael Ferrara [mailto:mferrara@doar.com]
**Sent:** Friday, December 14, 2007 1:23 PM
**To:** Jaffe, Jonathan
**Cc:** Swanson, Alla
**Subject:** RE: DOAR Pricing

Jonathan, here is an overview of DOAR's management and staffing services related to document review for the plaintiff group's consideration. If DOAR will be providing consulting, litigation support, data analytics and hosting services to the plaintiff group, we are best suited, in my opinion, to provide these services as well.

As my previous email indicated, DOAR has been involved in the management of some of the largest, most complex civil, criminal and regulatory matters of the past 10 years. Our systems, methodologies and staff have been integral in the review for production and/or preparation for trial of literally hundreds of millions documents. Given the size and nature of the matters we typically manage, they more often than not involve a multi-party arrangement which DOAR facilitates and supports from a document review standpoint. Many of these engagements have been joint plaintiff/defense efforts in significant matters.

While obtaining the most experienced, reliable and credentialed staff is a key component of a successful document review engagement, other critical factors include the proper level of experience of the management team and the system and methodology used to conduct the review. Let me address the components – Management, Methodology and Staffing – separately below.

## Management

The consultants at DOAR are lawyers, litigation support professionals and project managers with years of case management and document review experience who have supported and managed document review teams and have provided document review services themselves in numerous engagements. The teams we have managed include those made up of DOAR staff, client staff attorneys, contract professionals and a combination of two or all of these. They are experts in the recruiting, training and management of document reviewers and are, as importantly, experts in DOAR's methodology and system used to streamline the review process while accelerating the review rate and increasing the quality of the results. Our management team will be onsite at all times during the review process and will be the plaintiff team's liaison to the reviewers. We will provide reports as needed and address substantive issues with the plaintiff team on an ongoing basis.

## Methodology

Like all aspects of DOAR's practice, our methodology relating the review of documents is leading-

edge and technically superior. In my previous email (below), I discussed how the use of advanced analytical tools can significantly reduce the amount of information that would otherwise be reviewed in a traditional, linear fashion by the review team. Once those documents which have been classified as irrelevant or unimportant to the plaintiff team are categorized and removed from the Inference system, the remaining information can be further categorized by subject matter to greatly increase the speed and quality of the review. Studies show that categorizing documents by subject matter/concept can, in many cases, double the rate of review which translates into a relative reduction in the cost of labor. This also greatly increases quality since reviewers can stay in the same "frame of mind" while reviewing categorized documents as opposed to jumping from substantive documents to documents of lesser or no relevance dealing with subject matters unrelated to the issues being addressed during the review. Furthermore, conceptual categorization of documents may allow for bulk coding in the system by plaintiff team members and/or DOAR thereby effectively bypassing the need for a document-by-document review of some subset of documents.

Unlike most other document review methodologies that rely on "batches" of document groups based on Bates order or some other objective field, ours prioritizes the subject matter by concept so that the more important documents are reviewed earlier in the process. Our methodology also includes the proper workflow for the distribution of work and for the first, second and subsequent levels of review so that only important documents (as defined by the coding manual) "float" to the top.

Through our management process and the use of auditing functions within Inference, we will closely monitor the quality of the review team and the rate of review to ensure that we are properly coding documents and that we stay on schedule. We closely monitor all staff members and use various security measures to avoid the breach of confidentiality. All document reviewers sign a confidentiality agreement and have access to the documents only when under supervision. Furthermore, members of the plaintiff team can be on-site at any time during the review and can monitor quality and progress from any PC with an Internet connection provided they have the appropriate security level access.

**Staffing**

The document review team members will be comprised of DOAR employees and legal professionals who work on a contractual basis. Each reviewer is fully pre-screened for experience, availability and conflicts. We maintain our own database of reviewers and, as needed, work with qualified legal staffing agencies to provide experienced reviewers. Members of the plaintiff team can be involved in the screening process as well if so desired.

DOAR will provide adequate, secure facilities and systems needed for the review process. Space will be allocated for members of the plaintiff team as needed.

The rate for DOAR to provide document review services is $2/document. Once the document counts are known (after we conduct our initial assessment and remove categories of irrelevant documents), we can provide an estimated total. Fees outside of the budget provided, if any, will be subject to pre-approval by the plaintiff group.

Attached is some information on Inference. Please let me know if you have any questions. Thank you for your continued consideration.


Regards,

*Michael Ferrara*
*Vice President & Managing Director*
*DOAR Litigation Consulting*
*DD: (516) 823-3902*
*Fax: (516) 823-4400*
*mferrara@DOAR.com   www.DOAR.com*
*******************************************************************************************

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.

---

**From:** Jaffe, Jonathan [mailto:jjaffe@weitzlux.com]
**Sent:** Friday, December 14, 2007 10:15 AM
**To:** Michael Ferrara
**Cc:** Swanson, Alla
**Subject:** RE: DOAR Pricing

Thank you very much Michael for providing this so quickly. It has been forwarded to the attorneys in the litigation, and is under review. Please correct me if I misinterpreted that the bottom line price for three years (36 mos) of hosting plus the load would be $5.3 Mil.

Would you also be able to provide some more information for me about your review platform, as I know I will be asked many questions, especially in comparison to Cataphora and the platforms' respective capabilities.

I wanted to ask you whether you would be able to offer an additional service and price it in a separate quote.

I have been asked by some of the attorneys whether you have or know of a service that can assist in the review given that it will be conducted on such an expedited basis. I assume that this will be attorneys at a certain hourly rate.

