US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____16.08_____

6:06-md-01769-ACC-DAB

**In Re:  Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 16.08

## Chiu, Yommy

**From:** Jaffe, Jonathan
**Sent:** Tuesday, November 06, 2007 5:25 PM
**To:** 'Deonandan, Vishnu'
**Cc:** Opfinger, John
**Subject:** RE: Quote

On hard drives.

---

**From:** Deonandan, Vishnu [mailto:vdeonandan@IKON.com]
**Sent:** Tuesday, November 06, 2007 5:19 PM
**To:** Jaffe, Jonathan
**Cc:** Opfinger, John
**Subject:** RE: Quote

Thanks Jonathan.  I think this clears up a lot.

Also, can you please confirm on how we are going to get the existing work product?

Vishnu Deonandan
Digital Sales Analyst
IKON Office Solutions - LDS
East Region - New York City Area
212.376.6100

---

**From:** Jaffe, Jonathan [mailto:jjaffe@weitzlux.com]
**Sent:** Tuesday, November 06, 2007 5:16 PM
**To:** Deonandan, Vishnu
**Cc:** Opfinger, John
**Subject:** RE: Quote

Pardon the shorthand used below:

Native files include psts, Word documents, Excel Spreadsheets, PowerPoint presentations, HTML, text files, etc.

No dedup. No culling.

We have no native productions on our servers. Data would be directly from the defendant's vendor with load files.

Data must be accessible to law firms across the country on secure, high speed connections for review.

Existing work product must be integrated into the database.

Everything must be in one database and searchable across that database.

I understand this will be just an estimate.

---

**From:** Deonandan, Vishnu [mailto:vdeonandan@IKON.com]
**Sent:** Tuesday, November 06, 2007 5:00 PM

**To:** Jaffe, Jonathan
**Cc:** Opfinger, John
**Subject:** RE: Quote

Hi Jonathan,

Nice talking to you today.

I know that your busy but I just have some questions so I can get you an accurate quote.  Can you please help with these questions when you get a chance?  Please forgive me for anything you already mentioned as I just want to confirm.

I understand the native files are psts and all we have to do is prepare these files to get uploaded into a hosting repository.  There will be no deduping or culling of the PST files.  Please confirm.
I understand you have productions on your database. Can you please let us know how we would be receiving this data?  Are you going to provide us data and loadfiles with images to be uploaded into the repository?  Or will you being giving us a database to manipulate and load into the repository?
Would you like to have two separate databases if you are able to perform searches from 2 databases at time?  One for the productions in your db and the other coming from the native files.

Please let me know the answers to these questions and any specific details you have that will help us better understand the scope of the work and provide you an accurate quote.

Thanks for your understanding.

Vishnu Deonandan
Digital Sales Analyst/East Region - NYC Metro
Legal Document Services
**IKON** Document Efficiency At Work
40 Broad Street, 6th Floor
New York, NY 10004
Phone: 212.376.6100
Fax; 212.292.7823
Cell:  347.236.6332
E-mail: vdeonandan@ikon.com

---

**From:** Jaffe, Jonathan [mailto:jjaffe@weitzlux.com]
**Sent:** Tuesday, November 06, 2007 4:27 PM
**To:** Opfinger, John
**Cc:** Swanson, Alla
**Subject:** Quote

John,

As we just discussed, the plaintiffs in the AstraZeneca litigation have recently been told by AstraZeneca that it would be more cost effective for them to reissue the entire production, and they have suggested native format.

The plaintiffs in the litigation have asked me to obtain a quote from IKON for the expense of reloading a production of roughly two million electronic documents and hosting it as well as reconciling the existing plaintiff work product with the new production.

The new production is somewhere between 6-14TB.

Obviously, we'll need to discuss everything in further detail.

1/15/2008

Best regards,
Jonathan Jaffe

1/15/2008