US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____16.09_____

6:06-md-01769-ACC-DAB

**In Re:  Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 16.09

BAILEY PERRIN BAILEY     Fax:7134257249         Jan 16 2008  14:21        P.02



**Document Efficiency At Work.**

Statement of Work

For

# Bailey Perrin Bailey

January 15, 2008
By:
John Opfinger
Account Manager
Legal Document Services
**IKON Document Efficiency At Work**
40 Broad Street, 6th Floor
New York, NY 10004
Phone: 212.376.6100
Fax: 212.292.7823

Submitted To:
Bailey Perrin Bailey



**Document Efficiency At Work.**

Project Requirements & Assumptions:

Project Summary:   Bailey Perrin Bailey (BPB) is co-lead counsel in a lawsuit brought against AstraZeneca corporation arising out of claims related to the Seroquel project. Productions by defendant to date have been problematic. Defendant has been ordered by the court to remedy past inadequate productions, and to make additional specific productions of material that was withheld previously. In addition, a handful of third parties are also expected to produce data to W&L.

BPB has two primary concerns: Validating that material it receives is appropriate and complete, and getting the most effective access possible to the information in produced data in order to rapidly isolate individual items of interest and to find and show patterns related to the issues in the litigation.

Against this backdrop, the next substantial production to BPB is expected to have begun January 15, 2008 and to continue in installments through March 14, 2008. It is expected to include database tables that can be reconstituted to form traditional "load file" database records for each item, and to be comprised of a "mixed bag" of native files, HTML renderings of files, and TIFFs and OCR for redacted files. In addition, BPB expects appropriate supporting material such as manifests and reconciliation reports. This expectation is all consistent with recent representations and a sample provided by plaintiffs; however it is not consistent with earlier commitments of true native format ESI. BPB expects this production to be 1-2TB. It is possible that additional productions totaling several more terabytes will be provided subsequently.

In addition to the situational needs (ensuring it is the right material and making sense of it), BPB also has a business need to defer costs where possible due to the nature of its finances and the specific issues being argued with regard to costs for this case. Accordingly, BPB seeks a provider that has the resources to handle such a substantial project, the technological capabilities to deal with problematic productions and to extract valuable information most effectively, and the business acumen and financial prowess to craft a solution that fits BPB's unique needs.

IKON will provide processing services and a hosted solution through an authorized IKON business partner.

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.

Confidential                                    2                             JDN-01152008-002


**Document Efficiency**
*At Work.*

**Estimated Project Volume:**

Total Media Count:      IKON has been informed by BPB, that the initial size of this project will be approximately 1 (one) Terabyte with a potential to increase over time and the span of the project. IKON has built in pricing that addresses size increases from potential additional data.

Total Document and Page Count:      The total document and image/page count is yet to be determined. For billing of inbound data, page count is largely irrelevant as billing is based on the "size of data files in aggregate" not the "count of files, whether measured in pages or individual files."

Document Count:      The total document count has yet to be determined.

**Project Schedule:**

Production Timelines:      IKON's team will immediately begin processing upon receipt of the media. Setup time will be determined upon commencement of the project. IKON will make reasonable commercial efforts to ensure that some portion of the data is available for searching and review within two weeks after receipt (and after full contract execution including financing approval) and will expedite all data processing as much as possible.

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.


**Document Efficiency At Work.**

**Data & Image File Format Specifications:**

Data and Image File Format(s): Meta Data, extracted text and native files to be uploaded into an authorized IKON business partner hosted solution. Data is expected to be consistent with the format demonstrated by Jonathan Jaffe of Weitz & Luxenberg, P.C. to IKON's team on Thursday, 12/27/2007.

**Deliverables:**

Delivery Media: High capacity Hard drives

Data and Image Retention: Through its hosting partner, IKON will keep all data received for the hosting period, expected to be 36 months. After thirty (30) days from the end of this period, unless there is a mutually agreed extension, IKON is not responsible for maintaining any archival image or data information in connection with this project.

Recipient(s) of Deliverables: Bailey Perrin Bailey

**Client Obligations**

Client will make available Jonathan Jaffe and other knowledgeable personnel along with existing procedures, software, scripts, and other methods that have been developed to deal with data in this matter. Client will provide access to all appropriate documents, and answer questions as needed on format, history, and origin of data sources. It is understood that IKON will work expeditiously to resolve all technical issues, but that the possibility of some issues proving unsolvable exists.

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.

