US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____16.10_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 16.10

| Date | Task | Hours |
|---|---|---|
| 11/15/2006 | Analysis of Initial IND/NDA production | 3.5 |
| 11/15/2006 | Meeting with AstraZeneca at Weitz & Luxenberg offices | 2 |
| 11/15/2006 | Continued analysis of IND/NDA production and email communication with AstraZeneca reques | 3.5 |
| 11/17/2006 | Conference call with AZ and internal meetings on IND/NDA deficiencies and related emails | 7 |
| 11/18/2006 | Preparation for Monday hearing | 1 |
| 11/19/2006 | Preparation for Monday hearing | 2 |
| 11/20/2006 | Hearing and pre-hearing preparation | 2.5 |
| 12/5/2006 | Continuation of discussions to work out format of production and IND/NDA pricing for AZ to fix | 4.5 |
| 12/6/2006 | Continuing analysis of IND/NDA - internal communications | 1.5 |
| 12/6/2006 | Communication of decision to OCR IND/NDA ourselves to AZ - internal discussions | 1.5 |
| 12/7/2006 | Continuing analysis of IND/NDA - internal communications | 3 |
| 12/7/2006 | Kickoff of internal fixes for IND/NDA with development team | 2 |
| 12/7/2006 | Internal communications on format of discovery / IND/NDA | 1 |
| 12/8/2006 | Internal communications on forms of production and cost sharing with respect to OCR of redac | 1 |
| 12/15/2006 | Progress report on conversion of IND/NDA | 0.5 |
| 12/18/2006 | Progress report on conversion of IND/NDA | 2 |
| 12/19/2006 | Progress report on conversion of IND/NDA | 0.5 |
| 12/20/2006 | Internal discussion on IND/NDA | 2 |
| 12/21/2006 | Demonstration and training to attorneys reviewing the IND/NDA | 1.5 |
| 1/2/2007 | Working to try to figure out Bates numbers for IND/NDA - unsuccessful with OCR | 3 |
| 1/3/2007 | Working to try to figure out Bates numbers for IND/NDA - unsuccessful with OCR | 2 |
| 1/4/2007 | Working to try to figure out Bates numbers for IND/NDA - unsuccessful with OCR | 3 |
| 1/4/2007 | Discussion of monolithic OCR - not broken into pages by AZ | 1 |
| 1/5/2007 | Discussion of monolithic OCR - not broken into pages by AZ - internal communications | 1 |
| 1/6/2007 | Communications about IND/NDA review | 0.25 |
| 1/7/2007 | Communications about monolithic OCR | 0.25 |
| 1/8/2007 | Helping analysis of IND/NDA | 0.5 |
| 1/8/2007 | Communications internally and with AZ about pace of production and protocol change by AZ | 4.5 |
| 1/9/2007 | Communications internally and with AZ about pace of production and protocol change by AZ | 2 |
| 1/10/2007 | Training for attorneys reviewing IND/NDA | 1.5 |
| 1/16/2007 | Communications about IND/NDA review | 0.5 |
| 1/17/2007 | Training for attorneys reviewing IND/NDA | 1.5 |
| 1/18/2007 | Analysis of sample production | 1.5 |
| 1/19/2007 | Internal communications on IND/NDA | 2 |
| 1/19/2007 | Training for attorneys reviewing IND/NDA | 0.75 |
| 1/23/2007 | Addressing paging issues with IND/NDA | 0.5 |
| 1/29/2007 | Communications with AZ about sample production | 0.5 |
| 1/30/2007 | Analysis of sample production and communications with AZ about problems in sample product | 3.5 |
| 1/31/2007 | Internal conversations about sample production deficiencies | 3 |
| 1/31/2007 | Communications with AZ about sample production deficiencies | 1 |
| 2/1/2007 | Communications with AZ about sample production deficiencies | 1 |
| 2/1/2007 | Internal conversations about sample production deficiencies | 1 |
| 2/2/2007 | Communications with AZ about sample production deficiencies | 1 |
| 2/2/2007 | Internal conversations about sample production deficiencies | 0.5 |
| 2/6/2007 | IND/NDA issues | 0.25 |
| 2/6/2007 | Internal conversations | 1.5 |
