US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____17_____

6:06-md-01769-ACC-DAB

**In Re: Seroquel Products Liability Litigation**

Date Identified:

Date Admitted:

# Exhibit 17

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br>MDL Docket No. 1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**DECLARATION OF T. SCOTT ALLEN, JR. IN SUPPORT OF REQUEST FOR MONETARY SANCTIONS** |

I, T. Scott Allen, Jr., declare:

1. I am an attorney licensed to practice in Texas courts and am admitted to practice pro hac vice before this Court in the *In re Seroquel Product Liability Litigation* (the "Litigation"). I am a partner in the law firm of Cruse, Scott, Henderson & Allen. I have personal knowledge of all facts stated in this Declaration and if called upon to do so, could and would competently testify to each of them.

2. In early June of 2007, I began meeting with our team to discuss production issues in preparation for a meeting with Dechert and AstraZeneca counsel to attempt to reach agreements on production of documents, including the correction of blank pages, emails, etc.

3. On June 5, 2007 I traveled to Philadelphia, Pennsylvania to attend the June 6, 2007 meeting with attorneys from Dechert and McCarter & English to try to resolve our production isses.

4. I have spent at least 17.5 hours in connection with the work described above and my hourly rate for work in connection with mass tort litigation in 2007 was $400 per hour.

1

Therefore, my firm has incurred a cost of $7,000.00 in connection with the work performed above. I believe this rate to be fair and reasonable.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of January 2008 in Houston, Texas.

_____
T. Scott Allen, Jr.