US District Court
Middle District of Florida

**PLAINTIFFS' EXHIBIT**

Exhibit Number: _____18_____

6:06-md-01769-ACC-DAB

**In Re:  Seroquel Products Liability
             Litigation**

Date Identified: _____

Date Admitted: _____

# Exhibit 18



# William A. Adams

Senior Managing Director - Technology

Bill.Adams@fticonsulting.com

1201 Eye Street, NW
Suite 300
Washington, DC 20005
Tel:  (202) 312-9100
Fax: (202) 312-9101

**Education**

Bachelor of Arts in Political Science and Government

Northwestern University

Juris Doctor

George Mason University

William Adams is a Senior Managing Director in FTI's Technology Segment in Washington, D.C. He specializes in electronic discovery, knowledge management and workflow solutions.  He is adept at finding the most efficient use of litigation technology across the spectrum of complex client requirements.

As a Senior Managing Director, Mr. Adams leads FTI's global repository consulting practice.  In that role, Mr. Adams manages more than 50 employees and plays an important role in directing priorities and resources for FTI's Data Center, Research & Development and Client Support operations.  As a member of FTI's Technology Software Leadership Committee, Mr. Adams helps evaluate and prioritize development efforts.

Mr. Adams has supported clients in numerous litigation matters in federal and state courts including Pennsylvania, Washington, DC, Minnesota, Florida and California.  Representative clients include national law firms and Fortune 500 companies including, Williams & Connolly, Arnold & Porter, Dechert, O'Melveny & Myers, Hughes Hubbard & Reed, Kirkland & Ellis, Orrick, Bartlett Beck, Wilson Sonsini, Gibson Dunn, Microsoft, Wyeth, Philip Morris and RJ Reynolds.

While at FTI, Mr. Adams has acted as supervising time keeper for hundreds of matters and acted as lead consultant in the following litigations for which FTI provided document or case management services:

- Diet Drug
- PPA
- Thimerosal
- Syngenta
- Napster
- HRT
- Ortho Evra

For the past five years Mr. Adams has provided technical and workflow consulting for a nationwide litigation involving a major domestic pharmaceutical manufacturer.  In this matter, Mr. Adams designed and implemented an automated reporting system that advised the legal team of potential coding discrepancies and the ultimate client with daily statistics regarding review speed and production volume.

In February 2005, FTI acquired Ringtail Solutions. This acquisition was the culmination of a four-year partnership with Ringtail during which time FTI expanded its repository and repository consulting business.  Mr. Adams was one of the primary sponsors of FTI's decision to acquire Ringtail which has proven to be a significant growth engine within FTI's technology practice.

Prior to FTI's decision to provide on demand software services, Mr. Adams consulted for Microsoft Corporation in an antitrust matter requiring trial presentation, graphics communication, and document management services.  He also provided onsite support services in Brussels, Belgium for the EU operating system investigation.

Prior to joining FTI in 1998, Mr. Adams served as a Staff Attorney at Howrey & Simon.  At Howrey, he performed associate level litigation functions and was responsible for the creation of graphic presentations in complex patent litigation.



www.fticonsulting.com

William A. Adams

Prior to joining Howrey & Simon, Mr. Adams worked for Legal Video Services where he consulted with clients on the use of animation and visual communication strategies to support courtroom presentations.  Clients included Dow Chemical in the breast implant insurance litigation and the United States Department of Justice in the GE antitrust trial.

Mr. Adams holds a J.D. from George Mason School of Law & Economics and a B.A. in Political Science from Northwestern University.

Mr. Adams has extensive experience on the following platforms and technologies:

- Ringtail
- Microsoft SharePoint
- Microsoft SQL Server
- dtSearch
- Microsoft Index Server
- Native File Processing
- Equivio near-duplication detection



www.fticonsulting.com