December 18, 2007                    Seroquel Products Liability Litigation

Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DOCKET NO. 6:06-MD-1769-ORL-22DAB


. . . . . . . . . . . . . . .
IN RE:                          .
SEROQUEL PRODUCTS LIABILITY .
LITIGATION                      .       ORLANDO, FLORIDA
MDL DOCKET NO. 1769             .       DECEMBER 18, 2007
                                .       10:00 A.M.
ALL CASES                       .
                                .
. . . . . . . . . . . . . . .




TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

FOR THE PLAINTIFFS:            (IN COURTROOM)

                              K. CAMP BAILEY

                              KENNETH BAILEY

                              PAUL PENNOCK

                              DENNIS CANTY

                              FLETCH TRAMMELL

                              LAWRENCE GORNICK

                              D. RENEE BAGGETT

                              LARRY ROTH


COURT REPORTER:  H. WILLIAM JONES, RPR.

December 18, 2007                    Seroquel Products Liability Litigation

---

Page 2

1  APPEARANCES CONTINUED:
2  FOR THE PLAINTIFFS:
3
              HOLLY WHEELER
4
              BRYAN AYLSTOCK
5
              JEFF ARLEN
6
7
8
9  FOR THE DEFENDANT
10  ASTRAZENECA:              (IN COURTROOM)
11            FRED T. MAGAZINER
12            ROBERT PASS
13            CHRIS COUTROULIS
14            RUSSELL STEWART
15            KEVIN KERNS
16            BEN BARNETT
17            ROBERT JOSEPHSON
18            HOPE FRIEWALD
19            SHANE PRINCE
20
21
22
23
24
25

---

Page 3

1  APPEARANCES CONTINUED:
2  (TELEPHONICALLY)
3  STEPHEN J. MCCONNELL, ASTRAZENECA
4  EDWARD POMERANTZ, THIRD-PARTY
5  COLIN WEST, THIRD-PARTY
6  ANGELA NIXON, PLAINTIFF
7  ROBERT MENDILLO, THIRD-PARTY
8  DAN TURINSKY, THIRD-PARTY
9  JONATHAN JAFFE, PLAINTIFFS
10  BRENNAN TORREGROSSA, ASTRAZENECA
11  RACHEL BALABAN, THIRD-PARTY
12  DAVID JENKINS, PLAINTIFFS
13  COLLEEN VOSHELL
14
    (SPECIAL MASTERS)
15
    ORRAN BROWN, TELEPHONICALLY
16
    CRAIG BALL, TELEPHONICALLY
17
18
19
20
21
22
23
24
25

---

Page 4

1              P R O C E E D I N G S
2       The Clerk:  The case number is
3  6:06-MD-1769-ORL-22DAB, In Re: the Seroquel
4  products liability litigation.
5       Plaintiffs' counsel in the courtroom,
6  please state your names for the record.
7       Mr. Pennock:  Paul Pennock, Weitz and
8  Luxemburg, New York.
9       Mr. Bailey:  Camp Bailey for the
10  Plaintiffs.
11       Mr. Gornick:  Larry Gornick for the
12  Plaintiffs.
13       Mr. Canty:  Dennis Canty for the
14  Plaintiffs.
15       Ms. Wheeler:  Holly Wheeler for the
16  Plaintiffs.
17       Mr. Trammell:  Fletch Trammell for the
18  Plaintiffs.
19       Mr. Roth:  Larry Roth for the Plaintiffs.
20       Mr. Bailey:  Ken Bailey for the
21  Plaintiffs.
22       Mr. Aylstock:  Bryan Aylstock for the
23  Plaintiffs.
24       Mr. Arlen:  Jeff Arlen here as an
25  observer, Your Honor.

---

Page 5

1       Ms. Baggett:  Renee Baggett for the
2  Plaintiffs.
3       The Clerk:  Defense counsel in the
4  courtroom, please state your appearances.
5       MR. MAGAZINER:  Fred Magaziner for
6  Defendant, AstraZeneca, Your Honor.
7       And I want to inform the Court, as will be
8  obvious very quickly, several of my partners
9  who have been engaged in another litigation
10  have now joined our team and they will
11  introduce themselves to Your Honor.
12       Mr. Barnett:  Good morning, Your Honor.
13  Ben Barnett from Dechert on behalf of
14  AstraZeneca.
15       Mr. Pass:  Robert Pass for AstraZeneca.
16       Mr. Coutroulis:  Chris Coutroulis for
17  AstraZeneca.
18       Ms. Freiwald:  Good morning, Your Honor.
19  Hope Freiwald from Dechert, AstraZeneca.
20       Mr. Josephson:  Richard Josephson with
21  Baker Botz, AstraZeneca.
22       Mr. Kernes:  Kevin Kernes from Dechert for
23  AstraZeneca.
24       MR. PRINCE:  Shane Prince, AstraZeneca.
25       Mr. Stewart:  Russell Stewart for

2  (Pages 2 to 5)

December 18, 2007                    Seroquel Products Liability Litigation

Page 6

1    AstraZeneca.
2        The Clerk:  All right.  Counsel on the
3    phone, please identify yourselves for the
4    record.
5        Mr. Brown:  Morning, Your Honor.  This is
6    Orran Brown, the Special Master for case
7    specific discovery.
8        Mr. Ball:  Good morning.  There is Craig
9    Ball, the Special Master for electronically
10   sorted information.
11       Mr. Mendillo:  Good morning.  This is
12   Robert Mendillo for third-party Parexel
13   Corporation.
14       MR. MCCONNELL:  Good morning, Your Honor.
15   This is Stephen McConnell with Dechert, LLC, on
16   behalf of Defendant, AstraZeneca.
17       Ms. Voshell:  Colleen Voshell for Steve
18   McConnell.
19       Mr. Torregrossa:  Brennan Torregrossa for
20   AstraZeneca, Defendant.
21       Ms. Balaban:  Rachel Balaban, Klemtner
22   Advertising.
23       Ms. Nixon:  Angela Nixon, non-party -- not
24   counsel for Plaintiffs.
25       Mr. Turinsky:  Daniel Turinsky and Brian

Page 7

1    Caplan.
2        Mr. Jaffe:  Jonathan Jaffe for the
3    Plaintiffs, not counsel.
4        Mr. Jenkins:  David Jenkins for the
5    Plaintiffs.
6        Mr. Pomerantz:  Edward Pomerantz.
7        Mr. West:  Colin West.  I am not
8    officially appearing today, just listening in.
9        The Court:  All right.  Let me ask counsel
10   that are in the courtroom to make sure when
11   they speak that they are directly in front of a
12   microphone somewhere.
13       We have determined that it's very
14   difficult for individuals on the telephone to
15   hear, unless the speakers in the courtroom
16   are -- I can hear everybody quite well
17   actually, the acoustics in the room are good,
18   but the connection with the telephone does
19   depend on the microphones.
20       Let me start with the -- issue with the --
21   or any issues with the PMO and Special Master
22   Brown.
23       I've looked at his latest report.  Given
24   the current status of things, are there any
25   remaining issues with respect to his purview

Page 8

1    that require any current action?
2        Let me hear from Plaintiffs on that.
3        Mr. Pennock:  Judge, I don't think that
4    there are any issues involving Special Master
5    Brown or the matters that he's dealing with.
6        The Court:  All right.  We'll hold him in
7    abeyance for now then.  I expect he'll be back
8    in action before long.
9        Turning to the issues presented with
10   respect to electronic discovery and Special
11   Master Ball's latest report, I note that
12   AstraZeneca filed a notice of plan to object to
13   the latest report.  And, I think in connection
14   with that, has also filed a motion to postpone
15   the sanctions hearing.  And I'm reading those
16   and reading Special Master Ball's report.
17       It -- as has happened in the past, there
18   are some things that appear to be progressing
19   and other things that appear to be finding more
20   rocks and turning over the rocks and finding
21   more bad things; that the best course of action
22   is to separate out the sanctions hearing and
23   the ESI issues from everything else we are
24   going to talk about today and the Court will
25   set a separate status conference on those to be

Page 9

1    held -- and the Plaintiffs raised the issue,
2    too, as to what kind of hearing we're gonna
3    have and what sort of preparation is necessary
4    for that.
5        And my thought would be to, say, have a
6    separate status conference on all of those
7    issues, which would include giving AstraZeneca
8    an opportunity to file a written objection to
9    the latest report.  Obviously, some parts, it's
10   very critical of AstraZeneca and they certainly
11   are entitled to an opportunity to do that so we
12   can frame up the issues and make sure everybody
13   can be heard.
14       I was thinking of having the status
15   conference, which really -- I hope this doesn't
16   come back to haunt me, but, in effect, a
17   pretrial conference on the sanctions hearing.
18   And I say that with trepidation, because it is
19   not my intention and should not be the purpose
20   of a sanctions hearing to be a separate
21   litigation.  The purpose of all of this is to
22   get the merits of the case prepared and it's my
23   great fear that it will become separate
24   litigation even more than it already has or is
25   fair to do.

3  (Pages 6 to 9)

December 18, 2007                    Seroquel Products Liability Litigation

Page 10

1    But, anyway, to have that status
2    conference and scheduling conference and issue
3    conference for the first week of January, the
4    3rd or 4th. I would be willing to do it in the
5    week between Christmas and New Year's, but I
6    suspect that would impose a hardship on more
7    people than maybe needs to be imposed.
8        Mr. Gornick: Your Honor, the Plaintiffs
9    would like to have the pretrial conference in
10   that first week of January. Many of us that
11   will be involved with the sanctions hearing, I
12   believe, are already going to be here in
13   Orlando to meet with Master Ball to discuss
14   production of databases. We are scheduled to
15   be here all day on January 3 and 4, so perhaps
16   we could have our pretrial conference in the
17   morning or afternoon of one of those days since
18   a number of us will be here anyway. We would
19   welcome that.
20       MR. MCCONNELL: Your Honor, this is Steve
21   McConnell. I'm just going to request that if
22   there is any choice in the matter, if it's
23   going to be on the 2nd, that it be the
24   afternoon of the 2nd, because if I have to fly
25   out on the 1st, that's kind of cutting right

Page 11

1    into my medical restriction on flying, but I
2    think the morning of the 2nd is fine.
3        Mr. Gornick: Your Honor, we would ask for
4    it to be on the 3rd or 4th as opposed to the
5    2nd. For example, I have already booked my
6    travel arrangements to fly on the 2nd. I'll be
7    coming from San Francisco. I can't leave on
8    the 2nd and get here to be in court.
9        Mr. Barnett: Your Honor, Ben Barnett on
10   behalf of AstraZeneca. My understanding is
11   that there is a previously scheduled
12   meet-and-confer process concerning the database
13   issues in Orlando for the 3rd and 4th of
14   January. And it might make sense, in an effort
15   to move the entire process forward, to wait
16   until after that session has occurred for us to
17   have this conference, because many of the folks
18   that have been involved in these issues will
19   obviously already be in Orlando.
20       So, if it is consistent with the Court's
21   schedule, it might make sense to allow that
22   session to take place, which may help frame the
23   issues for further discussion with the Court.
24       The Court: Well, we can set it for Friday
25   afternoon then.

Page 12

1        Mr. Barnett: That would be fine, Your
2    Honor.
3        The Court: All right. We will set it for
4    2:00 o'clock on January 4th. So, I'm going to
5    reserve on everything else.
6        Let's turn to the third-party motions.
7    There was a status report that the Plaintiffs
8    filed two days ago and there was some other
9    discussions that were supposed to be
10   continuing.
11       What's the current status and what's left
12   for the Court to decide?
13       Ms. Wheeler: Holly Wheeler for the
14   Plaintiffs, Your Honor.
15       With respect to Saatchi, as we explained
16   in the status report, we have agreed to accept
17   hard copy production of approximately 100
18   projects that we have identified based on a
19   project list provided by Saatchi and Klemtner.
20       With respect to the remaining 90 or so
21   projects, some of which there may not
22   necessarily be any documents associated with
23   those projects, but the majority of which we
24   believe are electronically stored and, as is
25   detailed in the report and Ms. Balaban's

Page 13

1    letter, which was attached to the report,
2    Saatchi and Klemtner have not been able to find
3    a way to locate and isolate documents
4    associated with those 90 or so specific
5    projects, so we have requested that that issue
6    be referred to Special Master Ball.
7        The Court: What is Saatchi's position on
8    that?
9        Ms. Balaban: Your Honor, it was our hope
10   that we could work the electronic issues out
11   with Plaintiffs. Ms. Wheeler is correct in
12   that the documents on the shared drive are not
13   organized by project, but there may be
14   documents on the shared drive that relate to
15   some of the issues that they seem interested
16   in, such as diabetes and waking. We performed
17   an initial search on the shared drive for them
18   and came up with approximately 2,500 separate
19   files that contain the words diabetes and
20   waking. So, we're obviously talking about a
21   large scope of documents.
22       And, so, if this does get referred to the
23   Special Master, we would just request that we
24   try to do it as economically and expeditiously
25   as possible to try to come to some agreement to

4 (Pages 10 to 13)

December 18, 2007                    Seroquel Products Liability Litigation

Page 14

1  narrow down what they really need, because we
2  are already producing about 40 boxes of hard
3  copy files. We started that production
4  yesterday and we plan to send it out on a
5  rolling basis and complete it as soon as
6  possible, but we are talking about a rather
7  large scope of documents. And we would like to
8  keep any of the electronic issues, you know,
9  kind of as simple as possible, understanding
10 that obviously our contestable issues will
11 probably have to be worked out.
12     The Court: All right. How about with the
13 other third parties?
14     Ms. Wheeler: With respect to Edelman,
15 Your Honor, I have been provided with
16 approximately 70 project briefs, which I have
17 eliminated some and prioritized the others and
18 returned those to Edelman's counsel. So -- and
19 I also received another approximately 350 pages
20 of project briefs within the past few days, so
21 I'm trying to work my way through those. But
22 they do have a prioritized list and I'm hoping,
23 at this point, that the rolling production will
24 begin very shortly.
25     The Court: Any issues that you need me to

Page 15

1  rule on?
2      Ms. Wheeler: No, your Honor. I believe
3  the documents with respect to the privilege
4  issue have been or are at least in the process
5  of being sent to AstraZeneca, but Mr. Caplan
6  and Mr. Turinsky are on the phone, so perhaps
7  they can confirm that.
8      Mr. Turinsky: Yeah, this is Daniel
9  Turinsky. We are in the process of sending the
10 potentially privileged documents specifically
11 for their review.
12     The Court: All right.
13     Ms. Wheeler: And Mr. Pennock is going to
14 address Parexel.
15     Mr. Pennock: Good morning, Your Honor.
16 Parexel is a little bit more of a
17 complicated situation than the other two third
18 parties. I think it kind of falls under the
19 category of one of those rocks that Your Honor
20 just referred to.
21     Your Honor allowed us a 30(b)6 deposition
22 and, as a result of that, I think we have
23 discovered a very important body of discovery
24 that's going to need to be done, albeit a
25 limited body and -- but, nevertheless, an

Page 16

1  additional body of discovery that we think is
2  very important to this case. And if you will
3  allow me a few minutes, I would like to give
4  the Court some context for that.
5      You know, Parexel is not, as the Court
6  noted, just a witness to a train wreck. I
7  don't mean to say that the court said Parexel
8  is not, just that you -- the Court had
9  indicated that these companies are not mere
10 witnesses. And, certainly, with respect to
11 Parexel, we think that that is becoming very
12 apparent.
13     Parexel -- in fact, the CEO of Parexel
14 declared it to be a partner of AstraZeneca.
15 And in 2002, in fact, it was chosen as a
16 preferred partner for AstraZeneca for all
17 global clinical trials indefinitely. This was
18 noted and is noted by Parexel in many of its
19 releases and on its own website to be a
20 strategic alliance, a very important alliance.
21     And, in fact, the witness who we
22 deposed -- I guess it was last week, Mr. Allen
23 took her deposition up in Hackensack, New
24 Jersey. She agreed that -- and mentioned
25 several times and referred to themselves as a

Page 17

1  partner of AstraZeneca.
2      So, that's the first part of the context.
3  There is no question that these companies were
4  very closely aligned in the work that they were
5  doing and, specifically, the work they were
6  doing with respect to Seroquel. They were
7  extremely involved in Seroquel.
8      As the Court may remember, Ms. Wheeler and
9  Mr. Allen for months have been asking Parexel
10 for a project list. That never came, sort of,
11 you know, as we have seen this deliberate
12 sluggishness throughout the last year.
13     I'm troubled to say that at 10:00 o'clock
14 on the night before the deposition Mr. Allen
15 was faxed or received in his hotel room a
16 project list that Ms. Wheeler had asked for two
17 weeks earlier and, in fact, two months earlier.
18 It's a project list of 800 projects. And I
19 have a copy if the Court would like to see it.
20 But, suffice it to say, it's from an Excel
21 spreadsheet. There are 800 projects. Each and
22 every one of them related to Seroquel from 2002
23 forward. This is something, by the way, that
24 probably took a couple of key strokes to create
25 and yet was not delivered to Mr. Allen until

5 (Pages 14 to 17)

Page 18

1   the night before the deposition on the basis
2   that they -- that Parexel was not obligated to
3   give us any documents at all prior to this
4   deposition.
5       So, Mr. Allen did the best he could to go
6   through and sort of sort through this 800
7   project list with the witness. And, in fact,
8   we discovered that there are something called
9   project definitions for each of these projects.
10  There are project timelines for each of these
11  projects. And each of these projects, of
12  course, additionally, have information or
13  documents that relate substantively to the
14  project.
15      Parexel was clearly at the spear point of
16  the communications for this company on
17  Seroquel. And their efforts were worldwide.
18  They were extensive. They involved
19  communications with doctors. They involved
20  developing communications that AstraZeneca
21  would then go and give to doctors. It involved
22  potentially dissemination of communications to
23  doctors.
24      So, the bottom line is, that with respect
25  to partners of AstraZeneca's, Your Honor, we

Page 19

1   have narrowed the scope of what we need at this
2   point, but it's clear that -- to us at least,
3   that we will need to also ask for additional
4   discovery. At this juncture, we clearly would
5   like the project definitions of the 800
6   projects so we can look at the definitions and
7   try to determine what additional materials we
8   might need and what project we can offload and
9   not deal with, and what projects clearly we
10  need.
11      They have refused, at least at the
12  deposition, they said they are not giving us
13  the project definitions.
14      We need the project timeline -- I think
15  they have declined to give us that, the project
16  timelines for each of the projects -- again, to
17  get a sense of what additional information we
18  need from certain projects and which ones we
19  simply do not need to pursue in an effort to
20  continue to narrow what we need from
21  AstraZeneca's communication specialist.
22      There are numerous substantive documents
23  that we can see in the project list that we
24  will want. There are, essentially, a lot of
25  slide kits that were developed by Parexel to be

Page 20

1   used to communicate with physicians about
2   Seroquel. There are, you know -- undoubtedly,
3   I have to say, there will be some e-mail
4   traffic that we will want to get regarding some
5   of these projects, but we are willing and we
6   recognize the Court's desire that we continue
7   to narrow this, and if we can get that first
8   group that I mentioned, we will then be able to
9   determine where we can lump and split.
10      There is one other area that is sort of
11  separate from the Parexel general
12  communications, and this was a development that
13  happened in the midst of the deposition.
14      It turns out that Parexel has a division
15  called the Center for Biomedical
16  Communications, or CBC. And this is a division
17  that engages in continuing medical efforts.
18      And Parexel itself declares this to be a,
19  quote, independent continuing medical education
20  division. It says that they provide, quote,
21  fair and balanced educational programs for
22  physicians, end quote.
23      It says that they, quote, take great pride
24  in the integrity and appropriateness of its
25  programming, end quote.

Page 21

1       So it's unquestioned that CBC has been
2   holding itself out and continues to hold itself
3   out as an independent continuing medical
4   education provider nationwide with multiple, as
5   they say, quote, established, end quote,
6   programs on medical issues, including, of
7   course, central nervous system issues, which
8   would include Seroquel issues.
9       At the deposition, Mr. Allen -- it kind
10  of -- CBC sort of came up, kind of stumbled
11  into it. And the witness who worked -- the
12  witness worked for another division, MMS. And
13  he asked the witness -- she said something
14  about CBC. He followed up on a couple
15  questions.
16      So, what's CBC?
17      That's our firewall -- our firewall, she
18  called it, continuing medical education
19  division.
20      Okay. Firewall. Where is CBC?
21      It's in Hackensack. That's the city where
22  the deposition is taking place.
23      He said, okay. Well, it turns out it was
24  not just in Hackensack. It was in the
25  building. It was in those offices, okay.

December 18, 2007                                    Seroquel Products Liability Litigation

Page 22

1    Where? It was on the very same floor as
2 this entirely separate medical MMS, the
3 communication strategic alliance partner with
4 Seroquel, with AZ. It was on the very same
5 floor as CBC. The 10th floor. There are no
6 other entities on that floor. They are
7 literally sharing conference rooms and the
8 entire floor, and yet it is supposed to be a
9 completely independent continuing medical --
10 continuing medical education program.
11    So, Judge, I have to say that we are
12 asking the Court to allow us a second
13 deposition of someone that -- from Parexel that
14 is familiar with CBC; that is familiar with its
15 interactions with MMS; that is familiar with
16 its interactions with AstraZeneca; and that can
17 speak to these very important issues of whether
18 or not this purportedly independent and fair
19 and balanced division of Parexel was, in fact,
20 receiving communications, direction, and
21 strategy with respect to Seroquel from AZ right
22 through MMS, right through to the folks on the
23 same floor and going out and doing CME
24 programs.
25    I mean, it's undoubtedly a very important

Page 23

1 issue in this failure to warn case. As we
2 know, and as we have claimed and I think we'll
3 prove, 60 to 70 percent of this drug was used
4 off label; that primary care physicians somehow
5 ended up prescribing huge -- billions of
6 dollars of this drug. And we think -- we have
7 asked the Court for additional depositions of
8 Parexel, of CBC, and -- as well as the project
9 list from MMS; that's the division we deposed.
10 The project -- we already have that. I'm
11 sorry. The project definitions from MMS; the
12 project timeline.
13    And then I will say to the Court that we
14 will be coming back and asking for some
15 additional discovery based on that, but we will
16 continue to try and pare it back and keep it
17 limited.
18    However, to finish up where I began,
19 Parexel is clearly and -- it was an actor. It
20 was an actor in what happened here. They were
21 not simply standing by watching what went on
22 with respect to AstraZeneca and this drug.
23 They were active participants through 800
24 projects of communications throughout the
25 United States on this drug and, potentially, to

Page 24

1 unwitting doctors. They were communicating
2 messages from AstraZeneca to doctors around the
3 country in the CME programs.
4    So, we would do this discovery as soon as
5 Your Honor or as quickly as Your Honor would
6 like us to do it. We can take the deposition
7 of CBC at any time and we'll take it from
8 there. We understand the exigencies involved
9 and we want to get this wrapped up very
10 quickly.
11    Thank you, judge.
12    The Court: We'll hear from Parexel.
13    Mr. Mendillo: Thank you, Your Honor.
14 Robert Mendillo from Sally and Fitch in Boston
15 on behalf of Parexel.
16    Your Honor, I do not know Mr. Pennock, but
17 I was present at the deposition on Wednesday.
18 And let me say, just by way of background, Your
19 Honor ordered the deposition to proceed for
20 purposes of Parexel producing someone
21 knowledgeable about what Parexel had with the
22 Seroquel projects, the scope of the various
23 projects and the cost --
24    Excuse me? Your Honor?
25    The Court: Hello?

