1

```
 1                    UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF FLORIDA
 2                         ORLANDO DIVISION

 3                  Docket No.6:06-MD-1769-Orl-22DAB

 4       .  .  .  .  .  .  .  .  .  .  .  .  ..
         IN RE:                          :
 5       SEROQUEL PRODUCTS LIABILITY     :
         LITIGATION                      :         Orlando, Florida
 6       MDL DOCKET No. 1769             :         January 4, 2008
                                         :         2:00 p.m.
 7       ALL CASES                       :
                                         :
 8       .  .  .  .  .  .  .  .  .  .  .  .:

 9
                      TRANSCRIPT OF PRETRIAL CONFERENCE
10               BEFORE THE HONORABLE DAVID A. BAKER
                    UNITED STATES MAGISTRATE JUDGE
11

12       APPEARANCES:

13       For the Plaintiffs:

14                                   Larry M. Roth

15                                   Lawrence J. Gornick

16                                   Dennis Canty

17                                   Gale Pearson

18                                   Angela Nixon

19                                   David Dickens

20       For the Defendant

21       AstraZeneca:

22                                   Stephen J. McConnell

23                                   Robert Pass

24       Proceedings recorded by mechanical stenography, transcript

25       produced by computer-aided transcription.
```

1

2     APPEARANCES CONTINUED:

3                              Chris Coutroulis

4                              Ben Barnett

5                              Kevin Kerns

6                              Shane Prince

7                              Russell Stewart

8                              Colleen Casey Voshell

9                              Colin West

10                             Robert Ciotti

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      P R O C E E D I N G S
 2           THE DEPUTY CLERK:  The case number is
 3   6:06-MD-1769-Orl-22-DAB.  In Re: The Seroquel Products
 4   Liability Litigation.
 5       Counsel for plaintiff in the courtroom, please state
 6   your appearances for the record.
 7           MR. GORNICK:  Larry Gornick for the plaintiffs.
 8           MR. CANTY:  Dennis Canty for the plaintiffs.
 9           MR. ROTH:  Larry Roth from Orlando for the
10   plaintiffs.
11           THE DEPUTY CLERK:  Counsel for defense in the
12   courtroom, please state your appearances.
13           MR. MCCONNELL:  Good afternoon, Your Honor.
14   Stephen McConnell from Philadelphia for the defendants.
15           MR. PASS:  Robert Pass, P-A-S-S, also for
16   defendants.
17           MR. BARNETT:  Good afternoon, Your Honor.  Ben
18   Barnett on behalf of the defendants.
19           MR. COUTROULIS:  Chris Coutroulis on behalf of
20   defendants.
21           MR. KERNS:  Kevin Kerns for defendants.
22           MR. CIOTTI:  Robert Ciotti for defendants.
23           MR. PRINCE:  Shane Prince for the defendants.
24           MS. VOSHELL:  Colleen Casey Voshell for the
25   defendants.
```

1            THE DEPUTY CLERK:  Counsel on the phone, please

2    state your appearances for the record.

3            MS. PEARSON:  This is Gail Pearson for the

4    plaintiffs.

5            MR. DICKENS:  David Dickens for the plaintiffs.

6            MS. NIXON:  Angela Nixon for the plaintiffs,

7    non-counsel.

8            MR. STEWART:  Russell Stewart for the

9    AstraZeneca defendants.

10           MR. WEST:  This is Colin West representing the

11   third party Zantaz Incorporated.

12           THE COURT:  Mr. Ball.

13           MR. BALL:  Your Honor, I'm Craig Ball.  I'm here

14   as special master concerning matters of electronically

15   stored information.

16           THE COURT:  Okay.  Before we get into the nuts

17   and bolts of what we noticed the hearing for, why don't I

18   get a brief status report on the development since the

19   last time we talked in terms of actually getting things

20   produced.

21       Mr. Gornick, you want to talk about that.

22           MR. GORNICK:  Thank you, Your Honor.  I can

23   report that we received four discrete production items on

24   December 31st, totaling approximately 60,000 pages.

25       Our meet and confers on the data bases are

1    proceeding, I guess the best way to say it is with great

2    detail, but not much alacrity.  We have, I believe, agreed

3    to the format for production of less than ten data bases.

4    We met for the last day and a half on that.  We covered

5    less than one, although we did make some progress on one

6    issue that should span many others.  That's the redaction

7    of Excel spreadsheets in native.  We have the outline for

8    an agreement on that, which both sides I believe are

9    hopeful we will consummate next week.

10        If that happens, I think we ought to be able to wrap

11   up a number of data bases very quickly, because that was

12   probably the only major hangup for some, but the progress

13   on the data bases has been slow.

14        Production of documents that had been discovered that

15   should have been produced in the past has started to flow

16   in native.  The first big traunch of that was December 31.

17        We still don't have a firm timetable for the

18   defendants' reproduction of everything they had produced

19   earlier in the TIFF and load file form.  I would like to

20   hear when that's going to begin, the reproduction.  This

21   is a recap.  They are starting over on that.  And I'm not

22   sure when the reproduction is going to begin.

23            THE COURT:  Very quickly, Mr. McConnell,

24   Mr. Pass, how are you feeling in terms of the March

25   deadline?  I don't need you to get terribly specific, but

1    just in general, do you feel like you're making the

2    progress you hoped and that sort of thing?

3              MR. PASS:  Judge, we feel confident about the

4    March deadline at this point.  I expect to remain so as

5    long as certain issues do not derail it that have in part

6    to do with the issues we have with the third report of the

7    special master, but let me just give you a quick rundown.

8         We have completed the 35 productions since August of

9    '07, since the sanctions order, consisting of about

10   232,000 documents and about a million six pages.

11        Since the substantial completion plan was placed

12   before Your Honor on November 13, we have produced 161,000

13   documents.  We have made six productions in December.  We

14   have already made one in the year 2008.  We expect to make

15   another one on January 7.

16        We have the outstanding request for productions less

17   than a -- about 100,000 documents to get reviewed and

18   produced.  In terms of the rolling productions, there's a

19   lot to be collected and reprocessed.  We expect to begin

20   those soon.  I'm not going to give specific dates at this

21   point, because we want to make sure when we give you dates

22   that we will be making, as I think we already are,

23   substantial rolling productions, and we expect to meet the

24   March date.

25        So we have -- I would also just point out, so you

1  know, we now have 172 contract lawyers working in two

2  cities doing the review process, which is of course sort

3  of the biggest time issue in these things.  We just added

4  today 45 more lawyers in the New Jersey site, and we're

5  continuing to assess through a number of project

6  management tools, both hands-on human and software based,

7  our needs on an absolutely weekly basis, every Friday.  So

8  we feel good about the substantial completion dates.

9      The issues, which we can talk about later if you

10  wish, that were of concern to us had to do with what we

11  regard as potentially changing -- changing the rules of

12  the game in terms of Excel spreadsheet and native

13  production of redacted matters.

14      And Mr. Gornick indicated we have reached agreement

15  today, we won't go into the details of it here, in the

16  mediation process with the plaintiffs and Special Master

17  Ball that would appear to resolve the issue of the

18  redaction of Excel spreadsheets, in TIFF or native, and

19  the agreement that we have reached is in essence one that

20  would result in the production of a limited number of

21  Excels in native format and therefore, should not

22  jeopardize our substantial completion date.

23      On the data bases, we are on track to capture by

24  January 20 all of the remaining data bases subject to AZ

25  objections concerning the scope of the plaintiffs'

1   requests for production, which have not been brought on

2   for hearing, but under our plan, which we advised you

3   about when we did the notice of intent for substantial

4   completion, we're moving ahead with that plan for

5   production to pull all the Seroquel-related material out

6   of each of those data bases in the Seroquel relevant

7   cabinets.

8       We should be getting those to review teams shortly

9   after January 20, and we are on track for substantial

10  completion for the 23 data bases that had been the subject

11  of requests for production as of the date that the

12  substantial completion plan was filed, which was the

13  cutoff date.

14      As we said to the Court at the time we presented that

15  on November 15, we're also making every effort, although

16  it's not part of the substantial completion plan, to

17  produce the material from all of the data base extracts by

18  March 14 as well.

19      So that's basically where I think things stand.  I

20  think they're moving along well.  A great amount of

21  resources are being devoted to the process, and we have no

22  reason at this point to think we would not complete it as

23  planned.

24          MR. GORNICK:  Your Honor, if I may, just because

25  I am concerned about the concept of a fair rollout of the

1    data, and what we didn't hear was any explanation as to

2    when the reproduction of what had previously been produced

3    in TIFF and load would come to us.

4        We did hear that we're not going to start getting, it

5    sounds like we're not going to start getting 20 of the

6    data -- 20 of 23 data bases until sometime after

7    January 20.  That makes me very concerned that we're going

8    to have a big dump at the end of the period, as opposed to

9    a steady rolling production, which is what I understood we

10   were getting.  I believe the court order actually says it.

11   So that's a concern of mine.

12       And another concern is that -- well, we don't agree

13   that the March 14 deadline only covers 23 data bases.  I

14   don't believe it says it.  We never agreed to it.  Just so

15   the record is clear, that's the defendant's position, that

16   they only have to produce 23 data bases by March 14.  We

17   think they have to produce all of the relevant data from

18   the relevant data bases that we have asked for by

19   March 14.

20           THE COURT:  Well, it's not my intention today to

21   get into, as we have on occasion in the past and as have

22   the parties themselves and with the special master, get

23   into formats and dates and schedules.

24       I asked, and both sides appropriately responded

25   mostly, the current status just to see if any big issues

1    or more stumbling blocks have arisen, as it may pertain on

2    the issue as to whether and how we go forward with the --

3    and when -- what we now have scheduled for the 28th.

4         As I understand it, at least at one level, the

5    defendant is asking that that hearing be delayed until the

6    substantial completion of fact discovery.  Is that still

7    the defendant's position?

8              MR. MCCONNELL:  It is, Your Honor.  I can

9    explain if you want.

10             THE COURT:  No.  I just -- I just -- in

11   considering that, it -- it strikes me a couple of

12   different ways.  There's a certain logic to it in the

13   sense that it relates to what our ultimate goal is here in

14   discovery, which is not to see how many documents can be

15   produced and how many lawyer hours can be spent by both

16   sides in doing it, it's to get produced the evidence

17   that's appropriate to the case to allow both sides to

18   marshal their evidence and prepare their cases.

19        And to the extent there's a failing in that regard,

20   either inadvertent or purposeful or negligent or whatever,

21   to provide a remedy for that.  And if there's any

22   allegation of spoliation at the end of the day, that there

23   be a remedy for that as well.  All of it tied to the

24   issues in the case and the circumstances.

25        And at one level it's tempting to want to look at

1   that when things are done, but that raises the stakes

2   quite a bit.  If failings are found and they're

3   prejudicial and beyond the time for remedy, going forward,

4   it's -- the other sanctions that would occur can be

5   draconian.

6        Other remedies which are sanctions which are remedial

7   can take a lot of forms, some of which in lots of cases

8   simply involve compensation for extra expenses and wasted

9   time and that sort of thing when appropriate.

10        So it seems to me that delaying at all, like I said,

11   while it has some logical appeal, it does raise the

12   stakes, but it does have the advantage of crystalizing the

13   issues to a greater degree than if we proceeded in this

14   month, because we don't know or won't know at the end of

15   January what else is -- ultimately how prejudicial things

16   may be or so forth.

17        So I have got that rattling around in my head here.

18   That's one issue.

19        The other issue, which the parties don't seem to have

20   come to much agreement on, is regardless of when we

21   proceed, whether it's this month or in March, how we get

22   there.  The -- I haven't seen anything specific from the

23   plaintiffs, and I think that is crucial.

24        I'm not quite sure the defendant's approach is

25   workable, but well in advance of the hearing we need a

1   specification of the plaintiff's contentions, and whether

2   it's -- whether we break out the subject matter of my

3   prior order or take things as we find them now or take

4   things as we find them in March, and each of those

5   presents its own sets of difficulties.

6       You know, I need plaintiffs to specify what

7   violations you're saying I've either found or you think

8   are in addition to what I've found.  What level of

9   culpability you think you can establish with respect to

10  those, what evidence, additional evidence not relating to

11  things we've already done, is pertinent to those things

12  and how you're going do it, whether it's by documents or

13  affidavits or reports or testimony.

14      Any additional discovery on discovery, which I'm

15  pretty loath to get into, that plaintiffs need, and then

16  really what I left open in my order, what specific effects

17  does that have on the plaintiffs measured against the

18  issues in the case and the -- what has been accomplished

19  in terms of the obvious items of cost and delay and

20  inability to prove the case and ultimately what sanctions

21  are sought and how do those tie into all the above.

22      And then defendant obviously needs the opportunity to

23  respond to all that with what I assume to be pretty

24  substantial disagreements, and an opportunity to present

25  evidence in various forms.

1      So, and then how long is all this going to be take to

2  be heard.  It seems to me that a day probably is not

3  enough, depending on how you people want to proceed.

4      So with that as sort of preparatory remarks,

5  Mr. Gornick, what are plaintiffs' thoughts?

6          MR. GORNICK:  Your Honor, we have been thinking

7  a lot about this.  We have reviewed the submissions by the

8  defendants.  We actually had made a proposal to the

9  defendants on December 17, I believe.  We never heard back

10 from them until they filed their objection to it yesterday

11 and attached it as an exhibit.

12     But be that as it may, we agree with the defendants

13 to this to this much.  All of the issues will not be ripe

14 on January 28th.  There's no doubt about that because

15 we're just now starting to get a lot of documents that

16 should have been produced a long time ago.

17     For example, on the 31st we received that special

18 Seroquel litigation e-mail box.  We haven't had a chance

19 to crunch through all that yet.  There are a lot of

20 examples like that.

21     So we're not going to be in a position on January 28

22 to finally establish the breadth of the problems and the

23 breadth of the prejudice from all of the conduct put

24 together.

25     There is a very discrete issue, though, and an

1  important issue but fairly narrow issue, that will be ripe

2  for January 28.  It's ripe right now.  And that is the

3  amount of sanctions for AstraZeneca's failure to produce

4  usable or reasonably accessible data.  That is an item

5  that you targeted in Your Honor's August 21 order as

6  something to be determined at a later date.  It's a

7  discrete item.

8       Much of the conduct leading up to the conclusions of

9  Your Honor's sanction order, it's already in the record.

10  We would produce evidence of conduct related to that issue

11  that occurred after the sanctions hearing, and we would

12  ask you to award a monetary figure as a sanction.

13       And the reason why it's important is because of the

14  magnitude of the expense we have been forced to incur.

15  The short story is, the defendants were ordered in Case

16  Management Order 2 to produce custodial files in a TIFF

17  and load file format.  It was specified.  It's established

18  that they failed to do it in a reasonable way.

19       Since the sanctions hearing, the depth and breadth of

20  the problems with how they produced the data have ripened.

21  We know it's even worse than as it was presented at the

22  sanctions hearing, to the point where they have to start

23  over.  That fact, the fact that they have to start over,

24  the fact they're insisting on producing the data to us in

25  a way that violates Case Management Order 2, that is a

1    native production, has required us to go out and hire a

2    vendor to the tune of $3.3 million.  That will be the

3    evidence, that it's going to cost us $3.3 million to

4    process the native production.  And that is squarely

5    because they failed to do what CMO-2 required them to do.

6         There's a lot of conduct that we find to be -- we

7    believe to be sanctionable conduct in addition to what

8    Your Honor found in July or in August following the July

9    hearing.  So what we would like to do on the 28th is put

10   on evidence that supplements the findings this Court made

11   following the sanctions hearing, and then we would like to

12   put on evidence of essentially our damages caused by

13   AstraZeneca's failure to produce usable or reasonably

14   accessible data.  And that's a quote from Your Honor's

15   opinion from August.

16        And the evidence as to our damages, which would total

17   the sanction asked for, is our vendor's cost of

18   $3.3 million, all the time expended by the lawyers and IT

19   personnel on the plaintiff side in investigating the

20   technical problems, arguing with the defendants about

21   their significance, trying to work through them,

22   litigating them, and then the costs associated with those

23   efforts as well.

24        I may be leaving out some discrete things, but those

25   three buckets are going to be the primary areas of

1    damages.   Time, cost, vendor for processing the redone

2    native production.

3         We think that can be done discretely on January 28th.

4    Clearly the defendants have had full notice, because this

5    has been an issue since April, discussed at length in

6    July, the subject of an order in August, and on

7    November 16, when you set this -- set the January 28th

8    hearing, you expressly explained that our assertion that

9    receipt of the redone production in native would cost us a

10   great deal of money and that the matter of such cost could

11   be considered in connection with the outstanding sanctions

12   issues.

13        So it's a ripe issue.   There's been full notice.   I

14   don't think there are any due process concerns.   But it's

15   a very important issue, given the size of the outlay, and

16   we would like to proceed with that on January 28, and we

17   could defer the other issues until sometime after

18   March 14.

19             THE COURT:   Is there anything else that you need

20   if we figure out a way to carve out that issue, to get

21   ready for that hearing?

22             MR. GORNICK:   Your Honor, we do need two things.

23   I think two things would suffice.   We have issued

24   subpoenas to Planet Data and Zantaz.   Those are two of the

25   vendors that AstraZeneca has faulted.

1            THE COURT:  Why is that pertinent, given what it

2    is that you have described as the issue?

3            MR. GORNICK:  Well, Your Honor, AstraZeneca in

4    their filing from yesterday makes the case as to why those

5    are relevant.  They claim that any sanction, particularly

6    a sanction that's significant, and we're going to be

7    asking for millions of dollars, has to be related to

8    conduct, closely related to conduct.  So we intend to

9    produce -- to prove conduct that warrants a seven-figure

10   sanction.

11       AstraZeneca has stated that their vendors are at

12   fault.  On one hand they say, we stand behind them, we

13   agree under the Sedona principles we're responsible for

14   what they do, but on the other, they stand up and say,

15   there's no bad faith, we were essentially innocent, we did

16   our best, we hired the world's best vendors and they let

17   us down, which was a surprise.

18           THE COURT:  But my point is, if as I understood

19   what it is that you want to restrict the hearing to for

20   present purposes, that you're at this point seeking only a

21   remedial sanction, costs and such things, broadly defined,

22   so that how it came about and what the interaction was

23   between the vendors and AstraZeneca and AstraZeneca's

24   outside counsel, you know -- I mean, I was surprised back

25   last summer that AstraZeneca put a cloak over that.

1    That's not what I expected from them.  I expected to hear

2    a little bit more about what their process was and why it

3    was reasonable and all of those things.

4        I never heard any of that.  And that's what they

5    chose to present.  And they stand or fall on the results

6    of what they produced.  And it's -- that's what led to

7    your argument that the production itself was in

8    contravention of the requirements.

9        So how it came to be that way, for purposes of that

10   kind of a sanction, I'm not sure helps us any.

11            MR. GORNICK:  Well, if that's clear, that

12   AstraZeneca can in no way avoid blame, avoid a large

13   monetary sanction, seven-figure sanction, by shifting

14   blame to the vendor, because what I anticipate is

15   AstraZeneca is going to stand up and say, there's no

16   showing of bad faith.  There's no showing of willfulness.

17   There's no showing of recklessness.  There's not even a

18   showing of negligence because we went out and we hired the

19   best vendor we could find.  We did our due diligence and

20   hired the best vendor.  And we did everything we thought

21   we should be doing, but the vendor was doing things that

22   we had no idea they were doing.

23        And there is some sense to that.  With respect to the

24   blank page production, they basically claim they were

25   deceived by their vendor.  And so if they're going to --

