**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation.**

Case No. 6:06-md-1769-Orl-22DAB

_____/

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION TO POSTPONE JANUARY 28, 2008 HEARING DUE TO RESOLUTION OF ISSUES (Doc. No. 829)** |
| **FILED:** | December 25, 2008 |

**THEREON** it is **ORDERED** that the motion is **GRANTED.** The hearing is reset for February 11, 2008 at 9:30 a.m., subject to whatever further filings the parties may make.

**DONE** and **ORDERED** in Orlando, Florida on January 25, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record