UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IN RE: Seroquel Marketing, Sales Practices, and Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

**This Document Relates to:**

*Ironworkers Local Union No. 68 & Participating Employers Health & Welfare Funs, et al. v. AstraZeneca Pharmaceuticals, LP,* transferred from the United States District Court for the District of New Jersey, C.A. No. 3:07-2313;

*International Brotherhood of Electrical Workers Local 98 v. AstraZeneca Pharmaceuticals, LP, et al,* transferred from the United States District Court for the District of New Jersey, C.A. No. 3:07-2639; and

*Teamsters Joint Council Local No. 53 Retiree Health & Welfare Fund v. AstraZeneca Pharmaceuticals, LP,* transferred from the United States District Court for the Eastern District of Pennsylvania, C.A. No. 2:07-2752.

I, Brian J. McCormick, Jr., hereby certify that on this 25th day of January, 2008, the Joint Initial Status Report, and attached exhibits, have been filed electronically and are available for viewing and downloading on the Electronic Case Filing System of the United States District Court for the Middle District of Florida.

I further certify that I am causing a true and correct copy of the same document to be served via regular mail, upon the following

J. Gordon Cooney, Jr.
Brian W. Shaffer
Kristofor T. Henning
**MORGAN LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA  19103
*Counsel for Defendants*

Harry R. Blackburn
**HARRY R. BLACKBURN
& ASSOCIATES**
74 S. Main Street
Medford, NJ
*Counsel for Plaintiffs*

Richard M. Volin
Halley F. Ascher
Rosalee B. Connell
**FINKELSTEIN THOMPSON LLP**
1050 30th Street, NW
Washington, D.C. 20007
*Counsel for Plaintiffs*

William R. Kane
**CAFFERTY FAUCHER LLP**
1717 Arch Street
Philadelphia, PA 19103
*Counsel for Plaintiffs*

Joseph G. Sauder
Denise Davis Schwartzman
Benjamin F. Johns
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, PA 19041
*Counsel for Plaintiffs*

Joseph H. Meltzer
Terence S. Ziegler
Casandra A. Murphy
**SCHIFFRIN, BARROWAY
TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19087
*Counsel for Plaintiffs*

_____
Brian J. McCormick, Jr.