# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

**Case No. 6:06-md-1769-Orl-22DAB**

_____/

## ORDER DESIGNATING FLORIDA PLAINTIFFS FOR INCLUSION IN DISCOVERY POOL

Pursuant to Case Management Order No. 5, the Court designates the following twenty-five Florida Plaintiff's cases for inclusion in the Discovery Pool:

| # | Name | Case Number |
|---|------|-------------|
| 1. | Kathryn D. Alvarez | 6:07-cv-13032-Orl-22DAB |
| 2. | Karen Barber | 6:07-cv-10187-Orl-22DAB |
| 3. | Carole Bonebrake | 6:07-cv-15690-Orl-22DAB |
| 4. | Shelley Brito | 6:07-cv-10210-Orl-22DAB |
| 5. | Lois C. Brown | 6:07-cv-15692-Orl-22DAB |
| 6. | Beverly A. Ellberg | 6:07-cv-11177-Orl-22DAB |
| 7. | Diane Garletts | 6:07-cv-10274-Orl-22DAB |
| 8. | Twyla R. Gray | 6:07-cv-10287-Orl-22DAB |
| 9. | Benjamin F. Head | 6:07-cv-11633-Orl-22DAB |
| 10. | Christine M. Hernandez | 6:07-cv-15736-Orl-22DAB |
| 11. | Douglas P. Huffaker | 6:07-cv-15594-Orl-22DAB |
| 12. | Robert H. Joyner | 6:07-cv-13713-Orl-22DAB |
| 13. | Charlene Kirkland | 6:07-cv-11223-Orl-22DAB |
| 14. | Joyce E. Lyles | 6:07-cv-13833-Orl-22DAB |
| 15. | Kimberly B. Martin | 6:07-cv-10355-Orl-22DAB |
| 16. | Joe McDaniel | 6:07-cv-11782-Orl-22DAB |

-2-

| | | |
|---|---|---|
| 17. | Brian Murphy | 6:07-cv-12719-Orl-22DAB |
| 18. | Charles M. Ray | 6:07-cv-11102-Orl-22DAB |
| 19. | Mary J. Robinson | 6:07-cv-10417-Orl-22DAB |
| 20. | James E. Shaefer | 6:07-cv-11299-Orl-22DAB |
| 21. | Barbara L. Spitz | 6:07-cv-15579-Orl-22DAB |
| 22. | Terry L. Stephens | 6:07-cv-15805-Orl-22DAB |
| 23. | Leslie D. Thomas | 6:07-cv-10457-Orl-22DAB |
| 24. | Charles E. West | 6:07-cv-10471-Orl-22DAB |
| 25. | David A. Young | 6:07-cv-15824-Orl-22DAB |

**DONE** and **ORDERED** in Orlando, Florida on January 27, 2008.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge