# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

**Case No. 6:06-md-1769-Orl-22DAB**

_____/

## ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment into the George C. Young United States Courthouse for use in connection with a hearing in this case, it is **ORDERED** as follows:

1. Benjamin Barnett, A. Elizabeth Balakhani, Robert L. Ciotti, Chris S. Coutroulis, James Freebery, Hope S. Freiwald, Fred Magaziner, Stephen J. McConnell, Luke Mette, Robert W. Pass, Shane T. Prince, Christin Bassett, Brennan J. Torregrossa, Russell O. Stewart, Bill Adams, Carmen Fields, Phillip N. Yannella, and Joshua G. Schiller are each allowed to bring one "Blackberry" email device and/or cell phone; Benjamin Barnett, A. Elizabeth Balakhani, Robert L. Ciotti, Fred T. Magaziner, Stephen J. McConnell, Shane T. Prince, Brennan J. Torregrossa, Phillip N. Yannella, and Joshua G. Schiller each one laptop computer into the George C. Young United States Courthouse on **TUESDAY, JANUARY 29, 2008**, for use in the status conference before the undersigned scheduled to begin at **10:00 A.M.**

2. Larry Roth, Paul Pennock, Jonathan Sedgh, Jonathan Jaffe, Camp Bailey, Fletch Trammell, Scott Allen, Holly Wheeler, Larry Gornick, Dennis Canty, Tommy Fibich, and David Matthews are hereby each granted permission to bring a BlackBerry email device and/or cell phone and Larry Gornick, Dennis Canty, Jonathan Sedgh, Jonathan Jaffe, and Camp Bailey each one laptop

computer into the George C. Young United States Courthouse on **TUESDAY, JANUARY 29, 2008**, for use in the status conference before the undersigned scheduled to begin at **10:00 A.M.**

3. The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require those listed to present picture identification at the time of entry.

4. The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

**DONE** and **ORDERED** in Orlando, Florida on January 28, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers