# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE Seroquel Marketing, Sales
Practices, and Products
Liability Litigation         Case No. 6:06-md-1769-Orl-22DAB
MDL 1769

**APPEARANCE**

**This Document Relates to:**

*Ironworkers Local Union No. 68 &
Participating Employers Health & Welfare
Plans, et al. v. AstraZeneca Pharmaceuticals
LP,* **transferred from the United States
District Court for the District of New Jersey,
C.A. No. 3:07-2313**;

To the Clerk of this Court and all parties of record:

Kenneth W. Smith, hereby enters his appearance as co-counsel for Plaintiff Ironworkers Local No. 68 and Participating Employers Health and Welfare Funds, Ironworkers Local union No. 399 and Participating Employers Health and Welfare Funds, and District Council of Philadelphia and Vicinity Benefit and Pension Plan.

I certify that I am admitted to practice in this Court.

Date: January 28, 2008

*/s/ Kenneth W. Smith*
Kenneth W. Smith
Fla. Bar No. 0240834
Of Counsel
SHELLER, P.C.
1528 Walnut Street, 3rd Floor

Philadelphia, PA  19102
Tel: (215) 790-7300
Fax: (215) 546-0942
Kws6619@msn.com

*Counsel for Plaintiffs Ironworkers Local No. 68 and Participating Employers Health and Welfare Funds, Ironworkers Local union No. 399 and Participating Employers Health and Welfare Funds, and Iron Workers District Council of Philadelphia and Vicinity Benefit and Pension Plan*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel on the Service List for this case, and that, in addition, I caused a true copy of the foregoing to be mailed via first-class mail to the following:

J. Gordon Cooney, Jr.
Brian W. Shaffer
Kristofer T. Henning
**MORGAN LEWIS & BOCKIUS**
1701 Market Street
Philadelphia, PA 19103
*Counsel for Defendants*

Stephen A. Sheller
Brian J. McCormick, Jr.
**SHELLER, P.C.**
1528 Walnut Street, Floor 3
Philadelphia, PA  19102
*Counsel for Plaintiffs*

Harry R. Blackburn
**HARRY R. BLACKBURN & ASSOCIATES**
208 Kings Highway South
Cherry Hill, NJ 08034
*Counsel for Plaintiffs*

Richard M. Volin
Halley F. Ascher
Rosalee B. Connell
**FINKELSTEIN THOMPSON LLP**
1050 30th Street, NW
Washington, D.C. 20007
*Counsel for Plaintiffs*

William R. Kane
**CAFFERTY FAUCHER LLP**
1717 Arch Street

Philadelphia, PA 19103
*Counsel for Plaintiffs*

Joseph G. Sauder
Denise Davis Schwartzman
Benjamin F. Johns
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, PA 19041
*Counsel for Plaintiffs*

Joseph H. Meltzer
Terence S. Ziegler
Casandra A. Murphy
**SCHIFFRIN, BARROWAY TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19087
*Counsel for Plaintiffs*

                                            */s/ Kenneth W. Smith*
                                            Kenneth W. Smith