# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In Re:
Seroquel Products Liability Litigation,

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker<br>United States<br>Magistrate Judge | DATE AND TIME | January 29, 2008<br>10:00-11:20 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Sandy Tremel |
| Special Master | Orran Brown<br>Craig Ball | | |
| COUNSEL/PLTF. | Dennis Canty<br>Lawrence Gornick<br>Angela Nixon<br>Larry Roth<br>D. Renee Baggett<br>Holly Wheeler<br>Scott Allen<br>Camp Bailey | COUNSEL/DEF. | Fred Magaziner<br>Chris Coutroulis<br>Stephen J. McConnell<br>Robert Pass<br>Shane Prince |

## Status Conference

Case called, appearances taken
Procedural setting by court
Plaintiff counsel Bailey and Allen address current case status
Defense counsel Magaziner and McConnell respond
Parties discuss confidentiality issues
Special Master Orran Brown addresses court regarding Florida discovery
Court sets next hearing for Tuesday, March 11, 2008