# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In Re:

Seroquel Products Liability Litigation,

Case No.  6:06-MD-1769-Orl-22DAB

| JUDGES: | U.S. District Judge,  Anne C. Conway<br>U.S. Magistrate Judge, David A. Baker | DATE: | January 29, 2008<br>2:00 PM - 2:40 PM |
|---|---|---|---|
| DEPUTY CLERK: | Celeste Herdeman<br>Helyn LaTorre | COURT REPORTER: | Sandy Tremel |
| COUNSEL FOR PLTFS: | Scott Allen<br>Camp Bailey<br>Fletch Trammell<br>Larry Roth<br>Kenneth Smith | COUNSEL FOR DEFTS: | Robert Ciotti<br>Shane Prince<br>Brian Schaffer<br>Stephen J. McConnell<br>Fred Magaziner |
| Third Party | Kenneth Smith<br>Cassandra A. Murphy<br>J. Gordon Cooney, Jr.<br>Halley Ascher<br>Ben Johns<br>Renee Baggett<br>Denise Woodsmith | | |

## STATUS CONFERENCE

Case called , appearances made.
Defendant counsel J. Gordon Cooney addresses current case status.
Third Party Plaintiff's counsel Halley Asher responds.
MDL Plaintiffs counsel  Fletch Trammell responds.
Third Party Plaintiffs counsel Halley Ascher request guidance from the court as to discovery and case management issues.
Court addresses request.
Court order to be entered forthwith.