# RAVEN DECLARATION EXHIBIT A

## Raven, Marc E.

| | |
|---|---|
| **From:** | Yeager, Joe [JYeager@McCarter.com] |
| **Sent:** | Monday, July 30, 2007 8:46 AM |
| **To:** | Jaffe, Jonathan; mpederson@weitzlux.com |
| **Cc:** | Winchester, Tony; Freebery, James J.; Dupre, Andrew; Choe, Michele O.; Raven, Marc E.; Kerns, Kevin; Wile, Kenneth E.; stephen.mcconnell@dechert.com; brennan.torregrossa@dechert.com |
| **Subject:** | Seroquel Privilege Log Delivery |

**Attachments:** Privilege log group 1.PDF

All,

Attached please find an updated privilege log that now includes entries of documents withheld corresponding to productions for the following custodians:

Byers, Cindy
Casty, Frank
Deshmukh, Vinay
Domine, Lisa
Dwyer, Donald
Hebe, Julie
Hoegstedt, Johan
Law, Heather
Mazzella, Vince
McKee, Victor
McKenna, Kevin
Morris, Jeff
Paulson, Alfred
Peipher, Charles
Phillips, Bethany
Polinsky, Ronald
Schwartz, Jack
Smith, Brian
Van Steenis, Brian
Viscount, Thomas
Zimmerman, Paul

Should you have any questions or concerns, please feel free to contact me.

Sincerely,

_____

Joe P. Yeager, Esq
McCarter & English, LLP
Business Litigation Group
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984.6300 telephone

(302) 984.6399 facsimile
Email: jyeager@mccarter.com

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

1/27/2008