# RAVEN DECLARATION EXHIBIT B

## Lyseight, Jo Ann

| | |
|---|---|
| From: | Yeager, Joe |
| Sent: | Wednesday, September 19, 2007 12:57 PM |
| To: | 'Jaffe, Jonathan' |
| Cc: | Pederson, Mike; 'daniel.kaufman@dechert.com'; Brown, Daniel; Windfelder, Makenzie; 'dcanty@lskg-law.com'; Roth, Larry, Esq.; 'JSedgh@weitzlux.com'; Yeager, Joe; 'brennan.torregrossa@dechert.com'; 'stephen.mcconnell@dechert.com'; Yeager, Joe; 'rpass@carltonfields.com'; Winchester, Tony; Yeager, Joe; Cosgrove, Noriss; Mayer, Katharine; Freebery, James J. |
| Subject: | Privilege Log 3, part 1.PDF |



Privilege Log 3 part 1.PDF (2...

All,

Attached please find an updated privilege log that now includes entries of documents withheld corresponding to productions for the following custodians:

Blessington, James

Brecher, Martin

Bucklen, Kristin

Carey, Rosemarie

Chitra, Rohini

Dusak, Betsy

Fors, Susanne

Geller, Wayne

Hall, Marietta

Holl, Linda

Lawrence, Terri

Leong, Ronald

Lloyd (Washington), Lisa

Melville, Margaret

Minnick, James

Ney, Christine

Rubenstein, Lance

Scott, Mark

Sermeno, Al

Shahangian, Narges

1

Wingertz, Sue Ellen

Please note that due to the size of the logs, unfortunately I must send this Privilege Log in three separate emails. Should you have any questions or concerns, please feel free to contact me.

Sincerely,

Joe

---

Joe P. Yeager, Esq
McCarter & English, LLP
Business Litigation Group
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984.6300 telephone
(302) 984.6399 facsimile
Email: jyeager@mccarter.com