# RAVEN DECLARATION EXHIBIT C

## Miller, Rodney K.

**From:** Miller, Rodney K.
**Sent:** Friday, March 16, 2007 6:01 PM
**To:** 'Jaffe, Jonathan'
**Cc:** Kelber, Tamar B.; 'Awinchester@mccarter.com'; 'Pennock, Paul'; 'Pederson, Mike'
**Subject:** RE: Seroquel Privilege Log

**Attachments:** AstraZenecaPrivLog_2007_03_15.pdf



AstraZenecaPrivLog
_2007_03_15....

Jonathan, per my e-mails from Wednesday of this week, attached please find
AstraZeneca's privilege log -- originally produced to you on March 7, 2007 -- reformatted
to searchable PDF. It is our understanding that you will distribute the attached to all
counsel for plaintiffs in this litigation.

Thanks,
Rodney K. Miller
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853 6098
(312) 853 7036 FAX
rkmiller@sidley.com


-----Original Message-----
From: Miller, Rodney K.
Sent: Wednesday, March 14, 2007 1:42 PM
To: 'Jaffe, Jonathan'
Cc: Kelber, Tamar B.; Awinchester@mccarter.com; Pennock, Paul; Pederson, Mike
Subject: RE: Seroquel Privilege Log

Jonathan,

As per the parties' negotiations in the MDL and Delaware Seroquel
litigation, we timely produced to you a privilege log that corresponds
with our initial custodian production. Format of such a log at no time
was discussed. Nonetheless, you now have requested that we produce the
log in an Excel format so that you can search the log. Although we are
under no obligation to do so, we have agreed to reformat the log so that
it may be searched electronically. The PDF format that we have proposed
provides you with the search capabilities you desire. We will produce
the log in this format going forward.

Thanks,
Rodney K. Miller
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853 6098
(312) 853 7036 FAX
rkmiller@sidley.com


-----Original Message-----
From: Jaffe, Jonathan [mailto:jjaffe@weitzlux.com]
Sent: Wednesday, March 14, 2007 1:02 PM
To: Miller, Rodney K.

1

Cc: Kelber, Tamar B.; Awinchester@mccarter.com; Pennock, Paul; Pederson, Mike
Subject: RE: Seroquel Privilege Log

Are you OCR'ing it or reproducing it? I assume the later. In that case, can we also get an Excel format?

-----Original Message-----
From: Miller, Rodney K. [mailto:rkmiller@sidley.com]
Sent: Wednesday, March 14, 2007 1:28 PM
To: Jaffe, Jonathan
Cc: Kelber, Tamar B.; Awinchester@mccarter.com; Pennock, Paul; Pederson, Mike
Subject: RE: Seroquel Privilege Log

Jonathan, we are converting the log to a searchable PDF format. This conversion will be done shortly and we will have the newly formatted log to you by the end of the week.

Thanks,
Rodney K. Miller
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853 6098
(312) 853 7036 FAX
rkmiller@sidley.com


-----Original Message-----
From: Jaffe, Jonathan [mailto:jjaffe@weitzlux.com]
Sent: Wednesday, March 14, 2007 12:22 PM
To: Miller, Rodney K.
Cc: Kelber, Tamar B.; Awinchester@mccarter.com; Pennock, Paul; Pederson, Mike
Subject: RE: Seroquel Privilege Log

Rodney, any word on this? Thanks.

-----Original Message-----
From: Jaffe, Jonathan
Sent: Wednesday, March 07, 2007 9:23 AM
To: 'Miller, Rodney K.'
Cc: Kelber, Tamar B.; Awinchester@mccarter.com; Pennock, Paul; Pederson, Mike
Subject: RE: Seroquel Privilege Log

Rodney, can I get this in Excel format as well? This is not searchable, and I cannot import this into a system. Thanks.

-----Original Message-----
From: Miller, Rodney K. [mailto:rkmiller@sidley.com]
Sent: Wednesday, March 07, 2007 9:01 AM
To: Jaffe, Jonathan
Cc: Kelber, Tamar B.; Awinchester@mccarter.com
Subject: Seroquel Privilege Log
Importance: High

Jonathan,

In conjunction with AstraZeneca's February 6, 2007 first custodian document production in the Seroquel litigation, attached please find the privilege log corresponding to that production.

Thank you,

Rodney K. Miller
SIDLEY AUSTIN   <<Untitled.pdf>> LLP
One South Dearborn
Chicago, IL 60603
(312) 853 6098

(312) 853 7036 FAX
rkmiller@sidley.com

Sidley Austin LLP mail server made the following annotations on 03/07/07, 08:01:47:
--------------------------------------------------------------------------------------

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

********************************************************************************
**********
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

********************************************************************************
**********

Sidley Austin LLP mail server made the following annotations on 03/14/07, 12:26:52:
--------------------------------------------------------------------------------------

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you
that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such
taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred
to by other parties in promoting, marketing or recommending any partnership or other entity,
investment plan or arrangement, then (i) the advice should be construed as written in connection
with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this
communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

********************************************************************************
**********
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

********************************************************************************
**********