# RAVEN DECLARATION EXHIBIT D

# Raven, Marc E.

| | |
|---|---|
| **From:** | Dupre, Andrew [ADupre@McCarter.com] |
| **Sent:** | Tuesday, June 26, 2007 10:09 AM |
| **To:** | Jaffe, Jonathan; Rhonda Radliff; Pederson, Mike |
| **Cc:** | Winchester, Tony; Freebery, James J.; Wile, Kenneth E.; Raven, Marc E.; McConnell, Stephen; Munno, Thomas; Torregrossa, Brennan |
| **Subject:** | Privilege Log - Initial 8 |
| **Attachments:** | AZ Seroquel Pivilege Log for Initial 8 Custodians - Delivered 6-26-07.PDF |

Jonathan, Rhonda, and Mike:

Attached please find a revised privilege log for the Initial 8 custodians. As we agreed, the log now contains the unique control number for each withheld document. Please let me know if you have any questions. Best-

<<AZ Seroquel Pivilege Log for Initial 8 Custodians - Delivered 6-26-07.PDF>>

Andrew S. Dupre, Esq.
McCarter & English, LLP
405 North King Street 8th Floor
Wilmington, Delaware 19801
Phone: 302-984-6328
Fax: 302-984-0311


This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email (or helpdesk@mccarter.com) and destroy all copies of the original message.

1/28/2008