# RAVEN DECLARATION EXHIBIT I

## Raven, Marc E.

| | |
|---|---|
| **From:** | Raven, Marc E. |
| **Sent:** | Tuesday, October 16, 2007 10:39 PM |
| **To:** | 'ppennock@weitzlux.com' |
| **Cc:** | 'dmatthews@thematthewslawfirm.com'; 'Munno, Thomas'; 'McConnell, Stephen'; Wile, Kenneth E. |
| **Subject:** | RE: AstraZeneca/Seroquel -- responses to your questions re AZ's privilege log |

Paul:

I've been alerted this evening to the fact that there was a mistake in the letter I e-mailed to you this afternoon. In response to question VIII.1., the letter states that there are 3,489 documents on the log with an "unidentified author." You may have noticed that this same figure -- 3,489 -- then appears a second time later on in the letter, in the answer to question X. That answer states parenthetically that we believe that 3,489 documents for which attorney-client privilege is claimed have no attorney identified on the log as an author or recipient. In the second instance, the reference to the 3,489 figure was a mistake on my part, resulting from my misreading of a list I'd been given. We in fact have not yet counted the documents on the log without an attorney identified as an author or recipient for which attorney-client privilege is claimed. As the letter states, we recognize that the number of such entries is substantial, but clearly it is far lower than the figure you have stated of nearly 17,000, which exceeds even the total number of documents on the log.

Sorry for getting my numbers crossed. If you have any questions, please feel free to contact me.

Thanks again.

Marc


| | |
|---|---|
| **From:** | Raven, Marc E. |
| **Sent:** | Tuesday, October 16, 2007 05:56 PM |
| **To:** | 'ppennock@weitzlux.com' |
| **Cc:** | 'dmatthews@thematthewslawfirm.com'; Munno, Thomas; 'McConnell, Stephen'; Wile, Kenneth E. |
| **Subject:** | AstraZeneca/Seroquel -- responses to your questions re AZ's privilege log |

Paul:

A letter responding to the questions you e-mailed to Steve on October 3 regarding AZ's privilege log is attached, along with an updated version of the AZ attorney list that we sent you on September 21. Thanks.

Marc

<< File: Pennock10-16-07.pdf >>  << File: Untitled.pdf >>

| Tracking: | Recipient | Read |
|---|---|---|
| | 'ppennock@weitzlux.com' | |
| | 'dmatthews@thematthewslawfirm.com' | |
| | 'Munno, Thomas' | |
| | 'McConnell, Stephen' | |
| | Wile, Kenneth E. | Read: 10/16/2007 10:46 PM |

1