# RAVEN DECLARATION EXHIBIT K

# Raven, Marc E.

| | |
|---|---|
| **From:** | Raven, Marc E. |
| **Sent:** | Thursday, October 25, 2007 11:26 AM |
| **To:** | 'Pennock, Paul' |
| **Cc:** | 'Pederson, Mike'; 'Jaffe, Jonathan'; 'dcanty@lskg-law.com'; 'cbailey@bpblaw.com'; 'kbailey@bpblaw.com'; 'sallen@crusescott.com'; 'Sedgh, Jonathan'; 'dmatthews@thematthewslawfirm.com'; 'tmunno@dechert.com'; 'smcconnell@dechert.com'; 'awinchester@mccarter.com'; 'jfreebery@mccarter.com'; Wile, Kenneth E. |
| **Subject:** | AstraZeneca/Seroquel MDL -- privilege log |

Paul:

Thank you for yesterday's e-mails regarding AZ's privilege log. Sorry I was not able to reply from the road, although I understand you received Ken's e-mail about my schedule.

First, in commenting on the approach taken in your October 3 e-mail, we were referring back to our discussion during the September 27 call in which we proposed that you (or else we, but we said we thought you'd prefer to be the one) pick a sample of specific documents on the log in the categories you'd just read to us over the phone for us to reassess, given how fact-specific privilege and work-product determinations often are. After answering your broad questions, we still think working through specific examples would be the best way to resolve whatever questions you may still have and tee up for the Court any irreconcilable differences we might have on pertinent legal points. We'd be happy to go over this idea again during our next call.

Second, we were surprised by your claim to have been unaware until October 16 that the logs were cumulative. Transmittals that accompanied much earlier logs were explicit that AZ was sending you "updated privilege log[s]" that "now include[d]" additional documents. Moreover, we assumed (especially never having heard anything to the contrary during all these months) that this was what plaintiffs preferred, as it would, for example, obviate the need for you to do multiple searches, and also avoid confusion about documents on earlier logs that we had since determined should be produced. If, however, going forward you'd like us not to make the logs cumulative, that's fine, we can make this change.

Third, we'll provide you promptly with a list of documents that have been removed from previous logs because AZ has decided they are not privileged or work product, and that AZ accordingly plans to produce. We think we can get you this list by Monday as you are requesting; it will be very soon in any event.

Fourth, we expect to be able to give you additional feedback tomorrow on the categories of documents our October 16 letter said we were reviewing individually. We would have been able to do this sooner had we not also had the "Group 3" privilege log due in your hands this past Tuesday (you'll recall we asked you on September 28 to extend this date to allow us more time for the meet-and-confer process, but the date was not extended).

Finally, regarding the next call, in order to make it as constructive as the first call on this topic, we'd appreciate it if you'd let us know today what specific issues you'd like to address, so we can be prepared to discuss them. In the meantime, I've checked with Tom, Steve, and Ken, and all four of us can do a call at 2 p.m. EDT tomorrow. Will that work for you?

Thanks again.

Marc

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | 'Pennock, Paul' | | |
| | 'Pederson, Mike' | | |
| | 'Jaffe, Jonathan' | | |
| | 'dcanty@lskg-law.com' | | |
| | 'cbailey@bpblaw.com' | | |
| | 'kbailey@bpblaw.com' | | |
| | 'sallen@crusescott.com' | | |
| | 'Sedgh, Jonathan' | | |
| | 'dmatthews@thematthewslawfirm.com' | | |

1

| Recipient | Delivery | Read |
|---|---|---|
| 'tmunno@dechert.com' | | |
| 'smcconnell@dechert.com' | | |
| 'awinchester@mccarter.com' | | |
| 'jfreebery@mccarter.com' | | |
| Wile, Kenneth E. | Delivered: 10/25/2007 11:26 AM | Read: 10/25/2007 12:08 PM |