# RAVEN DECLARATION EXHIBIT N

**Raven, Marc E.**

| | |
|---|---|
| **From:** | McConnell, Stephen [stephen.mcconnell@dechert.com] |
| **Sent:** | Monday, November 26, 2007 9:23 AM |
| **To:** | Pennock, Paul; Raven, Marc E. |
| **Cc:** | Sedgh, Jonathan; Munno, Thomas; Magaziner, Fred |
| **Subject:** | RE: Privilege Logs |

Dear Paul,

Thank you for the e-mail you sent to Marc on November 20. The holiday (which I hope treated you and your family well) somewhat delayed our response, and I apologize for that.

We respectfully disagree with your assessment of the situation regarding defendants' privilege log. If the parties haven't yet made as much progress as plaintiffs would have liked towards resolving the broad concerns plaintiffs have expressed, this is because plaintiffs thus far have not engaged sufficiently in the meet-and-confer process. Indeed, it isn't as though you've articulated the putative bases for any potential challenges beyond a few tentative inquiries -- in response to which we furnished substantive answers as well as constructive procedural suggestions both in our November 7 letter and in earlier communications. For example, we asked you in the November 7 letter to explain whether plaintiffs dispute AstraZeneca's assertion of work product -- for any category of documents -- and, if so, on what grounds. You have provided no response on this or any of the other specific issues we raised, beyond telling us again in conclusory terms that plaintiffs believe a special master is needed. (I don't mean for any tone of blame to creep into what I am saying; I recognize that you have also been terribly busy.)

Put plainly, it is premature to ask for yet another special master to be appointed when there remains ample opportunity for the two sides to resolve differences between themselves. Even if we are unlikely to resolve all of our differences, we should resolve as many as we can before further burdening the judiciary.

We would be happy to discuss next steps with you this week. (I am out Friday undergoing knee surgery, but will try very hard to work with your schedule.)

Steve

-----Original Message-----
From: Pennock, Paul [mailto:PPennock@weitzlux.com]
Sent: Tuesday, November 20, 2007 8:17 PM
To: Raven, Marc E.
Cc: McConnell, Stephen; Sedgh, Jonathan
Subject: Privilege Logs

Attached is is a standard order that will cover what we need here in terms of a Special Master. Let me know if you have any objections to this or if you'd like to modify it in any way. Of course, if you simply want to continue along the road we've been on for 3 months, then I'll have to make a motion. We need a Special Master on these issues. It is S.O.P. that one be appointed. There is always one in an MDL. I look forward to hearing from you. Please call or email me tomorrow if you can with your thoughts.


Paul J. Pennock, Esq.

1

Weitz & Luxenberg, P.C.
120 Wall Street, 15th Floor
New York, NY  10005
tel. (212) 558-5549
fax (212) 363-2721
E-mail:  Ppennock@weitzlux.com


This e-mail is from Dechert LLP, a law firm, and may contain information that is
confidential or privileged. If you are not the intended recipient, do not read, copy or
distribute the e-mail or any attachments. Instead, please notify the sender and delete the
e-mail and any attachments. Thank you.

Weitz & Luxenberg, P.C.
120 Wall Street, 15th Floor