# RAVEN DECLARATION EXHIBIT O

# Raven, Marc E.

| | |
|---|---|
| **From:** | Pennock, Paul [PPennock@weitzlux.com] |
| **Sent:** | Tuesday, November 27, 2007 6:55 PM |
| **To:** | McConnell, Stephen; Raven, Marc E. |
| **Cc:** | Sedgh, Jonathan; Munno, Thomas; Magaziner, Fred |
| **Subject:** | RE: Privilege Logs |

Steve,

Good luck with your surgery. The problem with the below issue is that we seem to keep hitting log jam after log jam on the log. I do not debate that you have been acting in good faith to resolve the issues but you also can not debate that you basically want me to go through every single document and articulate why I have concerns about it. I have given you many, many examples of the types of concerns I have and for the most part you've told me only that you are comfortable with how the documents were designated. We know, however, that you have, without notice, pulled documents off of the log and that clearly indicates that there were some problems. It is accepted practice that a Special Master be appointed when one party highlights problems and issues and they are not satisfactorily addressed. Again, I don't mean to say that you've done anything wrong in your approach to this particular issue. Judge Fallon in Vioxx layed out precisely what is necessary and why. I think the time has come to see what Judge Baker thinks and I do not think that I have failed in any way to patiently sort this out with you and hope that you do not assert that because that, in my mind, would be an inappropriate characterization of what has transpired.

Since you won't consent to an order, but if an order is entered do you have any objections to the one that I've proposed?

---

From: McConnell, Stephen [mailto:stephen.mcconnell@dechert.com]
Sent: Mon 11/26/2007 10:22 AM
To: Pennock, Paul; Raven, Marc E.
Cc: Sedgh, Jonathan; Munno, Thomas; Magaziner, Fred
Subject: RE: Privilege Logs


Dear Paul,

Thank you for the e-mail you sent to Marc on November 20. The holiday (which I hope treated you and your family well) somewhat delayed our response, and I apologize for that.

We respectfully disagree with your assessment of the situation regarding defendants' privilege log. If the parties haven't yet made as much progress as plaintiffs would have liked towards resolving the broad concerns plaintiffs have expressed, this is because plaintiffs thus far have not engaged sufficiently in the meet-and-confer process. Indeed, it isn't as though you've articulated the putative bases for any potential challenges beyond a few tentative inquiries -- in response to which we furnished substantive answers as well as constructive procedural suggestions both in our November 7 letter and in earlier communications. For example, we asked you in the November 7 letter to explain whether plaintiffs dispute AstraZeneca's assertion of work product -- for any category of documents -- and, if so, on what grounds. You have provided no response on this or any of the other specific issues we raised, beyond telling us again in conclusory terms that plaintiffs believe a special master is needed. (I don't mean for any tone of blame to creep into what I am saying; I recognize that you have also been terribly busy.)

Put plainly, it is premature to ask for yet another special master to be

1

appointed when there remains ample opportunity for the two sides to resolve differences between themselves. Even if we are unlikely to resolve all of our differences, we should resolve as many as we can before further burdening the judiciary.

We would be happy to discuss next steps with you this week. (I am out Friday undergoing knee surgery, but will try very hard to work with your schedule.)

Steve

-----Original Message-----
From: Pennock, Paul [mailto:PPennock@weitzlux.com]
Sent: Tuesday, November 20, 2007 8:17 PM
To: Raven, Marc E.
Cc: McConnell, Stephen; Sedgh, Jonathan
Subject: Privilege Logs

Attached is is a standard order that will cover what we need here in terms of a Special Master. Let me know if you have any objections to this or if you'd like to modify it in any way. Of course, if you simply want to continue along the road we've been on for 3 months, then I'll have to make a motion. We need a Special Master on these issues. It is S.O.P. that one be appointed. There is always one in an MDL. I look forward to hearing from you. Please call or email me tomorrow if you can with your thoughts.



Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
120 Wall Street, 15th Floor
New York, NY  10005
tel. (212) 558-5549
fax (212) 363-2721
E-mail:  Ppennock@weitzlux.com


This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.