# RAVEN DECLARATION EXHIBIT Q

# Raven, Marc E.

| | |
|---|---|
| **From:** | Pennock, Paul [PPennock@weitzlux.com] |
| **Sent:** | Monday, December 31, 2007 10:27 PM |
| **To:** | Raven, Marc E. |
| **Cc:** | stephen.mcconnell@dechert.com |
| **Subject:** | RE: AstraZeneca/Seroquel -- privilege log |

Marc,

I am and have been on vacation. I'll be back on Jan 7th. Other than occassional email checks, I try to avoid work when I'm on vacation. You might even say that a vacation from work could be defined as not doing work.

I reviewed Steve's email from earlier this week or last week. As I've said before, we've met and conferred on the privilege logs repeatedly. I'm making a motion for a SM to review the claims as soon as I return.

Happy New Year.

---

From: Raven, Marc E. [mailto:mraven@Sidley.com]
Sent: Mon 12/31/2007 11:52 AM
To: Pennock, Paul
Cc: ; Wile, Kenneth E.
Subject: RE: AstraZeneca/Seroquel -- privilege log

Paul:

I just tried calling you to follow up on this, but the receptionist with whom I spoke indicated that you were out. If you get this note and have a moment to e-mail me back or call me at (312) 853-7162, please do. If you can't reach me, please try calling Ken Wile, who also is in the office at (312) 853-2081. Thanks again.

Marc

---

| | |
|---|---|
| From: | Raven, Marc E. |
| Sent: | Friday, December 28, 2007 10:50 AM |
| To: | Pennock, Paul |
| Cc: | Stephen J. McConnell (stephen.mcconnell@dechert.com) |
| Subject: | AstraZeneca/Seroquel -- privilege log |

Paul:

I hope you and your family have been enjoying the holidays. The reason Steve and I have been trying to reach you is to propose a slight alteration of the schedule for the next couple of privilege logs. We'd like to send you a log for the first several RFP productions on Jan. 7, then send you one on Jan. 31 for the 23 individual custodians whose documents were most recently produced. The second of these logs will be the larger of the two, and we could use a little more time for it than the normal schedule would allow because we were not able to extract the necessary data from Ringtail as soon as we had hoped. The documents to be logged next were among those previously housed in Introspect, and we've had to allow sufficient time for FTI to complete the transfer of the documents as well as essential quality-control processes.

Would you please let us know today if possible whether plaintiffs are amenable to the dates we're proposing? Your answer likely will affect at least a few of our lawyers' holiday plans, at least at the margins.

1

```
     Thanks, Paul.

     Marc


Sidley Austin LLP mail server made the following annotations on 12/31/07, 10:48:58:
-------------------------------------------------------------------------------
-----------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform
you
that, unless expressly stated otherwise, any U.S. federal tax advice contained in this
communication, including attachments, was not intended or written to be used, and cannot
be
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on
such
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or
referred
to by other parties in promoting, marketing or recommending any partnership or other
entity,
investment plan or arrangement, then (i) the advice should be construed as written in
connection
with the promotion or marketing by others of the transaction(s) or matter(s) addressed in
this
communication and (ii) the taxpayer should seek advice based on the taxpayer's particular
circumstances from an independent tax advisor.


*******************************************************************************
**********
This e-mail is sent by a law firm and may contain information that is privileged or
confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and
notify us
immediately.

*******************************************************************************
**********
Please visit us at http://www.weitzlux.com

***********************************************************************

The information contained in this message may be privileged and confidential and
protected from disclosure.  If the reader of this message is not the intended recipient,
or an employee or agent responsible for delivering this message to the intended
recipient, you are hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited.  If you have received this communication in error,
please notify us immediately by telephone or by replying to the message and deleting it
and all of its attachments from your computer.  Thank you.  Weitz & Luxenberg, P.C.

Every effort is made to keep our network free from viruses.  You should, however,
review this e-mail message, as well as any attachment thereto, for viruses.  We take
no responsibility and have no liability for any computer virus which may be transferred
via this e-mail message.

All e-mails sent to Weitz & Luxenberg, P.C. or any individuals at Weitz & Luxenberg,
P.C. are carefully scanned for viruses and content.  The sender should have no
expectation of privacy in said transmission.

In the course of scanning all incoming e-mails to W & L, virus scanning software may
block the e-mail and prevent it from being delivered.  Neither the intended recipient nor
the sender will receive notice that their transmission has been blocked.

All e-mail to W & L or any individuals at W & L should be followed up by hard copy
including attachment(s), as specific file types may be blocked at any time without
notice being provided to sender or recipient.

***********************************************************************
```