# RAVEN DECLARATION EXHIBIT S

# Raven, Marc E.

| | |
|---|---|
| **From:** | Pennock, Paul [PPennock@weitzlux.com] |
| **Sent:** | Monday, January 07, 2008 12:46 PM |
| **To:** | Raven, Marc E.; stephen.mcconnell@dechert.com |
| **Subject:** | Call |

Marc and Steve,

During my vacation, you repeatedly emailed and called me to have another call regarding the privilege logs. In fact, you even asked for a call on Christmas Eve. I have now returned. When are you available today to have yet another discussion about your privilege log failures?

Marc's letter of Jan 4th indicates frustration at the "meet and confer" process. Any "frustration" you are experiencing because plaintiffs won't simply agree to continue this dragged out process is exponentially worse for us due to the fact that important and discoverable documents are being kept from us. This is not an allegation. You have repeatedly, and in a sub silenco fashion, withdrawn your incorrect assertion of privilege on many documents. So, I will speak with you yet again, but unless and until you can to tell me what process you will agree to have a SM review your privilege claims, I see no likelihood of an agreement.

Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
120 Wall Street, 15th Floor
New York, NY 10005
tel. (212) 558-5549
fax (212) 363-2721
E-mail: Ppennock@weitzlux.com

Please visit us at http://www.weitzlux.com

****************************************************************** The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by replying to the message and deleting it and all of its attachments from your computer. Thank you. Weitz & Luxenberg, P.C. Every effort is made to keep our network free from viruses. You should, however, review this e-mail message, as well as any attachment thereto, for viruses. We take no responsibility and have no liability for any computer virus which may be transferred via this e-mail message. All e-mails sent to Weitz & Luxenberg, P.C. or any individuals at Weitz & Luxenberg, P.C. are carefully scanned for viruses and content. The sender should have no expectation of privacy in said transmission. In the course of scanning all incoming e-mails to W & L, virus scanning software may block the e-mail and prevent it from being delivered. Neither the intended recipient nor the sender will receive notice that their transmission has been blocked. All e-mail to W & L or any individuals at W & L should be followed up by hard copy including attachment(s), as specific file types may be blocked at any time without notice being provided to sender or recipient.
******************************************************************