# RAVEN DECLARATION EXHIBIT T

# Raven, Marc E.

**From:** Pennock, Paul [PPennock@weitzlux.com]
**Sent:** Tuesday, January 08, 2008 6:26 PM
**To:** Raven, Marc E.
**Subject:** privilege log

Mark,

I re-reviewed your letter of Oct 16th. I didn't see proposals for somehow eliminating large groups of documents. I thought you suggested that such proposals were present in the October letter but I have to say that I must have misunderstood you, because I couldn't find such specific proposals other than the one that we talked about on the call (additional attorney information column). As to that, and as I've said previously, I don't think that such a column will add in any considerable way toward solving the many and varied doubts that I have about this log. You point out in your letter the amount of delay the column would cause and the amount of lawyer time that would be needed. That underscores that the cost of a SM is not so great when taking into account what you're willing to spend just to add a column that doesn't even advance the situation. In sum, after re-reviewing your letter, and considering all that was discussed in our lengthy call yesterday, as well as the even more extensive previous discussions and communications, I remain of the opinion that the time is and has been ripe for a SM to review these documents. I suggested a process whereby I would pick some substantial sub-group and an additional sub-group would be randomly selected for the SM to look at and then we'd take it from there. You rejected this early in the Fall and again yesterday but you indicated that you would give it further consideration. Please let me know what your final position is because if we can not reach agreement, I need to make my motion.

Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
120 Wall Street, 15th Floor
New York, NY 10005
tel. (212) 558-5549
fax (212) 363-2721
E-mail: Ppennock@weitzlux.com

Please visit us at http://www.weitzlux.com

*********************************************************************** The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by replying to the message and deleting it and all of its attachments from your computer. Thank you. Weitz & Luxenberg, P.C. Every effort is made to keep our network free from viruses. You should, however, review this e-mail message, as well as any attachment thereto, for viruses. We take no responsibility and have no liability for any computer virus which may be transferred via this e-mail message. All e-mails sent to Weitz & Luxenberg, P.C. or any individuals at Weitz & Luxenberg, P.C. are carefully scanned for viruses and content. The sender should have no expectation of privacy in said transmission. In the course of scanning all incoming e-mails to W & L, virus scanning software may block the e-mail and prevent it from being delivered. Neither the intended recipient nor the sender will receive notice that their transmission has been blocked. All e-mail to W & L or any individuals at W & L should be followed up by hard copy including attachment(s), as specific file types may be blocked at any time without notice being provided to sender or recipient.
***********************************************************************