# RAVEN DECLARATION EXHIBIT U



January 25, 2008

VIA FEDEX

Jonathan Jaffe
Weitz & Luxenberg, P.C.
6th Floor
120 Wall Street
New York, NY 10005

Joe Yeager
Associate
T. 302.984.6391
F. 302.691.2162

Re: In Re Seroquel Products Liability Litigation: MDL-1769

Dear Jonathan:

Pursuant to my notice, I have enclosed a DVD containing documents for AstraZeneca's seventieth production in the above referenced matter. In particular, this production contains an initial set of documents that have been removed from AstraZeneca's privilege log, deemed produceable upon review by the attorney team preparing the privilege log, or deemed produceable after being identified by the privilege log team as related to documents in one of these categories (e.g., attached documents or overlapping e-mail strings). AstraZeneca will produce additional documents identified via this process as soon as possible.

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

This production is subject to the protective order entered in the MDL on September 19, 2007, as well as any state court protective orders.

The bates range (where applicable) corresponding to this production is as follows:

**Beg Bates Range:**      **End Bates Range:**

AZSER12916333            AZSER12917063

BOSTON

HARTFORD

Should you have any questions or concerns, please feel free to contact me.

NEW YORK

Sincerely,

NEWARK

Joe Yeager  / WITH PERMISSION
             ROSWELL K. MILLER

PHILADELPHIA

Joe P. Yeager

STAMFORD

Enclosure

WILMINGTON

cc: James J. Freebery

ME1 7084280v.1

Jonathan Jaffe
January 25, 2008
Page 2

cc: Kevin Kerns
cc: Ed Blizzard
cc: Camp Bailey
cc: Scott Allen
cc: Chuck Hunger