# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

**Case No. 6:06-md-1769-Orl-22DAB**

_____/

## ORDER

This cause came on for consideration with oral argument on the following motion filed herein:

> **MOTION:** MOTION TO STAY APPLICATION OF MAGISTRATE JUDGE'S ORDER (DOC. NO. 820) ON MOTION TO COMPEL (Doc. No. 840)
>
> **FILED:** JANUARY 29, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part. The obligation to produce documents as specified in the Order is STAYED until February 8, 2008 or such other time as Judge Conway may direct. Provided, this stay shall be operative only if an appeal is filed by February 4, 2008.**

**DONE** and **ORDERED** in Orlando, Florida on January 31, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record