**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation**

                                         **Case No.  6:06-md-1769-Orl-22DAB**

**This document relates to:**

*Ironworkers Local Union No. 68 & Participating Employers Health & Welfare Funds, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, Case No. 6:07-cv-5000-Orl-22DAB

*International Brotherhood of Electrical Workers Local 98 v. AstraZeneca Pharmaceuticals, LP, et al.*, Case No. 6:07-cv-5001-Orl-22DAB

*Teamsters Joint Council Local No. 53 Retiree Health & Welfare Fund v. AstraZeneca Pharmaceuticals, LP*, Case No. 6:07-cv-5002-Orl-22DAB

_____

**ORDER**

By transfer order entered on December 21, 2007, the United States Judicial Panel on Multidistrict Litigation transferred the above-named actions to this Court for inclusion in the consolidated pretrial proceedings already occurring here.  On January 29, 2008, the Court conducted a joint status conference to discuss the process for incorporating the above-named actions into the existing MDL proceeding.  Appearances were made by counsel for AstraZeneca, counsel for Plaintiffs in the above-named actions, as well as counsel for Plaintiffs in the existing products liability actions.  Pursuant to the discussions conducted at the conference, it is hereby **ORDERED** as follows:

      1. Case Nos. 6:07-cv-5001-Orl-22DAB and 6:07-cv-5002-Orl-22DAB are hereby consolidated under Case No. 6:07-cv-5000-Orl-22DAB.  The Clerk is directed to administratively close Case Nos. 6:07-cv-5001-Orl-22DAB and 6:07-cv-5002-Orl-22DAB.  The

Amended Consolidated Complaint, and all future pleadings, shall be filed only under Case No. 6:07-cv-5000-Orl-22DAB.  The parties shall use the case style for Case No. 6:07-cv-5000-Orl-22DAB on all documents relating to the plaintiffs in these consolidated cases ("Payor Plaintiffs") until further notice of the Court.  If a document relates to fewer than all of the Payor Plaintiffs, those Payor Plaintiffs to which the document relates shall be identified in the title of the document.

2. The Payor Plaintiffs shall file an Amended Consolidated Complaint on or before **February 28, 2008**.

3. AstraZeneca shall respond to the Payor Plaintiffs' Amended Consolidated Complaint on or before **March 28, 2008**.  AstraZeneca is under no obligation to respond to the existing complaints in the above-named actions.

4. If AstraZeneca files a motion to dismiss the Amended Consolidated Complaint, the Payor Plaintiffs shall file and serve any opposition to AstraZeneca's motion on or before **April 28, 2008**.  The Court will resume consideration of a schedule for discovery in the Payor Plaintiffs' cases after its resolution of the motion to dismiss.

5. In light of cause shown by the Payor Plaintiffs at the status conference, it is further

**ORDERED** that the ninety day deadline for filing a motion for class certification, embodied by Local Rule 4.04(b), is hereby tolled until further notice of the Court.

6. This Order shall have no effect on the orders entered to date in the cases asserted by plaintiffs claiming personal injuries as a result of their use of Seroquel ("Personal Injury Plaintiffs").

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 31, 2008.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge