JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 1 0 2008

FILED
CLERK'S OFFICE.

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**          MDL No. 1769

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-50)**

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 436 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 2 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**        MDL No. 1769

### SCHEDULE CTO-50 - TAG-ALONG ACTIONS

<u>DIST.</u> <u>DIV.</u> <u>C.A. #</u>                **CASE CAPTION**

DISTRICT OF COLUMBIA
  DC    1   07-2320        Gaye Young v. AstraZeneca Pharmaceuticals, LP, et al.

MARYLAND
  MD    1   07-3427        Jean Thomas v. AstraZeneca Pharmaceuticals, LP, et al.
  MD    1   07-3428        Deirdre Tindull v. AstraZeneca Pharmaceuticals, LP, et al.

TENNESSEE MIDDLE
  TNM   1   07-88          Deborah B. Blevins v. AstraZeneca Pharmaceuticals, LP, et al.
  TNM   1   07-89          Connie Herring v. AstraZeneca Pharmaceuticals, LP, et al.
  TNM   1   07-90          Debbie L. Potts v. AstraZeneca Pharmaceuticals, LP, et al.
  TNM   3   07-1216        Virginia A. Bowers v. AstraZeneca Pharmaceuticals, LP, et al.
  TNM   3   07-1217        Donna C. Kimble v. AstraZeneca Pharmaceuticals, LP, et al.
  TNM   3   08-7           Robert M. Muse, Jr. v. AstraZeneca Pharmaceuticals, LP, et al.
  TNM   3   08-8           Lena D. Elam v. AstraZeneca Pharmaceuticals, LP, et al.

TEXAS NORTHERN
  TXN   3   07-2164        Mary Allen, et al. v. AstraZeneca Pharmaceuticals, LP

TEXAS WESTERN
  TXW   6   07-386         Kennard J. Delano, Jr. v. AstraZeneca Pharmaceuticals, LP, et al.