## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO: |
| This document relates to: | 6:06-MDL-1769-ACC-DAB |
| **ALL CASES** | |

### PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' SECOND MOTION TO COMPEL CERTAIN FLORIDA PLAINTIFFS TO PROVIDE FULL AND COMPLETE ANSWERS TO FACT SHEET QUESTIONS FOR CASE SELECTION PURPOSES

Plaintiffs in the above-referenced litigation submit this Response in Opposition to the Second Motion to Compel Certain Florida Plaintiffs to Provide Full and Complete Answers to Fact Sheet Questions (Doc. 817, the "Motion") filed by Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP (collectively, "Defendants"), and would respectfully show the Court as follows:

In their Motion, Defendants accepted 133 of the Florida Plaintiffs' Personal Fact Sheet ("PFS") responses as containing sufficient information to evaluate the cases for possible inclusion in the Discovery Pool. Of the 28 PFS responses that Defendants identify in their Motion as still incomplete, Plaintiffs' counsel has served supplemental responses on Defendants for all 28 within the last several days.

Should Defendants, nevertheless, deem any of those 28 supplemented PFS responses to be deficient, Plaintiffs remind the Court that with respect to the following list of 12 Plaintiffs, Defendants previously failed to lodge any objections regarding PFS deficiencies as to those Plaintiffs—despite this Court's explicit order to do so—and further identified those

1

same 12 Plaintiffs as "eligible" to participate in the prior Case-Specific Discovery ("CSD")

program.  (Doc. 266.)  The 12 Plaintiffs are:

| | |
|---|---|
| Ann-Marie Chaplin (07-10229) | Quentin Mays (07-10359) |
| Lynda Epps (07-15716) | Suzanne McElroy (07-15605) |
| Judith Grant (07-10286) | Clemmie Middleton (07-10949) |
| Connie Holmes (07-10229) | Cheryl Radford (07-11890) |
| Brenda Ing (07-10312) | Tammy Scharet (07-12217) |
| Connie Lydard (07-10348) | Connie Smith (07-15799) |

Defendants submitted their "Eligible Plaintiffs List" pursuant to the Court's order that

Plaintiffs' counsel initially file a list of Plaintiffs' names and case numbers "for which …

substantially complete [PFS] . . . have been served," and that Defendants file objections to

the same for those Plaintiffs "whose [PFS] . . . are not substantially complete."  (Doc. 225.)

With respect to 92 Florida Plaintiffs—including the 12 listed above—Defendants failed to

lodge any objections to the PFS responses that had been served, and designated those same

92 Plaintiffs as eligible to participate in further case-specific discovery.  Defendants fail to

offer any credible explanation for such Plaintiffs' eligibility for further case-specific

discovery via the earlier CSD program, but not for the Discovery Pool in the Florida Trial

Program.

Defendants argue that they reserved their right to later object to the "Eligible

Plaintiffs'" PFS responses, and did not admit that the "Eligible Plaintiffs'" fact sheets were

complete.  (Mot. at 7-9.)  However, any such preservation of objections to the PFS is plainly

incongruous with the Court's order (Doc. 225), in which Defendants were **_ordered_** to object

by July 11, 2007 to any cases on the list submitted by Plaintiffs' counsel "**_whose Plaintiff_**

**_Fact Sheets . . . have not been received or are not substantially complete_**."  (Doc. 225,

emphasis added.)  Defendants effectively argue that "<u>substantially complete</u>" meant one

thing in July 2007, but means something different now.  Defendants should not now be given a second opportunity to object to these same PFS responses, merely to interpose additional delay in these proceedings.

