# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

Case No. 6:06-md-1769-Orl-22DAB

This Document Relates to ALL CASES

---

# REPORT OF THE SPECIAL MASTER AND PROJECT MANAGEMENT OFFICE FOR CASE-SPECIFIC DISCOVERY

---

REPORT NUMBER: 6

DATE: FEBRUARY 15, 2008

# CONTENTS

**PAGE**

I. INTRODUCTION ................................................................................................ 1

II. REPORT ON STATUS ....................................................................................... 1

    A. Special Master Escrow Account Information ....................................... 1

    B. Case-Specific Discovery Program for Pre-December 2007 Case Designations ............................................................................. 2

    C. Actions by the PMO Relating to the Florida Discovery Pool ............... 3

III. ACTIVITIES OF THE SPECIAL MASTER ..................................................... 4

    A. Proposed Case-Specific Administrative Order No. 4 ........................... 4

    B. Decision and Recommendation No. 4 ................................................. 4

## I.  INTRODUCTION

At the Status Conference on August 22, 2007, the Court directed the Special Master to submit a monthly report to the Court by the 15th of each month summarizing the activities of the Special Master and the Project Management Office.  The Special Master filed Report No. 1 on September 14, 2007; Report No. 2 on October 15, 2007; Report No. 3 on November 13, 2007; a Supplemental Report on November 19, 2007; Report No. 4 on December 14, 2007; a Supplement Report on December 18, 2007, and Report No. 5 on January 15, 2008.  The Special Master presents this Report No. 6 to update the Court and the Parties on events and progress since the previous Report.

## II.  REPORT ON STATUS

### A.     Special Master Escrow Account Information.

The Special Master Escrow Account Summary Report (SQ300, attached as Exhibit 1) reflects that as of February 15, 2008 a total of $260,000 has been deposited into the account since inception.  From that amount: $119,398 has been paid to compensate Physicians deponents for deposition time; $17,889 has been paid to reimburse Physicians for the cost of copying their Medical Records; $13,641 has been paid in shipping charges incurred by Physicians in sending records to the PMO and/or by the PMO to send copy sets to the Parties; and $275 has been paid for bank fees.  The balance as of February 15, 2008, is $108,797.  The Special Master Escrow Account Physician Payment Details Report (SQ301; available on-line at https://www.browngreer.com/seroquel) provides detail of each payment

made to each Physician, the reason for the payment, and the case to which the payment related.

Before January 11, 2008, in accordance with the agreement of the Parties, all requests by the Special Master for funds to be deposited into the Special Master Escrow Account were divided on a 60/40 basis between the Defendants and Plaintiffs.  On January 11, 2008, the parties agreed that all expenses associated with the depositions to be scheduled in Florida will be apportioned on a 50/50 basis, while any remaining non-Florida depositions will still follow the 60/40 split.   To pay and track those expenses associated with the Florida depositions, the PMO opened a second Special Master account called "Seroquel Special Master Escrow II."  We anticipate that some funds will be transferred to this account from the original Special Master Escrow Account.  Such transfers from the original account will be tracked so that proper adjustments can be made to account for the 50/50 split.  Likewise, any additional funds requested and deposited directly into the second account by the Parties will be on a 50/50 basis.

      **B.**    <u>**Case-Specific Discovery Program for Pre-December 2007 Case Designations**</u>.

The PMO has continued to work with the Parties to conclude the case-specific discovery program for cases designated for discovery before December, 2007.  The report attached as Exhibit 2 (SQ108) reflects the status of that effort.  At this time, three depositions that could not be scheduled with the physicians before the end of December, 2007, have been scheduled and remain to be conducted on February 18, February 25, and February 26.  The PMO is not working to schedule the 38 depositions in the currently Unable to Schedule

category, but is concluding the scheduling of the three depositions in the Not Yet Scheduled group, provided that such scheduling not interfere with the Florida Discovery Pool cases.

