*Confidential Information*

| SQ300 | Seroquel PMO:<br>Special Master Escrow Account Summary<br>(As of 2/15/08) | |
|---|---|---|
| | **Description** | **Available Funds** |
| 1. | **Starting Balance   (9/1/07)** | $0.00 |
| 2. | **Deposits** | $260,000.00 |
| 3. | **Physician Fee Payments** | ($119,398.44) |
| 4. | **Physician Costs for Medical Records** | ($17,888.79) |
| 5. | **Federal Express Expenses** | ($13,640.79) |
| 6. | **Bank Fees** | ($275.25) |
| 7. | **Ending Balance   (2/15/08)** | **$108,796.73** |

**EXHIBIT 1**