*Confidential Information*

| SQ108 | Seroquel PMO:<br>Physician Depositions Scheduling Report<br>for Pre-December Case Specific Discovery<br>(As of 2/14/08) | | |
|---|---|---|---|
| **Row** | **Status** | **Status Detail** | **Number of Depositions** |
| 1. | Scheduled/<br>Concluded | Scheduled by Parties | 11 |
| 2. | | Scheduled/Rescheduled | 110 |
| 3. | | **Scheduled/Concluded Total** | **121** |
| 4. | Scheduled/<br>Pending | Scheduled/Rescheduled | 3 |
| 5. | | **Scheduled/Pending Total** | **3** |
| 6. | Currently Unable to Schedule | Hold Scheduling Effort for Directions from Parties | 30 |
| 7. | | Physician Deceased | 1 |
| 8. | | Unable to Locate Physician | 7 |
| 9. | | **Currently Unable to Schedule Total** | **38** |
| 10. | Not Yet Scheduled | Fees/Other Questions Delaying Schedule | 3 |
| 11. | | **Not Yet Scheduled Total** | **3** |
| 12. | PMO will Not Schedule | Cancelled/Not to be Scheduled | 106 |
| 13. | | **Cancelled/Not to be Scheduled Total** | **106** |
| 14. | | **Grand Total** | **271** |

**EXHIBIT 2**

**BROWNGREER PLC**