| SQ105 | Seroquel PMO: Physician Depositions Scheduling Report for Florida Case Specific Discovery (As of 2/14/08) | | |
|---|---|---|---|
| | **Status** | **Status Detail** | |
| 1. | **Scheduled/ Concluded** | Scheduled by Parties | 11 |
| 2. | | Scheduled/Rescheduled | 20 |
| 3. | | **Scheduled/Concluded Total** | **31** |
| 4. | **Scheduled/ Pending** | Scheduled/Rescheduled | 59 |
| 5. | | **Scheduled/Pending Total** | **59** |
| 6. | **Currently Unable to Schedule** | Hold Scheduling Effort for Directions from Parties | 4 |
| 7. | | Unable to Locate Physician | 25 |
| 8. | | **Currently Unable to Schedule Total** | **29** |
| 9. | **Not Yet Scheduled** | 48-Hour Packet Sent | 1 |
| 10. | | Contact Made/Awaiting Date from Physician | 15 |
| 11. | | Fees/Other Questions Delaying Schedule | 12 |
| 12. | | Message Left for Return Call | 3 |
| 13. | | **Not Yet Scheduled Total** | **31** |
| 14. | | **Grand Total** | **150** |

EXHIBIT 3

BROWNGREER PLC