# Exhibit B

Confidential - Susanne  Fors

Page 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

- - -

IN RE: SEROQUEL        :  CASE NO.
PRODUCTS LIABILITY     :  6:06-md-01769-ACC-DAB
LITIGATION             :
                       :  MDL Docket No. 1769
THIS DOCUMENT RELATES:
TO ALL ACTIONS         :

- - -

October 31, 2007

- - -

C O N F I D E N T I A L

- - -

Videotape deposition of SUSANNE
FORS, taken pursuant to notice, was held
at the offices of Golkow Technologies,
Inc., One Liberty Place, 51st Floor, 1650
Market Street, Philadelphia, Pennsylvania
19103, commencing at 9:02 a.m., on the
above date, before Linda Rossi Rios, RPR,
CCR and Notary Public.

- - -

Golkow Technologies, Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, Pennsylvania  19103
877.370.3377

Confidential - Susanne  Fors

1    to verify that you're familiar with

2    Exhibit 8 as being a PowerPoint

3    presentation concerning major depressive

4    disorder and generalized anxiety disorder

5    that was in your files.  Is that correct?

6          A.    Yes, this seems to be from

7    the clinical team.

8          Q.    Yes, ma'am.  Thank you.

9    That's all I'm going ask about that.

10                Now -- by the way, you

11    reviewed documents in preparation for

12    your deposition, did you not?  Ma'am?

13          A.    I have my custodial files.

14          Q.    Yes, ma'am.  Did you review

15    any of the portions of your custodial

16    file in preparation for your deposition?

17                MR. HOROWITZ:  Let me just

18          interject an objection and

19          instruct the witness not to answer

20          to the degree that it was

21          documents reviewed with attorneys

22          during meetings.  To the extent

23          she reviewed documents outside of

24          that, certainly I'm happy to allow

Confidential - Susanne  Fors

Page 169

1      her to answer.

2             MR. ALLEN:  Mr. Horowitz,

3      you and I have a fundamental

4      disagreement.  I'm going to tell

5      you that.  I'm not entitled to

6      discovery -- discussions between

7      counsel and the witness concerning

8      legal advice and things of that

9      nature, but I believe I'm entitled

10     to discover those documents that

11     the witness has reviewed in

12     preparation for her deposition.

13     And that's my position.  Are you

14     telling me that you don't think

15     I'm entitled to know that?

16            MR. HOROWITZ:  Yes.  We're

17     invoking the attorney work product

18     privilege.  And I do think that's

19     work product.  I think it's

20     privilege, I'm going to instruct

21     her not to answer to that degree.

22     And I think we can simply, Scott,

23     agree to disagree.

24            MR. ALLEN:  Okay.

Confidential - Susanne  Fors

Page 170

1                    MR.  HOROWITZ:   This  is  a

2          fight  for  another  day.

3                    MR.  ALLEN:   I  do  disagree

4          with  y'all.   And,  see,  here's  the

5          problem.   For  example,

6          Exhibit  number  --  any  of  the,

7          well,  first  day  exhibits  if  she

8          had  reviewed  it  in  preparation  for

9          her  deposition,  I'm  entitled  to

10         question  her  about  that,  whether

11         you  gave  it  to  her  or  not  is  my

12         position.   And  your  position  is  to

13         the  contrary.

14                   MR.  HOROWITZ:   It  is  to  the

15         contrary.

16                   MR.  ALLEN:   And  so,

17         therefore,  if  I  ask  this  witness

18         on  any  document  whether  or  not  it

19         was  provided  to  her  to  review  in

20         preparation  for  her  deposition,

21         you  would  not  allow  me  to  ask  that

22         question?

23                   MR.  HOROWITZ:   I  would  not.

24                   MR.  ALLEN:   Okay.   But  if  I

Confidential - Susanne Fors

```
 1        were to ask her did you review the
 2        document in preparation for the
 3        deposition, would you allow her to
 4        answer that question?
 5                MR. HOROWITZ:  I would not.
 6                MR. ALLEN:  That's a
 7        problem.  Okay.  And so I have a
 8        totally different view from you on
 9        that subject.  I'm not going to
10        harp on it.  We'll let the judge
11        decide later on.  Now --
12                MR. HOROWITZ:  Scott, I will
13        just interject that she did tell
14        you before I actually interjected
15        that she did go through her
16        custodial files and things.  I'll
17        be happy to let her say that --
18                MR. ALLEN:  Okay.
19                MR. HOROWITZ:  -- without
20        waiving any privilege --
21                MR. ALLEN:  Right.  Right.
22        I got you.
23                MR. HOROWITZ:  And you've
24        represented all these came from
```

Confidential - Susanne  Fors

Page 172

1        custodial files.

2              MR. ALLEN:  I think so far I

3        have.  I think --

4              MR. HOROWITZ:  And my man

5        here has been checking.

6              MR. ALLEN:  Yeah.  Well, if

7        anybody gives me trouble about

8        that today as they did in the last

9        deposition, I'll make a big old

10       statement for the record.  It's

11       very difficult to determine what

12       comes from people's custodial file

13       in this case, and I'm prepared to

14       address that matter today.

15             MR. HOROWITZ:  I agree,

16       Scott.  I was just teasing you.

17             MR. ALLEN:  And I know -- I

18       know you were.  But I was rather

19       vehemently attacked on that

20       subject last time and I'm prepared

21       to respond if I --

22             MR. HOROWITZ:  Fair enough.

23             MR. ALLEN:  I'm ready to

24       deal with it if necessary.  Okay.

Confidential - Susanne  Fors

Page 173

1              MR. HOROWITZ:  We're not

2       going to attack you.

3              MR. ALLEN:  Okay.  Good.

4              MR. HOROWITZ:  He is double

5       checking just to be sure.

6              MR. ALLEN:  Right.  I'm

7       doing my very best.

8              MR. HOROWITZ:  And you know

9       what --

10             MR. ALLEN:  As I said,

11      sometimes I make a mistake.

12             MR. HOROWITZ:  Scott, in all

13      seriousness, if something came up,

14      we can talk about it privately.

15             MR. ALLEN:  Right.  Right.

16      Okay.  Good.

17                   -  -  -

18             (Exhibit Fors-9, E-mail,

19      Bates AZ/SER 1599526 & 1599527,

20      was marked for identification.)

21                   -  -  -

22    BY MR. ALLEN:

23             Q.   Let me hand you what's been

24    marked as Exhibit Number 9.  I don't know