# Exhibit E

Confidential - John Anthony Schwartz, Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

SEROQUEL PRODUCTS LIABILTY LITIGATION

CASE NO. 6:06-md-01769-ACC-DAB

MDL DOCKET NO. 1769

------
CONFIDENTIAL
------

January 10, 2008
------

      Videotaped Oral Deposition of JOHN ANTHONY SCHWARTZ, Ph.D., held in the offices of Golkow Technologies, Inc., One Liberty Place, 51st Floor, Philadelphia, Pennsylvania beginning at approximately 9:08 a.m., before Ann V. Kaufmann, a Registered Professional Reporter, Certified Realtime Reporter, Approved Reporter of the U.S. District Court, and a Notary Public.

------

GOLKOW TECHNOLOGIES, INC.
One Liberty Place, 51st Floor
Philadelphia, Pennsylvania  19103
877.370.3377

Confidential - John Anthony Schwartz, Ph.D.

Page 16

```
1       Q.     Have you had an opportunity
2    to visit with the lawyers for
3    AstraZeneca and have they gone over the
4    procedure for giving deposition
5    testimony?
6       A.     Yes, they have.
7       Q.     You understand that you are
8    under oath here today?
9       A.     Yes, I do.
10      Q.     And that you have sworn to
11   tell the truth, you understand that?
12      A.     Yes, I do.
13      Q.     And to give truthful
14   answers to every one of my questions?
15      A.     Yes.
16      Q.     And you understand you are
17   sworn to tell the whole truth?
18      A.     Yes, sir.
19      Q.     You understand what that
20   is?
21      A.     It's my understanding it's
22   the fact, the truth.
23      Q.     Okay.  And you are prepared
24   to do that?
```

Confidential - John Anthony Schwartz, Ph.D.

Page 17

```
 1        A.    Yes, I am.
 2        Q.    How long did you spend
 3   preparing for this deposition with
 4   lawyers for AstraZeneca?
 5        A.    Oh, I'm saying several
 6   days.
 7        Q.    Beginning when?
 8        A.    I want to say maybe -- I
 9   don't recall exactly.  Possibly in
10   October.  We first met and we were
11   planning for the deposition beginning of
12   December, so I think I met with them
13   several times or a couple of times in
14   November.
15        Q.    Okay.  So you met on
16   October 1; correct?
17        A.    Uh-huh, yes.
18        Q.    And then you met several
19   times in November; correct?
20        A.    A couple of times in
21   November, yes.
22        Q.    And were these full-day
23   sessions?
24        A.    Some were full day.  Others
```

Confidential - John Anthony Schwartz, Ph.D.

Page 18

```
 1   were half days.
 2        Q.    How many different lawyers
 3   did you meet with to prepare for your
 4   deposition?
 5        A.    It was three.  It was Gene
 6   and Andy and Suzanne Henderson.
 7        Q.    Could you give me your best
 8   estimate of the total number of hours
 9   that you spent preparing for your
10   deposition?
11        A.    I'm guessing maybe 24
12   hours.  24 to 30 hours maybe.
13        Q.    Did you review documents?
14        A.    Yes, we did.
15        Q.    Do you have any estimate of
16   the number of documents you looked at?
17        A.    No, I don't.
18        Q.    Were these documents that
19   you selected or were these documents
20   that were selected by the lawyers for
21   AstraZeneca for you to review?
22        A.    These documents were
23   provided by the lawyers.
24        Q.    Okay.  Can you tell me
```

Confidential - John Anthony Schwartz, Ph.D.

Page 19

```
 1    the -- can you describe any of those
 2    documents to me?
 3              MR. SCHOON:  I'm going to
 4    object and instruct the witness not to
 5    answer.  It's work product, attorney-
 6    client privilege.
 7              MR. BLIZZARD:  All right.
 8    BY MR. BLIZZARD:
 9         Q.   Were you on various teams
10    at AstraZeneca during the time that you
11    worked on Seroquel?
12         A.   Yes, I was.
13         Q.   Are there as many Seroquel
14    teams as there are football teams in the
15    NFL?
16         A.   I'm sure within AstraZeneca
17    there are.
18         Q.   And were you on some very
19    important teams for Seroquel?
20         A.   Well, I was on some teams.
21    I can't prioritize their importance.
22         Q.   Okay.  Well, is there a
23    team called the global product team?
24         A.   Yes, there is.
```