UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**
**MDL DOCKET NO. 1769**

_____

**This Document Relates to All Cases**


**ASTRAZENECA'S MOTION TO STRIKE PLAINTIFFS' IMPROPER EXHIBITS IN RELATION TO PENDING APPEAL FROM NON-DISPOSITIVE MATTER UNDER 28 U.S.C. § 636(b)(1)(A) AND FEDERAL RULE OF CIVIL PROCEDURE 72(A)**

Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP ("AstraZeneca") move to strike four of the five deposition excerpts that plaintiffs attached to their Opposition (Doc. No. 863) to AstraZeneca's pending appeal from Magistrate Judge Baker's January 24, 2008 Order (Doc. No. 820) ["Order"].  Those materials were *not* before the Magistrate Judge and, thus, their submission along with plaintiffs' Opposition is *improper* under 28 U.S.C. § 636(b)(1)(A) and the governing authorities.  The four exhibits to plaintiffs' Opposition that AstraZeneca moves to strike are plaintiffs' "Exhibit A" (excerpts from the October 26, 2007 deposition of James Gaskill); "Exhibit B" (excerpts from the October 31, 2007 deposition of Susanne Fors); "Exhibit D" (excerpts from the December 20, 2007 deposition of Wayne Macfadden); and 'Exhibit E" (excerpts from the January 10, 2008 deposition of John Anthony Schwartz).[1]

AstraZeneca's appeal from, objection to, and motion to vacate Magistrate Judge Baker's Order was timely made pursuant to 28 U.S.C. § 636(b)(1)(A) and Federal Rule of Civil Procedure 72(a).  Hence, the appeal involves this Court's review of the Magistrate Judge's

---

[1] AstraZeneca does not move to strike plaintiffs' "Exhibit C," consisting of excerpts from the November 7, 2007 deposition of Athena Ruhl, because those materials *were* part of the record before Magistrate Judge Baker and, thus, *are* properly considered by this Court on the instant appeal.

determination of a "nondispositive" discovery matter for purposes of 28 U.S.C. § 636(b)(1)(A), as opposed to review of any *dispositive* ruling subject to this Court's distinct and different review under 28 U.S.C. §§ 636(b)(1)(B) and (C). This "is a distinction *with* a difference" in regards to what evidentiary matter this Court may consider on an appeal (such as this one) pursuant to 28 U.S.C. § 636(b)(1)(A). *Haines v. Liggett Group Inc.*, 975 F.2d 81, 91 (3d Cir. 1992) (emphasis in original); *accord Combs v. Town of Davie*, 2007 U.S. Dist. LEXIS 13931, **4-5 (S.D. Fla. Feb. 28, 2007).

Indeed, the law is clear that it is "improper" for a district court to consider *any* "evidence that was not before the magistrate judge" in an appeal from a nondispositive magistrate order pursuant to section 636(b)(1)(A): "To consider fresh evidence and materials constitute[s] reversible error that may find relief in the petition for mandamus." *Haines*, 975 F.2d at 93; *see also Koch Materials Co. v. Shore Slurry Seal, Inc.*, 216 F.R.D. 301, 304 (D.N.J. 2003) ("a District Court may not consider any evidence which was not presented to the Magistrate Judge" on review of any nondispositive magistrate order under Rule 72(a) and 28 U.S.C. § 636(b)(1)(A)); *Coles v. Arizona Charlie's*, 992 F. Supp. 1214, 1218 (D. Nev. 1998) (district court "cannot now consider" on appeal from magistrate's nondispositive order any of "plaintiff's evidence" that had not been "submitted to [the] magistrate judge at the time he made his decision"); *First Savings Bank, F.S.B. v. U.S. Bancorp*, 184 F.R.D. 363, 366 (D. Kan. 1998) (confirming "the oft-stated rule that a district court may not receive further evidence when reviewing a nondispositive matter under 28 U.S.C. § 636(b)(1)(A)") (citing cases); *accord State Farm Mut. Auto Ins. Co. v. CPT Medical Services, P.C.*, 375 F. Supp. 2d 141, 158 (E.D.N.Y. 2005); *Scott Paper Co. v. United States*, 943 F. Supp. 501, 502 (E.D. Pa. 1996); *Holmes Prods. Corp. v. Dana Lighting Inc.*, 926 F. Supp. 264, 266 (D. Mass. 1996); *Estate of Gonzales ex rel.*

