# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No.  6:06-md-1769-Orl-22DAB

_____

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Second Motion to Compel Certain Florida Plaintiffs to Provide Full and Complete Answers to Plaintiff Fact Sheet Questions for Case Selection Purposes (Doc. 817), filed January 23, 2008, to which Plaintiffs responded (Doc. 852) on February 4, 2008.  AstraZeneca seeks to compel twenty-eight Plaintiffs in this action to supplement deficient Plaintiff Fact Sheet responses.  Plaintiff responds that all twenty-eight Plaintiffs served supplemental Plaintiff Fact Sheet responses "within the last several days," thus rendering the motion moot.  In the two weeks since Plaintiffs' response, AstraZeneca has not requested an opportunity to reply to Plaintiffs' assertion of satisfactory supplementation. Therefore, the Court can only assume that Plaintiffs have adequately cured the Plaintiff Fact Sheet deficiencies identified in the instant motion, rendering AstraZeneca's request for assistance from this Court moot.

Based on the foregoing, it is **ORDERED** that AstraZeneca's Second Motion to Compel Certain Florida Plaintiffs to Provide Full and Complete Answers to Plaintiff Fact Sheet Questions for Case Selection Purposes (Doc. 817) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 19, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge