# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability
Litigation**

                                          **Case No.  6:06-md-1769-Orl-22DAB**

_____

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion Requesting That the Court Substitute the *Charlene Kirkland* Case With Another Florida Case in the Case-Specific Discovery Program Set Forth in CMO 5 (Doc. 850), to which Plaintiffs have not responded.  On January 28, 2008, the Court designated twenty-five cases for inclusion in the Florida Discovery Pool.  *See* Doc. 833.  One of those cases was *Charlene Kirkland v. AstraZeneca LP, et al.*, Case No. 6:07-cv-11223-Orl-22DAB.  In the instant motion, AstraZeneca informs the Court that Charlene Kirkland died on September 7, 2007, and no representative has yet been named to continue the lawsuit on her behalf.  Therefore, because no proper plaintiff has been named in the case, AstraZeneca seeks to have the Court eliminate her case from the Discovery Pool and replace it with an alternate case.

The Local Rule 3.01 (g) certification contained in the motion indicates that although the parties were unable to agree upon the resolution of the motion at the time it was filed, the parties were continuing to confer with respect to the relief requested.  As the response to the motion was due on February 15, 2008, and Plaintiffs have not yet responded, the Court assumes that Plaintiffs ultimately decided not to oppose the motion.  In any event, the Court agrees with

AstraZeneca that the difficulties associated with conducting discovery in this case warrant substitution of an alternate case.

Accordingly, it is **ORDERED** that AstraZeneca's Motion Requesting That the Court Substitute the *Charlene Kirkland* Case With Another Florida Case in the Case-Specific Discovery Program Set Forth in CMO 5 (Doc. 850) is **GRANTED**. *Charlene Kirkland v. AstraZeneca LP, et al.*, Case No. 6:07-cv-11223-Orl-22DAB shall hereby be removed from the Court's list of Discovery Pool designations, and *Dena M. Browning v. AstraZeneca LP, et al.*, Case No. 6:07-cv-13182-Orl-22DAB shall be substituted in its place.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 19, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge

-2-