# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

**Case No. 6:06-md-1769-Orl-22DAB**

_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** JOINT MOTION TO MODIFY THE OCTOBER 5, 2007 ORDER ESTABLISHING THE AUTHORITY AND DUTIES OF THE SM-ESI (Doc. No. 855)
>
> **FILED:** FEBRUARY 6, 2008
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED.** The modified directions to the Special Master (ESI) as set forth in the stipulated motion are approved.

**DONE** and **ORDERED** in Orlando, Florida on February 20, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record