### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

———————————————————  )
)
In Re: Seroquel Products Liability  )
Litigation                         )        Case No. 6:06 md-1769-ACC-DAB
)
MDL Docket No. 1769                )
———————————————————  )

### PLAINTIFFS' SECOND MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NON-PARTY PAREXEL MMS AND REQUEST FOR EMERGENCY HEARING

Following the December 18, 2007 status conference during which the issue of document production by non-party Parexel MMS ("Parexel") was discussed, Plaintiffs, AstraZeneca and Parexel conferred on the issues raised in Non-Party Parexel's Motion for Protective Order Regarding Plaintiff's Subpoena Duces Tecum, (Doc. No. 651), Plaintiffs' Motion to Compel Non-party Documents from Parexel (Doc. No. 654), and Parexel's Amended Opposition to Plaintiff's Motion to Compel (Doc. No. 655). The resulting agreements and unresolved issues were set forth in Plaintiffs' and Parexel's Joint Report and Statement of Narrowed Issues (Doc. No. 753) ("Joint Statement") filed with the Court on December 20, 2007.

In a letter from Parexel's counsel dated February 19, 2008, which Plaintiffs received the afternoon of February 20, 2008, Parexel advised that it does not intend to comply with the final production deadline of March 4, 2008 as set forth in the Joint Statement. (See Exhibit A) Parexel further indicated that it would need an additional 8-10 weeks to complete production. Plaintiffs responded to Parexel on February 21, 2008. (See Exhibit B) Exhibits A and B

describe the Parexel documents produced to date and the communications between the parties relating to this issue.

The Joint Statement provided that Parexel was to produce certain documents in January 2008 that would enable Plaintiffs to gain a better understanding of the Seroquel-related projects performed by Parexel at the request of AstraZeneca so that Plaintiffs could identify specific projects for which additional documents, materials and communications would be sought.  (See Joint Statement, ¶¶1-3)  On February 4, 2008, after reviewing these documents, Plaintiffs would provide Parexel with a list of the projects for which Plaintiffs sought all documents, materials and communications.  (See Joint Statement, ¶4)  On or before March 4, 2008, Parexel would produce the requested documents, materials and communications for the identified projects.  (See Joint Statement, ¶4)

As agreed, on February 4, 2008 Plaintiffs provided Parexel with a list of 200 Seroquel related projects for which additional documents, materials and communications were sought. (See Exhibit C, email from Holly M. Wheeler to Robert Mendillo with attachment)  The vast majority of the projects pertain to AstraZeneca's and Parexel's off-label promotion of Seroquel. The projects were carefully chosen based upon Plaintiffs' review of five (5) categories of documents produced by Parexel in January, including more than 500 project definitions that provided greater detail about many of Parexel's Seroquel-related projects.  Parexel now claims that Plaintiffs' request is overly broad and burdensome.  (See Exhibit A)

The Joint Statement also provided that Parexel was to produce the following category of documents on or before February 5, 2008:  (1) publication guidelines utilized by Parexel from 2000 to the present; (2) documents, materials and communications (as those terms are defined in Exhibit A to the document subpoena served on Parexel on July 2, 2007) relating to the advisory

boards meetings identified by Donna Casparro and in the project lists; (3) documents, materials and communications relating to all PowerPoint presentations and slide kits relating to Seroquel prepared by Parexel for AstraZeneca; (4) documents, materials and communications relating to CBC's continuing medical education programs relating to Seroquel or any disease state (on and off-label) for which Seroquel may have been prescribed; (5) a statement or spreadsheet providing the amounts billed per year from 2000 to the present by Parexel for work on Seroquel-related projects; (6) documents, materials and communications relating to Study 49 (BOLDER I), Study 135 (BOLDER II), and Study 114 (CAFE); and (7) the Publication List of the manuscripts relating to Seroquel which Parexel was involved in preparing and/or publishing.   Although Parexel produced many of these documents, it failed to produce the requested communications until February 19, 2008.   Included in its February 5, 2008 production were documents relating to 48 of the 200 projects identified by Plaintiffs on February 4, 2008.

In an effort to avoid further Court involvement, Plaintiffs overlooked Parexel's failure to provide the requested communications until two weeks after the agreed deadline.   However, Plaintiffs cannot ignore Parexel's declaration that it will not comply with the March 4, 2008 deadline by producing documents, materials and communication relating to the remaining 152 projects identified by Plaintiffs.   These remaining projects are unrelated to the 48 projects for which Parexel has already produced documents.   Therefore, Plaintiffs are not asking Parexel to produce duplicative materials.

General discovery has been underway in this litigation for several months.   Parexel was served with the document subpoena and a Deposition Upon Written Questions on July 2, 2007, more than seven (7) months ago.   Parexel's involvement in the marketing of Seroquel has been discussed at length in Plaintiffs' Motion to Compel Non-party Documents from Parexel (Doc.

No. 654), during the hearings on November 28, 2007 and December 18, 2007, and in the 30(B)(6) deposition of Parexel representative, Donna Casparro.   Ms. Casparro repeatedly testified that Parexel considers itself to be AstraZeneca's partner in the marketing of Seroquel. Plaintiffs are presently conducting depositions of AstraZeneca representatives.   The documents sought from Parexel are relevant to those depositions.   Furthermore, according to financial documents produced by Parexel, Parexel generated approximately $10.5 million in revenue for its work on Seroquel between 2000 and 2007, and is projecting another approximately $1.6 million in revenue in 2008.   Given the financial benefit Parexel has derived from its work on Seroquel and its close relationship with AstraZeneca, Plaintiffs believe Parexel should be required to comply with the March 4, 2008 final production deadline to which it agreed.

For these reasons, Plaintiffs respectfully request that the Court set an emergency hearing on this motion and/or order Parexel to produce the requested documents on or before March 4, 2008.

Respectfully submitted on this the 21st day of January, 2008,

By:   /s/ Holly M. Wheeler
Ed Blizzard
Holly M. Wheeler
Blizzard, McCarthy & Nabers, LLP
The Lyric Center
440 Louisiana, Suite 1710
Houston, Texas 77002
Telephone: (713) 844-3750
Facsimile: (713) 844-3755
Eblizzard@blizzardlaw.com
Hwheeler@blizzardlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

Pursuant to M.D.L.R. 3.01(g), counsel for the MDL Plaintiffs discussed the issues contained herein with counsel for Parexel MMS.  The parties were unable to resolve the issues.

/s/ Holly M. Wheeler

## CERTIFICATE OF SERVICE

I hereby certify that, on the 21st day of February, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants listed on the attached Service List.

/s/ Holly M. Wheeler

## SERVICE LIST
(As of October 16, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone:  (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com<br>jorelli@weitzlux.com<br>ychiu@weitzlux.com<br>lschultz@weitzlux.com<br>esugiarto@weitzlux.com<br>jdillion@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX  77002<br>Telephone:  (713) 425-7240<br>cbailey@bpblaw.com<br>bailey-svc@bpblaw.com<br>tcarter@bpblaw.com<br>mperrin@bpblaw.com<br>kbailey@bpblaw.com<br>ltien@bpblaw.com<br>hsantiago@bpblaw.com<br>ftrammell@bpblaw.com<br>nkoole@bpblaw.com<br>ndoyle@bpblaw.com<br>tbaker@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone:  (407) 872-2239<br>lroth@roth-law.com | Kenneth T. Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX  77010<br>Telephone:  (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Benjamin A. Krass, Esq.<br>Law Offices of Matthew F.Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone:  (617) 641-9550<br>Mp@pawalaw.com<br>bkrass@pawalaw.com | John Driscoll, Esq.<br>Seth S. Webb, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO  63101<br>Telephone:  (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com<br>swebb@brownandcrouppen.com |

## SERVICE LIST
(As of October 16, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone:  (817) 334-0762<br>kj@kjensenlaw.com<br>kjensenlaw@gmail.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX  77060<br>Telephone:  (281) 272-0797<br>mlundy@lundydavis.com<br>jdibbley@lundydavis.com | W. Todd Harvey, Esq.<br>E. Ashley Cranford, Esq.<br>Mitchell M. Breit<br>Whatley Drake & Kallas, LLC<br>2323 2nd Avenue North<br>Birmingham, AL  35203<br>Telephone:  (205) 328-9576<br>THARVEY@whatleydrake.com<br>mbreit@whatleydrake.com<br>ecf@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street<br>36th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com<br>lsabel@lskg-law.com<br>lbrandenberg@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone:  (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>**Counsel for Defendant,**<br>**Marguerite Devon French** |

# SERVICE LIST
(As of October 16, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone:  (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>**Pro Se** |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL  32503<br>Telephone:  (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>mailto:jsale@aws-law.comksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>**Pro Se** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone:  (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO  64119<br>**Pro Se** |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone:  (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>**Pro Se** |

## SERVICE LIST
(As of October 16, 2007)

**In Re: Seroquel Products Liability Litigation
MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Thomas Campion, Esq.<br>Steven M. Selna<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone:  (973) 360-1100<br>tcampion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br><br>***Counsel for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>Post Office Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Timothy E. Kapshandy, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>efilingnotice@sidley.com<br>jjobes@sidley.com<br>tkapshandy@sidley.com<br>***Counsel for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone:   (816) 471-2121<br>raines@bscr-law.com<br>***Counsel for Defendant AstraZenca, PLC*** | |

<u>**SERVICE LIST**</u>
(As of October 16, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>atravis@carltonfields.com<br>tpaecf@cfdom.net<br>***Counsel for Defendants, Astrazeneca***<br>***Pharmaceuticals, LP and Astrazeneca LP*** | Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | |
| David P. Matthews, Esq.<br>Matthews & Associates<br>2905 Sackett<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com<br>anixon@galyen.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Howard Nations<br>Lori A. Siler<br>4515 Yoakum Boulevard<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com<br>lori@howardnations.com<br>kim@howardnations.com<br>andrea@howardnations.com<br>charles@howardnations.com<br>lezzlie@howardnations.com |

<u>**SERVICE LIST**</u>
(As of October 16, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058 | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |
| Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, Texas 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com | Lizy Santiago, Esq.<br>Abraham, Watkins, Nichols,<br>Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>(713) 222-7211<br>lsantiago@abrahamwatkins.com |
| Fred T. Magaziner, Esq.<br>Marjorie Shiekman, Esq.<br>A. Elizabeth Balakhani, Esq.<br>Shane T. Prince, Esq.<br>Eben S. Flaster, Esq.<br>Margaret S. Osborne, Esq.<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com<br>michlle.kirsch@dechert.com<br>Gretchen.sween@dechert.com<br>Margaret.osborne@dechert.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |

## SERVICE LIST
(As of October 16, 2007)

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net | Linda S. Svitak<br>Bridget Ahmann<br>Krisann C. Kleibacker Lee<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>bahmann@faegre.com<br>wjohnson@faegre.com<br>klee@faegre.com |
| James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com | Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Dale Kent Perdue<br>D. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com<br>dperdue@cpaslaw.com |
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

## <u>SERVICE LIST</u>
(As of October 16, 2007)

**In Re: Seroquel Products Liability Litigation
MDL Docket No.  1769 - Orl - 22DAB**

| | |
|---|---|
| William N. Riley<br>Jamie R. Kendall<br>Price, Waterhouse & Riley, LLC<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204<br>(317)633-8787<br>eamos@price-law.com | Earl Francis Carriveau<br>1012 6th Avenue<br>Lake Charles, LA 70601-4706 |
| Michael T. Gallagher<br>The Gallagher Law Firm<br>2905 Sackett Street<br>Houston, TX 77098<br>(713) 222-8080<br>shawnaf@gld-law.com | Stacy K. Hauer<br>Charles S. Zimmerman<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>(612) 341-0400<br>(800) 755-0098<br>csz@zimmreed.com |
| Buffy Martines<br>Laminack, Pirtle & Martines<br>440 Louisiana, Suite 1250<br>Houston, TX 77002<br>(713) 292-2750<br>buffm@lpm-triallaw.com | Ted C. Wacker, Esq.<br>Robinson Cacalgnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA  92660<br>(949) 720-1288<br>twacker@rcrlaw.net |
| Craig Ball<br>craig@ball.net | Orran Lee Brown<br>obrown@browngreer.com |
| Robert W. Cowan<br>rcowan@bpblaw.com<br>nkoole@bpblaw.com | Gary Reed Gober<br>200 Fourth Avenue North<br>Suite 700<br>Nashville, TN  37219 |
| Mary J. Wrightinton<br>720 Olive Street, Suite 1800<br>St. Louis, MO  63101-2302 | Robert G. Smith<br>Lorance & Thompson, P.C.<br>Suite 500<br>2900 North Loop West<br>Houston, TX  77092 |
| Robert H. Shultz<br>Heyl, Royster<br>103 W. Vandalia Street<br>PO Box 467<br>Edwardsville, IL  62025 | Dale Kent Purdue<br>Clark Perdue Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH  43215 |

## SERVICE LIST
(As of October 16, 2007)

### In Re: Seroquel Products Liability Litigation
### MDL Docket No.  1769 - Orl - 22DAB

| | |
|---|---|
| Jason Matthew Hatfield<br>Lundy & Davis, L.L.P.<br>300 North College Avenue<br>Suite 309<br>Fayetteville, AR  72701 | Christopher A. Gomez<br>Miller & Associates<br>555 E. City Avenue, Suite 910<br>Bala Cynwyd, PA  19004 |
| John Hawkins<br>(No Information Available) | Donna Higdon<br>(No Information Available) |
| Brenda Rice<br>(No Information Available) | Evelyn Rodriguez<br>(No Information Available) |
| Steven B. Weisburd, Esq.<br>Dechert, LLP<br>3000 W. 6th Street, Suite 1850<br>Austin, TX  78701 | Mark A. Koehn<br>Whrfrat42@yahoo.com |