

# SALLY & FITCH LLP

RECEIVED
FEB 2 0 REC'D
BY:_____

Robert M. Mendillo
rmm@sally-fitch.com

ONE BEACON STREET
BOSTON, MA 02108
617 542 5542  PHONE
617 542 1542  FAX
WWW.SALLY-FITCH.COM

56 PINE STREET
PROVIDENCE, RI 02903

February 19, 2008

**BY OVERNIGHT MAIL**

Holly M. Wheeler, Esquire
Blizzard, McCarthy & Nabers, LLP
The Lyric Center
440 Louisiana Street, Suite 1710
Houston, TX 77002

      Re:    Seroquel Litigation

Dear Holly:

      I am writing to follow up on our February 12 telephone conversation regarding PAREXEL MMS's document production.

      PAREXEL MMS has been diligent and timely in producing the documents agreed to under the parties' Joint Statement. However, your most recent request of February 4 is overly broad in scope and overly burdensome with regard to the time and expense required to complete the production within the deadline sought.

      By way of background, PAREXEL MMS has already produced three DVDs of documents relating to 48 Seroquel projects and other requested information. These DVDs were produced on or ahead of their respective deadlines. Collectively, the three DVDs contained over 4.5 gigabytes of information and 11,398 documents, each containing multiple pages. A document company that we work with estimates that a gigabyte contains about 70,000 pages, so PAREXEL MMS has already produced over 315,000 pages.

      Please find the enclosed additional DVDs (labeled Disks #4, #5 and #6) containing materials requested.



PLAINTIFF'S EXHIBIT

Holly M. Wheeler, Esquire
February 19, 2008
Page 2

The contents of Disk #4 are the following:

1. E-mail communications relating to Study 49 (BOLDER I).
2. E-mail communications relating to Study 135 (BOLDER II)
3. E-mail communications relating to Study 114 (CAFÉ).

The contents of Disk #5 are the following:

1. E-mail communications relating to all PowerPoint presentations and slide kits relating to Seroquel prepared by PAREXEL for AstraZeneca.

The contents of Disk #6 are the following:

1. E-mail communications relating to CBC's continuing medical education programs relating to Seroquel or prescribing Seroquel for any disease state (on and off-label).
2. E-mail communications relating to the advisory boards meetings identified in the project codes list.

These three DVDs of emails total 1.28 gigabytes and 5,514 additional documents. This constitutes an estimated 89,600 additional pages.

The production to date – of over 404,000 pages - has imposed a substantial burden on PAREXEL MMS. The production required significant time from the Seroquel MMS team, all of whom regularly charge their hours to billable projects. It is not work that can be delegated to other employees or temporary workers, given the need for accuracy and confidentiality. To date, PAREXEL MMS employees have spent more than 120 hours on the production. This equates to uncharged billable time in excess of $23,000. Moreover, PAREXEL MMS's legal expenses to date are over $35,000. In short, PAREXEL has spent considerable time and resources on this endeavor, and has produced a substantial amount of information to you and your clients.

On February 4, you issued a second request for documents. This seeks materials and communications for 200 additional Seroquel projects to be produced by March 4. This is inconsistent with the terms and intent of the Joint Statement. You have acknowledged that you have spent only a few hours looking at the hundreds of thousands of pages of documents produced to date. Your lack of an adequate review of the documents produced to date is reflected in the fact that, including the emails produced herewith, PAREXEL MMS has already produced all documents for 48 of the 200 projects cited in your February 4 request.

Holly M. Wheeler, Esquire
February 19, 2008
Page 3

      Furthermore, it is impractical and unduly burdensome to expect PAREXEL MMS to produce all records for the remaining 152 projects by March 4. PAREXEL MMS estimates that its team will have to expend at least an additional 200 hours and $40,000 of billable time to fulfill the request, which will obviously include hundreds of thousands of additional pages. PAREXEL MMS's Seroquel team is not able to fulfill that unrealistic deadline and continue to function as a business and meet the needs of its clients. Given the scope of the supplemental request, it will take 8-10 weeks for PAREXEL MMS to complete the production.

      We would prefer to continue in the spirit of cooperation that we believe has been created. To that end, PAREXEL MMS suggests that you fully review all of the documents that have been produced so far. After such a review, we believe that you are likely to determine that you already have many of the documents sought. If additional production is required, we can discuss the projects requested, prioritize the projects at issue, and set realistic deadlines for the production in the same manner that the Joint Statement was created.

      I would also be willing to discuss any suggestions that you might have to resolve this matter. If, however, you insist on the production of 152 projects by March 4, PAREXEL MMS will be forced to review its legal options. Please review and call me to discuss. Thank you.

Very truly yours,

Robert M. Mendillo

RMM/smw
cc:    Richard L. Josephson, Esquire (w/enclosures via overnight mail)