# Holly Wheeler

| | |
|---|---|
| **From:** | Holly Wheeler |
| **Sent:** | Monday, February 04, 2008 3:39 PM |
| **To:** | 'Robert M. Mendillo' |
| **Cc:** | Richard.Josephson@bakerbotts.com; 'Scott Allen'; Edward Blizzard |
| **Subject:** | Seroquel-Parexel |
| **Attachments:** | Parexel MMS Seroquel Projects.pdf |

Dear Bob:

Attached please find the list of Seroquel related projects for which the plaintiffs seek all documents, materials and communications. These projects were selected based on our review of the three project lists (2000, 2001 and 2002-present) and the 512 project definitions provided by your client. Many of the selected projects involve advisory board meetings, PowerPoint presentations/slide kits, or the BOLDER I, II and CAFÉ studies which we previously requested and should be produced by Parexel tomorrow. The remaining materials should be produced on or before March 4th.

The 2000 project list provided by your client identifies 10 projects. Parexel did not provide project definitions for the 2000 projects and I cannot tell from the project names whether those projects are related to Seroquel or some other AstraZeneca product. If any of the 10 projects relate to Seroquel, we need those materials as well if they exist.

Please let me know if you have any questions.

Thank you.

*Holly M. Wheeler*

Lyric Center Building
440 Louisiana, Suite 1710
Houston, Texas 77002
Telephone: 713-844-3750
Facsimile: 713-844-3755


BLIZZARD, McCARTHY & NABERS, LLP

www.blizzardlaw.com


PLAINTIFF'S EXHIBIT

# Parexel MMS Seroquel Projects

## 2001

1. 2001 IFMAD Symposium Journal Supplement (6/6/01)
2. 2001 WCBP Bipolar Disorder Roundtable (6/6/01)
3. 2001-2003 Seroquel Publication Plan (6/28/01)
4. 2001 International Forum on Mood and Anxiety Disorders (IFMAD) Symposium (7/27/01)

## 2002

5. 2002 ECNP Abstract Preparation and Submission: *A 3-week multicenter, double-blind, randomized placebo-controlled trial of quetiapine fumarate in the acute treatment of mania in patients with bipolar disorder* (Mullen) (3/25/02)
6. 2002 IPS Abstract Preparation and Submission: *Quetiapine in Patients with Bipolar Disorder and Cocaine Dependence* (Brown) (4/30/02)
7. 2002 CPA Abstract Preparation and Submission: *Quetiapine as Adjunctive Treatment for Adolescent Mania* (DelBello) (5/17/02)
8. 2002 CPA Abstract Preparation and Submission: *Quetiapine Treatment of Rapid-Cycling Bipolar Disorder: An Open Prospective Study* (Ghaemi) (5/17/02)
9. 2002 APA Bipolar Disorder Roundtable (5/18/02)
10. Newsletters to Psychiatrists: Unmet Needs in Bipolar Disorder (6/4/02)
11. 2002 IPS Poster and Reprint Production: *Neuroleptic Discontinuation in Dual-Diagnosis Patients* (7/31/02)
12. 2002 ECNP Poster and Reprint Production: *Quetiapine vs Placebo as Adjunct to Mood Stabilizer for the Treatment of Acute Mania* (Trial 99) (Sachs) (7/31/02)
13. 2002 CPA Poster and Reprint Production: *Persistence with Initially Prescribed Antipsychotic Medication and Economic Outcomes in the Treatment of Bipolar Disorder* (White) (7/31/02)
14. 2002 ACNP Existing Abstract Preparation and Submission: *Quetiapine Verses Placebo as Adjunct to Mood Stabilizer for the Treatment of Acute Bipolar Mania* (10/7/02)
15. 2002 APA Scientific and Clinical Support Presentations (11/14/02)
16. 2003 NCDEU Abstract Preparation and Submission: Trial 99 (11/21/02)
17. 2003 NCDEU Abstract Preparation and Submission: Trial 104 (11/21/02)
18. 2003 NCDEU Abstract Development and Submission: Trial 105 (11/21/02)
19. 2003 NCDEU Abstract Development and Submission: Trials 104 & 105 Pooled Analysis (11/21/02)
20. 2003 NCDEU Abstract Development and Submission: Trials 99 & 100 Pooled Analysis (11/21/02)
21. Trial 99/100/104 and 105 KOL Slide Kit (12/13/02)

## 2003

22. 2003 NCDEU Abstract Preparation and Submission: Trial 99 (11/21/02)
23. Seroquel Bipolar PosterBook (1/27/03)
24. Focus on Seroquel Newsletter (2/21/03)
25. APA CME Congress Highlights Report (2/26/03)
26. 2003 NCCHC Abstract and Poster Preparation and Submission: *Quetiapine For Alcohol Use And Craving in Bipolar Disorder* (3/4/03)
27. 2003 ISPOR Poster Production and Reprints (Gianfrancesco) (4/11/03)

1

28. 2003 ICBD Poster Production and Reprints: *Quetiapine vs. Placebo for Acute Mania Associated With Bipolar Disorder* (4/11/03)
29. 2003 NCDEU Poster Production and Reprints: *Quetiapine Adjunctive Therapy for Acute Mania Associated With Bipolar Disorder* (Mullen) (4/11/03)
30. 2003 SOBT Poster Production and Reprints: *Quetiapine for Alcohol Use and Craving in Bipolar Disorder* (Brown) (4/11/03)
31. 2003 ICBD Poster Relay and Reprint Production (Combined 104 and 105) Proposal (4/11/03)
32. 2003 NCDEU Poster Production and Reprints: *Quetiapine Monotherapy for Acute Mania Associated With Bipolar Disorder* (Trial 104/105) (Jones) (5/21/03)
33. 2003 NPC Poster Production and Reprints: *Quetiapine Monotherapy for Acute Mania Associated With Bipolar Disorder* (Brecher) (5/27/03)
34. 2003 ICBD Poster Production and Reprints: *Quetiapine Treatment of Rapid-Cycling Bipolar Disorder: An Open Prospective Study* (Ghaemi) (6/25/03)
35. Health Services Research Results Standalone Meeting (8/1/03)
36. 2003 IFMAD Abstract Preparation and Submission: Trial 120 (9/16/03)
37. 2003 NCCHC Poster Relay and Reprint Proposal: *Quetiapine For Alcohol Use and Craving in Bipolar Disorder* (9/17/03)
38. 2003 ECNP Poster Relay and Disk Submission: Trial 104 (9/18/03)
39. Management of 2003 Monthly BEST Meetings (9/19/03)
40. 2003 ASCP Poster Relay and Reprint Production: *Quetiapine vs. Placebo for Acute Mania Associated With Bipolar Disorder* (Brecher) (10/13/03)
41. 2003 ASCP Poster Relay and Reprint Production: *Quetiapine for the Treatment of Mania in Bipolar Disorder: A Randomized Controlled Trial* (Paulsson) (10/13/03)
42. 2003 APNA Gianfrancesco Poster Relay and Reprint Production (10/22/03)
43. 2003 ASCP Poster Relay and Reprint Production: Trial 104, 105 (10/22/03)
44. 2003 IPS Poster Relay and Reprint Production: Trial 99, 104+105 (Brown) (10/22/03)
45. 2003 ACNP Existing Abstract Poster Relay and Reprint Production (Trial 104 + 105) (10/23/03)
46. 2003 IFMAD Poster Development/Production and Reprint Production: Trial 120 (10/23/03)
47. 2003 APA Poster and Reprint Proposal: *Quetiapine Versus Placebo as Adjunct to Mood Stabilizer for the Treatment of Acute Bipolar Mania* (Sachs) (11/14/03)
48. 2003 USPMHC Trial 99, 104, 105, 104 + 105 Abstract Preparation and Submission (11/16/03)
49. 2003 AMCP Gianfrancesco Abstract Submission (11/24/03)
50. 2004 NCDEU Abstract Proposal (11/24/03)

**2004**

51. 2004 Seroquel International Advisory Board Meeting (10/16/03)
52. 2004 SOBP Trial 99, 104, 105, 104 + 105 Abstract (10/22/03)
53. 2004 APA New Research Abstract Development and Submission (10/24/03)
54. 2004 ICBP and ISBD Trial 99/100/104 and 105 Poster Relay and Reprint Production (1/22/04)
55. 2004 Maintenance of Seroquel Bipolar Disorder Platinum Database (3/17/04)
56. 2004 BEST Meeting Management (3/17/04)
57. 2004 Single Sponsored Journal: Clinical Approaches in Bipolar Disorders (3/17/04)
58. 2004 Bipolar Publication Planning and Management Fee (3/17/04)
59. US Bipolar Publication Plan Management (Focus on Bipolar Depression) (4/5/04)
60. 2004 ISS Malaysian Manuscript (4/20/04)
61. Primary Manuscript: *Efficacy and Safety of Rapid Quetiapine Dose Escalation Compared With Divalproex Sodium for the Treatment of Bipolar Mania* (Fleck) (6/3/04)
62. 2004 Trial 49 Primary Manuscript (M02): *Quetiapine in the Treatment of Bipolar I Depression: A Randomized, Double-Blind, Placebo-Controlled Study* (6/3/03)
63. 2004 Trial 49 Primary Manuscript (M01): *The Efficacy and Safety of Quetiapine in the Treatment*

2

*of Bipolar Depression: A Randomized, Double-Blind, Placebo-Controlled Study* (6/3/04)
64. 2004 International Advisory Board Meeting Hypothesis Generation (6/7/04)
65. Bipolar Depression (Trial 49) Publication Planning Committee Meeting Teleconferences (6/14/04)
66. 2004 APA Roundtable Discussion: The Role of Atypical Antipsychotics in the Management of Bipolar Depression (6/15/04)
67. Mania Secondary Manuscript: *Effective Dose of Quetiapine in the Treatment of Bipolar Mania* (6/16/04)
68. Mania Secondary Manuscript: *Randomized Studies of Quetiapine in Bipolar Mania: Specificity of Effect versus Placebo* (6/16/04)
69. 2004 AACAP Poster: *Atypical Antipsychotics for the Treatment of Pediatric Bipolar Disorder* (DelBello) (6/24/04)
70. 2004 Trial 49 Primary Manuscript (M03): *Quetiapine in the Treatment of Anxiety in Patients With Bipolar I & II Depression: A Randomized, Double-Blind, Placebo-Controlled Study* (6/24/04)
71. 2004 Trial 49 Primary Manuscript (M04): *Quetiapine in the Treatment Bipolar II Depression: A Randomized, Double-Blind, Placebo-Controlled Study* (6/24/04)
72. 2004 Trial 49 Primary Manuscript (M05): *Quetiapine in the Treatment of Patients With Bipolar Depression and a Rapid Cycling Disease Course: Data From a Randomized, Controlled Study* (6/24/04)
73. 2004 Trial 49 Primary Manuscript (M06A): *A Randomized, Double-Blind, Placebo-Controlled Study of Quetiapine in the Treatment of Bipolar I & II Depression: Improvements in Sleep* (6/24/04)
74. 2004 Trial 49 Primary Manuscript (M06B): *A Randomized, Double-Blind, Placebo-Controlled Study of Quetiapine in the Treatment of Bipolar I & II Depression: Improvements in Quality of Life* (6/24/04)
75. 2004 Trial 49 Primary Manuscript (M07): *Remission and Response in the Treatment of Bipolar Depression – Time-to-Event and NNT Analyses From a Large Randomized Controlled Study* (6/24/04)
76. 2004 Trial 49 Review Article (M08): *Quetiapine for the Treatment of Depressive Symptoms in Psychotic and Mood Disorders: A Review* (6/24/04)
77. 2004 Trial 49 Review Article (M09): *Bipolar Depression and its Treatment: A Review* (6/24/04)
78. 2004 Trial 49 Review Article (M010): *Quetiapine for the Treatment of Bipolar Disorder: A Review of Safety and Tolerability* (6/24/04)
79. 2004 Trial 49 Review Article (M011): *Quetiapine for the Treatment of Bipolar II Disorder in Women* (6/24/04)
80. 2004 ISS Program Publications Toolkit and Training Workshop (7/21/04)
81. ISS Primary Manuscript: *Quetiapine Combination Therapy in the Treatment of Psychotic Depression* (Kasper) (7/21/04)
82. 2004 Letter to the Editor of American Journal of Psychiatry (7/21/04)
83. 2004 Additional Congress Activity – BOLDER related activity (7/21/04)
84. Updating the *Core Training Manual For Bipolar Disorder* (9/14/04)
85. Mania Primary Manuscript: Trial 100: *An International, Multicenter, Double-blind, Randomized, Placebo-controlled Study of the Safety and Efficacy of Quetiapine Combination Therapy with Lithium or Divalproex in the Treatment of Acute Mania* (9/23/04)
86. Sleep Disorders & Mental Health Slide Kit (11/1/04)
87. Primary Care (PCP) Slide Lecture Program (11/9/04)
88. Primary Care (PCP) Slide Lecture Program (11/12/04)
89. 2004 Primary Manuscript Carryover (no date)

**2005**

90. 2005 ACP-ASIM Abstract Retreads – Seroquel Bipolar Depression (Trial 49) (6/24/04)
91. 2005 AMCP Abstract Retreads – Seroquel Bipolar Depression (Trial 49) (6/24/04)
92. 2005 U.S. Bipolar Depression Publication Plan Management Fees (11/10/04)
93. 2005 APA Abstract Submissions (11/22/04)
94. 2005 Hypotheses Generation and Dissemination Program (1/1/05)
95. Primary Care Slide Lecture Program (2/10/05)
96. 2005 U.S. Bipolar Depression Publication Plan Management Fees (2/14/05)
97. 2005 AAGP Poster Project (2/14/05)
98. 2005 ICBD Abstract Submissions (2/14/05)
99. 2005 AACAP Abstract: *Pharmacokinetics, Safety and Tolerability of Quetiapine in Children and Adolescents* (2/14/05)
100. 2005 AAGP Poster: *Switching From Risperidone to Quetiapine in Elderly Patients With Dementia: A Retrospective Study* (Madhusoodanan) (2/14/05)
101. 2005 AMCP Poster: *Effect of Study Design On Antipsychotic-Related Risk of Diabetes In A Medicaid Population* (Gianfrancesco) (2/14/05)
102. 2005 ICOSR Poster Development and Production (2/14/05)
103. 2005 SSAACAP ISS Abstract Retread: *Quetiapine Efficacy in Bipolar Adolescents with Depressive Symptoms* (2/14/05)
104. 2005 ICBD Abstract Submissions – ISS (2/15/05)
105. 2005 APA Posters & Oral Reports/Workshops (2/15/05)
106. 2005 CATIE Task Force Communications Support (3/4/05)
107. 2005 BEST Meeting Management (3/14/05)
108. 2005 Bipolar Publication Planning and Management Fee (3/14/05)
109. ISS Primary Manuscript: *An Open Multicentre Phase II Pilot Study Examining the Safety, Efficacy and Tolerability of Fast Titrated (800 mg/day by day 4) Quetiapine Fumarate in the Treatment of Bipolar 1 Manic Episode – FATIMA study* (Seghers) (3/18/05)
110. Addendum Primary Care Slide Lecture Program (3/25/05)
111. CATIE Task Force Scenario Planning Workshop (4/4/05)
112. Primary Manuscript Variance: *Quetiapine Monotherapy for Mania Associated with Bipolar Disorder: Analysis of Two International, Double-Blind, Randomized, Placebo-Controlled Studies* (Vieta) (4/14/05)
113. 2005 ICOSR Additional Activities (4/29/05)
114. 2005 APA Poster Development and Production (4/29/05)
115. BOLDER I Slide Kit Update (5/19/05)
116. CAFE Primary Manuscript: *A randomized, double-blind trial comparing olanzapine, quetiapine, and risperidone in the treatment of first-episode psychosis* (McEvoy) (6/6/05)
117. CAFE Safety Manuscript (6/6/05)
118. 2005 ASCP Abstract Submissions (6/13/05)
119. 2005 ICBD Poster Relay and Production (6/13/05)
120. 2005 NCDEU Poster Reprint: *The Cost-Effectiveness of Quetiapine for Alzheimer's Disease in Community Dwelling Patients* (Getsios) (6/13/05)
121. 2005 Roundtable Discussion (6/15/05)
122. CAFE Data Interpretation Meeting (6/21/05)
123. CAFE Communications Support (6/21/05)
124. Seroquel Bipolar Mania Slide Kit Update (6/28/05)
125. 2005 AACAP Poster Production (8/12/05)
126. BOLDER 2 Primary Manuscripts (8/12/05)
127. Seroquel Bipolar Mania Slide Kit Update (8/15/05)
128. 2005 ACNP DelBello Abstract (8/16/05)

129. 2005 APA Bipolar ISS Poster Presentations (8/16/05)
130. CAFÉ Study Q&A Document (9/12/05)
131. 2005 AACAP Bipolar Poster Relay: *Quetiapine Efficacy in Bipolar Adolescents With Depressive Symptoms (ISS)* (DelBello) (9/20/05)
132. 2005 IFMAD Bipolar Premier Presentation – Poster: *Onset of action of quetiapine monotherapy in bipolar mania* (9/20/05)
133. 2005 IFMAD Abstract Submissions: *Onset of Action of quetiapine monotherapy in bipolar mania* (9/21/05)
134. CAFÉ Global Communication Support (10/11/05)
135. CAFE Weekly Teleconference Support (10/24/05)
136. SWIFT Management of Monthly 2006 Meetings (11/2/05)
137. Kasper Manuscript Resubmission: *Quetiapine in combination with citalopram in patients with unipolar psychotic depression* (11/16/05)
138. M02 Primary Manuscript Revision and Resubmission: *A Double-Blind, Randomized, Placebo-Controlled Evaluation of Quetiapine in the Treatment of Patients With Bipolar I Depression* (Keck) (12/5/05)
139. M03 Primary Manuscript Revision and Resubmission: *Quetiapine in the Treatment of Anxiety in Patients with Bipolar I or II Depression: A Secondary Analysis of a Randomized, Double-Blind, Placebo-Controlled Study* (Hirschfeld) (12/6/05)

## 2006

140. Q1-Q2 2006 CAFE Weekly Teleconference Support (1/21/06)
141. 2006 U.S. Bipolar Depression Publication Plan Management Fees (2/14/05)
142. 2006 AAGP Abstract Submissions (8/12/05)
143. 2006 APA Abstract Development and Submission (LCM) (Trial 49 and 135) (8/12/05)
144. 2006 APA Abstract Development and Submission (schizophrenia/CAFÉ) (8/12/05)
145. 2006 APA Oral Session Abstract Development and Submission (schizophrenia/CAFÉ) (8/12/05)
146. 2006 CATIE Task Force Communications Support (12/28/05)
147. 2006 CPNP Abstract Submissions (1/12/06)
148. 2006 NCDEU Abstract Submissions (1/12/06)
149. 2006 CPNP Depression Abstract Submission (1/21/06)
150. 2006 NCDEU Depression Abstract Submissions (1/21/06)
151. 2006 NCDEU LCM Abstract Submissions (1/21/06)
152. 2006 AACAP LCM Abstract Development & Submission (3/13/06)
153. 2006 AAGP Mania Poster Relay and Production: *Quetiapine for the treatment of bipolar mania in older adults* (Sajatovic) (3/13/06)
154. BOLDER Secondary Manuscript - *Efficacy of Quetiapine monotherapy in bipolar I depression: combined results from two placebo-controlled studies* (M12) (3/13/06)
155. BOLDER Secondary Manuscript – *The effects of quetiapine on suicidality in bipolar depression* (M11) (3/13/06)
156. Seroquel Bipolar Publications 2006 SOW (3/17/06)
157. Black Box Market Research (3/27/06)
158. BOLDER Secondary Manuscript – *Quetiapine for the treatment of bipolar II depression: analysis of data from two randomized, double-blind, placebo-controlled studies* (M04) (4/10/06)
159. 2006 Ad Hoc Publication Management Fees (4/10/06)
160. 2006 CPNP Depression Poster Development (4/10/06)
161. CATIE Q2-Q4 2006 Task Force Support (4/11/06)
162. 2006 APA Depression Poster Development (5/10/06)
163. 2006 APA Schizophrenia Poster Development (CAFÉ) (5/10/06)
164. 2006 APA LCM Poster Development (5/10/06)

165. 2006 SOBP LCM Poster Development: *Quetiapine for the treatment of cocaine dependence* (Kennedy) (5/15/06)
166. 2006 RSA LCM Poster Relay and Production: *Randomized, placebo-controlled trial of quetiapine for the treatment of alcohol dependence* (Pettinati) (6/7/06)
167. 2006 ASCP Schizophrenia Abstract Submission: *Quetiapine versus risperidone in elderly patients with behavioural and psychological symptoms of dementia (BPSD): efficacy, safety and cognitive function* (Rainer) (6/8/06)
168. 2006 IPS Depression Abstract Submissions (6/8/06)
169. 2006 IPS LCM Abstract Submission: *Quetiapine augmentation of SSRIs/SNRIs in major depression with anxiety* (McIntyre) (6/8/06)
170. 2006 IPS Schizophrenia Abstract Development & Submission: *Olanzapine, quetiapine, and risperidone in first-episode schizophrenia* (Lazarus) (6/8/06)
171. 2006 NCDEU Depression Poster Relay and Production (6/8/06)
172. 2006 NCDEU LCM Poster Relay and Production (6/8/06)
173. MDD-GAD Ad Board November 2006 (8/31/06)
174. Preparation of Health Economic and Outcomes Research (HEOR) Related Documents to be used by HEOR Field Group (9/1/06)
175. Seroquel SR for Schizophrenia Promotional Guide (9/5/06)
176. Q3-Q4 2006 CAFÉ Management & Teleconference Support (9/11/06)
177. 2006 AACAP LCM Poster Relay and Production: *Quetiapine efficacy in adolescents at high risk for bipolar disorder* (DelBello) (10/9/06)
178. BOLDER Secondary Manuscript – Q-Les-Q, PSQI & SDS (M13) (10/9/06)
179. 2006 ASCP Schizophrenia Poster Relay and Production: *Quetiapine versus risperidone in elderly patients with behavioral and psychological symptoms of dementia (BPSD): efficacy, safety and cognitive function* (Wick) (10/9/06)
180. 2006 IPS LCM Poster Development (10/25/06)
181. 2006 IPS Schizophrenia Poster Development: *Olanzapine, quetiapine, and risperidone in first-episode schizophrenia: subset analysis from the CAFE study* (Lazarus) (10/25/06)
182. 2006 IPS Depression Poster Relay and Production (10/26/06)
183. Seroquel Scientific Data Bank (11/17/06)

**2007**

184. 2007 AMCP Health Outcomes Abstract Development & Submission (10/25/06)
185. 2007 APA Schizophrenia Abstract Development & Submission: *Weight and metabolic changes during 52 weeks of treatment with second-generation antipsychotics in the CAFE schizophrenia study* (Buckley) (12/5/06)
186. 2007 Seroquel US Publication Management Fees (2/7/07)
187. 2007 AACAP Mania Abstract Development & Submission: *Efficacy of Quetiapine in Children and Adolescents With Bipolar Mania* (DelBello) (2/7/07)
188. 2007 CAFE Management Fees (3/8/07)
189. 2007 ICOSR Oral Session Slide Development (slide deck consisting of 15 PowerPoint slides based on CAFE metabolic data) (3/8/07)
190. 2007 Seroquel US Ad Hoc Management Fees (3/9/07)
191. 2007 AOA Depression Abstract Development & Submission: *Treatment of bipolar disorder with quetiapine in the primary care setting* (Levy/Weisler) (4/5/07)
192. 2007 SOBP Depression Poster Development & Production (4/18/07)
193. BOLDER Suicidality Manuscript Rewrite & Submission (6/8/07)
194. HEOR Slide Kit and Manuscript Development (9/12/07)
195. 2007 AACAP Mania Poster Development and Production (DelBello) (9/25/07)
196. 2007 IPS LCM Poster Development & Production (9/25/07)

197. 2007 ACNP LCM Poster Development and Production (11/21/07)
198. ISS Manuscript Edits and Management Fees (11/26/07)

199. Primary Manuscript – DelBello (no date)
200. War Games (no date)