# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

_____/

**Case No. 6:06-md-1769-Orl-22DAB**

## ORDER

This cause came on for consideration of Plaintiffs' Second Motion to Compel Production of Documents From Non-Party Parexel MMS and Request for Emergency Hearing (Doc. No. 871). Parexel is **ORDERED** to electronically file a response to Plaintiffs' Second Motion to Compel Production of Documents From Non-Party Parexel MMS by February 26, 2008 at 5:00 p.m.

**DONE** and **ORDERED** in Orlando, Florida on February 22, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record