## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **CORY COLLINS,** | Case No.: 6:07-cv-00152-ACC-DAB |
| **Plaintiff,** | Judge: Hon. Anne C. Conway |
| vs. | |
| **ASTRAZENECA PHARMACEUTICALS LP,** | IN RE: MDL 1769 Seroquel |
| **Defendant.** | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW, counsel for Plaintiff, Cory Collins, and move this Court for an entry of an order granting plaintiffs' counsel's Motion for Leave to Withdraw as Counsel for Cory Collins on the grounds that Plaintiff, Cory Collins, is not communicating with Plaintiffs' counsel and as more fully shown in the attached Memorandum of Points and Authorities.

BROWN & CROUPPEN, P.C.

  /s/ John J. Driscoll
JOHN J. DRISCOLL, #6276464
720 Olive Street
Suite 1800
St. Louis, Missouri  63101
314-421-0216
314-421-0359 facsimile

***ATTORNEY FOR PLAINTIFF***

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **CORY COLLINS,** § § § **Plaintiff,** § § vs. § § § **ASTRAZENECA** § **PHARMACEUTICALS LP,** § § **Defendant.** § § § § | Case No.: 6:07-cv-00152-ACC-DAB<br><br>Judge: Hon. Anne C. Conway<br><br><br>IN RE: MDL 1769 Seroquel |

### DECLARATION/MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY PLAINTIFF'S COUNSEL TO WITHDRAW AS COUNSEL FOR PLAINTIFF CORY COLLINS ONLY

On or about June 21, 2006, the law firm of Brown & Crouppen, P.C. was retained by Plaintiff Cory Collins to pursue a claim for injuries and damages due to Plaintiff's ingestion of the prescription drug Seroquel.

As of approximately October 2007, Mr. Collins has not been cooperating or maintaining communication with counsel as is necessary in order to further litigate his Seroquel claim.

Counsel for Plaintiffs has made numerous attempts to communicate with Mr. Collins via telephone and U.S. Postal Service on 10/9/07, 10/15/07, 10/25/07, 11/8/07, 11/9/07, 11/30/07, and 1/2/08. Despite these efforts, Counsel has been unable to communicate with Plaintiff, and, thus, is not able to adequately represent Plaintiff further in these proceedings.

Counsel for Plaintiff, therefore requests permission to withdraw as counsel for Mr. Collins.

This declaration is made under penalty of perjury.

                                      BROWN & CROUPPEN, P.C.

                                       /s/ John J. Driscoll
                                      JOHN J. DRISCOLL, #6276464
                                      720 Olive Street
                                      Suite 1800
                                      St. Louis, Missouri  63101
                                      314-421-0216
                                      314-421-0359 facsimile

                                      ***ATTORNEY FOR PLAINTIFF***

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **CORY COLLINS,** § § § | |
| **Plaintiff,** § § | Case No.: 6:07-cv-00152-ACC-DAB |
| vs. § § | |
| § | Judge: Hon. Anne C. Conway |
| **ASTRAZENECA** § **PHARMACEUTICALS LP,** § § | |
| **Defendant.** § § § | IN RE: MDL 1769 Seroquel |

### ORDER

Upon Motion by Plaintiffs' counsel to withdraw as counsel for Plaintiff, Cory Collins, only, and good cause appearing, it is hereby

**ORDERED,** that the motion of Plaintiffs' counsel for Leave to Withdraw as Counsel for Plaintiff Cory Collins, is hereby **GRANTED.**

ENTERED this day of _____, 2008.

_____

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of February, 2008, I have served a true and correct copy of the foregoing Motion for Leave to Withdraw as Counsel for Plaintiff Cory Collins, Memorandum of Points and Authorities, and proposed Order, upon all counsel of record by e-service and upon Plaintiff, Cory Collins, at his last known address, as follows:

>   Cory Collins
>   2162 Starlight Ct., #C
>   Alamogordo, NM  88310

>   BROWN & CROUPPEN, P.C.
>
>    /s/ John J. Driscoll
>   JOHN J. DRISCOLL, #6276464
>   720 Olive Street
>   Suite 1800
>   St. Louis, Missouri  63101
>   314-421-0216
>   314-421-0359 facsimile
>
>   ***ATTORNEY FOR PLAINTIFF***