# SALLY & FITCH LLP

Robert M. Mendillo
rmm@sally-fitch.com

ONE BEACON STREET
BOSTON, MA 02108
617 542 5542   PHONE
617 542 1542   FAX
WWW.SALLY-FITCH.COM

56 PINE STREET
PROVIDENCE, RI 02903

January 10, 2008

**BY OVERNIGHT MAIL**

Holly M. Wheeler, Esquire
Blizzard, McCarthy & Nabers, LLP
The Lyric Center
440 Louisiana Street, Suite 1710
Houston, TX 77002

  Re: <u>Seroquel Litigation</u>

Dear Holly:

  Pursuant to the agreement that we filed with the Court on December 20, 2007, enclosed is a DVD that has been labeled "Disc #1 Legal: Response to Seroquel Subpoena." This DVD includes the following:

  1. Documents that Parexel agreed to produce on or before January 14, 2008; and

  2. A representative sampling of ten (10) "time and event schedules" for the projects identified in the project lists, which Parexel agreed to produce on or before January 18, 2008.

  I am also providing this disc to Attorney Josephson.

  Pursuant to the agreement that plaintiffs have with AstraZeneca to share reasonable duplication costs of Parexel's production, I trust that you and Mr. Josephson will arrange to have three (3) "Bates-stamped" copies of Disc #1 made, one for plaintiffs, one for AstraZeneca, and one for Parexel. I suggest that each page be labeled PXL 00001, etc., and be stamped CONFIDENTIAL.

Holly M. Wheeler, Esquire
January 10, 2008
Page 2

Please call me if you have any questions.

Very truly yours,

Robert M. Mendillo

RMM/smw
Enclosure

cc:  Richard L. Josephson, Esq. (Via Overnight Mail)
     Baker Botts LLP
     One Shell Place
     910 Louisiana Street
     Houston, TX 77002-4995





Robert M. Mendillo
rmm@sally-fitch.com

ONE BEACON STREET
BOSTON, MA 02108
617 542 5542   PHONE
617 542 1542   FAX
WWW.SALLY-FITCH.COM

56 PINE STREET
PROVIDENCE, RI 02903

January 17, 2008

**VIA E-MAIL**

Holly M. Wheeler, Esquire
Blizzard, McCarthy & Nabers, LLP
The Lyric Center
440 Louisiana Street, Suite 1710
Houston, TX 77002

      Re:    <u>Seroquel Litigation</u>

Dear Holly:

    I am writing to clarify my letter of January 10, 2008, which I sent to you with DVD Disc #1.

    Disc #1 contains the documents that we agreed to produce by January 14 <u>and</u> by January 18. Specifically, Disc #1 contains four (4) folders:

- Master Service Agreements
- Project Code List
- Project Definitions
- T & Es ("time and event schedules").

    Please note that the Excel spreadsheet is in the Project Code List folder. Thus, all five categories of documents listed in paragraphs 1 and 2 of the Joint Report have been produced.

    Please let me know if you have any questions.

Very truly yours,

Robert M. Mendillo

RMM/smw
cc:    Richard L. Josephson, Esquire (via email)

**Subject: Parexel/Seroquel Production**
**Date:** Wednesday, January 23, 2008 2:04 PM
**From:** Robert M. Mendillo <rmm@sally-fitch.com>
**To:** Holly Wheeler <hwheeler@blizzardlaw.com>
**Cc:** <Richard.Josephson@bakerbotts.com>



Dear Holly:

I hope all is well.

Parexel is next scheduled to produce documents by February 5th, and it is in the process of collecting together those documents. As of today, I anticipate that we will be able to produce on time all of the requested documents except for emails.

As you can imagine, the volume of emails is substantial, and identifying them, gathering them together, and reviewing them is quite a time-consuming task. Moreover, while we have a team working on the entire project, its leader, Donna Casparro, left yesterday for a very important business meeting in India. She had to spend a good amount of time preparing for the meeting, and she will not be back from India until February 1st.

Under these circumstances, I would ask your cooperation regarding the emails. I have two proposals. First, you could defer your request for emails until after you have had an opportunity to review all of the documents we have produced so far and will be producing by the 5th. The advantage of deferring would be that perhaps you could narrow the scope of emails you want to see. Just as we want to make our task easier if possible, I trust that you do not want to review thousands of emails that may not have any bearing on your case. Simply put, deferring could make it easier for both sides.

Second, if deferring is not acceptable to you, then we will simply need more time to produce emails. We will need at least three more weeks. Please realize that neither Parexel nor I are trying to be difficult. Based upon the last hearing, we want to get through this, and so far we have produced our documents before their due dates. The emails in particular are just a lot of work that will take longer than we had hoped.

So, after you have had an opportunity to review this, please let me know how you want to proceed, and please call me if you want to discuss this.

Thank you.

Regards,

Bob


--
Robert M. Mendillo, Esquire
Sally & Fitch LLP
One Beacon Street
Boston, MA 02108
617-542-5542-Main




# SALLY & FITCH LLP

Robert M. Mendillo
rmm@sally-fitch.com

ONE BEACON STREET
BOSTON, MA 02108
617 542 5542   PHONE
617 542 1542   FAX
WWW.SALLY-FITCH.COM

56 PINE STREET
PROVIDENCE, RI 02903

February 4, 2008

**BY OVERNIGHT MAIL**

Holly M. Wheeler, Esquire
Blizzard, McCarthy & Nabers, LLP
The Lyric Center
440 Louisiana Street, Suite 1710
Houston, TX 77002

    Re:    <u>Seroquel Litigation</u>

Dear Holly:

Pursuant to the agreement that we filed with the Court on December 20, 2007, enclosed are DVDs that have been labeled "Disc #1 and Disc #3.

The contents of Disk #2 are the following:

1. Publication guidelines utilized by PAREXEL from 2000 to present.

2. Documents and materials relating to all PowerPoint presentations and slide kits relating to Seroquel prepared by PAREXEL for AstraZeneca.

3. Documents and materials relating to CBC's continuing medical education programs relating to Seroquel or prescribing Seroquel for any disease state (on and off-label).

4. Billing statement from 2000 to present for work on Seroquel-related projects.

5. Documents and materials relating to Study 49 (BOLDER I).

6. Documents and materials relating to Study 135 (BOLDER II).

7. Documents and materials relating to Study 114 (CAFÉ).

Holly M. Wheeler, Esquire
February 4, 2008
Page 2

    8.    Publication list of the manuscripts relating to Seroquel which PAREXEL was involved in preparing and/or publishing.

The contents of Disk #3 are the following:

    1.    Documents and materials relating to the advisory boards meetings identified in the project codes list.

I am also providing these discs to Attorney Josephson.

Please note that we are working on gathering all communications (e-mails) relating to the projects listed above and these will hopefully be sent to you by February 21, 2008.

Pursuant to the agreement that plaintiffs have with AstraZeneca to share reasonable duplication costs of Parexel's production, I trust that you and Mr. Josephson will arrange to have three (3) "Bates-stamped" copies of these discs made, one for plaintiffs, one for AstraZeneca, and one for Parexel. I suggest that each page be labeled PXL 0000__, etc., and be stamped CONFIDENTIAL.

Please call me if you have any questions.

Very truly yours,

Robert M. Mendillo

RMM/smw
Enclosures

cc:    Richard L. Josephson, Esq. (Via Overnight Mail w/enclosures)
       Baker Botts LLP
       One Shell Place
       910 Louisiana Street
       Houston, TX 77002-4995





# SALLY & FITCH LLP

Robert M. Mendillo
rmm@sally-fitch.com

February 19, 2008

ONE BEACON STREET
BOSTON, MA 02108
617 542 5542 PHONE
617 542 1542 FAX
WWW.SALLY-FITCH.COM

56 PINE STREET
PROVIDENCE, RI 02903

**BY OVERNIGHT MAIL**

Holly M. Wheeler, Esquire
Blizzard, McCarthy & Nabers, LLP
The Lyrie Center
440 Louisiana Street, Suite 1710
Houston, TX 77002

Re: Seroquel Litigation

Dear Holly:

I am writing to follow up on our February 12 telephone conversation regarding PAREXEL MMS's document production.

PAREXEL MMS has been diligent and timely in producing the documents agreed to under the parties' Joint Statement. However, your most recent request of February 4 is overly broad in scope and overly burdensome with regard to the time and expense required to complete the production within the deadline sought.

By way of background, PAREXEL MMS has already produced three DVDs of documents relating to 48 Seroquel projects and other requested information. These DVDs were produced on or ahead of their respective deadlines. Collectively, the three DVDs contained over 4.5 gigabytes of information and 11,398 documents, each containing multiple pages. A document company that we work with estimates that a gigabyte contains about 70,000 pages, so PAREXEL MMS has already produced over 315,000 pages.

Please find the enclosed additional DVDs (labeled Disks #4, #5 and #6) containing materials requested.

Holly M. Wheeler, Esquire
February 19, 2008
Page 2

The contents of Disk #4 are the following:

1. E-mail communications relating to Study 49 (BOLDER I).
2. E-mail communications relating to Study 135 (BOLDER II)
3. E-mail communications relating to Study 114 (CAFÉ).

The contents of Disk #5 are the following:

1. E-mail communications relating to all PowerPoint presentations and slide kits relating to Seroquel prepared by PAREXEL for AstraZeneca.

The contents of Disk #6 are the following:

1. E-mail communications relating to CBC's continuing medical education programs relating to Seroquel or prescribing Seroquel for any disease state (on and off-label).
2. E-mail communications relating to the advisory boards meetings identified in the project codes list.

These three DVDs of emails total 1.28 gigabytes and 5,514 additional documents. This constitutes an estimated 89,600 additional pages.

The production to date – of over 404,000 pages - has imposed a substantial burden on PAREXEL MMS. The production required significant time from the Seroquel MMS team, all of whom regularly charge their hours to billable projects. It is not work that can be delegated to other employees or temporary workers, given the need for accuracy and confidentiality. To date, PAREXEL MMS employees have spent more than 120 hours on the production. This equates to uncharged billable time in excess of $23,000. Moreover, PAREXEL MMS's legal expenses to date are over $35,000. In short, PAREXEL has spent considerable time and resources on this endeavor, and has produced a substantial amount of information to you and your clients.

On February 4, you issued a second request for documents. This seeks materials and communications for 200 additional Seroquel projects to be produced by March 4. This is inconsistent with the terms and intent of the Joint Statement. You have acknowledged that you have spent only a few hours looking at the hundreds of thousands of pages of documents produced to date. Your lack of an adequate review of the documents produced to date is reflected in the fact that, including the emails produced herewith, PAREXEL MMS has already produced all documents for 48 of the 200 projects cited in your February 4 request.

Holly M. Wheeler, Esquire
February 19, 2008
Page 3

Furthermore, it is impractical and unduly burdensome to expect PAREXEL MMS to produce all records for the remaining 152 projects by March 4. PAREXEL MMS estimates that its team will have to expend at least an additional 200 hours and $40,000 of billable time to fulfill the request, which will obviously include hundreds of thousands of additional pages. PAREXEL MMS's Seroquel team is not able to fulfill that unrealistic deadline and continue to function as a business and meet the needs of its clients. Given the scope of the supplemental request, it will take 8-10 weeks for PAREXEL MMS to complete the production.

We would prefer to continue in the spirit of cooperation that we believe has been created. To that end, PAREXEL MMS suggests that you fully review all of the documents that have been produced so far. After such a review, we believe that you are likely to determine that you already have many of the documents sought. If additional production is required, we can discuss the projects requested, prioritize the projects at issue, and set realistic deadlines for the production in the same manner that the Joint Statement was created.

I would also be willing to discuss any suggestions that you might have to resolve this matter. If, however, you insist on the production of 152 projects by March 4, PAREXEL MMS will be forced to review its legal options. Please review and call me to discuss. Thank you.

Very truly yours,

Robert M. Mendillo

RMM/smw
cc: Richard L. Josephson, Esquire (w/enclosures via overnight mail)