UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

DECLARATION OF WILLIAM ADAMS IN SUPPORT OF ASTRAZENECA'S [EMERGENCY] MOTION FOR A LIMITED EXTENSION OF TIME TO SEARCH FOR AND PRODUCE RESPONSIVE DOCUMENTS AS TO TWO OF THE FIVE CATEGORIES OF DOCUMENTS ORDERED TO BE PRODUCED IN THE FEBRUARY 21, 2008 ORDER

1.  My name is William Adams. I make this declaration pursuant to 28 U.S.C. § 1746 in connection with AstraZeneca's Motion for a Limited Extension of Time to Search for and Produce Responsive Documents as to Two of the Five Categories of Documents Ordered to be Produced in the February 21, 2008 Order. I am familiar with the matters stated herein, based on my personal knowledge, and declare under penalty of perjury that the following information is true and correct.

2.  The purpose of my declaration is to set forth the work that my firm, FTI Consulting, Inc. ("FTI"), is undertaking in order to assist AstraZeneca with its electronic discovery obligations, and to explain the time and efforts required to complete that work.

3.  I am a senior managing director in FTI's technology practice. Among other things, FTI specializes in electronic file-processing, document review efficiency consulting and production in connection with discovery in complex litigation. FTI is one of the leading firms in the country in this area. We are located in 24 U.S. cities, London, and Melbourne, and FTI's total workforce consists of approximately 1,300 employees, including numerous PhDs, MBAs, CPAs, CIRAs and CFEs. FTI advisors have extensive

- 1 -

- 2 -

experience in many litigation support technologies, including "Ringtail," a web-based litigation support technology that enables geographically-distributed legal teams to acquire, cull, review, and produce both electronic and paper documents.

4.   Generally, FTI's role is in the "middle slice" and "fourth slice" of the process by which electronically stored information ("ESI") is identified, loaded, reviewed and ultimately produced. (FTI's role in processing, loading and hosting documents for review and production comes after the preceding or "first slice," which is the collection of ESI, and before the "third slice," which consists of legal review of the documents to determine what exclusions and redactions are appropriate.) FTI is also responsible for the mechanics of the ultimate delivery of the production (the "fourth slice").

5.   FTI has been retained by AstraZeneca to assist with several additional aspects of the current discovery effort including the following tasks.

- Migration of documents and data from previous vendors into the Ringtail review platform.
- Reconciliation of collections made by AstraZeneca and the processing of those collections by previous vendors including visits to the other vendors' sites and examination of processing documentation.
- Reprocessing of all custodial email in order to correct previous errors and to collect specific email metadata requested by Plaintiffs.
- Provision of on-site support resources at multiple review facilities staffed with legal counsel performing document review.
- Participation as a technical advisor in conferences with Special Master Ball and in meet-and-confer sessions with Plaintiffs.

6.   It is my understanding that FTI resources are already fully engaged in assisting AstraZeneca in achieving the March 14, 2008 substantial completion date. My previous affidavit was based on anticipated efforts necessary to perform the reproduction

of custodial documents as well as the collection and production of various structured databases, document management systems and other file repositories for the March 14 substantial completion date.

At present, FTI is still processing and loading documents recently collected as part of the March 14 substantial completion effort. In fact, FTI has been extracting, processing, and loading data on a continuous basis since my affidavit was filed in November 2007 committing to substantial completion by March 14. FTI is currently maintaining over 16 terabytes (16,000,000,000,000 bytes) of collected custodial data and has processed close to 2 terabytes (2,000,000,000,000 bytes) of that data. We expect these processes to continue unabated until close to the March 14 date.

7. It is my understanding that the amount of data contemplated for AstraZeneca's responses to Plaintiffs' Requests for Production Nos. 23 and 58 will be voluminous and require substantial computer and person time to extract, process, quality control check and load the data. To date, counsel for AstraZeneca has identified approximately two dozen AstraZeneca employees that may have documents responsive to Requests 23 and 58. Extracting and processing this data will require and divert resources currently dedicated to complying with the March 14 substantial completion deadline.

8. In an effort to comply with the Court's Order with respect to Requests for Production Nos. 23 and 58, FTI has extracted and begun processing 100 gigabytes (100,000,000,000 bytes) of custodial data already hosted on FTI's servers. This data will then be loaded to a staging database, searched and migrated to an attorney review database. The typical estimate for processing data loads is approximately 15 gigabytes (15,000,000,000 bytes) per day thus requiring an estimated 6 to 7 days to process the 100

gigabytes of AstraZeneca data already being hosted by FTI. This time estimate does not include attorney review time or the time it takes to prepare and quality assure the productions after review that are described in the Declaration of A. Richard Winchester.

9. I understand that FTI is currently awaiting receipt of documents from approximately two dozen additional custodians, in the United States and foreign countries, which AstraZeneca is in the process of collecting for delivery to FTI on an expedited basis. We estimate that these collections will comprise another 200-250 gigabytes (200,000,000,000 – 250,000,000,000 bytes) of data that FTI will need to extract, process and load before searching and migrating to the review database. We estimate that the processing time for this additional data will require two to three weeks. Again, this time estimate does not include attorney review time or the time it takes to prepare and quality assure the productions after review described in the Winchester Declaration.

10. As a result, it is my understanding that it will take an estimated 21 to 25 days to complete collection, delivery, extraction, processing and loading of the estimated 300-350 gigabytes (300,000,000,000 – 350,000,000,000 bytes) of data potentially responsive to Requests for Production Nos. 23 and 58.

11. FTI will work through its various assigned tasks as efficiently as possible. Since the documents and data will be coming into FTI on a rolling basis, FTI will multi-task. It will process and load ESI into Ringtail as it receives it, and will concurrently work on whatever tasks are required for the other ESI already on its system. Working in this parallel manner will help maximize the speed with which FTI can complete all of its assigned tasks.

- 5 -

I declare under penalty of perjury under the laws of the United States and the laws of the state of Florida that the foregoing is true and correct to the best of my knowledge.

Dated: February 27, 2008

*William A. Adams*
William Adams