UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: SEROQUEL PRODUCTS
LIABILITY LITIGATION.

Case No. 6:06-md-1769-Orl-22DAB

_____/

**DECLARATION OF KATHRYN BRADLEY**

My name is Kathryn Bradley. I make this declaration pursuant to 28 U.S.C. § 1746, and declare, under penalty of perjury, that the following information is true and correct:

1. I am over the age of 21.

2. I am the Associate Director of Labeling for Seroquel for AstraZeneca Pharmaceuticals LP ("AstraZeneca"). I have served in that position since 2002.

3. I make the statements herein based upon my own, first-hand, personal knowledge or upon records maintained in the ordinary course of AstraZeneca's business, as part of regularly conducted business activity. These records have been in my personal custody and control or the custody and control of others at AstraZeneca since their creation.

4. I am responsible for facilitating the development of US labeling for the SEROQUEL product family. This process is done via a cross functional team made up of various disciplines, including legal, medical, and regulatory, among others. I am also responsible for getting the labeling internally approved and submitted to the FDA. Once labeling is approved by FDA, I work with operations and graphics to get the labeling typeset and approved for use in manufacturing.

5. One of the AstraZeneca databases I worked with as a member of the Seroquel

12370472.3

labeling team since 2002 is the "GEL" database. GEL is a creation, storage and retrieval database for regulatory data, including information subject to U.S. and foreign regulatory authority inspection and correspondence between AstraZeneca and various regulatory authorities. GEL also contains Safety Evaluation and Review Meeting (SERM) materials and Periodic Safety Update Reports (PSUR) for Seroquel. GEL contains a CNS "cabinet" which contains Seroquel-specific folders.

6. GEL automatically deletes drafts, revisions, comments and annotations ("intermediate data") once a document is approved in GEL as the final, completed version. Deleted intermediate data is not retrievable from within GEL once the document has been approved. The business purpose of GEL is not to serve as an archive for intermediate data but to provide, among other things, a tool to maintain finalized materials for submission to regulatory bodies. GEL's non-retention of intermediate data once the final version of a document in the database is approved is consistent with this purpose.

7. I am the member of the Seroquel labeling team that had primary responsibility for inputting Seroquel-related intermediate data related to labeling into the GEL database. Other members of the Seroquel team generally did not perform this task, except when I was on maternity leave from the end of June 2006 through October 2006.

8. I entered intermediate data into the GEL database in two primary ways.

9. On the vast majority of occasions I brought my computer to labeling team meetings and entered changes to documents on the GEL database at the time they were discussed. After the meeting, my practice was to immediately circulate a draft by email to the other Seroquel labeling team members, inviting comments on the draft.

12370472.3

10. On other occasions, my practice was to collect comments via emails first and then enter to them onto the documents stored in GEL, copying one or more members of the labeling team, and sometimes others, with the document reflecting those comments.

11. In both cases, the intermediate data submitted to GEL regarding labeling routinely was retained by me. I maintained that data in the form of emails with Word attachments in the "Sent" items on my Outlook mailbox. Later, I copied those emails, with their Word attachments, and forwarded them to an AstraZeneca mailbox established for the collection of Seroquel related material for potential production in Seroquel related litigation, which had by then been filed.

12. During the period starting at the end of June 2006 through October 2006 I was on maternity leave from AstraZeneca. The period during which I was on maternity leave was not marked by significant labeling team activity concerning Seroquel. Intermediate data generated during that time period would likely have been similarly retained by other members of the labeling team in the same fashion as I did, as described above.

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2007.

  \Kathryn Bradley\
**Kathryn Bradley**

12370472.3