**Dennis Canty**

| | |
|---|---|
| **From:** | craigball@gmail.com on behalf of Craig Ball [craig@ball.net] |
| **Sent:** | Monday, November 05, 2007 4:48 PM |
| **To:** | Kerns, Kevin |
| **Cc:** | RPass@carltonfields.com; Dennis Canty; Larry J. Gornick; Jaffe, Jonathan; Field, Carmen Oveissi; McConnell, Stephen; Jim Freebery; Adupre@mccarter.com; Bill.Adams@fticonsulting.com |
| **Subject:** | Re: GEL Follow-Up |

It's unfortunate that there is reportedly no journaling or logging that would track data purged by the system, as having same would facilitate high confidence in the completeness of items retained on local drives or otherwise stored outside the GEL database.  Please consider whether AZ has anything of a similar nature to support the proposition that "owners" of the database in fact have a complete counterparts of records purged.  Thank you.

Craig Ball

On Nov 5, 2007 6:35 PM, Kerns, Kevin <kevin.kerns@dechert.com> wrote:
Dear Mr. Ball:

I am writing to follow up on my email from Friday evening.  We have determined that GEL is not capable of generating information regarding what drafts were not retained in the system.  Please contact me if you have questions or concerns.

Sincerely,

Kevin T. Kerns

> **From:** craigball@gmail.com [mailto:craigball@gmail.com] **On Behalf Of** Craig Ball
> **Sent:** Friday, November 02, 2007 8:07 PM
> **To:** Kerns, Kevin
> **Cc:** RPass@carltonfields.com; Dennis Canty; Larry J. Gornick; Jaffe, Jonathan; Field, Carmen Oveissi; McConnell, Stephen; Jim Freebery; Adupre@mccarter.com; Bill.Adams@fticonsulting.com
>
> **Subject:** Re: GEL Follow-Up
>
> Thank you.  I imagine that this question will come up again for other databases, so you may want to be prepared to address same.
>
> Craig Ball
>
> On Nov 2, 2007 6:22 PM, Kerns, Kevin <kevin.kerns@dechert.com> wrote:
>
> Dear Mr. Ball:

I am writing to respond to your inquiry today regarding whether the GEL system can generate information that reflects what drafts were not retained in the system.  Because the question has not come up before, the AZ IT persons could not answer  it off the top of their heads.  They are reviewing the technical documentation as we speak to ascertain whether this is possible.  An AZ technical resource has also agreed to look at this issue carefully over the weekend.  We will report back to you on Monday.

Sincerely,

Kevin T. Kerns

```
This e-mail is from Dechert LLP, a law firm, and may contain
information that is confidential or privileged. If you are not the
intended recipient, do not read, copy or distribute the e-mail or any
attachments. Instead, please notify the sender and delete the e-mail
and any attachments. Thank you.
```

--
Craig Ball
Attorney and Technologist
Certified Computer Forensic Examiner
1101 Ridgecrest
Austin, Texas 78746
TEL: 512-514-0182
MBL: 713-320-6066
FAX: 512-532-6511
E-MAIL: craig@ball.net
WEB: www.craigball.com

--
Craig Ball
Attorney and Technologist
Certified Computer Forensic Examiner
1101 Ridgecrest
Austin, Texas 78746
TEL: 512-514-0182
MBL: 713-320-6066
FAX: 512-532-6511
E-MAIL: craig@ball.net
WEB: www.craigball.com