CONFIDENTIAL

This document was designated "Confidential" by AstraZeneca. Plaintiffs will seek appropriate relief, consistent with the Protective Order and Local Rules, in order to present this evidence to the Court.