**Dennis Canty**

| | |
|---|---|
| **From:** | Pass, Robert W. [RPass@CarltonFields.com] |
| **Sent:** | Tuesday, February 26, 2008 8:58 AM |
| **To:** | craig@ball.net |
| **Cc:** | Larry J. Gornick; Dennis Canty; Kerns, Kevin; James (Jim) Freebury (E-mail); Bogdonoff, Michael; Field, Carmen Oveissi; Dupre, Andrew; Adams, Bill |
| **Subject:** | FW: RESPONSE TO CERTAIN QUESTIONS POSED IN EMAIL OF FEBRUARY 12, 2008 |

RESPONSE TO CERTAIN QUESTIONS POSED IN
MR. BALL'S EMAIL OF FEBRUARY 12, 2008

FEBRUARY 26, 2008

Mr. Ball, this responds to the three numbered questions that appear on the first page of your February 12, 2008 email.

1.      "Has the US Clinical Development Group finalized any documents in GEL since March, 2006?"

         Response:  Yes.

         2.      "How were they able to accomplish same when I understood from prior discussions that it wasn't feasible to retain drafts and GEL-related content along with the finalized document?"

         Response:  Saving on GEL drafts and annotations of documents finalized on GEL is not desirable or consistent with GEL's purposes.  It has, however, been done by U.S. Clinical Development since March 2006 as we noted in our December 2007 submission (Attachment 9 to our January 2,
2008 Objection to your Third Status Report).  As we also noted in that submission, GEL's general non-retention of intermediate data once the final version of a document is approved, is consistent with the fact that GEL is not meant to serve as an archive for intermediate data but as a library for submissions to regulatory bodies.  Only final, approved documents, not drafts, are submitted to regulatory bodies. Making GEL's default setting not to retain intermediate data ensures that that only approved and validated information is submitted to such bodies.

1

U. S. Clinical Development has taken this action by affirmatively overriding the default setting each time a document is deemed "approved"
by U.S. Clinical Development, not by changing the GEL database default setting itself.  The latter action can only be done on a database wide basis and would thus affect all brands (not just Seroquel) and all user groups, including (among others) Regulatory Affairs, which directly interfaces with regulatory authorities and poses the greatest risk of inadvertent submission of intermediate material.

GEL users with authority to declare GEL documents "approved" receive a computer generated prompt at the "approval" stage in the document lifecycle.  This is the point at which the document is considered final by the relevant AstraZeneca functional area (e.g., U.S. Clinical Development).  That prompt displays the default setting (not to retain drafts) as the preselected selection.  GEL users with appropriate authority can override the default setting for that document by choosing "cancel."  Doing so cancels the default setting for that approved document.  Only users with authority to declare a document "approved"
have this capability.

        3.       "Does the retention by AstraZeneca's U.S. Clinical Development Group encompass all potentially-relevant, Seroquel-related GEL content?  If not, then aren't we not only needing to develop the facts about purging of Seroquel-related GEL content for AstraZeneca's U.S. Clinical Development Group before March 2006 but also about the status of such lost ESI for other GEL users until December 21, 2007?"

        Response:  We believe that most potentially relevant drafts of Seroquel-related GEL content would have been generated by the US Clinical Development Group, which for the purposes of GEL includes Drug Safety.  This is consistent with the categories of documents identified in our GEL Plan.  That is not to say, however, that all drafts generated by US Clinical Development are relevant.

        The two exceptions among the categories listed in our Plan that are not primarily authored by U.S. Clinical Development would be the U.S. label changes and the Core Data Sheet.  Such documents are prepared by Regulatory Affairs and, for reasons explained above, Regulatory Affairs does not generally override the default and

preserve its drafts on GEL.  We believe the drafts of these Regulatory Affairs documents are preserved elsewhere, including custodial files.

As to whether we need to "develop the facts about purging Seroquel-related content" for that group before March, 2006, I assume you are referring, in context, to questions posed in the preceding portion of your email.  If so, I believe we provided that information to you in our February 13, 2008, ex parte call.  To the extent you believe further information is needed, however, please let me know.