# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

**Case No.  6:06-md-1769-Orl-22DAB**

_____/

## ORDER

This cause came on for consideration of Plaintiffs' Second Motion to Compel Production of

Documents From Non-Party Parexel MMS and Request for Emergency Hearing (Doc. No. 871) and

Parexel's Response to the Motion (Doc. No. 875).  The matter will be considered at the next status

hearing, scheduled for March 11, 2008.

  **DONE** and **ORDERED** in Orlando, Florida on February 28, 2008.

*David A. Baker*
_____
  DAVID A. BAKER
  UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record