UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re:  Seroquel Products Liability Litigation<br>MDL Docket No.  1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**DECLARATION OF DENNIS J. CANTY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL IDENTIFICATION AND PRODUCTION OF "INTERMEDIATE DATA" FROM  ASTRAZENECA'S "GEL" DATABASE**<br>[COMPLETE, WITH PREVIOUSLY "CONFIDENTIAL" EXHIBITS] |

I, Dennis J. Canty, declare:

1. I am an attorney licensed to practice before all California courts. I am associated with the law firm of Levin Simes Kaiser & Gornick, LLP, attorneys of record for a number of plaintiffs in the *In re Seroquel Product Liability Litigation.*  I have personal knowledge of all facts stated in this Declaration and if called upon to do so, could and would competently testify to each of them.

2. Filed herewith as Exhibit A is a true and correct copy of the Declaration of Kathryn Bradley, which I received by email on  October 30, 2007.

3. Filed herewith as Exhibits B, E, G-K, N and V are true and correct copies of correspondence sent or received via email among counsel for the parties and the SM-ESI on the matters which are the subject of this motion.

4. Filed herewith as Exhibits L and M are true and correct copies of plaintiffs' Rule 34 request, and AstraZeneca's response, respectively.

5. Filed herewith as Exhibits C, P, S and T are true and correct copies of excerpts of the GEL Technical Specifications furnished to plaintiffs by AstraZeneca at the direction of the SM-ESI in October of 2007.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of February 2008 in San Francisco, California.

s/ Dennis J. Canty
Dennis J. Canty
