| Technical Specification – GEL Version 4.0 Delete Draft | Doc. Ref.: | 0284/INTL/GEL/v4.1/TS/XMLDD/2.1 |
|---|---|---|
| **Global Electronic Library – GEL v4.1** | Supersedes: | 0284/INTL/GEL/v4.1/TS/XMLDD/2.0 |

### 4.4.1.1 Process Flow



**Figure 1**