| Technical Specification – GEL Version 4.0 Delete Draft | Doc. Ref.: | 0284/INTL/GEL/v4.1/TS/XMLDD/2.1 |
|---|---|---|
| Global Electronic Library – GEL v4.1 | Supersedes: | 0284/INTL/GEL/v4.1/TS/XMLDD/2.0 |

### 4.4.1.2 Method Object

| Object Name | Method Verb | Docbase Location |
|---|---|---|
| gel_dm_deldrft2 | javacom.astrazeneca.gel.dm_method.xml.DelDrft | /System/Methods |

### 4.4.2 Interfaces to Other Modules

Not applicable.

### 4.4.3 Specific Module Timing Factors

Not applicable.

### 4.4.4 Error Checking and Data Validation

Error handling will follow the standard error handling for GEL v4.0. See GEL Version 4 Technical Specification, ref: 0284/INTL/GEL/v4.0/TS.

## 4.5 Module Data

No specific module data is used.

## 5. GLOSSARY

Not applicable.

## 6. REVISION HISTORY

| Date Written | Version | Reason | Author |
|---|---|---|---|
| 23 Sep 2003 | 1.0 | New Document | redacted |
| 27 Nov 2003 | 1.1 | Update Keep version 1.0. | |
| 10 Dec 2003 | 2.0 | Approved | |
| 14 March 2006 | 2.1 | Updated for GEL 5.0 | |