| | | |
|---|---|---|
| Technical Specification – Main document | Doc. Ref.: | 0284/INTL/GEL/v4.0/TS/1.8 |
| Global Electronic Library – GEL Explorer | Supersedes: | 0284/INTL/GEL/v4.0/TS/1.7 |

## 4. SOFTWARE

### 4.1 Overview

GEL Explorer will provide a common user interface to all GEL document and submission management processes and data, and will include the following.

***GEL Document Management:***

- Author documents in a controlled fashion
- Create composite (i.e. virtual) documents
- Store documents in a secure, controlled environment
- Maintain and access information about documents, e.g. author, title, etc.
- View documents
- Request the creation of PDF renditions of original (e.g. MS Word) documents
- Apply a watermark to the PDF rendition of a document
- Review documents
- Search for documents
- Manage the lifecycle of documents, e.g. provide functionality for business approval of documents
- Maintain an audit record for documents
- Drag and Drop facilities tailored to the needs of the client

***GEL Information Management (previously known as SLiM):***

- Manage business-related document information to supplement the core document properties
- Manage submission and product approval information
- Search for information
- Track document delivery to Regulatory Affairs

The overall GEL technical architecture will move from a distributed server/distributed content model to a centralised model. The GEL Explorer design will therefore assume that all components (terminal server, docbroker, Documentum server software, Oracle database software, data and content) are physically and logically close to each other on the network. Users will operate within the scope of a single Documentum Federation, which will include all existing GEL Therapeutic Area docbases and GEL Information Management.

| Technical Specification – Main document | Doc. Ref.: | 0284/INTL/GEL/v4.0/TS/1.8 |
| Global Electronic Library – GEL Explorer | Supersedes: | 0284/INTL/GEL/v4.0/TS/1.7 |

The application will be developed as a Windows-based client/server application, and will be deployed only on Citrix Metaframe-based terminal servers accessed from Topaz client PCs using Citrix ICA client software.

A component-based application architecture will be employed, which will allow additional functionality to be added at a later date without a need for extensive system validation.