| Technical Specification - Annotations | Doc. Ref.: | 0284/INTL/GEL/v4.0/TS/ANN/1.2 |
| Global Electronic Library – GEL Version 4.0 | Supersedes: | 0284/INTL/GEL/v4.0/TS/ANN/1.1 |

## 1. INTRODUCTION

This document forms part of the overall GEL Technical Specification. As GEL Version 4 is a large application set, various component Technical Specifications have been developed which detail the specification of the various components of GEL Version 4.

This Technical Specification details the specification for the annotations component of GEL Version 4.

The GEL annotations capability was built for the first version of GEL to meet the business requirement of global, simultaneous, electronic review of documents in GEL from any AZ location in any document format. Prior to the 4i release of Documentum, applications that were deployed on the Documentum WorkSpace platform had the ability to utilise integrated annotations based on Adobe Acrobat integration. The advent of the 4i offerings saw this integration removed, replaced by custom integration for the Documentum Desktop Client and no annotation capability at all for the Documentum Intranet Client solution.

GEL Version 1 was primarily based on the Documentum Intranet Client product, and therefore had no annotation capability. Having discussed the situation with Documentum and performing proof-of-concept Acrobat integration with a third-party integrator, it was decided to abandon the direct Documentum-Adobe Acrobat integration.

A new capability was developed in-house by the GEL IS team to meet the business need, based on XML as the storage medium. This provided an open readable standard for capturing annotations and allowing for future changes in technology to minimise the scope of change. Keeping in mind that existing PDF-based annotations were to be migrated to GEL and that PDF-based annotations may become viable in the future, a set of tools were also developed for converting PDF-based annotations to the GEL XML format and vice-versa.

With the advent of the move to client-server architecture in GEL Version 4, an assessment was made on the continued use of the GEL XML annotations against Documentum's current offering. A new integrated option from Documentum (Annodoc) was recently announced, but the licensing cost across registered users was deemed by the business as being prohibitively expensive. Therefore, it has been decided to re-engineer the existing web-based annotation solution into a client-server model, incorporating a number of enhancements.