# Exhibit A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**In re Seroquel Products Liability Litigation**
**MDL Docket No. 1769**

**This Document Relates to All Cases**

**ORDER**

Defendants ("AstraZeneca") will not be prohibited from retaining a physician as an expert witness who is identified on a plaintiff's fact sheet. The following restrictions will apply:

1. AstraZeneca and its attorneys will not communicate with the physician-expert about any of his patients who are involved in or are likely to become involved in this MDL.

2. AstraZeneca and its attorneys cannot use a physician as an expert in case where that physician's patient is a plaintiff in that particular case.

3. AstraZeneca and its attorneys, before having any substantive communication with a prospective physician-expert, will provide the physician with this Order and will secure the physician's written acknowledgment that he/she has read the attached Memorandum to Physicians.

**DONE** and **ORDERED** in Orlando, Florida, on _____, 2008.

_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re Seroquel Products Liability Litigation
MDL Docket No. 1769

**This Document Relates to All Cases**

## MEMORANDUM TO DOCTORS

Defendants ("AstraZeneca") are permitted to retain as expert witnesses physicians who may have treated one or more patients who are Plaintiffs. Despite their service as experts, these physicians are still bound by the physician-patient privilege and are forbidden from communicating with AstraZeneca, its employees and its attorneys about their patients who are Plaintiffs, absent a subpoena, their patients' written authorization, or another order from the Court. AstraZeneca and its representatives must identify which of a physician's patients are Plaintiffs before any substantive communications begin. If a physician, at any time, believes that AstraZeneca is attempting to communicate about a patient who is a Plaintiff, directly or indirectly, the physician should contact the patient or her attorney or the Court.

_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

I have read, understood, and agree to be bound by the terms of this Memorandum to Doctors.

_____
Signature

_____
Print Name