**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:
Seroquel Products Liability Litigation,

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | **David A. Baker**<br>**United States**<br>**Magistrate Judge** | DATE AND TIME | March 11, 2008<br>10:05-12:10 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Sandy Tremel |
| Special Master | Orran Brown<br>Craig Ball | | |
| 3rd Parties | Martin Mahone<br>Brian J. McCormick | | Brian Shaffer |
| COUNSEL/PLTF. | Dennis Canty<br>Lawrence Gornick<br>Angela Nixon<br>Larry Roth<br>D. Renee Baggett<br>Holly Wheeler<br>Paul Pennock<br>Camp Bailey<br>Jonathan Sedgh<br>Lorie Siler<br>Fletch Trammell<br>Richard Volin<br>Russell Stewart<br>Bryan F. Aytstock | COUNSEL/DEF. | Fred Magaziner<br>Liz Balakhani<br>Chris Coutroulis<br>Robert Ciotti<br>Gary Feinerman<br>Richard Josephson<br>Stephen J. McConnell<br>Robert Pass<br>Shane Prince<br>Marc Raven<br>Bill Adams |

**Status Conference**

Case called, appearances taken
Procedural setting by court
Court reviews status of pending motions; parties respond

Court to issue rulings on matters covered at hearing
Court sets deadlines for written submissions and responses
Parties discuss scheduling difficulties and document production deadlines
Defendants review issues through power point presentation for the Court
Plaintiffs respond
Special Master Orran Brown reports to Court
Special Master Craig Ball reports to Court
Court summarizes matters covered in today's hearing
Next hearing scheduled 3/24/08 at 2:00 PM