# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

**Case No.  6:06-md-1769-Orl-22DAB**

_____/

## ORDER

This cause came on for consideration following the status conference held on March 11, 2008.  It is **ORDERED** as follows:

1. Plaintiffs' Motion to Compel AstraZeneca to Produce Documents Improperly Designated as Privileged and documents for Which Privilege Should be Deemed Waived (Doc. No. 789)- Plaintiffs will serve on AstraZeneca by March 13, 2008, a list of their first 50 identified challenged documents AstraZeneca has marked as privileged; by March 14, 2008, a list of their second (up to) 50 identified challenged documents AstraZeneca has marked as privileged, as discussed at the status conference.  AstraZeneca will file under seal the 100 challenged documents and the corresponding privilege log entries (and supporting material) for those 100 documents by March 20, 2008 for *in camera* inspection.  **A copy of this Order must accompany the filing under seal.**

2. AstraZeneca's Emergency Motion to Extend Time to Search for and produce Responsive Documents as to Two of the Five Categories of Documents Ordered to Be Produced in the February 21, 2008 Order (Doc. No. 876).  Plaintiffs will file their Response to the Motion by 12 noon on March 12, 2008.

3. AstraZeneca's Motion for Entry of Order Governing Permissible contact and Retention of Certain Florida-Related Physicians as Defense Experts (Doc. No. 883).  Plaintiffs will file their written Response by March 12, 2008 at 5:00 p.m.

**DONE** and **ORDERED** in Orlando, Florida on March 11, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record