UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br><br>MDL Docket No. 1769<br><br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**PLAINTIFFS' PARTIAL OPPOSITION TO DEFENDANTS' EMERGENCY MOTION TO EXTEND TIME TO SEARCH FOR AND PRODUCE RESPONSIVE DOCUMENTS AS TO TWO OF THE FIVE CATEGORIES OF DOCUMENTS ORDERED TO BE PRODUCED IN THE FEBRUARY 21, 2008 ORDER** |

## I.    INTRODUCTION

On February 27, 2008, defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP ("Defendants") filed an Emergency Motion to Extend Time to Search for and Produce Responsive Documents as to Two of the Five Categories of Documents Ordered to be Produced in the February 21, 2008 Order (Doc. No. 876) relating to the Court's recent order granting in part and denying in part Plaintiffs' motion to compel. *See* Doc. No. 869 ("Order"). The Order required Defendants to produce five specifically identified categories of documents "within 11 days of the date of this Order." Defendants' production of these materials was due on March 3, 2008.

In their motion, Defendants inform the Court that they cannot comply with the Order with respect to two of the five categories of documents by the deadline - item (2) Plaintiffs' Clinical Request No. 23 for communications regarding protocols for clinical study 125 ("item 2"), and item (3) Plaintiff's Clinical Request No. 58 for communications between members of the Benefit/Risk Team for Seroquel ("item 3") because of the effort to locate and produce these documents, particularly in light of the approaching March 14, 2008 substantial completion deadline for the Defendants' custodial and database productions. Defendants have requested an additional thirty (30) days from the date of filing of its motion – to March 28, 2008 - for these two items, and an additional sixty (60) days – to April 27, 2008 - for any foreign-

related searches and productions on those items.  Defendants again emphasize the many requests for production served by Plaintiffs in this litigation, the number of attorneys working on the production, and the burden Defendants have endured in order to meet their long overdue discovery obligations.  Plaintiffs would like to remind the Court that these particular requests have been outstanding since May 24, 2007, that Plaintiffs will be severely prejudiced if they are forced to continue the depositions of Defendants' corporate witnesses without the benefit of these documents, and the predicament in which Defendants find themselves now is of their own making.

## II.    ARGUMENT

Notwithstanding the numerous cases cited by Defendants in their attempt to show "good cause" under Federal Rule of Civil Procedure 6(b)(1) for extending the time to comply with the Court's order, this Court has already deemed Defendants' discovery delays sanctionable, and has had prior occasion to refuse Defendants' requests for extensions of time to complete their discovery obligations.  (*See, e.g.,* Order of Oct. 17, 2007 (Doc. 577), denying Defendants' Motion for Extension of Time to Produce Documents from Remaining Custodians and admonishing that "Defendant remains under obligation to produce documents on a timely basis."; *see also* Case Management Order 5 ¶ 3A (Doc. 792), admonishing Defendants that unexcused failure to meet discovery deadline would result in sanctions).  Defendants' Motion is simply further evidence of Defendants' ongoing inability to comport with the discovery deadlines set by this Court.  The Court should not countenance such additional delays.

District courts have broad discretion in managing their cases, including discovery and scheduling.  *See, e.g., Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002).  Enlargement of time, even when timely made under Rule 6(b)(1), "is not an automatic right." *Lathum v. Lopez*, No. P-96-CA-059, 2001 WL 694497, at *2 (W.D. Tex. March 28, 2001).  In addition, "[d]iscovery deadlines are intended to ensure the efficient progress of a lawsuit and counsel are expected to comply with them." *Blumenthal v. Drudge*, 186 F.R.D. 236, 240 (D.D.C. 1999).  District courts have properly denied *additional* extensions of time to conduct/complete discovery where the offending party has "piled delay upon delay." *Rivera-Torres v. Rey-Hernandez*, 502 F.3d 7, 10 (1st Cir. 2007) ("[C]ourts—like the

deity—are more prone to help those who help themselves, and the plaintiffs, through their indolence, forfeited any plausible claim to further indulgences.") (internal quotation marks and citation omitted); *see also United States v. A.E. Lopez Enters., Ltd.*, 74 F.3d 972, 974 (9th Cir. 1996); *Boyd v. Telecable of Overland Park, Inc.*, 752 F.Supp. 388, 396 (D. Kan. 1990); *Salahuddin v. Cuomo*, No. 87-CV-3, 1994 WL 378249, at *3 (N.D.N.Y. July 11, 1994).  Therefore, this Court, in its discretion, may and should refuse to grant Defendants additional time to fulfill these long overdue discovery obligations.

Plaintiffs have taken the depositions of ten (10) of Defendants' corporate witnesses.  Currently, Plaintiffs are scheduled to take the depositions of the following witnesses by the Court-imposed deadline of May 31, 2008:

| Deposition Date | Witness | Title/Position[1] |
|---|---|---|
| March 27, 2008 | Barry Arnold | Vice President, Global Safety |
| April 3, 2008 | Wayne Geller | Medical Director, Global Drug Safety Physician |
| April 7, 2008 | Marianne Jackson | National Sales Director |
| April 15, 2008 | Gerald Limp | Director of Regulatory Affairs |
| April 16, 2008 | Jeffrey Goldstein | Director of Clinical Science |
| April 22, 2008 | Don Beamish | Commercial Brand Executive Director |
| April 24, 2008 | Geoff Birkett | Vice President, Global Marketing |
| April 29, 2008 | Vikram Dev | Vice President, Drug Safety |
| April 30, 2008 | Tony Zook | President and Chief Executive Officer of AstraZeneca, LP |
| May 1, 2008 | Ronald Leong | Senior Medical Director |
| May 7, 2008 | David Brennan | Chief Executive Officer, Chairman of the Senior Executive Team |
| May 8, 2008 | Kevin McKenna | Director of Regulatory Affairs, Neuroscience Therapeutic Area |
| May 8, 2008 | John Patterson | Executive Director of Drug Development |
| May 15, 2008 | Anthony Rogers | Vice President, Regulatory Affairs |
| May 28, 2008 | Martin Brecher | Medical Science Director |

Plaintiffs are still awaiting available dates for three (3) witnesses - Lisa Lloyd-Washington (Brand Team Member and Marketing Manager, Seroquel), Margaret Melville (Global Regulatory Affairs Director), and Linda Warner (Associate Director, Drug Safety).

Many of these depositions were originally scheduled to take place in the fall and winter of 2007 but had to be postponed due to AstraZeneca's production deficiencies.  In light of Defendants' continued

---

[1] Many of the witnesses' titles have changed over the relevant years so the titles provided may not necessarily be their current titles.

discovery failures with respect to their custodial and database production, and their failed promises to produce these materials on a rolling basis as demonstrated during the March 11, 2008 hearing, Plaintiffs are now forced to *again* discuss the possibility of postponing many of these depositions and cramming the deposition schedule up against the Court-imposed May 31, 2008 deadline.  Rather than producing the custodial file materials and databases on a rolling basis as promised by the Defendants, Plaintiffs are expecting the vast majority of data to be produced on March 14, 2008.  Plaintiffs' vendor, Cataphora, must then process and upload this data before Plaintiffs can begin their review of the material.  Cataphora has advised that this process will likely take approximately three (3) weeks depending on the amount of data actually produced by the Defendants.  Plaintiffs will require sufficient time to review this material in order to prepare for the upcoming depositions.  The same is true with respect to items 2 and 3.

The importance of items 2 and 3 are, by Defendants' own admission, evident.  Clinical Study 125 (item 2) is *the* Seroquel diabetes study.  During the March 11, 2008 hearing, Defendants acknowledged the importance of this study and the item 2 materials.[2]  In particular, Plaintiffs need item 2 materials before the depositions of Defendants' regulatory and clinical witnesses, Wayne Geller (April 3, 2008), Gerald Limp (April 15, 2008), Jeffrey Goldstein (April 16, 2008), Vikram Dev (April 29, 2008), Ronald Leong (May 1, 2008), Kevin McKenna (May 8, 2008), Anthony Rogers (May 15, 2008), and Martin Brecher (May 28, 2008).  The deposition of Defendants' Vice President of Global Safety, Barry Arnold, which is currently scheduled to take place in Manchester, England on March 27, 2008, will likely have to be postponed regardless of the Court's ruling on this motion because of Defendants' "rolling" custodial and database production deficiencies.  Though some of earlier April depositions may also have to be postponed for this same reason, Plaintiffs do not want to postpone too many of these depositions until the parties discuss the *possibility* of asking the Court to briefly extend the May 31, 2008 deposition deadline. Plaintiffs respectfully request that the Court order Defendants to produce all item 2 materials, including those that are the product of any foreign-related searches, no later than **March 28, 2008.**

---

[2] Defendants initially objected to this request on the basis that the requested documents are "cumulative" or "duplicative" of materials already produced, yet some new responsive item 2 materials have been produced since the Court issued its Order.

The Seroquel Benefit/Risk Team was created for the strategic management of the Seroquel benefit/risk profile. This team was responsible for reviewing and updating Patient Risk Management Plans, setting strategies for generating new safety information and for the communication of safety messages. The members of the Seroquel Benefit/Risk Team that Plaintiffs intend to depose are Vikram Dev (April 29, 2008), Ronald Leong (May 1, 2008), Martin Brecher (May 28, 2008), and Linda Warner (to be scheduled for a time after these materials are produced). The deposition of another member of this team, Susanne Fors, was taken October 31-November 1, 2007 without the benefit of these documents. Plaintiffs do not want to postpone these depositions. If the Court is inclined to grant Defendants an extension to produce the communications between attendees of the Benefit-Risk Team, of which AstraZeneca *now* has conceded number only 20, *see* Kerns Decl., ¶18, Plaintiffs respectfully request that Defendants be required to produce all of these materials, including those that are the product of any foreign-related searches, no later than **April 4, 2008**. This will allow Plaintiffs approximately three (3) weeks to process and review these materials before the deposition of Vikram Dev.

## III.    CONCLUSION

In light of their pervasive and continuing discovery failures, Plaintiffs do not believe good cause has been shown by the Defendants which would entitle them to additional time to produce materials that were requested by Plaintiffs approximately ten (10) months ago. Although Plaintiffs do not believe Defendants are entitled to *any* further additional time to meet its discovery obligations, in a continuing effort to compromise and move beyond these discovery disputes, Plaintiffs do not oppose Defendants' request for *some* additional time as set forth above.

Respectfully submitted on this the 12th day of March, 2008,

By:    /s/ Ed Blizzard
       Ed Blizzard
       Holly M. Wheeler
       Blizzard, McCarthy & Nabers, LLP
       440 Louisiana, Suite 1710
       Houston, Texas 77002
       Telephone: (713) 844-3750
       Facsimile: (713) 844-3755
       *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12TH day of March 2008, I e-mailed the foregoing document to Defendants, along with a copy via electronic mail to all participants in the CM/ECF system, and that I mailed the foregoing document by first class mail to the non-CM/EDF participants listed on the attached service list.

/s/ Holly M. Wheeler

<u>SERVICE LIST</u>
(As of October 16, 2007)

**In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769 - Orl - 22DAB**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com<br>jorelli@weitzlux.com<br>ychiu@weitzlux.com<br>lschultz@weitzlux.com<br>esugiarto@weitzlux.com<br>jdillion@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>bailey-svc@bpblaw.com<br>tcarter@bpblaw.com<br>mperrin@bpblaw.com<br>kbailey@bpblaw.com<br>ltien@bpblaw.com<br>hsantiago@bpblaw.com<br>ftrammell@bpblaw.com<br>nkoole@bpblaw.com<br>ndoyle@bpblaw.com<br>tbaker@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>lroth@roth-law.com | Kenneth T. Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br><br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Benjamin A. Krass, Esq.<br>Law Offices of Matthew F.Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com<br>bkrass@pawalaw.com | John Driscoll, Esq.<br><br>Seth S. Webb, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com<br>swebb@brownandcrouppen.com |

| | |
|---|---|
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com<br>kjensenlaw@gmail.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com<br>jdibbley@lundydavis.com | W. Todd Harvey, Esq.<br>E. Ashley Cranford, Esq.<br>Mitchell M. Breit<br>Whatley Drake & Kallas, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>mbreit@whatleydrake.com<br>ecf@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street<br>36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com<br>lsabel@lskg-law.com<br>lbrandenberg@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>**Counsel for Defendant,**<br>**Marguerite Devon French** |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>**Pro Se** |

| | |
|---|---|
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL  32503<br>Telephone:  (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>mailto:jsale@aws-law.comksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone:  (816) 640-9940<br>firm@summersandjohnson.com | Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO  64119<br>***Pro Se*** |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone:  (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** |
| Thomas Campion, Esq.<br>Steven M. Selna<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone:  (973) 360-1100<br>tcampion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br><br>***Counsel for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>Post Office Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Timothy E. Kapshandy, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>efilingnotice@sidley.com<br>jjobes@sidley.com<br>tkapshandy@sidley.com<br>**Counsel for Defendants AstraZeneca LP<br>and AstraZeneca Pharmaceuticals, LP** | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone:   (816) 471-2121<br>raines@bscr-law.com<br>**Counsel for Defendant AstraZenca, PLC** | |
| Robert L. Ciotti, Esq.<br><br>Chris S. Coutroulis, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>ejones@carltonfields.com<br>ccoutroulis@carltonfields.com<br>atravis@carltonfields.com<br>tpaecf@cfdom.net<br>**Counsel for Defendants, Astrazeneca<br>Pharmaceuticals, LP and Astrazeneca LP** | Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | |

| | |
|---|---|
| David P. Matthews, Esq.<br>Matthews & Associates<br>2905 Sackett<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com<br>anixon@galyen.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Howard Nations<br>Lori A. Siler<br>4515 Yoakum Boulevard<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com<br>lori@howardnations.com<br>kim@howardnations.com<br>andrea@howardnations.com<br>charles@howardnations.com<br>lezzlie@howardnations.com |
| Salvatore M. Machi<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058 | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |
| Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, Texas 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com | Lizy Santiago, Esq.<br>Abraham, Watkins, Nichols,<br>Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>(713) 222-7211<br>lsantiago@abrahamwatkins.com |

| | |
|---|---|
| Fred T. Magaziner, Esq.<br>Marjorie Shiekman, Esq.<br>A. Elizabeth Balakhani, Esq.<br>Shane T. Prince, Esq.<br>Eben S. Flaster, Esq.<br>Margaret S. Osborne, Esq.<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com<br>michlle.kirsch@dechert.com<br>Gretchen.sween@dechert.com<br>Margaret.osborne@dechert.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net | Linda S. Svitak<br>Bridget Ahmann<br>Krisann C. Kleibacker Lee<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>bahmann@faegre.com<br>wjohnson@faegre.com<br>klee@faegre.com |
| James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com | Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com |

| | |
|---|---|
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Dale Kent Perdue<br>D. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com<br>dperdue@cpaslaw.com |
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |
| William N. Riley<br>Jamie R. Kendall<br>Price, Waterhouse & Riley, LLC<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204<br>(317)633-8787<br>eamos@price-law.com | Earl Francis Carriveau<br>1012 6th Avenue<br>Lake Charles, LA 70601-4706 |
| Michael T. Gallagher<br>The Gallagher Law Firm<br>2905 Sackett Street<br>Houston, TX 77098<br>(713) 222-8080<br>shawnaf@gld-law.com | Stacy K. Hauer<br>Charles S. Zimmerman<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>(612) 341-0400<br>(800) 755-0098<br>csz@zimmreed.com |
| Buffy Martines<br>Laminack, Pirtle & Martines<br>440 Louisiana, Suite 1250<br>Houston, TX 77002<br>(713) 292-2750<br>buffm@lpm-triallaw.com | Ted C. Wacker, Esq.<br>Robinson Cacalgnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>(949) 720-1288<br>twacker@rcrlaw.net |
| Craig Ball<br>craig@ball.net | Orran Lee Brown<br>obrown@browngreer.com |

| | |
|---|---|
| Robert W. Cowan<br>rcowan@bpblaw.com<br>nkoole@bpblaw.com | Gary Reed Gober<br>200 Fourth Avenue North<br>Suite 700<br>Nashville, TN  37219 |
| Mary J. Wrightinton<br>720 Olive Street, Suite 1800<br>St. Louis, MO  63101-2302 | Robert G. Smith<br>Lorance & Thompson, P.C.<br>Suite 500<br>2900 North Loop West<br>Houston, TX  77092 |
| Robert H. Shultz<br>Heyl, Royster<br>103 W. Vandalia Street<br>PO Box 467<br>Edwardsville, IL  62025 | Dale Kent Purdue<br>Clark Perdue Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH  43215 |
| Jason Matthew Hatfield<br>Lundy & Davis, L.L.P.<br>300 North College Avenue<br>Suite 309<br>Fayetteville, AR  72701 | Christopher A. Gomez<br>Miller & Associates<br>555 E. City Avenue, Suite 910<br>Bala Cynwyd, PA  19004 |
| John Hawkins<br>(No Information Available) | Donna Higdon<br>(No Information Available) |
| Brenda Rice<br>(No Information Available) | Evelyn Rodriguez<br>(No Information Available) |
| Steven B. Weisburd, Esq.<br>Dechert, LLP<br>3000 W. 6th Street, Suite 1850<br>Austin, TX  78701 | Mark A. Koehn<br>Whrfrat42@yahoo.com |