**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

_____/

# NOTICE OF HEARING

**TAKE NOTICE** that further hearing on Plaintiff's Motion to Compel AstraZeneca to Produce Documents Improperly Designated as Privileged and Documents for Which Privilege Should Be Deemed Waived (Doc. No. 789) will be held before the undersigned on **MONDAY, MARCH 24, 2008** at **2:00 P.M.** (**immediately following** the hearing on Plaintiff's Motion to Compel Identification and Production of Intermediate Data from AstraZeneca's GEL Database (Doc. No. 877) - *see* Amended Notice of Hearing, Doc. No. 889) in Courtroom #6D, George C. Young United States Courthouse Annex, 401 W. Central Blvd., Orlando, Florida.

Counsel and any party to this case wishing to participate in the hearing by telephone conference call MUST call the offices of PLAINTIFFS' LIAISON COUNSEL, Larry Roth, to make advance arrangements at least two business days prior to the hearing and Liaison Counsel's office will communicate the list of participants to Chambers at least two hours prior to the hearing.

**DONE** and **ORDERED** in Orlando, Florida on March 12, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

**PLEASE NOTE**: **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.