# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability**
**Litigation.**                                         **Case No.  6:06-md-1769-Orl-22DAB**

_____/

## ORDER

This cause came on for consideration with oral argument on the following motions filed herein:

> **MOTION:** **ASTRAZENECA'S EMERGENCY MOTION TO EXTEND TIME TO SEARCH FOR AND PRODUCE RESPONSIVE DOCUMENTS AS TO TWO OF THE FIVE CATEGORIES OF DOCUMENTS ORDERED TO BE PRODUCED IN THE FEBRUARY 21, 2008 ORDER (Doc. No. 876)**
>
> **FILED:** **February 27, 2008**
> _____
>
> **THEREON** it is **ORDERED** that the Motion is **GRANTED** in part.  AZ will have until **March 28, 2008** to produce all documents (including foreign-related searches) in Category 2 (clinical study 125) and until **April 4, 2008** to produce all documents (including foreign-related searches) in Category 3 (Benefit/Risk Team).

AstraZeneca seeks more time to produce two categories of responsive documents[1] that Judge Conway ordered to be produced by March 3, 2008.  AstraZeneca seeks extensions until March 28, 2008 for these two categories and until April 27, 2008 for foreign-related searches and productions in these categories.  Plaintiffs point out the requests at issue have been pending since May 24, 2007 and contend they will be severely prejudiced if they are forced to continue the depositions of AstraZeneca's corporate witnesses without the benefit of these documents.  Plaintiffs have taken

---

[1] Plaintiffs' Clinical Request No. 23 for communications regarding protocols for clinical study 125; and Plaintiffs' Clinical Request No. 58 for communications between members of the Benefit/Risk Team for Seroquel.

the depositions of ten of AstraZeneca's corporate witnesses; they are scheduled to take fifteen more between March 27 and May 28, 2008; and three are designated but as yet unscheduled. Plaintiffs again express their concern, identified at the March 11, 2008 status conference, that AstraZeneca's delay in providing custodian files and databases on a rolling basis, such that most of the information (Plaintiffs allege 80% of it) will be delivered to Plaintiffs on March 14, 2008, adds to the complication allowing AstraZeneca an extension of the deadline for these two categories of documents. (Plaintiffs do not believe their vendor will have sufficient time to process the documents prior to or concurrent with the depositions of AstraZeneca's corporate witnesses; the vendor has advised that the process will take three weeks, depending on the amount of data produced.)

Plaintiffs need the Category 2 documents – the communications regarding protocols for clinical study 125 – (Plaintiffs' Clinical Request No. 23) before deposing AstraZeneca's eight regulatory and clinical witnesses, whose depositions are scheduled from April 3, 2008 to May 28, 2008. Doc. No. 896. Plaintiff's are not opposed to extension of the deadline for Category 2 documents (including those from foreign-related searches) until March 28, 2008.

Plaintiffs have (or intend to) scheduled the depositions of four AstraZeneca corporate witnesses who are members of the Benefit/Risk Team for Seroquel; the deposition of one member of the team was already taken without the documents. Plaintiffs are not opposed to an extension in the deadline for Category 3 documents – communications between the members of the Benefit/Risk Team for Seroquel (Plaintiffs' Clinical Request No. 58) – until April 4, 2008 (including foreign-related searches). This extension allows Plaintiffs three weeks to process the documents.

Plaintiffs are not opposed to the extension AstraZeneca seeks for the two categories of documents, except as it relates to the foreign-related searches. The Court is not inclined to grant AstraZeneca an extension to production of any documents (foreign-related searches or domestic) beyond early April 2008 because Plaintiffs' requests have been outstanding since May 2007 and AZ has failed to show substantial good cause for any further extension, which would impact the current deposition schedule under the Court's May 31 discovery deadline.

**DONE** and **ORDERED** in Orlando, Florida on March 12, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record