# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

Case No. 6:06-md-1769-Orl-22DAB

This Document Relates to ALL CASES

---

# REPORT OF THE SPECIAL MASTER AND PROJECT MANAGEMENT OFFICE FOR CASE-SPECIFIC DISCOVERY

---

**REPORT NUMBER: 7**

**DATE: MARCH 14, 2008**

# **CONTENTS**

**PAGE**

I. INTRODUCTION ............................................................................................. 1

II. REPORT ON STATUS .................................................................................... 1

    A. Special Master Escrow Account Information ....................................... 1

    B. Case-Specific Discovery Program for Pre-December 2007
       Case Designations ............................................................................... 2

    C. Actions by the PMO Relating to the Florida Discovery Pool ............... 3

    D. Suspended Cases .................................................................................. 3

III. ACTIVITIES OF THE SPECIAL MASTER .................................................... 4

    A. Dr. Shahzad Hashmi ............................................................................ 4

    B. Weekly Status Conferences ................................................................. 5

## I.  INTRODUCTION

At the Status Conference on August 22, 2007, the Court directed the Special Master to submit a monthly report to the Court by the 15th of each month summarizing the activities of the Special Master and the Project Management Office.  The Special Master filed Report No. 1 on September 14, 2007; Report No. 2 on October 15, 2007; Report No. 3 on November 13, 2007; a Supplemental Report on November 19, 2007; Report No. 4 on December 14, 2007; a Supplement Report on December 18, 2007, Report No. 5 on January 15, 2008, and Report No. 6 on February 15, 2008.  The Special Master presents this Report No. 7 to update the Court and the Parties on events and progress since the previous Report.

## II.  REPORT ON STATUS

### A.  **Special Master Escrow Account Information.**

The Special Master Escrow Account Summary Report (SQ300, attached as Exhibit 1) reflects that as of March 14, 2008 a total of $260,000 has been deposited into the original Special Master Escrow account since inception.  From that amount: $126,073 has been paid to compensate Physicians deponents for deposition time; $18,234 has been paid to reimburse Physicians for the cost of copying their Medical Records; $13,641 has been paid in shipping charges incurred by Physicians in sending records to the PMO and/or by the PMO to send copy sets to the Parties; and $275 has been paid for bank fees.  Additionally, $50,000 has been transferred to the "Seroquel Special Master Escrow II" account to be used for the

payment depositions in Florida (as further described in the paragraph below).  The balance as of March 14, 2008, in the original Special Master Escrow account is $51,777.

Before January 11, 2008, in accordance with the agreement of the Parties, all requests by the Special Master for funds to be deposited into the Special Master Escrow account were divided on a 60/40 basis between the Defendants and Plaintiffs.  On January 11, 2008, the parties agreed that all expenses associated with the depositions to be scheduled in Florida will be apportioned on a 50/50 basis, while any remaining non-Florida depositions will still follow the 60/40 split.   To pay and track those expenses associated with the Florida depositions, the PMO opened a second Special Master account called "Seroquel Special Master Escrow II."  The Special Master Escrow II Account Summary Report (SQ300A, attached as Exhibit 2) reflects that as of March 14, 2008, $50,000 has been transferred into this account from the original Special Master Escrow Account.   From that amount: $19,900 has been paid to compensate Physicians deponents for deposition time; and $3,423 has been paid to reimburse Physicians for the cost of copying their Medical Records.  The balance as of March 14, 2008, in the Special Master Escrow II account is $26,677.

The Special Master Escrow Account Physician Payment Details Reports (SQ301 and SQ301A) are available on-line at https://www.browngreer.com/seroquel).  They provide details of each payment made to each Physician, the reason for the payment, and the case to which the payment related.

**B.     Case-Specific Discovery Program for Pre-December 2007 Case Designations.**

The PMO has continued to work with the Parties to conclude the case-specific discovery program for cases designated for discovery before December, 2007.  The report

attached as Exhibit 3 (SQ108) reflects the status of that effort.  At this time, one deposition that could not be scheduled with the physicians before the end of December, 2007, has been scheduled and remains to be conducted on April 8.  The PMO is not working to schedule the 38 depositions in the currently Unable to Schedule category, but is concluding the scheduling of the two depositions in the Not Yet Scheduled group, provided that such scheduling not interfere with the Florida Discovery Pool cases.

      **C.**      **Actions by the PMO Relating to the Florida Discovery Pool.**

The PMO continues its efforts to schedule the depositions of prescribing and treating Physicians in the Florida Discovery Pool cases.  The PMO is obtaining medical records from such physicians unless Defendants have notified the PMO that the Defendants have already obtained such records through their own service provider.  The report attached as Exhibit 4 (SQ105) describes the progress of the PMO to date in scheduling physician depositions for the Florida Discovery Pool.

      **D.**      **Suspended Cases.**

Because the Plaintiffs were unable, after repeated efforts, to locate five Plaintiffs to schedule their depositions, the Special Master, with the agreement of the Parties, has placed the cases of these five Plaintiffs on hold and suspended any further efforts to schedule the depositions of any Physicians, Sales Representatives, or the Plaintiffs in these cases:

|    | **Plaintiff**          | **Designated By** |
|----|------------------------|-------------------|
| **1.** | Brito, Shelley     | Court             |
| **2.** | Gray, Twyla        | Court             |
| **3.** | Murphy, Brian      | Court             |
| **4.** | White, Willie      | Defense           |
| **5.** | Zackschewski, George | Defense         |

### III.  ACTIVITIES OF THE SPECIAL MASTER

    **A.**    **Dr. Shahzad Hashmi.**

The Special Master reviewed the arguments of counsel for Defendants and counsel for Plaintiffs, presented by email submissions, on Plaintiff's objection to Defendants' request to the take the deposition of Dr. Shahzad Hashmi, a physician designated by Defendants for deposition in the Hellen Thomas case, a case designated for Case-Specific Discovery. Defendants had designated Dr. Hashmi for deposition as a prescribing physician. Plaintiffs objected, contending that Defendants had already deposed a Dr. Johnson, and that Dr. Johnson was "the first and most significant prescriber" in the case. Defendants responded that they had deposed Dr. Johnson as the treating physician described in the Plaintiff's Fact Sheet and did not intend to depose any other treaters or prescribers other than Dr. Hashmi. On February 22, 2008, the Special Master determined that Defendants could depose Dr. Hashmi as a prescribing physician in the case. At Plaintiffs' request, the deposition was rescheduled From February 25, 2008 to April 4, 2008.

B. **Weekly Status Conferences.**

The Special Master has conducted weekly status conferences by telephone with counsel for Plaintiffs and counsel for Defendants on various scheduling, document production, and other issues.

                Respectfully submitted,

                BROWNGREER PLC

By:     **s/ Orran L. Brown**
        Orran L. Brown
        Virginia State Bar No. 25832
        BrownGreer PLC
        115 South 15th Street, Suite 400
        Richmond, Virginia  23219
        Telephone:  (804) 521-7201
        Facsimile:  (804) 521-7299
        Email:  obrown@browngreer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.

        **s/ Orran L. Brown**
        Orran L. Brown
        Virginia State Bar No. 25832
        BrownGreer PLC
        115 South 15th Street, Suite 400
        Richmond, Virginia  23219
        Telephone:  (804) 521-7201
        Facsimile:  (804) 521-7299
        Email:  obrown@browngreer.com

**SERVICE LIST**

In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

2


| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>**Attorney for Defendant Dr. Asif Habib** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

3

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |