*Confidential Information*

| SQ300 | Seroquel PMO: Special Master Escrow Account Summary (As of 3/14/08) | |
|---|---|---|
| | **Description** | **Available Funds** |
| 1. | Deposits | $260,000.00 |
| 2. | Physician Fee Payments | ($126,073.44) |
| 3. | Physician Costs for Medical Records | ($18,233.79) |
| 4. | Federal Express Expenses | ($13,640.79) |
| 5. | Bank Fees | ($275.25) |
| 6. | Special Master Escrow II Account Transfers | ($50,000.00) |
| 7. | Ending Balance   (3/14/08) | $51,776.73 |