*Confidential Information*

| SQ105 | Seroquel PMO:<br>Physician Depositions Scheduling Report<br>for Florida Case Specific Discovery<br>(As of 3/13/08) | | |
|---|---|---|---|
| | **Status** | **Status Detail** | |
| 1. | Scheduled/<br>Concluded | Scheduled by Parties | 11 |
| 2. | | Scheduled/Rescheduled | 56 |
| 3. | | **Scheduled/Concluded Total** | **67** |
| 4. | Scheduled/<br>Pending | Scheduled/Rescheduled | 54 |
| 5. | | **Scheduled/Pending Total** | **54** |
| 6. | Currently Unable<br>to Schedule | Hold Scheduling Efforts for Directions from Parties | 10 |
| 7. | | Unable to Locate Physician | 3 |
| 8. | | Physician Deceased | 0 |
| 9. | | **Currently Unable to Schedule Total** | **13** |
| 10. | Not Yet<br>Scheduled | 48-Hour Packet Sent | 1 |
| 11. | | Contact Made/Awaiting Date from Physician | 6 |
| 12. | | Fees/Other Questions Delaying Scheduling | 1 |
| 13. | | Designation Received by PMO | 0 |
| 14. | | Messages Left for Return Call | 5 |
| 15. | | **Not Yet Scheduled Total** | **13** |
| 16. | | **Grand Total** | **147** |

**EXHIBIT 3**