UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**In re Seroquel Products Liability Litigation**

**MDL Docket No. 1769**

_____

**This Document Relates to All Cases**

### DECLARATION OF DARRYL DRAPER
### IN SUPPORT OF ASTRAZENECA'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL IDENTIFICATION AND PRODUCTION OF "INTERMEDIATE DATA" FROM ASTRAZENECA'S GEL DATABASE

My name is Darryl Draper, and I declare:

1. I am over the age of eighteen and currently employed by AstraZeneca Pharmaceuticals, LP as a Service Performance Manager. I submit this Declaration in support of the AstraZeneca's Opposition To Plaintiffs' Motion To Compel Identification And Production Of "Intermediate Data" From AstraZeneca's GEL Database. The contents of my prior declaration (Doc. No. 768-11) are hereby incorporated by reference. I am familiar with the matters stated herein, based on my personal knowledge and experience at AstraZeneca, and could and would testify competently thereto under oath.

2. Approximately 1800 AstraZeneca personnel, located domestically and abroad, have authored Seroquel-related documents that now reside in AstraZeneca's Global Electronic Library ("GEL") database. In addition, AstraZeneca personnel, located domestically and abroad, have had permission to enter Seroquel-related intermediate data in GEL.

I declare under penalty of perjury under the laws of the United States and the laws of the state of Florida that the foregoing is true and correct to the best of my knowledge.

Dated:  March 14, 2008

_____
Darryl Draper