# PASS DECLARATION EXHIBIT A

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

# ORLANDO DIVISION

| | |
|---|---|
| In Re: Seroquel Products Liability Litigation<br><br>MDL Docket No. 1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS #8** |

Pursuant to F.R.C.P. 34, plaintiffs request that defendants AstraZeneca Pharmaceuticals LP, and AstraZeneca LP and any other responding entities both foreign or domestic, within 30 days after the service of Plaintiffs' Request for Production of Documents, dated on November 5, 2007, serve written responses to the following Plaintiffs' Request for Production of Documents and produce the documents and things herein described at the law offices of Weitz & Luxenberg, 180 Maiden Lane, New York, NY 10038.

## INSTRUCTIONS

1. In responding to this Request, you are required to produce all documents known or reasonably available to you, regardless of whether such documnents are in your possession, custody, or control or in the possession, custody, or control of your agents, consignees, representatives or investigators, or your attorneys or their agents, employees, representatives, or investigators.

- 1 -

2. If any of the documents or information requested cannot be produced in full, please specify, to the extent possible, the reasons for your inability to produce the remainder, and the approximate date when you expect to produce such documents, if at all. In the event that responsive documents or information requested herein have already been produced, identify the location of such documents by specific Bates Number and identify the previous Custodial Files or other document productions where said documents or information can be found.

3. With respect to any document that has been lost, destroyed, or otherwise disposed of since its preparation or receipt, please provide the following information separately as to each such document:

    (a) A general description of the subject matter, author, recipient(s), date;

    (b) The identity of each person who has received a copy or had an opportunity to receive a copy;

    (c) The last custodian of the document or copies thereof;

    (d) The full particulars or circumstances whereby the document was disposed of, destroyed, or otherwise lost;

    (e) Copies of any document destruction intructions or directives; and

    (f) Copies of any document destruction acknowledgement forms or receipts for the destruction of documents.

4. With respect to any documents that have been deemed privileged or otherwise protected information or materials, you must provide the following information

- 2 -

in a written response, designating and identifying those documents or information withheld from production on grounds of privilege:

 (a) The reason for withholding the document or information;

 (b) A statement of the legal basis for the claim of privilege, work product or other ground for non-disclosure;

 (c) A brief description of the document, including:

  a. The date of the document;

  b. The number of pages, attachments and appendices; and

  c. The name(s) of its author(s) or preparer(s) and identification by employment and title of each such person.

 (d) The name of each person who sent, received, was copied on, or had custody of the document, together with an identification of each such person;

 (e) The present custodian; and,

 (f) The subject matter of the document, and in the case of any document relating or referring to a meeting or conversation, identification of such meeting or conversation, in sufficient detail to enable the Court to determine the propriety of any claim of privilege.

5. All documents produced in response to this request shall be either:

 (a) Organized and labeled to correspond with the number of the specific demand to which the documents are responsive, or

- 3 -

   (b)  Produced in the order and in the manner that they are kept in the usual course of business.

6. All documents requested shall include all documents and information that relate in whole or in part to the relevant time period, or to events or circumstances during such relevant time period, even though dated, prepared, generated or received prior to the relevant time period.

7. All documents should be produced in the form or forms in which the information is ordinarily maintained or in a resonably usable form, and will include all reasonably accessible metadata, and shall enable the receiving party to have the same ability to access, search, and display the information as the producing party.

8. All data in Normalized form unless infeasible in which case Plaintiffs request AstraZeenca to maintain Normalization to the degree possible. Plainffs will accept the following formats in order of feasibility whereby the format produced does not result in the loss of data due to the limitations of the format, for instance the individual cells of an Excel spreadsheet are limited to 255 characters and thus inappropriate for a longer field.

   (a)  XML with accompanying schema

   (b)  Microsoft SQL database

   (c)  Access database

   (d)  Set of separated value files

9. All redactions shall be printed in TIFF format, Bated, with an accompanying OCR, metadata (indicating redaction reason) and load file. The value of any field redacted should be changed to REDACTED: <BATES NUMBER>.

10. All fields removed for privilege shall have their value changed to PRIVILIGED: <REASON>.

11. This Notice and Request imposes a continuing obligation upon you. If, after producing documents or information responsive to this request, additional information or documents become available to you, you are required to produce such additional documents or information.

## DEFINITIONS

As used herein, the following terms have the following meanings:

1. "Documents" includes documents within the meaning of F.R.C.P. 34 as amended effective December 1, 2006, and particularly includes "electronically stored information."

2. "Related to" and "relating to" means constituting, pertaining to, in connection with, reflecting, respecting, regarding, concerning, referring to, based upon, stating, showing, evidencing, establishing, supporting, negating, contradicting, describing, recording, noting, embodying, memorializing, containing, mentioning, studying, analyzing, discussing, specifying, identifying or in any manner logically, factually, indirectly or directly, or in any other way connecting to the matter addressed in the request, in part of whole.

3. "Communications" means any manner or method in which information is passed from one human being or entity to another including (but not limited to) any written, oral or electronic contact, and/or discussion or exchange of information.

4. "Person" shall include an individual or entity, other than attorneys.

- 5 -

5. "Identify" or "identity" with respect to persons, means to give, to the extent known, the person's full name, present or last known address and phone number, and when referring to a natural person, additionally, the present or last known place of employment.

6. "Seroquel" means the antipsychotic drug quetiapine fumarate, in any form, including (but not limited to) the medication marketed in the U.S and any foreign county by any AstraZeneca entity and sold under the brand names Seroquel, and any predecessor or non-final derivation of the drug.

7. "Antipyschotics" means any of the class of drugs or neuroleptics used for the treatment of the symptoms of psychoses including schizophrenia, bipolar mania or disorder, and other similar mental ailments and conditions.

8. "Atypical antipyschotics" means any of the class of drugs approved for the treatment of schizophrenia and Bipolar I that are primarily active on dopamine 2 receptors and ratio of serotonin (5-HT) receptor binding. Included, in this definition are the drugs Seroquel, Abilify (aripiprazole), Clozaril (clozapine), Risperdal (risperidone), Zyprexa (Olanzapine), and Geodon (ziprasidone).

9. "Or" and "and" will be used interchangeably.

10. Unless otherwise indicated, the "relevant period" for the information sought is 1986 to the present.

11. "You," "your," or "Astrazeneca" refers to Defendants Astrazeneca Pharmaceuticals LP, Astrazeneca LP, AstraZeneca PLC, AstraZeneca AB and AstraZeneca UK Limited as well as all partners, directors, officers, employees, servants, agents, attorneys, joint ventures, or other representatives, including all corporations and entities

affiliated with, Astrazeneca Pharmaceuticals LP, Astrazeneca LP, AstraZeneca PLC, AstraZeneca AB, and AstraZeneca UK Limited and any other named Defendants in this lawsuit foreign and domestic. The terms "you" or "your" shall also include all predecessor business entities, as well as any predecessor's partners, directors, officers, employees, servants, agents, joint ventures or other representatives. The terms "you" or "your" shall also include all foreign subsidiaries or foreign parent companies, as well as any foreign subsidiaries' or parent companies' partners, directors, officers, employees, servants, agents, joint ventures or other representatives.

12. "Injuries" shall refer to the development and/or exacerbation of endocrine or metabolic conditions or disorders, including pancreatitis, hyperprolactinemia, weight gain, and any and all diabetes-related symptoms or injuries including (without limitation) diabetes, diabetes mellitus, insulin dependent diabetes mellitus (IDDM), non-insulin dependent diabetes mellitus (NIDDM), type I diabetes, type II diabetes, hyperglycemia, glucose dysregulation, ketoacidosis, diabetic coma, and death.

13. "Warning" shall mean a statement advising plaintiffs and their treating physicians of an association between the use of SEROQUEL and the incidence of injuries.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1. All relevant Seroquel and Seroquel related data from GEL (Global Electronic Library) including the tables and fields identified below, but not limited to those fields specified should either the producing party know of any other highly relevant data or the fields and tables specified have been superimposed with another data structure that stores its schema within the rows and data of the database itself as is the case with a

- 7 -

Documentum database. For all documents previously produced, please provide a table or spreadsheet associating the document with the meta-data in acceptable formats listed below

 a. **GEL Document:** GEL Documents relative data.

 b. **GEL Mail:** Documentum mail queue - table dmi_queue_item, including recipients email address (from the user_address attribute on the dm_user object).

 c. **Auditing:**
  i. Data relative to Documentum dm_audittrail.
  ii. All audits for register audits trial events in SliM docbase – types prefiksed with "gel_".
  iii. Full Audit data for modification made after a document has been Approved.

2. Plaintiff request the following tables and fields including any and all lookup table values stored in other tables in the database necessary to decipher codes and currently employed by AstraZeneca to do the same. Because there were no samples provided, we are requesting all fields from the table listed.

 a. **Document Types:** dm_sysobject, az_document, gel_document, gel_link_document, gel_support_document, gel_xml_fragment

 b. **Folder Types:**
  i. gel_folder,gel_approval,gel_approval_cd, gel_approval_pi, gel_approval_pl, gel_approval_sl, gel_country,gel_documentation_package, gel_event, gel_event_type
  ii. gel_indication,gel_product,gel_drug_product, gel_drug_substance,gel_excipient, gel_formulated_drug,gel_medical_device, gel_mf_drug_product,
  iii. gel_mf_drug_substance
  iv. gel_mf_formulated_drug,gel_primary_package, gel_protective_package,gel_sales_pack,gel_seconda ry_package,gel_starting_material, gel_region,gel_site
  v. gel_authority_site, gel_mc_site

- 8 -

      vi.   gel_mfg_site, gel_supply_link, gel_therapy_area

c. **Rendition Information Table:** pdf_rendition_queue

d. **GEL Migration**: gel_migration_control

e. **Document Grouping:** gel_relation_category, gel_relation_detail, gel_event_action, gel_binding_option, gel_mandatory_for_doctype

f. **Links Across Docbases:** gel_link_management

g. **Checked Out Documents:** gel_checked_out_docs

h. **Workflows (Electronic Approvals):** gel_wf_performer, gel_wf_due_date, gel_wf_reject_task
i. **PDF Concatenation:** gel_lock_manager

j. **Annotations meta-data and files with contest:** No list of tables were made available.

Plaintiffs' reserve the right to make additional requests for production of documents upon further review of the documents provided and upon completion of depositions of defendants.

Dated: New York, New York
November 5, 2007.

                PLAINTIFFS' STEERING COMMITTEE

By:   /s/ Michael E. Pederson
       Michael E. Pederson
       ***Plaintiffs' Co-Lead Counsel***
       WEITZ & LUXENBERG, P.C.
       180 Maiden Lane
       New York, NY 10038

       Camp Bailey
       ***Plaintiffs' Co-Lead Counsel***
       Bailey, Perrin, Bailey, LLP
       The Lyric Center
       440 Louisiana, Suite 2100
       Houton, Texas 77002

       Larry Roth
       ***Plaintiffs' Liaison Counsel***
       Law Offices of Larry M. Roth, P.A.
       1615 Edgewater Drive, Suite 1801
       Orlando, Florida 32804

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on this 5th day of November, 2007, that I e-mailed the foregoing request for production of documents to the Defendants, along with a copy by e-mail to all participants in the CM/ECF system, and that I mailed the foregoing document by First Class Mail to the non-CM/ECF participants listed on the attached service list.

                            PLAINTIFFS' STEERING COMMITTEE

By:   /s/ Michael E. Pederson
       Michael E. Pederson
       *Plaintiffs' Co-Lead Counsel*
       WEITZ & LUXENBERG, P.C.
       180 Maiden Lane
       New York, NY 10038

# SERVICE LIST
(As of May 15, 2007)

## In Re: Seroquel Products Liability Litigation
## MDL Docket No. 1769 - Orl - 22DAB

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Glenn Kramer, Esq<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com<br>GKramer@weitzlux.com | Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Benjamin A. Krass, Esq.<br>Law Offices of Matthew F.Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |

| | |
|---|---|
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br>E. Ashley Cranford<br>Whatley Drake & Kallas, LLC<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ecf@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street<br>36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com | Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* | Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* |

| | |
|---|---|
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>Post Office Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| Thomas Campion, Esq.<br>Steven M. Selna<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>tcampion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br><br>*Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.* | Joseph C. Langston, Esq.<br>Timothy Reese Balducci<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |

| | |
|---|---|
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** | Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** |
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>***Attorney for Defendant AstraZenca, PLC*** | Aaron K. Dickey, Esq.<br>K. Lindsay Rakers, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com |
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants, Astrazeneca Pharmaceuticals, LP and Astrazeneca LP*** | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |

| | |
|---|---|
| David P. Matthews, Esq.<br>Lizy Santiago<br>Matthews & Associates<br>2905 Sackett<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com | Howard Nations<br>Lori A. Siler<br>4515 Yoakum Boulevard<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, Virginia 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |
| Salvatore M. Machi<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058 | Lizy Santiago, Esq.<br>Abraham, Watkins, Nichols,<br>Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>(713) 222-7211<br>lsantiago@abrahamwatkins.com |
| Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, Texas 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com | Mark W. Davis<br>Davis & Feder, P.A.<br>P.O. Drawer 6829<br>Gulfport, MS 39506 – 7018 |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000 | Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com |

| | |
|---|---|
| fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | |
| William A. Levin<br>Levin Simses Kaiser & Gornick, LLP<br>One Bush St., 14th Floor<br>San Frnacisco, CA 94104 | Robert G. Smitih, Jr.<br>Lorace & Thompson, PC<br>2900 N. Loop W, Suite 500<br>Houston, TX 77092 |
| Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City , SD 57702<br>605-399-3994<br>Scottarmstrong1235@eathlink.net | Linda S. Svitak<br>Faegre & Benson LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612) 776-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com |
| James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com | Ricjard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suitce C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com |
| B. Andre wList<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |

| | |
|---|---|
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |