# PASS DECLARATION EXHIBIT C

| From: | Dennis Canty [dcanty@lskg-law.com] |
|---|---|
| Sent: | Tuesday, January 08, 2008 11:22 PM |
| To: | rpass@carltonfields.com; Kerns, Kevin; Voshell, Colleen Casey; CCoutroulis@CarltonFields.com; Jim Freebery; smcconnell@dechert.com; craigball@gmail.com |
| Cc: | Larry J. Gornick; Jaffe, Jonathan |
| Subject: | Agenda for Jan. 9 |
| Attachments: | Re: FW: Problems with the latest production today; Issues with the ClinTrace Database Production |

From the exchange between SM-ESI and Mr. Pass, it is unclear whether the call is 12 or 1 ET. Plaintiffs can do either. Please let us know. Mr. Pass, please circulate the call in. Thank you.


Minutes
      Have minutes of 12/27 call been produced?
      Address recording options and requirements

SM-ESI – email 1/6 - "I also direct that the parties be well prepared to address all production issues respecting the Seroquel-related IND/NDA and ERooms data at the next call."

    IND/NDA
        Status of production
        Status of investigation/audit re prior production

    eRooms - Status of plan for production
        response to plaintiffs' proposed search terms
        from 12/3-4; AstraZeneca was to report on whether –
            external hosting possible
            chat was enabled
            IM was preserved

Q/A & Q/C investigation
Status of collection and production re: the following known issues:
      8 Shared areas, specifically Seroquel related
           (status of SM ESI review of historical custodian questionnaires)
      Shared mailboxes
      Custodians scheduled for production in early January
            Hebe (pst)
            Boorstein (reacquisition of hard drive)
            Geller (hard drive & o-drive)
      Any other shared areas not collected and produced

Audits and investigations
      Field audit complete?
      Status of email audit, loose file audit

Alternate email boxes
      Jaffe offered meeting; Field was not available; reschedule?

Status re issues with native production and response to attached email.


3/10/2008

ESTAR  database
     Identification of that which will be produced, and that which will be redacted
     On December 12, FTI was directed to report on any additional cost to avoid destruction of data
         and impairment of usability associated with redaction via TIFF & OCR
     Plan and schedule for production

Schedule for production of PLANET database

CLINTRACE database
     Status re issues identified by plaintiffs (attached)

Authentication protocol

GEL non-retained intermediate data:  What is AZ's plan to identify, collect and produce?

GEL preservation – answers to questions
     Status of written answers to questions due from Field
     Answers to the following (due from last call):
         Will the preservation efforts include ESI maintained by AstraZeneca in all countries?
         Are there any limiting conditions AZ is placing on the extraction of drafts/notes/annotations from GEL? What are they?
         Question from SM-ESI – is the rest of the world on GEL?

Status of custodian declarations

3/10/2008