# PASS DECLARATION EXHIBIT D

| | |
|---|---|
| **From:** | Dennis Canty [dcanty@lskg-law.com] |
| **Sent:** | Friday, January 18, 2008 11:22 AM |
| **To:** | Craig Ball; rpass@carltonfields.com; Kerns, Kevin; Voshell, Colleen Casey; Adams, Bill; Field, Carmen Oveissi |
| **Cc:** | Larry J. Gornick; Jaffe, Jonathan |
| **Subject:** | Agenda for SM-ESI call Jan. 18 |

Databases
Kerns letter 1/9; Canty response 1/12. Status?

Rolling production
On 1/11 – SM-ESI advised AstraZeneca to put together a calendar of its rolling production, and encouraged AstraZeneca to share it with SM-ESI and plaintiffs. Will AstraZeneca provide one? When?
Mr. Kerns indicated that queries for database extractions would be ready this week, so that they could be shared with plaintiffs. Status?

IND/NDA
1/9 – SM-ESI inquired as to what AstraZeneca and its vendors will be doing to isolate the IND/NDA. That needs to be fleshed out. We need to determine what plaintiffs will be getting, structurally, so that we can be sure the structure is reasonable. Mr. Kerns indicated he would be discussing this with Mr. Adams, and providing something clear and unequivocal in writing. Status?

Clintrace
Response to SM-ESI inquiry and schema due 1/17. Status?

Spreadsheet redaction
Parties have reached agreement, subject to questions of process. Plaintiffs to supply sample for redaction – will AstraZeneca perform sample redaction?

Format of Email
Status of agreement/directive.

Q/A & Q/C investigation
Status of production of:
    8 Shared areas, specifically Seroquel related
    Shared mailboxes (other than Seroquel litigation mailbox)
Is Ms. Field's audit complete?
Collection Questionnaires - 1/11, SM-ESI requested further documentation from AstraZeneca. Status?

Custodian Declarations
SM-ESI – 1/9 – Mr. Pass to deliver what he has to either SM-ESI or plaintiffs by 1/14. Status?
How many collected? Deadline for production to plaintiffs.

GEL preservation
Status of written answers to questions due from Field (per 12/27 call)?
Answers to the following (due since 1/9): Will the preservation efforts include ESI maintained by AstraZeneca in all countries? Are there any limiting conditions AZ is placing on the extraction of drafts/notes/annotations from GEL? What are they? Question from SM-ESI – is the rest of the world on GEL?

ESTAR database
Mr. Kerns to report on preservation of structure of ESTAR, and estimated production date for non-redacted material.

eRooms - Plan for production

3/10/2008

Plan for production of Seroquel eRooms
Plan for production of non-Seroquel eRooms

Alternate email boxes
Mr. Jaffe and Ms. Field still need to meet?

Issues with native production
Mr. Gornick's Jan. 2 email – Bill Adams to report on fields missing data

Authentication protocol

Scheduling
Plaintiffs' side unavailable 1/23-29.

3/10/2008