# PASS DECLARATION EXHIBIT E

| | |
|---|---|
| **From:** | Dennis Canty [dcanty@lskg-law.com] |
| **Sent:** | Tuesday, January 22, 2008 10:59 AM |
| **To:** | rpass@carltonfields.com; Kerns, Kevin; Adams, Bill; Field, Carmen Oveissi; Jim Freebery; Adupre@mccarter.com; CCoutroulis@CarltonFields.com; Craig Ball |
| **Cc:** | Jaffe, Jonathan; Larry J. Gornick |
| **Subject:** | Agenda for Jan. 22 |
| **Attachments:** | Doc1.doc |

Queries for database extractions – Status?

Clintrace – Status?

Master database list

IND/NDA
1/18 – AstraZeneca to provide specific methodology to reliably isolate in GEL. Status?

ESTAR database
Production date for non-redacted material.


eRooms - Plan for production
Plan for production of Seroquel eRooms
Plan for production of non-Seroquel eRooms

GEL preservation – Status?

Format of Email
Status of agreement/directive (attached changes).

Q/A & Q/C investigation
Is Ms. Field's audit complete?
Status re custodians with collection issues
    Birkett, Geoff        Marketing
    Duff, Dave          Marketing
    O'Brien, Shawn      Marketing
        (report due from 12/27)
    McKillop, Tom       Senior Executive Team 99-05
    Thorpe, Barrie      Senior Executive Team 99-05
Collection Questionnaires - 1/11, SM-ESI requested further documentation from AstraZeneca. Status?

Custodian Declarations
SM-ESI – 1/9 – Mr. Pass to deliver what he has to either SM-ESI or plaintiffs by 1/14. Status?
How many collected? Deadline for production to plaintiffs.

Alternate email boxes
Status report

Spreadsheet redaction

3/10/2008

Authentication protocol

3/10/2008