# PASS DECLARATION EXHIBIT F

## Balakhani, Elizabeth

| | |
|---|---|
| **From:** | craigball@gmail.com on behalf of Craig Ball [craig@ball.net] |
| **Sent:** | Monday, January 21, 2008 1:38 PM |
| **To:** | rpass@carltonfields.com |
| **Cc:** | Kerns, Kevin; Jim Freebery; Adupre@mccarter.com |
| **Subject:** | Re: GEL: Ex parte |
| **Attachments:** | CDB response to GEL proposal.pdf |

Dear Mr. Pass:

I attach a document replying to your *ex parte* submission. I hope it's helpful. Thank you.

Craig Ball

On 1/20/08, **Pass, Robert W.** <RPass@carltonfields.com> wrote:
> Mr. Ball, I attach as an *ex parte* submission the memorandum regarding GEL to which I referred generally in our call on Friday, January 18, 2008.
>
> Regards, Bob Pass
>
>
> Robert Pass
> Attorney at Law
> Carlton Fields, P.A.
> 215 S. Monroe Street, Suite 500
> Tallahassee, FL 32302
> Phone (850) 513-3608
> Fax (850) 222-0398
> e-mail: rpass@carltonfields.com
> www.carltonfields.com

--
Craig Ball
Attorney and Technologist
Certified Computer Forensic Examiner
1101 Ridgecrest
Austin, Texas 78746
TEL: 512-514-0182
MBL: 713-320-6066
FAX: 512-532-6511
E-MAIL: craig@ball.net
WEB: www.craigball.com

3/10/2008