# PASS DECLARATION EXHIBIT G

### Balakhani, Elizabeth

**From:** craigball@gmail.com on behalf of Craig Ball [craig@ball.net]
**Sent:** Thursday, January 24, 2008 11:06 PM
**To:** Larry J. Gornick; rpass@carltonfields.com; Dennis Canty; Kerns, Kevin
**Subject:** Ex Parte discussion

Mr. Gornick:

I had an *ex parte* telephone discussion with Mr. Pass and Mr. Kerns this afternoon, concerning GEL. Thank you.

--
Craig Ball
Attorney and Technologist
Certified Computer Forensic Examiner
1101 Ridgecrest
Austin, Texas 78746
TEL: 512-514-0182
MBL: 713-320-6066
FAX: 512-532-6511
E-MAIL: craig@ball.net
WEB: www.craigball.com

3/10/2008