# PASS DECLARATION EXHIBIT L

## Pass, Robert W.

**From:** Kerns, Kevin [kevin.kerns@dechert.com]
**Sent:** Wednesday, February 20, 2008 12:06 PM
**To:** Dennis Canty; Jaffe, Jonathan; Larry J. Gornick
**Cc:** Craig Ball; Pass, Robert W.; Bogdonoff, Michael
**Subject:** GEL Backup Tapes

**Attachments:** GEL Back Up--Confidential.pdf; uxblx-Confidential.pdf


GEL Back
p--Confidential.pdf .


uxblx-Confidential.
pdf (178 KB...

<<GEL Back Up--Confidential.pdf>> De <<uxblx-Confidential.pdf>>

nnis and Larry:

Attached, pursuant to Mr. Ball's February 12, 2008 directive, are two PDF files regarding the GEL backup tape issue.

The first document is a spreadsheet providing the primary information required by the directive, including the number of GEL back-up tapes, the date each was recorded, the volume of data on each tape, and its scope (e.g. daily, yearly etc.).

The second document is a spreadsheet identifying data backed up from those GEL systems that may contain Seroquel-related data, drawn from the most recent (February 2008) yearly back-up.

Sincerely,

Kevin T. Kerns


This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

1

## Kerns, Kevin

| | |
|---|---|
| **From:** | Kerns, Kevin |
| **Sent:** | Thursday, February 28, 2008 1:52 PM |
| **To:** | Larry J. Gornick; Dennis Canty |
| **Cc:** | Craig Ball; rpass@carltonfields.com; Bogdonoff, Michael |
| **Subject:** | Gel Backup Tapes -- "Confidential -- Subject to Protective Order" |
| **Attachments:** | GEL_Back.pdf |



GEL_Back.pdf (1 MB)

Dennis and Larry:

Attached is a PDF file describing the backup tapes maintained by IBM in Sweden as described during our call the other day. It identifies, among other things, the number of tapes, the date on which each was recorded, and the volume of GEL-related data thereon. The tape-types are LTO1, 2 or 3 type, discernable through the following tape key:

LTO1 = labels starting with A
LTO2 = labels starting with 2D / 2C
LTO3 = labels starting with 3B

Please note that the attached PDF is stamped "Confidential" and should be treated, along with this email, as confidential under the MDL protective order.

Sincerely,

Kevin T. Kerns