# PASS DECLARATION EXHIBIT N

## Pass, Robert W.

| | |
|---|---|
| **From:** | Dennis Canty [dcanty@lskg-law.com] |
| **Sent:** | Friday, February 29, 2008 9:08 PM |
| **To:** | Craig Ball; Pass, Robert W.; Kerns, Kevin; Voshell, Colleen Casey; Coutroulis, Chris S. |
| **Cc:** | Larry J. Gornick; Jaffe, Jonathan |
| **Subject:** | GEL Sampling Protocol |
| **Attachments:** | sampling protocol.doc |

Attached is plaintiffs' proposed protocol.

Plaintiffs' Proposed Sampling Protocol

Based on information currently available, plaintiffs propose the following Sampling Protocol.

The sampling protocol shall focus on the categories of documents identified by AstraZeneca on January 28 as being the most relevant to the litigation.

"Those documents consist of drafts of:

    (i) U.S. label changes;

    (ii) Core Data Sheets (which include, *inter alia*, baseline safety information and labeling for all global product labeling);[1]

    (iii) Safety Evaluation and Review Meeting (SERM) minutes;[2]

    (iv) SERM Discussion Documents;[3]

    (v) SERM Clinical Overview Documents;[4]

    (vi) Periodic Safety Update Reports; and

    (vii) Safety Position Papers.[5]"

The sampling protocol shall also specifically include (whether or not encompassed in the above) all documents related to:

    IND/NDA

    FDA's letter of November 16, 2006, and actions taken by AstraZeneca in response

    Study 125

    SERM Meeting in the summer of 2007

    Seroquel 2007 label change



**Comment [DJC1]:**

---

[1] The Core Data Sheet contains the medically and scientifically documented, relevant and most current information on an AZ product for inclusion in the global product labeling for that product.

[2] From the time of their first use in man, all AstraZeneca products are regularly reviewed through the SERM process in order to identify any issues potentially affecting patient safety.

[3] A Discussion Document presents a topic for discussion at a SERM meeting. Often drafts of Discussion Documents were prepared solely for legal review by the AstraZeneca Legal Department before being distributed to a larger group, and thus are subject to the attorney-client and/or work product privilege.

[4] A Clinical Overview Document, previously known as a "Justification Document," supports a recommended change to core product information, such as that contained in the Core Data Sheet, and contains the rationale for clinical and regulatory sign-off of that change as well as providing a documented record within AstraZeneca as to why that change was made.

[5] A Safety Position Paper records the rationale for making a "no change" decision for a Core Data Sheet, if such documentation of the decision is considered necessary. A Safety Position Paper is not always required.

The foregoing materials are collectively referred to as the "Sampling Documents."

AstraZeneca will restore, at a minimum, the backup events of September 2005 and November 2007, and additional events as set forth below.

AstraZeneca shall modify its February 15 submission regarding categories of documents so as to clearly indicate all folder paths in which Sampling Documents may be found. These shall be referred to as the "Sampling Paths."

**Comment [DJC2]:** GEL Folder Path: Confidential Docu

AstraZeneca shall produce the Oracle metadata for all documents found in Sampling Paths.

AstraZeneca shall (to the extent not included in metadata) supply all audit trails or logs for documents found in Sampling Paths, and any other information sufficient to determine the date such documents were "approved."

From this information, plaintiffs will select up to five additional backup tape "events" for restoration.

AstraZeneca shall identify any deviations in the restored Sampling Paths from the current Sampling Paths.

AstraZeneca will provide all metadata, including metadata related to comments, annotations, revisions or versions, for all restored documents in the Sampling Paths or path deviations if such documents (a) do not currently exist in GEL; or (b) have a modified date different from that currently in GEL.

Based on that metadata, plaintiffs will select documents for production and review.