# PASS DECLARATION EXHIBIT O

## Pass, Robert W.

| | |
|---|---|
| **From:** | Bogdonoff, Michael [michael.bogdonoff@dechert.com] |
| **Sent:** | Monday, March 03, 2008 7:11 PM |
| **To:** | Dennis Canty |
| **Cc:** | Kerns, Kevin; Jim Freebery; Pass, Robert W.; craigball@gmail.com |
| **Subject:** | RE: Seroquel MDL |
| **Attachments:** | GEL_Back.pdf |

Attached is a copy of AstraZeneca's GEL Backup Tape Sampling Protocol.

Mike Bogdonoff


This e-mail is from Dechert LLP, a law firm, and may contain information that is con

3/14/2008