UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769
_____

This Document Relates to ALL CASES

SUPPLEMENT TO ASTRAZENECA'S RESPONSE TO THE
MARCH 11, 2008 ORDER REGARDING CERTAIN PRIVILEGE LOG ENTRIES

AstraZeneca respectfully submits this supplement to its Response To The March 11, 2008 Order Regarding Certain Privilege Log Entries (Doc. 908). As noted in that Response, AstraZeneca is separately filing this supplement to cross reference by document number the withheld documents undergoing *in camera* review that fall under each of the categories of privilege described in the Response.

    A.    **Communications Seeking Or Relaying Legal Advice Between In-House Counsel And Company Personnel Are Quintessentially Privileged, Whether They Involve Litigation Matters Or Legal Analysis Of Safety, Scientific, Technical, And Regulatory Matters.**

| | | | |
|---|---|---|---|
| SQ1ED00656393 | SQ1ED00205173 | SQ1ED00233177 | SQ1ED00488923 |
| SQ1ED00614465 | SQ1ED00205174 | SQ1ED00060579 | SQ1ED00160860 |
| SQ1ED00536597 | SQ1ED00510507 | SQ1ED00712353 | SQ1ED00060605 |
| SQ1ED00431839 | SQ1ED00510508 | SQ1ED00118417 | SQ1ED00504061 |
| SQ1ED00421036 | SQ1ED00502823 | SQ1ED00336513 | SQ1ED00061544 |
| SQ1P01544222 | SQ1ED00328381 | SQ1ED00213292 | SQ1ED00060599 |
| SQ1ED01060976 | SQ1ED01250083 | SQ1ED00095034 | SQ1ED00060611 |
| SQ1ED01222976 | SQ1ED01250084 | SQ1ED00063292 | SQ1ED00826218 |
| SQ1ED00461304 | SQ1ED01250085 | SQ1ED00063293 | SQ1P00594746 |
| SQ1ED00582702 | SQ1ED00101968 | SQ1ED00054811 | SQ1ED00161731 |
| SQ1ED00202146 | SQ1ED00117997 | SQ1ED00324522 | SQ1ED00544992 |
| SQ1ED00559866 | SQ1ED00118365 | SQ1ED00159955 | SQ1ED00163655 |
| SQ1ED00459468 | SQ1P00487331 | SQ1ED00159965 | SQ1ED00249917 |
| SQ1ED00067075 | SQ1ED00039604 | SQ1ED00160017 | SQ1ED00734927 |
| SQ1ED00067071 | SQ1ED01225042 | SQ1ED00022851 | SQ1ED00427839 |
| SQ1ED00107317 | SQ1ED00408726 | SQ1ED00466693 | SQ1ED00429203 |
| SQ1ED00077112 | SQ1ED00502040 | SQ1ED00322242 | SQ1ED00202131 |
| SQ1ED00077113 | SQ1ED00154434 | SQ1ED00138714 | |
| SQ1ED00077115 | SQ1ED00003766 | SQ1ED00502113 | |

**B.     Draft Documents Seeking Or Conveying Legal Advice Are Privileged.**

| | | | |
|---|---|---|---|
| SQ1ED00656393 | SQ1ED00205173 | SQ1ED00154434 | SQ1ED00502113 |
| SQ1ED00614465 | SQ1ED00205174 | SQ1ED00233177 | SQ1ED00488923 |
| SQ1ED00536597 | SQ1ED00510507 | SQ1ED00060579 | SQ1ED00160860 |
| SQ1ED00431839 | SQ1ED00510508 | SQ1ED00712353 | SQ1ED00060605 |
| SQ1ED00421036 | SQ1ED00502823 | SQ1ED00118417 | SQ1ED00504061 |
| SQ1P01544222 | SQ1ED00328381 | SQ1ED00336513 | SQ1ED00061544 |
| SQ1ED01060976 | SQ1ED01250083 | SQ1ED00213292 | SQ1ED00060599 |
| SQ1ED01222976 | SQ1ED01250084 | SQ1ED00095034 | SQ1ED00060611 |
| SQ1ED00094914 | SQ1ED01250085 | SQ1ED00063292 | SQ1ED00826218 |
| SQ1ED00461304 | SQ1ED00101968 | SQ1ED00054811 | SQ1P00594746 |
| SQ1ED00582702 | SQ1ED00117997 | SQ1ED00324522 | SQ1ED00161731 |
| SQ1ED00202146 | SQ1ED00118365 | SQ1ED00159955 | SQ1ED00163655 |
| SQ1ED00067075 | SQ1P00487331 | SQ1ED00159965 | SQ1ED00249917 |
| SQ1ED00067071 | SQ1ED00039604 | SQ1ED00160017 | SQ1ED00734927 |
| SQ1ED00077112 | SQ1ED01225042 | SQ1ED00022851 | SQ1ED00427839 |
| SQ1ED00077113 | SQ1ED00408726 | SQ1ED00322242 | SQ1ED00429203 |
| SQ1ED00077115 | SQ1ED00502040 | SQ1ED00138714 | SQ1ED00202131 |

**C.     "Mixed Purpose" Communications Seeking Or Conveying Legal Advice Are Protected.**

| | | | |
|---|---|---|---|
| SQ1ED00536597 | SQ1ED00502823 | SQ1ED00060579 | SQ1ED00502113 |
| SQ1ED01222976 | SQ1ED00328381 | SQ1ED00712353 | SQ1ED00488923 |
| SQ1ED00094914 | SQ1ED01250083 | SQ1ED00336513 | SQ1ED00060605 |
| SQ1ED00461304 | SQ1ED01250084 | SQ1ED00213292 | SQ1ED00504061 |
| SQ1ED00202146 | SQ1ED01250085 | SQ1ED00063293 | SQ1ED00060599 |
| SQ1ED00067075 | SQ1ED00101968 | SQ1ED00054811 | SQ1ED00060611 |
| SQ1ED00067071 | SQ1ED00117997 | SQ1ED00324522 | SQ1ED00826218 |
| SQ1ED00077112 | SQ1ED00118365 | SQ1ED00159955 | SQ1P00594746 |
| SQ1ED00077113 | SQ1ED00039604 | SQ1ED00159965 | SQ1ED00161731 |
| SQ1ED00077115 | SQ1ED01225042 | SQ1ED00160017 | SQ1ED00544992 |
| SQ1ED00205173 | SQ1ED00408726 | SQ1ED00022851 | SQ1ED00427839 |
| SQ1ED00205174 | SQ1ED00502040 | SQ1ED00466693 | SQ1ED00429203 |
| SQ1ED00510507 | SQ1ED00154434 | SQ1ED00322242 | SQ1ED00202131 |
| SQ1ED00510508 | SQ1ED00233177 | SQ1ED00138714 | |

**D.     Documents Created And Disseminated To Facilitate Legal Advice In The Corporate Context Are Privileged.**

    **1.     Privilege applies to documents widely disseminated within the corporate structure to further the purpose of the privilege.**

| | | | |
|---|---|---|---|
| SQ1ED00656393 | SQ1ED01250083 | SQ1ED00502040 | SQ1ED00336513 |
| SQ1ED00614465 | SQ1ED01250084 | SQ1ED00154434 | SQ1ED00213292 |
| SQ1ED00536597 | SQ1ED01250085 | SQ1ED00003766 | SQ1ED00095034 |

2

| | | | |
|---|---|---|---|
| SQ1ED00559866 | SQ1ED00101968 | SQ1ED00233177 | SQ1ED00063292 |
| SQ1ED00459468 | SQ1ED00117997 | SQ1ED00060579 | SQ1ED00063293 |
| SQ1ED00502823 | SQ1ED00118365 | SQ1ED00712353 | |

    **2.    Privilege extends to third-party agents and consultants assisting attorneys in providing a legal response.**

SQ1P00594746
SQ1ED00161731
SQ1ED00734927

    **3.    Privilege applies to corporate committee communications involving legal advice.**

| | | | |
|---|---|---|---|
| SQ1ED00431839 | SQ1ED01250083 | SQ1ED00003766 | SQ1ED00022851 |
| SQ1ED00421036 | SQ1ED01250084 | SQ1ED00233177 | SQ1ED00322242 |
| SQ1ED01060976 | SQ1ED01250085 | SQ1ED00060579 | SQ1ED00138714 |
| SQ1ED00582702 | SQ1ED00101968 | SQ1ED00712353 | SQ1ED00502113 |
| SQ1ED00077112 | SQ1ED00117997 | SQ1ED00336513 | SQ1ED00488923 |
| SQ1ED00077113 | SQ1ED00118365 | SQ1ED00213292 | SQ1ED00160860 |
| SQ1ED00077115 | SQ1P00487331 | SQ1ED00063293 | SQ1ED00060605 |
| SQ1ED00205173 | SQ1ED00039604 | SQ1ED00054811 | SQ1ED00504061 |
| SQ1ED00205174 | SQ1ED01225042 | SQ1ED00324522 | SQ1ED00544992 |
| SQ1ED00510507 | SQ1ED00408726 | SQ1ED00159955 | SQ1ED00427839 |
| SQ1ED00510508 | SQ1ED00502040 | SQ1ED00159965 | SQ1ED00429203 |
| SQ1ED00502823 | SQ1ED00154434 | SQ1ED00160017 | SQ1ED00202131 |

    **4.    Privilege extends to the communication to a lawyer of otherwise non-privileged information.**

| | | | |
|---|---|---|---|
| SQ1ED00202146 | SQ1ED00067075 | SQ1ED00510507 | SQ1ED00163655 |
| SQ1ED00559866 | SQ1ED00205173 | SQ1ED00510508 | SQ1ED00249917 |
| SQ1ED00459468 | SQ1ED00205174 | SQ1ED00466693 | |

**E.    The Work Product Doctrine Is Appropriately Invoked In AstraZeneca's Privilege Log.**

| | | | |
|---|---|---|---|
| SQ1ED00656393 | SQ1ED00060579 | SQ1ED00022851 | SQ1ED00060611 |
| SQ1ED00614465 | SQ1ED00712353 | SQ1ED00466693 | SQ1ED00826218 |
| SQ1ED00202146 | SQ1ED00336513 | SQ1ED00322242 | SQ1P00594746 |
| SQ1ED00559866 | SQ1ED00095034 | SQ1ED00138714 | SQ1ED00161731 |
| SQ1ED00459468 | SQ1ED00063292 | SQ1ED00502113 | SQ1ED00544992 |
| SQ1ED00107317 | SQ1ED00054811 | SQ1ED00488923 | SQ1ED00163655 |
| SQ1ED00328381 | SQ1ED00324522 | SQ1ED00160860 | SQ1ED00249917 |
| SQ1ED01225042 | SQ1ED00159955 | SQ1ED00060605 | SQ1ED00734927 |
| SQ1ED00502040 | SQ1ED00159965 | SQ1ED00504061 | SQ1ED00427839 |
| SQ1ED00003766 | SQ1ED00160017 | SQ1ED00061544 | SQ1ED00202131 |

3

**CONCLUSION**

For the reasons detailed in our separate Response To The March 11, 2008 Order Regarding Certain Privilege Log Entries and *in camera* submissions with respect to each individual document, AstraZeneca's claims of privilege are well-founded and should be upheld.

DATED: March 20, 2008                    Respectfully submitted,

*/s/ Stephen J. McConnell*
Stephen J. McConnell
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19103
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
*stephen.mcconnell@dechert.com*

Steven B. Weisburd
DECHERT LLP
300 West 6th Street, Suite 1850
Austin, Texas  78701
Telephone: (512) 392-3000
Facsimile: (512) 394-3001

Susan A. Weber
Gary Feinerman
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois  60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Rebecca K. Wood
SIDLEY AUSTIN LLP
1501 K. St., N.W.
Washington, DC  20005
Telephone:  (202) 736-8000
Facsimile:  (202) 736-8711

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

**CERTIFICATE OF SERVICE**

I hereby certify that, on 20th of March, 2008 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system through which all participating parties are deemed served. I further certify that, by using the CM/ECF, the foregoing has been served on plaintiffs' liaison counsel, who is charged with serving any non-CM/ECF participants on the attached Service List.

**/s/ Michael W. Davis**

**SERVICE LIST**

**In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX  77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiff s' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX  77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew E. Pawa, Esq.<br>Law Offices of Matthew E. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX  76106<br>Telephone: (817) 334-0762<br>kj@jensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX  77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and.AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** (via U.S. Mail) | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** (via U.S. Mail) |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** (via U.S. Mail) | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** (via U.S. Mail) |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Steven M. Selna, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>steven.selna@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

7

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>**Attorney for Defendant Dr. Asif Habib** | John Driscoll, Esq.<br>Brown & Crouppen; PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John K. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>(via U.S. Mail) | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 259<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J: Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

| | |
|---|---|
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@earthlink.net |
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612) 766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D.Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |