# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability**
**Litigation.**

                                          **Case No.  6:06-md-1769-Orl-22DAB**

_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MDL PLAINTIFFS AND DEFENDANTS' JOINT MOTION FOR USE OF ELECTRONIC EQUIPMENT AT THE MARCH 24, 2008 HEARING (Doc. No. 907)** |
| **FILED:** | **March 20, 2008** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment  into the George C. Young United States Courthouse for use in connection with a hearing in this case, it is **ORDERED** as follows:

1.      Gary Feinerman, A. Elizabeth Balakhani, Robert L. Ciotti, Chris S. Coutroulis, Stephen J. McConnell, Robert W. Pass, Shane T. Prince, Christin Bassett, Marc Raven, Michael A. Bogdonoff are each allowed to bring one PDA or "Blackberry" email device and/or cell phone; Gary Feinerman, A. Elizabeth Balakhani, Robert L. Ciotti, Stephen J. McConnell, Shane T. Prince, Marc Raven, and Michael A. Bogdonoff each one laptop computer into the George C. Young United States Courthouse on **MONDAY, MARCH 24, 2008**, for use in hearing before the undersigned scheduled to begin at **2:00 P.M.**

2.      Paul Pennock, Jonathan Sedgh, Dennis Canty, Larry Roth, David Matthews, and Brian J. McCormick are hereby each granted permission to bring a BlackBerry email device and/or cell phone and Brian J. McCormick one laptop computer into the George C. Young United States Courthouse on **MONDAY, MARCH 24, 2008**, for use in the hearing before the undersigned scheduled to begin at **2:00 P.M.**

3.      The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment.  In their discretion, courthouse security personnel may require those listed to present picture identification at the time of entry.

4.      The equipment described above is subject to inspection at any time by courthouse security personnel.  Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

    **DONE** and **ORDERED** in Orlando, Florida on March 21, 2008.

*David A. Baker*

    DAVID A. BAKER
    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers