# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation.

Case No. 6:06-md-1769-Orl-22DAB

_____/

## MEMORANDUM TO DOCTORS

Defendants ("AstraZeneca") are permitted to retain as expert witnesses physicians who may have treated one or more patients who are Plaintiffs in this litigation. Despite their service as experts, these physicians are still bound by the physician-patient privilege and are forbidden from communicating with AstraZeneca, its employees and its attorneys about their patients who are Plaintiffs, absent a subpoena, their patients' written authorization, or another order from the Court. AstraZeneca and its representatives must identify which of a physician's patients are Plaintiffs before any substantive communications begin. If a physician, at any time, believes that AstraZeneca is attempting to communicate about a patient who is a Plaintiff, directly or indirectly, the physician should contact the patient or his or her attorney.

_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE