# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In Re:
Seroquel Products Liability Litigation,

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker<br>United States<br>Magistrate Judge | DATE AND TIME | March 24, 2008<br>2:05-4:50 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Sandy Tremel |
| Special Master | Craig Ball | | |
| 3rd Parties | Kurt Kusiak<br>K. Henning | | |
| COUNSEL/PLTF. | Lawrence Gornick<br>Dennis Canty<br>Paul Pennock<br>Jonathan Sedgh | COUNSEL/DEF. | Mike Bogdonoff<br>Liz Balakhani<br>Chris Coutroulis<br>Robert Ciotti<br>Gary Feinerman<br>Stephen J. McConnell<br>Robert Pass<br>Marc Raven |

**Motions Hearing** (Doc. #789 and #877)

Case called, appearances taken
Procedural setting by court
Plaintiff addresses motion to compel concerning GEL: Global Electronic Library
**Court SEALS following portion of hearing regarding confidential documents**
Defense counsel responds to plaintiff's presentation
Court inquires of defense counsel Pass

Special Master Ball comments on issues discussed
Court directs parties confer and to file by Monday, March 31, 2008 at 10:00 AM (not to exceed 10 pages) position papers on matters covered today; Special Master Ball to file report by Tuesday, April 1, 2008
Counsel Pennock addresses court; Counsel McConnell responds