# EXHIBIT A

**26 Privilege Log Examples:**

| Beginning Bates # | Control # |
| --- | --- |
| AZSERP0089328 | SQ1ED01608976 |
| AZSERP0089329 | SQ1ED01608977 |
| AZSERP0090005 | SQ1ED01610867 |
| AZSERP00757531 | SQ1ED01521457 |
| AZSERP0075761 | SQ1ED01521459 |
| AZSERP0092340 | SQ1ED01920590 |
| AZSERP0060159 | SQ1ED00161672 |
| AZSERP0012068 | SQ1ED00196624 |
| AZSERP0067034 | SQ1ED00631557 |
| AZSERP0055153 | SQ1ED01492784 |
| AZSERP0048669 | SQ1ED01528387 |
| AZSERP0049075 | SQ1P00611714 |
| AZSERP0064953 | SQ1ED00432549 |
| AZSERP0065322 | SQ1ED00457348 |
| AZSERP0062566 | SQ1ED00205427 |
| AZSERP0067858 | SQ1ED00719854 |
| AZSERP0062284 | SQ1ED00197004 |
| AZSERP0040873 | SQ1ED00598084 |
| AZSERP0070019 | SQ1ED00891093 |
| AZSERP0049527 | SQ1P00744882 |
| AZSERP0038995 | SQ1ED00470684 |
| AZSERP0064562 | SQ1ED00429275 |
| AZSERP0057636 | SQ1ED00067910 |
| AZSERP0049242 | SQ1P00613122 |
| AZSERP0093655 | SQ1P02238926 |
| AZSERP0064636 | SQ1ED00431125 |