**Dennis Canty**

| | |
|---|---|
| **From:** | Dennis Canty |
| **Sent:** | Tuesday, March 25, 2008 7:31 PM |
| **To:** | 'Bogdonoff, Michael' |
| **Cc:** | rpass@carltonfields.com; CCoutroulis@carltonfields.com; 'Kerns, Kevin'; Larry J. Gornick; Craig Ball |
| **Subject:** | GEL log files |

Mr. Bogdonoff:

You indicated on today's call that the GEL database does generate logs of deleted intermediate data. These logs contain (at least) information concerning the identity of each document and number of versions deleted. We have some follow-up questions, for clarity.

For "Microsoft" documents (i.e., .doc, .xls, .ppt), GEL generated a monthly log of all files deleted. What about .pdf documents? Were deletion of these documents logged in that file?

AstraZeneca indicates that these monthly log files were overwritten. Can you help us understand why that would be?

Due to this overwriting, the only log file available is from February 2008. Could we get a copy of the file?

You stated that the log files were not contained in the monthly backups of the GEL system. I'm not sure I understood how that could be. Could you please explain?

GEL also generated log files for .xml documents. This function was implemented on both GEL servers, though it malfunctioned on one of them. These logs was appended, rather than overwritten. Can you help us understand why these were appended, but the others overwritten?

Due to a system change or upgrade, the only .xml log file now available dates from May 2007 to present. Could we get a copy of the file? Has AstraZeneca investigated whether previous log files were backed up? If they were not backed up, why not?

You stated that GEL contains no audit "trails" or "tables" which might contain information about the deletion of intermediate data, and that no other potential sources of such information exist. Please confirm.

In going over my notes from the call, I see that Mr. Kerns initially indicated you were "not in a position to give a final answer" regarding the existence of log files. Is there further investigation that AstraZeneca is undertaking at this time? If so, what is the nature of that investigation?

Thank you for your assistance.