**Dennis Canty**

| | |
|---|---|
| **From:** | Dennis Canty |
| **Sent:** | Tuesday, April 01, 2008 3:28 PM |
| **To:** | 'rpass@carltonfields.com'; 'CCoutroulis@carltonfields.com'; 'Bogdonoff, Michael'; 'Kerns, Kevin' |
| **Cc:** | 'Craig Ball'; Larry J. Gornick |
| **Subject:** | RE: Information re AZ's GEL Proposals |
| **Attachments:** | GEL log files |

On the same call, AstraZeneca indicated that it was "in the process" of responding to the attached questions. It has not.

**From:** Dennis Canty
**Sent:** Tuesday, April 01, 2008 2:59 PM
**To:** rpass@carltonfields.com; CCoutroulis@carltonfields.com; 'Bogdonoff, Michael'; Kerns, Kevin
**Cc:** Craig Ball; Larry J. Gornick
**Subject:** Information re AZ's GEL Proposals

During the March 27 SM-ESI call, AstraZeneca made proposals with respect to the retrieval and production of intermediate data from GEL. In order to respond to those proposals, plaintiffs requested more detailed information, which AstraZeneca promised to provide. Based upon AstraZeneca's representations, plaintiffs agreed not to oppose AstraZeneca's request for an extension on submittals to the court.

AstraZeneca proposed to restore 6 backup tapes – one from November 05, three from the year 2006, and two from the year 2007. From the restored data set, AstraZeneca proposed to produce all relevant documents falling into one of the seven categories of Potential Production Documents it previously identified. Plaintiffs asked when they would receive the documents. AstraZeneca promised to specify when.

With regard to its ongoing interview process to recover intermediate data existing outside of GEL, AstraZeneca indicated it was willing to make the process more transparent, sharing information about the areas of inquiry and the scope of its efforts. AstraZeneca promised to let plaintiffs know what information would be forthcoming, and when.

AstraZeneca indicated that, through this process, 10 or 11 people had so far been interviewed, and the files of 20-25 people were being reviewed for collection. AstraZeneca stated the documents would be in the hands of FTI early this week, but could not specify when those documents would be in plaintiffs' hands. AstraZeneca promised to let us know when the documents would be delivered.

Plaintiffs asked whether AstraZeneca would identify (as specified in the proposed order circulated March 27) persons with permissions to approve, persons interviewed by AstraZeneca, and potential sources of recovery of ESI. AstraZeneca promised an answer to that question.

The information promised has not been provided. Status?