UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re:  Seroquel Products Liability Litigation<br>MDL Docket No.  1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**REQUEST FOR LEAVE TO LODGE "CONFIDENTIAL" MATERIALS WITH SUPPLEMENTAL STATEMENT IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL IDENTIFICATION AND PRODUCTION OF "INTERMEDIATE DATA" FROM ASTRAZENECA'S "GEL" DATABASE** |

Exhibits 2, 3, 4 and 6 to plaintiffs' accompanying Supplemental Statement were designated "confidential" by AstraZeneca pursuant to this Court's Protective Order.  Plaintiffs seek leave to lodge these materials with the Court for consideration on plaintiffs' motion.

**L.R. 3.01(g) CERTIFICATION**

Due to the exigencies of filing, the parties were not yet able to confer regarding this request.  (See attached.)  Plaintiffs will inform the Court immediately upon ascertaining AstraZeneca's position.


Dated:  April 4, 2008                              LEVIN SIMES KAISER & GORNICK LLP


                                                          /s/ Dennis J. Canty__
                                                   Lawrence J. Gornick (CA State Bar No. 136290)
                                                   Dennis J. Canty (CA State Bar No. 207978)
                                                   44 Montgomery Street, 36th Floor
                                                   San Francisco, CA  94104
                                                   Telephone:  415-273-8138
                                                   Facsimile:  415-981-1270
                                                   E-mail:       lgornick@lskg-law.com
                                                                      dcanty@lskg-law.com

**Dennis Canty**

| | |
|---|---|
| **From:** | Dennis Canty |
| **Sent:** | Friday, April 04, 2008 1:32 PM |
| **To:** | 'rpass@carltonfields.com'; 'CCoutroulis@carltonfields.com'; 'Kerns, Kevin' |
| **Cc:** | 'Craig Ball'; Larry J. Gornick |
| **Subject:** | Supplemental Statement re GEL motion; confidentiality |
| **Attachments:** | Exhibit 6.pdf; exhibit 2.pdf; exhibit 3.pdf; exhibit 4.pdf |

Attached are copies of Exhibits 2, 3, 4 and 6 to plaintiffs' submission today, which we believe to have been designated "confidential" by AstraZeneca. Without conceding or contesting their entitlement to protection as confidential, we will request permission to lodge these materials. Please immediately advise as to AstraZeneca's position, so that we may so inform the court. Thanks.

**Dennis Canty**

| | |
|---|---|
| **From:** | Dennis Canty |
| **Sent:** | Friday, April 04, 2008 1:59 PM |
| **To:** | 'Craig Ball'; 'rpass@carltonfields.com'; 'CCoutroulis@carltonfields.com'; 'Kerns, Kevin' |
| **Cc:** | Larry J. Gornick |
| **Subject:** | Supplemental Statement re GEL motion |
| **Attachments:** | suppl to motion re GEL.pdf; exhibit 1.pdf; exhibit 2.pdf; exhibit 3.pdf; exhibit 4.pdf; exhibit 5.pdf; Exhibit 6.pdf |

Attached is a courtesy copy of plaintiffs' submittal.

We will shortly file the request to lodge, and would prefer to do so with AstraZeneca's consent.