Subject: Agenda for 3/27 SM-ESI Call and potential agenda for April 3 call

Attachments: proposed order.doc; DRAFT QAQC report to Plaintiffs 3-13-08 (2).pdf; RE: Seroquel MDL: Additional Declarations

---

**From:** Dennis Canty
**Sent:** Thursday, March 27, 2008 7:23 AM
**To:** rpass@carltonfields.com; 'Kerns, Kevin'; Voshell, Colleen Casey; CCoutroulis@carltonfields.com; Adams, Bill; Field, Carmen Oveissi; Craig Ball
**Cc:** 'Larry J. Gornick'
**Subject:** Agenda for 3/27 SM-ESI Call

GEL
  Plaintiffs proposed order (attached).
  Status of sampling protocol
If plaintiffs are expected to select time periods from AstraZeneca's list of "approved" documents, AstraZeneca must provide the associated folder path, and any other database fields descriptive of the subject matter of the document.
  Status of Nov. 2005 restoration
AstraZeneca claimed information about restored documents would be produced for plaintiffs' review on Wednesday. It wasn't. AstraZeneca also claimed extraction could happen by the end of the week. Since plaintiffs do not have the report, it does not seem possible for AstraZeneca to make that deadline, either.

Q/A & Q/C investigation – Ms. Field's report
  When will report be final, with all "follow up" entries completed?
  Issues identified by plaintiffs in bookmarks on the attached.

150K "new" documents; AstraZeneca to provide report on investigation
  From February 7 call:
  SM-ESI: "There have been enough of these instances that in order for plaintiffs, SM-ESI and the court to have confidence in what is happening now, we need to be sure that such instances have been fully detected and fully resolved... Let's find out what happened here, so we can assure ourselves that this is an isolated incident."

"New" shared area described by Kathryn Bradley
  From March 7 call,
  SM-ESI: "How is it that a custodian could say look here, and nobody does?"

Custodian Declarations
  Collection and production from Campbell delegates (see attached).

4/4/08

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL DOCKET NO. 1769 (ALL CASES)

_____

[PROPOSED]
ORDER ON PLAINTIFFS' MOTION TO COMPEL
IDENTIFICATION AND PRODUCTION OF INTERMEDIATE DATA
FROM ASTRAZENECA'S GEL DATABASE

It is hereby ORDERED that:

The SM-ESI (with such technical assistance he may deem appropriate) shall conduct an inspection of the GEL database.  The SM-ESI shall:
   (a) assess the operation and capability of GEL and related backup systems to capture and retain of information associated with deletion of Seroquel-related intermediate data, including (without limitation), logs or audit trails;
   (b) ascertain the extent to which such records exist;
   (c) investigate the facts and circumstances surrounding any failure to retain such data; and
   (d) identify any GEL functionality or content which may otherwise assist in identification and recovery of Seroquel-related intermediate data deleted from GEL.

Within seven days, AstraZeneca will provide SM-ESI with unfettered access to all systems, documentation, and technically sophisticated representatives necessary to perform the inspection.

The SM-ESI shall select an appropriate vendor to restore, in parallel and as quickly as possible, the GEL backup tapes maintained by AstraZeneca in Sweden, covering the period November 2005 through November 2007.  The vendor shall take custody of the tapes and restore the data.  AstraZeneca shall deduplicate the restored data.  AstraZeneca shall produce the restored, deduplicated data to plaintiffs no later than May 15, 2008.

Within 11 days, AstraZeneca shall:

(a) identify all persons with permissions to "approve" Seroquel-related GEL documents, from January 1, 2000 to present, providing name, dates of employment, and positions held.
(b) identify all persons which AstraZeneca has interviewed or plans to interview in efforts to recover Seroquel-related intermediate data deleted from GEL.

  (c) identify all potential sources for the recovery of such data.

  AstraZeneca shall produce all such intermediate data to plaintiffs no later than May 1, 2008.

  Plaintiffs are authorized to proceed with discovery of facts and circumstances surrounding AstraZeneca's failure to retain Seroquel-related intermediate data in the GEL database, including depositions on written questions or oral examination.