UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re:  Seroquel Products Liability Litigation<br>MDL Docket No.  1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**L.R. 3.01(g) CERTIFICATION**<br><br>**REQUEST FOR LEAVE TO LODGE**<br>**"CONFIDENTIAL" MATERIALS** |

AstraZeneca does not oppose plaintiffs' request for leave to lodge Exhibits 2, 3, 4 and 6.


Dated:  April 4, 2008

LEVIN SIMES KAISER & GORNICK LLP


_____/s/ Dennis J. Canty__ _____
Lawrence J. Gornick (CA State Bar No. 136290)
Dennis J. Canty (CA State Bar No. 207978)
44 Montgomery Street, 36th Floor
San Francisco, CA  94104
Telephone:  415-273-8138
Facsimile:  415-981-1270
E-mail:        lgornick@lskg-law.com
                   dcanty@lskg-law.com

## Dennis Canty

**From:** Pass, Robert W. [RPass@CarltonFields.com]
**Sent:** Friday, April 04, 2008 2:21 PM
**To:** Dennis Canty; Craig Ball; Coutroulis, Chris S.; Kerns, Kevin
**Cc:** Larry J. Gornick; Bogdonoff, Michael
**Subject:** RE: Supplemental Statement re GEL motion

Dennis, at this hour I cannot speak to anyone to reconfirm confidentiality, but yes we consent them being lodged under a confidentiality designation.  If we determine that they need not be, we will so advise you promptly.  Bob

---

**From:** Dennis Canty [mailto:dcanty@lskg-law.com]
**Sent:** Friday, April 04, 2008 4:59 PM
**To:** Craig Ball; Pass, Robert W.; Coutroulis, Chris S.; Kerns, Kevin
**Cc:** Larry J. Gornick
**Subject:** Supplemental Statement re GEL motion

Attached is a courtesy copy of plaintiffs' submittal.

We will shortly file the request to lodge, and would prefer to do so with AstraZeneca's consent.