**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation.**

Case No.  6:06-md-1769-Orl-22DAB

_____/

# ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment  into the George C. Young United States Courthouse for use in connection with a hearing in this case, it is **ORDERED** as follows:

1. Gary Feinerman, A. Elizabeth Balakhani, Robert L. Ciotti, Chris S. Coutroulis, Fred Magaziner, Stephen J. McConnell, Luke Mette, Robert W. Pass, Shane T. Prince, Christin Bassett, Marc Raven, Brian Shaffer, are each allowed to bring one PDA or "Blackberry" email device and/or cell phone; Gary Feinerman, A. Elizabeth Balakhani, Robert L. Ciotti, Fred T. Magaziner, Stephen J. McConnell, Shane T. Prince, Marc Raven, Brian Shaffer each one laptop computer into the George C. Young United States Courthouse on **THURSDAY, APRIL 10, 2008**, for use in the status conference before the undersigned scheduled to begin at **10:00 A.M.**

2. Paul Pennock, Jonathan Sedgh, Scott Allen, Rick Laminack, Robert Cowan, Buffy Martines, Larry Gornick, Dennis Canty, Fletch Trammell, Bryan Aylstock, Renee Baggett, Lori Siler, Larry Roth, David Matthews, are hereby each granted permission to bring a BlackBerry email device and/or cell phone and Larry Gornick, Dennis Canty, and Fletch Trammell each one laptop computer into the George C. Young United States Courthouse on **THURSDAY, APRIL 10, 2008**, for use in the status conference before the undersigned scheduled to begin at **10:00 A.M.**

   3. The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require those listed to present picture identification at the time of entry.

   4. The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

   **DONE** and **ORDERED** in Orlando, Florida on April 7, 2008.

         *David A. Baker*
         DAVID A. BAKER
         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers