# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:  Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

_____

This Document Relates to ALL CASES

_____


## REPORT AND RECOMMENDATION NO. 5 BY
## CASE-SPECIFIC DISCOVERY SPECIAL MASTER

The Special Master issues this Report and Recommendation No. 5 in light of the issues

presented by Defendants to the Court at the Status Conference on March 11, 2008, regarding the

Case-Specific discovery program.  This Report establishes the procedures to be observed by the

Parties going forward on such issues.

## I.  STATEMENT OF FACTS

At the March 11, 2008 hearing, Defendants presented a set of PowerPoint slides

summarizing Defendants' views on the adequacy of Fact Sheet disclosures by Plaintiffs in

advance of their depositions, the sufficiency of Plaintiffs' preparation for such depositions, and

other matters leading to Defendants' suggestion that the depositions of certain Plaintiffs may

have to be re-opened or postponed.  The Defendants did not at that time ask the Court to take any

action or make any rulings on the basis of the presentation.  The Court entertained the

presentation as argument during the hearing and has not acted further on it.

The Special Master was not aware in advance of the hearing that Defendants intended to

make this presentation.  Beginning in August, 2007, the Special Master has conducted weekly

status conference calls with counsel representing Defendants, Mr. Russell Stewart, and with

counsel representing all Plaintiffs, Ms. Buffy Martines, on many issues that have arisen during the course the depositions and other aspects of Case-Specific Discovery.  After receipt of the designations for the Florida Discovery Pool cases pursuant to Case Management Order No. 5, the Special Master has been engaged with these representatives of the Parties in the progress of Case-Specific Discovery in those cases, including various complaints and objections by Defendants or Plaintiffs as to certain matters.  In each instance, the Special Master and these counsel for the Parties have been able either to reach compromises on solutions to the dispute, or the Special Master has issued a Report and Recommendation to determine the issue.

At the time of Defendants' presentation to the Court on March 11, no specific objection, complaint, or request for relief was pending before the Special Master on any of the matters addressed in Defendants' presentation.  During the weekly status conference call immediately preceding this hearing, on March 7, 2008, Defendants did not indicate to Plaintiffs or to the Special Master that Defendants intended to make the presentation at the March 11 hearing.

## II. <u>PROCEDURES FOR ADDRESSING CASE-SPECIFIC DISCOVERY DISPUTES</u>

Throughout the Case-Specific Discovery program in the pre-December 2007 case designations and in the Florida Discovery Pool cases, both Ms. Martines, as the representative for all Plaintiffs, and Mr. Stewart, as representative for the Defendants, have performed with remarkable success and professionalism in handling the logistics and disputed issues arising in this program.  Each has been a zealous advocate for their constituents, while also exhibiting the pragmatic approach to compromise and problem-solving necessitated in all litigation, and particularly in litigation of this complexity.

The Special Master would like to make the most efficient and best use of the Special Master's role and of the time and energy of these counsel.  Provided that the Court approves, the Special Master intends to attempt to address with Defendants and Plaintiffs any disputed issues

relating to Case-Specific Discovery in an individual case or group of cases in an effort to resolve

conflicts and disputes before the need for briefing, hearing, and ruling by the Court.  The Special

Master does not, however, intend to address matters that are potentially dispositive of an

individual case or group of cases, or to prevent a party from raising to the Court any matters of

which notice has been given to the opposing party in advance, or as to which the Parties have

agreed will be presented to the Court directly.  To maximize the efficiency of this process, the

Special Master has determined that the following procedures are to be followed by Plaintiffs and

Defendants henceforth:

1. ***Initial Review by the Special Master:***  Subject to Paragraph 4 and except for potentially dispositive motions, Plaintiffs and Defendants shall not, by motion, argument, or otherwise, present to the Court a dispute relating to Case-Specific Discovery under CMO 4 or CMO 5 in an individual case or in any groups of cases (a "Case-Specific Dispute") without having first presented the dispute to the Special Master for resolution.

2. ***Procedures for Each Issue Presented:***  The Special Master shall determine the procedures necessary for each Case-Specific Dispute presented to the Special Master.  Certain such matters may require urgent resolution, while others may benefit from further discussion and argument.  In some instances, the Special Master shall receive the positions of each party in writing by email and hear argument on each matter by telephone conference, either in the weekly status calls or in specially-called telephone conferences.  Unless the matter requires additional time or is placed on a different argument or fact-gathering schedule, the Special Master shall resolve each Case-Specific Dispute presented to him relating to Case-Specific discovery within ten days of its initial presentation.

3. ***Manner of Resolution:***  Each Case-Specific Dispute presented to the Special Master shall be resolved either by agreement by Plaintiffs and Defendants, or by a Report and Recommendation issued by the Special Master reflecting the Special Master's decision on the issue.  Plaintiffs and Defendants may then pursue whatever procedure they wish before the Court relating to any such Report and Recommendation, but unless and until the Report and Recommendation is altered by the Court, the Parties shall observe the determinations made in such Report and Recommendation.

4. ***Presentation to the Court Without Special Master Review:***  If Plaintiffs or Defendants determine that: (a) they do not wish to present to the Special Master a Case-Specific Dispute, but instead wish to present it directly to the Court; or (b) they believe that a particular issue does not constitute a Case-Specific Dispute subject to Paragraph 1, the party making such determination shall provide

opposing counsel with no less than ten days' notice of such determination and of the nature and substance of the issue, before the matter is presented to the Court by motion, argument, or otherwise, unless Plaintiffs and Defendants otherwise agree.

_____

Orran L. Brown
Special Master for Case-Specific Discovery

DATED:  April 7, 2008