**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:  Seroquel Products Liability
Litigation

                                             Case No. 6:06-md-1769-Orl-22DAB

_____

**This Document Relates to ALL CASES**

_____

### UNOPPOSED MOTION BY THE SPECIAL MASTER FOR ORDER EXTENDING THE TIME FOR PHYSICIAN DISCOVERY IN FLORIDA DISCOVERY POOL CASES

The Special Master for Case-Specific Discovery, Orran L. Brown, moves that the Court enter the Order attached as Exhibit 1, extending through May 31, 2008, the time for obtaining medical records and conducting the depositions of physicians in the Limited Case Specific Discovery in the Florida Discovery Pool cases pursuant to Paragraph F of CMO 5.  Counsel for Plaintiff's and counsel for Defendants agree to and join in the request for the entry of this Order.  The Motion rests on the following grounds.

In Paragraph F of CMO 5, the Court directed that the Limited Case-Specific Discovery in the 75 Florida Discovery Pool cases be completed by April 15, 2008.  Since January 15, 2008, when the Plaintiffs made the first selection of 25 cases for the Discovery Pool, the Defendants, Plaintiffs and the PMO have been engaged in the scheduling and conduct of the depositions of plaintiffs, sales representatives and prescribing and treating physicians in the Discovery Pool cases.  In addition, the PMO resumed its processes for obtaining medical records from such physicians unless Defendants had notified the PMO that the Defendants had already obtained such records through their own service provider.

#341900

As a result of these efforts, the Parties have scheduled and conducted the depositions of 70 plaintiffs and six sales representatives. The depositions of all plaintiffs and sales representatives are set to conclude on or before April 15, 2008, and do not anticipate needing additional time for such depositions, unless as necessary by agreement of the Parties to address unforeseen circumstances requiring altering the schedule of a particular deposition. The present Motion does not seek to extend the April 15, 2008 deadline for these depositions.

The PMO has scheduled and the Parties have conducted the depositions of 115 prescribing and treating physicians in the Discovery Pool cases. The PMO and the Parties have working diligently to obtain from all necessary physicians available dates to conclude physician depositions by April 15, 2008. We have not, however, been able to set every such physician deposition within that time period, for several reasons.

Despite the best efforts of the Parties and the PMO, the patient schedules of these physicians and their resulting availability for depositions have necessitated the scheduling of certain depositions after April 15, 2008, for those were the only dates given to us by these physicians. In certain instances these later dates resulted because the need to depose a particular physician was not determined until after discovery of the plaintiff or other physicians in a particular case, meaning that the efforts to schedule a deposition could not commence until after such need was determined. In addition, on several occasions a physician's deposition, though scheduled, was postponed at the request of a physician and set for a later date because of medical emergencies or other changes in the physician's schedule.

The earliest dates the PMO has been able to obtain from the physicians listed in Table 1 are as follows:

| TABLE 1 | PHYSICIAN DEPOSITIONS SET AFTER APRIL 15, 2008 | | |
|---|---|---|---|
| | **Physician Name** | **Case Name** | **Deposition Date** |
| **1.** | Cannon, Fay | Baker, Karen | 4/16 |
| **2.** | Chirillo, Joseph S. | Ellberg, Beverly A. | 4/17 |
| **3.** | Edison, Neil | Abear, Jannette | 4/21 |
| **4.** | Henriquez, Norma | Rodriguez, Candida | 4/18 |
| **5.** | Imbert, Segundo A. | Bonebrake, Carole | 5/20 |
| **6.** | Komarla, Ashok | Rose, Tina M. | 4/22 |
| **7.** | Sareen, Rajan | Bess, Vera R. | 4/22 |
| **8.** | Shah, Hemant | Cantelmo, Linda | 4/23 |
| **9.** | Winters, William | Brito, Shelley | 5/27 |

In addition to the physicians shown in Table 1, the PMO has yet to obtain specific dates from the following physicians:

| TABLE 2 | PHYSICIAN DEPOSITIONS NOT YET SCHEDULED | |
|---|---|---|
| | **Physician Name** | **Case Name** |
| **1.** | Carrington, Selwyn | Lemons, Angel |
| **2.** | Gandy, Christine (ARNP) | Jones, William E |
| **3.** | Jeannette, Noah | Joyner, Robert H. |
| **4.** | MacDonnell, Lois Jane | Gray, Twyla R |
| **5.** | Newton, R. | Jones, William E. |
| **6.** | Pierson, John | Brown, Lois C. |

| TABLE 2 | | PHYSICIAN DEPOSITIONS NOT YET SCHEDULED |
|---|---|---|
| | **Physician Name** | **Case Name** |
| 7. | Shafer, Linda C. | Lincoln, Lawrence R. |
| 8. | Smolar, Edward | Stoudt, Jessamy |
| 9. | Tai, Abdur Razzak | Michael, Robert |
| 10. | Vega, Aida C. | Head, Benjamin F |
| 11. | Waseem, Zahoor Ahmad | Joyner, Robert H. |

The PMO expects to be able to set the depositions identified in Table 2 very soon, but is unlikely to be able to obtain dates from all these physicians before April 15, 2008.

The physicians shown in Table 1 and Table 2 are the only physicians among all the active Florida Discovery Pool cases that the PMO and the Parties have not been able to schedule on or before the April 15, 2008 deadline mandated by Paragraph F of CMO 5. Because we have been unable to set these physicians on or before April 15, 2008, the Special Master and the Parties ask the Court to extend the time for concluding these depositions through May 31, 2008, to accommodate the dates available from these physicians for this discovery. The Parties do not anticipate the need for any further extensions of this period.

In addition, the Special Master and the Parties seek to review with the Court the question of how a shift in the completion date under Paragraph F of CMO 5 will as a practical matter require modification to the dates in Paragraph G for the Parties to select 30 cases for the Initial Trial Pool, and dates in Paragraph H for the start and completion of full case-specific discovery in the Initial Trial Pool cases. The Parties agree that equivalent adjustments of 45 days to Paragraphs G and H are necessary, but might affect

4

later dates in CMO 5.  The Special Master and the Parties would like to review these questions with the Court and seek the Court's guidance on a solution to them that meets the Court's directives and goals for the Initial Trial Pool cases.

          Respectfully submitted,

          BROWNGREER PLC

          By:      **s/ Orran L. Brown**

          Orran L. Brown
          Virginia State Bar No. 25832
          BrownGreer PLC
          115 South 15th Street, Suite 400
          Richmond, Virginia  23219
          Telephone:  (804) 521-7201
          Facsimile:  (804) 521-7299
          Email:  obrown@browngreer.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 8th, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.

                                                        **s/ Orran L. Brown**

                                        Orran L. Brown
                                        Virginia State Bar No. 25832
                                        BrownGreer PLC
                                        115 South 15th Street, Suite 400
                                        Richmond, Virginia  23219
                                        Telephone:  (804) 521-7201
                                        Facsimile:  (804) 521-7299
                                        Email:  obrown@browngreer.com

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>**Attorney for Defendant Dr. Asif Habib** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |