**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:  Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

**This Document Relates to ALL CASES**

## ORDER

The time for obtaining medical records and conducting the depositions of physicians in the Limited Case-Specific Discovery in the Florida Discovery Pool cases pursuant to Paragraph F of CMO 5 shall be extended through May 31, 2008.

**DONE and ORDERED** in Orlando, Florida, on April _____, 2008.

_____
**DAVID A. BAKER**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:
Counsel of Record

**EXHIBIT 1**

**WE ASK FOR THIS:**

**SPECIAL MASTER:**


By:      s/ Orran L. Brown
         Orran L. Brown, Special Master
         Virginia State Bar No. 25832
         BrownGreer PLC
         115 South 15th Street, Suite 400
         Richmond, Virginia  23219
         Telephone:  (804) 521-7201
         Facsimile:  (804) 521-7299
         Email:  obrown@browngreer.com

**AGREED:**

**PLAINTIFFS' COUNSEL:**


By:      s/ Buffy K. Martines
         Buffy K. Martines
         Laminack, Pirtle & Martines
         Lyric Center Building
         440 Louisiana
         Suite 1250
         Houston, TX  77002
         Telephone:  (713) 292-2750
         Facsimile:  (713) 223-4870
         Email:  buffym@lpm-triallaw.com

         *Counsel for Plaintiffs in Coordinated Discovery*

**DEFENDANTS' COUNSEL:**

By: <u>      s/ Russell O. Stewart      </u>
 Russell O. Stewart
 Faegre & Benson LLP
 3200 Wells Fargo Center
 1700 Lincoln Street
 Denver, CO 80203-4532
 Telephone:  (303) 607-3688
 Facsimile:  (303) 607-3600
 Email:  rstewart@faegre.com

 *Counsel for Defendants in Coordinated Discovery*