# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No.  6:06-md-1769-Orl-22DAB

This document relates to:

GILBERT GEE, as personal representative of the Estate of Mildred Gee v.
ASTRAZENECA LP, et al.,
Case No. 6:07-cv-325-Orl-22DAB

CHRISTINA MCGRATH v. ASTRAZENECA LP, et al.
Case No. 6:07-cv-1399-Orl-22DAB
_____

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion For Leave

To Move To Dismiss The Cases Of Gilbert Gee and Christina McGrath (Doc. 903), filed March

17, 2008, to which Plaintiffs have not responded.  On March 28, 2008, Defendants filed a

Supplement (Doc. 922) in which they withdrew the motion as to Christina McGrath in light of

the stipulated dismissal entered in her case that same day (*see* Doc. 919).  Defendants continue to

pursue the motion as to Gilbert Gee.

Meanwhile, in the case of Gilbert Gee, Plaintiff's attorney sought leave to withdraw as

counsel.  *Gilbert Gee, as personal representative of the Estate of Mildred Gee v. AstraZeneca*

*LP, et al.*, Case No. 6:07-cv-325-Orl-22DAB, Doc. 10.  The United States Magistrate Judge

issued a Report and Recommendation recommending that the motion to withdraw be denied, and

further recommending that Plaintiff's case be dismissed for failure to prosecute should he fail to

timely respond to his counsel allowing prosecution of his claim.  *Id*. at Doc. 14.  This Court adopted the Report and Recommendation, denied the motion to withdraw, and granted Plaintiff thirty days in which to serve a substantially complete, signed and verified Plaintiff Fact Sheet. *Id*. at Doc. 16.  The Order further stated that, should Plaintiff fail to meet this deadline, Plaintiff's case would be automatically dismissed without prejudice.  *Id*.  Inasmuch as that Order imposed much the same penalty sought by Defendants here, the instant motion is moot with respect to Mr. Gee's case.

Accordingly, it is **ORDERED** that AstraZeneca's Motion For Leave To Move To Dismiss The Cases Of Gilbert Gee and Christina McGrath (Doc. 903), filed March 17, 2008, is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 8, 2008.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge