# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In Re:
Seroquel Products Liability Litigation,

Case No.  6:06-MD-1769-Orl-22DAB

| JUDGE | **David A. Baker**<br>**United States**<br>**Magistrate Judge** | DATE AND TIME | April 10, 2008<br>10:00-11:40 |
|---|---|---|---|
| DEPUTY CLERK | Edward C. Jackson | REPORTER | Diane Peede |
| Special Master | Orran Brown<br>Craig Ball | | |
| 3rd Parties | Brian J. McCormick | | |
| COUNSEL/PLTF. | Dennis Canty<br>Paul Pennock<br>Jonathan Sedgh<br>Rick Laminack<br>Buffy Martinez<br>Fletch Trammell<br>Robert Cowan<br>Angela Nixon<br>Bryan Aytstock<br>Brian Shaffer<br>Halley Ascher<br>Bryan Aylstock<br>Renee Badgett | COUNSEL/DEF. | Fred Magaziner<br>Chris Coutroulis<br>Gary Feinerman<br>Stephen J. McConnell<br>Robert Pass<br>Shane Prince<br>Marc Raven<br>Michael Bogdonoff |

## Status Conference

Case called, appearances taken
Procedural setting by court
Court reviews the status of pending motions/issues.
Parties respond.
Court began the sealed portion of the hearing.
Special Master Craig Ball addresses the Court.
Defense Counsel Michael Bogdonoff responds.
Court directs the parties to file briefs by April 15, 2008.
Next Status Conference set for May 9, 2008 at 10:00 a.m.