**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

This Document Relates to ALL CASES

**ORDER**

Pursuant to the Joint Proposal for Completion of Physician Depositions in Florida Discovery Pool Cases, it is hereby ORDERED:

1.  *Selection of First Group of Ten Cases*. On or before April 22, 2008, Plaintiffs shall select five cases for the Florida Initial Trial Pool. On or before April 25, 2008, Defendants shall select five cases for the Florida Initial Trial Pool. Full case-specific fact discovery shall commence immediately upon the lodging of plaintiffs' selections with the Court.

2.  *Selection of Second Group of Ten Cases*. Plaintiffs shall select an additional five cases on or before May 13, 2008, and Defendants shall select an additional five cases on or before May 14, 2008, unless the PMO determines that the number of depositions taken between April 25, 2008, and May 12, 2008, are too few to allow a reasoned and reasonable basis to make selections, and in which case the PMO may establish dates later than the dates specified, but not beyond May 30, 2008, by which the Parties shall select the second group of ten cases.

3.  *Selection of Third Group of Ten Cases*. Plaintiffs shall select an additional five cases on or before May 29, 2008, and Defendants shall select an additional

**EXHIBIT 1**

five cases on or before May 30, 2008.  If all physician depositions are completed earlier than May 28, 2008, the PMO shall set dates earlier than May 29, 2008, and May 30, 2008, for selection of the third group of ten cases.

    **4.**    *Other Deadlines in CMO 5.*  Nothing in this Order shall relieve the Parties of any of the other obligations and deadlines set forth in CMO 5.  This extension reflected in this Order shall not be the basis for seeking relief from CMO 5.

    **DONE and ORDERED** in Orlando, Florida, on April _____, 2008.

_____
**DAVID A. BAKER**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:
Counsel of Record

**WE ASK FOR THIS:**

**SPECIAL MASTER:**


By:     s/ Orran L. Brown
       Orran L. Brown, Special Master
       Virginia State Bar No. 25832
       BrownGreer PLC
       115 South 15th Street, Suite 400
       Richmond, Virginia 23219
       Telephone: (804) 521-7201
       Facsimile: (804) 521-7299
       Email: obrown@browngreer.com

**AGREED:**

**PLAINTIFFS' COUNSEL:**


By:     s/ Buffy K. Martines
       Buffy K. Martines
       Laminack, Pirtle & Martines
       Lyric Center Building
       440 Louisiana
       Suite 1250
       Houston, TX 77002
       Telephone: (713) 292-2750
       Facsimile: (713) 223-4870
       Email: buffym@lpm-triallaw.com

       *Counsel for Plaintiffs in Coordinated Discovery*

**DEFENDANTS' COUNSEL:**

By: <u>     s/ Russell O. Stewart         </u>
      Russell O. Stewart
      Faegre & Benson LLP
      3200 Wells Fargo Center
      1700 Lincoln Street
      Denver, CO 80203-4532
      Telephone:  (303) 607-3688
      Facsimile:  (303) 607-3600
      Email:  rstewart@faegre.com

*Counsel for Defendants in Coordinated Discovery*