# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

Case No. 6:06-md-1769-Orl-22DAB

This Document Relates to ALL CASES

---

# REPORT OF THE SPECIAL MASTER AND PROJECT MANAGEMENT OFFICE FOR CASE-SPECIFIC DISCOVERY

---

REPORT NUMBER:  8

DATE:  APRIL 15, 2008

# CONTENTS

**PAGE**

I. INTRODUCTION ............................................................................................... 1

II. REPORT ON STATUS ....................................................................................... 1

    A. Special Master Escrow Account Information ....................................... 1

    B. Case-Specific Discovery Program for Pre-December 2007 Case Designations ............................................................................... 2

    C. Actions by the PMO Relating to the Florida Discovery Pool ............... 2

III. ACTIVITIES OF THE SPECIAL MASTER ..................................................... 3

    A. Weekly Status Calls .............................................................................. 3

    B. Report and Recommendation No. 5: Process for Resolving Disputes in Case-Specific Discovery .................................. 4

    C. Completion of Physician Depositions in Limited Case-Specific Discovery Program in the Florida Discovery Pool Cases ............................................................................ 4

i

## I.  INTRODUCTION

At the Status Conference on August 22, 2007, the Court directed the Special Master to submit a monthly report to the Court by the 15th of each month summarizing the activities of the Special Master and the Project Management Office.  The Special Master filed Report No. 1 on September 14, 2007; Report No. 2 on October 15, 2007; Report No. 3 on November 13, 2007; a Supplemental Report on November 19, 2007; Report No. 4 on December 14, 2007; a Supplement Report on December 18, 2007, Report No. 5 on January 15, 2008, Report No. 6 on February 15, 2008; and Report No. 7 on March 14, 2008. The Special Master presents this Report No. 8 to update the Court and the Parties on events and progress since the previous Report.

## II.  REPORT ON STATUS

### A.     **Special Master Escrow Account Information**.

The Special Master Escrow Account Summary Report (SQ300, attached as Exhibit 1) reflects that as of April 15, 2008 a total of $260,000 has been deposited into the original Special Master Escrow account since inception.  From that amount: $126,673 has been paid to compensate Physicians deponents for deposition time; $18,193 has been paid to reimburse Physicians for the cost of copying their Medical Records; $15,220 has been paid in shipping charges incurred by Physicians in sending records to the PMO and/or by the PMO to send copy sets to the Parties; and $275 has been paid for bank fees.  Additionally, $80,000 was transferred to the "Seroquel Special Master Escrow II" account to be used for the payment

depositions in Florida (as further described in the paragraph below).  The balance as of April 15, 2008, in the original Special Master Escrow account is $19,638.

Before January 11, 2008, in accordance with the agreement of the Parties, all requests by the Special Master for funds to be deposited into the Special Master Escrow account were divided on a 60/40 basis between the Defendants and Plaintiffs.  On January 11, 2008, the parties agreed that all expenses associated with the depositions to be scheduled in Florida will be apportioned on a 50/50 basis, while any remaining non-Florida depositions will still follow the 60/40 split.   To pay and track those expenses associated with the Florida depositions, the PMO opened a second Special Master account called "Seroquel Special Master Escrow II."  The Special Master Escrow II Account Summary Report (SQ300A, attached as Exhibit 2) reflects that as of April 15, 2008, $80,000 has been transferred into this account from the original Special Master Escrow Account.  From that amount: $56,184 has been paid to compensate Physicians deponents for deposition time; and $9,001 has been paid to reimburse Physicians for the cost of copying their Medical Records; $2,687 has been paid in shipping charges incurred by Physicians in sending records to the PMO and/or by the PMO to send copy sets to the Parties.  The balance as of April 15, 2008, in the Special Master Escrow II account is $12,129.

The Special Master Escrow Account Physician Payment Details Reports (SQ301 and SQ301A) are available on-line at https://www.browngreer.com/seroquel.  They provide details of each payment made to each Physician, the reason for the payment, and the case to which the payment related.

B.  **Case-Specific Discovery Program for Pre-December 2007 Case Designations.**

The PMO has continued to work with the Parties to conclude the case-specific discovery program for cases designated for discovery before December, 2007. The report attached as Exhibit 3 (SQ108) reflects the status of that effort. The PMO is not working to schedule the 38 depositions in the currently Unable to Schedule category, but is concluding the scheduling of the two depositions in the Not Yet Scheduled group, provided that such scheduling not interfere with the Florida Discovery Pool cases.

C.  **Actions by the PMO Relating to the Florida Discovery Pool.**

The PMO continues its efforts to schedule the depositions of prescribing and treating Physicians in the Florida Discovery Pool cases. The PMO is obtaining medical records from such physicians unless Defendants have notified the PMO that the Defendants have already obtained such records through their own service provider. The report attached as Exhibit 4 (SQ105) describes the progress of the PMO to date in scheduling physician depositions for the Florida Discovery Pool.

**III.  ACTIVITIES OF THE SPECIAL MASTER**

A.  **Weekly Status Conference Calls.**

The Special Master continues to hold weekly status conferences by telephone with counsel for the Plaintiffs and for the Defendants. Ms. Martines and Mr. Stewart are extremely efficient and effective in making these calls productive.

      **B.**      <u>**Report and Recommendation No. 5:  Process for Resolving Disputes in Case-Specific Discovery**</u>**.**

In several telephone conferences with counsel for the Plaintiffs and Defendants after the Status Conference before the Court on March 11, 2008, the Special Master reviewed with the Parties the orderly procedure to be followed for attempting to resolve disputes arising in the case-specific discovery process first by the Parties themselves and then by the Special Master, before such matters are raised with the Court.  After such discussions, the Special Master prepared his Report and Recommendation No. 5 and filed it with the Court on April 7, 2008 (Document No. 934).  The Court then adopted the Special Master's suggested process, with one change requested by the Parties to Paragraph 4 of the proposed procedures, in its Order of April 11, 2008 (Document No. 943).

      **C.**      <u>**Completion of Physician Depositions in Limited Case-Specific Discovery Program in the Florida Discovery Pool Cases**</u>**.**

After discussions with the Parties, the Special Master filed on April 8, 2008, an Unopposed Motion by the Special Master for Order Extending the Time for Physician Discovery in Florida Discovery Pool Cases (Document No. 938).  The Motion resulted from the practical inability of the Parties and the PMO to obtain from nine physicians dates for depositions before the April 15, 2008 deadline for completion of such discovery in Paragraph F of CMO 5, and because the Parties had been unable to obtain any dates from another 11 physicians by that deadline.  The Parties and the Special Master suggested that the Court allow them through May 31, 2008, to conclude these depositions.

In its Order of April 11, 2008 (Document No. 943), the Court granted the Unopposed Motion and directed the Parties and the Special Master to submit by April 14, 2008, their

5

Joint Proposal for how to select cases from the Trial Pool in light of the delay in physician depositions. The Parties and the Special Master filed this Joint Proposal and suggested Order on this subject on April 14, 2008 (Document No. 944).

                          Respectfully submitted,

                          BROWNGREER PLC

By:     **s/ Orran L. Brown**
           Orran L. Brown
           Virginia State Bar No. 25832
           BrownGreer PLC
           115 South 15th Street, Suite 400
           Richmond, Virginia  23219
           Telephone:  (804) 521-7201
           Facsimile:  (804) 521-7299
           Email:  obrown@browngreer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.

            **s/ Orran L. Brown**
            Orran L. Brown
            Virginia State Bar No. 25832
            BrownGreer PLC
            115 South 15th Street, Suite 400
            Richmond, Virginia  23219
            Telephone:  (804) 521-7201
            Facsimile:  (804) 521-7299
            Email:  obrown@browngreer.com

# SERVICE LIST

## In Re: Seroquel Products Liability Litigation
## MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

2

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>**Attorney for Defendant Dr. Asif Habib** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

3

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |

4