*Confidential Information*

| SQ300 | Seroquel PMO: Special Master Escrow Account Summary (As of 4/15/08) | |
|---|---|---|
| | **Description** | **Available Funds** |
| 1. | Deposits | $260,000.00 |
| 2. | Physician Fee Payments | ($126,673.44) |
| 3. | Physician Costs for Medical Records | ($18,193.04) |
| 4. | Federal Express Expenses | ($15,220.05) |
| 5. | Bank Fees | ($275.25) |
| 6. | Special Master Escrow II Account Transfers | ($80,000.00) |
| 7. | Ending Balance   (4/15/08) | $19,638.22 |