*Confidential Information*

| SQ300A | Seroquel PMO:<br>Special Master Escrow II Account Summary<br>(As of 4/15/08) | |
|---|---|---|
| | **Description** | **Available Funds** |
| 1. | **Deposits** | $80,000.00 |
| 2. | **Physician Fee Payments** | ($56,183.50) |
| 3. | **Physician Costs for Medical Records** | ($9,000.76) |
| 4. | **Federal Express Expenses** | ($2,687.12) |
| 5. | **Bank Fees** | ($0.00) |
| 6. | **Ending Balance   (4/15/08)** | **$12,128.62** |