UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUSAN ZEHEL-MILLER, and REBAJEAN
SIMMONS,

            Plaintiffs,

-vs-                                        Case No. 6:03-cv-1258-Orl-22JGG

ASTRAZENACA PHARMACEUTICALS, LP,

            Defendant.

_____

**PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS
TO DEFENDANT ASTRAZENACA PHARMACEUTICALS, LP**

      PLEASE TAKE NOTICE that the Plaintiffs demand responses and responsive documents to the following Request for Production.  You are required to serve your responses and responsive documents within Thirty (30) days to the following Requests For Production.  Such responsive and responsive documents should be served to Plaintiffs' counsel at 55 Baybridge Drive, Gulf Breeze, FL 32561.  You are reminded that ASTRAZENACA's responses and responsive documents must include all information and documents available not only to ASTRAZENACA, but also available to ASTRAZENACA's agents, attorneys, insurers or others who have information available to ASTRAZENACA upon ASTRAZENACA'S inquiry to them.

**DEFINITIONS AND INSTRUCTIONS**

1. "Communication" shall mean the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).  This includes both written and non-written records of oral communications.

2. "Document" shall mean every original (or an identical copy if the original is unavailable), every copy which differs in any way from the original, and any

-1-

translation of any handwritten, printed, typed, photographed, electronic or video recorded, phone- or type-recorded or graphic matter, however otherwise produced or reproduced, computer data, computer diskettes, or compact disks, and computer hard drive memory; and "document" means, without limitation, all papers, accounts, graphs, charts, statements, studies, analyses, diagrams, communications, contracts, agreements, reports, correspondence, telegrams, faxes, memoranda, summaries or records of conversations in person or by telephone, meetings or contract negotiations, diaries, records, books, letters, marginal notations, photographs, ledgers or other records, drawings, sketches, plans, notes, lists, drafts, bills, receipts, canceled checks and other documents, recordings, or writings of whatever nature and description.

3. "Each/any."  The term "each" shall include the word "every" and "every" shall include the word "each."  "Any" shall include the word "all" and "all" shall include the word "any."

4. "Identity/Identities" shall mean full name, title (if any), and last known address and telephone number.

5. "Number/Gender."  The use of the singular form of any word includes the plural, and vice versa.  The use of the masculine gender includes the feminine, and vice versa.

6. "Person" shall mean any natural person or any business, legal, or governmental entity or association.

7. "Seroquel®" shall include the drug product quetiapine.

8. "Relating To/Related To" shall mean, without limitation, containing, compromising, constituting, stating, setting forth, recording, describing, discussing, reflecting, interpreting, identifying, concerning, referring to, evidencing, confirming, supporting, contradicting, controverting, or in any way pertaining to, in whole or in part, that subject to which it refers or that contention to which it refers.

9. "AstraZeneca" shall mean AstraZeneca Pharmaceuticals, LP and/or any other company or entity presently or formerly affiliated with or related to the company.

10. "You/Your" and any variants thereof shall mean AstraZeneca and its/their employees, agents, attorneys, predecessors, partners, and other persons acting (or who acted) or purporting to act (or who purported to act) on its/their behalf.

11. "Database" means any and all electronic databases created, maintained, managed, hosted, accessed, or otherwise used by you, your employees, your agents, or third party contractors, including any and all sales force automation databases.

12. "Sales force automation databases" includes all electronic databases created, maintained, managed, hosted, accessed or otherwise used by you, your employees, your agents, or third party contractors, which are related to the activities of field sales representatives or others involved with the activities of marketing your drugs to healthcare providers.

13. Any information requested should be produced in electronic format where it is available in electronic format. Further, any information, databases, queries, etc., should be produced electronically in the exact format that they are kept in the regular course of business

14. "PDR" means Physicians Desk Reference Manual.

15. "Retailer" refers to any retail establishment within the United States which sold Seroquel (quetiapine) to a consumer.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

All documents related to the number of individuals and/or patients who have ingested Seroquel.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 2:**

All documents related to the number of Seroquel prescriptions written and/or the number of Seroquel samples dispensed by physicians practicing in the United States and the number written and/or samples dispensed by physicians within each of the individual states.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 3:**

All documents related to the means, manner and mode of distribution of Seroquel to physicians and pharmacies throughout the United States.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 4:**

All documents related to the number of physicians who have prescribed and/or dispensed Seroquel or to identify where that information may be found.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 5:**

All documents identifying the names of those individuals and/or patients who have ingested Seroquel or to identify where that information may be found.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 6:**

All documents related to the types of doctors that have prescribed Seroquel, the number of prescriptions and/or samples dispensed by each type of doctor and the percentage of total distribution of each type of doctor.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 7:**

All documents related to the description of the illnesses and/or symptoms Seroquel is both indicated for and/or used to treat by prescribing and dispensing physicians.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 8:**

All documents related to the pharmacologic action of Seroquel, specifically detailing any and all distinctions in pharmacologic action amongst all persons who have ingested Seroquel.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 9:**

All documents related to the marketing programs and activities of AstraZenaca in promoting its drug Seroquel.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 10:**

All documents and database(s) relating to the sales representatives' activities in detailing/promoting Seroquel to doctors.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 11:**

All database(s) related to the recording and tracking of Seroquel sales representatives.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 12:**

All promotional and advertising materials regarding Seroquel, as well as all documents related to the promotion and advertising of Seroquel.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 13:**

All clinical trial transcripts/reports/abstracts related to Seroquel, as well as all documents related in any way to the clinical trials of Seroquel.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 14:**

All documents related to the costs associated with fasting blood glucose tests.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 15:**

All documents related to the corporate structure of AstraZenaca, including, but not limited to, all divisions, departments, and key personnel.

RESPONSE:

-7-

**REQUEST FOR PRODUCTION NO. 16:**

All documents related to the labeling and label changes for Seroquel, including the reasons for any changes, the information relied upon for such changes and the person(s) involved in the decision-making process.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 17:**

All documents related to the cost of implementing the labeling change in October/November 2003, in response to the FDA's letter dated on or about September 17, 2003.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 18:**

All documents related to the Japanese labeling change regarding Seroquel (Quetiapine) and the contraindication in patients with diabetes or a history of diabetes.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 19:**

All documents related to the Japanese labeling change regarding Seorquel (Quetiapine) being used with caution in patients with risk factors for diabetes, including hyperglycemia, obesity or a family history of diabetes.

RESPONSE:

-8-

**REQUEST FOR PRODUCTION NO. 20:**

All documents related to the Japanese labeling change regarding the requirement of physicians to carefully monitor for symptoms of hyperglycemia in patients receiving Seroquel and instructing that if such symptoms occur that the drug should be discontinued.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 21:**

All documents regarding the language of the Seroquel Japanese labeling change suggesting that physicians educate patients and their family members about the risk of serious hyperglycemia associated with Seroquel (Quetiapine) and how to identify the symptoms of hyperglycemia.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 22:**

All documents detailing the events that lead up to the Japanese label change that warned of diabetes and suggested medical monitoring of Seroquel users.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 23:**

All documents related to the new language of the Seroquel label, which was updated in the Physicians Desk Reference (PDR) in the January 2004 issue requiring "fasting glucose testing at baseline, and periodically throughout treatment."

RESPONSE:

**REQUEST FOR PRODUCTION NO. 24:**

All documents related to the effects of the labeling changes in the Japanese and U.S. markets on the incidence of diabetes mellitus, type I and type II, and hyperglycemia, ketoacidosis, and/or pancreatitis being reported as associated with the use of Seroquel.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 25:**

All documents related to the procedures by which AstraZenaca Pharmaceuticals documents and records adverse events that occur in individuals who have ingested Seroquel since its launch in the U.S. market.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 26:**

All documents related to the way in which AstraZenaca tracks adverse events that occur in individuals ingesting Seroquel.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 27:**

All documents related to the procedure by which AstraZenaca Pharmaceuticals reports adverse events to the Food and Drug Administration since its launch in the United States market.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 28:**

All documents related to all adverse events that have been reported to AstraZenaca Pharmaceuticals since Seroquel's launch in the United States market.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 29:**

All documents related to the occurrences of the onset of diabetes mellitus, type I and type II, and hyperglycemia, ketoacidosis, and pancreatitis, in individuals that have used Seroquel since its launch in the United States market.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 30:**

All documents related to the increased risk that Seroquel users will develop diabetes mellitus, type I and II, and hyperglycemia, ketoacidosis, and/or pancreatitis, describing the cause of that risk and that detail whether and how that risk varies amongst individuals who have ingested Seroquel.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 31:**

All documents related to adverse events and how that information is used to make labeling changes.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 32:**

All documents related to communications between the FDA and AstraZenaca regarding adverse events, such as those listed above, and any other adverse event that may occur.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 33:**

All documents related to policies and procedures regarding the collections, review and distribution of medical literature related to Seroquel and other drugs in its class.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 34:**

All documents related to the policies and procedures of storage and recycling of electronic and hard copies of adverse events, internal and external communication regarding Seroquel, including but not limited to, email or other forms of electronic communication, medical literature and all other documents or data related to Seroquel.

-11-

RESPONSE:

**REQUEST FOR PRODUCTION NO. 35:**

All documents in existence regarding any of the topics mentioned above.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 36:**

All databases, computer files, paper files, or otherwise, maintained by AstraZenaca Pharmaceuticals relating to or concerning Seroquel.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 37:**

All information contained in the AstraZenaca Pharmaceuticals adverse event database and all other database(s) containing any information and/or data from or associated with Seroquel adverse event reports.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 38:**

Each field of data maintained in any and all databases maintained by AstraZenaca Pharmaceuticals making reference whatsoever to "Seroquel".

RESPONSE:

**REQUEST FOR PRODUCTION NO. 39:**

Each field of data maintained in each database maintained by AstraZenaca Pharmaceuticals making reference to diabetes mellitus type I and II.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 40:**

All scientific studies, articles or literature related to Seroquel and diabetes mellitus in the possession, custody and control of AstraZenaca Pharmaceuticals.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 41:**

All scientific studies related to Seroquel and glucose dysregulation in the possession, custody and control of AstraZenaca Pharmaceuticals.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 42:**

All scientific studies related to diabetes and medical monitoring in the possession, custody and control of AstraZenaca Pharmaceuticals.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 43:**

All scientific studies related to Seroquel in the possession, custody and control of AstraZenaca Pharmaceuticals.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 44:**

All communications between Japan's pharmaceutical drug regulatory agency and AstraZeneca related to labeling changes.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 45:**

All documents related to the labeling or any labeling changes for Seroquel from the time of the New Drug Application for Seroquel until present.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 46:**

All documents related to the sales representatives who marketed and promoted Seroquel to physicians, hospitals, clinics, insurance companies, HMO's, health care organizations, and/or other health care professionals in the United States.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 47:**

The sales force automation database(s) used by sales representatives who marketed Seroquel in the United States.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 48:**

Documents related to the New Drug Application, or any subsequent changes to the New Drug Application for Seroquel.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 49:**

Documents related to other atypical anti-psychotics including but not limited to Zyprexa, Risperdal, Clozaril, Albilify and Geodon, including those documents related to such atypical anti-psychotic medication's association with diabetes, hyperglycemia, glucose dysregulation, ketoacidosis, pancreatitis, or other injuries associated with glucose dysregulation.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 50:**

All communications related to Seroquel.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 51:**

All documents related to any effort on the part of AstraZenaca to preserve copies of any and all information and documents related to Seroquel within AstraZenaca's or any of its partner's, agent's, subsidiary's, employee's, or contractor's files related to Seroquel.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 52:**

All documents referenced in AstraZeneca's Rule 26(a)(1) Disclosures.

RESPONSE:


**REQUEST FOR PRODUCTION NO. 53:**

All documents, agreements, contracts, communications, e-mails, and/or databases related in any way to the distributors, packagers, wholesalers, dispensers, retailers, or other entities involved in placing Seroquel into the stream of commerce.

RESPONSE:


Respectfully submitted this 4th day of August, 2004.

_____
Neil Overholtz, Esq.
Florida Bar No. 0188761
Aylstock, Witkin & Sasser, PLC.
55 Baybridge Drive
Gulf Breeze, FL 32561

-17-

**CERTIFICATE OF SERVICE**

I, Neil Overhotz, do hereby certify that I have this the 4th day of August 2004, mailed via regular U. S. Mail a true and correct copy of the above and foregoing to:

Edward W. Gerecke, Esq.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, FL 33607

Chris S. Coutroulis, Esq.
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL 33601

Michael W. Davis, Esq.
David B. Barlow, Esq.
Sidley, Austin, Brown & Wood
Bank One Plaza
10 S. Dearborn St.
Chicago, IL 60603

_____
**ATTORNEY FOR PLAINTIFFS**