# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| ALICE BALSER, Legal Tutor and on Behalf ) | CIVIL ACTION NO.  04-2070 |
| of the Minor Child, NICOLE RICHARDS,  ) | |
|     Plaintiffs,                                                      ) | |
|                                                                              ) | SECTION T |
| VERSUS                                                                  ) | JUDGE PORTEOUS |
|                                                                              ) | |
| ASTRAZENECA PHARMACEUTICALS, LP) | MAGISTRATE 4 |
|                                                                              ) | |
|     Defendants                                                  ) | MAGISTRATE JUDGE ROBY |

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT

Plaintiff Alice Balser, by counsel, hereby requests that Defendant AstraZeneca Pharmaceuticals, LP, produce the following documents and things for inspection and copying within thirty (30) days, pursuant to the Rules of this Court.

## DEFINITIONS

*1.     The terms "AstraZeneca Pharmaceuticals, LP," "AstraZeneca," "defendant," "you," or "your" refers to you, your agents, employees, attorneys, investigators, or anyone acting on your behalf, and any predecessor or successor persons or business entities.*

*2.     The term "product," refers to Seroquel and/or quetiapine fumarate, marketed or sold in the United States or any other country.*

*4.     The term "document" means the original and any copy of any written or recorded statement, image or information.*

## REQUESTS

1.     All documents related to the number of individuals and/or patients who have ingested Seroquel (quetiapine) in the United States and worldwide.

2.     All documents related to the number of prescriptions that have been written and/or the number of samples dispensed by physicians practicing in the United States and the number written and/or samples dispensed by physicians within each of the individual states.

3.     All documents related to the means, manner and mode of distribution of Seroquel to physicians and pharmacies throughout the United States.

4.     All documents related to the types of doctors that have prescribed Seroquel, the number of prescriptions and/or samples dispensed by each type of doctor and the percentage of total distribution of each type of doctor.

5.     All documents related to the description of the illnesses and/or symptoms Seroquel is both indicated for and/or used to treat by prescribing and dispensing physicians.

6.     All documents related to the pharmacologic action of Seroquel, and any and all distinctions in pharmacologic action amongst all persons who have ingested Seroquel.

7.     All documents related to the marketing programs and activities of AstraZeneca in promoting its drug Seroquel.

8.     All documents and database(s) relating to activities of the sales representatives in detailing/promoting Seroquel to doctors.

9.     All documents and database(s) related to the recording and tracking of Seroquel sales calls.

10.    All promotional and advertising materials regarding Seroquel, as well as all documents related to the promotion and advertising of Seroquel.

11.    All clinical trial transcripts/reports/abstracts related to Seroquel, as well as all documents related in any way to the clinical trials of Seroquel.

12.    All documents related to the corporate structure of AstraZeneca, including, but not limited to, all parents, subsidiaries, divisions, partners, joint venturers, departments, and key personnel.

13.    All documents related to the labeling and label changes for Seroquel, including the reasons for any changes or decisions not to change the labeling, the information relied upon for such changes and the person(s) involved in the decision to make or not make any proposed or suggested change.

14.    All documents related to the cost of implementing the labeling change in October/November 2003, in response to the FDA's letter dated on or about September 17, 2003.

15.    All documents related to foreign labeling and label changes for Seroquel (quetiapine fumarate), including the reasons for any changes or decisions not to change the labeling, the information relied upon for such changes and the person(s) involved in the decision to make or not make any proposed or suggested change.

16. All documents related to Japanese labels and labeling changes regarding Seroquel (Quetiapine).

17. All documents relating to any effort to obtain foreign government approval to market, distribute or sell Seroquel (quetiapine).

18. All documents relating to efforts to obtain approval for sales to or for payment by any federal or state agency.

19. All documents relating to any effort to market, distribute or sell Seroquel (quetiapine) in any country other than the U.S.

20. To the extent not included in any other request herein, any foreign labeling and documents concerning foreign labeling changes for Seroquel (quetiapine).

21. All documents related to the new language of the Seroquel label, which was updated in the Physicians Desk Reference (PDR) in the January 2004 issue requiring "fasting glucose testing at baseline, and periodically throughout treatment."

22. All documents related to the effects of the labeling changes in the Japanese and U.S. markets on the incidence of diabetes mellitus, type I and type II, and hyperglycemia, ketoacidosis, and/or pancreatitis being reported as associated with the use of Seroquel.

23. All documents related to the incidence of diabetes mellitus, type I and type II, weight gain, hyperglycemia, ketoacidosis, and/or pancreatitis in the general population.

24. All documents related to the incidence of diabetes mellitus, type I and type II, hyperglycemia, ketoacidosis, and/or pancreatitis being reported as associated with bipolar mania, schizophrenia or any other condition for which Seroquel was indicated or prescribed.

25. All documents related to the incidence of diabetes mellitus, type I and type II, weight gain, hyperglycemia, ketoacidosis, and/or pancreatitis being reported as associated with other atypical antipsychotic medications.

26. All documents related to the incidence of diabetes mellitus, type I and type II, weight gain, hyperglycemia, ketoacidosis, and/or pancreatitis being reported as associated with typical antipsychotic medications.

27. All documents relating to "off-label" uses of Seroquel.

28. All documents related to the procedures by which AstraZeneca Pharmaceuticals documents and records adverse events that occur in individuals who have ingested Seroquel since its launch in the U.S. market.

29. All documents related to the way in which AstraZeneca tracks adverse events that occur in individuals ingesting Seroquel.

30. All documents relating to any post-marketing tests for efficacy or safety of Seroquel.

31. All documents related to the procedure by which AstraZeneca Pharmaceuticals reports adverse events to the Food and Drug Administration since its launch in the United States market.

32. All documents related to all adverse events that have been reported to AstraZeneca Pharmaceuticals since Seroquel's launch in the United States market.

33. All documents related to the occurrences of the onset of diabetes mellitus, type I and type II, and hyperglycemia, ketoacidosis, and pancreatitis, in individuals that have used Seroquel since its launch in the United States market.

34. All documents related to the increased risk that Seroquel users will develop diabetes mellitus, type I and II, and hyperglycemia, ketoacidosis, and/or pancreatitis, describing the cause of that risk and that detail whether and how that risk varies amongst individuals who have ingested Seroquel.

35. All documents related to adverse events and how that information is used to make labeling changes.

36. All documents related to communications between the FDA and AstraZeneca regarding adverse events and adverse event reporting.

37. All medical literature related to Seroquel and other drugs in its class.

38. All documents related to policies and procedures regarding the collection, review and distribution of medical literature related to Seroquel and other drugs in its class.

39. All documents related to the policies and procedures of storage and recycling of electronic and hard copies of adverse events, internal and external communication regarding Seroquel, including but not limited to, email or other forms of electronic communication, medical literature and all other documents or data related to Seroquel.

40. All databases, computer files, paper files, or otherwise, maintained by AstraZeneca Pharmaceuticals, LP relating to or concerning Seroquel (referred to herein as "Subject Drug Products" or "Seroquel").

41. All information contained in the AstraZeneca Pharmaceuticals, LP adverse event database and all other database(s) containing any information and/or data from or associated with Seroquel adverse event reports.

42. Each field of data maintained in any and all databases maintained by AstraZeneca Pharmaceuticals making reference whatsoever to "Seroquel".

43. Each field of data maintained in each database maintained by AstraZeneca Pharmaceuticals making reference to diabetes mellitus type I and II, and diabetes related illnesses.

44. All scientific studies, articles or literature related to Seroquel and diabetes mellitus in the possession, custody and control of AstraZenenca Pharmaceuticals.

4

45. All scientific studies related to Seroquel and glucose dysregulation in the possession, custody and control of AstraZeneca Pharmaceuticals.

46. All scientific studies related to diabetes and medical monitoring in the possession, custody and control of AstraZeneca Pharmaceuticals.

47. All scientific studies related to Seroquel in the possession, custody and control of AstraZeneca Pharmaceuticals.

48. All communications between Japan's pharmaceutical drug regulatory agency and AstraZeneca related to labeling changes.

49. All documents related to the labeling or any labeling changes for Seroquel from the time of the New Drug Application for Seroquel until present.

50. All documents related to the sales representatives who marketed and promoted Seroquel to physicians, hospitals, clinics, insurance companies, HMO's, health care organizations, and/or other health care professionals in the United States.

51. The sales force automation database(s) used by sales representatives who marketed Seroquel in the United States.

52. Documents related to the New Drug Application, or any subsequent changes to the New Drug Application for Seroquel.

53. Documents related to other atypical anti-psychotics including but not limited to Zyprexa, Risperdal, Clozaril, Abilify and Geodon, including those documents related to such atypical anti-psychotic medication's association with diabetes, hyperglycemia, glucose dysregulation, ketoacidosis, pancreatitis, or other injuries associated with glucose dysregulation.

54. All communications related to Seroquel.

55. All documents related to any effort on the part of AstraZenaca to preserve copies of any and all information and documents related to Seroquel within AstraZenaca's or any of its partners, agents, subsidiaries, employees, or contractor's files related to Seroquel.

56. Organizational charts from 1990 to the present.

57. Articles of incorporation, amendment, or dissolution and any other documents reflecting corporate, partnership or other form of Your business organization,

58. Documents reflecting any business or legal relationship between you and each parent, subsidiary, predecessor, or successor company or division, and any person, entity, or association associated with you in any way in connection with the Product.

59. Documents reflecting any business or legal relationship between You and any partner, joint venturer or associate concerning the design, licensing, regulatory approval, manufacture,

5

testing, labeling, marketing, distribution, or sale of the Product from the time You first considered the design, manufacture, distribution, or sale of the Product until the present.

60. Documents concerning the following with regard to the Product:

   a. design;

   b. licensing;

   c. application for regulatory approval, exemption, change or modification:

   d. testing;

   e. labeling;

   f. manufacturing;

   g. marketing;

   h. distribution;

   i. sale

61. Any and all documents that are in any way relevant to any claim or defense asserted in this action.

62. Any and all reports received by You or of which You are aware, of any complaint of the defective or harmful effects of the Product or any similar product or of injuries caused by the Product or any similar products

63. Any and all communications between you and the FDA concerning the Product.

64. Documents concerning any changes, modifications, or alternations made to the Product design, including any change, alteration, and/or modification in any warnings, instructions, and/or directions provided with such Product.

65. Documents concerning each effort made by you to obtain government (federal, local, or state) permission to market and/or distribute the Product and the response by each government agency, employee, or representative.

66. Documents reflecting the wholesale and retail prices for each such Product, the total sales volume of the Product, and the profit on the Product.

67. Documents concerning any recall of the Product, and any of communication of such recall notice or advisement to physicians or potential or actual consumers of each such Product.

68. Documents concerning any recommendation received by you or any recommendation in any medical or scientific journal, or in any public media, that the Product be recalled,

6

discontinued, or withheld from the market place and any documents concerning any what action was taken by you or any decision not to take any action in response to such recommendation.

69.  Documents concerning any other lawsuits filed against you alleging injuries as a result of the Product.

70.  Advertisements and any documents concerning advertisement of the Product, and of any decision or discussion of plans to advertise or not to advertise the Product.

71.  Documents reflecting any warnings, advertisements, cautions, and/or directions provided to physicians and/or users of the Product from the initial introduction of the Product to the present date and documents concerning any decision to provide any such warnings, advertisements, cautions, and/or directions to the purchaser/user/bystander of the Product.

72.  Any studies, tests, or experiments that have been performed with the Product or any similar product, any discussions or communications concerning such studies, test, or experiments.

73.  P patents applied for, pending, and/or granted for the Product and the application for each patent.

74.  Documents pertaining to distribution of the Product and remuneration for such services.

75.  Documents pertaining to your safety monitoring or adverse event reporting system in general and for such system as it relates to the Product.

76.  Electronic documents, databases, email correspondence, and backup files pertaining to the Product and any similar product and any instruction manuals regarding same.

77.  Documents relating to Your document retention or destruction policies

78.  Documents relating to any contract with any outside person or entity to maintain any computerized or electronic files or filing systems.

79.  Documents relating to any documents or information regarding the Product that have been lost or destroyed.

80.  Communications you have had with any official or employee of the FDA or of any advisory committee thereto.

81.  Any published medical or scientific articles regarding the Product or any similar product and documents concerning receipt of same or any discussion or decision to act or not act as to same.

82.  Communications with any author or contributor to any published medical article or chapter concerning the Product.

83.  All unpublished studies regarding the Product, and any documents relating to same.

84.  Documents pertaining to any medical or scientific society or association to which you have contributed, promised or discussed the transfer of any money, goods, or services.

85.  Information concerning any drug products similar to the Product.

86.  Any inspection, report, or sanction by any government agency relating to the Product, and any documents relating to same.

87.  Documents pertaining to any clinical studies that were designed to establish the safety or efficacy of pediatric use.

88.  All medical records relating to plaintiff.

89.  All photographs, and video or audio recordings depicting plaintiff, her family, or circumstances.

90.  All documents relating to any claim or defense in this action.

91.  All other documents in existence regarding any of the topics mentioned above.

Dated March 11, 2005.

        Respectfully submitted,

        ALICE BALSER, PLAINTIFF

        By Counsel

---

Kenneth W. Smith, *Pro hac vice*
Neil D. Overholtz, *Pro hac vice*
AYLSTOCK WITKIN & SASSER, PLC
55 Baybridge Dr.
Gulf Breeze, FL 32561
(850) 916-7450 (Tel)
(850) 916-7449 (Fax)

---

Matthew E. Lundy, Bar No. 18998
TX Bar No. 12697300
LUNDY & DAVIS, PLC
333 N. Sam Houston Pkwy, East, Ste. 375
Houston, TX 77060
(281) 272-0797 (Tel)
(281) 272-0781 (Fax)