| Exhibit A - Amended Complaint Not Filed / Filing Fee Not Paid (151 Cases) ||||||
|---|---|---|---|---|---|
| Plaintiff Name ||| Case No. | Amended Complaint | Fee | Plaintiffs' Firm |
| Norman | William | | 6:07-cv-16410 | Not Filed | Paid | Bailey Perrin |
| Baker | Daniel | S. | 6:07-cv-16733 | Filed | Not Paid | Nations |
| Bohorquez | Angelica | M. | 6:07-cv-16746 | Filed | Not Paid | Nations |
| Burrus | Verna | L. | 6:07-cv-16756 | Filed | Not Paid | Nations |
| Collins | Chris | | 6:07-cv-16750 | Filed | Not Paid | Nations |
| Colman | Tammy | L. | 6:07-cv-16751 | Filed | Not Paid | Nations |
| Cook | Donya | N. | 6:07-cv-16739 | Filed | Not Paid | Nations |
| Cosby | Mary | A. | 6:07-cv-16762 | Filed | Not Paid | Nations |
| Crouch | Richie | | 6:07-cv-11485 | Filed | Not Paid | Bailey Perrin |
| Culver | Christina | M. | 6:07-cv-16735 | Filed | Not Paid | Nations |
| Duncan | Darleen | M. | 6:07-cv-16736 | Filed | Not Paid | Nations |
| Dyer | Shawnee | M. | 6:07-cv-16764 | Filed | Not Paid | Nations |
| Garner | Betsy | | 6:07-cv-16758 | Filed | Not Paid | Nations |
| Gordon | Sheila | D. | 6:07-cv-16738 | Filed | Not Paid | Nations |
| Gray-Hawkins | Renatoe | R. | 6:07-cv-16737 | Filed | Not Paid | Nations |
| Gross | Daniel | | 6:07-cv-16741 | Filed | Not Paid | Nations |
| Hill | Darlene | D. | 6:07-cv-16747 | Filed | Not Paid | Nations |
| Jensen | Shelly | M. | 6:07-cv-16743 | Filed | Not Paid | Nations |
| Makinson | James | A. | 6:07-cv-16757 | Filed | Not Paid | Nations |
| Nelson | Cheryl | | 6:07-cv-15775 | Filed | Not Paid | Bailey Perrin |
| Not Afraid | Paul | | 6:07-cv-16732 | Filed | Not Paid | Nations |
| Pearce | John | A. | 6:07-cv-14052 | Filed | Not Paid | Bailey Perrin |
| Robinson | Patricia | A. | 6:07-cv-16760 | Filed | Not Paid | Nations |
| Rodriguez | Fior | | 6:07-cv-16745 | Filed | Not Paid | Nations |
| Russelburg | Ruth | A. | 6:07-cv-16749 | Filed | Not Paid | Nations |
| Sansbury | Patrice, OBO Catherine Jones, an Incapacitated Adult | | 6:07-cv-16527 | Filed | Not Paid | Bailey Perrin |
| Sauvageau | Leonard | D. | 6:07-cv-16754 | Filed | Not Paid | Nations |
| Smith | Christopher | | 6:07-cv-16767 | Filed | Not Paid | Nations |
| Smith | Theresa | M. | 6:07-cv-15367 | Filed | Not Paid | Bailey Perrin |
| Wendland | Lee | | 6:07-cv-10470 | Filed | Not Paid | Bailey Perrin |
| Wilson | Jacqueline Darline | | 6:07-cv-16740 | Filed | Not Paid | Nations |
| Almstrom | Melissa | | 6:07-cv-16773 | Not Filed | Not Paid | Phillips & Assocs. |
| Anderson | Carl | E. | 6:07-cv-10114 | Not Filed | Not Paid | Matthews & Assocs. |
| Anderson | Erica | K. | 6:07-cv-10059 | Not Filed | Not Paid | Hefner & Assocs. |
| Ashburn | Lorier | | 6:07-cv-10115 | Not Filed | Not Paid | Matthews & Assocs. |
| Baker | Corey | | 6:07-cv-16779 | Not Filed | Not Paid | Gallagher Law Firm |
| Barnes | Terry | W. | 6:07-cv-16752 | Not Filed | Not Paid | Nations |
| Bartlett | Seneca | V. | 6:07-cv-10117 | Not Filed | Not Paid | Matthews & Assocs. |

| Exhibit A - Amended Complaint Not Filed / Filing Fee Not Paid (151 Cases) | | | | | |
|---|---|---|---|---|---|
| Plaintiff Name | | | Case No. | Amended Complaint | Fee | Plaintiffs' Firm |
| Beard | Sandra | J. | 6:07-cv-16777 | Not Filed | Not Paid | Nations |
| Bearden | Yaki | Y. | 6:07-cv-10118 | Not Filed | Not Paid | Matthews & Assocs. |
| Beshears | Angela | | 6:07-cv-10119 | Not Filed | Not Paid | Matthews & Assocs. |
| Blanchard | Sharon | F. | 6:07-cv-10120 | Not Filed | Not Paid | Matthews & Assocs. |
| Bolton | William | W. | 6:07-cv-10121 | Not Filed | Not Paid | Matthews & Assocs. |
| Bowles | LaTashia | | 6:07-cv-16786 | Not Filed | Not Paid | Freese & Goss |
| Brantley | LaKisha | | 6:07-cv-16770 | Not Filed | Not Paid | Phillips & Assocs. |
| Bridges | Brenda | K. | 6:07-cv-10123 | Not Filed | Not Paid | Matthews & Assocs. |
| Britt | Shannon | M. | 6:07-cv-10124 | Not Filed | Not Paid | Matthews & Assocs. |
| Brown | Harris | | 6:07-cv-15946 | Not Filed | Not Paid | Bailey Perrin |
| Bryant | Robert | | 6:07-cv-16787 | Not Filed | Not Paid | Freese & Goss |
| Butler | Jeffery | L. | 6:07-cv-10061 | Not Filed | Not Paid | Hefner & Assocs. |
| Cains | Gracie | F. | 6:07-cv-10126 | Not Filed | Not Paid | Matthews & Assocs. |
| Campbell | Betty | L. | 6:07-cv-10022 | Not Filed | Not Paid | Goldenberg Heller |
| Cassidy | Tina | M. | 6:07-cv-10024 | Not Filed | Not Paid | Goldenberg Heller |
| Clark | Ronnie | L. | 6:07-cv-10025 | Not Filed | Not Paid | Goldenberg Heller |
| Coleman | James | | 6:07-cv-16765 | Not Filed | Not Paid | Nations |
| Collins | Lamesha | | 6:07-cv-16759 | Not Filed | Not Paid | Nations |
| Cox | Loretta | | 6:07-cv-16781 | Not Filed | Not Paid | Gallagher Law Firm |
| Crooms | Shawntia | | 6:07-cv-10131 | Not Filed | Not Paid | Matthews & Assocs. |
| Dennis | LaDonna | J. | 6:07-cv-10062 | Not Filed | Not Paid | Hefner & Assocs. |
| Derrick | William | D. | 6:07-cv-10133 | Not Filed | Not Paid | Matthews & Assocs. |
| Dilbeck | Sheila | M. | 6:07-cv-10063 | Not Filed | Not Paid | Hefner & Assocs. |
| Donaldson | Amber | | 6:07-cv-16742 | Not Filed | Not Paid | Nations |
| Drummond | Ronald | | 6:07-cv-10028 | Not Filed | Not Paid | Goldenberg Heller |
| Easley | Charlotte | G. | 6:07-cv-10064 | Not Filed | Not Paid | Hefner & Assocs. |
| East | Sharyl | L. | 6:07-cv-10065 | Not Filed | Not Paid | Hefner & Assocs. |
| Ellis | Dianna | | 6:07-cv-16788 | Not Filed | Not Paid | Freese & Goss |
| Enox | William | D. | 6:07-cv-10029 | Not Filed | Not Paid | Goldenberg Heller |
| Foley | Karl | T. | 6:07-cv-10135 | Not Filed | Not Paid | Matthews & Assocs. |
| Frasier | Lorene | B. | 6:07-cv-10030 | Not Filed | Not Paid | Goldenberg Heller |
| Freeman | Anita | | 6:07-cv-16772 | Not Filed | Not Paid | Phillips & Assocs. |
| Gawalis | Joseph | | 6:07-cv-10136 | Not Filed | Not Paid | Matthews & Assocs. |
| Gay | Paxton | | 6:07-cv-16778 | Not Filed | Not Paid | Gallagher Law Firm |
| Giuffre | Cathleen | | 6:07-cv-16734 | Not Filed | Not Paid | Nations |
| Gomez | Patricia | | 6:07-cv-10066 | Not Filed | Not Paid | Hefner & Assocs. |
| Gray | Sherry | L. | 6:07-cv-10138 | Not Filed | Not Paid | Matthews & Assocs. |
| Green | Mary | R. | 6:07-cv-10031 | Not Filed | Not Paid | Goldenberg Heller |
| Greene | Wanda | | 6:07-cv-16780 | Not Filed | Not Paid | Gallagher Law Firm |
| Hall | Linda | D. | 6:07-cv-10032 | Not Filed | Not Paid | Goldenberg Heller |
| Halstied | Jane | L. | 6:07-cv-10068 | Not Filed | Not Paid | Hefner & Assocs. |

| Exhibit A - Amended Complaint Not Filed / Filing Fee Not Paid (151 Cases) ||||||
|---|---|---|---|---|---|
| Plaintiff Name ||| Case No. | Amended Complaint | Fee | Plaintiffs' Firm |
| Haluski | Ginger | | 6:07-cv-16774 | Not Filed | Not Paid | Phillips & Assocs. |
| Hayes | Michele | I. | 6:07-cv-10033 | Not Filed | Not Paid | Goldenberg Heller |
| Hearn | John | | 6:07-cv-16789 | Not Filed | Not Paid | Freese & Goss |
| Hendon | Dimple | A. | 6:07-cv-10140 | Not Filed | Not Paid | Matthews & Assocs. |
| Higgs | Carolyn | T. | 6:07-cv-10070 | Not Filed | Not Paid | Hefner & Assocs. |
| Holloway | Thomas | D. | 6:07-cv-10141 | Not Filed | Not Paid | Matthews & Assocs. |
| Horn | Tammy | R. | 6:07-cv-10071 | Not Filed | Not Paid | Hefner & Assocs. |
| Horrice | Jacqueline | | 6:07-cv-16790 | Not Filed | Not Paid | Freese & Goss |
| Horton | Larry | | 6:07-cv-10072 | Not Filed | Not Paid | Hefner & Assocs. |
| Hudson | Diana | J. | 6:07-cv-10035 | Not Filed | Not Paid | Goldenberg Heller |
| Huggins | Carolyn | J. | 6:07-cv-10142 | Not Filed | Not Paid | Matthews & Assocs. |
| Hurley | James | C. | 6:07-cv-10143 | Not Filed | Not Paid | Matthews & Assocs. |
| Hyde | Novella | J. | 6:07-cv-10036 | Not Filed | Not Paid | Goldenberg Heller |
| Irby | Gloria | J. | 6:07-cv-16791 | Not Filed | Not Paid | Freese & Goss |
| Jenkins | Rhonda | | 6:07-cv-10037 | Not Filed | Not Paid | Goldenberg Heller |
| Johnson | Michelle | A. | 6:07-cv-10145 | Not Filed | Not Paid | Matthews & Assocs. |
| Jones | Teresa | Y. | 6:07-cv-16792 | Not Filed | Not Paid | Freese & Goss |
| Jones | Carol | | 6:08-cv-16795 | Not Filed | Not Paid | Heygood Orr |
| Kirkland | Robert | L. | 6:07-cv-10073 | Not Filed | Not Paid | Hefner & Assocs. |
| Koogler | Kenneth | | 6:07-cv-10039 | Not Filed | Not Paid | Goldenberg Heller |
| Lance | Shirley | | 6:07-cv-10041 | Not Filed | Not Paid | Goldenberg Heller |
| Lawrence | Phyllis | J. | 6:07-cv-10074 | Not Filed | Not Paid | Hefner & Assocs. |
| LeClair | Rachel | | 6:08-cv-16797 | Not Filed | Not Paid | Heygood Orr |
| Lewis | Zelvia | | 6:07-cv-10147 | Not Filed | Not Paid | Matthews & Assocs. |
| Lively | Theresa | L. | 6:07-cv-10043 | Not Filed | Not Paid | Goldenberg Heller |
| Lovelace | Mary | A. | 6:07-cv-16753 | Not Filed | Not Paid | Nations |
| Mayeux | Terrie | A. | 6:07-cv-10044 | Not Filed | Not Paid | Goldenberg Heller |
| McDonald | Rita | M. | 6:07-cv-10075 | Not Filed | Not Paid | Hefner & Assocs. |
| McGlothin | Marjie | J. | 6:07-cv-10149 | Not Filed | Not Paid | Matthews & Assocs. |
| McKellar | Adam | | 6:07-cv-10166 | Not Filed | Not Paid | Bailey & Galyen |
| Moore | Sheila | | 6:08-cv-16796 | Not Filed | Not Paid | Heygood Orr |
| Moore | Cheryl | | 6:07-cv-10150 | Not Filed | Not Paid | Matthews & Assocs. |
| Murphy | Carol | A. | 6:07-cv-16763 | Not Filed | Not Paid | Nations |
| Olive | Wayne | E. | 6:07-cv-10151 | Not Filed | Not Paid | Matthews & Assocs. |
| Orr | Aquanita | E. | 6:07-cv-16793 | Not Filed | Not Paid | Freese & Goss |
| Perkins | Carmelita | | 6:07-cv-10154 | Not Filed | Not Paid | Matthews & Assocs. |
| Peters | Kathy | | 6:07-cv-16761 | Not Filed | Not Paid | Nations |
| Pogue | Samantha | S. | 6:07-cv-10155 | Not Filed | Not Paid | Matthews & Assocs. |
| Ralls | Jim | D. | 6:07-cv-10156 | Not Filed | Not Paid | Matthews & Assocs. |
| Ray | Cynthia | | 6:08-cv-16799 | Not Filed | Not Paid | Heygood Orr |
| Reed | Derrick | A. | 6:07-cv-10080 | Not Filed | Not Paid | Hefner & Assocs. |

| Exhibit A - Amended Complaint Not Filed / Filing Fee Not Paid (151 Cases) ||||||
|---|---|---|---|---|---|
| Plaintiff Name ||| Case No. | Amended Complaint | Fee | Plaintiffs' Firm |
| Rigell | Matthew | M. | 6:07-cv-10158 | Not Filed | Not Paid | Matthews & Assocs. |
| Rigsby | Marsha | F. | 6:07-cv-10081 | Not Filed | Not Paid | Hefner & Assocs. |
| Roach | Patricia | B. | 6:07-cv-10046 | Not Filed | Not Paid | Goldenberg Heller |
| Roberts | Sherry | A. | 6:07-cv-10047 | Not Filed | Not Paid | Goldenberg Heller |
| Russ | George | | 6:07-cv-16776 | Not Filed | Not Paid | Nations |
| Sarraff | Cecilia, as next friend of Concepcion Morales | | 6:08-cv-16800 | Not Filed | Not Paid | Heygood Orr |
| Saulter | Grady | | 6:07-cv-10048 | Not Filed | Not Paid | Goldenberg Heller |
| Skinner | Susan | M. | 6:07-cv-16766 | Not Filed | Not Paid | Nations |
| Slay | Crystal | L. | 6:07-cv-10082 | Not Filed | Not Paid | Hefner & Assocs. |
| Sloan | Beverly | S. | 6:07-cv-10159 | Not Filed | Not Paid | Matthews & Assocs. |
| Smith | Andrew | L. | 6:07-cv-10049 | Not Filed | Not Paid | Goldenberg Heller |
| Smith | Laurie | L. | 6:07-cv-10084 | Not Filed | Not Paid | Hefner & Assocs. |
| Solis | Deloris | | 6:07-cv-10050 | Not Filed | Not Paid | Goldenberg Heller |
| Stanton | Donna | J. | 6:07-cv-10160 | Not Filed | Not Paid | Matthews & Assocs. |
| Stewart | Bryan | J. | 6:07-cv-16785 | Not Filed | Not Paid | Freese & Goss |
| Stone | Steve | | 6:07-cv-16771 | Not Filed | Not Paid | Phillips & Assocs. |
| Sutton | Christine | | 6:07-cv-10052 | Not Filed | Not Paid | Goldenberg Heller |
| Temple | James | | 6:07-cv-10053 | Not Filed | Not Paid | Goldenberg Heller |
| Templeton | Marguerite | | 6:07-cv-10087 | Not Filed | Not Paid | Hefner & Assocs. |
| Tobie | Carl | | 6:08-cv-16798 | Not Filed | Not Paid | Heygood Orr |
| Tryon | Julie | A. | 6:07-cv-16794 | Not Filed | Not Paid | Cooke Law Firm |
| Tuggle | Sherry | A. | 6:07-cv-10088 | Not Filed | Not Paid | Hefner & Assocs. |
| Villasenor | Ronald | A. | 6:07-cv-10162 | Not Filed | Not Paid | Matthews & Assocs. |
| Watson | Gina | L. | 6:07-cv-10091 | Not Filed | Not Paid | Hefner & Assocs. |
| West-Caddell | Nila | L. | 6:07-cv-10093 | Not Filed | Not Paid | Hefner & Assocs. |
| Wilcoxson | Martha | J. | 6:07-cv-10165 | Not Filed | Not Paid | Matthews & Assocs. |
| Williams | Dawn | | 6:07-cv-16782 | Not Filed | Not Paid | Gallagher Law Firm |
| Wills | Diana | | 6:07-cv-12069 | Not Filed | Not Paid | Bailey Perrin |
| Wilson | Michael | | 6:07-cv-16783 | Not Filed | Not Paid | Gallagher Law Firm |
| Woytasik | Nicholas | | 6:07-cv-16769 | Not Filed | Not Paid | Phillips & Assocs. |
| Young | Shelley | J. | 6:07-cv-10058 | Not Filed | Not Paid | Goldenberg Heller |