UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re:  Seroquel Products Liability Litigation<br>MDL Docket No.  1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**REQUEST FOR LEAVE TO LODGE "CONFIDENTIAL" MATERIALS WITH BRIEF RE DUTY OF PRESERVATION** |

Exhibits 3, 6 and 7 to plaintiffs' brief (Doc. 949) were deemed "confidential" by AstraZeneca pursuant to the Court's Protective Order.   Plaintiffs request leave to lodge these materials for the Court's consideration of the brief.

### LOCAL RULE 3.01(g) CERTIFICATION

Plaintiffs attempted to meet and confer with AstraZeneca regarding this request, but AstraZeneca failed to respond to the attached.

Dated:  April 17, 2008                LEVIN SIMES KAISER & GORNICK LLP

       /s/ Dennis J. Canty__
Lawrence J. Gornick (CA State Bar No. 136290)
Dennis J. Canty (CA State Bar No. 207978)
44 Montgomery Street, 36th Floor
San Francisco, CA  94104
Telephone:  415-273-8138
Facsimile:  415-981-1270
E-mail:        lgornick@lskg-law.com
                    dcanty@lskg-law.com

## Dennis Canty

| | |
|---|---|
| **From:** | Dennis Canty |
| **Sent:** | Tuesday, April 15, 2008 2:42 PM |
| **To:** | rpass@carltonfields.com; CCoutroulis@CarltonFields.com; Bogdonoff, Michael; 'Kerns, Kevin' |
| **Cc:** | craig@ball.net; Larry J. Gornick |
| **Subject:** | Duty of Preservation |
| **Attachments:** | brief re preser.pdf; x 1 complaint.pdf; x 2 opp preserv order.pdf; x 3 email.pdf; x 4 az annual report.pdf; x 5 answer.pdf; x 6 present.pdf; x 7 handout.pdf; x 8 memo.pdf; x 9 zehel rpd.pdf; x 10 balser rpd.pdf |

Attached is a courtesy copy of plaintiffs' filing.

Let me know ASAP whether AstraZeneca will oppose a request to lodge exhibits 3, 6 and 7.

Thank you.

1