UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| In Re:  Seroquel Products Liability Litigation<br>MDL Docket No.  1769<br><br>DOCUMENT RELATES TO ALL CASES | Case No. 6:06-md-01769-ACC-DAB<br><br>**UPDATED RULE 3.01g CERTIFICATION ON REQUEST FOR LEAVE TO LODGE "CONFIDENTIAL" MATERIALS WITH BRIEF RE DUTY OF PRESERVATION** |

As set forth in the attached, AstraZeneca does not oppose plaintiffs' request.

Dated:  April 18, 2008                LEVIN SIMES KAISER & GORNICK LLP

_____/s/ Dennis J. Canty_____
Lawrence J. Gornick (CA State Bar No. 136290)
Dennis J. Canty (CA State Bar No. 207978)
44 Montgomery Street, 36th Floor
San Francisco, CA  94104
Telephone:  415-273-8138
Facsimile:  415-981-1270
E-mail:        lgornick@lskg-law.com
                   dcanty@lskg-law.com

1

## Dennis Canty

| | |
|---|---|
| **From:** | Dennis Canty |
| **Sent:** | Friday, April 18, 2008 10:32 AM |
| **To:** | 'Pass, Robert W.'; Coutroulis, Chris S.; Bogdonoff, Michael; Kerns, Kevin |
| **Cc:** | craig@ball.net; Larry J. Gornick |
| **Subject:** | RE: Duty of Preservation |

To be clear, plaintiffs' request is to lodge the materials. To the extent there is ever a question about whether they will be filed, plaintiffs oppose their filing under seal. If AstraZeneca believes they should be filed under seal, AstraZeneca bears the burden of proving they are entitled to protection.

---

**From:** Pass, Robert W. [mailto:RPass@CarltonFields.com]
**Sent:** Friday, April 18, 2008 9:34 AM
**To:** Dennis Canty; Coutroulis, Chris S.; Bogdonoff, Michael; Kerns, Kevin
**Cc:** craig@ball.net; Larry J. Gornick
**Subject:** RE: Duty of Preservation

Dennis, yes, AstraZeneca regards Exhibits 3, 6 and 7 as confidential and therefore does not oppose your motion to lodge insofar as it requests only to file these materials under a confidentiality designation (i.e., under seal). I assume you will so advise the Court.

Regards, Bob

---

**From:** Dennis Canty [mailto:dcanty@lskg-law.com]
**Sent:** Tuesday, April 15, 2008 5:42 PM
**To:** Pass, Robert W.; Coutroulis, Chris S.; Bogdonoff, Michael; Kerns, Kevin
**Cc:** craig@ball.net; Larry J. Gornick
**Subject:** Duty of Preservation

Attached is a courtesy copy of plaintiffs' filing.
Let me know ASAP whether AstraZeneca will oppose a request to lodge exhibits 3, 6 and 7.
Thank you.