**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:  Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

This Document Relates to ALL CASES

**ORDER**

Pursuant to the Joint Proposal for Completion of Physician Depositions in Florida Discovery Pool Cases, it is hereby ORDERED:

1. *Selection of First Group of Ten Cases.*  On or before April 22, 2008, Plaintiffs shall select five cases for the Florida Initial Trial Pool.  On or before April 25, 2008, Defendants shall select five cases for the Florida Initial Trial Pool.  Full case-specific fact discovery shall commence immediately upon the lodging of plaintiffs' selections with the Court.

2. *Selection of Second Group of Ten Cases.*  Plaintiffs shall select an additional five cases on or before May 13, 2008, and Defendants shall select an additional five cases on or before May 14, 2008, unless the PMO determines that the number of depositions taken between April 25, 2008, and May 12, 2008, are too few to allow a reasoned and reasonable basis to make selections, and in which case the PMO may establish dates later than the dates specified, but not beyond May 30, 2008, by which the Parties shall select the second group of ten cases.

3. *Selection of Third Group of Ten Cases.*  Plaintiffs shall select an additional five cases on or before May 29, 2008, and Defendants shall select an

additional five cases on or before May 30, 2008. If all physician depositions are completed earlier than May 28, 2008, the PMO shall set dates earlier than May 29, 2008, and May 30, 2008, for selection of the third group of ten cases.

    **4.** *Other Deadlines in CMO 5.* Nothing in this Order shall relieve the Parties of any of the other obligations and deadlines set forth in CMO 5. This extension reflected in this Order shall not be the basis for seeking relief from CMO 5.

    **DONE and ORDERED** in Orlando, Florida, on April 22, 2008.

    *David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record