# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion to Compel Severed Plaintiffs To Pay Filing Fees and/or File Amended Complaints (Doc. 931), filed April 7, 2008. AstraZeneca supplemented (Doc. 951) the motion on April 17, 2008, and Plaintiffs responded (Doc. 955) to the motion on April 18, 2008. Given Plaintiffs' assurances that the deficiencies identified by AstraZeneca "will promptly be cured," it is **ORDERED** as follows:

1. AstraZeneca's Motion to Compel Severed Plaintiffs To Pay Filing Fees and/or File Amended Complaints (Doc. 931) is **GRANTED**.

2. Every plaintiff in this litigation who has not already done so shall pay a filing fee and/or file an amended complaint no later than **MAY 5, 2008**. In addition, counsel for those plaintiffs who have not yet paid a filing fee and/or filed an amended complaint are directed to file, no later than May 1, 2008, a certification verifying that their respective clients have since complied with this Order.

3. The failure of any plaintiff to timely comply with this Order will result in dismissal of his or her case without prejudice, without further notice, absent a showing of extraordinary cause for noncompliance.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 24, 2008.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge