# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

_____

**This Document Relates to All Cases**

## ORDER

After considering Astrazeneca's Motion For An Order Directing Plaintiffs To Produce Zyprexa-Related Documents In Their Actual Or Constructive Possession Within Eleven (11) Days and for good cause shown, it is hereby ordered that:

1. All Florida plaintiffs in this litigation who have also asserted claims in *In re Zyprexa Products Liab. Litig.*, No. 04-MD-1596 (E.D.N.Y.) (the "Zyprexa MDL"), shall produce the following documents in plaintiffs' actual or constructive possession to AstraZeneca within eleven (11) days of this Order:

    (a) any and all medical records, mental health records, employment records and educational records relating to their ingestion of Zyprexa;

    (b) all other documents or discovery responses, including Plaintiff Fact Sheets, that were produced or submitted by them in the Zyprexa MDL; and

    (c) any submissions made in support of their settlement claims in any settlement of their Zyprexa-related personal injury claims filed in the Zyprexa MDL (excluding any specific dollar amounts included in such submissions).

2. To facilitate prompt access by AstraZeneca to plaintiffs' documents in the possession of the four special masters in the Zyprexa MDL (Kenneth R. Feinberg, Michael K. Rozen, Catherine A. Yanni, and Hon. John K. Trotter (Ret.)), plaintiffs shall immediately submit

a written request to each Special Master for copies of all documents submitted to that Special Master by them or on their behalf.

3. Disclosure of specific dollar amounts related to settlement of Zyprexa claims is reserved for future consideration.

**DONE** and **ORDERED** in Orlando, Florida, on _____, 2008.

_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE