**EXHIBIT C**

```
 1                  UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
 2                       ORLANDO DIVISION

 3               Docket No.6:06-MD-1769-Orl-22DAB

 4      . . . . . . . . . . . . . . .
     IN RE:                           :
 5   SEROQUEL PRODUCTS LIABILITY      :
     LITIGATION                       :       Orlando, Florida
 6   MDL DOCKET No. 1769              :       July 27, 2007
                                      :       9:30 a.m.
 7   ALL CASES                        :
                                      :
 8      . . . . . . . . . . . . . . .:

 9
                 TRANSCRIPT OF PRETRIAL CONFERENCE
10             BEFORE THE HONORABLE DAVID A. BAKER
                 UNITED STATES MAGISTRATE JUDGE
11                             AND
               BEFORE THE HONORABLE ANNE C. CONWAY
12                UNITED STATES DISTRICT JUDGE

13

14   APPEARANCES:

15   For the Plaintiffs:           Paul Pennock

16                                 Larry M. Roth

17                                 Scott Allen

18                                 F. Kenneth Bailey

19                                 Camp Bailey

20                                 E. Ashley Cranford

21                                 Dennis Canty

22                                 Lawrence Gornick

23                                 Lezzlie Hornsby

24                                 Glenn Kramer

25                                 Fletch Trammell
```

```
 1   For the Defendant
 2   AstraZeneca:                    Fred Magaziner
 3                                   Stephen J. McConnell
 4                                   James Freebery
 5                                   Robert Ciottai
 6                                   Shane Prince
 7                                   Liz Balakhani
 8                                   Meghen Rohling
 9
10   Court Reporter:  Sandra K. Tremel
11
12   Proceedings recorded by mechanical stenography, transcript
13   produced by computer-aided transcription.
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              MR. MAGAZINER:  Or Judge Conway did, excuse me.
 2       I would think 10 or 15 minutes including the
 3  plaintiff's response.
 4              THE COURT:  All right.  Let's reconvene at 1:15.
 5                    (Luncheon recess)
 6              THE COURT:  Judge Conway has elected not to
 7  rejoin us this afternoon.  So let's proceed with the
 8  issues that AstraZeneca has listed.
 9              MR. MAGAZINER:  Thank you, Your Honor.
10       Issue one is as follows:  As Your Honor knows by a
11  substantial number of plaintiffs in this litigation also
12  were plaintiffs in litigation against Eli Lilly involving
13  the drugs Zyprexia in which they alleged that it was their
14  use of Zyprexia that caused them to develop diabetes.
15  Contrast it to the allegations in this case that the use
16  of Seroquel can cause them to develop diabetes.
17              THE COURT:  What's the -- are their pay outs
18  occurred -- what's the status of that?
19              MR. MAGAZINER:  There have been several tranches
20  of settlements, Your Honor.  I don't -- I have seen a
21  newspaper with what the numbers are how much Eli Lilly
22  paid in each tranche.  I don't know the status of
23  payments, what they agreed to pay or have actually paid.
24  I don't know the answer to that.
25              THE COURT:  Is the court administering that or
```

1  are the parties?

2       MR. MAGAZINER:  There's a settlement

3  administrator.  As a matter of fact, I think that was a

4  subject we addressed in the motion in response to Mr.

5  Feinberg.

6       THE COURT:  Yes.  Go ahead.

7       MR. MAGAZINER:  In any event we didn't believe

8  there's any legal issue as to our right to obtain from

9  Lilly documents about these plaintiffs.  The plaintiffs

10 submitted to Lilly the factual statements.  The plaintiff

11 submitted plaintiff fact sheets, other submissions,

12 medical records pertaining to the plaintiffs.  We're going

13 to need an order from the Court, however, we can give to

14 Lilly which allows them to give us those documents,

15 because otherwise they would have an obligation not to.

16 We discussed this with plaintiffs' counsel.  Plaintiff's

17 counsel first said they would agree.  More recently I

18 think they have said they'll not agree.  Plaintiff's

19 counsel can address on their own.  That is what we're

20 seeking in issue number one.

21      Someone from plaintiffs may wish to address it.

22      MR. ALLEN:  I will, Your Honor.

23      Briefly, first of all I can answer your questions

24 concerning the status of Zyprexia settlement, and, others

25 if I'm incorrect, correct me.  There was a round one

1  settlement that took place about two years ago, and I
2  think that money to my knowledge has all been distributed.
3      There was a round two settlement that mostly they
4  settled at the very last day in December, early
5  January 2'06, 2'07.  That money has not been distributed.
6  And there is -- there was a settlement master.  But
7  concerning distribution of the settlement funds that's
8  left through the settlement process between counsel and
9  their client.  And that has not been completed, at least
10 for most of the firms I'm aware of, including Mr. Bailey's
11 firm with whom I work.  So that's your answer to that
12 question.
13      Concerning the issue of getting Seroquel -- I mean
14 Zyprexia documents on particular plaintiffs, I don't have
15 a specific objection to that, but I don't know the breadth
16 of what they're seeking.  So in other words, I'll have to
17 see the order or some motion or some letter to me
18 identifying what documents they're seeking before I could
19 agree or disagree.  That was the nature of my hesitancy to
20 agree.
21      Secondly, I think -- I know because I took the
22 Zyprexia depositions, there are documents in Eli Lilly's
23 file pertaining to their analysis and interactions
24 vis-a-vis sales forces.  It's called counter detailing.
25 There's Seroquel documents.  So what I would propose is

```
 1   whatever order is drafted maybe we should go meet and
 2   confer on that.
 3           THE COURT:  Maybe you should.
 4           MR. ALLEN:  Yes, sir.  That's where I agree.
 5   It's their proposal.  I'm willing to meet and agree, but I
 6   can't agree unless I have a meet and confer in more
 7   definition.
 8           MR. MAGAZINER:  We will have a meet and confer
 9   on that, Your Honor, and if we can't agree we will submit
10   a motion.
11           THE COURT:  Presumptively you're going to be
12   entitled to it.
13           MR. KEN BAILEY:  Just to advise the Court that
14   some of these people who were plaintiffs in Zyprexia have
15   differing law firms who represented them during that deal.
16   And I couldn't really hear what Mr. Magaziner was speaking
17   of.  But I just wanted to advise the Court that we did not
18   represent all those people.
19           THE COURT:  I understand.
20           MR. MAGAZINER:  Issue number two is this, Your
21   Honor.  We are engaging attorneys to take depositions in
22   the case specific discovery program that the Court has
23   ordered.  Many of these attorneys are not presently --
24           THE COURT:  I don't have any problem with that
25   as long as they're admitted to a district court somewhere.
```