**EXHIBIT E**

```
0001
 1   JOB NO. 93162
 2                UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
 3                     ORLANDO DIVISION
 4   IN RE:  Seroquel Products Liability Litigation
 5   MDL DOCKET NO. 1769
     _____
 6
     This Document Relates to 6:07-cv-16085
 7   _____
 8
 9
10
11
12              ORAL DEPOSITION OF HOPE LORDITCH
                      AUGUST 16, 2007
13
14
15
16
17       ORAL DEPOSITION OF HOPE LORDITCH, produced as a witness at
18   the instance of the Defendants and duly sworn, was taken in
19   the above styled and numbered cause on August 16, 2007, from
20   10:01 a.m. to 4:28 p.m., before L. RENE WHITE, CSR, CRR, RPR
21   in and for the State of Texas, reported by machine shorthand,
22   at Bailey Perrin Bailey, L.L.P., 440 Louisiana Street, Suite
23   2100, Houston, Texas, pursuant to the Federal Rules of Civil
24
25   Procedure and the provisions stated on the record herein.
0002
 1              A P P E A R A N C E S
 2
     FOR THE PLAINTIFF:
 3   CHARLES WILLIAMSON, ESQ.
     BAILEY PERRIN BAILEY, L.L.P.
 4   440 Louisiana Street, Suite 2100
     Houston, Texas  77002
 5   (713) 425-7100
 6
     FOR THE DEFENDANTS:
 7   JAN DODD, ESQ.
     KAYE SCHOLER
 8   1999 Avenue of the Stars, Suite 1700
     Los Angeles, California  90067-6048
 9   (310) 788-1255
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

```
0172
 1       A.  Yes.
 2       Q.  Okay.  And your glasses were changed to help
 3  you read better things that are close up?
 4       A.  Yes.  These are actually progressive lenses,
 5  no-line bifocals.
 6       Q.  Uh-huh.  So you have some farsightedness now?
 7       A.  Yes.
 8       Q.  Any other problems with your eyes?
 9       A.  Just the cataracts.
10       Q.  Do you think that that's in some way associated
11  with your diabetes?
12       A.  To be perfectly honest, I don't know.
13       Q.  Okay.  Anything else that you feel is
14  associated with your diabetes?  We've talked about a
15  number of things, but anything else?
16       A.  Not that I can think of at this time.
17       Q.  Okay.
18            MS. DODD:  Let's take a quick break.  I'm
19  going to look over my notes, and then we're going to
20  finish up.
21            (Short recess.)
22            (Exhibit No. 3 marked.)
23       Q.  (BY MS. DODD)  Ms. Lorditch, let me hand you
24  what we've marked as Exhibit No. 3.  It's the notice of
25  the deposition for today.  If you'd like to take a look
0173
 1  at it.  I'm going to ask you about the thing at the back
 2  called Schedule A.
 3       A.  What do you want -- you wanted me to look at?
 4       Q.  It's towards the back; and it's titled Schedule
 5  A, I believe.
 6       A.  Oh.
 7       Q.  Keep going.
 8       A.  Okay.
 9       Q.  First of all, have you seen this document
10  before?
11       A.  No, I haven't.
12       Q.  Okay.  Schedule A asks that you bring with you
13  certain documents to this deposition.  Were you ever
14  asked to bring any -- any of these documents with you
15  today?
16       A.  No, I wasn't.
17       Q.  Okay.  As you look through that list, are there
18  any items on that list that you have in your possession
19  at home or available to you?
20       A.  Let me just read it through.
21       Q.  Sure.
22       A.  I just lost my place.  Is it just that one page
23  or is there more?  Oh, there's more.
24            What exactly was your question?
25       Q.  As you looked through that list of documents
0174
 1  that are requested there --
 2       A.  Uh-huh.
 3       Q.  -- do you have any of those items perhaps at
 4  home or . . .
 5       A.  Well, I have -- well, I gave -- I -- I have the
 6  two copies of the prescription for the Seroquel.  That,
 7  I have.  I don't know if you're looking for any other
```

```
 8   prescriptions or anything like that, any other
 9   prescription records that have nothing to do with the
10   Seroquel.
11        Q.  Do you have those?  Do you have other
12   prescription records as well?
13        A.  Yes, I do.
14        Q.  Okay.  So you have prescription records.
15   Anything else that's on that list?
16        A.  I have some medical records from when I moved
17   down here that I never gave to doctors.  Other than
18   that, I'm not sure about anything else.
19        Q.  Okay.
20        A.  I'm not sure about anything else.
21        Q.  All right.  We've talked about a number of
22   hospitalizations that you've had?
23        A.  Uh-huh.  Yes, ma'am.
24        Q.  Have you ever been hospitalized as a result of
25   complications of your diabetes?
```