**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: SEROQUEL PRODUCTS                    CASE NO. 6:06-md-1769
LIABILITY LITIGATION

This document relates to:

SHEILA WILLIAMS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.
MDL Case No. 6:07-cv-01030-ACC-DAB

NICHOLAS WOYTASIK v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.
MDL Case No. 6:07-cv-16769-ACC-DAB

LAKISHA BRANTLEY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.
MDL Case No. 6:07-cv-16770-ACC-DAB

STEVE STONE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.
MDL Case No. 6:07-cv-16771-ACC-DAB

ANITA FREEMAN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.
MDL Case No. 6:07-cv-16772-ACC-DAB

MELISSA ALMSTROM v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.
MDL Case No. 6:07-cv-16773-ACC-DAB

GINGER HALUSKI v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.
MDL Case No. 6:07-cv-16774-ACC-DAB

## COUNSEL'S CERTIFICATION OF COMPLIANCE
## WITH ORDER DATED APRIL 24, 2008

Pursuant to the Court's Order dated April 24, 2008, I, Lowell W. Finson, counsel for the Plaintiffs in the above-referenced actions, certify that on April 28, 2008, I electronically filed short-form complaints in each of the above-referenced cases.

I further certify that on April 29, 2008, I sent the required filing fee for each of the above-referenced actions (except for Sheila Williams, who was the lead case prior to severance of the remaining clients) by FedEx Express Priority Overnight.

The above-referenced Plaintiffs are in compliance with the Court's Order dated April 24, 2008.

DATED:  April 29, 2008                     Respectfully submitted,

*/s/ Lowell W. Finson*_____
Lowell W. Finson
Phillips & Associates
3030 North Third Street, Suite 1100
Phoenix, AZ  85012
Tel: 602-258-8900 / Fax: 602-288-1632
lowellf@phillipslaw.ws
Counsel for Plaintiffs Sheila Williams, Nicholas Woytasik, LaKisha Brantley, Steve Stone, Anita Freeman, Melissa Alstrom, and Ginger Haluski.

## **CERTIFICATE OF SERVICE**

I certify that on April 29, 2008, I electronically filed the attached document entitled COUNSEL'S CERTIFICATION OF COMPLIANCE WITH ORDER DATED APRIL 24, 2008, with the Clerk of the Court by using the CM/ECF, which will serve a notice of this filing on all counsel of record.

/s/Lowell W. Finson
Lowell W. Finson