# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769                                              6:06-md-1769-ORL-22DAB

This document relates to:

ALL CASES

_____

### CERTIFICATION OF FILING AMENDED PETITIONS and PAYING INDIVIDUAL FILING FEES IN COMPLIANCE WITH THE COURT'S APRIL 24, 2008 ORDER [DOC. 960]

     This will certify that all Plaintiffs in MDL No. 1769, United States District Court, Middle District of Florida, represented by Howard L. Nations and/or The Law Offices of Howard L. Nations (The Nations Firm,) have complied with this Honorable Court's April 24, 2008 Order, in that each severed plaintiff represented by The Nations Firm has filed an Amended Complaint and paid an individual filing fee for their respective severed actions.[1] Such Plaintiffs include, but are not limited to, all Plaintiffs indicated in Exhibit A to AstraZeneca's April 17, 2008, Supplement to Motion to Compel Severed Plaintiffs to Pay Filing Fees and/or File Amended Complaints, as being represented by the Nations firm and having not filed an Amended Complaint and/or not paying an individual filing fee.

---

[1] Filing Fees for Nations cases that had filed an Amended Complaint were overnighted to the United States District Clerk for the Middle District of Florida on April 29, 2008. Amended Complaints were filed in all Nations cases that had not previously filed an Amended Complaint on April 29, 2008. Filing Fees for cases with Amended Complaints filed on April 29, 2008, were sent via overnight courier (Federal Express) to the United States District Clerk for the Middle District of Florida on April 30, 2008, for delivery on May 1, 2008.

*April 30, 2008 \ cdb*

Respectfully submitted,

THE LAW OFFICES OF HOWARD L. NATIONS

/s/ Howard L. Nations
Howard L. Nations
Texas State Bar No. 14823000
4515 Yoakum Blvd.
Houston, TX 77006-5895
(713) 807-8400
(713) 807-8423 (Telecopier)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of April, 2008, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system.

/s/ Howard L. Nations
Howard L. Nations

*April 30, 2008 \ cdb*