# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability**
**Litigation**

                                  **Case No.  6:06-md-1769-Orl-22DAB**

_____

## ORDER

It has come to the Court's attention that the short-form complaints[1] filed on behalf of approximately fifty plaintiffs in this litigation by The Law Offices of Howard L. Nations are incomplete.  The Court stresses to counsel that the maintenance of complete files in the severed cases in this multidistrict litigation is critical to facilitating the efficient transfer of these cases back to their respective transferor courts.

Accordingly, it is **ORDERED** that, no later than May 7, 2008, counsel from The Law Offices of Howard L. Nations shall appropriately revise and refile short-form complaints in all severed cases involving plaintiffs represented by the firm.  For assistance in making such revisions, counsel is advised to contact the attorneys designated as Plaintiffs' lead counsel in this MDL.

**DONE** and **ORDERED** in Chambers, in

Orlando, Florida on May 1, 2008.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

_____

[1] By "short-form complaints," the Court refers to the documents filed by the Nations firm with the caption "Plaintiff's Complaint By Adoption."  *See, e.g.*, *Cathleen Giuffre v. AstraZeneca Pharmaceuticals LP and AstraZeneca LP*, No. 6:07-cv-16734-ACC-DAB, Doc. 5.

Counsel of Record