UNITED STATES DISTRCIT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769                                                                 6:06-md-1769-ORL-22DAB

This document relates to:

ALL CASES

---

### CERTIFICATION OF FILING AMENDED PETITIONS AND PAYING INDIVIDUAL FILING FEES IN COMPLIANCE WITH THE COURT'S APRIL 24, 2008 ORDER

This will certify that all Plaintiffs in MDL No. 1769, United States District Court, Middle District of Florida, represented by Freese & Goss have complied with the Court's Order dated April 24, 2008. Each plaintiff represented by Freese & Goss, listed on Exhibit A to Astra Zeneca's Supplement to Motion to Compel Severed Plaintiffs to Pay Filing Fees and / or File Amended Complaints, has filed an Amended Complaint and paid an individual filing fee. The Amended Complaints and individual filing fees were sent via overnight courier (DHL) to the United States District Clerk on April 30, 2008 for delivery on May 1, 2008.

Respectfully submitted,

FREESE & GOSS, P.L.L.C.

By:  __/s/ Tim K. Goss_____
  Tim K. Goss
  Texas Bar No. 08222660
  Freese & Goss, P.L.L.C.
  3031 Allen Street, Suite 200
  Dallas, Texas 75204
  214.761.6610 (phone)
  214.761.6688 (facsimile)
  E-MAIL: goss39587@aol.com

                                                 Tamara L. Banno
                                                 Texas Bar No. 24012240
                                                 Tamara L. Banno, P.C.
                                                 3031 Allen Street, Suite 100
                                                 Dallas, Texas 75204
                                                 (214) 550-5236 (phone)
                                                 (214) 761-6688 (facsimile)
                                                 e-mail: tbanno@tlb-law.com

                                               ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on 1st day of May, 2008, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system.


                                               /s/ Tim K. Goss
                                               Tim K. Goss