Matthews and Associates
Exhibit A

| compute_0003 | Individual Case No. |
|---|---|
| Ashburn, Ms. Lorier | 6:07-cv-10115 |
| Bartlett, Ms. Seneca V. | 6:07-cv-10117 |
| Bearden, Ms. Yaki Y. | 6:07-cv-10118 |
| Beshears, Ms. Angela J. | 6:07-cv-10119 |
| Blanchard, Ms. Sharon F. | 6:07-cv-10120 |
| Bolton, Mr. William W. | 6:07-cv-10121 |
| Bridges, Ms. Brenda K. | 6:07-cv-10123 |
| Britt, Ms. Shannon M. | 6:07-cv-10124 |
| Cains, Ms. Gracie F. | 6:07-cv-10126 |
| Crooms, Ms. Shawntia M. | 6:07-cv-10131 |
| Derrick, Mr. William D. | 6:07-cv-10133 |
| Foley, Mr. Karl T. | 6:07-cv-10135 |
| Gray, Ms. Sherry L. | 6:07-cv-10138 |
| Hendon, Mrs. Dimple A. | 6:07-cv-10140 |
| Holloway, Mr. Thomas D. | 6:07-cv-10141 |
| Huggins, Ms. Carolyn J. | 6:07-cv-10142 |
| Hurley, Mr. James C. | 6:07-cv-10143 |
| Johnson, Ms. Michelle A. | 6:07-cv-10145 |
| Lewis, Ms. Zelvia | 6:07-cv-10147 |
| McGlothlin, Ms. Marjie J. | 6:07-cv-10149 |
| Olive, Sr., Mr. Wayne E. | 6:07-cv-10151 |
| Perkins, Ms. CarmElita L. | 6:07-cv-10154 |
| Pogue, Ms. Samantha S. | 6:07-cv-10155 |
| Ralls, Mr. Jim D. | 6:07-cv-10156 |
| Rigell, Mr. Matthew M. | 6:07-cv-10158 |
| Sloan, Ms. Beverly S. | 6:07-cv-10159 |
| Stanton, Ms. Donna J. | 6:07-cv-10160 |
| Villasenor, Mr. Ronald A. | 6:07-cv-10162 |
| Wilcoxson, Ms. Martha J. | 6:07-cv-10165 |