Hefner and Associates
Exhibit A

| compute_0003 | Individual Case No. |
|---|---|
| Anderson, Ms. Erica K. | 6:07-cv-10059 |
| Butler, Mr. Jeffery L. | 6:07-cv-10061 |
| Dennis, Ms. LaDonna J. | 6:07-cv-10062 |
| Dilbeck, Ms. Sheila M. | 6:07-cv-10063 |
| Easley, Ms. Charlotte G. | 6:07-cv-10064 |
| East, Ms. Sharyl L. | 6:07-cv-10065 |
| Halstied, Ms. Jane L. | 6:07-cv-10068 |
| Higgs, Ms. Carolyn T. | 6:07-cv-10070 |
| Horn, Ms. Tammy R. | 6:07-cv-10071 |
| Horton, Mr. Larry | 6:07-cv-10072 |
| Kirkland, Mr. Robert L. | 6:07-cv-10073 |
| Lawrence, Ms. Phyllis J. | 6:07-cv-10074 |
| McDonald, Ms. Rita M. | 6:07-cv-10075 |
| Reed, Mr. Derrick A. | 6:07-cv-10080 |
| Rigsby, Mrs. Marsha F. | 6:07-cv-10081 |
| Slay, Ms. Crystal L. | 6:07-cv-10082 |
| Smith, Ms. Laurie L. | 6:07-cv-10084 |
| Tuggle, Ms. Sherry A. | 6:07-cv-10088 |
| Watson, Ms. Gina L. | 6:07-cv-10091 |
| West, Ms. Nila L. | 6:07-cv-10093 |