Goldenberg, Miller, Heller and Antognoli
Exhibit A

| compute_0003 | Individual Case No. |
|---|---|
| Campbell, Ms. Betty L. | 6:07-cv-10022 |
| Cassidy, Ms. Tina M. | 6:07-cv-10024 |
| Clark, Mr. Ronnie L. | 6:07-cv-10025 |
| Drummond, Mr. Ronald D. | 6:07-cv-10028 |
| Enox, Mr. William D. | 6:07-cv-10029 |
| Frasier, Ms. Lorene B. | 6:07-cv-10030 |
| Green, Ms. Mary R. | 6:07-cv-10031 |
| Hall, Ms. Linda D. | 6:07-cv-10032 |
| Hayes, Ms. Michele | 6:07-cv-10033 |
| Hudson, Ms. Diana J. | 6:07-cv-10035 |
| Hyde, Ms. Novella J. | 6:07-cv-10036 |
| Jenkins, Ms. Rhonda D. | 6:07-cv-10037 |
| Koogler, Mr. Ken W. | 6:07-cv-10039 |
| Lance, Ms. Shirley J. | 6:07-cv-10041 |
| Lively, Ms. Theresa L. | 6:07-cv-10043 |
| Mayeux, Mrs. Terrie A. | 6:07-cv-10044 |
| Roach, Ms. Patricia B. | 6:07-cv-10046 |
| Roberts, Ms. Sherry A. | 6:07-cv-10047 |
| Saulter, Mr. Grady | 6:07-cv-10048 |
| Smith, Mr. Andrew L. | 6:07-cv-10049 |
| Solis, Ms. Deloris | 6:07-cv-10050 |
| Sutton, Ms. Christine | 6:07-cv-10052 |
| Temple, Mr. James | 6:07-cv-10053 |
| Young, Ms. Shelley J. | 6:07-cv-10058 |