UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO: |
| This document relates to: | 6:06-MDL-1769-ACC-DAB |
| ALL GALLAGHER LAW FIRM CLAIMANTS | |

## GALLAGHER LAW FIRM CERTIFICATION PURSUANT TO COURT ORDER (DOC. 960)

Pursuant to this Court's Order of April 24, 2008 (Doc. 960, hereinafter the "Order"), The Gallagher Law Firm hereby certifies that it has complied with the Order, according to the firm's analysis of its records as well as those available from the Court and counsel for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP (collectively, "Defendants") at the time of this filing, and specifically has paid the filing fees and/or filed amended complaints for the cases listed on Exhibit A attached hereto that were the subject of Defendants' Motion to Compel (Doc. 951).

DATED: May 5, 2008

Respectfully submitted,

/s/ Michael T. Gallagher

Michael T. Gallagher
THE GALLAGHER LAW FIRM
2905 Sackett St.
Houston, TX 77098
713-222-8080 Telephone

1

713-222-0066 Facsimile

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st of May, 2008, I filed the foregoing: THE GALLAGHER LAW FIRM CERTIFICATION PURSUANT TO COURT ORDER (DOC. 960) with the Clerk of the Court and all appropriate counsel of record.

/s/ **Michael T. Gallagher**