# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

                                                   Case No. 6:06-md-1769-Orl-22DAB

**This document relates to:**

**CARL ANDERSON v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10114-Orl-ACC-DAB

**JOSEPH GAWAILS v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10136-Orl-ACC-DAB

**PATRICIA GOMEZ v. ASTRAZENECA PHARMACEUTICALS LP and
ASTRAZENECA LP**
MDL Case No. 6:07-cv-10066-Orl-ACC-DAB

**CHERYL MOORE v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:07-cv-10150-Orl-ACC-DAB

**MARGUERITE TEMPLETON v. ASTRAZENECA PHARMACEUTICALS LP and
ASTRAZENECA LP**
MDL Case No. 6:07-cv-10087-Orl-ACC-DAB

**JULIE TRYON v. ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA LP**
MDL Case No. 6:07-cv-16794-Orl-ACC-DAB

_____

## ORDER

On April 24, 2008, the Court directed every severed plaintiff in this litigation who had not already done so to pay a filing fee and/or file an amended complaint no later than May 5, 2008. *See* Doc. 960. Plaintiffs were warned that failure to comply with the Order would result in dismissal of their cases without prejudice, without further notice, absent a showing of extraordinary cause for noncompliance. The above-named plaintiffs have not paid the filing fee

and/or filed an amended complaint to date, nor have any of them shown cause, let alone extraordinary cause, for their noncompliance with the Court's Order. Accordingly, it is **ORDERED** that all of the above-named Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** the cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 7, 2008.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge