**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

**This document relates to:**

**CAROL JONES v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:08-cv-16795-Orl-ACC-DAB

**RACHEL LECLAIR v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:08-cv-16797-Orl-ACC-DAB

**SHEILA MOORE v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:08-cv-16796-Orl-ACC-DAB

**CYNTHIA RAY v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:08-cv-16799-Orl-ACC-DAB

**CECILIA SARRAFF, as Next Friend of CONCEPCION MORALES v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:08-cv-16800-Orl-ACC-DAB

**CARL TOBIE v. ASTRAZENECA PHARMACEUTICALS LP**
MDL Case No. 6:08-cv-16798-Orl-ACC-DAB

_____

**ORDER TO SHOW CAUSE**

On April 24, 2008, the Court directed every severed plaintiff in this litigation who had not already done so to pay a filing fee and/or file an amended complaint no later than May 5, 2008. *See* Doc. 960. Plaintiffs were warned that failure to comply with the Order would result in dismissal of their cases without prejudice, without further notice, absent a showing of extraordinary cause for noncompliance. The above-named plaintiffs had their complaints

docketed in this Court on February 11, 2008. According to Case Management Order No. 2, "[a]ll plaintiffs whose complaints are docketed in this MDL after January 31, 2007 shall serve AstraZeneca with their [Plaintiff Fact Sheets] within 45 days after docketing." Doc. 129 at 3. Further, by separate Order, the Court directed each severed plaintiff to pay a filing fee and file an amended complaint within 15 days of serving his or her Plaintiff Fact Sheet. Doc. 172 at 5. Therefore, the above-named plaintiffs were due to file amended complaints and pay the required filing fees no later than April 11, 2008.

To date, none of the above-named plaintiffs have paid their filing fee or filed an amended complaint, nor have any of them shown cause for their noncompliance with the Court's Order. It has come to the Court's attention, however, that the attorneys from the law firm of Heygood, Orr, Reyes, Pearson & Bartolomei, who represent all of the plaintiffs affected by this Order, have not yet signed up for service via this Court's electronic filing system. Paragraph Four of the Court's Scheduling Order (Doc. 4) requires all attorneys appearing before this Court to use the CM/ECF docket system. The Court notes that MDL Plaintiffs' liaison counsel, Larry M. Roth, has also entered an appearance as counsel for all of the above-named plaintiffs, and the Court assumes that Mr. Roth has relayed all relevant information to the other attorneys of record. Nevertheless, in light of the seriousness of the sanction to be imposed for failing to timely pay filing fees and/or file an amended complaint, the Court will afford the plaintiffs one final opportunity to bring their cases into compliance.

Accordingly, it is **ORDERED** that counsel for the above-named plaintiffs shall show cause, no later than May 14, 2008, why their clients' cases should not be dismissed for failure to comply with the Court's Order of April 24, 2008 (Doc. 960). Failure to respond will result in

dismissal of these cases without further notice.  It is further **ORDERED** that counsel for the above-named plaintiffs shall promptly sign up for the Court's CM/ECF docket system.

    **DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 7, 2008.

Copies furnished to:

Counsel of Record

                                      ANNE C. CONWAY
                                      United States District Judge