# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769                                    6:06-md-1769-ACC-DAB

This document relates to:

ALL CASES

---

### AMENDED CERTIFICATION OF FILING AMENDED PETITIONS and PAYING INDIVIDUAL FILING FEES IN COMPLIANCE WITH THE COURT'S APRIL 24, 2008 [DOC. 960] and May 1, 2008 [DOC. 965] ORDERS

This will certify that all Plaintiffs in MDL No. 1769, United States District Court, Middle District of Florida, represented by Howard L. Nations and/or The Law Offices of Howard L. Nations (The Nations Firm) and subject to the Court's January 26, 2007 Order severing individual claims from cases that were filed with multiple plaintiffs, have complied with this Honorable Court's April 24, 2008 and May 1, 2008 Orders, in that each severed plaintiff represented by The Nations Firm has filed an Amended Complaint (Short Form Complaint) and paid an individual filing fee for their respective severed actions.[1]  Such Plaintiffs include, but are not limited to, all Plaintiffs listed in Exhibit A, attached hereto and incorporated by reference.

Respectfully submitted,

THE LAW OFFICES OF HOWARD L. NATIONS

  /s/ Howard L. Nations
Howard L. Nations
Texas State Bar No. 14823000
4515 Yoakum Blvd.
Houston, TX 77006-5895
(713) 807-8400
(713) 807-8423 (Telecopier)

ATTORNEYS FOR PLAINTIFF

---

[1] Plaintiff LaTanya Quintela has sent payment of her individual filing fee to the clerk on May 7, 2008, for overnight delivery on May 8, 2008.

*May 7, 2008 \ cdb*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of May, 2008, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system.


/s/ Howard L. Nations
Howard L. Nations

# EXHIBIT A

| Plaintiff Name | Case Number |
|---|---|
| Afraid, Paul Not | 6:07-cv-16732 |
| Baker, Daniel | 6:07-cv-16733 |
| Barnes, Terry W. | 6:07-cv-16752 |
| Beard, Sandra | 6:07-cv-16777 |
| Bohorquez, Angelica M. | 6:07-cv-16746 |
| Burrus, Verna | 6:07-cv-16756 |
| Coleman, James | 6:07-cv-16765 |
| Collins, Chris | 6:07-cv-16750 |
| Collins, Lamesha | 6:07-cv-16759 |
| Colman, Tammy | 6:07-cv-16751 |
| Cook, Donya | 6:07-cv-16739 |
| Cosby, Mary | 6:07-cv-16762 |
| Culver, Christina | 6:07-cv-16735 |
| Daniel S. Baker | 6:07-cv-16733 |
| Donaldson, Amber | 6:07-cv-16742 |
| Duncan, Darleen M. | 6:07-cv-16736 |
| Dyer, Shawnee M. | 6:07-cv-16764 |
| Garner, Betsy | 6:07-cv-16758 |
| Giuffre, Cathleen | 6:07-cv-16734 |
| Gordon, Shelia | 6:07-cv-16738 |
| Gray-Hawkins, Renatoe R. | 6:07-cv-16737 |
| Gross, Daniel | 6:07-cv-16741 |
| Hill, Darlene D. | 6:07-cv-16747 |
| Jackson, Octavia | 6:07-cv-00522 |
| Jensen, Shelly M. | 6:07-cv-16743 |

| Plaintiff Name | Case Number |
| --- | --- |
| Lovlein, Amy | 6:07-cv-01032 |
| Makinson, James A. | 6:07-cv-16757 |
| Murphy, Carol A. | 6:07-cv-16763 |
| Peters, Kathy | 6:07-cv-16761 |
| Quintela, Latanya | 6:07-cv-16775 |
| Robinson, Patricia A. | 6:07-cv-16760 |
| Rodriguez, Fior | 6:07-cv-16745 |
| Russ, George | 6:07-cv-16776 |
| Russelburg, Ruth A. | 6:07-cv-16749 |
| Sauvageau, Leonard D. | 6:07-cv-16754 |
| Skinner, Susan M. | 6:07-cv-16766 |
| Smith, Christopher | 6:07-cv-16767 |
| Wilson, Jacqueline Darline | 6:07-cv-16740 |