# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

**Case No. 6:06-md-1769-Orl-22DAB**

_____/

# ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment into the George C. Young United States Courthouse for use in connection with a hearing in this case, it is **ORDERED** as follows:

1. A. Elizabeth Balakhani, Robert L. Ciotti, Chris S. Coutroulis, Fred Magaziner, Stephen J. McConnell, Robert Pass, Shane T. Prince, Christin Bassett, and Michael A. Bogdonoff are each allowed to bring one PDA or "Blackberry" email device and/or cell phone; A. Elizabeth Balakhani, Robert L. Ciotti, Fred T. Magaziner, Stephen J. McConnell, Shane T. Prince, and Michael A. Bogdonoff each one laptop computer into the George C. Young United States Courthouse on **FRIDAY, MAY 9, 2008**, for use in the status conference before the undersigned scheduled to begin at **10:00 A.M.**

2. Paul Pennock, Jonathan Sedgh, Scott Allen, Rick Laminack, Robert Cowan, Buffy Martines, Larry Gornick, Dennis Canty, Fletch Trammell, Bryan Aylstock, Renee Baggett, Lori Siler, Larry Roth, David Matthews, Ken Bailey, and Camp Bailey are hereby each granted permission to bring a BlackBerry email device and/or cell phone and Larry Gornick, Dennis Canty, and Fletch Trammell, and Camp Bailey each one laptop computer into the George C. Young United States Courthouse on **FRIDAY, MAY 9, 2008**, for use in the status conference before the undersigned scheduled to begin at **10:00 A.M.**

3. The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require those listed to present picture identification at the time of entry.

4. The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

**DONE** and **ORDERED** in Orlando, Florida on May 8, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers