# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**In Re:**
**Seroquel Products Liability Litigation,**

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | **David A. Baker** **United States Magistrate Judge** | DATE AND TIME | May 9, 2008 10:00-11:05 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Sandy Tremel |
| Special Master | Orran Brown Craig Ball | | |
| 3rd Parties | Brian J. McCormick | | |
| COUNSEL/PLTF. | Scott Allen Dennis Canty Angela Nixon D. Renee Baggett Camp Bailey Jonathan Sedgh Lorie Siler Spencer Browne Kevin Harvey | COUNSEL/DEF. | Fred Magaziner Liz Balakhani Chris Coutroulis Gary Feinerman Stephen J. McConnell Robert Pass Kris Henning Marc Raven Russell Stewart |

## Status Conference

Case called, appearances taken
Procedural setting by court
Special Master Orin Brown provides case update
Counsel Magaziner outlines status of state court cases
Special Master Craig Ball provides case update

Counsel Pass comments on discovery production
Counsel Allen responds
Parties discuss trial plan
Parties discuss deposition conduct
Court selects June 24, 2008 at 2:00 PM for next hearing