**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO: |
| This document relates to:<br>    **ALL CASES** | **6:06-MDL-1769-ACC-DAB** |

**PLAINTIFFS' RESPONSE TO ASTRAZENECA'S MOTION FOR AN ORDER DIRECTING PLAINTIFFS TO PRODUCE ZYPREXA-RELATED DOCUMENTS IN THEIR ACTUAL OR CONSTRUCTIVE POSSESSION <u>WITHIN ELEVEN (11)DAYS</u>**

Plaintiffs are perplexed as to how to respond to AstraZeneca's Motion for an Order Directing Plaintiffs to Produce Zyprexa-Related Documents (Doc. 962, hereinafter the "Motion"). Plaintiffs do not oppose, in principle, the discoverability of certain documents AstraZeneca seeks to compel,[1] and have communicated that position to AstraZeneca's counsel.[2] Plaintiffs are also under the impression (as confirmed in the Motion) that Eli Lilly & Company ("Lilly") has already produced to AstraZeneca the documents that are the subject of its Motion, but AstraZeneca was disappointed by the quantity of documents available from Lilly. (Motion at 5.) Plaintiffs, further, have already produced documents that are the subject of AstraZeneca's Motion, and were in the process of attempting to resolve any related issues when AstraZeneca, without appreciable warning and compliance with the

---

[1] Plaintiffs maintain their strong opposition, however, to any production to AstraZeneca or other third parties of confidential settlement agreements, including settlement amounts, and other confidential documents related to the settlement of litigation with Eli Lilly & Company in *In re Zyprexa Products Liability Litigation*.

[2] *See* E-mail Corresp. of April 24, 25, and 28, 2008 between Plaintiffs' counsel Camp Bailey and AstraZeneca's counsel Shane Prince, a true and correct copy of which is attached hereto as Exhibit A.

Local Rules, filed its already-prepared Motion.[3]  In sum, the Motion represents a latest round of windmill tilting by AstraZeneca, as it ventures in search of Zyprexa-related documents that either have already been produced or simply do not exist.

As a preliminary matter, AstraZeneca's Motion applies only to fifteen (15) Seroquel Florida Discovery Pool Plaintiffs who also brought claims against Lilly over its drug Zyprexa in the *In re Zyprexa Products Liability Litigation* ("*Zyprexa* MDL") pending in Brooklyn, New York.  Those 15 Plaintiffs are identified in AstraZeneca's Motion at 2, note 2.  Ten of the Zyprexa MDL plaintiffs are also represented by the same legal counsel in the *Seroquel* MDL.[4]  Five of the *Zyprexa* MDL plaintiffs who also have asserted claims in the *Seroquel* MDL were represented by different counsel in the *Zyprexa* MDL, and such counsel do not represent those clients in the *Seroquel* MDL.[5]

Plaintiffs' ***first*** response to AstraZeneca's Motion is that it was filed in violation of Local Rule 3.01(g).  That rule mandates that the moving party, prior to filing a motion,

> shall confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) ***stating whether counsel agree on the resolution of the motion***.

---

[3] As Exhibit A demonstrates, Plaintiffs' counsel and AstraZeneca's counsel were in the process of meeting and conferring regarding the subject matter of the Motion (without prior mention by AstraZeneca's counsel of the filing of any motion) over the course of April 24, 25, and 28, 2008.  At 5:13 p.m. on April 28, 2008, AstraZeneca's counsel stated to Plaintiffs' counsel that "[w]e don't have everything [i.e., the documents]" and adding: "We feel the best way for us to ensure that we get the documents is by moving to compel them. Please feel free to call with any question or concerns."  Eight minutes later, at 5:21 p.m., AstraZeneca filed its Motion, without opportunity for counsel to respond regarding the scope or subject matter of the Motion. Indeed, Plaintiffs' counsel, unaware that the Motion had been already filed, responded at 8:46 p.m. with further offers to reproduce documents and to "look into" production of documents in the possession of other counsel. (Ex. A.)

[4] Karen Barber, Carole Bonebrake, Lois Brown, Dena Browning, Sandra Carter, Benjamin Head, Joe McDaniel, Candid Rodriguez, Michael Wilson, and George Zackschewski.

[5] Sharon Duvall, Lynda Epps, Hope Lorditch, Brian Murphy, and Lori Quinn.

L.R. 3.01(g) (emphasis added).  The "Certificate of Conference" attached to the Motion merely states:

> I hereby certify that I conferred with counsel for plaintiffs regarding the relief requested in this motion.  As of April 28, 2008 [the date the Motion was filed], plaintiffs have not yet produced the requested documents.

(Motion at 12.)  The Certificate of Conference does not state, as required, that Plaintiffs' counsel did not agree on the resolution of the Motion, as required.  L.R. 3.01(g).  Instead, the Certificate only provides that Plaintiffs had not yet produced the requested documents.  Moreover, as shown in Exhibit A and *supra* at n. 3, Plaintiffs' counsel was in the process of attempting to resolve the issues raised by AstraZeneca without Court involvement, and even continued discussions regarding the same well into the evening of April 28, 2008, without realizing that the Motion had already been filed.  (Ex. A.)  The Motion should not be considered by the Court for AstraZeneca's failure to comply with the Local Rules.

***Second,*** it is indisputable that the comprehensive repository for any and all documents produced by *Zyprexa* MDL plaintiffs to Lilly in that litigation is maintained by Lilly's attorneys.  For that reason, as AstraZeneca recognizes in its Motion, this Court has already ordered Defendants to obtain ***from Lilly*** or ***Lilly's counsel*** the documents Defendants' Motion now seeks from the 15 Florida Discovery Pool Plaintiffs.  (Motion at 4-5; *see* Order of Oct. 18, 2007 (Doc. 586).)[6]  Because AstraZeneca was disappointed by the fact that "Lilly and its counsel had very few responsive documents, however" (Motion at 5),

---

[6] That same Order required that, "[b]efore obtaining such documents and/or records, AstraZeneca shall furnish to Plaintiffs' Lead Counsel the names of the Seroquel plaintiffs whose documents and/or records AstraZeneca intends to obtain from Lilly."  (Order of Oct. 18, 2007 (Doc. 586) ¶ 3.)  AstraZeneca apparently thought it unnecessary to comply with that provision in the Order, as AstraZeneca has admittedly obtained documents from Lilly (Motion at 5), but only thereafter supplied any names of *Zyprexa* MDL/*Seroquel* MDL to Plaintiffs' Lead Counsel.

3

AstraZeneca asks the Court to compel production of those very same documents directly from the 15 Florida Discovery Pool Plaintiffs—even though Lilly and its counsel undeniably retained any and all documents produced to it by *Zyprexa* MDL plaintiffs, and those documents have, according to AstraZeneca, already been produced.

So what is it AstraZeneca is looking for from Plaintiffs? It appears AstraZeneca seeks documents that were produced by *Zyprexa* MDL plaintiffs to Lilly in that litigation, which Lilly has stated it has no fundamental problem producing to AstraZeneca,[7] but which are not in Lilly's or Lilly's counsel's possession. That reasoning defies logic—i.e., if documents were produced to Lilly in the *Zyprexa* MDL, would they not be in Lilly's possession?

***Third***, Plaintiffs' counsel for the five Florida Discovery Pool Plaintiffs identified in note 5, which were not represented by the same counsel in the *Zyprexa* MDL, are unaware of the status of those *Zyprexa* MDL cases handled by other attorneys. Counsel is also unaware of any documents those other lawyers submitted to Lilly as part of settlement negotiations, or any confidentiality protections that may attach to the settlement negotiations and documents attendant thereto. Therefore, even if those five Florida Discovery Pool Plaintiffs were to demand a copy of the documents that AstraZeneca seeks from their *Zyprexa* MDL counsel, it

---

[7] *See* Response of Eli Lilly and Company to Plaintiffs' Motion for Order Preserving Confidentiality of Plaintiffs' Settlement Agreements, Doc. No. 1470, filed in the *Zyprexa* MDL on Nov. 19, 2007:

> Lilly does not oppose, in principle, the sharing of plaintiffs' medical records and fact sheets that it and AstraZeneca have collected in their respective MDL proceedings, [but] Lilly urges this Court to limited such discovery (i) in accordance with the parties' agreed-upon interpretation of Magistrate Baker's Order and (ii) with due respect for the confidentiality of the settlement agreements, and settlement process, between the parties in this MDL.

4

is unlikely, or at least questionable, whether those Plaintiffs could then release those documents to AstraZeneca because of confidentiality restrictions. It is because of such uncertainties that Plaintiffs contend the Court ordered AstraZeneca to obtain these documents from Lilly or Lilly's counsel in the first place. In any case, the medical records for any of the Plaintiffs should already available to AstraZeneca via RecordTrak.

*Finally,* Plaintiffs object to the reproduction of medical records—which are already available to AstraZeneca via the RecordTrak system—that were selected by counsel for the ten Florida Discovery Pool Plaintiffs (identified in note 4) for submission to the *Zyprexa* MDL special settlement masters as part of confidential settlement negotiations in that case. AstraZeneca's Motion makes the ridiculous assertion that, because of those Plaintiffs' "established and ongoing" relationship with the special masters, the Plaintiffs "can simply contact the special masters' offices directly to obtain copies of their own documents that they themselves submitted."  Even if that were true, it is not true that those confidential submissions may be turned over to a third party. AstraZeneca has already attempted to subpoena documents from one of the special masters in the *Zyprexa* MDL, prompting Judge Weinstein to issue a show cause order directing that all the special masters in that litigation "shall deliver all court papers in their possession to the Clerk of this court for filing in this court under seal" and requiring AstraZeneca to "show cause why the subpoena should not be quashed"  (Order of Apr. 18, 2008, Weinstein, J., *Zyprexa* MDL Doc. No. 1691, at true and correct copy of which is attached hereto as Exhibit B.)  Therefore, any documents that AstraZeneca seeks from the special masters are no longer in the special masters' possession, but in the *Zyprexa* MDL court's possession, requiring, at a minimum, that a motion be filed

with that court to secure release of those documents to AstraZeneca. Records under seal in the court clerk's possession can simply not realistically be said to be in the Plaintiffs' constructive possession.[8]

## CONCLUSION

For the foregoing reasons, the Court should deny AstraZeneca's Motion for an Order Directing Plaintiffs to Produce Zyprexa-Related Documents In Their Actual or Constructive Possession Within Eleven (11) Days.

DATED: May 9, 2008

                              Respectfully submitted

                              By:   /s/ Robert W. Cowan
                                  F. Kenneth Bailey Jr.
                                  K. Camp Bailey
                                  Fletcher V. Trammell
                                  Robert W. Cowan
                                  **BAILEY PERRIN BAILEY LLP**
                                  440 Louisiana St., Suite 2100
                                  Houston, Texas 77002
                                  (713) 425-7100 Telephone
                                  (713) 425-7101 Facsimile
                                  kbailey@bpblaw.com
                                  cbailey@bpblaw.com
                                  ftrammell@bpblaw.com
                                  rcowan@bpblaw.com
                                  **Co-Lead Counsel for Plaintiffs**

---

[8] Furthermore, upon information and belief, none of the 15 Florida Discovery Pool Plaintiffs at issue participated in the Round I *Zyprexa* MDL settlements administered by Special Master Kenneth Feinberg, from whom AstraZeneca attempted to subpoena documents, and the three other special settlement masters appointed by Judge Weinstein in that litigation. So, regardless of any "relationships" with those special masters, they would not have any documents that AstraZeneca seeks in their possession.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 9th day of May, 2008, I electronically filed the foregoing: PLAINTIFFS' RESPONSE TO ASTRAZENECA'S MOTION FOR AN ORDER DIRECTING PLAINTIFFS TO PRODUCE ZYPREXA-RELATED DOCUMENTS IN THEIR ACTUAL OR CONSTRUCTIVE POSSESSION WITHIN ELEVEN (11) DAYS with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the counsel listed on the attached Service List.

                                                             /s/  Robert W. Cowan
                                                             Robert W. Cowan

**CM/ECF SERVICE LIST**
(Updated April 2, 2008)

In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769 – Orlando – 22DAB

| | |
|---|---|
| Scott Allen<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, TX 77019<br>Tel: (713) 650-6600<br>sallen@crusescott.com | Rachel G. Balaban<br>rbalaban@sonnenschein.com |
| Craig D. Ball, PC<br>1101 Ridgecrest Dr<br>Austin, TX 78746<br>512/514-0182<br>craig@ball.net | Brian A. Bender<br>bbender@harrisbeach.com |
| Ed Blizzard<br>Blizzard McCarthy & Nabers, LLP<br>440 Louisiana St., Suite 1710<br>Houston, TX 77002-1689<br>713/844-3750<br>713/844-3755 (fax)<br>eblizzard@blizzardlaw.com<br>sgebhardt@blizzardlaw.com | Mitchell M. Breit<br>Whatley, Drake & Kallas, LLC<br>2001 Park Place N - Ste 1000<br>PO Box 10647<br>Birmingham, AL 35203<br>205/328-9576<br>205/328-9669 (fax)<br>mbreit@whatleydrake.com |
| William Louis Bross<br>wlbross@hgdlawfirm.com<br>ccorrero@hgdlawfirm.com | Orran L. Brown<br>Obrown@browngreer.com |
| Scott Burdine<br>Hagans, Burdine, Montgomery,<br>Rustay & Winchester, P.C.<br>3200 Travis, 4th Floor<br>Houston, TX 77006<br>Tel: (713) 222-2700<br>sburdine@hagans-law.com | Thomas Campion<br>Heidi E. Hilgendorff<br>Drinker, Biddle & Reath, LLP<br>500 Campus Dr.<br>Florham Park, NJ 07932-1047<br>Tel: (973) 360-1100<br>thomas.campion@dbr.com<br>heidi.hilgendorff@dbr.com<br>jeffrey.peck@dbr.com<br>***Counsel for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** |

| | |
|---|---|
| Robert L. Ciotti<br>Chris S. Coutroulis<br>Carlton Fields, P.A.<br>42212 W. Boy Scout Blvd., Suite 1000<br>Tampa, FL 33607-5736<br>Tel: (813) 223-7000<br>rciotti@carltonfields.com<br>tpaecf@cfdom.net<br>atravis@carltonfields.com<br>ccoutroulis@carltonfields.com<br>ejones@carltonfields.com<br>***Counsel for Defendants AstraZeneca Pharmaceuticals, L.P, and AstraZeneca*** | Mary B. Cotton<br>John D. Giddens, P.A.<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Tel: (601) 355-2022<br>betsy@law-inc.com |
| Michael Davis<br>James Mizgala<br>Timothy F. Capshandy<br>Mark Haddad<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn St.<br>Chicago, IL 60603<br>Tel: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>jjobes@sibley.com<br>tcapshandy@sibley.com<br>mhaddad@sibley.com | Aaron K. Dickey<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Route 157<br>Edwardsville, IL 62025<br>Tel: (618) 650-7107<br>aaron@ghalaw.com |
| John J. Driscoll<br>Brown & Crouppen, PC<br>720 Olive St., Suite 1800<br>St. Louis, MO 63101<br>Tel: (314) 421-0216<br>jdriscoll@brownandcrouppen.com<br>bsmith@brownandcrouppen.com<br>rbrooks@brownandcrouppen.com<br>blape@brownandcrouppen.com | Kenneth T. Fibich<br>Fibich, Hampton & Leebron, LLP<br>1401 McKinney St., Suite 1800<br>Five Houston Center Houston, TX 77010<br>Tel: (713) 751-0025<br>tfibich@fhl-law.com |

| | |
|---|---|
| Lowell W. Finson<br>lowellf@phillipslaw.ws<br>brandyt@phillipslaw.ws<br>ronf@phillipslaw.ws | Gregory P. Forney<br>Shaffer, Lombardo & Shurin<br>911 Main St., Suite 2000<br>Kansas City, MO 64105<br>Tel: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Counsel for Defendant, Marguerite Devon French*** |
| Lawrence J. Gornick<br>William A. Levin<br>Dennis J. Canty<br>Levin, Simes, Kaiser & Gornick, LLP<br>44 Montgomery St., 36th Floor<br>San Francisco, CA 94104<br>Tel: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com<br>lbrandenburg@lskg-law.com<br>lsabel@lskg-law.com<br>ndeming@lskg-law.com | Todd S. Hageman<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Tel: (314) 241-2929<br>thageman@spstl-law.com |
| Jona R. Hefner<br>3441 W. Memorial, Suite 4<br>Oklahoma, OK 73134-7000<br>Tel: (405) 286-3000<br>attorneyokc@hotmail.com<br>attorneyokc@gmail.com | Keith M. Jensen<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Tel: (817) 334-0762<br>kj@kjensenlaw.com<br>kjensenlaw@gmail.com |

10

| | |
|---|---|
| Aaron C. Johnson<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Tel: (816) 640-9940<br>aaron@summersandjohnson.com<br>firm@summersandjohnson.com | Brian S. Kaplan<br>bkaplan@kasowitz.com |
| Jamie R. Kendall<br>301 Massachusetts Ave.<br>Indianapolis, IN  46204<br>Tel: 317-633-8787<br>jkendall@price-law.com<br>eamos@price-law.com | Mark A. Koehn<br>whrfrat42@yahoo.com |
| Edward T. Krumeich<br>ekrumeich@ibolaw.com | D. Andrew List<br>Clark Perdue Arnold & Scott<br>471 East Broad St., Suite 1400<br>Columbus, OH  43215<br>Tel: 877-220-2203<br>alist@cpaslaw.com |
| L. Leonard Lundy<br>llundy@lundylaw.com | Matthew E. Lundy<br>Lundy & Davis<br>333 N. Sam Houston Pkwy., E<br>Suite 375<br>Houston, TX 77060<br>Tel: (281) 272-0797<br>mlundy@lundydavis.com<br>jdibbley@lundydavis.com |

| | |
|---|---|
| Joshua Aaron Machlus<br>jmachlus@rumberger.com<br>docketingorlando@rumberger.com | Fred T. Magaziner<br>Marjorie Shickman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>Stephen J. McConnell<br>Gretchen Sween<br>Brennen Joseph Torregrossa<br>Dechert, LLP<br>2929 Arch St., Cira Center<br>Philadelphia, PA 19104-2808<br>Tel: (215) 994-4000<br>Fred.magaziner@dechert.com<br>Marjorie.shiekman@dechert.com<br>shane.prince@dechert.com<br>cheryl.inwek@dechert.com<br>Eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com<br>michelle.kirscEh@dechert.com<br>elliot.gardner@dechert.com<br>gretchen.sween@dechert.com<br>iliano.guerrero@dechert.com<br>Amanda.lanham@dechert.com<br>Christina.keddie@dechert.com<br>Elizabeth.kimmelman@dechert.com<br>Nathaniel.bessie@dechert.com<br>Margaret.osborne@dechert.com<br>Brennan.torregrossa@dechert.com<br>Elliot.walker@dechert.com<br>Stephen.mcconnell@dechert.com<br>***Counsel for Defendant Astrazeneca Ph.*** |

| | |
|---|---|
| David P. Matthews<br>Abraham, Watkins, Nichols, Sorrels, Matthews & Friend<br>800 Commerce St.<br>Houston, TX 77002-1776<br>Tel: (713) 222-7211<br>dmatthews@abrahamwatkins.com<br>agoff@abrahamwatkins.com<br>jrhoades@abrahamwatkins.com<br>jwebster@abrahamwatkins.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com | Brian J. McCormick<br>bjmccormick@sheller.com |
| Sean K. McElligott<br>Koskoff, Koskoff & Bieder, PC<br>350 Fairfield Ave<br>Bridgeport, CT 06604<br>203/336-4421<br>smcelligott@koskoff.com | Robert Mendillo<br>Amber Anderson<br>Kurt S. Kusiak<br>rmm@sally-fitch.com<br>ara@sally-fitch.com<br>ksk@sally-fitch.com<br>cah@sally-fitch.com |
| James Mizgala<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn St.<br>Chicago, IL 60603<br>Tel: (312) 853-7731<br>jmizgala@sidley.com<br>lmodaff@sidley.com<br>efilingnotice@sidley.com<br>***Counsel for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP*** | Howard Nations<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Tel: (713) 807-8400<br>nations@howardnations.com<br>lori@howardnations.com<br>kim@howardnations.com<br>andrea@howardnations.com<br>charles@howardnations.com<br>lezzlie@howardnations.com |

| | |
|---|---|
| Matthew F. Pawa<br>Benjamin Krass<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Tel: (617) 641-9550<br>mp@pawalaw.com<br>bkrass@pawalaw.com | Paul J. Pennock<br>Michael E. Pederson<br>Weitz & Luxenburg, P.C.<br>180 Maiden Lane – 17th Floor<br>New York, NY 10038<br>Tel: (212) 558-5500<br>Ppennock@weitzlux.com<br>Lschutlz@weitzlux.com<br>MPederson@weitzlux.com<br>JOrelli@weitzlux.com<br>esugiarto@weitzlux.com<br>jdillon@weitzlux.com<br>jsedgh@weitzlux.com<br>ychiu@weitzlux.com<br>***Plaintiff's Lead Counsel*** |
| Francis Edmund Pierce, III<br>fpierrce@cmlbro.com<br>cmiller@cmlbro.com<br>dmalinowski@cmlbro.com | Carlos A. Prietto, III<br>Ted C. Wacker<br>Robinson Calcagnie & Robinson<br>620 Newport Center-Drive, 7th Floor<br>Newport Beach, CA  92660<br>Tel: 940-720-1288<br>cbregman@rcrlaw.net<br>cprietto@rcrlaw.net<br>ctakanabe@rcrlaw.net<br>kschaeffer@rcelaw.net<br>twacker@rcelaw.net |
| William N. Riley<br>Jamie R. Kendall<br>301 Massachusetts Ave.<br>Indianapolis, IN  46204<br>Tel: 317-633-8787<br>wriley@price-law.com<br>eamos@price-law.com<br>jkendall@price-law.com | Mark P. Robinson, Jr.<br>Robinson Calcagnie & Robinson<br>620 Newport Center Dr., 7th Floor<br>Newport Beach, CA 92660<br>Tel: (949) 720-1288<br>mrobinson@robinson-pilaw.com<br>mrobinson@rcrlaw.net |

| | |
|---|---|
| Larry Roth<br>Law Offices of Larry M. Roth, P.A.<br>P.O. Box 547637<br>Orlando, FL 32854-7637<br>Tel: (407) 872-2239<br>lroth@roth-law.com<br>lcarrington@roth-law.com<br>epoit@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Robert A. Schwartz<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Tel: (281) 335-7744<br>bschwartz@galyen.com<br>anixon@galyen.com |
| Kenneth W. Smith<br>Aylstock Witkin Kreis & Overholtz<br>803 North Palafox St.<br>Pennsacola, FL 32501<br>Tel: (850) 916-7450<br>ksmith@awkolaw.com<br>kws6619@msn.com<br>rvasquez@awkolaw.com<br>rbaggett@awkolaw.com<br>churt@awkolaw.com<br>gcosby@awkolaw.com | Russell O. Stewart<br>Bridgett Ahmann<br>Linda Svitak<br>Faegre & Benson LLP<br>90 S. 7th St., Suite 2200<br>Minneapolis, MN 55402<br>rstewart@faegre.com<br>lmcwhirt@faegre.com<br>nmalik@faegre.com<br>mbeliveau@faegre.com<br>lsvitak@faegre.com |
| Joe R. Whatley, Jr.<br>W. Todd Harvey<br>2323 2nd Ave. N<br>Birmingham, AL 35203-0647<br>Tel: (205) 328-9576<br>tharvey@whatleydrake.com<br>jwhatley@whatleydrake.com<br>ecf@whatleydrake.com | Justin Witkin<br>Ken Smith<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Blvd., Suite 58<br>Pensacola, FL 32503<br>Tel: (850) 916-7450<br>Jwitkins@AWS-LAW.COM<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com |

**NON-CM/ECF SERVICE LIST**

| | |
|---|---|
| Mr. Terry Bryant<br>Gregg A. Anderson<br>Terry Bryant, LLP<br>8584 Katy Freeway, Suite 100<br>Houston, Texas  77024 | John M. Bailey<br>Law Offices of John M. Bailey<br>5978 Knight Arnolrd, Suite 400<br>Memphis, TN  38115 |
| Timothy Reese Balducci<br>The Langston Law Firm, P.A.<br>P.O. Box 787<br>100 South Main St.<br>Booneville, MS 38829<br>Tel: (662) 728-3138<br>tbalducci@langstonlaw.com | Kenneth W. Bean<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Tel: (314) 231-3332<br>kbean@spvg.com |
| Barry A. Bohrer<br>Morvillo, Abramowitz, Grand<br>565 Fifth Avenue<br>New York, NY  10017 | Philip Bohrer<br>Scott Brady<br>Bohrer Law Firm, LLC<br>8721 Jefferson Highway, Suite B<br>Baton Rouge, La/  70809 |
| Earl Francis Carriveau<br>1012 6th Ave.<br>Lake Charles, LA  70601-4706 | Robert F. Clarke<br>Phillips & Associates<br>3030 North Third St., Ste 1100<br>Phoenix, AZ  85012<br>602/258-8900 |
| Lee Coleman<br>Hughes & Coleman<br>444 James Robertson Pkwy., Suite 201<br>Nashville, TN  37219 | Patricia Cook |
| J. Aaron Cooke<br>Cooke Law Firm<br>331 Columbia Street<br>Lafayette, IN  47902-0188 | Elizabeth Ashley Cranford<br>Russell Jackson Drake<br>2001 Park Plaace N., Suite 1000<br>PO Box 10647<br>Birmingham, AL  35203 |
| Cannon Curlee | Mark W. Davis<br>Davis & Feder, P.A.<br>P.O. Drawer 6829<br>Gulfport, MS 39506-7018 |

16

| | |
|---|---|
| Jason B. Eshelman<br>Eshelman Legal Group<br>263 Portage Trail Ext.<br>West Cuyahoga Falls, OH  44223 | Russell Jackson Drake |
| Kelly Fowler<br>Fowler Law Offices<br>PO Box 952<br>Owensboro, KY  42302 | Warren Frazier |
| James J. Freebery<br>McCarter & English, LLP<br>18th Floor<br>919 N. Market St.<br>Wilmington, DE  19801 | Michael T. Gallagher<br>The Gallagher Law Firm<br>2905 Sackett St.<br>Houston, TX  77098 |
| Gary Reed Gober<br>200 Fourth Ave. North<br>Suite 700<br>Nashville, TN  37219<br>615/297-8300 | Christopher Gomez<br>Miller & Associates<br>555 E. City Avenue, Suite 910<br>Bala Cynwyd, PA  19004 |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Pkwy.<br>Suite C<br>Indianapolis, IN  46254-2600 | Jason Matthew Hatfield<br>Lundy & Davis, LLP<br>300 North College Ave.<br>Suite 309<br>Fayetteville, AR  72701 |
| Stacy K. Hauer<br>Charles Zimmerman<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN  55402 | John Hawkins |
| Marcus Edward Hayes, Sr.<br>Crumley & Associates<br>2400 Freeman Mill Rd.<br>Greensboro, NC  27406 | Donna Higdon |
| Gail Holt | Marshall Hurley<br>Marshall Hurley PLLC<br>2400 Freemand Mill Road, Suite 200<br>Greensboro, NC  27406 |

| | |
|---|---|
| Gary Thomas Iscoe<br>Steinger Iscoe & Phillips<br>1645 Palm Beach Lakes Blvd., Suite 900<br>West Palm Beach, FL  33401-2204 | Janssen, L.P.<br>Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 |
| Johnson & Johnson<br>Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 | Louisiana Wholesale Drug Co., Inc.<br>c/o Gayle White, Registered Agent<br>Highway 167 N<br>Sunset, La  70584 |
| Lois M. Lynch | Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Tel: (281) 335-7744 |
| Michael J. Miller<br>Miller & Associates<br>105 N. Alfred St.<br>Alexandria, VA  22314 | Michael J. Miller<br>The Miller Firm, LLC<br>108 Railroad Avenue<br>Orange, VA  22960 |
| Eric B. Milliken<br>3 Sir Barton Ct.<br>Newark, DE 19702-2033 | Randy Niemeyer<br>15863 Pike 43<br>Bowling Green, MO 63334-2620 |
| Angela Parker | Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, PA<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN  55402<br>612/767-7500 |
| Dale Kent Perdue<br>Clark Perdue Arnold & Scott<br>471 East Broad St., Suite 1400<br>Columbus, OH  43215 | Thomas E. Pittenger<br>Eric Guirard, PLC<br>1075 Government Street<br>Baton Rouge, La.  70802 |
| Joseph Ronald Poirot<br>Ferrer, Poirot & Wansborough<br>2603 Oak Lawn Avenue, Suite 300<br>Dallas, Texas  75219 | Stephen Randall<br>Pearson Randall & Schumacher<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN  55402 |

| | |
|---|---|
| Brenda Rice | Evelyn Rodriguez |
| Seth S. Webb<br>Brown & Crouppen, P.C.<br>720 Olive St., Suite 1800<br>St. Louis, MO  63101-2302 | Robert L. Salim<br>Attorney At Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Tel: (318) 352-5999<br>robertsalim@cp-tel.net |
| Alan G. Schwartz<br>Wiggin & Dana<br>PO Box 1832<br>Natchitoches, La.  71457-2069 | Ellen R. Serbin<br>Perona Langer Beck Lallande & Serbin<br>300 San Antonio Dr.<br>Long Beach, CA  90807-0948 |
| Robert H. Shultz<br>Heyl, Royster<br>103 W. Vandalia St.<br>P.O. Box 467<br>Edwardsville, IL  62025<br>618/656-4646 | Robert G. Smith<br>Lorance & Thompson, PC<br>Suite 500<br>2900 N Loop W<br>Houston, TX  77092 |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119 | John Hunter Stevens<br>PO Box 16570<br>Jackson, MS  39236-6570 |
| James J. Walker<br>Carter Mario Injury Lawyers<br>54 Broad Street<br>Milford, CT  06460 | Seth Webb<br>Brown & Crouppen, PC<br>720 Olive Street, Suite 1800<br>St. Louis, MO  63101-2302 |
| Colin C. West<br>Bingham McCutchen, LLP<br>3 Embarcadero Ctr<br>San Francisco, CA  94110 | Mary J. Wrightinton |