# EXHIBIT A

**From:** Camp Bailey
**Sent:** Monday, April 28, 2008 8:46 PM
**To:** Prince, Shane
**Cc:** Laurence Tien
**Subject:** RE: List of 15 FL Seroquel/Zyprexa Plaintiffs

You do have everything, at least that I can confirm on the 10.  The spreadsheet contained the fields I described.  If you want us to, I can populate one for you all, but it will still contain things like name, social security number, etc.  I am confident you have that stuff, and have had it for a long time.  On the specific medical records on the 10, those were all taken from records that are on the record trak system.  I am pretty confident your people will have found the pages that show Zyprexa use and diabetes references.  Nothing has been withheld or "not produced months ago."

As for the 5 that we didn't represent, we can look into it, although these types of cases were the precise reason I thought Judge Baker signed that order letting you all get this stuff directly from Pepper Hamilton.  They will be better able to confirm whether the same medical records were used on their settlement.  I am quite confident that they were...(if records were used at all in their settlements....I know of some firms that did nothing more than fill out a one page information sheet).

---

**From:** Prince, Shane [mailto:Shane.Prince@dechert.com]
**Sent:** Mon 4/28/2008 5:13 PM
**To:** Camp Bailey
**Subject:** RE: List of 15 FL Seroquel/Zyprexa Plaintiffs

Camp,

We don't have everything -- we don't have the spreadsheet with plaintiffs' personal information, the specific medical records you selected to prove plaintiffs' Zyprexa use and resulting injury, or any information on the 5 Seroquel plaintiffs whom you did not represent in the Zyprexa litigation.  Please produce the spreadsheet(s), the specific medical records, any other medical records that were collected for the plaintiffs (to the extent you haven't already produced them), and any other documents that might have been collected or submitted in connection with the Zyprexa litigation and/or settlement.  We need these documents for all 15 Discovery Pool plaintiffs listed below, including those 5 who were not your clients in the Zyprexa litigation, and regardless of whether the documents are in plaintiffs' own possession, in your possession, in the possession of their current or former Zyprexa counsel, or in the possession of the Zyprexa special masters.  We'll also need similar documents for every other Seroquel plaintiff who also had a Zyprexa claim, of course, but documents for these 15 plaintiffs are the highest priority because we need the information to select our Initial Trial Pool cases.

These documents should have been produced months ago, with plaintiffs' PFSs, but we still don't have them.  We feel that the best way for us to ensure that we get the documents is by moving to compel them.  Please feel free to call me with any questions or concerns.  Thanks,

Shane

---

**From:** Camp Bailey [mailto:CBailey@bpblaw.com]
**Sent:** Monday, April 28, 2008 4:48 PM
**To:** Camp Bailey; Prince, Shane
**Subject:** RE: List of 15 FL Seroquel/Zyprexa Plaintiffs

Shane:

I have also had my people confirm that nothing submitted to Eli Lilly on these 10 plaintiffs is not also on RecordTrak, so I believe your side already has everything that could be gleaned from the motion you had described.

Let me know if you need anything further on this.

Camp

---

**From:** Camp Bailey
**Sent:** Friday, April 25, 2008 5:18 PM
**To:** 'Prince, Shane'
**Subject:** RE: List of 15 FL Seroquel/Zyprexa Plaintiffs

As we discussed, we currently represent 10 of these in a Zyprexa matter, but none of those have completed their settlements with Lilly.  The other 5 we show were represented by other counsel on their Z matters.  I do not believe that any of those 5 settled under the MDL settlement administered by Feinberg, etc.

As I correctly remembered, the only thing that is submitted to Lilly in our settlement process is a spreadsheet with the clients name, ss#, DOB, State of Residence, Date of Z use, Date of Injury, Type of Injury, whether it is confirmed by affidavit or documents, and whether it is a death or minor case.  Along with the spreadsheet are one page images of the proof of Z use and proof of qualifying injury.  Usually, there will be only 2 pages for each client, along with their listing on a spreadsheet.  That is all there is between us and Lilly.

I will be happy to discuss with whomever on your side thinks there is more out there, but at least wanted to get back to you on my findings.   I am not sure what an additional motion would accomplish on this topic.

Respectfully,

## K. Camp Bailey
Attorney at Law
BAILEY PERRIN BAILEY LLP
440 LOUISIANA ST., SUITE 2100
HOUSTON, TX 77002-4206
- Telephone:   (713) 425-7100
- Direct Line:  (713) 425-7232
- Fax:            (713) 425-7101
- E-mail:       cbailey@bpblaw.com

**CONFIDENTIALITY NOTICE**

This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited.  In such case, you should destroy this message and kindly notify the sender by e-mail.  Please advise immediately if you or your employer do not consent to internet e-mail for messages of this kind.  Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

**From:** Prince, Shane [mailto:Shane.Prince@dechert.com]
**Sent:** Thursday, April 24, 2008 4:07 PM
**To:** Camp Bailey
**Subject:** List of 15 FL Seroquel/Zyprexa Plaintiffs

Karen Barber, Carole Bonebrake, Lois C. Brown, Dena Browning, Sandra Carter, Sharon E. Duvall, Lynda L. Epps, Benjamin Head, Hope M. Lorditch, Joe McDaniel, Brian Murphy, Lori Quinn, Candida Rodriguez, Michael W. Wilson, and George Zackschewski.


Shane T. Prince
DECHERT LLP
+1 215 994 2631 Direct
+1 215 655 2631 Fax
shane.prince@dechert.com
www.dechert.com

```
"EMF <dechert.com>" made the following annotations.
-----------------------------------------------------------------------------
-

This e-mail is from Dechert LLP, a law firm, and may contain information that
is confidential or privileged. If you are not the intended recipient, do not
read, copy or distribute the e-mail or any attachments. Instead, please
notify the sender and delete the e-mail and any attachments. Thank you.
=========================================================================
=
```