# EXHIBIT B

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 1 8 2008 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION
------------------------------------------------------------X

THIS DOCUMENT RELATES TO:
ALL PERSONAL INJURY ACTIONS

------------------------------------------------------------X

04-MD-1596 (JBW)

ORDER TO SHOW CAUSE

Jack B. Weinstein, Senior United States District Judge:

One of the four special settlement masters appointed by the court in the first round of personal injury settlements, *see In re Zyprexa Products Liability Litigation*, 2005 WL 2237824 (E.D.N.Y. June 30, 2005), has received a subpoena relating to *In re Seroquel Products Liability Litigation*, MDL No. 1769 (M.D. Fla.). The subpoena requests various records, including medical, settlement, and insurance materials, for *In re Zyprexa* plaintiffs, who are also plaintiffs in *In re Seroquel*. The special settlement master has been directed that special masters shall deliver all court papers in their possession to the Clerk of this court for filing in this court under seal.

On April 30, 2008 at 10:00 a.m. the parties shall show cause why the subpoena should not be quashed. Parties wishing to participate by telephone may contact Case Manager June Lowe at 718-613-2525.

SO ORDERED.

Dated: April 17, 2008
Brooklyn, New York

/s/ Jack B. Weinstein
Jack B. Weinstein
Senior United States District Judge



1