IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

**This Document Relates to:**

CAROL JONES v. ASTRAZENECA PHARMACEUTICALS, LP
MDL Case No. 6:08-cv-16795-ACC-DAB

SHEILA MOORE v. ASTRAZENECA PHARMACEUTICALS, LP
MDL Case No. 6:08-cv-16796-ACC-DAB

RACHEL LECLAIR v. ASTRAZENECA PHARMACEUTICALS, LP
MDL Case No. 6:08-cv-16797-ACC-DAB

CYNTHIA RAY v. ASTRAZENECA PHARMACEUTICALS, LP
MDL Case No. 6:08-cv-16798-ACC-DAB

CARL TOBIE v. ASTRAZENECA PHARMACEUTICALS, LP
MDL Case No. 6:08-cv-16799-ACC-DAB

CECILIA SARRAFF, AS NEXT FRIEND OF CONCEPCION MORALES v.
ASTRAZENECA PHARMACEUTICALS, LP
MDL Case No. 6:08-cv-16800-ACC-DAB

## COUNSEL'S RESPONSE TO SHOW CAUSE ORDER AND CERTIFICATION OF COMPLIANCE WITH ORDERS DATED APRIL 24, 2008 AND MAY 7, 2008

COMES NOW, Heygood, Orr, Reyes, Pearson & Bartolomei, counsel for the above listed Plaintiffs in this action, and as a response state the following:

Although Heygood, Orr, Reyes, Pearson & Bartolomei had not registered on the electronic filing notification system, Liaison Counsel's office did forward all various orders and information given by the Court. After receiving these documents, however, Plaintiffs' counsel misinterpreted the effect such orders had on their cases. Specifically, Plaintiffs' counsel did not believe that the above claimants had their cases severed.

As soon as Plaintiffs' counsel discovered their mistake, counsel took the necessary steps to file the amended complaints and pay the filing fees immediately. At no time did Plaintiffs' counsel act with conscious disregard to the Court and now this firm humbly and respectfully asks this Court to accept this late certification of compliance.

This will certify that all Plaintiffs in MDL No. 1769, United States District Court, Middle District of Florida, represented by Heygood, Orr, Reyes, Pearson & Bartolomei have complied with the Court's April 24, 2008 and May 7, 2008 Orders. Accordingly, at the time of this filing, each severed plaintiff has filed an Amended Complaint and paid the filing fee. All such plaintiffs are listed in the style above and are incorporated by reference.

Dated: May 12, 2008

                                                Respectfully submitted,

                                                **HEYGOOD, ORR, REYES**
                                                **PEARSON & BARTOLOMEI**

                                                /s/ Spencer P. Browne
                                                Angel L. Reyes, III
                                                State Bar No. 00784835
                                                Spencer P. Browne
                                                State Bar No. 24040589
                                                2331 W. Northwest Highway, 2nd Floor
                                                Dallas, TX  75220
                                                (214) 526-7900
                                                (214) 526-7910 (FAX)

                                                **ATTORNEYS FOR Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of May 2008, I electronically filed Plaintiff's First Amended Complaint with the Clerk of the Court for the United States District Court, Middle District of Florida, Orlando Division, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                            /s/ Spencer P. Browne
                                            Spencer P. Browne