# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

_____/

## NOTICE OF HEARING

**TAKE NOTICE** that an *ex parte* hearing on the privileged documents previously submitted by AstraZeneca (*see* Doc. No. 980, 983) will be held before the undersigned on **MONDAY, MAY 19, 2008** at 1**2:30 P.M.** in Courtroom #6D, George C. Young United States Courthouse Annex, 401 W. Central Blvd., Orlando, Florida.

Any request for equipment to be brought in during the hearing must be filed by **May 15, 2008 at noon.**

**DONE** and **ORDERED** in Orlando, Florida on May 14, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

**PLEASE NOTE**: **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.