# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

Case No. 6:06-md-1769-Orl-22DAB

This Document Relates to ALL CASES

---

# REPORT OF THE SPECIAL MASTER AND PROJECT MANAGEMENT OFFICE FOR CASE-SPECIFIC DISCOVERY

---

**REPORT NUMBER: 9**

**DATE: MAY 15, 2008**

# CONTENTS

**PAGE**

I. INTRODUCTION ........................................................................................... 1

II. REPORT ON STATUS ................................................................................... 1

    A. Special Master Escrow Account Information ..................................... 1

    B. Case-Specific Discovery Program for Pre-December 2007 Case Designations ............................................................................... 3

    C. Actions by the PMO Relating to the Florida Discovery Pool ............... 3

III. INITIAL TRIAL POOL CASES ..................................................................... 4

    A. Designation of Cases for the Initial Pool ............................................. 4

    B. Proposed CS Administrative Order No. 5 for Initial Trial Pool Cases .................................................................................. 4

IV. ACTIVITIES OF THE SPECIAL MASTER .................................................. 5

    A. Weekly Status Calls ............................................................................. 5

    B. Other Activities by the Special Master ................................................ 5

## I.  INTRODUCTION

At the Status Conference on August 22, 2007, the Court directed the Special Master to submit a monthly report to the Court by the 15th of each month summarizing the activities of the Special Master and the Project Management Office.  The Special Master filed Report No. 1 on September 14, 2007; Report No. 2 on October 15, 2007; Report No. 3 on November 13, 2007; a Supplemental Report on November 19, 2007; Report No. 4 on December 14, 2007; a Supplement Report on December 18, 2007, Report No. 5 on January 15, 2008, Report No. 6 on February 15, 2008; Report No. 7 on March 14, 2008, and Report No. 8 on April 15, 2008.  The Special Master presents this Report No. 9 to update the Court and the Parties on events and progress since the previous Report.

## II.  REPORT ON STATUS

### A. **Special Master Escrow Account Information**.

The Special Master Escrow Account Summary Report (SQ300, attached as Exhibit 1) reflects that as of May 15, 2008, a total of $260,000 has been deposited into the original Special Master Escrow account since inception.  From that amount: $128,423 has been paid to compensate Physicians deponents for deposition time; $18,250 has been paid to reimburse Physicians for the cost of copying their Medical Records; $15,220 has been paid in shipping charges incurred by Physicians in sending records to the PMO and/or by the PMO to send copy sets to the Parties; and $275 has been paid for bank fees.  Additionally, $97,500 was transferred to the "Seroquel Special Master Escrow II" account to be used for the payment

depositions in Florida (as further described in the paragraph below).  The balance as of May 15, 2008, in the original Special Master Escrow account is $332.

Before January 11, 2008, in accordance with the agreement of the Parties, all requests by the Special Master for funds to be deposited into the Special Master Escrow account were divided on a 60/40 basis between the Defendants and Plaintiffs.  On January 11, 2008, the parties agreed that all expenses associated with the depositions to be scheduled in Florida will be apportioned on a 50/50 basis, while any remaining non-Florida depositions will still follow the 60/40 split.  To pay and track those expenses associated with the Florida depositions, the PMO opened a second Special Master account called "Seroquel Special Master Escrow II."  The Special Master Escrow II Account Summary Report (SQ300A, attached as Exhibit 2) reflects that as of May 15, 2008, $97,500 has been transferred into this account from the original Special Master Escrow Account.  From that amount: $76,859 has been paid to compensate Physicians deponents for deposition time; and $12,626 has been paid to reimburse Physicians for the cost of copying their Medical Records; $7,571 has been paid in shipping charges incurred by Physicians in sending records to the PMO and/or by the PMO to send copy sets to the Parties.  The balance as of May 15, 2008, in the Special Master Escrow II account is $444.

The Special Master Escrow Account Physician Payment Details Reports (SQ301 and SQ301A) are available on-line at https://www.browngreer.com/seroquel.  They provide details of each payment made to each Physician, the reason for the payment, and the case to which the payment related.

B.  **Case-Specific Discovery Program for Pre-December 2007 Case Designations.**

The PMO has continued to work with the Parties to conclude the case-specific discovery program for cases designated for discovery before December, 2007. The report attached as Exhibit 3 (SQ108) reflects the status of that effort. The PMO is not working to schedule the 38 depositions in the currently Unable to Schedule category, but is concluding the scheduling of the two depositions in the Not Yet Scheduled group, provided that such scheduling not interfere with the Florida Discovery Pool or Initial Trial Pool cases.

C.  **Actions by the PMO Relating to the Florida Discovery Pool.**

The PMO continues its efforts to schedule the depositions of prescribing and treating Physicians in the Florida Discovery Pool cases. The report attached as Exhibit 4 (SQ105) describes the progress of the PMO to date in scheduling physician depositions for the Florida Discovery Pool.

At this time, one deposition remains to be scheduled before May 31, 2008, with Dr. Linda Shafer. On March 26, 2008, the PMO received Dr. Linda Shafer, a Federal Veteran Affairs employee, as the Prescribing Physician designation for Plaintiff Lawrence R. Lincoln (Case No.: 6:07-cv-11093). On March 28, 2008, Dr. Shafer informed the PMO that her testimony would not be helpful because she felt she had treated Mr. Lincoln only once and requested the PMO contact Attorney Edward Lukey in the U.S. Department of Veteran's Affairs.

On April 8, 2008, Mr. Lukey advised the PMO that Dr. Shafer would not be able to provide any additional information in addition to Mr. Lincoln's medical records and instructed the PMO to provide a written request to the U.S. Attorney's Office for Dr. Shafer's

deposition. The PMO supplied this written request to Mr. Lukey on April 11, 2008. On April 23, 2008, Mr. Lukey denied the PMO's request for Dr. Shafer's deposition.

The Parties and the Special Master plan to prepare a second written request to include more detail on the relevant medical records on Dr. Shafer's treatment of this Plaintiff (which show more than one session) and the specific need for this deposition. If the second request is denied, the Parties will file with the Court a Motion and Order to Compel Dr. Shafer's deposition testimony.

## III.  INITIAL TRIAL POOL CASES

### A. Designation of Cases for the Initial Pool.

On April 16, 2008, the Court entered an Order (Document No. 943), granting the request by the Special Master and the Parties for additional time through May 31, 2008, to conclude the limited case-specific discovery program in the Discovery Pool cases. On April 22, 2008, the Court entered an Order (Document No. 957), granting the request by the Parties and the Special Master to adjust the schedule for designation of cases for the Initial Trial Pool to accommodate the extension for the conclusion of limited case-specific discovery. Pursuant to that Order, on April 22, 2008, Plaintiffs designated five cases for the Initial Trial Pool, and on April 25, 2008, Defendants designated five cases for the Initial Trial Pool. On May 13, 2008, Plaintiffs designated an additional five cases for the Initial Trial Pool. Defendants designated another five cases on May 14, 2008.

### B. Proposed CS Administrative Order No. 5 for Initial Trial Pool Cases.

The Parties and the Special Master have developed specific procedures to govern the progress of the full case-specific discovery in the cases designated for the Initial Trial Pool.

The Parties will present this proposed Order, along with a Joint Motion, to the Court for its consideration on or before May 21, 2008.

## IV.  ACTIVITIES OF THE SPECIAL MASTER

### A.  Weekly Status Conference Calls.

The Special Master holds weekly status conferences by telephone with counsel for the Plaintiffs and for the Defendants.  These calls continue to serve as productive sessions

### B.  Other Activities of the Special Master.

The Special Master has been engaged in the activities described in Section III of this Report, dealing with the Initial Trial Pool cases.

Respectfully submitted,

BROWNGREER PLC

By: __s/ Orran L. Brown__
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia  23219
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com

5

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.

            **s/ Orran L. Brown**
            Orran L. Brown
            Virginia State Bar No. 25832
            BrownGreer PLC
            115 South 15th Street, Suite 400
            Richmond, Virginia  23219
            Telephone:  (804) 521-7201
            Facsimile:  (804) 521-7299
            Email:  obrown@browngreer.com

**SERVICE LIST**

In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>**Attorney for Defendant Dr. Asif Habib** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

3

4

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |

4