*Confidential Information*

| SQ300 | Seroquel PMO:<br>Special Master Escrow Account Summary<br>(As of 5/14/08) | |
|---|---|---|
| | **Description** | **Available Funds** |
| 1. | Deposits | $260,000.00 |
| 2. | Physician Fee Payments | ($128,423.44) |
| 3. | Physician Costs for Medical Records | ($18,249.54) |
| 4. | Federal Express Expenses | ($15,220.05) |
| 5. | Bank Fees | ($275.25) |
| 6. | Special Master Escrow II Account Transfers | ($97,500.00) |
| 7. | Ending Balance   (5/14/08) | $331.72 |