*Confidential Information*

| SQ300A | Seroquel PMO:<br>Special Master Escrow II Account Summary<br>(As of 5/14/08) | |
|---|---|---|
| | **Description** | **Available Funds** |
| 1. | **Deposits** | $97,500.00 |
| 2. | **Physician Fee Payments** | ($76,858.50) |
| 3. | **Physician Costs for Medical Records** | ($12,626.35) |
| 4. | **Federal Express Expenses** | ($7,571.17) |
| 5. | **Bank Fees** | ($0.00) |
| 6. | **Ending Balance   (5/14/08)** | **$443.98** |