# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In Re:
Seroquel Products Liability Litigation,

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker United States Magistrate Judge | DATE AND TIME | May 19, 2008 12:30-1:40 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Koretta Stanford |
| COUNSEL/PLTF. | | COUNSEL/DEF. | Chris Coutroulis Gary Feinerman |

## EXPARTE HEARING ON PRIVILEGED DOCUMENTS

Case called, appearances taken
Procedural setting by court
General Counsel Laura Davies sworn and testifies
Court addresses questions with counsel Coutroulis and Feinerman
Court concludes hearing