# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation.

Case No.  6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **ASTRAZENECA'S MOTION FOR LEAVE TO FILE A REPLY (Doc. No. 995)** |
| **FILED:** | **May 16, 2008** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice** for failure to comply with Local Rule 3.01(g)**.**

**DONE** and **ORDERED** in Orlando, Florida on May 20, 2008.

_David A. Baker_
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record