# Exhibit A

**From:** Prince, Shane [mailto:Shane.Prince@dechert.com]
**Sent:** Tuesday, May 20, 2008 1:28 PM
**To:** Camp Bailey; Pennock, Paul
**Cc:** Seroquel
**Subject:** Seroquel - Lilly Documents from Zyprexa Settlement

Camp and Paul,

As you know, Judge Baker's Order of October 18, 2007 requires that AstraZeneca notify you "before obtaining ... documents and/or records" from Eli Lilly that pertain to Seroquel plaintiffs who also filed Zyprexa-related personal injury claims.  This correspondence shall serve as notification that we will request from Lilly documents pertaining to the following 5 plaintiffs:

Karen Barber
Lois Brown
Benjamin Head
Candida Rodriguez
Michael Wilson

Lilly has informed us that they have no documents pertaining to the other 10 plaintiffs referenced in AstraZeneca's Motion to compel Zyprexa-related documents (Carole Bonebrake, Dena Browning, Sandra Carter, Sharon E. Duvall, Lynda L. Epps, Hope M. Lorditch, Joe McDaniel, Brian Murphy, Lori Quinn, and George Zackschewski).

Let me know if you have any questions,

Shane



Shane T. Prince
DECHERT LLP
+1 215 994 2631 Direct
+1 215 655 2631 Fax
shane.prince@dechert.com
www.dechert.com


```
This e-mail is from Dechert LLP, a law firm, and may contain information that
is confidential or privileged. If you are not the intended recipient, do not
read, copy or distribute the e-mail or any attachments. Instead, please
notify the sender and delete the e-mail and any attachments. Thank you.
```