## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:  Seroquel Products Liability
Litigation

                          Case No. 6:06-md-1769-Orl-22DAB

_____

This Document Relates to ALL CASES
_____

## JOINT MOTION IN SUPPORT
## OF CS ADMINISTRATIVE ORDER NO. 5

The Special Master for case-specific discovery and the designated counsel representatives of the Plaintiffs and Defendants have conferred regarding the procedures for the taking of depositions of all witnesses in the full case-specific discovery program for cases in the Initial Trial Pool pursuant to CMO No. 5.  The Special Master and the Parties have agreed upon the procedures detailed in the proposed CS Administrative Order No. 5 presented with this Joint Motion for the Court's consideration and entry, if the Court deems appropriate.  The proposed CS Administrative Order No. 5 addresses these issues:

(1)    **Paragraph 1:** *The Basis for this Order*.  This paragraph mirrors the language used in previous Administrative Orders entered by the Court to define the basis for the Court's jurisdiction over these matters.  Because the mechanics of the Trial Pool cases differ in certain aspects from the prior discovery we have added language to make clear that the procedures in the Order will govern where they differ from CMO 4 or CMO5.

(2)    **Paragraph 2:** *Scope of this Order*.  This section makes it clear that the proposed Order will apply to each case in the Initial Trial Pool under CMO No. 5.

(3)    **Paragraph 3:** *Number of Depositions*.  This paragraph follows the directive in CMO No. 5, which incorporates the provisions of Fed.R.Civ.P. 30(a)(2)(A) regarding the number of depositions permitted to

Plaintiffs and Defendants. Each side may take a maximum of ten depositions, unless additional depositions are allowed by agreement or by the Special Master pursuant to Paragraph 14 of the Order.

(4) **Paragraph 4:** *Duration of Each Deposition*. Fed.R.Civ.P. 30(d) will govern the time allowed for each deposition, except as modified by CMO No. 5. Accordingly, depositions of Sales Representatives will be confined to five hours, as required by Paragraph J of CMO No. 5. Unless agreed to by the Parties or allowed by the Special Master pursuant to Paragraph 13 of the Order, depositions of all other witnesses will be limited to seven hours.

(5) **Paragraph 5:** *Designation of Deponents*. The Parties will identify each witness for each case they desire to depose simultaneously, within 20 days after a case is selected for the Initial Trial Pool. This will allow the Parties sufficient time to make these decisions and is designed to keep the case-specific discovery on track to meet the requirement in Paragraph H of CMO No. 5 that all such discovery be concluded by July 31, 2008. Because the Parties will have to adjust their initial designations based on information learned in discovery, this Paragraph will allow them to modify or add to their choices, again subject to the July 31, 2008 deadline. If the Parties designate the same deponent for the same case, the Special Master will allocate the designations from one Party to the other.

(6) **Paragraph 6:** *Designation Method*. During the limited case-specific discovery program, the Defendants informed the PMO of the physicians whose depositions were required using an Excel spreadsheet providing information on the deponent and the case in which the witness was designated. Both Plaintiffs and Defendants will use this Excel spreadsheet to identify the witnesses to be deposed in the Initial Trial Pool cases. The PMO will continue its actions to schedule physician depositions and obtain medical records if requested by either Party. Because some of these depositions may be videotaped, each Party will be required in the spreadsheet to state whether the deposition will be recorded in that matter. Each Party will also be required to indicate the amount of time desired for questioning at each deposition, to allow the PMO to inform physicians of the number of hours to be reserved for each deposition and define the expectations for depositions of other witnesses. Within five business days after receiving the other Parties' designations, each Party will respond to indicate whether time is requested at the deposition and if so, how much time. This too will allow the PMO to advise the physician witnesses of how much time will be needed from their schedules and will set the parameters for other depositions. The PMO may replace the spreadsheet method with a more efficient web-based system.

(7) **Paragraph 7:** *Conduct of a Deposition.* Rule 30 will govern the sequence of questions at a deposition. The Parties are to agree in advance on the order of examination and the time allowed each side. The Party delivering the witness shall proceed first with questioning at the deposition. The Special Master will resolve any disputes over these issues.

(8) **Paragraph 8:** *Calculation of the Number of Depositions for Each Party*. To determine whether a Party has reached its limit of ten depositions per case, any witness identified as a deponent in a Parties' spreadsheet designations shall be counted as a deposition taken by such Party, unless the deposition does not occur for some reason.

(9) **Paragraph 9:** *Responsibility for Payment of Physician Time and Record Copying Costs*. Responsibility for payment of fees charged by physicians at depositions shall be apportioned between the Parties according to the time used by each Party for the witness at the deposition. The Parties have agreed to divide evenly the copying costs charged by any physician for medical records obtained during this program. The Special Master may adjust the allocation as circumstances warrant in a particular case or to facilitate the payment process.

(10) **Paragraph 10:** *Court Reporter*. The Party who is to question the witness first will be responsible for arranging for a court reporter. This adheres to the standard custom.

(11) **Paragraph 11:** *Contact Disclosures*. Following the principle applied during the limited case-specific discovery program, Defendants will disclose to the Plaintiffs the information regarding contacts with prescribing physicians no later than ten days after a prescriber is designated for deposition, if such disclosures have not already been provided. This Paragraph also allows Plaintiffs to designate Sales Representatives for deposition within five business days after receipt of new disclosures. Where disclosures were made previously, Plaintiffs shall make designations under Paragraph 5, or may request supplemental disclosures from Defendants.

(12) **Paragraph 12:** *PMO Processes*. This paragraph contemplates that the PMO will continue the steps it has used thus far in contacting physicians to arrange depositions and receipt of copies of medical records where necessary, and to receive funds from the Parties to process and pay invoices from physicians for deposition time and copy costs.

(13) **Paragraph 13:** *Modifications of this Order*. The Parties and the Special Master recognize that as the discovery proceeds, situations will arise that cannot be legislated in advance with sufficient particularity for every case.

As a result, this paragraph will allow the Parties to adjust the procedures to meet the needs in a particular case. It also will allow the Special Master to make the initial rulings on requests under Fed.R.Civ.P. 30(a)(2) and Fed.R.Civ.P. 30(d) for additional depositions or to extend the duration of a deposition. Any such modifications or rulings must be consistent with CMO No. 5 and any other Order of the Court governing this discovery.

The Special Master and the Parties believe that the proposed Order will allow the full case-specific discovery in the Initial Trial Pool cases to proceed smoothly and efficiently. Accordingly, we ask the Court to enter the Order as CS Administrative Order No. 5.

Respectfully submitted,

By: ____s/ Orran L. Brown_____
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia 23219
Telephone: (804) 521-7201
Facsimile: (804) 521-7299
Email: obrown@browngreer.com

*Special Master for Case-Specific Discovery*

By: ____s/ Buffy K. Martines_____
Buffy K. Martines
Laminack, Pirtle & Martines
Lyric Center Building
440 Louisiana
Suite 1250
Houston, TX 77002
Telephone: (713) 292-2750
Facsimile: (713) 223-4870
Email: buffym@lpm-triallaw.com

*Counsel for Plaintiffs in Coordinated Discovery*

By: ____s/ Russell O. Stewart_____
Russell O. Stewart
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
Telephone: (303) 607-3688
Facsimile: (303) 607-3600
Email: rstewart@faegre.com

*Counsel for Defendants in Coordinated Discovery*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.

                                               **s/ Orran L. Brown**

                                               Orran L. Brown
                                               Virginia State Bar No. 25832
                                               BrownGreer PLC
                                               115 South 15th Street, Suite 400
                                               Richmond, Virginia  23219
                                               Telephone:  (804) 521-7201
                                               Facsimile:  (804) 521-7299
                                               Email:  obrown@browngreer.com

**SERVICE LIST**

In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>**Attorney for Defendant Dr. Asif Habib** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |