# EXHIBIT A


Dechert
LLP

Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

BRENNAN J. TORREGROSSA

brennan.torregrossa@dechert.com
+1 215 994 2358 Direct
+1 215 655 2358 Fax

May 8, 2008

**VIA FACSIMILE & FIRST-CLASS MAIL**

K. Camp Bailey, Esquire
Bailey Perrin Bailey LLP
440 Louisiana Street, Suite 2100
Houston, TX 77002

Re: In re: Seroquel Products Liability Litigation (MDL Docket No. 1769) –
    Notice of Overdue Discovery

Dear Camp:

I am writing to inform you that our records indicate that Plaintiff Fact Sheet discovery is overdue in the 30 cases listed in the three attached charts. Those three charts list: (1) undesignated cases that were docketed in the MDL before January 31, 2007; (2) cases that were designated; and (3) cases that were docketed in the MDL after January 31, 2007. Additionally, each chart lists the type of discovery that is overdue. As the Court has made clear, the failure to serve completed Plaintiff Fact Sheets – along with completed verifications and completed records authorizations – is unacceptable and in violation of the Court's Order.

If the outstanding Plaintiff Fact Sheet discovery, including completed verifications and executed records authorizations, are not served within twenty (20) days in those cases to Marjorie Shickman, Esquire, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia PA 19104 or to seroquelpfs@dechert.com, AstraZeneca will move for dismissal pursuant to Case Management Order No. 2 and these cases may be dismissed. If you have already submitted a response in any of these cases, please let me know. In an effort to move the discovery process forward, we will send deficiency letters in these cases despite the failures of the Plaintiffs identified above. We nonetheless consider discovery in those cases as overdue.

If you would like to discuss these issues further, please call me. I look forward to your response.

Sincerely,

Brennan J. Torregrossa

BJT:jz

Attachments

Austin  Boston  Charlotte  Hartford  New York  Newport Beach  Philadelphia  Princeton  San Francisco  Silicon Valley  Washington DC
Brussels  London  Luxembourg  Munich  Paris