# EXHIBIT B

**From:** Prince, Shane [mailto:Shane.Prince@dechert.com]
**Sent:** Friday, May 23, 2008 1:34 PM
**To:** Laurence Tien
**Cc:** Osborne, Margaret
**Subject:** List of Overdue PFS Info

Laurence,

As we discussed yesterday, I'm attaching our list of plaintiffs with overdue PFS info -- those plaintiffs whom we would seek leave to dismiss. Note that this chart only identifies those plaintiffs who have failed to serve a PFS, a signed acknowledgement, or a medical records authorization.

Let Maggie or me know if you have any questions.

Shane


Shane T. Prince
DECHERT LLP
+1 215 994 2631 Direct
+1 215 655 2631 Fax
shane.prince@dechert.com
www.dechert.com


This e-mail is from Dechert LLP, a law firm, and may contain information that is
confidential or privileged. If you are not the intended recipient, do not read, copy or
distribute the e-mail or any attachments. Instead, please notify the sender and delete
the e-mail and any attachments. Thank you.