# EXHIBIT C



**BAILEY PERRIN BAILEY**

THE LYRIC CENTRE
440 LOUISIANA ST., SUITE 2100
HOUSTON, TEXAS 77002
(713) 425-7100 BUSINESS
(713) 425-7101 FACSIMILE

SUNDEEP S. GREWAL
(713) 292-2712 DIRECT
SGREWAL@BPBLAW.COM

May 27, 2008

**Via FedEx Priority Overnight**
Mr. Brennan J. Torregrossa
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808

Re: In re: Seroquel products Liability Litigation
(MDL Docket No. 1769)
**Notice of Overdue Discovery**

Dear Brennan:

Please find enclosed a CD in response to your discovery requests for thirty-four (34) Plaintiffs. I have included an accompanying list for your convenience.

We will continue to provide Plaintiff Fact Sheet discovery as the information becomes available from our clients. If you have any further questions regarding this matter please do not hesitate to contact me or Laurence.

Respectfully,

Sundeep S. Grewal

Enclosures: As stated

cc: Mr. Laurence Tien

Bailey Perrin Bailey
**Plaintiffs' Fact Sheets, HIPAA Authorizations & Acknowledgments**
May 27, 2008

| | Last Name | First Name | Case No. | PFS Served | Ack Served | Auth Served |
|---|---|---|---|---|---|---|
| 1 | Baker | Ben | 6:07-cv-11128 | 05/27/08 | 05/27/08 | 05/27/08 |
| 2 | Baxter | Shaina | 6:07-cv-14618 | | 05/27/08 | |
| 3 | Bell | Pamela | 6:07-cv-13095 | | 05/27/08 | |
| 4 | Billing | Debra | 6:06-cv-01149 | | 05/27/08 | 05/27/08 |
| 5 | Brewer | Makibra | 6:07-cv-00512 | | 05/27/08 | 05/27/08 |
| 6 | Creel | Robin | 6:07-cv-14770 | | 05/27/08 | |
| 7 | Crouch | Richie | 6:07-cv-11485 | 05/27/08 | 05/27/08 | 05/27/08 |
| 8 | DeLeon | Gerardo | 6:07-cv-16051 | | | 05/27/08 |
| 9 | Dorsey | Robin | 6:07-cv-12128 | | 05/27/08 | |
| 10 | Ellis | Virgina | 6:07-cv-14825 | | 05/27/08 | |
| 11 | Gilmore | Linda | 6:06-cv-01037 | | 05/27/08 | 05/27/08 |
| 12 | Green | Deanna | 6:07-cv-14916 | | 05/27/08 | |
| 13 | Hagens | Gloria | 6:07-cv-14935 | | 05/27/08 | |
| 14 | Haney | Janet | 6:07-cv-14943 | | 05/27/08 | |
| 15 | Hardwick | James | 6:07-cv-13554 | | 05/27/08 | |
| 16 | Havard | Francis | 6:07-cv-13580 | | | 05/27/08 |
| 17 | Helm | Terre | 6:07-cv-10012 | | 05/27/08 | 05/27/08 |
| 18 | Kegg | Elizabeth | 6:07-cv-10113 | | 05/27/08 | 05/27/08 |
| 19 | Morrison | Cheryl | 6:07-cv-16386 | | 05/27/08 | |
| 20 | Nichols | Pamela | 6:07-cv-10109 | | 05/27/08 | 05/27/08 |
| 21 | Nisini | Sabrina | 6:07-cv-16719 | | 05/27/08 | 05/27/08 |
| 22 | Porter | Larry | 6:07-cv-12773 | | 05/27/08 | 05/27/08 |
| 23 | Proctor | Loretta | 6:06-cv-01339 | | 05/27/08 | 05/27/08 |
| 24 | Rasmussen | Wendy | 6:07-cv-00513 | | 05/27/08 | 05/27/08 |
| 25 | Reeves | Audrey | 6:07-cv-14136 | | 05/27/08 | |
| 26 | Robinson | Shirley | 6:07-cv-11918 | | 05/27/08 | 05/27/08 |
| 27 | Rone | Stephanie | 6:07-cv-10015 | | 05/27/08 | 05/27/08 |
| 28 | Scott | Richard | 6:07-cv-14243 | | 05/27/08 | 05/27/08 |
| 29 | Scruggs | Dana | 6:07-cv-15332 | | 05/27/08 | |
| 30 | Smith | Ronald | 6:07-cv-00517 | | 05/27/08 | 05/27/08 |
| 31 | Snelling | Aronia | 6:07-cv-14299 | | 05/27/08 | |
| 32 | Stewart | Debra | 6:07-cv-14328 | | | 05/27/08 |
| 33 | Thomas | Willie | 6:07-cv-12905 | | 05/27/08 | 05/27/08 |
| 34 | Walker | Kathy | 6:07-cv-10108 | | 05/27/08 | 05/27/08 |



| From: Origin ID: EIXA  (713)425-7100<br>Heather Santiago<br>Bailey Perrin Bailey, LLP<br>440 Louisiana St.<br>Suite 2100<br>Houston, TX 77002 |  | Ship Date: 27MAY08<br>ActWgt: 1 LB<br>System#: 9787328/INET8010<br>Account#: S ********* |
|---|---|---|
| | CLS120707/21/24 | Delivery Address Bar Code |
| SHIP TO: 2159944000         BILL SENDER<br>**Brennan Torregrossa**<br>**Dechert, LLP**<br>**Cira Centre**<br>**2929 Arch Street**<br>**Philadelphia, PA 191042808** | | Ref #   Seroquel-MDL<br>Invoice #<br>PO #<br>Dept # |



TRK# 0201  7998 6001 4190    WED - 28MAY    A1
PRIORITY OVERNIGHT

**XB ESPA**

19104
PA-US
PHL



---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                                              5/27/2008

**Heather Santiago**

**From:** TrackingUpdates@fedex.com
**Sent:** Wednesday, May 28, 2008 8:24 AM
**To:** Heather Santiago
**Subject:** FedEx Shipment 799860014190 Delivered

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Bailey Perrin Bailey, LLP |
| Name: | Heather Santiago |
| E-mail: | hsantiago@bpblaw.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | Seroquel-MDL |
| Ship (P/U) date: | May 27, 2008 |
| Delivery date: | May 28, 2008 9:19 AM |
| Sign for by: | J.SHARPE |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Tracking number: | 799860014190 |

| Shipper Information | Recipient Information |
|---|---|
| Heather Santiago | Brennan Torregrossa |
| Bailey Perrin Bailey, LLP | Dechert, LLP |
| 440 Louisiana St.;Suite 2100 | Cira Centre;2929 Arch Street |
| Houston | Philadelphia |
| TX | PA |
| US | US |
| 77002 | 191042808 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:23 AM CDT on 05/28/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

5/28/2008