**Exhibits 1-42**
to be filed under seal pursuant
to court order under L.R. 1.09(a)