# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In re: SEROQUEL PRODUCTS LIABILITY LITIGATION**

                                                 **Case No. 6:06-md-1769-Orl-22DAB**

_____

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion for Leave to Move to Dismiss Cases of Plaintiffs Who Failed to Serve Substantially Complete Plaintiff Fact Sheets (Doc. 1005), to which Plaintiffs responded (Doc. 1013). AstraZeneca seeks leave to move for dismissal of 64 cases in which discovery is overdue. Plaintiffs inform the Court that they have cured deficiencies in at least 37 of the 64 cases. In light of Plaintiffs' demonstrated diligence in serving the overdue discovery documents requested by AstraZeneca, the Court will defer ruling on AstraZeneca's motion until the parties have fulfilled the additional obligations provided by this order.

Accordingly, it is **ORDERED** as follows:

1. On or before **June 30, 2008**, Plaintiffs shall serve all outstanding Plaintiff Fact Sheets, verifications and medical records authorizations in the 64 cases referred to by AstraZeneca in its motion.

2. On **July 1, 2008**, AstraZeneca shall file a notice with the Court identifying any remaining cases (of the initial 64) in which Plaintiffs have failed to cure PFS-related deficiencies. Should Plaintiffs dispute any of the cases listed in AstraZeneca's July 1 notice,

Plaintiffs shall file a notice identifying the disputed cases and indicating the reason(s) for such dispute no later than **5:00 pm, EDT, on July 7, 2008**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 12, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge

-2-