**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

**This Document Relates to ALL CASES**

---

# REPORT OF THE SPECIAL MASTER AND PROJECT MANAGEMENT OFFICE FOR CASE-SPECIFIC DISCOVERY

---

**REPORT NUMBER: 10**

**DATE: JUNE 16, 2008**

**CONTENTS**

**PAGE**

I. INTRODUCTION ........................................................................................... 1

II. REPORT ON STATUS .................................................................................. 1

    A. Special Master Escrow Account Information ...................................... 1

    B. Case-Specific Discovery Program for Pre-December 2007 Case Designations ................................................................................ 3

    C. Actions by the PMO Relating to the Florida Discovery Pool .............. 3

III. INITIAL TRIAL POOL CASES .................................................................... 3

    A. Designation of Cases for the Initial Pool ............................................. 3

    B. Enhancements to the Master Deposition Calendar for Initial Trial Pool Designations ......................................................................... 4

IV. ACTIVITIES OF THE SPECIAL MASTER ................................................. 5

    A. Weekly Status Conference Calls .......................................................... 5

    B. Report and Recommendation No. 6 ...................................................... 5

    C. CS Administrative Order No. 5 for Initial Trial Pool Cases ................ 6

## I.  INTRODUCTION

At the Status Conference on August 22, 2007, the Court directed the Special Master to submit a monthly report to the Court by the 15th of each month summarizing the activities of the Special Master and the Project Management Office.  The Special Master filed Report No. 1 on September 14, 2007; Report No. 2 on October 15, 2007; Report No. 3 on November 13, 2007; a Supplemental Report on November 19, 2007; Report No. 4 on December 14, 2007; a Supplement Report on December 18, 2007, Report No. 5 on January 15, 2008, Report No. 6 on February 15, 2008; Report No. 7 on March 14, 2008, Report No. 8 on April 15, 2008; and Report No. 9 on May 15, 2008.  The Special Master presents this Report No. 10 to update the Court and the Parties on events and progress since the previous Report.

## II.  REPORT ON STATUS

A. **Special Master Escrow Account Information.**

The Special Master Escrow Account Summary Report (SQ300, attached as Exhibit 1) reflects that as of June 16, 2008, a total of $299,800 has been deposited into the original Special Master Escrow account since inception.  From that amount: $128,773 has been paid to compensate Physicians deponents for deposition time; $18,431 has been paid to reimburse Physicians for the cost of copying their Medical Records; $15,220 has been paid in shipping charges incurred by Physicians in sending records to the PMO and/or by the PMO to send copy sets to the Parties; and $275 has been paid for bank fees.  Additionally, $125,800 was transferred to the "Seroquel Special Master Escrow II" account to be used for the payment

1

depositions in Florida (as further described in the paragraph below).  The balance as of June 16, 2008, in the original Special Master Escrow account is $11,301.

Before January 11, 2008, in accordance with the agreement of the Parties, all requests by the Special Master for funds to be deposited into the Special Master Escrow account were divided on a 60/40 basis between the Defendants and Plaintiffs.  On January 11, 2008, the parties agreed that all expenses associated with the depositions to be scheduled in Florida will be apportioned on a 50/50 basis, while any remaining non-Florida depositions will still follow the 60/40 split.  To pay and track those expenses associated with the Florida depositions, the PMO opened a second Special Master account called "Seroquel Special Master Escrow II."  The Special Master Escrow II Account Summary Report (SQ300A, attached as Exhibit 2) reflects that as of June 16, 2008, $125,800 has been transferred into this account from the original Special Master Escrow Account.  From that amount: $101,009 has been paid to compensate Physicians deponents for deposition time; and $13,677 has been paid to reimburse Physicians for the cost of copying their Medical Records; $7,571 has been paid in shipping charges incurred by Physicians in sending records to the PMO and/or by the PMO to send copy sets to the Parties.  The balance as of June 16, 2008, in the Special Master Escrow II account is $3,543.

The Special Master Escrow Account Physician Payment Details Reports (SQ301 and SQ301A) are available on-line at https://www.browngreer.com/seroquel.  They provide details of each payment made to each Physician, the reason for the payment, and the case to which the payment is related.

### B.  Case-Specific Discovery Program for Pre-December 2007 Case Designations.

The PMO has continued to work with the Parties to conclude the case-specific discovery program for cases designated for discovery before December, 2007.  The report attached as Exhibit 3 (SQ108) reflects the status of that effort.  The PMO is not working to schedule the remaining 40 depositions for Pre-December 2007 cases, pending direction from the Parties.

### C.  Actions by the PMO Relating to the Florida Discovery Pool.

The PMO concluded its scheduling of the depositions of prescribing and treating Physicians in the Florida Discovery Pool cases on May 30, 2008.  The report attached as Exhibit 4 (SQ105) describes the progress of the PMO to date in scheduling physician depositions for the Florida Discovery Pool.

## III.  INITIAL TRIAL POOL CASES

### A.  Designation of Cases for the Initial Pool.

On April 16, 2008, the Court entered an Order (Document No. 943), granting the request by the Special Master and the Parties for additional time through May 31, 2008, to conclude the limited case-specific discovery program in the Discovery Pool cases.  On April 22, 2008, the Court entered an Order (Document No. 957), granting the request by the Parties and the Special Master to adjust the schedule for designation of cases for the Initial Trial Pool to accommodate the extension for the conclusion of limited case-specific discovery.  Pursuant to that Order, on April 22, 2008, Plaintiffs designated five cases for the Initial Trial Pool, and on April 25, 2008, Defendants designated five cases for the Initial Trial

Pool. On May 13, 2008, Plaintiffs designated an additional five cases for the Initial Trial Pool. Defendants designated another five cases on May 14, 2008. On May 29, 2008, Plaintiffs designated an additional five cases for the Initial Trial Pool. Defendants designated another five cases on May 30, 2008. As of May 30, 2008, all 30 cases have been selected for the Initial Trial Pool.

The PMO commenced scheduling of physician depositions on May 15, 2008. The report attached as Exhibit 5 (SQ106) describes the progress of the PMO to date in scheduling physician depositions for the Florida Initial Trial Pool.

    **B.**    **Enhancements to the Master Deposition Calendar for Initial Trial Pool Designations.**

Plaintiffs and Defendants have been using an Excel spreadsheet to identify the witnesses to be deposed in the Initial Trial Pool cases. The spreadsheet method has been replaced with a more efficient web-based system. The PMO has made these following enhancements to the functionality of the Master Deposition Calendar for purposes of the Florida Initial Trial Pool program:

    **(1) Searching for Initial Trial Pool Depositions:** The PMO created a search screen to permit a user to search for Initial Trial Pool depositions. A user may search the Master Calendar for All Plaintiffs, By Plaintiff Name, by Case Number, or by Deponent Name. The Master Calendar then searches its entire listings and produces a results screen listing all designated deponents relating to the Plaintiff(s) matching the search criteria provided by the user.

    **(2) Accessing List of Deponents for Each Plaintiff:** From the search results, a user may choose a specific Plaintiff name to view the list of all deponents designated for that Plaintiff. The Deponent List displays the names of the deponents and additional information provided to the PMO by the Parties for scheduling purposes, as identified in Section III.B.2 of this report.

    **(3) Data Entry of Information for Initial Trial Pool Deponents** The PMO created screens for data entry of new designations and to allow data entry of information

4

for counter-designations. The Parties may now data enter the following information for Initial Trial Pool Plaintiffs from the Master Deposition Calendar:

    (a)    Deponent Name
    (b)    Deponent Type
    (c)    Party Designating Deponent
    (d)    Deposition Date
    (e)    Estimated deposition time requested
    (f)    Request for videotaped deposition
    (g)    Request for collection of medical records by the PMO

This web-based data collection and entry will be easier for the Parties and the PMO to use than emails exchanging spreadsheets. The PMO made the new system available on June 13, 2008, and demonstrated it to the Parties in live web-cast that day.

### IV.  ACTIVITIES OF THE SPECIAL MASTER

    **A.**    **Weekly Status Conference Calls.**

The Special Master holds weekly status conferences by telephone with counsel for the Plaintiffs and for the Defendants. These calls continue to serve as productive sessions.

    **B.**    **Report and Recommendation No. 6.**

On May 19, 2008, the Special Master issued his Report and Recommendation No. 6 to the Parties. This Report and Recommendation addressed the issue of the re-deposition by Defendants of Plaintiff Janice Burns, whom Defendants deposed during the Limited Case-Specific Discovery program for the Discovery Pool cases. Defendants requested the right to re-depose Ms. Burns because of information missing from her Plaintiff Fact Sheet and medical records that had not been produced in advance of the deposition. Because Ms. Burns' case has been selected as a member of the Florida Initial Trial Pool, the issue

5

became not whether Defendants could re-depose her, but whether if they did so would count as one of the ten depositions permitted them in an Initial Trial Pool case.

In Report and Recommendation No. 6, the Special Master directed that Defendants may re-depose Ms. Burns on issues not covered in her initial deposition for a period of two hours. A re-deposition conducted within the two-hour limit would not count as one of Defendants' ten depositions in Ms. Burns case for purposes of the Initial Trial Pool. If Defendants exceed the two-hour limit, the deposition will count as one of Defendants' permitted ten depositions in that case.

### C.   CS Administrative Order No. 5 for Initial Trial Pool Cases.

On May 27, 2008, the Special Master filed a Joint Motion for Entry of CS Administrative Order No. 5. This Joint Motion was based upon discussions between the Special Master and counsel for the Parties to design the procedural steps necessary for case-specific discovery in the Initial Trial Pool cases. On May 29, 2008, the Court granted the Joint Motion and entered CS Administrative Order No. 5 (Document No. 1006).

Respectfully submitted,

BROWNGREER PLC

By:   **s/ Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia  23219
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com

6

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.

        **s/ Orran L. Brown**
        Orran L. Brown
        Virginia State Bar No. 25832
        BrownGreer PLC
        115 South 15th Street, Suite 400
        Richmond, Virginia  23219
        Telephone:  (804) 521-7201
        Facsimile:  (804) 521-7299
        Email:  obrown@browngreer.com

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

1

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

2

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

3

4

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |