*Confidential Information*

| SQ300A | Seroquel PMO: Special Master Escrow II Account Summary (As of 6/16/08) | |
|---|---|---|
| | **Description** | **Available Funds** |
| 1. | Deposits | $125,800.00 |
| 2. | Physician Fee Payments | ($101,008.50) |
| 3. | Physician Costs for Medical Records | ($13,676.85) |
| 4. | Federal Express Expenses | ($7,571.17) |
| 5. | Bank Fees | ($0.00) |
| 6. | Ending Balance   (6/16/08) | $3,543.48 |