UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to ALL CASES

JOINT STATUS REPORT, AGENDA, AND
MOTION TO ALLOW ELECTRONIC EQUIPMENT

June 24, 2008 Status Conference

The MDL Plaintiffs and Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca"), by and through their counsel, respectfully submit this Joint Status Report, Agenda, and Motion to Allow Electronic Equipment at the June 24, 2008 Status Conference.

I.   STATUS REPORT

As of June 19, 2008, AstraZeneca was defending approximately 8,581 served or answered Seroquel cases, with a total of 13,014 plaintiff groups, pending in federal and state courts. Approximately 20 additional cases with 20 plaintiff groups have been filed but not yet served on AstraZeneca. The federal/state breakdown of served cases and plaintiffs is as follows:

|  | Number of Cases | Number of Plaintiffs |
|---|---|---|
| **Federal** | 5,833 | 5,839 |
| **State** | 2,748 | 7,175 |

Of the Seroquel cases in federal court, approximately 5,792 are currently in this MDL. An additional 41 cases with 42 plaintiffs have been or will be tagged for transfer to this MDL. Approximately 1,667 MDL cases have been dismissed thus far – 434 by stipulation and 1,233 by motion and Court Order.

## II.   MOTIONS

The following motions are pending before the Court:

A.   Plaintiffs' Motion to Compel AstraZeneca to Produce Documents Improperly Designated as Privileged and Documents for Which Privilege Should Be Deemed Waived and for the Appointment of a Special Master to Review Privilege Logs (Doc. No. 789). AstraZeneca responded to Plaintiffs' Motion (Doc. No. 843). On March 11, 2008, the Court ordered AstraZeneca to file under seal certain documents selected by plaintiffs for *in camera* review (Doc. No. 893), and AstraZeneca did so on March 20 (Doc. Nos. 908, 909). Plaintiffs responded to AstraZeneca's submission on March 26 (Doc No. 916). The Court granted in part Plaintiffs' Motion on May 7, 2008 (Doc. 980), but subsequently held an *in camera* meeting with an AstraZeneca representative on May 19, 2008 regarding the context of certain documents prior to entering a final Order on this Motion.

B.   AstraZeneca's Motion for an Order Directing Plaintiffs to Produce Zyprexa-Related Documents in Their Actual or Constructive Possession (Doc. No. 962). Plaintiffs responded to AstraZeneca's Motion (Doc. No. 985). The Court granted AstraZeneca leave to file a Reply in support of its Motion (Doc. No. 1002), which AstraZeneca filed on May 27 (Doc. No. 1003).

-3-

C.  Plaintiffs' Motion to Compel Reconvening of Deposition of Dr. Michael J. Reinstein and for Related Relief (Doc. No. 1016, 1017). AstraZeneca's Response to Plaintiffs' Motion is due on June 23, 2008.

### III. AGENDA

**A.  Selection of Trial Cases, Scheduling of Trials, and Replenishment of Trial Pool.** The Parties have filed a Joint Statement of Preliminary Issues Relating to the Selection and Scheduling of Trial Cases (Doc. No. 1012), which sets forth a number of issues on which the Parties agree. The Parties respectfully request that the Court implement these suggestions with respect to the Initial Trial Pool. On June 20, the Parties will file simultaneous briefs setting forth their respective positions on (1) selecting cases for trial and (2) replenishment of the Initial Trial Pool.[1] The Parties would like to discuss these issues with the Court.

**B.  AstraZeneca would like to discuss the following issues:**

1.  Choice of law for the Initial Trial Pool cases. The Parties will stipulate that Florida law applies to 26 of the 30 Initial Trial Pool cases. The Parties continue to meet and confer regarding the remaining 4 cases, although it might be necessary to seek guidance from the Court regarding which state's law governs those cases.

2.  Procedure for filing dispositive motions. AstraZeneca would like the Court's guidance on how dispositive motions may be consolidated most efficiently (*i.e.*, by plaintiff or by issue).

---

[1] The Parties expected to file their briefs simultaneously on June 19 but were unable to do so.

  **C.**  **Plaintiffs would like to discuss the following issues:**

    1.  The impacts that unresolved privilege log issues, claims of confidentiality, and other document production issues will have on impending deadlines.

    2.  Issues relating to third-party witness (i.e. "Key Opinion Leaders") depositions, including the ability to have them review and testify regarding "confidential" documents and attempts to limit the scope and time of those depositions.

    3.  The redactions of Geller "Exhibit 49."

## IV. MOTION TO ALLOW ELECTRONIC EQUIPMENT

Counsel for the MDL Plaintiffs and for AstraZeneca, pursuant to Middle District Local Rule 4.11(b), hereby seek Court approval for their use of electronic equipment at the June 24, 2008 Status Conference, and as grounds therefore would show as follows:

  A.  The following plaintiffs' counsel and non-counsel seek to utilize BlackBerry email devices, cell phones without camera capabilities, and laptop computers to facilitate communication with their offices regarding discovery issues and access to their calendars for scheduling purposes during the status conference.

    1.  Paul Pennock (BlackBerry, cell phone);

    2.  Jonathan Sedgh (BlackBerry, cell phone);

    3.  Scott Allen (Blackberry, cell phone);

    4.  Rick Laminack (cell phone);

    5.  Robert Cowan (blackberry);

    6.  Buffy Martines (BlackBerry, cell phone);

    7.  Larry Gornick (BlackBerry, cell phone, laptop computer);

-5-

       8.     Dennis Canty (BlackBerry, cell phone, laptop computer);

       9.     Fletch Trammell (BlackBerry, laptop computer);

      10.    Bryan Aylstock (BlackBerry, cell phone);

      11.    Renee Baggett (cell phone);

      12.    Lori Siler (BlackBerry, cell phone);

      13.    Larry Roth (BlackBerry, cell phone);

      14.    David Matthews (BlackBerry, cell phone);

      15.    Ken Bailey (BlackBerry, cell phone);

      16.    Camp Bailey (BlackBerry, cell phone, laptop computer);

      17.    Glenda Grainger (BlackBerry, cell phone); and

      18.    Brian McCormick (BlackBerry, cell phone, laptop computer).

    B.     The following counsel and non-counsel for AstraZeneca seek to utilize BlackBerry email devices and cell phones without camera capabilities to facilitate the scheduling of subsequent hearings and conferences in the above-captioned matter and to allow counsel to obtain information responsive to issues that may arise during the conference. Counsel for AstraZeneca also seek to utilize PowerPoint® electronic equipment at the hearing.

       1.     Christin Bassett (cell phone, BlackBerry);

       2.     Robert L. Ciotti (cell phone, BlackBerry, laptop computer);

       3.     Chris S. Coutroulis (cell phone, BlackBerry);

       4.     Fred T. Magaziner (cell phone, BlackBerry, laptop computer);

       5.     Stephen J. McConnell (cell phone, BlackBerry, laptop computer);

    6. Robert W. Pass (cell phone, BlackBerry);

    7. Shane T. Prince (cell phone, BlackBerry, laptop computer);

    8. Gary Feinerman (cell phone, BlackBerry, laptop computer);

    9. Marc E. Raven (cell phone, BlackBerry, laptop computer); and

    10. Colleen M. Kenney (cell phone, BlackBerry, laptop computer).

  C. Counsel and non-counsel for the parties represent, pursuant to Middle District Local Rule 4.11(b), that these devices will be switched to "silent activation mode" while in the courtroom.

Respectfully submitted on this the 19th day of June, 2008,

/s/ Paul Pennock
Paul Pennock
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5504
Ppennock@weitzlux.com

Camp Bailey
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7232
cbailey@bpblaw.com

*Co-Lead Counsel for Plaintiffs*

/s/ Fred T. Magaziner
Fred T. Magaziner
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19103
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
fred.magaziner@dechert.com

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

-7-

## CERTIFICATE OF SERVICE

I hereby certify that, on the 19th of June, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that the foregoing document and the notice of electronic filing was served on Plaintiffs' Liaison Counsel in accordance with CMO No. 1.

/s/ Shane T. Prince

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |

-11-

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com | |