## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**
**MDL DOCKET NO. 1769**
_____

**This Document Relates to All Cases**

### ASTRAZENECA'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL THE RECONVENING OF THE DEPOSITION OF DR. MICHAEL J. REINSTEIN AND FOR RELATED RELIEF

Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP ("AstraZeneca") oppose Plaintiffs' Motion to Compel The Reconvening Of The Deposition Of Dr. Michael J. Reinstein and For Related Relief (Doc. No. 1016) ("Motion") and respectfully request that the Court deny the Motion as moot because Dr. Reinstein has agreed to sit for additional questioning and has agreed to keep documents confidential under the Protective Order.  *See* Letter of Scott D. Hammer [Reinstein's counsel ] to David P. Matthews [plaintiffs' counsel], 06/19/08 ("Hammer Letter") (Exhibit A).

### I.    ARGUMENT

Just four months ago, the Court attempted to halt unnecessary confidentiality disputes by its February 21, 2008 Order (Doc. No. 870) ("Order").  That Order characterized needless confidentiality disputes as an "improvident use of scarce judicial resources," denied as premature confidentiality motions occasioned by plaintiffs' challenges untethered to any litigation need, and precluded further confidentiality litigation until confidential documents "are necessary to Plaintiffs' presentation of a motion to compel or a dispositive motion and Plaintiffs seek to file them in the public docket of the Court."  Order at 3-4.  The Court made

clear that plaintiffs should articulate "a compelling reason . . . for court intervention to strip documents of their 'Confidentiality' status."  *Id.* at 4.

Clearly unhappy with the Court's approach (*see* Motion at 5 n.4), plaintiffs apparently have been waiting for an excuse to get this issue back before the Court.  On May 28, 2008, a so-called "key opinion leader" for AstraZeneca, Dr. Michael J. Reinstein, initially declined at his deposition to agree to the provisions of the confidentiality Protective Order (Doc. No. 478), thus precluding plaintiffs from the dubious tactic of putting unrelated internal company documents before a collateral nonparty witness.  Motion at 5.  Plaintiffs seized on that as a pretext to relitigate confidentiality.  They filed a motion not only seeking the review of 42 documents that they claim, without sufficient record, that they were deprived of using with Dr. Reinstein,[1] but also asking for Court intervention on the confidentiality of every deposition transcript and every confidential exhibit to date in this litigation.  Plaintiffs' request would involve the Court's review of hundreds of documents and thus represents precisely the type of "improvident use of scarce judicial resources" without a "compelling reason" that the Court sought to foreclose in its February 21 Order.[2]

---

[1] Plaintiffs present an insufficient record for review, relying on only the blanket assertions that they were "wholly deprived of the opportunity to examine Dr. Reinstein regarding any of the documents that AstraZeneca had previously produced to Plaintiffs, but had designated as 'confidential'" and that they "established on the deposition record that they had been prejudicially denied the chance to examine Dr. Reinstein regarding the exhibits."  Motion at 5-6.  The Motion fails even to describe each document for which they seek review, much less discuss with citations to the Reinstein deposition transcript how they intended to use each document and what testimony they were allegedly prevented prejudicially from obtaining.

[2] Plaintiffs' request could involve up to 20,252 pages of company and nonparty deposition testimony and 1,111 related exhibits.

Determined to ignore the Court's Order and reopen confidentiality, plaintiffs failed to meet and confer meaningfully with AstraZeneca before filing their Motion, and, more importantly, failed to confer *at all* with Dr. Reinstein's counsel (indeed, they failed even to send his counsel their Motion). *See* Hammer Letter at 1. As the Hammer letter demonstrates, had plaintiffs met and conferred properly – or merely contacted Dr. Reinstein's attorney – any dispute could have been resolved easily and amicably without the filing of a motion and involving this Court at all.

The dispute has now been resolved. After receiving plaintiffs' Motion (as a courtesy from AstraZeneca's counsel), Dr. Reinstein's counsel promptly secured his client's agreement to abide by the Protective Order and to sit for additional questions "as soon as possible." *See* Hammer Letter at 1. To further address plaintiffs' concerns in their Motion, AstraZeneca contacted plaintiffs with a proposed Protective Order amendment which provides that, in the rare instance in which a non-party witness declines to abide by the Protective Order, the witness may nevertheless be shown or questioned about the confidential information, provided certain basic protective measures are followed to ensure that the information does not lose its confidential status and that the information is still treated as confidential by the parties. Unfortunately, as of this filing, plaintiffs have failed to respond to that reasonable proposal (Exhibit B), failed to respond to Dr. Reinstein's offer to reconvene the deposition in the Hammer letter (Exhibit A), and failed to respond to AstraZeneca's request for plaintiffs to withdraw their moot motion (Exhibit C).[3]

---

[3] In their Motion, plaintiffs preemptively rejected reasonable steps to resolve any disputes regarding these issues. *See* Motion at 12 n.9.

Given the course of events, plaintiffs are in violation of this Court's February 21 Order, which prohibits litigating confidentiality without a compelling reason.  The Court should reaffirm its Order and deny all of plaintiffs' many requests for relief because no confidentiality issue is ripe for review.

AstraZeneca is committed to meeting and conferring in the face of a true controversy involving confidential documents, and is prepared to defend the confidentiality of its documents, if necessary.  AstraZeneca, however, continues to believe that it is wrong to ask the Court (and the parties) to waste precious time and resources with unnecessary disputes given that plaintiffs have full access to the confidential documents for litigation purposes and plaintiffs can identify no need for removing confidentiality protections at this point in the litigation.  Like plaintiffs' previous confidentiality challenges, the present Motion is entirely unnecessary.

Thus, the Court should deny all of plaintiffs' requests for judicial intervention because each is either moot or not ripe:

- The Court should deny plaintiffs' request for an Order reconvening the Reinstein deposition because Dr. Reinstein has already agreed to sit for additional questioning on confidential documents;

- The Court should deny plaintiffs' request for *in camera* review of 42 confidential documents purportedly to be used at Dr. Reinstein's deposition because Dr. Reinstein has agreed to abide by the Protective Order and to be questioned about confidential documents;

- The Court should deny plaintiffs' facially overbroad request for a 10-day show cause order on every confidential transcript and deposition exhibit because there is absolutely no litigation need for such a procedure, which would contradict the procedures regarding confidentiality established in the Protective Order and undermine the sound principles on which they were based;

- The Court should deny plaintiffs' blanket request to stay the June 30, 2008 discovery deadline because, not only would the request, if granted, derail the current schedule leading toward trial, but a blanket delay is wholly unnecessary to allow one deposition to be completed, to which the deponent has already agreed.[4]

## II.   CONCLUSION

For the foregoing reasons, AstraZeneca respectfully requests that the Court deny plaintiffs' Motion in its entirety.

DATED:  June 23, 2008                   Respectfully submitted,

*/s/ Stephen J. McConnell*
Stephen J. McConnell
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19103
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
stephen.mcconnell@dechert.com

Steven B. Weisburd
DECHERT LLP
300 West 6th Street, Suite 1850
Austin, TX  78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
steven.weisburd@dechert.com

*Counsel for AstraZeneca Pharmaceuticals LP
and AstraZeneca LP*

---

[4] Dr. Reinstein's deposition was not formally closed on May 28, but was simply adjourned *sine die*.  There is no reason why the deposition cannot be completed within the June 30 deadline, but if scheduling so necessitates, the parties will arrange a mutually convenient date.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on June 23, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system through which all participating parties are deemed served.  I further certify that, by using the CM/ECF, the foregoing has been served on Plaintiffs' liaison counsel, who is charged with serving any non-CM/ECF participants on the attached Service List.

*/s/ Gretchen S. Sween*

**SERVICE LIST**

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>***Plaintiffs' Lead Counsel*** | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca***<br>***Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Steven M. Selna, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>steven.selna@dbr.com<br>***Attorneys for Defendants Janssen***<br>***Pharmaceutical Products and Johnson &***<br>***Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP***<br>***and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

| | |
|---|---|
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net |
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |