# EXHIBIT A

# FRATERRIGO, BERANEK, FEIEREISEL & KASBOHM

55 West Monroe Street, Suite 3400
Chicago, Illinois 60603-5081
Phone: (312)782-9255
Fax: (312)782-4537
Firm #34597

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| David Matthews | Scott D. Hammer |
| **COMPANY:** | **DATE:** |
| Matthews & Associates | JUNE 19, 2008 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES, INCLUDING COVER:** |
| 713 535 7184 | 3 |
| **PHONE NUMBER** | **SENDER'S REFERENCE NUMBER:** |
| | |
| **RE:** | **YOUR REFERENCE NUMBER:** |
| In re: Seroquel | |

☐ URGENT  ✔ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

THE INFORMATION IN THIS FACSIMILE IS COVERED BY THE ATTORNEY/CLIENT PRIVILEGE AND AS CONFIDENTIAL INFORMATION, IS INTENDED FOR THE USE OF THE DESIGNATED RECIPIENT. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY THE ABOVE. ANY UNAUTHORIZED DISSEMINATION OF THIS INFORMATION IS PROHIBITED.

LAW OFFICES
# FRATERRIGO, BERANEK, FEIEREISEL & KASBOHM

FREDRICK J. FRATERRIGO (ret)
KURT G. BERANEK
GARY M. FEIEREISEL
FRANCIS P. KASBOHM
SCOTT D. HAMMER
ERIC A. KRUMDICK

55 WEST MONROE STREET
SUITE 3400
CHICAGO, ILLINOIS 60603-5081
TELEPHONE (312) 782-9255
FAX (312) 782-4537

GREGORY J. FRATERRIGO
RENATA A. KOLIN
GREGORY T. HENRY
MICHAEL A. KNOBLOCH
JOSEPH A. PANATERA
ERIC S. HAVENS
MICHELLE G. KUGLER

Writer's email: shammer@fbfk.com

INTERNET HOME PAGE
http://www.fbfk.com

June 19, 2008

**VIA FACSIMILE: 713/535-7184**
Mr. David P. Matthews
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

*In Re: Seroquel Product Liability Litigation*
*Michael J. Reinstein*
*Our File: SH-07167*

Dear Mr. Matthews:

As you may recall, we represent Dr. Michael Reinstein in connection with his deposition relative to the captioned matter. I am aware of your request to resume/reconvene Dr. Reinstein's deposition. Although you did not send me a copy of your motion, I have received a copy from attorneys for AstraZeneca. I am also aware of your request to use confidential documents when the deposition reconvenes.

After receiving a copy of your motion, I conferred with my client, Dr. Reinstein on this matter. At the time of deposition, I did not have a complete opportunity to fully discuss the issue of confidentiality and the Protective Order with my client. I have had an opportunity to discuss this with Dr. Reinstein in the last couple of days. Dr. Reinstein will like to get this deposition completed as soon as possible and give all parties an opportunity to ask their questions in a timely manner.

On behalf of Dr. Reinstein, I could represent to all parties that he will respect the confidentiality of the documents in question in accordance with the Protective Order. Although he would rather not sign the Protective Order, I can represent that he will maintain the confidentiality of the documents. According to the Protective Order in question, paragraph (9)(C), Dr. Reinstein will "affirm on the record in the deposition" that he "understands that the document and information contained therein are confidential and understands that he is prohibited from sharing or discussing that document or information contained therein with anyone outside the deposition."

LAW OFFICES
# Fraterrigo, Beranek, Feiereisel & Kasbohm

Page 2
June 19, 2008

    I discussed this issue with attorneys from AstraZeneca and they are agreeable to the above. We would like to schedule the completion of Dr. Reinstein's deposition at a mutually convenient time and place.

    We appreciate the fact that the first deposition was scheduled to go six hours and based upon the deposition starting 30 minutes late, due to the plaintiff attorney arriving late, and the fact that Dr. Reinstein had to leave to do clinical hours, we could agree to re-produce him for a two hour time period. The first portion of his deposition went 4 ½ hours. With this additional time period, we think 2 more hours will be adequate time to complete his deposition as it was originally scheduled to proceed for six hours total.

    Please contact me upon receipt of this letter to discuss this matter in greater detail. Dr. Reinstein is available on Tuesday mornings for his deposition and perhaps all parties could look at their schedules and come up with a mutually convenient time and date and we would like to start at 8:30 a.m.

    Thank you for your courtesy, attention and cooperation.

Very truly yours,

**FRATERRIGO, BERANEK,
FEIEREISEL & KASBOHM**

*Scott Hammer /cs*

Scott D. Hammer

SDH/cs
Enclosures
W:\Cases\07167sdh.Doe v Reinstein\letters\0528_Matthews.doc

cc:   Eugene A. Schoon
      Sidley Austin, LLP
      **VIA FACSIMILE: (312) 853-7036**