UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLERK'S MINUTES
**MDL Hearing**
**Status Conference**

**Case Number: 6:06-md-1769-Orl-22DAB**

| | | | |
|---|---|---|---|
| In Re: Seroquel Products Liability Litigation | **Plaintiff's Counsel:** | | Scott Allen<br>F. Kenneth Bailey Jr.<br>Fletch Trammell<br>Larry Roth<br>Paul Pennock<br>Camp Bailey |
| 3rd Parties: Brian J. McCormick | **Defense Counsel:** | | Steve McConnell<br>Shane Prince<br>Fred Magaziner<br>Chris Coutroulis<br>Robert Pass |
| Special Master: Craig Ball by phone. | **Counsel appearing by phone:** | | Orran Brown,<br>Randall Wexler<br>Jonathan Sedgh<br>Marc Raven<br>David Dickens<br>Kristofor Henning<br>Gary Feinerman<br>Colleen Kenney<br>Dennis Canty |

| Magistrate Judge | **David A. Baker** | Court Reporter: | Bill Jones, Contract Reporter |
|---|---|---|---|
| Courtroom Clerk: | N. L. Leiter | Interpreter: | |
| Date: | June 24, 2008 | Time: | 2:00 pm to 4:00 pm. |

| | |
|---|---|
| 2:00 pm | Court convened.<br>Appearances. |
| 2:04 pm | Orran Brown re: the May 19th report and recommendation. |
| 2:06 pm | Court on the <u>issue of selecting cases for trial</u><br>Court states first case to begin trial Feb. 2009 before Judge Conway.<br>Court inquires as to the <u>status on production of documents</u>.<br>Court inquires as to the <u>status of the redaction issue</u>. |

|  |  |
|---|---|
|  | Court inquires as to the recovery of the GEL data base information. |
|  | Court takes up Plaintiff's Motion to Compel, at doc. no. 1016. |
|  | Court hears the issues concerning Florida law. |
|  | Court as to the handling of motions. |
|  | Court touches on docket no. 1027, Motion to amend/correct protective order. |
|  | Court hears the issue of KOL depositions. |
|  | Court hears the issue of upcoming discovery deadline of June 30, 2008. |
|  | Court hears the issue of confidentialty. |
|  | Court inquires as to the newly filed defense motion to quash at docket number 1028. Plaintiff will be filing response to motion 1028. |
| 3:54 pm | Court asks when counsel wishes to meet again. |
|  | Court sets the next status conference for the afternoon of **Tuesday, July 29, 2008, at 2:00 pm.** Separate notice to issue. |
| 4:00 pm | Adjourned. |