# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No.  6:06-md-1769-Orl-22DAB

_____/

# NOTICE OF HEARING

**TAKE NOTICE** that a status conference will be held before the undersigned on **TUESDAY,**

**JULY 29, 2008** at **2:00 P.M.** in Courtroom #6D, George C. Young United States Courthouse Annex,

401 W. Central Blvd., Orlando, Florida.

Counsel and any party to this case wishing to participate in the status conference by telephone

conference call MUST call the offices of PLAINTIFFS' LIAISON COUNSEL, Larry Roth,  to make

advance arrangements at least two business days prior to the hearing and Liaison Counsel's office will

communicate the list of participants to Chambers at least two hours prior to the hearing.

**DONE** and **ORDERED** in Orlando, Florida on June 25, 2008.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record


**PLEASE NOTE**:  **Photo identification** is required to enter the United States Courthouse.
Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless
otherwise allowed pursuant to order of the Court.