# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

**Case No. 6:06-md-1769-Orl-22DAB**

_____/

## ORDER

This cause came on for consideration with oral argument[1] on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' MOTION TO COMPEL RECONVENING OF DEPOSITION OF DR. MICHAEL J. REINSTEIN AND FOR RELATED RELIEF (Doc. No. 1016)** |
| **FILED:** | June 12, 2008 |

**THEREON** it is **ORDERED** that as to Dr. Reinstein's issues with the confidentiality order, those issues raised in the Motion are **DENIED as moot,** as to reconvening the deposition, the Motion is **GRANTED** in part and Plaintiffs will be allowed five hours to re-depose Dr. Reinstein.

| | |
|---|---|
| **MOTION:** | **MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO DOC. NO. 1016 (Doc. No. 1017)** |
| **FILED:** | June 12, 2008 |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

| | |
|---|---|
| **MOTION:** | **MOTION TO AMEND/CORRECT PROTECTIVE ORDER (Doc. No. 1027)** |
| **FILED:** | June 23, 2008 |

**THEREON** it is **ORDERED** that the motion is **GRANTED** as unopposed, as discussed at the hearing.

---

[1] Argument was heard on June 24, 2008 at the status conference.

Pursuant to the discussion of other issues raised at the status conference, the following deadlines are established:

1. If a party contends that a choice of law other than Florida is applicable to a particular case in the Florida Trial Pool, the party will file a brief in support of that argument by July 25, 2008.

2. Plaintiffs are **ORDERED** to file a response (if any) to AstraZeneca's Motion to Quash Plaintiffs' Untimely Rule 30(b)(6) Deposition Notice by July 7, 2008.

3. AstraZeneca is **ORDERED** to produce to Plaintiffs the metadata associated with redactions on the produced documents identifying the basis for the redaction.

**DONE** and **ORDERED** in Orlando, Florida on June 25, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record