**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation.**

Case No. **6:06-md-1769-Orl-22DAB**

_____/

**ORDER**

This cause came on for consideration the documents AstraZeneca that Plaintiffs "lodged" on June 23, 2008 (Doc. No. 1025) in support of their brief on the issue of Preservation of the Intermediate Data in the GEL Database. *See* Doc. No. 952. The Clerk is **DIRECTED** to file the "lodged" documents under seal.

**DONE** and **ORDERED** in Orlando, Florida on June 30, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record