# EXHIBIT 1

# EXHIBIT 1

## LIST OF SUBSTANTIALLY DEFICIENT PLAINTIFFS

|   | Plaintiff Last Name | Plaintiff First Name | Severed Case No. | Deficiency Summary |
|---|---|---|---|---|
| 1 | Angelle | Charetta | 6:07-cv-01033 | PFS, Verification, & Records Authorization Not Served |
| 2 | Baker | Corey | 6:07-cv-16779 | PFS, Verification, & Records Authorization Not Served |
| 3 | Becker | Fredric C. | 6:06-cv-01022 | PFS, Verification, & Records Authorization Not Served |
| 4 | Bedoy | Yolanda | 6:07-cv-00516 | Verification & Records Authorization Not Served |
| 5 | Broughton | Clarence | 6:07-cv-00514 | Verification & Records Authorization Not Served |
| 6 | Bryant | Robert | 6:07-cv-16787 | PFS, Verification, & Records Authorization Not Served |
| 7 | Carriveau | Earl Francis | 6:07-cv-00661 | PFS, Verification, & Records Authorization Not Served |
| 8 | Cox | Loretta | 6:07-cv-16781 | PFS, Verification, & Records Authorization Not Served |
| 9 | Greene | Wanda | 6:07-cv-16780 | PFS, Verification, & Records Authorization Not Served |
| 10 | Kaucnik | Karyn | 6:06-cv-01143 | Verification & Records Authorization Not Served |
| 11 | Lance | Shirley | 6:07-cv-10041 | PFS, Verification, & Records Authorization Not Served |
| 12 | LeClair | Rachel | 6:08-cv-16797 | PFS, Verification, & Records Authorization Not Served |
| 13 | Moore | Sheila | 6:08-cv-16796 | PFS, Verification, & Records Authorization Not Served |

| 14 | Porter | Larry | 6:07-cv-12773 | PFS Not Served |
|----|--------|-------|---------------|----------------|
| 15 | Rice | Carolyn | 6:07-cv-02048 | PFS, Verification, & Records Authorization Not Served |
| 16 | Robichaux | Billy | 6:07-cv-01917 | PFS, Verification, & Records Authorization Not Served |
| 17 | Sansbury | Patrice, on behalf of Catherine Jones, an incapacitated adult | 6:07-cv-16527 | Verification & Records Authorization Not Served |
| 18 | Stone | Steve | 6:07-cv-16771 | PFS, Verification, & Records Authorization Not Served |
| 19 | Williams | Dawn | 6:07-cv-16782 | PFS, Verification, & Records Authorization Not Served |
| 20 | Wilson | Michael | 6:07-cv-16783 | PFS, Verification, & Records Authorization Not Served |