# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation.

Case No.  6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause came on for consideration with oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **ASTRAZENECA'S EMERGENCY MOTION TO QUASH PLAINTIFFS' UNTIMELY RULE 30(B)(6) DEPOSITION NOTICE (Doc. No. 1028)** |
| **FILED:** | **June 24, 2008** |

**THEREON** it is **ORDERED** that the Motion is **DENIED as moot**. *See* Doc. No. 1040 at 2 ("Plaintiffs therefore retract their pending Notice").

**DONE** and **ORDERED** in Orlando, Florida on July 10, 2008.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record