**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation**

                                      Case No.  6:06-md-1769-Orl-22DAB

_____

**ORDER**

This cause comes before the Court for consideration of the parties' Joint Motion Regarding the Selection of Cases for Trial (Doc. 1036), filed June 30, 2008, in which the parties urged the Court to adopt their proposal for selection of Florida cases for trial next year. After reviewing the proposal, it is **ORDERED** as follows:

1. The Joint Motion Regarding the Selection of Cases for Trial (Doc. 1036) is **DENIED**. The selection of Florida cases for trial will proceed as outlined in the following paragraphs.

2. The following twelve cases, as already designated and ranked by counsel for plaintiffs and defendants, shall constitute Group One:

|    | **Plaintiffs' Selections** | **Defendants' Selections** |
|----|-----------------------------|-----------------------------|
| 1. | Linda Guinn, 6:07-cv-10291 | Sandra Carter, 6:07-cv-13234 |
| 2. | Janice Burns, 6:07-cv-15959 | Clemmie Middleton, 6:07-cv-10949 |
| 3. | Richard Unger, 6:07-cv-15812 | Hope Lorditch, 6:07-cv-12657 |
| 4. | Connie Curley, 6:07-cv-15701 | David Haller, 6:07-cv-15733 |
| 5. | Linda Whittington, 6:07-cv-10475 | Charles Ray, 6:07-cv-11102 |
| 6. | Eileen McAlexander, 6:07-cv-10360 | William Sarmiento, 6:07-cv-10425 |

3. Counsel for plaintiffs and defendants shall, no later than August 15, 2008, select and rank twelve additional cases (six cases each) from the Initial Trial Pool to be included in Group Two.

4. Trials shall alternate between cases selected by plaintiffs and cases selected by defendants. Plaintiffs' highest-ranked case shall be tried first; defendants' highest-ranked case shall be tried second; plaintiffs' second highest-ranked case shall be tried third; defendants' second highest-ranked case shall be tried fourth; and so on.

5. If a case is voluntarily or involuntarily dismissed prior to trial, or resolved by summary judgment or otherwise, it shall be replaced on the trial schedule with the party's next highest-ranked case. For example, if plaintiffs' no. 1-ranked case is dismissed, plaintiffs' no. 2 ranked case shall be tried in its place. If all of the cases that defendants have selected for Group One are dismissed or otherwise resolved, the second trial shall be of defendants' highest-ranked case from Group Two.

6. All deadlines set forth in CMO No. 5 with regard to identification of experts, expert reports, expert depositions, *Daubert* motions, and dispositive motions shall apply to the Group One cases.

7. The deadlines for Group Two cases shall be as follows:

| | |
|---|---|
| **September 15, 2008** | Plaintiffs' identification and reports of all general and case-specific experts expected to testify at trial. |
| **October 10, 2008** | Defendants' identification and reports of all general and case-specific experts expected to testify at trial. |
| **October 15 - November 15, 2008** | Depositions of experts |

| | |
|---|---|
| **December 15, 2008** | *Daubert* motions |
| **January 15, 2009** | Responses to *Daubert* motions |
| **December 15, 2008** | Dispositive motions |
| **January 15, 2009** | Responses to dispositive motions |

8. The Court shall establish by later Order(s) deadlines for the parties to rank the cases in the Initial Trial Pool that are not included in Groups One and Two, and deadlines for the identification of experts, expert reports, expert depositions, *Daubert* motions, and dispositive motions in those cases.

9. No general expert may be deposed a second time unless the party requesting the second deposition demonstrates why such deposition is necessary.

10. This Order does not rescind CMO No. 5 but supplements it only as specifically set forth herein.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 14, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge