# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

**Case No. 6:06-md-1769-Orl-22DAB**

**This document relates to:**

**Charetta Angelle v. AstraZeneca Pharms. LP, et al.**
**MDL Case No. 6:07-cv-1033-ACC-DAB**

**Corey Baker v. AstraZeneca Pharms. LP, et al.**
**MDL Case No. 6:07-cv-16779-ACC-DAB**

**Robert A. Bryant v. AstraZeneca Pharms. LP**
**MDL Case No. 6:07-cv-16787-ACC-DAB**

**Earl Francis Carriveau v. AstraZeneca LP**
**MDL Case No. 6:07-cv-661-ACC-DAB**

**Loretta Cox v. AstraZeneca Pharms. LP, et al.**
**MDL Case No. 6:07-cv-16781-ACC-DAB**

**Wanda Greene v. AstraZeneca Pharms. LP, et al.**
**MDL Case No. 6:07-cv-16780-ACC-DAB**

**Shirley Lance v. AstraZeneca Pharms. LP, et al.**
**MDL Case No. 6:07-cv-10041-ACC-DAB**

**Rachel Leclair v. AstraZeneca Pharms. LP**
**MDL Case No. 6:08-cv-16797-ACC-DAB**

**Sheila Moore v. AstraZeneca Pharms. LP**
**MDL Case No. 6:08-cv-16796-ACC-DAB**

**Larry Porter v. AstraZeneca LP, et al.**
**MDL Case No. 6:07-cv-12773-ACC-DAB**


**Carolyn Rice v. AstraZeneca Pharms. LP and AstraZeneca LP**

**MDL Case No. 6:07-cv-2048-ACC-DAB**

**Billy Robichaux v. AstraZeneca LP, et al.**
**MDL Case No. 6:07-cv-1917-ACC-DAB**

**Steve Stone v. AstraZeneca Pharms. LP, et al.**
**MDL Case No. 6:07-cv-16771-ACC-DAB**

**Dawn Williams v. AstraZeneca Pharms. LP, et al.**
**MDL Case No. 6:07-cv-16782-ACC-DAB**

**Michael Wilson v. AstraZeneca Pharms. LP, et al.**
**MDL Case No. 6:07-cv-16783-ACC-DAB**

_____

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion for Leave to Move to Dismiss Cases of Plaintiffs Who Failed to Serve Substantially Complete Plaintiff Fact Sheets (Doc. 1005), filed May 28, 2008, to which Plaintiffs responded (Doc. 1013). The Court initially reserved ruling on the motion until the parties had fulfilled some additional requirements. *See* Doc. 1018. Having reviewed the parties' responses to that order, it is now **ORDERED** that AstraZeneca's Motion for Leave to Move to Dismiss Cases of Plaintiffs Who Failed to Serve Substantially Complete Plaintiff Fact Sheets (Doc. 1005) is **GRANTED** in part and **DENIED** in part. The motion is **GRANTED** insofar as AstraZeneca is permitted to move to dismiss the fifteen above-named plaintiffs' cases, to the extent these plaintiffs have not yet cured Plaintiff Fact Sheet or medical records authorization deficiencies. The motion is **DENIED** as to the remainder of the 64 cases identified by AstraZeneca in its original motion.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 11, 2008.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party