Inasmuch as no objection is pending at this time, the stay is lifted.

JUL -9 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 23 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION         MDL No. 1769

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-63)**

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 544 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUL -9 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**          MDL No. 1769

## SCHEDULE CTO-63 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 2 08-3239 | Leonard Collier v. AstraZeneca Pharmaceuticals, LP, et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 08-2493 | Alice Gevarter v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 08-2722 | Carol Yates v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 08-2723 | Richard Mora v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 08-2724 | Deborah Owens v. AstraZeneca Pharmaceuticals, LP, et al. |
| **INDIANA SOUTHERN** | |
| INS 2 08-204 | Shelley L. Badger v. AstraZeneca Pharmaceuticals, LP, et al. |
| **KENTUCKY WESTERN** | |
| KYW 4 08-68 | Mendy Jones v. AstraZeneca Pharmaceuticals, LP, et al. |
| KYW 4 08-69 | Trent Burden v. AstraZeneca Pharmaceuticals, LP, et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 08-3597 | Arthur Cole v. AstraZeneca Pharmaceuticals, LP, et al. |
| **LOUISIANA MIDDLE** | |
| LAM 3 08-328 | Cora Hurst v. AstraZeneca Pharmaceuticals, LP, et al. |
| **MARYLAND** | |
| MD 1 08-1382 | Thomas Moore v. AstraZeneca Pharmaceuticals, LP, et al. |
| MD 8 08-1383 | Arnita Cole v. AstraZeneca Pharmaceuticals, LP, et al. |
| **MINNESOTA** | |
| MN 0 08-1476 | Jerry Griggs v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 08-1529 | Lizzie Bailey v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 08-1546 | Joycelyn Abbey v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 08-1548 | James Sharp v. AstraZeneca Pharmaceuticals, LP, et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 2 08-121 | Tony E. Holloway v. AstraZeneca Pharmaceuticals, LP, et al. |
| MSS 3 08-342 | William Freemyer v. AstraZeneca Pharmaceuticals, LP, et al. |
| MSS 4 08-54 | Helen Pickens v. AstraZeneca Pharmaceuticals, LP, et al. |

**MDL No. 1769 - Schedule CTO-63 Tag-Along Actions (Continued)**  Page 2 of 2

**DIST. DIV. C.A. #**      **CASE CAPTION**

TENNESSEE MIDDLE
- TNM 2 08-48    Ronnie Franklin v. AstraZeneca Pharmaceuticals, LP, et al.
- TNM 2 08-49    Thomasina Young v. AstraZeneca Pharmaceuticals, LP, et al.
- TNM 3 08-540   Trudy Adcock v. AstraZeneca Pharmaceuticals, LP, et al.
- TNM 3 08-541   Patricia Hall v. AstraZeneca Pharmaceuticals, LP, et al.
- TNM 3 08-542   Michael McInturff v. AstraZeneca Pharmaceuticals, LP, et al.
- TNM 3 08-543   Lisa Sanders v. AstraZeneca Pharmaceuticals, LP, et al.
- TNM 3 08-544   Terry Gallina v. AstraZeneca Pharmaceuticals, LP, et al.

TENNESSEE WESTERN
- TNW 2 08-2332  Lyman Hudson v. AstraZeneca Pharmaceuticals, LP, et al.
- TNW 2 08-2353  Rodney Childress v. AstraZeneca Pharmaceuticals, LP, et al.