UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

_____

This Document Relates to ALL CASES
_____

REPORT OF THE SPECIAL MASTER AND PROJECT MANAGEMENT OFFICE FOR CASE-SPECIFIC DISCOVERY

REPORT NUMBER: 11

DATE: JULY 15, 2008

**CONTENTS**

**PAGE**

I. INTRODUCTION ..................................................................................................1

II. GENERAL REPORT ............................................................................................1

    A. Special Master Escrow Account Information .......................................1

    B. Case-Specific Discovery Program for Pre-December 2007 Case Designations ...............................................................................3

    C. Actions by the PMO Relating to the Florida Discovery Pool ...............3

III. INITIAL TRIAL POOL CASES .......................................................................3

    A. Designation of Cases for the Initial Pool ..............................................3

    B. Initial Trial Pool Physician Depositions After July 31, 2008 ...............4

## I.  INTRODUCTION

At the Status Conference on August 22, 2007, the Court directed the Special Master to submit a monthly report to the Court by the 15th of each month summarizing the activities of the Special Master and the Project Management Office.  The Special Master filed Report No. 1 on September 14, 2007; Report No. 2 on October 15, 2007; Report No. 3 on November 13, 2007; a Supplemental Report on November 19, 2007; Report No. 4 on December 14, 2007; a Supplement Report on December 18, 2007, Report No. 5 on January 15, 2008, Report No. 6 on February 15, 2008; Report No. 7 on March 14, 2008, Report No. 8 on April 15, 2008; Report No. 9 on May 15, 2008; and Report No. 10 on June 16, 2008.  The Special Master presents this Report No. 11 to update the Court and the Parties on events and progress since the previous Report.

## II.  GENERAL REPORT

A.  **Special Master Escrow Account Information.**

The Special Master Escrow Account Summary Report (SQ300, attached as Exhibit 1) reflects that as of July 14, 2008, a total of $349,800 has been deposited into the original Special Master Escrow account since inception.  From that amount: $131,434 has been paid to compensate physicians deponents for deposition time; $18,431 has been paid to reimburse physicians for the cost of copying their Medical Records; $15,220 has been paid in shipping charges incurred by physicians in sending records to the PMO and/or by the PMO to send copy sets to the Parties; and $315 has been paid for bank fees.  Additionally, $175,800 was transferred to the "Seroquel Special Master Escrow II" account to be used for the payment

depositions in Florida (as further described in the paragraph below). The balance as of July 14, 2008, in the original Special Master Escrow account is $8,601.

Before January 11, 2008, in accordance with the agreement of the Parties, all requests by the Special Master for funds to be deposited into the Special Master Escrow account were divided on a 60/40 basis between the Defendants and Plaintiffs. On January 11, 2008, the parties agreed that all expenses associated with the depositions to be scheduled in Florida will be apportioned on a 50/50 basis, while any remaining non-Florida depositions will still follow the 60/40 split. To pay and track those expenses associated with the Florida depositions, the PMO opened a second Special Master account called "Seroquel Special Master Escrow II." The Special Master Escrow II Account Summary Report (SQ300A, attached as Exhibit 2) reflects that as of July 14, 2008, $175,800 has been transferred into this account from the original Special Master Escrow Account. From that amount: $117,564 has been paid to compensate physicians for deposition time; and $16,435 has been paid to reimburse physicians for the cost of copying their Medical Records; $8,257 has been paid in shipping charges incurred by physicians in sending records to the PMO and/or by the PMO to send copy sets to the Parties. The balance as of July 14, 2008, in the Special Master Escrow II account is $32,344.

The Special Master Escrow Account Physician Payment Details Reports (SQ301 and SQ301A) are available on-line at https://www.browngreer.com/seroquel. They provide details of each payment made to each physician, the reason for the payment, and the case to which the payment is related.

     **B.**    **Case-Specific Discovery Program for Pre-December 2007 Case Designations.**

The PMO has continued to work with the Parties to conclude the case-specific discovery program for cases designated for discovery before December, 2007, though this area is of lower priority than the Initial Trial Pool cases and does not divert any resources or energies from the full case-specific discovery program in those cases. The report attached as Exhibit 3 (SQ108) reflects the status of that effort. The PMO is not working to schedule the remaining 40 depositions for Pre-December 2007 cases, pending direction from the Parties.

     **C.**    **Actions by the PMO Relating to the Florida Discovery Pool.**

The PMO concluded its scheduling of the depositions of prescribing and treating physicians in the Florida Discovery Pool cases on May 30, 2008. The report attached as Exhibit 4 (SQ105) describes the work of the PMO in scheduling physician depositions for the Florida Discovery Pool.

**III. INITIAL TRIAL POOL CASES**

     **A.**    **Designation of Cases for the Initial Pool.**

On April 16, 2008, the Court entered an Order (Document No. 943), granting the request by the Special Master and the Parties for additional time through May 31, 2008, to conclude the limited case-specific discovery program in the Discovery Pool cases. On April 22, 2008, the Court entered an Order (Document No. 957), granting the request by the Parties and the Special Master to adjust the schedule for designation of cases for the Initial Trial Pool to accommodate the extension for the conclusion of limited case-specific discovery. Pursuant to that Order, on April 22, 2008, Plaintiffs designated five cases for the Initial Trial Pool, and on April 25, 2008, Defendants designated five cases for the Initial Trial

Pool. On May 13, 2008, Plaintiffs designated an additional five cases for the Initial Trial Pool. Defendants designated another five cases on May 14, 2008. On May 29, 2008, Plaintiffs designated an additional five cases for the Initial Trial Pool. Defendants designated another five cases on May 30, 2008. As of May 30, 2008, all 30 cases had been selected for the Initial Trial Pool.

The PMO commenced scheduling of physician depositions on May 15, 2008, in these Initial Trial Pool cases. The report attached as Exhibit 5 (SQ106) describes the progress of the PMO to date in scheduling physician depositions for the Florida Initial Trial Pool.

**B.     Initial Trial Pool Physician Depositions After July 31, 2008.**

Paragraph H of CMO No.5 requires that the full case-specific discovery in the 30 Initial Trial Pool cases be completed by July 31, 2008. Because of events we cannot control, we will not be able to conduct the depositions of all the prescribing and treating physicians in these cases by that deadline. The Parties, the PMO and the Special Master have been working diligently to set and hold all these depositions, along with those of the plaintiffs, sales representatives and other witnesses in the cases, and will continue to do so to conduct this discovery as rapidly as possible. The additional time needed for physician depositions beyond July 31. 2008, will not interfere with proceeding with the trials in the cases set for trial.

The PMO began its scheduling efforts for these cases in May, 2008, after the Parties designated the first ten cases for the Initial Trial Pool. All the cases were designated by May 30, 2008. A total of 158 physicians have been designated by the Parties for deposition in these cases. Table 1 shows the progress made in setting those depositions:

4

| Table 1 | Status of Physician Depositions Scheduling for Florida Initial Trial Pool As of 7/14/08 | |
|---|---|---|
| Row | Status | Number of Depositions |
| 1. | Scheduled | 66 |
| 2. | Currently Unable to Schedule | 18 |
| 3. | Not Yet Scheduled | 74 |
| 4. | Grand Total | 158 |

The PMO is working daily on all 74 of the unscheduled physician depositions. When we contact a physician's office to arrange a deposition, we ask for the first available date. We send each physician copies of CS Administrative Order No. 4 and the Order entered by the Court on September 19, 2007 (Document No. 483) to impress upon these witnesses their duty to cooperate and to provide copies of medical records. The contacts are all by telephone, facsimile, or email, as we do not wait on the mail to reach the physicians and their scheduling staff. Though we ask each physician whose immediate schedules are full to sit for a deposition in the evenings or on weekends, we have had little success in convincing these doctors to make those times available to us. Nearly all of these physicians have full-time practices and thus have patient schedules booked far in advance. In every instance we have to overcome the inherent reluctance of a doctor and his or her staff to become involved in litigation, which slows the scheduling process. We regularly encounter other obstacles to scheduling. Often a doctor has left the practice group or facility or has retired, and as a result cannot be found at the last address known to the Parties. Certain of these physicians work for the Department of Veterans Affairs and refuse depositions until we convince an Assistant United States Attorney that the deposition is needed in the interest of justice under 38 C.F.R.

§ 14.804. The potential for deposition of up to seven hours (though the Parties are not requesting that full time for all these depositions) means that the physicians have to block out more than half a day, which is more difficult to find open on their schedules. Many physicians reserve one day a month for depositions and refuse to set another one if that day is already full with depositions in other matters. Some physicians await our contact with their individual counsel before they will agree to produce records or schedule a deposition date. Many physicians have issues over the hourly fees allowed or demand payment in advance, and decline to set a date until a payment is made or we convince them to await payment. Other physicians who rendered care to a plaintiff but do not remember the plaintiff as a patient insist upon looking at their records to confirm a treatment history before scheduling, or require us to send them copies of their own records, obtained by the Parties in prior discovery, before they will consent to a deposition. Some physicians and their staff simply refuse to talk with us at all.

The Parties and the PMO have developed many processes to overcome or work around these obstacles, but they all require adjustments and time. We use the Fed.R.Civ.P. 45 subpoena power in every instance and immediately prepare and send each physician a subpoena for all depositions, in some cases picking our own dates where the doctor has not provided one. Plaintiffs and Defendants have been energetic and cooperative in addressing all these process problems, agreeing willingly to the physician schedules and their other demands in the effort to get the depositions set and concluded. These accommodations to the physicians often create additional cost for the Parties and added travel and time hardship to the lawyers who are taking these depositions.

6

For one or often more of the impediments described above, we now have the physicians shown in Table 2 who cannot give us deposition dates in July:

| Table 2 | PHYSICIAN DEPOSITIONS SET AFTER JULY 31, 2008 | | |
|---|---|---|---|
| Row | Physician Name | Case Name | Deposition Date |
| 1. | Grana, Erick | Batalla, Tomasa A. | 8/2 |
| 2. | Green, Kenneth | Burns, Janice | 8/4 |
| 3. | Green, Kenneth | Burns, Janice | 8/4 |
| 4. | Mello, Sherri | McDaniel, Kimberly | 8/4 |
| 5. | Rasul, Iftikhar | Sarmiento, William | 8/5 |
| 6. | Philippe, Elizabeth J. | Miqueli, Barbara | 8/7 |
| 7. | Elzawahry, Kamel | Burns, Janice | 8/10 |
| 8. | Elzawahry, Kamel | Burns, Janice | 8/10 |
| 9. | Duque, Dorta | Cuyler, Dorian | 8/21 |
| 10. | Bacha, Mouna | Haller, David D. | 8/21 |

We have set the depositions on the dates shown for fear of losing those opportunities as well if we did not act quickly to seize upon them. Because they are after July 31, 2008, we need the Court's permission to proceed with them. The practical reality is that still others of the 74 Unscheduled physicians in Table 1 will also require additional time to depose. In addition to those physicians, the Parties have to conclude the depositions of all plaintiffs and other witnesses. The Parties have agreed that they are to proceed with any of this discovery concurrently with the schedule of cases set for trial. Plaintiffs, Defendants and the Special Master appreciate the importance of concluding this case-specific discovery as quickly as possible, as well as accomplishing the matters controlled by other deadlines set by the Court for pre-trial matters in the Initial Trial Pool cases. For example, the availability of the information gathered in case-specific discovery is essential to the preparation and submission of the reports of expert witnesses under Paragraph C of CMO 5.

The Parties and the PMO are pressing to keep this discovery on schedule, but despite their diligent efforts will not have all these physicians deposed by July 31, 2008.  As a result, the Parties and the Special Master request the opportunity to meet with the Court, at the Court's earliest convenience, to seek the Court's guidance on the discovery completion deadline and certain other deadlines affecting the pre-trial process in the Initial Trial Pool cases.

        Respectfully submitted,

        BROWNGREER PLC

By:    **s/ Orran L. Brown**
        Orran L. Brown
        Virginia State Bar No. 25832
        BrownGreer PLC
        115 South 15th Street, Suite 400
        Richmond, Virginia  23219
        Telephone:  (804) 521-7201
        Facsimile:  (804) 521-7299
        Email:  obrown@browngreer.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.

                                        **s/ Orran L. Brown**
                                        Orran L. Brown
                                        Virginia State Bar No. 25832
                                        BrownGreer PLC
                                        115 South 15th Street, Suite 400
                                        Richmond, Virginia  23219
                                        Telephone:  (804) 521-7201
                                        Facsimile:  (804) 521-7299
                                        Email:  obrown@browngreer.com

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

2

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |