*Confidential Information*

| SQ300 | Seroquel PMO:<br>Special Master Escrow Account Summary<br>(As of 7/14/08) | |
|---|---|---|
| | **Description** | **Available Funds** |
| 1. | Deposits | $349,800.00 |
| 2. | Physician Fee Payments | ($131,433.80) |
| 3. | Physician Costs for Medical Records | ($18,430.54) |
| 4. | Federal Express Expenses | ($15,220.05) |
| 5. | Bank Fees | ($314.99) |
| 6. | Special Master Escrow II Account Transfers | ($175,800.00) |
| 7. | Ending Balance   (7/14/08) | $8,600.62 |