*Confidential Information*

| SQ300A | Seroquel PMO:<br>Special Master Escrow II Account Summary<br>(As of 7/14/08) | |
|---|---|---|
| | **Description** | **Available Funds** |
| 1. | **Deposits** | $175,800.00 |
| 2. | **Physician Fee Payments** | ($117,563.50) |
| 3. | **Physician Costs for Medical Records** | ($16,435.04) |
| 4. | **Federal Express Expenses** | ($8,256.99) |
| 5. | **Bank Fees** | $0.00 |
| 6. | **Ending Balance   (7/14/08)** | **$33,544.47** |