*Confidential Information*

| SQ106 | Seroquel PMO: Physician Depositions Scheduling Report for Florida Initial Trial Pool (As of 7/14/08) | | |
|---|---|---|---|
| | **Status** | **Status Detail** | |
| 1. | Scheduled/ Concluded | Scheduled by Parties | 0 |
| 2. | | Scheduled/Rescheduled | 6 |
| 3. | | **Scheduled/Concluded Total** | **6** |
| 4. | Scheduled/ Pending | Scheduled/Rescheduled | 60 |
| 5. | | **Scheduled/Pending Total** | **60** |
| 6. | Currently Unable to Schedule | Hold Scheduling Efforts for Directions from Parties | 1 |
| 7. | | Unable to Locate Physician | 16 |
| 8. | | Physician Deceased | 1 |
| 9. | | **Currently Unable to Schedule Total** | **18** |
| 10. | Not Yet Scheduled | 48-Hour Packet Sent | 1 |
| 11. | | Contact Made/Awaiting Date from Physician | 34 |
| 12. | | Fees/Other Questions Delaying Scheduling | 12 |
| 13. | | Designation Received by PMO | 15 |
| 14. | | Messages Left for Return Call | 12 |
| 15. | | **Not Yet Scheduled Total** | **74** |
| 16. | | **Grand Total** | **158** |