**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

**MDL DOCKET NO. 1769**

**This Document Relates to ALL CASES**

---

**JOINT STATUS REPORT, AGENDA, AND**
**MOTION TO ALLOW ELECTRONIC EQUIPMENT**

**July 29, 2008 Status Conference**

The MDL Plaintiffs and Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca"), by and through their counsel, respectfully submit this Joint Status Report, Agenda, and Motion to Allow Electronic Equipment at the July 29, 2008 Status Conference.

## I. STATUS REPORT

As of July 23, 2008, AstraZeneca was defending approximately 8,696 served or answered Seroquel cases, with a total of 13,178 plaintiff groups, pending in federal and state courts. Approximately 30 additional cases with 30 plaintiff groups have been filed but not yet served on AstraZeneca. The federal/state breakdown of served cases and plaintiffs is as follows:

| | **Number of Cases** | **Number of Plaintiffs** |
|---|---|---|
| **Federal** | 5,846 | 5,852 |
| **State** | 2,850 | 7,326 |

Of the Seroquel cases in federal court, approximately 5,834 are currently in this MDL. An additional 12 cases with 13 plaintiffs have been or will be tagged for transfer to this MDL. Approximately 1,671 MDL cases have been dismissed thus far – 438 by stipulation and 1,233 by motion and Court Order.

## II. MOTIONS

The following motion is pending before the Court: The Parties' Joint Motion for a Status Conference Before District Judge and Magistrate Judge (Doc. No. 1048).

## III. AGENDA

### A. The Parties wish to discuss scheduling issues with the Court.

The ambitious schedule established by CMO No. 5 (Doc. No. 792) and modified by the Court's Order of July 14, 2008 (Doc. No. 1044)[hereinafter collectively the "Scheduling Orders"] is premised on the completion of fact discovery by July 31, 2008. Because the Scheduling Orders lay out a series of steps that have to occur in sequence, any inability to complete fact discovery by July 31 must necessarily impact all the other deadlines and trial dates. For example, as the Report of the Special Master and Project Management Office for Case-Specific Discovery, Report No. 11, July 15, 2008 (Doc. No. 1047) states, "[T]he availability of the information gathered in case-specific discovery is essential to the preparation and submission of the reports of expert witnesses under Paragraph C of CMO 5." *Id.* at 7. Likewise, expert reports have to be submitted before the experts can be deposed, and experts have to be deposed before *Daubert* motions can be filed.

Unfortunately, through no fault of the Parties nor of the PMO, fact discovery cannot in fact be completed by July 31. As the PMO has reported, about 90 physician depositions

will have to occur after July 31, and, as the PMO also noted, "the Parties [also] have to conclude the depositions of all plaintiffs and other [non-physician] witnesses." *Id.*

The PMO and the Parties are doing everything possible to get the depositions scheduled as soon as possible. As the PMO has reported, "Plaintiffs and Defendants have been energetic and cooperative in addressing all these process problems, agreeing willingly to the physician schedules and their other demands in the effort to get the depositions set and concluded." *Id.* at 6. Despite these efforts, it is not yet possible to say when the fact depositions will be completed. The Parties believe that it will be difficult to schedule all the remaining depositions in August, however, and that many of the depositions will have to be taken in September.

The Parties respectfully submit that the Scheduling Orders ought to be modified to reflect the reality that fact discovery will likely extend well into September. The Parties believe that because of this reality, the various deadlines and trial dates in the Scheduling Orders ought to be reset by 60 days, as follows:

**Group One Cases**

| | |
|---|---|
| **October 7, 2008** | Plaintiffs' identification and reports of all general and case-specific experts expected to testify at trial. |
| **November 11, 2008** | AstraZeneca's identification and reports of all general and case-specific experts expected to testify at trial. |
| **November 14, 2008 – December 15, 2008** | Deposition of experts. |
| **December 30, 2008** | *Daubert* motions. |
| **January 23, 2009** | Responses to *Daubert* motions. |
| **December 30, 2008** | Dispositive motions. |

| | |
|---|---|
| **January 23, 2009** | Responses to dispositive motions. |
| **April 6, 2009** | First trial. |

<u>**Group Two Cases**</u>

| | |
|---|---|
| **November 14, 2008** | Plaintiffs' identification and reports of all general and case-specific experts expected to testify at trial. |
| **December 9, 2008** | AstraZeneca's identification and reports of all general and case-specific experts expected to testify at trial. |
| **December 15, 2008 – January 14, 2009** | Deposition of experts. |
| **February 13, 2009** | *Daubert* motions. |
| **March 16, 2009** | Responses to *Daubert* motions. |
| **February 13, 2009** | Dispositive motions. |
| **March 16, 2009** | Responses to dispositive motions. |

In accordance with their duty of candor to the Court, the Parties also must advise the Court that even if the deadlines and trial dates in the Scheduling Orders are reset by 60 days, there may be other problems in complying with those Orders. The Parties will be pleased to discuss those potential problems at the status conference if the Court so desires.

**B. Plaintiffs would like to discuss the following issue:** Re-deposing certain third-party witness (*i.e.*, "Key Opinion Leaders") who were not permitted to offer opinion testimony at their depositions.

**C. AstraZeneca would like to discuss the following issues:**

1. AstraZeneca's proposal for briefing of dispositive motions in the Group One cases, and also reporting on Plaintiffs' agreement to dismiss all warranty-based claims in the Initial Trial Pool cases.

2. Update on the document allegedly submitted to the Dutch regulatory authority by Dr. Wayne Gellar, raised by Plaintiffs at the June Status Conference.

3. Update on documents produced by the FDA.

4. Update on Plaintiffs' production of Zyprexa-related documents.

## IV. MOTION TO ALLOW ELECTRONIC EQUIPMENT

Counsel for the MDL Plaintiffs and for AstraZeneca, pursuant to Middle District Local Rule 4.11(b), hereby seek Court approval for their use of electronic equipment at the July 29, 2008 Status Conference, and as grounds therefore would show as follows:

A. The following plaintiffs' counsel and non-counsel seek to utilize BlackBerry email devices, cell phones without camera capabilities, and laptop computers to facilitate communication with their offices regarding discovery issues and access to their calendars for scheduling purposes during the status conference.

1. Paul Pennock (BlackBerry, cell phone);
2. Jonathan Sedgh (BlackBerry, cell phone);
3. Scott Allen (Blackberry, cell phone);
4. Larry Roth (Blackberry, cell phone);
5. Ed Blizzard (Blackberry, cell phone); and
6. Camp Bailey (BlackBerry, cell phone, laptop computer).

B. The following counsel and non-counsel for AstraZeneca seek to utilize BlackBerry email devices and cell phones without camera capabilities to facilitate the scheduling of subsequent hearings and conferences in the above-captioned matter and to allow counsel to obtain information responsive to issues that may arise during the conference. Counsel for AstraZeneca also seek to utilize PowerPoint® electronic equipment at the hearing.

1. Christin Bassett (cell phone, BlackBerry);
2. Robert L. Ciotti (cell phone, BlackBerry, laptop computer);
3. Chris S. Coutroulis (cell phone, BlackBerry);
4. Fred T. Magaziner (cell phone, BlackBerry, laptop computer);
5. Stephen J. McConnell (cell phone, BlackBerry, laptop computer);
6. Robert W. Pass (cell phone, BlackBerry);
7. A. Elizabeth Balakhani (cell phone, BlackBerry, laptop computer);
8. Shane Prince (cell phone, BlackBerry, laptop computer); and
9. Brian P. Savage (cell phone, BlackBerry).

C. Counsel and non-counsel for the Parties represent, pursuant to Middle District Local Rule 4.11(b), that these devices will be switched to "silent activation mode" while in the courtroom.

Respectfully submitted on this the 24th day of July, 2008,

/s/ Paul Pennock
Paul Pennock
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5504
Ppennock@weitzlux.com

Camp Bailey
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7232
cbailey@bpblaw.com

*Co-Lead Counsel for Plaintiffs*

/s/ Fred T. Magaziner
Fred T. Magaziner
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19103
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
fred.magaziner@dechert.com

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 24th of July, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, through which all participating parties are deemed served. I further certify that, by using the CM/ECF, the foregoing has been served on Plaintiffs' Liaison Counsel, who is charged with serving non-CM/ECF participants on the attached Service List.

/s/ Shane T. Prince

**SERVICE LIST**

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>***Plaintiffs' Lead Counsel*** | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

<table>
<tr><td>Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP</td><td>Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>Attorney for Defendant, Marguerite Devon French</td></tr>
<tr><td>Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>Pro Se</td><td>Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>Pro Se</td></tr>
<tr><td>Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>Pro Se</td><td>Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>Pro Se</td></tr>
<tr><td>Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com</td><td>Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com</td></tr>
<tr><td>Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com</td><td>Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com</td></tr>
<tr><td>Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.</td><td>Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP</td></tr>
</table>

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com | |