UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This Document Relates to All Cases

### ASTRAZENECA'S PROPOSAL FOR DISPOSITIVE MOTION BRIEFING

As requested by Magistrate Judge Baker at the status conference held on June 24, 2008, and after discussing it with plaintiffs' counsel, AstraZeneca LP and AstraZeneca Pharmaceuticals LP ("AstraZeneca") hereby submit a procedural proposal for dispositive motion briefing in the first 12 trial-pool cases, which are described as the "Group One" cases in the Order dated July 14, 2008 (Doc. No. 1044).[1]

AstraZeneca is presently required to file any dispositive summary judgment motions in these first 12 cases in the Florida trial pool by October 31, 2008. *See id.*[2]  Each of these plaintiffs has asserted the same causes of action against AstraZeneca, including: (A) three warranty-based causes of action, *i.e.*, claims for (i) breach of express warranty, (ii) breach of the implied warranty of merchantability, and (iii) breach of the implied warranty of fitness for a particular purpose; (B) five other substantive causes of action under the common law, *i.e.*, claims for (i) strict liability/failure to warn; (ii) strict liability/design defect; (iii)

---

[1] Consistent with the Court's separate treatment of dispositive motions and *Daubert* motions in its case management orders, this proposal addresses only dispositive motions. Moreover, because expert disclosure and discovery has yet to begin, AstraZeneca does not yet know how best to present its anticipated *Daubert* motions and related arguments to the Court.

[2] Both plaintiffs and AstraZeneca have informed the Court that they believe some modification of the present schedule is appropriate and necessary because of the problems encountered in scheduling fact depositions.

1

negligence; (iv) fraud; and (v) negligent misrepresentation; and (C) a claim for civil "conspiracy."[3]

As noted at the last status conference, AstraZeneca believes that the three warranty-based claims asserted identically by all of the Florida plaintiffs fail as a matter of law for the same fundamental reasons under Florida law. AstraZeneca thus proposed filing soon a single unified motion for partial summary judgment on those claims as asserted by all Florida plaintiffs. The parties have now met and conferred on this issue, and plaintiffs have agreed to stipulate to the entry of judgment for AstraZeneca in the Florida Trial Pool cases on all warranty-based claims governed by Florida law. The parties will soon jointly submit to the Court their finalized stipulation and related Rule 54(b) motions for entry of judgment on those claims in favor of AstraZeneca. This will obviate the need for AstraZeneca's proposed motion for partial summary judgment and will eliminate those claims from the litigation.

As to the remaining claims asserted by each of the 12 Florida "Group One" plaintiffs, the record is currently being developed in fact discovery and expert discovery has yet to begin. Thus, at this stage, AstraZeneca cannot now say with certainty what arguments for summary judgment it will ultimately have based on the record developed in each of the 12 cases. Based upon the fact discovery to date, however, AstraZeneca anticipates that it will have various grounds on which to seek summary judgment, in whole or in part, in *each* of the 12 cases. Many of the legal issues will be common to all 12 of these cases. But the actual arguments and grounds for summary judgment in each case necessarily relate to the specific

---

[3] Civil conspiracy is not an independent tort claim under Florida law. *See*, *e.g.*, *American United Life Ins. Co. v. Martinez*, 480 F.3d 1043, 1067 (11th Cir. 2007); *Buckner v. Lower Florida Keys Hosp. Dist.*, 403 So. 2d 1025, 1027 (Fla. App. 1981).

facts adduced in each plaintiff's case. Across the 12 cases, the facts of each case appear sufficiently distinct, and AstraZeneca's corresponding arguments for summary judgment appear sufficiently varied, that AstraZeneca anticipates it will wish to file 12 *separate* dispositive motions.[4]

In light of this practical reality, AstraZeneca agrees with the recent suggestion of Magistrate Judge Baker at the last status conference that there would be substantial benefit, for both the Court and the parties, in having AstraZeneca (1) present its broader *legal arguments* in one unified submission as a "master" memorandum of law applicable to all 12 cases; and (2) simultaneously file 12 separate "subsidiary" motions for summary judgment with incorporated memoranda in each specific case – in which AstraZeneca will highlight the key undisputed facts relevant to each distinct plaintiffs' challenged claims, and will argue the dispositive significance of those facts under the law as set forth in AstraZeneca's master legal memorandum, referring back to the specific portions of that master memorandum to which each argument relates. *See* Tr. of June 24, 2008 Hr'g, at pp. 60-63.

AstraZeneca further agrees with Magistrate Judge Baker's suggestion that such a procedural approach to dispositive motion briefing would provide certain efficiencies, decrease the burden on the Court, and establish a clear and logical organizational framework for the consideration and determination of AstraZeneca's dispositive motions. Indeed, the proposed "master" legal memorandum would eliminate any needless repetition in briefing of

---

[4] In theory, AstraZeneca might file only one global motion addressing all of the 12 cases and asserting in a single brief all of the arguments it believes it has for total or partial summary in each of the 12 cases. But such a motion would be cumbersome, and would quickly splinter into multiple subparts and further into 12 separate discussions of the facts particular to each of the 12 plaintiffs. Hence, AstraZeneca does not believe such an approach is practicable or advisable.

the core legal principles and authorities supporting AstraZeneca's various summary judgment arguments and, instead, enable AstraZeneca to "present the issues without duplicating things that don't need to be duplicated." *Id*. at 62:11-12.  Further, AstraZeneca believes that such a uniform approach would be more convenient for the Court – which can review AstraZeneca's "master" legal argument submission (as specifically cross-referenced and incorporated in each subsidiary motion), and then assess the specific grounds arguments advanced by AstraZeneca for summary judgment as to each plaintiff in a focused and particularized way.  *Id*. at 61-62.

AstraZeneca anticipates filing both its proposed master legal memorandum and the individual subsidiary motions/memoranda for each of the 12 plaintiffs in the "Group One" trial-pool cases on or before the deadline established by the Court for dispositive motions in these cases.  Under Florida Local Rule 3.01, AstraZeneca is afforded 25 pages for each dispositive motion to be filed in each case; for the 12 Florida trial-pool plaintiffs in Group One collectively, that amounts to a total of 300 pages.  Because the pages spent on the master legal memorandum would result in shorter individual memoranda for the 12 summary judgment motions than would otherwise be permitted under Florida Local Rule 3.01, AstraZeneca anticipates at this time that the aggregate number of combined pages for its master legal memorandum and all 12 subsidiary motions will not need to exceed the 300 collective pages that Rule 3.01 would permit for these 12 cases taken together.[5]

---

[5] Under AstraZeneca's proposal, the total pages devoted to the "master" legal memorandum would proportionately reduce the amount of pages for each of the 12 supplemental individual motions and accompanying memoranda.  Thus, for instance, if AstraZeneca's master legal submission were 60 pages, then each individual supplemental motion and accompanying memorandum in the 12 individual cases would not exceed 20 pages.  If the Court approves in

Accordingly, AstraZeneca respectfully requests that the Court approve the foregoing procedural proposal for the briefing of dispositive motions in the cases of the 12 Florida trial-pool plaintiffs in Group One.

DATED: July 25, 2008

Respectfully submitted,

*/s/ Fred T. Magaziner*
Fred T. Magaziner
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19103
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
fred.magaziner@dechert.com

Steven B. Weisburd
DECHERT LLP
300 West 6th Street, Suite 1850
Austin, TX  78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
steven.weisburd@dechert.com

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

---

principle the proposed approach set forth herein, AstraZeneca would report back at a later status conference, after the completion of discovery, as to the actual allocation of pages it wishes to devote to the master legal memorandum and supplemental motions/memoranda.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 25, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system through which all participating parties are deemed served. I further certify that, by using the CM/ECF, the foregoing has been served on Plaintiffs' liaison counsel, who is charged with serving any non-CM/ECF participants on the attached Service List.

*/s/ Eliot J. Walker*

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>***Plaintiffs' Lead Counsel*** | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |


| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Steven M. Selna, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>steven.selna@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

| | |
|---|---|
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net |
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |