**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation.**

Case No.  6:06-md-1769-Orl-22DAB

_____/

## ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment into the George C. Young United States Courthouse for use in connection with a hearing in this case, it is **ORDERED** as follows:

1. Christin Bassett, Robert L. Ciotti, Chris S. Coutroulis, Fred Magaziner, Stephen J. McConnell, Robert Pass, A. Elizabeth Balakhani, Shane T. Prince, and Brian P. Savage are each allowed to bring one PDA or "Blackberry" email device and/or cell phone; Robert L. Ciotti, Fred T. Magaziner, Stephen J. McConnell, Shane T. Prince, and A. Elizabeth Balakhani each one laptop computer into the George C. Young United States Courthouse on **TUESDAY, JULY 29, 2008**, for use in the status conference before the undersigned scheduled to begin at **2:00 P.M.**

2. Paul Pennock, Jonathan Sedgh, Scott Allen, Larry Roth, Ed Blizzard, and Camp Bailey, are hereby each granted permission to bring a BlackBerry email device and/or cell phone and Camp Bailey each one laptop computer into the George C. Young United States Courthouse on **TUESDAY, JULY 29, 2008**, for use in the status conference before the undersigned scheduled to begin at **2:00 P.M.**

3. The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require those listed to present picture identification at the time of entry.

4. The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

**DONE** and **ORDERED** in Orlando, Florida on July 28, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers