# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE:**

**Seroquel Products Liability Litigation**
**MDL DOCKET NO. - 1769 (All Cases)**

| | | | |
|---|---|---|---|
| **JUDGES:** | **Anne C. Conway**<br>U. S. District Judge<br>**David A. Baker**<br>U.S. Magistrate Judge | **COURT REPORTER:**<br><br>**Deputy Clerk:** | Sandy Tremel<br><br>Celeste Herdeman<br>Helyn LaTorre |
| **Date/Time:** | July 29, 2008<br>2:02 PM - 2:41 PM | | |
| **COUNSEL FOR PLTFS:** | Larry Roth<br>K. Camp Bailey<br>Johnathan Sedgah<br>Paul Pennock<br>Edward Blizzard | **COUNSEL FOR DEFTS:** | Robert Ciotti<br>Liz Balakhani<br>Robert Pass<br>Steve Mcconnell<br>Fred Magaziner |
| **By Phone:** | Special Master Oran Brown<br>Special Mater Craig Ball<br><br>Holly Wheeler<br>Dennis Canty<br>Gary Feinerman<br>Renee Baggett<br>Russell Stewart<br>Lori Siler<br>Monya Leger<br>Kris Henning<br>Lowell Finsen | | |

## **MINUTES – STATUS CONFERENCE**

Appearances.
Defense counsel Fred Magaziner presents argument in regards to warranty claims and briefing.
Plaintiff's counsel Paul Pennock responds as to warranty claims.
Plaintiff's counsel Edward Blizzard presents argument in regards to extension of discovery deadlines.
Defense counsel Fred Magaziner supplements argument to the Court in regards to extension of discovery deadlines.
Special Master Orran Brown (by phone) speaks as to efforts made in order to meet deadlines as to discover.
The Court inquires with the parties as to scheduling of a status conference before Magistrate Judge Baker.
Status is scheduled on Wednesday, September 3, 2008. At 10:00 AM