UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to ALL CASES

[PROPOSED] SCHEDULING ORDER

The Special Master for Case-Specific Discovery has reported significant difficulties in completing physician depositions in the "Initial Trial Pool" cases by the July 31, 2008 deadline set forth in Case Management Order No. 5 ("CMO 5")( Doc. 792), and he has informed the Court that he expects some of the depositions will have to be taken in August and even in September.  Accordingly, CMO 5 and the Court's July 14, 2008 Order (Doc. 1044) are amended as follows:

1.   The following cases shall constitute Group One:

|    | **Plaintiffs' Selections** | **AstraZeneca's Selections** |
|----|----------------------------|------------------------------|
| 1. | Linda Guinn, 6:06-cv-10291 | Sandra Carter, 6:07-cv-13234 |
| 2. | Janice Burns, 6:07-cv-15959 | Clemmie Middleton, 6:07-cv-10949 |
| 3. | Richard Unger, 6:07-cv-15812 | Hope Lorditch, 6:07-cv-12657 |

2.   The following deadlines shall apply to Group One cases:

**September 8, 2008**   Plaintiffs' identification and reports of all general and case-specific experts expected to testify at trial

**October 6, 2008**   AstraZeneca's identification and reports of all general and case-specific experts expected to testify at trial

| | |
|---|---|
| September 15, 2008 - October 17, 2008 | AstraZeneca's depositions of plaintiffs' general and case-specific experts expected to testify at trial |
| October 13, 2008 - November 14, 2008 | Plaintiffs' depositions of AstraZeneca's general and case-specific experts expected to testify at trial |
| November 10, 2008 | AstraZeneca's dispositive motions and *Daubert* motions |
| December 8, 2008 | Plaintiffs' dispositive motions and *Daubert* motions |
| December 1, 2008 | Plaintiffs' responses to AstraZeneca's dispositive motions and *Daubert* motions |
| December 29, 2008 | AstraZeneca's responses to plaintiffs' dispositive motions and *Daubert* motions |

3.  The Special Master and the parties will give priority to scheduling depositions in the Group One cases, and will make every effort to complete fact discovery in Group One cases as soon as possible.

4.  The following cases shall constitute Group Two:

| | **Plaintiffs' Selections** | **AstraZeneca's Selections** |
|---|---|---|
| 1. | Connie Curley, 6:07-cv-15701 | David Haller, 6:07-cv-15733 |
| 2. | Linda Whittington, 6:07-cv-10457 | Charles Ray, 6:07-cv-11102 |
| 3. | Eileen McAlexander, 6:07-cv-10360 | William Sarmiento, 6:07-cv-10425 |

5.  The following deadlines shall apply to Group Two cases:

| | |
|---|---|
| November 17, 2008 | Plaintiffs' identification and reports of all general and case-specific experts expected to testify at trial |
| December 15, 2008 | AstraZeneca's identification and reports of all general and case-specific experts expected to testify at trial |

| | |
|---|---|
| **December 15, 2008 - January 22, 2008** | Depositions of experts expected to testify at trial. The parties will make their experts available for depositions as early as reasonably possible within this period |
| **February 23, 2009** | Dispositive motions and *Daubert* motions |
| **March 23, 2009** | Responses to dispositive motions and *Daubert* motions |

6. Dates for *Daubert* hearings for Group One and Group Two cases will be set by further Order of the Court.

7. Except as modified by this Order, CMO 5 and the July 14, 2008 Order remain in full force and effect.

_____
ANNE C. CONWAY
United States District Judge