# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No.  6:06-md-1769-Orl-22DAB

_____

# ORDER

This cause comes before the Court for consideration of the parties' Joint Motion Regarding Modification of Deadlines in Case Management Order No.5 and July 14, 2008 Order (Doc. 1055), filed July 30, 2008.  After reviewing the parties' proposal, it is **ORDERED** as follows:

1.     The Joint Motion Regarding Modification of Deadlines in Case Management Order No.5 and July 14, 2008 Order (Doc. 1055) is **GRANTED in part and DENIED in part**. The motion is granted inasmuch as the deadlines set forth in the Court's July 14, 2008 Order (Doc. 1044) will be modified.  The motion is denied as to several of the parties' specific recommendations for modifying the deadlines.  Therefore, Case Management Order No. 5 and the Court's July 14, 2008 Order (Doc. 1044) are hereby modified as follows:

2.     The following deadlines shall apply to the twelve Group One cases designated by the Court in its July 14, 2008 Order:

| | |
|---|---|
| **September 8, 2008** | Plaintiffs' identification and reports of all general and case-specific experts expected to testify at trial. |
| **September 30, 2008** | AstraZeneca's identification and reports of all general and case-specific experts expected to testify at trial. |
| **September 15 -** | AstraZeneca's depositions of plaintiffs' general and case- |

| | |
|---|---|
| **October 3, 2008** | specific experts expected to testify at trial |
| **October 6 - October 24, 2008** | Plaintiffs' depositions of AstraZeneca's general and case-specific experts expected to testify at trial |
| **November 3, 2008** | AstraZeneca's dispositive motions and *Daubert* motions |
| **November 10, 2008** | Plaintiffs' dispositive motions and *Daubert* motions |
| **November 24, 2008** | Plaintiffs' responses to AstraZeneca's dispositive motions and *Daubert* motions |
| **December 1, 2008** | AstraZeneca's responses to Plaintiffs' dispositive motions and *Daubert* motions |

3.      The Court is reserving **December 4, 2008** and **December 5, 2008** for *Daubert* and dispositive motions hearings for Group One cases, if needed.

4.      The Special Master and the parties shall give priority to scheduling depositions in the Group One cases, and shall make every effort to complete fact discovery in Group One cases as soon as possible.

5.      Counsel for plaintiffs and defendants shall, no later than **September 8, 2008**, select and rank twelve additional cases (six cases each) from the Initial Trial Pool to be included in Group Two.

6.      The deadlines for Group Two cases shall be as follows:

| | |
|---|---|
| **November 17, 2008** | Plaintiffs' identification and reports of all general and case-specific experts expected to testify at trial |
| **December 15, 2008** | Defendants' identification and reports of all general and case-specific experts expected to testify at trial |
| **December 15, 2008 - January 22, 2009** | Depositions of experts expected to testify at trial. The parties shall make their experts available for depositions as early as reasonably possible within this period |
| **February 23, 2009** | Dispositive motions and *Daubert* motions |

**March 23, 2009**                    Responses to dispositive motions and *Daubert* motions

8.      Dates for hearings on dispositive motions and *Daubert* motions for Group Two cases will be set by further Order of the Court.

9.      The first trial will begin on **February 2, 2009**.  The second trial will begin on **April 1, 2009**.  The third trial will begin on **May 18, 2009**.  Subsequent trial dates will be set by further Order of the Court.

10.     Except as modified by this Order, Case Management Order No. 5 and the July 14, 2008 Order (Doc. 1044) remain in full force and effect.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 1, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge