Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 3 0 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 4 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION     MDL No. 1769

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-65)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 572 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUL 3 0 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**  MDL No. 1769

## SCHEDULE CTO-65 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN  3  08-1132 | Tammy Butler v. AstraZeneca Pharmaceuticals, LP, et al. |
| **MINNESOTA** | |
| MN  0  08-3491 | Carol Singleton v. AstraZeneca Pharmaceuticals, LP, et al. |
| **NEW JERSEY** | |
| NJ  3  08-2988 | Diane Craig v. AstraZeneca Pharmaceuticals, LP, et al. |
| NJ  3  08-2989 | Lynette Boyce v. AstraZeneca Pharmaceuticals, LP, et al. |
| NJ  3  08-2998 | Frank W. Richards v. AstraZeneca Pharmaceuticals, LP, et al. |
| NJ  3  08-2999 | Joseph Gutierrez v. AstraZeneca Pharmaceuticals, LP, et al. |
| NJ  3  08-3000 | Veda Pope v. AstraZeneca Pharmaceuticals, LP, et al. |
| NJ  3  08-3002 | Everleaner Fuller v. AstraZeneca Pharmaceuticals, LP, et al. |
| NJ  3  08-3003 | Christopher Lovell v. AstraZeneca Pharmaceuticals, LP, et al. |
| NJ  3  08-3005 | David Perry v. AstraZeneca Pharmaceuticals, LP, et al. |
| NJ  3  08-3006 | David Sargent v. AstraZeneca Pharmaceuticals, LP, et al. |
| **NEVADA** | |
| NV  2  08-731 | Lynette Wilson v. AstraZeneca Pharmaceuticals, LP, et al. |
| **TENNESSEE MIDDLE** | |
| TNM  3  08-568 | Wanda Holt, etc. v. AstraZeneca Pharmaceuticals, LP, et al. |
| **TEXAS SOUTHERN** | |
| TXS  3  08-159 | Jennifer Kirst, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS  4  08-1694 | Amanda Graves v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS  4  08-1695 | Valeria Horn v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS  4  08-2005 | Lisa Anglen-Shears, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |