# EXHIBIT 1

# EXHIBIT 1

# LIST OF PLAINTIFFS WITH OVERDUE DISCOVERY

|     | Plaintiff Last Name | Plaintiff First Name | MDL Case No. |
|-----|---------------------|----------------------|--------------|
| 1.  | Angelle             | Charetta             | 6:07-cv-01033 |
| 2.  | Baker               | Corey                | 6:07-cv-16779 |
| 3.  | Bryant              | Robert               | 6:07-cv-16787 |
| 4.  | Carriveau           | Earl Francis         | 6:07-cv-00661 |
| 5.  | Cox                 | Loretta              | 6:07-cv-16781 |
| 6.  | Greene              | Wanda                | 6:07-cv-16780 |
| 7.  | Lance               | Shirley              | 6:07-cv-10041 |
| 8.  | LeClair             | Rachel               | 6:08-cv-16797 |
| 9.  | Moore               | Sheila               | 6:08-cv-16796 |
| 10. | Porter              | Larry                | 6:07-cv-12773 |
| 11. | Rice                | Carolyn              | 6:07-cv-02048 |
| 12. | Robichaux           | Billy                | 6:07-cv-01917 |
| 13. | Stone               | Steve                | 6:07-cv-16771 |
| 14. | Williams            | Dawn                 | 6:07-cv-16782 |
| 15. | Wilson              | Michael              | 6:07-cv-16783 |