# EXHIBIT 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

Charetta Angelle v. AstraZeneca Pharmaceuticals LP, et al.
MDL Case No. 6:07-cv-1033-ACC-DAB

Corey Baker v. AstraZeneca Pharmaceuticals LP, et al.
MDL Case No. 6:07-cv-16779-ACC-DAB

Robert A. Bryant v. AstraZeneca Pharmaceuticals LP
MDL Case No. 6:07-cv-16787-ACC-DAB

Earl Francis Carriveau v. AstraZeneca LP
MDL Case No. 6:07-cv-661-ACC-DAB

Loretta Cox v. AstraZeneca Pharmaceuticals LP, et al.
MDL Case No. 6:07-cv-16781-ACC-DAB

Wanda Greene v. AstraZeneca Pharmaceuticals LP, et al.
MDL Case No. 6:07-cv-16780-ACC-DAB

Shirley Lance v. AstraZeneca Pharmaceuticals LP, et al.
MDL Case No. 6:07-cv-10041-ACC-DAB

Rachel Leclair v. AstraZeneca Pharmaceuticals LP
MDL Case No. 6:08-cv-16797-ACC-DAB

Sheila Moore v. AstraZeneca Pharmaceuticals LP
MDL Case No. 6:08-cv-16796-ACC-DAB

Larry Porter v. AstraZeneca LP, et al.
MDL Case No. 6:07-cv-12773-ACC-DAB

Carolyn Rice v. AstraZeneca Pharmaceuticals, LP, et al.
MDL Case No. 6:07-cv-2048-ACC-DAB

Billy Robichaux v. AstraZeneca LP, et al.
MDL Case No. 6:07-cv-1917-ACC-DAB

**Steve Stone v. AstraZeneca Pharmaceuticals, LP, et al.**
MDL Case No. 6:07-cv-16771-ACC-DAB

**Dawn Williams v. AstraZeneca Pharmaceuticals, LP, et al.**
MDL Case No. 6:07-cv-16782-ACC-DAB

**Michael Wilson v. AstraZeneca Pharmaceuticals, LP, et al.**
MDL Case No. 6:07-cv-16783-ACC-DAB

_____

**IT IS ON THIS** ____ day of _____, 2008 **ORDERED** as follows:

All of the claims of the above-captioned Plaintiffs are **DISMISSED WITH PREJUDICE** for failure to timely serve upon Defendant a completed, verified PFS with all requested information, documents, and authorizations.

DATED: _____   _____
**ORDERED BY THE COURT**