# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

Case No. 6:06-md-1769-Orl-22DAB

_____

This Document Relates to ALL CASES
_____

---

## REPORT OF THE SPECIAL MASTER AND PROJECT MANAGEMENT OFFICE FOR CASE-SPECIFIC DISCOVERY

---

REPORT NUMBER: 12

DATE: AUGUST 15, 2008

# CONTENTS

**PAGE**

I. INTRODUCTION ........................................................................................... 1

II. GENERAL REPORT..................................................................................... 1

    A. Special Master Escrow Account Information ...................................... 1

    B. Case-Specific Discovery Program for Pre-December 2007 Case Designations.............................................................................. 3

    C. Actions by the PMO Relating to the Florida Discovery Pool............... 3

III. INITIAL TRIAL POOL CASES ................................................................... 3

    A. Designation of Cases for the Initial Pool ............................................. 3

    B. The Status of Depositions in the Initial Trial Pool Cases .................... 4

## I.  INTRODUCTION

At the Status Conference on August 22, 2007, the Court directed the Special Master to submit a monthly report to the Court by the 15th of each month summarizing the activities of the Special Master and the Project Management Office.  The Special Master filed Report No. 1 on September 14, 2007; Report No. 2 on October 15, 2007; Report No. 3 on November 13, 2007; a Supplemental Report on November 19, 2007; Report No. 4 on December 14, 2007; a Supplement Report on December 18, 2007, Report No. 5 on January 15, 2008, Report No. 6 on February 15, 2008; Report No. 7 on March 14, 2008, Report No. 8 on April 15, 2008; Report No. 9 on May 15, 2008; Report No. 10 on June 16, 2008, and Report No. 11 on July 15, 2008.  The Special Master presents this Report No. 12 to update the Court and the Parties on events and progress since the previous Report.

## II.  GENERAL REPORT

**A.      Special Master Escrow Account Information.**

The Special Master Escrow Account Summary Report (SQ300, attached as Exhibit 1) reflects that as of August 12, 2008, a total of $349,800 has been deposited into the original Special Master Escrow account since inception.  From that amount: $132,784 has been paid to compensate physicians deponents for deposition time; $18,431 has been paid to reimburse physicians for the cost of copying their Medical Records; $15,220 has been paid in shipping charges incurred by physicians in sending records to the PMO and/or by the PMO to send copy sets to the Parties; and $329 has been paid for bank fees. Additionally, $175,800 was transferred to the "Seroquel Special Master Escrow II"

1

account to be used for the payment depositions in Florida (as further described in the paragraph below). The balance as of August 12, 2008, in the original Special Master Escrow account is $7,237.

Before January 11, 2008, in accordance with the agreement of the Parties, all requests by the Special Master for funds to be deposited into the Special Master Escrow account were divided on a 60/40 basis between the Defendants and Plaintiffs. On January 11, 2008, the parties agreed that all expenses associated with the depositions to be scheduled in Florida will be apportioned on a 50/50 basis, while any remaining non-Florida depositions will still follow the 60/40 split. To pay and track those expenses associated with the Florida depositions, the PMO opened a second Special Master account called "Seroquel Special Master Escrow II." The Special Master Escrow II Account Summary Report (SQ300A, attached as Exhibit 2) reflects that as of August 12, 2008, $175,800 has been transferred into this account from the original Special Master Escrow Account. From that amount: $139,184 has been paid to compensate physicians for deposition time; and $21,750 has been paid to reimburse physicians for the cost of copying their Medical Records; $11,706 has been paid in shipping charges incurred by physicians in sending records to the PMO and/or by the PMO to send copy sets to the Parties. The balance as of August 12, 2008, in the Special Master Escrow II account is $3,161.

The Special Master Escrow Account Physician Payment Details Reports (SQ301 and SQ301A) are available on-line at https://www.browngreer.com/seroquel. They provide details of each payment made to each physician, the reason for the payment, and the case to which the payment is related.

>    B.   **Case-Specific Discovery Program for Pre-December 2007 Case Designations.**

The report attached as Exhibit 3 (SQ108) reflects the status of this discovery. The PMO is not working to schedule the remaining 40 depositions for Pre-December 2007 cases, pending further direction from the Parties.

>    C.   **Actions by the PMO Relating to the Florida Discovery Pool.**

The PMO concluded its scheduling of the depositions of prescribing and treating physicians in the Florida Discovery Pool cases on May 30, 2008. The report attached as Exhibit 4 (SQ105) describes the work of the PMO in scheduling physician depositions for the Florida Discovery Pool.

## III. INITIAL TRIAL POOL CASES

>    A.   **Designation of Cases for the Initial Pool.**

On April 16, 2008, the Court entered an Order (Document No. 943), granting the request by the Special Master and the Parties for additional time through May 31, 2008, to conclude the limited case-specific discovery program in the Discovery Pool cases. On April 22, 2008, the Court entered an Order (Document No. 957), granting the request by the Parties and the Special Master to adjust the schedule for designation of cases for the Initial Trial Pool to accommodate the extension for the conclusion of limited case-specific discovery. Pursuant to that Order, on April 22, 2008, Plaintiffs designated five cases for the Initial Trial Pool, and on April 25, 2008, Defendants designated five cases for the Initial Trial Pool. On May 13, 2008, Plaintiffs designated an additional five cases for the Initial Trial Pool. Defendants designated another five cases on May 14, 2008. On May 29, 2008, Plaintiffs designated an additional five cases for the Initial Trial Pool.

Defendants designated another five cases on May 30, 2008.  As of May 30, 2008, all 30 cases had been selected for the Initial Trial Pool.

The PMO commenced scheduling of physician depositions on May 15, 2008, in these Initial Trial Pool cases.  The report attached as Exhibit 5 (SQ106) describes the progress of the PMO to date in scheduling physician depositions for the Florida Initial Trial Pool.

      B.      **The Status of Depositions in the Initial Trial Pool Cases.**

In Paragraph 4 of its Order of August 1, 2008 (Document No. 1059), the Court permitted the PMO to schedule depositions in the Initial Trial Pool cases in August 2008, beyond the July 31, 2008 deadline in Paragraph H of CMO No. 5 for the conclusion of case-specific discovery in the Initial Trial Pool cases.  In Paragraph 4 of that Order, the Court directed that the PMO and the Parties to give priority to scheduling depositions for the 12 cases in Group One of the Initial Trial Pool cases.  The Parties, the PMO and the Special Master have been working diligently to set and hold all these depositions, along with those of the plaintiffs, sales representatives and other witnesses in the cases, and will continue to do so to conduct this discovery as rapidly as possible.

The PMO has scheduled 69 physician depositions in the Initial Trial Pool cases.  There are 22 physician depositions not yet set in these cases.  Table 1 summarizes these numbers:

4

| Table 1 | Status of Physician Depositions Scheduling for Initial Trial Pool Cases (As of 8/14/08) | |
|---|---|---|
| Row | Status | Number of Depositions |
| 1. | Scheduled | 65 |
| 2. | Currently Unable to Schedule | 14 |
| 3. | Not Yet Scheduled | 23 |
| 4. | Grand Total | 102 |

Of the 37 unscheduled physician depositions shown in Rows 2 and the in Table 1, 14 are involved in the Group One cases. The PMO is working to schedule these remaining 14 physician depositions as soon as possible. Table 2 identifies these physicians:

| Table 2 | Unscheduled Physician Depositions for Group One Initial Trial Pool Cases (As of 8/14/08) | | | | |
|---|---|---|---|---|---|
| Row | Plaintiff | Row | Physician Last Name | Physician First Name | Deponent Type |
| 1. | Burns, Janice | 1. | Reinstatler | Rick | Treating |
| 2. | Middleton, Clemmie | 2. | Gavin | Sharon | Treating |
| 3. | Ray, Charles | 3. | Jean | Carmela | Treating |
| | | 4. | Ross | Brendan | Treating |
| | | 5. | Hilsman | Gray | Prescribing |
| | | 6. | Mendoza | Samuel | Treating |
| | | 7. | Morris | David | Treating |
| | | 8. | Sandhu | Gurdial | Treating |
| | | 9. | Woodward | Robert | Prescribing |
| | | 10. | Bobes | Ignacia | Treating |
| | | 11. | Kimbale | Raymond | Treating |
| 4. | Sarmiento, William | 12. | Lopez | Raphael | Treating |
| 5. | Whittington, Linda | 13. | Malcolm | Richard | Prescribing |
| 6. | Unger, Richard | 14. | Cabada-Robirosa | Heriberto | Prescribing |

5

The PMO has contacted and is actively working to schedule the depositions the eight of these 14 physicians whom we have been able to locate. Despite many efforts and additional information provided by the Parties, the PMO has been unable to locate five of the 14 physicians. The Parties have been assisting in finding these doctors and when those efforts fail either remove the designation or is some instances substitute another witness. The PMO has located the fourteenth physician, but he is working in Spain this summer. Despite repeated calls, left messages and other efforts, we have yet to hear back from this physician to schedule his deposition.

The Parties have reported to the PMO there are 11 Non-Physician deponents remaining to be scheduled in the Group One cases. Table 3 contains additional information about these 11 deponents:

| Table 3 | Unscheduled Group One Non-Physician Deponents<br>Initial Trial Pool Cases<br>(As of 8/14/08) | | | | |
|---|---|---|---|---|---|
| **Row** | **Plaintiff** | **Row** | **Last Name** | **First Name** | **Relationship** |
| 1. | **Burns, Janice** | 1. | Shelton | Troy Alan | Son-in-Law |
| | | 2. | Burns, Jr. | Walther Howard (BJ) | Son |
| 2. | **Carter, Sandra** | 3. | Carter | Debbie | Other |
| 3. | **Guinn, Linda** | 4. | Hartwell | Patricia | Other |
| 4. | **Ray, Charles** | 5. | Ray | Bernice | Mother |
| | | 6. | Ray | Christin Bozeman | Wife |
| | | 7. | Unknown | Unknown | Sister |
| 5. | **Sarmiento, William** | 8. | Ramos | Dawn | Fiancée |
| 6. | **Unger, Richard** | 9. | Rogers | Douglas | Other |
| | | 10. | Unger | Elizabeth | Other |

6

| Table 3 | Unscheduled Group One Non-Physician Deponents<br>Initial Trial Pool Cases<br>(As of 8/14/08) | | | | |
|---|---|---|---|---|---|
| Row | Plaintiff | Row | Last Name | First Name | Relationship |
| **7.** | **Whittington, Linda** | 11. | Hamrick | Jeanette | Other |

These witnesses have not been completed for various reasons that have impeded scheduling, resulting from illness of the witness, an inability to locate the witness, or efforts to secure the cooperation and attendance of witnesses at the deposition. The Parties, the PMO and the Special Master have made setting all these depositions in August a top priority. Despite this massive effort, the logistical issues with certain physicians and other witnesses continue to present obstacles to us. For example, one physician (not in a Group One case) has flatly refused to give us an August date, but will provide a date in September. During the conference on July 29, 2008, the Court instructed the Parties not to set any discovery in these cases beyond August, 2008 without the Court's permission. Because we are certain to have some depositions we cannot force to occur by August 31, 2008, we will have to file a motion seeking leave to finish these depositions in September, 2008.

        Respectfully submitted,

        BROWNGREER PLC

    By:   **s/ Orran L. Brown**
        Orran L. Brown
        Virginia State Bar No. 25832
        BrownGreer PLC
        115 South 15th Street, Suite 400
        Richmond, Virginia  23219
        Telephone:  (804) 521-7201
        Facsimile:  (804) 521-7299
        Email:  obrown@browngreer.com

7

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.

                                                  **s/ Orran L. Brown**
                                                  Orran L. Brown
                                                  Virginia State Bar No. 25832
                                                  BrownGreer PLC
                                                  115 South 15th Street, Suite 400
                                                  Richmond, Virginia  23219
                                                  Telephone:  (804) 521-7201
                                                  Facsimile:  (804) 521-7299
                                                  Email:  obrown@browngreer.com

# SERVICE LIST

## In Re: Seroquel Products Liability Litigation
## MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

1

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

2

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>**Attorney for Defendant Dr. Asif Habib** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

3

4

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |

4