*Confidential Information*

| SQ106 | Seroquel PMO: Physician Depositions Scheduling Report for Florida Initial Trial Pool (As of 8/15/08) | | |
|---|---|---|---|
| | **Status** | **Status Detail** | |
| 1. | Scheduled/ Concluded | Scheduled by Parties | 0 |
| 2. | | Scheduled/Rescheduled | 31 |
| 3. | | **Scheduled/Concluded Total** | **31** |
| 4. | Scheduled/ Pending | Scheduled/Rescheduled | 34 |
| 5. | | **Scheduled/Pending Total** | **34** |
| 6. | Currently Unable to Schedule | Hold Scheduling Efforts for Directions from Parties | 1 |
| 7. | | Unable to Locate Physician | 12 |
| 8. | | Physician Deceased | 1 |
| 9. | | **Currently Unable to Schedule Total** | **14** |
| 10. | Not Yet Scheduled | 48-Hour Packet Sent | 0 |
| 11. | | Contact Made/Awaiting Date from Physician | 3 |
| 12. | | Fees/Other Questions Delaying Scheduling | 18 |
| 13. | | Designation Received by PMO | 0 |
| 14. | | Messages Left for Return Call | 2 |
| 15. | | **Not Yet Scheduled Total** | **23** |
| 16. | | **Grand Total** | **102** |