**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation

Case No.  6:06-md-1769-Orl-22DAB

**This document relates to:**

**CHARETTA ANGELLE v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-1033-ACC-DAB**

**COREY BAKER v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-16779-ACC-DAB**

**ROBERT A. BRYANT v. ASTRAZENECA PHARMS. LP**
**MDL Case No. 6:07-cv-16787-ACC-DAB**

**EARL FRANCIS CARRIVEAU v. ASTRAZENECA LP**
**MDL Case No. 6:07-cv-661-ACC-DAB**

**LORETTA COX v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-16781-ACC-DAB**

**WANDA GREENE v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-16780-ACC-DAB**

**SHIRLEY LANCE v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-10041-ACC-DAB**

**RACHEL LECLAIR v. ASTRAZENECA PHARMS. LP**
**MDL Case No. 6:08-cv-16797-ACC-DAB**

**SHELIA MOORE v. ASTRAZENECA PHARMS. LP**
**MDL Case No. 6:08-cv-16796-ACC-DAB**

**LARRY PORTER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12773-ACC-DAB**

**CAROLYN RICE v. ASTRAZENECA PHARMS. LP and ASTRAZENECA LP**

**MDL Case No. 6:07-cv-2048-ACC-DAB**

**BILLY ROBICHAUX v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-1917-ACC-DAB**

**STEVE STONE v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-16771-ACC-DAB**

**DAWN WILLIAMS v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-16782-ACC-DAB**

**MICHAEL WILSON v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-16783-ACC-DAB**

_____

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion to Dismiss With Prejudice the Cases of Plaintiffs Who Have Failed to Serve Plaintiff Fact Sheets and Records Authorizations (Doc. 1061), to which Plaintiffs responded in opposition (Doc. 1065). Having considered the motion and memoranda, the Court **ORDERS** as follows:

1. The Motion to Dismiss (Doc. 1061) is **GRANTED** in part and **DENIED** in part. The motion is granted inasmuch as the above-named Plaintiffs' cases will be dismissed. The motion is denied insofar as the motion seeks to dismiss these cases with prejudice.

2. All of the claims of the above-named Plaintiffs are **DISMISSED WITHOUT PREJUDICE** for failure to timely serve upon Defendants a substantially complete and verified Plaintiff Fact Sheet with all requested information, documents, and records authorizations.

3. No later than **80 days** from the date of this Order, Plaintiffs may file a motion to reinstate their claims provided they have served Defendants with a substantially complete and verified Plaintiff Fact Sheet, responsive documents, and records authorizations. Plaintiffs shall

attach to the motion a certification that AstraZeneca has been provided with all requested documents and shall also attach documentation of receipt of those documents. If the above-named Plaintiffs fail to properly move for reinstatement within the established time limit, their cases shall be dismissed with prejudice and closed without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 26, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge