**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:  Seroquel Products Liability**
**Litigation**

**Case No. 6:06-md-1769-Orl-22DAB**

_____

**This Document Relates to ALL CASES**

_____

**JOINT MOTION TO PERMIT**
**CASE-SPECIFIC DISCOVERY IN SEPTEMBER 2008**

The Special Master for case-specific discovery and the designated counsel

representatives of the Plaintiffs and Defendants file this Joint Motion to Permit Case-

Specific Discovery in September 2008, as follows.

**I.   FACTUAL BACKGROUND**

**A.   The Status of Depositions in the Initial Trial Pool Cases.**

In Paragraph 4 of its Order of August 1, 2008 (Document No. 1059), the Court

permitted the PMO to schedule depositions in the 30 Initial Trial Pool cases in August

2008, beyond the July 31, 2008 deadline in Paragraph H of CMO No. 5 for the

conclusion of case-specific discovery in the Initial Trial Pool cases.  In Paragraph 4 of

that Order, the Court directed that the PMO and the Parties to give priority to scheduling

depositions for the 12 cases in Group One of the Initial Trial Pool cases.  The Parties, the

PMO and the Special Master have been working diligently to set and hold all these

#346728

depositions, along with those of the plaintiffs, sales representatives and other witnesses in these cases.

The PMO has scheduled 127 physician depositions in the Initial Trial Pool cases. We have not yet been able to set another 18 physician depositions in those cases.  Table 1 summarizes these numbers:

| Table 1 | Status of Physician Depositions Scheduling for Initial Trial Pool Cases (As of 8/22/08) | |
|---|---|---|
| **Row** | **Status** | **Number of Depositions** |
| 1. | Scheduled | 127 |
| 2. | Currently Unable to Schedule | 7 |
| 3. | Not Yet Scheduled | 11 |
| 4. | TOTAL | 145 |

In addition, the Parties have set 36 depositions of non-physicians in the Initial Trial Pool cases.  A total of 26 non-physician depositions remain to be set in all the Initial Trial Pool cases.

**B.**      **The Group One Cases.**

Of the 127 scheduled physician depositions shown in Row 1 in Table 1, 47 have been in the 12 Group One cases.[*]  The PMO and the Parties have concluded setting all physician depositions in nine of the 11 remaining Group One cases.  Table 2 identifies these nine Group One cases:

---

[*] One Group One case (Charles Ray) will not proceed.  Mr. Ray has failed to appear three times for his deposition.  On August 26, 2008, the Parties determined that his case will be removed from Group One of the Initial Trial Pool, leaving 11 Group One cases.

| Table 2 | Physician Deposition Scheduling Completed Initial Trial Pool Group One Cases (As of 8/26/08) | |
|---|---|---|
| **Row** | **Case Name** | **Number of Physician Depositions** |
| 1. | Carter, Sandra | 2 |
| 2. | Curley, Connie | 5 |
| 3. | Guinn, Linda | 3 |
| 4. | Haller, David | 4 |
| 5. | Lorditch, Hope | 8 |
| 6. | McAlexander, Eileen | 5 |
| 7. | Middleton, Clemmie | 2 |
| 8. | Sarmiento, William | 4 |
| 9. | Whittington, Linda | 4 |
| | **TOTAL** | **37** |

In addition, the Parties have set 21 depositions of non-physicians in the Group One cases.

Of the 18 unscheduled physician depositions shown in Rows 2 and 3 in Table 1, three are involved in the Group One cases. The PMO has been working to schedule these remaining three depositions as soon as possible. Table 3 identifies the physicians not yet set in the Group One cases:

| Table 3 | Physician Depositions Not Scheduled in August for Group One Initial Trial Pool Cases (As of 8/26/08) | | | | |
|---|---|---|---|---|---|
| **Row** | **Plaintiff** | **Row** | **Physician Last Name** | **Physician First Name** | **Deponent Type** |
| 1. | Burns, Janice | 1. | Morrow | Michael | Treating |
| | | 2. | Trantham | Joey | Treating |
| 2. | Unger, Richard | 3. | Cabada-Robirosa | Heriberto | Prescribing |

The PMO has contacted and is in the process of scheduling the depositions for two of the three physicians in Table 3, but we have not yet been able to secure dates from them for August. The PMO has located the third physician, but he is working in Spain

this summer.  Despite repeated calls, messages left and other efforts to speak with him or anyone on his staff, we have yet to hear back from this physician or his office to talk about his deposition.

In addition to these three doctors, the Parties have reported to the PMO there are six Non-Physician deponents remaining to be scheduled in the Group One cases.  Table 4 contains additional information about these six deponents:

| Table 4 | Unscheduled Group One Non-Physician Deponents Initial Trial Pool Group One Cases (As of 8/26/08) | | | | |
|---------|---------|---------|---------|---------|---------|
| **Row** | **Plaintiff** | **Row** | **Last Name** | **First Name** | **Relationship** |
| 1. | **Burns, Janice** | 1. | Shelton | Troy Alan | Son-in-Law |
| 2. | **Carter, Sandra** | 2. | Carter | Debbie | Other |
| 3. | **Guinn, Linda** | 3. | Hartwell | Patricia | Other |
| 4. | **Unger, Richard** | 4. | Rogers | Douglas | Other |
| | | 5. | Unger | Elizabeth | Other |
| 5. | **Whittington, Linda** | 6. | Hamrick | Jeanette | Other |

These witnesses have not been completed for various reasons that have impeded scheduling, resulting from illness of the witness, an inability to locate the witness, or efforts by the Parties to secure the cooperation and attendance of witnesses at the deposition.  The Parties, the PMO and the Special Master have made setting all these depositions in August a top priority.  Despite this massive effort, the logistical issues with certain physicians and other witnesses continue to present obstacles to us.

As a result, we have three physicians and six non-physicians to set in the Group One cases, for a total of nine Group One depositions we were unable to conclude by the end of August 2008.  We need the Court's permission to continue the program to finish these nine depositions in September 2008.

**C.** **Depositions Yet to Conduct in Initial Trial Pool Cases or in Group One Cases.**

Of the 18 physicians in Rows 2 and 3 of Table 1, 15 are Initial Trial Pool cases other than the Group One cases.  The Parties have also designated 26 non-physician depositions in these cases that have not been scheduled.  We thus need the Court's permission to finish these as well in September.

## II.  REQUEST FOR RELIEF

During the conference on July 29, 2008, the Court instructed the Parties not to set any discovery in these cases beyond August 2008 without the Court's permission.  The Parties and the Special Master ask for permission to continue the scheduling and holding of case-specific discovery depositions for the Initial Trial Pool cases in September, 2008, to permit us to set three physicians and six non-physicians still to do in the Group One cases, as well as the 15 physicians and 26 non-physician deponents still to conduct in the other Initial Trial Pool cases.  The Special Master described in its Report No. 11 leading to the Court's allowance of depositions in August, 2008 the many logistical factors that have impeded our efforts to conclude this scheduling:

(1)     When we contact a physician's office to arrange a deposition, we ask for the first available date.  We send each physician copies of CS Administrative Order No. 4 and the Order entered by the Court on September 19, 2007 (Document No. 483) to impress upon these witnesses their duty to cooperate and to provide copies of medical records.  The contacts are all by telephone, facsimile, or email, as we do not wait on the mail to reach the physicians and their scheduling staff.

(2)     Though we ask each physician whose immediate schedules are full to sit for a deposition in the evenings or on weekends, we have had little success in convincing these doctors to make those times available to us.

(3)     Nearly all of these physicians have full-time practices and thus have patient schedules booked far in advance.

(4)     In every instance we have to overcome the inherent reluctance of a doctor and his or her staff to become involved in litigation, which slows the scheduling process.

(5)     Often a doctor has left the practice group or facility or has retired, and as a result cannot be found at the last address known to the Parties.

(6)     Certain of these physicians work for the Department of Veterans Affairs and refuse depositions until we convince an Assistant United States Attorney that the deposition is needed in the interest of justice under 38 C.F.R. § 14.804.

(7)     The potential for a deposition of up to seven hours (though the Parties are not requesting that full time for all these depositions) means that the physicians have to block out more than half a day, which is more difficult to find open on their schedules.  Many physicians refuse to permit more than three or more than four hours, or insist on three hours one day and four hours another day, sometimes a week or more later.  Both Plaintiffs' and Defendants' counsel have performed admirably in meeting these demands to permit the depositions to go forward.

(8)     Many physicians reserve one day a month for depositions and refuse to set another one if that day is already full with depositions in other litigation.

(9)     Some physicians await our contact with their individual counsel before they will agree to produce records or schedule a deposition date.

(10)    Many physicians have issues over the hourly fees allowed or demand payment in advance, and decline to set a date until a payment is made or we are able to convince them to await payment.

(11)    Other physicians who rendered care to a plaintiff but do not remember the plaintiff as a patient insist upon looking at their records to confirm a treatment history before scheduling, or require us to send them copies of their own records, obtained by the Parties in prior discovery, before they will consent to a deposition.

(12)    Some physicians and their staff simply refuse to talk with us at all.

(13)    As with many persons, August is a common month for vacations for physicians.

(14)    Tropical Storm Fay forced the Parties to cancel four depositions set for August 19 and 20, 2008, in Florida, to avoid lawyers having to travel into the area being evacuated or expected to be hit by the storm.  The Parties and the PMO were successful however, in rescheduling these in August.

(15)    One physician (not in a Group One case) has flatly refused to give us an August date, but will provide a date in September.

Plaintiffs and Defendants have worked diligently to finish this discovery. We have pressed so constantly on these physicians that one of the most recalcitrant ones began threatening to seek a restraining order to prohibit us from calling or faxing him any more. While that is an extreme example of aberrant behavior, it is one of the many things we have faced as we have tried to line up this many physicians to sit still for up to seven hours to be deposed. We have not been able to conclude all these depositions because of reasons that have been outside our control. We believe we can finish all the Group One case depositions as well as those in the remainder of the Initial Trial Pool cases in September if permitted to do so. Allowing these depositions to continue in September will not interfere with trial schedules or other deadlines (but for the possible supplementation of expert reports in certain limited instances) for the Group One or Group Two cases set out by the Court in its Order of August 1, 2008 (Document No. 1059).

### III. CONCLUSION

For these reasons, the Parties and the Special Master request that this Joint Motion be granted.

Respectfully submitted,

By:      s/ Orran L. Brown
       Orran L. Brown
       Virginia State Bar No. 25832
       BrownGreer PLC
       115 South 15th Street, Suite 400
       Richmond, Virginia  23219
       Telephone:  (804) 521-7201
       Facsimile:  (804) 521-7299
       Email:  obrown@browngreer.com

*Special Master for Case-Specific Discovery*


By:      s/ Russell O. Stewart
       Russell O. Stewart
       Faegre & Benson LLP
       3200 Wells Fargo Center
       1700 Lincoln Street
       Denver, CO 80203-4532
       Telephone:  (303) 607-3688
       Facsimile:  (303) 607-3600
       Email:  rstewart@faegre.com

*Counsel for Defendants in Coordinated Discovery*


By:      s/ Buffy K. Martines
       Buffy K. Martines
       Laminack, Pirtle & Martines
       Lyric Center Building
       440 Louisiana
       Suite 1250
       Houston, TX  77002
       Telephone:  (713) 292-2750
       Facsimile:  (713) 223-4870
       Email:  buffym@lpm-triallaw.com

*Counsel for Plaintiffs in Coordinated Discovery*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 28, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.


**s/ Orran L. Brown**

Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia  23219
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com

<u>**SERVICE LIST**</u>

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>***Plaintiffs' Lead Counsel*** | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca***<br>***Pharmaceuticals, LP, and AstraZeneca***<br>***LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant,***<br>***Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen***<br>***Pharmaceutical Products and Johnson &***<br>***Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP***<br>***and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |