**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation.**

Case No. 6:06-md-1769-Orl-22DAB

_____/

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION TO CONTINUE THE SEPTEMBER 3, 2008 STATUS CONFERENCE (Doc. No. 1068)** |
| **FILED:** | **August 28, 2008** |
| **THEREON** it is **ORDERED** that the Motion is **GRANTED** and the status conference is canceled. | |
| **MOTION:** | **MOTION TO ALLOW ELECTRONIC EQUIPMENT (Doc. No. 1067)** |
| **FILED:** | **August 28, 2008** |
| **THEREON** it is **ORDERED** that the Motion is **DENIED** as moot. | |

The parties are directed to file a status report on September 25, 2008 setting forth issue, if any, that need to be addressed by the Court. If the parties believe a status conference would be beneficial at that point, they should provide suggested dates.

**DONE** and **ORDERED** in Orlando, Florida on August 29, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record