**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation**

               **Case No.  6:06-md-1769-Orl-22DAB**

_____/

**ORDER**

  This cause comes before the Court for consideration of the Joint Motion to Permit Case-Specific Discovery in September 2008 (Doc. 1069).  The parties request that the Court extend the August deadline for completion of case-specific discovery in the Initial Trial Pool cases to the end of September.  Having reviewed the parties' stated reasons for the delay in concluding case-specific discovery in August, the Court concludes that an extension of time is warranted in this instance.  The Court emphasizes, however, that the relief granted in this order does not alter or amend any of the other established trial schedules and deadlines in this case.

  Accordingly, it is **ORDERED** as follows:

  1. The Joint Motion to Permit Case-Specific Discovery in September 2008 (Doc. 1069) is **GRANTED**.

  2. The Parties, the PMO and the Special Master are permitted to schedule and hold case-specific discovery depositions for the Initial Trial Pool Cases until September 30, 2008.

  3. Except as modified by this Order, Case Management Order No. 5 and the July 14, 2008 Order (Doc. 1044) remain in full force and effect.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 29, 2008.

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party