# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

**Case No. 6:06-md-1769-Orl-22DAB**

_____/

## ORDER

This cause came on for consideration of Plaintiffs' Emergency Second Motion to Compel the Deposition of Dr. Michael J. Reinstein (Doc. No. 75). Defendants are **ORDERED** to electronically file their Response by 4:00 p.m. on September 12, 2008.

**DONE** and **ORDERED** in Orlando, Florida on September 11, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record