# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **THEODORE FORTUNA,** § § § § **Plaintiff,** § § vs. § § § § **ASTRAZENECA** § **PHARMACEUTICALS LP,** § § **Defendant.** § § § § | Case No.: 6:08-cv-00853-ACC-DAB<br><br>Judge: Hon. Anne C. Conway<br><br>IN RE: MDL 1769 Seroquel |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW, counsel for Plaintiff, Theodore Fortuna, and move this Court for an entry of an order granting plaintiffs' counsel's Motion for Leave to Withdraw as Counsel for Theodore Fortuna on the grounds that Plaintiff, Theodore Fortuna, is not communicating with Plaintiffs' counsel and as more fully shown in the attached Memorandum of Points and Authorities.

BROWN & CROUPPEN, P.C.

 s/ John J. Driscoll
JOHN J. DRISCOLL, #6276464
720 Olive Street
Suite 1800
St. Louis, Missouri  63101
314-421-0216
314-421-0359 facsimile

Larry M. Roth
Larry M. Roth, PA
1615 Edgewater Dr - Ste 180
PO Box 547637
Orlando, FL 32854-7637
407/872-2239
Fax: 407/872-6927
Email: lroth@roth-law.com

***ATTORNEYS FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of September, 2008, I have served a true and correct copy of the foregoing documents, upon all counsel of record by e - service and upon Plaintiff, Theodore Fortuna, at his last known address, as follows via United States Postal Service, Certified Mail, with return receipt requested:

    Theodore Fortuna
    PO Box 34
    Dixmont, ME  04932

    BROWN & CROUPPEN, P.C.

    _s/ John J. Driscoll_
    JOHN J. DRISCOLL, #6276464
    720 Olive Street
    Suite 1800
    St. Louis, Missouri  63101
    314-421-0216
    314-421-0359 facsimile

    ***ATTORNEY FOR PLAINTIFF***