# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **THEODORE FORTUNA,** | |
| Plaintiff, | |
| vs. | Case No.: 6:08-cv-00853-ACC-DAB |
| **ASTRAZENECA PHARMACEUTICALS LP,** | Judge: Hon. Anne C. Conway |
| Defendant. | IN RE: MDL 1769 Seroquel |

## DECLARATION/MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY PLAINTIFF'S COUNSEL TO WITHDRAW AS COUNSEL FOR PLAINTIFF THEODORE FORTUNA ONLY

On or about June 8, 2006, the law firm of Brown & Crouppen, P.C. was retained by Plaintiff Theodore Fortuna to pursue a claim for injuries and damages due to Plaintiff's ingestion of the prescription drug Seroquel.

As of approximately June 17, 2008, Ms. Fortuna has not been maintaining communication with counsel as is necessary in order to further litigate her Seroquel claim, specifically, Ms. Fortuna has not provided information necessary for the completion of the court approved and ordered Plaintiff Fact Sheet.

Counsel for Plaintiffs has made numerous attempts to communicate with Ms. Fortuna via telephone, United States Postal Service, and Registered Mail United States Postal Service with Return Receipt signed, Federal Express with confirmation of delivery, and via attempts to contact

Ms. Fortuna via telephone numbers she listed as emergency contacts. Despite numerous and thorough efforts to contact Ms. Fortuna, Counsel has been unable to communicate with Plaintiff, and, thus, is not able to adequately represent Plaintiff further in these proceedings.

Counsel for Plaintiff, therefore requests permission to withdraw as counsel for Ms. Fortuna. This declaration is made under penalty of perjury. Counsel will attempt to serve Ms. Fortuna with their Motion to Withdraw and Memorandum in Support of the same at her last known address via Certified Mail as listed on the attached certificate of service.

BROWN & CROUPPEN, P.C.

/s/ John J. Driscoll
JOHN J. DRISCOLL, #6276464
720 Olive Street
Suite 1800
St. Louis, Missouri  63101
314-421-0216
314-421-0359 facsimile

Larry M. Roth
Larry M. Roth, PA
1615 Edgewater Dr - Ste 180
PO Box 547637
Orlando, FL 32854-7637
407/872-2239
Fax: 407/872-6927
Email: lroth@roth-law.com

***ATTORNEYS FOR PLAINTIFF***

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **THEODORE FORTUNA,** | |
| **Plaintiff,** | Case No.: 6:08-cv-00853-ACC-DAB |
| vs. | |
| | Judge: Hon. Anne C. Conway |
| **ASTRAZENECA PHARMACEUTICALS LP,** | |
| **Defendant.** | IN RE: MDL 1769 Seroquel |

### **ORDER**

Upon Motion by Plaintiffs' counsel to withdraw as counsel for Plaintiff, Theodore Fortuna, only, and good cause appearing, it is hereby

**ORDERED,** that the motion of Plaintiffs' counsel for Leave to Withdraw as Counsel for Plaintiff Theodore Fortuna, is hereby **GRANTED.**

ENTERED this day of _____, 2008.

_____

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of September, 2008, I have served a true and correct copy of the foregoing Motion for Leave to Withdraw as Counsel for Plaintiff Theodore Fortuna, Memorandum of Points and Authorities, and proposed Order, upon all counsel of record by e - service and upon Plaintiff, Theodore Fortuna, at his last known address, <u>via United States Postal Service, Certified Mail</u>, with a return receipt requested as follows:

>Theodore Fortuna
>2162 Starlight Ct., #C
>Alamogordo, NM  88310

>BROWN & CROUPPEN, P.C.
>
> /s/ John J. Driscoll
>JOHN J. DRISCOLL, #6276464
>720 Olive Street
>Suite 1800
>St. Louis, Missouri  63101
>314-421-0216
>314-421-0359 facsimile
>
>*ATTORNEY FOR PLAINTIFF*