UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to ALL CASES

### ASTRAZENECA'S OPPOSITION TO PLAINTIFFS' EMERGENCY SECOND MOTION TO COMPEL THE DEPOSITION OF DR. MICHAEL REINSTEIN

There is no "emergency." There is no need to "compel" the deposition of Dr. Reinstein. AstraZeneca does not object to the continued deposition of this witness on the date noticed by Plaintiffs.[1] AstraZeneca does, however, object to Plaintiffs' improper effort to subvert Case Management Order No. 3 ("CMO 3") (Doc. 193) so that a third lawyer representing the same Plaintiffs can question the witness. Under CMO 3, "[q]uestioning of a witness should be by only two attorneys for all Plaintiffs and two attorneys for all Defendants" in this MDL. CMO 3, ¶ II.A. The parties agreed to that provision, the Court ordered it, and the parties have thus far fully complied with the two-lawyer limitation. Plaintiffs now seek to circumvent this provision for purely tactical reasons.

For the reasons set forth below, the true reason for Plaintiffs' "Motion to Compel" – the designation of Tom Pirtle as an additional questioner at the continued deposition of Dr. Reinstein – should be denied.

---

[1] Significantly, Plaintiffs have failed to serve a copy of their Motion on counsel for Dr. Reinstein – the non-party witness whose attendance they ostensibly seek to compel.

- **Two Designated Plaintiffs' Attorneys Already Examined Dr. Reinstein**

The deposition of Dr. Reinstein commenced on May 28, 2008. The deposition was noticed for 8:30 am, but Plaintiffs' counsel arrived late and the deposition did not begin until around 9:00 am. Two attorneys – Fletch Trammell and David Matthews – questioned the witness on behalf of all Plaintiffs. The deposition adjourned around 1:30 pm. Contrary to Plaintiffs' misrepresentations in their Motion, AstraZeneca did not cut the deposition short; rather, the deposition adjourned because Dr. Reinstein had pre-scheduled clinic hours. *See* Reinstein Dep. Tr. at 230: 20-21, attached as Exhibit A. Plaintiffs were well aware of Dr. Reinstein's schedule before the deposition even commenced. During the three-and-a-half- hour deposition, both Mr. Trammell and Mr. Matthews questioned Dr. Reinstein extensively regarding his background, his involvement with AstraZeneca, his opinions regarding Seroquel and other atypical antipsychotic medications, as well as a host of other topics. The questioning by Mr. Matthews and Mr. Trammel produced a 230-page transcript. *See* Reinstein Dep. Tr., attached as Ex. A.

- **Plaintiffs Have Attempted To Add Mr. Pirtle As A Third Questioner**

Based on issues that arose at the deposition relating to Dr. Reinstein's execution of the Protective Order, the Court permitted Plaintiffs to continue the deposition of Dr. Reinstein for an additional five hours. *See* June 25, 2008 Order (Doc. 1032). Since the Court's Order in June, Plaintiffs have worked independently with Dr. Reinstein's counsel to resume the deposition. On August 18, 2008, Plaintiffs informed AstraZeneca that instead of

Mr. Trammell or Mr. Matthews, a third attorney, Tom Pirtle, would question Dr. Reinstein at the continuation of his deposition (which at the time was scheduled for August 20). AstraZeneca objected to this substitution, and Plaintiffs – not AstraZeneca – cancelled the deposition. *See* Correspondence from Jo Ann Napier, attached as Exhibit B.

Plaintiffs simply have no basis for their accusations that AstraZeneca somehow is responsible for any delay in the continuation of Dr. Reinstein's deposition. The Court has ordered the continuation of Dr. Reinstein's deposition, and AstraZeneca has been cooperating entirely in its scheduling. AstraZeneca does, however, insist that the deposition be conducted in accordance with CMO 3. Plaintiffs have had since June 2008 to schedule this deposition, but have not done so. If Plaintiffs are actually serious about concluding the deposition of Dr. Reinstein, they can easily find a date convenient for either Mr. Trammell or Mr. Matthews (or both) to proceed.

- **CMO 3 Limits Questioning Of A Witness To Two Attorneys Per Side**

CMO 3 is clear on its face: a witness shall be questioned by only two attorneys from each side. CMO 3, ¶ II.A. There is nothing in CMO 3 that provides for an exception to this limitation. This provision has been operational since the parties began taking depositions in this case, and with the exception of this instance, both sides have adhered to the two questioner per side limitation.

- **Plaintiffs Have Offered No Reason Or Basis To Add A Third Questioner**

Plaintiffs designated Mr. Matthews and Mr. Trammell to question Dr. Reinstein, and those attorneys in fact examined the witness at length. Plaintiffs have provided no explanation for why Mr. Matthews or Mr. Trammell are unable to complete the deposition

3

that they started, nor have they given any reason why an additional third attorney (Mr. Pirtle) should be permitted to question the witness. Mr. Matthews, Mr. Trammell, and Mr. Pirtle all represent the *same* MDL plaintiffs, and there is no reason even offered as to why Mr. Matthews and Mr. Trammell would not be capable of concluding the deposition they commenced on behalf of all Plaintiffs. If Mr. Pirtle has questions that he would like the witness to answer, he is welcome to relay those questions to his colleagues as CMO 3 provides. *See* CMO 3, ¶ II.A ("While other counsel may seek answers to additional questions, these additional questions shall be asked by one of the two designated counsel.").

- **Tactical Tag-Teaming Is Inappropriate And Should Not Be Allowed**

    It appears that Plaintiffs want Mr. Pirtle to question the witness for tactical reasons only. At trial, where only one questioner is permitted, the Court would not allow a second Plaintiffs' lawyer to question the witness. *See* M.D.L.R. 5.03(b)(9) ("Only one attorney for each party shall examine, or cross examine each witness"). The same applies here (except that CMO 3 permits two questioners). *See* Fed. R. Civ. P. 30(c)(1) ("examination and cross-examination of a deponent proceed as they would at trial . . ."); *see also Riley v. Murdock*, 156 F.R.D. 130, 132 (E.D.N.C. 1994) (disallowing a different attorney to examine the witness at the continuation of the deposition when another attorney had questioned the witness on the first day and the local rules would allow only one attorney to question the witness during trial). The limitation on the number of questioners set out in CMO 3 is intended to prevent precisely the sort tactical maneuvering Plaintiffs are attempting here. Plaintiffs should not be permitted to circumvent and unilaterally readout of existence the

4

CMO 3 provision that they agreed to and that the parties have adhered to without exception up until now.

For the foregoing reasons, the Court should deny Plaintiffs' Motion. The continuation of the deposition of Dr. Reinstein shall go forward as noticed by Plaintiffs, and either Mr. Matthews or Mr. Trammell shall question the witness consistent with CMO 3.

Respectfully submitted on this 12th day of September, 2008.

        */s/ Stephen J. McConnell*
        Stephen J. McConnell
        A. Elizabeth Balakhani
        DECHERT LLP
        2929 Arch Street
        Philadelphia, PA  19103
        Telephone: (215) 994-4000
        Facsimile: (215) 994-2222
        stephen.mcconnell@dechert.com

        *Counsel for Defendants AstraZeneca LP*
        *and AstraZeneca Pharmaceuticals LP*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 12, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system through which all participating parties are deemed served. I further certify that, by using the CM/ECF, the foregoing has been served on plaintiffs' liaison counsel, who is charged with serving any non-CM/ECF participants on the attached Service List.

/s/ A. Elizabeth Balakhani

SERVICE LIST

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br>E. Ashley Cranford, Esq.<br>Whatley Drake & Kallas, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ccf@whatleydrake.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Steven M. Selna, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>steven.selna@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>**Attorneys for Defendant AstraZeneca, PLC** | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>**Attorney for Defendant Dr. Asif Habib** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

10

| | |
|---|---|
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net |
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |