**From:** Rushlegal@aol.com
**Sent:** Monday, August 18, 2008 4:45 PM
**To:** mleger@galyen.com; ShawnaF@gld-law.com; noverholtz@aws-law.com; sburdine@hagans-law.com; mbreit@whatleydrake.com; nkoole@bpblaw.com; raines@bscr-law.com; ltien@bpblaw.com; Linda Svitak; bschwartz@galyen.com; swebb@brownandcrouppen.com; dperdue@cpaslaw.com; lschultz@weitzlux.com; Balakhani, Elizabeth; jkaiser@lskg-law.com; tpaecf@cfdom.net; tabaker@bpblaw.com; attorneys@outtech.com; asmith@aws-law.com; andrea@howardnations.com; mlundy@lundydavis.com; steven.selna@dbr.com; obrown@browngreer.com; efilingnotice@sidley.com; tcarter@bpblaw.com; Jim Freebery; lsabel@lskg-law.com; lsantiago@thematthewslawfirm.com; jdriscoll@brownandcrouppen.com; craig@ball.net; firm@summersandjohnson.com; mpederson@weitzlux.com; Prince, Shane; lgornick@lskg-law.com; hwheeler@blizzardlaw.com; ejones@carltonfields.com; ftrammell@bpblaw.com; wjohnson@faegre.com; jwitkin@aws-law.com; nations@howardnations.com; YChiu@weitzlux.com; kjensenlaw@gmail.com; bwallace@hrva.com; betsy@law-inc.com; jdillion@weitzlux.com; Sween, Gretchen; ddecarli@lskg-law.com; tbalducci@langstonlaw.com; tfibich@FHL-Law.com; eamos@price-law.com; KSmith@aws-law.com; lezzlie@howardnations.com; tharvey@whatleydrake.com; tkapshandy@sidley.com; kbailey@bpblaw.com; lowellf@phillipslaw.ws; pschneider@gsnlaw.com; blape@brownandcrouppen.com; lcollins@cpaslaw.com; tcampion@dbr.com; Flaster, Eben; llsimes@levins-law.com; sgebhardt@blizzardlaw.com; atravis@carltonfields.com; ndoyle@bpblaw.com; rhailey@sprynet.com; aburrus@aws-law.com; kim@howardnations.com; jmartin@crusescott.com; Twacker@rcrlaw.net; jMizgala@sidley.com; bailey-syc@bpblaw.com; scottarmstrong1235@earthlink.net; astavrakaras@lskg-law.com; dmatthews@thematthewslawfirm.com; bkrass@pawalaw.com; buffm@lpm-triallaw.com; jsafe@aws-law.com; ppennock@weitzlux.com; Magaziner, Fred; ecf@whaeydrake.com; whrfrat42@yahoo.com; rciotti@carltonfields.com; hsantiago@bpblaw.com; Bridget Ahmann; robertsalim@cp-tel.net; rcowan@bpblaw.com; kj@kjensenlaw.com; rschultz@hrva.com; heidi.hilgendorff@dbr.com; esugiarto@weitzlux.com; michelle.kirsc@dechert.com; echarley@lskg-law.com; attorneyokc@hotmail.com; lroth@roth-law.com; davidhwang@plblaw.com; isale@aws-law.com; charles@howardnations.com; jdibbley@lundydavis.com; jjobes@sidley.com; mperrin@bpblaw.com; Tamera Pearson; lbrandenberg@lskg-law.com; ddickens@doctoratlaw.com; asmith@brownandcrouppen.com; alist@cpaslaw.com; Thageman@spstl-law.com; jorelli@weitzlux.com; Shiekman, Marjorie; dcanty@lskg-law.com; eblizzard@blizzardlaw.com; ccoutroulis@carltonfields.com; klee@faegre.com; ablankenship@aws-law.com; lori@howardnations.com; sallen@crusescott.com; csz@zimmerreed.com; Michael Davis - Sidley; cbailey@bpblaw.com; Osborne, Margaret; bsund@lskg-law.com; aaron@ghalaw.com; mb@pawalaw.com
**Subject:** Seroquel - NOTICE the 8/20 depo of Dr. Reinstein is postponed

Defense counsel has refused to permit a 3rd plaintiff attorney to examine the witness. The original two attorneys were conflicted from the noticed date of 8/20. This deposition will be rescheduled as soon as possible.

**Jo Ann T. Napier**
Legal Assistant to David Matthews
Matthews & Associates
 JAN phone/mailing/delivery address info:
1922 Des Jardines
Houston Tx 77023
281 888 6607
832 567 8360 (cell - when not at home office) rushlegal@aol.com <mailto:rushlegal@aol.com>

MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston Tx 77098
713 222 8080

1