# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

Case No. 6:06-md-1769-Orl-22DAB

_____

This Document Relates to ALL CASES
_____

---

## REPORT OF THE SPECIAL MASTER AND PROJECT MANAGEMENT OFFICE FOR CASE-SPECIFIC DISCOVERY

---

REPORT NUMBER: 13

DATE: SEPTEMBER 15, 2008

**CONTENTS**

**PAGE**

I. INTRODUCTION ........................................................................................... 1

II. GENERAL REPORT..................................................................................... 1

    A. Special Master Escrow Account Information ...................................... 1

    B. Case-Specific Discovery Program for Pre-December 2007
       Case Designations ................................................................................ 3

    C. Actions by the PMO Relating to the Florida Discovery Pool............... 3

III. INITIAL TRIAL POOL CASES .................................................................... 3

    A. General Report on Case-Specific Discovery in the
       Initial Pool Cases .................................................................................. 3

    B. The Status of Physician Depositions in the Initial Trial
       Pool Cases............................................................................................. 3

    C. The Status of Non-Physician Depositions in the
       Initial Trial Pool Cases......................................................................... 5

IV. ACTIVITIES OF THE SPECIAL MASTER ................................................. 7

    A. Joint Motion to Allow Case-Specific Discovery in
       September 2008 .................................................................................... 7

    B. Report and Recommendation No. 7 by the Special Master .................. 7

## I. INTRODUCTION

At the Status Conference on August 22, 2007, the Court directed the Special Master to submit a monthly report to the Court by the 15th of each month summarizing the activities of the Special Master and the Project Management Office. The Special Master filed Report No. 1 on September 14, 2007; Report No. 2 on October 15, 2007; Report No. 3 on November 13, 2007; a Supplemental Report on November 19, 2007; Report No. 4 on December 14, 2007; a Supplement Report on December 18, 2007, Report No. 5 on January 15, 2008, Report No. 6 on February 15, 2008; Report No. 7 on March 14, 2008, Report No. 8 on April 15, 2008; Report No. 9 on May 15, 2008; Report No. 10 on June 16, 2008, Report No. 11 on July 15, 2008, and Report No. 12 on August 15, 2008. The Special Master presents this Report No. 13 to update the Court and the Parties on events and progress since the previous Report.

## II. GENERAL REPORT

**A.     Special Master Escrow Account Information.**

The Special Master Escrow Account Summary Report (SQ300, attached as Exhibit 1) reflects that as of September 15, 2008, a total of $449,800 has been deposited into the original Special Master Escrow account since inception. From that amount: $132,784 has been paid to compensate physicians deponents for deposition time; $18,431 has been paid to reimburse physicians for the cost of copying their Medical Records; $15,220 has been paid in shipping charges incurred by physicians in sending records to the PMO and/or by the PMO to send copy sets to the Parties; and $329 has been paid for bank fees. Additionally, $280,800 was transferred to the "Seroquel Special Master Escrow II" account to be used for the payment depositions in Florida (as further

1

described in the paragraph below).  The balance as of September 15, 2008, in the original Special Master Escrow account is $2,237.

Before January 11, 2008, in accordance with the agreement of the Parties, all requests by the Special Master for funds to be deposited into the Special Master Escrow account were divided on a 60/40 basis between the Defendants and Plaintiffs.  On January 11, 2008, the parties agreed that all expenses associated with the depositions to be scheduled in Florida will be apportioned on a 50/50 basis, while any remaining non-Florida depositions will still follow the 60/40 split.  To pay and track those expenses associated with the Florida depositions, the PMO opened a second Special Master account called "Seroquel Special Master Escrow II."  The Special Master Escrow II Account Summary Report (SQ300A, attached as Exhibit 2) reflects that as of September 15, 2008, $280,800 has been transferred into this account from the original Special Master Escrow Account.  From that amount: $234,119 has been paid to compensate physicians for deposition time; and $24,959 has been paid to reimburse physicians for the cost of copying their Medical Records; $16,420 has been paid in shipping charges incurred by physicians in sending records to the PMO and/or by the PMO to send copy sets to the Parties.  The balance as of September 15, 2008, in the Special Master Escrow II account is $5,302.

The Special Master Escrow Account Physician Payment Details Reports (SQ301 and SQ301A) are available on-line at https://www.browngreer.com/seroquel.  They provide details of each payment made to each physician, the reason for the payment, and the case to which the payment is related.

B.  **Case-Specific Discovery Program for Pre-December 2007 Case Designations.**

The report attached as Exhibit 3 (SQ108) reflects the status of this discovery. The PMO is not working to schedule the remaining 40 depositions for Pre-December 2007 cases.

C.  **Actions by the PMO Relating to the Florida Discovery Pool.**

The PMO concluded its scheduling of the depositions of prescribing and treating physicians in the Florida Discovery Pool cases on May 30, 2008. The report attached as Exhibit 4 (SQ105) describes the work of the PMO in scheduling physician depositions for the Florida Discovery Pool.

## III.  INITIAL TRIAL POOL CASES

A.  **General Report on Case-Specific Discovery in the Initial Pool Cases.**

The report attached as Exhibit 5 (SQ106) describes the progress of the PMO to date in scheduling physician depositions in the Florida Initial Trial Pool.

B.  **The Status of Physician Depositions in the Initial Trial Pool Cases.**

In Paragraph 2 of its Order of August 29, 2008 (Document 1071), the Court permitted the PMO to schedule depositions in the Initial Trial Pool cases until September 30, 2008. Of all the Initial Trial Pool cases, 12 are Group One cases anointed to be the first to be set for trial. We have successfully scheduled all of the physicians in the Group One trial cases to finish in September except for Dr. Nikhita Dhruv, who was designated by Plaintiffs on September 4, 2008, for the suit by Plaintiff Linda Guinn. Defendants have objected to the timing of this designation. The Special Master will resolve this issue promptly. It was set for discussion with the Parties in a weekly Status Conference call on September 15, 2008, but the damage suffered by the offices of

3

Plaintiffs' representative, Ms. Martines, in Houston, Texas, as a result of Hurricane Ike caused us to postpone that call.

Table 1 below shows us that we have 14 physicians left in the Initial Trial Pool cases whose depositions need to be scheduled or re-scheduled:

| Table 1 | Status of Physician Depositions Scheduling for Initial Trial Pool Cases (As of 9/15/08) | |
|---|---|---|
| Row | Status | Number of Depositions |
| 1. | Scheduled | 125 |
| 2. | Currently Unable to Schedule | 4 |
| 3. | Not Yet Scheduled | 10 |
| 4. | TOTAL | 139 |

The PMO is working to set them all 14 of these in September. One of the 14 physicians is Dr. Lois J. MacDonnell, whose deposition had been set for September 12, 2008, but had to be canceled because of Hurricane Ike, which prohibited travel by plaintiff's counsel to Florida from Texas. The PMO has contacted and is actively working to schedule the depositions for four of the 14 physicians whom we have been able to locate. Despite many efforts and additional information provided by the Parties, the PMO has been unable to locate another four of the 13 physicians. The Parties have been assisting in finding these doctors and when those efforts fail either remove the designation or is some instances substitute another witness.

Scheduling efforts for the other five of these 14 physicians have been significantly delayed because of the initial denial of requests for depositions by the Office of Veteran's Affairs and the Social Security Administration, and by requests from these offices for additional information. The Parties have been assisting the PMO in providing such additional material to these agencies in an effort to convince them that the deposition is

4

warranted. The Special Master is trying to secure the cooperation of the Assistant United States Attorneys who handle objections to depositions of employees of the Office of Veteran's Affairs or the Social Security Administration.

Table 2 provides more detail on the 14 un-scheduled depositions in the Initial Trial Pool cases:

| Table 2 | Unscheduled Physician Depositions in Florida Initial Trial Pool (As of 9/15/08) | | | |
|---|---|---|---|---|
| Row | Plaintiff | Deponent | Deponent Type | Status |
| 1. | Batalla, Tomasa | Stoll, Barbara E | Prescribing | Unable to Locate |
| 2. | | Wu, Steven | Treating | SSA Employee |
| 3. | Browning, Dena | Arsenault, Michael | Prescribing | Scheduling in Progress |
| 4. | Cuyler, Dorian | Pandar, Unknown | Treating | Unable to Locate |
| 5. | Grant, Judith | Linton, Candice | Treating | Scheduling in Progress |
| 6. | Guinn, Linda | Dhruv, Nikhita | Treating | Scheduling in Progress |
| 7. | Hinton, Joanne | MacDonnell, Lois Jane | Prescribing | Re-scheduling in Progress |
| 8. | Lincoln, Lawrence | McBride, Linda | Treating | VA Employee |
| 9. | | Russell, Lorna | Treating | VA Employee |
| 10. | | Shea, Nancy | Treating | VA Employee |
| 12. | Michael, Robert | Ghory, Lina A. | Treating | VA Employee |
| 12. | Tanner, Kathleen | Gray, Marlene | Treating | Scheduling in Progress |
| 13. | Thomas, Leslie D. | Boone, Lillian | Prescribing | Unable to Locate |
| 14. | | Germain, Gerard | Treating | Unable to Locate |

C. **The Status of Non-Physician Depositions in the Initial Trial Pool Cases.**

Not all the case-specific depositions have been set in the 12 Group One cases in the Initial Trial Pool. The Parties have reported to the PMO there are seven non-physician deponents remaining to be scheduled in Group One cases. Table 3 contains additional information about these seven deponents:

5

| Table 3 | Unscheduled Group One Non-Physician Deponents<br>Initial Trial Pool Cases<br>(As of 8/14/08) | | | | |
|---|---|---|---|---|---|
| Row | Plaintiff | Row | Last Name | First Name | Relationship |
| 1. | **Burns, Janice** | 1. | Shelton | Troy Alan | Son-in-Law |
| 2. | **Guinn, Linda** | 2. | Hartwell | Patricia | Other |
| | | 3. | Parrott | Sylvia | Pharmaceutical Sales Specialist |
| | | 4. | Vasquez | Manuel | Pharmaceutical Sales Specialist |
| 3. | **Unger, Richard** | 5. | Rogers | Douglas | Parent |
| | | 6. | Unger | Elizabeth | Other |
| 4. | **Whittington, Linda** | 7. | Hamrick | Jeanette | Parent |

The Parties have also designated 12 non-physician depositions in the Initial Trial Pool cases other than Group One cases that have not been scheduled. Table 4 contains additional information about these deponents.

| Table 4 | Unscheduled Non-Physician Depositions<br>in Florida Initial Trial Pool<br>As of 9/12/08 | | | |
|---|---|---|---|---|
| Row | Plaintiff | Last Name | First Name | Deponent Type |
| 1. | Batalla, Tomasa A. | Hevel | Jeanette | Other |
| 2. | Cuyler, Dorian | Cuyler | Dorian | Plaintiff |
| 3. | Lamica, Terry L. | Hardin | Glenda | Other |
| 4. | McDaniel, Kimberly | McDaniel | Mark | Other |
| 5. | | Wakeland | Diane | Parent |
| 6. | | White | Gayle | Other |
| 7. | Miqueli, Barbara | Lima | Susie | Other |
| 8. | | Miqueli | Robert | Other |
| 9. | Schapiro, Michael | Schapiro | Leslie | Other |
| 10. | Thomas, Leslie D. | Peterson | Ronald | Other |
| 11. | | Thomas | Doreen | Other |
| 12. | | Thomas | Mary | Other |

The Special Master and the Parties are pressing to resolve all these issues and set these depositions in September.

## IV.  ACTIVITIES OF THE SPECIAL MASTER

### A.  Joint Motion to Allow Case-Specific Discovery in September 2008.

On August 28, 2008, the Special Master filed a Joint Motion to Allow Case-Specific Discovery in September, 2008.  The Court granted this Joint Motion on August 29, 2008.

### B.  Report and Recommendation No. 7 by the Special Master.

The Special Master reviewed with the Parties by telephone conference on September 5, 2008, certain Motions to Dismiss cases that were in a "Hold" status by agreement of the Parties.  After consideration of the issues, the Special Master issued Report and Recommendation No. 7, attached as Exhibit 6, on September 11, 2008.  This is presented to the Court for informational purposes only.  No action is required of the Court on this Report and Recommendation unless the Court has questions of the Special Master or the Parties regarding it.

Respectfully submitted,

BROWNGREER PLC

By: **s/ Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia  23219
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.

        **s/ Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia  23219
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com

**SERVICE LIST**

In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

1

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

2

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

4

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |