*Confidential Information*

| SQ300A | Seroquel PMO: Special Master Escrow II Account Summary (As of 9/15/08) | |
|---|---|---|
| | **Description** | **Available Funds** |
| 1. | Deposits | $280,800.00 |
| 2. | Physician Fee Payments | ($234,119.00) |
| 3. | Physician Costs for Medical Records | ($24,958.74) |
| 4. | Federal Express Expenses | ($16,419.91) |
| 5. | Bank Fees | ($0.00) |
| 6. | **Ending Balance   (9/15/08)** | **$5,302.35** |