# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

_____/

Case No. 6:06-md-1769-Orl-22DAB

## ORDER

This cause came on for consideration with oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFFS' EMERGENCY SECOND MOTION TO COMPEL THE DEPOSITION OF MICHAEL REINSTEIN (Doc. No. 1075)**
>
> **FILED:** September 10, 2008
>
> _____
>
> **THEREON** it is **ORDERED** that the Motion is **DENIED as moot** to the extent Plaintiffs seek to compel Defendants' cooperation in scheduling the deposition. *See* Doc. No. 1080 at 1 (agreeing to date set). The Motion is **DENIED** to the extent Plaintiffs' seek leave to have an attorney not at the previous deposition question Dr. Reinstein.

**DONE** and **ORDERED** in Orlando, Florida on September 18, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record