# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

_____/

**Case No. 6:06-md-1769-Orl-22DAB**

**THEODORE FORTUNA,**

        **Plaintiff,**

**-vs-**

**Case No. 6:08-cv-853-Orl-22DAB**

**ASTRAZENECA PHARMACEUTICALS LP,**

        **Defendant.**

_____/

## ORDER TO SHOW CAUSE

Plaintiff is hereby notified of the filing of the Motion (Doc. No. 4[1]) by her counsel to withdraw from representation in this case based on her lack of communication with counsel. Plaintiff is **ORDERED** to show cause in writing within 11 days from the date of this Order why this case should not be dismissed for her failure to prosecute it based on her non-communication with counsel. Counsel is directed to use best efforts to provide Plaintiff with a copy of this Order and otherwise to convey its contents to her. Failure by Plaintiff to respond timely will result in dismissal of this action.

**DONE** and **ORDERED** in Orlando, Florida on this 18th day of September, 2008.

                                          _David A. Baker_
                                          DAVID A. BAKER
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The same motion was filed as Doc. No. 1078 in the multi-district case.

Copies furnished to:

Counsel of Record