UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates To:

| | | | |
|---|---|---|---|
| Linda Guinn | 6:07-cv-10291 | Judith Grant | 6:07-cv-10286 |
| Janice Burns | 6:07-cv-15959 | Christine Hernandez | 6:07-cv-15736 |
| Richard Unger | 6:07-cv-15812 | Joanne Hinton | 6:07-cv-10304 |
| Connie Curley | 6:07-cv-15701 | Terry Lamica | 6:07-cv-10334 |
| Linda Whittington | 6:07-cv-10475 | Lawrence Lincoln | 6:07-cv-11093 |
| Eileen McAlexander | 6:07-cv-10360 | Debra Livesay | 6:07-cv-15752 |
| Sandra Carter | 6:07-cv-13234 | Janet Lowe-Bernard | 6:07-cv-15754 |
| Clemmie Middleton | 6:07-cv-10949 | Joe McDaniel | 6:07-cv-11782 |
| Hope Lorditch | 6:07-cv-12657 | Kimberly McDaniel | 6:07-cv-10362 |
| David Haller | 6:07-cv-15733 | Robert Michael | 6:07-cv-15762 |
| Charles Ray | 6:07-cv-11102 | Barbara Miqueli | 6:07-cv-15765 |
| William Sarmiento | 6:07-cv-10425 | Lori Quinn | 6:07-cv-14108 |
| Tomasa Batalla | 6:07-cv-10192 | Michael Schapiro | 6:07-cv-10427 |
| Dena Browning | 6:07-cv-13182 | Kathleen Tanner | 6:07-cv-15809 |
| Dorian Cuyler | 6:07-cv-15703 | Leslie Thomas | 6:07-cv-10457 |

_____

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS'
CLAIMS FOR BREACH OF EXPRESS WARRANTY, BREACH OF THE IMPLIED
WARRANTY OF MERCHANTABILITY, AND BREACH OF THE IMPLIED
WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE**

This cause came before the Court on the parties' Stipulation Regarding Dismissal With Prejudice of Initial Trial Pool Plaintiffs' Claims For Breach of Express Warranty, Implied Warranty Of Merchantability, And Implied Warranty Of Fitness For A Particular Purpose and Motion for Entry of Proposed Order.

Upon request by the parties, the Court determines that the claims for breach of express warranty, breach of the implied warranty of merchantability, and breach of the

2

implied warranty of fitness for a particular purpose asserted by the plaintiffs in the above-captioned cases, which comprise the Initial Trial Pool and to which Florida law applies, should be dismissed with prejudice.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

In all the above-captioned cases, plaintiffs' claims for (i) breach of express warranty, (ii) breach of the implied warranty of merchantability, and (iii) breach of the implied warranty of fitness for a particular purpose, are hereby DISMISSED WITH PREJUDICE.

**DONE AND ORDERED**, this _____ day of _____, 2008 in Orlando, Orange County, Florida.

> ANNE C. CONWAY
> UNITED STATES DISTRICT JUDGE

Copies furnished to all persons on the attached Service List.