# EXHIBIT 1

# EXHIBIT 1

## LIST OF PLAINTIFFS WITH OVERDUE DISCOVERY

|     | **Plaintiff Last Name** | **Plaintiff First Name** | **MDL Case No.** |
| --- | --- | --- | --- |
| 1.  | Dahlberg    | Lori Ann  | 6:2008cv00524 |
| 2.  | Donald      | Stella    | 6:2008cv00813 |
| 3.  | Dunn        | Roy       | 6:2008cv00938 |
| 4.  | Fox         | Paul      | 6:2008cv00491 |
| 5.  | Garcia, Jr. | Hector    | 6:2008cv00520 |
| 6.  | Gitschier   | Gerald    | 6:2008cv00521 |
| 7.  | Hale        | Donald    | 6:2008cv00633 |
| 8.  | Kokotan     | Margaret  | 6:2008cv00809 |
| 9.  | Matney      | Ricky     | 6:2008cv00810 |
| 10. | McCormick   | David     | 6:2008cv00352 |
| 11. | Newton      | Brenda    | 6:2008cv00808 |
| 12. | Setzer      | Catherine | 6:2008cv00910 |
| 13. | Staten      | Tommy     | 6:2008cv00939 |
| 14. | Thomas, Jr. | Luther    | 6:2008cv00492 |