# EXHIBIT 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

**Lori Ann Dahlberg v. AstraZeneca Pharmaceuticals LP, et al.**
MDL Case No. 6:08-cv-00524-ACC-DAB

**Stella Donald v. AstraZeneca Pharmaceuticals LP, et al.**
MDL Case No. 6:08-cv-00813-ACC-DAB

**Roy Dunn v. AstraZeneca Pharmaceuticals LP**
MDL Case No. 6:08-cv-00938-ACC-DAB

**Paul Fox v. AstraZeneca LP**
MDL Case No. 6:08-cv-00491-ACC-DAB

**Hector Garcia, Jr. v. AstraZeneca Pharmaceuticals LP, et al.**
MDL Case No. 6:08-cv-00520-ACC-DAB

**Gerald Gitschier v. AstraZeneca Pharmaceuticals LP, et al.**
MDL Case No. 6:08-cv-00521-ACC-DAB

**Donald Hale v. AstraZeneca Pharmaceuticals LP, et al.**
MDL Case No. 6:08-cv-00633-ACC-DAB

**Margaret Kokotan v. AstraZeneca Pharmaceuticals LP**
MDL Case No. 6:08-cv-00809-ACC-DAB

**Ricky Matney v. AstraZeneca Pharmaceuticals LP**
MDL Case No. 6:08-cv-00810-ACC-DAB

**David McCormick v. AstraZeneca LP, et al.**
MDL Case No. 6:08-cv-00352-ACC-DAB

**Brenda Newton v. AstraZeneca Pharmaceuticals, LP, et al.**
MDL Case No. 6:08-cv-00808-ACC-DAB

**Catherine Setzer v. AstraZeneca LP, et al.**
MDL Case No. 6:08-cv-00910-ACC-DAB

**Tommy Staten v. AstraZeneca Pharmaceuticals, LP, et al.**
MDL Case No. 6:08-cv-00939-ACC-DAB

**Luther Thomas, Jr. v. AstraZeneca Pharmaceuticals, LP, et al.**
MDL Case No. 6:08-cv-00492-ACC-DAB

_____

      **IT IS ON THIS** ____ day of _____, 2008 **ORDERED** as follows:

All of the claims of the above-captioned Plaintiffs are **DISMISSED WITH PREJUDICE** for failure to timely serve upon Defendant a completed, verified PFS with all requested information, documents, and authorizations.

DATED: _____            _____

                                                                    **ORDERED BY THE COURT**