# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

**This document relates to:**

**TOMASA BATALLA v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-10192-ACC-DAB**

**DENA BROWNING v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13182-ACC-DAB**

**JANICE BURNS v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15959-ACC-DAB**

**SANDRA CARTER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-13234-ACC-DAB**

**CONNIE CURLEY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15701-ACC-DAB**

**DORIAN CUYLER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15703-ACC-DAB**

**JUDITH GRANT v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-10286-ACC-DAB**

**LINDA GUINN v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-10291-ACC-DAB**

**DAVID HALLER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15733-ACC-DAB**

**CHRISTINE HERNANDEZ v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15736-ACC-DAB**

**JOANNE HINTON v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-10304-ACC-DAB**

**TERRY LAMICA v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-10334-ACC-DAB**

**LAWRENCE LINCOLN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11093-ACC-DAB**

**DEBRA LIVESAY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15752-ACC-DAB**

**HOPE LORDITCH v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12657-ACC-DAB**

**JANET LOWE-BERNARD v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15754-ACC-DAB**

**EILEEN MCALEXANDER v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-10360-ACC-DAB**

**KIMBERLY MCDANIEL v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-10362-ACC-DAB**

**ROBERT MICHAEL v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15762-ACC-DAB**

**CLEMMIE MIDDLETON v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-10949-ACC-DAB**

**BARBARA MIQUELI v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15765-ACC-DAB**

**LORI QUINN v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-14108-ACC-DAB**

**CHARLES RAY v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-11102-ACC-DAB**

**WILLIAM SARMIENTO v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-10425-ACC-DAB**

**MICHAEL SCHAPIRO v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-10427-ACC-DAB**

**KATHLEEN TANNER v. ASTRAZENECA LP, ET AL.**

**MDL Case No. 6:07-cv-15809-ACC-DAB**

**LESLIE THOMAS v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-10457-ACC-DAB**

**RICHARD UNGER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-15812-ACC-DAB**

**LINDA WHITTINGTON v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-10475-ACC-DAB**

_____

## ORDER

This cause came before the Court on the parties' Stipulation Regarding Dismissal With Prejudice of Initial Trail Pool Plaintiffs' Claims for Breach of Express Warranty, Implied Warranty of Merchantability, and Implied Warranty of Fitness for a Particular Purpose and Motion for Entry of Proposed Order (Doc. 1085).

Upon request by the parties, the Court determines that the claims for breach of express warranty, breach of implied warranty of merchantability, and breach of implied warranty of fitness for a particular purpose asserted by the plaintiffs in the above-captioned cases,[1] which comprise the Initial Trial Pool and to which Florida law applies, should be dismissed with prejudice.

Accordingly, it is **ORDERED** as follows:

1.     The Joint Motion for Entry of Proposed Order (Doc. 1085) is **GRANTED**.

2.     In all of the above-captioned cases, plaintiffs' claims for (i) breach of express

_____

[1] One of the initial trial pool cases, Joe McDaniel v. AstraZeneca Pharms. LP, et al., Case No. 6:07-cv-11782-ACC-DAB, has been omitted from this order. The parties stipulated to the dismissal of this case on July 28, 2008.

warranty, (ii) breach of implied warranty of merchantability, and (iii) breach of implied warranty of fitness for a particular purpose, are hereby **DISMISSED WITH PREJUDICE**.

3.   The Clerk is directed to file a copy of this order in each of the above-captioned cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 23, 2008.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge