**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:  Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

This Document Relates to ALL CASES

**ORDER**

Upon consideration of the Joint Motion to Complete Case-Specific Discovery, it is hereby ORDERED as follows:

1. The Parties are permitted to continue with Case-Specific Discovery in the Initial Trial Pool cases until such discovery is completed, provided that such discovery shall not interfere with any of the deadlines set by the Court for pretrial activity and trials on the Initial Trial Pool cases.

2. The PMO and the Special Master are authorized to continue in their roles of scheduling and conducting the case-specific discovery in the Initial Trial Pool Cases, and acting to facilitate agreements or otherwise resolve any disputes arising in case-specific discovery.

3. Except as modified by this Order, Case Management Order No. 5 and the July 14, 2008 Order (Doc. No. 1044) remain in full force and effect.

**DONE and ORDERED** in Orlando, Florida, on October _____, 2008.

ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

**EXHIBIT 1**

**WE ASK FOR THIS:**

**SPECIAL MASTER:**

By:     s/ Orran L. Brown
       Orran L. Brown, Special Master
       Virginia State Bar No. 25832
       BrownGreer PLC
       115 South 15th Street, Suite 400
       Richmond, Virginia  23219
       Telephone:  (804) 521-7201
       Facsimile:  (804) 521-7299
       Email:  obrown@browngreer.com

**AGREED:**

**PLAINTIFFS' COUNSEL:**

By:     s/ Buffy K. Martines
       Buffy K. Martines
       Laminack, Pirtle & Martines
       Lyric Center Building
       440 Louisiana
       Suite 1250
       Houston, TX  77002
       Telephone:  (713) 292-2750
       Facsimile:  (713) 223-4870
       Email:  buffym@lpm-triallaw.com

       *Counsel for Plaintiffs in Coordinated Discovery*

**DEFENDANTS' COUNSEL:**

By:     s/ Russell O. Stewart
       Russell O. Stewart
       Faegre & Benson LLP
       3200 Wells Fargo Center
       1700 Lincoln Street
       Denver, CO 80203-4532
       Telephone:  (303) 607-3688
       Facsimile:  (303) 607-3600
       Email:  rstewart@faegre.com

       *Counsel for Defendants in Coordinated Discovery*