UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability
Litigation

                                          Case No. 6:06-md-1769-Orl-22DAB

This Document Relates to ALL CASES

**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR LEAVE TO COMPLETE CASE-SPECIFIC DISCOVERY**

**I.  FACTUAL BACKGROUND**

    A.      **Introduction.**

In its Order of August 3, 2007 (Document No. 348), the Court appointed BrownGreer as the Project Management Office ("PMO") and Orran L. Brown as the Special Master for Case-Specific Discovery.  Paragraph I.B. of the Appointment Order directed the PMO to designate a member of the firm to serve as the Special Master for case-specific discovery.  In a Designation of Special Master by Project Management Office filed on August 10, 2007 (Document No. 375), the PMO designated Orran L. Brown of the firm as the Special Master.  Plaintiffs then designated Ms. Buffy Martines, of Laminack, Pirtle & Martines, as representative of all Plaintiffs in the Case-Specific Discovery program.  Defendants designed Mr. Russell Stewart, of Faegre & Benson, to serve in that role for Defendants.

    The PMO/Special Master have worked with these counsel since that time in the conduct of case-specific discovery in the Discovery Pool Cases, the Florida Pool Cases, and the Initial Trial Pool Cases.  Though this work is nearly completed, we have certain

areas left to finish.  The Joint Motion filed with this Memorandum seeks the Court's approval of further steps to allow us to complete this mission.

### B. The Discovery Pool Cases.

From August 2007 through December 2007, the Special Master, the PMO and the Parties were engaged in scheduling the depositions and gathering medical records from prescribing and treating physicians, and then conducting those depositions, as well as depositions of the plaintiff and one sales representative in the cases designated each month by the Parties or the Court for case-specific discovery.  The PMO established procedures to pay invoices from physicians for copies of records and for deposition time, and maintained a Master Calendar on a Seroquel website accessible by the Parties by secure password.  These efforts were pursuant to the Court's directives in Case Management Order No. 4, entered on July 6, 2007 (Document No. 263).  The Special Master and the Parties designed and proposed and the Court entered CS Administrative Orders 1, 2 and 3 to aid in this program.  Though this work was largely completed by the end of December 2007, the parties continued certain clean-up depositions into April 2008 for the Discovery Pool Cases.

### C. The Florida Discovery Pool Cases.

After the Court entered Case Management Order No. 5 on January 11, 2008 (Document No. 792), the PMO/Special Master and the Parties continued their efforts in the 75 Florida Discovery Pool cases designated by the Parties and the Court pursuant to that Order.  These parties proposed and the Court entered CS Administrative Order No. 4 on February 20, 2008 (Document No. 867) to assist in this program.  On April 16, 2008, the Court entered an Order (Document No. 943), granting the request by the Special

Master and the Parties for additional time through May 31, 2008, to complete the limited case-specific discovery program in these Discovery Pool cases. The PMO completed its scheduling of the depositions of prescribing and treating Physicians in the Florida Discovery Pool cases on May 30, 2008.

### D.     The Initial Trial Pool Cases.

In May 2008, the PMO/Special Master and the Parties began similar efforts to conduct the case-specific discovery in the 30 cases designated by the Parties in April and May 2008 as the Initial Trial Pool Cases, pursuant to Paragraph H of CMO No. 5. We designed and proposed and the Court approved of CS Administrative Order No. 5, entered on May 29, 2008 (Document No. 1006) to prescribe the procedures for full discovery in these cases. We have worked steadily since then to conduct case-specific discovery in all these cases.

The Parties and the PMO/Special Master have substantially completed the case-specific discovery in the Initial Trial Pool cases. By October 1, 2008, the Parties will have completed depositions of all but six physicians, one sales representatives, one plaintiff, and 16 other third-party witnesses in the Initial Trial Pool cases. We could not finish these remaining witnesses by September 30, 2008, for the several reasons described in our Joint Motion to Permit Case-Specific Discovery in September 2008 (Document No. 1069), consisting of logistical and other practical difficulties that we could not control. The Parties continue to confer about whether the depositions of the 16 third-party witnesses are necessary, and expect that few of these will in fact be deposed. The Parties would like the PMO and Special Master to continue to assist in making those determinations.

## II.  RELIEF REQUESTED

The Parties would like to finish out the case-specific discovery depositions in the Initial Trial Pool cases.  They would like the assistance of the PMO and the Special Master in this effort by having them continue to serve in the facilitating roles they have served thus far.  This discovery will have to be completed at some time before these cases can be ready for trial.  It would be most efficient to complete these efforts while the existing system and processes among the Parties and the PMO/Special Master are in place, rather than dismantling them now to reinstate them later.

The Parties are also, however, very mindful of the schedule set by the Court for the pretrial actions and trial of the Initial Trial Pool cases.  Accordingly, the Parties assure the Court that their conclusion of the remaining case-specific discovery in these cases will not be allowed to intrude upon or interfere with any of those deadlines set by the Court, and ask that such directive be included in any Order entered on this Joint Motion.  Accordingly, we ask the Court to enter an Order permitting Plaintiffs and Defendants to continue to schedule and conduct case-specific discovery depositions and for the PMO and Special Master to continue in their roles of assisting in scheduling and facilitating aspects or resolving case-specific discovery dispute that may arise.

### III. CONCLUSION

For these reasons, the Parties and the Special Master request that this Joint Motion be granted.

Respectfully submitted,

By:    s/ Orran L. Brown
      Orran L. Brown
      Virginia State Bar No. 25832
      BrownGreer PLC
      115 South 15th Street, Suite 400
      Richmond, Virginia  23219
      Telephone:  (804) 521-7201
      Facsimile:  (804) 521-7299
      Email:  obrown@browngreer.com

*Special Master for Case-Specific Discovery*

By:    s/ Russell O. Stewart
      Russell O. Stewart
      Faegre & Benson LLP
      3200 Wells Fargo Center
      1700 Lincoln Street
      Denver, CO 80203-4532
      Telephone:  (303) 607-3688
      Facsimile:  (303) 607-3600
      Email:  rstewart@faegre.com

*Counsel for Defendants in Coordinated Discovery*

By:    s/ Buffy K. Martines
      Buffy K. Martines
      Laminack, Pirtle & Martines
      Lyric Center Building
      440 Louisiana, Suite 1250
      Houston, TX  77002
      Telephone:  (713) 292-2750
      Facsimile:  (713) 223-4870
      Email:  buffym@lpm-triallaw.com

*Counsel for Plaintiffs in Coordinated Discovery*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.

                                                **s/ Orran L. Brown**

Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia  23219
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com

# SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

1

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

2

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>**Attorney for Defendant Dr. Asif Habib** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

3

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |