# EXHIBIT A

# EXHIBIT A

## LIST OF PLAINTIFFS WITH OVERDUE DISCOVERY

|    | Plaintiff Last Name | Plaintiff First Name | MDL Case No. |
|----|---------------------|----------------------|--------------|
| 1. | Dahlberg            | Lori Ann             | 6:08-cv-00524 |
| 2. | Dunn                | Roy                  | 6:08-cv-00938 |
| 3. | Fox                 | Paul                 | 6:08-cv-00491 |
| 4. | Garcia, Jr.         | Hector               | 6:08-cv-00520 |
| 5. | Gitschier           | Gerald               | 6:08-cv-00521 |
| 6. | Kokotan             | Margaret             | 6:08-cv-00809 |
| 7. | Setzer              | Catherine            | 6:08-cv-00910 |
| 8. | Staten              | Tommy                | 6:08-cv-00939 |