# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

**Case No. 6:06-md-1769-Orl-22DAB**

_____/

**THEODORE FORTUNA,**

    **Plaintiff,**

**-vs-**    **Case No. 6:08-cv-853-Orl-22DAB**

**ASTRAZENECA PHARMACEUTICALS LP,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

  This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION FOR JOHN J. DRISCOLL TO WITHDRAW AS ATTORNEY (Doc. No. 1078)**
>
> **FILED:**   **September 12, 2008**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**. It is further **RECOMMENDED** that the case be dismissed for failure to prosecute and abandonment of her claim due to Plaintiff's failing to respond to counsel and the Court's Order to Show Cause.

**DONE** and **ORDERED** in Orlando, Florida on October 2, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record