**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation

                                                                Case No.  6:06-md-1769-Orl-22DAB

_____/

**ORDER**

Upon consideration of the Joint Motion For Leave to Complete Case-Specific Discovery (Doc. 1091), it is hereby **ORDERED** as follows:

1.      The Joint Motion (Doc. 1091) is **GRANTED**.

2.      The Parties are permitted to continue with case-specific discovery in the Initial Trial Pool cases until such discovery is completed, provided that such discovery **shall not** interfere with any of the deadlines set by the Court for pretrial activity and trials in the Initial Trial Pool cases.

3.      The PMO and the Special Master are authorized to continue in their roles of scheduling and conducting the case-specific discovery in the Initial Trial Pool Cases, and acting to facilitate agreements or otherwise resolve any disputes arising in case-specific discovery.

4.      Except as modified by this Order, Case Management Order No. 5 (Doc. 792) and the July 14, 2008 Order (Doc. 1044) remain in full force and effect.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 2, 2008.

Copies furnished to:

ANNE C. CONWAY
United States District Judge

Counsel of Record
Unrepresented Party

-2-