A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Oct 02, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Sep 16, 2008**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
October 3, 2008
Date                    Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**
Roger Mullarkey v. AstraZeneca Pharmaceuticals, )
   LP, et al., E.D. Pennsylvania, C.A. No. 2:08-496 )
David Johnson v. AstraZeneca Pharmaceuticals, )
   LP, et al., E.D. Virginia, C.A. No. 2:08-415 )

MDL No. 1769

## CONDITIONAL TRANSFER ORDER (CTO-71)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 626 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Oct 02, 2008**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION | MDL No. 1769 |
|---|---|

## INVOLVED COUNSEL LIST (CTO-71)

David J. Dickens
MILLER FIRM LLC
108 Railroad Avenue
Orange, VA 22960

Christopher A. Gomez
MILLER FIRM LLC
555 East City Avenue
Suite 910
Bala Cynwyd, PA 19004

Larry M. Roth
LAW OFFICES OF LARRY M ROTH PA
1615 Edgewater Drive
Suite 180
P.O. Box 547637
Orlando, FL 32854-7637

Marjorie Shiekman
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808