UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

_____
                                                                            )
IN RE: SEROQUEL PRODUCTS LIABILITY  )
LITIGATION.                                                           )        CASE NO.
_____)        6:06-MD-1769-ORL-22DAB

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that I, Amber Anderson Villa, hereby withdraw my appearance as counsel of record for Interested Party Parexel MMS ("Parexel") in the above-captioned action. Parexel continues to be represented by Kurt S. Kusiak and Robert M. Mendillo of Sally & Fitch LLP.

Respectfully submitted,

/s/ Amber Anderson Villa
Amber Anderson Villa (BBO#647566)
SALLY AND FITCH LLP
One Beacon Street, 16th Floor
Boston, MA 02108
(617) 542-5542

Dated: October 8, 2008

CERTIFICATE OF SERVICE

      I, Amber Anderson Villa, hereby certify that a true copy of the foregoing Notice of Withdrawal of Appearance, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and an electronic copy will be sent to those indicated as non-registered participants on October 8, 2008.

/s/ *Amber Anderson Villa*
Amber Anderson Villa