**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause comes before the Court on Defendants' Motion for Leave to File More Than One *Daubert* Motion in the Florida Trial Pool "Group One" Cases (Doc. 1094). Case Management Order No. 5 requires the parties to seek leave of Court to file more than one *Daubert* motion in the Initial Trial Pool cases. This motion must be filed at least 30 days in advance of the deadline established for *Daubert* motions[1] and must be properly supported. The Court finds that Defendants' motion is both timely and properly supported.

Accordingly, it is **ORDERED** as follows:

1. Defendants' Motion for Leave to File More Than One *Daubert* Motion in the Florida Trial Pool "Group One" Cases (Doc. 1094) is **GRANTED**.

2. Defendants are hereby permitted to file the four separate *Daubert* motions identified in their motion. These motions shall continue to be due on November 3, 2008, and each motion shall be no more than 50 pages in length. Likewise, Plaintiffs' responses to these motions shall continue to be due on November 24, 2008, and each response shall be no more than 50 pages in length.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 9, 2008.

---

[1] The deadline for Defendants to file *Daubert* and dispositive motions in Group One cases is November 3, 2008. *See* Doc. 1059 at 2.

Copies furnished to:

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Counsel of Record
Unrepresented Party