**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No.  6:06-md-1769-Orl-22DAB

**This document relates to:**

**LORI ANN DAHLBERG v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:08-cv-524-ACC-DAB**

**ROY DUNN v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:08-cv-938-ACC-DAB**

**PAUL FOX v. ASTRAZENECA PHARMS. LP and ASTRAZENECA LP**
**MDL Case No. 6:08-cv-491-ACC-DAB**

**HECTOR GARCIA, JR. v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:08-cv-520-ACC-DAB**

**GERALD GITSCHIER v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:08-cv-521-ACC-DAB**

**MARGARET KOKOTAN v. ASTRAZENECA PHARMS. LP and ASTRAZENECA LP**
**MDL Case No. 6:08-cv-809-ACC-DAB**

**CATHERINE SETZER v. ASTRAZENECA PHARMS. LP and ASTRAZENECA LP**
**MDL Case No. 6:08-cv-910-ACC-DAB**

**TOMMY STATEN v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:08-cv-939-ACC-DAB**

_____

**ORDER**

This cause comes before the Court for consideration of AstraZeneca's Motion for Leave to Move to Dismiss Cases of Plaintiffs Who Failed to Serve Completed Plaintiff Fact Sheets (Doc.

1086),[1] filed September 22, 2008, to which Plaintiffs have not responded.  Pursuant to Case Management Order No. 5, AstraZeneca seeks leave to file motions to dismiss the cases of eight plaintiffs who have failed to serve AstraZeneca with completed Plaintiff Fact Sheets in the time allotted by Case Management Order No. 2.  AstraZeneca additionally requests that the Court cease enforcement of the provision of CMO-5 requiring them to seek leave of Court to file motions to dismiss for PFS-related deficiencies.  Inasmuch as Plaintiffs have not responded in opposition to either of AstraZeneca's requests, it is **ORDERED** as follows:

1. AstraZeneca's Motion for Leave to Move to Dismiss Cases of Plaintiffs Who Failed to Serve Completed Plaintiff Fact Sheets (Doc. 1086) is **GRANTED**.  AstraZeneca is hereby permitted to move to dismiss the eight above-captioned cases, to the extent these plaintiffs have not already served a completed PFS.

2. It is further ordered that Paragraph (2) of Case Management Order No. 5 (Doc. 792) shall no longer govern these proceedings.  Accordingly, Defendants may now file motions to dismiss for PFS-related deficiencies without leave of Court.  All other provisions of CMO-5 not amended by this Order, or any previous Order, shall remain in full force and effect.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 9, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
ANNE C. CONWAY
United States District Judge

---

[1] AstraZeneca later withdrew its motion as to six cases on October 1, 2008 (Doc. 1092).