*Confidential Information*

| SQ108 | Seroquel PMO: Physician Depositions Scheduling Report for Pre-December Case Specific Discovery (As of 10/15/08) | | |
|---|---|---|---|
| **Row** | **Status** | **Status Detail** | **Number of Depositions** |
| 1. | Scheduled/Concluded | Scheduled by Parties | 11 |
| 2. | | Scheduled/Rescheduled | 114 |
| 3. | | **Scheduled/Concluded Total** | **125** |
| 4. | Currently Unable to Schedule | Hold Scheduling Efforts for Direction from Parties | 30 |
| 5. | | Physician Deceased | 1 |
| 6. | | Unable to Locate Physician | 7 |
| 7. | | **Currently Unable to Schedule Total** | **38** |
| 8. | Not Yet Scheduled | Fees/Other Questions Delaying Schedule | 2 |
| 9. | | **Not Yet Scheduled Total** | **2** |
| 10. | PMO Will Not Schedule | Cancelled/Not to be Scheduled | 104 |
| 11. | | **PMO Will Not Schedule Total** | **104** |
| 12. | | **Grand Total** | **269** |

**EXHIBIT 3**

**BROWNGREER PLC**