*Confidential Information*

| SQ106 | Seroquel PMO:<br>Physician Depositions Scheduling Report<br>for Florida Initial Trial Pool<br>(As of 10/14/08) | |
|---|---|---|
| | **Status** | **Status Detail** | |
| 1. | Scheduled/<br>Concluded | Scheduled by Parties | 0 |
| 2. | | Scheduled/Rescheduled | 123 |
| 3. | | **Scheduled/Concluded Total** | **123** |
| 4. | Scheduled/<br>Pending | Scheduled/Rescheduled | 1 |
| 5. | | **Scheduled/Pending Total** | **1** |
| 6. | Currently Unable<br>to Schedule | Hold Scheduling Efforts for Directions from Parties | 0 |
| 7. | | Unable to Locate Physician | 0 |
| 8. | | Physician Deceased | 0 |
| 9. | | **Currently Unable to Schedule Total** | **0** |
| 10. | Not Yet<br>Scheduled | 48-Hour Packet Sent | 0 |
| 11. | | Contact Made/Awaiting Date from Physician | 0 |
| 12. | | Fees/Other Questions Delaying Scheduling | 2 |
| 13. | | Designation Received by PMO | 0 |
| 14. | | Messages Left for Return Call | 0 |
| 15. | | **Not Yet Scheduled Total** | **2** |
| 16. | | **Grand Total** | **126** |