UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability
Litigation

Case No. 6:06-md-1769-Orl-22DAB

This Document Relates to ALL CASES

## REPORT AND RECOMMENDATION NO. 8 BY CASE-SPECIFIC DISCOVERY SPECIAL MASTER

### I.  INTRODUCTION

The Plaintiff has served an expert report in the suit brought by Charles Ray, which is an Initial Trial Pool case.  The Parties, the PMO and the Special Master placed the Charles Ray case on Hold status on August 26, 2008, as a result of Mr. Ray's non-appearance on three occasions for his scheduled deposition.  At that time the PMO and the Parties ceased all efforts to schedule depositions in the case.  The Parties have raised the question of the impact of the Hold status of a case on the submission of expert witness reports.

### II.  RULING

**A.     Procedures Regarding Expert Reports in Cases on Hold.**

In Report and Recommendation No. 7, we outlined our procedures for cases in which case-specific discovery efforts and the case placed on Hold by the agreement of the Parties and the Special Master.  We did not cover in that Report and Recommendation the issue of the impact of a Hold status on the otherwise existing deadlines for submission of expert witness reports in such a case.

EXHIBIT 6

To avoid wasted time and effort on proceedings in a case that is not going forward, in addition to the procedures outlined in Report and Recommendation No. 7 regarding Hold status procedures, the Special Master determines that the deadlines for submission of expert witness reports for Plaintiffs and Defendants shall be suspended during the period that case is on Hold status. If a case is removed from Hold status, the Parties and the Special Master shall at that time confer and determine the applicable deadlines for such reports.

**B.     Defendants' Request to File a Motion to Dismiss in the Ray Action.**

After reviewing the status of the case and the reasons the case was placed on Hold issues with the Parties, pursuant to the procedures outlined in Report and Recommendation No. 7, the Special Master determines that Defendants may file  is entitled to file a Motion to Dismiss in the Charles Ray action, if they choose to do so.

_____
Orran L. Brown
Special Master for Case-Specific Discovery

DATED: September 19, 2008