UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

Paul Fox v. AstraZeneca Pharms. LP, et al.
MDL Case No. 6:08-cv-00491-ACC-DAB

Gerald Gitschier v. AstraZeneca Pharms. LP, et al.
MDL Case No. 6:08-cv-00521-ACC-DAB

Margaret Kokotan v. AstraZeneca Pharms. LP, et al.
MDL Case No. 6:08-cv-00809-ACC-DAB

Catherine Setzer v. AstraZeneca Pharms. LP, et al.
MDL Case No. 6:08-cv-00910-ACC-DAB

Tommy Staten v. AstraZeneca Pharms. LP, et al.
MDL Case No. 6:08-cv-00939-ACC-DAB

_____

**ORDER**

This cause comes before the Court for consideration of AstraZeneca's Motion to Dismiss Cases of Plaintiffs Who Have Failed to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. No. 1101).  Having considered the motion, the Court **ORDERS** as follows:

1.      The Motion to Dismiss (Doc. No. 1101) is **GRANTED**.  All of the claims of the above-named Plaintiffs are **DISMISSED WITHOUT PREJUDICE** for failure to timely serve upon Defendants a substantially complete and verified Plaintiff Fact Sheet with all requested information, documents, and records authorizations.

2

      2.      No later than **80 days** from the date of this Order, Plaintiffs may file a motion to reinstate their claims provided they have served Defendants with a substantially complete and verified Plaintiff Fact Sheet, responsive documents, and records authorizations. Plaintiffs shall attach to the motion a certification that AstraZeneca has been provided with all requested documents and shall also attach documentation of receipt of those documents. If the above-named Plaintiffs fail to properly move for reinstatement within the established time limit, their cases shall be dismissed with prejudice and closed without further notice.

      **DONE** and **ORDERED** in Chambers, in Orlando, Florida on October \_\_\_\_, 2008.

_____
ANNE C. CONWAY
United States District Judge