**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability**
**Litigation.**

Case No.  6:06-md-1769-Orl-22DAB

_____/

**ORDER**

This cause came on for consideration with oral argument on the following motion filed herein:

> **MOTION:** DEFENDANTS' EMERGENCY MOTION TO SEAL DOCUMENTS CONTAINING PLAINTIFFS' CONFIDENTIAL MEDICAL INFORMATION (Doc. No. 1105)
>
> **FILED:** October 27, 2008
> _____
>
> **THEREON** it is **ORDERED** that the Motion is **GRANTED in part**.

With respect to any summary judgment or *Daubert* motions (and any associated responses or replies and exhibits), the parties may file, under seal, full unredacted documents that contain medical information deemed confidential under prior Orders. Concurrently with any such filing, the filing party shall file in the public record a redacted version of the items filed under seal. The redacted version shall be as complete as reasonably possible while protecting individually identifiable medical information.  It is the Court's intention that the redacted public version of anything filed pursuant to this Order be sufficiently complete and informative so as to allow anyone reading them to be able to discern the nature and basis for the arguments presented.  To that end, it may be necessary to include *general* statements regarding the nature of the redacted material, without revealing specific individually identifiable medical information. By way of example:  facts

and argument predicated on a particular plaintiff's treatment history or use of other medicines could be redacted with an accompanying notation that the redacted portion of the document includes a discussion of the plaintiff's medical history as it bears on the particular argument being advanced.

In light of the impending deadlines, should the parties require clarification of the intent and requirements of this Order, they may make the sealed filings on time as necessary and request a short teleconference during the week of November 3, 2008 prior to making the companion redacted filings.

**DONE** and **ORDERED** in Orlando, Florida on October 29, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record