UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

THIS DOCUMENT RELATES TO ALL CASES

_____

ASTRAZENECA'S MOTION TO SEAL ITS
NOVEMBER 3, 2008 FILINGS THAT CONTAIN CONFIDENTIAL
DOCUMENTS PRODUCED BY THE FDA AND BY ASTRAZENECA
AND REQUEST FOR EXPEDITED CONSIDERATION

Pursuant to M.D. Fla. Local Rule 1.09(a), AstraZeneca hereby seeks leave to file under seal certain *Daubert* and summary judgment motions and briefs (specified below) because said motions and briefs cite documents, expert reports and/or deposition transcripts that have been designated confidential either by the FDA or by AstraZeneca.  AstraZeneca also seeks leave to file under seal the exhibits to said motions and briefs, to the extent that the exhibits previously have been designated confidential.  **Although AstraZeneca will provide complete and unredacted motions, briefs and exhibits to the Court and to plaintiffs' counsel**, of course, AstraZeneca seeks leave to file for public consumption redacted versions of said motions, briefs and exhibits from which previously-designated confidential material has been removed.  AstraZeneca suggests that the scope of said redactions be discussed in the telephonic conference that the Court has already said will be convened next week (if requested) to discuss the handling of confidential medical information about individual plaintiffs.

Because these filings are due on Monday, November 3, AstraZeneca respectfully requests that the Court consider this Motion on an expedited basis.

1

2

In support of its Motion, AstraZeneca states as follows:

1. AstraZeneca's *Daubert* motions and its Omnibus Legal Memorandum in support of its individual summary judgment motions (hereinafter "Omnibus Memorandum"), all of which are due to be filed on November 3, 2008, must necessarily reference and quote documents, expert reports and deposition transcripts that have been designated confidential. These confidential documents, reports and transcripts must be attached as exhibits to the motions.

2. Because the public filing of such motions and exhibits would violate the Protective Order governing this MDL, which provides that confidential discovery materials can be filed with the Court only under seal pursuant to Local Rule 1.09, AstraZeneca hereby moves for leave to file the motions and exhibits under seal. *See* Doc. No. 478 at ¶ 10.

3. If AstraZeneca were required to file motions that discuss and rely upon only **non**-confidential documents, expert reports and deposition transcripts, its motions would be essentially meaningless. Much of the information most pertinent to the motions is contained in documents that have been designated confidential either by the FDA or by AstraZeneca, or in the reports and depositions of plaintiffs' experts.

4. Pursuant to Local Rule 1.09(a) regarding filings under seal, AstraZeneca submits the following additional information for the Court's consideration, which corresponds to the numerical subparts of the Rule:

(i) The materials to be filed under seal include AstraZeneca's *Daubert* motions and Omnibus Memorandum, along with the exhibits thereto. These motions cite the following confidential information:

(a) **FDA documents**. AstraZeneca's Omnibus Memorandum cites nine documents that the Food and Drug Administration ("FDA") produced as confidential pursuant to the MDL Protective Order. These documents also are attached as exhibits to the Omnibus Memorandum.

(b) **AstraZeneca documents**. AstraZeneca's Omnibus Memorandum cites three documents that AstraZeneca produced as confidential pursuant to the MDL Protective Order. These documents also are attached as exhibits to the Omnibus Memorandum.

(c) **Reports and deposition transcripts, along with exhibits thereto, of plaintiffs' three "general" experts**. AstraZeneca's *Daubert* motions cite the expert reports and deposition transcripts, along with exhibits, of plaintiffs' experts Donna K. Arnett, Ph.D; Laura M. Plunkett, Ph.D., DABT; and William C. Wirshing, M.D. Portions of these reports and transcripts, and some of the exhibits thereto, have been designated confidential pursuant to the MDL Protective Order.

(ii) The filing of these documents, expert reports and deposition transcripts is necessary so that the Court can make an informed decision on AstraZeneca's *Daubert* and summary judgment motions.

(iii) Sealing this information is necessary because the Protective Order provides that confidential materials can be filed with the Court only under seal pursuant to Local Rule 1.09.

    (iv) There is no means other than filing under seal to protect the information at issue here, while at the same time preserving AstraZeneca's right to present record-based arguments in support of its *Daubert* and summary judgment motions.

    (v) AstraZeneca proposes that any materials it files under seal be accompanied by a letter from counsel for AstraZeneca certifying that the materials contain confidential information. AstraZeneca further proposes that such materials remain under seal until this litigation, including any appeals, is final, at which time AstraZeneca will ask that the copies of any materials properly filed under seal be destroyed or returned to counsel for the producing party.

    (vi) Good cause exists for granting AstraZeneca's request to seal these materials, as set forth below.

     (a) **FDA documents**. The public filing of these documents would violate the MDL Protective Order. *See* Doc. No. 478 at ¶ 10. Any attempt to de-designate these documents as confidential would, under the Protective Order, require that the FDA be given notice and an opportunity to be heard. *Id.* at ¶ 12.

     (b) **AstraZeneca documents**. The AstraZeneca documents cited in the Omnibus Memorandum consist of correspondence with the FDA about Seroquel. Such correspondence constitutes sensitive commercial information that is entitled to protection. *See Bracco Diagnostics, Inc. v. Amersham Health Inc.*, 2007 WL 2085350, at *4-5 (D.N.J. July 18, 2007) (slip op.) (finding that correspondence between the defendant and the FDA was sensitive information that should remain sealed to the public). AstraZeneca has a similar

"legitimate interest in protecting non-public correspondence between it and the governmental agency primarily responsible for its regulation." *Id.*

        (c)    **Expert reports, deposition transcripts and exhibits**. A number of confidential AstraZeneca documents were discussed in the reports and at the depositions of plaintiffs' expert witnesses. These documents often were attached as exhibits to the reports and deposition transcripts.

    5.    AstraZeneca further proposes to file for public consumption redacted versions of its motions, briefs and exhibits from which previously-designated confidential material has been removed. AstraZeneca suggests that the scope of said redactions and the schedule for such filings be discussed in the telephonic conference that the Court has already said will be convened next week (if requested) to discuss the handling of confidential medical information about individual plaintiffs. *See* Doc. No. 1107.

**WHEREFORE**, AstraZeneca respectfully requests that the Court consider this Motion on an expedited basis, that the Court grant the Motion and permit the filing under seal of AstraZeneca's *Daubert* motions and Omnibus Memorandum and the exhibits thereto, and that AstraZeneca be permitted to file for public consumption redacted versions of the motions and exhibits.

Dated: October 30, 2008.    /s/ Fred T. Magaziner

                                            Fred T. Magaziner
                                            Stephen J. McConnell
                                            DECHERT LLP
                                            2929 Arch Street
                                            Philadelphia, PA  19103
                                            Telephone: (215) 994-4000
                                            Facsimile: (215) 994-2222
                                            fred.magaziner@dechert.com

                                            Chris S. Coutroulis
                                            Florida Bar Number 300705
                                            Robert L. Ciotti
                                            Florida Bar Number 333141
                                            Carlton Fields, P.A.
                                            Corporate Center Three at International Plaza
                                            4221 W. Boy Scout Blvd.
                                            Tampa, Florida  33607
                                            Telephone:  (813) 223-7000
                                            Facsimile:  (813) 229-4133
                                            ccoutroulis@carltonfields.com

                                            *Counsel for AstraZeneca Pharmaceuticals LP*
                                            *and AstraZeneca LP*

## CERTIFICATE OF CONFERRAL

In accordance with Rule 3.01(g) of the Local Rules of the United States District Court for the Middle District of Florida, I hereby certify that moving counsel has conferred with plaintiffs' counsel in a good-faith effort to resolve the issues raised by this Motion, but counsel have not agreed on its resolution.

<u>/s/ Shane T. Prince</u>

## CERTIFICATE OF SERVICE

I hereby certify that, on October 30, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system through which all participating parties are deemed served. I further certify that, by using the CM/ECF, the foregoing has been served on plaintiffs' liaison counsel, who is charged with serving any non-CM/ECF participants on the attached Service List.

<u>/s/ Shane T. Prince</u>

**SERVICE LIST**

**In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br>E. Ashley Cranford, Esq.<br>Whatley Drake & Kallas, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ccf@whatleydrake.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Steven M. Selna, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>steven.selna@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

12

| | |
|---|---|
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net |
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |