# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

Case No.  6:06-md-1769-Orl-22DAB

_____/

# NOTICE OF HEARING

**TAKE NOTICE** that a Telephonic Hearing – related to motions and related materials being filed under seal and the motions' timeliness – will be held before the undersigned on **WEDNESDAY, NOVEMBER 5, 2008** at **10:30 A.M.** in Courtroom #6D, George C. Young United States Courthouse Annex, 401 W. Central Blvd., Orlando, Florida.

Counsel and any party to this case wishing to participate in the hearing by telephone conference call MUST call the offices of PLAINTIFFS' LIAISON COUNSEL, Larry Roth,  to make advance arrangements at least twenty-four hours prior to the hearing and Liaison Counsel's office will communicate the list of participants to Chambers at least two hours prior to the hearing.

**DONE** and **ORDERED** in Orlando, Florida on November 3, 2008.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

**PLEASE NOTE**:  **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.