Page 1

1           IN THE UNITED STATES DISTRICT COURT
2           FOR THE MIDDLE DISTRICT OF FLORIDA
3                    ORLANDO DIVISION
4
5   MDL DOCKET NUMBER: 1769
6
7   IN RE:   SEROQUEL PRODUCTS LIABILITY
8   LITIGATION
9   _____
10
11
                       DEPOSITION OF:
12
            DONNA K. ARNETT, M.S.P.H
13
                       VOLUME I
14
            **** HIGLY CONFIDENTIAL ****
15
              S T I P U L A T I O N S
16
       IT IS STIPULATED AND AGREED, by and between
17
   the parties through their respective counsel, that
18
   the deposition of:
19
               DONNA ARNETT, M.S.P.H.
20
   may be taken before Lisa Bailey, Notary Public,
21
   State at Large, at University of Alabama at
22
   Birmingham, 1655 University Boulevard, Birmingham,
23
   Alabama, on October 6, 2008 commencing at
24
   approximately 1:05 p.m.
25

Page 2

1      IT IS FURTHER STIPULATED AND AGREED that
2  the signature to and reading of the deposition by
3  the witness is not waived, the deposition to have
4  same force and effect as if full compliance had
5  been had with all laws and rules of Court relating
6  to the taking of depositions.
7      IT IS FURTHER STIPULATED AND AGREED that it
8  shall not be necessary for any objections to be
9  made by counsel to any questions, except as to
10  form or leading questions, and that counsel for
11  the parties may make objections and assign grounds
12  at the time of the trial, or at the time said
13  deposition is offered in evidence, or prior
14  thereto.
15
16
17            * * * * *
18
19
20
21
22
23
24
25

Page 4

1   (202) 898-5800
    bberger@spriggs.com
2
3   DAVID BARLOW
    Attorney at Law
4   Sidley, Austin
    One South Dearborn
5   Chicago, Illinois 60603
    (312) 853-2657
6   dbarlow@sidley.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1
2      A P P E A R A N C E S
3   FOR THE PLAINTIFF:
4   ED BLIZZARD
       Attorney at Law
5   Blizzard, McCarthy, Nabers
    440 Louisiana #1710
6   Houston, Texas  77002
    (713) 844-3750
7   eblizzard@blizzardlaw.com
8      -and-
9   DENNIS J. CANTY
       Attorney At Law
10  Levin, Simes, Kaiser, & Gornick
    44 Montgomery Street, 36th Floor
11  San Francisco, California  94104
    (415) 273-8138
12  dcanty@lskg-law.com
13
    FOR THE DEFENDANTS:
14
    ANDREW GOLDMAN
15     Attorney at Law
       Courthouse Place
16  54 West Hubbard Street
    Suite 300
17  Chicago, Illinois 60654
    (312) 494-4400
18  andrew.goldman@bartlit-beck.com
19
    JOE TOMASELLI, JR.
20     Attorney at Law
    Fulbright & Jaworski
21  2200 Ross Avenue, Ste. 2800
    Dallas, Texas 75201-2784
22  (214) 855-8000
    jtomaselli@fulbright.com
23
    BRUCE BERGER
24     Attorney at Law
    Spriggs Hollingsworth
25  1350 I Street NW

Page 5

1      EXAMINATION INDEX
2
    DONNA K. ARNETT
3   BY MR. GOLDMAN          7
4
       EXHIBIT INDEX
5
                              MAR
6   Defendant's
    1   CV - Arnett             9
7
    2   Invoice                 67
8
    3   First report - 9/11/2008    68
9
    4   Second Report           68
10
    5   Original Reference Exhibit List     84
11
    6   Amended Reference Exhibit List      84
12
    7   CD - Expert Review documents        90
13
    8   CD - Production 1 - 7       90
14
    9   PubMed results search       95
15
    10  List of Studies         96
16
    11  Metabolic Submission Excerpts - June   98
17      26, 2008
18  12  Technical document       125
19  13  Summary of Clinical Safety      128
20  14  Excerpt from Study 12    132
21  15  Article - April 2007     143
22  16  Excerpt from Metabolic Submission -   146
       June 2008
23
    17  Peuskens, Study 7        161
24
    18  Clinical Trial Reports for Study 15   167
25

Page 6

1    I, Lisa Bailey, a court reporter of
2  Birmingham, Alabama, and a Notary Public for the
3  State of Alabama at large, acting as commissioner,
4  certify that on October 6, 2008 pursuant to
5  Rules of Civil Procedure and the foregoing
6  stipulation of counsel, there came before me at
7  University of Alabama, Birmingham, Alabama, DONNA
8  K. ARNETT, witness in the above cause, for oral
9  examination, whereupon the following proceedings
10 were had:
11           DONNA K. ARNETT,
12 being duly sworn, was examined and testified as
13 follows:
14           EXAMINATION
15 BY MR. GOLDMAN:
16    Q.  Good afternoon.
17    A.  Good afternoon.
18    Q.  Can you state your name for the record,
19 Doctor?
20    A.  Donna K. Arnett.
21    Q.  We are here in Birmingham, Alabama,
22 where you work, right?
23    A.  Correct.
24    Q.  We're here to take your deposition in
25 the MDL proceedings concerning the Seroquel

Page 7

1  litigation; do you know that?
2    A.  Yes.
3    Q.  Let me first start by designating the
4  deposition as confidential under the terms of the
5  protective order.
6        Dr. Arnett, I know you've been through
7  depositions before, correct?
8    A.  Two, yes.
9    Q.  In the Vioxx litigation?
10   A.  Correct.
11   Q.  Let me just remind you of some of the
12 ground rules.  You may already be aware of them,
13 but just so we're on the same page.  If you don't
14 understand my question, please ask me to rephrase,
15 and I'm happy to do that.  Okay?  Fair?
16   A.  Okay.
17   Q.  And the second rule is, the nodding,
18 it's hard to take down.  The court reporter has a
19 hard time with that, so please answer audibly if
20 you can.
21   A.  Okay.
22   Q.  If you wouldn't mind waiting until I
23 finish my questions, and I'll try to wait until you
24 finish your answers.  That works well and provides
25 a cleaner transcript.  Sometimes I take a while to

Page 8

1  ask my questions, so please be patient with my
2  questions.  Okay?
3    A.  Okay.
4    Q.  Is there any reason you cannot give
5  complete and accurate testimony today?
6    A.  No.
7    Q.  Let me mark, Dr. Arnett, your CV as
8  Exhibit 1.  Do you recognize this?
9        (Defendant's Exhibit No. 1
10          was marked for identification.)
11   A.  Yes.
12   Q.  What is it?
13   A.  My curriculum vitae dated 10/2/2008.
14   Q.  Is it a complete and accurate
15 description of your educational background,
16 professional experience and other professional
17 related activities?
18   A.  Yes.
19   Q.  Are you an epidemiologist, Doctor?
20   A.  Yes.
21   Q.  How would you describe your expertise?
22   A.  Could you be more specific?
23   Q.  Do you hold yourself out as an expert in
24 any particular area in epidemiology?
25   A.  I hold myself as an expert in chronic

Page 9

1  disease epidemiology, including but not limited to
2  cardiovascular and metabolic diseases, genetic
3  epidemiology, pharmacogenetics and study design
4  generally.
5    Q.  Anything else?
6    A.  No.
7    Q.  That's a lot.
8    A.  That is a lot.
9    Q.  Is your primary research interest in
10 cardiovascular genetic epidemiology?
11   A.  Would that include or not include
12 pharmacogenetics?
13   Q.  Let's include it.
14   A.  Okay.  Yes.
15   Q.  What do you mean by pharmacogenetics?
16   A.  I am involved in two different studies
17 related to whether there are genetic predictors to
18 response to, in one case, antihypertensive drugs
19 and, in another case, a triglyceride lowering drug
20 called fenofibrate.
21   Q.  Do either of those studies that you just
22 mentioned involve searching for the genetic
23 predisposition of diabetic patients?
24   A.  In the fenofibrate study, we're
25 evaluating the metabolic syndrome.  And in another

Page 10

1  family study called HyperGEN, we're evaluating
2  using genome-wide association methodology --
3  genome-wide association technologies, predictors of
4  the metabolic syndrome.
5      Q.  Is one of the goals of that research,
6  Doctor, to try to identify patients who, because of
7  their genetic makeup, may be predisposed to
8  developing the metabolic syndrome?
9      A.  Yes.
10     Q.  Is genetic makeup an important component
11 of the metabolic syndrome?
12     A.  There's some evidence that there is.  We
13 haven't found the genes yet, however.
14     Q.  But just as a general matter, genetic
15 predisposition to diabetes is well accepted as a
16 risk factor, true?
17     A.  The family history is a risk factor for
18 diabetes.
19     Q.  Major risk factor?
20     A.  It's a risk factor.
21     Q.  Do you consider it a major risk factor?
22 And by "it," I mean a family history for diabetes.
23     A.  I don't think in terms of quantifying
24 "major."  Could you tell me what you mean by
25 "major"?

Page 11

1      Q.  Have you used that term before when
2  you've been writing about metabolic syndrome and
3  other diseases when describing the more significant
4  risk factors, let's say?
5      A.  That's not a terminology that I'm used
6  to using.
7      Q.  Would you consider family history of
8  diabetes to be a significant risk factor for
9  diabetes?
10     A.  That's also not a term I am used to
11 describing a risk factor.
12     Q.  Do you consider anything to be a
13 significant risk factor for diabetes?
14     A.  Obesity.
15     Q.  Do you consider obesity to be the most
16 significant risk factor for diabetes?  Since it's
17 the only one you identified as a significant risk
18 factor, I assume that's true?
19     A.  I, as an epidemiologist, don't --
20 there's no way for me to rank obesity versus family
21 history as being more significant or less
22 significant.  They're variables that aren't
23 measured on the same kind of scale.
24     Q.  So as an epidemiologist, you don't
25 normally, if I'm understanding you right, look at

Page 12

1  risk factors for a particular disease and determine
2  which of those might be a substantial factor versus
3  just a factor in the development of the disease?
4      A.  Could you restate your question?
5      Q.  As an epidemiologist, do you normally
6  seek to determine whether a risk factor is
7  considered a substantial contributing risk factor
8  to the disease or just a factor in the development
9  of the disease?
10     A.  To address causality, I evaluate the
11 strength of the evidence in terms of a relative
12 risk for a risk factor and the disease.  If one
13 wanted to evaluate more risk versus less risk in
14 terms of an individual factor, you would have to
15 have a way to standardize the scale of measurement
16 to claim that one is more of a risk factor than
17 another.
18         And given that family history, for
19 example, is a yes/no phenomenon, the relative risk
20 from that may have a different magnitude than a one
21 kilogram per meter squared change in body mass
22 index.  Is one more important than the other?  I
23 can't evaluate that because there are different
24 scales.
25     Q.  If I understand your testimony,

Page 13

1  Dr. Arnett, you can't determine whether a one
2  kilogram per meter squared change in BMI is a more
3  important risk factor than family history in terms
4  of the development of diabetes?
5      A.  My testimony is that you can't say one
6  is more causal than the other based on a relative
7  risk alone.  You need additional evidence.
8      Q.  Is epidemiology essentially a
9  quantitative science?
10     A.  It's described in textbooks as a
11 quantitative science, yes.
12     Q.  As part of epidemiology, do you --
13 withdrawn.
14         As an epidemiologist, do you calculate
15 odds ratios?
16     A.  Yes.
17     Q.  Do you calculate confidence intervals
18 and P values?
19     A.  Yes.
20     Q.  Do you develop as an epidemiologist and
21 apply statistical methods to control for
22 confounding?
23     A.  Do I as an epidemiologist develop
24 methods --
25     Q.  Or apply.

Page 14

1    A.   Apply, but do not develop the method.
2    Q.   So you -- in your normal course of being
3  an epidemiologist, you apply statistical methods to
4  control for confounding in clinical trials?
5    A.   In clinical trials that are randomized,
6  randomization has control for confounding.
7    Q.   With respect to observational studies,
8  do you apply statistical methods in the normal
9  course of your profession to control for
10  confounding?
11    A.   Yes.
12    Q.   I take it you apply the same scientific
13  principles that you do in your normal course of
14  being an epidemiologist in reaching your opinions
15  here in this litigation?
16    A.   Yes.
17    Q.   What does it mean when you write in your
18  report "a measure of central tendency"?  What does
19  that mean?
20    A.   In a distribution of a quantitative risk
21  factor, like BMI or glucose, there is a
22  distribution of that quantitative trait or
23  measure.  So there are indices of the central
24  tendency which are described as mean, median and
25  mode.

Page 15

1    Q.   I understand that from reading your
2  report that you believe the most reliable
3  measurement of central tendency when you look at
4  the effects of Seroquel on weight and glucose
5  disregulation is median change, true?
6    A.   True.  Although there were no
7  distributions provided in the NDA nor any of the
8  published literature relative to the changes in BMI
9  or weight.  So that opinion was also based on a
10  statistician internal to AstraZeneca in the e-mail
11  conversation with Goldstein.
12    Q.   Let me get back to that in a second.
13  Regardless of what's contained or not contained in
14  the NDA, am I right that you believe the most
15  reliable measurement for looking at the effects of
16  Seroquel on weight and glucose disregulation is the
17  median change, not the mean?
18        MR. BLIZZARD:  Objection.  Asked and
19    answered.
20    A.   I answered your question.
21    Q.   Is it yes, that is your opinion?
22    A.   Yes.
23    Q.   Now, let me ask you about this
24  conversation -- what was it -- e-mail conversation
25  with Goldstein.  Who is Dr. Goldstein?

Page 16

1    A.   He is an employee, or at that time was
2  an employee of AstraZeneca.
3    Q.   And what e-mail are you referring to?
4    A.   I've reviewed a lot of Goldstein
5  exhibits, so it was in the midst of the Goldstein
6  exhibits.  I can't point to the exact number.
7    Q.   Can you again just describe it --
8    A.   The e-mail --
9    Q.   -- generally?
10    A.   -- was from a statistician saying that
11  if we utilized the median, it would be more
12  appropriate because of the distribution of the
13  weight gain in the clinical trials.
14    Q.   I'll try to put my hands on that so
15  we're on the same page.  I just don't have it at my
16  fingertips.  Okay?
17    A.   Okay.
18    Q.   What's the difference between an
19  association and causation?
20    A.   There are rules of evidence that we as
21  epidemiologists use to assess causation, including
22  the Bradford Hill criteria as one example.
23  "Association" means that there is a statistical
24  relationship between two variables, exposure and
25  disease typically in epidemiologic studies.

Page 17

1    Q.   How do you describe the difference
2  between an association and causation?
3    A.   So to establish causation, one looks
4  at: The temporality question, does exposure
5  precede disease; the consistency of the association
6  over various studies, the strength of the evidence,
7  the biological plausibility of the finding.  Those
8  are four examples.
9    Q.   Did you apply the Bradford Hill criteria
10  to formulate your opinions in this case?
11    A.   Yes.
12    Q.   We will talk more about that later.
13        If an epidemiologist concludes that a
14  drug leads to a clinically significant and relevant
15  risk, is that another way of saying the drug causes
16  the risk?
17    A.   Yes.
18    Q.   How do you quantify a drug leading to a
19  particular risk?
20    A.   By "quantify," could you explain what
21  you mean?
22    Q.   Well, let me ask you this way.  If you
23  used the words "leads to" a particular risk, are
24  you saying that that's another way of saying causes
25  the risk?

Page 18

```
1        A.    Yes.
2        Q.    Some of these questions are basic, but I
3   have to just ask anyway.
4             Statistical significance.  Let's start
5   with that.  Okay?
6        A.    Okay.
7        Q.    Is that an important concept in
8   epidemiology?
9        A.    Yes.
10       Q.    Why?
11       A.    There's a "but," though.
12       Q.    Well, let's start with a clean
13  question.
14            Why is statistical significance an
15  important factor in epidemiology?
16            MR. BLIZZARD:  Object to the form of the
17       question.  To the extent you weren't finished
18       with your previous answer, you can finish it
19       now rather than starting a new question.
20       Q.    No.  You can answer my question.  I'll
21  give you ample opportunity, Doctor, to give me the
22  but.  I want to focus on the first part of the
23  question first.  Okay?
24       A.    Okay.  Can we get to the but
25  immediately, or do you want to wait?
```

Page 19

```
1        Q.    We can get to the but as soon as you
2   answer the question I asked.  Okay?
3             MR. BLIZZARD:  The but relates to the
4        previous question.  So if you want this --
5             MR. GOLDMAN:  Ed, I don't need speaking
6        objections.  Just object, please.
7             MR. BLIZZARD:  Objection to you
8        insisting that she not be able to finish her
9        answer before you start the next question.
10  BY MR. GOLDMAN:
11       Q.    Am I insisting you can't finish your
12  answer, Doctor?  I'm giving you an opportunity to
13  answer your question (sic), but let me start --
14  withdrawn.
15            Dr. Arnett, why is statistical
16  significance an important concept in epidemiology?
17            MR. BLIZZARD:  Same objection.
18       A.    In assessing the findings of any
19  epidemiologic study, one would want to evaluate the
20  probability of making one of two errors in claiming
21  an association is statistically significant.  So
22  one is to avoid a type one error, which is called
23  statistical significance.  But counterbalanced with
24  that is the goal to avoid the type two error, which
25  is related to statistical power.  They're two
```

Page 20

```
1   interrelated concepts.
2        Q.    Have you given me your but part of the
3   answer now?
4        A.    I did it in a way that I got my but
5   answer in, yes.
6        Q.    Good.  When a relative risk is not
7   statistically significant, can you draw any causal
8   inference from that relative risk?
9        A.    Yes.
10       Q.    Do you draw causal inferences when you
11  write your articles based on relative risks that
12  are not statistically significant?
13       A.    Yes.
14       Q.    If a P value is greater than .05 or a
15  confidence interval crosses one, is the result not
16  statistically significant?
17       A.    Can you restate that in a positive way?
18       Q.    In order for a result to be
19  statistically significant, do you agree that the P
20  value has to be less than .05 and the confidence
21  interval cannot cross one?
22       A.    That is the standard accepted criterion
23  for statistical significance.
24       Q.    Can you name an article, Dr. Arnett,
25  that you've written where you draw a causal
```

Page 21

```
1   conclusion based on a comparison that is not
2   statistically significant?
3        A.    I published 250 articles.  I can't
4   recall from those articles whether I have or have
5   not.
6        Q.    But you're certain that in some of the
7   250 articles that you've written, you have drawn a
8   causal conclusion based on a comparison that was
9   not statistically significant?
10       A.    You'll have to restate the question.
11       Q.    I asked you earlier whether you in your
12  articles have drawn causal conclusions based on
13  comparisons that were not statistically
14  significant.  Do you remember that question?
15       A.    Yes.
16       Q.    And you said you had, correct?
17       A.    Correct.
18       Q.    I'm asking you whether in the 250
19  articles that you've written you can tell me
20  whether there's any specific article you have in
21  mind where I can see you doing that?
22       A.    Yes.  The JAMA article I published in
23  February of this year.
24       Q.    On what?
25       A.    The impact of the MPPA 238, I believe,
```

Page 22

1  variant and its pharmacogenetic effect on
2  cardiovascular disease outcomes in the GenHAT
3  study.
4      Q.    Any other articles come to mind where
5  you relied on a nonsignificant comparison in
6  drawing causal conclusions?
7      A.    Would you like me to go through my CV?
8      Q.    No. I'm just asking you off the top of
9  your head.
10     A.    I prefer to answer precisely.  So shall
11 I take a minute and go through?
12     Q.    No, that's okay.  Do you think you would
13 know just by looking at the titles?  Because if you
14 would, let's do that at a break.  I don't want to
15 spend time in the deposition, if you don't mind.
16 Fair?  Will you do --
17        MR. BLIZZARD:  Well, it's not fair to
18     make her work through the break unless you
19     want to extend the breaks.
20     Q.    When you write articles about
21 comparisons that are not statistically significant,
22 do you also note the lack of statistical
23 significance?
24     A.    Could you restate that?
25     Q.    Yes.  When you --

Page 23

1      A.    I'm not trying to be dumb here, but your
2  questions are just a little different than how I'm
3  used to speaking.
4      Q.    Do you make it a point when you write an
5  article for the medical community to read to point
6  out when a result in a study is not statistically
7  significant?
8      A.    If a result is not statistically
9  significant and the study was not adequately
10 powered to detect that statistical significance,
11 then that, I will point out.
12     Q.    Those are the only times you point it
13 out, if a study is not powered enough?
14     A.    I've published a lot of papers, so I'm
15 trying to go through my more recent ones to show
16 you examples.  But typically, if a study is not
17 adequately powered, in my discussion section, I
18 indicate that the nonsignificant finding may be due
19 to a lack of statistical power.  I don't usually
20 make a big deal out of negative findings.
21     Q.    In laymen's terms, Dr. Arnett, how would
22 you describe or characterize a relative risk of a
23 disease that is less than one?
24     A.    As protective.
25     Q.    How would you describe a relative risk

Page 24

1  between one and two when applied to a particular
2  disease?
3      A.    That would depend on the scale of
4  measurement.
5      Q.    Generally, if you have a relative risk
6  between one and two, how would you describe the
7  strength of that association?
8      A.    Again, it depends on the scale of
9  measurement.  Okay?
10     Q.    Sure.  Tell me what you mean by that.
11     A.    What I mean by that is if it's a
12 relative risk of 1.2 but it's a common occurrence
13 or it's measured on a scale that's small -- like,
14 for instance, a BMI unit of one -- then that would
15 have major public health importance.
16     Q.    If you have a relative risk between one
17 and two when you're looking at a study involving
18 Seroquel and diabetes, how would you describe the
19 strength of that association?
20     A.    It would depend on the study design and
21 the control for confounding and how well
22 confounders are measured and analyzed, how long the
23 follow-up time was, how well the follow-up was
24 characterized.  So there are a number of different
25 issues that go into making a causal inference.

Page 25

1  It's not a simple number.
2      Q.    For observational studies in general,
3  Doctor, do you agree that a relative risk less than
4  two is a weak association?
5      A.    No.
6      Q.    Is randomization important to do in a
7  clinical trial?
8      A.    Yes.
9      Q.    Why?
10     A.    It balances potential known and unknown
11 confounders across treatment groups.
12     Q.    Is it important to control for major
13 risk factors when trying to analyze drug effects on
14 diseases?
15     A.    It depends on if it's been conducted in
16 studies that have utilized design methods to
17 control for confounding or not.
18     Q.    If you were designing a clinical trial,
19 Dr. Arnett, would you attempt to control for major
20 risk factors when you're trying to analyze a drug's
21 effect on a disease?
22     A.    If I were designing a clinical trial, I
23 would design a randomized clinical trial which
24 should take care of the control that you speak of.
25     Q.    So by randomizing a clinical trial,

Page 26

1  you're attempting to control for major risk factors
2  when trying to analyze drug effects on diseases,
3  right?
4    A.  Yes.
5    Q.  When you are designing a study -- let's
6  say to look at the potential effects of a drug on
7  lung cancer -- what would be the most important
8  risk factor to control for?
9    A.  Some would say smoking.
10   Q.  What would you say?
11   A.  I would say smoking, although there are
12 some genetic predictors that some may say are as
13 important.
14   Q.  You have a sign out there about smoking.
15 You know that sign outside the conference room?
16   A.  Yes.
17   Q.  What does it say about smoking?
18   A.  I don't know.  I just -- there's -- is
19 it the one with all the phlegm or something?
20   Q.  Yes.
21     MR. BLIZZARD:  We're now happy that
22 we're taking the deposition after lunch.
23   Q.  What is the quantitative measurement
24 showing the strength of an association between
25 smoking and cancer or the relative risk?

Page 27

1    A.  Ever smoking versus cancer, lung
2  cancer?
3    Q.  Sure.
4    A.  I don't know the answer.
5    Q.  Do you know whether the association
6  between obesity and diabetes is even stronger than
7  the association between smoking and lung cancer?
8    A.  Since I don't -- didn't know the answer
9  for the smoking and lung cancer relative risk, I
10 can't venture to guess.
11   Q.  You mentioned that you consider obesity
12 to be a significant risk factor for diabetes,
13 right?
14   A.  I said it was a risk factor.  If my
15 testimony -- I believe that my testimony will show
16 that I said it was a risk factor.
17   Q.  Is obesity a significant risk factor for
18 diabetes; yes or no?
19   A.  It is a --
20     MR. BLIZZARD:  Object to the form.
21   A.  It is a risk factor.
22   Q.  Do you have an opinion one way or the
23 other, Dr. Arnett, whether obesity is a significant
24 risk factor for diabetes?
25   A.  I don't know what you mean by

Page 28

1  "significant," and so I can't answer that or won't
2  answer that question.
3    Q.  Why don't you tell me whether you think
4  obesity is a significant risk factor for diabetes?
5    A.  There's something in this word
6  "significant" that as an epidemiologist I'm taking
7  issue with.
8    Q.  Would you take issue with a phrase like
9  "important risk factor"?
10   A.  No.
11   Q.  Is obesity an important risk factor for
12 diabetes?
13   A.  Yes.
14   Q.  Is obesity or smoking more important in
15 developing diabetes?
16   A.  I can't answer it.
17   Q.  You don't know whether a patient who is
18 obese is more or less likely to develop diabetes
19 than a patient who isn't obese but smokes?
20   A.  When we started the deposition, I told
21 you that because of the different scales of
22 measurement, that we can't directly compare
23 relative risk estimates.  So rank ordering isn't
24 something that I do.
25   Q.  Is obesity a major risk factor for

Page 29

1  diabetes?
2    A.  I stated in my testimony obesity is an
3  important risk factor.  You got me to modify my
4  words to "important."
5    Q.  Are you denying that obesity is a major
6  risk factor for diabetes?
7    A.  Am I denying --
8    Q.  Yes.
9    A.  -- that obesity is a major risk factor?
10   Q.  For diabetes.
11   A.  And how does this differ in your
12 estimation, "major" and "important"?
13   Q.  I'm not -- you're not asking the
14 questions, Dr. Arnett.  I am.  Okay?  You with me?
15     MR. BLIZZARD:  She's entitled to ask --
16   A.  But I'm not --
17   Q.  Ma'am, if you don't understand the
18 question, like I said, please ask me to rephrase.
19 Okay?
20   A.  Okay.
21   Q.  Dr. Arnett, do you deny that obesity is
22 a major risk factor for diabetes?
23     MR. BLIZZARD:  Object to the form.  And
24 I object to you interrupting her.
25   A.  Can you clarify in your quantitative

Page 30

1  estimation the difference between "important" and
2  "major"?
3      Q.  My question isn't about important.
4  Withdrawn.
5          Dr. Arnett, do you consider obesity to
6  be a major risk factor for diabetes?
7      A.  I can't answer the question without
8  understanding why you want to know the difference
9  between "important" and "major."
10     Q.  Ma'am, it doesn't matter why I want to
11 know what I'm asking.  Do you understand I'm here
12 to get an understanding of your opinions?  That's
13 the main purpose I'm here.  Right?  Not for you to
14 understand what I care about concerning "important"
15 and "major."  Are you with me?
16     A.  Yes.
17         MR. BLIZZARD:  Object to the form.
18     Q.  Dr. Arnett, do you consider obesity to
19 be a major risk factor for diabetes?
20     A.  Yes.  But I don't understand the
21 difference in "major" and "important."
22     Q.  You mentioned in your report on a few
23 occasions that when looking at the data in the
24 aggregate, you reached a certain conclusion.  Do
25 you remember words to that effect, "in the

Page 31

1  aggregate."  Do you remember that?
2          MR. BLIZZARD:  Object to the form.
3      A.  No.
4      Q.  As an epidemiologist, before forming
5  opinions, is it important to look at all the
6  relevant clinical trial data?
7      A.  By "all," do you mean every clinical
8  trial ever done?
9      Q.  No.
10     A.  Okay.  So by "all," if you don't mean
11 every one, could you restate what you mean?
12     Q.  Do you agree that as an epidemiologist,
13 before you can form an opinion about whether
14 there's an association between two things, you need
15 to look at all the published clinical trials on the
16 subject?
17     A.  No.
18     Q.  Is it important to consider the totality
19 of scientific data before reaching an opinion?
20     A.  I can answer that, but it requires an
21 explanation.
22     Q.  What's the answer?
23     A.  May I explain?
24     Q.  What's the answer to my question,
25 Dr. Arnett?

Page 32

1      A.  Yes.  But you have to look at different
2  levels of evidence.  So in evidence-based medicine,
3  we evaluate different designs of studies to carry
4  more weight than other designs.  So if your
5  question is the totality of all data, the answer
6  would be no, I would not look at the totality of
7  all data.  I would look at the data with the best
8  design that carries the most evidence.
9      Q.  Have you looked at the data that you
10 consider to have the best design concerning
11 Seroquel and diabetes?  That's a bad question.
12 Withdrawn.
13         In forming your opinions here,
14 Dr. Arnett, did you look at all the relevant
15 clinical trials for Seroquel and diabetes?
16     A.  To form my opinion, I looked at the
17 studies in the NDA application, Studies 125, 126
18 and 127 from the AstraZeneca Web site, and several
19 other studies that were published in the Web site
20 and are included in my report.
21     Q.  Am I right that the studies concerning
22 Seroquel that you reviewed were the NDA studies and
23 then whatever was on the AstraZeneca Web site for
24 Study 125, 126, 127 and the other clinical studies
25 that you mentioned in your report?

Page 33

1      A.  Correct.
2      Q.  Is it important when you're evaluating
3  clinical trial results to adjust for the length of
4  exposure?
5      A.  Could you rephrase the question?
6      Q.  In a clinical trial, if the average or
7  mean exposure in time in one treatment group is
8  significantly longer than in another group, would
9  you adjust for that to properly analyze the
10 results?
11     A.  The correct word is not "adjust."
12     Q.  What is the correct word?
13     A.  Ideally, you would use a rate estimate.
14     Q.  What does that mean?
15     A.  That a rate with a per person time --
16     Q.  Line incidence density?  Is that --
17     A.  That's another word that is used to
18 describe that.
19     Q.  I'm sorry, but that's the only word I
20 know.  Okay.
21     A.  Well, now you learned something new.
22     Q.  Yes, I did.
23     A.  That's great.
24     Q.  Dr. Arnett, if you are looking at a
25 clinical trial where the mean exposure time in one

Page 34

1    treatment group is significantly longer than in
2    another, would you look at the incidence density to
3    properly analyze the trial?
4        A.   Well, "proper" is a word I wouldn't use
5    because both are estimates of risk.  But the rate
6    would give the textbook version of what we in
7    epidemiology would describe as the best analysis.
8    But it doesn't invalidate the others.
9        Q.   So the best analysis, according to the
10   epidemiology textbooks, when you're looking at a
11   clinical trial where the exposure time in one
12   treatment group is significantly longer than
13   another, is to look at the incidence density?
14       A.   Yes.
15       Q.   What is the relevant endpoint that you
16   looked at to determine the effects of Seroquel on
17   weight?
18       A.   The data that were provided to me in the
19   NDA were only numeric counts, so I utilized the
20   relative risk or risk ratio estimate.
21       Q.   What does that mean, the data that you
22   were provided?
23       A.   In the NDA.
24       Q.   Were only numeric counts?
25       A.   Numeric counts.

Page 35

1        Q.   My question probably wasn't clear.  When
2    you were looking at the effects of Seroquel on
3    weight, were you looking at the mean or median
4    endpoint?
5        A.   That wasn't the question earlier.  This
6    is a new question?
7        Q.   Sure.
8        A.   Okay.  I was looking at the mean because
9    that was what was provided in the documentation.
10       Q.   Was it important to you in analyzing the
11   effects of Seroquel on weight to determine whether
12   the change in weight was clinically significant?
13       A.   By "clinically significant," are you
14   referring to the greater than seven percent
15   threshold that was implemented in the analysis?
16       Q.   Do you have an opinion on what a
17   clinically significant weight change is?
18       A.   The seven percent that has been used by
19   the FDA and throughout the Seroquel program of
20   seven percent is about a ten pound weight gain in a
21   150-pound person.  So to me, that would be a
22   significant weight gain.
23       Q.   When you say to you, are you talking
24   about to you Dr. Arnett as just a layperson who is
25   --

Page 36

1        A.   No.
2        Q.   -- focused on your own weight, or are
3    you talking about as a medical doctor?
4        A.   As an epidemiologist.
5        Q.   As an epidemiologist, is it your view
6    that a clinically significant weight gain means the
7    same thing as the FDA's definition of greater than
8    seven percent of one's baseline body weight?
9        A.   I really don't have an opinion about
10   whether seven percent or five percent or ten
11   percent is the most optimal.  Speaking as a
12   layperson, one percent would be upsetting.
13       Q.   So to you, Dr. Arnett, a one percent
14   weight gain would be clinically significant --
15       A.   No.  You know I was teasing.
16       Q.   But it varies from person to person.
17   What one considers to be significant in terms of
18   weight gain varies from person to person, true?
19           MR. BLIZZARD:  Object to the form.
20       A.   I can't answer that question.
21       Q.   If a patient in the clinical trial
22   complains about that weight gain and that complaint
23   is registered as an adverse event in a clinical
24   trial, without knowing the amount of weight gain,
25   would you consider that to be a clinically

Page 37

1    significant weight gain?
2        A.   It would depend on the patient
3    population.  In the Seroquel study, the patient
4    populations in the NDA were all schizophrenics
5    population.  So given that, there may be a
6    different perception about weight in that
7    population.  I can't answer that for the Seroquel
8    studies.
9        Q.   If I'm understanding you right,
10   Dr. Arnett, in the Seroquel schizophrenia studies,
11   because that patient population may have a
12   different view about weight gain than other patient
13   populations, you don't have an opinion about what a
14   clinically significant weight gain would be --
15   withdrawn.  That was a different one.
16           Generally speaking, if a patient
17   complains of weight gain in a clinical trial, would
18   you consider that to be a complaint of clinically
19   significant weight gain?
20       A.   Here are you referring to all kinds of
21   patients and any kind of studies?
22       Q.   Let's talk about Seroquel since we're
23   here to talk about Seroquel.  Fair?
24       A.   (Nods head.)
25       Q.   Dr. Arnett, in the Seroquel clinical

1  trials, where patients complained about adverse
2  events -- withdrawn.
3      In the Seroquel clinical trials, where
4  patients complained about weight gain and that was
5  registered as an adverse event, do you consider
6  that to be clinically significant weight gain?
7      A.  I don't have an opinion about that.
8      Q.  Do you consider it to be a relevant
9  endpoint when you were evaluating the effects of
10  Seroquel on weight to look at the number of
11  patients or percentage of patients who report
12  weight gain as an adverse event compared to those
13  in comparative groups?
14     A.  Given the patient populations in the
15  Seroquel studies primarily being schizophrenic, I'm
16  uncertain whether or not they could adequately
17  report that as an adverse event.  So I did not rely
18  as much on adverse event reports in forming my
19  opinions.
20     Q.  Did you rely at all on adverse event
21  reporting of weight gain in the clinical trials for
22  Seroquel in forming your opinions?
23     A.  I primarily focused on the actual
24  measured weight in the NDA and the published Web
25  site reports.

1      Q.  Did you rely at all on adverse event
2  reporting of weight gain in the clinical trials for
3  Seroquel in forming your opinions?
4      A.  No.
5      Q.  When reviewing data to determine if
6  Seroquel causes diabetes, what are the relevant
7  endpoints to consider?
8      A.  There are several, which include weight,
9  glucose, insulin, Hba1C, weight circumference,
10  triglyceride values, signs and symptoms of
11  diabetes.
12     Q.  Anything else?
13     A.  No.
14     Q.  Did you look at all those endpoints in
15  reaching your conclusion that Seroquel causes
16  diabetes?
17     A.  I looked at as many as I had access to
18  within the NDA, which include glucose, weight,
19  triglyceride values.  In some cases, we had
20  Hba1C's, HOMA, the HOMA index.  And that was in the
21  2006 summary that's in my report.  So those are
22  from the clinical trials.
23     Q.  Did you look at any other endpoints when
24  you were reviewing the Seroquel clinical trials to
25  determine whether Seroquel causes diabetes other

1  than those you just mentioned?
2      A.  There were -- in 2000, I reviewed the
3  aggregate data that was provided to the FDA that
4  also characterized the reported cases of diabetes.
5  So they weren't necessarily part of the NDA.  They
6  could have happened after the NDA.
7      And in the Studies 126 and 127, where
8  there was oral glucose tolerance testing, and they
9  actually provided the Hba1C measures, I included
10  those in forming my opinions.
11     Q.  How about Study 125?  Did you consider
12  that study in forming your opinion that Seroquel
13  causes diabetes?
14     A.  Yes.
15     Q.  You mentioned glucose changes.  Are
16  nonfasting glucose changes hard to interpret
17  because they don't control for caloric intake
18  before the test is drawn?
19     A.  That's a long question.  Can you try
20  that again?
21     Q.  Is nonfasting glucose -- withdrawn.
22     Are nonfasting glucose data difficult to
23  interpret because the results can vary based on how
24  much a patient eats before the test?
25     A.  Yes.  But in the context of a randomized

1  clinical trial, that effect should be balanced
2  across treatment groups.
3      Q.  So in randomized clinical trials for
4  Seroquel, is it your opinion that nonfasting
5  glucose data is just as reliable as fasting glucose
6  data?
7      A.  That wasn't my opinion.
8      Q.  Do you believe that fasting glucose data
9  is more reliable as a measurement of glucose
10  disregulation than nonfasting data?
11     A.  No.
12     Q.  To address whether a drug affects
13  glucose regulation, is it better if a clinical
14  trial guarantees fasting conditions than a clinical
15  trial that does not?
16     A.  Ideally one would have fasting values.
17  However, with randomization, your treatment groups
18  should be balanced on the proportions who are
19  nonfasting.  And so any error would be what's
20  called a nonrandom -- a random nondifferential
21  error and will bias any findings toward the null.
22     Q.  Are you talking about clinical trials
23  that specifically randomize based on pre-existing
24  or baseline glucose levels?
25     A.  No.

Page 42

1   Q.   So it's your opinion that it's no better
2   to guarantee fasting conditions in a clinical trial
3   than not guaranteeing those?
4   A.   As I answered in my last response,
5   ideally you would have fasting measures.  In the
6   absence of fasting, you can utilize higher
7   thresholds for abnormal glucose values.  And in
8   either case, randomization should balance those
9   errors across groups.
10   Q.   Have you tested, Doctor, whether
11   randomization in the Seroquel clinical trials
12   balanced the nonfasting glucose findings?
13   A.   The baseline values of glucose were
14   balanced.
15   Q.   What is an OGTT test?
16   A.   It is an oral glucose tolerance test.
17   Q.   Do you agree that that test is one of,
18   if not the, most reliable glucose regulatory test
19   available?
20   A.   I agree that it is a commonly used
21   measure to define abnormal glucose.
22   Q.   Would you defer to an endocrinologist,
23   Dr. Arnett, on the question of whether an OGTT test
24   is more sensitive and reliable than simple fasting
25   or nonfasting glucose tests?

Page 43

1   A.   I can't speak to reliability.
2   Q.   Then let me ask that.  Dr. Arnett, would
3   you defer to an endocrinologist on whether an OGTT
4   test is a more reliable test than fasting or
5   nonfasting glucose tests?
6   A.   I would agree it would be more -- well,
7   "reliable" is the wrong word -- more accurate --
8   Q.   An OGTT test --
9   A.   -- than a nonfasting.
10   Q.   Is it your opinion than an OGTT test
11   results in a more accurate measurement of gluco
12   regulatory measures than a fasting or nonfasting
13   glucose test?
14   A.   As I answered previously, I would agree
15   it gives a more accurate answer --
16   Q.   That's my question.
17   A.   -- than a nonfasting.  But fasting is
18   the commonly used method to define diabetes.  Oral
19   glucose --
20   Q.   Are you an endocrinologist, Doctor?
21   A.   I am not.
22   Q.   Would you defer to an endocrinologist
23   who actually treats diabetes and analyzes glucose
24   measurements on a daily basis on the question of
25   whether an OGTT test is a more accurate and

Page 44

1   reliable measure of glucose regulation?
2         MR. BLIZZARD:  Object to the form.
3   A.   No.
4   Q.   When you were analyzing the Seroquel
5   clinical trials for whether Seroquel causes
6   diabetes, was one of the endpoints that you looked
7   at shifts above 126 milligrams per deciliter?
8   A.   I've reviewed a lot of data.  In my
9   recollection, the NDA only presented data in excess
10   of 200 or 250 milligrams per deciliter.  And so
11   my -- the reports from the NDA are based on those
12   thresholds.  I believe it was 250.  I can go back
13   and check if you want me to look at my expert
14   report.
15         For Studies 126 and 127, there were
16   lower thresholds used.  And on the data presented
17   now on the 2008 label, there are data for the 126
18   threshold.
19   Q.   Did you rely on the reports of adverse
20   events of diabetes in assessing whether Seroquel
21   causes diabetes?
22   A.   Yes.
23   Q.   What number represents a clinically
24   significant change in fasting glucose?
25   A.   126 milligrams per deciliter is the

Page 45

1   current established level.
2   Q.   My question was the actual -- maybe I
3   didn't phrase it right.  Withdrawn.
4         When you look at a mean or median change
5   in fasting glucose, what change would you consider
6   to be clinically significant?
7   A.   Well, in epidemiology, if you shift an
8   entire population mean up even one or two
9   milligrams per deciliter, that could have large
10   clinical implications.  So I would say even a shift
11   as small as one or two milligrams per deciliter
12   could be important.
13   Q.   Is it your testimony that a mean or
14   median change in fasting glucose of one milligram
15   per deciliter could be clinically significant?
16   A.   Yes.
17   Q.   Because the patient goes from 125
18   milligrams per deciliter to 126?
19         MR. BLIZZARD:  Object to the form.
20   A.   If the population mean goes up from 125
21   to 126 or from 118 to 119.
22   Q.   For an individual patient, do you have
23   an opinion on what constitutes a clinically
24   significant change in fasting glucose?
25   A.   It would depend.

Page 46

1    Q.  Have you ever evaluated for an
2  individual patient whether their change in fasting
3  glucose was clinically significant?
4    A.  No.
5    Q.  Nonfasting glucose levels, so --
6  withdrawn.
7      Do glucose levels fluctuate on a daily
8  basis?
9    A.  Do you mean fasting glucose, or do you
10  mean post-prandial glucose?
11    Q.  Well, let's talk with -- let's start
12  with fasting.  Does that fluctuate?
13    A.  There is some day-to-day variations in
14  glucose levels.  It's not large.
15    Q.  For nonfasting glucose levels, do you
16  agree that there is significant fluctuation on a
17  daily basis?
18    A.  It would depend on the time since the
19  last meal.  There is fluctuation.
20    Q.  Do you know that after every meal,
21  people can have their nonfasting glucose change by
22  five or more milligrams per deciliter?
23    A.  Yes.
24    Q.  Do you know that nonfasting glucose can
25  vary by 20 milligrams per deciliter just because of

Page 47

1  stress?
2    A.  I'm not aware of that data.
3    Q.  Are you a medical doctor?
4    A.  No.
5    Q.  Have you ever prescribed medication?
6    A.  No.
7    Q.  Would that be unlawful for you to do
8  that?
9    A.  Yes.
10    Q.  Are you a statistician?
11    A.  I have a master's degree in epidemiology
12  and biostatistics.
13    Q.  Do you consider yourself a statistician?
14    A.  No.
15    Q.  Do you work in the biostatistics group
16  here at UAB?
17    A.  No.
18    Q.  Are you a psychiatrist?
19    A.  No.
20    Q.  Are you a member of the American
21  Psychiatry Association?
22    A.  No.
23    Q.  Do you subscribe to any journals in
24  psychiatry?
25    A.  No.

Page 48

1    Q.  Are you an expert in the treatment of
2  mental illness including with treatment of
3  antipsychotics?
4    A.  No.
5    Q.  Is this the first time you've analyzed
6  the risk of antipsychotics including Seroquel?
7    A.  Yes.
8    Q.  Have you ever conducted any independent
9  research on Seroquel?
10    A.  No.
11    Q.  Is the same true for mental illness?
12    A.  Yes.
13    Q.  Have you ever written about mental
14  illness or antipsychotics?
15    A.  I have written about -- the reason I'm
16  delaying my answer is, I have published papers on
17  psychological scales in relation to cardiovascular
18  trends.  But not in relation to Seroquel.
19    Q.  Have you ever written about the
20  relationship between Seroquel and other
21  antipsychotics and weight gain?
22    A.  No.
23    Q.  Have you ever written about
24  antipsychotics and their association with diabetes?
25    A.  No.

Page 49

1    Q.  Do you subscribe to any journals in
2  endocrinology, whether hard copy or online?
3    A.  I am an -- I am a frequent reviewer for
4  Diabetes and Diabetes Care, but I do not subscribe
5  to the journal.
6    Q.  A peer reviewer; is that what you mean?
7    A.  Yes.
8    Q.  So you don't subscribe to any journals
9  in endocrinology, true?
10    A.  True.
11    Q.  Are you a member of the American
12  Diabetes Association?
13    A.  No.
14    Q.  Have you ever diagnosed a patient with
15  diabetes or determined the cause of a patient's
16  diabetes?
17    A.  No.
18    Q.  Have you held yourself out as an expert
19  in interpreting glucose results in clinical trials?
20    A.  We had inclusion/exclusion criteria, and
21  I was on the group that establishes criteria for
22  the HyperGEN study, and for Golden, we defined
23  diabetes for that study.  So in that respect, I
24  have acted as an expert.
25    Q.  What you did was you helped determine

Page 50

```
 1   what criteria ought to apply for patients to enroll
 2   in the studies you just talked about, right?
 3      A.   Or to be defined as -- yes.  Correct.
 4      Q.   Other than determining what patients
 5   ought to enroll in a clinical trial, have you ever
 6   held yourself out as an expert in interpreting
 7   glucose results in clinical trials?
 8      A.   No.
 9      Q.   In fact, that didn't have anything to do
10   with interpreting glucose results in clinical
11   trials, your experience with those two studies,
12   right?  You're talking about enrolling patients,
13   what the inclusion and exclusion criteria are,
14   right?
15      A.   Yes.
16      Q.   In those clinical trials, did you
17   evaluate the glucose results?
18      A.   Yes.
19      Q.   Would you defer to an endocrinologist
20   for the interpretation of glucose results in
21   clinical trials --
22      A.   No.
23      Q.   -- since you're not an endocrinologist
24   and you've never treated a patient with diabetes?
25          MR. BLIZZARD:  Object to the form.
```

Page 51

```
 1      A.   We had alert values in our clinical
 2   trial set, and we notified the patient --
 3      Q.   And so --
 4      A.   -- through their primary physician.
 5      Q.   I understand you had that experience
 6   with those two clinical trials, right?  Are you
 7   with me?
 8      A.   Uh-huh.
 9      Q.   Yes?
10      A.   Uh-huh.
11      Q.   Yes?
12      A.   Yes.
13      Q.   Would you defer to an endocrinologist
14   who actually treats patients for diabetes for the
15   appropriate interpretation of glucose results in a
16   clinical trial?
17          MR. BLIZZARD:  Object to the form.
18      A.   No.
19      Q.   Would you defer to an endocrinologist
20   when it came to whether a glucose change was
21   clinically significant?
22          MR. BLIZZARD:  Object to the form.
23      A.   No.
24      Q.   Would you defer to an endocrinologist
25   for anything?
```

Page 52

```
 1      A.   Yes.
 2      Q.   What?
 3      A.   The optimal treatment --
 4      Q.   That's it?
 5      A.   -- drug treatment.
 6      Q.   That's it?
 7      A.   With respect to diabetes?
 8      Q.   Yes.
 9      A.   Yes.
10      Q.   You wouldn't defer to an endocrinologist
11   to -- on the issue of prevention of diabetes?
12      A.   No.
13      Q.   Before being hired as a plaintiff's
14   expert, have you ever offered an opinion on whether
15   antipsychotics cause diabetes?
16      A.   No.
17      Q.   Are you a pharmacologist?
18      A.   No.
19      Q.   Are you an expert in how medicine works
20   in the body?
21      A.   Yes.
22      Q.   Are you an expert in how antipsychotics
23   work in the body?
24      A.   No.
25      Q.   Are you an expert in how antipsychotics
```

Page 53

```
 1   mechanistically might cause weight gain or
 2   diabetes?
 3      A.   I know more than the average
 4   epidemiologist.
 5      Q.   That doesn't make you an expert, though?
 6          MR. BLIZZARD:  Object to the form.
 7      A.   I don't know what you qualify as an
 8   expert.
 9      Q.   I don't know what you qualify as an
10   average epidemiologist.  Okay.  So we're on the
11   same page with that.  All right?
12      A.   All right.
13      Q.   The fact that you say you know more than
14   the average epidemiologist about how antipsychotics
15   may cause weight gain or diabetes, does that make
16   you an expert in how antipsychotics may cause those
17   things?
18          MR. BLIZZARD:  Object to the form.
19      A.   Because of my pharmacogenetics
20   expertise, I have to understand how drugs work.
21      Q.   I'm being more specific than that.
22   Okay?
23      A.   Uh-huh.
24      Q.   Yes?
25          MR. BLIZZARD:  Object to the form.  Just
```

Page 54

1    ask the question.
2    Q.   Dr. Arnett --
3        MR. BLIZZARD:  You don't have to make
4    the commentary or testimony yourself.
5    Q.   Dr. Arnett, given that you're not --
6        MR. BLIZZARD:  Please, please don't
7    interrupt me.  Okay?
8    Q.   Dr. Arnett, given that you are not a
9    pharmacologist and have never studied how
10   antipsychotics may contribute to weight gain or
11   diabetes, do you consider yourself an expert in how
12   antipsychotics including Seroquel might cause
13   weight gain or diabetes?
14       MR. BLIZZARD:  Object to the form.
15   Argumentative.
16   A.   I have reviewed the literature and
17   understand how drugs work --
18   Q.   Generally?
19   A.   -- and how Seroquel works specifically.
20   Q.   As a --
21   A.   Have I conducted my own research at the
22   bench to evaluate the effect?  The answer is no.
23   Q.   Would you, Dr. Arnett, hold yourself out
24   to the medical community as an expert in how
25   antipsychotics cause weight gain and may cause

Page 55

1    diabetes mechanistically?
2    A.   No.  But I have evaluated literature and
3    have an understanding pharmacologically of how it
4    causes weight gain and diabetes.
5    Q.   That understanding came in the course of
6    you serving an a plaintiff's expert in the Seroquel
7    litigation, true?
8    A.   Not entirely.  I had a student who got
9    her Ph.D. dissertation looking at weight gain and
10   antipsychotics, and I served on her Ph.D.
11   committee.
12   Q.   Have you ever held yourself out to the
13   medical community as an expert in how
14   antipsychotics cause weight gain and diabetes?
15   A.   No.
16   Q.   Are you an expert in the area of obesity
17   or the causes of obesity?
18   A.   I have several publications on risk
19   factors for obesity.  We're evaluating genetic
20   predictors of obesity.  So in that context, I have
21   expertise.
22   Q.   Are you talking about the article you
23   wrote on overweight children and adolescents?  Is
24   that the one?
25   A.   Well, there's that.  I also have a

Page 56

1    linkage paper from the HyperGEN study with respect
2    to obesity.
3    Q.   Do people consult you, Dr. Arnett, as an
4    expert in the area of obesity?
5    A.   No.
6    Q.   Have you ever worked for the FDA?
7    A.   I worked as a special government
8    employee to the FDA in the 1990s.
9    Q.   Have you ever been employed by the FDA?
10   A.   Well, I don't know what a special
11   government employee means to them.  I didn't
12   receive a paycheck from them.
13   Q.   You what?
14   A.   I didn't receive a paycheck from them,
15   but I did work with them.
16   Q.   Have you ever considered yourself an FDA
17   employee, Dr. Arnett?
18   A.   No.
19   Q.   Have you ever testified before the FDA?
20   A.   No.
21   Q.   Have you ever done any work related to
22   the approval of prescription drugs?
23   A.   Yes.
24   Q.   What work did you do?
25   A.   For three years, I worked as a clinical

Page 57

1    coordinator for randomized clinical trials of
2    investigational drugs.
3    Q.   What three years were those?
4    A.   1985 through 1988.
5    Q.   Have you ever prepared any materials for
6    submission to the FDA as part of an NDA?
7    A.   No.
8    Q.   Have you ever done any work relating to
9    labeling of a prescription drug?
10   A.   No.
11   Q.   Have you ever drafted a label for a
12   prescription drug?
13   A.   No.
14   Q.   Are you an expert in FDA regulations
15   regarding labeling of prescription drugs?
16   A.   I teach about FDA regulations in my
17   course, and I, therefore, consider myself more
18   knowledgeable than an average epidemiologist.
19   Q.   Is the -- what course are you talking
20   about?
21   A.   I teach -- I have taught and continue to
22   teach the second in a series of methods courses.
23   Q.   Have you ever taught your students about
24   FDA regulations concerning labeling of prescription
25   drugs?

Page 58

1  A.  No.
2  Q.  You don't hold yourself out as an expert
3  in FDA regulations concerning labeling of
4  prescription drugs, do you?
5  A.  I know more about --
6  Q.  Than the average person?
7  A.  Not the average person.
8  Q.  Average epidemiologist?
9  A.  Yes.
10  Q.  Okay.  About what?  Labeling?
11  A.  About labeling.
12  Q.  Do you think that knowing more than the
13  average epidemiologist about labeling makes you an
14  expert in FDA regulations concerning labeling of
15  prescription drugs?
16      MR. BLIZZARD:  Object to the form.
17  A.  I can't answer what the FDA considers an
18  expert.
19  Q.  I didn't ask what the FDA considered
20  that.  I asked what you considered.
21      Do you consider yourself an expert,
22  Dr. Arnett, in FDA regulations concerning the
23  labeling of prescription drugs?
24      MR. BLIZZARD:  Object to the form.
25  She's asked and answered the question.

Page 59

1  Q.  Let me back up.  Withdrawn.
2      Have you ever read the FDA regulations
3  concerning labeling of prescription drugs?
4  A.  Yes.
5  Q.  What section is the labeling of
6  prescription drugs in in the code of the federal
7  register?
8  A.  I don't remember the section.
9  Q.  But it's your testimony that you have
10  actually read the FDA regulations concerning
11  labeling?
12  A.  Yes.
13  Q.  I read your report.  You're not giving
14  labeling opinions in this case, right?
15  A.  I'm giving opinions relating to the
16  scientific evidence that would go into informing
17  the label.
18  Q.  But you're not looking at the label and
19  saying the label is inadequate in some way for
20  Seroquel, true?
21  A.  Wrong.
22  Q.  Have you said that in your report?
23  A.  Yes.
24  Q.  You said in your report that the FDA
25  approved label was inaccurate for Seroquel?

Page 60

1  A.  What I said in my report is that the
2  label did not have adequate warnings about the
3  weight gain and diabetic potential.
4  Q.  I don't remember that.  But let's look
5  at that later.  Okay?
6  A.  Okay.
7  Q.  It's there?
8  A.  In my list of my six opinions.
9  Q.  Okay.  Do you have experience in the
10  marketing of prescription drugs or training?
11  A.  Experience or training?
12  Q.  Are you an expert in the marketing of
13  prescription drugs, Doctor?
14  A.  No.
15  Q.  Are you an expert in the FDA regulations
16  for off-label use or off-label promotion?
17  A.  No.
18  Q.  When were you first contacted to get
19  involved in the Seroquel litigation?
20  A.  Sometime this summer.  I don't remember
21  the exact date.
22  Q.  What month?
23  A.  I'm not sure if it was June or July.
24  Q.  Was it before or after July 4th?  Do you
25  remember that?

Page 61

1  A.  I don't.
2  Q.  How did you get contacted?
3  A.  By telephone.
4  Q.  Who called you to first tell you about
5  the Seroquel litigation?
6  A.  I believe it was Glenda Granger --
7  Q.  Who was that?
8  A.  -- who called me.  A person that works
9  in Mr. Blizzard's office.
10  Q.  Are you working through the Med
11  Expertise firm in this litigation?
12  A.  No.
13  Q.  When were you first retained as an
14  expert in the Seroquel litigation?
15  A.  When -- after the phone call, we had a
16  meeting here in Birmingham.  And that was sometime
17  after the phone call, so I'm guessing in July.
18  Q.  Do you have it on your calendar?
19  A.  Yes.
20  Q.  Will you check at a break to tell me
21  when your meetings were?
22  A.  If it's important to you --
23  Q.  It is.
24  A.  -- I'd be happy to.
25  Q.  It is.  Thank you.

Page 62

1    Who was your meeting with here in
2  Birmingham in the summer of 2008?
3    A.   Glenda Granger and another attorney from
4  Mr. Blizzard's group.  And I can't remember his
5  name.
6    Q.   What were you told at that meeting?
7    A.   We discussed the upcoming litigation and
8  talked about what I would need to review, if -- you
9  know, what I would want to see.
10    Q.   When did you first actually get retained
11  by the plaintiff's lawyers to be an expert in the
12  Seroquel litigation?
13    A.   By "retained," what do you mean?
14    Q.   I mean you agreed to serve as a
15  plaintiff's expert in the Seroquel litigation?
16    A.   After our meeting, I reviewed PubMed to
17  evaluate the association of Seroquel with any of
18  these diabetic outcomes.  And based on that, I
19  agreed at that point.  At that point, it was
20  probably a week or two weeks after I met with
21  Ms. Granger.
22    Q.   So if I understand it right, you had a
23  phone call from Ms. Granger, and then you had a
24  meeting in Birmingham with Ms. Granger and somebody
25  else from Mr. Blizzard's firm.  You then did a

Page 63

1  PubMed search, and you evaluated the search results
2  for the association between Seroquel and diabetic
3  outcomes.  And then you determined -- you decided
4  to be a plaintiff's expert?
5    MR. BLIZZARD:  Object to the form.
6    A.   Diabetes-related outcomes.
7    Q.   But the rest of my statement was right?
8    MR. BLIZZARD:  Object to the form.
9    A.   Yes.
10    Q.   How much time did you spend reviewing
11  the literature on Seroquel before deciding to be a
12  plaintiff's expert?
13    MR. BLIZZARD:  Object to the form.  Let
14  me ask you to clarify what you mean by
15  "plaintiff's expert."  Do you mean to look at
16  more data or to actually testify?  Because I'm
17  not sure this is being made clear by your
18  question.
19    Q.   Did you understand my question?
20    A.   Now that he's asked that question.
21    Q.   That's the problem with those kind of
22  objections.
23    MR. BLIZZARD:  No, I'm just trying to
24  clarify so you don't trick her.
25    Q.   I'm not trying to trick you, Doctor.

Page 64

1  I'm just trying to ask straightforward questions.
2  Okay?
3    Dr. Arnett, how much time did you spend
4  reviewing the literature concerning Seroquel and
5  diabetes-related outcomes before agreeing to serve
6  as a plaintiff's expert witness in the Seroquel
7  litigation?
8    A.   Probably 15 hours.
9    Q.   When did you form your opinions in this
10  case?
11    A.   My opinions evolved over the -- at the
12  point I put in my first report of 80 hours of
13  review.
14    Q.   Did your form your opinions, though,
15  before you wrote your report?
16    A.   No, because I couldn't have -- well, I
17  had to form my opinions to write a report.
18    Q.   That's --
19    A.   Is that what you mean?
20    Q.   Yes.  Do you know approximately when,
21  Dr. Arnett, you formed your opinions in this case?
22    A.   Over the period of July through today.
23    Q.   Are you still today open-minded about
24  whether Seroquel causes weight gain and diabetes,
25  or have you made up your mind by now?

Page 65

1    MR. BLIZZARD:  Object to the form.
2    A.   By make your mind up, do you mean that
3  if new evidence comes along, my opinion would be
4  unequivocal?
5    Q.   No.
6    A.   Okay.
7    Q.   Not actually sure what I meant.  So I'll
8  ask you a different question.
9    MR. BLIZZARD:  Well, why don't we take a
10  break?  We've been going for an hour and a
11  half.  Let's take a ten-minute break.
12    MR. GOLDMAN:  Well, just give me one
13  second because I'm almost done with this line.
14  Okay, Ed?
15    MR. BLIZZARD:  Okay.
16  BY MR. GOLDMAN:
17    Q.   The -- have you been retained in any
18  cases concerning antipsychotics other than
19  Seroquel?
20    A.   No.
21    Q.   Other than the one meeting you had with
22  Glenda Granger and another attorney from
23  Mr. Blizzard's firm, have you had any other
24  meetings with the plaintiff's lawyers?
25    A.   Just one other meeting.

Page 66

```
 1   Q.   When was that?
 2   A.   Two or three weeks ago.
 3   Q.   How long did that last?
 4   A.   Two hours.
 5   Q.   Have you attended any meetings with any
 6   other plaintiff's expert witnesses in the Seroquel
 7   litigation?
 8   A.   No.
 9   Q.   Have you had any discussions with any
10   other plaintiff's expert witnesses?
11   A.   No.
12   Q.   Have you read or are you relying on any
13   of the reports generated by other plaintiff's
14   expert witnesses in the Seroquel litigation?
15   A.   No.
16   Q.   Have you read any of the reports written
17   by AstraZeneca's expert witnesses in the Seroquel
18   litigation?
19   A.   I don't know who they are, so I have to
20   say no.  I haven't read any reports.
21        MR. GOLDMAN:  Now's a good time.
22        (Break held, 2:45 p.m.)
23        (Defendant's Exhibit No. 2
24           was marked for identification.)
25   Q.   I've -- Dr. Arnett, I'm handing you what
```

Page 67

```
 1   I've marked as Exhibit 2.  What is this, Exhibit
 2   2?
 3   A.   This is an invoice for 83.5 hours for
 4   work on Seroquel.
 5   Q.   Are your hourly rates $450 per hour?
 6   A.   Yes.
 7   Q.   Do you keep the money?
 8   A.   Yes.
 9   Q.   Did you spend the 83 and a half hours
10   reviewing the NDA documents, published manuscripts,
11   AstraZeneca Web site and other files and generate
12   your report during those 83 and a half hours?
13   A.   Yes.
14   Q.   Have you reviewed the correspondence
15   between AstraZeneca and the FDA over the last
16   decade?
17   A.   I don't know if I've reviewed all the
18   correspondence.  I've reviewed some correspondence.
19   Q.   The August 2000 submission, right?
20   A.   Yes.
21   Q.   You haven't reviewed any other
22   communications between AstraZeneca and the FDA,
23   have you, ma'am?
24   A.   The NDA is a communication.
25   Q.   Other than the NDA and the August 2000
```

Page 68

```
 1   submission, have you reviewed any other
 2   communications between the FDA and AstraZeneca?
 3   A.   I know that I saw on the FDA Web site,
 4   which is part of my review, some other
 5   communications, but I can't be specific about them.
 6   Q.   Certainly you'd say you haven't reviewed
 7   the entire regulatory file reflecting
 8   communications between the FDA and AstraZeneca,
 9   true?
10   A.   I can't comment on if it's the entire
11   file.  I did review a series of eight files that I
12   requested from the plaintiff's attorney that were
13   to reflect the FDA correspondence.
14   Q.   What were those eight files called?  Do
15   you know?
16   A.   File FDA one through eight.
17   Q.   And you reviewed all that?
18   A.   No.
19   Q.   How much more time have you spent
20   working on this case since you issued your first
21   report?
22   A.   25 hours.
23   Q.   Doing what?
24   A.   Doing additional PubMed searches and
25   reviewing articles related to case control and
```

Page 69

```
 1   cohort studies of diabetes outcomes.
 2   Q.   You did that after you submitted your
 3   first report?
 4   A.   Yes.
 5   Q.   Why?
 6   A.   Because when I -- I was on a short time
 7   frame to get the first report done, and I hadn't
 8   had time to extensively review all of the published
 9   literature.  I'd reviewed some of it.  So I thought
10   I needed more detail.
11   Q.   So at the time you prepared your first
12   report, you didn't extensively review the published
13   literature; you reviewed some subset of it?
14   A.   Yes.
15        (Defendant's Exhibits Nos. 3 and 4
16           were marked for identification.)
17   Q.   Let me hand you what I've marked as
18   Exhibits 3 and 4.  Do you recognize Exhibit 3 as
19   your first report that we received September 11th,
20   2008, and Exhibit 4 as your second report that I
21   received on Friday afternoon, two days ago?
22        MR. BLIZZARD:  Not two days ago.  It's
23   Saturday, isn't it?
24   A.   Well, technically, Friday was three days
25   ago.
```

Page 70

```
1     Q.   Dr. Arnett --
2     A.   Yes.
3     Q.   -- is Exhibit 3 your first report that
4  you issued in this case?
5         MR. BLIZZARD:  Don't get testy because
6  you got the dates wrong.
7         MR. GOLDMAN:  I don't need to be --
8     Q.   Dr. Arnett, is Exhibit 3 your first
9  report and Exhibit 4, your second report?
10    A.   The initial -- Exhibit 3 is my initial
11 report.  I know that because I made an error on the
12 date.
13    Q.   What date?
14    A.   A date under -- on page 9 on the last
15 paragraph.
16    Q.   How did you know you made an error on
17 page 9 of the first report?  And there you're
18 referring to the May 2000 date?
19    A.   Yes.
20    Q.   How did you know you made that error?
21    A.   Because when I was doing additional
22 reviews of the -- where the HOMA and Hba1C numbers
23 came from, I realized that they had only been
24 included in the 2000 -- I believe 2007 update of
25 the entire portfolio of clinical trials.
```

Page 71

```
1     Q.   When did you finish revising your second
2  report?
3     A.   Friday at about 2:00.
4     Q.   Did you read it to make sure it was
5  accurate and complete?
6     A.   Yes, to the best of my ability, I did.
7     Q.   Is your second report an accurate,
8  complete and objective review of the relevant
9  science?
10    A.   I found one error today.  So there is
11 one additional point I'd like to clarify.
12    Q.   What is it?
13    A.   The Ollendorf study in 2004 on page 11,
14 the relative risk of 1.17 is not Seroquel compared
15 to conventional.  It was all of the atypicals in
16 his study compared to conventional.
17    Q.   Other than that one error that you found
18 in your Table 2 for the Ollendorf study, is the
19 rest of your report an accurate, complete and
20 objective review of the science?
21    A.   As of Friday, yes, that is correct.
22    Q.   Friday, October 4th, 2008?
23    A.   Yes.
24    Q.   Did you include not only the literature
25 and data that supports your opinion, Dr. Arnett,
```

Page 72

```
1  but, as an objective scientist, also include data
2  that does not support your opinion in your report?
3     A.   Could you restate that?
4     Q.   Sure.  As an objective researcher,
5  scientist, did you include both the data and
6  literature that supports your opinions in this case
7  and the data and literature that does not?
8         MR. BLIZZARD:  Object to the form.
9     A.   I included the literature that I
10 reviewed.  So there were some -- for instance, some
11 of the values in Table 2 are not statistically
12 significant, and yet, they're included in my
13 report.
14    Q.   And if a -- and those instances where
15 the result is not statistically significant in your
16 table, are you saying that that does not support
17 your opinions, and so you were being objective and
18 trying to include it?
19    A.   Actually, it does support my opinion
20 because the point estimates are consistent with the
21 other point estimates.
22    Q.   Dr. Arnett, did you include both the
23 good, the bad, the data that helps you support your
24 opinion and the data that's inconsistent with your
25 opinion in your second report?
```

Page 73

```
1         MR. BLIZZARD:  Object to the form.
2     A.   If you're asking if I was a thorough
3  scientist who looked at all the data available to
4  form my opinion, yes, I did.
5     Q.   Did you, as part of reviewing all the
6  data thoroughly, attempt to include in your second
7  report the literature and clinical trial data that
8  showed that Seroquel does cause weight gain and
9  diabetes as well as that literature and data that
10 shows it might not?
11    A.   I did not find any literature to suggest
12 that it does not cause weight gain.
13    Q.   Did you find literature suggesting that
14 Seroquel does not cause diabetes?
15    A.   No.
16    Q.   On page 3 of your report -- and for the
17 rest of the deposition, I'm referring to your
18 amended report.  In the second full paragraph, you
19 outline your opinions one through six, correct?
20    A.   Correct.
21    Q.   Is that a complete and accurate
22 description of the opinions you intend to give in
23 this case?
24    A.   Yes.
25    Q.   Do you intend to testify that Seroquel
```

Page 74

```
1    caused or contributed to an individual plaintiff's
2    weight gain?
3        A.   Yes.
4            MR. BLIZZARD:  If you clarify that,
5        maybe I can help.
6        Q.   Are you going to come into trial and
7    tell the jury that an individual plaintiff
8    developed weight gain as a result of Seroquel?
9        A.   What I am coming to discuss will be
10   general causation.
11       Q.   Okay.
12       A.   And as epidemiology findings extend to
13   individuals, I will comment on that.
14       Q.   Do you want to clarify?
15           MR. BLIZZARD:  Yes.  For these cases,
16       she's not expressing an individualized to
17       these particular plaintiffs and whether they
18       specifically developed their disease because
19       of Seroquel.  She is here on general
20       causation.  She's not offering a specific
21       causation opinion for the first group of
22       cases.
23       Q.   Am I right, Dr. Arnett, then that while
24   you may come to testify about general causation,
25   you're not going to come testify that Seroquel
```

Page 75

```
1    caused or contributed to an individual plaintiff's
2    weight gain or diabetes?  True?
3        A.   According to my attorney, plaintiff's
4    attorney, in the first set of cases, that is true.
5    I don't know if it will extend beyond the first
6    set.
7        Q.   If it extends beyond the first set of
8    cases, you'll let me know so that we can take
9    another deposition.  Fair?
10       A.   Fair.
11       Q.   Are you going to -- I take it you
12   haven't reviewed any medical records of any
13   plaintiff?
14       A.   No.
15       Q.   Are you going to testify that Seroquel
16   is associated with Type I diabetes?
17       A.   By "Type I diabetes," do you
18   specifically mean insulin-treated diabetes?
19       Q.   Yes.
20       A.   Okay.  Can you restate your question?
21       Q.   Yes.  Are you going to testify that
22   there's an association between Seroquel and Type I
23   diabetes, meaning insulin-treated diabetes?
24       A.   Yes.
25       Q.   And it's your opinion, ma'am, that
```

Page 76

```
1    Seroquel is associated with Type I diabetes?
2        A.   It is my opinion that in the cases that
3    were reported, some required insulin treatment for
4    management.  So, therefore, by extension of
5    "insulin treated," I would say yes.
6        Q.   Okay.  Are you going to testify that any
7    subgroup of patients is at greater or lesser risk
8    of diabetes from Seroquel?
9        A.   I may.
10       Q.   Do you have an opinion -- and I know you
11   didn't in Vioxx, so this is why I'm asking here.
12   Withdrawn.
13           Dr. Arnett, do you have an opinion about
14   whether there's a particular subgroup of patients
15   at greater or lesser risk of diabetes from Seroquel
16   and other antipsychotics?
17       A.   I haven't evaluated that data yet.  But
18   I -- if I have access to more data and an easier
19   way to evaluate the data, I may do that because
20   there is some evidence in some publications of a
21   greater risk in older individuals.
22       Q.   You'll let me know if that -- if you
23   undertake that task.  Okay?
24       A.   Yes.
25       Q.   Are you going to testify, Dr. Arnett,
```

Page 77

```
1    about the intent or motives of AstraZeneca
2    employees?
3        A.   Yes.
4        Q.   You feel you're an expert in the intent
5    or motives of AstraZeneca's employees?
6        A.   Because I've reviewed correspondence
7    from AstraZeneca employees relative to some of the
8    opinions that I've stated, in that way, I will
9    testify to intent or motive.
10       Q.   You're going to take documents that you
11   reviewed like e-mails from AstraZeneca and you want
12   to tell the jury based on those e-mails what
13   AstraZeneca's intent or motives were?
14       A.   I'd be happy to just quote them.
15       Q.   So you don't plan to come and testify
16   about the intent or motives of AstraZeneca
17   employees, true?
18       A.   Well, I would think that things that you
19   say in an e-mail are your intentions.
20       Q.   But that's something the jury can figure
21   out.  You don't have to provide expert testimony
22   about that?
23       A.   No.  I'm assuming the jury will figure
24   it out.
25       Q.   Are you going to testify about the state
```

1  of mind of AstraZeneca employees?
2      A.   "State of mind" means --
3      Q.   What they knew and when they knew it.
4      A.   State of mind, what they knew and when
5  they knew it?  With respect to weight gain, yes, I
6  will.
7      Q.   So you intend to testify about what you
8  think AstraZeneca employees knew about the risk of
9  weight gain from Seroquel, right?
10     A.   Yes.
11     Q.   Any other state of mind opinions that
12  you intend to give?
13     A.   I'm sure state of mind opinions mean
14  something specific legally.  So --
15     Q.   Do you intend to testify at trial --
16     MR. BLIZZARD:  Wait.  She hadn't
17  finished her question (sic) for clarification.
18     A.   So if you could clarify what "state of
19  mind" means, it's a legal --
20     Q.   Dr. Arnett, do you intend to testify
21  about what you think AstraZeneca knew about the
22  risk of diabetes from Seroquel over time?
23     A.   Yes.
24     Q.   Based on what?
25     A.   Dr. Geller's assessment in 2000 in a

1  position paper he wrote.
2      Q.   Anything else that you're going to use
3  to rely on to testify about that AstraZeneca knew
4  over time concerning the risk of diabetes from
5  Seroquel?
6      A.   At this moment, no.  But that may change
7  as I review more documents.
8      Q.   Are you going to express an opinion that
9  AstraZeneca withheld information or misled the FDA?
10     A.   Yes.
11     Q.   What information are you going to say
12  AstraZeneca withheld from the FDA?
13     A.   Well, for one instance, they omitted
14  weight from one of their tables that was in their
15  integrated safety report.  That's just one
16  example.
17         They withheld the distributions of the
18  various variables like weight glucose, insulin,
19  Hba1C.  The distributions were not included and, in
20  fact, Hba1C I couldn't find in the NDA, but it was
21  collected.  So that's the list I can think of right
22  now superficially.
23     Q.   Ma'am, it's my opportunity now to figure
24  out what exactly you plan to tell the jury.  Okay?
25  Are you with me?

1      A.   Uh-huh.
2      Q.   Other than what you've just identified,
3  do you intend to tell the jury that you think
4  AstraZeneca withheld other information from the
5  FDA?
6      A.   Beyond what I just described?
7      Q.   Yes.
8      A.   At this point in time, no.  But if I
9  continue to review more evidence, there may be
10  additional instances that arise.
11     Q.   Are you going to testify that Seroquel
12  is an unsafe or bad drug?
13     A.   Can you define "bad"?
14     Q.   Are you going to testify that Seroquel
15  is an unsafe drug?
16     A.   Yes.
17     Q.   For all patients?
18     A.   No.
19     Q.   Can you identify a single piece of
20  literature that says that Seroquel is an unsafe
21  drug?
22     A.   I can find literature that indicates
23  that it is associated with increased risk of many
24  of the metabolic parameters associated with
25  diabetes and diabetes.  So in that terminology, it

1  is unsafe.
2      Q.   So your opinion is because Seroquel is
3  associated with an increased risk of metabolic
4  parameters, it's therefore unsafe?
5      A.   Yes.
6      Q.   Can you cite a single piece of
7  literature that says that?
8      A.   Yes.
9      Q.   What?  Name one piece of literature that
10  says Seroquel is an unsafe drug because of the
11  effects on the metabolic parameters.
12     A.   The Koller study, Geller himself.
13     Q.   Koller 2004?
14     A.   Yes.
15     Q.   Go ahead.
16     A.   Geller's own document.
17     Q.   And there you're talking about the
18  position paper?
19     A.   Uh-huh.
20     Q.   In 2000, right?
21     A.   Uh-huh.
22     Q.   Yes?
23     A.   Yes.
24     Q.   What else?
25     A.   The ADA consensus statement.

Page 82

1    Q.   What other pieces of literature do you
2  say state that Seroquel is an unsafe drug because
3  of its effects on metabolic parameters?
4    A.   The follow-up metabolic study from the
5  CATIE trial.
6    Q.   Which one?
7    A.   I've forgotten the first author's name.
8    Q.   Stroup?
9    A.   I've forgotten the name.
10    Q.   And your testimony is there's a
11  publication that deals with the follow-up to the
12  CADIE study that says Seroquel is an unsafe drug
13  because of its effect on metabolic parameters?
14        MR. BLIZZARD:  Object to the form.
15    A.   It will say that Seroquel has an adverse
16  effect on metabolic parameters.
17    Q.   What does --
18    A.   I don't know if the word "unsafe" was
19  used.
20    Q.   Dr. Arnett, the plaintiff's attorneys
21  sent us a reference exhibit list -- they've
22  actually sent us several of these -- we'll mark
23  first that we received with your initial report as
24  Arnett Exhibit 5.
25        (Defendant's Exhibit Nos. 5 and 6

Page 83

1        were marked for identification.)
2    Q.   And then I'm going to hand you Arnett
3  Exhibit 6, which is the second amended version of
4  the reference exhibit list that we received with
5  your second report on October 4th.  Okay?
6    A.   Okay.
7    Q.   What is this second one -- let's look at
8  the second one first.  What is the second amended
9  reference exhibit list?
10    A.   What is it?
11    Q.   Yes.
12    A.   A list of all of the documents that were
13  sent to me.
14    Q.   Have you reviewed all the documents?
15    A.   And some that I asked to be added.
16    Q.   Dr. Arnett, have you reviewed all the
17  documents on Exhibit 6?
18    A.   No.
19    Q.   What documents on Exhibit 6 have you
20  reviewed and considered?
21    A.   Would you like me to go page by page or
22  talk to you in generalities?
23    Q.   No.  Would you be able to look at this
24  list that has 7,000 documents on it -- and the
25  index is 293 pages -- and be able to tell me right

Page 84

1  now which documents you actually reviewed?
2    A.   We could spend the time, and I could.
3    Q.   Will you do me a favor?  Because I've
4  asked your attorney this because I'm entitled to
5  know what exactly you reviewed.  Will you tonight
6  take this document and circle for me each of the
7  documents that you reviewed in forming your
8  opinions?
9        MR. BLIZZARD:  I can answer that for
10  you.  No, she won't.
11    Q.   I have in front of me a 293-page
12  reference exhibit list with over 7,700 documents.
13  The documents are in excess of 396,000 pages.  And
14  your position, Mr. Blizzard, is that Dr. Arnett
15  will not identify for me, unless I spend the time
16  right now going through all 293 pages, what she's
17  actually reviewed?  Is that your position?
18        MR. BLIZZARD:  No.  Do you want to know
19  my position?  My position is that the company
20  belatedly in the summer provided us with
21  thousands upon thousands of pages of
22  documents.  We, under the Court's order, had
23  to get experts to look at these documents --
24        MR. GOLDMAN:  You know, I --
25        MR. BLIZZARD:  Don't cut me off, please.

Page 85

1        MR. GOLDMAN:  I don't want --
2        MR. BLIZZARD:  Don't cut me off.
3        MR. GOLDMAN:  I don't -- I want this off
4  the time because this is not on the record.
5        MR. BLIZZARD:  Okay, fine.  It's not off
6  the time.  I'm telling you, though, you asked
7  why this is the way it is, and I'm explaining
8  it.
9        MR. GOLDMAN:  I didn't ask why.
10        MR. BLIZZARD:  Well, I'm going to
11  explain it anyway, whether you like it or
12  not.
13        So we provided to the witness everything
14  that we could provide that she could look at
15  to help her formulate opinions in the time
16  provided under the Court's order.  As you
17  might imagine, this was a disorganized mess
18  provided by AstraZeneca, so we did our very
19  best to sort this and provide it to the
20  witness.  We then began looking through it and
21  had additional trouble trying to make heads or
22  tails out of what the company had provided to
23  FDA and what AstraZeneca had provided to us.
24        So we provided, out of an abundance of
25  caution to you, a list of everything that we

Page 86

1 had provided to Dr. Arnett. Dr. Arnett has
2 reviewed a subset of this material that she
3 selected after we provided it to her without
4 any assistance from us. She --
5       MR. GOLDMAN: I don't want you to lead
6 the witness here. Okay? Just make your
7 statement and hurry up.
8       MR. BLIZZARD: You know, Counsel, if you
9 continue to be as rude as you have been so far
10 to the witness and to me, we will end this
11 deposition.
12       MR. GOLDMAN: Ed, I'm asking -- you're
13 making a long speech, and I'm working under
14 time constraints here. Can you just --
15 instead of telling us what she did, just make
16 your statement.
17       MR. BLIZZARD: I'm making my statement.
18 Please do not instruct me what to say or not
19 say.
20       So we gave this to the witness. The
21 witness selected things that she wanted to
22 look at from this body of material. We
23 provided you the total body of material. The
24 witness is able to describe for you now
25 generally what she looked at so that you can

Page 87

1 be directed to those portions of this list, if
2 you so choose.
3       She is not going to go page by page
4 through this and circle things. I indicated
5 that to you previously, and I'm indicating it
6 to you now.
7 BY MR. GOLDMAN:
8    Q.   Dr. Arnett, can you tell me -- let's
9 start generally. What did you review on the second
10 amended exhibit list marked as Exhibit 2?
11    A.   Generally, I went through about a third
12 of the beginning of all of the NDA documents, which
13 were not filed in any cohesive or coherent way.
14 From that, I discovered the integrated efficacy
15 report and integrated safety report from the NDA.
16 And I relied heavily on those two documents because
17 it was the only way to access the data in any way
18 at all because there were, I think, 7700 different
19 documents within the NDA itself.
20       MR. GOLDMAN: So now you're -- now
21 you're acting frustrated that the witness is
22 giving an answer.
23       MR. GOLDMAN: I'm not frustrated.
24       MR. BLIZZARD: You're making faces.
25 You're making noises.

Page 88

1       MR. GOLDMAN: I'm not. Dr. Arnett --
2       MR. BLIZZARD: We're going to stop this
3 deposition unless you stop that.
4       MR. GOLDMAN: You know what? I
5 resent your -- I'm putting my hand over my
6 mouth.
7 BY MR. GOLDMAN:
8    Q.   I don't want you to describe how the
9 documents looked, how long it took you to look
10 through them. I'm really trying to find out
11 something very specific, Doctor.
12       Are you able to tell me right now which
13 documents you reviewed in forming your opinions?
14       MR. BLIZZARD: Object to the form.
15 That's what she was telling you.
16    A.   I was telling you that.
17    Q.   We're going to take it up with the Court
18 because this is taking -- I've asked on multiple
19 occasions for your counsel to be specific about
20 what you have reviewed, and he has declined to do
21 that. So we will take it up with the Court.
22 Okay?
23       Did you take notes while you were --
24       MR. BLIZZARD: Do you consider this
25 polite?

Page 89

1    Q.   Did you take notes while you reviewed
2 the documents, Dr. Arnett?
3    A.   No.
4    Q.   Did you keep track of what documents you
5 reviewed as you were reviewing them?
6    A.   Yes.
7    Q.   Where?
8    A.   In a draft report, you know, I was
9 drafting.
10    Q.   Do you have a list of the actual
11 documents you reviewed in forming your opinions?
12    A.   I only included in the list pieces that
13 I directly put into my report. So I reviewed many
14 more documents than are ultimately in my draft.
15    Q.   Okay. We received from plaintiff's
16 counsel two CDs -- one called Expert Review
17 Documents, one called Productions 1 through 7 --
18 and two hard drives. I'm going to ask you -- let
19 me mark this as Exhibit 7.
20       (Defendant's Exhibit Number 7
21       was marked for identification.)
22    Q.   This is one of the two CDs. And Exhibit
23 8 is the CD called Production 1 through 7.
24       (Defendant's Exhibit Number 8
25       was marked for identification.)

Page 90

1    Q.    And just looking at the index there that
2    we have prepared, Dr. Arnett, did you review all
3    the documents on these CDs?
4    A.    I reviewed all of the documents on 1,
5    2 --
6    Q.    And you're looking at which exhibit?
7    A.    You handed me Exhibit 8.
8    Q.    Okay.  Go ahead.
9    A.    I see there's a 7.  Do you want me to go
10   to 7?
11   Q.    After that.  Look at 8 first.
12   A.    So I looked at all the documents on 1 --
13   Production 1, Production 2, some of the documents
14   on Production 3.
15   Q.    Do you know which ones?
16   A.    The technical documents regarding weight
17   and BMI changes, the FDA approval time line are
18   ones that stick out in my memory.  I may have
19   opened others.
20   Q.    But you didn't keep track -- I don't
21   want to interrupt you, Doctor.  But did you keep
22   track of what you reviewed in the list that I just
23   provided to you?
24   A.    No.
25   Q.    We also received two hard drives,

Page 91

1    Dr. Arnett.
2         MR. BLIZZARD:  Wait a minute.  She's not
3    finished going through this exhibit.
4    Q.    Yeah.  I don't need to know all the
5    specifics about it.  I think I've got the gist of
6    it.
7         Dr. Arnett, you were also sent two hard
8    drives:  One called Clinical Trials and one called
9    NDA Documents that had over 28,000 documents.  Did
10   you review all those?
11   A.    No.
12   Q.    Do you know exactly what documents you
13   considered in forming your opinions as you reviewed
14   those hard drives?
15   A.    In the -- the large hard drive, I didn't
16   get to.  The smaller hard drive, I reviewed.  As I
17   said, about the first 500 files, I opened and
18   scanned and then found the integrated safety report
19   and efficacy report.  And those are the two I
20   primarily relied on.
21   Q.    So you accessed some of the documents in
22   the NDA hard drive, but not the larger clinical
23   trials hard drive?
24   A.    I didn't get to them.
25   Q.    Did you review any clinical study

Page 92

1    reports for any of the clinical trials for
2    Seroquel?
3    A.    Yes, but I can't remember which ones.
4    Q.    You mentioned the -- in your report that
5    you reviewed some depositions, right?
6    A.    No, sir.
7    Q.    Did you review any depositions?
8    A.    No, sir.
9    Q.    Did you review any internal AstraZeneca
10   documents?
11   A.    Yes.
12   Q.    Are the AstraZeneca documents that you
13   are relying on reflected in your report?
14   A.    Yes.
15   Q.    Do you normally rely on internal company
16   documents when forming opinions as an
17   epidemiologist?
18   A.    Yes.
19   Q.    And I'm talking about not as a
20   plaintiff's expert, but in your normal practice.
21   A.    Well, in my normal practice, I don't
22   have access to them.
23   Q.    In your normal practice as an
24   epidemiologist, do you rely on internal company
25   documents in forming your epidemiologic opinions?

Page 93

1    A.    As I don't do any work with
2    pharmaceutical companies, I don't have access to
3    them --
4    Q.    So the answer is no?
5    A.    -- in my work.  Correct.
6    Q.    Did you review any foreign regulatory
7    documents in this case?
8    A.    No.
9    Q.    Are you relying on any case reports or
10   case series to support your opinions?
11   A.    Yes.
12   Q.    Which one or ones?
13   A.    Well, Koller has the combination of all
14   that had occurred up until 2004.  And then there
15   are the case series that are outlined in the safety
16   report from -- I believe it's Geller.  I don't want
17   to say for sure.  But I know in one of the summary
18   statements, they're there.  And in the integrated
19   safety report, there's a list of the actual events,
20   adverse events for diabetes.
21   Q.    Integrated safety report is part of the
22   NDA?
23   A.    Uh-huh.
24   Q.    Yes?
25   A.    Yes.

Page 94

1   Q.   Any other case series or case reports
2   that you're relying on?
3   A.   Not that I remember now.
4   Q.   Are case series or case reports the
5   lowest form of scientific evidence?
6   A.   Yes.
7   Q.   Can they be used to establish causality?
8   A.   They can be used to identify signals
9   that -- with evidence from other studies that have
10   consistency of findings with respect to, say, risk
11   factors or weight gain in this case of Seroquel or
12   glucose.  They help build the case for causation.
13   Q.   Can case reports or case series alone
14   establish causality?
15   A.   No.
16        (Defendant's Exhibit No. 9
17        was marked for identification.)
18   Q.   I handed you Exhibit 9, Dr. Arnett.
19   This is a document received from the lawyers called
20   PubMed Results Search.  Is this the search that you
21   did before agreeing to be a plaintiff's expert in
22   this case?
23   A.   No.
24   Q.   What is it?
25   A.   It's one I did after my first report to

Page 95

1   my amended report.
2   Q.   So is Exhibit 9 the list of studies that
3   you identified after you submitted your first
4   report?
5   A.   Yes.
6        (Defendant's Exhibit Number 10
7        was marked for identification.)
8   A.   Well, I won't say I -- some of them, I
9   had already reviewed.  But I just created a
10   composite to make sure I had everything.
11   Q.   Is Exhibit 9 a reflection of all of the
12   observational studies you're aware of concerning
13   Seroquel and diabetes?
14   A.   No.
15   Q.   How did you generate the list?
16   A.   I went to PubMed and within PubMed --
17   you're familiar with PubMed?
18   Q.   Uh-huh.
19   A.   I put in the search term "Seroquel and
20   diabetes."
21   Q.   And based on that search term, you
22   generated this list that's marked as Exhibit 9?
23   A.   Yes.
24   Q.   Did you review all the studies on here?
25   A.   There were some that I did not get

Page 96

1   access to at that -- so, for instance, the Miller
2   study --
3   Q.   Miller 2005?
4   A.   Uh-huh.
5   Q.   What about it?  You haven't reviewed it?
6   A.   I don't believe I got access to that
7   journal.  Let me verify that it's not in my report,
8   but -- yes, that's the only one from that list I
9   did not review.
10   Q.   Are you relying on any meta-analysis in
11   forming your opinions?
12   A.   No, although my report does say that
13   because I intended to.  But I didn't find any that
14   evaluated Seroquel alone.
15   Q.   Did you find any meta-analysis that
16   evaluated a number of observational studies in
17   assessing the risk of diabetes with atypicals
18   versus conventionals?
19   A.   There are meta-analyses that have done
20   that.  I had particular interest in Seroquel, so if
21   it wasn't specific to Seroquel, I didn't evaluate
22   it.  Hence, I did not add any.
23   Q.   Have you heard that AstraZeneca
24   submitted a metabolic submission to the FDA in June
25   of 2008?

Page 97

1        (Defendant's Exhibit Number 11
2        was marked for identification.)
3   A.   No.
4   Q.   I'm handing you what's been marked as
5   Exhibit 10.  These are excerpts from the metabolic
6   submission dated June 26, 2008, and it contains the
7   index to that submission.  Am I right that you were
8   not -- withdrawn.
9        Nobody has ever told you about
10   AstraZeneca's submission to the FDA that was done
11   in June of 2008?
12   A.   If they have, I -- it hasn't -- I
13   haven't gotten to review it yet.  I don't remember.
14   Q.   Do you think, Dr. Arnett, that a
15   comprehensive analysis of all the glucose and other
16   metabolic data for Seroquel's monotherapy trials
17   would be of interest to you in your opinions?
18        MR. BLIZZARD:  Object to the form.
19   A.   For some of the opinions, perhaps.
20   Q.   Would you expect that the attorneys
21   would tell you that there was a metabolic
22   submission with respect to all the monotherapy data
23   for Seroquel over the summer of 2008 so that you
24   could consider that in your opinions?
25   A.   No.

Page 98

1    Q.   You relied on the plaintiff's lawyers to
2  send you relevant material for you to review,
3  right?
4    A.   They sent me things I specifically asked
5  for.
6    Q.   They sent you things also that you
7  didn't ask for?
8    A.   I asked for all the NDA materials.  I
9  asked for the clinical trial results.  I asked for
10  some papers that I could not secure on my own.  But
11  I primarily wanted to evaluate what was in the NDA
12  because that was the beginning of the drug.
13    Q.   But you evaluated more data than just
14  what was just in the NDA, right?
15    A.   I extended it to 125, 126, 127 and
16  several others that are listed in my original and
17  amended report.
18    Q.   What -- is diabetes a chronic condition
19  that develops over many years?
20    A.   It is a chronic condition.  The
21  temporality of its development period varies across
22  individuals.
23    Q.   Do you know on average that diabetes
24  develops over at least seven years?
25    MR. BLIZZARD:  Object to the form.

Page 99

1    A.   I've never heard that referred to
2  before.
3    Q.   Have you heard that a significant
4  percentage of patients, when they're diagnosed with
5  diabetes, have had it for many years but didn't
6  know it?
7    A.   I don't know what you mean by "many," so
8  I can't answer that question.
9    Q.   Do you have any idea what percentage of
10  patients with diabetes were undiagnosed with
11  diabetes for years before they developed the
12  disease -- withdrawn.
13    A.   Are you saying -- okay.
14    Q.   Have you heard anything about the
15  percentage of patients with diabetes who are
16  undiagnosed for years before they actually develop
17  the disease?
18    A.   Are these free-living patients in
19  populations, individuals not patients, or are they
20  patients being seen for other conditions like
21  schizophrenia?
22    Q.   Dr. Arnett, do you know whether there
23  are a number of patients who have diabetes and at
24  the time it was diagnosed, they had had it for
25  years and didn't know it?

Page 100

1    A.   Yeah, there are.  But in a patient
2  population that's undergoing routine medical
3  screenings for their diseases, a blood glucose
4  would likely be collected and detected.
5    Q.   And do you expect that schizophrenia
6  patients would be monitored for glucose --
7    A.   Yes.
8    Q.   -- whether or not they're taking any
9  antipsychotics?
10    A.   Anytime someone is admitted, there's
11  general blood work that's done.
12    Q.   Is diabetes an epidemic in the United
13  States?
14    A.   I would classify it as an emerging
15  epidemic.  I wouldn't call it an epidemic.
16    Q.   Is obesity an epidemic in the United
17  States?
18    A.   Yes.
19    Q.   Was obesity an epidemic in the United
20  States for years before Seroquel came on the
21  market?
22    A.   The rise in obesity began dramatically
23  in the mid-1990s.  So they're almost coincidental.
24    Q.   Do you blame Seroquel for the epidemic
25  in diabetes and obesity?

Page 101

1    A.   Alone?  Seroquel alone?
2    Q.   At all?
3    A.   Seroquel causes weight gain.  It's not
4  the only cause of the obesity epidemic.
5    Q.   What are the risk factors for diabetes?
6    A.   Age.
7    Q.   What else?
8    A.   For Type II diabetes, I'm presuming.
9  Age, family history, obesity or any kind of weight
10  gain.  Those are the three major ones that I can
11  think of, important ones.
12    Q.   Does obesity cause diabetes?
13    A.   Yes.
14    Q.   Does it matter where the obesity occurs
15  for it to be a risk factor for diabetes?
16    A.   Obesity that's more central carries a
17  greater risk.  But obesity in central adiposity is
18  highly correlated, so it's hard to distinguish the
19  two.
20    Q.   Sedentary lifestyle, is that a risk
21  factor for diabetes?
22    A.   Well, I consider that a risk factor for
23  obesity.  So in that respect, it is a risk factor
24  indirectly.
25    Q.   Is ethnicity a risk factor for diabetes?

Page 102

1    A.   African-Americans -- yes,
2  African-Americans have more diabetes.  Potentially
3  because of the greater levels of obesity.
4    Q.   Are there other ethnic backgrounds that
5  carry a greater risk of diabetes?
6    A.   Native Americans and, to some extent,
7  Mexican Americans.
8    Q.   Is a history of gestational diabetes a
9  risk factor for diabetes?
10    A.   Yes.
11    Q.   Is hypertension a risk factor for
12  diabetes?
13    A.   That is more controversial.
14    Q.   Is smoking a risk factor for diabetes?
15    A.   That's also more controversial.
16    Q.   Is mental illness a risk factor for
17  diabetes?
18    A.   There are reports that schizophrenia is
19  associated with diabetes, and that's in my expert
20  report.  So if you mean mental illness, I would
21  agree that schizophrenia is.
22    Q.   Is there a higher background rate of
23  diabetes in patients with schizophrenia than the
24  general population, independent of drug use?
25    A.   From what I have read, that -- the

Page 103

1  literature suggests that.
2    Q.   Are you aware the literature suggests up
3  to a four times higher background rate for patients
4  who have schizophrenia for diabetes than the
5  general population?
6    A.   I don't know if that fourfold is the
7  right number.
8    Q.   But you've heard it?
9    A.   I've heard an excess risk.  I don't know
10  the level of the risk.
11    Q.   Is there a higher rate of background
12  rate of obesity in the mentally ill or
13  schizophrenic population versus the general
14  population regardless of drug use?
15    A.   I don't know.
16    Q.   Is lack of sleep a risk factor for
17  diabetes?
18    A.   There are -- that's an emerging area.
19  I've seen some papers published on that.  I don't
20  think it's in the common risk factor profile yet.
21    Q.   Is chronic sleep loss associated with
22  obesity?
23    A.   Yes.
24    Q.   Stress and mood changes, are those risk
25  factors for diabetes?

Page 104

1    A.   Stress is associated with obesity and,
2  therefore, indirectly associated through that
3  pathway with diabetes.  But I don't think the
4  evidence is as strong for that as others.
5    Q.   List all the prescription drugs that
6  cause diabetes, or classes of drugs.
7    A.   Apart from Seroquel?
8    Q.   Yes.
9    A.   There's some evidence that some
10  antihypertensive agents like thiazide diuretics
11  have been implicated in obesity.
12    Q.   Diabetes, I'm talking about.
13    A.   Yes.  I'm sorry.  Diabetes.  I don't
14  know of others.
15    Q.   Have you heard of beta-blockers or
16  corticosteroids causing diabetes?
17    A.   Oh, yes.
18    Q.   And thiazide diuretics --
19    MR. BLIZZARD:  Wait.
20    MR. GOLDMAN:  I'm sorry.
21    MR. BLIZZARD:  Were you finished with
22  your answer?
23    A.   Corticosteroids, but I'm not sure about
24  beta-blockers.
25    Q.   Thiazide diuretics, you've heard that

Page 105

1  they cause diabetes, too, right?
2    A.   Yes, I already stated that one.
3    Q.   First-generation antipsychotics, do they
4  cause diabetes?
5    A.   I haven't reviewed the literature, so I
6  can't answer that question.
7    Q.   You haven't reviewed the literature
8  about first-generation antipsychotics and the
9  relationship to diabetes?
10    A.   Not in relationship to diabetes.  I've
11  reviewed the literature in contrast to atypicals,
12  specifically Seroquel with atypicals -- with
13  typicals as a comparator.
14    Q.   In any of your review of the literature,
15  have you seen that first-generation antipsychotics
16  have been identified as a cause for diabetes or a
17  risk factor for diabetes?
18    A.   In the literature I've reviewed to date,
19  no.
20    Q.   Do you claim that all second --
21    A.   But --
22    Q.   I'm sorry.
23    A.   I'm sorry.  I interrupted you.
24    Q.   No, I'm -- but what?
25    A.   All of the comparisons were comparing

Page 106

1  typicals to atypicals, not typicals to nothing.  So
2  I can't really infer anything from those
3  publications.
4      Q.   You don't have any opinion one way or
5  the other about whether first-generation
6  antipsychotics cause diabetes or are risk factors
7  for diabetes, true?
8      A.   True, I don't know the answer to that.
9      Q.   Second-generation antipsychotics, do
10  they all cause diabetes?
11      A.   I can only speak to Seroquel, which has
12  been my focus.
13      Q.   Do you have any opinion about whether
14  any second-generation antipsychotic other than
15  Seroquel causes diabetes?
16      A.   I have no opinion about them.  They've
17  been in the publications that I've reviewed for
18  Seroquel, but my focus has been on Seroquel.
19      Q.   Have you formed an opinion about how
20  Seroquel ranks compared to other second-generation
21  antipsychotics concerning weight gain risks?
22      A.   No.
23      Q.   Have you formed an opinion about how
24  Seroquel compares to first-generation
25  antipsychotics in terms of weight gain?

Page 107

1      A.   No.
2      Q.   Do illegal drugs cause diabetes?
3      A.   Not to my knowledge.
4      Q.   Alcohol abuse, is that a risk factor for
5  diabetes?
6      A.   Yes.
7      Q.   Is it your opinion that just increased
8  weight is a major risk factor for elevated glucose
9  and diabetes?
10      A.   Just increased weight?
11      Q.   Yes.
12      A.   Yes.
13      Q.   What's your basis for saying that just
14  increased weight is a major risk factor for
15  diabetes?
16      A.   I didn't say "a major."
17      Q.   Do you consider increased weight to be a
18  major risk factor for elevated glucose and
19  diabetes?
20      A.   It is a risk factor.  Again, the "major"
21  part, you and I have some disagreement about.
22      Q.   It's not your opinion then that
23  increased weight is a major risk factor for
24  elevated glucose and diabetes?
25          MR. BLIZZARD:  Object to the form.

Page 108

1      A.   As I -- in my earlier testimony, I
2  testified to the observation that changes in a
3  mean, like glucose level in a population, can have
4  a major effect on insulin and diabetes.  So in that
5  respect, change in weight is a risk factor --
6      Q.   Okay.
7      A.   -- for diabetes.
8      Q.   How much weight gain and for how long
9  does that weight gain need to be maintained for
10  there to be an increased risk of diabetes?
11      A.   It's a graded and continuous response
12  such that increased weight leads to an increased
13  risk for diabetes across a continuum of increasing
14  weight.
15          With respect to the time line, I'm not
16  aware of systematic studies that have evaluated
17  under short intervals of time to define what the
18  duration is of that weight to diabetes onset.
19  Certainly, there's a short range in people that
20  gain and don't develop diabetes for a longer
21  period.  So there's variation in that effect.
22      Q.   Do you have an opinion about how long a
23  person has to hold a certain amount of weight
24  before they have an increased risk of diabetes?
25      A.   For some, it can be short.  For some, it

Page 109

1  can be longer.  So I can't sit here and say it's
2  two weeks or one year or five years.  It's variable
3  depending on the person.
4      Q.   Is it going to be your testimony,
5  Dr. Arnett, that if a patient, even on a population
6  basis, if a population of patients on average gains
7  five pounds and holds that weight gain of five
8  pounds for one month, that that patient -- that
9  that population faces an increased risk of
10  diabetes?
11      A.   No, that's not my testimony.
12      Q.   How much weight on a population basis do
13  people have to gain and how long do they have to
14  hold that weight for the population to be at
15  increased risk of diabetes?
16      A.   I can say that going from what's called
17  lean, which is a BMI, body mass index, less than 22
18  to a body mass index that's not even overweight, up
19  to and less than 25 kilograms per meter squared,
20  that the relative risk of diabetes is four, almost
21  four for that.
22          Now, that is from the Harvard group.
23  And it's in my report -- my list of exhibits I sent
24  to you.  The paper by Chan, C-H-A-N.  And I'm
25  sorry.  I don't remember the length of follow-up

Page 110

1   that occurred.
2       And I haven't answered your question
3   because I don't right now know the answer. I'd be
4   happy to look into more literature about the
5   timing.
6       Q.   Do you know in terms of patients who are
7   obese at baseline how much weight they need to gain
8   and for how long they need to hold that weight gain
9   to be at increased risk of diabetes?
10      A.   Who are at increased risk of diabetes
11  already?
12      Q.   If your baseline -- if you're obese at
13  baseline, they are at increased risk of developing
14  diabetes whether or not they gain additional
15  weight, right?
16      A.   Yes.
17      Q.   Is it your testimony that if they gain
18  some incremental amount of weight, that they're at
19  higher increased risk of diabetes?
20      A.   Yes.
21      Q.   How much weight do they have to gain?
22      A.   Again, it's a continuous graded scale.
23  So the more weight they gain, the greater the risk.
24      Q.   Do you have a scale in mind and where it
25  is in the literature so I can see it?

Page 111

1       A.   It's in this second paper I provided to
2   you by Colditz.
3       Q.   What year is that one?
4       A.   1995.
5       Q.   Other than Colditz 1995, do you rely on
6   any other literature for your opinion that just
7   increased weight is a risk factor for elevated
8   glucose and diabetes?
9       A.   From the 25 years of working in
10  cardiovascular epidemiology, my personal experience
11  working in that field.  Does that count?
12      Q.   I'm asking you whether you can tell me
13  any literature other than Colditz 1995 that
14  supports your opinion that some amount of weight
15  gain -- just any amount of weight gain is a risk
16  factor for elevated glucose and diabetes.
17      A.   I tell you what.  There's a ton of
18  literature out there.  I didn't pull it because
19  it's so well established that that is true.  And
20  I'd be happy to provide you a complete compendium
21  of additional studies that show that.
22      Q.   You can't tell me right now, Dr. Arnett,
23  what the continuum is of weight gain that you say
24  leads to an increased risk of diabetes over time?
25      A.   I've told you.  It's a graded and

Page 112

1   continuous increase.  So even if you're lean and
2   gain weight, there is an increased risk.
3       Q.   And you cited the Cahn study for that,
4   right?
5       A.   Yes.
6       Q.   I want to know what the graded scale is
7   specifically and what studies you're relying on
8   specifically for your opinion that increased weight
9   in and of itself is a risk factor for elevated
10  glucose and diabetes.
11          MR. BLIZZARD:  Object to the form.
12      A.   The Cahn and Colditz studies are two
13  such examples.
14      Q.   Do you have any others that you can
15  specifically tell me today?
16      A.   No.  Because, as I said, it's such an
17  accepted scientific observation that I didn't feel
18  the need to pull any more.
19      Q.   Are you aware of any study that analyzes
20  the effect of weight gain on diabetes if the weight
21  gain occurs over a short period of time?
22      A.   I'm sure there are such studies.  I have
23  not reviewed them recently.
24      Q.   Do you know of any studies saying a
25  short-term weight gain increases the risk of

Page 113

1   diabetes?
2       A.   I have seen reports -- I can't tell you
3   the citations -- that rapid weight gain is a
4   more -- weight gain over a shorter period of time
5   is more important than gradual weight gain.
6       Q.   You've seen reports, but you can't tell
7   me what reports?
8       A.   No.  I've read it in the literature in
9   the course of my work over the last 20 years.
10      Q.   Is it your opinion that based on your
11  review of the literature and work over the last 20
12  years that short-term weight gain increases the
13  risk of diabetes more than long-term weight gain?
14      A.   I'll testify that I've heard that and
15  read that.  I cannot provide you the citations
16  right now.  But, again, I'd be happy to if you'd
17  like me to.
18      Q.   That's your opinion, is what I'm asking?
19      A.   Yes.
20      Q.   How much weight do adults typically gain
21  each year?
22      A.   Two pounds.
23      Q.   Are you aware of any data that predicts
24  how much weight people typically gain if they have
25  a family history of obesity?

Page 114

1      A.   No.  Can I go back to the last
2    question?
3      Q.   Yes.
4      A.   It's two pounds until about the age of
5    55, and then the weight gain plateaus afterwards.
6      Q.   Are you aware of -- thank you for that.
7          Are you aware of any data that predicts
8    how much weight people typically gain over time if
9    they have a family history of obesity?
10     A.   No, I'm not aware.  I'm sure those
11   studies have been done.  But I'm -- I haven't
12   reviewed them recently.
13     Q.   Do you know how much weight people
14   typically gain if they have a history of weight
15   fluctuations over time?
16     A.   I don't know.
17     Q.   Do you know any data that predicts how
18   much weight people typically gain if they've
19   recently gained or lost a lot of weight at
20   baseline?
21     A.   What do you mean by "recent"?
22     Q.   If a patient gains a whole bunch of
23   weight in the year 2008, do you know any data that
24   predicts how much weight that patient is going to
25   gain in 2009 or thereafter?

Page 115

1      A.   No.  I know that it's harder to lose
2    after you gain.  But I don't know -- I don't know.
3      Q.   Is it common knowledge in the medical
4    community that weight gain is a risk factor for
5    diabetes?
6      A.   Yes.
7      Q.   Has it been common knowledge in the
8    medical community for decades that weight gain is a
9    risk factor for diabetes?
10     A.   I can't speak to decades.  I don't know
11   if you mean 40 years, 50 years, 10 years, 20 years.
12     Q.   Dr. Arnett, do you agree that for many
13   years -- let's say a decade or more -- it's been
14   common knowledge in the medical community that
15   weight gain is a risk factor for diabetes?
16          MR. BLIZZARD:  Object to the form.
17     A.   Yes.
18     Q.   Do many drugs cause weight gain?
19     A.   Some do.
20     Q.   Can you name some?
21     A.   Seroquel, some other antidepressant
22   drugs, corticosteroids.
23     Q.   Do you know any other antipsychotics
24   that cause weight gain besides Seroquel?
25     A.   I've read in the -- for instance, the

Page 116

1    CATIE study that other comparator drugs to Seroquel
2    also caused weight gain.
3      Q.   You mentioned antidepressants as a
4    prescription medication that can cause weight
5    gain.  Does that increase the risk of diabetes or
6    cause diabetes?
7      A.   I haven't evaluated that literature.
8      Q.   Do you know whether antidepressants,
9    because they cause weight gain, also cause
10   diabetes?
11     A.   I haven't evaluated the literature.
12     Q.   Does any drug that causes weight gain
13   increase the risk of diabetes?
14     A.   I'm sure -- you know, as an
15   epidemiologist, I'm sure there's an exception to
16   that rule.  I'm sure there is an exception.  So
17   I'll say generally, I would say yes.
18     Q.   Generally, any medication that causes
19   weight gain, in your opinion, increases the risk of
20   diabetes?
21     A.   Because of the graded scale of
22   increasing weight and increasing risk.
23     Q.   And this increasing scale that you're
24   referring to is what you've seen in Cahn and
25   Colditz?

Page 117

1      A.   Yes.
2      Q.   Insulin, does that cause weight gain?
3      A.   As a drug --
4      Q.   Yes.
5      A.   -- or as the natural insulin secretion?
6      Q.   Does the use of insulin cause weight
7    gain, as a drug?
8      A.   In Type I diabetics, yes.
9      Q.   Does it, therefore, exacerbate diabetes?
10     A.   Well, that's a typology.  They already
11   are a diabetic.
12     Q.   So is it your view that if you already
13   are diabetic and you gain weight, that your
14   diabetes is not exacerbated?
15     A.   Could you restate that?
16     Q.   No.  I'll move on.  Antihistamines, do
17   they cause weight gain?
18     A.   I don't know.
19     Q.   Does Seroquel cause weight gain,
20   Dr. Arnett, or does it change patients' appetites?
21     A.   According to the reports and the
22   literature that I reviewed, it does both.
23     Q.   If I take a pill of Seroquel, will I
24   gain weight?
25     A.   Any weight or clinically significant

Page 118

1  weight?
2     Q.  Does taking the pill, just taking the
3  pill Seroquel, cause weight gain in and of itself?
4     A.  In at least 27 percent or more of the
5  patients that took it, it caused clinically
6  significant weight gain.
7     Q.  You are critical of AstraZeneca for
8  reporting to the FDA mean weight changes, but not
9  median weight changes, true?
10    A.  True.
11    Q.  And it's your testimony that median
12 weight changes were higher, if they had been
13 measured for weight, than mean, right?
14    A.  According to the statistician from
15 AstraZeneca who actually saw the distributions, he
16 said that.
17    Q.  And this is the statistician that wrote
18 the e-mail --
19    A.  To Dr. Goldstein.
20    Q.  Was this an exhibit in Dr. Goldstein's
21 --
22    A.  Yes.
23    Q.  -- deposition?  Did you read
24 Dr. Goldstein's deposition?
25    A.  No.

Page 119

1     Q.  First, as to the FDA, do you know
2  whether they accept mean or median as appropriate
3  measures of central tendency?
4     A.  They accept both.
5     Q.  Did the FDA ever criticize AstraZeneca
6  for not reporting median weight gain as part of
7  their NDA submission?
8     A.  I don't know.
9     Q.  Do you know whether the FDA approved
10 labels for other second-generation antipsychotics
11 referring to mean weight rather than median weight?
12    A.  I haven't reviewed the other atypical
13 antipsychotics.
14    Q.  You haven't reviewed any of the labels
15 for any of the antipsychotics on the market, true?
16    A.  Not true.
17    Q.  Other than Seroquel?
18    A.  Other than Seroquel, true.
19    Q.  The only second-generation --
20 withdrawn.
21       The only antipsychotic label that you
22 have reviewed is Seroquel, true?
23    A.  True.
24    Q.  Your statement in your report was that
25 had the median rather than the mean change in

Page 120

1  weight been reported, the weight findings in the
2  Seroquel clinical trials would have been even more
3  dramatic.  Is that your testimony?
4     A.  Yes.
5     Q.  Is it your testimony and opinion that
6  the weight gain that was seen in Seroquel's
7  clinical trials would have undoubtedly been much
8  higher if the median weight change was reported?
9     A.  Yes.
10    Q.  Do you hold those opinions to a
11 reasonable degree of scientific certainty?
12    A.  Yes.
13    Q.  Do you apply the same degree of
14 scientific certainty that you hold your other
15 opinions?
16    A.  Yes.
17    Q.  Did you come to the opinion about your
18 median versus mean weight gain point with the same
19 rigor as you do when you practice epidemiology in
20 the normal course of your business?
21    A.  It requires an explanation to answer
22 that question.  So is that fine?
23    Q.  Well, try to -- I'm trying to short-
24 circuit it a little bit, Doctor, because I have a
25 lot to cover.  So if you can answer yes or no,

Page 121

1  great.  If you can't, let me know, and then I'll
2  give you a chance to explain.  Fair?
3     A.  Fair.
4     Q.  Did you apply the same type of rigor in
5  analyzing the Seroquel clinical trials when you
6  came up with this median versus mean opinion as you
7  do when you review other clinical trials as an
8  epidemiologist?
9        MR. BLIZZARD:  Object to the form.
10    A.  Yes.
11    Q.  Let me hand you what I'll mark as
12 Exhibit 11.
13       (Defendant's Exhibit Number 11
14       was marked for identification.)
15    Q.  This is the August 2000 submission to
16 the FDA, and you've reviewed this, correct?
17    A.  Yes.
18    Q.  You don't have any criticism of how
19 AstraZeneca presented the data concerning weight
20 and glucose in this submission, do you?
21    A.  I would have to review this again to be
22 able to answer that.
23    Q.  Have you formulated an opinion, as you
24 sit here today, Doctor, that the information that's
25 in AstraZeneca's August 2000 submission to the FDA

Page 122

1  is inaccurate in some way?
2      A.  Interestingly, they reported median
3  weight in this, but not in their NDA.
4      Q.  My first question, Dr. Arnett, is --
5  I've read your report, and you don't criticize it
6  at all.  So do you have an -- withdrawn.
7          Do you have an opinion, as you sit here
8  today, Doctor, about whether AstraZeneca's
9  submission to the FDA in August of 2000 was
10  inaccurate in any way?
11     A.  I don't have an opinion.
12     Q.  If you turn to page 17 of this
13  submission, do you see that there is an indication
14  in Table 6 -- actually, let's first turn to Table
15  C2, which is on page -- it ends 1521 at the
16  bottom.
17     A.  What page number?
18     Q.  It ends at the bottom 1521, in the
19  bottom right-hand side, the page number.  Are you
20  there?
21     A.  Yeah.  I've never seen this before.
22     Q.  You reviewed the August 2000 submission,
23  correct?
24     A.  Correct.  But I don't know that I had
25  all of these appendices.

Page 123

1      Q.  Do you see in Table C2, Doctor, that the
2  mean and the median weight change are reported, and
3  not only are they reported, but the mean weight
4  change is higher than the median, 1.87 to 1.20?
5      A.  I see that.  But, again, let me restate,
6  I didn't see this table before.
7      Q.  Now that you've seen this table, do you
8  still think that the median weight change would be
9  more dramatic than the mean weight change?
10     A.  From the data here.  But as I said, I
11  haven't reviewed this section, so I don't know
12  what's included in this material.  So I don't know
13  if it's true for the overall portfolio of
14  AstraZeneca or if there's some unique pieces that
15  have been pulled out.  There are only 130 people in
16  that study.
17     Q.  Dr. Arnett, have you reviewed any
18  Seroquel clinical trial data showing that the
19  median weight gain is greater than the mean weight
20  gain for Seroquel?
21     A.  Once again, as I previously testified,
22  the median weight gain was not in the NDA, so I
23  wasn't able to evaluate it.  This table you've
24  handed me, Table C1, has two different columns,
25  each labeled with 130 patients each.  I don't know

Page 124

1  where the data came from, and I haven't reviewed
2  this before.
3      Q.  Is 130 patients not a lot to you?
4      A.  It's not a lot.
5      Q.  Would you rely on a study that only had
6  109 patients who took Seroquel or 130 patients who
7  took Seroquel?
8      A.  Yes.  But in relation to 130 out of
9  their total portfolio, it's small.
10         (Defendant's Exhibit No. 12
11          was marked for identification.)
12     Q.  Let me hand you what I've marked as
13  Exhibit 12.  And this is a technical document.  You
14  reviewed the technical documents.  Remember you
15  said that before?
16     A.  This says "UK."
17     Q.  Did you -- this is on your exhibit
18  list.  Let me represent that to you.  Okay?
19     A.  I haven't seen this.
20     Q.  You haven't reviewed the technical
21  documents at all?
22     A.  No, I haven't reviewed this document.  I
23  don't know if there are other ones, but I haven't
24  reviewed this one.
25     Q.  If you'll just turn with me, Exhibit 9,

Page 125

1  if you look at the -- you may have my sticky on
2  there -- the page that ends 1650.  Do you see the
3  sticky there?
4      A.  Uh-huh.
5      Q.  And do you see what the mean weight
6  change is there?
7      A.  I do.  But, again, I've not seen this.
8  I don't know where the data are from or what trials
9  are represented.  I will agree with you that in
10  this table, I see a mean and a median.  But as an
11  epidemiologist, I would want time to review this.
12     Q.  Before you form an opinion in a case
13  where you say that the median weight change is
14  greater than the mean, would you want to review all
15  the relevant clinical trial data before reaching
16  that opinion?
17         MR. BLIZZARD:  Object to the form.
18     A.  I reviewed what I had access to.  I
19  didn't see this.  I had to restrict myself to the
20  NDA and what was on the FDA Web site -- AstraZeneca
21  Web site in order to form my opinion quickly and in
22  the time that I needed.  So if this was in that
23  list, I've never seen it before today.
24     Q.  How quickly did you have to form your
25  opinions in this case?

Page 126

1    A.   You've asked me to look at the date that
2  I first met with the attorneys, which was July
3  18th.
4    Q.   And how quickly after July 18th, 2008
5  did you need to form your opinions?
6    A.   My draft report was submitted -- well,
7  you have the date.
8    Q.   When did you finish drafting your first
9  report; do you remember?
10    A.   The day it was submitted.
11    Q.   September 11th, 2008.  And did you feel
12  like you were having to quickly formulate your
13  opinions in a short period of time?
14    A.   No.  I thoughtfully worked for the 83.5
15  hours that I worked and formed my opinion.
16    Q.   Doctor, you formed an opinion and you
17  stated in your report that median weight change
18  undoubtedly shows a bigger difference versus
19  placebo.  Is that still your testimony and your
20  opinion?
21    A.   You've provided two documents to me.  I
22  don't know what studies they're from or who has
23  been included.  At least this one has 433 patients
24  in it.  So I will have to evaluate this further.
25  I'm not changing my testimony based on these two

Page 127

1  documents that I haven't reviewed.
2    Q.   As you sit here today, am I right,
3  Doctor, that you can't identify a single clinical
4  trial where the median weight gain was larger than
5  the mean weight gain for Seroquel?
6    A.   They were never reported.
7    Q.   So the answer to my question is yes, you
8  cannot identify --
9        MR. BLIZZARD:  Object to the form.
10    A.   They were never reported, so how could I
11  identify them?
12    Q.   Did you read the information that you
13  were sent about Trials 126 and 127?
14    A.   I wasn't -- if I was sent information,
15  all I relied on for 126 and 127 is what was on the
16  AstraZeneca Web site.
17    Q.   You didn't read any information about
18  Studies 126 and 127 other than what was on the
19  AstraZeneca Web site; is that your testimony?
20    A.   Yes.
21    Q.   Let me hand you, Dr. Arnett, what I'll
22  mark as Exhibit 13.
23        (Defendant's Exhibit Number 13
24            was marked for identification.)
25    Q.   And this is a -- by the way, when I say

Page 128

1  "the AstraZeneca Web site," we're talking about the
2  -- withdrawn.
3        When I'm talking about the AstraZeneca
4  Web site, we're talking about the clinical trial
5  summaries that you saw in the Web site?
6    A.   Yes.
7    Q.   Synopsis, right?
8    A.   (Nods head.)
9    Q.   Yes?
10    A.   Yes.
11    Q.   I've handed you what I've marked as
12  Exhibit 13.  This is a summary of clinical safety
13  from AstraZeneca.  And if you turn with me to the
14  second page, do you see Table S51?  And here we're
15  talking about the combined data on 126 and 127 in
16  the randomized treatment phase.  Do you see that?
17  And do you see, Dr. Arnett, that the mean weight
18  change is .49 and the median is 40?  Do you see
19  that?
20    A.   I see that.
21    Q.   Is the mean weight change, in fact,
22  greater than the median?
23    A.   Yes.
24    Q.   Did you consider this before you formed
25  your opinions that median weight gain in Seroquel's

Page 129

1  clinical trials is greater than mean?
2    A.   I didn't -- I didn't see this before I
3  formed my opinion.
4    Q.   The answer is no?
5        MR. BLIZZARD:  Object to the form.
6    Q.   You didn't consider it, did you?
7    A.   I didn't see this.  Correct.  So I did
8  not consider it.  I relied, as I said, on the
9  e-mail from the statistician to Dr. Goldstein.
10    Q.   You say, Dr. Arnett, that in the
11  aggregate in the Phase II and Phase III program,
12  weight gain was associated with greater dropouts,
13  right?  That's your opinion?
14    A.   That is my opinion.
15    Q.   In fact, you say that, "The results from
16  the Phase II, 3 studies almost surely underestimate
17  the impact of Seroquel on weight gain because of
18  the dropouts," right?
19    A.   Yes.
20    Q.   What's your basis for that?
21    A.   Because they only evaluated -- instead
22  of an intention-to-treat analysis with the last
23  observation carried forward, which they utilized as
24  their analysis method in the efficacy studies, they
25  only included in the analysis those people that

Page 130

1  completed the study.
2      Q.   You're saying that AstraZeneca only
3  generated analyses from an efficacy perspective in
4  an intention-to-treat way and didn't do that with
5  respect to safety?
6      A.   That's not exactly what I said.  Would
7  you like me to restate it?
8      Q.   Well, let me ask you this.  I asked you
9  your basis for saying that weight gain was
10 associated with greater dropouts and that,
11 therefore, that underestimates the magnitude of
12 Seroquel's effect on weight gain, right?
13     A.   Yes.
14     Q.   And your basis for that is what?
15     A.   That the weight gain that was observed
16 occurred early in the short-term trials, that there
17 was a very high dropout rate in those studies, so
18 that the individuals who were left probably reflect
19 the individuals who could tolerate Seroquel.
20 Because many of them couldn't and withdrew.  But
21 would have undoubtedly, given how common weight
22 gain was and those who remained in, would have
23 gained weight in that interim before they dropped
24 out.
25     Q.   You're using "probably reflect" and

Page 131

1  "undoubtedly" in the same answer?
2      A.   Yes.
3      Q.   Do you know how many patients dropped
4  out of the Phase II, Phase III clinical trials due
5  to weight gain?
6      A.   As reported as an adverse event and
7  reason for discontinuation?
8      Q.   Yes.
9      A.   It was a small number.
10     Q.   How small?
11     A.   I don't remember.
12     Q.   Do you know if it was more than one
13 patient who dropped out of the Phase II, Phase III
14 clinical trials due to weight gain?
15     A.   I don't remember.  I remember it was a
16 small number.
17     Q.   Well, let me show you this document and
18 ask you if you ever reviewed it.  This is Exhibit
19 14 and --
20         MR. BLIZZARD:  Do you have another copy?
21         MR. GOLDMAN:  I don't, Ed.  I don't.
22     Q.   This is an excerpt from Study 12.  And
23 it reports -- first, let me ask you if you've ever
24 seen this.
25     A.   No.

Page 132

1      Q.   Doctor, I'm going to find -- there it
2  is.  Let me hand you this document instead.  Let me
3  mark this one instead.
4          (Defendant's Exhibit Number 14
5          was marked for identification.)
6      Q.   I'll mark as Arnett Exhibit 14 what
7  really is an excerpt from Study 12.  Have you seen
8  this before?
9          MR. BLIZZARD:  Well, what was the
10 previous one?
11         MR. GOLDMAN:  7.
12         MR. BLIZZARD:  So you're withdrawing the
13 previously marked Exhibit 14 --
14         MR. GOLDMAN:  Yeah.  And then I'll --
15         MR. BLIZZARD:  -- and re-marking
16 something else Exhibit 14?
17         MR. GOLDMAN:  Yes.
18 BY MR. GOLDMAN:
19     Q.   Dr. Arnett, I've marked as Exhibit 14
20 the excerpt from the CSR on Study 12.  Have you
21 seen this?
22     A.   No.
23     Q.   Do you see on page 64 here that Patient
24 7 discontinued because of weight gain, first
25 entry?

Page 133

1          MR. BLIZZARD:  I'm sorry.  My copy says
2  page 100 at the bottom, but I now --
3          MR. GOLDMAN:  Yeah, 64 at the top.
4          MR. BLIZZARD:  At the top, okay.
5  BY MR. GOLDMAN:
6      Q.   Are you with me?
7      A.   Yes.
8      Q.   Do you see this Patient 7 discontinued
9  for a few reasons including weight gain?
10     A.   Yes.
11     Q.   Did you know that the only patient who
12 discontinued from the Phase II, Phase III clinical
13 trials due to weight gain was this Patient, Number
14 7?
15         MR. BLIZZARD:  Object to the form.
16     A.   I don't know the answer to that
17 question.
18     Q.   You don't --
19     A.   Here --
20     Q.   I'm sorry.
21     A.   Here is the basis of my opinion:
22 Seroquel was associated with early onset of weight,
23 that people who dropped out gained weight.  They
24 may not have dropped out because of the weight
25 gain, but their weight was going up.  Because the

Page 134

1  relative risk of weight gain is very large. But
2  weight, even though it was measured at every visit
3  with the vital signs, was not included in the
4  analysis of the last observation carried forward,
5  which is where my "undoubtedly" word comes from,
6  that they would have weighed more than when they
7  started.
8      Q.   How do you know that so many people who
9  dropped out of the Seroquel clinical trials gained
10  weight?
11     A.   Because the relative risk is enormous
12  for weight gain with Seroquel.
13     Q.   What's the relative risk?
14     A.   On the order of five.
15     Q.   And, therefore, you assume that a
16  significant number of patients in the Seroquel
17  clinical trials dropped out because they -- and
18  gained weight before they dropped out?
19     A.   Yes.
20     Q.   Do you know how many patients withdrew
21  from the clinical trials due to weight gain in the
22  11 post-marketing studies that you identify in your
23  report?
24     A.   No.
25     Q.   Do you know how many dropped out because

Page 135

1  of weight loss?
2      A.   No.
3      Q.   Would it surprise you to learn that
4  there were patients who dropped out of Seroquel
5  clinical trials because of weight loss?
6      A.   No.
7      Q.   Why wouldn't it surprise you?
8      A.   Because they could reflect a very
9  different kind of patient with very different kinds
10 of risk factors for weight. I mean, the
11 post-marketing studies were about other indications
12 like bipolar, so those could be manic individuals.
13 So I could see them being different.
14     Q.   Is it your opinion, Dr. Arnett, that
15 after the Seroquel patients stopped using Seroquel
16 in the clinical trials, they continued to gain
17 weight?
18     A.   No, that's not my opinion. That's not
19 what I said. I don't know the answer to that.
20     Q.   Do you know how many patients withdrew
21 from the clinical trials in the open-label
22 extensions due to weight gain?
23     A.   No.
24     Q.   Would it surprise you that none did?
25     A.   No.

Page 136

1      Q.   Would it surprise you to learn that
2  there was actually one person in the open-label
3  extensions who discontinued because of weight loss?
4          MR. BLIZZARD: Object to the form.
5      A.   No.
6          MR. BLIZZARD: We've been going for
7  another hour and a half. So when you're close
8  to a time for a break --
9          MR. GOLDMAN: Okay.
10         MR. BLIZZARD: Is that going to be soon?
11         MR. GOLDMAN: Pretty soon.
12 BY MR. GOLDMAN:
13     Q.   You said that Seroquel's effect on
14 weight is understated because the clinical trials
15 excluded patients who were heavy?
16     A.   Yes.
17     Q.   Did all the clinical trials exclude
18 patients who were heavy?
19     A.   In the NDA, the majority of the trials
20 required weight -- well, the mean weight of the
21 population was around 107 (sic) pounds. And the
22 upper end of the inclusion criteria in some studies
23 was 185; in some, it was above 200.
24     Q.   My question was, did the Seroquel
25 clinical trials all exclude patients who were

Page 137

1  heavy?
2      A.   Could you restate that?
3      Q.   Did the Seroquel clinical trials exclude
4  patients who were heavy?
5      A.   Of the ones that I reviewed in the NDA,
6  to the best of my memory -- I reviewed a lot of
7  studies -- yes.
8      Q.   So the basis for your opinion that
9  Seroquel -- Seroquel's effect on weight is
10 understated because of the clinical trials excluded
11 patients who were heavy, the basis for that is your
12 review of the NDA trials?
13     A.   Yes, and the relative risk that we
14 observed and the clinically significant weight
15 definition that was utilized.
16     Q.   I just have a couple of points on this,
17 and then we'll take a break.
18         Dr. Arnett, is it your opinion that the
19 11 NDA studies that you cited in your report
20 restricted weight as an inclusion criteria?
21     A.   I wish I had a photographic memory. If
22 I could look back at my draft, I could tell you.
23 But I don't have my draft report. Because I have
24 the actual inclusion criteria for the trials in
25 that.

Page 138

1    Q.   But you don't have it in your final
2  report?
3    A.   No.
4    Q.   So as you sit here today, you don't know
5  what the inclusion criteria were concerning weight
6  restrictions in the 11 NDA studies?
7    A.   What I can say is, if I wrote in my
8  opinion that the results would have been more
9  profound with people who had greater weight at
10 baseline, then they must have excluded or heavily
11 recruited leaner individuals.  And I remember the
12 number 170 as a mean weight, which is a pretty, you
13 know, small weight.
14   Q.   Do you know, as you sit here today,
15 Dr. Arnett, whether any of the 11 post-marketing
16 studies that you have in your table in your report
17 have weight restrictions?
18   A.   From my recollection, the post-marketing
19 studies did not have the same level of weight
20 restriction.
21   Q.   Did Study 126 and 127 have a weight
22 restriction?
23   A.   I don't remember.
24   Q.   Do you know whether -- well, let's take
25 a break now, and then we'll continue.

Page 139

1        (Break held, 4:19 p.m.)
2    Q.   Dr. Arnett, on the question about your
3  opinion that in the aggregate in the Phase II and
4  III program, weight gain was associated with
5  greater dropouts, do you remember that opinion?
6    A.   Yes.
7    Q.   Did you do any analysis before reaching
8  your opinion that in the Phase II, Phase III
9  program, weight gain was associated with greater
10 dropouts?
11   A.   I didn't -- no.
12   Q.   Do you have any basis for your opinion
13 that the dropouts in the Seroquel clinical trials
14 gained weight faster than those who stayed in the
15 clinical trials?
16   A.   That wasn't the opinion I stated.
17   Q.   What's your basis for it?
18   A.   That's not my opinion.
19   Q.   Oh, okay.
20   A.   Would you like me to restate my
21 opinion?
22   Q.   Sure.
23   A.   My opinion is that because of the
24 dramatic increased relative risk of weight gain
25 with Seroquel, that individuals who dropped out for

Page 140

1  other reasons were more likely than not to have
2  gained weight while on treatment.  Yet they were
3  not included in any analysis of weight gain.
4    Q.   What analysis did you do to form your
5  opinion that individuals who dropped out of the
6  Seroquel clinical trials more likely than not
7  gained weight while on the treatment other than
8  your saying that there's a relative risk of five
9  for weight gain?
10   A.   I don't have access to the data.  And
11 unlike the efficacy data, AstraZeneca did not
12 provide data in the NDA that evaluated last
13 observation carried forward, which is the typical
14 method of analysis for clinical trials.  And it is
15 my opinion had they done that, that the weight
16 change would have been greater than what is
17 published in the Phase II, Phase III studies.
18   Q.   And you're basing that on this relative
19 risk calculation of five?
20   A.   About five, yes.
21   Q.   You also said in your report that people
22 who had -- who were heavier and took Seroquel
23 gained more weight than those who weighed less,
24 right?
25   A.   The opinion, as put forward in my

Page 141

1  report, stated that had more individuals in the NDA
2  application been of greater weight, that the weight
3  gain results would have been greater.
4    Q.   Is it your opinion, Dr. Arnett, that had
5  AstraZeneca included heavier patients in the
6  clinical trials for Seroquel, that there would have
7  been a greater difference in weight than there is
8  now?
9    A.   I can't speak to all clinical trials.
10 As indicated in my report with the NDA review that
11 I did, that is my opinion.
12   Q.   And did you look at any of the clinical
13 trials or published literature analyzing whether
14 people who have a higher baseline BMI gained more
15 or less weight than those who have a lower baseline
16 BMI?
17   A.   I could not find data to evaluate that
18 question.
19   Q.   Did you see any studies or any articles
20 where Seroquel's clinical trial data was broken
21 down by baseline BMI and then looking at the amount
22 of weight gain associated with the different BMI
23 levels?
24   A.   In the NDA integrated summary of adverse
25 events, safety, they attempted that kind of

Page 142

1  stratified analysis. Yet there weren't enough
2  people in the heavier groups to evaluate it with
3  any precision.
4     Q.  How many people would need to be in the
5  heavier groups to be able to evaluate that question
6  of precision?
7     A.  I can't say without knowing the
8  variants.
9     Q.  But you're saying that the integrated
10 summary safety did break down weight gain by
11 baseline BMI?
12    A.  Yes.
13    Q.  Did that breakdown support your opinion,
14 or is it inconsistent with your opinion?
15    A.  As I said, there weren't sufficient
16 numbers who were heavy to make a determination.
17    Q.  So it doesn't support and it's not
18 inconsistent with your opinion?
19    A.  Right.
20        (Defendant's Exhibit No. 15
21         was marked for identification.)
22    Q.  Let me hand you what I've marked as
23 Exhibit 15. This is an article by Brecker, et al.,
24 from April 2007 called, Quetiapine and Long-Term
25 Weight Change, a Comprehensive Data Review of

Page 143

1  Patients with Schizophrenia. Have you reviewed
2  this before?
3     A.  I have not.
4     Q.  If you'll look at Figure 3, which is on
5  page 600, Dr. Arnett, do you see that the X axis
6  has baseline BMI and the Y axis has mean weight
7  change?
8     A.  Excuse me. Which figure are you
9  referring to?
10    Q.  Figure 3.
11    A.  Okay.
12    Q.  Do you see that it's looking at weight
13 change by baseline BMI in patients with
14 schizophrenia treated with Seroquel for 52 weeks?
15    A.  I see that that is what it states.
16    Q.  When you look at baseline BMI from
17 below 18.5 and the various other BMIs, although we
18 have up to greater than or equal to 35, what do you
19 see in the figure?
20    A.  I see all of the confidence intervals --
21 or are these standard arrow bars? Can you tell
22 me? They're all overlapping.
23    Q.  They are?
24    A.  Yes.
25    Q.  So what does that mean?

Page 144

1     A.  That there's not a statistically
2  significant difference. But, you know, I haven't
3  reviewed this. I don't know where these data come
4  from. This represents 297 patients on Seroquel and
5  352 patients in total. You'll notice that there
6  are very few numbers in the heavier groups or the
7  very lean groups. So I haven't reviewed this. I
8  can't make an informed opinion about one figure
9  pulled out of the table of -- of a publication.
10    Q.  But based on -- sitting here today,
11 Dr. Arnett, you don't take issue with the way the
12 data is presented because you don't even know about
13 the data, correct?
14        MR. BLIZZARD: Well, object to the
15        form. You've shown her one table. She said
16        she hadn't reviewed it.
17    Q.  Well, let me ask you if you reviewed
18 something.
19        MR. BLIZZARD: We know we can all count
20        on Dr. Brecker's data.
21        MR. GOLDMAN: You know, Ed, please don't
22        make those kind of comments.
23        MR. BLIZZARD: Well, it's true.
24 BY MR. GOLDMAN:
25    Q.  Does this look to be a peer-reviewed

Page 145

1  article to you?
2     A.  I don't know if this Journal of Clinical
3  Psychiatry -- I assume it's peer-reviewed, but I
4  don't know. So I can't offer an opinion.
5     Q.  By the way, you are offering an opinion
6  that there were no abstracts that reflected the
7  median or mean weight changes for Seroquel in the
8  Seroquel clinical trials, right?
9     A.  I didn't say that.
10    Q.  Let's -- let me ask you this. On --
11 when you're looking at whether Seroquel causes
12 heavier people to gain more weight, do you agree
13 that it's important to look at analyses that exist
14 where it breaks down weight gain by baseline BMI?
15    A.  In my -- just to clarify in my expert
16 report --
17    Q.  Uh-huh.
18    A.  -- the data that I referred to were in
19 the NDA.
20        (Defendant's Exhibit Number 16
21         was marked for identification.)
22    Q.  But your opinion extends beyond that.
23 Your opinion, Dr. Arnett, is that had AstraZeneca
24 included heavier people in the Seroquel clinical
25 trials, the weight gain that was reported over time

Page 146

1  would have been even greater than the way that
2  AstraZeneca reported it?
3       MR. BLIZZARD:  Object to the form.
4    Q.   Right?
5    A.   That is my testimony -- my opinion.
6    Q.   Let me show you Exhibit 16.  This is an
7  excerpt from the metabolic submission that
8  AstraZeneca made to the FDA in June of 2008.  And
9  the title is Changes in Metabolic Parameters of
10 Body Weight Lipids and Glucose in Patients
11 Receiving Quetiapine.  And there are excerpts
12 here.  But have you reviewed any of these?
13   A.   No.
14   Q.   Were you told not to review the
15 metabolic submission?
16   A.   No.
17   Q.   The -- if you turn to table 44 on the
18 second page -- first, do you see that we're talking
19 here about 17,515 patients who used Seroquel in
20 these adult Seroquel trials that are being
21 analyzed?
22   A.   I see that that is what is in the title.
23   Q.   And you see the number 17,515, right?
24   A.   Yes.  But I also see an asterisk by
25 that, so I'd have to -- that's the number of

Page 147

1  patients within assessment at baseline and at least
2  one post-assessment.
3    Q.   So the number of folks that had at least
4  one assessment at baseline in the Seroquel clinical
5  trials is 17,515.  And then you see all the
6  clinical trials that are listed there in the
7  footer?
8    A.   I see a number of trials listed in the
9  footer, yes.
10   Q.   Now, if you turn to the next page, do
11 you see that this table shows weight change from
12 baseline to end of treatment by BMI category, adult
13 subjects, Seroquel treated in all clinical trials,
14 not just the NDA but all clinical trials?  Do you
15 see that?
16   A.   That's what the title states.  You know,
17 once again, I just want to state that I haven't
18 reviewed this.  So I cannot make informed opinions
19 about reviewing something in 30 seconds.  But I'm
20 happy to quote what's on paper.
21   Q.   If you see in the first category, normal
22 weight, between 18 and a half BMI and 25 BMI, do
23 you see that the mean weight change is 1.7?
24   A.   Yes.
25   Q.   And that's kilograms, right?  See that,

Page 148

1  kilograms?
2    A.   Actually, I don't see where it says
3  kilograms.
4    Q.   Top left.
5    A.   There it is.
6    Q.   And then if you just look down with me,
7  when you go to a BMI between 25 and 30, do you see
8  that the mean weight change goes down to 1.2
9  kilograms?  Do you see that?
10   A.   Yes.
11   Q.   And then for the obese patients, those
12 who were obese at baseline greater than or equal to
13 30, do you see that the weight change goes down
14 even more to .8?
15   A.   Well, to me -- I see that, but this does
16 not change what is my opinion in the document,
17 which is all of the data in the NDA itself.  Okay?
18 These are different patient populations, different
19 times.  I don't even know if the drug dose is the
20 same.
21   Q.   Well, the drug doses in the NDA trials
22 weren't the same either.
23   A.   But I did break down in my expert report
24 the effect of dose on weight gain.
25   Q.   But I want you to assume with me,

Page 149

1  Dr. Arnett, that these numbers are accurate and
2  that the same people that prepared other documents
3  that you're relying on prepared these and that this
4  was submitted to the FDA as an accurate reflection
5  of weight change in the clinical trials based on
6  baseline BMI.  Okay?
7        MR. BLIZZARD:  Object to the form.  I'd
8      like you to identify those people, compare
9      this in the comparison and who are compared to
10     the others.
11   Q.   Dr. Arnett, I want you to assume with
12 me --
13       MR. BLIZZARD:  Incomplete hypothetical.
14     Objection.
15   Q.   Dr. Arnett, I want you to assume with me
16 that these numbers are accurate, that the mean
17 weight gain goes from 1.7 to 1.2 to .8 kilograms as
18 you increase baseline BMI.
19       MR. BLIZZARD:  Object to the form.
20   Q.   Will you assume that with me?
21   A.   If I can also assume that the mean dose
22 goes down with each subsequent increase in weight
23 in the table.
24   Q.   Let's leave dose out of it.  I just want
25 you to assume --

Page 150

1     A.   Oh, okay.  We'll leave one whole piece
2 of the equation out.  Fine.
3     Q.   Dr. Arnett, assume with me that the
4 numbers here are accurate, that the mean weight
5 change goes from 1.7 to 1.2 to .8 as you increase
6 BMI.  Okay?  Will you assume that with me?
7     A.   I'll assume that.  As I said, I don't
8 know where these patient populations are from
9 because the early trials in Phase II and III were
10 restricted on weight.  And I don't know what the
11 conditions were that were being treated.
12    Q.   Is the information that's contained in
13 Exhibit 16 relevant to your opinion?
14    A.   I have to evaluate the full report.  I
15 don't know where these numbers are coming from,
16 what the patients are that are included in the
17 trial.  So I'm certainly willing to spend an hour
18 if you have the full document and review it now and
19 give you my opinion.
20    Q.   So you don't know, as you sit here
21 today, whether this exhibit that breaks down BMI
22 and weight change in 17,000 patients is relevant to
23 your opinion?
24    A.   It may be.  But I have to understand
25 more about where the studies were derived and what

Page 151

1 they represent.
2          MR. BLIZZARD:  Counsel, can you tell us
3     when this was produced by AstraZeneca?
4          MR. GOLDMAN:  I believe in August of
5     2008.
6     Q.   Let me ask you, Doctor --
7          MR. BLIZZARD:  Well, we're checking on
8     that.  Because our information is that it was
9     September 26th -- excuse me, 16th.  The 26th.
10 BY MR. GOLDMAN:
11    Q.   Dr. Arnett, you said on a number of
12 occasions that the NDA trials involved patients who
13 had schizophrenia and you can't assume that the
14 weight changes in that patient population would be
15 the same in other patient populations like those
16 with bipolar.
17    A.   I didn't say that multiple times.
18    Q.   Okay.  But is that your opinion?
19    A.   I haven't evaluated the bipolar data to
20 the same extent that I've evaluated the NDA.  I
21 spent hours and hours going through the NDA data,
22 which were primarily schizophrenics.
23    Q.   What is the relative risk of weight gain
24 for patients who had bipolar in the Seroquel
25 clinical trials?

Page 152

1     A.   I don't recall.
2     Q.   What is the relative risk of weight gain
3 in patients who had manic depressive disorder in
4 the Seroquel clinical trials?
5     A.   I don't recall.  I included a table with
6 data derived from the Web site of AstraZeneca, and
7 some of those were bipolar.  I can't tell you if
8 they were manic or not manic.
9     Q.   Am I right that your opinion then about
10 weight gain and diabetes that you're talking about
11 is based on a patient population of schizophrenia
12 patients and not patients who have bipolar?
13    A.   No, that's not what I said.
14    Q.   Okay.  You mentioned dose on a few
15 occasions.  Is dose important when you evaluate the
16 potential risk of weight gain in diabetes and
17 Seroquel?
18    A.   There were multiple studies that showed
19 an impact of dose on weight gain.
20    Q.   Can you tell me what you mean by that?
21    A.   That the greater the dose, the greater
22 the weight gain.
23    Q.   Have you seen any data showing an
24 association between Seroquel and weight gain at
25 doses under those recommended for treatment in

Page 153

1 schizophrenia patients?
2          MR. BLIZZARD:  I'm going to object to
3     the form.
4     A.   There was at least one study in the NDA
5 that had lower -- one dose of 75 milligrams.  I
6 don't recall what the answer was for that.  I
7 believe I have it in my report, though, by dose.
8     Q.   Yeah, you do.
9     A.   Okay.
10    Q.   In your report -- if you want to look
11 with me then on page 4 -- and I numbered the pages
12 there in the bottom right corner -- you refer --
13 actually, it's on page 5, Doctor.  I'm sorry.
14          Looking at page 5, Study 13, do you see
15 that you say in comparing low dose Seroquel 75 or
16 150 milligrams versus placebo, the relative risk of
17 weight gain was 3.54?  Do you see that?
18    A.   I do.
19    Q.   And that is not statistically
20 significant, correct?  And you contrast that.
21    A.   It's a P value of .06.
22    Q.   Is that significant?
23    A.   It's only .01 percent from being
24 statistically significant.
25    Q.   My question to you is, is a P value of

Page 154

1 .06 statistically significant? You already told me
2 about the standard accepted criteria.
3   A.  Yes.  I'd have to go back, though, in
4 fairness to the scientific evidence to calculate
5 the power to determine statistical significance
6 given the sample size.
7   Q.  Dr. Arnett, in your report, the way you
8 describe it, P value of .06 and a confidence
9 interval that crosses 1 for Study 13 and low dose
10 Seroquel, do you agree that the way you reported
11 it, it is not statistically significant?
12   A.  I agree.  But there were fewer patients
13 in the lower dose group, which would give -- render
14 it less powerful to test the association.
15   Q.  That wasn't my question.
16   A.  Well, as an epidemiologist, I can't
17 speak to statistical significance without also
18 commenting on power.  I testified to that earlier.
19   Q.  Can you look at this statement, 3.54 P
20 equal .06 and a confidence interval that crosses 1,
21 and based on that, it's your testimony that you
22 don't know whether that's statistically significant
23 or not?
24        MR. BLIZZARD:  Object to the form.
25   A.  No.  As I stated, it's not statistically

Page 155

1 significant, but that is irrelevant in the context
2 of not initiating the statistical power to detect
3 that effect.
4   Q.  Did you analyze the statistical power to
5 test the effect?
6   A.  I didn't.
7   Q.  Now, for low doses of Seroquel, like 75
8 milligrams or 150 milligrams, do you know of any
9 scientific data saying that Seroquel increases the
10 risk of weight gain or diabetes?
11        MR. BLIZZARD:  Object to the form.
12   Q.  Let me break it down, Doctor, because
13 that was a fair objection.
14        Do you know of any scientific data that
15 shows an increased risk of weight gain with
16 Seroquel doses of 150 milligrams or less?
17   A.  I haven't reviewed the subsequent data
18 for bipolar as extensively.  So within the NDA,
19 there was only this one Study 13 that had the lower
20 doses.  The Phase I study indicated that it took
21 doses of 300 milligrams or greater.  So based on --
22 I'd have to say that I need to review the other
23 data to definitively say.
24   Q.  So you haven't reviewed the bipolar
25 clinical trials the way you did the schizophrenia

Page 156

1 clinical trials?
2   A.  No.  As I said, for the schizophrenia
3 trials, I relied on the NDA where I had actual
4 numbers that I put for you in the report.  For the
5 other, I relied on the clinical summaries purely on
6 the Web site.
7   Q.  As you sit here today, Dr. Arnett, are
8 you aware of any scientific data suggesting that
9 there's an increased risk of weight gain with
10 Seroquel at doses under 150 milligrams?
11        MR. BLIZZARD:  Object to the form.
12   A.  I haven't reviewed the other data, the
13 bipolar --
14   Q.  So the answer is --
15   A.  Well, it may exist.  I just haven't seen
16 it.
17   Q.  Do you know of any data, as you sit here
18 today, Dr. Arnett, showing that Seroquel doses at
19 less than 150 milligrams per day increase the risk
20 of weight gain?
21        MR. BLIZZARD:  Object to the form.
22   A.  I think this data shows that it
23 increases 3.54 fold greater risk of weight gain.
24   Q.  You think that the data that has a
25 non-statistically significant value shows that

Page 157

1 Seroquel 75 or 150 milligrams causes weight gain?
2   A.  Yes.  Because in the test for trends
3 from that study, there was statistically
4 significant trends across dose.
5   Q.  Other than this trial that you say now
6 that you're relying on, Seroquel 75 milligrams or
7 150 milligrams -- let me ask it differently.
8 Withdrawn.
9        Is there a threshold dose that you know
10 of below which Seroquel does not increase the risk
11 of weight gain?
12   A.  Could you restate that?
13   Q.  What is the threshold dose of Seroquel
14 above which there is an increased risk of weight
15 gain?
16   A.  I don't know of any threshold.
17   Q.  You don't know one way or the other
18 whether a 25 milligram dose of Seroquel increases
19 the risk of weight gain or not?
20   A.  Well, that wasn't evaluated in the NDA
21 results that I'm relying on.
22   Q.  Do you know whether there's an increased
23 risk of weight gain at the 12-and-a-half milligram
24 dose?
25   A.  I don't know because it wasn't in the

40 (Pages 154 to 157)

Page 158

1  NDAs, and that's been my main source of evidence.
2      Q.   I'm just asking if you know.
3      A.   Okay.
4      Q.   Do you know whether there's an increased
5  risk of weight gain at the 25 milligram dose of
6  Seroquel?
7      A.   I haven't evaluated that.
8      Q.   Do you know whether there's an increased
9  risk of weight gain at the 50 milligram dose of
10  Seroquel?
11      A.   If those data exist, I haven't evaluated
12  them.
13      Q.   Do you know whether there's an increased
14  risk of Seroquel at the 200 milligram dose?
15      A.   Again, I haven't evaluated a 200
16  milligram dose.
17      Q.   Study 7 that you talk about here on page
18  6, do you see that you have a relative risk of 1.47
19  in that study for clinically significant weight
20  gain?
21      A.   Right.  But that has a different
22  comparator.  It was the non-placebo controlled.
23      Q.   Is the result that you report for Study
24  7 statistically significant for clinically
25  significant weight gain versus chlorpromazine?

Page 159

1      A.   No.
2      Q.   When you say, "This active comparator
3  study indicated that Seroquel's weight gain was
4  greater than that of another atypical
5  antipsychotic," that's wrong, isn't it?
6      A.   No.
7      Q.   So you're relying on a non-statistically
8  significant result to show that Seroquel's weight
9  gain was greater than that of chlorpromazine?
10      A.   The point estimate is 1.47.
11      Q.   So that means that weight gain was
12  greater?
13      A.   47 percent greater.
14      Q.   Where there's a P value of .14?
15      A.   As I said, the point estimate is the
16  best indicator of what actually happened in this
17  particular patient population.
18      Q.   Dr. Arnett, would you -- have you
19  reviewed the published results of Study 7?
20      A.   No.
21      Q.   Do you think that might be important
22  before you render an opinion about whether there's
23  a clinically significant difference in weight
24  between Seroquel and chlorpromazine?
25          MR. BLIZZARD:  Object to the form.

Page 160

1      A.   I really didn't focus on this as a major
2  part of my report because to me, in addressing
3  issues of causation, placebo-controlled trials are
4  the gold standard.
5      Q.   Well, you included it in your report,
6  Doctor.
7      A.   I included it.
8      Q.   And you included it and you made a
9  statement about weight gain with Seroquel being
10  greater than that of another atypical
11  antipsychotic, is your statement, right?
12          MR. BLIZZARD:  I object to your previous
13  question because you misstated the statement.
14      Q.   Doctor, do you write that Seroquel's
15  weight gain was greater than that of another
16  atypical antipsychotic when you're referring to
17  Study 7?
18      A.   I stated, "This active comparator study
19  indicated that Seroquel's weight gain was greater
20  than that of another atypical antipsychotic."
21      Q.   And you're referring to Study 7, right?
22      A.   Yes.
23          (Defendant's Exhibit No. 17
24          was marked for identification.)
25      Q.   If you look at what I handed you as

Page 161

1  Exhibit 17, this is an article by Peuskens.  And I
2  can represent to you, Doctor, that this is Study
3  7.  And if you'd turn with me to page 271, and tell
4  me when you're there.
5      A.   I'm here.
6      Q.   Do you see that in -- right above the
7  discussion, there's a paragraph that says,
8  "Clinically significant weight gain was observed in
9  a slightly higher proportion of patients on
10  quetiapine than patients on chlorpromazine.  The
11  mean weight gain was similar for the two treatment
12  groups at the final observation."  Do you see
13  that?
14      A.   I see that that is what is written in
15  this.  And note that they always put weight in the
16  last paragraph before the discussion.
17      Q.   Who puts weight?
18      A.   It's a -- it was in the AstraZeneca
19  instructions for publication.
20      Q.   AstraZeneca had instructions for
21  publication to put weight as the last paragraph
22  before the discussion section?
23      A.   As the last entry around adverse events.
24      Q.   You didn't consider this article, did
25  you, Doctor, before you rendered your opinion about

Page 162

1  Study 7?
2      A.   No.  I relied on the data provided to
3  the FDA for evaluation --
4      Q.   No, you --
5      A.   -- the NDA.
6      Q.   Did you review the actual clinical study
7  report, CSR?
8      A.   I relied on the integrated safety
9  summary provided by AstraZeneca to the FDA.
10     Q.   When it says "the mean weight gain was
11  similar" in this article, that means there was no
12  statistically significant difference, true?
13     A.   I don't know.  They didn't provide a
14  statistical test.
15     Q.   Let me -- let's go to Study 15 in your
16  report on page 6.  Do you see Study 15?  You are
17  including in the middle the difference in the mean
18  weight gain was 3 kilograms between the treatment
19  groups?
20     A.   Yes.
21     Q.   1.6 kilograms for Seroquel versus -1.4
22  for Haloperidol.  Do you see that?
23     A.   I do.
24     Q.   Now, first of all, the weight gain of
25  1.6 kilograms over 52 weeks -- do you see that --

Page 163

1  in Seroquel?
2      A.   In the people who stayed in the study,
3  yes.
4      Q.   The people who took Seroquel in the
5  study, who stayed in the study, gained 1.6
6  kilograms on average after 52 weeks, right?  Right?
7      A.   It says "mean."  Yes.
8      Q.   And that's about 3.5 pounds after a
9  year, right?
10     A.   Yes.
11     Q.   Similar to the other results you've seen
12  in clinical trials for Seroquel, true?
13          MR. BLIZZARD:  Object to the form.
14     Q.   If you don't know, that's okay.
15          MR. BLIZZARD:  Object to the form.
16     A.   I focus primarily on the -- well, 2.2
17  kilograms was the average across there short term,
18  so this is about 3, which is greater.
19     Q.   2.2 pounds was the average, you're
20  saying?
21     A.   In their short-term studies.
22     Q.   This is not a short-term study.  This is
23  a 52-week study.
24     A.   Right.  So this is 3 --
25     Q.   Doctor --

Page 164

1      A.   Because it's 2.2 kilograms greater than
2  the mean weight for placebo, and here it's about 3
3  kilograms greater.
4      Q.   Dr. Arnett, when you look at the
5  clinically significant weight gain, do you see that
6  you're citing here 23.9 percent for Seroquel
7  compared to 10.5 percent for Haloperidol?  Do you
8  see that?
9      A.   I do.
10     Q.   Again, you cite a non-significant
11  result, .066 and a confidence interval that crosses
12  one, true?
13     A.   Again, I haven't evaluated the power.
14  Notice that the Haloperidol group is a very small
15  group, so it didn't really have significant
16  statistical power.
17     Q.   You didn't evaluate that, though.
18     A.   I haven't looked at power.
19     Q.   So, Dr. Arnett, given that you haven't
20  looked at power, am I right that the result you
21  report here for clinically significant weight gain
22  comparing Seroquel to Haloperidol in Study 15 is
23  not significant?
24          MR. BLIZZARD:  Object to the form.
25     A.   As I stated, you have to interpret

Page 165

1  significance in light of statistical power to
2  detect the effect.
3      Q.   And you haven't done that?
4      A.   And I haven't done that.
5      Q.   Let me represent to you, Doctor, that
6  the patients who used 75 milligrams of Seroquel in
7  Study 15 on average lost .5 kilograms.  Okay?  Do
8  you want me to show you that, or will you accept
9  that as true?
10     A.   Well, I see that 15.2 percent had a
11  clinically significant increase in baseline weight,
12  in weight from baseline in the 75 milligram group.
13     Q.   Me question to you was, do you have any
14  reason to disagree with me when I tell you that
15  there was a mean weight change of -.5 for the 75
16  milligram Seroquel users in Study 15?
17          MR. BLIZZARD:  Object to the form.
18     Q.   Will you accept that as true, Doctor?
19     A.   No.  I haven't seen the data.  I didn't
20  include it in my report, which indicates to me I
21  didn't see it.
22     Q.   Did you look at the glucose results for
23  Study 15?
24     A.   I don't recall if it was broken out
25  separately for Study 15 in the NDA.

Page 166

1    Q.   Well, do you know whether the clinical
2  study report for -- you didn't look at any clinical
3  study reports, right?
4    A.   Right.
5    Q.   So you, as you sit here, don't -- you
6  don't know what happened to the glucose levels in
7  the patients who were in Study 15, right?
8    A.   I have to note when I say I didn't look
9  at them, they weren't presented to me in a way of a
10  simple clinical study report.  So I couldn't find
11  them within the NDA itself.
12    Q.   Well, let me hand you what I'll mark as
13  Exhibit 18.
14        (Defendant's Exhibit Number 18
15         was marked for identification.)
16    Q.   This is the clinical trial report for
17  Study 15 that was produced in this case.  You
18  didn't -- these are excerpts of it.  You didn't
19  review this, right?
20    A.   Correct.
21    Q.   The -- first of all, Table 45 on page
22  116, do you see that in the 75 milligram group,
23  there was a mean weight loss of .5 kilograms on
24  Seroquel?
25    A.   Just to restate, I haven't reviewed this

Page 167

1  before.  I see the table in front of me, Table 45,
2  that says a mean change of -.5 kilograms, but a
3  large standard deviation is noted of 4.4.
4    Q.   Doctor, on glucose -- can you turn to
5  page 98?  It's earlier in the document.  Do you see
6  in the last sentence, there was no -- "There were
7  no statistically significant differences among
8  treatment groups with respect to the proportions of
9  patients with shifts in BUN, creatinine, albumin
10  and glucose from baseline to Week 24, Week 52 or
11  the final evaluation"?  Do you see that?
12    A.   I see that it states that here.
13    Q.   And you didn't read this before you
14  formed your opinions about Study 15, right?
15    A.   I reviewed the actual data that were in
16  the NDA.
17    Q.   The answer to my question is you didn't
18  review this, did you?
19    MR. BLIZZARD:  Object to the form.
20    A.   Let me state I did not review the
21  clinical trial report for 5077100015.
22    MR. BLIZZARD:  Let me just add, these
23  documents appear to only have selected pages
24  in them.
25    THE WITNESS:  Yeah.

Page 168

1    MR. GOLDMAN:  They're excerpts.
2    MR. BLIZZARD:  Are they part of the
3  exhibits to the deposition, the complete
4  report?
5    MR. GOLDMAN:  They're like a thousand
6  pages sometimes.  So these are excerpts.
7    MR. BLIZZARD:  Well, the jury would need
8  to know that.  When you pick out a few pages
9  of a thousand pages, that's meaningful.
10  BY MR. GOLDMAN:
11    Q.   In page 7 of your report, Doctor, you --
12    MR. BLIZZARD:  Let me just make sure
13  that I have my request on the record.  I want
14  copies of all of the pages for all of the
15  exhibits that you've marked so that we can
16  find them and not have to search hither and
17  yon for them.
18    MR. GOLDMAN:  The exhibits are marked by
19  Bates numbers, and you can find them by the
20  first Bates number.
21  BY MR. GOLDMAN:
22    Q.   Dr. Arnett, you talk in your report
23  about long-term extension there, right, on page 7
24  at the top, right?  See that long-term extension
25  showed at 37 percent, Seroquel exposed patients --

Page 169

1    A.   Yes, I see that now.  Thank you.
2    Q.   Do you have any idea what happened to
3  the glucose levels in patients who were followed in
4  the long-term extension data?
5    A.   I don't know that the data were broken
6  out in the long-term extension in the third report.
7    Q.   So as you sit here today, you don't know
8  what happened to the glucose levels in the patients
9  in the long-term extensions, true?
10    A.   I'll say I don't know what happened.
11  Since I didn't include that data in my report, I
12  don't believe I had access to the data.
13    Q.   If you look with me now at the top
14  paragraph --
15    A.   And, in fact, I remember -- sorry I
16  interrupted you.
17    Q.   You say, "Weight gain increased with
18  increased exposure duration."  Do you see that?
19    A.   I wanted to finish up on my last
20  comment.
21    Q.   Okay.
22    A.   It was a frustration of mine evaluating
23  the data in the integrated safety report that I
24  couldn't find data, particularly knowing that they
25  collected glucose Hba1C and insulin, and yet they

Page 170

1   weren't presented in the tabulary data that I could
2   find within the integrated safety report.
3       Now, going back to your question --
4   Q.  Let me start over.  Okay?
5   A.  Okay.
6   Q.  Doctor, do you see you write, "Weight
7   gain increased with increased exposure duration"?
8   A.  Yes.
9   Q.  And then you rely on the long-term
10  extensions to show that by Week 65, there was a
11  mean weight increase of 3.8 kilograms, right?
12  A.  Yes.
13  Q.  And that's about 8.3 pounds, true?
14  A.  Yes.
15  Q.  Then by Week 104, or two years out, the
16  mean weight gain was 4.4 kilograms, correct?
17  A.  Correct.
18  Q.  That's a modest increase of .6
19  kilograms, right, between Week 65 and Week 104?
20  A.  Well, you can't evaluate it that way
21  because the patients that are remaining -- there's
22  a smaller number of patients that are observed in
23  the 104 week versus the 65 week.
24  Q.  How many more patients were in the 65
25  week that weren't in the 104 week?  Do you know?

Page 171

1   A.  I don't recall, but it drops off
2   precipitously as you go further into the extension
3   follow-up.
4   Q.  As for the patients that remained in the
5   clinical studies for Seroquel and the long-term
6   studies -- are you with me so far?
7   A.  As for the patients that remained in the
8   long-term studies --
9   Q.  Let me just ask you about your data
10  here.
11  A.  Okay.
12  Q.  Do you say that the mean weight change
13  in the long-term extensions was 3.8 kilograms or
14  8.3 pounds at Week 65?
15  A.  I do.
16  Q.  And then there's a .6 kilogram change by
17  Week 104, right?
18  A.  At Week 104, it is 4.4.
19  Q.  Which is a difference of .6 kilograms
20  compared to Week 65?
21  A.  Technically, what I would -- that's what
22  my report says.  Technically, the ideal way to
23  analyze the change from 65 to Week 104 would be to
24  take the patients -- so what I'm objecting to is
25  this increase of .6 because it's a different

Page 172

1   patient population.  So it's not longitudinal in
2   that respect.
3   Q.  What do you say is the average weight
4   gain that Seroquel causes at Week 65?
5       MR. BLIZZARD:  Object to the form.
6   A.  3.8 kilograms.
7   Q.  And how much of an increase in weight do
8   Seroquel patients have at Week 104?
9   A.  At Week 104, there is a 4.4 kilogram
10  increase.
11  Q.  Which is an increase of .6 kilograms
12  compared to Week --
13      MR. BLIZZARD:  Object to the form.
14  A.  The numbers differ by .6.  I don't know
15  and can't say that individuals gained .6 pounds --
16  Q.  Based on the data you have here --
17  A.  -- kilograms.
18  Q.  Based on the data you have here, Doctor,
19  the mean weight change when you look at Week 104 is
20  4.4 kilograms, and that's .6 kilograms more than
21  the mean weight change at Week 65, right?
22  A.  That number 4.4 is .6 greater than 3.8.
23  Q.  And then the next number you have for
24  156 weeks is 5.7, which is an increase of 1.3
25  kilograms, correct, compared to Week 104?

Page 173

1   A.  That number is 1.3 kilograms larger.
2   Q.  And then by Week 208 to 260 -- let's go
3   there -- the weight gain -- mean weight gain was
4   6.7 to 7.3.  That's what you said it was, right?
5   A.  Yes.
6   Q.  Does your analysis here show that the
7   average weight gain in years 2 through 5 is .7
8   kilograms per year on Seroquel in the long-term
9   extension trials?
10  A.  Can you restate the question?
11  Q.  Based on your analysis of the long-term
12  extension trials, am I right that the average
13  weight gain in years 2 through 5 for Seroquel
14  patients was .7 kilograms per year or 1.5 pounds
15  per year?
16      MR. BLIZZARD:  Object to the form.
17  A.  I would not make that extrapolation
18  based on the limited number of individuals in the
19  208- to 260-week period.
20  Q.  Do you see the next statement, "If
21  presented as median weight gain, the substantial
22  weight gain would have undoubtedly been higher or
23  larger"?
24  A.  Yes.
25  Q.  Do you stand by that?

Page 174

1    A.   From the data that were presented in the
2  NDA, yes.
3    Q.   How about from the data I showed you
4  today?
5    A.   I can't comment on this data. I don't
6  know where they come from, and until I evaluate the
7  full report, I can't comment on them.
8    Q.   You have an opinion, Doctor, that 90
9  percent of the weight gain in the Seroquel
10  placebo-controlled studies was caused by Seroquel;
11  is that your testimony?
12    A.   My testimony specifically was up to 90
13  percent of the weight gain was caused by Seroquel.
14    Q.   On page 9, you say, "As much as 90
15  percent of the weight gain in the Seroquel treated
16  subjects in the placebo-controlled studies was
17  caused by Seroquel." Is that your testimony?
18    A.   Yes.
19    Q.   How did you arrive at that?
20    A.   From the largest relative risk estimate
21  that I observed, which was in Study 105. That
22  would be the attributable risk from that relative
23  risk.
24    Q.   Your analysis of the 90 percent, as much
25  as 90 percent of the weight gain being due to

Page 175

1  Seroquel, is based on you taking the largest
2  relative risk you could find in the trials in Table
3  1 and calculating an attributable risk to that?
4    A.   Yes.
5    Q.   Why did you choose the largest relative
6  risk?
7    A.   To show the most extreme.
8    Q.   What's the minimum? Did you calculate
9  an attributable risk to the minimum amount?
10    A.   No.
11    Q.   Now, when you created this chart,
12  Doctor, weight change and AstraZeneca Studies,
13  Table 1, did you do this based on your review of
14  the clinical trial summaries on AstraZeneca's Web
15  site?
16    A.   Yes.
17    Q.   Let me back up for one minute. You have
18  -- in this opinion before about the 90 percent, you
19  make it clear that you're talking about doses
20  remitted for schizophrenia, right?
21    A.   Yes.
22    Q.   You don't have an opinion and you
23  haven't done any analysis to know what percentage
24  of the weight gain in Seroquel treated subjects who
25  used doses under those recommended for

Page 176

1  schizophrenia was caused by the drug?
2    MR. BLIZZARD: Object to the form.
3    A.   I haven't evaluated this.
4    Q.   When you prepared this --
5    MR. BLIZZARD: Andy, to give you fair
6  warning, in case there's something you want to
7  cover in the next ten minutes, we'll be
8  stopping at 5:30 today.
9    MR. GOLDMAN: I thought you said 6:00?
10    MR. BLIZZARD: No, I never said any
11  time.
12    MR. GOLDMAN: You actually did. You
13  said 1:00 to 6:00 and then 8:00 to 10:00. Do
14  you have to stop at 5:30?
15    MR. BLIZZARD: We're going to be doing
16  four hours today and three hours tomorrow.
17    MR. GOLDMAN: Okay. I can't force you
18  to stay unless you want to.
19    MR. BLIZZARD: I can't imagine you would
20  want to.
21    MR. GOLDMAN: But I need to finish this,
22  and I need to finish this line.
23  BY MR. GOLDMAN:
24    Q.   Was Study 105 a schizophrenia trial?
25    A.   You know, I didn't write down the

Page 177

1  indication. From the timing of '01 to '02 when the
2  trial was conducted, my guess is it wasn't
3  schizophrenia.
4    Q.   So you're relying on a non-schizophrenia
5  trial and the relative risk of weight gain in that
6  trial to calculate an attributable risk of weight
7  gain in patients who have schizophrenia?
8    A.   I can't comment on it because, as I
9  said, I didn't write down and I don't recall the
10  patient population in that one trial, 105.
11    Q.   Is it an appropriate methodology,
12  Doctor, to take a relative risk from a study not
13  involving schizophrenia patients for weight gain
14  and applying that to calculate an attributable risk
15  for a different patient population?
16    A.   I don't know because I haven't evaluated
17  the data systematically for bipolar. But certainly
18  there's consistency in the relative risk estimates.
19    Q.   Your weight chart here, Table 1, you
20  created this based on the clinical trial summaries,
21  right, that were on the Web site?
22    A.   Yes.
23    Q.   Am I right that there were many more
24  than just 11 clinical trial synopses on the
25  AstraZeneca Web site?

Page 178

1    A.   Yeah.  I took them in sequential order
2  from top to Number 11 until I ran out of time.
3    Q.   Did you review any of the clinical trial
4  summary reports that were on the Web site from
5  Numbers 12 on the list thereafter?
6    A.   I went systematically from the first
7  listed.
8    Q.   So when you reviewed the clinical trial
9  summaries on AstraZeneca's Web site, you started at
10  the first entry study number, and then you reviewed
11  the first 11 trials and stopped?
12    A.   Yes.
13    Q.   Doctor, you don't include any statements
14  about glucose in this chart except for Study 43.
15  Do you see that?
16    A.   They weren't provided.  Well, 43 I state
17  specifically, "Both weight and glucose
18  significantly increased, but no data was provided
19  in this study synopsis."
20    Q.   When you reviewed the clinical trial
21  summaries for the rest of these studies, you didn't
22  find any comments about glucose on there?  Because
23  I assume if you did, that you would have included
24  it.
25    A.   I don't recall.

Page 179

1    Q.   Would you have included statements about
2  glucose in your chart for these various studies if
3  they were included in the clinical trial summary
4  synopsis?
5    A.   I can't recall.
6    Q.   Did you take any steps if the
7  information about glucose was not on the Web site
8  to try to ask the plaintiff's lawyers to find the
9  answer about glucose changes in those studies?
10    A.   No.  I didn't have time.
11    Q.   Did you have time to review any of the
12  clinical study reports to try to find the glucose
13  results for the studies in Table 1 --
14    A.   No.
15    Q.   -- before you formed your opinions?
16    A.   No.
17    Q.   Did you have time, Doctor, to read the
18  observational studies that you list in Table 2 on
19  page 11, observational studies on Table 2?
20    A.   Uh-huh.
21    Q.   Yes?
22    A.   I see them.
23    Q.   When you issued your first report,
24  September 11, 2008, you identified the Guo 2007
25  observational study in your glucose discussion,

Page 180

1  remember?
2    A.   Yes.
3    Q.   And that was the only observational
4  study you identified in that report?
5    A.   I remember Guo, but seems like there was
6  one other, at least one other.  Do you want me to
7  look?
8    Q.   There was Koller.
9    A.   Okay.
10    Q.   But there was no other observational
11  study.
12    A.   Well, Koller is an observational study.
13    Q.   Okay.  There was no case control
14  observational study listed in your report, right?
15    A.   I'll take your word for it.
16    Q.   Did you review any other observational
17  studies other than Guo 2007 and Koller 2004 before
18  you wrote your first report?
19    A.   Yes.  But I only included statements
20  about Guo and Koller.
21    Q.   Why?
22    A.   I ran out of time, which is why I turned
23  in the supplementary report.
24    Q.   Well, Doctor, would you be surprised to
25  learn that -- withdrawn.

Page 181

1        You mentioned hypothyroidism in a few
2  entries here on Table 1 for some of the studies,
3  right, like Study 50?
4    A.   Yes.
5    Q.   If there was a statement in the clinical
6  trial synopsis for any of the other studies
7  reflected in Table 1 about hypothyroidism, would
8  you have included those in the chart?
9    A.   Not necessarily.  I know that for 50,
10  they had nothing on weight, and the closest thing I
11  could come up with was hypothyroidism.  There was
12  no data on weight.
13    Q.   If there were statements about
14  hypothyroidism in the clinical study reports for
15  the studies that you list in Table 1, would you
16  have included those in the chart to be complete?
17    A.   Not necessarily.
18    Q.   Did you review any of the clinical trial
19  data for any of the patients who were in the manic
20  depressive disorder clinical trials of Seroquel?
21    A.   I've already confirmed that I didn't
22  write down the indications for these various
23  studies.
24    Q.   I said it the wrong way.  Am I right,
25  Doctor, that you did not review the clinical trial

Page 182

1    data for major depressive disorder clinical trials
2    for Seroquel?
3        A.  As I recall, those came later in the
4    program.  So I'm making a guess that I did not
5    because they occurred later.  But I can't say that
6    with certainty.
7        Q.  You didn't review any of the clinical
8    trial data for the general anxiety disorder trials
9    which also occurred after the NDA was filed?
10       A.  I can't state with certainty that I did
11   or did not.
12          MR. GOLDMAN:  Let's just take a break
13   right now and talk about whether I have a
14   section here that I could finish.  Is there a
15   reason you have to stop now, Ed?
16          MR. BLIZZARD:  Yes.  The reason is I
17   want to.
18          MR. GOLDMAN:  Okay.  Then we will stop
19   now and resume tomorrow.
20       (Deposition suspended, 5:30 p.m.)
21
22
23
24
25

Page 183

1              SIGNATURE OF WITNESS
2        I, _____, do hereby
3    certify that on this _____ day of
4    _____ 2008, I have read the foregoing
5    transcript and to the best of my knowledge it
6    constitutes a true and accurate transcript of my
7    testimony taken by oral deposition on October 6,
8    2008.
9
10
11       _____
12   DONNA ARNETT
13
     Volume I
14
15   Subscribed and sworn to
16   me this _____ day of _____,
17   2008.
18
19
20
         _____
21
     NOTARY PUBLIC
22
23
24
25

Page 184

1              E R R A T A  S H E E T
2
3    PAGE   LINE    CORRECTION         REASON
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 185

1              C E R T I F I C A T E
2
3    STATE OF ALABAMA  )
4    JEFFERSON COUNTY  )
5
6
7        I hereby certify that the above and
8    foregoing deposition was taken down by me in
9    stenotype, and the questions and answers thereto
10   were reduced to computer print under my
11   supervision, and that the foregoing represents a
12   true and correct transcript of the deposition
13   given by said witness upon said hearing.
14       I further certify that I am neither of
15   counsel nor of kin to the parties to the action,
16   nor am I in anywise interested in the result of
17   said cause.
18
19
20
21
         _____
22
         Lisa Bailey, CCR # 289
23
24
25