Page 1

1            IN THE UNITED STATES DISTRICT COURT

2             FOR THE MIDDLE DISTRICT OF FLORIDA

3                    ORLANDO DIVISION

4

5    MDL DOCKET NUMBER: 1769

6

7    IN RE:   SEROQUEL PRODUCTS LIABILITY

8    LITIGATION

9    _____

10

11                    DEPOSITION OF:

12             DONNA K. ARNETT, M.S.P.H

13                     VOLUME II

14           **** HIGHLY CONFIDENTIAL ****

15            S T I P U L A T I O N S

16       IT IS STIPULATED AND AGREED, by and between

17    the parties through their respective counsel, that

18    the deposition of:

19             DONNA ARNETT, M.S.P.H.

20    may be taken before Lisa Bailey, Notary Public,

21    State at Large, at University of Alabama at

22    Birmingham, 1655 University Boulevard, Birmingham,

23    Alabama, on October 7, 2008 commencing at

24    approximately 8:30 a.m.

25

**Page 2**

1      IT IS FURTHER STIPULATED AND AGREED that
2  the signature to and reading of the deposition by
3  the witness is not waived, the deposition to have
4  same force and effect as if full compliance had
5  been had with all laws and rules of Court relating
6  to the taking of depositions.
7      IT IS FURTHER STIPULATED AND AGREED that it
8  shall not be necessary for any objections to be
9  made by counsel to any questions, except as to
10  form or leading questions, and that counsel for
11  the parties may make objections and assign grounds
12  at the time of the trial, or at the time said
13  deposition is offered in evidence, or prior
14  thereto.
15
16
17              * * * * *
18
19
20
21
22
23
24
25

**Page 1350**

1    A P P E A R A N C E S
2
3  FOR THE PLAINTIFF:
4  ED BLIZZARD
     Attorney at Law
5  Blizzard, McCarthy, Nabers
     440 Louisiana #1710
6  Houston, Texas  77002
     (713) 844-3750
7  eblizzard@blizzardlaw.com
8      -and-
9  DENNIS J. CANTY
     Attorney At Law
10  Levin, Simes, Kaiser, & Gornick
     44 Montgomery Street, 36th Floor
11  San Francisco, California  94104
     (415) 273-8138
12  dcanty@lskg-law.com
13
     FOR THE DEFENDANTS:
14
     ANDREW GOLDMAN
15  Attorney at Law
     Bartlit Beck
16  Courthouse Place
     54 West Hubbard Street
17  Suite 300
     Chicago, Illinois 60654
18  (312) 494-4400
     andrew.goldman@bartlit-beck.com
19
20  JOE TOMASELLI, JR.
     Attorney at Law
21  Fulbright & Jaworski
     2200 Ross Avenue, Ste. 2800
22  Dallas, Texas 75201-2784
     (214) 855-8000
23  jtomaselli@fulbright.com
24  BRUCE BERGER
     Attorney at Law
25  Spriggs Hollingsworth

**Page 1351**

1  Washington, DC 20005
     (202) 898-5800
2  bberger@spriggs.com
3
     DAVID BARLOW
4  Attorney at Law
     Sidley, Austin
5  One South Dearborn
     Chicago, Illinois  60603
6  (312) 853-2657
     dbarlow@sidley.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 1352**

1    EXAMINATION INDEX
2
     DONNA ARNETT
3    BY MR. GOLDMAN         186
4      EXHIBIT INDEX
5  Defendant's                  MAR
6  19  Documents provided to Dr. Arnett    187
7  20  blank for e-mail            189
8  21  Clinical Trial Summary Synopses   191
9  22  Clinical Overview          213
10  23  Excerpt from discussion Document -   222
       June 2007
11
12  24  Appendix              308
13  25  Joyce Small rough draft        310
14  25  Joyce Small rough draft        310
15  26  E-mail of 7/18/97          246
16  27  E-mail of 8/13/02          248
17  28  Blank page to be replaced later    272
18  29  Colditz Study 1995         259
19  30  Chan Study 1994           268
20  31  Miller 2005             275
21  32  Feldman 2004            275
22  33  Sacchetti article          288
23  34  DDMac Letter            288
24
25  35  Second Amended Notice of Deposition   298

Page 186

1    I, Lisa Bailey, a court reporter of
2  Birmingham, Alabama, and a Notary Public for the
3  State of Alabama at large, acting as commissioner,
4  certify that on October 7, 2008 pursuant to
5  Rules of Civil Procedure and the foregoing
6  stipulation of counsel, there came before me at
7  University of Alabama, Birmingham, Alabama, DONNA
8  K. ARNETT, witness in the above cause, for oral
9  examination, whereupon the following proceedings
10 were had:
11           DONNA ARNETT,
12 Being duly sworn, was examined and testified
13 further as follows:
14           EXAMINATION
15 BY MR. GOLDMAN:
16    Q.  Good morning, Dr. Arnett.
17    A.  Good morning.
18    Q.  We're going to continue your deposition
19 today.  And I have one request to ask of you.  If
20 at all possible, given that you need to stop at
21 12:00 o'clock, if you're able to answer my
22 questions yes or no and leave it at that, I would
23 appreciate that.  If you're not and you need to
24 explain that's fine.  Will you do your best to try
25 to answer my questions yes or no?

Page 187

1    A.  Yes.
2         (Defendant's Exhibit No. 19
3          was marked for identification.)
4    Q.  I'm handing you what I've marked as
5  Exhibit 19.  This is a document that we received
6  from the plaintiff's lawyers called Documents
7  Provided to Dr. Arnett.  And it lists a number of
8  clinical study reports, the dates, control numbers,
9  pages and the date that these documents were
10 provided to you and the CD -- DVD.  Do you see
11 that?
12    A.  I do.
13    Q.  Am I right, Doctor, that the clinical
14 trial reports listed here in Exhibit 19 were
15 provided to you on July 18th, 2008 on a DVD?
16    A.  Yes.
17    Q.  Yesterday we referred to the term
18 "metabolic parameters."  Do you remember that?
19    A.  Yes.
20    Q.  What do you consider to be metabolic
21 parameters?
22    A.  As I testified yesterday, they would
23 include weight, glucose, insulin, Hba1C, HOMA,
24 hypoglycemia, diabetes, thyroid.  Period.
25    Q.  Do you consider waist circumference to

Page 188

1  be a metabolic parameter?
2    A.  Yes.  I listed that yesterday.  Thank
3  you for reminding me.
4    Q.  Do you consider blood pressure to be a
5  metabolic parameter?
6    A.  Blood pressure is often included in the
7  metabolic syndrome, but I don't consider it a
8  direct metabolic parameter.
9    Q.  Do you consider lipids to be a metabolic
10 parameter?
11    A.  Yes.
12    Q.  Am I right that you've told me what you
13 consider to be metabolic parameters?  Can't think
14 of anything else?
15    A.  Not at this moment.
16    Q.  Yesterday you testified that your
17 opinion about median weight change being greater
18 for Seroquel than mean weight change was based on
19 an e-mail you saw from a statistician to
20 Dr. Goldstein.  Do you remember that?
21    A.  Yes.
22    Q.  We looked through all of Dr. Goldstein's
23 exhibits last night, and I couldn't find any
24 e-mails along the lines of what you're describing.
25 As you sit here today, can you be any more specific

Page 189

1  about what you saw and what you're relying on?
2    A.  From the thousands of pages that I
3  reviewed, I recall that that statement came from an
4  e-mail from a statistician to Dr. Goldstein, and I
5  recall it being in the Goldstein exhibits.  I can't
6  point you directly to the one.  But I'd be happy to
7  review them again for you if you want.
8    Q.  Doctor, I spent the time yesterday
9  trying to -- last night trying to find it, and we
10 don't have time for you to look through all of
11 Dr. Goldstein's exhibits.  There are, I think, over
12 50 of them.  So what I'm going to do is mark as
13 Exhibit 20 a blank exhibit, and when you find the
14 e-mail that you're relying on for your mean and
15 median opinion, would you provide it to the court
16 reporter and to me, and we will mark it as Exhibit
17 20?
18    A.  Yes.
19         (Defendant's Exhibit No. 20
20          Was marked for identification.)
21    Q.  Yesterday you said in the clinical
22 trials that supported the NDA, AstraZeneca
23 collected glucose, HbA1c and insulin, yet did not
24 present that in tabular data in the integrated
25 summary of safety.  Do you remember that?

Page 190

1   A.   I remember that the HbA1c was not
2   included.
3   Q.   Was the glucose and insulin included in
4   the integrated summary of safety?
5   A.   Glucose was included, but not insulin.
6   Q.   What is the basis for your claim that
7   AstraZeneca collected HbA1C and insulin data in the
8   clinical trials that supported Seroquel's NDA?
9   A.   It was listed in -- from my
10  recollection -- and again, I'll preface this by
11  saying I reviewed many, many documents. From my
12  memory here today, it was listed in the vital signs
13  pages and in the description of each of the studies
14  that I reviewed as part of the Phase 2, Phase 3
15  studies in the NDA.
16  Q.   Are you testifying to a reasonable
17  degree of scientific certainty, Doctor, that
18  AstraZeneca collected HbA1c and insulin data from
19  the clinical trials that supported Seroquel's NDA?
20     MR. BLIZZARD:  Object to the form.
21  A.   I can't recall to scientific certainty
22  at this point in time.  I'd be happy again to go
23  back and review the specific document I'm referring
24  to.
25  Q.   Yesterday we talked about Trial 105.  If

Page 191

1   you turn with me to your report, Doctor, which is
2   marked Exhibit 8, can you turn with me to page 8?
3   I'm sorry.  It's marked as Exhibit 4.
4   A.   Exhibit 4.
5   Q.   Can you turn to page 8?  So we're on
6   your amended report.  And do you remember that I
7   asked you about your 90 percent attributable risk
8   calculation, and you said it was based on Trial
9   105?
10  A.   Yes.
11  Q.   And specifically, the relative risk of
12  15 that you calculated there in the chart, Table 1?
13     MR. BLIZZARD:  Object to the form.
14  A.   Yes.
15  Q.   Let me mark as the next exhibit, Exhibit
16  21, what I will represent to you, Doctor, is the
17  set of 11 clinical trial summary synopses that is
18  on AstraZeneca's Web site and which, according to
19  your report, which you reviewed.
20     (Defendant's Exhibit No. 21
21      was marked for identification.)
22  Q.   Okay.  Do you see the tabs on the right
23  side that are numbered 39, 50, 99, 100, et cetera?
24  A.   I do.  Can you tell me the date that
25  these were downloaded?

Page 192

1   Q.   Yes.  I can tell you the date all of
2   these were downloaded matched to the date that you
3   reviewed them from the Web site.  Okay?
4   A.   And how do you know the date I retrieved
5   them from the Web site?
6   Q.   Because I have an Excel spreadsheet from
7   your lawyers showing exactly the printout of the
8   Web site and what you downloaded.  Okay?
9      Will you assume with me, Doctor, that
10  what I've handed you as Exhibit 21 is the same
11  clinical study summaries that you reviewed?
12     MR. BLIZZARD:  Object to the form.
13  Q.   Will you assume that with me?
14  A.   I can't say with certainty that it is.
15  Q.   And you have no reason to dispute it,
16  right?
17     MR. BLIZZARD:  Object to the form.
18  A.   Without seeing the date of my
19  download -- this says 9/16/2008?
20  Q.   Doctor, do you have any reason to
21  dispute that what I just handed you as Exhibit 21
22  are the same clinical trial summaries you reviewed
23  in forming your opinions?
24  A.   I cannot say it with certainty.
25  Q.   If you turn to Trial 105 and turn with

Page 193

1   me to page 8, Table S2, do you see under "Weight
2   Gain" in the table that there is a percent of 15
3   for Seroquel, 1 for placebo and 6 for lithium?  Do
4   you see that?
5   A.   Yes.
6   Q.   And that is the percent that you're
7   referring to here on Table 1 for 105.  Do you see
8   where you say clinically significant weight gain is
9   15 percent versus 1 percent for Seroquel versus
10  placebo?  Do you see that?
11  A.   Yes.
12  Q.   But, Doctor, do you see that in your
13  chart, Table 1, you refer to this 15 to 1 percent
14  as representing clinically significant weight gain,
15  but Table S2 is not clinically significant weight
16  gain, is it?
17  A.   The title of this table is Adverse
18  Events.
19  Q.   Am I right that Table S2, which is the
20  basis for your statement in Table 1 for Study 105
21  is based on this Table S2, which deals with adverse
22  events?
23  A.   I cannot --
24     MR. BLIZZARD:  Let me object to the
25  form.

Page 194

1    A.   Because later in the document, it talks
2 about adverse events and weight gain.
3    Q.   Doctor, do you see Table S2, which has
4 the weight gain 15 percent Seroquel and 1 percent
5 for placebo, comes from a table about adverse
6 events and not clinically significant weight gain?
7 Do you see that?
8    A.   I see that.  But that does not mean that
9 my data do not reflect clinically significant
10 weight gain.  Until I have time to review this
11 again, I can't attest that I don't have the right
12 number.
13    Q.   Can you say to a reasonable degree of
14 scientific certainty that clinically significant
15 weight gain was 15 percent for Seroquel and one
16 percent for placebo in Study 105?
17        MR. BLIZZARD:  Object to the form.  Are
18 you saying without her --
19        MR. GOLDMAN:  Please don't coach her.
20 I'm --
21        MR. BLIZZARD:  No, no.  I'm asking --
22 you're saying she can't review the documents.
23        MR. GOLDMAN:  I didn't say that at all.
24        MR. BLIZZARD:  Then she can review the
25 document.

Page 195

1 BY MR. GOLDMAN:
2    Q.   Go ahead, ma'am.
3    A.   No.  I misread the label of the table.
4 The actual clinically significant weight gain was
5 39 percent in Seroquel versus 14 percent in
6 placebo.
7    Q.   Doctor, that wasn't the only time that
8 you misread the clinical trial summaries when you
9 described your study results here in Table 1, was
10 it?
11        MR. BLIZZARD:  Object to the form.
12    A.   I don't know what you're referring to.
13    Q.   Would it be incorrect, ma'am, to rely on
14 Table S2 or a table for commonly reported adverse
15 events to determine what clinically significant
16 weight gain is?
17        MR. BLIZZARD:  Object to the form.  It
18 doesn't say commonly reported.
19    A.   Could you restate your question?
20    Q.   You were wrong, Doctor, in your Table 1
21 when you said clinically significant weight gain
22 was 15 percent for Seroquel and 1 percent for
23 placebo, correct?
24    A.   That depends on how you define
25 "clinically significant."  In this, it was reported

Page 196

1 by 5 percent of the population according to your
2 footnotes of your table.
3    Q.   Ma'am, you just noted that clinically
4 significant weight gain on page 10 is 39 percent
5 for Seroquel and 14 percent for placebo, right?
6    A.   Correct, using your definition of seven
7 percent or more.
8    Q.   That's your definition, too?
9    A.   That's the definition I relied on based
10 on the FDA requirements.
11    Q.   And the relative risk, Doctor, when you
12 look at 39 percent for Seroquel and 14 percent for
13 placebo for clinically significant weight gain in
14 Study 105 is not 15; it's 2.8, true?
15    A.   I haven't divided 39 by 14.  But I'll
16 assume that your calculation is correct.
17    Q.   Are you aware, Doctor, that there were
18 no clinically significant differences in mean
19 glucose changes between Seroquel, placebo or
20 lithium in Study 105?
21        MR. BLIZZARD:  Object to the form.
22    A.   I'm not aware of that.
23    Q.   If you turn to page 10, do you see in
24 the third to the last paragraph the statement,
25 "There were no clinically important effects of

Page 197

1 petiapine treatment on glucose concentrations, and
2 there were no clinically important differences
3 among treatment groups with respect to changes in
4 glucose concentrations"?  Do you see that?
5    A.   I see that, but no data are provided.
6 So I just have to trust AstraZeneca that they
7 reported it correctly.  There is no actual data
8 provided in this summary.
9    Q.   Doctor, there were no data provided in
10 the summary for 43 either, and you included that in
11 your chart, didn't you, when you said, "Both weight
12 gain and glucose significantly increased, no data
13 provided"?  Do you see that in your chart?
14    A.   At the time I looked, there were no data
15 provided.  Interestingly, they're there now.
16    Q.   Doctor, in Study 105, you see there were
17 no changes in glucose according to this document.
18 Why didn't you include it in your chart?
19    A.   I was focused on weight.  If you'll
20 notice, that table was included in my section on
21 weight in my expert report.
22    Q.   Do you know that the glucose levels in
23 Study 105 actually went down in the Seroquel group
24 by an average of 3.7 millimoles per liter?
25        MR. BLIZZARD:  Object to the form.

Page 198

1    A.   How would I know that?  The data were
2  not included in your summary.
3    Q.   You would know it by going to the
4  clinical study report, which you didn't do?
5         MR. BLIZZARD:  Object to the form.
6    A.   As I said, I did not -- yes.
7         MR. BLIZZARD:  Could you be polite
8  today?
9    Q.   Doctor, can you turn with me now to page
10  9?
11        MR. GOLDMAN:  And I resent your
12  statements, Ed.  So please stop making it.
13        MR. BLIZZARD:  Well, I resent the way
14  you treat people.  Okay?
15  BY MR. GOLDMAN:
16    Q.   Dr. Arnett, I want to ask you now about
17  Section C.1.2 in your report under Glucose
18  Abnormalities.  Okay?  You see that section in your
19  report starting on page 9?  Do you see that?
20    A.   Yes.
21    Q.   What is your understanding of Type I
22  diabetes?  Let's start with this.
23    A.   Type I diabetes is referred to as
24  insulin-dependent diabetes.
25    Q.   Is that your complete understanding of

Page 199

1  what Type I diabetes is?
2         MR. BLIZZARD:  Object to the form.
3    A.   I have a more complete understanding.
4    Q.   What is it?
5    A.   It typically occurs with an onset in
6  adolescence to young adulthood.  It's typically
7  characterized by failure of the pancreas to produce
8  insulin.
9    Q.   It's typically characterized by that, or
10  is it always characterized by that?
11    A.   As a scientist, I'll never say "always."
12  Okay?  It's typically characterized by that.
13    Q.   Can you name any study that shows
14  Seroquel increases the risk of Type I diabetes?
15    A.   There are clinical reports that indicate
16  that Seroquel induced diabetes that required
17  insulin for treatment.
18    Q.   That's a different question.  My
19  question was, can you show me any study that shows
20  Seroquel increases the risk of Type I diabetes?
21    A.   To my knowledge -- and I haven't fully
22  evaluated the complete literature -- I have not
23  seen a study specifically targeted to Type I
24  diabetes.
25    Q.   What is Type II diabetes?

Page 200

1    A.   Type II diabetes typically occurs as an
2  adult onset diabetes.
3    Q.   What else do you know about Type II
4  diabetes?
5    A.   Typically it is preceded by
6  hyperinsulinaemia and insulin resistance that
7  progresses to failure of the pancreas.  Not
8  complete failure, but failure to provide sufficient
9  insulin to lower the glucose level.
10    Q.   Do you know of any study saying that a
11  one milligram per deciliter increase in mean
12  glucose levels increases the risk of diabetes?
13    A.   I'm aware of studies that have indicated
14  increased glucose levels predict Type II diabetes
15  on a continuous scale.
16    Q.   Are you aware of any study, Doctor, that
17  says a one milligram per deciliter increase in mean
18  glucose levels increases the risk of diabetes?
19        MR. BLIZZARD:  Object to the form.  Same
20  question.
21    A.   I answered your question.
22    Q.   Can you identify the studies for me?
23    A.   I've said that I can identify studies
24  that characterize the relationship between a one
25  unit change in glucose and incident Type II

Page 201

1  diabetes.
2    Q.   Tell me what studies you're referring
3  to.
4    A.   They've been out long ago.  I haven't
5  pulled them up recently for this deposition.  I'd
6  be happy to provide them to you.
7    Q.   As you're sitting here today, Doctor,
8  you can't identify any particular studies by name
9  that support your opinion that there is this
10  relationship between a one unit change in glucose
11  and incident Type II diabetes?
12    A.   I know it's been evaluated in multiple
13  observational longitudinal studies such as the
14  Atherosclerosis Community Study, for one.
15    Q.   Tell me any other studies you know,
16  Doctor, saying that a one milligram per deciliter
17  increase in mean glucose increases the risk of
18  diabetes.
19        MR. BLIZZARD:  Object to the form.  Do
20  you want her to reanswer the question each
21  time the way she answered it, or do you want
22  to restate it?
23        MR. GOLDMAN:  Ed, if you continue to
24  make these speaking objections, I'm going to
25  have to stop the deposition and call the

Page 202

1  judge.
2      MR. BLIZZARD: Go ahead. Go ahead. Go
3  ahead. Call the judge.
4      MR. GOLDMAN: Please object on form,
5  just like you've been insisting on us. So
6  please object to the form.
7      MR. BLIZZARD: I'm trying to get
8  clarification from you so we don't have to --
9  you asked the question twice. She gave you
10 the full answer the first time, and then --
11 and you're trying to rush her. You're trying
12 to tell her to answer yes or no.
13     MR. GOLDMAN: I'm not rushing her.
14     MR. BLIZZARD: You're restating in your
15 answer her answer in the wrong way.
16 BY MR. GOLDMAN:
17     Q.  Doctor, you've identified this
18 Atherosclerosis Community Study as one study that
19 you say shows this relationship between change in
20 glucose and incident Type II diabetes, right?
21     A.  Right.
22     Q.  What other studies are you aware of?
23     A.  There are a multitude of them. I'm not
24 going to list them here now.
25     Q.  It's your opinion that Seroquel causes

Page 203

1  diabetes?
2      A.  Yes.
3      Q.  Do you know of any major medical
4  association that agrees with you?
5      A.  Can you define a major medical
6  association?
7      Q.  The American Diabetes Association.
8      A.  I haven't asked the American Diabetes
9  Association, so I can't answer that question.
10     Q.  Do you know whether the American
11 Diabetes Association has ever taken the position in
12 any literature that Seroquel causes diabetes or any
13 other antipsychotic causes diabetes?
14     A.  I haven't seen any updates since 2004
15 relative to that question from the American
16 Diabetes Association. So in the past four years,
17 there's been no update from them.
18     Q.  As of 2004, did the American Diabetes
19 Association say that Seroquel causes diabetes?
20     A.  They indicated that these agents, in
21 general, atypicals increases the risk of diabetes.
22     Q.  My question was, did the American
23 Diabetes Association in 2004 say that Seroquel
24 causes diabetes?
25     MR. BLIZZARD: Object to the form.

Page 204

1      A.  At that point, there were few studies
2  that had evaluated Seroquel. So the answer was
3  that it was not established at that point in 2004.
4  That doesn't mean that they didn't suggest that
5  there was an effect from these agents on diabetes.
6      Q.  Doctor, as of 2004, there was no
7  statement by the American Diabetes Association that
8  Seroquel caused diabetes, true?
9      MR. BLIZZARD: Object to the form.
10     A.  I don't recall what they specifically
11 said about Seroquel. I'm recalling the general
12 tone of their publication.
13     Q.  Do you know whether the FDA has ever
14 said that Seroquel causes diabetes?
15     A.  Well, the FDA has asked -- has issued --
16 in 2000, the FDA requested additional information
17 from AstraZeneca with respect to glucose and
18 diabetes and the clinical trial portfolio.
19 Additional information was requested in 2006 or
20 2007 by the FDA. I haven't seen the FDA's language
21 with respect to Seroquel. I've seen the
22 AstraZeneca label change with respect to
23 Seroquel.
24     Q.  Have you seen any documents in your role
25 as an expert witness here, Doctor, that indicate

Page 205

1  the FDA has concluded that Seroquel causes
2  diabetes?
3      MR. BLIZZARD: Object to the form.
4      A.  I haven't extensively reviewed the FDA
5  documents, as I stated yesterday.
6      Q.  Have you --
7      A.  So they may have said it and I haven't
8  reviewed it.
9      Q.  As you sit here today, can you identify
10 any medical association that has said Seroquel
11 causes diabetes?
12     A.  I haven't extensively evaluated all
13 medical associations.
14     Q.  Can you identify any for me that have
15 said that Seroquel causes diabetes?
16     A.  I can't identify they have or they
17 haven't.
18     Q.  What specific clinical trials do you
19 claim prove that Seroquel causes diabetes?
20     MR. BLIZZARD: Object to the form.
21     A.  It's the totality of the clinical trials
22 included in the NDA as well as the evidence
23 provided in 2000 with respect to glucose, insulin,
24 HOMA and HbA1c, as well as the totality of evidence
25 with respect to other metabolic abnormalities

Page 206

1  throughout the clinical trial program, including
2  but not limited to hypertriglyceridaemia and
3  increased weight and lowering thyroid levels.
4      Q.  Have you completed your answer?
5      A.  Yes.
6      Q.  Can you tell me what specific clinical
7  trials proved that Seroquel causes diabetes?
8          MR. BLIZZARD: Object to the form.
9      A.  None of the clinical trials to date have
10 been designed or powered to test the question of
11 incident diabetes as a clinical entity. So because
12 they're not adequately powered, that question
13 cannot be answered.
14     Q.  My question to you was whether you can
15 identify a specific clinical trial that proved that
16 Seroquel causes diabetes. Yes or no?
17         MR. BLIZZARD: Object to the form. And
18 she can answer it any way she wants. She
19 doesn't have to answer it yes or no. And
20 she's already answered it.
21     Q.  Can you identify any, ma'am?
22     A.  I've identified the entire NDA portfolio
23 program, as well as subsequent programs that show
24 all of the metabolic risks associated with
25 Seroquel, as well as the observational studies that

Page 207

1  support the elevated risk with respect to incident
2  diabetes.
3      Q.  Doctor, my question is very specific.
4  Can you identify by name any clinical trial that
5  proved that Seroquel causes diabetes?
6          MR. BLIZZARD: Object to the form.
7      A.  I've answered the question.
8      Q.  When you say "totality of the evidence,"
9  what do you mean?
10     A.  Shall we go through them one at a time,
11 one metabolic parameter at a time?
12     Q.  When you say that based on the totality
13 of the evidence, you believe that Seroquel causes
14 diabetes, are you talking about the totality of the
15 clinical trial data that you reviewed?
16     A.  Yes.
17     Q.  Are you saying the totality of the
18 evidence from the NDA materials, the August 2000
19 submission included, right?
20     A.  In addition to the other documents I've
21 already stated I reviewed.
22     Q.  Are you aware of any studies that link
23 weight gain on Seroquel to diabetes?
24         MR. BLIZZARD: Object to the form.
25     A.  I had not seen an analysis that

Page 208

1  evaluated the mediating effects of weight gain with
2  respect to Seroquel exposure and incident
3  diabetes. To the best of my knowledge, sitting
4  here on October -- whatever the day is -- I'm
5  sorry -- 7th or 8th, I haven't reviewed any papers
6  that have done that.
7      Q.  Do you know whether any Seroquel
8  clinical trials show a correlation between weight
9  gain and diabetes?
10     A.  I've seen analyses that have in the NDA
11 and in the subsequent trials -- let me restate
12 this.
13         There is the potential to evaluate that
14 question in the AstraZeneca clinical trials. But
15 to date, I've not seen them evaluate that question
16 in any of the analyses I've reviewed.
17     Q.  Have you, based on your analysis of the
18 Seroquel clinical trials, determined that there's a
19 correlation between the weight gain in Seroquel
20 clinical trials and diabetes, in those trials?
21         MR. BLIZZARD: Object to the form.
22     A.  The data I reviewed indicate that with
23 Seroquel treatment, there are increases in
24 significant, consistent four- to fivefold increased
25 risk of weight gain deemed by you as 7 percent or

Page 209

1  more based on body weight. There are changes in
2  triglycerides, thyroid level, waist circumference.
3  All of these are markers of diabetic risks.
4      Q.  Can you name, Doctor, any clinical trial
5  that shows a correlation between Seroquel weight
6  gain and diabetes?
7          MR. BLIZZARD: Object to the form.
8          Asked and answered.
9      A.  AstraZeneca has not evaluated the data
10 in that way.
11     Q.  You said yesterday there's a dose
12 response between Seroquel and weight gain; is that
13 your testimony?
14     A.  Yes.
15     Q.  Is there a dose response relationship
16 between Seroquel and diabetes?
17     A.  Can we take a break?
18     Q.  After you answer my question because
19 there's a question pending.
20     A.  You'll have to restate the question.
21 And let me just state before you restate it, there
22 are going to be people opening and closing the door
23 because we have to vacate the room potentially at
24 9:00.
25     Q.  Is there a dose response relationship

Page 210

1  between Seroquel and diabetes?
2      A.   From the observational studies that I've
3  evaluated, there are some observational studies
4  that suggest that.
5      Q.   My question is, is there --
6          MR. BLIZZARD:  Don't start another
7  question if we have to --
8      Q.   Go ahead.
9      A.   Let me evaluate when we have to vacate
10  the room.
11          (Break held, 09:06 a.m.)
12      Q.   Can you say to a reasonable degree of
13  scientific certainty, Dr. Arnett, that there is a
14  dose response relationship between Seroquel and
15  diabetes?
16      A.   There's a dose response relationship
17  with all of the metabolic parameters that are a
18  part of the diabetic -- Type II diabetes.  There's
19  some indication from the observational studies that
20  there is a dose response between diabetes incidence
21  and dose of Seroquel.
22      Q.   Are you testifying to a reasonable
23  degree of scientific certainty that there's a dose
24  response relationship between Seroquel and
25  diabetes?

Page 211

1      A.   Yes.
2      Q.   Is there a dose threshold above which
3  that risk of diabetes exists with Seroquel?
4      A.   I haven't evaluated the DNF with respect
5  to that question.  And I may before trial, but I
6  haven't evaluated in that way yet.
7      Q.   In your report, Doctor, for Studies 126
8  and 127, you say that they were conducted with
9  secondary aims to evaluate more detailed measures
10  of glucose homeostasis.  Do you see that?
11      A.   Yes.
12      Q.   You agree that generally if you're
13  looking at the effects of a drug on a particular
14  endpoint, say X, a clinical trial that has endpoint
15  X as the primary endpoint is more reliable than a
16  trial with endpoint X as a secondary endpoint?
17      A.   It depends.  So I can't agree with that
18  statement.
19      Q.   Are you aware of any Seroquel clinical
20  trials where glucose metabolism was a primary
21  endpoint?
22      A.   They may exist.  They weren't included
23  in my review to date.
24      Q.   You haven't reviewed any clinical
25  studies with Seroquel where glucose metabolism was

Page 212

1  a primary endpoint?
2      A.   None that are included in my report.
3      Q.   And none that aren't included in your
4  report?
5      A.   As I said, I didn't get to go through
6  each of the clinical trials conducted by
7  AstraZeneca with respect to Seroquel, so I can't
8  answer whether or not there has been one designed
9  as the primary endpoint.
10      Q.   Are there any methodological challenges
11  in studying and analyzing a clinical trial like
12  126, 127, given that patients in the Seroquel arm
13  also took a mood stabilizer?
14      A.   Could you restate that question?
15      Q.   Are there any methodological challenges
16  in analyzing an adjunct study like 126 and 127,
17  where patients in the Seroquel group also took a
18  mood stabilizer?
19      A.   Well, like -- in these two studies, the
20  comparative group also had the stabilizer.  So that
21  to me is not a methodologic challenge.
22      Q.   How do you know if the glucose effects
23  that were seen in Studies 126 and 127 were due to
24  Seroquel, the mood stabilizers or a combination of
25  both?

Page 213

1      A.   The objective in 126 and 127 was to look
2  at the difference between the Seroquel plus mood
3  stabilizer arm versus the placebo plus mood
4  stabilizer arm.  So if the mood stabilizer were
5  causing the alteration, you would not see a delta
6  between the Seroquel arm and the placebo arm.
7      Q.   Are you testifying to a reasonable
8  degree of scientific certainty that the glucose
9  effects seen in Study 126, 127 were due only to
10  Seroquel and not at all attributed to the use of
11  the mood stabilizer along with Seroquel?
12      A.   Yes.
13      Q.   Were patients randomized by BMI in Study
14  126 and 127?
15      A.   I don't recall.
16      Q.   The analysis you have here about Study
17  126 and 127, I believe, comes from this clinical
18  overview document that I will mark as Exhibit 22.
19          (Defendant's Exhibit Number 22
20          was marked for identification.)
21      Q.   Here you go, Doctor.
22          Am I correct that your analysis of 126
23  and 127 comes from Exhibit 22?
24      A.   I don't know yet.  Let me take a moment
25  --

Page 214

1    Q.   Sure.
2    A.   -- to go through this.
3         I am not certain that these data that
4    are in my report came from this report because in
5    my report, I comment on 250 milligrams per
6    deciliter.  And I don't see that in this document.
7    Q.   Did you ever review the clinical
8    overview, Doctor, that I have marked as Exhibit
9    22?
10   A.   I don't remember this.
11   Q.   Okay.  Doctor, let me ask you whether --
12   in your statement here, in your report, page 9, you
13   talked about in Studies 126 and 127 there being
14   five cases of diabetes in the Seroquel group
15   compared to one in the placebo group.  Do you see
16   that in the second paragraph?
17   A.   Yes.
18   Q.   Do you know what the baseline
19   characteristics were of the patients who had
20   diabetes in the Seroquel group?
21   A.   I don't recall.
22   Q.   Do you have any idea how many of the
23   patients had diabetes before they ever started the
24   study?
25        MR. BLIZZARD:  You talking about the

Page 215

1    ones that were before adjudicated or after?
2         MR. GOLDMAN:  Just please object.
3         MR. BLIZZARD:  Well --
4         MR. GOLDMAN:  I know.  If it's unclear
5    to the witness, she can say so.  Just object
6    to the form, please.
7    BY MR. GOLDMAN:
8    Q.   Dr. Arnett, do you know whether -- how
9    many of the patients, where you list five cases of
10   diabetes, in the Seroquel group had diabetes before
11   they ever used Seroquel?
12        MR. BLIZZARD:  Object to the form.
13   A.   I'm -- since they were evaluating the
14   change in glucose with treatment and since this was
15   an a priori endpoint, they would have eliminated
16   people with diabetes in Phase I if they were
17   designing the study well.
18   Q.   Do you know whether any of the patients
19   in Studies 126, 127 who make up the five cases you
20   cite here on page 9 had risk factors such as
21   pre-existing obesity?
22   A.   I never saw this data presented.
23   Q.   Would that be relevant to you?
24   A.   Yes.
25   Q.   If you look on your next statement, do

Page 216

1    you see that in -- you say that the difference
2    between Seroquel and placebo was pronounced for
3    glucose greater than 200 milligrams, 2.9 percent
4    and .5 percent.  Do you see that?
5    A.   Yes.
6    Q.   I want to just use this clinical summary
7    for the purposes of our discussion going forward,
8    even though you don't remember reviewing it because
9    it's what I have in front of me to use.  Okay?
10   A.   Well, it's okay with you.  But I really
11   don't like looking at things on the spot and making
12   scientific conclusions from them.
13   Q.   Doctor, let me ask you, if you turn with
14   me to the clinical overview, page 17, Table 6, do
15   you see under "Glucose Greater Than or Equal to
16   200" the 2.9 percent for quetiapine and .5 percent
17   for placebo?  Do you see that?
18   A.   Yes.
19   Q.   Do you know that that is the same
20   percentages that you reference here in your report
21   on page 9?
22   A.   I don't know if it's the same
23   percentages.
24   Q.   Well, you have 2.9 and .5?
25   A.   I do.

Page 217

1    Q.   Are those the same percentages as Table
2    6 in the clinical overview document?
3         MR. BLIZZARD:  Object to the form.
4    A.   Yes.
5    Q.   Do you see in the Table 6 that the
6    number of patients on quetiapine who had glucose
7    elevations at any time above 200 is 17?
8    A.   Yes.
9    Q.   Do you know how many of the 17 patients
10   had diabetes before they ever started Seroquel?
11        MR. BLIZZARD:  Object to the form.
12   A.   Those data are not provided anywhere in
13   this document.
14   Q.   Were they provided in any other
15   document?
16   A.   I don't know.  I haven't reviewed other
17   documents.
18   Q.   Would it be relevant to your opinion,
19   Doctor, to know that 14 of the 17 patients that
20   you're referring to here had diabetes before they
21   ever used Seroquel?
22        MR. BLIZZARD:  Object to the form.
23   A.   I'd have to see the data.
24   Q.   You're saying that you don't know
25   whether it'd be relevant to you that 14 of the 17

Page 218

1  patients had diabetes?
2      A.   I'd have to know why randomization would
3  have failed so miserably in your instance, if
4  that's true.  Because none of your other
5  randomizations failed so miserably.
6      Q.   Why do you think that the patients were
7  randomized based on their diabetes status in
8  Studies 126 and 127?
9      A.   I don't know that they were.
10     Q.   So, then, randomization could have
11  failed?
12         MR. BLIZZARD:  Exclusion criteria.
13         MR. GOLDMAN:  Stop coaching, please.
14     A.   As I indicated before, it would -- if I
15  were designing this study, I would have eliminated
16  people with diabetes at baseline.  Presumably, you
17  had baseline blood glucose values drawn in order to
18  arrive at delta values of glucose.
19     Q.   Yesterday we talked about the importance
20  of incidence density.  Do you remember that?
21     A.   Uh-uh.
22     Q.   Yes?
23     A.   Well, we contrasted different
24  epidemiologic measures, and incidence density is
25  one such measure.

Page 219

1      Q.   In Studies 126 and 127, were patients
2  exposed to Seroquel longer than they were exposed
3  to placebo?
4      A.   Yes.
5      Q.   How much longer?
6      A.   About 60 days.
7      Q.   Do you know about what percentage that
8  represents?
9      A.   I don't know what -- I don't understand
10  your question.
11     Q.   How much, as a percentage of time
12  exposed to Seroquel, were patients exposed compared
13  to the placebo group?
14     A.   I can't answer that question because I
15  don't know the dropout rates.  I don't know the
16  total amount of time.
17     Q.   Do you know whether your numbers here,
18  2.9 percent and .5 percent, that are reflected in
19  Table 6 of the clinical overview, adjust for the
20  difference in exposure in Study 126 and 127 --
21         MR. BLIZZARD:  Object to the form.
22     Q.   -- between the patients on Seroquel and
23  the ones on placebo?
24     A.   These represent the incidence numbers,
25  percentages, the risk.

Page 220

1      Q.   Does that mean that -- Doctor, does
2  Table 6 and the numbers that you relied on here
3  take into account exposure duration in Study 126
4  and 127?
5         MR. BLIZZARD:  Object to the form.
6      A.   They represent the relative risk
7  estimate or the number of risk which we can derive
8  at the relative risk --
9      Q.   Let me ask one more time.
10     A.   -- which is a different measure of a
11  different causal parameter than the incidence
12  density ratio.
13     Q.   Am I right that you did not calculate an
14  incidence density ratio when you were analyzing
15  Study 126 and 127?
16     A.   It wasn't provided to me as a rate.  So,
17  therefore, I could not calculate it.
18     Q.   Did you see any references in the
19  documents to adjustments for incidence density in
20  Studies 126 and 127?
21     A.   No, I did not.
22     Q.   Do you see that you refer in your
23  document to an elevation above 250 milligrams per
24  deciliter?
25     A.   Yes.

Page 221

1      Q.   And Table 6 doesn't refer to that,
2  right?
3      A.   Correct.
4      Q.   But do you see that the percentages you
5  used in your page 9 -- 12.2 percent for Seroquel,
6  8.1 percent for placebo -- match up with the
7  percentages for glucose elevations greater than or
8  equal to 126 in Table 6?
9      A.   Yes, I see that they match those
10  numbers.  But as I said, I don't remember this
11  document.
12     Q.   Is it your --
13     A.   So I'm not certain that these did not
14  come from another document.
15     Q.   Are you saying that your number here
16  greater than or equal to 250 milligrams per
17  deciliter is accurate, or should it be greater than
18  or equal to 126?
19     A.   I'm not in the habit of making up
20  numbers.  So that number 250 and the other numbers
21  were derived from some source.
22     Q.   But you can't tell me what?
23     A.   Not sitting here.
24     Q.   I'm handing you what I've marked as
25  Exhibit 23.

Page 222

1          (Defendant's Exhibit Number 23
2             was marked for identification.)
3     Q.   This is an excerpt from a discussion
4  document June 2007. Have you seen this document
5  before? And there are just excerpts here, but do
6  you recognize the cover page?
7     A.   No.
8     Q.   If you turn with me to the second page
9  in, do you see in the middle paragraph where
10  there's a discussion about increases in clinically
11  important glucose values above 125 milligrams per
12  deciliter? Do you see that?
13     A.   Yes.
14     Q.   And then if you go down further in the
15  middle, do you see the sentence, "The mean exposure
16  time in the quetiapine treatment group, mean of 213
17  days, was 40 percent higher than in the placebo
18  group, mean of 152 days"?
19     A.   Yes.
20     Q.   That's consistent with your previous
21  testimony about the 60 days or so difference,
22  right?
23     A.   Yes.
24     Q.   And then further down in the next
25  paragraph in the middle, do you see it says, "When

Page 223

1  you take into account the exposure differences" --
2  and you're talking about incidence density -- "the
3  incidence densities of treatment emergent glucose
4  values greater than or equal to 126 was calculated
5  in all patients regardless of fasting status.
6  Randomized to quetiapine incidence density was
7  21.58 observations per 100 patient years compared
8  with 18.87 observations per 100 patient years in
9  the patient's randomized to placebo"? Do you see
10  that?
11     A.   I see that it says this. I've never
12  reviewed this document, and I can't comment on its
13  scientific accuracy.
14     Q.   If you assume that the numbers are
15  correct, Doctor, that the incidence density in 126
16  and 127 for shifts above 126 was 21.58 for
17  quetiapine and 18.87 for placebo, do you agree that
18  that is a nonsignificant difference?
19     A.   I can't agree or disagree. I haven't
20  calculated the ratio.
21     Q.   Why not?
22     A.   I've never seen this document.
23     Q.   And you've never attempted to calculate
24  the ratio independent of this document?
25     A.   No, no, not for the risk ratio, which is

Page 224

1  all I had access to before.
2     Q.   You mention also in page 9, "Analysis
3  adjusted for length of follow-up and restricted to
4  patients who had fasted for at least eight hours.
5  Showed even greater treatment differences with
6  respect to glucose," do you see that?
7     A.   Yes.
8     Q.   What are you relying on there?
9     A.   I'd be happy to go back to my earlier
10  drafts and point you to the specific document I
11  reviewed since you have an interest in knowing the
12  specific document. But I don't recall the specific
13  document.
14     Q.   Well --
15     A.   I reviewed hundreds of documents.
16     Q.   I'm going to have to ask for the drafts,
17  then, which is something that we're not producing
18  in this litigation by agreement of the parties.
19  But you need to be able to tell me what you're
20  relying on in order for me to ask questions of you.
21          MR. GOLDMAN: So I'll need to see that
22     if that's the only place she's got it.
23          MR. BLIZZARD: We can get the source
24     document.
25          THE WITNESS: I'll get the source.

Page 225

1  BY MR. GOLDMAN:
2     Q.   But as you sit here today, you don't
3  know what analysis you relied on for the statement
4  that there were greater differences when analyses
5  were adjusted for length of follow-up, true?
6     A.   I can't point it exactly to you right
7  this second, but I'll be happy to provide that for
8  you.
9     Q.   Study 125, you didn't mention that in
10  your report. Why not?
11     A.   I didn't have time to review everything
12  in detail.
13     Q.   Including Study 125?
14     A.   I did not review Study 125 in detail.
15     Q.   If you look with me, Doctor, on page 10,
16  do you see in the end of the first paragraph you
17  say that the difference in means was fivefold
18  greater for Seroquel versus placebo, and then you
19  say 1.26 for Seroquel and .37 for placebo?
20     A.   Can you point me to what page you're
21  on?
22     Q.   Sure. Page 10, top paragraph. Do you
23  see that you wrote, "The difference in means was
24  fivefold greater for Seroquel versus placebo, 1.6
25  versus .37," when you're talking about HOMA?

Page 226

1    A.   Could you restate the sentence again?
2    Q.   Do you see that -- you say differences
3  were much larger for HOMA.
4    A.   Yes.
5    Q.   And then you go on and you say, "The
6  differences in means was fivefold greater for
7  Seroquel versus placebo, 1.26 versus .37." Do you
8  see that?
9    A.   Yes.
10    Q.   Is that a five times difference, 1.26
11  and .37?
12    A.   It's over four.
13    A.   No, it isn't.
14    A.   1.26 divided by .37.
15    Q.   Your testimony is that difference is
16  over four times?
17    A.   Between three and four.
18    Q.   You made the statement here given these
19  differences in glucose and insulin resistance, the
20  risk -- relative risk for diabetes was 3.2. Do you
21  see that?
22    A.   Yes.
23    Q.   Is that the relative risk that you are
24  claiming Seroquel -- withdrawn.
25        Is it your position that the relative

Page 227

1  risk for patients who use Seroquel of diabetes is
2  2.02?
3        MR. BLIZZARD: Object to the form.
4    A.   No.
5    Q.   What's your basis for this 2.02
6  calculation? Do you know?
7    A.   The basis for this was the -- as cited
8  in the June 2007 clinical overview, these were data
9  derived from that clinical overview.
10    Q.   Okay. Now, the P value, .49, do you see
11  that?
12    A.   Yes.
13    Q.   That's not statistically significant, is
14  it?
15    A.   No.
16    Q.   Now --
17    A.   But, again, this wasn't powered to
18  detect that significant finding either.
19    Q.   Did you calculate that power?
20    A.   Not yet.
21    Q.   If you look at your discussion about
22  short-term placebo-controlled trials on page 9 --
23  do you see that at the bottom?
24    A.   Yes.
25    Q.   And here you're talking about short-term

Page 228

1  placebo-controlled trials, and you come up with a
2  3.6 rate for Seroquel versus .12 when it comes to
3  glucose values, right?
4    A.   No.
5    Q.   Okay. What are you saying there?
6    A.   That the -- among those, again, they
7  didn't use the last observation carried forward
8  analysis. Only those that remained in the study to
9  the end. Of the 230 Seroquel treated subjects,
10  their glucose values resulted in a .3.6 milligrams
11  per deciliter increase while for the 143 placebo
12  treated subjects, there was a reduction of .26
13  milligrams per deciliter.
14    Q.   And is that a statistically significant
15  result according to your P value of .12?
16    A.   It was trending toward significant, but
17  not significant. Again, the numbers are fairly
18  small.
19    Q.   The reference here .12 as a P value is
20  not statistically significant, true?
21    A.   I haven't calculated -- that is true.
22  But I haven't calculated the power yet to detect
23  the significant finding.
24    Q.   Do you see the difference here between
25  3.6 and -.26 milligrams per deciliter equals 3.86

Page 229

1  milligrams per deciliter? Do you see that?
2    A.   I see that 3.6 plus a negative would be
3  3.86.
4    Q.   Is that clinically significant, a
5  difference of 3.86 milligrams per deciliter?
6    A.   From a population mean, that's a large
7  difference.
8    Q.   And what's your basis for that?
9    A.   As I said, each epidemiologic study
10  indicates that increase of blood glucose increases
11  the risk of diabetes.
12    Q.   Is for an individual, Dr. Arnett, a 3.86
13  -- withdrawn.
14        For an individual, is an increase of
15  3.86 milligrams per deciliter clinically
16  significant?
17        MR. BLIZZARD: Object to the form.
18    A.   It would depend.
19    Q.   If you turn with me to the other
20  document that was here earlier, the August 2000
21  submission that's Exhibit 11. Do you see that?
22    A.   Yes.
23    Q.   If you turn with me to page 17. And you
24  reviewed this document, right, yesterday?
25    A.   Yes.

Page 230

1    Q.   Page 17, there's a Table 6.  Do you see
2  that table?
3    A.   Yes.
4    Q.   And your 3.6 versus -.26 comes from
5  Table 6.  Do you see that?
6    A.   Yes.
7    Q.   And that's the P value .12 that's not
8  significant.  Do you see that in the table?
9    A.   Yes.
10    Q.   Now, under Table 7, do you see that when
11  you compare Seroquel to chlorpromazine, there's no
12  difference in the change in glucose from baseline
13  to the end of treatment?
14    A.   I see that that's what's listed in Table
15  7, yes.
16    Q.   No reason to dispute the accuracy of
17  Table 7, right?
18    A.   No.
19    Q.   If you turn the page to Table 8, do you
20  see that there is no difference in glucose levels
21  when you look at Seroquel versus Haloperidol?  4.53
22  versus 4.01, correct?
23    A.   It's numerically higher.  The mean is .5
24  higher in Seroquel versus Haloperidol, and there's
25  only 35 subjects in the Haloperidol group.  So

Page 231

1  they're not significantly different.  That doesn't
2  mean that it wasn't higher in Seroquel.  And the
3  studies weren't powered to detect that.
4    Q.   How do you know that?
5    A.   I haven't calculated that.  But it's a
6  very small number on Haloperidol.
7    Q.   Is it your testimony that the numerical
8  difference 4.53 in Seroquel and 4.01 Haloperidol on
9  Table 8 means something?
10    A.   Yes.
11    Q.   It shows the effects of glucose?  It
12  does?
13    A.   Yes.  Because you take it in the body of
14  the totality of the other data.
15    Q.   The P value of .9 in Table 8, is that
16  statistically significant?
17    A.   No.  But, again, you have to balance out
18  the statistical power to detect the finding that
19  was significant.
20    Q.   You then say that 3.4 percent -- on page
21  9 at the bottom, 3.4 percent of Seroquel patients
22  versus .1 percent had a glucose value in excess of
23  200, right?
24    A.   I don't see that.  Where are you?
25    Q.   3.4 percent on the bottom of 9 versus

Page 232

1  200 milligrams per deciliter (indicating).  Do you
2  see that?  Were you at a relative risk at 4.87?
3    A.   Yes.
4    Q.   Do you see the P value of .116?
5    A.   Yes.
6    Q.   Is that statistically significant?
7    A.   No.  But, again, I haven't calculated
8  power yet, but I would, before making claims about
9  it not being significant, have to know the
10  statistical power to detect that finding.
11    Q.   Have you ever looked at a large set of
12  placebo-controlled trials to see whether there were
13  mean changes in glucose?  And by "large set," I
14  mean where there were -- withdrawn.  Let me ask it
15  differently.
16       In your report, Doctor, you say -- and I
17  want to turn now to the section on Dr. Small.  Who
18  is Dr. Small?
19    A.   She is a person, I believe, from Indiana
20  University that was writing a book chapter on
21  Seroquel.
22    Q.   And why did you rely on her book
23  chapter?
24    A.   It was evaluating the time line in terms
25  of when there was a signal relative to incident

Page 233

1  diabetes.  And she was the first to come out with a
2  paper citing Seroquel.
3    Q.   Was the paper published?
4    A.   I didn't follow up with a book to see if
5  it was published.  I'm assuming it was.
6    Q.   How did you find this draft book chapter
7  from Dr. Small?
8    A.   It was provided to me.
9    Q.   By whom?
10    A.   By plaintiff's attorneys.
11    Q.   Why?
12    A.   I don't know why.
13    Q.   Did they just hand you a document
14  concerning Dr. Small one day?
15    A.   It was in that entire big list of
16  documents sent to me.
17    Q.   And you just found it on your own?
18    A.   Yes.
19    Q.   Let me ask you about whether you
20  typically rely on draft chapter books when you
21  formulate your opinions, draft chapters for books.
22    A.   Well, I've only formulated an opinion in
23  the Vioxx case, and I don't remember any book
24  chapters.  So I don't have a history of providing
25  depositions and expert witnessing.  So I don't have

Page 234

1  a long track record here.
2      Q.   In your activities as an epidemiologist,
3  Doctor, do you ever rely on draft chapters for
4  books when you formulate your opinions?
5      A.   Yes.
6      Q.   Can you point me to a particular article
7  that you've published where you cite a draft
8  chapter for a book to support one of your
9  propositions?
10      A.   No.
11      Q.   Did you read Dr. Goldstein's testimony
12  about that?
13      A.   No.
14      Q.   By "that," I mean the Dr. Small e-mail
15  you found -- or chapter that you found?
16      A.   I didn't read Dr. Goldstein's
17  deposition.
18      Q.   Are you an expert in what AstraZeneca
19  knew about the risk of weight gain and diabetes
20  over time from Seroquel?
21      MR. BLIZZARD:  Object to the form.
22      Q.   Are you an expert, Doctor, in what
23  AstraZeneca knew about the risk of weight gain from
24  Seroquel over time?
25      A.   With respect to what AstraZeneca

Page 235

1  provided in the NDA and in subsequent studies
2  published on their Web site, I can attest to being
3  an expert of what they knew.
4      Q.   Are you an expert in what AstraZeneca
5  knew at particular times about the risk of weight
6  gain from Seroquel?
7      MR. BLIZZARD:  Object to the form.
8  Asked and answered.
9      A.   I answered already.
10      Q.   Your expertise about what AstraZeneca
11  knew over time was based on your review of
12  AstraZeneca documents?
13      A.   Yes.  I presume that AstraZeneca makes
14  those documents.  And, therefore, I can testify to
15  them.
16      Q.   And you can presume the jury understands
17  the e-mails, too, as well?
18      A.   Absolutely.
19      Q.   You say in this report, Doctor, that
20  once -- if you look down on page 10, you cite the
21  Guo articles.  And I'm going to have to resume for
22  a deposition later about all these observational
23  studies later that you added in here.  But let me
24  just ask you about Guo for now.  Okay?
25      A.   Okay.

Page 236

1      MR. BLIZZARD:  Don't let my silence
2  indicate an agreement.
3      MR. GOLDMAN:  I know the issue we're
4  going to have to take up with the Court later
5  on that.
6  BY MR. GOLDMAN:
7      Q.   You say that -- you cite Guo, right,
8  until the bottom paragraph?
9      A.   Yes.
10      Q.   And you say, "Subsequent observation
11  studies confirm the excess risk of diabetes."  And
12  you say, for example, Guo; is that your testimony
13  --
14      A.   Yes.
15      Q.   -- and opinion?  Did Guo say that he
16  confirmed the excess risk of diabetes with Seroquel
17  in that article?
18      A.   I relied on the tables and the
19  methodology sections.  I didn't read the discussion
20  sections.
21      Q.   When you reviewed Guo, you reviewed the
22  tables and methodology sections, but not the
23  discussion sections?
24      A.   Correct.
25      Q.   On the paragraph up above, when you say,

Page 237

1  "Once Seroquel was approved by the FDA and
2  administered to large numbers of patients, there
3  was early evidence of an increased risk of diabetes
4  with Seroquel" -- do you see that?
5      A.   What section are you on?
6      Q.   Page 10, second paragraph.
7      A.   Yes.
8      Q.   What was the early evidence of an
9  increased risk of diabetes with Seroquel?
10      A.   The totality of data from the NDA, from
11  the early clinical trials up until the time of
12  1999, when the first report was published of a case
13  report of Seroquel.
14      Q.   Is it your testimony that the case
15  report that was published in 1999 for Seroquel
16  showed an increased risk of diabetes?
17      A.   In light of the prior data from the NDA
18  as well as the subsequent studies done by
19  AstraZeneca with respect to Seroquel.
20      Q.   Did the Koller article 2003 say that
21  Seroquel unmasked a precipitated diabetes?
22      A.   I don't recall if that exact language
23  was used.
24      Q.   You said yesterday -- or, I'm sorry.
25      In your report, you said that

Page 238

1   AstraZeneca failed to warn doctors and patients
2   about the risk of weight gain and other metabolic
3   effects, right?
4       A.   Yes.
5       Q.   And your opinion on that is based on
6   your analysis of Section E on page 12 of your
7   report, right?
8           MR. BLIZZARD:  Object to the form.
9       Q.   And your --
10      A.   Yes.
11      Q.   And your criticisms here -- withdrawn.
12          Your failure to warn opinion is based
13  first on the statement here that none of the weight
14  or metabolic factors were listed in the summary of
15  risks and benefits provided at the conclusion of
16  the integrated summary of safety, right?
17          MR. BLIZZARD:  Object to the form.
18      Q.   Is that right?
19      A.   That's one of the -- one of my key
20  points in this paragraph.
21      Q.   Is it your testimony to a reasonable
22  degree of scientific certainty that none of the
23  weight or metabolic factors listed in the summary
24  of risks and benefits in the integrated summary of
25  safety were included?

Page 239

1           MR. BLIZZARD:  Object to the form.
2       A.   Specifically I mentioned the conclusion
3   paragraph.  And I will say that with certainty.
4       Q.   So your opinion is that because there
5   was no mention of weight or metabolic factors in
6   the conclusion of the integrated summary of safety
7   report for the NDA studies, that that amounts to a
8   failure to warn patients and physicians about
9   metabolic risks?
10          MR. BLIZZARD:  Object to the form.
11      Q.   Is that your opinion?
12      A.   My opinion is that in this key document
13  to the FDA at the conclusion of a safety report
14  that integrated all of the Phase I, Phase II and
15  Phase III studies, none of the weight or metabolic
16  factors were listed in that conclusion, indicating
17  that AstraZeneca did not consider weight or
18  metabolic factors important enough to include in
19  the conclusion.
20      Q.   Doctor, my question is a little bit
21  different.  Is it your opinion that because
22  AstraZeneca did not include weight or metabolic
23  factors in the conclusion of the integrated summary
24  of safety; therefore, they failed to warn doctors
25  and patients about the metabolic risks associated

Page 240

1   with Seroquel?
2       A.   Yes.
3       Q.   Do doctors and patients read the
4   integrated summary of safety?
5       A.   Doctors and patients rely on the FDA to
6   issue --
7       Q.   Doctor, I'm --
8       A.   -- materials that are based on that
9   report.  So indirectly, yes.
10      Q.   Is it your testimony that doctors and
11  physicians indirectly read the integrated summary
12  of safety?
13          MR. BLIZZARD:  Object to the form.
14      That's not what she said.
15      A.   That's not what I said.  What I said
16  was, these summaries are read by the FDA.  The FDA
17  then helps to draft documents that guide physicians
18  and patients.
19      Q.   Does the FDA also read more than just
20  the conclusion that is contained at the end of the
21  integrated summary of safety?
22          MR. BLIZZARD:  Object to the form.
23      A.   I can't say what the FDA does.  But I
24  can tell you that when I write a conclusion, it
25  includes the most important findings from a study

Page 241

1   that I conduct.
2       Q.   The second reason you say AstraZeneca
3   failed to warn doctors and patients is here:
4   "Publications of the Phase II and III studies never
5   mention weight and other metabolic factors in the
6   abstract of the publication."
7           MR. BLIZZARD:  Object to the form.
8       Q.   Do you see that?
9       A.   I see that.
10      Q.   Do patients read the abstracts of
11  publications?
12      A.   I don't know if patients do, but I know
13  physicians do.
14      Q.   Do physicians also read the entire
15  article and not just the abstract when they read an
16  article?
17      A.   Typically not.  Typically they read the
18  abstract.  And that's what's present on PubMed
19  that's really available to anyone.
20      Q.   Your failure to warn opinion here in
21  Section E -- withdrawn.
22          Have you read any of the FDA medical
23  officer reviews?
24      A.   No.
25      Q.   Do you know that the FDA tracked

Page 242

1  Seroquel and diabetes over time?
2      A.   In so much as they requested information
3  from AstraZeneca in 2000 -- I'm assuming that they
4  were tracking at least that much. But in 2000,
5  they requested it.
6      Q.   Do you know whether the FDA analyzed
7  antipsychotics, including Seroquel, and the
8  potential risk of diabetes even before 2000?
9      A.   I'm not aware.
10     Q.   Do you know whether the FDA analyzed the
11  potential risk of diabetes and Seroquel from 2000
12  to the present?
13     A.   So I'm aware that the FDA utilizes the
14  MedWatch program to detect independent
15  contributions from individuals. So in that way,
16  they tracked self-reported diabetes or physician-
17  reported diabetes.
18     Q.   Is that the only way that you believe
19  the FDA tracked the potential risk of diabetes in
20  Seroquel between 2000 to the present, is by
21  monitoring the MedWatch database?
22     A.   They also requested additional data from
23  AstraZeneca.
24     Q.   Doctor, have you read any internal FDA
25  documents to know that the FDA was actively

Page 243

1  monitoring the potential risk of diabetes with
2  Seroquel from 2000 to the present?
3          MR. BLIZZARD: Object to the form.
4      A.   I know in 2000 and 2007 they requested
5  information. I don't know in between 2000 and 2007
6  what was done by the FDA.
7      Q.   Have you read any internal memos by the
8  FDA showing what they were doing analyzing the
9  potential risk of diabetes with Seroquel and other
10  antipsychotics?
11     A.   I have not read that yet.
12     Q.   Section E of your report, Doctor, does
13  not provide any opinions about the Seroquel label,
14  does it?
15     A.   No.
16     Q.   And if you turn to your opinions on page
17  3 where you're summarizing them, do you see that
18  you don't identify the Seroquel label at all as
19  something you intend to testify about?
20     A.   I agree that I did not state that in my
21  report, but I have evaluated the label with respect
22  to hypertriglyceridaemia -- excuse me -- strike
23  that -- for hyperglycemia and found a statistically
24  significant increased risk of hyperglycemia within
25  the warning label of the Seroquel.

Page 244

1      Q.   What label are you referring to?
2      A.   The most recent label.
3      Q.   Is that the only label that you've
4  reviewed for Seroquel?
5      A.   Yes.
6      Q.   And your opinion is that the -- you
7  intend to express an opinion about the accuracy of
8  the current Seroquel label?
9      A.   With respect to hyperglycemia.
10     Q.   Is it your testimony that the
11  description of hyperglycemia in the current label
12  is somehow inadequate or inaccurate?
13     A.   I will rely on the label only to provide
14  numbers that define hyperglycemia within that
15  label.
16     Q.   You're not criticizing in any way the
17  current label as being inaccurate or --
18          MR. BLIZZARD: Object to the form.
19     A.   I'm evaluating the scientific causal
20  relation between Seroquel and diabetes, and with
21  respect to that, I'm evaluating the numbers of
22  hyperglycemia reported in the label.
23     Q.   I understand you're using some of the
24  numbers in the label for your opinions, right?
25     A.   Yes.

Page 245

1      Q.   You are not offering an opinion that
2  anything in the current label for Seroquel is
3  inaccurate or wrong, correct?
4      A.   Not at this time.
5      Q.   Let me ask you about your opinion that
6  AstraZeneca misled the FDA. Do you remember saying
7  that yesterday?
8      A.   Yes.
9      Q.   Before I ask you that, do you know what
10  the standard is for changing -- withdrawn.
11          How did AstraZeneca mislead the FDA?
12          MR. BLIZZARD: Dr. Arnett indicates she
13  needs to take a break. We've been going about
14  an hour and a half.
15          MR. GOLDMAN: Since I just asked her
16  that question, it's pending, and then we can
17  take a break.
18     A.   Okay. Can you restate the question?
19     Q.   Yes. Tell me all the ways that you
20  think AstraZeneca misled the FDA.
21     A.   That's a long answer.
22          Most of my experience comes from review
23  with respect to this opinion of the NDA. I can say
24  that in the NDA documents themselves, that it was
25  nearly impossible to find data related to weight,

Page 246

1 glucose, insulin, other metabolic indices because
2 they, to me as a scientist, were buried in this
3 mountain of documentation. The -- that's opinion
4 one.
5        Opinion two, data regarding weight were
6 in some cases excluded from the integrated safety
7 report.
8        Number three, they didn't include weight
9 or these other metabolic abnormalities in their
10 concluding paragraph of the integrated safety
11 report in their Phase I through III program. Those
12 are just three incidents.
13    Q.   Can you tell me all that you know where
14 you say that AstraZeneca misled the FDA?
15        MR. BLIZZARD: Object to the form.
16    A.   I'll amend my report later if I -- as I
17 continue to review documents. For now, those are
18 the three most glaring episodes that stand out.
19        MR. GOLDMAN: Let's take a break.
20        (Break held, 10:03 a.m.)
21        (Defendant's Exhibit No. 25
22           was marked for identification.)
23    Q.   I've marked, Dr. Arnett, Exhibit 25 to
24 your deposition and want to know whether you've
25 ever reviewed this document called "Quetiapine" by

Page 247

1 Joyce Small, MD?
2    A.   Yes.
3    Q.   Is this the rough draft you see in the
4 top right corner that you rely on in your report?
5    A.   This is not the same draft.
6    Q.   This is Goldstein Exhibit 39. You see
7 in the top -- on the first page?
8    A.   Uh-huh.
9    Q.   Is this the exhibit that you reviewed
10 when you found this book chapter? And let me point
11 you to the quote. It might speed things up,
12 Doctor.
13    A.   Yeah. That's what I'm looking for.
14    Q.   Turn to the bottom right page that ends
15 245. Do you see in the top paragraph, there's a
16 statement, "As clozapine, olanzapine and quetiapine
17 cause the most weight gain"?
18    A.   Yeah. That's what I quoted, so yes.
19    Q.   Well, the statement in the draft says,
20 "As clozapine, olanzapine and quetiapine cause the
21 most weight gain, these drugs may be most likely to
22 induce diabetes." Do you see that?
23    A.   I do.
24    Q.   Do you see in your report, Doctor, where
25 you talk about Dr. Small, page 10, middle

Page 248

1 paragraph? The way you characterize the quote, you
2 have it as "as" followed by three ellipses,
3 "quetiapine caused the most weight gain, these
4 drugs may be the most likely to induce diabetes."
5 Do you see that?
6    A.   Yes.
7    Q.   Why did you leave out clozapine and
8 olanzapine?
9    A.   Because I'm not here to testify about
10 clozapine and olanzapine.
11    Q.   Is it your opinion that quetiapine
12 causes the most weight gain of all the
13 second-generation antipsychotics?
14    A.   I haven't evaluated the others with
15 respect to weight gain, so I can't answer that.
16    Q.   Did you take any steps to determine
17 whether Dr. Small actually published this article?
18    A.   No. Because it's a book chapter, so
19 it's not easy to find.
20    Q.   Did you take any steps to find out
21 whether this book chapter was ever finalized and
22 included in the book reflected in this draft?
23    A.   No. Because it was written so long ago,
24 I didn't think it would be easy to find.
25        (Defendant's Exhibit No. 24

Page 249

1           was marked for identification.)
2    Q.   I'm going to mark as Exhibit 24 -- and I
3 only have one copy of this -- an appendix. I'm
4 just going to ask you about Table A2 at the
5 bottom. You see where it says, "Number of patients
6 with adverse events related to diabetes, all trials
7 in safety 9.1"?
8    A.   I see the table.
9    Q.   Do you ever remember reviewing this
10 table?
11    A.   No. I'm sorry.
12    Q.   If you look at the last page, do you see
13 there's a reference to diabetes in the right
14 column?
15    A.   In the left column?
16    Q.   Sorry. The left column, yes.
17    A.   Yes.
18    Q.   And did you ever calculate a relative
19 risk based on the numbers here for quetiapine and
20 placebo concerning the adverse events relating to
21 diabetes?
22    A.   No. It would be easy to do, but I
23 haven't done that.
24    Q.   Will you tell me -- here is a
25 calculator -- what the relative risk of diabetes is

Page 250

1  in Table A2 when you look at diabetes and you look
2  at quetiapine and placebo? And you can use the
3  calculator.
4      A.  So you want the relative risk?
5      Q.  Yes.
6      A.  Can I borrow your pen? The relative
7  risk, also known as the risk ratio, is 2.02.
8      Q.  If you look at page 10 of your report,
9  the top paragraph, you see the FDA analyzed all of
10  Study 126 and 127. Your conclusion at the bottom
11  says, "Not unexpectedly given these differences in
12  glucose and insulin resistance, the risk for
13  diabetes was 2.02"?
14      A.  Yes.
15      Q.  And the source for that is that table,
16  isn't it, Doctor? And by "that table," the table
17  we just marked and you just analyzed, Exhibit 24.
18      A.  Yes.
19      Q.  Now, that's not a relative risk that's
20  based on incidence density, is it?
21      A.  No. It's the number of events.
22      Q.  If you look at incidence density instead
23  of number of events, what is the relative risk when
24  you look at quetiapine versus placebo in Table A2?
25          Did you calculate it, Doctor?

Page 251

1      A.  I'm still trying to understand where the
2  numbers from this table -- what they actually mean
3  when they say "density."
4      Q.  When you calculate the relative risk in
5  Table A2 of diabetes melitis and you look at
6  incidence density, .4 for quetiapine and .6 for
7  placebo, what is the relative risk, Doctor?
8      A.  For -- this does not make sense to me as
9  an epidemiologist. The rate ratio is almost
10  identical to the incidence -- cumulative incidence
11  ratio. But the incidence density ratio is .46
12  divided by -- .4 divided by .6.
13      Q.  And what is that?
14      A   Point --
15          MR. BLIZZARD: Are you just asking for
16  the mathematical calculation?
17      A.  -- 67.
18      Q.  Doctor, the relative risk, if you look
19  at incidence density in Table A2 for diabetes
20  melitis when you look at quetiapine versus placebo,
21  .4 to .6 is a relative risk of .67, correct?
22      A.  Yes.
23      Q.  Now --
24      A.  But it's unusual -- I've never seen in
25  all of my 25 years of epidemiologic experience a

Page 252

1  rate ratio and an incidence density ratio come on
2  opposite sides of 1. So there's something I don't
3  understand about their calculation of density. So
4  I can't say with accuracy that that's a correct
5  ratio.
6      Q.  You can't say with accuracy that it's
7  not either --
8      A.  No.
9      Q.  -- because you haven't analyzed it,
10  right?
11      A.  I'd have to see how these are
12  calculated. It's fishy.
13      Q.  The opinion that you gave yesterday that
14  Seroquel is unsafe, do you remember that?
15      A.  Yes.
16      Q.  Your opinion that Seroquel is unsafe, is
17  that -- withdrawn.
18          Is it your opinion that the chemical
19  composition of Seroquel is defective?
20      A.  I cannot comment with expertise about
21  the chemical composition.
22      Q.  Is there a safer alternative design for
23  Seroquel that you think AstraZeneca should have
24  used?
25      A.  From the totality of the data with

Page 253

1  respect to weight and metabolic abnormalities,
2  we've discussed the comparator drug Haloperidol
3  appeared safer with those indices. So I can't
4  comment on what AstraZeneca should have created or
5  in contrast to Seroquel. But there are other
6  alternatives out there that are metabolically
7  safer.
8      Q.  Is it your opinion that, according to
9  you, because Seroquel has a greater weight of --
10  risk of weight and metabolic abnormalities compared
11  to Haloperidol, that, therefore, Seroquel is
12  unsafe?
13      A.  In the absence of having -- let me
14  rephrase that.
15          In light of the fact that there were
16  other drugs without those metabolic abnormalities
17  that could be used to treat psychoses, in that
18  respect, Seroquel was unsafe.
19      Q.  You haven't looked at any of the first-
20  generation antipsychotics or second-generation
21  antipsychotics to evaluate them for the risk of
22  metabolic abnormalities, have you, Doctor?
23      A.  With respect to the --
24          MR. BLIZZARD: Object to the form.
25      A.  -- studies that I've evaluated, yes.

Page 254

1    Q.   Doctor, I asked you whether or not
2  you've evaluated the risk of -- well, let's stick
3  with Haloperidol, for example.
4        Do you know for Haloperidol how that
5  compares to Seroquel with respect to the risk of
6  EPS?
7    A.   In the follow-up study from the CATIE
8  trial, it appears to be equivalent.
9    Q.   Is it your testimony that involved
10  Haldol?
11    A.   No.
12    Q.   Let me go back to my original question.
13  Is there a safer alternative design for Seroquel
14  that you claim AstraZeneca should have used?
15    A.   I don't -- I don't have an answer.
16    Q.   Did the vast majority of patients who
17  used Seroquel benefit from it?
18    A.   Could you be more specific by the term
19  "vast"?
20    Q.   Did the majority of the patients who
21  used Seroquel benefit from the medicine, ma'am?
22        MR. BLIZZARD:  Object to the form.
23    A.   In my opinion, no.  Because there were
24  such high dropout rates in all of the clinical
25  trials that I reviewed that it would indicate that

Page 255

1  the vast majority had no benefit because they
2  dropped out.
3    Q.   Do you know how many patients have used
4  Seroquel since it's been brought to the market in
5  the U.S.?
6    A.   No.
7    Q.   Any idea what percentage of patients who
8  used it think it benefited and helped them?
9    A.   It's irrelevant in the aspect of the
10  question at hand regarding diabetes and metabolic
11  risk.  Because in randomized clinical trials where
12  you're using a placebo control, you can evaluate
13  benefit versus harm better than observational
14  studies post marketing.
15    Q.   The FDA had all the information, Doctor,
16  to evaluate the risk of metabolic effects from
17  Seroquel when it approved Seroquel, did it not?
18    A.   I could not find all of the metabolic
19  risks that was in the FDA, so I can't answer for
20  the FDA.  I couldn't find it.
21    Q.   Did the FDA conclude that the benefits
22  of Seroquel outweighed the risks when the drug was
23  brought to market?
24    A.   I'll make the assumption that they did.
25  I haven't reviewed their documentation.

Page 256

1    Q.   Has the FDA repeatedly approved Seroquel
2  as safe and effective and that the benefits
3  outweigh the risks --
4        MR. BLIZZARD:  Object to the form.
5    Q.   -- since it's been brought on the
6  market?
7    A.   As I indicated earlier in my testimony,
8  I haven't extensively evaluated all of the FDA
9  documents with respect to Seroquel.
10    Q.   Do you know that Seroquel has been
11  approved for multiple indications since it's been
12  brought to the market in the United States?
13        MR. BLIZZARD:  Object to the form.
14    A.   Yes.
15    Q.   And on each of those occasions, the FDA
16  concluded the benefits outweighed the risks,
17  correct?
18        MR. BLIZZARD:  Object to the form.
19    A.   I can't define what the FDA decided.
20    Q.   You don't know what it means when the
21  FDA approves a medicine for an indication?
22    A.   Yes.
23    Q.   What does it mean?
24    A.   I'm making an assumption that it means
25  that -- actually, I'm not going to make any

Page 257

1  assumptions.
2    Q.   So you don't know?
3    A.   I want to go and review their actual
4  criteria before I answer that question.
5    Q.   As you sit here today, you don't know
6  what it means when the FDA approves a medicine for
7  an indication?
8    A.   All I can do as a scientist is -- am I
9  bothering you by the way I'm answering your
10  question?
11    Q.   No.  I'm asking do you know --
12    A.   You're just sighing and rolling your
13  eyes at me.
14    Q.   Doctor, I'm just asking you if you
15  know.  You're answering and giving very long-winded
16  answers.  And my question is very specific.
17        MR. BLIZZARD:  No, no, no.  She was
18  giving an answer.  Now you've used the
19  opportunity where she was asking you to please
20  stop rolling your eyes to formulate some new
21  question because you didn't like the answer
22  she was about to give.  She's doing a very
23  good job of trying to be responsive to you.
24  BY MR. GOLDMAN:
25    Q.   Doctor, I'm only rolling my eyes because

Page 258

1 I asked a simple question. So let me ask it
2 again. Okay? With me?
3      A.   Okay.
4      Q.   Do you know, as you sit here today, what
5 it means when the FDA approves a medicine for an
6 indication?
7      A.   The FDA reviews the data provided to
8 them by the company and reviews this data with
9 respect to efficacy and adverse events and makes a
10 determination about whether it is on balance at
11 that point in time, with that limited number of
12 subjects who have been treated, safe. But that is
13 explicitly why they create post-marketing
14 surveillance studies. Because many times, these
15 adverse events cannot be detected.
16      So while something may be approved as
17 safe at the time of approval, the FDA requires
18 follow-up studies to confirm that when administered
19 in larger populations, it's a safe drug.
20      Q.   Do you disagree with the FDA's
21 conclusion in 1997 that Seroquel should have been
22 approved for use in the United States?
23      A.   I haven't reviewed the efficacy data, so
24 I cannot -- I cannot answer. My focus has been
25 exclusively on the safety data. And with respect

Page 259

1 to the safety data, I think there was inadequate
2 attention given in the documentation to the FDA.
3      Q.   Did the FDA continue, Doctor, to review
4 all the data for subsequent indications for
5 Seroquel after 1997?
6      A.   I haven't seen the documentation for
7 that.
8      Q.   Do you disagree with the FDA's
9 conclusion that Seroquel should be approved for
10 indications like bipolar depression?
11      A.   I haven't evaluated that literature, so
12 I can't make an opinion.
13      Q.   Let me hand you what I've marked as
14 Exhibit 26.
15           (Defendant's Exhibit No. 26
16           was marked for identification.)
17      Q.   This is an e-mail from Lisa Arvanitis
18 August 13th, 1997 to John Monyak. Do you see it
19 there?
20      A.   Yes.
21      Q.   Have you reviewed this?
22      A.   Yes.
23      Q.   How did you find it?
24      A.   I asked to see it from Glenda Granger.
25 Because I had heard -- and I don't remember where I

Page 260

1 heard about this document, but I had heard about
2 it, so I asked to see it.
3      Q.   How did you hear about it, and when did
4 you hear about it?
5      A.   I don't recall, but sometime since I
6 starting working on this Seroquel.
7      Q.   You say in your report on page 11 when
8 you're talking about your view that the metabolic
9 derangements associated with Seroquel outweigh the
10 benefit, that in 1997, Dr. Arvanitis questioned the
11 competitive advantage of Seroquel. Do you see
12 that?
13      A.   Yes.
14      Q.   Please take a minute to read this e-mail
15 and show me where Dr. Arvanitis questions the
16 competitive advantage of Seroquel.
17      A.   It is in the -- one, two, three, four --
18 tenth paragraph. And to quote, "Therefore, I am
19 not sure there is yet any type of competitive
20 opportunity no matter how weak."
21      Q.   What Dr. Arvanitis is talking about,
22 Doctor, is a competitive advantage concerning
23 weight, true?
24           MR. BLIZZARD: Object to the form.
25      A.   In the first paragraph, it says, "Is

Page 261

1 there a competitive advantage for Seroquel
2 regarding weight gain which we can articulate?"
3      Q.   So the e-mail that you're relying on
4 from Dr. Arvanitis deals with a discussion about
5 competitive advantages over weight, correct?
6      A.   Yes.
7      Q.   Dr. Arvanitis nowhere in this e-mail
8 says that she thinks the risks of Seroquel outweigh
9 the benefits, does she?
10      A.   The tone of the e-mail was quite
11 negative. She discusses words like "problematic,
12 substantial limitations, pretty shady." So, to me,
13 that makes her question the relative advantage of
14 quetiapine compared to other existing drugs that
15 are out there. And she was really struck by the
16 consistency of the data across all the studies.
17      Q.   Are you finished?
18      A.   Yes.
19      Q.   Does Dr. Arvanitis anywhere in her
20 e-mail say that the risks of Seroquel outweigh the
21 benefits?
22      A.   Not in this e-mail.
23      Q.   Or in any others that you know of,
24 correct?
25      A.   I can't speak to others that I haven't

21 (Pages 258 to 261)

Page 262

1   read.
2       Q.   Since you asked to see this one
3   Dr. Arvanitis e-mail, did you ask to see any other
4   e-mails that Dr. Arvanitis wrote?
5       A.   No.
6       Q.   Did you ask to see how John Monyak
7   responded to Lisa Arvanitis?
8       A.   No.
9       Q.   You then say in your risk benefit
10  discussion that subsequent studies confirmed
11  Dr. Arvanitis's concern that Seroquel's benefit
12  risk profile is not superior to other drugs in the
13  class.  Do you remember that?  Do you see that?
14      A.   Yes.
15      Q.   First of all, Dr. Arvanitis is not --
16  withdrawn.
17          Then you talk about the CATIE study,
18  correct?
19      A.   Yes.
20      Q.   Do you know that the dosing in CATIE was
21  different for olanzapine and quetiapine?
22      A.   Different than?
23      Q.   Each other, the doses that were used.
24      A.   Can you be more specific?
25      Q.   Sure.  The average dose that was used in

Page 263

1   the CATIE study that you analyzed for quetiapine,
2   what was it?
3       A.   Well, the range was 200 to 800.  I don't
4   recall the mean.
5       Q.   Do you know that for olanzapine the
6   range was 7.5 to 30 milligrams per day, which is
7   above the recommended dose for olanzapine?
8       A.   I've seen a lot of responses in letters
9   regarding this study that have debated that point.
10  Some disagree with that, and some agree with that.
11      Q.   Do you think that 30 milligrams per day
12  is above the highest recommended dose for
13  olanzapine?
14      A.   I have not reviewed olanzapine dosing
15  requirements from multiple studies, so I can't
16  answer that question.
17      Q.   Did you review all of the CATIE studies
18  and the follow-up studies?
19      A.   Every CATIE follow-up study?
20      Q.   Yes.
21      A.   Not every CATIE follow-up study.
22      Q.   Why not?
23      A.   I didn't have sufficient time.
24      Q.   The -- you give opinions -- let me just
25  ask you, are you an expert in how AstraZeneca

Page 264

1   promoted Seroquel?
2       A.   I've reviewed some of their promotional
3   documents.
4       Q.   Are you an expert, Dr. Arnett, in how
5   AstraZeneca promoted Seroquel?
6       A.   I've evaluated the promotions and have
7   -- can speak as a scientist about their coherence
8   with the data that were available.
9       Q.   Did you review all of the materials that
10  AstraZeneca used to promote Seroquel?
11      A.   I reviewed some of them, but not all of
12  them --
13      Q.   Did you review --
14      A.   -- yet.
15      Q.   I'm sorry.
16      A.   Yet.
17      Q.   Did you review all of the 2253 forms
18  that were submitted to the FDA?
19      A.   Not all of them.
20      Q.   Do you know what a 2253 form is?
21      A.   I remember, but -- no.
22      Q.   So how do you know that you reviewed
23  some of them?
24      A.   Because I remember seeing that number,
25  but I can't tell you where because, as I said, I've

Page 265

1   reviewed thousands of pages in the last month.
2       Q.   Did you see any statement, by the way,
3   by the FDA that they thought that AstraZeneca
4   misled them in some way concerning Seroquel?
5       A.   Yes.
6       Q.   Where?
7       A.   In a memo that's on the FDA Web site
8   where they have written to AstraZeneca complaining
9   about misleading promotional materials.
10      Q.   And there you're talking about one
11  letter from the DDMAC division of the FDA about
12  promotional material, right?
13      A.   Yes.
14      Q.   My question was, did the FDA ever say to
15  AstraZeneca that they felt AstraZeneca misled the
16  FDA, as part of the NDA application?
17      A.   I have -- I can't comment on what the
18  FDA did because, as I said, I haven't reviewed
19  every document from the FDA.
20      Q.   You've given the opinion that
21  AstraZeneca consistently withheld support for
22  studies that could demonstrate Seroquel's lack of
23  safety relative to other antipsychotics.  Is that
24  your opinion?
25      A.   That is my opinion.

Page 266

1  Q.   First of all, you don't know what the
2  studies would have shown, do you?
3  A.   I don't have a crystal ball to say what
4  the studies would show.  Although there's such
5  consistent evidence related to all of the metabolic
6  abnormalities in the entire clinical profile that I
7  have no doubt they would have shown adverse events.
8  Q.   You have no doubt that every study that
9  AstraZeneca might have done for Seroquel would have
10  shown that there would have been adverse effects
11  concerning metabolic abnormalities?
12       MR. BLIZZARD:  Object to the form.
13  A.   What I said, to be clear, is that given
14  the consistency of data, that one would expect
15  consistent findings to persist.
16  Q.   Do you know how many studies AstraZeneca
17  did find concerning the development of Seroquel?
18       MR. BLIZZARD:  Object to the form.
19  A.   Within their own program?  Can you be
20  more specific?
21  Q.   Yes.  Let's start with that.
22  A.   No.
23  Q.   Do you know how much money AstraZeneca
24  spent on studies to develop Seroquel?
25  A.   No.

Page 267

1  Q.   Do you know how much funding AstraZeneca
2  gave to assist researchers in doing observational
3  studies?
4  A.   No.  But my opinion is specifically
5  related to metabolic studies.
6  Q.   Did you look at the -- consider the
7  studies that AstraZeneca funded that included
8  glucoregulatory data?
9  A.   I've answered that before.
10  Q.   What was your answer?
11  A.   Can you repeat the question?
12  Q.   Did you look -- did you consider all of
13  the studies that AstraZeneca funded which included
14  glucoregulatory data as part of the clinical trial?
15  A.   What I've reviewed to date is included
16  in my report.  I may amend the report to add other
17  studies.  So I doubt that I have done every
18  exhaustive study on glucoregulatory data.
19  Q.   When you reached your opinion that
20  AstraZeneca consistently withheld support for
21  studies, did you consider all the studies that
22  AstraZeneca supported --
23       MR. BLIZZARD:  Object to the form.
24  Q.   -- for Seroquel?
25       MR. BLIZZARD:  Object to the form.

Page 268

1  A.   I'm relying on their own internal
2  documents that put to light any studies related to
3  regulatory.  It's in my report.  Let me be
4  specific.
5  Q.   Are you talking about the bottom of page
6  13, where you talk about this red light, green
7  light?
8  A.   Yes.
9  Q.   Anything else you're relying on?
10  A.   Well, there's also in 2002 the study
11  that was withheld and the quote from Dr. Goldstein.
12  Q.   Did you quote Dr. Goldstein accurately
13  and completely here in your report on page 13 in
14  the e-mail from July 18th, 2002?
15  A.   The sections that are in quotations were
16  quotes derived from that e-mail.
17  Q.   Let me hand you what I've marked as
18  Exhibit 27.  Is this the July 18th, 2002 e-mail
19  that you're relying on for your opinion that
20  AstraZeneca consistently withheld support for
21  studies?
22       (Defendant's Exhibit No. 27
23         was marked for identification.)
24       MR. BLIZZARD:  Object to the form.
25  A.   This is only one.

Page 269

1  Q.   Is this the e-mail you're referring to
2  on page 13, Doctor?
3  A.   Yes.
4  Q.   Do you see in your report you quote the
5  e-mail as saying, "This would be an interesting
6  study, but carry substantial risks that we do not
7  differentiate from olanzapine or clozapine.  This
8  would be damaging," and then you have ellipses.  "I
9  would not want to enter into a study," and then you
10  continue.  Do you see that?
11  A.   Yes.
12  Q.   What language do you leave out when you
13  look at Dr. Goldstein's e-mail, "On the other
14  hand"?
15  A.   "On the other hand, positive data would
16  be very advantageous and allow us to further
17  distance ourselves from the diabetogenic
18  atypicals."
19  Q.   Why did you leave that out of your
20  report?
21  A.   Because in later instances, they put
22  this red-light language.  So it's consistent --
23  this shows a consistent pattern of withholding
24  these kinds of studies.
25  Q.   Do you use ellipses like this when you

Page 270

1  write articles in published literature?
2      A.   Yes.
3      Q.   Now, do you know anything about this
4  study from -- involving Dr. L. Platkin [phonetic]
5  from Turkey?
6      A.   No.
7      Q.   Do you know whether AstraZeneca
8  supported other studies where they gave a certain
9  amount of samples of quetiapine to other
10 researchers to study?
11     A.   Specifically for metabolic abnormalities
12 --
13     Q.   Yes.
14     A.   -- or in general?
15     Q.   Starting with metabolic abnormalities.
16     A.   I'm not aware of any.
17     Q.   You don't know one way or the other?
18     A.   Don't know one way or the other.
19     Q.   And you don't know --
20     A.   Although -- although from 2005, they
21 have this red-light policy.
22     Q.   All you know about the red-light policy
23 is what you read in the e-mail from 2005, correct?
24     A.   There's a document --
25     Q.   Yes.

Page 271

1      A.   -- a fairly long document.
2      Q.   And that's what you know about it?
3      A.   Yes.
4      Q.   The reason you know about the red-light
5  policy is because that's what the plaintiff's
6  lawyers told you?
7      A.   No.
8      Q.   How did you find out about it?
9      A.   It's in the Goldstein exhibits that I
10 read.
11     Q.   Did you read all the Goldstein exhibits?
12     A.   Yes.
13     Q.   Yesterday you said that you have
14 reviewed literature that says short-term weight
15 gain increases in the risk of diabetes --
16 withdrawn.
17          Yesterday you testified that you
18 reviewed literature that says that short-term
19 weight gain increases the risk of diabetes more
20 than long-term weight gain.  Do you remember that?
21     A.   No.  I'm sorry.  We talked a lot
22 yesterday.
23     Q.   Have you reviewed literature that says
24 short-term weight gain increased the risk of
25 diabetes more than long-term weight gain?

Page 272

1      A.   My recollection was that my statement
2  was short -- large amounts of weight gained over a
3  shorter period have a greater potential for
4  diabetes incidence.
5      Q.   Okay.
6      A.   And I have reviewed studies.  And I
7  remember saying that I couldn't quote them to you
8  and I'd have to go and review and bring you
9  references.
10          (Defendant's Exhibit Number 28
11           was marked for identification.)
12     Q.   I'm going to mark the next exhibit as
13 Exhibit 29 -- it's just going to be a blank
14 exhibit -- and ask that you provide the literature
15 you said you would provide yesterday for the
16 proposition that short-term weight gain increases
17 the risk of diabetes more than long-term weight
18 gain.
19          MR. BLIZZARD:  Object to the form.
20 she's already said that's not what she said.
21 She said yesterday rapid weight gain, and now
22 you're trying to turn that into short-term
23 weight gain, as you did yesterday.  We'll take
24 it under advisement whether we provide
25 additional documentation to you.

Page 273

1  BY MR. GOLDMAN:
2      Q.   The testimony from yesterday will say
3  what it says.  And, Doctor, I ask that you supply
4  the studies that you said and would be happy to
5  give me yesterday.  Okay?
6      A.   Uh-huh.  But my recollection again, just
7  to clarify, was rapid short-term weight gain.
8  There was a duration around it.
9      Q.   Please provide those studies as well as
10 part of the Exhibit 28.  Okay?
11          MR. BLIZZARD:  Object to the form.
12     Q.   Will you do that?
13     A.   Yes.
14          MR. BLIZZARD:  I don't understand the
15 "as well" part of it.  So if I'm going to be
16 involved in this process, you need to make it
17 clear to me.
18     Q.   Doctor, will you provide to me the
19 studies that you said you would provide to me
20 yesterday concerning weight gain in the short term
21 versus the long term?  Will you do that?
22     A.   With respect to?
23     Q.   What you said yesterday.
24     A.   Would you repeat what I said yesterday,
25 what you say I said.

Page 274

1  Q.   You testified that you had reviewed
2  literature that says that short-term weight gain
3  increases the risk of diabetes more than long-term
4  weight gain.  Let me represent to you that's what
5  you said.  Okay?
6      MR. BLIZZARD: Object to the form.
7  A.   I don't recall saying it that way.  I
8  recall saying that rapid increased short-term
9  weight gain.
10  Q.   Is it fair to say that you don't know of
11  any literature that says that short-term weight
12  gain increases the risk of diabetes more than long-
13  term weight gain?
14  A.   I'm going to review this literature and
15  provide -- I will provide that to you.
16  Q.   Do you have, as you sit here today, any
17  literature showing that rapid weight gain in the
18  short term increases the risk of diabetes greater
19  than long-term weight gain?
20  A.   I have seen that data published.  I
21  can't point to the exact paper now, but I'll find
22  the reference for you.
23  Q.   Have you cited it in any of the
24  materials in your reference exhibit list --
25  A.   No.

Page 275

1  Q.   -- that came with your reports?  No?
2  Okay.
3      Yesterday you mentioned that there is a
4  continuum of weight gain that you say leads to an
5  increased risk of diabetes over time.  Do you
6  remember that?
7  A.   Yes.
8  Q.   And you refer to two studies.  One, I
9  think you said, was Cahn?  Is that what you said?
10  A.   Yes.
11  Q.   And one was Colditz, right?
12  A.   Right.
13  Q.   Let me just mark the studies I think
14  you're referring to, and I want to confirm it.
15  Exhibit 29 is Colditz 1995, and Exhibit 30 is Chan,
16  C-H-A-N, 1994.
17      (Defendant's Exhibit Nos. 29 and 30
18       were marked for identification.)
19  Q.   Are those the two studies that you rely
20  on for your opinion that there's a continuum of
21  weight gain that leads to an increased risk of
22  diabetes over time?
23  A.   Yes.
24  Q.   Looking at Colditz 1995, did you read
25  this entire article?

Page 276

1  A.   Years ago.  I haven't read it recently.
2  Q.   What tables are you referring to in
3  Colditz 1995 that you are relying on for your
4  opinion about the continuum of weight gain that
5  increases the risk of diabetes?
6      MR. BLIZZARD: Object to the form.
7  A.   If you want -- if you want me to answer
8  that, I'm taking an hour to go and read the
9  issues.  This is too important an issue for me to
10  read here on the cuff.
11  Q.   Well, I would like you to look at the
12  tables, if you can.  There's not that many of
13  them.
14  A.   I can look at the tables, but I'm
15  telling you as a scientist sitting here, I am not
16  analyzing this data on ten minutes', five minutes'
17  notice and providing an opinion.
18  Q.   Can you tell me, as you sit here today,
19  Dr. Arnett, what you rely on in Colditz 1995 to
20  support your opinion?
21      MR. BLIZZARD:  Are you saying she can't
22  take the time to read it?
23  Q.   Can you answer my question?
24      MR. BLIZZARD:  Are you telling her she
25  can't take the time to read the document?

Page 277

1  Q.   I would like to know the answer to my
2  question, Doctor.
3      MR. BLIZZARD: Well, then I'm going to
4  instruct her not to answer this question
5  because you're not giving her adequate time to
6  read the document.
7  BY MR. GOLDMAN:
8  Q.   Dr. Arnett --
9      MR. BLIZZARD:  That's a matter of
10  professionalism.
11      MR. GOLDMAN:  Ed, I didn't say I
12  wouldn't give her time.
13  Q.   I'm asking as you sit here --
14      MR. BLIZZARD:  Without looking at the
15  document, is what you're saying.
16  Q.   Doctor, I'm going to give you as much
17  time as you need to read Colditz 1995 and Cahn
18  1994.
19      MR. BLIZZARD:  Why don't you do that?
20  Q.   My question to you is, can you look at
21  this article and tell me now what tables you are
22  relying on in Colditz 1995?  And if it's going to
23  take you an hour, I'd like to know that because I
24  may not have an hour for you to read this one
25  article.

Page 278

1    A.   For now I'll quote the abstract.  If you
2  want a more detailed analysis relative to the
3  tables, then I will take the hour to review the
4  papers.
5    Q.   Let's start with the abstract, and I
6  think we're going to have to come back, and we'll
7  raise this with the judge if it's going to take you
8  an hour to read this.  Okay?
9      So what in the abstract are you relying
10  on --
11      MR. BLIZZARD:  Let me just clarify.  She
12  said an hour to read both papers.  You keep
13  going back to one paper.
14    Q.   Dr. Arnett, what in the abstract are you
15  relying on in Colditz 1995 to support your opinion?
16    A.   Risk increased -- this is risk of
17  diabetes -- with greater body mass index and even
18  women with average weight, which is a body mass
19  index of 24 kilograms per meter squared, have an
20  elevated risk compared to women with stable weight,
21  those who gained or lost less than 5 kilograms
22  between ages 15 and 1976.  And after adjustment for
23  age and body mass index at each 18 years, the
24  relative risk for diabetes among women who had a
25  weight gain of 5 to 7.9 kilograms was 1.9, with a

Page 279

1  confidence interval of 1.5 to 2.3.  The risk was
2  greater in women who gained more, 2.7, with a
3  confidence interval of 2.1 to 2.3.
4    Q.   And how long, Doctor --
5    A.   In contrast --
6    Q.   Sorry.
7    A.   In contrast, women who lost more than 5
8  kilograms reduced their risk of diabetes by 50
9  percent or more, and these results were independent
10  of family history of diabetes.
11    Q.   How long would it take you, Doctor, just
12  to look at the four tables in Colditz 1995 and tell
13  me whether you're relying on them, five tables?
14    A.   15 minutes.
15    Q.   Well, let's go ahead and do that.
16    A.   Okay.
17      MR. GOLDMAN:  And this is one of the
18  reasons, Ed -- you can go ahead and do that.
19  You don't need to stay.
20    A.   Okay.  Do you want me to leave?
21    Q.   Yeah, that's fine or stay, whatever you
22  prefer.
23      (Off the record.)
24    Q.   We've been off the record now, Doctor.
25  Have you reviewed Colditz '95?

Page 280

1    A.   I've skimmed the method section and
2  again the tables.  I think I only took about eight
3  minutes to review this.
4    Q.   What tables do you rely on for your
5  opinions about this continuum between weight gain
6  and increased risk of diabetes?
7    A.   Table 3.
8    Q.   Any other tables?
9    A.   For weight gain, for weight gain,
10  specifically Table 3.
11    Q.   Are there any other tables you're
12  relying on for your opinions in this case other
13  than Table 3 in Colditz 1995?
14      MR. BLIZZARD:  Object to the form.
15    A.   Table 1.
16    Q.   Any other tables?
17    A.   No.
18    Q.   Can you look at the Chan article, which
19  is Exhibit 30?  Do you have that there?  Do you --
20  how much time do you think you would need to read
21  the tables here to know what you're going to refer
22  to and rely on?
23    A.   Tables 1, 3, and 4.  But, again, I may
24  amend this later because I haven't read this in
25  detail.

Page 281

1    Q.   How many years of follow-up in the
2  Colditz article did the study consider in getting
3  the data for the tables you're relying on?
4    A.   For Table 1, there was a 14-year
5  follow-up.
6    Q.   How about for the other tables that you
7  relied on?
8    A.   For Table 3, they evaluated weight
9  change between 18 years and 1976.
10    Q.   How many years is that?
11    A.   It would depend.
12    Q.   On what?
13    A.   On -- the women who are 30 to 55 years
14  of age at entry.  So you would have to add those
15  numbers up.
16    Q.   Does this article by Colditz say that
17  short-term weight gain increases the risk of
18  diabetes?
19    A.   They haven't evaluated short-term weight
20  gain.
21    Q.   So the article doesn't say that short-
22  term weight gain increases the risk of diabetes?
23    A.   I can't say that it does or doesn't.  I
24  haven't read the entire article, only Tables 1 and
25  3.

Page 282

1     Q.   And the methods section and the
2  abstract?
3     A.   I've skimmed the methods and read the
4  abstract.
5     Q.   Based on what you've reviewed so far for
6  Colditz 1995, are you relying on this to support an
7  opinion that short-term weight gain increases the
8  risk of diabetes?
9     A.   No.
10    Q.   In Chan, can you tell me what the
11  follow-up period was?
12    A.   Five years.
13    Q.   And are you relying on this article to
14  say that short-term weight gain for anywhere
15  between -- up to four years increases the risk of
16  weight gain?
17    A.   Up to four years?
18  ·  Q.   Yes.
19    A.   No.  But five years.
20    Q.   Dr. Arnett, for weight gain between one
21  day and four years, are you relying on Chan's
22  article to say that that amount of weight gain over
23  that period of time increases the risk of diabetes?
24    A.   To answer that question, I have to read
25  the entire paper.  And if there's no indication

Page 283

1  that the risk ratio changed over a duration of
2  follow-up, then one could extrapolate down to ·
3  younger -- to lesser follow-up periods.
4     Q.   Have you done that?
5     A.   No.  I haven't read that yet.
6     Q.   In Table 2, you created that in your
7  report as part of your amended report, right, a
8  list of observational studies?
9     A.   Yes.
10    Q.   And in your first report, you didn't
11  cite any of these studies other than Guo 2007,
12  correct?
13    A.   I had read them.  I just hadn't cited
14  them yet.
15    Q.   And are you relying on any observational
16  studies other than those cited in Table 2 to
17  support your opinions in this case?
18    A.   Yes.
19    Q.   What?  Which ones?
20    A.   A study by Buse, B-U-S-E, published in
21  2003.
22    Q.   Any others?
23    A.   No.  But as I continue to accumulate, I
24  may amend my report.
25    Q.   What did the Buse article say about the

Page 284

1  relative risk between Seroquel and the comparator?
2     A.   Compared to the general population, the
3  relative risk they observed was 1.7 for incident
4  diabetes in relation to Seroquel.
5     Q.   In relation to conventionals?
6     A.   No, in the general population.
7     Q.   Okay.  And then do you know how Seroquel
8  compared to the other antipsychotics that were
9  studied in the Buse study?
10    A.   I didn't evaluate that because I'm
11  evaluating the causation with respect to Seroquel.
12    Q.   Do you know how Seroquel compared in
13  terms of the risk of diabetes to Haloperidol in
14  Buse?  Did you look at that?
15    A.   I don't recall.
16    Q.   What is the increased relative risk of
17  diabetes, and what are the confidence intervals if
18  the Seroquel dose is less than 200 milligrams per
19  day?
20    A.   The data and aggregate haven't broken it
21  down by dose, with the exception of one study,
22  which was the Olendorf study, I believe.
23    Q.   Do you have an opinion, Dr. Arnett,
24  about --
25    A.   Forgive me.  It was -- I don't recall if

Page 285

1  it was Feldman or Olendorf.
2     Q.   Do you have an opinion about what the
3  relative risk is of diabetes and confidence
4  intervals if we're talking about a dose of Seroquel
5  under 200 milligrams?
6     A.   Are you referring simply to the
7  observational studies in that question?
8     Q.   No.
9     A.   Okay.  In the totality of the studies
10  reviewed as part of the NDA and the other studies
11  that are listed in my expert report, there's
12  indication of dose response with increased weight,
13  triglyceride values, lower thyroid levels,
14  hyperglycemia with increase in dose -- strike
15  that.  I'm not sure about hyperglycemia because I
16  haven't evaluated that with respect to dose.  But
17  for the others, there's definitely a dose-related
18  effect.
19    Q.   Do you have an opinion, Dr. Arnett,
20  that -- what the increased relative risk is of
21  diabetes or hyperglycemia if the dose is 200
22  milligrams or less?
23    A.   I haven't yet reviewed the data for
24  studies that evaluated doses of 200 or less.  As I
25  indicated yesterday, in the NDA, most doses were in

Page 286

1  excess of 300 milligrams.
2      Q.   Do you know what the relative risk is of
3  diabetes or hyperglycemia and what the confidence
4  intervals are if the dose is 400 milligrams of
5  Seroquel?
6      A.   I haven't reviewed the data with respect
7  to dose for hyperglycemia other than the NDAs,
8  which were primarily 300 or more milligrams.
9      Q.   So is the answer to that you don't know
10  what the relative risk is of diabetes or
11  hyperglycemia or what the confidence levels are for
12  a dose of 400 milligrams of Seroquel?
13          MR. BLIZZARD: Object to the form.
14      A.   I said I haven't reviewed it yet.
15      Q.   What is the relative risk of Seroquel
16  that you say exists for the risk of diabetes?
17      A.   In the studies that have compared
18  Seroquel to general population, specifically
19  observational studies, the estimated relative risk
20  of diabetes, the relative risk ranges from a low of
21  1.7 to a high of 33.
22          In the aggregate of the studies that I
23  cited in this report from the clinical trials
24  conducted by AstraZeneca, the relative risk was
25  just over 2.

Page 287

1      Q.   2.02, you're talking about?
2      A.   Yes.
3      Q.   When you look at the observational
4  studies, are you going to tell the jury that the
5  relative risk for Seroquel is somewhere between 1.7
6  and 33 based on the observational studies?
7      A.   Yes, compared to a general population.
8      Q.   Can you be any more specific about what
9  the relative risk is that you say applies to
10  patients who use Seroquel compared to those who
11  don't?
12      A.   Not at this point.
13      Q.   And when I'm talking about relative
14  risk, we're talking about hyperglycemia and
15  diabetes, right?
16      A.   No. You specifically asked me about
17  diabetes.
18      Q.   Okay.
19      A.   And I qualified it by saying in the
20  observational studies, this was observed, and in
21  the clinical trials --
22      Q.   Yes.
23      A.   -- the 2.02 was observed.
24      Q.   On observational studies for diabetes,
25  just so I'm clear. Okay?

Page 288

1      A.   Uh-huh.
2      Q.   Can you be any more specific about the
3  relative risk that you say applies for Seroquel
4  when it comes to diabetes other than that it's
5  somewhere between 1.7 and 33?
6      A.   Today I won't be any more specific.
7      Q.   Yesterday you said that you couldn't
8  find the Miller 2005 article. Do you remember
9  that?
10      A.   Yes. I suppose you're going to ask me
11  to read it now.
12      Q.   No, I won't. I'm just going to give it
13  to you for your files.
14          (Defendant's Exhibit No. 31
15          was marked for identification.)
16      Q.   I marked it as Exhibit 31, and this is
17  Miller 2005. And is this the article, just looking
18  at the title, Doctor, that you were unable to
19  obtain before I just gave it to you?
20      A.   Yes.
21      Q.   Now, let's talk about Feldman for a
22  minute. Is that a study you rely on?
23      A.   Yes.
24      Q.   Let me mark as Exhibit 32 Feldman 2004.
25          (Defendant's Exhibit No. 32

Page 289

1          was marked for identification.)
2      Q.   Is this the article that you cite in
3  your Table 2, Doctor?
4      A.   Yes. Note in the Table 2, at the time
5  that I finished this report on Friday, I could only
6  have access to the abstract. I later had the whole
7  paper to review. So in the abstract where it says
8  "NR" under the relative risk, not reported, the
9  relative risk was not reported within the abstract
10  itself.
11      Q.   Is that how you found out the relative
12  risks here for your other studies, by looking at
13  the abstracts?
14      A.   No. I -- I had the complete citations.
15      Q.   Why couldn't you read the entire Feldman
16  article before you finalized your amended report?
17      A.   I couldn't get access to this journal at
18  UAB. It is a fairly obscure journal.
19      Q.   So looking at it now, do you know that
20  there was, in fact, a relative risk reported for
21  quetiapine in Table 3?
22      A.   Yes.
23      Q.   Now, you are saying here in Table 2 --
24  you cite as the confidence interval of 1.3 to 2.9.
25  You're saying that confidence interval applies when

Page 290

1  you look at Seroquel compared to conventional
2  antipsychotics, right?  Isn't that what your table
3  says in your report?
4      A.   Yes.
5      Q.   That's wrong?
6      A.   Right.  It's general population.  I
7  meant to tell you that this morning.  Because in
8  the abstract, it doesn't clarify that.  And when I
9  read the paper over the weekend, I noticed that
10  that is true.  So I agree with you.  This 1.9 is
11  for the general population.  But if you'll notice
12  in the abstract, it doesn't say that.
13      Q.   And you noticed that over the weekend?
14      A.   Yes.
15      Q.   Well, in the abstract -- there's nothing
16  in the abstract that says that the confidence
17  interval for Seroquel is comparing the risk of
18  diabetes in Seroquel to conventional
19  antipsychotics, does it?
20      A.   No.  But in the conclusion, they cite
21  conventional antipsychotics, which is why I thought
22  that that was what the relative risk confidence
23  intervals referred to.  But it was very unclear.
24  And as I said, this was a very obscure journal, so
25  it's not particularly well written.

Page 291

1      Q.   If you look at the next table there,
2  Doctor, Table 4.  Did you read this table over the
3  weekend?
4      A.   Yes.
5      Q.   Do you see that when you compare
6  quetiapine to all conventionals, what's the
7  relative risk?
8      A.   It is .7 in this report.
9      Q.   And that's indicating that there's a
10  lower risk of diabetes seen for Seroquel patients
11  than for those on conventional antipsychotics in
12  Feldman?
13      A.   Yes.  And that's actually a weakness I
14  cite as a limitation of all of these studies with
15  respect to causality.
16      Q.   Can you elaborate on that?
17      A.   Certainly.  As indicated in my expert
18  report, the optimal design to test causation would
19  be a randomized clinical placebo-controlled trial.
20  Obviously, for rare events, that's difficult to
21  do.
22          In the bulk of the studies published
23  with respect to diabetes and atypical
24  antipsychotics, the referent group is conventional,
25  not the absence to treat.  So to any degree that

Page 292

1  those drugs may also cause diabetes, then the
2  result is confounded.
3      Q.   Do you see that in Feldman the number of
4  cases of diabetes for quetiapine was 29 in Table
5  4?  Do you see that?
6      A.   Yes.  It's -- I see that.
7      Q.   And is that considered a decent sample
8  size?
9      A.   No.  Well, one of the -- another of the
10  limitations of all of the studies that I reviewed
11  is that Seroquel is not a commonly used atypical
12  antipsychotic drug.  So the sample sizes are
13  consistently smaller for it relative to the other
14  atypicals.
15      Q.   And you see the number of patients in
16  the cohort for quetiapine is 1,664, right?
17      A.   Yes.
18      Q.   And by the way, when you compare
19  quetiapine's relative risk in Feldman to
20  Haloperidol, it's also .7 for protective when it
21  comes to diabetes, true?
22      A.   I don't see where you're getting that
23  number.
24      Q.   Sure.  In Table 4, do you see that the
25  reference is all conventionals and it's Haloperidol

Page 293

1  as well?  And the risk ratio in brackets is 1 for
2  both.  Do you see that?
3      A.   I see it.  And can I -- I need to review
4  how they connected the analysis in the methods
5  section.  I need to review that again.
6      Q.   Okay.  Take your time.
7      A.   Because to me, again, what I'm
8  interested in is no treatment, not other treatment.
9          So I don't know why they listed all
10  conventionals with a risk ratio of 1 and then
11  Haloperidol under that.  Because they only evaluate
12  Haloperidol as the referent, according to their
13  methods section on page 40.
14      Q.   Okay.  Well --
15      A.   I told you it's not well written.
16      Q.   Well, you rely on it for your opinions?
17      A.   Yes.
18      Q.   In these studies -- this study here,
19  Feldman 2005, if you were to correct your chart,
20  Doctor, under Feldman, the relative risk should be
21  .7 and the confidence interval should be .5 to 1.1?
22          MR. BLIZZARD:  Object to the form.
23      Q.   I'm sorry.  And the P value is .136?
24      A.   For the comparison to conventional
25  antipsychotic treatment.

Page 294

1    Q.   Which is what your Table 2 is?
2    A.   Yes.  But, again, I would like the
3    record to reflect that the abstract that I had to
4    rely on when I put this together is incorrect.
5    Q.   You were interested, you said, in
6    studies that just compared Seroquel to nontreatment
7    in observational studies, right?
8    A.   Yes.
9    Q.   Is nontreatment an option for patients
10   who have schizophrenia?
11   A.   Well, given that there were
12   placebo-controlled trials in Phase II and III, I'm
13   guessing for short term, since they used placebo,
14   that for short term, it could be used.  But
15   typically, I would -- I would imagine that
16   schizophrenia patients would require treatment.
17   Q.   So you agree that it is not an option to
18   treat patients who have schizophrenia with placebo
19   long term?
20   MR. BLIZZARD:  Object to the form.
21   A.   What I answered was, in the Phase II and
22   III studies, they did use placebo-controlled
23   studies.  So for those studies, placebo was
24   acceptable.
25   Q.   I mean, you're not just studying here in

Page 295

1    Table 2 the patients who were in the Phase II,
2    Phase III studies, right?
3    A.   Right.
4    Q.   So I'm asking you, just as a general
5    matter, Doctor, is it an option to treat patients
6    long term who have schizophrenia with a placebo?
7    A.   Yes.  I would not think that that's an
8    option.  Let me restate that for long term.  But
9    let me also restate that you could use an -- if I
10   were designing studies to evaluate the causal
11   effect of Seroquel on diabetes, my ideal referent
12   group would be people without treatment, not
13   necessarily schizophrenia patients alone.
14   Q.   Did you attempt to find all the
15   observational studies that looked at the risk of
16   diabetes between Seroquel and no treatment?
17   A.   As indicated in my testimony yesterday,
18   what I did in my search was to put Seroquel and
19   diabetes in as search terms in PubMed and pulled
20   everything that I found from that review.  And so I
21   could have missed studies that did not list
22   Seroquel or quetiapine in the abstract or title.
23   Q.   Did you attempt to find all the
24   observational studies that have been published that
25   have looked at Seroquel and diabetes comparing

Page 296

1    Seroquel treated patients to those who were not
2    using antipsychotics?
3    A.   So obviously, you didn't like the
4    opinion I just gave about how I went about doing
5    it.
6    Q.   No, I'm asking for -- all I'm trying to
7    establish, Doctor, is you did your best to identify
8    all the observational studies that compared
9    Seroquel to no treatment with respect to diabetes.
10   A.   So in addition to that search, I went
11   through reference lists to identify any additional
12   ones that may exist.
13   Q.   So you feel comfortable that you did
14   your best to try to identify observational studies
15   with Seroquel against no treatment with respect to
16   diabetes?
17   MR. BLIZZARD:  Object to the form.
18   A.   I'll say I did my best.  I can't say I
19   found them all, but I did my best.
20   Q.   Would you have included any studies that
21   you did find that looked at Seroquel versus no
22   treatment with respect to diabetes in your report?
23   A.   Could you restate the question?
24   Q.   Yes.  Did you include in your report all
25   the studies that you had identified that looked at

Page 297

1    Seroquel compared to no treatment with respect to
2    diabetes?
3    A.   There was one report I omitted from my
4    report, one publication I omitted, because I
5    didn't, after review of the paper, find it to be
6    designed sufficiently to rely on it.  And that was
7    a study by Gian Fresco. [phonetic]
8    Q.   You found that to be not reliable?
9    A.   Yes.
10   Q.   With respect to Gian Fresco, any other
11   studies that compared Seroquel to no treatment, did
12   you include those in your report?
13   A.   To the best of my knowledge, I found
14   what is published.
15   Q.   Was the Gian Fresco study in 2003 or
16   2006?
17   A.   '3.
18   Q.   Are you relying on Clinical Trial 41 for
19   any of your opinions?
20   A.   I haven't yet reviewed it.
21   Q.   How many Seroquel studies collected
22   glucoregulatory data?
23   A.   You've asked me that before, and I've
24   answered it.
25   Q.   Do you know how many, the number?

Page 298

1    A.   I'll answer again consistently with my
2  last answer, is that I don't know the number.
3    Q.   Do you know how many Seroquel studies in
4  your possession contain glucoregulatory data?
5    A.   All of the data from the NDA have
6  glucoregulatory data if you consider glucose
7  values, which I do, glucoregulatory, and Studies
8  125, 126, and 127.  And from the list of those
9  abstracted in Table 1 from the Web site, all of
10  them contained weight data which affects glucose
11  regulation.  So indirectly, those are the studies
12  that I've evaluated.
13    Q.   Do you know just the absolute number of
14  how many studies were done with Seroquel that
15  contain glucoregulatory data?  Do you know that
16  number?
17    A.   No.
18    Q.   Let me mark Exhibit 33, which is
19  Sacchetti.  Is that how you pronounce it,
20  Sacchetti?  Do you know, Doctor?
21    A.   No, I don't.
22        (Defendant's Exhibit No. 33
23         was marked for identification.)
24    Q.   Is this the Sacchetti article you're
25  talking about in your report that has a relative

Page 299

1  risk at 33?
2    A.   Yes.
3    Q.   How many patients in this study
4  developed diabetes during the study period on
5  Seroquel?
6    A.   There were 109 patients on Seroquel.
7    Q.   How many of those patients had incident
8  diabetes?
9    A.   Three.
10    Q.   Do you consider that to be a sufficient
11  sample size for a study to rely on?
12    A.   Yes.
13    Q.   Do you see the incidence person years of
14  52.7 for quetiapine?
15    A.   Yes.
16    Q.   And do you see that that's a numerically
17  larger -- twice as large as olanzapine?  Do you see
18  that?
19    A.   More than twice.
20    Q.   Right.
21    A.   Yes.
22    Q.   Do you see that?  Do you know any other
23  study where that happened?
24    A.   I have not reviewed the olanzapine data.
25    Q.   Do you know that the Sacchetti study is

Page 300

1  the smallest one in terms of the number of patients
2  on Seroquel and the number of patients who
3  developed diabetes of all the observational studies
4  that there are on Seroquel?
5        MR. BLIZZARD:  Object to the form.
6    A.   Yes.
7    Q.   Am I right that there was no
8  statistically significant difference in risk of
9  diabetes among the antipsychotics in this study?
10    A.   I didn't evaluate that question.
11    Q.   Well, if you look at the second page of
12  this article, right column, second to last
13  paragraph, last sentence, do you see the statement
14  at the bottom, "The ratios estimated for
15  haloperidol, olanzapine, risperidone and quetiapine
16  were not significantly different when compared to
17  each other"?
18    A.   Again, my focus is on the general
19  causation of Seroquel with respect to diabetes and
20  taking ratios against other comparators to me is
21  irrelevant to that question.  And I don't see it
22  actually.  You'll have to point it out to me again.
23    Q.   Second page, second to the last
24  paragraph, last sentence.  "The ratios estimated
25  for haloperidol, olanzapine, risperidone and

Page 301

1  quetiapine were not significantly different when
2  compared to each other."
3        Any reason to disagree with that,
4  Doctor?
5    A.   I'm sorry.  Can you point it out to me?
6    Q.   Sure.  Second page, right column, second
7  to the last paragraph, last sentence.  "The ratios
8  estimated for haloperidol, olanzapine, risperidone
9  and quetiapine were not significantly different
10  when compared to each other."
11    A.   I don't argue that's what this page
12  says.
13    Q.   Now, you said that you were only
14  interested in observational studies that compared
15  Seroquel to nontreatment, right?
16        MR. BLIZZARD:  Object to the form.
17    A.   I did not say that.  I said that would
18  be my ideal design.
19    Q.   You said that -- Doctor, in Table 2 of
20  your report on page 11, do you list the relative
21  risk of Seroquel compared to conventional
22  antipsychotic treatments in the nine observational
23  studies that are there?
24    A.   Yes.
25    Q.   And in Sacchetti, there is an indication

Page 302

1    that there is no difference in the risk of diabetes
2    for Seroquel compared to these other
3    antipsychotics, including Haloperidol, which is an
4    conventional antipsychotic, true?
5        A.   That's what this paper states. I didn't
6    evaluate that question. It's -- in the event where
7    I could compare it to no treatment, that was my
8    preference.
9        Q.   But Table 2 doesn't involve any studies
10   compared to no treatment.
11       A.   Yes, it does.
12       Q.   Table 2 of your --
13       A.   But Table 2 in Sacchetti is compared to
14   unexposed subjects.
15       Q.   But in your Table 2 from your report,
16   you've got a whole table of observational studies
17   comparing the relative risk of Seroquel to
18   conventional antipsychotics, right?
19           MR. BLIZZARD: Object to the form.
20       A.   Because that's -- yes, because that's
21   what's available in the literature.
22       Q.   But you left out that Sacchetti had a
23   finding that there was no difference between
24   Seroquel and conventional antipsychotics,
25   Haloperidol?

Page 303

1        A.   As I previously testified, to me it is
2    irrelevant.
3        Q.   It's irrelevant how Seroquel compares to
4    other antipsychotics with respect to the risk of
5    diabetes?
6        A.   When you have within the same database a
7    comparison to nontreatment.
8        Q.   Was Feldman a study that had both
9    nontreatment and conventionals compared to
10   Seroquel?
11       A.   Yes.
12           MR. GOLDMAN: Let's take a break. I
13   want to take a look at my notes.
14           (Off the record.)
15   BY MR. BLIZZARD:
16       Q.   Is it right that --
17           MR. GOLDMAN: Ed, go ahead and make your
18   statement. Then I'll speak.
19           MR. BLIZZARD: We came today and started
20   at 8:30. We stopped at 10:00 and took a
21   15-minute break and came back at 10:15. It is
22   now -- we actually only broke last time
23   because you asked the doctor to read this
24   article, and that was going to come out of
25   your time by my understanding of the way this

Page 304

1    worked. So it is now 10 -- 11:42. So by my
2    calculations, you would have at most another
3    five minutes.
4        MR. GOLDMAN: Well, the doctor said she
5    used 8 minutes, not 15 to review the studies.
6        MR. BLIZZARD: Well, we --
7        MR. GOLDMAN: I let you finish, so let
8    me finish.
9        MR. BLIZZARD: Sure.
10       MR. GOLDMAN: The court reporter kept
11   track of the time. She said there's between
12   12 and 15 minutes left. I'm going to use the
13   15 minutes, and that's still going to be
14   insufficient, given the late report that was
15   served on us, which we're going to have to
16   take up with the Court.
17       MR. BLIZZARD: Well, you're not going to
18   take 12 to 15 minutes unless the court
19   reporter certifies that somehow I'm wrong in
20   my calculation here. We took a 15-minute
21   break this morning. That's all we took. And
22   we started at 8:30.
23       MR. GOLDMAN: I am looking at the court
24   reporter right now. Are you nodding that you
25   have been calculating the time from the

Page 305

1    beginning, and there's still 12 to 15 minutes
2    left?
3        THE COURT REPORTER: I said I was
4    estimating, but I will do it down to the
5    minute.
6        MR. GOLDMAN: Can you please type that
7    up?
8    BY MR. GOLDMAN:
9        Q.   Dr. Arnett, have you talked about your
10   testimony with plaintiff's counsel at all during
11   the breaks of the deposition in the last two days?
12       A.   Small talk.
13       Q.   The observational studies that I don't
14   have time to go through, but which are listed in
15   your table --
16       A.   Well, we've gone through several of
17   them.
18       Q.   Dr. Arnett, Table 2 of your
19   observational studies, you mention there's a
20   problem -- a limitation with them, being the sample
21   size. That was one of the limitations you said,
22   right?
23       A.   Correct.
24       Q.   What are the other limitations of the
25   observational studies that you identified in Table

Page 306

1  2?
2      A.   Most are short term, both in terms of
3  the time of exposure to Seroquel as well as the
4  time to follow-up of the incident diabetes.
5      Q.   What else?
6      A.   Most rely on administrative databases to
7  define exposure to Seroquel as well as diabetes
8  definitions, which are based on primarily either
9  ICD9 codes or medication pharmacy records.
10     Q.   What else in terms of limitations of the
11 observational studies you have in Table 2?
12     A.   The major one to me is that they're not
13 comparing Seroquel to nontreatment.
14     Q.   Is another limitation of the
15 observational studies in your Table 2 that there is
16 potential confounding because of the use of these
17 conventional antipsychotics?
18     A.   Potentially.
19     Q.   Is it also true that there's potential
20 confounding in the observational studies in Table 2
21 because they don't adjust for pre-existing BMI?
22     A.   Maybe or maybe not.
23     Q.   Did you -- am I right that the
24 observational studies in Table 2 do not adjust for
25 family history or other risk factors of diabetes?

Page 307

1      A.   That is not true.
2      Q.   Which ones do?
3      A.   For which risk factor?
4      Q.   BMI, or obesity.
5      A.   Well, with respect to obesity -- because
6  in Table 2, you've restricted the sampling to those
7  who were on antipsychotic drugs, so there's no -- I
8  don't see that BMI will be as important a
9  confounder within that context.  Because they all
10 have the same definition of antipsychosis
11 indications.  So there's no reason for me to
12 believe that people would be treated differently
13 with atypicals versus typicals with respect to
14 their BMI.
15     Q.   Did any of the observational studies
16 adjust for baseline BMI that you have in Table 2?
17     A.   Some did.  I can't specifically point to
18 the ones that did.
19     Q.   What about family history -- do you
20 know -- of diabetes?
21     A.   I don't believe that all of them
22 adjusted for family history.
23     Q.   Did the observational studies in Table 2
24 adjust for other risk factors for diabetes?
25     A.   Some did.

Page 308

1      Q.   Which didn't?
2      A.   The Semyak, Leslie and Lambert 2005 did
3  not.  And those are the ones I can recall without
4  going back and looking at my source documents.
5          (Defendant's Exhibit No. 34
6          was marked for identification.)
7      Q.   Let me hand you what I've marked as
8  Exhibit 34.  And I've just tagged the page.  This
9  is the DDMAC letter that you talked about earlier.
10 Can you turn to the page that I put a Post-It on?
11 This is a letter from DDMAC on November 2006.  Do
12 you see the line that I highlighted there?
13     A.   Yes.
14     Q.   Can I have it just so I can read it?
15         Do you see that the FDA's DDMAC division
16 states, "While the agency acknowledged that it has
17 not been established whether Seroquel causes
18 diabetes."  Do you see that?
19     A.   I see that it says that.
20     Q.   Do you disagree with the FDA when they
21 say that it has not been established that Seroquel
22 causes diabetes?
23     A.   Could you restate that question?
24     Q.   Do you disagree with the FDA's statement
25 that it has not been established that Seroquel

Page 309

1  causes diabetes as of November of 2006?
2          MR. BLIZZARD:  Object to the form.
3      A.   Yes.
4      Q.   You disagree with the agency?
5      A.   Yes.
6      Q.   Which has been involved in analyzing
7  antipsychotics for decades?
8          MR. BLIZZARD:  Object to the form.
9      Q.   Right?
10     A.   I don't know if they've been involved.
11 I presume since they're a regulation body they have
12 been involved.
13     Q.   Has the FDA been involved in analyzing
14 Seroquel and other antipsychotic drugs for longer
15 than you have?
16     A.   For efficacy, yes.
17     Q.   Is it your position that your
18 involvement in this litigation since June of 2008,
19 that you have spent more time analyzing the safety
20 relating to Seroquel than the FDA has?
21     A.   I can't say how many total hours were
22 spent by the FDA in relation to the specific
23 metabolic consequences and follow-up of all of the
24 observational studies that I have done.  So I can't
25 compare what they have done to what I have done.  I

Page 310

1  have done a thorough evaluation specifically within
2  the NDA looking at these metabolic consequences.
3      Q.   Do you know whether the FDA has
4  specifically looked at the NDA to look for
5  metabolic consequences?
6      A.   I don't know if it was on their radar
7  screen or not.
8      Q.   Do you know that they looked at
9  metabolic consequences, the FDA did, when the
10  medicine was approved?
11     A.   I don't know that they did or did not.
12     Q.   All right.  Let me just mark this
13  exhibit, which is the second amended notice of
14  deposition, as Exhibit 35.  Have you seen this
15  before, and specifically the last page, Schedule
16  A.?
17          (Defendant's Exhibit No. 35
18           was marked for identification.)
19          MR. BLIZZARD:  This is something that we
20  handled, so if you need to address this, you
21  need to address it to me.
22          MR. GOLDMAN:  I just want to know, Ed,
23  if Dr. Arnett has provided and you provided
24  the information we requested here in the
25  amended notice and obviously in conjunction

Page 311

1  with the stipulation we reached.
2          MR. BLIZZARD:  Well, we have provided
3  Dr. Arnett's entire file.  This schedule, as I
4  understand it, was something that's been
5  attached to every depo notice and that there
6  have been, I thought at least, objections
7  filed to this schedule.  Many of the items
8  that were objected to were not relevant to
9  Dr. Arnett.  For example, work on other
10  antipsychotics or some work product that she
11  may have -- that a witness may have had with
12  some other lawyer in another litigation
13  related to antipsychotics are not relevant to
14  her.  If you want to go through the items one
15  by one, I'm happy to do that.  But I think
16  clearly we have provided the entire file of
17  materials that we provided to her for review.
18  And any other -- as well as the billing
19  information, which you've marked as an
20  exhibit.  And so I don't think there's
21  anything else on here.  We've objected to the
22  1099s in the past.  And so there are some
23  items that we may still need to take up with
24  the Court, but we've given her entire expert
25  file to you.

Page 312

1  BY MR. GOLDMAN:
2      Q.   Have you done any work product for other
3  antipsychotics?
4      A.   No.
5      Q.   Do you have any other work product,
6  Doctor, other than the report that you have turned
7  over to us --
8      A.   No.
9      Q.   -- concerning your analysis of Seroquel?
10     A.   No.
11     Q.   And am I right you didn't take notes
12  when you were reviewing the materials that you
13  reviewed to form your opinions?
14     A.   That's correct.
15          MR. GOLDMAN:  Dr. Arnett, I am going to
16  need -- I'm not asking you questions for
17  this.  I can make a statement.  We're done for
18  the day.
19          THE WITNESS:  You're done with me?
20          MR. GOLDMAN:  Only because I'm being cut
21  off with time.  I have lots more to ask you
22  about your additions to your expert report.
23  But plaintiff's counsel is limiting me to
24  seven hours.  And I'm going to -- I'm going to
25  need more time with you, Doctor.

Page 313

1          (Dr. Arnett exits the
2           deposition, 11:57 a.m.)
3          MR. GOLDMAN:  Mr. Blizzard and I have
4  had an exchange of e-mails prior to the
5  deposition of Dr. Arnett in which we were
6  served with Dr. Arnett's revised expert report
7  on Friday.  The e-mail was sent at 3:30 in the
8  afternoon.  This is the business day before
9  the deposition on Monday.  I didn't receive it
10  then, and I notified Mr. Blizzard that we need
11  more time at least to get up to speed on this
12  additional report, including all of the
13  additional observational studies.
14          I asked if at a minimum we could have
15  more time over Monday and Tuesday in order for
16  me to explore those opinions, and Mr. Blizzard
17  said that no, he was going to limit me to
18  seven hours.
19          So from our perspective, the deposition
20  has to remain open because I've not had an
21  adequate opportunity to go through the nine
22  additional observational studies and other
23  materials that she has added to her analysis
24  that we received one business day or less
25  before this deposition.  And although -- go

Page 314

1  ahead. That's all I have to say.
2      MR. BLIZZARD: Just to supplement, I'm
3  not really disagreeing with anything that you
4  said in terms of the history of this. But to
5  supplement, actually I think on Thursday, at
6  my request, I think my associate, Holly
7  Wheeler, let you know that we were going to be
8  amending the report and we would be sending
9  you an amended report on Friday. Got there
10  later than I had hoped it would get there.
11  But that was because it got to me later than I
12  had hoped.
13      Then we had an e-mail exchange on Sunday
14  maybe about extending the deposition into the
15  afternoon today. And I had indicated that
16  your inability to be ready to start the
17  deposition on Monday was something that I
18  would certainly take into consideration if you
19  couldn't digest the additional material on
20  time, but that I didn't feel like this
21  additional material itself would entitle you
22  to more than seven hours. Because the volume
23  of the material supplied by a particular
24  witness is not determinative of whether people
25  get additional hours. If that's the case,

Page 315

1  then we're going to ask that the same
2  courtesies be extended to us.
3      So at this point, it is our position
4  that this additional material did not entitle
5  you guys to more than seven hours of
6  questioning the witness. I think the record
7  adequately demonstrates your familiarity with
8  the material that was supplied on Friday.
9      Having said that, we're still -- we're
10  willing to talk about perhaps providing some
11  additional time at some later date, especially
12  if it becomes necessary because of
13  Dr. Arnett's continuing review of some of
14  these materials.
15      So we're not saying absolutely not an
16  hour more at this point. We are saying that
17  this is our current position and that we may
18  amend it and probably can talk about it either
19  later this week or early next week. And part
20  of my issue of, you know, what do we do here
21  is going to be determined by how much
22  additional material Dr. Arnett wants to think
23  -- thinks she wants to review or wants to
24  review and the timing of that. So we may be
25  able to provide you some additional time at a

Page 316

1  later date.
2      MR. GOLDMAN: Well, and just to follow
3  up on that, I would object to Dr. Arnett
4  amending for the second time her report as she
5  -- to decide what materials she needs to
6  review. So we're not consenting to her
7  amending her report --
8      MR. BLIZZARD: Sure.
9      MR. GOLDMAN: -- and taking the
10  deposition. We're working under the tight
11  time schedule of the MDL. And the reason I
12  could not put off the deposition when I
13  received your e-mail on Sunday was because the
14  deposition was the next day, and I was on my
15  way to the airport. So it was not practical
16  for us to cancel the deposition and do it
17  later. I had to do it on Monday, Tuesday.
18  And I gave you the option of giving me more
19  time on either day, Monday or Tuesday.
20      And so I appreciate, though, your
21  willingness to entertain additional time, but
22  that additional time, if we decide to take it,
23  will have to be limited to the report that she
24  has served and allow me to explore the
25  additional documents and opinions that she has

Page 317

1  offered in the current report, and not some
2  report that she may decide to serve later.
3      MR. BLIZZARD: Okay. Well, we're all
4  operating under the same deadlines, and the
5  same issues are going to apply, I think, to
6  everyone. So we'll do our best to try to work
7  things out as possible.
8      MR. GOLDMAN: Okay.
9      COURT REPORTER: Mr. Blizzard, do you
10  want a copy?
11      MR. BLIZZARD: I do. I'd like it
12  expedited.
13      COURT REPORTER: Okay. When do you want
14  it?
15      MR. BLIZZARD: When is he getting it?
16      COURT REPORTER: He's getting it in five
17  days, so that will be Monday.
18      MR. BLIZZARD: How about two days.
19      COURT REPORTER: Okay. Thank you.
20
21      (End of deposition, 12:03 p.m.)
22
23
24
25

Page 318

SIGNATURE OF WITNESS

1
2       I, _____, do hereby
3   certify that on this _____ day of
4   _____ 2008, I have read the foregoing
5   transcript and to the best of my knowledge it
6   constitutes a true and accurate transcript of my
7   testimony taken by oral deposition on October 7,
8   2008.
9
10
11      _____
12      DONNA ARNETT
13
14  VOLUME II
15
16  Subscribed and sworn to
17  me this _____ day of _____,
18  2008.
19
20
21
22      _____
        NOTARY PUBLIC
23
24
25

Page 320

C E R T I F I C A T E

1
2
3   STATE OF ALABAMA  )
4   JEFFERSON COUNTY  )
5
6
7       I hereby certify that the above and
8   foregoing deposition was taken down by me in
9   stenotype, and the questions and answers thereto
10  were reduced to computer print under my
11  supervision, and that the foregoing represents a
12  true and correct transcript of the deposition
13  given by said witness upon said hearing.
14      I further certify that I am neither of
15  counsel nor of kin to the parties to the action,
16  nor am I in anywise interested in the result of
17  said cause.
18
19
20
21
22      _____
23          Lisa Bailey, CCR # 289
24
25

Page 319

E R R A T A   S H E E T

1
2
3   PAGE   LINE   CORRECTION      REASON
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25