Thank you again,
Jonathan Jaffe

**From:** Michael Ferrara [mailto:mferrara@doar.com]
**Sent:** Thursday, December 13, 2007 4:06 PM
**To:** Jaffe, Jonathan
**Subject:** DOAR Pricing

Jonathan, it was great speaking with you yesterday. We spent all of our time discussing the case and how we can help you, and I wanted to make sure you had an opportunity to learn a little about us.

DOAR is a company that provides consulting and related services regarding the management (preservation, collection, analysis, review and production) of information in government disputes, internal investigations, civil litigation and white collar criminal prosecutions. In this context, we have supported some of the largest, most complex matters in recent history. These include bid-rigging investigations and related civil/criminal suits, the defense of pharmaceutical companies in a wide variety of actions, white collar matters including the defense of Martha Stewart and the defense of the Adelphia Communications executives, a host of ITC and civil intellectual property matters and the support of most of the nation's investment banks in several class action litigations and regulatory matters. Our consultants have acted as experts in cases that have resulted in seminal opinions regarding privilege waiver (*United States v. Rigas*), spoliation/preservation (*Reino de Espana v. American Bureau of Shipping*) and the application of the FRCP amendments (*Hopson v. City of Baltimore*) and many others.

We have also provided informal "testimony" and formal affidavits to the SEC and NYAG regarding the defensibility of our preservation methods and document production processes including the use of sampling techniques to significantly reduce the volume of information and the cost and burden of reviewing and producing that information. We have our own team of consultants, forensic experts, litigation support professionals and project managers along with the operational capabilities/capacity to handle any size engagement.

If data needs to be collected and reviewed, we also have a very unique, advanced data mining and analytics application, Inference. Inference can significantly reduce the time and cost associated with traditional document review efforts by using Bayesian-based techniques to cluster and compare documents by concept (as opposed to nouns and noun phrases). This is the application we discussed on the phone, and what I think will make a great fit for this case. DOAR's consultants, using Inference, in conjunction with the legal team can significantly reduce the amount of information that needs to be reviewed by doing an irrelevancy analysis and can then categorize the remaining relevant documents to assist in issue analysis and streamlined document review. Using this methodology you can present a tangible value proposition to your clients with a definitive ROI analysis. It's worth mentioning that the underlying technology of Inference, Autonomy, is used by the SEC and the NASD in their analysis of information that is produced to them – a key fact in why we chose the solution as part of a defensible production plan.

DOAR is also one of the country's largest trial consulting firms providing jury consulting, graphics and trial presentation in traditional judge/jury trials and non-traditional ADR settings. We have a team of highly qualified trial consultants who have worked with some of the most prominent trial lawyers in the country. We provide jury research (focus groups and mock trials), presentation strategy, trial preparation of demonstratives and exhibits, jury selection, trial monitoring and trial technology and support.

Here is a representative sample of some of the company's notable matters and clients for whom we provided discovery and/or trial consulting:

- World Trade Center Insurance Litigation (Phases I, II & III) with Wachtell Lipton Rosen & Katz
- Defense of WorldCom Underwriters with Skadden, Arps, Slate, Meagher & Flom, LLP
- IPO Allocation Securities Class Action in support of all the investment banks and their counsel (Sidley Austin, LLP; Clifford Chance, LLP; O'Melveny & Myers, LLP and others)
- Defense of Martha Stewart with Morvillo, Abramovitz, Grand, Iason & Silberberg, P.C.
- Defense of the Rigas family (Adelphia Communications) with Curtis, Mallet-Prevost, Colt and Mosle, LLP; Morvillo, Abramovitz, Grand, Iason & Silberberg, P.C.; and Dechert LLP
- Market Timing/Late Trading Investigations in defense of the 5th largest mutual fund in the United States with Reed Smith LLP
- Discovery and trial support of retailers in the antitrust action against Visa and MasterCard that led to a $3 billion settlement with Constantine|Cannon
- Trial consulting in support of Invemed in a seminal defense verdict before an NASD arbitration panel with Wachtell Lipton Rosen & Katz

I have attached the pricing you requested. Please let me know if you have any questions. I can be reached at mferrara@DOAR.com or (516) 823-3902. Thank you.

Regards,

*Michael Ferrara*
*Vice President & Managing Director*
*DOAR Litigation Consulting*
*DD: (516) 823-3902*
*Fax: (516) 823-4400*
*mferrara@DOAR.com   www.DOAR.com*

*********************************************************************************************
The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.


*** eSafe scanned this email for malicious content ***
*** IMPORTANT: Do not open attachments from unrecognized senders  ***
Please visit us at http://www.weitzlux.com
*********************************************************************** The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by replying to the message and deleting it and all of its attachments from your computer. Thank you. Weitz & Luxenberg, P.C. Every effort is made to keep our network free from viruses. You should, however, review this e-mail message, as well as any attachment thereto, for viruses. We take no responsibility and have no liability for any computer virus which may be transferred via this e-mail message. All e-mails sent to Weitz & Luxenberg, P.C. or any individuals at Weitz & Luxenberg, P.C. are carefully scanned for viruses and content. The sender should have no expectation of privacy in said transmission. In the course of scanning all incoming e-mails to W & L, virus scanning software may block the e-mail and prevent it from being delivered. Neither the intended recipient nor the sender will receive notice that their transmission has been blocked. All e-mail to W & L or any individuals at W & L should be followed up by hard copy including attachment(s), as specific file types may be blocked at any time without notice being provided to sender or recipient.

```
*************************************************************************

*** eSafe scanned this email for malicious content ***
*** IMPORTANT: Do not open attachments from unrecognized senders  ***
```