BAILEY PERRIN BAILEY        Fax:7134257249        Jan 16 2008 14:22        P. 06



**Document Efficiency At Work.**

**Deliverables**

IKON will work closely with technology provider Cataphora, the company that patented the ability to group "related but not similar items" in litigation data sets and pioneered the field of evidence analytics, to deliver the benefits sought by BPB. Specifically, upon receipt of data, we will where possible process the data and generate a complete inventory report of every item, down to a file-level hash value.

Initially, BPB's existing process for consolidating the disparate fields received by defendant and doing first cut analysis will continue to be employed. Over a period of weeks, BPB will share its methodology to enable IKON to take over such processing and enhance it as necessary to accomplish the business goals of BPB. IKON will de-duplicate the data, and segregate system files of no probative value in the event such files are delivered. IKON will then use some advanced, proprietary technologies to assess the collection for internal consistency (integrity) and completeness, reporting any concerns to BPB.

At this point, the data set will be available and searchable by your team, and available to batch for review according to typical criteria like custodian name, date range, file type, keywords, etc. At the same time, IKON will show:

- Items likely to be Non-Responsive
- Items suggesting any of about 30 "Tones of Voice"
- Items grouped to reflect "related but not necessarily similar", i.e. Cataphora's Discussions™

The entire collection will be hosted for up to 3 years. In addition, IKON will facilitate searches for "hot documents" in the data that relate to your case, and "holes" or problems in the data to enable you to judge the effectiveness of remedial actions taken by defendant

IKON has developed a custom solution for this project, bringing together the power of Cataphora's technology and capacity with IKON's resources, experience, and an innovative financing approach to meet the specific needs of BPB from end-to-end. The approach includes 36 months of hosting and support, including:

All project design planning and consulting
De-duplication
Custom filtering, culling & categorization of all data
All processing: including text and metadata extraction & Cataphora's patented Discussion™ building
Use of the C-Evidence platform for up to 150 users
Non-Responsive Isolation
Tone of Voice analysis
Completeness assessment and report (3 rounds of assessment, all within 180 days)
Data integrity assessment and report (3 rounds of assessment, all within 180 days)
"Hot Doc" searching -- 3 iterations
Training & support

The schedule for Completeness assessments, Data integrity assessments, and "Hot Doc" searches will be determined at the project design meeting the week of <u>January 21, 2008</u>, but is anticipated to be roughly as follows to correlate with scheduling requirements of W&L:

- Round 1 – <u>prior to February 20, 2008</u>
- Round 2 – <u>prior to March 7, 2008</u>

This document contains information of a proprietary and/or confidential nature, Including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001, IKON Office Solutions, Inc.



**Document Efficiency
At Work.**

- Round 3 – prior to April 30, 2008

All of these services are included at no additional for the initial terabyte of data.

IKON's "all in" price for the project including the first full terabyte is $3.3M

It is presumed that the data received will be in a format considered standard processing by IKON or in the format demonstrated on 12/27/2007. In the event data is sufficiently different from either of the above, additional charges may be incurred related to data transformation. For the data in the format demonstrated 12/27/2007, no additional charges will be incurred but additional time—beyond that associated with processing true native material – will be required.

Additional Volumes may be added to the initial collection in increments of 100GB. If a data set less than 100GB is added, the full 100GB fee below will be charged. Each additional 100GB increment beyond 1TB will be charged at the following rates:

1 through 5   $180,000 per 100 GBs
6 onward      $140,000 per 100 GBs

If data is broken up physically in units of less than 50GB per each, an additional fee of $750 per media will apply.

These fees INCLUDE hosting through the end of the initial 36-months, regardless of when the data is received.

At the end of the 36-month period, depending on the volume and requirements, any additional hosting & support charges will be negotiated separately. Within 30 days of project conclusion or termination, and after receipt of any final payments, IKON will return all data received for the project as follows:

Original media -- returned "as received"
Information in C-Evidence – exported in Cataphora's DocBurst™ format, a CSV file containing every available metadata field, full-text (if provided or derived), and the full path and filename of each item for which a Cataphora OID was generated

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001, IKON Office Solutions, Inc.

Confidential                              6                            JDN-01152008-002



**Document Efficiency
At Work.**

Conditions:

1. Termination. After the first six (6) months of the term of this SOW, Client may terminate the Services provided under this agreement, without cause, upon ninety- (90)- days' prior written notice to IKON. Upon termination of the Services, for any reason other than for Client's default, IKON shall pay to Client, as a refund of the fees that were paid for hosting services, an amount equal to $7800 times the number of months remaining under the term of this SOW (the "Hosting Refund"). In no event shall the Hosting Refund exceed $210,600.

2. Non-Performance. In the event that IKON does not perform the Services set forth herein, Client shall so inform IKON in writing within ten (10) days after Client has knowledge of non-performance, specifying the manner in which Client believes the Services to be deficient, and IKON shall have a period of thirty (30) business days from the receipt of such notice to correct the deficiency. In the event that IKON does not correct the deficiency within such period, Client shall then have the option of terminating this Agreement upon thirty (30) days' prior written notice to IKON, WHICH SHALL, EXCEPT AS OUTLINED IN THIS SECTION, BE CLIENT'S SOLE REMEDY FOR NON-PERFORMANCE.

3. Confidentiality. IKON agrees that all information, specifications, drawings, documentation and "know-how" of every kind and description whatsoever disclosed by Client to IKON under this SOW (the "Client Information") is the exclusive property of Client and IKON shall treat and protect the Client Information as confidential except: (i) Client Information which at the time of development or disclosure is in the public domain; (ii) Client Information which, after development or disclosure becomes part of the public domain by publication or otherwise through no fault of IKON; or (iii) Client Information which can be established to have been independently developed and so documented by IKON or obtained by IKON from any person not in breach of any confidentiality obligations to Client. Client shall not disclose pricing as stated hereunder to any third parties without the express written consent of IKON. The confidentiality obligations in this paragraph shall survive the termination of this SOW.

4. Indemnification.
   A. Customer shall indemnify, defend and hold harmless IKON and its representatives and affiliates from and against any claim, suit, demand, liability, cause of action, damage or cost (including reasonable attorneys' fees) for actual or alleged infringement of any intellectual property right, including but not limited to copyright, trademark, or right of publicity, arising from the copying of materials provided by Customer or the performance of Services under this SOW. Notwithstanding any other provision of this SOW, nothing in this SOW shall be construed to have IKON control the decisions relating to choosing (i) the content of information copied hereunder or (ii) the content relating to any Services performed by IKON under the terms of this SOW. Client warrants and represents that it violates no intellectual property of third parties by having IKON perform the Services under this SOW.

   B. Each party ("Indemnifying Party") shall indemnify, defend and hold harmless the other ("Indemnified Party") from all claims incurred by the Indemnified Party arising out of the death or bodily injury of any agent, employee, or business invitee of the Indemnified Party, or the damage, loss, or destruction of any tangible property of the Indemnified Party up to a maximum of $1,000,000, to the extent caused by the negligent acts or omissions or willful misconduct of the Indemnifying Party, its employees, or agents. Each party shall promptly notify the other in the event of the threat or initiation of any claim, demand, action or proceeding to which the indemnification obligations set forth in this Section may apply.

   Without intending to create any limitation relating to the survival of any other provisions of this SOW, IKON and Customer agree that the terms of this Section shall survive the expiration or earlier termination of this

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.



**Document Efficiency**
*At Work.*

SOW. Each party shall promptly notify the other in the event of the threat or initiation of any claim, demand, action or proceeding to which the indemnification obligations set forth in this Section may apply.

5. Limitations.
   A. EXCEPT AS OTHERWISE EXPRESSLY SET FORTH HEREIN, IKON MAKES NO WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, WITH RESPECT TO ANY SERVICES OR GOODS PROVIDED UNDER THIS AGREEMENT, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NO WARRANTIES ARE CREATED BY ANY COURSE OF DEALING BETWEEN THE PARTIES, COURSE OF PERFORMANCE, TRADE USAGE OR INDUSTRY CUSTOM.

   B. THE AMOUNT OF ANY LIABILITY OF IKON TO CLIENT OR ANY THIRD PARTY, FOR ONE OR MORE CLAIMS ARISING FROM OR RELATING TO THIS SOW, SHALL NOT EXCEED, IN THE AGGREGATE, $500,000, DURING THE ONE YEAR PERIOD PRECEDING THE DATE ON WHICH THE CLAIM AROSE.

   C. EXCEPT FOR A PARTY'S INDEMNITY OBLIGATIONS HEREUNDER, IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR CONSEQUENTIAL, INCIDENTAL, PUNITIVE OR INDIRECT DAMAGES, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

6. Assignment. Neither party may assign this SOW without the written consent of the other.

7. Force Majeure. IKON may, without liability, delay performance or cancel this SOW or any Services hereunder on account of force majeure or other circumstances beyond its control including, but not limited to, acts of God, actual or threatened war, armed conflict, riot, fire, earthquake, explosion, flood, strike, lockout, injunction or telecommunications, electrical or source of supply failure.

8. Notice of Default and Other Notices. Neither party may commence a suit or legal action on account of a default by the other party in the performance of any of its obligations under this SOW, unless the party seeking such suit or action shall first give the defaulting party written notice of the default. Such notice shall be given at least thirty (30) days prior to the commencement of the suit or legal action, except for non-payment which shall only require ten (10) days notice. Unless otherwise specified herein, all notices under this SOW shall be in writing and delivered by overnight delivery service or first class prepaid mail with return receipt requested to the respective parties at the addresses set forth on the cover page of the Master Services Agreement, or such other location(s) as may be requested in writing by the parties from time to time.

9. Governing Law. The validity and interpretation of this SOW and the legal obligations of the parties to it shall be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania without regard to (i) conflicts of law principles, or (ii) any presumption or rule requiring construction or interpretation against the party drafting or causing this SOW to be drafted.

10. Entire Agreement. This SOW contains the entire agreement between the parties hereto as to the subject matter hereof. There are no representations, agreements or understandings, expressed or implied, affecting this SOW which are not expressly set forth herein. This SOW shall not be supplemented or modified by any terms in a purchase order or confirmation issued by Client. This SOW may not be modified or amended except by the mutual written agreement of the parties. No waiver of any provision of this Agreement shall be effective unless it is in writing and signed by the party against which it is sought to be enforced.

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.

Confidential                               8                          JDN-01152008-002



**Document Efficiency At Work.**

IKON and client acknowledge that the services and prices that are offered to client herein are based on the assumptions contained within this response, and assumptions to be identified by IKON during its more detailed evaluation and scope assessment following the engagement contemplated hereunder. All production processing will be executed pursuant to the processing, and hosting instructions contained in this document and as its addenda herein. If IKON determines during the production processing of Weitz & Luxenberg document collection that the collection deviates from assumptions, IKON reserves the right to adjust unit price for the impacted service (effective as of the earliest date that such deviation occurred), and client agrees to pay IKON in accordance with IKON's standard terms and conditions for such services. IKON will notify client of its determination of any deviation from the assumptions contained within this response.

**Authorization to Commence Work:**

Client hereby authorizes IKON to proceed with the litigation support services described and specified in the foregoing Statement of Work for IKON Services, and agrees to the terms and conditions as specified herein.

| CLIENT | IKON |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Signature | Signature |
| F Kenneth Bailey, Jr | John Schmidt, Vice President & GM |
| Printed Name & Title | Printed Name & Title |
| 1-16-08 | 1/16/08 |
| Date | Date |

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.


**Document Efficiency At Work.**

Contact Information:

| | |
|---|---|
| Client Firm: | Weitz & Luxenberg |
| Primary Client Contact Name: | Jonathan Jaffe |
| Title: | Litigation Support Manager |
| Address: | 180 Maiden Lane |
| Address: | 9th Floor |
| City State Zip: | New York, NY 10038-4925 |
| Phone: | (212) 558-5500 |
| Fax: | (212) 344-5461 |
| Email: | jjaffe@weitzlux.com |
| Shipping Contact Name (if different): | |
| Address: | |
| Address: | |
| City State Zip: | |
| Shipping ID # (Client's Preference): | Courier: |
| Original Documents Contact (if different): | |
| Address: | |
| Address: | |
| City, State, Zip: | |
| Phone: | |
| Technical Contact Name (if different): | |
| Address: | |
| City State Zip: | |
| Phone: | |
| Email: | |
| Billing Attorney: | |
| Invoice To (select one): | Client          LDS Office: |
| Project Client / Matter # or Reference | |
| IKON LDS Account Manager: | John Opfinger / Cell: (347) 203-7693 |
| LDS Job Ticket #: | «LDS_Job_»      Cost Center #: «LDS_Cost_Center» |
| Street: | 40 Broad Street, 6th Floor |
| City State Zip: | New York, NY 10004 |
| Office Phone: | 212.376.6100 |
| Email: | vdeonandan@ikon.com |
| Sales Manager: | Bob Croucher |
| Office Phone: | 212.376.6100      Cell: |
| DSA New York | Vishnu Deonandan |
| Office Phone: | 212.376.6100      Cell: |

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.