| 2/7/2007 | Conversations about the first production and when we would receive - internal and with AZ | 3 |
| 2/8/2007 | Analysis of production #1 | 2 |
| 2/9/2007 | Analysis of production #1 | 1 |
| 2/12/2007 | Analysis of production #1 | 0.5 |
| 2/13/2007 | Communications on issues with production #1 | 2 |
| 2/14/2007 | Processing of production #1 - import overseeing and related administrative issues | 4.5 |
| 2/16/2007 | Addressing OCR size issues with IND/NDA | 1 |
| 2/16/2007 | Status reports of first production import | 1.5 |
| 2/19/2007 | Communications on production #1 | 0.5 |
| 2/20/2007 | Status reports of first production import | 1.5 |
| 2/27/2007 | Request for info on production #1 | 1 |
| 2/28/2007 | Response to request for info on production #1 | 0.5 |
| 3/2/2007 | Internal communications about database production and redaction reasons | 0.75 |
| 3/6/2007 | IND/NDA issues | 0.25 |
| 3/7/2007 | Receipt and analysis of privilege log plus follow up with AZ on production #1 issues | 2 |
| 3/7/2007 | Internal communications | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 3/8/2007 | IND/NDA issues | 0.5 |
| 3/8/2007 | Internal communications | 0.25 |
| 3/12/2007 | DOXS issue | 0.25 |
| 3/14/2007 | Communications with AZ about the issues with the production and the privilege log | 1.5 |
| 3/14/2007 | Internal communications | 0.5 |
| 3/16/2007 | Receipt and analysis of production #2 | 3 |
| 3/16/2007 | Receipt of privilege log in searchable pdf format - analysis | 0.5 |
| 3/17/2007 | Internal communications | 0.25 |
| 3/19/2007 | Analysis of how to break apart and parse the privilege log | 3 |
| 3/20/2007 | Internal discussions on page breaks (lack of) and new production | 2.5 |
| 3/20/2007 | Receipt of production #3 | 0.25 |
| 3/21/2007 | Internal communications about how to speed review | 2 |
| 3/22/2007 | Internal communications about how to speed review and on second production | 2 |
| 3/26/2007 | Communications with AZ about issues with IP2 and internal discussions | 2 |
| 3/27/2007 | Communications with AZ about issues with IP2 & IP3 and internal discussions on custodians p | 2 |
| 3/27/2007 | Setup of users within DOXS and security | 0.5 |
| 3/28/2007 | Communications with AZ about issues with IP2 & IP3 and internal discussions | 2 |
| 3/30/2007 | Reorganization of folders and discussion of how to fix sourcing issue as custodians span multi| 2 |
| 4/5/2007 | Analysis of production #4 | 2 |
| 4/5/2007 | Internal communication on production #4 | 2 |
| 4/5/2007 | Issues with production #1 - OCR, page breaks (lack of) | 3 |
| 4/6/2007 | Issues with Bates numbering - attempt to standardize - other internal communications | 3 |
| 4/8/2007 | Issues with searching emails | 1 |
| 4/9/2007 | Internal communications on IND/NDA issues and review | 4 |
| 4/10/2007 | Review of production #5 | 0.5 |
| 4/10/2007 | IND/NDA issues and bad spreadsheet TIFFs | 1.5 |
| 4/11/2007 | IND/NDA issues and pre-hearing preparation | 3 |
| 4/12/2007 | Preparation for hearing | 3 |
| 4/12/2007 | Hearing and recap | 2 |
| 4/13/2007 | Drafting letter to Freebery on production problems | 5 |
| 4/13/2007 | Posed questions about the privilege log | 1 |
| 4/16/2007 | Communications with AZ | 0.75 |
| 4/16/2007 | Follow up on redaction field in metadata | 0.5 |
| 4/17/2007 | Finalizing letter to Freebery and internal communications | 4 |
| 4/18/2007 | Receipt of production #6 | 0.25 |
| 4/18/2007 | Analysis of custodians in #6 and production in general | 1 |
| 4/18/2007 | Internal communications | 3 |
| 4/18/2007 | Initial discussions with IKON | 0.5 |
| 4/19/2007 | Blank pages first noticed, continuation of discussions regarding productions and custodians on | 2 |
| 4/20/2007 | Internal communications | 0.5 |
| 4/23/2007 | Internal communications and discussion with AZ on the balance of the custodians | 1 |
| 4/24/2007 | Communications regarding production #7 | 3 |
| 4/25/2007 | Raised multiple new issues with the quality of the production - internal communications | 3 |
| 4/25/2007 | Communications with IKON about proposal to help "fix" page breaks within the extracted text | 1.5 |
| 4/26/2007 | Internal communications on production issues, certification, custodians per production, and red | 3 |
| 4/27/2007 | Redaction communications | 0.5 |
| 4/28/2007 | Bates numbering issue with production | 0.5 |
| 4/29/2007 | IND/NDA issues and general Bates issues | 0.5 |
| 4/30/2007 | Production issues | 1.5 |
| 4/30/2007 | Analysis of response to letter to Freebery | 2 |
| 5/1/2007 | Production issues - impacting searching and overall usability | 6 |
| 5/2/2007 | Production issues - impacting searching and overall usability | 6 |
| 5/3/2007 | Production issues - impacting searching and overall usability | 8 |
| 5/4/2007 | Prep for 30(b)6 depos and production issues | 7 |
| 5/7/2007 | Prep for 30(b)6 depos and production issues | 5 |
| 5/8/2007 | Support for 30(b)6 depos | 7 |
| 5/9/2007 | Production issues - impacting searching and overall usability | 6 |
| 5/11/2007 | Inquiry from AZ about protocol change, production issues, and internal discussions on both | 5 |
| 5/12/2007 | Production issues - impacting searching and overall usability | 0.75 |
| 5/13/2007 | Production issues - impacting searching and overall usability | 0.5 |
| 5/14/2007 | Production issues - impacting searching and overall usability - internal discussions | 8 |
| 5/15/2007 | Production processing progress reports | 1.5 |
| 5/16/2007 | Internal communications - production issues | 4 |

| Date | Description | Hours |
|---|---|---|
| 5/17/2007 | IND/NDA issues & production issues and reponse to Freebery response | 4 |
| 5/18/2007 | Finalizing letter to Freebery and internal communications | 4 |
| 5/22/2007 | Preparation for hearing & afternoon hearing | 7 |
| 5/23/2007 | Internal communications on production | 1 |
| 5/24/2007 | Internal communications on production | 1 |
| 5/24/2007 | Preparation of list of outstanding technical issues | 3 |
| 5/24/2007 | Continued work on reorganizing DOXS to alleviate searching deficiencies in productions | 1 |
| 5/25/2007 | Continued work on reorganizing DOXS to alleviate searching deficiencies in productions | 1 |
| 5/28/2007 | Continued work on reorganizing DOXS to alleviate searching deficiencies in productions | 0.25 |
| 5/29/2007 | Preparation for 5/30 meeting with AZ on technical issues | 8 |
| 5/30/2007 | Meeting with AstraZeneca at Weitz & Luxenberg offices - including prep and recap | 8 |
| 5/31/2007 | Preparation of agreements reached at meeting and exchange of information about particulars | 8 |
| 6/1/2007 | Analysis of certification with attached exhibit of search term list and other internal communicati | 3 |
| 6/4/2007 | Finalizing letter to Freebery and internal communications, investigation of blank pages | 2 |
| 6/5/2007 | Finalizing letter to Freebery and internal communications, investigation of blank pages | 2 |
| 6/6/2007 | Internal communications, multiple redaction check | 3 |
| 6/7/2007 | Internal communications | 0.5 |
| 6/11/2007 | Internal communications | 0.5 |
| 6/12/2007 | Internal communications | 0.25 |
| 6/13/2007 | Internal communications | 0.25 |
| 6/14/2007 | Internal communications | 0.25 |
| 6/15/2007 | Internal communications | 0.25 |
| 6/16/2007 | Internal communications | 0.25 |
| 6/17/2007 | Internal communications | 0.25 |
| 6/21/2007 | Production analysis, DOXS enhancements | 2 |
| 6/22/2007 | Internal communications | 0.5 |
| 6/25/2007 | Secure site for Seroquel hot docs - investigation as to feasibility | 1 |
| 6/26/2007 | Analysis of response on technical issues, internal communications | 2 |
| 6/28/2007 | Production issues, database issues, research on AZ voicemail system | 2.5 |
| 6/29/2007 | Production issues, database issues, research on AZ voicemail system, internal communication | 2 |
| 7/2/2007 | Production issues, progress status | 3 |
| 7/3/2007 | Analysis of received database response, received update privilege log, internal communication | 0.5 |
| 7/5/2007 | Preparation for hearing, afternoon hearing | 5 |
| 7/6/2007 | Discussion of hiring expert, recap from hearing | 4 |
| 7/8/2007 | Internal communications | 0.25 |
| 7/9/2007 | Discussion of hiring expert, recap from hearing, continued discussions | 4 |
| 7/10/2007 | Preparation for sanctions hearing | 4 |
| 7/11/2007 | Preparation for sanctions hearing | 4 |
| 7/12/2007 | Preparation for sanctions hearing | 7 |
| 7/13/2007 | Preparation for sanctions hearing | 4 |
| 7/14/2007 | Preparation for sanctions hearing | 1 |
| 7/15/2007 | Preparation for sanctions hearing | 0.25 |
| 7/16/2007 | Preparation for sanctions hearing | 10 |
| 7/17/2007 | Preparation for sanctions hearing | 10 |
| 7/18/2007 | Preparation for sanctions hearing | 9 |
| 7/19/2007 | Preparation for sanctions hearing | 12 |
| 7/20/2007 | Preparation for sanctions hearing | 11 |
| 7/21/2007 | Preparation for sanctions hearing | 6 |
| 7/22/2007 | Preparation for sanctions hearing | 12 |
| 7/23/2007 | Preparation for sanctions hearing | 11 |
| 7/24/2007 | Preparation for sanctions hearing | 10 |
| 7/25/2007 | Preparation for sanctions hearing | 12 |
| 7/26/2007 | Sanctions hearing, including morning prep | 8 |
| 7/27/2007 | Evaluation of the corrections delivered (continued from the preparations for the sanctions hear | 6 |
| 7/30/2007 | Receipt of privilege log, internal communications about sanctions hearing | 3 |
| 7/31/2007 | Production issues | 3 |
| 8/1/2007 | Internal communications | 0.5 |
| 8/2/2007 | Internal communications | 0.5 |
| 8/3/2007 | Internal communications and transmit of drives to Houston | 1.5 |
| 8/6/2007 | Review of transcript from sanctions hearing | 2 |
| 8/10/2007 | Inquiries to AZ about blank page reproduction, internal communications | 2 |
| 8/13/2007 | Communications internally and with AZ about search terms | 3 |
| 8/14/2007 | Communications internally and with AZ about search terms, and production issues including re | 6 |

| Date | Description | Hours |
|---|---|---|
| 8/15/2007 | Communications internally and with AZ about search terms, and listings of other production iss | 9 |
| 8/16/2007 | Communications internally and with AZ about search terms, and listings of other production iss | 6 |
| 8/17/2007 | Communications internally and with AZ about search terms, and listings of other production iss | 3.75 |
| 8/18/2007 | Internal communications | 0.5 |
| 8/19/2007 | Internal communications about production issues being discussed with AZ | 5 |
| 8/20/2007 | Alternate email address analysis | 9 |
| 8/21/2007 | Internal communications about production issues being discussed with AZ | 2 |
| 8/21/2007 | Preparation for hearing | 2 |
| 8/22/2007 | Internal communications, preparation for hearing, hearing | 4 |
| 8/23/2007 | Discussion with AZ on marketing databases, internal discussions on IT expert/Special Master | 4.5 |
| 8/24/2007 | Internal discussions on IT expert/Special Master selection, research, internal communications | 8 |
| 8/25/2007 | Internal discussions on IT expert/Special Master selection, research, internal communications | 0.5 |
| 8/26/2007 | Internal discussions on IT expert/Special Master selection, research, internal communications | 1 |
| 8/27/2007 | Internal discussions on IT expert/Special Master selection, research, internal communications | 15 |
| 8/28/2007 | Internal discussions on IT expert/Special Master selection, research, internal communications | 12 |
| 8/29/2007 | Internal discussions on IT expert/Special Master selection, research, internal communications, | 15 |
| 8/30/2007 | Internal discussions on IT expert/Special Master selection, research, internal communications, | 11 |
| 9/4/2007 | AZ meeting recaps and response on search terms, internal communications | 1 |
| 9/5/2007 | New search term results from AZ, initial analysis | 1.5 |
| 9/6/2007 | Notification of new custodian production, internal communications | 0.5 |
| 9/9/2007 | Preparation for hearing | 1 |
| 9/10/2007 | Preparation for hearing | 6 |
| 9/11/2007 | Hearing and recap | 3 |
| 9/12/2007 | Preparation of questions for Ball and Daley | 4 |
| 9/12/2007 | Issue raised with AZ about bad load file in production #26 | 0.5 |
| 9/17/2007 | Internal communications | 2 |
| 9/18/2007 | Internal communications | 2.5 |
| 9/19/2007 | Internal communications | 2 |
| 9/20/2007 | Production issues with the privilege log, other internal communications | 1 |
| 9/23/2007 | Internal communications | 0.25 |
| 9/24/2007 | Production issues, call with AZ on search terms | 3 |
| 9/25/2007 | Privilege log reconciliation issues | 1 |
| 9/25/2007 | Compiled list of technical issues TI100 etc | 3 |
| 9/26/2007 | Internal communications | 0.5 |
| 9/27/2007 | Call with AZ to review outstanding technical issues in detail, preparation for the call | 6.5 |
| 9/28/2007 | Recap of call, internal communications | 1 |
| 10/1/2007 | Preparation for hearing | 2.5 |
| 10/2/2007 | Internal communications, provided clarification on Create Date issue for AZ | 1.5 |
| 10/3/2007 | Internal communications | 1 |
| 10/4/2007 | Email introduction to SM-ESI Ball | 0.25 |
| 10/5/2007 | Email exchange with Mr. Ball bringing him up to date | 1 |
| 10/7/2007 | Internal communications | 0.5 |
| 10/8/2007 | Call with Ball | 5 |
| 10/8/2007 | Preparation for call with Ball and recap | 4 |
| 10/9/2007 | Internal follow up and follow up by AZ from the call | 1 |
| 10/10/2007 | Internal follow up and follow up by AZ from the call | 2 |
| 10/11/2007 | Internal follow up and follow up by AZ from the call | 2 |
| 10/12/2007 | Call with Ball, preparation and recap | 8 |
| 10/15/2007 | FTP server setup | 4 |
| 10/24/2007 | Analysis of "blank page" "fix" received | 8.25 |
| 10/25/2007 | Follow up on "blank page fix", additional analysis, internal communications | 9 |
| 10/26/2007 | Follow up on "blank page fix", additional analysis, internal communications | 6.75 |
| 10/27/2007 | Follow up on "blank page fix", additional analysis, internal communications | 0.25 |
| 10/28/2007 | Detailed follow up on deduplication and source field issues | 3.5 |
| 10/29/2007 | Preparation for hearing, internal communications | 6 |
| 10/31/2007 | Internal communications, preparation for call with Ball | 5 |
| 11/1/2007 | Preparation for call with Ball | 9 |
| 11/5/2007 | Internal calls to recap Ball call and AZ decision to reproduce in native | 5 |
| 11/6/2007 | Prep for 11/8 meeting with AZ on native production and outstanding tech issues | 12 |
| 11/7/2007 | Prep for 11/8 meeting with AZ on native production and outstanding tech issues | 6.75 |
| 11/8/2007 | Meeting with AZ on native production and outstanding tech issues | 5.25 |
| 11/10/2007 | Production issues, internal communications | 0.5 |
| 11/11/2007 | AZ proposal for native production, internal communication | 2 |

| Date | Description | Hours |
|---|---|---|
| 11/12/2007 | Call with Ball, preparation and recap | 6.75 |
| 11/13/2007 | Research on missing pieces of the IND/NDA | 4.5 |
| 11/15/2007 | Prepare for AZ meeting on alt email addresses at Weitz & Luxenberg Offices | 1.25 |
| 11/16/2007 | AZ meeting on alt email addresses at Weitz & Luxenberg Offices | 4.5 |
| 11/18/2007 | Internal communications | 0.25 |
| 11/19/2007 | Internal communications | 0.5 |
| 11/20/2007 | Call with Ball, preparation and recap, write up RFPs, production issues | 4 |
| 11/24/2007 | Internal communications | 0.25 |
| 11/28/2007 | Ball call follow up / prep for next call, progress on production load | 1 |
| 11/29/2007 | Call with Ball, preparation and recap | 7 |
| 11/30/2007 | Follow up from Ball call - including EnCase verification issue | 4 |
| 12/1/2007 | Internal communications | 0.25 |
| 12/9/2007 | Discussions about vendor to host native production, internal communications | 1 |
| 12/10/2007 | Discussions about vendor to host native production, internal communications, preparation for h | 4 |
| 12/11/2007 | Discussions about vendor to host native production, internal communications, preparation for h | 0.5 |
| 12/12/2007 | Call with Ball, preparation and recap | 9.5 |
| 12/13/2007 | Discussions about vendor to host native production, internal communications, reviewing load n | 3 |
| 12/14/2007 | Discussions about vendor to host native production, internal communications, preparation for h | 4 |
| 12/14/2007 | Call with Ball and Bill Adams from FTI about specifics of native including format of load mdb | 1 |
| 12/15/2007 | Discussions about vendor to host native production, internal communications, preparation for h | 1 |
| 12/16/2007 | Preparation for hearing | 1 |
| 12/17/2007 | Hearing, recap, and Ball recap | 4 |
| 12/18/2007 | Response to Mr. Ball's concerns about complexity of load mdb | 1 |
| 12/19/2007 | Prep work for native, checking load mdb for errors and inconsistencies, writing queries | 3 |
| 12/19/2007 | Review of discovery requirements from AZ for Jan 28 hearing | 2 |
| 12/20/2007 | Review of discovery requirements from AZ for Jan 28 hearing | 3 |
| 12/20/2007 | Internal communications | 2 |
| 12/21/2007 | Internal communications and analysis of production #58 issues | 2.5 |
| 12/22/2007 | Internal communications | 0.25 |
| 12/24/2007 | Internal communications | 0.25 |
| 12/25/2007 | Internal communications | 0.25 |
| 12/26/2007 | Preparing answers to AZ discovery requests for Jan 28 hearing | 5 |
| 12/27/2007 | Preparing answers to AZ discovery requests for Jan 28 hearing | 2 |
| 12/27/2007 | Call with Ball, preparation and recap, preparation of priority list of databases for Jan 3-4 | 5.25 |
| 12/28/2007 | Preparing answers to AZ discovery requests for Jan 28 hearing | 2 |
| 12/29/2007 | Preparing answers to AZ discovery requests for Jan 28 hearing | 2 |
| 12/29/2007 | Internal communications | 0.25 |
| 12/30/2007 | Preparing answers to AZ discovery requests for Jan 28 hearing | 2 |
| 1/4/2008 | Hearing | 2 |
| 1/5/2008 | Internal communications | 0.5 |
| 1/8/2008 | Internal updates | 4 |
| 1/9/2008 | Call with Ball, preparation and follow up | 5 |
| 1/10/2008 | Preparing answers to AZ discovery requests for Jan 28 hearing | 6 |
| 1/11/2008 | Preparing answers to AZ discovery requests for Jan 28 hearing | 4 |
| | | **876** |