Page 25

1    Mr. Mendillo: Hello, Your Honor?
2    The Court: Yes?
3    Mr. Mendillo: I'm sorry. There was some
4 space there. Should I proceed, Your Honor?
5    The Court: Go ahead.
6    Mr. Mendillo: Thank you.
7    As Your Honor knows, Your Honor, rather
8 than deciding upon the motion to compel and the
9 motion for protective order to quash, set forth
10 that a deposition should proceed to basically
11 get the lay of the land regarding the documents
12 that the Plaintiffs might be interested in and
13 what Parexel has.
14    We produced Donna Casparo last Wednesday.
15 Mr. Allen deposed her. The deposition went
16 from 10:00 a.m. to 5:00 p.m. She was examined
17 about over about 18 exhibits that the
18 Plaintiffs had obtained from AstraZeneca we got
19 in Parexel. Even though we were not obligated
20 under the Court's order or otherwise to produce
21 any documents, in order to expedite things, a
22 day or two before the deposition, at
23 Mr. Allen's request, we provided him with a CV
24 of Ms. Casparo. And then at 8:00 o'clock the
25 night before, we provided him with a project

7 (Pages 22 to 25)

December 18, 2007                          Seroquel Products Liability Litigation

Page 26

1   list of more than 800 projects that Parexel had
2   worked for on behalf of AstraZeneca regarding
3   Seroquel.
4           I'm sorry, Your Honor, can you hear me?
5           The Court:  Yes.
6           Mr. Mendillo:  There's a little static on
7   my end, so I wasn't sure.
8           The bottom line is that I'm glad to hear
9   that counsel is interested in narrowing down
10  the nature of what they want.  You recall, Your
11  Honor, that they had asked for all documents
12  regarding Seroquel over a seven-year period.
13  And I'm pleased to see that as a result of the
14  deposition, as a result of having the project
15  list that we provided to them voluntarily to
16  expedite things, they believe that they are in
17  a position to pare down or narrow down
18  specifically what they want and we look forward
19  to receiving a comprehensive list of that so
20  that we can produce the documents that may be
21  relevant or certainly discoverable rather than
22  having to produce everything that mentions
23  Seroquel in any capacity.
24          Your Honor, let me mention, in terms of
25  the partnership, I allowed Mr. Allen, frankly,

Page 27

1   some leeway to go well beyond the narrow scope
2   of Your Honor's order regarding documents.
3           There is no doubt that the term
4   "partnership" was used, but Ms. Casparo
5   testified clearly she wasn't using it in a
6   legal sense.  She's not aware of any
7   partnership between AstraZeneca and Parexel.
8   She used it more in a colloquial sense, much as
9   the -- you know, people working for someone
10  might say that they are partnering on a
11  project.
12          I think the -- in the whole development of
13  the CBC, again, that was something that I
14  allowed Mr. Allen to go beyond the scope of the
15  notice of the deposition as well as Your
16  Honor's order, and this may be something that
17  they are interested in as well.
18          In terms of where we go from here, Your
19  Honor, I would remind the Court that our
20  position is that we are a third party and
21  there's a lot of work involved in producing
22  additional documents that they want.  We are of
23  the view that these are all documents that
24  could be obtained from AstraZeneca directly.
25  As a matter of fact, Ms. Casparo clearly states

Page 28

1   that through a software platform called Plat
2   that AstraZeneca has, that AstraZeneca has --
3   should have all or virtually all of the
4   documents that the Plaintiffs had requested or
5   might be requesting in this case.
6           So, it is our position, Your Honor, that
7   now that they have taken an eight-hour
8   deposition, have seen the project list, it
9   seems to us that the fair way to proceed would
10  be for them to specifically request those
11  documents from AstraZeneca, which presumably
12  AstraZeneca is in a perfect position to
13  provide.
14          In the event that they couldn't, Your
15  Honor, and they feel that -- or AstraZeneca
16  says they can't find them or they can't locate
17  them or whatever, then it seems to me that a
18  fallback would be that we could be asked to
19  produce those, if we have them, to look for
20  them, produce them, but we should be
21  compensated for that effort by AstraZeneca or
22  the Plaintiffs or some combination thereof.
23  And -- because, again, we are a third party.
24  We are not a party to this suit.  Apparently,
25  there was a hearing in May, according to Mr.

Page 29

1   Allen, which he mentioned during the
2   deposition, Your Honor, at which time, well
3   before we got involved, there was a decision
4   that instead of obtaining these documents from
5   AstraZeneca, AstraZeneca said go after our
6   vendors and third parties and obtain those
7   documents from them and that's how we got
8   brought into this.
9           Well, we will produce documents if the
10  Court wants us to produce, we will cooperate,
11  but I would just reiterate that since these
12  documents are available from AstraZeneca, if we
13  have to produce anything, we should be
14  compensated, Your Honor, for the time that it
15  would take to do this.  And I mentioned this to
16  Ms. Wheeler yesterday.  I sent her a lengthy
17  email regarding this proposal, but I think she
18  was out of the office yesterday, maybe didn't
19  have a chance to see it or respond to it.
20          Finally, Your Honor, in terms of this
21  other deposition, I think we are getting ahead
22  of ourselves.  And what I think would be an
23  orderly way to proceed would be to wrap up the
24  issues regarding what documents are going to be
25  produced, how they are going to be paid for --

8  (Pages 26 to 29)

December 18, 2007                    Seroquel Products Liability Litigation

Page 30

1   I think it would just be more appropriate to
2   deal with that first. And then, separately, if
3   they see a need to depose someone else, then
4   they can serve subpoenas to do that. And, at
5   this point in the abstract I would think that
6   we would produce someone.
7       I think we would rather just, in terms of
8   proceeding, Your Honor, deal with resolving the
9   document production first, and then if they
10  want to start another deposition regarding the
11  people at CME, the continuing education folks,
12  then we can deal with that in that fashion.
13      The Court: Is this CBC a separate legal
14  entity from Parexel?
15      Mr. Mendillo: I believe, Your Honor, that
16  it is a separate division of Parexel, but,
17  candidly, I am not sure. And I agree that it
18  is in the same building on the same floor.
19      The Court: Let me hear AstraZeneca's
20  response.
21      Mr. Josephson: Your Honor, Richard
22  Josephson.
23      The Court: Come up to the microphone.
24      Mr. Josephson: I attended the
25  deposition --

Page 31

1       The Court: Make sure there is a mic in
2   front of you. I can hear you.
3       Mr. Josephson: Can you hear me now, Your
4   Honor?
5       The Court: Like I say, I can hear you.
6       Mr. Josephson: I attended the deposition
7   for AstraZeneca. The specific documents that I
8   heard Ms. Wheeler talk about, the project
9   definitions and the project timelines, the
10  testimony was that they were on a server at
11  Parexel and could be accessed from that server.
12      On the other hand, the testimony was that
13  the communications with AstraZeneca were
14  diffuse. They were with a number of people
15  over a number of years. And in terms of access
16  to two items that I heard the Plaintiff speak
17  about, it seemed -- and I didn't hear
18  Mr. Mendillo have any disagreement with that,
19  that those two items would be in one place, at
20  least at Parexel, on their database there, and
21  that was what the testimony was and during the
22  questioning of the witness.
23      On the continuing medical education, I'll
24  just mention that out of the 800 projects, the
25  witness was able to identify perhaps two or

Page 32

1   three out of the 800 that had something to do
2   in some fashion with continuing medical
3   education. I'm not saying that was all there
4   may have been or what the content was, but I
5   did want the Court to know that that was a very
6   small portion of the witness' knowledge in
7   terms of CME, at least from her testimony and
8   this 800 project list.
9       Finally, the last thing I'll just mention
10  to the Court is of the 800 projects, a number
11  of those, according to the witness, related to
12  projects that were started, essentially a
13  billing number opened, and never completed, so
14  that I don't know how many, and neither did the
15  witness, whether there had been -- were several
16  hundred that were actually taken to fruition or
17  whether there were more. She just was unable
18  to do it. But it was essentially all of their
19  billing numbers that were ever opened up, even
20  if they didn't go anywhere. So, I wanted to
21  mention that to the Court.
22      The Court: All right. Let me make a
23  prefatory remark and then I'm gonna give you an
24  assignment.
25      It certainly sounds to me as if Parexel is

Page 33

1   taking far too narrow an approach to what its
2   obligations are here. The -- whatever the
3   dimensions of its relationship with AstraZeneca
4   and whatever AstraZeneca's ability to have
5   duplicates of documents, Parexel has obviously
6   been very commercially successful with the
7   relationship and has a relationship with the
8   marketing of the product involved in this
9   litigation and, because of the potential
10  relevance of much of that, it poses on it
11  obligations to -- not quite those of a party,
12  but closer to that than someone off the street.
13  And I'll point out that individuals off the
14  street have obligations to respond to the
15  vicissitudes of litigation.
16      So, there really needs to be a much more
17  forthcoming approach. And it's really for
18  Parexel's own benefits in a very real sense of
19  limiting how much it needs to search and
20  research and review. And it doesn't sound
21  like -- there's been some grudging steps in
22  that regard, but not very complete ones.
23      Simple things that would have made
24  everybody's jobs easier just have not been done
25  and I don't understand that.

9 (Pages 30 to 33)

December 18, 2007                    Seroquel Products Liability Litigation

Page 34

1    And far from getting ahead of ourselves,
2  as alluded to, I don't think that's happened
3  yet in this case and it certainly doesn't sound
4  like it's happening with respect to this
5  production.
6    I'm going to require the parties and
7  Parexel, who is a party to this motion or set
8  of motions, to submit to the Court by Thursday
9  at noon, Thursday of this week, a final
10  statement as to what your respective positions
11  are.
12    It seems to me the Plaintiffs are
13  certainly entitled to find out more about what
14  this CBC is and get these project definitions
15  and descriptions and timelines.  And if some of
16  the projects are nothing more than billing
17  codes that never had any work done, it's the
18  easiest thing in the world just to eliminate
19  those and then let's get down to what's
20  important.
21    So, I expect that between now and Thursday
22  noon the parties will confer and, with the
23  prefatory comments I've made in mine, see if
24  you can't come forward with a plan to get this
25  going forward.  If Parexel wants to continue to

Page 35

1  press for reimbursement of costs -- I mean,
2  it's very difficult for me to even consider
3  that when they have yet to define what the
4  production is going to really be.
5    If it's a matter of pushing a button on a
6  server to get 90 percent of the information,
7  that doesn't cost very much.  It's a matter of
8  engaging somebody with a technical background
9  to do an email search.  You know, on 16
10  different servers that's a bigger problem.  But
11  even that, once we know what it is, we can
12  define it and figure out whether that's
13  something that the parties to the litigation
14  should bear on, or as a result of the commercial
15  relationship between the witness and its
16  customer, whether that's something that they
17  can deal with by their contract, or whether
18  it's just a -- should be part of the ordinary
19  business expense of someone involved in this
20  business.
21    So, I'll get that status report or
22  statement of respective positions by Thursday
23  noon.  I'll rule before the end of the week as
24  to how you are going to move forward on that.
25    Mr. Pennock:  Thank you, Your Honor.

Page 36

1    The Court:  All right.  AstraZeneca has
2  raised a number of objections to my
3  recommendation with respect to the case
4  schedules.
5    Plaintiffs have filed a response to that
6  agreeing to a couple of the clarifications and
7  generally disagreeing with everything else.
8    Let me just hear from you, first, from
9  AstraZeneca.
10    MR. MAGAZINER:  Thank you, Your Honor.  To
11  go through these in order might be the easiest
12  and simplest way to do it.  So, with Your
13  Honor's permission, I'll just refer to our
14  motion and address each of the issues in order.
15    The first has to do with the native
16  production.  Your Honor's order seemed to
17  contemplate that we would produce everything in
18  native format.  What we had intended to suggest
19  to the Court at the previous hearing was that
20  we would produce or reproduce certain items in
21  native format.  And in our motion for
22  reconsideration, we have spelled that out.
23    To the extent there is some dispute about
24  that, I would think that that would be
25  something that would be appropriate to be heard

Page 37

1  on the 4th.  But we just wanted to make sure
2  that Your Honor had not intended by your order
3  to increase or expand the scope of what we had
4  told the Court we would produce in native
5  format and we were concerned that the language
6  in Your Honor's order might have
7  unintentionally done so.
8    The Court:  Well, I'll confess to being
9  somewhat unclear as to what it was that you
10  intended.  I got the impression that there was
11  some lingering lack of certainty on the
12  Defendant's side as to how it could reliably
13  produce documents that it would be able to
14  certify were a complete production.  And I may
15  have, in my choice of words, gone with too much
16  of a shorthand on that.
17    It is, has been and continues to be my
18  intention that the Special Master for
19  electronic discovery was authorized to resolve
20  those issues so that whatever format is chosen
21  is, in a real sense, in the best interest of
22  both parties in terms of recognizing how the
23  database exists and how it can be presented in
24  a way that balances minimizing the cost of
25  production and maximizing the usable

10  (Pages 34 to 37)

December 18, 2007                          Seroquel Products Liability Litigation

Page 38

1    information that can be derived from everybody
2    from it.
3        So, I'll -- it would be my intention to
4    clarify that point and not to impose on you
5    something beyond what the Special Master
6    believes is going to be fruitful.
7        MR. MAGAZINER: Thank you, Your Honor.
8    The next point we raised was with regard
9    to third-party depositions and Plaintiffs have
10   said they did not object to our request that
11   the Court clarify its order in that regard.
12       Quite simply, the Court in its order said
13   that Plaintiffs would have until May 30th to
14   take third-party discovery --
15       The Court: I just -- I never heard you
16   identify any third parties you wanted to
17   depose.
18       MR. MAGAZINER: I think when Your Honor
19   first raised --
20       The Court: I didn't mean to cut you off
21   from that, I just didn't -- I hadn't heard you
22   talk about it.
23       MR. MAGAZINER: When Your Honor first
24   raised the issue of third parties, I think it
25   was back as early as April or May.

Page 39

1        The Court: Actually, it was September of
2    '06.
3        MR. MAGAZINER: Well, okay. That was
4    before I was in the case then, but I remember
5    discussing it in April or May. And, as I
6    remember the discussion at that time, Your
7    Honor asked us whether there were any third
8    parties that we thought we would want to depose
9    and we said that we didn't know of any at that
10   time, but we wanted to continue to think about
11   it throughout the discovery period, because
12   issues might arise which would make us wish to
13   depose some third parties. And all we are
14   asking in our motion --
15       The Court: Well, I don't have any problem
16   with that, but, like I said, that's why it was
17   phrased that way.
18       MR. MAGAZINER: Thank you, Your Honor.
19   With regard to the expert deadlines and Daubert
20   motions, I'm afraid there's been some confusion
21   here. And I think I and my colleagues may be,
22   in large part, responsible for the confusion
23   and I apologize to the Court for that.
24       I said in our motion to reconsider that
25   Plaintiffs and we intended something different

Page 40

1    from what the Court had ordered. Plaintiffs
2    had responded and said that their intention was
3    not what I thought it was, so I'm going to
4    amend that and say, it was not our intention to
5    suggest to the Court the procedure which the
6    Court has ordered.
7        So, to back up, there are two sort of
8    separate tracks that are going to go -- we are
9    going to go down from this point forward. One
10   is the track involving the Florida cases and
11   the other is the track involving all the other
12   cases, which, if they are ever tried, will
13   necessarily be tried after remand to the
14   transferor courts because there is no ability
15   of this Court to try those non-Florida cases.
16       As I understand the Court's wish, and it's
17   one with which we concur, is that the focus for
18   the next year or so be primarily on the Florida
19   track and not so much on the non-Florida track.
20       And the Court ordered us to get together
21   with Plaintiffs and try to work out procedures
22   and schedules involving the Florida track of
23   cases. And we had a number of conversations
24   with the Plaintiffs regarding the Florida track
25   of cases and we then eventually filed with the

Page 41

1    Court our notice of what we thought should be
2    the procedures and schedules for the Florida
3    cases.
4        And, of course, we said in that notice
5    that it applied to the Florida cases and said
6    nothing about the other track, the non-Florida
7    cases. The title of the notice was joint
8    notice regarding proposed scope of
9    case-specific discovery in Florida-related
10   cases.
11       And in the introductory paragraph, we said
12   that the parties together respectfully submit
13   this joint proposal regarding the scope and
14   scheduling of case-specific discovery in the
15   Florida-related cases.
16       I can't speak for Plaintiffs about their
17   intention and their understanding, but our
18   intention was as stated in that notice, that it
19   dealt with the Florida cases.
20       Our proposal for a schedule regarding the
21   Florida cases was that the experts, either
22   those who are talking about an individual
23   Plaintiff or those who are addressing generic
24   subjects, which are going to be part of a
25   Florida trial; that is, generic experts whose

11 (Pages 38 to 41)

December 18, 2007                    Seroquel Products Liability Litigation

Page 42

1    testimony was going to be offered as part of a
2    Florida trial, that they be identified, their
3    reports are submitted, the discovery taken and
4    Daubert motions filed according to the schedule
5    that we jointly submitted.
6         The confusion has arisen because Your
7    Honor's order -- Your Honor, reading some of
8    the language of our proposed schedule,
9    misinterpreted, at least what our intention
10   was, and implied that same schedule to the
11   non-Florida cases and said that the
12   identification, the reports, the depositions
13   and the Daubert motions regarding generic
14   experts in all the other thousands of cases
15   would also be done on that same schedule.
16        Again, I can't say that it was the
17   Plaintiffs' intention to say otherwise, but it
18   certainly wasn't our intention to suggest to
19   the Court a schedule for generic experts in the
20   non-Florida cases.
21        What we would ask the Court to do at this
22   time is to make clear that its order regarding
23   experts applies only to the Florida cases; that
24   is, both the case-specific experts and the
25   generic experts who will be identified to

Page 43

1    testify in the Florida cases and that the Court
2    is not now addressing a schedule for the
3    identification of generic experts in the other
4    thousands of cases on that other completely
5    independent track.
6         In that regard, we had a very brief --
7         The Court:  We didn't have a second slate
8    of generic experts for the non-Florida cases?
9         MR. MAGAZINER:  I don't think anyone, at
10   this point, knows whether there will be a
11   different slate of generic experts for the
12   non-Florida cases.  And I'm not sure that
13   Plaintiffs and we actually disagree on what
14   should happen with that non-Florida track.
15        The Court:  It was my intention,
16   regardless of what the parties intended, that
17   since we had a little arm twisting, had picked
18   out the Florida cases to go forward, that that
19   would give us a track to get the rest of the
20   cases -- the multi-district cases -- that we
21   had a schedule for it that has fallen apart for
22   reasons extraneous to this discussion right
23   now.  But this would let us get everything back
24   on track, except, obviously, there would be
25   some case-specific issues or there may be law

Page 44

1    in other states that's going to apply to the
2    non-Florida Plaintiffs that we don't need to
3    deal with right now.  We can put that off.
4    But, it was my thought to get everything else
5    ready.
6         And then for Judge Conway, she is gonna
7    have to figure out how she wants to try the
8    hundred and some -- or, you know, if a fraction
9    of those are left or what fraction she chooses
10   to bring to trial, how she's gonna try them or
11   how she's gonna get the other District judges
12   to try them here or have them ready for trial.
13        And then I haven't decided in my mind, and
14   it's not for me to decide, and ultimately, I
15   don't think Judge Conway has, whether -- what
16   shape we're going to have those other several
17   thousand cases in when it comes time to turn
18   back to the transferor districts, whether we're
19   going -- she's going to want me to supervise
20   all the discovery in those cases so that when
21   they go back, they are ready for a final
22   pretrial conference and trial, or whether we
23   are going to say, look, we've got all the
24   generic issues done, we've got some state
25   issues or some Plaintiff-specific issues or

Page 45

1    Plaintiff-specific discovery from a pharmacist
2    or a doctor in those cases, we'll let the
3    transferor courts handle that.  That's an open
4    question as far as I'm concerned.
5         But, at the very least, we are going to
6    have all the experts in and the big issue.  It
7    seems to me that's the primary purpose of this
8    multi-district litigation.
9         Mr. Pennock:  Judge, may I have a few
10   comments?
11        The Court:  Let me hear from
12   Mr. Magaziner.
13        MR. MAGAZINER:  Your Honor, I understand
14   that that was, indeed, the Court's intention
15   and the Court entered an order to that effect
16   back in March of 2007, which established, I
17   think, December 31st of 2007, that is the end
18   of next week, as the deadline for Plaintiffs to
19   identify and submit reports for all their
20   experts and gave us, I think, until
21   February 15th of 2008 to do the same.
22        And I understand that was the Court's
23   intention, but there are two things that have
24   happened since then.  One is that the Court has
25   now identified a group of cases that it can

Sunshine State Reporting/Osceola Court Reporters
Toll-Free 866-276-DEPO (3376)

Page 46

1   try.  At the time in March of 2007 when we were
2   dealing with the question of generic experts,
3   there were only three Florida cases -- three
4   cases that had been filed in the Middle
5   District of Florida and it looked like they
6   were all going to disappear.  And I think they
7   all have, in fact, been dismissed voluntarily.
8   So, we were looking at a slightly different
9   situation than we have today.
10      But I do understand that was the Court's
11  intention when you entered that order.  If the
12  Court is going to adhere to that plan, then I
13  would just suggest that the schedule should be
14  something different from what the Court has
15  said in its report and recommendation.
16      I don't know that the Court should adhere
17  to that plan, however, and I would like the
18  opportunity, perhaps at another time or with
19  further brief, to explain why perhaps that is
20  not the right plan to adhere to at this time.
21      Your Honor asked a question, are we gonna
22  have a different slate of experts for the
23  non-Florida cases.  And the answer is, no one
24  knows, but it could happen.  And there are
25  practical reasons for that.

Page 47

1       For example, there are 30 cases that are
2   going to be identified for the initial trial
3   pool in Florida, as Your Honor knows.  Some
4   fraction of those will still be viable after
5   dispositive motions, perhaps, and after Daubert
6   motions, and some number of those 30 will be
7   tried in this Court as everyone understands.
8       For those cases, the parties, both the
9   Plaintiffs and Defendants, might elect to use
10  experts who are located in Florida to testify
11  before Florida juries in these Florida cases,
12  which may not be the same as the experts who we
13  would choose to use to testify in New York or
14  in California or in Idaho after one of those
15  cases from one of those states get remanded for
16  trial in that state.
17      It might be that we would prefer in Idaho
18  to have an Idaho expert and Plaintiffs might
19  have the same preference.  So, the question is,
20  do we need to identify now all of the experts
21  for all the non-Florida cases or would it
22  suffice, given the changed landscape, to
23  identify promptly; that is, after on the
24  schedule that the parties suggested the experts
25  for Florida cases and to identify, at a later

Page 48

1   time, or a different schedule, the experts for
2   the other cases?
3       If Your Honor believes that we should
4   identify all of them in the next year, then I
5   would just ask the Court to re-examine the
6   schedule in its order, because it gives us
7   three weeks after the Plaintiffs have submitted
8   their list of all their experts and all their
9   expert reports for all the cases ever to be
10  tried, gives us three weeks to respond and that
11  doesn't seem to us to be a long enough time.
12  It's less time than what the Court contemplated
13  in its March order.
14      We thought that was an adequate amount of
15  time when we thought we were dealing only with
16  the Florida cases, but we would respectfully
17  submit to the Court that's not an adequate
18  opportunity for us to deal with all the experts
19  for all cases.
20      What I was about to say -- and Mr. Pennock
21  will address the Court in a moment, of course,
22  Mr. Pennock and I had a very brief conversation
23  about this yesterday evening.
24      Mr. Pennock:  Where?  At what time?
25      MR. MAGAZINER:  Yesterday evening.

Page 49

1       The Court:  Before or after the cocktail
2   hour?
3       MR. MAGAZINER:  And I wasn't about to
4   represent anything other than we had a
5   conversation about this yesterday evening and
6   it seemed to me after that conversation that
7   there might be some benefit in having further
8   conversations before the cocktail hour to
9   figure out what makes sense with regard to the
10  non-Florida track.
11      I'll sit down for a moment and let
12  Mr. Pennock address that and then see if there
13  is -- if there are any other issues.
14      The Court:  Well, is there -- yeah, there
15  are some other issues.
16      MR. MAGAZINER:  There are some other
17  issues, but why don't we address that --
18      The Court:  Okay.
19      MR. MAGAZINER:  Thank you, Your Honor.
20      Mr. Pennock:  Your Honor, I said where,
21  because it was, I considered to be, a very
22  brief, Paul, can I ask you a question,
23  come-over-to-my-table conversation.  Certainly,
24  it was not meant to address any substantive
25  thoughts regarding -- from the Plaintiffs.

13  (Pages 46 to 49)

December 18, 2007                    Seroquel Products Liability Litigation

Page 50

1     But, in any event --
2          The Court:  Not what you care to have
3     labeled a meet and confer?
4          Mr. Pennock:  That's exactly -- thank you,
5     Judge, for articulating that.
6          Judge, I'm going to consider the trash can
7     to be here and I'll stay away from the
8     rhetoric, except for this one -- allow me this
9     one comment.
10         The Defendant's position on this is really
11    something of an absurdity.  And the reason I
12    say that is, to suggest that -- first, I
13    thought they were suggesting that we had to get
14    all of our expert reports in by the end of this
15    year.  Now I think I'm hearing something
16    different.  If they are suggesting that,
17    clearly that can't happen since discovery from
18    them on massive amounts of scientific
19    information that they alone have is far from
20    concluded, someone could argue that it's barely
21    begun.
22         So, expert disclosure at this point in
23    time in any way is simply an impossibility
24    unless they want our experts to just take
25    guesses at what the scientific information is

Page 51

1     that they have.
2          In terms of disclosure of experts this
3     summer pursuant to Your Honor's order, I
4     thought that Your Honor's order mirrored --
5     virtually mirrored what we had agreed to with
6     the Defendant.
7          I thought that Your Honor's order, in
8     virtually all respects, mirrored what we had
9     agreed to.  In terms of expert discovery, it
10    certainly had -- of the one permutation, I
11    think the Court sided a little bit with the
12    Plaintiffs' position, but the bottom line is
13    that we are going to serve a group of expert
14    reports on -- I think on 30 cases; that there
15    will be general experts.  I think that's a more
16    appropriate term than generic.  There will be
17    general experts who will give opinions
18    generally on the science; generally on the
19    statistics, probably; and generally on the
20    liability, in all likelihood, of the Defendant;
21    generally on the regulatory issues,
22    potentially.
23         And, again, I'm not committing that each
24    of these areas will be covered, but this would
25    be typical.  And that those general expert

Page 52

1     reports will operate as the reports for all of
2     the Florida cases that may be going to trial.
3          In addition, there will be case-specific
4     reports with respect to case-specific causation
5     and any other case-specific issues, such as
6     damages issues for each of the 30 cases that
7     potentially may go to trial in the Florida
8     group.
9          From that, there will undoubtedly be a
10    good deal of motion practice, including general
11    Daubert motions, case -- potentially
12    case-specific Daubert motions that a particular
13    expert's methodology was flawed, you know, as
14    per Komo Tires as opposed to a general flaw in
15    the entire methodology of the experts.
16         And those motions will be decided -- in
17    terms of the general Daubert motions, you know,
18    I would imagine that there may be some
19    precedential effect or law of the case with
20    respect -- I mean, I can't predict until we get
21    there, but it seems to me that the general
22    experts would be disclosed and they will do the
23    depositions and motions will happen and that
24    will be that.
25         We certainly never intended that there

Page 53

1     would be a separate slate of experts served for
2     the entire M.D.L. after August.  I mean, it's
3     conceivable that different experts might be
4     selected upon remand for case-specific
5     discovery, but there was never any
6     contemplation or discussion -- contemplation by
7     the Plaintiffs or discussion with the
8     Defendants that there would be a separate slate
9     of experts chosen at any time, other than the
10    ones that will be chosen and disclosed and
11    deposed and have motion practice regarding in
12    the group under the context -- in the context
13    of the Florida cases.
14         So, again, I think that Your Honor's order
15    was really along the lines of what we discussed
16    and we have no intention or did not -- will do
17    whatever Your Honor orders, but we certainly
18    are not in a position to serve expert reports
19    at this juncture and we have no intention of
20    serving a separate slate of experts after the
21    Florida experts are -- the Florida disclosures
22    are done.  Again, with the exception of case
23    specific.  You will always need a different
24    case -- a case-specific expert that may happen
25    upon remand in Idaho or wherever on case

14  (Pages 50 to 53)

December 18, 2007                    Seroquel Products Liability Litigation

Page 54

1  specific causation or on damages.
2      But, by the time we ever reach that, this
3  Court will have laid the parameters for expert
4  opinions in this litigation.
5      MR. MAGAZINER:  I was not suggesting, of
6  course, that the Plaintiffs' expert reports be
7  due on December 31st.  As a matter of fact, as
8  we said in our motion to reconsider, quote,
9  parties anticipated, of course, that the Court
10  would likely amend that schedule; that is, the
11  schedule of the March 7th order, but it was not
12  the purpose of the joint Florida notice to
13  address the issue.
14      The joint Florida notice was intended to
15  address the Florida cases, again, not the issue
16  of the other non-Florida cases.
17      Mr. Pennock says that he does not
18  contemplate having experts for the other cases
19  in the M.D.L. beyond those whom Plaintiff
20  identifies for the Florida cases.  I guess
21  that's Plaintiffs' option to do whatever they
22  want in that regard, but all I'm saying, Your
23  Honor, is we had not, in submitting our joint
24  notice with a schedule and procedures for the
25  Florida cases, intended also to address all the

Page 55

1  non-Florida cases.
2      If Your Honor wants to hear further
3  argument or briefing on the issue of how we
4  should handle the generic or general experts in
5  the non-Florida cases, we would be very happy
6  to present a motion in that regard.  But, at
7  the very least, we would ask the Court to amend
8  its schedule so that we are given more than
9  three weeks to respond to however many experts
10  Plaintiffs may designate for all the cases in
11  the M.D.L., Florida and non-Florida, because
12  three weeks clearly is not adequate.
13      The Court:  All right.  You want to talk
14  about the other issues?
15      MR. MAGAZINER:  The limitations on
16  case-specific depositions, I think we laid this
17  out in our motion for reconsideration.  We are
18  concerned, particularly, about our ability to
19  depose doctors.  We -- the idea that a doctor
20  who is -- whom we are allowed to depose for two
21  hours during the limited discovery phase counts
22  against our limit of ten depositions per case.
23  It's going to be very difficult for us to deal
24  with, because we get to depose a doctor, as I
25  said, for two hours in the limited phase.  If

Page 56

1  we need to get more testimony from that doctor
2  and have to redepose him, that one doctor is
3  then going to be counted as two against us.
4      And it never counts as two against
5  Plaintiffs because we are the ones who get to
6  choose the doctor to be deposed in the limited
7  discovery phase, so it can only count us, not
8  against Plaintiffs.
9      The other point we tried to explain to the
10  Court in our papers is that Plaintiffs have the
11  ability to meet with -- Plaintiffs' counsel
12  have the ability to meet with Plaintiffs'
13  doctors.  There is no ethical or procedural
14  rule or prohibition against their doing that.
15      In many, many jurisdictions, we are not
16  permitted to meet with Plaintiffs' doctors, so
17  we are the ones that need the discovery of the
18  physicians.  Plaintiffs often do not need the
19  discovery because they can interview the
20  doctors informally ex parte without our being
21  present and can find out from the doctors what
22  the doctor's position might be and what facts
23  the doctors might be expected to testify to if
24  they are called as witnesses at trial.
25      So, again, this is sort of an imbalance

Page 57

1  that the rules create and then to give each
2  side only ten depositions, the same number of
3  depositions creates an advantage for the
4  Plaintiff and puts us at a considerable
5  disadvantage.
6      I think that's all I'll say on that, but
7  we briefed this for the Court.
8      Finally, our motion to reconsider asks the
9  Court to reconsider the inclusion of the
10  language about sanctions.
11      As we said in footnote (6) of our motion,
12  we felt the need to ask the Court to reconsider
13  that language, because we did not want ever to
14  be in the position of having been deemed to
15  have waived our objections to the Court's
16  language about sanctions.  All we are asking
17  the Court to do at this time is not to say that
18  we shouldn't be sanctioned or we can't be
19  sanctioned or that the sanctions that
20  Plaintiffs have asked for are inappropriate.
21  We believe all those things to be true, but we
22  are not asking the Court to find that.  We are
23  merely asking the Court to reconsider whether
24  that language needs to be included in the
25  Court's report and recommendation at this time.

15  (Pages 54 to 57)

December 18, 2007                                    Seroquel Products Liability Litigation

Page 58

1       If Your Honor has any questions, I would
2   be happy to address them.
3       The Court:  Anything Plaintiffs want to
4   say beyond what's in your response?
5       Mr. Pennock:  No, Your Honor.  I mean, in
6   terms of the position of depositions, I mean,
7   it's like Yogi Berra says, it's deja vu all
8   over again.  We argued it.  We are happy with
9   the Court's -- or, I should say, we are
10  satisfied with the Court's order in this regard
11  and we think it reflects the law and that the
12  Court did not err in any way or misconstrue the
13  law or misconstrue the facts or arguments that
14  were made previously.
15      The Court:  Okay.  I'll take all those
16  things under advisement.
17      We have got a briefing in now on the issue
18  of production of documents that were reviewed
19  by witnesses, AstraZeneca's employees, prior to
20  their deposition that apparently were
21  assembled -- at least some of which may have
22  been assembled by counsel.
23      I'd say we have a little bit of a
24  chicken-and-egg issue in terms of who has got
25  the burden to establish what.  And I'll say

Page 59

1   this, that I'm -- the Sport (ph) case has been
2   floating around out there and the 11th Circuit
3   has avoided talking much about it and I'm not a
4   big fan of it.  Circumstances do vary depending
5   on how people conduct themselves.  And I'm
6   gonna issue a written order on this, but just
7   so you have an idea of what I'm mulling about,
8   the -- based on the record we have, that we
9   have a particular witness where the amount of
10  attorney prep with the witness seemed to me to
11  be extraordinary in the amount of time and
12  there's some indication that the witness did
13  not much besides talk to the attorney to
14  prepare, which I find somewhat troubling.
15      You know, the witness has got obligations
16  beyond what counsel has.  And the witnesses
17  ought to be reviewing their files and we went
18  through this custodial production where
19  witnesses were supposed to identify what was
20  important and, presumably, they know what's
21  important more than the attorneys do in terms
22  of the conduct of the business.
23      So, I have some concern that the -- to the
24  extent there is attorney work product here, to
25  the extent it shows mental process, maybe a

Page 60

1   process that we don't particular want to
2   shield, if that's what shaping the witness'
3   preparation to that degree.
4       On the other hand -- and the other problem
5   I have -- and the case law that talks about
6   this issue -- it's significant in whether the
7   documents are already in the hands of the other
8   side, in which case they can do their own
9   homework; that's the whole principal of work
10  product.
11      Well, I don't know how Plaintiffs know
12  that given the problems that we have had with
13  production of documents, so that's an issue I'm
14  concerned about as well.
15      Having said those things -- well, I'll
16  issue a written order unless there is anything
17  else anybody wants to add at this point?
18      I guess it's your motion to compel.
19      Mr. Pennock:  Your Honor, Plaintiffs have
20  nothing further to add to that.
21      MR. MAGAZINER:  Mr. McConnell is going to
22  address that.
23      MR. MCCONNELL:  Your Honor, I understand
24  you are going to be issuing a written order.
25  I'll just say that the record in this case

Page 61

1   shows that whatever documents were shown to the
2   witness during the course of attorney
3   preparation with that witness were documents
4   that already were in the hands of the
5   Plaintiffs.  That's number one.
6       And number two, in a way to avoid what
7   seems to be some of the thorny issues relating
8   to Sport (ph) that you have discussed, the
9   record in this case shows absolutely no
10  foundation in terms of whether the documents
11  refreshed the witness' recollection.
12      I would say, Your Honor, that I have
13  trouble by your comments regarding the
14  preparation process.  I believe that it is
15  absolutely appropriate for an attorney to meet
16  with a witness to prepare for deposition.  That
17  fact of meeting and how long it took and who
18  was involved, that's typically exploited by the
19  other side when the witness testifies at trial,
20  but the fact that such preparation, I think, is
21  perfectly ordinary and there is nothing even
22  remotely improper about it.
23      The Court:  No, it would be improper not
24  to.  I understand that, but there is some
25  indication there was six days' worth, which

16  (Pages 58 to 61)

December 18, 2007                                    Seroquel Products Liability Litigation

Page 62

1   seems to be an awful lot, I don't care who the
2   witness is.  And I didn't mean to imply that
3   you shouldn't be prepping your witnesses, but
4   the witnesses have some independent
5   obligations.  And it just seems to me if an
6   attorney spends six days with the witness and
7   only 42 documents out of 10 million pages have
8   been produced are looked at, I'll draw the
9   inference that that helped refresh the witness'
10   recollection, if that's all the preparation
11   that was done for the deposition.
12       So, I'll just say that.  It doesn't
13   control the outcome here.
14       MR. MCCONNELL:  Your Honor, if I could
15   just say though, just in additional context,
16   these are depositions that last two full days.
17   There may come a point when these depositions
18   from some of these depositions will be before you.
19   And what Your Honor will see is they are not
20   only lengthy depositions, they are
21   extraordinarily aggressive depositions and I
22   think that there is just no basis to draw an
23   inference with no factual predicate that the
24   showing of documents during a deposition
25   refreshed the recollection.  In fact, the way

Page 63

1   in which that would be tested, as it typically
2   is, is that the interrogating attorney asked
3   the witness, were you shown documents?  Did
4   they refresh your recollection?  And that
5   establishes the factual record.
6       The Court:  All right.  Let's move on to
7   the motions to compel with respect to specific
8   requests for production.
9       I got the statement of the narrowed
10   issues.  Is there anything else to present on
11   that before I rule?
12       Ms. Wheeler:  Your Honor, I can discuss
13   particular requests, I can go through it
14   however you would like me to do it.
15       The Court:  Well, whatever you think is
16   helpful.
17       Ms. Wheeler:  Okay.  We have managed to
18   narrow the issues quite a bit, I think.  One of
19   the biggest issues that we have encountered
20   that we have not been able to agree on is the
21   Plaintiffs' request that AstraZeneca identify
22   specific Bates numbers for certain documents
23   that we have requested.  And that is on page
24   three of the statement of narrowed issues.
25       We had propounded marketing requests,

Page 64

1   sales requests and promotional regulatory
2   affairs requests.  And in response to several
3   of our requests, AstraZeneca just referred us
4   to their PRA production, which was, I believe,
5   approximately 62,000 pages of documents.
6       AstraZeneca did also produce at one point
7   an index of ESTAR materials, but the problem,
8   Your Honor, is that the index, while it lists
9   specific documents, does not provide Bates
10   numbers.  And, so, you can't locate a document
11   on the ESTAR index and then go into the PRA
12   production itself and search by Bates number to
13   locate that document.
14       I personally have sat down and tried to
15   search the index and the PRA production for
16   several of these items that we have requested
17   and simply haven't been able to find them.
18       So, that's kind of where our problem lies,
19   is that we have made very specific requests and
20   we can't find the documents in the PRA
21   production.
22       Also, we have made requests that aren't as
23   specific, but they request, for example,
24   materials that were provided to speakers who
25   were speaking on Seroquel and we were referred

Page 65

1   to the promotional regulatory affairs
2   production.  And, again, that doesn't help us
3   determine which of those documents were
4   provided to speakers.  And, so, we just don't
5   know.  So, that's one of the biggest issues
6   that we have encountered.
7       There are some other minor issues --
8       The Court:  Have those documents been
9   produced in a format that's text searchable?
10       Ms. Wheeler:  Yes, they have been produced
11   along with the PRA production.  As I said, I
12   did sit down and try to perform some of my own
13   searches and weren't able -- although it would
14   pull up certain documents, it didn't pull up
15   documents that we had specifically requested,
16   but it might have pulled up documents that
17   referred to those documents.
18       One example that I'll give you is the mini
19   amono celcia (ph), I believe is the name of it.
20   I searched the PRA production for that and
21   wasn't able to come up with anything with
22   respect to that, even though we were told that
23   it was in the PRA production.
24       There are a few issues that are addressed
25   under subsection (A), the first requests that

17 (Pages 62 to 65)

Page 66

1    deal with foreign documents, drafts of package
2    inserts, patient information sheets, dear
3    doctor and healthcare provider letters.
4        AstraZeneca has provided final drafts of
5    that information, but we have -- I'm sorry,
6    final documents with respect to that request,
7    but we have also requested drafts and
8    AstraZeneca has not agreed to provide drafts to
9    us.
10       The issue may be related to the Gel
11   database that was addressed in Special Master
12   Ball's report. I don't know if those drafts
13   have been non-retained or if they are still in
14   the Gel database. I just don't know the answer
15   to that. I have been told some drafts may have
16   been produced in the custodial production and
17   AstraZeneca is looking into whether they would
18   be willing to give us Bates numbers for those
19   materials.
20       As far as the request number 23, which
21   seeks internal and external communications,
22   including emails regarding protocols for
23   clinical Study 125. Study 125, which is also
24   known as Stage, the Schizophrenia Trial to
25   Evaluate Atypical Anti-Psychotic Glucose

Page 67

1    Effects was commissioned by AstraZeneca to
2    determine the effects of Seroquel and two other
3    anti-psychotics on weight, lipid levels and
4    glucose control.
5        Martin Brecker, who is one of the
6    physicians at AstraZeneca who was very involved
7    in the Seroquel clinical trials has described
8    Study 125 as the Seroquel glucose story.
9        It is a very, very important trial in this
10   case and we have requested communications with
11   respect only to that particular trial, although
12   obviously there have been many other trials
13   conducted with respect to Seroquel. So, we
14   think that information is very relevant to this
15   case.
16       With respect to request number 58,
17   communications between members of the Benefit
18   Risk Team for Seroquel. The Benefit Risk Team
19   for Seroquel was the team who dealt with
20   emerging safety signals for Seroquel. They
21   updated the patient risk management plan. They
22   established, reviewed and maintained AZ's
23   position on Seroquel's risk benefit profile.
24       It is the team that probably had the most
25   to do, at least with respect to the discovery

Page 68

1    that we have done so far, with communicating
2    the risks associated with Seroquel. So, we
3    think communications between those team members
4    are particularly relevant.
5        With respect to request number 67, which
6    seeks notes regarding contacts with any foreign
7    regulatory authority in the United Kingdom,
8    Australia, Canada, Japan, Sweden and the
9    Netherlands relating to Seroquel. We have
10   learned through the discovery we have conducted
11   so far that there was a lot of regulatory
12   activity in Europe with respect to Seroquel.
13       Certain regulatory authorities requested
14   more warning language with respect to
15   hyperglycemia and diabetes. Japan required a
16   label change. There was just a lot of
17   regulatory activity. So, we think that any
18   notes regarding contacts with those authorities
19   is particularly relevant in this case.
20       Although we represent American Plaintiffs,
21   obviously what AstraZeneca knew and what the
22   foreign regulatory authorities knew, which
23   resulted in their particular measures is also
24   particularly relevant to this case.
25       That also bodes true with the UK marketing

Page 69

1    authorization, which we seek in request number
2    75. The UK also required more warning language
3    with respect to hyperglycemia and diabetes and
4    we think that the information that they were
5    provided and that AstraZeneca knew about is
6    also relevant to this case.
7        We have also requested notes and
8    communications taken by or between various
9    Seroquel teams. We have tried to limit that
10   request to certain teams. And AstraZeneca has
11   just expressed that it's too burdensome to
12   produce that information, but we disagree.
13       I don't understand why AstraZeneca can't
14   go to particular team members and request their
15   notes, request their communications, but
16   AstraZeneca has not agreed to do that.
17       Finally, Your Honor, request number 9 in
18   the PRA request seeks principles of
19   prescription drug promotion.
20       It is our contention that this entire case
21   is going to revolve around the way that
22   AstraZeneca promoted this drug. Obviously,
23   this particular document is going to be
24   particularly relevant. AstraZeneca has claimed
25   that this document contains privileged

18  (Pages 66 to 69)

December 18, 2007                    Seroquel Products Liability Litigation

Page 70

1    information, so we are just asking that the
2    Court look at this document, determine if it
3    does indeed contain privileged information, and
4    order AstraZeneca to produce it accordingly or
5    redact certain information.
6        That's all I want to cover. If you have
7    any questions, I'll be happy to answer them.
8        The Court: Hear from AstraZeneca.
9        MR. MAGAZINER: I believe Mr. McConnell is
10   going to cover these issues, Your Honor.
11       MR. MCCONNELL: Your Honor, this is
12   Stephen McConnell. I'm going to address these
13   issues. I'll try to keep it brief.
14       Ms. Wheeler is correct that a lot of
15   progress has been made. There were something
16   like 294 requests when you factor in the
17   subparts and it looks like we are basically
18   down to nine issues.
19       For those nine issues, I think the
20   analysis for the Court is going to be basically
21   the same. I think it's a weighing of what's
22   the marginal relevance, first, as to what we
23   think a massive burden. And the analysis
24   comes straight out of Federal Rules of Civil
25   Procedure 26(B)2. We think a lot of what is

Page 71

1    being asked for here is cumulative or
2    duplicative. All of it involve burdens that
3    far outweigh the benefit.
4        I'll just go through the same requests
5    that Ms. Wheeler went through.
6        A number of the requests, including
7    request number 14, involve requests for foreign
8    materials. And, as Ms. Wheeler said, we did
9    provide the final package inserts and patient
10   information sheets and dear doctor letters that
11   were used overseas, but we drew the line at
12   providing the drafts. And the reason is that
13   the only way to find these drafts -- unlike the
14   final labels, which, of course, you can find in
15   a file fairly easily, to try and get the
16   drafts, you would have to go overseas to the
17   UK, Australia, Canada, Japan and Sweden, I
18   think were the countries at issue, and you
19   would have to go around and interview people
20   and try to find in files the drafts that people
21   have, which is a huge project. And, then, when
22   you weigh that against the marginal relevance,
23   of which there is virtually none -- and the
24   reason I say that, is because this may be a
25   slight over-simplification, but in this case

Page 72

1    the kinds of documents that Plaintiffs are
2    seeking go usually to one of two issues. One,
3    what did you go out and say to doctors or the
4    medical community? And the other is, what did
5    the company know about the client? And these
6    draft foreign materials don't go to either.
7    They are draft materials that were internal.
8    So, certainly -- and they're overseas. So,
9    they certainly didn't play any role in terms of
10   affecting what prescribers for these Plaintiffs
11   in these case did.
12       In terms of going to the company's
13   knowledge in regards to medical issues, they
14   don't go to that either. Because, as
15   Plaintiffs have already found out, the way that
16   AstraZeneca internally addressed the issue of
17   medical issues and risks is through a process
18   called SERM and through a core data sheet,
19   which the company puts together that lists all
20   the company's thinking on the medical issues.
21       Then, what happens is with that core data
22   sheet, for every country that has its own
23   regulatory regime, there is a process whereby
24   you have to comply with whatever it is that
25   that country has with that country applying its

Page 73

1    own standards. So, the drafts or
2    communications, which is another request that
3    Ms. Wheeler spoke about, all that goes to is
4    what has to be done to comply with the
5    regulatory standards that exist in the United
6    Kingdom, Australia, Canada, Japan or Sweden.
7        So, Your Honor, that issue is absolutely
8    irrelevant to this case. There's just no
9    marginal relevance there. And, again, as I
10   said, the burden of going around -- there is no
11   equivalent, there's no Gel, I think that -- I
12   think Ms. Wheeler raised the issue, Gel does
13   not have -- I don't think ever had the foreign
14   drafts of these materials. So, to get this
15   stuff will take a long time and a lot of work,
16   and the relevance is virtually nil.
17       With respect to request number 23, which
18   seeks internal and external communications,
19   including emails regarding protocols for Trial
20   125. Our point is this is an example of
21   information that would be cumulative or
22   duplicative and certainly burdensome, because
23   most of the -- the people who would be the
24   folks who would have this stuff are custodians
25   whose files we have already produced, and

19 (Pages 70 to 73)

December 18, 2007                    Seroquel Products Liability Litigation

Page 74

1    something I guess we'll talk about later, if
2    there is an issue of going forward.
3         But Martin Brecker, who was named by Ms.
4    Wheeler, is a custodian and we have produced
5    his files.  In addition to the custodial files,
6    the IMD, the MDA, and the published submission
7    files, share productions, contain a significant
8    number of documents that go to this.
9         But, to try to go that extra -- not extra
10   mile, it's just such an infinitesimal small
11   amount in terms of relevance, but a huge amount
12   in terms of benefit, doesn't make sense because
13   we have to go around to everybody who ever
14   possibly had anything to do with Trial 125 and
15   look at their, quote, internal and external
16   communications, including emails.
17        So, I suggest to Your Honor that that's a
18   straight 26(B)2 analysis.
19        Communications between members of the
20   Benefit Risk Team is what is at issue in
21   request number 58.  That Risk Benefit Team,
22   Your Honor, was, I believe, formed after July
23   of 2006, which was the collection cut-off date
24   that we agreed with.  So, this is something
25   going forward, which, again, is an issue that

Page 75

1    we are going to have to address.  And it may be
2    in the course of negotiating something
3    reasonable on that, this may be taken care of.
4         But when Ms. Wheeler described what it was
5    the Risk Benefit Team did, what she was really
6    describing is a process that resides in the
7    SERM, S-E-R-M.  And those are materials that
8    we've been collecting and those are materials
9    that we've been producing.  Again, it's
10   something that we are going to address going
11   forward.
12        In terms of this Risk Benefit Team, which
13   was formed much later, I suggest that what's in
14   there is likely cumulative, but it may also be
15   subsumed under whatever additional custodial
16   production ends up taking place.  As I
17   understand it, there's something like 23
18   different people who were on the Risk Benefit
19   Team, nine of those 23 are already custodians
20   in this case.  So, if there is going to be some
21   sort of supplemental targeted production and
22   update on that, I think that that would address
23   that.
24        Request number 67, Your Honor, involves
25   notes regarding contacts with any foreign

Page 76

1    regulatory authority overseas, UK, Australia,
2    Canada, Japan, Sweden and the Netherlands.
3         I'll just say that I'm not going to repeat
4    the argument I made before.  That's information
5    where the marginal relevance is virtually nil,
6    going to compliance with foreign regulatory
7    regimes that are different from whatever is
8    pertinent to the cases here.  And the burden of
9    going around and trying to collect notes from
10   everybody overseas -- and these are different
11   companies, Your Honor.  I mean, they are
12   separate entities, particularly in Japan, which
13   has a separate marketing entity.  There is no
14   central way of doing it and there is no quick
15   way of doing it and to search the files of
16   individual employees in each of the foreign
17   marketing companies at issue to try and find
18   notes reflecting any contact with a foreign
19   regulatory entity is a lot of work.
20        And then when Ms. Wheeler was describing
21   how it might be relevant, one thing she said is
22   were you saying something -- were you saying
23   something different to foreign regulators than
24   you were saying to the FDA?  Well, one, of
25   course you probably would be, because there is

Page 77

1    a different regulatory regime.
2         So, in terms of that, that's just an
3    non-issue.  But if she's stating that factually
4    we are saying something different in terms of
5    the science, what that amounts to is a fraud on
6    the FDA claim, which if Buckman is clear about
7    anything, the U.S. Supreme Court case, Your
8    Honor, it's clear that that is preempted and
9    that's not a claim that these Plaintiffs would
10   be allowed to make in any court in this
11   country.
12        Your Honor, on the marketing request,
13   there is an issue of these teams.  And this was
14   very confusing when they asked for this and
15   when we were negotiating for this, because the
16   Plaintiffs initially sought all minutes and
17   notes for 41 teams.  It turned out most of
18   those teams didn't exist.  They really weren't
19   teams at all.  I mean, even for some of those
20   that were teams, a lot of those teams just
21   didn't have minutes or notes.
22        I'm not actually sure where we are in
23   terms of the negotiations.  I thought at one
24   point we got it down to something like ten
25   teams and I think the Plaintiffs want any

20  (Pages 74 to 77)

December 18, 2007                    Seroquel Products Liability Litigation

Page 78

1    communications among members of those teams.
2        The problem is, I think, if you try to
3    count it up, these teams, obviously, changed
4    over time and you end up with something like a
5    143 people who, at one time or another, were
6    members of these teams. So, to try to hunt
7    down and find every communication by these
8    people who were members of these teams at one
9    time or another is the equivalent basically of
10   imposing another 143 custodial file searches on
11   us. And, Your Honor understands, of course,
12   what was involved with our attempting to
13   collect custodial files for 104 people who were
14   initially 80 people, or for that matter,
15   initially eight people. So, this is asking for
16   an amazing amount of work that will not be
17   substantially complete by March 14th or any
18   other date I can reasonably contemplate.
19       And the point is, Your Honor, I think that
20   a lot of these materials would already have
21   been produced in response to the more targeted
22   request for production. And, to the extent
23   some of these people are custodians, I believe
24   some of them are, there is a good chance that
25   these materials are contained there, so the

Page 79

1    marginal relevance of finding communications
2    reflected in the files of some team members who
3    aren't custodians versus what you are already
4    getting from custodians, again, seems fairly
5    small compared to what -- of all the burdens
6    that we have discussed so far, this one may, in
7    fact, be the biggest.
8        The last issue I'll turn to -- well, I've
9    got two more. One is the PRA request for this
10   document called Principles of Prescription Drug
11   Promotion. And, Your Honor, I think we have
12   offered to show the Plaintiffs the table of
13   contents. This is a document where, as far as
14   I can tell, it's got input from in-house
15   counsel and by Pellington and Burling (ph), a
16   law firm in Washington, D.C. And what it does,
17   in Principles of Prescription Drug Promotion,
18   is it talks about the law, the law of frauds
19   abuse, federal anti-kickback statutes, State
20   and Federal Statues, consumer protection
21   laws -- I mean, these are just sections of
22   it -- product liability law, intellectual
23   property law, FDA labeling law. It goes over
24   what the law is, what it means, what the role
25   of the legal department is, privacy laws,

Page 80

1    security laws.
2        This sounds to me, looks to me like advice
3    from in-house lawyers and outside lawyers to
4    people in the company. And all that we hear
5    from the Plaintiffs -- and this seems really
6    interesting; it goes to the heart of our case,
7    because I guess what they would like to be able
8    to say in the case is, your own lawyers are
9    saying you had to do about X, Y and Z and you
10   didn't. Well, I guess that's sort of
11   interesting, but absolutely impermissible; that
12   it's attorney/client privilege. And all the
13   Plaintiffs say is we want it so that we think,
14   you, Your Honor, should look at it. It doesn't
15   seem like an appropriate standard to when there
16   has to be in-camera review of a document that,
17   on its face, with nothing rebutting, seems
18   to be pretty clearly an example of an
19   attorney/client privilege.
20       And the last issue I'll turn to, Your
21   Honor, is the issue of us providing Bates
22   numbers to the Plaintiffs. These are for PRA
23   materials. And, as Ms. Wheeler said, we did
24   provide an index. And I guess what I'm hearing
25   is that searching the index hasn't always been

Page 81

1    that easy.
2        I guess my response is, I don't know if
3    there is any limit to their system, but this is
4    text searchable. And I think already, to the
5    extent that Ms. Wheeler or anybody else on the
6    Plaintiffs' side, needs help in how to go
7    through this stuff, I think we haven't ever
8    said no to that, we would be happy to do it.
9    But for us to actually conduct the entire
10   search and assign specific Bates numbers to all
11   this material is a huge burden.
12       And here's the point: It is no easier for
13   us than it is for the Plaintiffs. They have
14   been given all the tools that are necessary.
15   They know what they want better than we do.
16   And to ask us to do their work for them seems
17   beyond the bounds of anything that I have seen
18   in the Federal Rules. Federal Rules don't say
19   anything about having to provide specific Bates
20   numbers or to do anything like what the
21   Plaintiffs are asking for in this case.
22       And, if Your Honor has any questions, I
23   would be happy to answer them.
24       The Court: On this PRA manual, is there
25   any indication as to when it was prepared, who

21 (Pages 78 to 81)

December 18, 2007                    Seroquel Products Liability Litigation

Page 82

1    it was circulated to and whether it was
2    maintained in confidence?
3        MR. MCCONNELL: Your Honor, as to when it
4    was prepared, I don't know if I know the answer
5    to that. I'm gonna have to get back to you on
6    that. But my understanding is it was broadly
7    circulated within the company. I don't
8    believe -- can't believe that this has ever
9    been disseminated beyond the company.
10       The Court: But not within the control
11   group of the company. I mean, it went to
12   hundreds or thousands of people?
13       MR. MCCONNELL: I couldn't tell you, but I
14   think it was broadly disseminated within the
15   company.
16       The Court: All right. Okay. I'll rule
17   on those issues.
18       Mr. Gornick: Your Honor, may I -- I feel
19   compelled to point something out. May I?
20       The Court: 30 seconds.
21       Mr. Gornick: Mr. McConnell said the only
22   way to find foreign drafts for regulatory
23   submissions is to go overseas and he said
24   there's no Gel-like database for those things.
25   That's absolutely not true. I have a

Page 83

1    declaration from Ms. Catherine Bradley, an
2    AstraZeneca employee, who says Gel is a
3    creation, storage and retrieval database for
4    regulatory data, including information subject
5    to U.S. and foreign regulatory authority
6    inspection and correspondence between
7    AstraZeneca and various regulatory authorities.
8        I have a document prepared by AstraZeneca
9    counsel which explains that Gel stores
10   regulatory submissions related to dozens of
11   AstraZeneca products filed in dozens of
12   countries, includes documents in over 40
13   languages. We have discovered, as Mr. Ball
14   pointed out to the Court on Saturday in his
15   most recent report, Gel was designed to store
16   drafts, annotations and edits of exactly these
17   materials. Unfortunately, they're non-retained
18   when somebody at AstraZeneca decides such a
19   document is final.
20       So, I guess the argument is, since we
21   decided to non-retain the drafts and edits and
22   annotations for these foreign documents, that
23   is why we need to go overseas. Well, they have
24   to go overseas because they chose right up
25   until now, right up until now to non-retain

Page 84

1    those drafts. And that should -- it strikes us
2    that their burden argument should not carry
3    much weight since they chose to impose that
4    burden on themselves. They chose to non-retain
5    the drafts.
6        MR. MCCONNELL: Your Honor, there is a
7    whole lot more rhetoric in there than accuracy.
8    The fact is that there are not drafts kept --
9    foreign drafts kept on Gel for a number of
10   reasons. Foreign companies use Gel
11   differently. In fact, the United Kingdom
12   doesn't use Gel at all.
13       The Court: All right. The Plaintiffs had
14   asked to speak to the issue of the lodging of
15   confidential documents for in-camera review.
16       Mr. Gornick: Well, Your Honor, that is in
17   association with our motion for sanctions
18   related to AstraZeneca's conduct in the
19   case-specific discovery program. Special
20   Master Orran Brown, I believe, has suggested to
21   the Court that the Court take those issues up
22   in connection with the January 28th hearing on
23   general issues. We agree with him and we
24   would encourage the Court to take that up. In
25   connection with that, we can submit those

Page 85

1    documents at any time the Court would like.
2        So, we do believe we are going to have to
3    go forward. The process that Master Brown has
4    put in place in connection with those issues is
5    coming to a close. We expect to receive the
6    report from AstraZeneca on Thursday with
7    respect to when it produced various iterations
8    of call notes with respect to the various
9    case-specific discovery cases. Assuming that
10   they do what Mr. Brown -- what Master Brown has
11   asked them to do, as reported to the Court,
12   that he's asked them to be able to assess the
13   scope of what needs to be presented to the
14   Court by way of a sanctions hearing. And
15   shortly after that, we would be happy to lodge
16   the confidential documents or we can do that on
17   any schedule the Court would ask us to do it.
18       The Court: All right. Any other issues
19   the Plaintiffs want to take up?
20       Mr. Gornick: Your Honor, we do have an
21   issue. This involves Special Master ESI,
22   Mr. Ball. We put this in the agenda. It's
23   item B(1)A.
24       And, at times, on more than one occasion
25   in our meetings -- we have meetings about once

22  (Pages 82 to 85)

Page 86

```
 1    a week, the two sides and Special Master Ball.
 2    On at least two occasions, it may have been
 3    more, we have gotten into an issue as to
 4    whether or not some category of data, be it
 5    date or type, is within the scope of discovery.
 6    And AstraZeneca has taken the position at times
 7    that scope, relevance, is not for Master Ball
 8    to decide.  It's for the Court.
 9        And, at times, I think that has hobbled us
10    a bit in moving forward.  I think Master Ball
11    would be much better able to address this, but
12    I thought I had noticed it in his submission
13    about the difficulty between suggesting,
14    directing and where his authority is, but we
15    thought we should get that clarified.
16        We think that Master Ball, when it comes
17    to electrically-stored information, needs to
18    have the authority to determine the scope of
19    discovery; otherwise, I'm not sure really at
20    the end of the day what his authority is.  And
21    if his authority is not clear, I think he's
22    gonna be less effective, our meetings are not
23    going to be as efficient.  So, that was item
24    1(A).  And, that somewhat is related to the
25    next item, but it's discreet.
```

Page 87

```
 1        The Court:  Well, the issue of his
 2    authority over scope gets into some semantics.
 3    It's not his role to decide whether documents
 4    back to 1996 are relevant versus documents back
 5    to 1935.  On the other hand, it is his role to
 6    determine that looking at how, in fact,
 7    documents are kept; that it would make sense to
 8    search this database or that database or this
 9    server or that server or use these descriptive
10    terms or use this software to do extractions or
11    this software to change formats or preserve
12    formats.  That's all within his purview, but I
13    don't consider that scope.  Those are technical
14    issues.
15        Now, it can creep into scope when you're
16    talking about a server that has -- that's
17    organized in a way that's different from how
18    the lawyers think about some information and
19    you have to translate what the lawyers think,
20    even if the lawyers agree, into what's a
21    pertinent extraction.  And that will, in some
22    cases, determine scope.  And if there is
23    fuzziness there, I'll resolve the fuzziness.
24        So, I suspect that in each of your
25    meetings there's different disputes and some
```

Page 88

```
 1    are purely clearly technical and some are more
 2    on the general issues of relevance, and then
 3    there's some in between and that's what you're
 4    fighting about.  All I can say is I'll -- he
 5    can take them up and if somebody disagrees with
 6    how much authority he has, they can bring it
 7    back to me and I'll either confirm his
 8    authority or say he doesn't have the authority,
 9    but I'll rule either the way he did or a
10    different way.
11        Mr. Pennock:  Okay.
12        The Court:  Something else?
13        Mr. Gornick:  I think that I understand
14    that.
15        The next issue is, in AstraZeneca's
16    decision to reproduce ESI native, there have
17    been some concerns, I think from both sides,
18    about authenticity of the data and how we deal
19    with the data, especially in the context of a
20    deposition.  And, so, we have been working on
21    an authentication protocol.  We are pretty
22    close.  And the way the outline is, okay, how
23    do you identify a document?  What are the
24    procedures for the parties to go through, or
25    AstraZeneca to go through if it wants to
```

Page 89

```
 1    challenge the authenticity of a document that,
 2    for example, we would produce at a deposition
 3    to a witness for questioning?  And where the
 4    dispute arises is we think that Master Ball
 5    should be the person to whom we bring disputes
 6    over authenticity of ESI.  We can't imagine who
 7    else we would bring it to other than the Court,
 8    and it seems that the Court has asked
 9    Master Ball to take over ESI issues.  So, we
10    would ask the Court to make it clear that, to
11    the extent that we have a dispute over
12    authenticity of ESI, that the Special Master of
13    ESI is the appropriate first stop in resolving
14    that dispute.
15        Mr. Ball:  Your Honor, this is Craig Ball.
16    May I be heard for a moment?
17        The Court:  Yes, sir.
18        Mr. Ball:  I would want, if possible, the
19    Court to avoid investing me with an authority
20    that would require me to stay involved in the
21    case longer than is absolutely necessary to
22    resolve the most mettlesome ESI issues.  I have
23    expressed to the parties while I'm flattered to
24    be invested with that additional authority,
25    that ideally we should try to find our
```

23  (Pages 86 to 89)

December 18, 2007                    Seroquel Products Liability Litigation

Page 90

1    procedures in a way that doesn't look to me
2    riding the train forever.  And, so, if, in
3    considering Mr. Gornick's request, I hope the
4    Court can factor that in.
5        The Court:  Well, again, in a more ideal
6    world than the one we live in perhaps, it is
7    certainly your role to help the parties come up
8    with a methodology that should minimize, if not
9    prevent, authenticity disputes of documents
10   that have been produced by the Defendant.
11       That's usually pretty fundamental and
12   shouldn't come up.  I recognize because of the
13   number of documents and different places they
14   are coming from and different versions that
15   that can get tricky.
16       If there is a genuine dispute about the
17   authenticity -- there can be different kinds of
18   disputes about authenticity.  Unless it's a
19   technical issue about how -- the method that
20   the Special Master, in effect, blessed as an
21   appropriate one, not to say perfect one, but an
22   appropriate one, then it would come back to
23   you; otherwise, it ought to be your role to
24   make specific authenticity rulings.
25       Mr. Ball:  I agree.  And if I may put this

Page 91

1    in context, what I believe the parties are
2    focusing on is the issue of extracted data from
3    larger data collection.  If you have a very
4    large spreadsheet and you print out a page,
5    that page doesn't look exactly like the
6    original; it may contain identical information,
7    and our purpose in coming up with a protocol is
8    to have a mechanism whereby those extractions,
9    particularly when they are put to paper, can be
10   relatively quickly authenticated without
11   disrupting the flow of proceedings.
12       The Court:  Well, are you happy with the
13   role as I just described it?
14       Mr. Ball:  Absolutely.  I think ultimately
15   true issues regarding authenticity rather than
16   methodology or technical is entirely for the
17   Court, not for me.
18       The Court:  And it may be that at some
19   point there will be some set of documents or a
20   document that one side or the other will have
21   to have a foundational witness to say this is
22   how we did the extraction and this is why it
23   looks different, but this is what I did or make
24   sure the data is reliable.  We'll just have to
25   have an evidentiary issue on that.

Page 92

1        Mr. Ball:  Yes, Your Honor.  And I think
2    what we are trying to achieve by the protocols
3    under discussion are how do we proceed with
4    depositions in a smooth way so that those who
5    might challenge authenticity can do so without
6    laying behind the law for later surprise or
7    disruption; whereas, at the same time, they are
8    not unfairly surprised by an extraction that
9    they can't reasonably authenticate on the fly?
10   And, as Mr. Gornick said, I think we have made
11   some progress in that direction and hopefully
12   we can get over that hump.
13       The Court:  Anything else from the
14   Plaintiffs?
15       Mr. Gornick:  Well, Your Honor -- and this
16   may be something that the Court would like to
17   put over to January 4.  The parties did jointly
18   want to discuss the concept of discovery in
19   preparation for the sanctions hearing.
20       The Court:  I'm going to consider all that
21   at the -- I mean, AstraZeneca has asked to
22   postpone the hearing and they want it to occur,
23   basically, after the close of discovery.  I
24   want to hear your views on that.  I suspect you
25   disagree.

Page 93

1        So, we will hear all that.  And then how
2    long the hearing needs to be and what the
3    format is going to be and what your burdens are
4    and what their burdens are and how we are going
5    to decide what the exhibits will be and all
6    that, we will take all that up.
7        Mr. Pennock:  Thank you, Your Honor.
8        The Court:  Anything else from the
9    Defendants?
10       MR. MAGAZINER:  If the Court will indulge
11   me for a moment.  I wonder if the Court would
12   consider deferring its ruling on the expert
13   issue that we addressed before so that we have
14   some time to talk with Mr. Pennock and his
15   colleagues to see if we can reach an agreement
16   on the non-Florida track as to a procedure that
17   would be acceptable to Your Honor and to Judge
18   Conway.  And failing that, if we could address
19   it with a brief on why we think the procedure
20   might be modified.  There is no immediate
21   urgency to any of this, of course, because
22   under anyone's proposed schedule, the first
23   experts are not to be identified until sometime
24   in the summer, so it's not like we need to
25   flesh this out next week.

24  (Pages 90 to 93)

December 18, 2007                                    Seroquel Products Liability Litigation

Page 94

1     The Court: You can see the gallows from
2   here. The -- in terms of focusing your mind.
3     MR. MAGAZINER: Well, I don't propose
4   to --
5     The Court: I'll let you meet and confer
6   on that this afternoon. And if you want to --
7   if you want to submit something separately or
8   something jointly by Thursday noon, I'll read
9   it.
10    Mr. Pennock: Your Honor, of course I'll
11  meet and confer if Your Honor wishes me to. We
12  have had multiple meet and confers on all these
13  issues. We submitted proposals and motions.
14  Your Honor decided them. They then moved to
15  reconsider and now they want to make a motion
16  to reconsider the motion to reconsider.
17    I would say that Plaintiffs' position is
18  we are satisfied with how Your Honor has
19  resolved all these issues and I don't think
20  there is anything additional to meet and confer
21  about on this issue.
22    MR. MAGAZINER: Well, in that case, Your
23  Honor, I think what we will do is we will file
24  a motion regarding the experts in the
25  non-Florida cases for Your Honor's

Page 95

1   consideration and we will file that motion in
2   the normal course.
3     The Court: Well, I do want the two of you
4   to talk. There may be some language that you
5   can agree on with respect to what needs to be
6   preserved for transferor courts, for example,
7   in any event. I think there will be some of
8   that. But the overall issue, go ahead and talk
9   some more at least.
10    Mr. Pennock: All right. We will talk
11  some more, but I just want to, if I may,
12  reserve my right to object that, procedurally,
13  any additional motion by them would be
14  defective.
15    The Court: Well, just make it a
16  supplement to your existing motion
17  procedurally.
18    Mr. Pennock: Thank you, judge.
19    MR. MAGAZINER: Let me just confer with my
20  colleagues to see if there are any other issues
21  we need to raise.
22    No, Your Honor.
23    The Court: The only other issue I have
24  would be, of course, setting the next status
25  conference on general issues. What are your

Page 96

1   thoughts about that given that we are going to
2   have this interesting session on the 4th?
3   Looking forward, when do you think enough of
4   these other things will be ripening that will
5   require some attention from the Court, even if
6   we are not doing case-specific discovery right
7   now?
8     Mr. Pennock: Judge, the only significant
9   issue that comes -- I take that back. There
10  are two significant issues that come to mind
11  that I think will ripen in the next couple of
12  weeks, but probably not before the 4th. One is
13  the issue of the post-July 2006 productions,
14  although I have to say we did have a true,
15  although brief, meet and confer last evening
16  and I think we might be able to get to some
17  agreements on that.
18    The second issue has to, again, do with
19  the privilege logs and we're going to be filing
20  a motion on that. So, if it's possible to have
21  an additional hearing on general matters before
22  January 28th, I think we will need it, or the
23  day after January 28th.
24    MR. MAGAZINER: I would think the end of
25  January would be an appropriate time for the

Page 97

1   Plaintiff for another status conference, Your
2   Honor.
3     The Court: I'll set it on Tuesday, the
4   29th, with the proviso that's subject to change
5   depending on what we do with the 28th. And,
6   so, we may discuss -- on the 4th, we may
7   discuss, again, the issue of when the next
8   status conference will be. We will calendar it
9   up for the 29th at 10:00 o'clock.
10    We will be in recess.
11    (Hearing concluded.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

25  (Pages 94 to 97)

December 18, 2007                    Seroquel Products Liability Litigation

Page 98

1           COURT CERTIFICATE
2

STATE OF FLORIDA )
3    COUNTY OF ORANGE )
4        I, H. WILLIAM JONES, REGISTERED PROFESSIONAL
     REPORTER, CERTIFY THAT I WAS AUTHORIZED TO AND DID
5    STENOGRAPHICALLY REPORT THE FOREGOING PROCEEDINGS AND THAT
     THE TRANSCRIPT IS A TRUE AND COMPLETE RECORD OF MY
6    STENOGRAPHIC NOTES.
7       DATED THIS 19TH DAY OF DECEMBER, 2007.
8
9
10
11       _____
12           H. WILLIAM JONES, NOTARY PUBLIC,
             STATE OF FLORIDA AT LARGE,
13           REGISTERED PROFESSIONAL REPORTER
14
15
16
17
18
19
20
21
22
23
24
25

December 18, 2007                                    Seroquel Products Liability Litigation

Page 99

**A**

**abeyance** 8:7
**ability** 33:4 40:14
  55:18 56:11,12
**able** 13:2 20:8
  31:25 37:13
  63:20 64:17
  65:13,21 80:7
  85:12 86:11
  96:16
**absolutely** 61:9,15
  73:7 80:11 82:25
  89:21 91:14
**abstract** 30:5
**absurdity** 50:11
**abuse** 79:19
**accept** 12:16
**acceptable** 93:17
**access** 31:15
**accessed** 31:11
**accuracy** 84:7
**achieve** 92:2
**acoustics** 7:17
**action** 8:1,8,21
**active** 23:23
**activity** 68:12,17
**actor** 23:19,20
**add** 60:17,20
**addition** 52:3 74:5
**additional** 16:1
  19:3,7,17 23:7,15
  27:22 62:15
  75:15 89:24
  94:20 95:13
  96:21
**additionally** 18:12
**address** 15:14
  36:14 48:21
  49:12,17,24
  54:13,15,25 58:2
  60:22 70:12 75:1
  75:10,22 86:11
  93:18
**addressed** 65:24
  66:11 72:16

93:13
**addressing** 41:23
  43:2
**adequate** 48:14,17
  55:12
**adhere** 46:12,16
  46:20
**advantage** 57:3
**Advertising** 6:22
**advice** 80:2
**advisement** 58:16
**affairs** 64:2 65:1
**afraid** 39:20
**afternoon** 10:17,24
  11:25 94:6
**agenda** 85:22
**aggressive** 62:21
**ago** 12:8
**agree** 30:17 63:20
  84:23 87:20
  90:25 95:5
**agreed** 12:16 16:24
  51:5,9 66:8 69:16
  74:24
**agreeing** 36:6
**agreement** 13:25
  93:15
**agreements** 96:17
**ahead** 25:5 29:21
  34:1 95:8
**albeit** 15:24
**aligned** 17:4
**Allen** 16:22 17:9
  17:14,25 18:5
  21:9 25:15 26:25
  27:14 29:1
**Allen's** 25:23
**alliance** 16:20,20
  22:3
**allow** 11:21 16:3
  22:12 50:8
**allowed** 15:21
  26:25 27:14
  55:20 77:10
**alluded** 34:2
**amazing** 78:16

**amend** 40:4 54:10
  55:7
**American** 68:20
**amono** 65:19
**amount** 48:14 59:9
  59:11 74:11,11
  78:16
**amounts** 50:18
  77:5
**analysis** 70:20,23
  74:18
**Angela** 3:6 6:23
**annotations** 83:16
  83:22
**answer** 46:23
  66:14 70:7 81:23
  82:4
**anticipated** 54:9
**anti-kickback**
  79:19
**Anti-Psychotic**
  66:25
**anti-psychotics**
  67:3
**anybody** 60:17
  81:5
**anyone's** 93:22
**anyway** 10:1,18
**apart** 43:21
**apologize** 39:23
**apparent** 16:12
**apparently** 28:24
  58:20
**appear** 8:18,19
**appearances** 1:13
  2:1 3:1 5:4
**appearing** 7:8
**applied** 41:5
**applies** 42:23
**apply** 44:1
**applying** 72:25
**approach** 33:1,17
**appropriate** 30:1
  36:25 51:16
  61:15 80:15
  89:13 90:21,22

96:25
**appropriateness**
  20:24
**approximately**
  12:17 13:18
  14:16,19 64:5
**April** 38:25 39:5
**area** 20:10
**areas** 51:24
**argue** 50:20
**argued** 58:8
**argument** 55:3
  76:4 83:20 84:2
**arguments** 58:13
**arisen** 42:6
**arises** 89:4
**Arlen** 2:5 4:24,24
**arm** 43:17
**arrangements**
  11:6
**articulating** 50:5
**asked** 17:16 21:13
  23:7 26:11 28:18
  39:7 46:21 57:20
  63:2 71:1 77:14
  84:14 85:11,12
  89:8 92:21
**asking** 17:9 22:12
  23:14 39:14
  57:16,22,23 70:1
  78:15 81:21
**asks** 57:8
**assembled** 58:21
  58:22
**assess** 85:12
**assign** 81:10
**assignment** 32:24
**associated** 12:22
  13:4 68:2
**association** 84:17
**Assuming** 85:9
**AstraZeneca** 2:10
  3:3,10 5:6,14,15
  5:17,19,21,23,24
  6:1,16,20 8:12
  9:7,10 11:10 15:5

16:14,16 17:1
  18:20 22:16
  23:22 24:2 25:18
  26:2 27:7,24 28:2
  28:2,11,12,15,21
  29:5,5,12 31:7,13
  33:3 36:1,9 63:21
  64:3,6 66:4,8,17
  67:1,6 68:21 69:5
  69:10,13,16,22
  69:24 70:4,8
  72:16 83:2,7,8,11
  83:18 85:6 86:6
  88:25 92:21
**AstraZeneca's**
  18:25 19:21
  30:19 33:4 58:19
  84:18 88:15
**attached** 13:1
**attempting** 78:12
**attended** 30:24
  31:6
**attention** 96:5
**attorney** 59:10,13
  59:24 61:2,15
  62:6 63:2
**attorneys** 59:21
**attorney/client**
  80:12,19
**Atypical** 66:25
**August** 53:2
**Australia** 68:8
  71:17 73:6 76:1
**authenticate** 92:9
**authenticated**
  91:10
**authentication**
  88:21
**authenticity** 88:18
  89:1,6,12 90:9,17
  90:18,24 91:15
  92:5
**authorities** 68:13
  68:18,22 83:7
**authority** 68:7
  76:1 83:5 86:14

December 18, 2007

Seroquel Products Liability Litigation

86:18,20,21 87:2
88:6,8,8 89:19,24
**authorization** 69:1
**authorized** 37:19
98:4
**available** 29:12
**avoid** 61:6 89:19
**avoided** 59:3
**aware** 27:6
**awful** 62:1
**Aylstock** 2:4 4:22
4:22
**AZ** 22:4,21
**AZ's** 67:22
**a.m** 1:7 25:16

**B**

**back** 8:7 9:16
23:14,16 38:25
40:7 43:23 44:18
44:21 45:16 82:5
87:4,4 88:7 90:22
96:9
**background** 24:18
35:8
**bad** 8:21
**Baggett** 1:21 5:1,1
**Bailey** 1:15,16 4:9
4:9,20,20
**Baker** 1:11 5:21
**Balaban** 3:11 6:21
6:21 13:9
**Balaban's** 12:25
**balanced** 20:21
22:19
**balances** 37:24
**Ball** 3:16 6:8,9
10:13 13:6 83:13
85:22 86:1,7,10
86:16 89:4,9,15
89:15,18 90:25
91:14 92:1
**Ball's** 8:11,16
66:12
**barely** 50:20
**Barnett** 2:16 5:12

5:13 11:9,9 12:1
**based** 12:18 23:15
59:8
**basically** 25:10
70:17,20 78:9
92:23
**basis** 14:5 18:1
62:22
**Bates** 63:22 64:9
64:12 66:18
80:21 81:10,19
**bear** 35:14
**becoming** 16:11
**began** 23:18
**begun** 50:21
**behalf** 5:13 6:16
11:10 24:15 26:2
**believe** 10:12
12:24 15:2 26:16
30:15 57:21
61:14 64:4 65:19
70:9 74:22 78:23
82:8,8 84:20 85:2
91:1
**believes** 38:6 48:3
**Ben** 2:16 5:13 11:9
**benefit** 49:7 67:17
67:18,23 71:3
74:12,20,21 75:5
75:12,18
**benefits** 33:18
**Berra** 58:7
**best** 8:21 18:5
37:21
**better** 81:15 86:11
**beyond** 27:1,14
38:5 54:19 58:4
59:16 81:17 82:9
**big** 45:6 59:4
**bigger** 35:10
**biggest** 63:19 65:5
79:7
**billing** 32:13,19
34:16
**billions** 23:5
**Biomedical** 20:15

bit 15:16 51:11
58:23 63:18
86:10
**blessed** 90:20
**bodes** 68:25
**body** 15:23,25 16:1
**booked** 11:5
**Boston** 24:14
**bottom** 18:24 26:8
51:12
**Botz** 5:21
**bounds** 81:17
**boxes** 14:2
**Bradley** 83:1
**Brecker** 67:5 74:3
**Brennan** 3:10 6:19
**Brian** 6:25
**brief** 43:6 46:19
48:22 49:22
70:13 93:19
96:15
**briefed** 57:7
**briefing** 55:3 58:17
**briefs** 14:16,20
**bring** 44:10 88:6
89:5,7
**broadly** 82:6,14
**brought** 29:8
**Brown** 3:15 6:5,6
7:22 8:5 84:20
85:3,10,10
**Bryan** 2:4 4:22
**Buckman** 77:6
**building** 21:25
30:18
**burden** 58:25
70:23 73:10 76:8
81:11 84:2,4
**burdens** 71:2 79:5
93:3,4
**burdensome** 69:11
73:22
**Burling** 79:15
**business** 35:19,20
59:22
**button** 35:5

**B(1)A** 85:23

**C**

**C** 4:1
**calendar** 97:8
**California** 47:14
**call** 85:8
**called** 18:8 20:15
21:18 28:1 56:24
72:18 79:10
**Camp** 1:15 4:9
**Canada** 68:8 71:17
73:6 76:2
**candidly** 30:17
**Canty** 1:18 4:13,13
**capacity** 26:23
**Caplan** 7:1 15:5
**care** 23:4 50:2 62:1
75:3
**carry** 84:2
**case** 4:2 6:6 9:22
16:2 23:1 28:5
34:3 36:3 39:4
52:11,19 53:22
53:24,25 55:22
59:1 60:5,8,25
61:9 67:10,15
68:19,24 69:6,20
71:25 72:11 73:8
75:20 77:7 80:6,8
81:21 89:21
94:22
**cases** 1:7 40:10,12
40:15,23,25 41:3
41:5,7,10,15,19
41:21 42:11,14
42:20,23 43:1,4,8
43:12,18,20,20
44:17,20 45:2,25
46:3,4,23 47:1,8
47:11,15,21,25
48:2,9,16,19
51:14 52:2,6
53:13 54:15,16
54:18,20,25 55:1
55:5,10 76:8 85:9

87:22 94:25
**case-specific** 41:9
41:14 42:24
43:25 52:3,4,5,12
53:4,24 55:16
84:19 85:9 96:6
**Casparo** 25:14,24
27:4,25
**category** 15:19
86:4
**Catherine** 83:1
**causation** 52:4
54:1
**CBC** 20:16 21:1,10
21:14,16,20 22:5
22:14 23:8 24:7
27:13 30:13
34:14
**celcia** 65:19
**Center** 20:15
**central** 21:7 76:14
**CEO** 16:13
**certain** 19:18
36:20 63:22
65:14 68:13
69:10 70:5
**certainly** 9:10
16:10 26:21
32:25 34:3,13
42:18 49:23
51:10 52:25
53:17 72:8,9
73:22 90:7
**certainty** 37:11
**CERTIFICATE**
98:1
**certify** 37:14 98:4
**challenge** 89:1
92:5
**chance** 29:19
78:24
**change** 68:16
87:11 97:4
**changed** 47:22
78:3
**chicken-and-egg**

December 18, 2007

58:24
choice 10:22 37:15
choose 47:13 56:6
chooses 44:9
chose 83:24 84:3,4
chosen 16:15 37:20
53:9,10
Chris 2:13 5:16
Christmas 10:5
Circuit 59:2
circulated 82:1,7
Circumstances
59:4
city 21:21
Civil 70:24
claim 77:6,9
claimed 23:2 69:24
clarifications 36:6
clarified 86:15
clarify 38:4,11
clear 19:2 42:22
77:6,8 86:21
89:10
clearly 18:15 19:4
19:9 23:19 27:5
27:25 50:17
55:12 80:18 88:1
Clerk 4:2 5:3 6:2
client 72:5
clinical 16:17
66:23 67:7
close 85:5 88:22
92:23
closely 17:4
closer 33:12
CME 22:23 24:3
30:11 32:7
cocktail 49:1,8
codes 34:17
Colin 3:5 7:7
colleagues 39:21
93:15 95:20
collect 76:9 78:13
collecting 75:8
collection 74:23
91:3

Colleen 3:13 6:17
colloquial 27:8
combination 28:22
come 9:16 13:25
30:23 34:24
62:17 65:21 90:7
90:12,22 96:10
comes 44:17 70:24
86:16 96:9
come-over-to-m...
49:23
coming 11:7 23:14
85:5 90:14 91:7
comment 50:9
comments 34:23
45:10 61:13
commercial 35:14
commercially 33:6
commissioned
67:1
committing 51:23
communicate 20:1
communicating
24:1 68:1
communication
19:21 22:3 78:7
communications
18:16,19,20,22
20:12,16 22:20
23:24 31:13
66:21 67:10,17
68:3 69:8,15 73:2
73:18 74:16,19
78:1 79:1
community 72:4
companies 16:9
17:3 76:11,17
84:10
company 18:16
72:5,19 80:4 82:7
82:9,11,15
company's 72:12
72:20
compared 79:5
compel 25:8 60:18
63:7

compelled 82:19
compensated
28:21 29:14
complete 14:5
33:22 37:14
78:17 98:5
completed 32:13
completely 22:9
43:4
compliance 76:6
complicated 15:17
comply 72:24 73:4
comprehensive
26:19
conceivable 53:3
concept 92:18
concern 59:23
concerned 37:5
45:4 55:18 60:14
concerning 11:12
concerns 88:17
concluded 50:20
97:11
concur 40:17
conduct 59:5,22
81:9 84:18
conducted 67:13
68:10
confer 34:22 50:3
94:5,11,20 95:19
96:15
conference 1:11
8:25 9:6,15,17
10:2,2,3,9,16
11:17 22:7 44:22
95:25 97:1,8
confers 94:12
confess 37:8
confidence 82:2
confidential 84:15
85:16
confirm 15:7 88:7
confusing 77:14
confusion 39:20,22
42:6
connection 7:18

8:13 84:22,25
85:4
consider 35:2 50:6
87:13 92:20
93:12
considerable 57:4
consideration 95:1
considered 49:21
considering 90:3
consistent 11:20
consumer 79:20
contact 76:18
contacts 68:6,18
75:25
contain 13:19 70:3
74:7 91:6
contained 78:25
contains 69:25
contemplate 36:17
54:18 78:18
contemplated
48:12
contemplation
53:6,6
content 32:4
contention 69:20
contents 79:13
contestable 14:10
context 16:4 17:2
53:12,12 62:15
88:19 91:1
continue 19:20
20:6 23:16 34:25
39:10
CONTINUED 2:1
3:1
continues 21:2
37:17
continuing 12:10
20:17,19 21:3,18
22:9,10 30:11
31:23 32:2
contract 35:17
control 62:13 67:4
82:10
conversation

48:22 49:5,6,23
conversations
40:23 49:8
Conway 44:6,15
93:18
cooperate 29:10
copy 12:17 14:3
17:19
core 72:18,21
Corporation 6:13
correct 13:11
70:14
correspondence
83:6
cost 24:23 35:7
37:24
costs 35:1
counsel 4:5 5:3 6:2
6:24 7:3,9 14:18
26:9 56:11 58:22
59:16 79:15 83:9
count 56:7 78:3
counted 56:3
countries 71:18
83:12
country 24:3 72:22
72:25,25 77:11
counts 55:21 56:4
COUNTY 98:3
couple 17:24 21:14
36:6 96:11
course 8:21 18:12
21:7 41:4 48:21
54:6,9 61:2 71:14
75:2 76:25 78:11
93:21 94:10 95:2
95:24
court 1:1,24 5:7
7:9 8:6,24 11:8
11:23,24 12:3,12
13:7 14:12,25
15:12 16:4,5,7,8
17:8,19 22:12
23:7,13 24:12,25
25:2,5 26:5 27:19
29:10 30:13,19

December 18, 2007

Seroquel Products Liability Litigation

30:23 31:1,5 32:5
32:10,21,22 34:8
36:1,19 37:4,8
38:11,12,15,20
39:1,15,23 40:1,5
40:6,15,20 41:1
42:19,21 43:1,7
43:15 45:11,15
45:24 46:12,14
46:16 47:7 48:5
48:12,17,21 49:1
49:14,18 50:2
51:11 54:3,9 55:7
55:13 56:10 57:7
57:9,12,17,22,23
58:3,12,15 61:23
63:6,15 65:8 70:2
70:8,20 77:7,10
81:24 82:10,16
82:20 83:14
84:13,21,21,24
85:1,11,14,17,18
86:8 87:1 88:12
89:7,8,10,17,19
90:4,5 91:12,17
91:18 92:13,16
92:20 93:8,10,11
94:1,5 95:3,15,23
96:5 97:3 98:1
**courtroom** 1:14
2:10 4:5 5:4 7:10
7:15
**courts** 40:14 45:3
95:6
**Court's** 11:20 20:6
25:20 40:16
45:14,22 46:10
57:15,25 58:9,10
**Coutroulis** 2:13
5:16,16
**cover** 70:6,10
**covered** 51:24
**Craig** 3:16 6:8
89:15
**create** 17:24 57:1
**creates** 57:3

**creation** 83:3
**creep** 87:15
**critical** 9:10
**cumulative** 71:1
73:21 75:14
**current** 7:24 8:1
12:11
**custodial** 59:18
66:16 74:5 75:11
78:10,13
**custodian** 74:4
**custodians** 73:24
75:19 78:23 79:3
79:4
**customer** 35:16
**cut** 38:20
**cutting** 10:25
**cut-off** 74:23
**CV** 25:23

**D**

**D** 1:21 4:1
**damages** 52:6 54:1
**DAN** 3:8
**Daniel** 6:25 15:8
**data** 72:18,21 83:4
86:4 88:18,19
91:2,3,24
**database** 11:12
31:20 37:23
66:11,14 82:24
83:3 87:8,8
**databases** 10:14
**date** 74:23 78:18
86:5
**DATED** 98:7
**Daubert** 39:19
42:4,13 47:5
52:11,12,17
**David** 1:11 3:12
7:4
**day** 10:15 25:22
86:20 96:23 98:7
**days** 10:17 12:8
14:20 61:25 62:6
62:16

**deadline** 45:18
**deadlines** 39:19
**deal** 19:9 30:2,8,12
35:17 44:3 48:18
52:10 55:23 66:1
88:18
**dealing** 8:5 46:2
48:15
**dealt** 41:19 67:19
**dear** 66:2 71:10
**December** 1:6
45:17 54:7 98:7
**Dechert** 5:13,19,22
6:15
**decide** 12:12 44:14
86:8 87:3 93:5
**decided** 44:13
52:16 83:21
94:14
**decides** 83:18
**deciding** 25:8
**decision** 29:3
88:16
**declaration** 83:1
**declared** 16:14
**declares** 20:18
**declined** 19:15
**deemed** 57:14
**defective** 95:14
**Defendant** 2:9 5:6
6:16,20 51:6,20
90:10
**Defendants** 47:9
53:8 93:9
**Defendant's** 37:12
50:10
**Defense** 5:3
**deferring** 93:12
**define** 35:3,12
**definitions** 18:9
19:5,6,13 23:11
31:9 34:14
**degree** 60:3
**deja** 58:7
**deliberate** 17:11
**delivered** 17:25

**Dennis** 1:18 4:13
**department** 79:25
**depend** 7:19
**depending** 59:4
97:5
**depose** 30:3 38:17
39:8,13 55:19,20
55:24
**deposed** 16:22
23:9 25:15 53:11
56:6
**deposition** 15:21
16:23 17:14 18:1
18:4 19:12 20:13
21:9,22 22:13
24:6,17,19 25:10
25:15,22 26:14
27:15 28:8 29:2
29:21 30:10,25
31:6 58:20 61:16
62:11,24 88:20
89:2
**depositions** 23:7
38:9 42:12 52:23
55:16,22 57:2,3
58:6 62:16,18,20
62:21 92:4
**derived** 38:1
**described** 67:7
75:4 91:13
**describing** 75:6
76:20
**descriptions** 34:15
**descriptive** 87:9
**designate** 55:10
**designed** 83:15
**desire** 20:6
**detailed** 12:25
**determine** 19:7
20:9 65:3 67:2
70:2 86:18 87:6
87:22
**determined** 7:13
**developed** 19:25
**developing** 18:20
**development**

20:12 27:12
**diabetes** 13:16,19
68:15 69:3
**different** 35:10
39:25 43:11 46:8
46:14,22 48:1
50:16 53:3,23
75:18 76:7,10,23
77:1,4 87:17,25
88:10 90:13,14
90:17 91:23
**differently** 84:11
**difficult** 7:14 35:2
55:23
**difficulty** 86:13
**diffuse** 31:14
**dimensions** 33:3
**directing** 86:14
**direction** 22:20
92:11
**directly** 7:11 27:24
**disadvantage** 57:5
**disagree** 43:13
69:12 92:25
**disagreeing** 36:7
**disagreement**
31:18
**disagrees** 88:5
**disappear** 46:6
**disclosed** 52:22
53:10
**disclosure** 50:22
51:2
**disclosures** 53:21
**discoverable** 26:21
**discovered** 15:23
18:8 83:13
**discovery** 6:7 8:10
15:23 16:1 19:4
23:15 24:4 37:19
38:14 39:11 41:9
41:14 42:3 44:20
45:1 50:17 51:9
53:5 55:21 56:7
56:17,19 67:25
68:10 84:19 85:9

December 18, 2007

Seroquel Products Liability Litigation

86:5,19 92:18,23
96:6
**discreet** 86:25
**discuss** 10:13
63:12 92:18 97:6
97:7
**discussed** 53:15
61:8 79:6
**discussing** 39:5
**discussion** 11:23
39:6 43:22 53:6,7
92:3
**discussions** 12:9
**dismissed** 46:7
**dispositive** 47:5
**dispute** 36:23 89:4
89:11,14 90:16
**disputes** 87:25
89:5 90:9,18
**disrupting** 91:11
**disruption** 92:7
**disseminated** 82:9
82:14
**dissemination**
18:22
**District** 1:1,1
44:11 46:5
**districts** 44:18
**division** 1:2 20:14
20:16,20 21:12
21:19 22:19 23:9
30:16
**DOCKET** 1:3,6
**doctor** 45:2 55:19
55:24 56:1,2,6
66:3 71:10
**doctors** 18:19,21
18:23 24:1,2
55:19 56:13,16
56:20,21,23 72:3
**doctor's** 56:22
**document** 30:9
64:10,13 69:23
69:25 70:2 79:10
79:13 80:16 83:8
83:19 88:23 89:1

91:20
**documents** 12:22
13:3,12,14,21
14:7 15:3,10 18:3
18:13 19:22
25:11,21 26:11
26:20 27:2,22,23
28:4,11 29:4,7,9
29:12,24 31:7
33:5 37:13 58:18
60:7,13 61:1,3,10
62:7,24 63:3,22
64:5,9,20 65:3,8
65:14,15,16,17
66:1,6 72:1 74:8
83:12,22 84:15
85:1,16 87:3,4,7
90:9,13 91:19
**doing** 17:5,6 22:23
56:14 76:14,15
96:6
**dollars** 23:6
**Donna** 25:14
**doubt** 27:3
**dozens** 83:10,11
**draft** 72:6,7
**drafts** 66:1,4,7,8
66:12,15 71:12
71:13,16,20 73:1
73:14 82:22
83:16,21 84:1,5,8
84:9
**draw** 62:8,22
**drew** 71:11
**drive** 13:12,14,17
**drug** 23:3,6,22,25
69:19,22 79:10
79:17
**due** 54:7
**duplicates** 33:5
**duplicative** 71:2
73:22
**D.C** 79:16

_____
**E**
_____

**E** 4:1,1

**earlier** 17:17,17
**early** 38:25
**easier** 33:24 81:12
**easiest** 34:18 36:11
**easily** 71:15
**easy** 81:1
**economically**
13:24
**Edelman** 14:14
**Edelman's** 14:18
**edits** 83:16,21
**education** 20:17,19
21:4,18 22:10
30:11 31:23 32:3
**educational** 20:21
**Edward** 3:4 7:6
**effect** 9:16 45:15
52:19 90:20
**effective** 86:22
**effects** 67:1,2
**efficient** 86:23
**effort** 11:14 19:19
28:21
**efforts** 18:17
**eight** 78:15
**eight-hour** 28:7
**either** 41:21 72:6
72:14 88:7,9
**elect** 47:9
**electrically-stored**
86:17
**electronic** 8:10
13:10 14:8 37:19
**electronically** 6:9
12:24
**eliminate** 34:18
**eliminated** 14:17
**email** 29:17 35:9
**emails** 66:22 73:19
74:16
**emerging** 67:20
**employee** 83:2
**employees** 58:19
76:16
**encountered** 63:19
65:6

**encourage** 84:24
**ended** 23:5
**ends** 75:16
**engaged** 5:9
**engages** 20:17
**engaging** 35:8
**entered** 45:15
46:11
**entire** 11:15 22:8
52:15 53:2 69:20
81:9
**entirely** 22:2 91:16
**entities** 22:6 76:12
**entitled** 9:11 34:13
**entity** 30:14 76:13
76:19
**equivalent** 73:11
78:9
**err** 58:12
**ESI** 8:23 85:21
88:16 89:6,9,12
89:13,22
**especially** 88:19
**essentially** 19:24
32:12,18
**establish** 58:25
**established** 21:5
45:16 67:22
**establishes** 63:5
**ESTAR** 64:7,11
**ethical** 56:13
**Europe** 68:12
**Evaluate** 66:25
**evening** 48:23,25
49:5 96:15
**event** 28:14 50:1
95:7
**eventually** 40:25
**everybody** 7:16
9:12 38:1 74:13
76:10
**everybody's** 33:24
**evidentiary** 91:25
**ex** 56:20
**exactly** 50:4 83:16
91:5

**examined** 25:16
**example** 11:5 47:1
64:23 65:18
73:20 80:18 89:2
95:6
**Excel** 17:20
**exception** 53:22
**Excuse** 24:24
**exhibits** 25:17 93:5
**exigencies** 24:8
**exist** 73:5 77:18
**existing** 95:16
**exists** 37:23
**expand** 37:3
**expect** 8:7 34:21
85:5
**expected** 56:23
**expedite** 25:21
26:16
**expeditiously**
13:24
**expense** 35:19
**expert** 39:19 47:18
48:9 50:14,22
51:9,13,25 53:18
53:24 54:3,6
93:12
**experts** 41:21,25
42:14,19,23,24
42:25 43:3,8,11
45:6,20 46:2,22
47:10,12,20,24
48:1,8,18 50:24
51:2,15,17 52:15
52:22 53:1,3,9,20
53:21 54:18 55:4
55:9 93:23 94:24
**expert's** 52:13
**explain** 46:19 56:9
**explained** 12:15
**explains** 83:9
**exploited** 61:18
**expressed** 69:11
89:23
**extensive** 18:18
**extent** 36:23 59:24

December 18, 2007                                      Seroquel Products Liability Litigation

59:25 78:22 81:5
89:11
**external** 66:21
73:18 74:15
**extra** 74:9,9
**extracted** 91:2
**extraction** 87:21
91:22 92:8
**extractions** 87:10
91:8
**extraneous** 43:22
**extraordinarily**
62:21
**extraordinary**
59:11
**extremely** 17:7
**e-mail** 20:3

— F —

**face** 80:17
**fact** 16:13,15,21
17:17 18:7 22:19
27:25 46:7 54:7
61:17,20 62:25
79:7 84:8,11 87:6
**factor** 70:16 90:4
**facts** 56:22 58:13
**factual** 62:23 63:5
**factually** 77:3
**failing** 93:18
**failure** 23:1
**fair** 9:25 20:21
22:18 28:9
**fairly** 71:15 79:4
**fallback** 28:18
**fallen** 43:21
**falls** 15:18
**familiar** 22:14,14
22:15
**fan** 59:4
**far** 33:1 34:1 45:4
50:19 66:20 68:1
68:11 71:3 79:6
79:13
**fashion** 30:12 32:2
**faxed** 17:15

**FDA** 76:24 77:6
79:23
**fear** 9:23
**February** 45:21
**federal** 70:24
79:19,20 81:18
81:18
**feel** 28:15 82:18
**felt** 57:12
**fighting** 88:4
**figure** 35:12 44:7
49:9
**file** 9:8 71:15 78:10
94:23 95:1
**filed** 8:12,14 12:8
36:5 40:25 42:4
46:4 83:11
**files** 13:19 14:3
59:17 71:20
73:25 74:5,5,7
76:15 78:13 79:2
**filing** 96:19
**final** 34:9 44:21
66:4,6 71:9,14
83:19
**Finally** 29:20 32:9
57:8 69:17
**find** 13:2 28:16
34:13 56:21
57:22 59:14
64:17,20 71:13
71:14,20 76:17
78:7 82:22 89:25
**finding** 8:19,20
79:1
**fine** 11:2 12:1
**finish** 23:18
**firewall** 21:17,17
21:20
**firm** 79:16
**first** 10:3,10 17:2
20:7 30:2,9 36:8
36:15 38:19,23
50:12 65:25
70:22 89:13
93:22

**Fitch** 24:14
**flattered** 89:23
**flaw** 52:14
**flawed** 52:13
**flesh** 93:25
**Fletch** 1:19 4:17
**floating** 59:2
**floor** 22:1,5,5,6,8
22:23 30:18
**Florida** 1:1,6
40:10,18,22,24
41:2,5,19,21,25
42:2,23 43:1,18
46:3,5 47:3,10,11
47:11,25 48:16
52:2,7 53:13,21
53:21 54:12,14
54:15,20,25
55:11 98:2,12
**Florida-related**
41:9,15
**flow** 91:11
**fly** 10:24 11:6 92:9
**flying** 11:1
**focus** 40:17
**focusing** 91:2 94:2
**folks** 11:17 22:22
30:11 73:24
**followed** 21:14
**footnote** 57:11
**FOREGOING**
98:5
**foreign** 66:1 68:6
68:22 71:7 72:6
73:13 75:25 76:6
76:16,18,23
82:22 83:5,22
84:9,10
**forever** 90:2
**format** 36:18,21
37:5,20 65:9 93:3
**formats** 87:11,12
**formed** 74:22
75:13
**forth** 25:9
**forthcoming** 33:17

**forward** 11:15
17:23 26:18
34:24,25 35:24
40:9 43:18 74:2
74:25 75:11 85:3
86:10 96:3
**found** 72:15
**foundation** 61:10
**foundational**
91:21
**fraction** 44:8,9
47:4
**frame** 9:12 11:22
**Francisco** 11:7
**frankly** 26:25
**fraud** 77:5
**frauds** 79:18
**Fred** 2:11 5:5
**Freiwald** 5:18,19
**Friday** 11:24
**FRIEWALD** 2:18
**front** 7:11 31:2
**fruitful** 38:6
**fruition** 32:16
**full** 62:16
**fundamental**
90:11
**further** 11:23
46:19 49:7 55:2
60:20
**fuzziness** 87:23,23

— G —

**G** 4:1
**gallows** 94:1
**Gel** 66:10,14 73:11
73:12 83:2,9,15
84:9,10,12
**Gel-like** 82:24
**general** 20:11
51:15,17,25
52:10,14,17,21
55:4 84:23 88:2
95:25 96:21
**generally** 36:7
51:18,18,19,21

**generic** 41:23,25
42:13,19,25 43:3
43:8,11 44:24
46:2 51:16 55:4
**genuine** 90:16
**getting** 29:21 34:1
79:4
**give** 16:3 18:3,21
19:15 32:23
43:19 51:17 57:1
65:18 66:18
**given** 7:23 47:22
55:8 60:12 81:14
96:1
**gives** 48:6,10
**giving** 9:7 19:12
**glad** 26:8
**global** 16:17
**glucose** 66:25 67:4
67:8
**go** 18:5,21 25:5
27:1,14,18 29:5
32:20 36:11 40:8
40:9 43:18 44:21
52:7 63:13 64:11
69:14 71:4,16,19
72:2,3,6,14 74:8
74:9,13 81:6
82:23 83:23,24
85:3 88:24,25
95:8
**goes** 73:3 79:23
80:6
**going** 8:24 10:12
10:21,23 12:4
15:13,24 22:23
29:24,25 34:6,25
35:4,24 38:6 40:3
40:8,9 41:24 42:1
44:1,16,19,19,23
45:5 46:6,12 47:2
50:6 51:13 52:2
55:23 56:3 60:21
60:24 69:21,23
70:10,12,20
72:12 73:10 74:2

74:25 75:1,10,10
75:20 76:3,6,9
85:2 86:23 92:20
93:3,4 96:1,19
**gonna** 9:2 32:23
44:6,10,11 46:21
59:6 82:5 86:22
**good** 5:12,18 6:8
6:11,14 7:17
15:15 52:10
78:24
**Gornick** 1:20 4:11
4:11 10:8 11:3
82:18,21 84:16
85:20 88:13
92:10,15
**Gornick's** 90:3
**gotten** 86:3
**great** 9:23 20:23
**group** 20:8 45:25
51:13 52:8 53:12
82:11
**grudging** 33:21
**guess** 16:22 54:20
60:18 74:1 80:7
80:10,24 81:2
83:20
**guesses** 50:25

**—— H ——**

**H** 1:24 98:4,12
**Hackensack** 16:23
21:21,24
**hand** 31:12 60:4
87:5
**handle** 45:3 55:4
**hands** 60:7 61:4
**happen** 43:14
46:24 50:17
52:23 53:24
**happened** 8:17
20:13 23:20 34:2
45:24
**happening** 34:4
**happens** 72:21
**happy** 55:5 58:2,8

70:7 81:8,23
85:15 91:12
**hard** 12:17 14:2
**hardship** 10:6
**haunt** 9:16
**healthcare** 66:3
**hear** 7:15,16 8:2
24:12 26:4,8
30:19 31:2,3,5,17
36:8 45:11 55:2
70:8 80:4 92:24
93:1
**heard** 9:13 31:8,16
36:25 38:15,21
89:16
**hearing** 8:15,22
9:2,17,20 10:11
28:25 36:19
50:15 80:24
84:22 85:14
92:19,22 93:2
96:21 97:11
**heart** 80:6
**held** 9:1
**Hello** 24:25 25:1
**help** 11:22 65:2
81:6 90:7
**helped** 62:9
**helpful** 63:16
**he'll** 8:7
**hobbled** 86:9
**hold** 8:6 21:2
**holding** 21:2
**Holly** 2:3 4:15
12:13
**homework** 60:9
**Honor** 4:25 5:6,11
5:12,18 6:5,14
10:8,20 11:3,9
12:2,14 13:9
14:15 15:2,15,19
15:21 18:25 24:5
24:5,13,16,19,24
25:1,4,7,7 26:4
26:11,24 27:19
28:6,15 29:2,14

29:20 30:8,15,21
31:4 35:25 36:10
37:2 38:7,18,23
39:7,18 42:7
45:13 46:21 47:3
48:3 49:19,20
53:17 54:23 55:2
58:1,5 60:19,23
61:12 62:14,19
63:12 64:8 69:17
70:10,11 73:7
74:17,22 75:24
76:11 77:8,12
78:11,19 79:11
80:14,21 81:22
82:3,18 84:6,16
85:20 89:15 92:1
92:15 93:7,17
94:10,11,14,18
94:23 95:22 97:2
**HONORABLE**
1:11
**Honor's** 27:2,16
36:13,16 37:6
42:7 51:3,4,7
53:14 94:25
**hope** 2:18 5:19
9:15 13:9 90:3
**hopefully** 92:11
**hoping** 14:22
**hotel** 17:15
**hour** 49:2,8
**hours** 55:21,25
**huge** 23:5 71:21
74:11 81:11
**hump** 92:12
**hundred** 32:16
44:8
**hundreds** 82:12
**hunt** 78:6
**hyperglycemia**
68:15 69:3

**—— I ——**

**Idaho** 47:14,17,18
53:25

**idea** 55:19 59:7
**ideal** 90:5
**ideally** 89:25
**identical** 91:6
**identification**
42:12 43:3
**identified** 12:18
42:2,25 45:25
47:2 93:23
**identifies** 54:20
**identify** 6:3 31:25
38:16 45:19
47:20,23,25 48:4
59:19 63:21
88:23
**imagine** 52:18 89:6
**imbalance** 56:25
**IMD** 74:6
**immediate** 93:20
**impermissible**
80:11
**implied** 42:10
**imply** 62:2
**important** 15:23
16:2,20 22:17,25
34:20 59:20,21
67:9
**impose** 10:6 38:4
84:3
**imposed** 10:7
**imposing** 78:10
**impossibility**
50:23
**impression** 37:10
**improper** 61:22,23
**inappropriate**
57:20
**include** 9:7 21:8
**included** 57:24
**includes** 83:12
**including** 21:6
52:10 66:22 71:6
73:19 74:16 83:4
**inclusion** 57:9
**increase** 37:3
**indefinitely** 16:17

**independent** 20:19
21:3 22:9,18 43:5
62:4
**index** 64:7,8,11,15
80:24,25
**indicated** 16:9
**indication** 59:12
61:25 81:25
**individual** 41:22
76:16
**individuals** 7:14
33:13
**indulge** 93:10
**inference** 62:9,23
**infinitesimal** 74:10
**inform** 5:7
**informally** 56:20
**information** 6:10
18:12 19:17 35:6
38:1 50:19,25
66:2,5 67:14 69:4
69:12 70:1,3,5
71:10 73:21 76:4
83:4 86:17 87:18
91:6
**initial** 13:17 47:2
**initially** 77:16
78:14,15
**input** 79:14
**inserts** 66:2 71:9
**inspection** 83:6
**integrity** 20:24
**intellectual** 79:22
**intended** 36:18
37:2,10 39:25
43:16 52:25
54:14,25
**intention** 9:19
37:18 38:3 40:2,4
41:17,18 42:9,17
42:18 43:15
45:14,23 46:11
53:16,19
**interactions** 22:15
22:16
**interest** 37:21

December 18, 2007                          Seroquel Products Liability Litigation

**interested** 13:15
25:12 26:9 27:17
**interesting** 80:6,11
96:2
**internal** 66:21 72:7
73:18 74:15
**internally** 72:16
**interrogating** 63:2
**interview** 56:19
71:19
**introduce** 5:11
**introductory**
41:11
**invested** 89:24
**investing** 89:19
**involve** 71:2,7
**involved** 10:11
11:18 17:7 18:18
18:19,21 24:8
27:21 29:3 33:8
35:19 61:18 67:6
78:12 89:20
**involves** 75:24
85:21
**involving** 8:4
40:10,11,22
**in-camera** 80:16
84:15
**in-house** 79:14
80:3
**irrelevant** 73:8
**isolate** 13:3
**issue** 7:20 9:1 10:2
13:5 15:4 23:1
38:24 45:6 54:13
54:15 55:3 58:17
58:24 59:6 60:6
60:13,16 66:10
71:18 72:16 73:7
73:12 74:2,20,25
76:17 77:13 79:8
80:20,21 84:14
85:21 86:3 87:1
88:15 90:19 91:2
91:25 93:13
94:21 95:8,23

96:9,13,18 97:7
**issues** 7:21,25 8:4
8:9,23 9:7,12
11:13,18,23
13:10,15 14:8,10
14:25 21:6,7,8
22:17 29:24
36:14 37:20
39:12 43:25
44:24,25,25
49:13,15,17
51:21 52:5,6
55:14 61:7 63:10
63:18,19,24 65:5
65:7,24 70:10,13
70:18,19 72:2,13
72:17,20 82:17
84:21 85:4,18
87:14 88:2 89:9
89:22 91:15
94:13,19 95:20
95:25 96:10
**issuing** 60:24
**item** 85:23 86:23
86:25
**items** 31:16,19
36:20 64:16
**iterations** 85:7

_____
**J**
**J** 3:3
**Jaffe** 3:9 7:2,2
**January** 10:3,10
10:15 11:14 12:4
84:22 92:17
96:22,23,25
**Japan** 68:8,15
71:17 73:6 76:2
76:12
**Jeff** 2:5 4:24
**Jenkins** 3:12 7:4,4
**Jersey** 16:24
**jobs** 33:24
**joined** 5:10
**joint** 41:7,13 54:12
54:14,23

**jointly** 42:5 92:17
94:8
**Jonathan** 3:9 7:2
**JONES** 1:24 98:4
98:12
**Josephson** 2:17
5:20,20 30:21,22
30:24 31:3,6
**judge** 1:12 8:3
22:11 24:11 44:6
44:15 45:9 50:5,6
93:17 95:18 96:8
**judges** 44:11
**July** 74:22
**juncture** 19:4
53:19
**juries** 47:11
**jurisdictions** 56:15

_____
**K**
**K** 1:15
**keep** 14:8 23:16
70:13
**Ken** 4:20
**KENNETH** 1:16
**kept** 84:8,9 87:7
**Kernes** 5:22,22
**KERNS** 2:15
**Kevin** 2:15 5:22
**key** 17:24
**kind** 9:2 10:25
14:9 15:18 21:9
21:10 64:18
**kinds** 72:1 90:17
**Kingdom** 68:7
73:6 84:11
**kits** 19:25
**Klemtner** 6:21
12:19 13:2
**knew** 68:21,22
69:5
**know** 14:8 16:5
17:11 20:2 23:2
24:16 27:9 32:5
32:14 35:9,11
39:9 44:8 46:16

52:13,17 59:15
59:20 60:11,11
65:5 66:12,14
72:5 81:2,15 82:4
82:4
**knowledge** 32:6
72:13
**knowledgeable**
24:21
**known** 66:24
**knows** 25:7 43:10
46:24 47:3
**Komo** 52:14

_____
**L**
**label** 23:4 68:16
**labeled** 50:3
**labeling** 79:23
**labels** 71:14
**lack** 37:11
**laid** 54:3 55:16
**land** 25:11
**landscape** 47:22
**language** 37:5 42:8
57:10,13,16,24
68:14 69:2 95:4
**languages** 83:13
**large** 13:21 14:7
39:22 91:4 98:12
**larger** 91:3
**Larry** 1:22 4:11,19
**latest** 7:23 8:11,13
9:9
**law** 43:25 52:19
58:11,13 60:5
79:16,18,18,22
79:23,23,24 92:6
**LAWRENCE** 1:20
**laws** 79:21,25 80:1
**lawyers** 80:3,3,8
87:18,19,20
**lay** 25:11
**laying** 92:6
**learned** 68:10
**leave** 11:7
**leeway** 27:1

**left** 12:11 44:9
**legal** 27:6 30:13
79:25
**lengthy** 29:16
62:20
**letter** 13:1
**letters** 66:3 71:10
**let's** 12:6 34:19
63:6
**levels** 67:3
**liability** 1:5 4:4
51:20 79:22
**lies** 64:18
**likelihood** 51:20
**limit** 55:22 69:9
81:3
**limitations** 55:15
**limited** 15:25
23:17 55:21,25
56:6
**limiting** 33:19
**line** 18:24 26:8
51:12 71:11
**lines** 53:15
**lingering** 37:11
**lipid** 67:3
**list** 12:19 14:22
17:10,16,18 18:7
19:23 23:9 26:1
26:15,19 28:8
32:8 48:8
**listening** 7:8
**lists** 64:8 72:19
**literally** 22:7
**litigation** 1:6 4:4
5:9 9:21,24 33:9
33:15 35:13 45:8
54:4
**little** 15:16 26:6
43:17 51:11
58:23
**live** 90:6
**LLC** 6:15
**locate** 13:3 28:16
64:10,13
**located** 47:10

December 18, 2007                                    Seroquel Products Liability Litigation

**lodge** 85:15
**lodging** 84:14
**logs** 96:19
**long** 8:8 48:11
  61:17 73:15 93:2
**longer** 89:21
**look** 19:6 26:18
  28:19 44:23 70:2
  74:15 80:14 90:1
  91:5
**looked** 7:23 46:5
  62:8
**looking** 46:8 66:17
  87:6 96:3
**looks** 70:17 80:2
  91:23
**lot** 19:24 27:21
  62:1 68:11,16
  70:14,25 73:15
  76:19 77:20
  78:20 84:7
**lump** 20:9
**Luxemburg** 4:8

      **M**

**Magaziner** 2:11
  5:5,5 36:10 38:7
  38:18,23 39:3,18
  43:9 45:12,13
  48:25 49:3,16,19
  54:5 55:15 60:21
  70:9 93:10 94:3
  94:22 95:19
  96:24
**MAGISTRATE**
  1:12
**maintained** 67:22
  82:2
**majority** 12:23
**managed** 63:17
**management**
  67:21
**manual** 81:24
**March** 45:16 46:1
  48:13 54:11
  78:17

**marginal** 70:22
  71:22 73:9 76:5
  79:1
**marketing** 33:8
  63:25 68:25
  76:13,17 77:12
**Martin** 67:5 74:3
**massive** 50:18
  70:23
**Master** 6:6,9 7:21
  8:4,11,16 10:13
  13:6,23 37:18
  38:5 66:11 84:20
  85:3,10,21 86:1,7
  86:10,16 89:4,9
  89:12 90:20
**MASTERS** 3:14
**material** 81:11
**materials** 19:7
  64:7,24 66:19
  71:8 72:6,7 73:14
  75:7,8 78:20,25
  80:23 83:17
**matter** 10:22 27:25
  35:5,7 54:7 78:14
**matters** 8:5 96:21
**maximizing** 37:25
**McConnell** 3:3
  6:14,15,18 10:20
  10:21 60:21,23
  62:14 70:9,11,12
  82:3,13,21 84:6
**MDA** 74:6
**MDL** 1:6
**mean** 16:7 22:25
  35:1 38:20 52:20
  53:2 58:5,6 62:2
  76:11 77:19
  79:21 82:11
  92:21
**means** 79:24
**meant** 49:24
**measures** 68:23
**mechanism** 91:8
**medical** 11:1 20:17
  20:19 21:3,6,18

22:2,9,10 31:23
  32:2 72:4,13,17
  72:20
**meet** 10:13 50:3
  56:11,12,16
  61:15 94:5,11,12
  94:20 96:15
**meeting** 61:17
**meetings** 85:25,25
  86:22 87:25
**meet-and-confer**
  11:12
**members** 67:17
  68:3 69:14 74:19
  78:1,6,8 79:2
**Mendillo** 3:7 6:11
  6:12 24:13,14
  25:1,3,6 26:6
  30:15 31:18
**mental** 59:25
**mention** 26:24
  31:24 32:9,21
**mentioned** 16:24
  20:8 29:1,15
**mentions** 26:22
**mere** 16:9
**merely** 57:23
**merits** 9:22
**messages** 24:2
**method** 90:19
**methodology**
  52:13,15 90:8
  91:16
**mettlesome** 89:22
**mic** 31:1
**microphone** 7:12
  30:23
**microphones** 7:19
**Middle** 1:1 46:4
**midst** 20:13
**mile** 74:10
**million** 62:7
**mind** 44:13 94:2
  96:10
**mine** 34:23
**mini** 65:18

**minimize** 90:8
**minimizing** 37:24
**minor** 65:7
**minutes** 16:3 77:16
  77:21
**mirrored** 51:4,5,8
**misconstrue** 58:12
  58:13
**misinterpreted**
  42:9
**MMS** 21:12 22:2
  22:15,22 23:9,11
**modified** 93:20
**moment** 48:21
  49:11 89:16
  93:11
**months** 17:9,17
**morning** 5:12,18
  6:5,8,11,14 10:17
  11:2 15:15
**motion** 8:14 25:8,9
  34:7 36:14,21
  39:14,24 52:10
  53:11 54:8 55:6
  55:17 57:8,11
  60:18 84:17
  94:15,16,24 95:1
  95:13,16 96:20
**motions** 12:6 34:8
  39:20 42:4,13
  47:5,6 52:11,12
  52:16,17,23 63:7
  94:13
**move** 11:15 35:24
  63:6
**moved** 94:14
**moving** 86:10
**mulling** 59:7
**multiple** 21:4
  94:12
**multi-district**
  43:20 45:8
**M.D.L** 53:2 54:19
  55:11

      **N**

**N** 4:1
**name** 65:19
**named** 74:3
**names** 4:6
**narrow** 14:1 19:20
  20:7 26:17 27:1
  33:1 63:18
**narrowed** 19:1
  63:9,24
**narrowing** 26:9
**nationwide** 21:4
**native** 36:15,18,21
  37:4 88:16
**nature** 26:10
**necessarily** 12:22
  40:13
**necessary** 9:3
  81:14 89:21
**need** 14:1,25 15:24
  19:1,3,8,10,14,18
  19:19,20 30:3
  44:2 47:20 53:23
  56:1,17,18 57:12
  82:23 93:24
  95:21 96:22
**needs** 10:7 33:16
  33:19 57:24 81:6
  85:13 86:17 93:2
  95:5
**negotiating** 75:2
  77:15
**negotiations** 77:23
**neither** 32:14
**nervous** 21:7
**Netherlands** 68:9
  76:2
**never** 17:10 32:13
  34:17 38:15
  52:25 53:5 56:4
**nevertheless** 15:25
**New** 4:8 10:5
  16:23 47:17
**night** 17:14 18:1
  25:25
**nil** 73:16 76:5
**nine** 70:18,19

75:19
**Nixon** 3:6 6:23,23
**non-Florida** 40:15
  40:19 41:6 42:11
  42:20 43:8,12,14
  44:2 46:23 47:21
  49:10 54:16 55:1
  55:5,11 93:16
  94:25
**non-issue** 77:3
**non-party** 6:23
**non-retain** 83:21
  83:25 84:4
**non-retained**
  66:13 83:17
**noon** 34:9,22 35:23
  94:8
**normal** 95:2
**NOTARY** 98:12
**note** 8:11
**noted** 16:6,18,18
**notes** 68:6,18 69:7
  69:15 75:25 76:9
  76:18 77:17,21
  85:8 98:6
**notice** 8:12 27:15
  41:1,4,7,8,18
  54:12,14,24
**noticed** 86:12
**number** 4:2 10:18
  31:14,15 32:10
  32:13 36:2 40:23
  47:6 57:2 61:5,6
  64:12 66:20
  67:16 68:5 69:1
  69:17 71:6,7
  73:17 74:8,21
  75:24 84:9 90:13
**numbers** 32:19
  63:22 64:10
  66:18 80:22
  81:10,20
**numerous** 19:22

---
**O**
---
**O** 4:1

**object** 8:12 38:10
  95:12
**objection** 9:8
**objections** 36:2
  57:15
**obligated** 18:2
  25:19
**obligations** 33:2,11
  33:14 59:15 62:5
**observer** 4:25
**obtain** 29:6
**obtained** 25:18
  27:24
**obtaining** 29:4
**obvious** 5:8
**obviously** 9:9
  11:19 13:20
  14:10 33:5 43:24
  67:12 68:21
  69:22 78:3
**occasion** 85:24
**occasions** 86:2
**occur** 92:22
**occurred** 11:16
**offered** 42:1 79:12
**office** 29:18
**offices** 21:25
**officially** 7:8
**offload** 19:8
**okay** 21:20,23,25
  39:3 49:18 58:15
  63:17 82:16
  88:11,22
**once** 35:11 85:25
**ones** 19:18 33:22
  53:10 56:5,17
**open** 45:3
**opened** 32:13,19
**operate** 52:1
**opinions** 51:17
  54:4
**opportunity** 9:8,11
  46:18 48:18
**opposed** 11:4
  52:14
**option** 54:21

**ORANGE** 98:3
**order** 25:9,20,21
  27:2,16 36:11,14
  36:16 37:2,6
  38:11,12 42:7,22
  45:15 46:11 48:6
  48:13 51:3,4,7
  53:14 54:11
  58:10 59:6 60:16
  60:24 70:4
**ordered** 24:19 40:1
  40:6,20
**orderly** 29:23
**orders** 53:17
**ordinary** 35:18
  61:21
**organized** 13:13
  87:17
**original** 91:6
**Orlando** 1:2,6
  10:13 11:13,19
**Orran** 3:15 6:6
  84:20
**ought** 59:17 90:23
**outcome** 62:13
**outline** 88:22
**outside** 80:3
**outweigh** 71:3
**overall** 95:8
**overseas** 71:11,16
  72:8 76:1,10
  82:23 83:23,24
**over-simplificati...**
  71:25
**o'clock** 12:4 17:13
  25:24 97:9

---
**P**
---
**P** 4:1
**package** 66:1 71:9
**page** 63:23 91:4,5
**pages** 14:19 62:7
  64:5
**paid** 29:25
**paper** 91:9
**papers** 56:10

**paragraph** 41:11
**parameters** 54:3
**pare** 23:16 26:17
**Parexel** 6:12 15:14
  15:16 16:5,7,11
  16:13,13,18 17:9
  18:2,15 19:25
  20:11,14,18
  22:13,19 23:8,19
  24:12,15,20,21
  25:13,19 26:1
  27:7 30:14,16
  31:11,20 32:25
  33:5 34:7,25
**Parexel's** 33:18
**part** 17:2 35:18
  39:22 41:24 42:1
**parte** 56:20
**participants** 23:23
**particular** 52:12
  59:9 60:1 63:13
  67:11 68:23
  69:14,23
**particularly** 55:18
  68:4,19,24 69:24
  76:12 91:9
**parties** 14:13
  15:18 29:6 34:6
  34:22 35:13
  37:22 38:16,24
  39:8,13 41:12
  43:16 47:8,24
  54:9 88:24 89:23
  90:7 91:1 92:17
**partner** 16:14,16
  17:1 22:3
**partnering** 27:10
**partners** 5:8 18:25
**partnership** 26:25
  27:4,7
**parts** 9:9
**party** 27:20 28:23
  28:24 33:11 34:7
**Pass** 2:12 5:15,15
**patient** 66:2 67:21
  71:9

**Paul** 1:17 4:7
  49:22
**Pellington** 79:15
**Pennock** 1:17 4:7
  4:7 8:3 15:13,15
  24:16 35:25 45:9
  48:20,22,24
  49:12,20 50:4
  54:17 58:5 60:19
  88:11 93:7,14
  94:10 95:10,18
  96:8
**people** 10:7 27:9
  30:11 31:14 59:5
  71:19,20 73:23
  75:18 78:5,8,13
  78:14,15,23 80:4
  82:12
**percent** 23:3 35:6
**perfect** 28:12
  90:21
**perfectly** 61:21
**perform** 65:12
**performed** 13:16
**period** 26:12 39:11
**permission** 36:13
**permitted** 56:16
**permutation** 51:10
**person** 89:5
**personally** 64:14
**pertinent** 76:8
  87:21
**ph** 59:1 61:8 65:19
  79:15
**pharmacist** 45:1
**phase** 55:21,25
  56:7
**phone** 6:3 15:6
**phrased** 39:17
**physicians** 20:1,22
  23:4 56:18 67:6
**picked** 43:17
**place** 11:22 21:22
  31:19 75:16 85:4
**places** 90:13
**Plaintiff** 3:6 31:16

December 18, 2007                    Seroquel Products Liability Litigation

Page 109

41:23 54:19 57:4
97:1
**Plaintiffs** 1:14 2:2
3:9,12 4:5,10,12
4:14,16,18,19,21
4:23 5:2 6:24 7:3
7:5 8:2 9:1 10:8
12:7,14 13:11
25:12,18 28:4,22
34:12 36:5 38:9
38:13 39:25 40:1
40:21,24 41:16
42:17 43:13 44:2
45:18 47:9,18
48:7 49:25 51:12
53:7 54:6,21
55:10 56:5,8,10
56:11,12,16,18
57:20 58:3 60:11
60:19 61:5 63:21
68:20 72:1,10,15
77:9,16,25 79:12
80:5,13,22 81:6
81:13,21 84:13
85:19 92:14
94:17
**Plaintiff-specific**
44:25 45:1
**plan** 8:12 14:4
34:24 46:12,17
46:20 67:21
**Plat** 28:1
**platform** 28:1
**play** 72:9
**please** 4:6 5:4 6:3
**pleased** 26:13
**PMO** 7:21
**point** 14:23 18:15
19:2 30:5 33:13
38:4,8 40:9 43:10
50:22 56:9 60:17
62:17 64:6 73:20
77:24 78:19
81:12 82:19
91:19
**pointed** 83:14

**Pomerantz** 3:4 7:6
7:6
**pool** 47:3
**portion** 32:6
**poses** 33:10
**position** 13:7 26:17
27:20 28:6,12
50:10 51:12
53:18 56:22
57:14 58:6 67:23
86:6 94:17
**positions** 34:10
35:22
**possible** 13:25 14:6
14:9 89:18 96:20
**possibly** 74:14
**postpone** 8:14
92:22
**post-July** 96:13
**potential** 33:9
**potentially** 15:10
18:22 23:25
51:22 52:7,11
**PRA** 64:4,11,15,20
65:11,20,23
69:18 79:9 80:22
81:24
**practical** 46:25
**practice** 52:10
53:11
**precedential** 52:19
**predicate** 62:23
**predict** 52:20
**preempted** 77:8
**prefatory** 32:23
34:23
**prefer** 47:17
**preference** 47:19
**preferred** 16:16
**prep** 59:10
**preparation** 9:3
60:3 61:3,14,20
62:10 92:19
**prepare** 59:14
61:16
**prepared** 9:22

81:25 82:4 83:8
**prepping** 62:3
**prescribers** 72:10
**prescribing** 23:5
**prescription** 69:19
79:10,17
**present** 24:17 55:6
56:21 63:10
**presented** 8:9
37:23 85:13
**preserve** 87:11
**preserved** 95:6
**press** 35:1
**presumably** 28:11
59:20
**pretrial** 9:17 10:9
10:16 44:22
**pretty** 80:18 88:21
90:11
**prevent** 90:9
**previous** 36:19
**previously** 11:11
58:14
**pride** 20:23
**primarily** 40:18
**primary** 23:4 45:7
**Prince** 2:19 5:24
5:24
**principal** 60:9
**principles** 69:18
79:10,17
**print** 91:4
**prior** 18:3 58:19
**prioritized** 14:17
14:22
**privacy** 79:25
**privilege** 15:3
80:12,19 96:19
**privileged** 15:10
69:25 70:3
**probably** 14:11
17:24 51:19
67:24 76:21
96:12
**problem** 35:10
39:15 60:4 64:7

64:18 78:2
**problems** 60:12
**procedural** 56:13
**procedurally**
95:12,17
**procedure** 40:5
70:25 93:16,19
**procedures** 40:21
41:2 54:24 88:24
90:1
**proceed** 24:19 25:4
25:10 28:9 29:23
92:3
**proceeding** 30:8
**proceedings** 91:11
98:5
**process** 11:12,15
15:4,9 59:25 60:1
61:14 72:17,23
75:6 85:3
**produce** 25:20
26:20,22 28:19
28:20 29:9,10,13
30:6 36:17,20
37:4,13 64:6
69:12 70:4 89:2
**produced** 25:14
29:25 62:8 65:9
65:10 66:16
73:25 74:4 78:21
85:7 90:10
**producing** 14:2
24:20 27:21 75:9
**product** 33:8 59:24
60:10 79:22
**production** 10:14
12:17 14:3,23
30:9 34:5 35:4
36:16 37:14,25
58:18 59:18
60:13 63:8 64:4
64:12,15,21 65:2
65:11,20,23
66:16 75:16,21
78:22
**productions** 74:7

96:13
**products** 1:5 4:4
83:11
**PROFESSIONAL**
98:4,13
**profile** 67:23
**program** 22:10
84:19
**programming**
20:25
**programs** 20:21
21:6 22:24 24:3
**progress** 70:15
92:11
**progressing** 8:18
**prohibition** 56:14
**project** 12:19
13:13 14:16,20
17:10,16,18 18:7
18:9,10,14 19:5,8
19:13,14,15,23
23:8,10,11,12
25:25 26:14
27:11 28:8 31:8,9
32:8 34:14 71:21
**projects** 12:18,21
12:23 13:5 17:18
17:21 18:9,11,11
19:6,9,16,18 20:5
23:24 24:22,23
26:1 31:24 32:10
32:12 34:16
**promoted** 69:22
**promotion** 69:19
79:11,17
**promotional** 64:1
65:1
**promptly** 47:23
**property** 79:23
**proposal** 29:17
41:13,20
**proposals** 94:13
**propose** 94:3
**proposed** 41:8
42:8 93:22
**propounded** 63:25

December 18, 2007                              Seroquel Products Liability Litigation

Page 110

**protection** 79:20
**protective** 25:9
**protocol** 88:21
    91:7
**protocols** 66:22
    73:19 92:2
**prove** 23:3
**provide** 20:20
    28:13 64:9 66:8
    71:9 80:24 81:19
**provided** 12:19
    14:15 25:23,25
    26:15 64:24 65:4
    66:4 69:5
**provider** 21:4 66:3
**providing** 71:12
    80:21
**proviso** 97:4
**PUBLIC** 98:12
**published** 74:6
**pull** 65:14,14
**pulled** 65:16
**purely** 88:1
**purportedly** 22:18
**purpose** 9:19,21
    45:7 54:12 91:7
**purposes** 24:20
**pursuant** 51:3
**pursue** 19:19
**purview** 7:25
    87:12
**pushing** 35:5
**put** 44:3 85:4,22
    90:25 91:9 92:17
**puts** 57:4 72:19
**p.m** 25:16

                    **Q**
**quash** 25:9
**question** 17:3 45:4
    46:2,21 47:19
    49:22
**questioning** 31:22
    89:3
**questions** 21:15
    58:1 70:7 81:22

**quick** 76:14
**quickly** 5:8 24:5
    24:10 91:10
**quite** 7:16 33:11
    38:12 63:18
**quote** 20:19,20,22
    20:23,25 21:5,5
    54:8 74:15

                    **R**
**R** 4:1
**Rachel** 3:11 6:21
**raise** 95:21
**raised** 9:1 36:2
    38:8,19,24 73:12
**reach** 54:2 93:15
**read** 94:8
**reading** 8:15,16
    42:7
**ready** 44:5,12,21
**real** 33:18 37:21
**really** 9:15 14:1
    33:16,17 35:4
    50:10 53:15 75:5
    77:18 80:5 86:19
**reason** 50:11 71:12
    71:24
**reasonable** 75:3
**reasonably** 78:18
    92:9
**reasons** 43:22
    46:25 84:10
**rebutting** 80:17
**recall** 26:10
**receive** 85:5
**received** 14:19
    17:15
**receiving** 22:20
    26:19
**recess** 97:10
**recognize** 20:6
    90:12
**recognizing** 37:22
**recollection** 61:11
    62:10,25 63:4
**recommendation**

    36:3 46:15 57:25
**reconsider** 39:24
    54:8 57:8,9,12,23
    94:15,16,16
**reconsideration**
    36:22 55:17
**record** 4:6 6:4 59:8
    60:25 61:9 63:5
    98:5
**records** 62:17
**redact** 70:5
**redepose** 56:2
**refer** 36:13
**referred** 13:6,22
    15:20 16:25 64:3
    64:25 65:17
**reflected** 79:2
**reflecting** 76:18
**reflects** 58:11
**refresh** 62:9 63:4
**refreshed** 61:11
    62:25
**refused** 19:11
**regard** 33:22 38:8
    38:11 39:19 43:6
    49:9 54:22 55:6
    58:10
**regarding** 20:4
    25:11 26:2,12
    27:2 29:17,24
    30:10 40:24 41:8
    41:13,20 42:13
    42:22 49:25
    53:11 61:13
    66:22 68:6,18
    73:19 75:25
    91:15 94:24
**regardless** 43:16
**regards** 72:13
**regime** 72:23 77:1
**regimes** 76:7
**REGISTERED**
    98:4,13
**regulators** 76:23
**regulatory** 51:21
    64:1 65:1 68:7,11

68:13,17,22
    72:23 73:5 76:1,6
    76:19 77:1 82:22
    83:4,5,7,10
**reimbursement**
    35:1
**reiterate** 29:11
**relate** 13:14 18:13
**related** 17:22
    32:11 66:10
    83:10 84:18
    86:24
**relating** 61:7 68:9
**relationship** 33:3,7
    33:7 35:15
**relatively** 91:10
**releases** 16:19
**relevance** 33:10
    70:22 71:22 73:9
    73:16 74:11 76:5
    79:1 86:7 88:2
**relevant** 26:21
    67:14 68:4,19,24
    69:6,24 76:21
    87:4
**reliable** 91:24
**reliably** 37:12
**remaining** 7:25
    12:20
**remand** 40:13 53:4
    53:25
**remanded** 47:15
**remark** 32:23
**remember** 17:8
    39:4,6
**remind** 27:19
**remotely** 61:22
**Renee** 1:21 5:1
**repeat** 76:3
**report** 7:23 8:11
    8:13,16 9:9 12:7
    12:16,25 13:1
    35:21 46:15
    57:25 66:12
    83:15 85:6 98:5
**reported** 85:11

**REPORTER** 1:24
    98:4,13
**reports** 42:3,12
    45:19 48:9 50:14
    51:14 52:1,1,4
    53:18 54:6
**represent** 49:4
    68:20
**reproduce** 36:20
    88:16
**request** 10:21
    13:23 25:23
    28:10 38:10
    63:21 64:23 66:6
    66:20 67:16 68:5
    69:1,10,14,15,17
    69:18 71:7 73:2
    73:17 74:21
    75:24 77:12
    78:22 79:9 90:3
**requested** 13:5
    28:4 63:23 64:16
    65:15 66:7 67:10
    68:13 69:7
**requesting** 28:5
**requests** 63:8,13
    63:25 64:1,2,3,19
    64:22 65:25
    70:16 71:4,6,7
**require** 8:1 34:6
    89:20 96:5
**required** 68:15
    69:2
**research** 33:20
**reserve** 12:5 95:12
**resides** 75:6
**resolve** 37:19
    87:23 89:22
**resolved** 94:19
**resolving** 30:8
    89:13
**respect** 7:25 8:10
    12:15,20 14:14
    15:3 16:10 17:6
    18:24 22:21
    23:22 34:4 36:3

December 18, 2007

Seroquel Products Liability Litigation

52:4,20 63:7
65:22 66:6 67:11
67:13,16,25 68:5
68:12,14 69:3
73:17 85:7,8 95:5
**respectfully** 41:12
48:16
**respective** 34:10
35:22
**respects** 51:8
**respond** 29:19
33:14 48:10 55:9
**responded** 40:2
**response** 30:20
36:5 58:4 64:2
78:21 81:2
**responsible** 39:22
**rest** 43:19
**restriction** 11:1
**result** 15:22 26:13
26:14 35:14
**resulted** 68:23
**retrieval** 83:3
**returned** 14:18
**review** 15:11 33:20
80:16 84:15
**reviewed** 58:18
67:22
**reviewing** 59:17
**revolve** 69:21
**re-examine** 48:5
**rhetoric** 50:8 84:7
**Richard** 5:20
30:21
**riding** 90:2
**right** 6:2 7:9 8:6
10:25 12:3 14:12
15:12 22:21,22
32:22 36:1 43:22
44:3 46:20 55:13
63:6 82:16 83:24
83:25 84:13
85:18 95:10,12
96:6
**ripen** 96:11
**ripening** 96:4

**risk** 67:18,18,21,23
74:20,21 75:5,12
75:18
**risks** 68:2 72:17
**Robert** 2:12,17 3:7
5:15 6:12 24:14
**rocks** 8:20,20
15:19
**role** 72:9 79:24
87:3,5 90:7,23
91:13
**rolling** 14:5,23
**room** 7:17 17:15
**rooms** 22:7
**Roth** 1:22 4:19,19
**RPR** 1:24
**rule** 15:1 35:23
56:14 63:11
82:16 88:9
**rules** 57:1 70:24
81:18,18
**ruling** 93:12
**rulings** 90:24
**Russell** 2:14 5:25

_____

**S**

**S** 4:1
**Saatchi** 12:15,19
13:2
**Saatchi's** 13:7
**safety** 67:20
**sales** 64:1
**Sally** 24:14
**San** 11:7
**sanctioned** 57:18
57:19
**sanctions** 8:15,22
9:17,20 10:11
57:10,16,19
84:17,23 85:14
92:19
**sat** 64:14
**satisfied** 58:10
94:18
**Saturday** 83:14
**saying** 32:3 54:22

76:22,22,24 77:4
80:9
**says** 20:20,23
28:16 54:17 58:7
83:2
**schedule** 11:21
41:20 42:4,8,10
42:15,19 43:2,21
46:13 47:24 48:1
48:6 54:10,11,24
55:8 85:17 93:22
**scheduled** 10:14
11:11
**schedules** 36:4
40:22 41:2
**scheduling** 10:2
41:14
**Schizophrenia**
66:24
**science** 51:18 77:5
**scientific** 50:18,25
**scope** 13:21 14:7
19:1 24:22 27:1
27:14 37:3 41:8
41:13 85:13 86:5
86:7,18 87:2,13
87:15,22
**search** 13:17 33:19
35:9 64:12,15
76:15 81:10 87:8
**searchable** 65:9
81:4
**searched** 65:20
**searches** 65:13
78:10
**searching** 80:25
**second** 22:12 43:7
96:18
**seconds** 82:20
**sections** 79:21
**security** 80:1
**see** 17:19 19:23
26:13 29:19 30:3
34:23 49:12
62:19 93:15 94:1
95:20

**seek** 69:1
**seeking** 72:2
**seeks** 66:21 68:6
69:18 73:18
**seen** 17:11 28:8
81:17
**selected** 53:4
**semantics** 87:2
**send** 14:4
**sending** 15:9
**sense** 11:14,21
19:17 27:6,8
33:18 37:21 49:9
74:12 87:7
**sent** 15:5 29:16
**separate** 8:22,25
9:6,20,23 13:18
20:11 22:2 30:13
30:16 40:8 53:1,8
53:20 76:12,13
**separately** 30:2
94:7
**September** 39:1
**SERM** 72:18 75:7
**Seroquel** 1:5 4:3
17:6,7,22 18:17
20:2 21:8 22:4,21
24:22 26:3,12,23
64:25 67:2,7,8,13
67:18,19,20 68:2
68:9,12 69:9
**Seroquel's** 67:23
**serve** 30:4 51:13
53:18
**served** 53:1
**server** 31:10,11
35:6 87:9,9,16
**servers** 35:10
**serving** 53:20
**session** 11:16,22
96:2
**set** 8:25 11:24 12:3
25:9 34:7 91:19
97:3
**setting** 95:24
**seven-year** 26:12

**Shane** 2:19 5:24
**shape** 44:16
**shaping** 60:2
**share** 74:7
**shared** 13:12,14,17
**sharing** 22:7
**sheet** 72:18,22
**sheets** 66:2 71:10
**shield** 60:2
**shorthand** 37:16
**shortly** 14:24
85:15
**show** 79:12
**showing** 62:24
**shown** 61:1 63:3
**shows** 59:25 61:1,9
**side** 37:12 57:2
60:8 61:19 81:6
91:20
**sided** 51:11
**sides** 86:1 88:17
**signals** 67:20
**significant** 60:6
74:7 96:8,10
**simple** 14:9 33:23
**simplest** 36:12
**simply** 19:19 23:21
38:12 50:23
64:17
**sir** 89:17
**sit** 49:11 65:12
**situation** 15:17
46:9
**six** 61:25 62:6
**slate** 43:7,11 46:22
53:1,8,20
**slide** 19:25
**slight** 71:25
**slightly** 46:8
**sluggishness** 17:12
**small** 32:6 74:10
79:5
**smooth** 92:4
**software** 28:1
87:10,11
**somebody** 35:8

December 18, 2007

Seroquel Products Liability Litigation

83:18 88:5
**somewhat** 37:9
59:14 86:24
**soon** 14:5 24:4
**sorry** 23:11 25:3
26:4 66:5
**sort** 9:3 17:10 18:6
18:6 20:10 21:10
40:7 56:25 75:21
80:10
**sorted** 6:10
**sought** 77:16
**sound** 33:20 34:3
**sounds** 32:25 80:2
**space** 25:4
**speak** 7:11 22:17
31:16 41:16
84:14
**speakers** 7:15
64:24 65:4
**speaking** 64:25
**spear** 18:15
**Special** 3:14 6:6,9
7:21 8:4,10,16
13:6,23 37:18
38:5 66:11 84:19
85:21 86:1 89:12
90:20
**specialist** 19:21
**specific** 6:7 13:4
31:7 53:23 54:1
63:7,22 64:9,19
64:23 81:10,19
90:24
**specifically** 15:10
17:5 26:18 28:10
65:15
**spelled** 36:22
**spends** 62:6
**split** 20:9
**spoke** 73:3
**Sport** 59:1 61:8
**spreadsheet** 17:21
91:4
**Stage** 66:24
**standard** 80:15

**standards** 73:1,5
**standing** 23:21
**start** 7:20 30:10
**started** 14:3 32:12
**state** 4:6 5:4 44:24
47:16 79:19 98:2
98:12
**stated** 41:18
**statement** 34:10
35:22 63:9,24
**states** 1:1,12 23:25
27:25 44:1 47:15
**static** 26:6
**stating** 77:3
**statistics** 51:19
**Statues** 79:20
**status** 1:11 7:24
8:25 9:6,14 10:1
12:7,11,16 35:21
95:24 97:1,8
**statutes** 79:19
**stay** 50:7 89:20
**STENOGRAPH...**
98:6
**STENOGRAPH...**
98:5
**Stephen** 3:3 6:15
70:12
**steps** 33:21
**Steve** 6:17 10:20
**Stewart** 2:14 5:25
5:25
**stop** 89:13
**storage** 83:3
**store** 83:15
**stored** 12:24
**stores** 83:9
**story** 67:8
**straight** 70:24
74:18
**strategic** 16:20
22:3
**strategy** 22:21
**street** 33:12,14
**strikes** 84:1
**strokes** 17:24

**Study** 66:23,23
67:8
**stuff** 73:15,24 81:7
**stumbled** 21:10
**subject** 83:4 97:4
**subjects** 41:24
**submission** 74:6
86:12
**submissions** 82:23
83:10
**submit** 34:8 41:12
45:19 48:17
84:25 94:7
**submitted** 42:3,5
48:7 94:13
**submitting** 54:23
**subparts** 70:17
**subpoenas** 30:4
**subsection** 65:25
**substantially**
78:17
**substantive** 19:22
49:24
**substantively**
18:13
**subsumed** 75:15
**successful** 33:6
**suffice** 17:20 47:22
**suggest** 36:18 40:5
42:18 46:13
50:12 74:17
75:13
**suggested** 47:24
84:20
**suggesting** 50:13
50:16 54:5 86:13
**suit** 28:24
**summer** 51:3
93:24
**supervise** 44:19
**supplement** 95:16
**supplemental**
75:21
**supposed** 12:9
22:8 59:19
**Supreme** 77:7

**sure** 7:10 9:12 26:7
30:17 31:1 37:1
43:12 77:22
86:19 91:24
**surprise** 92:6
**surprised** 92:8
**suspect** 10:6 87:24
92:24
**Sweden** 68:8 71:17
73:6 76:2
**system** 21:7 81:3
**S-E-R-M** 75:7

**T**

**T** 2:11
**table** 79:12
**take** 11:22 20:23
24:6,7 29:15
38:14 50:24
58:15 73:15
84:21,24 85:19
88:5 89:9 93:6
96:9
**taken** 28:7 32:16
42:3 69:8 75:3
86:6
**talk** 8:24 31:8
38:22 55:13
59:13 74:1 93:14
95:4,8,10
**talking** 13:20 14:6
41:22 59:3 87:16
**talks** 60:5 79:18
**targeted** 75:21
78:21
**team** 5:10 67:18,18
67:19,24 68:3
69:14 74:20,21
75:5,12,19 79:2
**teams** 69:9,10
77:13,17,18,19
77:20,20,25 78:1
78:3,6,8
**technical** 35:8
87:13 88:1 90:19
91:16

**telephone** 7:14,18
**TELEPHONIC...**
3:2,15,16
**tell** 79:14 82:13
**ten** 55:22 57:2
77:24
**term** 27:3 51:16
**terms** 26:24 27:18
29:20 30:7 31:15
32:7 37:22 51:2,9
52:17 58:6,24
59:21 61:10 72:9
72:12 74:11,12
75:12 77:2,4,23
87:10 94:2
**tested** 63:1
**testified** 27:5
**testifies** 61:19
**testify** 43:1 47:10
47:13 56:23
**testimony** 31:10,12
31:21 32:7 42:1
56:1
**text** 65:9 81:4
**thank** 24:11,13
25:6 35:25 36:10
38:7 39:18 49:19
50:4 93:7 95:18
**thereof** 28:22
**thing** 32:9 34:18
76:21
**things** 7:24 8:18,19
8:21 25:21 26:16
33:23 45:23
57:21 58:16
60:15 82:24 96:4
**think** 8:3,13 11:2
15:18,22 16:1,11
19:14 23:2,6
27:12 29:17,21
29:22 30:1,5,7
34:2 36:24 38:18
38:24 39:10,21
43:9 44:15 45:17
45:20 46:6 50:15
51:11,14,15

December 18, 2007

Seroquel Products Liability Litigation

53:14 55:16 57:6
58:11 61:20
62:22 63:15,18
67:14 68:3,17
69:4 70:19,21,23
70:25 71:18
73:11,12,13
75:22 77:25 78:2
78:19 79:11
80:13 81:4,7
82:14 86:9,10,16
86:21 87:18,19
88:13,17 89:4
91:14 92:1,10
93:19 94:19,23
95:7 96:3,11,16
96:22,24
**thinking** 9:14
72:20
**third** 14:13 15:17
27:20 28:23 29:6
38:16,24 39:7,13
**third-party** 3:4,5,7
3:8,11 6:12 12:6
38:9,14
**thorny** 61:7
**thought** 9:5 39:8
40:3 41:1 44:4
48:14,15 50:13
51:4,7 77:23
86:12,15
**thoughts** 49:25
96:1
**thousand** 44:17
**thousands** 42:14
43:4 82:12
**three** 32:1 46:3,3
48:7,10 55:9,12
63:24
**Thursday** 34:8,9
34:21 35:22 85:6
94:8
**time** 24:7 29:2,14
39:6,10 42:22
44:17 46:1,18,20
48:1,11,12,15,24

50:23 53:9 54:2
57:17,25 59:11
73:15 78:4,5,9
85:1 92:7 93:14
96:25
**timeline** 19:14
23:12
**timelines** 18:10
19:16 31:9 34:15
**times** 16:25 85:24
86:6,9
**Tires** 52:14
**title** 41:7
**today** 7:8 8:24
46:9
**told** 37:4 65:22
66:15
**tools** 81:14
**Torregrossa** 3:10
6:19,19
**track** 40:10,11,19
40:19,22,24 41:6
43:5,14,19,24
49:10 93:16
**tracks** 40:8
**traffic** 20:4
**train** 16:6 90:2
**Trammell** 1:19
4:17,17
**TRANSCRIPT**
1:11 98:5
**transferor** 40:14
44:18 45:3 95:6
**translate** 87:19
**trash** 50:6
**travel** 11:6
**trepidation** 9:18
**trial** 41:25 42:2
44:10,12,22 47:2
47:16 52:2,7
56:24 61:19
66:24 67:9,11
73:19 74:14
**trials** 16:17 67:7
67:12
**tricky** 90:15

**tried** 40:12,13 47:7
48:10 56:9 64:14
69:9
**trouble** 61:13
**troubled** 17:13
**troubling** 59:14
**true** 57:21 68:25
82:25 91:15
96:14 98:5
**try** 13:24,25 19:7
23:16 40:15,21
44:7,10,12 46:1
65:12 70:13
71:15,20 74:9
76:17 78:2,6
89:25
**trying** 14:21 76:9
92:2
**Tuesday** 97:3
**Turinsky** 3:8 6:25
6:25 15:6,8,9
**turn** 12:6 44:17
79:8 80:20
**turned** 77:17
**turning** 8:9,20
**turns** 20:14 21:23
**twisting** 43:17
**two** 12:8 15:17
17:16,17 25:22
31:16,19,25 40:7
45:23 55:20,25
56:3,4 61:6 62:16
67:2 72:2 79:9
86:1,2 95:3 96:10
**type** 86:5
**typical** 51:25
**typically** 61:18
63:1

**U**
**UK** 68:25 69:2
71:17 76:1
**ultimately** 44:14
91:14
**unable** 32:17
**unclear** 37:9

**understand** 24:8
33:25 40:16
45:13,22 46:10
60:23 61:24
69:13 75:17
88:13
**understanding**
11:10 14:9 41:17
82:6
**understands** 47:7
78:11
**undoubtedly** 20:2
22:25 52:9
**unfairly** 92:8
**Unfortunately**
83:17
**unintentionally**
37:7
**United** 1:1,12
23:25 68:7 73:5
84:11
**unquestioned** 21:1
**unwitting** 24:1
**update** 75:22
**updated** 67:21
**urgency** 93:21
**usable** 37:25
**use** 47:9,13 84:10
84:12 87:9,10
**usually** 72:2 90:11
**U.S** 77:7 83:5

**V**
**various** 24:22 69:8
83:7 85:7,8
**vary** 59:4
**vendors** 29:6
**versions** 90:14
**versus** 79:3 87:4
**viable** 47:4
**vicissitudes** 33:15
**view** 27:23
**views** 92:24
**virtually** 28:3 51:5
51:8 71:23 73:16
76:5

**voluntarily** 26:15
46:7
**Voshell** 3:13 6:17
6:17
**vu** 58:7

**W**
**wait** 11:15
**waived** 57:15
**waking** 13:16,20
**want** 5:7 19:24
20:4 24:9 26:10
26:18 27:22
30:10 32:5 39:8
44:19 50:24
54:22 55:13
57:13 58:3 60:1
70:6 77:25 80:13
81:15 85:19
89:18 92:18,22
92:24 94:6,7,15
95:3,11
**wanted** 32:20 37:1
38:16 39:10
**wants** 29:10 34:25
44:7 55:2 60:17
88:25
**warn** 23:1
**warning** 68:14
69:2
**Washington** 79:16
**wasn't** 26:7 27:5
42:18 49:3 65:21
**watching** 23:21
**way** 13:3 14:21
17:23 24:18 28:9
29:23 36:12
37:24 39:17
50:23 58:12 61:6
62:25 69:21
71:13 72:15
76:14,15 82:22
85:14 87:17 88:9
88:10,22 90:1
92:4
**website** 16:19

December 18, 2007

Seroquel Products Liability Litigation

**Wednesday** 24:17
25:14
**week** 10:3,5,10
16:22 34:9 35:23
45:18 86:1 93:25
**weeks** 17:17 48:7
48:10 55:9,12
96:12
**weigh** 71:22
**weighing** 70:21
**weight** 67:3 84:3
**Weitz** 4:7
**welcome** 10:19
**went** 23:21 25:15
59:17 71:5 82:11
**weren't** 65:13
77:18
**West** 3:5 7:7,7
**we'll** 8:6 23:2 24:7
24:12 45:2 74:1
91:24
**we're** 9:2 13:20
44:16,18 96:19
**we've** 44:23,24
75:8,9
**Wheeler** 2:3 4:15
4:15 12:13,13
13:11 14:14 15:2
15:13 17:8,16
29:16 31:8 63:12
63:17 65:10
70:14 71:5,8 73:3
73:12 74:4 75:4
76:20 80:23 81:5
**WILLIAM** 1:24
98:4,12
**willing** 10:4 20:5
66:18
**wish** 39:12 40:16
**wishes** 94:11
**witness** 16:6,21
18:7 21:11,12,13
31:22,25 32:6,11
32:15 35:15 59:9
59:10,12,15 60:2
61:2,3,11,16,19

62:2,6,9 63:3
89:3 91:21
**witnesses** 16:10
56:24 58:19
59:16,19 62:3,4
**wonder** 93:11
**words** 13:19 37:15
**work** 13:10 14:21
17:4,5 27:21
34:17 40:21
59:24 60:9 73:15
76:19 78:16
81:16
**worked** 14:11
21:11,12 26:2
**working** 27:9
88:20
**world** 34:18 90:6
**worldwide** 18:17
**worth** 61:25
**wrap** 29:23
**wrapped** 24:9
**wreck** 16:6
**written** 9:8 59:6
60:16,24

---
**X**
---
**X** 80:9

---
**Y**
---
**Y** 80:9
**yeah** 15:8 49:14
**year** 17:12 40:18
48:4 50:15
**years** 31:15
**Year's** 10:5
**yesterday** 14:4
29:16,18 48:23
48:25 49:5
**Yogi** 58:7
**York** 4:8 47:13

---
**Z**
---
**Z** 80:9

---
**0**
---

**06** 39:2

---
**1**
---
**1st** 10:25
**1(A)** 86:24
**10** 62:7
**10th** 22:5
**10:00** 1:7 17:13
25:16 97:9
**100** 12:17
**104** 78:13
**11th** 59:2
**125** 66:23,23 67:8
73:20 74:14
**14** 71:7
**14th** 78:17
**143** 78:5,10
**15th** 45:21
**16** 35:9
**1769** 1:6
**18** 1:6 25:17
**19TH** 98:7
**1935** 87:5
**1996** 87:4

---
**2**
---
**2nd** 10:23,24 11:2
11:5,6,8
**2,500** 13:18
**2:00** 12:4
**2002** 16:15 17:22
**2006** 74:23 96:13
**2007** 1:6 45:16,17
46:1 98:7
**2008** 45:21
**23** 66:20 73:17
75:17,19
**26(B)2** 70:25 74:18
**28th** 84:22 96:22
96:23 97:5
**29th** 97:4,9
**294** 70:16

---
**3**
---
**3** 10:15
**3rd** 10:4 11:4,13

**30** 47:1,6 51:14
52:6 82:20
**30th** 38:13
**30(b)** 15:21
**31st** 45:17 54:7
**350** 14:19

---
**4**
---
**4** 10:15 92:17
**4th** 10:4 11:4,13
12:4 37:1 96:2,12
97:6
**40** 14:2 83:12
**41** 77:17
**42** 62:7

---
**5**
---
**5:00** 25:16
**58** 67:16 74:21

---
**6**
---
**6** 57:11
**6:06-MD-1769-...**
1:3 4:3
**60** 23:3
**62,000** 64:5
**67** 68:5 75:24

---
**7**
---
**7th** 54:11
**70** 14:16 23:3
**75** 69:2

---
**8**
---
**8:00** 25:24
**80** 78:14
**800** 17:18,21 18:6
19:5 23:23 26:1
31:24 32:1,8,10

---
**9**
---
**9** 69:17
**90** 12:20 13:4 35:6

Sunshine State Reporting/Osceola Court Reporters
Toll-Free 866-276-DEPO (3376)