```
 1              THE COURT:  Well, I mean, it's been made clear
 2    several times that -- in different ways, at different
 3    times, that AstraZeneca was -- came to the conclusion that
 4    it was being ill served by the vendors in various
 5    respects.
 6         But -- and I agree with you, they've waffled a little
 7    bit, I guess, but basically they said, we live with the
 8    mistakes they make, and I haven't heard a big deviation
 9    from that.  Occasionally they've wanted to say it's not us
10    personally, it's us vicariously and it's our fault.  I
11    mean, that's how I'm reading them.
12              MR. GORNICK:  So this is --
13              THE COURT:  I think the record supports that.
14              MR. GORNICK:  This is what I would say.  If
15    AstraZeneca directed their vendors to proceed in the way
16    they proceeded, that goes to their conduct.  If they
17    hamstrung their vendors by putting them on an unreasonable
18    budget and that resulted in the deficient production, that
19    goes to conduct.
20              THE COURT:  Again, for purposes of the issues
21    you outlined, I'm just looking at the results.
22              MR. GORNICK:  If -- I could live with that then.
23    I mean, if all I have to do is show I didn't get what I
24    was supposed to get --
25              THE COURT:  Mr. McConnell, have I misstated any
```

1   position that you're taking here?

2            MR. MCCONNELL:  Thus far everything you've said

3   has been fair and accurate, which allows me to be

4   blissfully brief when I get my chance to speak.

5            THE COURT:  All right.  I don't want to misstate

6   your position, but I believe I understood it.

7        We covered these issues a couple of times before, and

8   I know you have taken the position that you have turned

9   the page a couple of times.  A couple of times you turned

10  it you weren't happy with what you saw and you turned it

11  again.

12       And, you know, it's the world we live in.  It's not

13  that often everything is perfect the first time out.  And

14  so we -- you know, there's got to be some play for that.

15  Not to say -- I was surprised you didn't -- back when we

16  were first looking at this, to -- to explain some more of

17  that, but I accept your choice in doing so.

18       Now, Mr. Gornick, the other thing I'm concerned about

19  under your proposal is -- well, a couple of things.  One

20  is, I'm confident that Mr. McConnell is going to want to

21  have some limited discovery of what it is you're trying to

22  prove, and he will be entitled to do that.

23       The other issue, and this is why I kind of hesitated

24  when we met back in December and set this hearing today,

25  was to try to get my arms around this.  Is it realistic to

1    keep it as discrete as you've described?  And because

2    AstraZeneca already thinks this is your second bite at the

3    apple, and I don't want to give you -- if this is the

4    second, I don't want to give you a third on this issue.

5         I think based on what we have seen, there will be

6    some further proceedings where you're going to be seeking

7    additional sanctions and based on where we are at the end

8    of things.  I could be wrong about that, but I anticipate

9    it based on the other problems that we have talked about.

10        And like I say, I don't want any double dipping, I

11   don't want any rehashing, relitigating or disputes about

12   that.  How are we going to keep that from happening?

13             MR. GORNICK:  Well, I think there's two issues.

14   One is the conduct, AstraZeneca's conduct that warrants

15   imposition of sanctions to compensate the plaintiffs for

16   all the expenses that we will have to have incurred, both

17   time, cost, and vendor cost occasioned by the technical

18   failings.

19        Some of that conduct is already in the record.  It

20   doesn't have to be rehashed.  Our plan would be to bring

21   it current.

22        Now, there's a possibility that some of that conduct,

23   for example, continued sluggishness, continued refusal to

24   talk to us about issues, it goes to the discrete item

25   we're talking about now, but also may inform the Court,

1    when it's trying to determine whether we proved bad faith

2    for the sanctions we'll be seeking later for all the other

3    issues that have arisen since the sanction hearing.  And

4    there are a lot of them, including spoliation.

5         So it's possible there would be some minor overlap of

6    evidence.

7              THE COURT:  I mean spoliation is a whole

8    different ball game, as you're aware.

9              MR. GORNICK:  Yes, Your Honor.  And when we

10   could talk about that, we're concerned about it.  Greatly

11   concerned about it.  And that's one of the reasons why I'm

12   here to agree today that as of January 28th, we won't be

13   ready to wrap up all discovery sanction issues and all

14   prejudice for all time in this case, because there are

15   some major issues outstanding.

16        That's why we looked at it and thought, okay, what

17   discrete is done?  And the discrete item that is done is

18   the damages from the technical failure that was

19   established in July and which has actually mushroomed and

20   developed into a much bigger problem.

21        And the lion's share of the damage was only

22   discovered the last couple of months.  So there's no

23   double dipping at all.  I mean, if the Court had awarded

24   us sanctions in August for the technical problems, I would

25   hazard to bet they wouldn't have come close to what we're

1    going to be asking for in January because of what we have

2    been forced to incur.

3              THE COURT:  Mr. McConnell?

4              MR. MCCONNELL:  First of all, thank you very

5    much for having this hearing.  I think it's already begun

6    on a very thoughtful note.  You have already covered a lot

7    of points that I was going to make, in fact.

8         I'm going to make just some of the points, and then

9    with Your Honor's permission, I was going to turn over the

10   second half of what we're going to say, and it's not going

11   to be as long as that sounds when you talk about a second

12   half, but I was going to turn the second half over to

13   Mr. Barnett.

14        Let me explain why.  We had divvied up the issues as

15   follows.  I would be here to talk about the timing of the

16   hearing, why it shouldn't take place as early as

17   January 28th, and then Mr. Barnett was going to talk about

18   what should be in the hearing and what shouldn't be in the

19   hearing.  It seemed like you have really hit on both

20   issues.

21        The reason I'm talking about the timing, of course,

22   is, as Your Honor knows, I have been standing before you

23   for many months now talking about the document issues, as

24   you know.  As frustrating as it's been for you, it's been

25   frustrating for me, too, and I have learned that these

1   document issues and ESI and all that is extremely complex,

2   and it's been a painful learning process and we're still

3   learning.

4        One thing that we have been doing from the start,

5   when we would show up at these hearings and Mr. Pennock,

6   for example, would stand up and say, "I have got these

7   blanks pages," I have to tell you, Your Honor, that my

8   reaction as a lawyer representing the client when I would

9   hear something like that would be to go back and say,

10  what's going on here, let's fix it.  And that was always

11  the kind of mode that we were in, which is let's fix it.

12       And so when it came to the sanctions hearing, and

13  Your Honor may recall I'm the guy for the defense who put

14  on all the stuff, I was in the mode of trying to

15  demonstrate what we were doing to try to fix it, to fix

16  the custodial production, and why we were dealing with the

17  data bases issue the way we were.  So it was kind of a

18  present mode of what are we doing to try to make this

19  right as opposed to engaging in sort of an archeological

20  dig.

21       Maybe that was a mistake, but that's always the

22  footing that I have been on, which is to try to decide how

23  we're going to fix it.

24       Well, Your Honor came out with your order and you

25  decided that it hadn't been fixed enough obviously and

1   what the plaintiffs got wasn't everything that they were

2   entitled to.  And that specifically the custodial

3   production was deficient, and that we hadn't made

4   sufficient progress towards resolving the data bases.  As

5   I read your order, you said those were the two areas where

6   we needed to be sanctioned because of purposeful

7   sluggishness.

8        And the issue that remained was the issue of specific

9   prejudice and added costs, and that was my understanding

10  as to what the plaintiffs were entitled to prove up and

11  that we would be talking about in January.

12       And what I just heard from Mr. Gornick is, he's not

13  going be in a position to prove all those examples of

14  specific prejudice, and he's right, I agree with him on

15  that, and he's not going to be able to prove what his

16  damages are by January 28th.

17       And I have to tell you, I'm very concerned about --

18  Your Honor alluded to this -- making this a second bite,

19  third bite, by having this become, even more than it

20  already has been, a case about sanctions, as opposed to a

21  case about what the claims are, what the facts are and

22  who's entitled to what and all the evidentiary issues that

23  we're supposed to get into as opposed to these, these

24  issues of discovery about discovery.

25       And to me, it should be fairly concrete.  And it's --

1  but it's been difficult to even talk about this because

2  everything that we've heard from the plaintiffs from the

3  beginning, and I don't completely blame them for this, but

4  the fact is that their claims of what was the damage has

5  been, what the prejudice has been, and what the relief for

6  that should be, has changed on a constant basis.

7      Your Honor will recall in the first motion there was

8  a request to shut down the case-specific discovery

9  program.  That was -- they said they were prejudiced in

10  going forward with that.  Let's stop that.  Obviously that

11  has been stopped, although it went on for a number of

12  months.

13      Then we heard about striking the learned intermediary

14  motion.  Your Honor was the first person who talked about

15  monetary damages.  You said that's what we ought to be

16  talking about.  And now today for the first time we're

17  hearing what shape those monetary damages might assume.

18      We need notice on that.  We need to know what's the

19  actual specific prejudice, what are the damages.  Let's do

20  what we can to test it on some reasonable basis and we'll

21  have a hearing about that, and Mr. Barnett is going to

22  talk about that.

23      But in terms of the timing, let me be concrete about

24  this.  What really would need to be done to address the

25  kinds of prejudice that the plaintiffs claim from the

1   defective custodial production and from failure to get

2   whatever they think they were supposed to get in data

3   bases, and the most concrete thing I can think of is what

4   the plaintiffs themselves said every time they had an

5   opportunity to talk about what the prejudice was.

6       Your Honor will remember Mr. Allen in particular

7   standing up and saying, I have got to do depositions, and

8   how am I going to do depositions effectively if I don't

9   have all the documents?  That's a fair point.

10      And depositions have been taken of company witnesses.

11  Now, initially when Mr. Allen and others from the

12  plaintiffs' side would make these arguments, they would

13  say, we're looking at what is functionally a deadline of

14  the end of 2007.  We have got to do those company

15  depositions then, and how can we do that when we don't

16  have the documents?  Again, that's a logical point.

17      But the schedules changed, and there were some

18  company depositions that were done up through this point.

19  Most have not.  Most are going to take place much later.

20      But it seems to me if you really want to get at what

21  the specific prejudice is and what the costs are, what you

22  do is something like this.  We're going to be producing

23  more documents.  We already have.  We're going to be

24  producing even more documents, and producing documents in

25  a different form than native form as well.  And the

1    plaintiffs are going to get these things.

2        And then there's an issue, and there's going to be an

3    answer to this yes or no, which is, did it turn out that

4    there were some documents that they should have had to

5    depose a witness, say, Jamie Mullin, who is one of the

6    people that they deposed.  Are their documents that we

7    should have had earlier, we should have had them available

8    to take that deposition and we didn't have them?  Okay?

9    And that's a damage.  And what's the remedy for that, I

10   don't know.  I assume Your Honor would say they get a

11   chance to depose them again, and whatever the costs are

12   associated with that -- I mean Your Honor would come up

13   with whatever you think is the appropriate sanction.

14       But you need facts.  You need information.  And

15   that's -- none of that information is going to be

16   available on January 28.  And we do not want this

17   proceeding of let's do a little bite of it on the 28th and

18   heaven knows what after that.

19       And I think there's going to be a logical point in

20   time where we can gather the facts.  We suggest that it's

21   the end of fact discovery, certainly after substantial

22   completion.  It's got to be sometime after that so

23   plaintiffs can look at what they've got and do a

24   comparison.

25       But to my eyes it doesn't make any sense to go

1    forward on January 28th, and all that does is, it just

2    keeps turning this into a case about sanctions, and what I

3    actually heard Mr. Gornick say is, it sounds like he wants

4    to go back and revisit what Your Honor found, even about

5    those issues of custodial production and data bases.  He

6    wants to say, whatever you thought, it's even worse.  He

7    wants to change the level of culpability.  I suggest he

8    can't do any of that.  And he wants to come up with more

9    sanctions.

10        If he does have other new independent basis for a

11   sanctions motion, I guess he's going to file it and you're

12   going to do it.  But what this issue is about is, Your

13   Honor issued an order in August and Your Honor said

14   there's got to be a hearing that actually gets at the

15   issues of specific prejudice and damages, and you're right

16   about that, and we just can't do it on January 28th in any

17   sort of form that makes sense.

18        And what I'd like to do now is let Mr. Barnett speak

19   a little bit about what the contours of that hearing

20   should be.

21             MR. GORNICK:  May I first respond to some of

22   that?

23             THE COURT:  Let's hear from Mr. Barnett first.

24             MR. BARNETT:  Good afternoon, Your Honor.

25        As is typical, my partner has covered a lot of

1    ground, and so you will just be hearing from me briefly.

2         Obviously the plaintiffs did send us a proposal for

3    the scope of the hearing as they saw it on December 16th

4    or 17th.  We filed our objections, I believe, to their

5    plan yesterday and submitted our own plan.  And I did so

6    with the help of Mr. Coutroulis and Mr. Pass, and even

7    under our -- our view is obviously, the sole issue is

8    proof of the actual prejudice flowing from the two

9    instances of sanctionable conduct that the Court found in

10   July of last year.  And that is consistent with due

11   process, consistent with the rules of procedure,

12   consistent with the evidentiary rules.  That's the only

13   issue that should properly be heard, if heard at all, on

14   the 28th.

15        We now have Mr. Gornick's new proposal.  I don't

16   fault him for that at all.  He's been very busy with a

17   number of discovery issues.  But it does seem as though in

18   some respects, what they're proposing now tracks what they

19   proposed back in December, and there's some effort to look

20   at the pre-hearing conduct on the part of AstraZeneca, and

21   that clearly is an effort to rehash or relitigate issues

22   that the Court has already decided.

23        In terms of looking at post-hearing conduct, there is

24   very deep concern that this is not only just an ongoing

25   effort to look for any sort of conduct that might give

1   rise to sanctions, but would actually interfere with our

2   ability to hit the substantial completion deadline of

3   March 14.

4        Just taking a step back, there ought to be -- there

5   ought to be the ability of the parties to disagree about

6   certain issues, to seek assistance from Special Master

7   Ball to resolve those issues, and hopefully reach a

8   resolution without a sort of damage hanging over our heads

9   that would be used as evidence or further evidence of

10  sanctions against AstraZeneca.

11       If the idea is to limit it to the actual -- evidence

12  of actual prejudice, and the new claim is the fact that

13  now the plaintiffs have to employ a new vendor to look at

14  the native productions, that would at least seem to be the

15  ballpark of the Court's August order, but there is

16  necessarily going to need to be discovery about that.

17       Specifically, and I wasn't present for the hearing

18  but I read the transcript, there was a lot of talk at the

19  hearing about how the plaintiffs originally wanted the

20  productions in native, and then negotiations over the case

21  management order were an effort to get to near native

22  production.

23       And so I think a legitimate question, and maybe one

24  for discovery, and it may pan out, it may not, is if in

25  fact their original desire was to get documents in native

1    form, and now we have agreed to produce them in native to

2    clean up the issues that did exist, and to get these

3    things produced by March 14, how is it that they are

4    prejudiced by using a system that they themselves wanted

5    initially?

6          And I'm not trying to argue the issue.  I'm just

7    trying to offer that as an illustration for the kind of

8    discovery that might in fact be necessary to get into even

9    a limited scope hearing.

10         The other issue, just to flag quickly for the Court,

11   is depositions.  Under the plaintiffs' plan, they said

12   that they might want to depose Andrew Dupre, who is an

13   attorney at McCarter English.  I believe he testified at

14   the sanctions hearing.  Again, I'm not sure what relevant

15   evidence --

16             THE COURT:  I asked Mr. Gornick if he needed --

17   under his proposal for the hearing, whether he needed

18   anything else to get ready.  He said no.

19             MR. BARNETT:  Right.

20             THE COURT:  I understand that you would.

21             MR. BARNETT:  We would, and one of the thorny

22   issues that we would have to overcome is the fact that

23   we're not seeking to pierce the privilege on the

24   plaintiffs' side or get into work product, but we would

25   need some -- a notice of exactly what they're talking

1    about and some ability to test those claims, either in a

2    document form or potentially depositions.

3        I raise it only because again, the time period we're

4    talking about here is very compressed.  There is no -- if

5    I were in the plaintiffs' shoes and I said I want to

6    depose Mr. Jaffe or some of the other attorneys that were

7    involved in preparing for depositions, I would have real

8    concerns about that.

9        So I think that it's perhaps a long way of saying the

10   deadlines that even we propose in our plan are aggressive,

11   and they're aggressive to deal with the one specific issue

12   that we think is properly subject to hearing, which is

13   limited to the sanctionable -- prejudice borne from the

14   sanctionable conduct that the Court found previously.

15           THE COURT:  Response, Mr. Gornick?

16           MR. GORNICK:  Yes, Your Honor.  It's as if this

17   is a new issue.  On November 16, last November, it might

18   have been November 15, I explained to the Court that we

19   objected to the redo of all the discovery in native form

20   because it would cost us a lot of money, and I gave an

21   estimate as to the bids and they were in the millions of

22   dollars.  And this Court put in its November 16th order

23   that we could address those costs at the sanctions hearing

24   in January.

25       It's not a new issue.  This issue flows directly out

1    of the conduct this Court found sanctionable, and you may

2    recall that at the sanctions hearing, when we explained

3    through Mr. Jaffe and our expert that it would be cheaper

4    and more cost effective to start over, they said they had

5    fixed all the problems on July 20th.

6        Well, they hadn't.  We tried to work with them

7    throughout August.  They ignored us.  And I'll put

8    evidence of that on.

9        Only after you sanctioned them did they wake up.  But

10   even after you sanctioned them, it was our forensic work,

11   our constant review of what they were giving us, our

12   questions, that led them finally to concede they couldn't

13   fix what they had done.

14       This flows directly out of the issues we raised.  The

15   reason why it's sanctionable is not only because of our

16   damages but their conduct.  And I mean, to stand here and

17   listen to this as if they were doing us a favor or if

18   they're totally innocent, I mean it's rather upsetting.

19       But getting back to January 28th, it's a discrete

20   issue.  If the plaintiffs will not have the burden of

21   proving bad conduct by the defendants in order to obtain

22   monetary sanction only, then I don't think there will be

23   even any overlap of evidence between what will happen in

24   January and what's going to happen in March or April.  It

25   will be discrete.

1       It will be the amount of money.  It will explain why

2   the amount we're seeking is related to the conduct Your

3   Honor found in July, and the related actions between July

4   and now.  It will be very discrete, very easy.  There's no

5   reason why we shouldn't do it.

6       As far as the discovery that the defendants claim

7   that they need, they were on notice at least by

8   November 16, when Your Honor put out your order saying

9   that we could address that large cost item in the

10  sanctions hearing, that we would be addressing that large

11  cost item in the sanctions hearing.  They simply didn't do

12  anything.

13      And so it seems a bit disingenuous to be arguing now

14  that they're behind the eight ball, since they could have

15  got on it by November 17th.

16          THE COURT:  Okay.  At the risk of appearing

17  facetious, I have got to say the discussion we have had

18  here has been remarkably productive in terms of my

19  understanding where we are.

20      Here's what I want to do.  I'm now persuaded based on

21  what both sides have said that there's at least the

22  probability that we could go forward with something on the

23  28th that will be appropriate and useful.  Oftentimes in a

24  typical civil case, when I enter a discovery order, I'll

25  often indicate that the request for sanctions can be

 1   renewed at the close of discovery, and oftentimes it never

 2   reappears.  But that's when we're talking about a

 3   deposition or two or an extra document production, and the

 4   difficulties are much smaller than the problems that we've

 5   had here.

 6        So the reason I think we can go forward with

 7   something on the 28th is the indication from the

 8   plaintiffs that really have been quite extraordinary, and

 9   that's based on the findings I made in my August order.

10        That said, I still have the concerns that I had when

11   I quizzed Mr. Gornick and the issue is not free from

12   doubt.  So I'm going to require plaintiff to file by next

13   Tuesday, the 8th, a statement.  And I'll repeat what I

14   want in there, but it's the sort of things I was talking

15   about at the start of the hearing.  And then require the

16   defendants to respond to that by Friday, the 11th, and the

17   response from the defendants should include -- and --

18   well, and very specifically, plaintiffs must explicitly

19   define what they're seeking and what the scope is, so that

20   we don't come back to those same issues.

21        And what I'm thinking about is that it's limited to

22   the plaintiffs' contentions that they have had increased

23   in effect technical costs, that the vendor and other

24   things they may claim.  It won't be the kind of things

25   that Mr. McConnell described as other possibilities, such

1    as redoing depositions and those sorts of prejudice.

2    We're going to leave all those aside, and those will be

3    taken up, if at all, at a later date in a different

4    context.

5         Now, if the definition that you put in that document

6    on the 8th is too broad and defendants object to it, I may

7    say, all right, we're just not going to do anything on the

8    28th.  So define yourself carefully.

9         So your response can include an indication that you

10   just think that this is a triple dip or it will be too

11   confusing or is otherwise unfair, and I'll consider all

12   that, but your response should also include then

13   specifically what kind of discovery you want before the

14   28th and how you're going to do it, and then responding to

15   the other matters.

16        And so the plaintiffs' statements should include its

17   contentions as to the technical -- increased technical

18   costs that it's contending should be the subject of

19   sanctions or compensatory sanctions arising from the

20   technical problems, and then defining what evidence you're

21   planning to submit to support that.

22        And then defendants, as I say, can object to the

23   scope and say, look, this is just a mishmash and we're

24   objecting to it.

25        And I say, that's not a settled issue.  This is how

```
 1   I'm leaning, and if the plaintiffs define it tightly

 2   enough, and I think you've got enough time to prepare and

 3   respond, we will go forward.  But if not, it will get

 4   carried.

 5           MR. GORNICK:  Your Honor, may I just -- this is

 6   troubling me.  Your indulgence, please.  Given the Court's

 7   statements and the statements from the defense side, my

 8   understanding is I don't have to prove bad faith.  I don't

 9   have to put on evidence of conduct.

10           THE COURT:  No.

11           MR. GORNICK:  So I will not list conduct-related

12   evidence.

13           THE COURT:  No.  Because if I thought we were

14   doing that, then I'm back in that quandary I started with.

15   That's why I say this was a very useful discussion.

16       And because we're not getting -- those things won't

17   matter in terms of the compensatory remedy.  And there's

18   still some cause and effect issues and things like that

19   and, you know, where we are.  But we're taking my previous

20   findings and then some of the things that have happened

21   since then that have had an impact on that in terms of how

22   the defendants, as I say, have turned a couple more pages

23   and a couple false starts and a couple of true starts.

24       So, then I'm thinking we'll have a telephone hearing

25   on the 15th where I'll consider both of those and let you
```

1    know what we're doing.  And that will define what you --

2    assuming we're going forward, what discovery you need.

3    Obviously you will have to get that done between the 15th

4    and the 25th.  So don't plan too much.

5            MR. ROTH:  Your Honor, just a quick query.

6    Assuming a hearing goes forward on the 28th, do we have

7    all day for that?

8            THE COURT:  Well, I have got the day blocked

9    out, and of course I plan to see you all again on the

10   29th.  I have got that day clear, too, so if we spill

11   over, but -- and your statement should include how long

12   you think your presentation will take by way of evidence

13   and argument.

14       So I think that will let us join issue on this, and

15   then that will reserve any number of other things for a

16   later date.  But I caution you that assuming that later

17   date comes, that there is another motion which I would be

18   surprised not to see, I'm going to be -- if you try to

19   revisit it ever, there's going to be a problem.  I'll cut

20   you off on that.

21           MR. GORNICK:  Understood.

22           THE COURT:  Okay.  Let me take up a couple other

23   things while we've got you here.  And I don't want to do

24   this in any way that's unfair, since we really had kind of

25   limited notice for this hearing, but we do have a special

1    master here.  Good to see him.  He's here in person.

2        And there were some -- defendants filed a pretty

3    lengthy objection to your latest report.  I'm not quite

4    sure what to do with that, except try to keep everything

5    in context.

6        Anything you want to report on at this stage or --

7            MR. BALL:  Yes, Your Honor.  I saw that for the

8    first time yesterday morning, and I believe it's a 36-page

9    expansion, which boils down to essentially that they don't

10   feel that I am being fair or accurate.

11       When I received the notice of the intent to object, I

12   responded that I've never seen a notice of intent to

13   object, it's very provocative, and that I looked forward

14   to reading how I had erred so much.  And I -- although it

15   was not shared with you by the defendants when they quoted

16   from that, I followed up in that same missive by saying

17   that I wanted to read it because if I had in fact

18   misbehaved in some way, I wanted the opportunity to

19   rectify it as quickly as possible.

20       As I say, they didn't share that part of it with you.

21   Presumably it didn't support their position.

22       I now have had the chance to look at the 36 pages of

23   description, description of their position with respect to

24   their ability to use certain methodologies that I advised

25   them would be corruptive of the evidence, of the lack of

1   cooperation with respect to what they call non-retention

2   of certain information during the period of an obligation

3   to preserve electronically stored information.

4        I have laid those out in my most recent report.  I

5   have looked again at my most recent report with the idea

6   of was there something that I needed to correct beyond

7   grammatical errors and spelling errors that I had

8   previously corrected, did I owe, in fact, AstraZeneca

9   something in the nature of an apology, because I would be

10  not -- in no way hesitant to indicate I'd erred.

11       I have the benefit of having spent once again the

12  last day and a half with AstraZeneca representatives, and

13  I am confident in saying that I stand by my report in

14  every respect.  If the Court directs me to file an

15  extensive detailed explication of why it is everything I

16  said in that report is amply supported by behavior and

17  evidence, I will do so.  However, I think that would only

18  be further corrosive of the ongoing process.

19       I'm willing to do it.  I'm willing to stand behind

20  anything I said.  But as I bring to the Court's attention

21  other matters that don't necessarily go to the ultimate

22  outcome of the electronic discovery but more the process

23  by which we're going to arrive at that outcome, I think it

24  makes it further difficult for me to work with the

25  parties.

1        So while I'm willing do it, I hope that it won't be

2   necessary for me to do it.

3            THE COURT:  Well, I read through their

4   objections pretty quickly, and didn't go back and match it

5   up with your report or anything else, and I'm really loath

6   to get you in a position of having to be a witness to

7   something or providing expert testimony.  That's not what

8   you hold yourself out as.  I'm sure you could do it in

9   some circumstances, but it's not your intended role here.

10       And AstraZeneca didn't seek any particular relief

11   from the Court in that objection.  I took it for present

12   purposes as their statement that they don't agree with

13   everything you said in the last report, which I was pretty

14   confident when I read your report they wouldn't agree with

15   everything that was in there.

16       A lot of those things I suspect will never have to be

17   adjudicated by the Court.  And so I would at least for

18   present purposes like to leave it as you suggest, that you

19   have read what they said and you thought about it, and you

20   stand by your report, and you're still working with them

21   even today, which is all to the good.

22       And I agree with you, that if we end up getting into

23   in effect a litigation over your technical

24   characterizations and recommendations and directions, then

25   it may well destroy your ability to get us through to the

 1   end of March.  So if we can avoid that, I'd like to.

 2        But since you were here and I knew you were working

 3   with the parties this week, and we did get that long

 4   document, I thought I'd let you talk about that.

 5             MR. BALL:  If I may also add, Your Honor.  There

 6   was some progress made this last day and a half.  I share

 7   the plaintiffs' frustration, I'm sure the defendants share

 8   a measure of the same frustration, that the process of

 9   getting through the highly technical aspects of how to

10   produce these data bases has consumed so much time.

11        I invite either party to talk with me collectively or

12   on an ex parte basis or otherwise if they see a way to

13   improve the speed by which we can address these things.

14   I'm happy to do that.

15        I know the plaintiffs probably feel that I am

16   affording too much leeway for the sharing of information

17   and deliberation on the part of their opponents.  I'm sure

18   the defendants have other concerns about how I'm

19   proceeding.  I'm happy to air those.

20        I do believe, however, that today we were able to

21   culminate -- it almost fell apart at the last minute but

22   was salvaged, and we were able to culminate a detailed and

23   I think a workable series of compromises and technically

24   explicit and I think technically excellent results with

25   respect to producing the GEL data base that is the subject

1    of the 36-page -- here again, the word that comes to mind

2    is diatribe, but AstraZeneca doesn't like it when I use

3    those terms, so I'll say --

4         THE COURT:  I've used that word, I think, at

5    least in my head, for some things, but I wouldn't use it

6    for that one.  Let me say that.

7         MR. BALL:  All right.  Let me just say the

8    36-page objection.

9         THE COURT:  Yes.  It's got some strong words in

10   it, but I wouldn't take it into the diatribe category.

11        MR. BALL:  Fair enough.  I think that we have

12   resolved -- perhaps I'm overstating it, and I again invite

13   the parties to weigh in.  I think we have resolved all, if

14   not virtually all of the issues raised with respect to the

15   redaction of native electronic spreadsheets.  That was the

16   subject, that there is a mechanism proposed to achieve

17   that.  There will be negotiations ongoing in terms of

18   exactly how it will proceed, but both parties have

19   committed in principle to resolving that in a matter that

20   will afford the plaintiffs, I believe, the level of

21   functionality at a native spreadsheet way which would cure

22   the concerns that I have raised with the Court in my

23   opinion.

24        With regard to the non-retention in GEL, that remains

25   an issue which is being investigated, and I continue to

1   call on both sides to share with me the information I'm

2   requesting in order to be able to apprise the Court of

3   what I feel is necessary, if anything, to recreate

4   information that may not have been retained during a

5   period of preservation and that would be relevant to

6   Seroquel-related issues.

7        So some progress was made in the last day and a half,

8   less than I think any of us hoped, but I think it was time

9   well spent, and I will commit to the Court, with the

10  parties' cooperation, I will literally double the amount

11  of time and effort that is going into resolving these data

12  base issues so that we have much greater focus on them in

13  a shorter period of time.

14        THE COURT:  Okay.  This is not just an

15  electronic discovery issue, but as lawyers involved in a

16  litigation process, in our selfish way, we all agree that

17  if business people would just organize their businesses to

18  be litigation ready, then we wouldn't have so many

19  problems.  But we wouldn't want them to run their

20  businesses that way, so we have to take them as we find

21  them.  That's a fact of life.

22        All right.  Let me ask those present, and I do this

23  with a little bit of trepidation because there are people

24  not here, we got notice from the MDL panel about these

25  tag-along cases involving marketing issues.  Are there any

1    of the lawyers here who are involved with that?  Does

2    anybody know what I'm talking about?

3        Mr. Roth, your name was on some of that.  I don't

4    know how it got to be there, but what I'm talking about,

5    there's some litigation related enough that the MDL is

6    sending them here, and it's from the union benefit funds.

7            MR. GORNICK:  Is it a third-party payer class

8    action?

9            THE COURT:  Right.  Well, I don't know if -- I

10   haven't seen anything except the MDL panel's order that's

11   sending these cases to Judge Conway and me.

12           MR. GORNICK:  This is the first --

13           THE COURT:  Without asking us, I might add,

14   which is their prerogative, I guess.

15       Well, let me just tell you, for your benefit, I'm not

16   going to obviously do that.  I'm just going to tell you

17   that we will have at some point a joint status conference

18   with the people in this case, these cases, and the people

19   in that case, to find out how much overlap and stuff there

20   would be and what that's going to do to -- how we're going

21   to schedule that.  And undoubtedly a lot of the

22   information that these plaintiffs have gotten, those

23   plaintiffs are going to want.  And we will have to see how

24   we can facilitate that.

25       So I saw a lot of quizzical faces here, so I take it,

 1    Mr. McConnell, that the folks here are not privy to that

 2    process.

 3            MR. MCCONNELL:  We saw the order, and just like

 4    you, we kind of wondered about whether it was appropriate

 5    or not.  We're still looking into it.

 6            THE COURT:  Well, and I don't know whether your

 7    firm is going to be involved with any of that or how

 8    that's going to be staffed or anything else, but we'll --

 9    there will be an opportunity for people with this

10    perspective to comment on what's going on there and vice

11    versa.  And we're going to have to work out some issues

12    about docketing to keep things separate, because I don't

13    need their filings to make it more difficult to follow the

14    docket here, and again, vice versa, they don't.

15        But like I said, there's going to be some discovery

16    and evidentiary issues in common.

17        Okay.  Anything else for the order at this point?

18    From the plaintiffs?

19            MR. GORNICK:  Your Honor, there is a long-term

20    housekeeping matter, I suppose, and it's related to

21    Special Master Ball, and you had raised it in your order

22    governing today, and it was how -- how information from

23    Special Master Ball may impact on the sanction issues to

24    be presented to the Court.

25        And it strikes me that we should probably start

 1   thinking about that earlier rather than later.  And my

 2   suggestion would be, and I hope I don't incur

 3   Master Ball's wrath, is that at some point before the

 4   final sanctions hearing, he prepare a final report

 5   supported in whatever way he wants to support his

 6   findings, and it could cover four different types of

 7   things.  Anything the Court would ask him to cover,

 8   anything that he thought he should cover in addition,

 9   anything the plaintiffs wanted him to cover, anything that

10   the defendants wanted him to cover.  So everybody with a

11   dog in the fight would have an opportunity to say, please

12   cover these issues.

13       He would -- it would be a final document.  Any party

14   would have the opportunity to contest any of the findings

15   in it, but at least we would have that document, and I

16   think it would be important to have his perspective, given

17   everything that has occurred since he was appointed.

18           THE COURT:  Well, let me say this:  I certainly

19   had the hope when I appointed him that he would be able to

20   wave some magic wands and get some reports from him and

21   everything would be done, and we'd thank him and let him

22   add that to his resume.  Good chance that's not going to

23   be that simple.  It has not been that simple.

24       Assuming that you do file that motion, as I said I

25   expect you will be, I think your motion will need to

1   include a request along the lines you just made, that you

2   think it's appropriate that he provide a report with this

3   information in it.

4       And defendants, I think, will have a different view

5   as to whether he can make findings or report findings or

6   how his report should be characterized, and I'll hear

7   that, because frankly I don't have any experience in

8   getting that kind of a report from a special master.

9       And there is, I think, a little bit of law on that,

10  but not an unlawful lot.  So we will have to craft that.

11  And I'm not going to prejudge what that should be.

12      So just I agree with you, we should start thinking

13  about it, because it looks like on the odds we're going to

14  be getting that motion and a lot of the things that he's

15  had to deal with are going to be part of the subject

16  matter of that.

17      Depending on what you think you want from him and

18  what the defendants want from him or don't want from him,

19  we will adjudicate that.  I have already expressed my

20  preference, which is that he not be put in a position of

21  having to be a witness, neutral, adversarial or otherwise,

22  and he'll have things to report.  The closer we can keep

23  it to a report format, subject to due process rights for

24  both sides, the better.

25      So that's an issue we will have to resolve.  I think

50

1    the way to resolve it is for you to -- assuming you file

2    that motion, you're going to be proposing a lot of other

3    things about which you want to present.  There will be an

4    opportunity for the defendants to respond to that and come

5    up with their own counter-proposal.  I literally have no

6    predetermination as to what that should be like.

7        Let me add one other thing, that as you prepare your

8    response next week in terms of the needed discovery, do a

9    little meet and confer on that to see if you can't narrow

10   any -- in other words, how many witnesses you want and how

11   you're going to take them and that sort of thing.  It

12   doesn't -- just to try to narrow that, any issue, any

13   misunderstandings and disputes.  I mean ask for what you

14   want, but have that discussion so it doesn't just fly up

15   Friday afternoon.

16        MR. PASS:  Could we be heard briefly on the

17   issue that Mr. Gornick raised?

18        THE COURT:  Sure.  Anything else you want to --

19   kind of closing for them and AstraZeneca, I presume.

20        MR. PASS:  First, I'm assuming that given what

21   else has been discussed and what Your Honor has said

22   today, Mr. Gornick's remarks about further reports from

23   Special Master Ball that might in Mr. Gornick's view form

24   the basis for some sort of additional sanctions motion, is

25   not something we're talking about hearing on the 28th.  I

1    think that's clear.

2         Secondly, we do have a concern about this process and

3    the record for it and whether we're going off the rails

4    that are appropriate and what the Court intended in the

5    first place in setting up the special master process.

6         I thought the basic idea of the special master

7    process was to -- which was after all, AstraZeneca's

8    original idea was to try to resolve problems of a

9    technical nature, try to get where there were problems of

10   how to do something in electronic discovery that the

11   parties weren't adequately resolving or one party was not

12   able to figure out how to do, to get his expertise and

13   assistance in that.

14        It sounds as if the plaintiffs now are sort of

15   envisioning Special Master Ball as becoming some sort

16   of -- I'm not sure what the right term is.  I don't want

17   to use an inappropriate one, but some sort of special

18   prosecutor for them.  I'm not sure Mr. Ball regards

19   himself that way.  I certainly don't regard him that way.

20        But I would say this:  The process that has been used

21   in working with the special master has been to date a

22   relatively informal one.  It has certainly not been

23   accompanied by any of the normal formalities of record

24   making, the taking of evidence, or any of those sort of

25   basic due process matters that one would expect if one

1  were going to be formulating something that would

2  ultimately be used and relied upon to seek serious

3  sanctions against a party.

4       I believe Special Master Ball himself has more than

5  once advised the parties that in his view, he is not

6  making a record for formal purposes and that he regards

7  himself and whatever reports he makes as subject to full

8  de novo review before the Court, as I think Rule 53 makes

9  clear, with the notion, at least as I read it, therefore,

10  that anything he might say to the Court in a report would

11  in effect be subject to full judicial determination upon a

12  judicially created record.

13       If we are going to be moving forward at this point

14  with this notion that Mr. Ball will take on or exercise

15  powers with which he would begin to make reports that the

16  plaintiffs would seek to offer in some fashion to be a

17  basis for sanctions, then I think, A, we're going off the

18  track of what we were supposed to be doing with Special

19  Master Ball, but, B, I think one of two things would have

20  to happen.  Either we would have to dramatically change

21  the formalities with which we're dealing with him, which

22  I'm not particularly in favor of.  I don't think that

23  process works very well, if one starts taking depositions

24  or evidence in the formal way.  Or B, that just should not

25  be a part of the special master process.  Whatever

1    sanctions arguments are going to be made based upon any

2    purported additional transgressions by AstraZeneca, need

3    to be judicially developed in a judicial record.

4         So we have a concern about that whole approach.  We

5    think Special Master Ball should continue to function in

6    the notion or in the vein of a technical adviser, mediator

7    and assister to the parties, and apprise the Court on a

8    non-binding basis what thoughts he has on those topics.

9         But if we're going to be talking about the threat of

10   sanctions, in whatever form they may be, then either that

11   has to be something that the Court alone deals with or we

12   would have to dramatically change the record-making

13   process before Special Master Ball.  We would prefer the

14   former.

15             THE COURT:  Well, I have said what I said, and

16   the -- I don't -- I don't want the process to get more

17   formalized than it is.  I think that would be

18   counterproductive.

19        I expect at the end of the day, end of March,

20   sometime, whenever plaintiffs file that motion we have

21   been talking about, if they do, and they have a proposal

22   as to Mr. Ball's role in that -- I mean, we will continue

23   to get monthly reports from him, but when we're done with

24   the discovery, I expect there will be a report from him

25   that -- as to what the status of things are in terms of

1    what got done, what didn't get done, much of which will be

2    essentially undisputed.

3         There may be characterizations, there may be process

4    issues and things, and -- but I think you're right, to the

5    extent that -- just like with the issues we're talking

6    about for the 28th, I'm looking at the results much more

7    than the process, and I think as to the results, there may

8    not be that much dispute, and that's where Mr. Ball would

9    continue to be useful.

10        But you will have the opportunity to both object to

11   whatever the plaintiffs propose he be used for and to make

12   your own proposal and to include in that exactly what you

13   have said, that -- which I think is essentially correct,

14   that any issues that he's going to offer information about

15   are going to be for the Court to decide.

16        And it really is my preference that to the extent

17   there's disputed matters, that he not be the witness.  And

18   certainly he's -- I have not asked him to make findings

19   that are going to be binding on anybody, but for me to

20   review, but I think he will -- as his reports to date have

21   done, subject to your objection, disagreement with part of

22   the most recent one, it lays out where we are.

23        So I think you're -- you should continue as you have,

24   and to the extent that you or the plaintiffs have

25   disagreements with him or his characterization of things,

1   you will have plenty of opportunity to develop that and

2   not be blindsided by anything he says.

3          MR. PASS:  Thank you.

4          THE COURT:  Anything else, Mr. McConnell, from

5   your side?

6          MR. MCCONNELL:  Your Honor, just that you

7   alluded to there being a telephonic conference call with

8   Your Honor on the 15th, and I just want to know what time.

9          THE COURT:  1:00.

10         MR. MCCONNELL:  1:00 p.m. Eastern time?

11         THE COURT:  Yes.  Does that work?  I have

12  criminal duty that day, so, I don't know normally have

13  hearings at 1:00, but criminal matters.

14         MR. GORNICK:  That works.

15         THE COURT:  Hearing the click of Blackberry

16  wheels and no objections, we will set it for then.

17         MR. MCCONNELL:  Thank you, Your Honor.

18         THE COURT:  We're in recess.

19                 (End at 3:30 p.m.)

20              C E R T I F I C A T E

21         I certify that the foregoing is a correct

22  transcript from the record of proceedings in the

23  above-entitled matter.

24  _____          _____

25  Sandra K. Tremel

**$**
$3.3 [3]  15/2 15/3 15/18
$3.3 million [3]  15/2 15/3 15/18

**'**
'07 [1]  6/9

**1**
100,000 [1]  6/17
11th [1]  36/16
13 [1]  6/12
14 [7]  8/18 9/13 9/16 9/19 16/18 31/3 32/3
15 [2]  8/15 33/18
15th [3]  38/25 39/3 55/8
16 [3]  16/7 33/17 35/8
161,000 [1]  6/12
16th [2]  30/3 33/22
17 [1]  13/9
172 [1]  7/1
1769 [1]  1/6
17th [2]  30/4 35/15
1:00 [2]  55/9 55/13
1:00 p.m [1]  55/10

**2**
20 [5]  7/24 8/9 9/5 9/6 9/7
2007 [1]  27/14
2008 [2]  1/6 6/14
20th [1]  34/5
21 [1]  14/5
22DAB [1]  1/3
23 [4]  8/10 9/6 9/13 9/16
232,000 [1]  6/10
25th [1]  39/4
28 [4]  13/21 14/2 16/16 28/16
28th [20]  10/3 13/14 15/9 16/3 16/7 22/12
23/17 25/16 28/17 29/1 29/16 30/4 34/19
35/23 36/7 37/8 37/14 39/6 50/25 54/6
29th [1]  39/10
2:00 [1]  1/6

**3**
31 [1]  5/16
31st [2]  4/24 13/17
35 [1]  6/8
36 [1]  40/22
36-page [3]  40/8 44/1 44/8
3:30 p.m [1]  55/19

**4**
45 [1]  7/4

**5**
53 [1]  52/8

**6**
60,000 [1]  4/24
6:06-MD-1769-Orl-22-DAB [1]  3/3

**8**
8th [2]  36/13 37/6

**A**
ability [5]  31/2 31/5 33/1 40/24 42/25
able [7]  5/10 25/15 43/20 43/22 45/2 48/19
51/12
about [74]
above [2]  12/21 55/23
above-entitled [1]  55/23
absolutely [1]  7/7
accept [1]  20/17
accessible [2]  14/4 15/14
accompanied [1]  51/23

accomplished [1]  12/18
account [3]  29/19 29/10
achieve [1]  44/16
action [1]  46/8
actions [1]  35/3
actual [4]  26/19 30/8 31/11 31/12
actually [7]  4/19 9/10 13/8 22/19 29/3 29/14
31/1
add [4]  43/5 46/13 48/22 50/7
added [2]  7/3 25/9
addition [3]  12/8 15/7 48/8
additional [5]  12/10 12/14 21/7 50/24 53/2
address [4]  26/24 33/23 35/9 43/13
addressing [1]  35/10
adequately [1]  51/11
adjudicate [1]  49/19
adjudicated [1]  42/17
advance [1]  11/25
advantage [1]  11/12
adversarial [1]  49/21
advised [3]  8/2 40/24 52/5
adviser [1]  53/6
affidavits [1]  12/13
afford [1]  44/20
affording [1]  43/16
after [10]  8/9 9/6 14/11 16/17 28/18 28/21
28/22 34/9 34/10 51/7
afternoon [1]  3/13 3/17 29/24 50/15
again [12]  19/20 20/11 27/16 28/11 32/14
33/3 39/9 41/5 41/11 44/1 44/12 47/14
against [3]  12/17 31/10 52/3
aggressive [2]  33/10 33/11
ago [1]  13/16
agree [11]  9/12 13/12 17/13 19/6 22/12
25/14 42/12 42/14 42/22 45/16 49/12
agreed [5]  5/2 9/14 32/1
agreement [4]  5/8 7/14 7/19 11/20
ahead [1]  8/4
aided [1]  1/25
air [1]  43/19
alacrity [1]  5/2
all [47]  1/7 7/24 8/5 8/17 9/17 10/23 11/10
12/21 12/23 13/1 13/13 13/19 13/23 15/18
18/3 19/23 20/5 22/12 22/22 22/13 22/13
22/14 22/23 23/4 24/1 24/14 25/13 25/22
27/9 29/11 30/13 30/16 33/19 34/5 37/2 37/3
37/7 37/11 39/7 39/9 42/21 44/7 44/13 44/14
45/16 45/22 51/7
allegation [1]  10/22
Allen [2]  27/6 27/11
allow [1]  10/17
allows [1]  20/3
alluded [2]  25/18 55/7
almost [1]  43/21
alone [1]  53/11
along [3]  8/20 45/25 49/1
already [12]  6/14 6/22 12/11 14/9 21/2 21/19
23/5 23/6 25/20 27/23 30/22 49/19
also [6]  3/15 6/25 8/15 21/25 37/12 43/5
although [4]  5/5 8/15 26/11 40/14
always [2]  24/10 24/21
am [5]  8/25 27/8 40/10 41/13 43/15
amount [5]  8/20 14/3 35/1 35/2 45/10
amply [1]  41/16
Andrew [1]  32/12
Angela [2]  1/18 4/6
another [1]  6/15 9/12 39/17
answer [1]  28/3
anticipate [2]  18/14 21/8
any [32]  9/1 9/25 10/21 12/14 16/14 17/5
18/4 18/10 19/25 21/10 21/11 28/25 29/8
29/16 30/25 34/23 39/15 39/24 42/10 45/8
45/25 47/7 48/13 48/14 49/7 50/10 50/12

50/12 51/23 51/24 53/1 54/14
anybody [1]  39/7
anything [20]  11/22 16/19 32/18 35/12 37/7
40/6 41/20 42/5 45/3 46/10 47/8 47/17 48/7
48/8 48/9 48/9 50/18 52/10 55/2 55/4
apart [1]  43/21
apology [1]  41/9
appeal [1]  11/11
appear [1]  7/17
appearances [5]  1/12 2/2 3/6 3/12 4/2
appearing [1]  35/16
apple [1]  21/3
appointed [2]  48/17 48/19
apprise [2]  45/2 53/7
approach [2]  11/24 53/4
appropriate [7]  10/17 11/9 28/13 35/23 47/4
49/2 51/4
appropriately [1]  9/24
approximately [1]  4/24
April [2]  16/5 34/24
archeological [1]  24/19
are [54]  4/25 5/8 5/21 5/24 6/22 7/23 8/9
8/21 11/1 11/2 11/6 11/6 12/8 12/21 13/5
13/19 15/25 16/14 16/24 17/5 17/11 17/17
21/12 22/4 22/14 24/18 25/16 25/21 25/21
26/19 27/19 27/21 28/1 28/6 28/11 32/3
33/10 35/19 36/4 38/19 45/23 45/25 46/1
46/23 47/1 49/15 51/4 51/14 52/13 53/1
53/25 54/15 54/19 54/22
areas [2]  15/25 25/5
argue [1]  32/6
arguing [2]  15/20 35/13
argument [2]  18/7 39/13
arguments [2]  27/12 53/1
arisen [2]  10/1 22/3
arising [1]  37/19
arms [1]  20/25
around [2]  11/17 20/25
arrive [1]  41/23
aside [1]  37/2
as [88]
ask [4]  14/12 45/22 48/7 50/13
asked [5]  9/18 9/24 15/17 32/16 54/18
asking [4]  10/5 17/7 23/1 46/13
aspects [1]  43/9
assertion [1]  16/8
assess [1]  7/5
assistance [2]  31/6 51/13
assister [1]  53/7
associated [2]  15/22 28/12
assume [3]  12/23 26/17 28/10
assuming [6]  39/2 39/6 39/16 48/24 50/1
50/20
AstraZeneca [20]  1/21 4/9 16/25 17/3 17/11
17/23 17/25 18/12 18/15 19/3 19/15 21/2
20/20 31/10 41/8 41/12 42/10 44/2 50/19
53/2
AstraZeneca's [5]  14/3 15/13 17/23 21/14
51/7
at [65]
attached [1]  13/11
attention [1]  41/20
attorney [2]  32/13
attorneys [1]  33/6
August [10]  6/8 14/5 15/8 15/15 16/6 22/24
29/13 31/15 34/7 36/9
August 21 [1]  14/5
available [2]  28/7 28/16
avoid [3]  18/12 18/12 43/1
award [1]  14/12
awarded [1]  22/23
aware [1]  22/8
AZ [1]  7/24

**B**

**back [12]** 13/9 17/24 20/15 20/24 24/9 29/4 30/19 31/4 34/19 36/20 38/14 42/4
**bad [5]** 17/15 18/16 22/1 34/21 38/8
**BAKER [1]** 1/10
**ball [17]** 4/12 4/13 7/17 22/8 31/7 35/14 47/21 47/23 50/23 51/15 51/18 52/4 52/14 52/19 53/5 53/13 54/8
**Ball's [2]** 48/3 53/22
**ballpark [1]** 31/15
**Barnett [7]** 2/4 3/18 23/13 23/17 26/21 29/18 29/23
**base [3]** 8/17 43/25 45/12
**based [7]** 7/6 21/5 21/7 21/9 35/20 36/9 53/1
**bases [17]** 4/25 5/3 5/11 5/13 7/23 7/24 8/6 8/10 9/6 9/13 9/16 9/18 24/17 25/4 27/3 29/5 43/10
**basic [2]** 51/6 51/25
**basically [3]** 8/19 18/24 19/7
**basis [8]** 7/7 26/6 26/20 29/10 43/12 50/24 52/17 53/8
**be [145]**
**because [26]** 5/11 6/21 8/24 11/14 13/14 14/13 15/5 16/4 18/14 18/18 21/1 22/14 23/1 25/6 26/1 33/3 33/20 34/15 38/13 38/16 40/17 41/9 45/23 47/12 49/7 49/13
**become [1]** 25/19
**becoming [1]** 51/15
**been [39]** 5/13 5/14 5/15 8/1 8/10 9/2 12/18 13/6 13/16 14/14 16/5 16/13 19/1 20/3 23/2 23/22 23/24 23/24 24/2 24/4 24/22 24/25 25/20 26/1 26/5 26/5 26/11 27/10 30/16 33/18 35/18 36/8 45/4 48/23 50/21 51/20 51/21 51/22 53/21
**before [9]** 1/10 4/16 6/12 20/7 23/22 37/13 48/3 52/8 53/13
**begin [4]** 5/20 5/22 6/19 52/15
**beginning [1]** 26/3
**begun [1]** 23/5
**behalf [2]** 3/18 3/19
**behavior [1]** 41/16
**behind [3]** 17/12 35/14 41/19
**being [5]** 8/21 19/4 40/10 44/25 55/7
**believe [13]** 5/2 5/8 9/10 9/14 13/9 15/7 20/6 30/4 32/13 40/8 43/20 44/20 52/4
**Ben [2]** 2/4 3/17
**benefit [3]** 41/11 46/6 46/15
**best [5]** 5/1 17/16 17/16 18/19 18/20
**bet [1]** 22/25
**better [1]** 49/24
**between [4]** 17/23 34/23 35/3 39/3
**beyond [2]** 11/3 41/6
**bids [1]** 33/21
**big [4]** 5/16 9/8 9/25 19/8
**bigger [1]** 22/20
**biggest [1]** 7/3
**binding [2]** 53/8 54/19
**bit [7]** 11/2 18/2 19/7 29/19 35/13 45/23 49/9
**bite [4]** 21/2 25/18 25/19 28/17
**Blackberry [1]** 55/15
**blame [3]** 18/12 18/14 26/3
**blank [1]** 18/24
**blanks [1]** 24/7
**blindsided [1]** 55/2
**blissfully [1]** 20/4
**blocked [1]** 39/8
**blocks [1]** 10/1
**boils [1]** 40/9
**bolts [1]** 4/17
**borne [1]** 33/13
**both [13]** 5/8 7/6 9/24 10/15 10/17 21/16 23/19 35/21 38/25 44/18 45/1 49/24 54/10

**box [1]** 13/18
**break [1]** 12/2
**brief [2]** 4/18 20/4
**briefly [2]** 30/1 50/16
**bring [2]** 21/20 41/20
**broad [1]** 37/6
**broadly [1]** 17/21
**brought [1]** 8/1
**buckets [1]** 15/25
**budget [1]** 19/18
**burden [1]** 34/20
**business [1]** 45/17
**businesses [2]** 45/17 45/20
**busy [1]** 30/16
**but [75]**

**C**

**cabinets [1]** 8/7
**call [3]** 41/1 45/1 55/7
**came [5]** 17/22 18/9 19/3 24/12 24/24
**can [24]** 4/22 7/9 10/8 10/14 10/15 11/4 11/7 12/9 16/3 18/12 26/20 27/3 27/15 28/20 28/23 35/25 36/6 37/9 37/22 43/1 43/13 46/24 49/5 49/22
**can't [2]** 29/8 29/16 50/9
**Canty [2]** 1/16 3/8
**capture [1]** 7/23
**carefully [1]** 37/8
**carried [1]** 38/4
**carve [1]** 16/20
**case [17]** 3/2 10/17 10/24 12/18 12/20 14/15 14/25 17/4 22/12 24/21 25/11 26/8 29/2 31/20 35/24 46/18 46/19
**case-specific [1]** 26/8
**cases [6]** 1/7 10/18 11/7 45/25 46/11 46/18
**Casey [2]** 2/8 3/24
**category [1]** 44/10
**cause [1]** 38/18
**caused [1]** 15/12
**caution [1]** 39/16
**certain [5]** 6/5 10/12 31/6 40/24 41/2
**certainly [5]** 28/21 48/18 51/19 51/22 54/18
**certify [1]** 55/7
**chance [5]** 13/18 20/4 28/11 40/22 48/22
**change [3]** 29/7 52/20 53/12
**changed [2]** 26/6 27/17
**changing [2]** 7/11 7/11
**characterization [1]** 54/25
**characterizations [2]** 42/24 54/3
**characterized [1]** 49/6
**cheaper [1]** 34/3
**choice [1]** 20/17
**chose [1]** 18/5
**Chris [2]** 2/3 3/19
**Ciotti [2]** 2/10 3/22
**circumstances [2]** 10/24 42/9
**cities [1]** 7/2
**civil [1]** 35/24
**claim [6]** 17/15 18/24 26/25 31/12 35/6 36/24
**claims [2]** 25/21 26/4 33/1
**class [1]** 46/7
**clean [1]** 32/2
**clear [6]** 9/15 18/11 19/1 39/10 51/1 52/9
**clearly [2]** 16/4 30/21
**click [1]** 55/15
**client [1]** 24/8
**cloak [1]** 17/25
**close [2]** 22/25 36/1
**closely [1]** 17/8
**closer [1]** 17/8
**closing [1]** 50/19
**CMO [1]** 15/5

**CMO-2 [1]** 15/5
**collected [1]** 6/19
**collectively [1]** 43/11
**Colleen [2]** 2/8 3/24
**come [7]** 9/3 11/20 22/25 28/12 29/8 36/20 50/4
**comes [2]** 39/17 44/1
**comment [1]** 47/10
**commit [1]** 45/9
**committed [1]** 44/19
**common [1]** 47/16
**company [3]** 27/10 27/14 27/18
**comparison [1]** 28/24
**compensate [1]** 21/15
**compensation [1]** 11/8
**compensatory [2]** 37/19 38/17
**complete [1]** 8/22
**completed [1]** 6/8
**completely [1]** 26/3
**completion [10]** 6/11 7/8 7/22 8/4 8/10 8/12 8/16 10/6 28/22 31/2
**complex [1]** 24/1
**compressed [1]** 33/4
**compromises [1]** 43/23
**computer [1]** 1/25
**computer-aided [1]** 1/25
**concede [1]** 34/12
**concept [1]** 8/25
**concern [6]** 7/10 9/11 9/12 30/24 51/2 53/4
**concerned [6]** 8/25 9/7 20/18 22/10 22/11 25/17
**concerning [2]** 4/14 7/25
**concerns [5]** 16/14 33/8 36/10 43/18 44/22
**conclusion [1]** 19/3
**conclusions [1]** 14/8
**concrete [3]** 25/25 26/23 27/3
**conduct [25]** 13/23 14/8 14/10 15/6 15/7 17/8 17/8 17/9 19/16 19/19 21/14 21/14 21/19 21/22 30/9 30/20 30/23 30/25 33/14 34/1 34/16 34/21 35/2 38/9 38/17
**conduct-related [1]** 38/11
**confer [1]** 50/9
**conference [3]** 1/9 46/17 55/7
**confers [1]** 4/25
**confident [4]** 6/3 20/20 41/13 42/14
**confusing [1]** 37/11
**connection [1]** 16/11
**consider [2]** 37/11 38/25
**considered [1]** 16/11
**considering [1]** 10/11
**consistent [3]** 30/10 30/11 30/12
**consisting [1]** 6/9
**constant [2]** 26/6 34/11
**consumed [1]** 43/10
**consummate [1]** 5/9
**contending [1]** 37/18
**contentions [3]** 12/1 36/22 37/17
**contest [1]** 48/14
**context [2]** 37/4 40/5
**continue [5]** 44/25 53/5 53/22 54/9 54/23
**continued [2]** 2/2 21/23 21/23
**continuing [1]** 7/5
**contours [1]** 29/19
**contract [1]** 7/1
**contravention [1]** 18/8
**Conway [1]** 46/11
**cooperation [2]** 41/1 45/10
**correct [3]** 41/6 54/13 55/21
**corrected [1]** 41/8
**corrosive [1]** 41/18
**corruptive [1]** 40/25
**cost [12]** 12/19 15/3 15/17 16/1 16/9 16/10

## C

cost... [6]  21/17 21/17 33/20 34/4 35/9 35/11
costs [8]  15/22 17/21 25/9 27/21 28/11 33/23
  36/23 37/18
could [13]  16/10 16/17 18/19 19/22 21/8
  22/10 33/23 35/9 35/14 35/22 42/8 48/6
  50/16
couldn't [1]  34/12
counsel [5]  3/5 3/11 4/1 4/7 17/24
counter [1]  50/5
counter-proposal [1]  50/5
counterproductive [1]  53/18
couple [10]  10/11 20/7 20/9 20/9 20/19
  22/22 38/22 38/23 38/23 39/22
course [3]  7/2 23/21 39/9
court [27]  1/1 8/14 9/10 15/10 21/25 22/23
  30/9 30/22 32/10 33/14 33/18 33/22 34/1
  41/14 42/11 42/17 44/22 45/2 45/9 47/24
  48/7 51/4 52/8 52/10 53/7 53/11 54/15
Court's [3]  31/15 38/6 41/20
courtroom [2]  3/5 3/12
Coutroulis [3]  2/3 3/19 30/6
cover [6]  48/6 48/7 48/8 48/9 48/10 48/12
covered [4]  5/4 20/7 23/6 29/25
covers [1]  9/13
craft [1]  49/10
Craig [1]  4/13
created [1]  52/12
criminal [2]  55/12 55/13
crucial [1]  11/23
crunch [1]  13/19
crystalizing [1]  11/12
culminate [2]  43/21 43/22
culpability [2]  19/22 29/7
cure [1]  44/21
current [2]  9/25 21/21
custodial [5]  14/16 24/16 25/2 27/1 29/5
cut [1]  39/19
cutoff [1]  8/13

## D

DAB [1]  3/3
damage [4]  22/21 26/4 28/9 31/8
damages [10]  15/12 15/16 16/1 22/18 25/16
  26/15 26/17 26/19 29/15 34/16
data [28]  4/25 5/3 5/11 5/13 7/23 7/24 8/6
  8/10 8/17 9/1 9/6 9/6 9/13 9/16 9/17 9/18
  14/4 14/20 14/24 15/14 16/24 24/17 25/4
  27/2 29/5 43/10 43/25 45/11
date [10]  6/24 7/22 8/11 8/13 14/6 37/3
  39/16 39/17 51/21 54/20
dates [4]  6/20 6/21 7/8 9/23
DAVID [3]  1/10 1/19 4/5
day [11]  5/4 10/22 13/2 39/7 39/8 39/10
  41/12 43/6 45/7 53/19 55/12
de [1]  52/8
deadline [5]  5/25 6/4 9/13 27/13 31/2
deadlines [1]  33/10
deal [3]  16/10 33/11 49/15
dealing [2]  24/16 52/21
deals [1]  53/11
deceived [1]  18/25
December [7]  4/24 5/16 6/13 13/9 20/24
  30/3 30/19
December 16th [1]  30/3
December 17 [1]  13/9
December 31 [1]  5/16
December 31st [1]  4/24
decide [2]  24/22 54/15
decided [2]  24/25 30/22
deep [1]  30/24
defective [1]  27/1

defendant [3]  1/20 10/5 12/22
defendant 828-13 10/5 21/10
defendants [30]  3/14 3/16 3/18 3/20 3/21
  3/22 3/23 3/25 4/9 13/8 13/9 13/12 14/15
  15/20 16/4 34/21 35/6 36/16 36/17 37/6
  37/22 38/22 40/2 40/15 43/7 43/18 48/10
  49/4 49/18 50/4
defendants' [1]  5/18
defense [3]  3/11 24/13 38/7
defer [1]  16/17
deficient [2]  19/18 25/3
define [4]  36/19 37/8 38/1 39/1
defined [1]  17/21
defining [1]  37/20
definition [1]  37/5
degree [1]  11/13
delay [1]  12/19
delayed [1]  10/5
delaying [1]  11/10
deliberation [1]  43/17
demonstrate [1]  24/15
Dennis [2]  1/16 3/8
depending [1]  13/3 49/17
depose [4]  28/5 28/11 32/12 33/6
deposed [1]  28/6
deposition [2]  28/8 36/3
depositions [10]  27/7 27/8 27/10 27/15 27/18
  32/11 33/2 33/7 37/1 52/23
depth [1]  14/19
derail [1]  6/5
described [3]  17/2 21/1 36/25
description [2]  40/23 40/23
desire [1]  31/25
destroy [1]  42/25
detail [1]  5/2
detailed [2]  41/15 43/22
details [1]  7/15
determination [2]  52/11
determine [1]  22/1
determined [1]  14/6
develop [1]  55/1
developed [2]  22/20 53/3
development [1]  4/18
deviation [1]  19/8
devoted [1]  8/21
diatribe [2]  44/2 44/10
Dickens [2]  1/19 4/5
did [13]  5/5 8/3 9/4 17/15 18/19 18/20 28/3
  30/2 30/5 32/2 34/9 41/8 43/3
didn't [10]  9/1 19/23 20/15 28/8 35/11 40/20
  40/21 42/2 42/10 54/1
different [8]  10/12 19/2 19/2 22/8 27/25 37/3
  48/6 49/4
difficult [3]  26/1 41/24 47/13
difficulties [2]  12/5 36/4
dig [1]  24/20
diligence [1]  18/19
dip [1]  37/10
dipping [2]  21/10 22/23
directed [1]  19/15
directions [1]  42/24
directly [2]  33/25 34/14
directs [1]  41/14
disagree [1]  31/5
disagreement [1]  54/21
disagreements [2]  12/24 54/25
discovered [2]  5/14 22/22
discovery [26]  10/6 10/14 12/14 12/14 20/21
  22/13 25/24 25/24 26/8 28/21 30/17 31/16
  31/24 32/8 33/19 35/6 35/24 36/1 37/13 39/2
  41/22 45/15 47/15 50/8 51/10 53/24
discrete [11]  4/23 13/25 14/7 15/24 21/1
  21/24 22/17 22/17 34/19 34/25 35/4

discretely [1]  16/3
discussion [3]  35/17 38/15 50/14
disingenuous [1]  35/13
dispute [1]  54/8
disputed [1]  54/17
disputes [2]  21/11 50/13
DISTRICT [2]  1/1 1/1
DIVISION [1]  1/2
divvied [1]  23/14
do [52]  6/1 6/5 6/6 7/10 12/12 12/21 14/18
  15/5 15/5 15/9 16/22 17/14 19/23 20/22
  26/19 27/7 27/8 27/14 27/15 27/22 28/16
  28/17 28/23 29/8 29/12 29/16 29/18 35/5
  35/11 35/20 37/7 37/14 39/6 39/23 39/25
  40/4 41/17 41/19 42/1 42/2 42/8 43/14 43/20
  45/22 46/16 46/20 48/24 50/8 51/2 51/10
  51/12 53/21
docket [3]  1/3 1/6 47/14
docketing [1]  47/12
document [8]  23/23 24/1 33/2 36/3 37/5 43/4
  48/13 48/15
documents [15]  5/14 6/10 6/13 6/17 10/14
  12/12 13/15 27/9 27/16 27/23 27/24 27/24
  28/4 28/6 31/25
does [8]  11/11 11/12 12/17 29/1 29/10 30/17
  46/1 55/11
doesn't [5]  21/20 28/25 44/2 50/12 50/14
dog [1]  48/11
doing [13]  7/2 10/16 18/21 18/21 18/22
  20/17 24/4 24/15 24/18 34/17 38/14 39/1
  52/18
dollars [2]  17/7 33/22
don't [41]  4/17 5/17 5/25 9/12 9/14 11/14
  11/19 16/14 20/5 21/3 21/4 21/10 21/11 26/3
  27/8 27/15 28/10 30/15 34/22 36/20 38/8
  38/8 39/4 39/23 40/9 41/21 42/12 46/3 46/9
  47/6 47/12 47/14 48/2 49/7 49/18 51/16
  51/19 52/22 53/16 53/16 55/12
done [14]  11/1 12/11 16/3 22/17 22/17 26/24
  27/18 34/13 39/3 48/21 53/23 54/1 54/1
  54/21
double [3]  21/10 22/23 45/10
doubt [2]  13/14 36/12
down [3]  17/17 26/8 40/9
draconian [1]  11/5
dramatically [2]  52/20 53/12
due [5]  16/14 18/19 30/10 49/23 51/25
dump [1]  9/8
Dupre [1]  32/12
during [2]  41/2 45/4
duty [1]  55/12

## E

e-mail [1]  13/18
each [2]  8/6 12/4
earlier [3]  5/19 28/7 48/1
early [1]  23/16
Eastern [1]  55/10
easy [1]  35/4
effect [4]  36/23 38/18 42/23 52/11
effective [1]  34/4
effectively [1]  27/8
effects [1]  12/16
effort [6]  8/15 30/19 30/21 30/25 31/21
  45/11
efforts [1]  15/23
eight [1]  35/14
either [6]  10/20 12/7 33/1 43/11 52/20 53/10
electronic [4]  41/22 44/15 45/15 51/10
electronically [2]  4/14 41/3
else [9]  11/15 16/19 32/18 42/5 47/8 47/17
  50/18 50/21 55/4

**E**

**employ [1]** 31/13
**end [11]** 9/8 10/22 11/14 21/7 27/14 28/21 42/22 43/1 53/19 53/19 55/19
**engaging [1]** 24/19
**English [1]** 32/13
**enough [6]** 13/3 24/25 38/2 38/2 44/11 46/5
**enter [1]** 35/24
**entitled [2]** 20/22 25/2 25/10 25/22 55/23
**envisioning [1]** 51/15
**erred [2]** 40/14 41/10
**errors [2]** 41/7 41/7
**ESI [1]** 24/1
**essence [1]** 7/19
**essentially [5]** 15/12 17/15 40/9 54/2 54/13
**establish [2]** 12/9 13/22
**established [2]** 14/17 22/19
**estimate [1]** 33/21
**even [13]** 14/21 18/17 25/19 26/1 27/24 29/4 29/6 30/6 32/8 33/10 34/10 34/23 42/21
**ever [1]** 39/19
**every [4]** 7/7 8/15 27/4 41/14
**everybody [1]** 48/10
**everything [12]** 5/18 18/20 20/2 20/13 25/1 26/2 40/4 41/15 42/13 42/15 48/17 48/21
**evidence [25]** 10/16 10/18 12/10 12/10 12/25 14/10 15/3 15/10 15/12 15/16 22/6 31/9 31/9 31/11 32/15 34/8 34/23 37/20 38/9 38/12 39/12 40/25 41/7 51/24 52/24
**evidentiary [3]** 25/22 30/12 47/16
**ex [1]** 43/12
**exactly [3]** 32/25 44/18 54/12
**example [3]** 13/17 21/23 24/6
**examples [2]** 13/20 25/13
**Excel [3]** 5/7 7/12 7/18
**excellent [1]** 43/24
**Excels [1]** 7/21
**except [2]** 40/4 46/10
**exercise [1]** 52/14
**exhibit [1]** 13/11
**exist [1]** 32/2
**expansion [1]** 40/9
**expect [8]** 6/4 6/14 6/19 6/23 48/25 51/25 53/19 53/24
**expected [2]** 18/1 18/11
**expended [1]** 15/18
**expense [1]** 14/14
**expenses [2]** 11/8 21/16
**experience [1]** 49/7
**expert [2]** 34/3 42/7
**expertise [1]** 51/12
**explain [4]** 10/9 20/16 23/14 35/1
**explained [3]** 16/8 33/18 34/2
**explanation [1]** 9/1
**explication [1]** 41/15
**explicit [1]** 43/24
**explicitly [1]** 36/18
**expressed [1]** 49/19
**expressly [1]** 16/8
**extensive [1]** 41/15
**extent [4]** 10/19 54/5 54/16 54/24
**extra [2]** 11/8 36/3
**extracts [1]** 8/17
**extraordinary [1]** 36/8
**extremely [1]** 24/1
**eyes [1]** 28/25

**F**

**faces [1]** 46/25
**facetious [1]** 35/17
**facilitate [1]** 46/24
**fact [14]** 10/6 14/23 14/23 14/24 23/7 26/4

---

28/21 31/12 31/25 32/8 32/22 40/17 41/8 47/21
**facts [3]** 25/21 28/14 28/20
**failed [1]** 14/18 15/5
**failing [1]** 10/19
**failings [2]** 11/22 21/18
**failure [4]** 14/3 15/13 22/18 27/1
**fair [5]** 8/25 20/3 27/9 40/10 44/11
**fairly [2]** 14/1 25/25
**faith [4]** 17/15 18/16 22/1 38/8
**fall [1]** 18/5
**false [1]** 38/23
**far [2]** 20/2 35/6
**fashion [1]** 52/16
**fault [3]** 17/12 19/10 30/16
**faulted [1]** 16/25
**favor [2]** 34/17 52/22
**feel [6]** 6/1 6/3 7/8 40/10 43/15 45/3
**feeling [1]** 5/24
**fell [1]** 43/21
**fight [1]** 48/11
**figure [5]** 14/12 16/20 17/9 18/13 51/12
**file [8]** 5/19 14/17 29/11 36/12 41/14 48/24 50/1 53/20
**filed [8]** 8/12 13/10 30/4 40/2
**files [1]** 14/16
**filing [1]** 17/4
**filings [1]** 47/13
**final [3]** 48/4 48/4 48/13
**finally [2]** 13/22 34/12
**find [6]** 12/3 12/4 15/16 18/19 45/20 46/19
**findings [8]** 15/10 36/9 38/20 48/6 48/14 49/5 49/5 54/8
**firm [2]** 5/17 47/7
**first [13]** 5/16 20/13 20/16 23/4 26/7 26/14 26/16 29/21 29/23 40/8 46/12 50/20 51/5
**fix [6]** 24/10 24/11 24/15 24/15 24/23 34/13
**fixed [2]** 24/25 34/5
**flag [1]** 32/10
**FLORIDA [1]** 1/1 1/5
**flow [1]** 5/15
**flowing [1]** 30/8
**flows [2]** 33/25 34/14
**fly [1]** 50/14
**focus [1]** 45/12
**folks [1]** 47/1
**follow [1]** 47/13
**followed [1]** 40/16
**following [2]** 15/8 15/11
**follows [1]** 23/15
**footing [1]** 24/22
**forced [2]** 14/14 23/2
**foregoing [1]** 55/21
**forensic [1]** 34/10
**form [9]** 5/19 27/25 27/25 29/17 32/1 33/2 33/19 50/23 53/10
**formal [2]** 52/6 52/24
**formalities [2]** 51/23 52/21
**formalized [1]** 53/17
**format [4]** 5/3 7/21 14/17 49/23
**formats [1]** 9/23
**former [1]** 53/14
**forms [2]** 11/7 12/25
**formulating [1]** 52/1
**forth [1]** 11/16
**forward [11]** 10/2 11/3 26/10 29/1 35/22 36/6 38/3 39/2 39/6 40/13 52/13
**found [9]** 11/2 12/7 12/8 15/8 29/4 30/9 33/14 34/1 35/3
**four [2]** 4/23 48/6
**frankly [1]** 49/7
**free [1]** 36/11
**Friday [3]** 7/7 36/16 50/15

---

**frustrating [2]** 23/24 23/25
**frustrations [2]** 23/5
**full [4]** 16/4 16/13 52/7 52/11
**function [1]** 53/5
**functionality [1]** 44/21
**functionally [1]** 27/13
**funds [1]** 46/6
**further [5]** 21/6 31/9 41/18 41/24 50/22

**G**

**Gail [1]** 4/3
**Gale [1]** 1/17
**game [2]** 7/12 22/8
**gather [1]** 28/20
**gave [1]** 33/20
**GEL [2]** 43/25 44/24
**general [1]** 6/1
**get [38]** 4/16 4/18 5/25 6/17 9/21 9/22 10/16 11/21 12/15 13/15 16/20 19/23 19/24 20/4 20/25 25/23 27/1 27/2 27/20 28/1 28/10 31/21 31/25 32/2 32/8 32/18 32/24 38/3 39/3 42/6 42/25 43/3 48/20 51/9 51/12 53/16 53/23 54/1
**gets [1]** 29/14
**getting [11]** 4/19 8/9 9/4 9/5 9/10 34/19 38/16 42/22 43/9 49/8 49/14
**give [6]** 6/7 6/20 6/21 21/3 21/4 30/25
**given [5]** 16/15 17/1 38/6 48/16 50/20
**giving [1]** 34/11
**go [11]** 7/15 10/2 15/1 24/9 28/25 29/4 35/22 36/6 38/3 41/21 42/4
**goal [1]** 10/13
**goes [2]** 19/16 19/19 21/24 39/6
**going [78]**
**good [7]** 3/13 3/17 7/8 29/24 40/1 42/21 48/22
**Gornick [12]** 1/15 3/7 4/21 7/14 13/5 20/18 25/12 29/3 32/16 33/15 36/11 50/17
**Gornick's [3]** 30/15 50/22 50/23
**got [19]** 11/17 20/14 24/6 25/1 27/7 27/14 28/22 28/23 29/14 35/15 35/17 38/2 39/8 39/10 39/23 44/9 45/24 46/4 54/1
**gotten [1]** 46/22
**governing [1]** 47/22
**grammatical [1]** 41/7
**great [3]** 5/1 8/20 16/10
**greater [2]** 11/13 45/12
**Greatly [1]** 22/10
**ground [1]** 30/1
**guess [4]** 5/1 19/7 29/11 46/14
**guy [1]** 24/13

**H**

**had [30]** 5/14 5/18 7/10 8/10 9/2 13/8 13/18 16/4 18/22 22/23 23/14 27/4 28/4 28/7 28/7 34/4 34/13 35/17 36/5 36/10 36/22 38/21 39/24 40/14 40/17 40/22 41/7 47/21 48/19 49/15
**hadn't [3]** 24/25 25/3 34/6
**half [7]** 5/4 23/10 23/12 23/12 41/12 43/6 45/7
**hamstrung [1]** 19/17
**hand [1]** 17/12
**hands [1]** 7/6
**hands-on [1]** 7/6
**hanging [1]** 31/8
**hangup [1]** 5/12
**happen [3]** 34/23 34/24 52/20
**happened [1]** 38/20
**happening [1]** 21/12
**happens [1]** 5/10
**happy [3]** 20/10 43/14 43/19
**has [30]** 5/13 5/15 11/11 12/18 15/1 16/5

## H

has... [24]  16/25 17/7 17/11 20/3 22/19 25/20 26/4 26/5 26/6 26/11 29/25 30/22 35/18 43/10 48/17 48/23 50/21 50/21 51/20 51/21 51/22 52/4 53/8 53/11
have [147]
haven't [4]  11/22 13/18 19/8 46/10
having [5]  23/5 25/19 41/11 42/6 49/21
hazard [1]  22/25
he [31]  20/22 29/3 29/5 29/6 29/7 29/8 29/10 32/13 32/16 32/17 32/18 48/4 48/5 48/8 48/8 48/13 48/17 48/19 49/2 49/5 49/20 52/5 52/6 52/7 52/10 52/15 53/8 54/11 54/17 54/20 55/2
he'll [1]  49/22
he's [9]  25/12 25/14 25/15 29/11 30/16 40/1 49/14 54/14 54/18
head [2]  11/17 44/5
heads [1]  31/8
hear [7]  5/20 9/1 9/4 18/1 24/9 29/23 49/6
heard [11]  13/2 13/9 18/4 19/8 25/12 26/2 26/13 29/3 30/13 30/13 50/16
hearing [44]  4/17 8/2 10/5 11/25 14/11 14/19 14/22 15/9 15/11 16/8 16/21 17/19 20/24 22/3 23/5 23/16 23/18 23/19 24/12 26/17 26/21 29/14 29/19 30/1 30/3 30/20 30/23 31/17 31/19 32/9 32/14 32/17 33/12 33/23 34/2 35/10 35/11 36/15 38/24 39/6 39/25 48/4 50/25 55/15
hearings [2]  24/5 55/13
heaven [1]  28/18
help [1]  30/6
helps [1]  18/10
here [24]  4/13 7/15 10/13 11/17 20/1 22/12 23/15 24/10 33/4 34/16 35/18 36/5 39/23 40/1 40/1 42/9 43/2 44/1 45/24 46/1 46/6 46/25 47/1 47/14
Here's [1]  35/20
hesitant [1]  41/10
hesitated [1]  20/23
highly [1]  43/9
him [19]  25/14 30/16 40/1 48/7 48/9 48/10 48/19 48/20 48/21 48/21 49/17 49/18 49/18 51/19 52/21 53/23 53/24 54/18 54/25
himself [3]  51/19 52/4 52/7
hire [1]  15/1
hired [3]  17/16 18/18 18/20
his [10]  25/15 32/17 48/5 48/16 48/22 49/6 51/12 52/5 54/20 54/25
hit [2]  23/19 31/2
hold [1]  42/8
Honor [38]  3/13 3/17 4/13 4/22 6/12 8/24 10/8 13/6 15/8 16/22 17/3 22/9 23/22 24/7 24/13 24/24 25/18 26/7 26/14 27/6 28/10 28/12 29/4 29/13 29/13 29/24 33/16 35/3 35/8 38/5 39/5 40/7 43/5 47/19 50/21 55/6 55/8 55/17
Honor's [4]  14/5 14/9 15/14 23/9
HONORABLE [1]  1/10
hope [3]  42/1 48/2 48/19
hoped [2]  6/2 45/8
hopeful [1]  5/9
hopefully [1]  31/7
hours [1]  10/15
housekeeping [1]  47/20
how [40]  5/24 10/2 10/14 10/15 11/15 11/21 12/12 12/21 13/1 13/3 14/20 17/22 18/9 19/11 21/12 24/22 27/8 27/15 31/19 32/3 37/14 37/25 38/21 39/11 40/14 43/9 43/18 44/18 46/4 46/19 46/24 46/23 47/7 47/22 47/22 49/6 50/10 50/10 51/10 51/12
however [2]  41/17 43/20

## I

human [1]  7/6

I'd [4]  29/18 41/10 43/1 43/4
I'll [8]  34/7 35/24 36/13 37/11 38/25 39/19 44/3 49/6
I'm [49]  4/13 4/13 5/21 6/20 11/24 12/14 18/10 19/11 19/21 20/18 20/20 22/11 23/8 23/21 24/13 25/17 32/6 32/6 32/14 35/20 36/12 36/21 38/1 38/14 38/24 39/18 40/3 41/19 41/19 42/1 42/5 42/8 43/7 43/14 43/17 43/18 43/19 44/10 45/11 46/2 46/4 46/15 46/16 49/11 50/20 51/16 51/18 52/22 54/6
I've [4]  12/7 12/8 40/12 44/4
idea [5]  18/22 31/11 41/5 51/6 51/8
if [54]  5/10 7/9 8/24 9/25 10/9 10/21 11/2 11/13 16/20 17/18 18/11 18/25 19/14 19/16 19/22 19/23 21/3 22/23 27/8 27/20 29/10 30/13 31/11 31/24 32/16 33/4 33/16 34/7 34/17 34/20 37/3 37/5 38/1 38/3 38/13 39/10 39/18 40/17 41/14 42/22 43/1 43/5 43/12 44/13 45/3 45/17 46/9 50/9 51/14 51/25 52/13 52/23 53/9 53/21
ignored [1]  34/7
ill [1]  19/4
illustration [1]  32/7
impact [2]  38/21 47/23
important [4]  14/1 14/13 16/15 48/16
imposition [1]  21/15
improve [1]  43/13
in [190]
inability [1]  12/20
inadvertent [1]  10/20
inappropriate [1]  51/17
include [7]  36/17 37/9 37/12 37/16 39/11 49/1 54/12
including [1]  22/4
Incorporated [1]  4/11
increased [2]  36/22 37/17
incur [3]  14/14 23/2 48/2
incurred [1]  21/16
independent [1]  29/10
indicate [2]  35/25 41/10
indicated [1]  7/14
indication [2]  36/7 37/9
indulgence [1]  38/6
inform [1]  21/25
informal [1]  51/22
information [4]  4/15 28/14 28/15 41/2 41/3 43/16 45/1 45/4 46/22 47/22 49/3 54/14
initially [2]  27/11 32/5
innocent [2]  17/15 34/18
insisting [1]  14/24
instances [1]  30/9
intend [1]  17/8
intended [2]  42/9 51/4
intent [3]  8/3 40/11 40/12
intention [1]  9/20
interaction [1]  17/22
interfere [1]  31/1
intermediary [1]  26/13
into [15]  4/16 7/15 9/21 9/23 12/15 12/21 22/20 25/23 29/2 32/8 32/24 42/22 44/10 45/11 47/5
investigated [1]  44/25
investigating [1]  15/19
invite [1]  43/11 44/12
involve [1]  11/8
involved [4]  33/7 45/15 46/1 47/7
involving [1]  45/25
is [139]
issue [39]  5/6 7/3 7/7 10/2 11/18 11/19 13/25 14/1 14/1 14/10 16/5 16/13 16/15

16/20 17/2 20/23 21/4 24/17 25/8 25/8 28/2 33/25 33/25 34/20 36/11 37/25 39/14 44/25 45/15 49/25 50/12 50/17
issued [2]  16/23 29/13
issues [45]  6/5 6/6 7/9 9/25 10/24 11/13 12/18 13/16 16/12 16/17 19/20 20/7 21/13 21/24 22/3 22/13 22/15 23/14 23/20 23/23 24/1 25/22 25/24 29/5 29/15 30/17 30/21 31/6 31/7 32/2 32/22 32/22 34/14 36/20 38/18 44/14 45/6 45/12 45/25 47/11 47/16 47/23 48/12 54/4 54/5 54/14
it [154]
it's [52]  8/16 9/20 10/16 10/25 11/4 11/21 12/2 12/12 14/2 14/6 14/9 14/13 14/17 14/21 15/3 16/13 16/14 18/6 19/1 19/9 19/10 19/10 20/12 20/12 22/2 22/5 23/5 23/10 23/24 23/24 24/2 25/25 26/1 28/20 28/22 29/6 33/9 33/16 33/25 34/15 34/18 34/19 36/14 36/21 37/18 40/8 40/13 42/9 44/9 46/6 47/20 49/2
item [6]  14/4 14/7 21/24 22/17 35/9 35/11
items [2]  4/23 12/19
its [3]  12/5 33/22 37/16
itself [1]  18/7

## J

Jaffe [2]  33/6 34/3
Jamie [1]  28/5
January [23]  1/6 6/15 7/24 8/9 9/7 11/15 13/14 13/21 14/2 16/3 16/7 16/16 22/12 23/1 23/17 25/11 25/16 28/16 29/1 29/16 33/24 34/19 34/24
January 20 [3]  7/24 8/9 9/7
January 28 [3]  13/21 14/2 28/16
January 28th [9]  13/14 16/3 16/7 22/12 23/17 25/16 29/1 29/16 34/19
January 7 [1]  6/15
jeopardize [1]  7/22
Jersey [1]  7/4
join [1]  39/14
joint [1]  46/17
JUDGE [3]  1/10 6/3 46/11
judicial [2]  52/11 53/3
judicially [2]  52/12 53/3
July [8]  15/8 15/8 16/6 22/19 30/10 34/5 35/3 35/3
just [39]  6/1 6/7 6/25 7/3 8/24 9/14 9/25 10/10 10/10 13/15 19/21 23/8 25/12 29/1 29/16 30/1 30/24 31/4 32/6 32/10 37/7 37/10 37/23 38/5 39/5 44/7 45/14 45/17 46/15 46/16 47/3 49/1 49/12 50/12 50/14 52/24 54/5 55/6 55/8

## K

keep [5]  21/1 21/12 40/4 47/12 49/22
keeps [1]  29/2
Kerns [2]  2/5 3/21
Kevin [2]  2/5 3/21
kind [11]  18/10 20/23 24/11 24/17 32/7 36/24 37/13 39/24 47/4 49/8 50/19
kinds [1]  26/25
knew [1]  43/2
know [21]  7/1 11/14 11/14 12/6 14/21 17/24 20/8 20/12 20/14 23/24 26/18 28/10 38/19 39/1 43/15 46/2 46/4 46/9 47/6 55/8 55/12
knows [2]  23/22 28/18

## L

lack [1]  40/25
laid [1]  41/4
large [3]  18/12 35/9 35/10
Larry [3]  1/14 3/7 3/9
last [11]  4/19 5/4 17/25 22/22 30/10 33/17

## L

last... [5] 41/12 42/13 43/6 43/21 45/7
later [5] 7/9 14/6 22/2 27/19 37/3 39/16 39/16 48/1
latest [1] 40/3
law [1] 49/9
Lawrence [1] 1/15
lawyer [2] 10/15 24/8
lawyers [5] 7/1 7/4 15/18 45/15 46/1
lays [1] 54/22
leading [1] 14/8
leaning [1] 38/1
learned [2] 23/25 26/13
learning [2] 24/2 24/3
least [8] 10/4 31/14 35/7 35/21 42/17 44/5 48/15 52/9
leave [2] 37/2 42/18
leaving [1] 15/24
led [2] 18/6 34/12
leeway [1] 43/16
left [1] 12/16
legitimate [1] 31/23
length [1] 16/5
lengthy [1] 40/3
less [6] 5/3 5/5 6/16 45/8
let [16] 6/7 17/16 23/14 26/23 29/18 38/25 39/14 39/22 43/4 44/6 44/7 45/22 46/15 48/18 48/21 50/7
let's [6] 24/10 24/11 26/10 26/19 28/17 29/23 39/25
level [5] 10/4 10/25 12/8 29/7 44/20
LIABILITY [2] 1/5 3/4
life [1] 45/21
like [23] 5/19 6/1 9/5 11/10 13/20 15/9 15/11 16/16 21/10 23/19 24/9 27/22 29/3 29/18 38/18 42/18 43/1 44/2 47/3 47/15 49/13 50/6 54/5
limit [1] 31/11
limited [6] 7/20 20/21 32/9 33/13 36/21 39/25
lines [1] 49/1
lion's [1] 22/21
list [1] 38/11
listen [1] 34/17
literally [2] 45/10 50/5
litigating [1] 15/22
litigation [7] 1/5 3/4 13/18 42/23 45/16 45/18 46/5
little [7] 18/2 19/6 28/17 29/19 45/23 49/9 50/9
live [3] 19/7 19/22 20/12
load [3] 5/19 9/3 14/17
loath [2] 12/15 42/5
logic [1] 10/12
logical [3] 11/1 27/16 28/19
long [8] 6/5 13/1 13/16 23/11 33/9 39/11 43/3 47/19
long-term [1] 47/19
look [7] 10/25 28/23 30/19 30/25 31/13 37/23 40/22
looked [3] 22/16 40/13 41/5
looking [6] 19/21 20/16 27/13 30/23 47/5 54/6
looks [1] 49/13
lot [17] 6/19 11/7 13/7 13/15 13/19 15/6 22/4 23/6 29/25 31/18 33/20 42/16 46/24 46/25 49/10 49/14 50/2
lots [1] 11/7

## M

made [11] 6/13 6/14 13/8 15/10 19/1 25/3 36/9 43/6 45/7 49/1 53/1
magic [1] 48/20

## MAGISTRATE

MAGISTRATE [1] 1/10
magistrate [1] 828-13
mail [1] 13/18
major [2] 5/12 22/15
make [14] 5/5 6/14 6/21 19/8 23/7 23/8 24/18 27/12 28/25 47/13 49/5 52/15 54/11 54/18
makes [6] 9/7 17/4 29/17 41/24 52/7 52/8
making [7] 6/1 6/22 8/15 25/18 51/24 52/6 53/12
management [4] 7/6 14/16 14/25 31/21
many [6] 5/6 10/14 10/15 23/23 45/18 50/10
March [15] 5/24 6/4 6/24 8/18 9/13 9/16 9/19 11/21 12/4 16/18 31/3 32/3 34/24 43/1 53/19
March 14 [7] 8/18 9/13 9/16 9/19 16/18 31/3 32/3
marketing [1] 45/25
marshal [1] 10/18
master [20] 4/14 6/7 7/16 9/22 31/6 40/1 47/21 47/23 48/3 49/8 50/23 51/5 51/6 51/15 51/21 52/4 52/19 52/25 53/4 53/13
Master Ball's [1] 48/3
match [1] 42/4
material [2] 8/5 8/17
matter [7] 12/2 16/10 38/17 44/19 47/20 49/16 55/23
matters [7] 4/14 7/13 37/15 41/21 51/25 54/17 55/13
may [22] 8/24 10/1 11/16 13/12 15/24 21/25 24/13 29/21 31/24 31/24 34/1 36/24 37/6 38/5 42/25 43/5 45/4 47/23 53/10 54/3 54/3 54/7
maybe [2] 24/21 31/23
McCarter [1] 32/13
McConnell [9] 1/22 3/14 5/23 19/25 20/20 23/3 36/25 47/1 55/4
MD [2] 1/3 3/3
MDL [4] 1/6 45/24 46/5 46/10
me [28] 6/7 9/7 10/11 11/10 13/2 20/3 23/14 23/25 25/25 26/23 27/20 30/1 38/6 39/22 41/14 41/24 42/2 43/11 44/6 44/7 45/1 45/22 46/11 46/15 47/25 48/18 50/7 54/19
mean [11] 17/24 19/1 19/11 19/23 22/7 22/23 28/12 34/16 34/18 50/13 53/22
measure [1] 43/8
measured [1] 12/17
mechanical [1] 1/24
mechanism [1] 44/16
mediation [1] 7/16
mediator [1] 53/6
meet [3] 4/25 6/23 50/9
met [2] 9/20 50/24
methodologies [1] 40/24
MIDDLE [1] 1/1
might [8] 26/17 30/25 32/8 32/12 33/17 46/13 50/23 52/10
million [4] 6/10 15/2 15/3 15/18
millions [2] 17/7 33/21
mind [1] 44/1
mine [1] 9/11
minor [1] 22/5
minute [1] 43/21
misbehaved [1] 40/18
mishmash [1] 37/23
missive [1] 40/16
misstate [1] 20/5
misstated [1] 19/25
mistake [1] 24/21
mistakes [1] 19/8
misunderstandings [1] 50/13
mode [3] 24/11 24/14 24/18
monetary [5] 14/12 18/13 26/15 26/17 34/22

money [3] 16/10 33/20 35/1
monsh [1] 53/22
monthly [1] 53/23
months [3] 22/22 23/23 26/12
more [15] 7/4 10/1 18/2 20/16 25/19 27/23 27/24 29/8 34/4 38/22 41/22 47/13 52/4 53/16 54/6
morning [1] 40/8
most [6] 27/3 27/19 27/19 41/4 41/5 54/22
mostly [1] 9/25
motion [10] 26/7 26/14 29/11 39/17 48/24 48/25 49/14 50/2 50/24 53/20
moving [3] 8/4 8/20 52/13
Mr [1] 19/25
Mr. [38] 4/12 4/21 5/23 5/24 7/14 13/5 20/18 20/20 23/3 23/13 23/17 24/5 25/12 26/21 27/6 27/11 29/3 29/18 29/23 30/6 30/6 30/15 32/16 33/6 33/15 34/1 36/11 36/25 46/3 47/1 50/17 50/22 50/23 51/18 52/14 53/22 54/8 55/4
Mr. Allen [2] 27/6 27/11
Mr. Ball [4] 4/12 51/18 52/14 54/8
Mr. Ball's [1] 53/22
Mr. Barnett [5] 23/13 23/17 26/21 29/18 29/23
Mr. Coutroulis [1] 30/6
Mr. Gornick [10] 4/21 7/14 13/5 20/18 25/12 29/3 32/16 33/15 36/11 50/17
Mr. Gornick's [3] 30/15 50/22 50/23
Mr. Jaffe [2] 33/6 34/3
Mr. McConnell [6] 5/23 20/20 23/3 36/25 47/1 55/4
Mr. Pass [2] 5/24 30/6
Mr. Pennock [1] 24/5
Mr. Roth [1] 46/3
much [17] 5/2 11/20 13/13 14/8 22/20 23/5 27/19 36/4 39/4 40/14 43/10 43/16 45/12 46/19 54/1 54/6 54/8
Mullin [1] 28/5
mushroomed [1] 22/19
must [1] 36/18
my [23] 9/20 11/17 12/2 12/16 17/18 20/4 20/25 24/7 25/9 28/25 29/25 35/18 36/9 38/7 38/19 41/4 41/5 41/13 44/5 44/22 48/1 49/19 54/16

## N

name [1] 46/3
narrow [2] 14/1 50/9 50/12
native [18] 5/7 5/16 7/12 7/18 7/21 15/1 15/4 16/2 16/9 27/25 31/14 31/20 31/21 31/25 32/1 33/19 44/15 44/21
nature [2] 41/9 51/9
near [1] 31/21
necessarily [2] 31/16 41/21
necessary [3] 32/8 42/2 45/3
need [18] 5/25 11/25 12/6 12/15 16/19 16/22 26/18 26/18 26/24 28/14 28/14 31/16 32/25 35/7 39/2 47/13 48/25 53/2
needed [5] 25/6 32/16 32/17 41/6 50/8
needs [2] 7/7 12/22
negligence [1] 18/18
negligent [1] 10/20
negotiations [2] 31/20 44/17
neutral [1] 49/21
never [6] 9/14 13/9 18/4 36/1 40/12 42/16
new [7] 7/4 29/10 30/15 31/12 31/13 33/17 33/25
next [3] 5/9 36/12 50/8
Nixon [2] 1/18 4/6
no [23] 1/6 8/21 10/10 13/14 17/15 18/12 18/15 18/16 18/17 18/22 22/22 28/3 32/18 33/4 35/4 38/10 38/13 41/10 50/5 55/16

**N**

No.6:06 [1]  1/3
No.6:06-MD-1769-Orl-22DAB [1]  1/3
non [4]  4/7 41/1 44/24 53/8
non-binding [1]  53/8
non-counsel [1]  4/7
non-retention [2]  41/1 44/24
none [1]  28/15
normal [1]  51/23
normally [1]  55/12
not [72]
note [1]  23/6
notice [10]  8/3 16/4 16/13 26/18 32/25 35/7
39/25 40/11 40/12 45/24
noticed [1]  4/17
notion [3]  52/9 52/14 53/6
November [9]  6/12 8/15 16/7 33/17 33/17
33/18 33/22 35/8 35/15
November 13 [1]  6/12
November 15 [2]  8/15 33/18
November 16 [3]  16/7 33/17 35/8
November 16th [1]  33/22
November 17th [1]  35/15
novo [1]  52/8
now [22]  7/1 10/3 12/3 13/15 14/2 20/18
21/22 21/25 23/23 26/16 27/11 29/18 30/15
30/18 31/13 32/1 35/4 35/13 35/20 37/5
40/22 51/14
number [7]  3/2 5/11 7/5 7/20 26/11 30/17
39/15
nuts [1]  4/16

**O**

object [5]  37/6 37/22 40/11 40/13 54/10
objected [1]  33/19
objecting [1]  37/24
objection [5]  13/10 40/3 42/11 44/8 54/21
objections [4]  7/25 30/4 42/4 55/16
obligation [1]  41/2
obtain [1]  34/21
obvious [1]  12/19
obviously [7]  12/22 24/25 26/10 30/2 30/7
39/3 46/16
occasion [1]  9/21
Occasionally [1]  19/9
occasioned [1]  21/17
occur [1]  11/4
occurred [2]  14/11 48/17
odds [1]  49/13
off [3]  39/20 51/3 52/17
offer [3]  32/7 52/16 54/14
often [2]  20/13 35/25
oftentimes [2]  35/23 36/1
okay [7]  4/16 22/16 28/8 35/16 39/22 45/14
47/17
on [102]
once [2]  41/11 52/5
one [27]  5/5 5/6 6/14 6/15 7/19 10/4 10/25
11/18 17/12 20/19 21/14 22/11 24/4 28/5
31/23 32/21 33/11 44/6 50/7 51/11 51/17
51/22 51/25 51/25 52/19 52/23 54/22
ongoing [3]  30/24 41/18 44/17
only [12]  5/12 9/13 9/16 17/20 22/21 30/12
30/24 33/3 34/9 34/15 34/22 41/17
open [1]  12/16
opinion [2]  15/15 44/23
opponents [1]  43/17
opportunity [10]  12/22 12/24 27/5 40/18
47/9 48/11 48/14 50/4 54/10 55/1
opposed [4]  9/8 24/19 25/20 25/23
or [55]  7/18 10/1 10/20 10/20 10/20 11/14
11/16 11/21 12/3 12/3 12/7 12/12 12/13
12/13 14/4 15/8 15/13 18/5 21/11 28/3 30/4
36/3 37/10 37/11 37/19 40/6 40/10 42/5 42/7
43/11 43/12 47/5 47/7 47/8 49/5 49/5 49/18
49/21 51/11 51/24 52/14 52/24 52/24 53/6
53/11 54/24 54/25
order [24]  6/9 9/10 12/3 12/16 14/5 14/9
14/16 14/25 16/6 24/24 25/5 29/13 31/15
31/21 33/22 34/21 35/8 35/24 36/9 45/2
46/10 47/3 47/17 47/21
ordered [1]  14/15
organize [1]  45/17
original [2]  31/25 51/8
originally [1]  31/19
Orl [2]  1/3 1/3
ORLANDO [3]  1/2 1/5 3/9
other [22]  11/4 11/6 11/19 16/17 17/14
20/18 20/23 21/9 22/2 29/10 32/10 33/6
36/23 36/25 37/15 39/15 39/22 41/21 43/18
50/2 50/7 50/10
others [2]  5/6 27/11
otherwise [3]  37/11 43/12 49/21
ought [4]  5/10 26/15 31/4 31/5
our [26]  4/25 7/7 7/22 8/2 10/13 15/12 15/16
15/17 16/8 17/16 18/19 19/1 21/20 30/4
30/5 30/7 30/7 31/1 31/8 33/10 34/3 34/10
34/11 34/11 34/15 45/16
out [22]  6/25 8/5 12/2 15/1 15/24 16/20
16/20 18/18 20/13 24/24 28/3 31/24 33/25
34/14 35/8 39/9 41/4 42/8 46/19 47/11 51/12
54/22
outcome [2]  41/22 41/23
outlay [1]  16/15
outline [1]  5/7
outlined [1]  19/21
outside [1]  17/24
outstanding [3]  6/16 16/11 22/15
over [11]  5/21 14/23 14/23 17/25 23/9 23/12
31/8 31/20 34/4 39/11 42/23
overcome [1]  41/2
overlap [3]  22/5 34/23 46/19
overstating [1]  44/12
owe [1]  41/8
own [4]  12/5 30/5 50/5 54/12

**P**

P-A-S-S [1]  3/15
p.m [3]  1/6 55/10 55/19
page [5]  18/24 20/9 40/8 44/1 44/8
pages [5]  4/24 6/10 24/7 38/22 40/22
painful [1]  24/2
pan [1]  31/24
panel [1]  45/24
panel's [1]  46/10
part [6]  6/5 8/16 30/20 40/20 43/17 49/15
52/25 54/21
parte [1]  43/12
particular [2]  27/6 42/10
particularly [2]  17/5 52/22
parties [10]  9/22 11/19 31/5 41/25 43/3
44/13 44/18 51/11 52/5 53/7
parties' [1]  45/10
partner [1]  29/25
party [6]  4/11 43/11 46/7 48/13 51/11 52/3
Pass [1]  1/23 3/15 5/24 30/6
past [2]  5/15 9/21
payer [1]  46/7
Pearson [2]  1/17 4/3
Pennock [1]  24/5
people [7]  13/3 28/6 45/17 45/23 46/18
46/18 47/9
perfect [1]  20/13
perhaps [2]  33/9 44/12

period [5]  9/8 33/3 41/2 45/5 45/13
person [2]  26/14 40/1
personally [1]  19/10
personnel [1]  15/19
perspective [2]  47/10 48/16
persuaded [1]  35/20
pertain [1]  10/1
pertinent [2]  12/11 17/1
Philadelphia [1]  3/14
phone [1]  4/1
pierce [1]  32/23
place [3]  23/16 27/19 51/5
placed [1]  6/11
plaintiff [3]  3/5 15/19 36/12
plaintiff's [1]  12/1
plaintiffs [38]  1/13 3/7 3/8 3/10 4/4 4/5 4/6
7/16 11/23 12/6 12/15 12/17 21/15 25/1
25/10 26/2 26/25 27/4 28/1 28/23 30/2 31/13
31/19 34/20 36/8 36/18 38/1 43/15 44/20
46/22 46/23 47/18 48/9 51/14 52/16 53/20
54/11 54/24
plaintiffs' [9]  7/25 13/5 27/12 32/11 32/24
33/5 36/22 37/16 43/7
plan [12]  6/11 8/2 8/4 8/12 8/16 21/20 30/5
30/5 32/11 33/10 39/4 39/9
Planet [1]  16/24
planned [1]  8/23
planning [1]  37/21
play [1]  20/14
please [5]  3/5 3/12 4/1 38/6 48/11
plenty [1]  55/1
point [15]  6/4 6/21 6/25 8/22 14/22 17/18
17/20 27/9 27/16 27/18 28/19 46/17 47/17
48/3 52/13
points [2]  23/7 23/8
position [11]  9/15 10/7 13/21 20/1 20/6 20/8
25/13 40/21 40/23 42/6 49/20
possibilities [1]  36/25
possibility [1]  21/22
possible [2]  22/5 40/19
post [1]  30/23
post-hearing [1]  30/23
potentially [2]  7/11 33/2
powers [1]  52/15
pre [1]  30/20
pre-hearing [1]  30/20
predetermination [1]  50/6
prefer [1]  53/13
preference [2]  49/20 54/16
prejudge [1]  49/11
prejudice [14]  13/23 22/14 25/9 25/14 26/5
26/19 26/25 27/5 27/21 29/15 30/8 31/12
33/13 37/1
prejudiced [2]  26/9 32/4
prejudicial [2]  11/3 11/15
preparatory [1]  13/4
prepare [4]  10/18 38/2 48/4 50/7
preparing [1]  33/7
prerogative [1]  46/14
present [9]  12/24 17/20 18/5 24/18 31/17
42/11 42/18 45/22 50/3
presentation [1]  39/12
presented [2]  8/14 14/21 47/24
presents [1]  12/5
preservation [1]  45/5
preserve [1]  41/3
Presumably [1]  40/21
presume [1]  50/19
PRETRIAL [1]  1/9
pretty [5]  12/15 12/23 40/2 42/4 42/13
previous [1]  38/19
previously [3]  9/2 33/14 41/8

## P

primary [1] 15/25
Prince [2] 2/6 3/23
principle [1] 44/19
principles [1] 17/13
prior [1] 12/3
privilege [1] 32/23
privy [1] 47/1
probability [1] 35/22
probably [4] 5/12 13/2 43/15 47/25
problem [2] 22/20 39/19
problems [11] 13/22 14/20 15/20 21/9 22/24
 34/5 36/4 37/20 45/19 51/8 51/9
procedure [1] 30/11
proceed [5] 11/21 13/3 16/16 19/15 44/18
proceeded [2] 11/13 19/16
proceeding [3] 5/1 28/17 43/19
proceedings [3] 1/24 21/6 55/22
process [25] 7/2 7/16 8/21 15/4 16/14 18/2
 24/2 30/11 41/18 41/22 43/8 45/16 47/2
 49/23 51/2 51/5 51/7 51/20 51/25 52/23
 52/25 53/13 53/16 54/3 54/7
processing [1] 16/1
produce [10] 8/17 9/16 9/17 14/3 14/10
 14/16 15/13 17/9 32/1 43/10
produced [13] 1/25 4/20 5/15 5/18 6/12 6/18
 9/2 10/15 10/16 13/16 14/20 18/6 32/3
producing [5] 14/24 27/22 27/24 27/24
 43/25
product [1] 32/24
production [22] 4/23 5/3 5/14 7/13 7/20 8/1
 8/5 8/11 9/9 15/1 15/4 16/2 16/9 18/7 18/24
 19/18 24/16 25/3 27/1 29/5 31/22 36/3
productions [7] 6/8 6/13 6/16 6/18 6/23
 31/14 31/20
productive [1] 35/18
PRODUCTS [2] 1/5 3/3
program [1] 26/9
progress [6] 5/5 5/12 6/2 25/4 43/6 45/7
project [1] 7/5
proof [1] 30/8
properly [2] 30/13 33/12
proposal [8] 13/8 20/19 30/2 30/15 32/17
 50/5 53/21 54/12
propose [2] 33/10 54/11
proposed [2] 30/19 44/16
proposing [2] 30/18 50/2
prosecutor [1] 51/18
prove [7] 12/20 17/9 20/22 25/10 25/13
 25/15 38/8
proved [2] 22/1
provide [2] 10/21 49/2
providing [1] 42/7
proving [1] 34/21
provocative [1] 40/13
pull [1] 8/5
purported [1] 53/2
purposeful [2] 10/20 25/6
purposes [6] 17/20 18/9 19/20 42/12 42/18
 52/6
put [11] 13/23 15/9 15/12 17/25 24/13 33/22
 34/7 35/8 37/5 38/9 49/20
putting [1] 19/17

## Q

quandary [1] 38/14
query [1] 39/5
question [1] 31/23
questions [1] 34/12
quick [2] 6/7 39/5
quickly [5] 5/11 5/23 32/10 40/19 42/4
quite [4] 11/2 11/24 36/8 40/3

quizzed [1] 36/11
quirement [1] 26/23
quote [1] 15/14
quoted [1] 40/15

## R

rails [1] 51/3
raise [2] 11/11 33/3
raised [5] 34/14 44/14 44/22 47/21 50/17
raises [1] 11/1
rather [2] 34/18 48/1
rattling [1] 11/17
RE [2] 1/4 3/3
reach [1] 31/7
reached [2] 7/14 7/19
reaction [1] 24/8
read [7] 25/5 31/18 40/17 42/3 42/14 42/19
 52/9
reading [1] 19/11 40/14
ready [4] 16/21 22/13 32/18 45/18
real [1] 33/7
realistic [1] 20/25
really [8] 12/16 23/19 26/24 27/20 36/8
 39/24 42/5 54/16
reappears [1] 36/2
reason [6] 8/22 14/13 23/21 34/15 35/5 36/6
reasonable [3] 14/18 18/3 26/20
reasonably [2] 14/4 15/13
reasons [1] 22/11
recall [3] 24/13 26/7 34/2
recap [1] 5/21
receipt [1] 16/9
received [3] 4/23 13/17 40/11
recent [3] 41/4 41/5 54/22
recess [1] 55/18
recklessness [1] 18/17
recommendations [1] 42/24
record [13] 3/6 4/2 9/15 14/9 19/13 21/9
 51/3 51/23 52/6 52/12 53/3 53/12 55/22
record-making [1] 53/12
recorded [1] 1/24
recreate [1] 45/3
rectify [1] 40/19
redacted [1] 7/7
redaction [3] 5/6 7/18 44/15
redo [1] 33/19
redoing [1] 37/1
redone [2] 16/1 16/9
refusal [1] 21/23
regard [4] 7/11 10/19 44/24 51/19
regardless [1] 11/20
regards [2] 51/18 52/6
rehash [1] 30/21
rehashed [1] 21/20
rehashing [1] 21/11
related [10] 8/5 14/10 17/7 17/8 35/2 35/3
 38/11 45/6 46/5 47/20
relates [1] 10/13
relating [1] 12/10
relatively [1] 51/22
relevant [6] 8/6 9/17 9/18 17/5 32/14 45/5
relied [1] 52/2
relief [2] 26/5 42/10
relitigate [1] 30/21
relitigating [1] 21/11
remain [1] 6/4
remained [1] 25/8
remaining [1] 7/24
remains [1] 44/24
remarkably [1] 35/18
remarks [2] 11/6 50/22
remedial [2] 11/6 17/21
remedies [1] 11/6

remedy [5] 10/21 10/23 11/3 28/9 38/17
renewed [1] 36/1
repeat [1] 36/13
report [22] 4/18 14/23 6/6 40/3 40/6 41/4 41/5
 41/13 41/16 42/5 42/13 42/14 42/20 48/4
 49/2 49/5 49/6 49/8 49/22 49/23 52/10 53/24
reports [7] 12/13 48/20 50/22 52/7 52/15
 53/23 54/20
representatives [1] 41/12
representing [2] 4/10 24/8
reprocessed [1] 6/19
reproduction [4] 5/18 5/20 5/22 9/2
request [4] 6/16 26/8 35/25 49/1
requesting [1] 45/2
requests [2] 8/1 8/11
require [2] 36/12 36/15
required [2] 15/1 15/5
requirements [1] 18/8
reserve [1] 39/15
resolution [1] 31/8
resolve [5] 7/17 31/7 49/25 50/1 51/8
resolved [2] 44/12 44/13
resolving [4] 25/4 44/19 45/11 51/11
resources [1] 8/21
respect [7] 12/9 18/23 40/23 41/1 41/14
 43/25 44/14
respects [2] 19/5 30/18
respond [5] 12/23 29/21 36/16 38/3 50/4
responded [2] 9/24 40/12
responding [1] 37/14
response [5] 33/15 36/17 37/9 37/12 50/8
responsible [1] 17/13
restrict [1] 17/19
result [1] 7/20
resulted [1] 19/18
results [5] 18/5 19/21 43/24 54/6 54/7
resume [1] 48/22
retained [1] 45/4
retention [2] 41/1 44/24
review [5] 7/2 8/8 34/11 52/8 54/20
reviewed [2] 6/17 13/7
revisit [2] 29/4 39/19
right [14] 2/20 5/24/19 25/14 29/15 32/19
 37/7 44/7 45/22 46/9 51/16 54/4
rights [1] 49/23
ripe [4] 13/13 14/1 14/2 16/13
ripened [1] 14/20
rise [1] 31/1
risk [1] 35/16
Robert [4] 1/23 2/10 3/15 3/22
role [2] 42/9 53/22
rolling [3] 6/18 6/23 9/9
rollout [1] 8/25
Roth [3] 1/14 3/9 46/3
Rule [1] 52/8
rules [3] 7/11 30/11 30/12
run [1] 45/19
rundown [1] 6/7
Russell [2] 2/7 4/8

## S

said [25] 8/14 11/10 19/7 20/2 25/5 26/9
 26/15 27/4 29/13 32/11 32/18 33/5 34/4
 35/21 36/10 41/16 41/20 42/13 42/19 47/15
 48/24 50/21 53/15 53/15 54/13
salvaged [1] 43/22
same [3] 36/20 40/16 43/8
sanction [15] 14/9 14/12 15/17 17/5 17/6
 17/10 17/21 18/10 18/13 18/13 22/3 22/13
 28/13 34/22 47/23
sanctionable [6] 15/7 30/9 33/13 33/14 34/1
 34/15

**S**

**sanctioned [3]** 25/6 34/9 34/10
**sanctions [35]** 6/9 11/4 11/6 12/20 14/3 14/11 14/19 14/22 15/1 16/11 21/7 21/15 22/2 22/24 24/12 25/20 29/2 29/9 31/1 31/10 32/14 33/23 34/2 35/10 35/11 35/25 37/19 37/19 48/4 50/24 52/3 52/17 53/1 53/10
**Sandra [1]** 55/25
**saw [5]** 20/10 30/3 40/7 46/25 47/3
**say [31]** 5/1 17/12 17/14 18/15 19/9 19/14 20/15 21/10 23/10 24/6 24/9 27/13 28/5 28/10 29/3 29/6 35/17 37/7 37/22 37/23 37/25 38/15 38/22 40/20 44/3 44/6 44/7 48/11 48/18 51/20 52/10
**saying [6]** 12/7 27/7 33/9 35/8 40/16 41/13
**says [3]** 9/10 9/14 55/2
**schedule [1]** 46/21
**scheduled [1]** 10/3
**schedules [2]** 9/23 27/17
**scope [5]** 7/25 30/3 32/9 36/19 37/23
**second [6]** 21/2 21/4 23/10 23/11 23/12 25/18
**Secondly [1]** 51/2
**Sedona [1]** 17/13
**see [8]** 9/25 10/14 39/9 39/18 40/1 43/12 46/23 50/9
**seek [4]** 31/6 42/10 52/2 52/16
**seeking [6]** 17/20 21/6 22/2 32/23 35/2 36/19
**seem [3]** 11/19 30/17 31/14
**seemed [2]** 23/19
**seems [4]** 11/10 13/2 27/20 35/13
**seen [4]** 11/22 21/5 40/12 46/10
**selfish [1]** 45/16
**send [1]** 30/2
**sending [2]** 46/6 46/11
**sense [4]** 10/13 18/23 28/25 29/17
**separate [1]** 47/12
**series [1]** 43/23
**serious [1]** 52/2
**SEROQUEL [6]** 1/5 3/3 8/5 8/6 13/18 45/6
**Seroquel-related [2]** 8/5 45/6
**served [1]** 19/4
**set [4]** 16/7 16/7 20/24 55/16
**sets [1]** 12/5
**setting [1]** 51/5
**settled [1]** 37/25
**seven [2]** 17/9 18/13
**seven-figure [2]** 17/9 18/13
**several [1]** 7/12
**Shane [2]** 2/6 3/23
**shape [1]** 26/17
**share [5]** 22/21 40/20 43/6 43/7 45/1
**shared [1]** 40/15
**sharing [1]** 43/16
**shifting [1]** 18/13
**shoes [1]** 33/5
**short [1]** 14/15
**shorter [1]** 45/13
**shortly [1]** 8/8
**should [28]** 5/6 5/15 7/21 8/8 13/16 18/21 23/18 25/25 26/6 28/4 28/7 28/7 29/20 30/13 36/17 37/12 37/16 37/18 39/14 47/25 48/8 49/6 49/11 49/12 50/6 52/24 53/5 54/23
**shouldn't [3]** 23/16 23/18 35/5
**show [2]** 19/23 24/5
**showing [4]** 18/16 18/16 18/17 18/18
**shut [1]** 26/8
**side [5]** 15/19 27/12 32/24 38/7 55/5
**sides [7]** 5/8 9/24 10/16 10/17 35/21 45/1 49/24
**significance [1]** 15/21

**significant [1]** 17/6
**simple [1]** 18/23
**simply [2]** 11/8 35/11
**since [12]** 4/18 6/8 6/9 6/11 14/19 16/5 22/3 35/14 38/21 39/24 43/2 48/17
**site [1]** 7/4
**six [2]** 6/10 6/13
**size [1]** 16/15
**slow [1]** 5/13
**sluggishness [2]** 21/23 25/7
**smaller [1]** 36/4
**so [64]**
**software [1]** 7/6
**sole [1]** 30/7
**some [45]** 5/5 5/12 11/7 11/11 15/24 18/23 20/14 20/16 20/21 21/6 21/19 21/22 22/5 22/15 23/8 26/20 27/17 28/4 29/21 30/18 30/19 32/25 33/1 33/6 38/18 38/20 40/2 40/18 42/9 43/6 44/5 44/9 45/7 46/3 46/5 46/17 47/11 47/15 48/3 48/20 48/20 50/24 51/15 51/17 52/16
**something [12]** 14/6 24/9 27/22 35/22 36/7 41/6 41/9 42/7 50/25 51/10 52/1 53/11
**sometime [4]** 9/6 16/17 28/22 53/20
**soon [1]** 6/20
**sort [15]** 6/2 7/2 11/9 13/4 24/19 29/17 30/25 31/8 36/14 50/11 50/24 51/14 51/15 51/17 51/24
**sorts [1]** 37/1
**sought [1]** 12/21
**sounds [4]** 9/5 23/11 29/3 51/14
**span [1]** 5/6
**speak [2]** 20/4 29/18
**special [21]** 4/14 6/7 7/16 9/22 13/17 31/6 39/25 47/21 47/23 49/8 50/23 51/5 51/6 51/15 51/17 51/21 52/4 52/18 52/25 53/5 53/13
**specific [11]** 5/25 6/20 11/22 12/16 25/8 25/14 26/8 26/19 27/21 29/15 33/11
**specifically [4]** 25/2 31/17 36/18 37/13
**specification [1]** 12/1
**specified [1]** 14/17
**specify [1]** 12/6
**speed [1]** 43/13
**spelling [1]** 41/7
**spent [3]** 10/15 41/11 45/9
**spill [1]** 39/10
**spoliation [3]** 10/22 22/4 22/7
**spreadsheet [2]** 7/12 44/21
**spreadsheets [3]** 5/7 7/18 44/15
**squarely [1]** 19/4
**staffed [1]** 47/8
**stage [1]** 40/6
**stakes [2]** 11/1 11/12
**stand [10]** 8/19 17/12 17/14 18/5 18/15 24/6 34/16 41/13 41/19 42/20
**standing [2]** 23/22 27/7
**start [9]** 9/4 9/5 14/22 14/23 24/4 34/4 36/15 47/25 49/12
**started [1]** 5/15 38/14
**starting [2]** 5/21 13/15
**starts [3]** 38/23 38/23 52/23
**state [3]** 3/5 3/12 4/2
**stated [1]** 17/11
**statement [1]** 36/13 39/11 42/12
**statements [3]** 37/16 38/7 38/7
**STATES [2]** 1/1 1/10
**status [4]** 4/18 9/25 46/17 53/25
**steady [1]** 9/1
**stenography [1]** 1/24
**step [1]** 31/4
**Stephen [2]** 1/22 3/14
**Stewart [2]** 2/7 4/8

**still [7]** 5/17 10/6 24/2 36/10 38/18 42/20
**stop [1]** 26/10
**stopped [1]** 26/11
**stored [2]** 4/15 41/3
**story [1]** 14/15
**strikes [2]** 10/11 47/25
**striking [1]** 26/13
**strong [1]** 44/9
**stuff [2]** 24/14 46/19
**stumbling [1]** 10/1
**subject [13]** 7/24 8/10 12/2 16/6 33/12 37/18 43/25 44/16 49/15 49/23 52/7 52/11 54/21
**submissions [1]** 13/7
**submit [1]** 37/21
**submitted [1]** 30/5
**subpoenas [1]** 16/24
**substantial [12]** 6/11 6/23 7/8 7/22 8/3 8/9 8/12 8/16 10/6 12/24 28/21 31/2
**such [3]** 16/10 17/21 36/25
**suffice [1]** 16/23
**sufficient [1]** 25/4
**suggest [3]** 28/20 29/7 42/18
**suggestion [1]** 48/2
**summer [1]** 17/25
**supplements [1]** 15/10
**support [3]** 37/21 40/21 48/5
**supported [2]** 41/16 48/5
**supports [1]** 19/13
**suppose [1]** 47/20
**supposed [4]** 19/24 25/23 27/2 52/18
**sure [12]** 5/22 6/21 11/24 18/10 32/14 40/4 42/8 43/7 43/17 50/18 51/16 51/18
**surprise [1]** 17/17
**surprised [3]** 17/24 20/15 39/18
**suspect [1]** 42/16
**system [1]** 32/4

**T**

**tag [1]** 45/25
**tag-along [1]** 45/25
**take [14]** 11/7 12/3 12/3 13/1 23/16 27/19 28/8 39/12 39/22 44/10 45/20 46/25 50/11 52/14
**taken [3]** 20/8 27/10 37/3
**taking [5]** 20/1 31/4 38/19 51/24 52/23
**talk [13]** 4/21 7/9 21/24 22/10 23/11 23/15 23/17 26/1 26/22 27/5 31/18 43/4 43/11
**talked [3]** 4/19 21/9 26/14
**talking [15]** 21/25 23/21 23/23 25/11 26/16 32/25 33/4 36/2 36/14 46/2 46/4 50/25 53/9 53/21 54/5
**targeted [1]** 14/5
**teams [1]** 8/8
**technical [12]** 15/20 21/17 22/18 22/24 36/23 37/17 37/17 37/20 42/23 43/9 51/9 53/6
**technically [2]** 43/23 43/24
**telephone [1]** 38/24
**telephonic [1]** 55/7
**tell [4]** 24/7 25/17 46/15 46/16
**tempting [1]** 10/25
**ten [1]** 5/3
**term [2]** 47/19 51/16
**terms [14]** 4/19 5/24 6/18 7/12 12/19 26/23 30/23 35/18 38/17 38/21 44/3 44/17 50/8 53/25
**terribly [1]** 5/25
**test [2]** 26/20 33/1
**testified [1]** 32/13
**testimony [2]** 12/13 42/7
**than [13]** 5/3 5/5 6/17 11/13 14/21 25/19 27/25 36/4 45/8 48/1 52/4 53/17 54/7

**T**

**thank [5]** 4/22 23/4 48/21 55/3 55/17
**that [392]**
**that's [37]** 5/6 5/20 8/19 9/11 9/15 10/17
11/18 15/14 17/6 18/1 18/4 18/6 18/11 19/11
22/11 22/16 24/21 26/15 27/9 27/16 28/9
28/15 30/12 36/2 36/9 37/25 38/15 39/24
42/7 45/21 46/10 46/20 47/8 48/22 49/25
51/1 54/8
**their [27]** 10/18 10/18 13/10 15/21 17/4
17/11 18/2 18/25 19/15 19/16 19/17 26/4
28/6 30/4 31/25 34/16 40/21 40/23 40/24
42/3 42/12 43/17 45/17 45/19 46/14 47/13
50/5
**them [30]** 12/3 12/4 13/10 15/5 15/21 15/22
17/12 18/1 19/11 19/17 22/4 26/3 28/7 28/8
28/11 32/1 34/6 34/9 34/10 34/12 40/25
42/20 45/12 45/19 45/20 45/21 46/6 50/11
50/19 51/18
**themselves [3]** 9/22 27/4 32/4
**then [28]** 12/15 12/22 13/1 15/11 15/22
19/22 23/8 23/17 26/13 27/15 28/2 31/20
34/22 36/15 37/12 37/14 37/20 37/22 38/14
38/20 38/21 38/24 39/15 42/24 45/18 52/17
53/10 55/16
**there [44]** 10/22 11/22 13/19 13/25 16/14
16/19 18/23 21/5 22/4 22/25 22/14 26/7 27/17
28/4 30/23 31/4 31/4 31/15 31/18 33/4 34/22
36/14 39/17 40/2 41/6 42/15 43/5 44/16
44/17 45/23 45/25 46/4 46/19 47/9 47/10
47/19 49/9 50/3 51/9 53/24 54/3 54/3 54/7
55/7
**there's [28]** 6/18 10/12 10/19 10/21 13/14
15/6 16/13 17/15 18/15 18/16 18/17 18/17
20/14 21/13 21/22 22/22 28/2 28/2 28/19
29/14 30/19 35/4 35/21 38/17 39/19 46/5
47/15 54/17
**therefore [2]** 7/21 52/9
**these [18]** 7/3 20/7 23/25 24/5 24/6 25/23
25/23 27/12 28/1 32/2 43/10 43/13 45/11
45/24 46/11 46/18 46/22 48/12
**they [70]**
**they're [10]** 8/20 11/2 14/24 18/25 30/18
32/25 33/11 34/18 35/14 36/19
**they've [3]** 19/6 19/9 28/23
**thing [7]** 6/2 11/9 20/18 24/4 27/3 50/7 50/11
**things [39]** 4/19 7/3 8/19 11/1 11/15 12/3
12/4 12/11 12/11 15/24 16/22 16/23 17/21
18/3 18/21 20/19 21/8 28/1 32/3 36/14 36/24
36/24 38/16 38/18 38/20 39/15 39/23 43/16
43/13 44/5 47/12 48/7 49/14 49/22 50/3
52/19 53/25 54/4 54/25
**think [57]**
**thinking [5]** 13/6 36/21 38/24 48/1 49/12
**thinks [1]** 21/2
**third [5]** 4/11 6/6 21/4 25/19 46/7
**third-party [1]** 46/7
**this [70]**
**thorny [1]** 32/21
**those [34]** 6/20 8/6 8/8 12/4 12/10 12/11
12/21 15/22 15/24 16/24 17/4 18/3 25/5
25/13 26/17 27/14 29/5 31/7 33/1 33/23
36/20 37/1 37/2 37/2 38/16 38/25 41/4 42/16
43/19 44/3 45/22 46/22 51/24 53/8
**though [2]** 13/25 30/17
**thought [8]** 18/20 22/16 29/6 38/13 42/19
43/4 48/8 51/6
**thoughtful [1]** 23/6
**thoughts [2]** 13/5 53/8
**threat [1]** 53/9
**three [1]** 15/25
**through [8]** 7/5 13/19 15/21 27/18 34/3 42/3
42/25 43/9
**thrust [1]** 28/13
**Thus [1]** 20/2
**tie [1]** 12/21
**tied [1]** 10/23
**TIFF [4]** 5/19 7/18 9/3 14/16
**tightly [1]** 38/1
**time [23]** 4/19 7/3 8/14 11/3 11/9 13/16
15/18 16/1 20/13 21/17 22/14 26/16 27/4
28/20 33/3 38/2 40/8 43/10 45/8 45/11 45/13
55/8 55/10
**times [5]** 19/2 19/3 20/7 20/9 20/9
**timetable [1]** 5/17
**timing [3]** 23/15 23/21 26/23
**today [10]** 7/4 7/15 9/20 20/24 22/12 26/16
42/21 43/20 47/22 50/22
**together [1]** 13/24
**too [6]** 23/25 37/6 37/10 39/4 39/10 43/16
**took [1]** 42/11
**tools [1]** 7/6
**topics [1]** 53/8
**total [1]** 15/16
**totaling [1]** 4/24
**totally [1]** 34/18
**towards [1]** 25/4
**track [3]** 7/23 8/9 52/18
**tracks [1]** 30/18
**transcript [4]** 1/9 1/24 31/18 55/22
**transcription [1]** 1/25
**transgressions [1]** 53/2
**traunch [1]** 5/16
**Tremel [1]** 55/25
**trepidation [1]** 45/23
**tried [1]** 34/6
**triple [1]** 37/10
**troubling [1]** 38/6
**true [1]** 38/23
**try [9]** 20/25 24/15 24/18 24/22 39/18 40/4
50/12 51/8 51/9
**trying [5]** 15/21 20/21 22/1 24/14 32/6 32/7
**Tuesday [1]** 36/13
**tune [1]** 51/3
**turn [3]** 23/9 23/12 28/3
**turned [4]** 20/8 20/9 20/10 38/22
**turning [1]** 29/2
**two [9]** 7/1 16/22 16/23 16/24 21/13 25/5
30/8 36/3 52/19
**types [1]** 48/6
**typical [2]** 29/25 35/24

**U**

**ultimate [2]** 10/13 41/21
**ultimately [3]** 11/15 12/20 52/2
**under [6]** 8/2 17/13 20/19 30/7 32/11 32/17
**understand [2]** 10/4 32/20
**understanding [3]** 25/9 35/19 38/8
**understood [4]** 9/9 17/18 20/6 39/21
**undisputed [1]** 54/2
**undoubtedly [1]** 46/21
**unfair [2]** 37/11 39/24
**union [1]** 46/6
**UNITED [2]** 1/1 1/10
**unlawful [1]** 49/10
**unreasonable [1]** 19/17
**until [4]** 9/6 10/5 13/10 16/17
**up [23]** 5/11 14/8 17/14 18/15 22/13 23/14
24/5 24/6 25/10 27/17 28/12 29/8 32/2
34/9 37/3 39/22 40/16 42/5 42/22 50/5 51/4
51/5
**upon [3]** 52/2 52/11 53/1
**upsetting [1]** 34/18
**us [21]** 7/10 9/3 14/24 15/1 15/3 16/9 17/17
18/10 19/9 19/10 21/24 22/24 30/2 33/20

**34/7 34/11 34/17 39/14 42/25 45/8 46/13**
**upshot [1]** 5/5
**use [4]** 40/24 44/2 44/5 51/17
**used [5]** 31/9 44/4 51/20 52/2 54/11
**useful [3]** 35/23 38/15 54/9
**using [1]** 32/4

**V**

**various [2]** 12/25 19/4
**vein [1]** 53/6
**vendor [10]** 15/2 16/1 18/14 18/19 18/20
18/21 18/25 21/17 31/13 36/23
**vendor's [1]** 15/17
**vendors [7]** 16/25 17/11 17/16 17/23 19/4
19/15 19/17
**versa [2]** 47/11 47/14
**very [17]** 5/11 5/23 9/7 13/25 16/15 23/4
23/6 25/17 30/16 30/24 33/4 35/4 35/4 36/18
38/15 40/13 52/23
**vicariously [1]** 19/10
**vice [2]** 47/10 47/14
**view [4]** 30/7 49/4 50/23 52/5
**violates [1]** 14/25
**violations [1]** 12/7
**virtually [1]** 44/14
**Voshell [2]** 2/8 3/24

**W**

**waffled [1]** 19/6
**wake [1]** 34/9
**wands [1]** 48/20
**want [33]** 4/21 6/21 10/9 10/25 13/3 17/19
20/5 20/20 21/3 21/4 21/10 21/11 27/20
28/16 32/12 33/5 35/20 36/14 37/13 39/23
40/6 45/19 46/23 49/17 49/18 49/18 50/3
50/10 50/14 50/18 51/16 53/16 55/8
**wanted [7]** 19/9 31/19 32/4 40/17 40/18 48/9
48/10
**wants [5]** 29/3 29/6 29/7 29/8 48/5
**warrants [2]** 17/9 21/14
**was [60]**
**wasn't [2]** 25/1 31/17
**wasted [1]** 11/8
**wave [1]** 48/20
**way [22]** 5/1 14/18 14/25 16/20 18/9 18/12
19/15 24/17 33/9 39/12 39/24 40/18 41/10
43/12 44/21 45/16 45/20 48/5 50/1 51/19
51/19 52/24
**ways [2]** 10/12 19/2
**we [208]**
**we'd [1]** 48/21
**we'll [4]** 22/2 26/20 38/24 47/8
**we're [45]** 7/4 8/4 8/15 9/4 9/5 9/7 13/15
13/21 17/6 17/13 21/25 22/10 22/25 23/10
24/2 24/23 25/23 26/16 27/13 27/22 27/23
32/23 33/3 35/2 36/2 37/2 37/7 37/23 38/16
38/19 39/1 39/2 41/23 46/20 47/5 47/11
49/13 50/25 51/3 52/17 52/21 53/9 53/23
54/5 55/18
**we've [4]** 12/11 26/2 36/4 39/23
**week [3]** 5/9 43/3 50/8
**weekly [1]** 7/7
**weigh [1]** 44/13
**well [26]** 8/18 8/20 9/12 9/20 10/23 11/25
15/23 17/3 18/11 19/10 20/19 21/13 24/24
27/25 34/6 36/18 39/8 42/3 42/25 45/9 46/9
46/15 47/6 48/18 52/13 53/15
**went [2]** 18/18 26/11
**were [35]** 7/10 9/10 14/15 17/15 18/22 18/24
20/16 24/11 24/15 24/16 24/17 25/1 25/5
25/10 26/9 27/2 27/17 27/18 28/4 31/21 33/5
33/6 33/21 34/11 34/17 35/7 38/13 40/2 43/2
43/2 43/20 43/22 51/9 52/1 52/18

## W

**weren't [2]**  20/10 51/11
**West [2]**  2/9 4/10
**what [115]**
**what's [5]**  24/10 26/18 28/9 34/24 47/10
**whatever [10]**  10/20 27/2 28/11 28/13 29/6
48/5 52/7 52/25 53/10 54/11
**wheels [1]**  55/16
**when [32]**  5/20 5/22 6/21 8/3 9/2 10/3 11/1
11/9 11/20 16/7 20/4 20/15 20/24 22/1 22/9
23/11 24/5 24/8 24/12 27/11 27/15 34/2 35/8
35/24 36/2 36/10 40/11 40/15 42/14 44/2
48/19 53/23
**whenever [1]**  53/20
**where [12]**  8/19 14/22 21/6 21/7 25/5 28/20
35/19 38/19 38/25 51/9 54/8 54/22
**whether [11]**  10/2 11/21 12/1 12/2 12/12
22/1 32/17 47/4 47/6 49/5 51/3
**which [38]**  5/8 7/2 7/9 8/1 8/2 8/12 9/9 10/14
11/6 11/6 11/7 11/19 12/14 15/16 17/17 20/3
22/19 24/11 24/22 28/3 33/12 39/17 40/9
41/23 42/13 42/21 43/13 44/21 44/25 46/14
49/20 50/3 51/7 52/15 52/21 52/21 54/1
54/13
**while [3]**  11/11 39/23 42/1
**who [5]**  24/13 26/14 28/5 32/12 46/1
**who's [1]**  25/22
**whole [2]**  22/7 53/4
**why [16]**  4/17 14/13 17/1 17/4 18/2 20/23
22/11 22/16 23/14 23/16 24/16 34/15 35/1
35/5 38/15 41/15
**will [54]**  5/9 6/22 13/13 14/1 15/2 20/22 21/5
21/16 26/7 27/6 30/1 34/20 34/22 34/23
34/25 35/1 35/1 35/4 35/23 37/2 37/10 38/3
38/3 38/11 39/1 39/3 39/12 39/14 39/15
41/17 42/16 44/17 44/18 44/20 45/9 45/10
46/17 46/23 47/9 48/25 48/25 49/4 49/10
49/19 49/25 50/3 52/14 53/22 53/24 54/1
54/10 54/20 55/1 55/16
**willfulness [1]**  18/16
**willing [3]**  41/19 41/19 42/1
**wish [1]**  7/10
**without [2]**  31/8 46/13
**witness [4]**  28/5 42/6 49/21 54/17
**witnesses [2]**  27/10 50/10
**won't [6]**  7/15 11/14 22/12 36/24 38/16 42/1
**wondered [1]**  47/4
**word [2]**  44/1 44/4
**words [2]**  44/9 50/10
**work [7]**  15/21 32/24 34/6 34/10 41/24 47/11
55/11
**workable [2]**  11/25 43/23
**working [4]**  7/1 42/20 43/2 51/21
**works [2]**  52/23 55/14
**world [1]**  20/12
**world's [1]**  17/16
**worse [2]**  14/21 29/6
**would [72]**
**wouldn't [6]**  22/25 42/14 44/5 44/10 45/18
45/19
**wrap [2]**  5/10 22/13
**wrath [1]**  48/3
**wrong [1]**  21/8

## Y

**year [2]**  6/14 30/10
**yes [6]**  22/9 28/3 33/16 40/7 44/9 55/11
**yesterday [4]**  13/10 17/4 30/5 40/8
**yet [1]**  13/19
**you [118]**
**you're [17]**  6/1 12/7 12/12 17/20 20/1 20/21
21/6 22/8 29/11 29/15 37/14 37/20 42/20

50/2 50/11 54/4 54/23
**yourself [2]**  37/6 38/8
**your [74]**
**yourself [2]**  37/8 42/8

## Z

**Zantaz [2]**  4/11 16/24