Finally, Defendants continue to ignore the legal significance of the procedural device they themselves insisted upon relative to the PFS: the requirement that all Plaintiffs verify their PFS responses.  In other words, where a Plaintiff must declare under penalty of perjury—and in short order, under the MDL's schedule—that the responses s/he provides on the PFS are true and correct, then "I don't know" and "I don't recall" are perfectly legitimate (and expected) responses.  Defendants should not be permitted to have it both ways—to require verification of PFS responses, but then complain about perceived inadequacies in such responses premised on a declarant's attested absence of knowledge or recollection.  The practical effect of the granting of Defendants' Motion may be to pave the way for additional, unwarranted, and arbitrary dismissals based upon Plaintiffs' alleged inability to timely and satisfactorily meet Defendants' unilateral standard of "completeness" for PFS responses, which runs counter to the aims of the Florida Trial Program, as identified above.

## CONCLUSION

For all the foregoing reasons, the Court should deny Defendants' Second Motion to Compel Certain Florida Plaintiffs to Provide Full and Complete Answers to Plaintiff Fact Sheet Questions for Case Selection Purposes.

Respectfully submitted

By:   ___/s/ K. Camp Bailey_____
            F. Kenneth Bailey Jr.
            K. Camp Bailey
            Fletcher V. Trammell
            Robert W. Cowan
            **BAILEY PERRIN BAILEY LLP**
            440 Louisiana St., Suite 2100
            Houston, Texas 77002
            (713) 425-7100 Telephone
            (713) 425-7101 Facsimile
            kbailey@bpblaw.com
            cbailey@bpblaw.com
            ftrammell@bpblaw.com
            rcowan@bpblaw.com
            **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 4th day of February, 2008, I electronically filed the foregoing: PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' SECOND MOTION TO COMPEL CERTAIN FLORIDA PLAINTIFFS TO PROVIDE FULL AND COMPLETE ANSWERS TO FACT SHEET QUESTIONS FOR CASE SELECTION PURPOSES with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the counsel listed on the attached Service List.

            /s/  Robert W. Cowan_____
            Robert W. Cowan

SERVICE LIST
In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769

| | |
|---|---|
| Scott Allen<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, TX 77019<br>Tel: (713) 650-6600<br>sallen@crusescott.com | Robert L. Ciotti<br>Carlton Fields, P.A.<br>42212 W. Boy Scout Blvd., Suite 1000<br>Tampa, FL 33607-5736<br>Tel: (813) 223-7000<br>rciotti@carltonfields.com<br>tpaecf@cfdom.net<br>atravis@carltonfields.com<br>*Counsel for Defendants AstraZeneca<br>Pharmaceuticals, L.P, and AstraZeneca LP* |
| Mary B. Cotton<br>John D. Giddens, P.A.<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Tel: (601) 355-2022<br>betsy@law-inc.com | Michael Davis<br>James Mizgala<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn St.<br>Chicago, IL 60603<br>Tel: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com |
| Aaron K. Dickey<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Route 157<br>Edwardsville, IL 62025<br>Tel: (618) 650-7107<br>aaron@ghalaw.com | Heidi Elizabeth Hilgendorff<br>Thomas Campion<br>Drinker Biddle & Reath, LLP<br>500 Campus Dr.<br>Florham Park, NJ 07932-1047<br>Tel: (973) 360-1100<br>thomas.campion@dbr.com<br>heidi.hilgendorff@dbr.com<br>jeffrey.peck@dbr.com<br>*Counsel for Defendants Janssen<br>Pharmaceutical Products and Johnson &<br>Johnson Co.* |
| John J. Driscoll<br>Brown & Crouppen, PC<br>720 Olive St., Suite 1800<br>St. Louis, MO 63101<br>Tel: (314) 421-0216<br>jdriscoll@brownandcrouppen.com | Kenneth T. Fibich<br>Fibich, Hampton & Leebron, LLP<br>1401 McKinney St., Suite 1800<br>Five Houston Center Houston, TX 77010<br>Tel: (713) 751-0025<br>tfibich@fhl-law.com |

| | |
|---|---|
| bsmith@brownandcrouppen.com<br>rbrooks@brownandcrouppen.com<br>blape@brownandcrouppen.com | |
| Gregory P. Forney<br>Shaffer, Lombardo & Shurin<br>911 Main St., Suite 2000<br>Kansas City, MO 64105<br>Tel: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>*Counsel for Defendant, Marguerite Devon French* | Todd S. Hageman<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Tel: (314) 241-2929<br>thageman@spstl-law.com |
| W. Todd Harvey<br>Joe R. Whatley, Jr.<br>2323 2nd Ave. N<br>Birmingham, AL 35203-0647<br>Tel: (205) 328-9576<br>tharvey@whatleydrake.com<br>jwhatley@whatleydrake.com<br>ecf@whatleydrake.com | Jona R. Hefner<br>3441 W. Memorial, Suite 4<br>Oklahoma, OK 73134-7000<br>Tel: (405) 286-3000<br>attorneyokc@hotmail.com<br>attorneyokc@gmail.com |
| Lawrence J. Gornick<br>William A. Levin<br>Dennis J. Canty<br>Levin Simses Kaiser & Gornick, LLP<br>44 Montgomery St., 36th Floor<br>San Francisco, CA 94104<br>Tel: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com | Scott Burdine<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, 4th Floor<br>Houston, TX 77006<br>Tel: (713) 222-2700<br>sburdine@hagans-law.com |
| Thomas Campion<br>Heidi E. Hilgendorff<br>Drinker Biddle & Reath, LLP<br>500 Campus Dr.<br>Florham Park, NJ 07932-1047 | Jona R. Hefner<br>3441 W. Memorial, Suite 4<br>Oklahoma, OK 73134-7000<br>Tel: (405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| Tel: (973) 360-1100<br>thomas.campion@dbr.com<br>heidi.hilgendorff@dbr.com<br>jeffrey.peck@dbr.com<br>*Counsel for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.* | attorneyokc@gmail.com |
| Keith M. Jensen<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Tel: (817) 334-0762<br>kj@kjensenlaw.com<br>kjensenlaw@gmail.com | Aaron C. Johnson<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Tel: (816) 640-9940<br>aaron@summersandjohnson.com<br>firm@summersandjohnson.com |
| Jamie R. Kendall<br>301 Massachusetts Ave.<br>Indianapolis, IN  46204<br>Tel: 317-633-8787<br>jkendall@price-law.com<br>eamos@price-law.com | Mark A. Koehn<br>whrfrat42@yahoo.com |
| Benjamin A. Krass<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Tel: (617) 641-9550<br>bkrass@pawalaw.com | D. Andrew List<br>Clark Perdue Arnold & Scott<br>471 East Broad St., Suite 1400<br>Columbus, OH  43215<br>Tel: 877-220-2203<br>alist@cpaslaw.com |
| Matthew E. Lundy<br>Lundy & Davis<br>333 N. Sam Houston Pkwy., E<br>Suite 375<br>Houston, TX 77060<br>Tel: (281) 272-0797<br>mlundy@lundydavis.com<br>jdibbley@lundydavis.com | David P. Matthews<br>Abraham, Watkins, Nichols, Sorrels, Matthews & Friend<br>800 Commerce St.<br>Houston, TX 77002-1776<br>Tel: (713) 222-7211<br>dmatthews@abrahamwatkins.com<br>agoff@abrahamwatkins.com<br>jrhoades@abrahamwatkins.com<br>jwebster@abrahamwatkins.com |
| James Mizgala<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn St. | Howard Nations<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895 |

| | |
|---|---|
| Chicago, IL 60603<br>Tel: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>lmodaff@sidley.com<br>efilingnotice@sidley.com<br>*Counsel for Defendants AstraZeneca LP*<br>*and AstraZeneca Pharmaceuticals LP* | Tel: (713) 807-8400<br>nations@howardnations.com<br>lori@howardnations.com<br>kim@howardnations.com<br>andrea@howardnations.com<br>charles@howardnations.com<br>lezzlie@howardnations.com |
| Matthew F. Pawa<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Tel: (617) 641-9550<br>mp@pawalaw.com | Paul J. Pennock<br>Michael E. Pederson<br>Weitz & Luxenburg, P.C.<br>180 Maiden Lane – 17th Floor<br>New York, NY 10038<br>Tel: (212) 558-5500<br>Ppennock@weitzlux.com<br>Lschutlz@weitzlux.com<br>MPederson@weitzlux.com<br>JOrelli@weitzlux.com<br>*Plaintiff's Lead Counsel* |
| Carlos A. Prietto, III<br>Robinson Calcagnie & Robinson<br>620 Newport Center-Drive<br>7th Floor<br>Newport Beach, CA  92660<br>Tel: 940-720-1288<br>cbregman@rcrlaw.net<br>cprietto@rcrlaw.net<br>ctakanabe@rcrlaw.net<br>kschaeffer@rcelaw.net | Fred T. Magaziner<br>Marjorie Shickman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>Stephen J. McConnell<br>Brennen Joseph Torregrossa<br>Dechert, LLP<br>2929 Arch St., Cira Center<br>Philadelphia, PA 19104-2808<br>Tel: (215) 994-4000<br>Fred.magaziner@dechert.com<br>Marjorie.shiekman@dechert.com<br>shane.prince@dechert.com<br>cheryl.inwek@dechert.com<br>Eben.flster@dechert.com<br>elizabeth.balakhani@dechert.com<br>michelle.kirscEh@dechert.com<br>*Counsel for Defendant Astrazeneca*<br>*Pharmaceuticals, LP* |
| William N. Riley<br>Jamie R. Kendall<br>301 Massachusetts Ave.<br>Indianapolis, IN  46204 | Mark P. Robinson, Jr.<br>Robinson Calcagnie & Robinson<br>620 Newport Center Dr., 7th Floor<br>Newport Beach, CA 92660 |

8

| | |
|---|---|
| Tel: 317-633-8787<br>wriley@price-law.com<br>eamos@price-law.com | Tel: (949) 720-1288<br>mrobinson@robinson-pilaw.com<br>mrobinson@rcrlaw.net |
| Larry  Roth<br>Law Offices of Larry M. Roth, P.A.<br>P.O. Box 547637<br>Orlando, FL 32854-7637<br>Tel: (407) 872-2239<br>lroth@roth-law.com<br>lcarrington@roth-law.com<br>epoit@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Lizy Santiago<br>Abraham, Watkins, Nichols, Sorrels,<br>Matthews & Friend<br>800 Commerce St.<br>Houston, TX 77002-1776<br>Tel: (713) 222-7211<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com<br>lsantiago@abrahamwatkins.com |
| Robert A. Schwartz<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Tel: (281) 335-7744<br>bschwartz@galyen.com<br>anixon@galyen.com | Kenneth W. Smith<br>Aylstock Witkin Kreis & Overholtz<br>803 North Palafox St.<br>Pensacola, FL  32501<br>Tel: (850) 916-7450<br>ksmith@awkolaw.com<br>kws6619@msn.com<br>rvasquez@awkolaw.com |
| Brennen Joseph Torregrossa<br>Dechert, LLP<br>2929 Arch St., Cira Center<br>Philadelphia, PA 19104-2808<br>Tel: (215) 994-4000<br>brennen.torregrosssa@dechert.com<br>*Counsel for Defendant Astrazeneca*<br>*Pharmaceuticals, LP* | Ted C. Wacker<br>Robinson Calcagnie & Robinson<br>620 Newport Center Dr., 7th Floor<br>Newport Beach, CA 92660<br>Tel: (949) 720-1288<br>twacker@rcrlaw.net |
| W. Todd Harvey<br>Joe R. Whatley, Jr.<br>2323 2nd Ave. N<br>Birmingham, AL 35203-0647<br>Tel: (205) 328-9576<br>tharvey@whatleydrake.com<br>jwhatley@whatleydrake.com<br>ecf@whatleydrake.com | Justin Witkin<br>Ken Smith<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Blvd., Suite 58<br>Pensacola, FL 32503<br>Tel: (850) 916-7450<br>Jwitkins@AWS-LAW.COM<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com |