### C. Actions by the PMO Relating to the Florida Discovery Pool.

Beginning on January 22, 2008, when the PMO received from Defendants' counsel the list of physicians and contact information for the first 25 cases designated for the Florida Discovery Pool by Defendants, the PMO resumed its processes for scheduling depositions of prescribing physicians and treating physicians in such cases. The PMO is also obtaining medical records from such physicians unless Defendants have notified the PMO that the Defendants have already obtained such records through their own service provider. In each instance, the PMO is following the processes used in the case-specific discovery program to contact the physicians for scheduling, obtain records where required, follow-up with physicians to obtain dates for depositions, and issue Notices of depositions and subpoenas for each deposition. Where the Defendants have already obtained records, the PMO is directing the physician to bring his or her patient file to the deposition, as the Parties have informed the Special Master that access to the patient file often enhances the productivity of the physician's deposition. The PMO is maintaining at https://www.browngreer.com/seroquel the Master Calendar showing the schedule for all plaintiff, physician and sales representative depositions in the Discovery Pool. The report attached as Exhibit 3 (SQ105) describes the progress of the PMO to date in scheduling physician depositions for the Florida Discovery Pool.

## III.  ACTIVITIES OF THE SPECIAL MASTER

     A.     **Proposed Case-Specific Administrative Order No. 4.**

As the Parties and the PMO commenced scheduling the depositions and obtaining medical records relating to Florida Plaintiffs in the Discovery Pool under CMO No. 5, the Parties reviewed with the Special Master recurring difficulties in obtaining medical records from healthcare providers because of issues raised by such providers relating to confidentiality, HIPAA, and the formalities of the Authorization Form executed by each Plaintiff in this litigation to authorize disclosure of medical records and information. Physicians and their staff frequently insist upon certain types of forms, waiting periods for production of records, and other idiosyncratic demands or requests that depart from the uniformity sought by this Court in coordinating this discovery and in the Authorization Form executed by the Plaintiffs in this litigation.

In an effort to minimize these demands and the disruption they cause to the process for obtaining medical records for Florida Plaintiffs, the Special Master prepared with the Parties a proposed Case-Specific Administrative No. 4.  After the Parties agreed to the form and content of such Order, on February 11, 2008 (Document No. 859), the Special Master presented to the Court in the form of a Joint Motion for the Court's consideration.

     B.     **Decision and Recommendation No. 4.**

As part of the implementation of CMO No. 5, Plaintiffs' counsel and defense counsel arranged the Plaintiffs' depositions in the initial Discovery Pool cases in central locations beginning on February 11, 2008.  In a telephone conference on February 7, 2008, Defendants

presented an objection to conducting the deposition of a plaintiff in the Florida Discovery Pool without the benefit of having the medical records on such plaintiff for review in advance of the deposition.  The Special Master reviewed with the Parties whether any of the depositions scheduled to begin on February 11, 2008 should be postponed until such records could be obtained.  The Special Master determined that the circumstances did not warrant such modification to the deposition schedule.  The Special Master has issued to the Parties his Report and Recommendation No. 4 (attached as Exhibit 4) on this subject.

>Respectfully submitted,
>
>BROWNGREER PLC
>
>By:   **s/ Orran L. Brown**
>Orran L. Brown
>Virginia State Bar No. 25832
>BrownGreer PLC
>115 South 15th Street, Suite 400
>Richmond, Virginia  23219
>Telephone:  (804) 521-7201
>Facsimile:  (804) 521-7299
>Email:  obrown@browngreer.com

5

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.

                              **s/ Orran L. Brown**
                              Orran L. Brown
                              Virginia State Bar No. 25832
                              BrownGreer PLC
                              115 South 15th Street, Suite 400
                              Richmond, Virginia  23219
                              Telephone:  (804) 521-7201
                              Facsimile:  (804) 521-7299
                              Email:  obrown@browngreer.com

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>**Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>**Attorney for Defendant, Marguerite Devon French** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>**Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>**Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>**Attorney for Defendant Dr. Asif Habib** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

3

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |

4