*Gonzales v. Hickman*, 2007 WL 3231956, \*\*2-3 (C.D. Cal. Apr. 18, 2007); *Cincinnati Ins. Co. v. Cochran*, 2005 U.S. Dist. LEXIS 44806, \*\*17-18 (N.D. Fla. Sept. 22, 2005); *SmithKline Beecham Corp. v. Apotex Corp.*, 2000 U.S. Dist. LEXIS 13606, \*\*6-7 (N.D. Ill. Sept. 13, 2000).

Hence, in this context, the district court has no discretion to consider any materials that were not before the Magistrate Judge: "Neither in the language of section 636(b)(1)(A) nor in its legislative history was the district court anointed with such authority." *Haines*, 975 F.2d at 93; *accord State Farm Mut. Auto Ins. Co.*, 375 F. Supp. 2d at 158. The settled rule prohibiting this Court from considering any "materials not before the Magistrate Judge" comports with the district court's limited role on an appeal pursuant to Rule 72(a) and section 636(b)(1)(A), which "closely resembles an appellate function." *Combs*, 2007 U.S. Dist. LEXIS 13931, at \*\*4-5.

Here, because plaintiffs' Exhibits A, B, D, and E were not before Magistrate Judge Baker, they may not be considered by this Court in the context of AstraZeneca's appeal from the Magistrate Judge's Order. Thus, not only are the exhibits on which plaintiffs now purport to rely plainly insufficient to rebut AstraZeneca's extensive showing in its appeal that Magistrate Judge Baker's Order is "contrary to law"[2] and premised on "clearly erroneous" findings, but plaintiffs' mere submission of these extra-record materials is in itself improper under well-settled law. Accordingly, AstraZeneca's motion to strike these improperly submitted materials should be granted. *See Haines*, 975 F.2d at 91-94; *see also*, *e.g.*, *SmithKline Beecham Corp.*, 2000 U.S. Dist. LEXIS 13606, at \*\*6-10 (granting "motions to strike" evidentiary materials submitted on appeal from magistrate's "nondispositive order" that were not part of record before magistrate

---

[2] It is well settled that "the phase 'contrary to law'" in Rule 72(a) and 28 U.S.C. § 636(b)(1)(A) "indicates *plenary* review" by the district court "as to matters of law." *Haines*, 975 F.2d at 91 (emphasis added). Thus, plaintiffs are wrong to suggest that this Court's plenary review of the Magistrate Judge's determination in the Order of purely *legal* issues under the "contrary to law" standard is deferential in any meaningful respect. *See* Pltfs' Opposition at 2.

3

judge, because district court "may only properly consider the evidence that was before the magistrate judge at the time of the order").

DATED: February 19, 2008          Respectfully submitted,

         */s/ Stephen J. McConnell*
         Stephen J. McConnell
         DECHERT LLP
         2929 Arch Street
         Philadelphia, PA 19103
         Telephone: (215) 994-4000
         Facsimile: (215) 994-2222
         fred.magaziner@dechert.com

         Steven B. Weisburd
         DECHERT LLP
         300 West 6th Street, Suite 1850
         Austin, TX 78701
         Telephone: (512) 394-3000
         Facsimile: (512) 394-3001

         *Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 19, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system through which all participating parties are deemed served. I further certify that, by using the CM/ECF, the foregoing has been served on Plaintiffs' liaison counsel, who is charged with serving any non-CM/ECF participants on the attached Service List.

         */s/ Eliot J. Walker*

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

5

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Steven M. Selna, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>steven.selna@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

6

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net |

| | |
|---|---|
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |