UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This document relates to:

| | |
|---|---|
| Linda Guinn | 6:07-cv-10291 |
| Janice Burns | 6:07-cv-15959 |
| Richard Unger | 6:07-cv-15812 |
| Connie Curley | 6:07-cv-15701 |
| Linda Whittington | 6:07-cv-10475 |
| Eileen McAlexander | 6:07-cv-10360 |
| ~~Sandra Carter~~ | ~~6:07-cv-13234~~ |
| ~~Clemmie Middleton~~ | ~~6:07-cv-10949~~ |
| ~~Hope Lorditch~~ | ~~6:07-cv-12657~~ |
| David Haller | 6:07-cv-15733 |
| ~~Charles Ray~~ | ~~6:07-cv-11102~~ |
| ~~William Sarmiento~~ | ~~6:07-cv-10425~~ |

## DECLARATION OF WILLIAM S. WEINTRAUB, M.D.

My name is William S. Weintraub. I am over twenty-one years of age, am of sound mind, have never been convicted of a felony, and am otherwise competent to make this Declaration. I have personal knowledge of all factual statements contained herein and all such factual statements are true and correct as outlined herein.

The attached document is an accurate and complete copy of my Expert Report filed in this case, and that Report is incorporated by reference in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of November, 2008.

William S. Weintraub, M.D.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION


IN RE: SEROQUEL LITIGATION                    MDL DOCKET NO. 1769


## EXPERT REPORT OF WILLIAM S. WEINTRAUB, MD


OCTOBER 13, 2008

**EXPERT REPORT OF WILLIAM S. WEINTRAUB, M.D.**

I.    **QUALIFICATIONS**

    1.      I am a cardiologist and epidemiologist.  I am the John H. Ammon Chair in Cardiology and Cardiology Section Chief at Christiana Care Health System (CCHS) in Newark, Delaware, where I also am the Director of Christiana Care Center for Outcomes Research.  I am a Professor of Medicine at Jefferson University in Philadelphia and a Professor Emeritus of Medicine, Health Policy and Management and Epidemiology at Emory University in Atlanta, where I worked from 1986 to 2005.  While at Emory, I was a practicing cardiologist and a Professor with joint appointments in Medicine, Health Policy and Management, and Epidemiology.  I have a long standing interest in risk factors for coronary artery disease, especially diabetes mellitus.  I have published over 350 peer reviewed papers, some 50 of which concern diabetes.  I have been publishing papers on diabetes for over 15 years.  I recently served as co-principal investigator on a National Institutes of Health (NIH) sponsored study (Screening for Impaired Glucose Tolerance Trial) on developing improved screening methods for diabetes and glucose intolerance.

    2.      I remain actively involved in clinical trials and development and analysis of large observational databases.  I have published papers in the peer reviewed literature using randomized control trial (RCT) methodology, and epidemiologic studies using both cohort and case-control designs.  I regularly review epidemiologic papers being considered for publication in leading peer review journals, and I also review grants or chair committees, generally for the NIH, on epidemiologic topics.  I am currently the Chairman of the Executive Committee and Publication Committee of the Clinical Outcomes Utilizing Revascularization and Aggressive Drug Evaluation (COURAGE) trial, which has resulted in two New England Journal of Medicine publications, and Chairman of the American College of Cardiology National Cardiovascular Data Registry CathPCI Steering Committee, the largest database of its type in the world.

    3.      I graduated Summa Cum Laude with a Bachelors of Science degree in Physics from Tufts University in 1971.  I then attended medical school at The Johns Hopkins University, and earned my M.D. there in 1975.  My training after that included medical internship, residency and a teaching fellowship at University Hospital in Boston, and a cardiology fellowship, a post-doctorate fellowship in medicine, and a fellowship in clinical pharmacology at Mount Sinai

Hospital in New York.  Following that, I was a research fellow in cardiology at Presbyterian –
University of Pennsylvania Medical Center, a post-doctoral fellow at the University of
Pennsylvania, and a visiting research fellow in cardiology at Duke University Medical Center.  I
am Board Certified in Internal Medicine and hold subspecialty certification in Cardiovascular
Diseases.

      4.      After that training and research, I was on the faculty at the University of
Pennsylvania and practiced medicine and was involved in research there from 1980 to 1986,
when I was recruited to Emory University where I joined the faculty as Associate Professor of
Medicine.  I was promoted to Professor of Medicine in 1994, after which I also received adjunct
appointments as Professor of Health Policy and Management and Professor of Epidemiology in
the Rollins School of Public Health at Emory University.

      5.      I have been interested and involved in the epidemiology of public health and
epidemiologic outcomes research throughout my career.  Outcomes research involves evaluation
of the effectiveness, cost and efficiency of medical treatments and medications, as a part of an
evidence-based approach to medical care.  Outcomes research requires an understanding and
application of epidemiology, biostatistical, medical, public health and economic concepts.
Outcomes research also is involved in the evaluation of patient-reported outcomes, i.e., quality of
life/health status assessment.  I have been responsible for the establishment and maintenance of
databases and registries that permit the analysis of the effectiveness (including risks and benefits)
of medications and medical treatments in the field of cardiology, and have been involved in
numerous clinical trials.  Included in this work is my involvement as a founder and board
member of the National Cardiovascular Data Registry for the American College of Cardiology.  I
have been involved in more than 30 major multi-site randomized clinical trials, in such roles as
principal investigator, co-principal investigator, Chairman of the Executive Committee, member
or Chairman of the Publications Committee, member of the Steering Committee, member of the
Events Adjudication Committee and member or Chairman of the Data Safety Monitoring Board.
All of these studies have been in the field of cardiovascular medicine and most have involved
pharmaceutical trials.  I also have played a leading role in more complicated strategy trials
involving two approaches to therapy.  I continue to lecture on cardiovascular disease, outcomes
and epidemiology at medical meetings and invited lectures at medical universities all over the
world.

6.       I am active in the American College of Cardiology (ACC), the American Heart Association (AHA), and other professional societies. I have served or am serving on the AHA's Council on Epidemiology, Council on Clinical Cardiology, Executive Committee for its Quality of Care Conference, Task Force on Quality and Outcomes, Committee on Scientific Programs, and the Program Committee for its Council on Clinical Cardiology. I have been a member of the Board of Trustees of the ACC and have served or am serving on its Database Committee, Technology and Practice Assessment Executive Committee, and Scientific Sessions Program Committee. I was the Chair of the Task Force for Integrating the Healthcare Enterprise (IHE) of the ACC. In addition, I am a member of the Informatics Committee, which is involved in the integration of computers in clinical care to improve quality of care and patient outcomes. In addition, I am a Fellow of the ACC and AHA.

7.       I have served or am serving on editorial review boards or as a manuscript reviewer in the areas of cardiovascular disease, epidemiology and outcomes for numerous journals, including the New England Journal of Medicine, The Lancet, the Journal of the American Medical Association, Circulation, the Journal of the American College of Cardiology, the American Heart Journal, the Annals of Internal Medicine, the Journal of Clinical Epidemiology, Mayo Clinic Proceedings, Cardiovascular Drugs and Therapy, and the American Journal of Medicine. This work requires me to critically review, analyze and comment upon articles submitted for publication by physicians and medical researchers, only some of which are accepted for publication. I also have been a grant reviewer for the National Heart Lung and Blood Institute and the AHA, which required me to critically review proposals for medical research studies including specific aims, designs, and plans for implementation and analysis. In addition, I have been an advisor to the NIH and to multiple pharmaceutical companies for the development and conduct of clinical trials.

8.       Christiana Care Health System is one of the largest health care systems in the mid-Atlantic region, and serves all of Delaware, and portions of Pennsylvania, Maryland and New Jersey. CCHS, with over 250 doctors in training as well as medical students, nursing students, and technical students, is the only teaching hospital in Delaware. CCHS is a major affiliate of Jefferson University in Philadelphia, and also maintains close ties with the Alfred I. duPont Hospital for Children and the University of Delaware. CCHS, the University of Delaware, the State of Delaware and Alfred I. duPont as well as industry have developed the

Delaware Biotechnology Institute for advancement of biological sciences. With approximately 1,100 beds at two hospital campuses, CCHS is the largest hospital between Washington, D.C. and New York City. I serve as Director of the Christiana Care Center for Outcomes Research (CCOR). The mission of CCOR is to promote and conduct research aimed at improving patient care and/or informing health care policy and to provide service and education in broad areas of clinical, epidemiologic, translational, and outcomes research. CCOR investigators are involved in research involving multi-center clinical trials, large registries, and smaller investigator-initiated studies. Research at CCOR is funded by multiple peer-reviewed agencies and foundations as well as the pharmaceutical and medical device industries. CCOR investigators collaborate with local institutions including the University of Delaware and Alfred I. duPont as well as leading universities in North America and Europe. My role is to oversee the activities of CCOR, maintain its funding, and mentor junior investigators.

9.     A full copy of my curriculum vitae listing my publications is attached to this report. Several publications on my CV concern diabetes, including several from SIGT, and several others concern depression and cardiovascular disease.


## II.     SUMMARY OF OPINIONS

10.     Based on my review of randomized clinical trials, meta-analyses of clinical trials, observational studies, and other materials relating to quetiapine and diabetes risk, and my education, training, research, and experience, I hold the following opinions to a reasonable degree of medical certainty:

11.     The clinical trial and observational data regarding quetiapine do not provide a scientific basis to conclude that quetiapine in patients with schizophrenia and other affective conditions is associated with an increased incidence of diabetes when compared to patients receiving other typical or atypical antipsychotics or placebo, let alone that quetiapine can cause diabetes.

12.     I have reviewed the expert reports of plaintiff experts Drs. Donna Arnett, Laura Plunkett, and William Wirshing. In my opinion, none of these experts apply sound scientific methodology in reaching their opinions that Seroquel can cause diabetes and each of the experts have improperly cherry picked from the scientific data to find support for their causation hypothesis without considering the scientific evidence contrary to their opinions.

13.     A list of selected references is included in an Appendix to this report. I reviewed many other materials on which I relied in forming my opinions. I will provide separately a full list of the materials I reviewed and/or received in connection with this report.

## III.   ASSESSING ASSOCIATION AND CAUSATION THROUGH CLINICAL TRIAL AND OBSERVATIONAL STUDY DATA

### A.     Principles of Epidemiology

14.     Epidemiology is a science in which researchers assess the relationship between potential risk factors and outcomes. Risk factors can either be genetic or environmental. Epidemiologists may also consider the relationship of a given exposure (e.g. to a medication) to outcome. There are a number of approaches that epidemiologists can take to assess the relationship between exposure and outcome.

### B.     Randomized Clinical Trials

15.     When considering the effectiveness of therapy medication, the classic approach is the prospectively designed and adequately powered randomized clinical trial (RCT), when it is feasible and can be done effectively. In RCTs, patients are randomly assigned to groups, usually but not always two groups, and then subjects in each arm follow different medication strategies. Patients and health care providers are often blinded as to whether they are receiving an active drug (and if so, which one) or if they are receiving a placebo (i.e., a "sugar pill"). After randomization, the patients are followed over time to see if pre-specified endpoints occur more often in one arm or another. RCTs require that the endpoints under investigation occur reasonably often, permitting real differences between types of exposure to be noted and thus endpoints attributed to the study drug. The number of patients needed to identify such differences in outcomes in RCTs should be assessed when designing a trial by means of a power calculation. Significance is generally accepted if there is less than a 5% chance that a difference between the treatment arms has occurred by chance, and RCTs should be designed so as to have sufficient power (i.e. adequate sample size) to be likely to identify statistically significant differences.

16.     The key advantage of RCTs over observational studies is the avoidance of selection bias. Selection can result in imbalance between the treatment arms for additional

variables which predict outcome, resulting in a spurious attribution to the agent under study of either increased or decreased risk.  However, when there is differential drop-out of patients in RCTs, selection bias (or confounding) may be present in the endpoint data, again resulting in imbalance between the treatment arms.  This may also result in spurious attribution to the agent under study of increased or decreased risk.  This can be of particular concern when the reasons for drop-out, or missing data, are not missing at random (MAR).  When drop-outs are not MAR, but systematically differ between treatment arms for risk factors for the endpoint of interest, spurious results would be expected.

C.   **Observational Studies**

17.     In contrast with RCTs, observational studies examine events occurring in clinical practice but do not randomly assign patients to exposed and non-exposed groups, nor does the investigator generally administer therapy or monitor the compared exposures.  Observational studies have advantages and disadvantages compared to RCTs, and evidence from both types of studies should be considered together when assessing the existence of a drug effect.

18.     The disadvantage of the observational study, in comparison with the RCT, is that the investigator does not randomly assign patients to either an exposed or non-exposed comparison group.  Patients who are prescribed a drug in clinical practice may have personal characteristics that differ from those who are not prescribed a drug.  This can influence what happens to the patients.  These nondrug patient characteristics are called "confounders."  The advantage of the RCT is that the process of random assignment theoretically equalizes the distribution of these confounders between the comparison groups.  Thus, if that equalization occurs, differences in the rates or risk of the outcome being investigated can be associated with the exposure.  In contrast, investigators conducting observational studies must carefully identify and adjust for these confounders before concluding that an adverse health event is actually related to a drug exposure.

19.     Observational studies offer advantages when compared with RCTs.  For example, it is impractical to conduct long-term RCTs in circumstances where participation in the trial would require patients to be deprived of a necessary treatment (e.g., testing an antipsychotic long-term against placebo in patients suffering from schizophrenia) or when the number of patients needed to measure an effect would be impractically large.  Also, RCTs may not

accurately reflect what will happen when a drug is administered in clinical practice, and therefore, the results of RCTs may not be generalizable to the real world. Finally, observational studies typically, but not always, utilize large quantities of existing data, including large numbers of events representing the outcome of interest and are less likely to be plagued by the difficulties accompanying a small number of events, typically a common problem encountered with RCTs.

20.     The cohort study and the case-control study are two common types of observational studies. In a cohort study, a group of people (i.e., a cohort) is studied over a period of time to compare the rates of occurrence of an outcome between groups exposed and those not exposed to a risk factor to see if the risk factor predicts an adverse outcome. In the case-control study, patients with an outcome are matched to controls without an outcome. Then the investigators work backward to see if a risk factor or exposure is present more often in the cases than in the controls.

21.     Among observational study types, all other things being equal, the cohort study is generally considered to be a superior design and to provide more reliable data than a case-control study. In comparison with case-control studies, cohort studies specifically identify the number of patients treated and are able to follow large numbers of patients for long periods of time. The greater the number of exposed patients followed, the greater the number of adverse events. A greater number of adverse events can be utilized to detect a meaningful difference in the rates or risk of occurrence of an adverse event; thus, the more reliable the study findings. The cohort study also affords a better opportunity to identify and control for confounders due to the time sequence of events, and is also far less likely to suffer from several biases, such as recall bias, protopathic bias and information bias. Recall bias occurs because cases may be more likely to remember or think they remember using a therapy being studied than controls. When a case-control study population is derived from a cohort dataset (nested design), recall bias is much less likely. Protopathic bias occurs when the case event occurs before the use of the therapy being studied, and actually triggers the use of the therapy. Information bias occurs when the investigators are more likely to elicit a positive response for a risk factor in cases due to information about the study that they have.

22.     Several types of bias can occur in both cohort and case-control studies. Ascertainment bias occurs when there is selective assessment of a disease in one group. Thus, if patients taking atypical antipsychotics are tested for diabetes more often than controls, there

would be unequal ascertainment of diabetes. Selection bias occurs when the process leading to the selection of controls leads to a nonrepresentative sample whose characteristics are inherently different than the selection of cases. A particularly severe form of selection bias called channeling bias occurs when patients at higher risk of the disease of interest are steered toward a particular therapy. Thus if patients who are obese are more likely to be given a specific atypical antipsychotic medication, these patients would be at greater risk of developing diabetes for reasons entirely unrelated to any effect of the drug.

### D.     Case Series and Case-control

23.     Other types of approaches include case reports and case series of individuals who contract a disease coincidentally with an exposure. These designs are uncontrolled and cannot be used to assess association. This is particularly the case when assessing the prevalence or incidence of a disease such as diabetes which has a relatively high background prevalence and incidence in the general population. If the background prevalence in the adult population is 5% to 8%, approximately that of diabetes, for every 1,000,000 patients who take a drug, 50,000 to 80,000 would have diabetes entirely unrelated to any potential impact of the pharmacologic therapy.

### E.     Animal Studies and In-vitro Laboratory Research

24.     It is not possible to establish causation in people based on animal studies or in-vitro laboratory testing. Testing in animals is hypothesis generating for humans, but the pathophysiology of disease and reactions to exposure may be entirely different. Similarly, reactions in-vitro may not mimic human clinical reactions to exposure.

### F.     Evaluating Association and the Play of Chance

25.     Association between a risk factor and an outcome is often expressed as a relative risk (RR), hazard ratio (HR) or odds ratio (OR). Relative risk is the incidence of an outcome with the risk factor of interest in patients, divided by the incidence without the risk factor. For instance, if the incidence over 10 years of having a stroke is 8% in patients with hypertension and 2% without hypertension, then the relative risk is 4. A related term is the hazard ratio, which

is a type of relative risk, generated in a specific type of statistical analysis (Cox model) in which risk is evaluated over a period of time. A related measure is the odds ratio, which is generally used in case-control studies. "Odds" is defined as the ratio of the occurrence of an event to that of non-occurrence. The odds ratio is the odds with a risk factor divided by the odds without a risk factor. If 10% of patients have a stroke and 90% do not, then the odds are 1/9. If the odds of a stroke are 1/9th with a risk factor and 1/45th without a risk factor, then the odds ratio is 5. An odds ratio of greater than 1 means that there is increased occurrence of an event in patients with a risk factor as compared to those without. Both relative risks and odds ratios must be analyzed for statistical significance. Several biostatistical approaches are used to calculate statistical significance.

### 1.    Statistical Significance

26.    Statistical significance can be expressed in two ways: by a p-value and by confidence intervals. A p-value is the probability of finding an association where none exists, that is the false positive rate. The generally accepted value for achieving statistical significance is a p-value of less than 0.05, two tailed. Two tailed tests are generally recommended, as an exposure may be either protective or detrimental, and two tailed tests allow this to be assessed, whereas a one-tailed test would only test one of these possibilities. A p-value of less than 0.05 means that only 5% of the time, or one time in 20, would the exposure be found erroneously to be associated with an outcome due to chance alone. The more analyses that are performed, the greater the chances of one or more finding a p-value of less than 0.05 by the play of chance. This is especially so when the number of events being compared is small. With only a small number of events to compare, even what appears to be a large difference in frequency of occurrence of that event can occur by chance alone.

27.    A concept related to the p-value is the confidence interval. A "95% confidence interval" means that in sampling from an underlying distribution, the correct value would be in the confidence interval 95% of the time. When a 95% confidence interval includes the relative risk of 1.0, that means there is a greater than five percent likelihood that the relative risk value from the study is due to chance alone or the observed difference is not likely to represent a true drug effect. If a 95% confidence interval does not include the relative risk of 1.0 (the interval is entirely greater than 1.0 or entirely less than 1.0), then the result is statistically significant and

there is less than a five percent probability that the results were due to chance. Under such circumstances, it is likely that in the absence of confounding or bias, the observed difference represents a true effect, if that effect is replicated consistently with other studies.

28.    When a dataset is queried for multiple possible outcomes (i.e., the multiple testing problem), some positive associations will be found solely by the play of chance. If one performs analyses of a number of potential associations, approximately 5 out of every 100 such analyses will find a "statistically significant" relationship at a $p < 0.05$ by play of chance, so such a finding does not necessarily establish the existence of a true association. This is particularly a problem if the analyses were performed after the data were reviewed (an approach that is termed a "post hoc" analysis). In such cases, a lower probability than $p < 0.05$ (such as $p < 0.01$) is very desirable to provide strong evidence of a true association, and very small p-values (such as $p < 0.001$) may be needed when multiple post hoc analyses are performed (Abdi, 2007). In addition, when the number of events in a study is small, P-values (even when $< 0.05$) may be difficult to interpret; under such circumstances, replication of the finding in other studies and consistency of the effect across available studies are even more important determinants of the existence of a drug effect than the P-value in an isolated study.

### 2.    Statistical Power

29.    The power of either a randomized trial or observational study is the study's capacity to find a statistically significant difference in the frequency of occurrence of an adverse event between an exposed group and a non-exposed group, if there is one. The greater the number of patients studied, the greater the capacity of the study to generate a sufficient number of adverse events so that a true difference in event rates between comparison groups, if one exists, can be found. Generally speaking, the number of events generated by either an RCT or an observational study is a key determinant of that study's reliability. Studies with a greater numbers of events yield more reliable findings.

### 3.    Confounding

30.    In cohort studies and case-control studies erroneous results can occur because of confounding. In a cohort study a confounding variable is associated both with the risk factor and outcome. Similarly, in a case-control study, a confounding variable is associated with a risk

factor and may occur more or less frequently in the cases than controls (Kleinbaum, 1982).  For instance, if in a case-control study evaluating atypical antipsychotics as a risk factor for diabetes there were more patients with obesity (a known risk factor for diabetes) in patients taking atypical antipsychotics, then obesity would confound the assessment of risk due to the drug.

31.     Confounding can be dealt with in several ways.  The first is to try to match cases and controls as closely as possible.  Another method is a multivariate analysis, such as logistic regression or Cox model analysis to try to statistically remove confounding.  Multivariate approaches require a sufficient number of outcomes in cohort studies or sufficient patients with the putative risk factor in case-control studies.  Multivariate analysis also cannot be used appropriately if the number of variables that need to be balanced is large in comparison to the number of outcomes (Concato et al., 1995).  Another approach is to stratify the analysis based on the confounder.  Both multivariate and stratified analyses as approaches to reduce confounding can suffer from small sample sizes.  When studying therapy in cohort studies, a propensity score can be used to assess the propensity to get the therapy of interest, followed by use of several statistical approaches (using the propensity score to match patients, stratify patients as a variable in multivariate analysis) to remove confounding.  No statistical approach can remove unmeasured confounders.  Thus, if obesity is a potential confounding factor, but was not measured, the study results cannot be quantitatively controlled for the effect of confounding by this variable.

### G.     Causation

32.     An association may be said to be present between exposure and outcome when consistent evidence from randomized controlled trials and observational studies indicates the presence of increased risk not due to chance, established by a sufficiently small p-value.  If exposure to a drug is not associated with an adverse event, it cannot be said to cause the adverse event.  The existence of an association is necessary, but not sufficient to conclude that a drug exposure causes an adverse event.  Thus, even if statistical significance between exposure and outcome is found, it is still unclear whether the exposure is causal.  Causation requires that an association be established between risk factors and clinical outcomes in the absence of bias or confounding, measured or unmeasured.  Indeed, even after correction for measured confounders,

exposure associated with increased risk, may still not be causal, because of an unmeasured confounder which is a true cause.

33.    Thus, even if a statistically significant association corrected for measured confounders can be demonstrated, further analysis is needed to reach a scientific conclusion about causation. One common approach is application of the Bradford Hill criteria, named after the British epidemiologist Austin Bradford Hill, who devised these criteria in the 1960s to evaluate the relationship of cigarette smoking and adverse outcomes (Hill, 1971; Kleinbaum, 1982). These Bradford Hill criteria are 1) strength of association (e.g., a risk factor with a high odds ratio is more likely to be causative), 2) consistency and replicability of the finding, 3) dose-response effect, that is greater exposure leads to greater association, 4) lack of temporal ambiguity, that is the putative cause always precedes the effect within a reasonable time period, 5) biological plausibility, 6) coherence, that is the findings do not contradict a lot of other well established data, 7) consideration of alternate explanations, 8) experiment, that is the condition can be altered (prevented or ameliorated) by an appropriate experimental regimen, and 9) specificity of the association (the only one of these nine not generally still followed). The Bradford Hill criteria cannot be used to prove causation, but can serve as guidelines for reaching conclusions about causation. The Bradford Hill criteria are most relevant when there is evidence of association noted in studies of good design, with confounding and bias minimized.

### 1.    Strength of Association

34.    The stronger the association between exposure and outcome, the greater the probability of causation. Thus, the higher the odds or hazard ratio, the greater the likelihood that the association is causative. For instance, the hazard ratio for cigarette smoking and lung cancer is in excess of 10, and cigarette smoking in universally recognized as a cause of lung cancer. Similarly, baseline obesity is universally recognized as a cause of subsequent incident diabetes, with odds ratios of over 6 (Mishra, 2007; Colditz, 1990).

### 2.    Replication and Consistency

35.    Replication of RCTs' or observational studies' findings and consistency of those findings across other available studies is a key determinant of validity. The play of chance and

the influence of confounding in an individual study can contribute to, or account for, observed but spurious differences in the rates of occurrence of an adverse event between two comparison groups. This is especially so when the number of study events is small. The large number of events in most observational studies reduces the likelihood that chance accounted for a difference between comparison groups, but confounding or other error can produce spurious results when the magnitude of differences between the comparison groups is small. Replication and consistency diminishes the likelihood of spurious results, as even large sample sizes will not eliminate bias.

36.     If a finding is real, it should be seen consistently across various studies carried out with a drug. It is very uncommon for a single study to conclusively demonstrate a cause-effect relationship, especially if there are only a small number of events. In general, investigators conducting observational studies require that a study be replicated by different investigators before an association is accepted as reliable. The calculation of a p-value or a confidence interval in a single study, even if reflecting a statistically significant result, does not substitute for the replication of that study's findings in another study. Replication of a study and consistency of that study's findings across other studies are more important than the calculation of p-values or confidence intervals in predicting whether a specific finding in a specific study is likely to represent a true drug effect.

37.     Even assuming the absence of bias and confounding, a statistically significant p-value in a single study can be interpreted as demonstrating a true cause-and-effect relationship with reasonable certainty only if the p-value is very small (for instance, less than 0.001), or replicated consistently in other studies. That is particularly true where the number of events in the study is small, since under such circumstances the study results are particularly susceptible to the play of chance. If a medication does not have an effect with respect to a particular adverse event, one would expect to see a consistent pattern of non-statistically significant results in trials involving that medication, with perhaps a few RCTs or observational studies showing a statistically significant increase or decrease in risk. If a medication does have an effect, studies should yield statistically significant results consistently (although not invariably), although the precise magnitude of the relative risk may vary. Indeed, regulatory agencies rarely rely on a single trial to demonstrate a beneficial effect, but rather require evidence of replication and consistency. Alternatively, they may accept the results of a single very large trial with a large

number of events, since a very strong result (that is, a very low p-value on the order of 0.001) would make the result very unlikely to be the play of chance.

38.     Scientific reliability requires examination of all data in drawing any conclusions. Results to be evaluated should include all available clinical trials and observational studies, and should integrate the findings from both types of studies to reach a conclusion, particularly in light of the strengths and limitations of each type of study. When one picks only studies that are statistically significant or only studies that support his/her conclusions, then the conclusions will be biased and not scientifically reliable.

39.     Each study must be evaluated for reliability, including definition of endpoints, missing data, assessment of confounding and the presence of controls. Appropriate controls should be chosen for atypical antipsychotics in addition to placebos including other atypical and typical antipsychotics, whether considered harmful or neutral. When appropriate, researchers should perform a meta-analysis, which is a structured approach to integrating data from multiple studies. A meta-analysis yields a single quantitative estimate of risk, which is derived by pooling the data that meets the selection criteria from all available clinical trial data (or all such data from observational studies) (Egger et al., 1997; Shea et al., 2001; Stroup et al., 2000). Meta-analyses reduce the probability of a spurious result due to the play of chance that can result from sparse data. However, they may be misleading if there is intentional or unintentional bias in the method of choosing or excluding the studies utilized in the meta-analysis or if studies of different drugs, different doses of the same drug, or different patient populations are combined in a single analysis. Meta-analyses also cannot correct for bias or other problems in the underlying studies. Generalization of the results of meta-analyses should not extend to populations not considered in the component studies. Researchers may have different selection criteria for the data to be included in their particular meta-analysis; thus, an overall assessment of risk should include the results of all well-done meta-analyses.

### 3.     Biological Plausibility, Dose Response, and Temporal Ambiguity

40.     Biologic plausibility, temporal ambiguity and dose response can all be considered together. For instance, in an observational study it is necessary to consider for how long the exposure occurred and whether the time of exposure clearly preceded the diagnosis by a sufficient time to allow adequate cumulative dose, which may depend on the biologic mechanism.

41.     Evidence for causation of an adverse effect will generally involve a demonstrable, statistically significant dose response relationship.  If an observed adverse effect does not depend on dose, or if there is increased risk associated with a low dose but not high dose, this would argue against causation.

42.     The endpoint of interest must precede the putative risk factor for a causal relationship to be considered.  Thus, if a population includes prevalent diabetes or if it is unclear whether or not incident diabetes precedes use of an atypical antipsychotic, then a causal relationship cannot reasonably be considered.

43.     If there is no clear biologic mechanism by which an exposure has been demonstrated to cause the outcome of interest, then causation is less likely.  Thus, for tobacco exposure, there is extensive basic science literature on the harmful effects of cigarette smoke.

### 4.     Alternative Explanation and Coherence

44.     There may be another possible explanation for a finding, even if an association is present.  Thus, the presence of obesity at baseline as well as behavioral issues (e.g. lack of exercise, tobacco consumption) are an alternative explanation to quetiapine as a cause of diabetes. Furthermore these alternatives are coherent in that both are present in patients with serious mental disorders and obesity and behavior issues (e.g. lack of exercise and cigarette smoking) are generally agreed to cause diabetes.

### 5.     Efficacy, Safety and Surrogate Endpoints

45.     In either epidemiologic studies or in randomized trials, the best end point is an event which occurs sufficiently frequently, is amenable to intervention, is of clinical importance and is non-subjective.  Sometimes the endpoint for safety and efficacy may be the same, such as mortality, while at other times they may differ.  Indeed, in the case of antipsychotics, health status measures are the efficacy endpoints while metabolic changes are a safety concern; thus, the safety and efficacy endpoints are indeed quite different.

46.     At times, the endpoint of interest may occur relatively infrequently, and investigators may choose to use surrogates.  This will only be appropriate where the surrogate is reasonably predictive of the endpoint of real interest and where the effect of therapy on the endpoint has been shown to significantly decrease events.  This may work reasonably well in

situations such as blood pressure control. However, this has not worked well when hormone replacement therapy was given to post-menopausal women (Chlebowski et al., 2008; Heiss et al., 2008). Hormone replacement therapy has been shown to improve serum lipids, but subsequent studies showed no effect on cardiovascular endpoints. Similarly, anti-arrhythmic therapy has been shown to decrease ventricular arrhythmias, but could not be shown to prevent cardiovascular events. Finally, in the setting of atrial fibrillation, anti-arrhythmic therapy can help maintain sinus rhythm, but will not decrease the incidence of strokes. Thus, one cannot leap from a finding of an association with a surrogate endpoint to a finding of an association with a clinical outcome unless this step is supported by sound scientific evidence.

### 6.   The Concept of Drug Class

47.     There is no well-accepted definition of the term "drug class". Drugs are often said to belong to a "class" if they share (1) a similar chemical structure; or (2) a similar mechanism of action; or (3) exert a similar physiological effect. For example, antipsychotics may be considered to represent a single drug class because they share a common therapeutic effect, even though they have different chemical structures and may interact with brain chemistry in different ways. However, evidence of one common effect across several members of a drug class does not imply that other potential effects are seen with all members of the class. Drugs frequently have more than one mechanism of action; hence, assignment of a specific drug to one class based on one of its mechanisms of action ignores the fact that the drug may exert other effects that are not necessarily shared by other members of the class. Therefore, it is not scientifically valid to rely on data regarding other atypical antipsychotics to conclude that quetiapine increases the risk of diabetes.

### 7.   Statistical Significance and Clinical Significance

48.     A statistically significant finding is not necessarily of clinical importance. For instance, a change in mean fasting glucose from 90 mg/dL to 92 mg/dL may be statistically significant, but is unlikely to be of clinical importance. Statistical significance is dependent on population size, and very small differences may be found to be statistically significant. Clinical significance cannot be entirely defined statistically. The clinical significance of a change or difference in a laboratory finding, such as decreasing LDL cholesterol with statin therapy, will

depend on whether the difference in the laboratory finding translates into reduced cardiovascular events.

## IV.   PSYCHIATRIC ILLNESS, WEIGHT AND DIABETES RISK

49.    There is an extensive literature on increased metabolic risk factors and diabetes risk in psychiatric patients. Newcomer (2007) reviewed the metabolic syndrome and mental illness, finding increased prevalence of cardiometabolic risk factors in patients with mental illness compared to the general population, with increased rates of insulin resistance and diabetes in patients with schizophrenia and depression, including in unmedicated patients, with smoking, poor nutrition, poverty and a sedentary lifestyle contributing to risk. Socioeconomic factors and limited insurance also reduce access to care. McElroy et al. (2004) conducted a systematic review of mood disorders and weight, considering the prevalence of obesity in patients with mood disorders and prevalence of mood disorders in patients with obesity. The authors noted a relationship between both bipolar disorder and depression and obesity, especially abdominal obesity, suggesting at least a possible partial common pathophysiology. Thakore et al. (2002) evaluated visceral adiposity in drug naïve, drug free and sex and age matched controls. Patients with schizophrenia had increased visceral obesity. Dickerson et al. (2006) used the National Health and Nutrition Examination Survey III data, finding that the prevalence of obesity was approximately twice as high in patients receiving outpatient psychiatric care. In the psychiatric group, obesity was associated with increased prevalence of hypertension and diabetes. In a study from Finland, Suvisaari et al. (2007) also noted an increased prevalence of abdominal obesity and other markers of the metabolic syndrome in psychiatric patients. In a study from Spain, Sicras et al. (2008) noted increased prevalence of the metabolic syndrome in patients with bipolar disorder, with an age adjusted odds ratio of 1.65 (95% CI 1.11 to 2.44), with all components of the metabolic syndrome more common in the bipolar group, especially increased body mass index (BMI), odds ratio 2.05 (95% CI 1.46 to 2.87). Harlow et al. (2002) noted that women with depression were more likely to have had a history of weight gain, while Hasler et al. (2005) noted that patients with depression are more likely to have greater body weight variability.

50.    The association between schizophrenia and diabetes has been known for over a century. Kohen (2004) reviewed the historical literature, noting that the association of diabetes and schizophrenia was described long before the use of neuroleptic agents. Rouillon and Sorbara

(2005) also reviewed the literature, finding the "age and sex-matched prevalence of diabetes in patients with schizophrenia to be 1.5 to 2.0 times those in the general population". An expert consensus document (Dinan et al., 2004) found the prevalence of type 2 diabetes to be 2 to 4 times higher in patients with schizophrenia than in the general population. Bushe and Holt (2004) also reviewed the literature and found the prevalence of diabetes to be 2 to 4 times higher in schizophrenics than in the general population, noting that the increased prevalence was observed historically before the introduction of neuroleptic drugs. Dixon et al. (2000) used the databases from the Schizophrenia Patient Outcomes Research Team (PORT) to assess the prevalence of diabetes in patients with schizophrenia, finding a prevalence of 9 to 14%, which the authors note was far higher than expected in the general population. This increased prevalence could not be attributed to antipsychotic medication. Ryan et al. (2003) noted impaired fasting glucose tolerance in 15% of drug naïve schizophrenia patients, compared to 0% in healthy controls. Mukherjee et al. (1996) noted increased prevalence of diabetes in patients with schizophrenia in Italy.

51.     Increased prevalence of diabetes has also been noted with bipolar disorder and depression. Cassidy et al. (1999) noted that the prevalence of diabetes was higher in hospitalized patients with bipolar disorder than would be expected in the general population. McIntyre et al. (2005) noted that bipolar disorder is associated with a prevalence of diabetes 3 times that of the general population. Lustman et al. (2000) performed a systematic review of the literature, noting that depression is associated with increased prevalence of hyperglycemia. In a report from the NIH sponsored Multi-Ethnic Study of Atherosclerosis, Golden et al. (2008) noted that depression is associated with an increased incidence of diabetes, and that diabetes is associated with an increased incidence of depression.

## V.     QUETIAPINE AND THE INCIDENCE OF DIABETES

52.     The safety of quetiapine, as with any pharmaceutical, can be investigated with observational epidemiologic studies and randomized clinical trials. Both are generally necessary to establish an association between a drug and increased risk. In all studies, it is necessary to consider the appropriate control, and for quetiapine both active (i.e. alternative non-placebo therapy) and placebo controlled studies are available. Considering the evidence provided in

these studies, a causal relationship between quetiapine and new onset diabetes has not been established.

53.     We begin by considering observational epidemiologic studies, grouped by the control group to which the population taking quetiapine was compared. Taken as a whole, these studies suffer from a number of methodological weaknesses that significantly undermine their ability to provide reliable evidence of an association between quetiapine and diabetes. These observational studies are from existing databases, generally administrative or pharmacy benefit, all with limited ability to adjust for confounding because of the lack of data on key risk factors for diabetes that may drive the result. For instance, BMI and family history of diabetes were not generally available in these databases. None were prospectively designed to consider outcomes and none were derived from clinical databases specifically designed to look at diabetes risk. The diagnosis of diabetes in these studies was made by medication use or service claim rather than any formal laboratory testing. While the best studies tried to exclude prevalent diabetes which would result in temporal ambiguity, this could never be absolutely excluded. The better studies also sought to eliminate patients on several antipsychotic drugs at the same time, but this was not universally applied. While protopathic bias seems unlikely, these studies can suffer from the channeling of high risk patients to quetiapine. This may be more apparent when prevalent diabetes is not excluded (due to preferential prescription of quetiapine to diabetics), but can also occur when patients are felt to be at higher risk but do not yet have diabetes. In addition, channeling may also occur if patients with more severe mental illness, who may also be at higher risk for diabetes, are selectively given quetiapine. There may also be screening or ascertainment bias, such that patients on quetiapine are more carefully or more frequently tested for incident or prevalent diabetes.

54.     Within the body of epidemiological studies there are certain distinguishing characteristics between studies of stronger and weaker design. In considering these studies, cohort designs will generally be better than case-control designs as there is better ability to resolve both temporal ambiguity as well as time of incidence relative to therapy. Specifically, in a cohort design prevalent diabetes can be excluded and incident cases included as endpoints. In a case-control design, diabetes is present in all cases, but the timing of use of drug and onset of diabetes may be less clear. Note that the case-control studies at issue are all nested making recall bias unlikely. Case-control studies comparing quetiapine to active control have a particular

design problem in that such case-control studies start with patients with or without diabetes, and then look at the odds ratio with exposure to one agent versus exposure to a different agent. There are two ways to approach this, the first by not assessing exposure as a criteria for inclusion and then comparing exposure across arms. The second approach would be to screen for exposure to the agent under consideration or the control agent as an inclusion criteria. Analytically it would seem to make little difference. While it is always critical to avoid bias in exposure in selecting cases and controls, the second approach adds a level of complexity that might result in additional selection bias.

55.     There is also an issue of selecting the proper comparator group. Because of the increased background risk of diabetes in psychiatric patients, studies using healthy community controls will generally systematically find increased risk with quetiapine which cannot be considered as evidence for causality unless the odds ratio is significantly in excess of that for psychiatric patients not taking antipsychotics as compared to healthy controls. Psychiatric patients not on therapy or on typical antipsychotics form more appropriate controls for patients on quetiapine, although these two control groups are likely to differ from each other in severity of illness or comorbidity in ways that may result in differences in the risk of diabetes.

### A.     <u>Observational Studies, In Psychiatric Patients, No Active Therapy</u>

56.     There are four observational studies comparing quetiapine to no active therapy. Psychiatric patients on no therapy are more appropriate controls for other psychiatric patients on antipsychotics than are healthy populations. This is because of the increased background risk of diabetes in psychiatric patients.

57.     Etminan et al. (2003) in a cohort study of 11,104 long-term care residents in Canada evaluated the risk of diabetes in patients who received atypical neuroleptic agents (including quetiapine), typical neuroleptic agents, benzodiazepines or corticosteroids. The investigators selected patients taking benzodiazepines as a control group because they "may have medical profiles similar to those of patients receiving atypical neuroleptic drugs." However, it is not clear that patients taking benzodiazepines constitute a meaningful control group as these patients may not have as severe psychiatric problems as patients on quetiapine. Patients were followed for the development of a diabetic event, defined as new prescription for anti-diabetic therapy. Assessment of risk was adjusted for age, sex and number of medications, but not

comorbidity, obesity or family history of diabetes. The length and dose of exposure to neuroleptic agents is variable and uncertain. It is not possible to be sure that there was no diabetes at baseline. Compared to benzodiazepines (n=5,326), atypical neuroleptics (n=3,250) had an adjusted hazard ratio for the development of diabetes of 0.89 (95% CI 0.66 to 1.21). While there was not a statistically significant difference in the incidence of diabetes between patients taking the three atypical neuroleptics considered (olanzapine, quetiapine or risperidone), quetiapine had the lowest point estimate incidence. This study does not report any statistically significant increased risk of diabetes in quetiapine users and does not support plaintiffs' causation hypothesis.

58.     Gianfrancesco et al. (2003) in a cohort study evaluated the incidence of diabetes using a 2 million member Blue Cross/Blue Shield claims database. The incidence of newly treated type 2 diabetes was assessed in 6,582 patients with psychosis treated with at least 60 consecutive days of antipsychotic therapy compared to 10,296 patients who were untreated. In order to assure that patients were on a drug or no drug at the time of incident diabetes, the investigators focused on episodes of care defined by drug exposure. Patients could have more than one treatment episode, which complicates the analysis. The study considered 2,860 treatment episodes with risperidone, 2,703 treatment episodes with olanzapine, 922 treatment episodes with quetiapine and 2,756 treatment episodes with conventional antipsychotics. Risk was adjusted for age, sex and other drugs, but not comorbidity, obesity (only prior claim for a problem of weight gain), or family history of diabetes. The odds ratio for quetiapine was 0.976 (95% CI 0.422 to 2.271). The authors briefly note that there was no statistically significant dose response. This study does not support plaintiffs' experts' causation opinions.

59.     Gianfrancesco et al. (2006a) evaluated the incidence of diabetes using the Ohio Medicaid claims database. The analytical design of this study was similar to that of the Gianfrancesco et al. (2003). There were 54,529 patients with psychoses and 102,783 treatment episodes. The control was 37,867 patients with psychoses who were untreated (or "not treated for long periods [of time]"). Three analyses with different designs were considered: 1) no screening for pre-existing diabetes, monotherapy for psychoses not required, diabetes identified by medical or prescription claims, 2) screening for pre-existing diabetes required, monotherapy required, diabetes identified by medical or prescription claims, 3) screening for preexisting diabetes required, monotherapy required, diabetes identified by prescription claims. By

screening for preexisting diabetes and requiring monotherapy, models 2 and 3 limit the possibility of channeling bias (i.e. patients with diabetes being preferentially prescribed quetiapine) and limit the potential effects of other drugs.  Model 1 also includes patients on multiple agents, which artifactually increases risk in safer agents.  Models 2 and 3 accordingly provide more meaningful data.  Risk was adjusted for sex, race, psychiatric diagnosis and pre-existing excess weight or hyperlipidemia, but not family history of diabetes.  The models did not adjust for undocumented or untreated obesity.  While the odds ratio for quetiapine was 1.270 (95% CI 1.197 to 1.348) with model 1, there was no positive association between quetiapine and diabetes in either of the stronger models, 0.890 in model 2 (95% CI 0.770 to 1.030) and 0.998 in model 3 (95% CI 0.834 to 1.195).  The decrease in odds ratio from model 1 to models 2 and 3 suggests the possibility of channeling of patients with diabetes to quetiapine therapy.  Thus the study does not support an association or causal relationship between quetiapine usage and incident diabetes.

60.     Gianfrancesco et al. (2006b) evaluated the incidence of diabetes in the PharMetrics drug benefit database.  The analytical design of this study was similar to the other Gianfrancesco studies reviewed above.  A total of 37,250 treatment episodes with risperidone, olanzapine, quetiapine or conventional antipsychotics were compared to no antipsychotic therapy in 33,263 patients.  Risk was adjusted for age, sex, medications, psychiatric diagnosis, and pre-existing excess weight but not family history of diabetes.  Undocumented or untreated obesity was not adjusted for.  Four models were considered: 1) no screening for pre-existing diabetes, identification of diabetes by medical or prescription claim, antipsychotic monotherapy not required, 2) removal of pre-existing diabetes, 3) removal also of diabetes by medical claim and 4) removal also of concurrent use of additional antipsychotics.  These four models represent increasingly rigorous designs which address the possibility of temporal ambiguity (the disease being present before the exposure to the drug), channeling bias and disease ascertainment bias which would skew the results. The most important step in this study was the removal of episodes of concurrent antipsychotic use, which makes assignment of association uncertain at best.  The odds ratio for quetiapine for model 1 was 1.394 (95% CI 1.247 to 1.559), for model 2 was 1.409 (95% CI 1.113 to 1.776) for model 3 was 1.298 (95% CI 0.991 to 1.719) and for model 4 was 1.087 (95% CI 0.742 to 1.612).  Thus, as the design became increasingly rigorous and scientifically sound, the odds ratio fell revealing no statistically significant relationship between

quetiapine and diabetes.  This study does not support a causation hypothesis between quetiapine usage and incident diabetes.

61.    The study by Ostbye et al. (2005) looked at a control group on antidepressants that may also be considered to be a comparison to psychiatric patients not on antipsychotic drugs and likewise did not find any positive association between quetiapine and diabetes and thus did not support plaintiffs' hypothesis.  However, it is not clear what the severity of illness of the control group on anti-depressants was; thus this study is considered more fully in the section below.

62.    None of the studies comparing patients treated with quetiapine to patients with mental illness not treated with neuroleptics provide any reliable evidence of an association between quetiapine and diabetes.

### B.    Observational Studies Compared to Healthy Controls

63.    Studies comparing patients treated with quetiapine to healthy controls share a significant overarching bias; as discussed above, patients with psychiatric problems are at increased risk of metabolic abnormalities and diabetes independently of therapy.  Thus, there is clear selection bias because the control group (i.e., healthy subjects) would be expected to have a lower incidence of diabetes independently of any drug effect.  Also, patients with psychiatric problems may be screened for diabetes more frequently than healthy controls, creating the likelihood of attribution bias.

64.    Barnett et al. (2006) used a cohort design and studied 57,628 patients receiving outpatient prescriptions in fiscal years 1999 to 2000 at the Veterans Integrated Service Network 23.  The incidence of diabetes was considered in 9,705 study patients who received a corticosteroid, proton pump inhibitor (PPI) (i.e., the healthy control group), a typical antipsychotic or an atypical antipsychotic.  Patients with corticosteroids were included as a control group because of a positive association between corticosteroids and diabetes.  Incident diabetes was diagnosed in 1,283 patients by new ICD-9 code.  Risk was adjusted for age, sex, and psychiatric diagnosis but not comorbidity, obesity or family history of diabetes.  There were no positive associations between quetiapine and incident diabetes compared to users of PPIs (RR 1.04, 95% CI 0.11 to 1.97) or compared to corticosteroids (RR 0.86, 95% CI 0.21 to 1.55).  This study does not support an association between quetiapine usage and diabetes.

65.     There are three studies which used the AdvancePCS database.  Buse et al. (2003) studied incident diabetes between 1998 and 2000 in a cohort study of 5,816,473 patients in the AdvancePCS database.  Diabetes was diagnosed by claims for medication for diabetes.  Risk was adjusted for age and sex, but not comorbidity or obesity.  Compared to the general patient population, the hazard ratio for developing diabetes in the quetiapine treated patients was 1.7 (95% CI 1.2 to 2.4).  Feldman et al. (2004) also used a cohort design to study incident diabetes in patients age 60 and over in the AdvancePCS claims database between 1998 and 2000.  Thirty thousand nine hundred and fifty three elderly outpatients received antipsychotic prescriptions and 1,836,799 received other, non-antipsychotic medications.  Risk was adjusted only for sex and duration of exposure.  Compared to the general population, the odds ratio for quetiapine was 1.9 (95% CI 1.3 to 2.9).  Risk was assessed from ages 60-74 and 75 and older.  Only in the older group was there significantly increased risk (although the 95% CIs overlap).  The increased hazard ratios for diabetes in the studies by Buse et al. (2003) and Feldman et al. (2004) are entirely consistent with the increased background risk noted in patients with serious psychiatric illness compared to healthy controls, and thus provide no support for Plaintiffs' causation hypothesis.  Ostbye et al. (2005) also used a cohort design to study incident diabetes using the AdvancePCS claims database between 2000 and 2002.  There were nearly 7 million subjects in the database and a study population of 170,030 (Table 1).  There were 10,265 patients who filled new prescriptions for an atypical antipsychotic, 4,607 who filled prescriptions for typical antipsychotics and 60,586 who filled prescriptions for antidepressants.  There were also 59,878 who received antibiotics.  Diabetes was diagnosed by prescription claim.  Risk was adjusted for age, gender and chronic disease, but not obesity.  Compared to patients taking antidepressants or antibiotics, there was no evidence of significant increased risk of diabetes with quetiapine.

66.     Sacchetti et al. (2005) used a cohort design to compare the risk of diabetes in patients taking atypical antipsychotics and haloperidol to healthy controls (n=6,026).  The source of data is the Italian Health Search database, a general practitioners database which presumably would not include data from care provided by endocrinologists.  Diabetes was diagnosed by medication prescription.  Risk was adjusted only for age and sex.  There were just 109 patients, mean age 65, treated with quetiapine, with a hazard ratio of 33.68 (95% CI 9.18 to 123.55) compared to control.  The database used by Sacchetti et al. (2005), which was not designed to systematically ascertain diabetes incidence, reported an incidence of diabetes of just 1.5 per

1,000 person-years in the healthy controls. This incidence is much less than others studies specifically focusing on diabetes incidence from Italy, *see* Bonora et al. (2004); Brocco et al. (2007); *see also* Cricelli et al. (2003), suggesting that the study by Sacchetti et al., (2005) suffers from severe ascertainment bias. This study is an extreme outlier, and the results are entirely unlikely and unreliable. This study does not provide reliable scientific evidence of a causal relationship between quetiapine usage and incident diabetes.

67.     The observational studies of patients with psychoses taking quetiapine compared to healthy controls offer results as might be expected if there was no increased risk. The studies by Barnett et al. (2006) and Ostbye et al. (2005) show no increased risk. The studies by Buse et al. (2003) and Feldman et al. (2004) are consistent with the increased risk in psychiatric patients, and the study by Sacchetti et al. (2005) is wholly unreliable and must be discarded.

### C.     <u>Observational Studies Compared to Typical Antipsychotics</u>

68.     There is another body of epidemiologic studies comparing patients on quetiapine to patients on typical antipsychotics. These studies also can suffer from bias. Patients at greater risk of diabetes due to more severe psychiatric problems may be channeled to quetiapine, and there may be ascertainment bias if diabetes is searched for more thoroughly in patients on quetiapine. An example of ascertainment bias showing increased testing for diabetes with atypical antipsychotics is provided by Taylor et al. (2004).

69.     Several of the studies comparing patients taking quetiapine to healthy controls also compared patients taking quetiapine to patients taking typical antipsychotics. In the study by Barnett et al. (2006) comparing quetiapine to typical antipsychotics the relative risk was 0.92 (95% CI 0.12 to 1.73). In the study by Buse et al. (2003) comparing quetiapine to haloperidol the hazard ratio was 0.67 (95% CI 0.46 to 0.97). In the study by Feldman et al. (2004), the risk ratio for quetiapine compared to haloperidol was 0.7 (95% CI 0.5 to 1.1). In the study by Ostbye et al. (2005) with risperidone as the control group, the odds ratio for quetiapine was 0.66 (95% CI 0.28 to1.57), while the odds ratio for haloperidol was 1.00 (95% CI 0.57 to 1.74); thus patients taking quetiapine would not be at increased risk compared to patients taking haloperidol. These four studies do not support the plaintiffs' causation hypothesis regarding quetiapine and incident diabetes.

70.     Barner et al. (2004) used a case-control design to study 3,469 patients from the Central Texas Veterans Health Care System who had a prescription for a typical or atypical antipsychotics between 1995 and 2002.  Diabetes was diagnosed by ICD code, blood glucose greater than 200 mg/dL and/or use of an antidiabetic drug between 8 and 365 days after the index date ("the date of the first prescription for an antipsychotic agent").  There were 178 new cases of diabetes in the atypical group (n=2,477) and 69 in the typical group (n=992).  Patients may have been on multiple psychiatric medications.  Risk was adjusted for BMI change, hyperlipidemia, change in hypertension, mental health diagnosis, age group, gender and race, but not family history of diabetes.  There was no increased risk with atypical compared to typical antipsychotics.  The odds ratio for quetiapine was 1.149 (95% CI 0.531 to 2.485) and 1.034 (95% CI 0.508 to 2.106) in the two analyses conducted.  This study does not support the plaintiffs' hypothesis regarding quetiapine and incident diabetes.

71.     Citrome et al. (2004) used a case-control design to compare atypical to typical antipsychotic agents in 8,461 patients in the New York State psychiatric hospital system from 2000 to 2002.  There were 1,448 controls and 181 cases.  Diabetes was diagnosed by hypoglycemic medication prescription.  Cases were matched to controls by year, hospital stay, race, age and diagnosis.  Risk was further adjusted by gender and age, but not comorbidity or family history of diabetes.  Obesity or BMI data were not available.  For quetiapine compared to typical antipsychotics, the odds ratio was 3.09 (95% CI 1.59 to 6.03).  There is a potential design limitation in the study by Citrome et al. (2004) in that both cases and controls were selected from patients who had received antipsychotic medications, rather than starting with a diagnosis of psychiatric illness, divided by presence of diabetes, and then seeking prior exposure.  This requirement, that patients be on therapy, can result in a bias that cannot easily be quantified if there is differential selection of cases and controls by type of exposure.  The possibility of patients having diabetes before the medication was given could not be absolutely excluded given the case-control study design.  The possibility of channeling higher risk patients to quetiapine also cannot be excluded.  As the authors themselves acknowledge, the biases in this study make a causal inference uncertain at best.  The authors thus state "long-term prospective epidemiologic cohort studies, as well as randomized clinical trials, will be needed to ascertain whether or not there is a true cause and effect relationship between exposure to second-generation antipsychotics and diabetes mellitus."  As noted below, Citrome et al. (2007) subsequently

conducted a review of retrospective cohort studies and found no relationship between quetiapine usage and incident diabetes.

72.     Guo et al. (2006) used a case-control design to compare atypical to typical antipsychotics in bipolar patients with diabetes from 1998 to 2002 using the PharMetrics database.  There were 5,258 controls and 920 cases.  The study by Guo et al. suffers from a severe design flaw rendering the study unreliable and uninterpretable.  Guo et al. selected "patients who had at least a minimum of 3 month's [sic] exposure to any medication or at least 3 prescriptions for their bipolar or comorbidity treatment."  However, in the footnote to Figure 1, Guo makes it clear that this requirement is true only for the cases.  That there was no prior drug usage requirement for controls is confirmed by examining the study population in Table 1, which reveals that not all patients were on a drug.  This design does not make sense, as cases were specifically selected for exposure, rather then selected and then assessed for exposure.  The confounding variables adjusted for included age, sex, medications, hypertension, several other diseases and obesity (which may be underdiagnosed in administrative databases), but not BMI or family history of diabetes.  However, there were significant differences between cases and controls with regard to baseline health including differences in hypertension, obesity, arthritis, COPD, cardiovascular disease and dyslipidemia (Table 3); when baseline health conditions are this disparate it suggests different patient populations with confounding that is unlikely to be adequately controlled for by statistical means.  These differences may be due to selection bias resulting from the design flaw noted above.  The statistical methods in this study are also unclear as a case-control study should not offer a hazard ratio (used in cohort studies with time to event statistics) as the measure of difference in outcome between groups.  It is not clear that patients with prevalent diabetes before the drug could be excluded.  The serious design flaw regarding patient selection with cases but not controls necessarily on drug therapy will result in spuriously high hazard ratios in Table 2, in which the reference group was "all patients except those receiving the drug of interest".  In Table 3 an analysis compared to conventional antipsychotics is presented.  The risk adjusted hazard ratio for quetiapine was 1.82 (95% CI 1.41 to 2.36).  In this analysis, the bias would not be as clearly preordained, but given the unorthodox patient selection, these results are unreliable and meaningless.  Guo et al. (2007) published a similar study from PharMetrics in the same time frame and while difficult to tell for sure probably the same methods, but with the population limited to 48,965 Medicaid patients.  More importantly,

the same case selection design flaw noted above appears to apply in this study as well. This is suggested in Table 1 of this study, which reveals markedly increased use for all psychotherapeutic drugs in cases compared to controls, including a 5 fold increased use of lithium and a roughly 2 fold increased use of anti-convulsants and anti-depressants. As with Guo et al. (2006) the cases had considerably more comorbidity (Table 1), which may well be due to the serious flaw in study design giving rise to particularly biased selection of cases and controls, making the effort to control of confounding unlikely to be valid. The hazard ratio for quetiapine compared to typical antipsychotics adjusted for age, sex, medications and comorbidity was 2.476 (95% CI 1.427 to 4.296). As the same limitations apply to this study as to Guo et al. (2006), the hazard ratio is entirely unreliable and meaningless. The design choices used by Guo et al. are improper. These studies are of no scientific value.

73.     Lambert et al. (2005) used a case-control design to compare atypical to typical agents for risk of diabetes among California Medicaid beneficiaries with schizophrenia between 1995 and 2000. Diabetes was defined by diagnostic claim or prescription. There were 3,663 cases and 14,523 controls. Analyses were performed with 12, 24 and 52 week exposures. Odds ratios are only compared to typical antipsychotics. Risk adjustment was limited to race and ethnicity, and medications. Specifically, there was no adjustment for obesity or family history of diabetes. Compared to conventional antipsychotics, the adjusted odds ratio for quetiapine was 1.2 (95% CI 0.8 to 1.7) at 12 weeks exposure. The authors also note no increased risk for quetiapine at 24 and 52 weeks, and note that there was no dose response for quetiapine in any treatment period. This study provides no support for plaintiffs' causation hypothesis.

74.     Lambert et al. (2006a) used a cohort design to compare atypical antipsychotics to haloperidol using the Veterans Health Administration national database between 1999 and 2001. There were 15,767 patients. Risk was adjusted for sex, age, race/ethnicity, marital status, medications and laboratory tests. Risk was not adjusted for family history of diabetes or obesity. In a new users cohort, the hazard ratio for quetiapine was 1.67 (95% CI 1.01 to 2.76), barely reaching statistical significance. In a prevalent user cohort the hazard ratio was 1.19 (95% CI 0.89 to 1.59), and not statistically significant. Using a case-control design of patients nested within the prevalent user cohort, the odds ratio at 12 weeks exposure was 1.46 (95% CI 1.14 to 1.87), at 24 weeks exposure 1.47 (95% CI 1.13 to 1.92) and at 52 weeks exposure 1.82 (95% CI 1.32 to 2.49). Patients in the case-control study had to have been taking one and only one

antipsychotic medication during the retrospective exposure period.  It is not clear if this was a requirement for case and controls or only cases.  The possibility of confounding by contraindication or channeling was recognized by the authors.  While this study provides some evidence of modest increased incidence of diabetes comparing quetiapine to haloperidol, in the context of the other epidemiologic studies, association much less a causal relationship between quetiapine and incident diabetes has not been demonstrated.  In particular while this study showed increased risk compared to haloperidol, the study by Buse et al. (2003) showed decreased risk of quetiapine compared to haloperidol.

75.     Lambert et al. (2006b) used cohort design to compare atypical antipsychotics to haloperidol for the risk of developing diabetes in 412 patients with 21 new cases of diabetes over 1 year using the North Texas Veterans Administration database between 2000 and 2003. Diabetes was diagnosed by fasting glucose of $\geq$ 126 mg/dL, diabetes noted in a  progress note or new initiation of a new anti-diabetic medication.  Risk was adjusted for age, gender and obesity, but not family history of diabetes.  The odds ratio for quetiapine was 2.7 (95% CI 0.5 to 14.7). The authors do not note why logistic regression was used instead of Cox model analysis, as would be expected in a cohort with time to event statistics.  This study was too small to reliably evaluate risk, as reflected by the wide confidence interval.

76.     In a cross-sectional study, Lamberti et al. (2004) looked at the prevalence of diabetes in 436 patients with severe psychiatric disorders. There was a trend towards more diabetes in patients treated with atypical antipsychotic drugs, but most quetiapine-treated patients with diabetes had been diagnosed with the disease before being prescribed the drug, revealing temporal ambiguity.  The study was small and without a temporal relationship between drug and diabetes, therefore the study cannot be used meaningfully to evaluate risk.

77.     Rosenheck and coworkers evaluated diabetes risk in a series of studies, with increasing methodologic integrity over time.  Sernyak et al. (2002, senior author Rosenheck) used the Department of Veterans affairs database in 1998 and 1999 to develop a cross sectional study of 38,632 patients with schizophrenia, of whom 22,648 received an atypical antipsychotic and 15,984 a typical antipsychotic.  Diabetes was diagnosed by ICD-9 code.  Risk was adjusted for some confounders including age, race/ethnicity, gender, and some comorbidity, but not obesity or family history of diabetes.  The authors note that this was a "virtual cross-sectional sample precluding determination of the temporal relationship between the prescription of

neuroleptics and the development of diabetes mellitus." Thus, it is not possible in this study to determine if the diagnosis of diabetes preceded or followed use of the drug, i.e., there was temporal ambiguity. The odds ratio for quetiapine compared to typical antipsychotics was 1.31 (95% CI 1.11 to 1.55). In their next paper, Leslie and Rosenheck (2004) used a stronger cohort design that addresses concerns over temporality, evaluating 56,849 patients from the Department of Veterans Affairs between 1999 and 2001. There were 4,132 incident cases of diabetes, diagnosed by outpatient claim or hospitalization for diabetes. Risk was adjusted for age, gender, race, income and psychiatric co-morbidity, but not for family history of diabetes or obesity. Compared to typical antipsychotics, the hazard ratio for quetiapine was 1.20 (95% CI 0.99 to 1.44). Miller, Leslie and Rosenheck (2005), in a cohort design that also addresses issues of temporality, evaluated incident diabetes using the MEDSTAT MarketScan database from 1999 to 2000. Of 7,381 patients with mental health disorders, there were 339 incident cases of diabetes diagnosed by ICD-9 claim. Risk adjustment included age, gender, psychiatric comorbidity and Charlson index clinical comorbidity, but not for family history of diabetes or obesity. Compared to typical antipsychotics, the hazard ratio for quetiapine was 0.74 (95% CI 0.48 to 1.15). Thus, in the studies by Rosenheck et al., the later studies with stronger designs did not show increased risk with quetiapine.

78. Ollendorf et al. (2004) used the PharMetrics database and a cohort design with one year follow-up to compare the risk of incident diabetes in atypical to typical antipsychotics in 2,443 patients with schizophrenia between 1996 and 2001. Diabetes was diagnosed in 62 patients by medical or prescription claim. Risk was adjusted for age and laboratory tests, but not family history or obesity. There was no specific statistical comparison of quetiapine to atypical antipsychotics. Given that there were only 164 patients on quetiapine of whom only 4 developed diabetes, this study cannot reliably evaluate risk. This study does not provide any evidence to support plaintiffs' claim of a causal relationship between quetiapine and incident diabetes.

79. The observational studies comparing quetiapine to typical antipsychotics taken as a whole do not show increased risk of diabetes. In particular, the stronger studies with less evidence of temporal ambiguity or ascertainment bias generally do not report increased risk. This is most notably shown by the progression of studies by Rosenheck and colleagues. The observational studies do not support the plaintiffs' claim of a causal relationship between quetiapine usage and incident diabetes.

D.    **Meta-Analyses and Summary**

80.    There have been three systematic reviews and meta-analyses that have addressed the issue of quetiapine and diabetes risk.

81.    Citrome et al. (2007) searched MEDLINE and Psychinfo databases up to and including 2005 for studies meeting the following design criteria: 1) cohort design, 2) determination of preexisting diabetes, 3) inclusion of antipsychotic monotherapy as an exposure variable, and 4) comparison with exposure to first-generation antipsychotics. The authors evaluated 15 cohort studies comparing atypical to conventional antipsychotics, of which 8 contained data with confidence intervals pertaining to quetiapine (Figure 1, Panel iv). None of these 8 studies showed a statistically increased risk with quetiapine, and the point estimates showed decreased risk in 7 of the 8, 3 of which were statistically significant.

82.    Smith et al. (2008) searched MEDLINE, Psychinfo, EMBASE, International Pharmaceutical Abstracts, CINAHL and Web of Knowledge up to September of 2006 for studies meeting the following design criteria: 1) cross-sectional, case-control, cohort or controlled trial, 2) study included children or adults with schizophrenia or related psychotic disorders, 3) second-generation antipsychotics was compared to first-generation antipsychotics, and 4) diabetes was the primary secondary outcome measurement. Only 3 studies with quetiapine were included, with a relative risk of 1.28 (95% CI 1.14 to 1.45). These 3 studies include Sernyak et al. (2002), which was cross-sectional, and did not permit resolution of temporal ambiguity. The authors note in their discussion that the observation of increased risk for atypical antipsychotics vs. typical antipsychotics "is probably a biased observation."

83.    Newcomer (2007) has conducted a meta-analysis, which has been presented at a national meeting, but not yet published in detail. A total of 14 studies, including 7 with quetiapine, were considered that examined the association between incident diabetes and atypical antipsychotics compared to conventional or no antipsychotic treatment. Quetiapine was not associated with increased risk compared to conventional antipsychotics (OR 1.22, 95% CI 0.92 to 1.61) or no antipsychotic therapy (OR 1.00, 95% CI 0.83 to 1.20).

84.    These meta-analyses and reviews are consistent with the evidence from the observational studies reviewed above and do not reveal evidence of increased risk of diabetes due to quetiapine. The observational studies plus meta-analyses do not support the plaintiffs' claim of a causal relationship between quetiapine and incident diabetes.

VI.   **RANDOMIZED TRIALS OF INSULIN SENSITIVITY, HYPERGLYCEMIA AND QUETIAPINE**

A.   **Monotherapy Randomized Trials**

85.   There have been a series of randomized trials comparing quetiapine to placebo and quetiapine to active control on measures of glucose regulation. Randomized trials offer the advantage of reducing selection bias, but have relatively sparse data compared to the observational studies. Except for Study 125 and two small studies (Emsley et al., 2005 and Henderson et al., 2006), the randomized trials were efficacy studies, in which blood glucose was measured as well.

86.   Emsley et al. (2005) randomized 45 patients with schizophrenia taking quetiapine or haloperidol and followed them for 52 weeks, with primary endpoints of BMI and HbA1c. There was no significant change in BMI in either group and no difference between groups. HbA1c fell in both groups, but only significantly in the haloperidol group, and the number of patients with elevated HbA1c fell in both groups.

87.   Henderson et al. (2006) conducted a cross-sectional comparison of 7 quetiapine treated, 8 olanzapine treated and 9 normal controls. The quetiapine group did not differ from control in fasting glucose, insulin sensitivity index or HOMA-IR.

88.   Study 125 was a 24 week multicenter trial prospectively designed to compare glucose metabolism of quetiapine, olanzapine, and risperidone in patients with schizophrenia. A total of 574 patients of whom 510 were randomized to quetiapine (n=168), olanzapine (n=169) and risperidone (n=173). The AUC plasma glucose after OGTT change at 24 weeks was 0.506 (95% CI -0.13 to 1.139) with quetiapine, 1.218 (95% CI 0.638 to 1.798) with olanzapine and 1.041 (95% CI 0.45 to 1.633) with risperidone (Table 55). Two hour glucose levels fell from baseline to follow-up by -0.1±0.23 with quetiapine, rose by 0.543±0.21 with olanzapine and by 0.587±0.22 with risperidone (Table 58). The differences favoring quetiapine compared to both olanzapine and risperidone were significant (Table 59). The AUC data for quetiapine demonstrates no change in glucose metabolism from baseline, and a higher percentage of quetiapine patients had a shift of 2 hour glucose from a higher to a lower category than from a lower to higher category (Table 62). Fasting plasma glucose increased from baseline to follow-up by 0.177±0.08 mmol/L with quetiapine (Table 58). However, a higher percentage of

quetiapine patients had a shift of fasting plasma glucose from a higher to a lower category than from a lower to higher category (Table 62). Similarly, there was a greater percentage of patients in the quetiapine group who shifted from $\geq 3$ risk factors to <3 risk factors at end of treatment than shifted from <3 to $\geq 3$ risk factors at end of treatment (Table 75).

89.     AstraZeneca (AstraZeneca FDA Metabolic Submission, 2008) has developed a pooled analysis of trials comparing quetiapine to both active control and to placebo. This analysis is noteworthy in that it provides data on a far larger number of subjects than were involved in any individual RCT and thus has far more power to identify any potential metabolic risk. The 2008 FDA Submission reported the following data on glucose regulation in adults:

- The mean fasting blood glucose in the quetiapine group in placebo controlled clinical trials (n=3,564, median exposure 54 days) increased from 92.1±14.2 to 94.6±20, mean change 2.4±18, median change 1.8, and in the placebo group (n=1,657, median exposure 55 days) 91.6±13.3 to 93.2±16.0, mean change 1.6 ±13.6, median change 0, p=0.034 (Table 329). The difference in mean change between the two groups of 0.8 mg/dL, while statistically significant, is not clinically significant. Of note, while there was a statistically significant difference between arms at 4 weeks, there was no longer a statistically significant difference at 8 weeks (Table 330).

- A repeated fasting blood glucose of $\geq 126$ mg/dL is recognized by the American Diabetes Association as diagnostic of diabetes. For patients with baseline fasting glucose below 126 mg/dL who on follow-up had a fasting glucose above 126 mg/dL, the number of patients shifting with quetiapine was 138/3,479 (4.0%) and for placebo 52/1,625 (3.2%), p=0.20 (Table 339). Note that these are not repeated measurements. Nonetheless, the difference between quetiapine and placebo was not significant.

- Similarly, a shift of $\geq 10$ mg/dL occurred in 27.7% of the quetiapine group vs. 26.0% of the placebo group, p=0.18 (Table 340). Again, there was no statistically significant difference between quetiapine and placebo.

- Patients treated with quetiapine with elevated blood glucose at baseline, classified as either high or impaired, had a fall in fasting blood glucose from baseline to end of treatment (Tables 333 and 335).

- In antipsychotic-naïve subjects, where a residual effect from previous therapy would not be evident, the mean fasting blood glucose in the quetiapine group (n=1,652, median exposure 56 days) increased from 91.2±12.1 to 92.5±14.4, mean change 1.2±13.8, median change 0, and in the placebo group (n=890, median exposure 56 days) from 91.0±13.2 to 92.4±15.6, mean change 1.4±12.7, median change 0, p=0.654 (Table 440). Thus, drug naïve patients treated with quetiapine had no difference in change in glucose from baseline to end of treatment as compared to placebo (point estimate 0.2 mg/dL favoring quetiapine).

- For drug naïve patients with baseline fasting glucose below 126 mg/dL who on follow-up had a fasting glucose above 126 mg/dL, the number with quetiapine was 54/1,630 (3.3%) and for placebo 22/877 (2.5%), p=0.275 (Table 450). Similarly, a shift of ≥10 mg/dL occurred in 26.6% of the quetiapine group vs. 26.3% of the placebo group, p=0.89 (Table 451). Again, these data reveal no difference between quetiapine and placebo.

- Drug naïve patients treated with quetiapine with elevated blood glucose at baseline, classified as either high or impaired, had a fall in fasting blood glucose from baseline to end of treatment (Tables 444 and 446).

- For all adult patients treated with quetiapine in all trials (n=8,567, median exposure 71 days), the mean fasting glucose level from baseline to the end of treatment increased from 92.4±14.6 to 95.3±19.5, an increase of 2.9±17.7, median 1.8 mg/dL (Table 390). For all adult patients with a normal blood glucose at baseline, fasting glucose increased from 87.3±7.2 to 91.9±14.0, an increase of 4.6±14.1, median 3.6 mg/dL (Table 392). For all adult patients with a high blood glucose at baseline, fasting glucose decreased from 149.8±27.4 to 137.5±54.0, a decrease of 12.2±50.8, median fall of 18.0 mg/dL (Table 394). For all adult patients with an impaired blood glucose at baseline, fasting glucose level decreased from 107.0±6.3 to 104.5±20.9, a decrease of 2.5±20.3, median fall of 3.6 mg/dL (Table 396).

90.    Overall the data from the monotherapy trials do not show or suggest an increase in diabetes risk with quetiapine.

**B.**     **Add-on Therapy Trials**

91.     There are two trials evaluating the efficacy of quetiapine in addition to mood stabilizer in patients with bipolar disorder. FPG was measured as well. The trials have different drug discontinuation rates in the quetiapine plus mood stabilizer to placebo plus mood stabilizer arms arising from protocol discontinuation due to mood events. Thus, as there were more mood events in the placebo arms, there were more patients who discontinued in these arms as well. While this differential revealed the efficacy of quetiapine in bipolar disorder, which was the primary endpoint of the study, the design introduces missing data which are not missing at random with respect to endpoint metabolic data.

92.     Study 126 (Vieta et al., 2008; Study 126) was a randomized trial of quetiapine or placebo in combination with lithium or divalproex for maintenance therapy in patients with bipolar disorder. This study was primarily an efficacy study. A total of 706 patients were randomized, with follow-up for two years. However, only 347 patients completed the study, 213 in the quetiapine arm and 134 in the placebo arm (Vieta et al., 2008, Figure 1). Almost three times as many placebo patients discontinued due to a mood event as patients in the quetiapine arm, which creates the potential of bias in comparing the metabolic data between the two groups. Mean glucose increased from 93.97±21.26 to 97.97±20.14, an increase of 4.00±18.90, median 3.0 mg/dL in the quetiapine group and fell from 96.16±18.81 to 95.81±18.19 a decrease of 0.35±16.21, median 0.0 mg/dL in the placebo group (Vieta et al., 2008 (Table 4); Study 126 (Table 63)). Shift to fasting glucose ≥126 mg/dL occurred in 9.3% (17.64 patients per 100 patient-years) of the quetiapine group and 4.1% (9.50 patients per 100 patient-years) of the placebo group (Vieta et al., 2008).

93.     Study 127 was a similar randomized trial investigating quetiapine in addition to a mood stabilizer in patients with bipolar disorder. Of the 628 patients randomized, 623 received medication and only 176 completed the study, 110 quetiapine and 66 placebo by two years of follow-up. Roughly 2.5 times as many placebo patients dropped out due to a mood event. Mean glucose increased from 93.57±18.46 to 99.68±57.05, an increase of 6.11±54.52, median 1.00 mg/dL in the quetiapine group and increased from 92.79±21.37 to 93.08±19.58, an increase of 0.29±22.60, median 0.0 mg/dL in the placebo group (Table 62). Note that the results in the quetiapine group were driven by an extreme outlier (patient E0059014) whose fasting glucose increased by 776 mg/dL (Study 127, Table 12.2.8.2-4). A glucose of ≥126 mg/dL was noted in

42 of 259 patients in the quetiapine group (16.2%) and 30 of 269 in the placebo group (11.2%) (Table 64). Shift to glucose ≥ 126 mg/dL in the diabetes risk group occurred in 20.0% of the quetiapine group and 14.8% of the placebo group. Shift to glucose ≥126 mg/dL in the non-diabetic group occurred in 9.4% of the quetiapine group and 7.1% of the placebo group (Table 65).

94.     It is difficult to know what to make out of these studies with regards to metabolic risk. These studies were prospectively designed to evaluate efficacy, although data were also gathered regarding glucose metabolism. The mean shifts in glucose levels over the 2 year trial period were relatively minor; indeed, they were smaller than the shifts in plasma glucose that regularly occur in an individual over the course of a single day (Fritz et al., 2001; Ollerton et al., 1999; Selvin et al., 2007; Troisi et al., 2000). A shift to fasting plasma glucose ≥126 mg/dL is in the diabetic range, but is not diabetes according to the ADA definition as there were not repeated measurements. In addition, as add-on therapy trials, there is the potential for synergy between the mood stabilizers and quetiapine. The high dropout rate and differential dropout between groups suggest that these results may be biased. Specifically, the patients remaining in the placebo group are likely to have been less severely ill compared to the patients remaining in the quetiapine, and thus may have a lower background risk for diabetes and other metabolic disturbances, skewing the results. In sum, no conclusions can be drawn from Studies 126 and 127 to suggest that quetiapine increases the risk of diabetes.

## VII.   QUETIAPINE AND WEIGHT GAIN

95.     The effect of quetiapine on weight has been studied in several trials. However, while obesity/overweight is a risk factor for diabetes, modest weight gain of the type associated with quetiapine use maintained for less than a few years has not been shown to be associated with increased diabetes risk. There are no data to suggest that quetiapine is associated with such a large and sustained weight gain. Moreover, that a drug may be associated with weight gain does not necessarily mean that the drug is associated with diabetes risk, given that the drug may also be associated with other physiologic effects that may increase or decrease risk. For example, it is interesting to note that anti-diabetic drugs, including insulin, can result in weight gain, and insulin certainly does not cause diabetes.

96.     In the monotherapy trials (AstraZeneca FDA Metabolic Submission, 2008) there was modest weight gain with quetiapine, although it was not greater than that with other atypical antipsychotics.  In 6,412 (median exposure 43 days) quetiapine patients in placebo-controlled trials, the mean weight gain was 1.2±3.5 kg and in 2,817 (median exposure 49 days) placebo patients the mean weight gain was 0.2±3.3 kg (p<0.001) (Table 64).  While an interaction p-value is not available (which would test the statistical significance of differences in weight gain across baseline BMI categories), there is little apparent difference in weight gain by BMI category (Table 15), which suggests that as a percentage of baseline weight, heavier patients gained less.  More patients exposed to quetiapine than placebo gained 5 to 10 kg (242/3,102, 7.8% vs. 26/1,405, 1.9%) (Table 19).  Larger weight gains were uncommon.  In antipsychotic naïve patients, mean change in 2,410 (median exposure 49 days) quetiapine patients was 1.0±2.4 kg and in 1,141 (median exposure 55 days) placebo patients 0.3±3.9 kg (p<0.001) (Table 64). More antipsychotic naïve patients exposed to quetiapine than placebo gained 5 to 10 kg (71/1,677, 4.2%) vs. 4/881, 0.5%, (Table 69).

97.     Study 144 is a monotherapy randomized double-blind placebo controlled trial comparing safety and efficacy of quetiapine (n=404), placebo (n=404) and lithium (n=364) in bipolar I disorder.  The weight gain data in this study reveals a pattern of initial weight gain with quetiapine, stabilization after several weeks on continued quetiapine or loss of the initial weight gained when quetiapine is stopped.  During the 4 to 24 week open-label run-in phase all patients took quetiapine.  Mean weight gain was 1.72±4.06, median 1.00 kg (Table 11.3.9.4-10).  During the up to 104 week randomized period weight increased from 74.53±19.25 to 75.16±19.25, mean change 0.63±4.70, median 0.00 kg in the quetiapine group and from 73.67±17.60 to 72.15±17.94, mean fall 1.51±4.05, median 1.00 kg in the placebo group (Table 96).  In the quetiapine arm a ≥7% increase in weight occurred in 41/398, 10.6% and a ≥7% loss in weight occurred in 25/397, 6.3% of patients, that is a comparable percent lost or gained ≥7% of body weight (Table 98). Thus after the run-in period, there was little overall change in weight in the quetiapine arm.  In the placebo arm 10/391 2.6% gained ≥7% of body weight and 58/391, 14.8% lost ≥7% of body weight (Table 11.3.9.4-8).  This last figure plus the mean fall of 1.51 kg in the placebo arm represents loss of essentially all of the weight gained during the run-in period.  This study suggests that the weight gain with quetiapine is generally modest, occurs within the first 12 weeks after which it stabilizes, and that furthermore after the quetiapine is stopped much of the

weight that had been gained will generally be lost.  These data during the randomization period regarding weight stabilization while on quetiapine and weight loss on placebo of essentially all the weight gained during the run-in period is notable given the expected background weight gain in the adult population of 0.5 to 1 kg a year (Brown et al., 2005; Hunter et al., 2008; Lewis et al., 2000; Robbins et al., 2006).

98.    In Study 125 the mean increase in weight with quetiapine was 3.65±0.62 kg, with olanzapine 4.58±0.57 kg and with risperidone 3.57±0.59 kg (Table 81).  In both the AstraZeneca FDA Metabolic Submission (2008) and in Study 125 weight gains over 5 kg were uncommon.

99.    In Study 126, during the 12 week open-label run-in phase all patients took quetiapine plus a mood stabilizer.  Mean weight gain was 2.87±6.19, median 2 kg (Table 11.3.9.4-10).  During the 104 week randomized period weight increased from 84.35±17.91 to 84.86±18.28, mean change 0.51±5.41, median 0.30 kg in the quetiapine group and decreased from 83.62±18.53 to 81.74±18.66, mean fall 1.88±3.99, median fall 1.30 kg in the placebo group (Table 78).  In the quetiapine arm a ≥7% increase in weight occurred in 24/326, 7.4% and a ≥7% loss in weight occurred 21/326, 6.4% of patients, that is almost the same percent lost or gained ≥7% of body weight (Table 79).  Thus after the run-in period, there was little overall change in weight in the quetiapine arm.  In the placebo arm 7/355 2.0% gained ≥7% of body weight and 52/355, 14.6% lost ≥7% of body weight (Table 79).  This last figure plus the mean fall of 1.88 kg in the placebo arm represents loss of weight gained during the run-in period, and on average close to the initial gain.  This study suggests that the weight gain with quetiapine plus mood stabilizer is generally modest, occurs within the first 12 weeks after which it stabilizes, and that furthermore after the quetiapine is stopped the weight that had been gained will generally be lost.  Similar to Study 144 presented above, these data from Study 126 during the randomization period regarding weight stabilization while on quetiapine and weight loss on placebo of essentially all the weight gained during the run-in period is notable given the expected background weight gain in the adult population of 0.5 to 1 kg a year (Brown et al., 2005; Hunter et al., 2008; Lewis et al., 2000; Robbins et al., 2006).

100.    In Study 127, during the 12 week open-label run-in phase all patients took quetiapine plus a mood stabilizer.  Mean weight gain was 4.72±6.34, median 3.9 kg (Table 11.3.9.4-13).  During the 104 week randomized period weight increased from 94.16±22.09 to 94.62±22.57, mean change 0.46±6.01, median 0.40 kg in the quetiapine group and from

91.48±19.10 to 89.53±19.19, mean fall 1.95±5.07, median 1.50 kg in the placebo group (Table 77). In the quetiapine arm a ≥7% increase in weight occurred in 34/296, 11.5% and a ≥7% loss in weight occurred in 22/296, 7.4% of patients, that is a comparable percent lost or gained ≥7% of body weight (Table 78). Thus after the run-in period, there was little overall change in weight in the quetiapine arm. In the placebo arm 11/301 3.7% gained ≥7% of body weight and 44/301, 14.6% lost ≥7% of body weight (Table 78). This last figure plus the mean fall of 1.95 kg in the placebo arm represents loss of weight gained during the run-in period, and on average close to half the initial gain. This study suggests that the weight gain with quetiapine plus mood stabilizer is generally moderate, occurs within the first 12 weeks after which it stabilizes, and that furthermore after the quetiapine is stopped much of the weight that had been gained will generally be lost. Similar to Studies 126 and 144, these findings from Study 127 during the randomization period regarding weight stabilization while on quetiapine and weight loss on placebo of not quite all the weight gained during the run-in period is notable given the expected background weight gain in the adult population of 0.5 to 1 kg a year (Brown et al., 2005; Hunter et al., 2008; Lewis et al., 2000; Robbins et al., 2006).

101.    Gentile (2006) reviewed the literature of studies with greater than 1 year of exposure to atypical antipsychotics. Studies reporting mean increase in weight generally found small changes. The percentage of patients taking quetiapine with an increase in weight of 7% varied from 16% in a study of 337 patients to as high as 55.6% is a small study of 23 patients. No data are provided on loss of weight while taking quetiapine.

102.    Weight gain and changes in glucose metabolism are not the same thing and may not even correlate. Indeed, there was no clear relationship between weight gain and measures of glucose metabolism in Study 125 (Table 11.3.8.1-5) or in Studies 126 and 127 (SERM, 2007 (Table C-10)).

103.    The clinical trial data provide evidence of an association between quetiapine and modest mean weight gain, i.e. less than 5 kg. However, weight gain is a surrogate endpoint which cannot be equated with diabetes risk. Thus, even if such an association between quetiapine and weight gain was considered causal, it does not follow as a scientifically reliable conclusion that quetiapine increases the risk of diabetes.

## VIII.  WEIGHT GAIN AND DIABETES RISK

104.    While quetiapine has been shown to be associated with a modest increase in weight, on average less than 5 kg over 2 years, it has not been shown to increase the incidence of diabetes. This is not surprising as there are no data supporting an increased risk of diabetes associated with short term incremental weight gain. Rather, epidemiologic studies reveal that what drives diabetes risk is long term obesity and/or overweight. Even data that purports to show an association between weight gain and diabetes held over many years make clear the magnitude of the association is dwarfed by the risk of baseline obesity or overweight..

105.    Mishra et al. (2007) followed 7,239 women for three years to assess the impact of weight gain on diabetes risk. Baseline weight was a strong predictor of incident diabetes, compared to BMIs less than 25, BMIs from 25 to 30, OR 3.16 (95% CI 2.12 to 4.72), 30 to <35 OR 7.88 (95% CI 5.25 to 11.83) and BMI $\geq$35 OR 12.75 (95% CI 8.21 to 19.81). However, weight gain was not a significant predictor of incident diabetes. Wannamethee et al. (2005) followed 7,176 men for 20 years, finding 449 incident cases of diabetes. Baseline obesity was strongly related to incident diabetes in follow-up. However, again weight gain over the first five years of the study was not shown to be associated with diabetes for a weight gain of 4 to 10% (relative risk 1.26, 95% CI 0.97 to 1.64). Only with a weight gain of over 10% was there a significant risk over the next 15 years (relative risk 1.76, 95% CI 1.16 to 2.67). Ishikawa-Takata et al. (2002) followed 4,737 Japanese men. While baseline BMI was associated with an increased risk of incident diabetes, weight gain was not shown to be associated with incident diabetes. Sakurai et al. (1997) conducted a case-control study of 895 men and likewise found no association between weight gain and incident diabetes. While weight gain of over 10 kg between the ages of 20 and 25 was associated with a long-term increased risk of diabetes, more modest weight gain of 5 to 9.9 kg was not associated with increased risk of diabetes. Furthermore, weight gain of 5 to 9.9 kg after age 30 was associated with a statistically significant decreased risk of diabetes. Colditz et al. (1990) followed 113,861 women for eight years, finding 873 incident cases of diabetes. Baseline weight was significantly associated with increased risk, reaching a relative risk of 6.1 for women with a BMI over $\geq$29. Compared to a reference of loss of weight from 2.99 to 1 kg, a change in weight of 3.00 to 4.99 kg was not associated with increased risk of diabetes (relative risk 1.06, 95% CI 0.8 to 1.4), while an increase in weight of 5.00 to 9.99 kg was associated with increased risk (relative risk 1.50 (95% CI 1.2 to 2.0)). For a

weight gain of 10 to 19.99 kg the relative risk rose to 2.00 (95% CI 1.5 to 2.7).  Resnick et al. (2000) followed 1,929 overweight, non-diabetic adults in the National Health and Nutrition Examination Survey, Epidemiological Follow-up Study for 10 years.  While a 10 kg increase in weight over 10 years was associated with an increased risk of diabetes (OR 1.49, 95% CI 1.29 to 1.73), the strongest predictor within the overweight group remained baseline weight.  It is also not clear from this study whether weight gain over shorter periods is associated with increased risk.

106.    These studies consistently report that baseline weight is a more important predictor of subsequent incident diabetes than weight gain, and that weight gain needs to be more than modest (more than 5 kg) to predict subsequent diabetes, and even then the time to the development of diabetes requires that the increased weight be present for multiple years.

107.    Weight gain is not an appropriate surrogate for diabetes.  A modest weight gain present for a few years or less has not been shown to predict incident diabetes. Studies 126, 127 and 144 reveal that the weight gain occurs in the first few months and is followed by stabilization and that the weight gained while on quetiapine may be lost after the drug is stopped. Furthermore Studies 125, 126 and 127 do not show a correlation between weight gain and plasma glucose regulation in patients taking quetiapine. The modest weight gain associated with quetiapine does not provide reliable scientific evidence that quetiapine is associated with increased risk of diabetes.

## IX.    CONCLUSIONS

108.    Scientific data from the observational epidemiologic studies and the RCTs do not support the hypothesized causal relationship between quetiapine and incident diabetes.  As noted above, a medication which does not have a causal effect with respect to a particular adverse event, would be expected to show a consistent pattern of non-statistically significant results in trials involving that medication, with perhaps a few RCTs or observational studies showing a statistically significant increased or decreased risk.  In contrast, a medication which does have a causal effect, should yield statistically significant results consistently, although not always invariably.  The pattern we see with quetiapine is clearly the former, with occasional evidence of increased risk, but with the preponderance of the evidence failing to show any increased risk. None of the Bradford Hill criteria are met;  1)  there is no clear demonstration of association, 2)

there is no established dose response effect,  3) there is clear temporal ambiguity in some studies suggesting increased risk, 4) the findings of risk, such as they are, are inconsistent, 5) a biologically plausible mechanism has not been scientifically demonstrated, 7) and alternate explanations for risk in these patients are more likely, e.g. obesity and diabetes risk associated with serious psychiatric problems. In conclusion, a causal relationship between quetiapine in therapeutic doses and incident diabetes has not been demonstrated.

## X.   REVIEW OF PLAINTIFF EXPERT REPORTS

*Donna Arnett*

109.   I have reviewed the report of Dr. Donna Arnett.  Her conclusion that quetiapine "leads to" diabetes is not based on sound scientific analysis of the relevant data addressing this issue.  Dr. Arnett devotes much of her report to weight gain, which as noted above is not a scientifically validated surrogate for blood glucose or diabetes.  Dr. Arnett does not provide any sound scientific basis for the premise that weight gain at the level she notes over the time periods she notes places patients at significantly increased risk of diabetes.  It is not enough to just state, as she does on page 9, that weight gain leads to diabetes.  Rather this needs to be demonstrated from the literature.  In contrast, as shown above, the scientific literature demonstrates that it is baseline weight, rather than modest or short term changes in weight, that predicts incident diabetes over many years.  Dr. Arnett also does not note the lack of correlation between weight gain and glucose change in Studies 125, 126 and 127.  Dr. Arnett also does not note the stabilization of weight after an initial run-in period on quetiapine, as I note in Studies 126, 127 and 144, and she does not note the loss of the initial gain in weight when the quetiapine is stopped, as I also note in Studies 126, 127 and 144.  Dr. Arnett also states that heavier patients would be likely to gain more weight. This statement is not based on any data, and indeed is contradicted to the scientific data set forth in the 2008 AstraZeneca FDA Metabolic Submission which I discuss above, which shows that weight gain is at most independent of baseline weight, with a trend towards greater weight gain in patients with lower weight at baseline.  Finally, Dr. Arnett fails to consider the baseline risk of both obesity and diabetes in patients with serious psychiatric disorders.

110.     There are also fundamental methodological problems in her presentation of the studies concerning risk of diabetes.  Sound scientific methodology requires consideration of all of the available scientific evidence.  Yet Dr. Arnett's choice of observational epidemiologic studies is incomplete.  Instead of considering all studies, she has instead cherry picked those studies showing point estimate relative risk (actually a mixture of hazard ratios and odds ratios) of greater than 1.0 with quetiapine.  Thus, Dr. Arnett fails to mention the studies comparing quetiapine to first generation with odds ratios or hazard ratios with a point estimate of less than 1.0 (Barnett et al., 2006; Buse et al., 2003; Feldman et al., 2004; Miller et al., 2005; Ostbye et al., 2005) and does not mention studies comparing quetiapine to no therapy in patients with mental illness (Etminan et al, 2003; Gianfrancesco et al., 2003; Gianfrancesco et al., 2006a; Gianfrancesco et al., 2006b) and studies compared to healthy controls (Barnett et al., 2006; Buse et al., 2003; Feldman et al., 2004; Ostbye et al., 2005).  The epidemiologic studies Dr. Arnett does include are presented without critique except for noting the possibility of confounding, and thus she fails to note the significant design problems and data limitations I note in the studies by Sacchetti et al. (2005) (ascertainment bias), Guo et al., (2006)(2007) (selection bias, inappropriate statistical methods), Sernyak et al. (2002) (cross-sectional, temporal ambiguity).  She quotes Koller et al. (2004), but this is an uncontrolled case series.  Dr. Arnett notes the results of Studies 126 and 127, but ignores altogether Study 125.  She notes differential drop-out in other studies, but fails to note differential drop-out in Studies 126 and 127.  Dr. Arnett also notes data on triglycerides and thyroid hormone, without making a link to incident diabetes.  Dr. Arnett presents data on glucose shifts in a 2007 clinical overview.  She notes minor differences in mean increase in blood glucose between quetiapine (0.2 mmol/dl) and placebo (0.059 mmol/dl) without discussing clinical significance and does not even address the more complete data from the 2008 AstraZeneca FDA Metabolic Submission.

111.     Dr. Arnett's report also suffers from several errors and unsubstantiated comments.  For instance, the discussion of Study 13 claims evidence of dose response between quetiapine and weight gain.  However, review of the data she presents does not show a statistically significant dose response, and not even a clear point estimate showing dose response.  Also in discussing Study 13 she notes that 2/51 is 6%.  On page 9, Dr. Arnett claims that as much as 90% of the weight gain noted in patients on quetiapine is due to the drug.  The origin of this figure is not clear from her text.  The listing of observational epidemiologic studies in Table

2 of her report has numerous errors including incorrect reporting of the results of the study by Feldman et al. (2004). Such simple errors make Dr. Arnett's report generally unreliable.

112.     Finally, Dr. Arnett fails to make a case the quetiapine fulfills any of the Bradford Hill criteria for a causal relationship between quetiapine and diabetes.

### Laura Plunkett

113.     I have also reviewed the report of Laura Plunkett, and find it scientifically deficient. Dr. Plunkett purports to apply a weight of the evidence methodology, but fails to provide any meaningful analysis of the studies upon which she relies, rather simply providing a list. Dr. Plunkett has cherry picked the literature to find studies purportedly showing adverse effects of quetiapine, ignoring studies which do not show an adverse effect. Dr. Plunkett mentions the article by Koller et al. (2004), which as noted above is an uncontrolled case series. Dr. Plunkett mentions Sernyak et al. (2002, senior author Rosenheck). As noted above, this study included patients with prevalent diabetes at baseline. As this group refined their methods in later studies (see above), the increased risk of diabetes was no longer noted. Dr. Plunkett mentions a presentation by Lambert et al. (2002), finding increased risk of diabetes in patients taking quetiapine. However, she fails to mention the published peer reviewed article, presumably with more polished data analysis, Lambert et al. (2005) from the same database which did not show significantly increased risk with quetiapine. Dr. Plunkett quotes a Wall Street Journal article finding increased risk with quetiapine. However, newspapers are not peer reviewed and cannot be considered a reliable scientific source. Dr. Plunkett mentions a presentation at the International Society of Pharmacoepidemiology in 2003 finding increased risk. However, the details of authorship are not noted. In any case, abstract presentations from 5 years ago should be followed by a manuscript to be considered a reliable source. Dr. Plunkett then gives a list of clinical data purporting to demonstrate increased risk of diabetes with quetiapine, but does not distinguish in this list those studies addressing weight gain and those addressing increased risk of diabetes. Dr. Plunkett does not discuss the data from the 2008 AstraZeneca FDA Metabolic Submission. Dr. Plunkett then provides a selective listing of the epidemiologic studies, omitting numerous key studies which fail to show any increased risk with quetiapine. In contrast, my detailed review of all of the clinical trial and epidemiologic studies evaluating risk of diabetes secondary to quetiapine showed that most studies found no increased risk of diabetes,

and the meta-analyses and systematic reviews noted above also showed no increased risk. Dr. Plunkett's failure to consider this broad body of scientific evidence before reaching her causation opinion is contrary to accepted, sound scientific methodology.

### *William Wirshing*

114.    I have also reviewed the report of Dr. William Wirshing. Dr. Wirshing's report does not reflect the application of any sound scientific methodology, but rather simply sets forth his final opinions. He noted the risk of increased weight gain with quetiapine. Without a review of the literature, he is dismissive of any analysis that does not agree that the risk of weight gain means that quetiapine is a "cause" of diabetes. He states that this "cannot be rationally disputed". Thus, without making any scientific argument whatsoever, he would just close off discussion by casting those who do not agree with him as irrational. Dr. Wirshing also notes increased triglycerides, but fails to connect this to incident diabetes. Dr. Wirshing's comments merely state his premise, are not backed up by scientific review of the literature and do not contribute to the discourse on whether quetiapine increases the risk of diabetes.

*****

115.    My hourly rate is $600/hr for preparation, $750/hr for deposition or trail testimony.

116.    I have given one deposition for New York litigation concerning valdecoxib in the last four years.

117.    All of my opinions are held to a reasonable degree of medical certainty. I reserve the right to amend my opinions if additional information becomes available.

Dated: _10/11/08_

_____

William S. Wientraub, M.D.

## WORKS CITED

### I.   CLINICAL REPORTS (LISTED BY DATE)

"Changes in metabolic parameters of body weight, lipids and glucose in patients receiving quetiapine." Reply to FDA on Metabolic Parameters. June 13, 2008: AstraZeneca.

"Multicenter, Randomized, Parallel-group, Double-blind, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate and Lithium as Monotherapy for up to 104 Weeks Maintenance Treatment of Bipolar I Disorder in Adult Patients." Clinical Study Report: Case Study: D1447C00144. April 1, 2008: AstraZeneca.

"A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800mg Daily in Divided Doses) to Placebo When Used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients." Clinical Study Report Synopsis. Study Code: D1447C00127. June 19, 2007: AstraZeneca.

"A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800mg Daily in Divided Doses) to Placebo When Used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients." Clinical Study Report Synopsis. Study Code: D1447C00126. June 19, 2007: AstraZeneca.

"A 24-week, International, Multi-centre, Open-label, Flexible-dose, Randomized, Parallel-group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia." Clinical Study Report Synopsis. Study Code: D1441C00125. June 12, 2006: AstraZeneca.

Discussion Document Seroquel and Glucose Dysregulation. June 2007: AstraZeneca. [SERM]

### II.   EXPERT REPORTS

Arnett Donna, Expert Report (Revised Version)

Plunkett Laura, Expert Report

Wirshing William, Expert Report

## III.   <u>PUBLISHED LITERATURE</u>

Abdi H, *The Bonferonni and Šidák corrections for multiple comparisons*, In: Salkind NJ. Encyclopedia of Measurement and Statistics. Sage. Thousand Oaks. (2007).

Barner JC, Worchel J, and Yang M, *Frequency of new-onset diabetes mellitus and use of antipsychotic drugs among central Texas veterans*, Pharmacotherapy 24(11):1529-38 (2004).

Barnett M, et al., *A regional comparison of developing diabetes among VA patients exposed to typical and atypical antipsychotics relative to corticosteroids and proton pump inhibitors*, Ann. Clin. Psychiatry 18(1):1-7 (2006).

Bonora E, et al., *Population-based incidence rates and risk factors for Type 2 Diabetes in white individuals*, Diabetes 53(7):1782-9 (2004).

Brocco S, et al., *Monitoring the occurrence of diabetes mellitus and its major complications: the combined use of different administrative databases*, <u>Cardiovasc. Diabetol.</u> 6:5 (2007).

Brown WJ, et al., *Identifying the energy gap: magnitude and determinants of 5-year weight gain in midage women*, Obes. Res. 13(8):1431-41 (2005).

Buse JB, et al., *A retrospective cohort study of diabetes mellitus and antipsychotic treatment in the United States*, <u>J. Clin. Epidemiol.</u> 56(2):164-170 (2003).

Bushe C, and R Holt, *Prevalence of diabetes and impaired glucose tolerance in patients with schizophrenia*, Br. J. Psychiatry 184 (47 Suppl):S67-71 (2004).

Cassidy F, Ahearn E, and Carroll BJ, *Elevated frequency of diabetes mellitus in hospitalized manic-depressive patients*, Am. J. Psychiatry 156(9):1417-20 (1999).

Cheblowski RT, et al., *Estrogen plus progestin and breast cancer detection by means of mammography and breast biopsy*, Arch. Intern. Med. 168(4):370-7 (2008).

Citrome L, et al., *Relationship between antipsychotic medication treatment and new cases of diabetes among psychiatric inpatients*, <u>Psychiatr. Serv.</u> 55(9):1006-13 (2004).

Citrome LL, et al., *Risk of treatment-emergent diabetes mellitus in patients receiveing antipsychotics*, Ann. Pharmacother. 41(10): 1593-603 Epub (2007).

Colditz GA, et al., *Weight as a risk factor for clinical diabetes in women*, Am. J. Epidemiol. 32(3):501-13 (1990).

Concato J, et al., *Importance of events per independent variable in proportional hazards analysis. I. Background, goals, and general strategy.* J. Clin. Epidemiol. 48(12):1495-1501 (1995).

Cricelli C, et al., *Prevalence estimates for chronic diabetes in Italy: exploring the differences between self-report and primary care databases*, J. Pub. Health Med. 25(3):254-7 (2003).

Dickerson FB, et al., *Obesity among individuals with serious mental illness*, Acta. Psychiatr. Scand. 113(4):306-13 (2006).

Dinan T, et al., *Schizophrenia and diabetes 2003 expert consensus meeting, Dublin, 3-4 October, 2003: consensus summary*, Br. J. Psychiatry Suppl. 47:S112-14 (2004).

Dixon L, et al., *Prevalence and correlates of diabetes in national schizophrenia samples*, Schizophr. Bull. 26(4):903-12 (2000).

Egger M, Smith GD, and Phillips AN, *Meta-analysis: principles and procedures*, BMJ (clinical research ed.) 315(7121):1533-7 (1997).

Emsley R, et al., *Effects of quetiapine and haloperidol on body mass index and glycaemic control: a long-term, randomized, controlled trial*, International J. of Neuropscholpharmacol. 8(2):175-82 Epub (2005).

Etminan M., Streiner DL, and Rochon PA, *Exploring the association between atypical neuroleptic agents and diabetes mellitus in older adults*, Pharmacotherapy 23(11):1411-5 (2003).

Feldman PD, et al., *Retrospective cohort study of diabetes mellitus and antipsychotic treatment in a geriatric population in the United States*, J. Am. Med. Dir. Assoc. 5(1):38-46 (2004).

Fritz T, and U Rosenqvist, *Walking for exercise - immediate effect on blood glucose levels in type 2 diabetes*, Scand. J. Prim. Health Care, 19(1):31-3 (2001).

Gentile S, *Long-term treatment with atypical antipsychotics and the risk of weight gain: a literature analysis*, Drug Saf. 29(4):303-19 (2006).

Gianfrancesco F, et al., *Antipsychotic-induced type 2 diabetes: evidence from a large health plan database*, J. Clin. Psychopharmac. 23(4):328-35 (2003).

Gianfrancesco F, et al., *Assessment of antipsychotic-related risk of diabetes mellitus in a Medicaid psychosis population: sensitivity to study design*, Am. J. Health. Syst. Pharm., 63(5):431-41 (2006a).

Gianfrancesco F, Wang RH., and Nasrallah H, *The influence of study design on the results of pharmacoepidemiologic studies of diabetes risk with antipsychotic therapy*, Ann. Clin. Psychiatry 18(1):9-17 (2006b).

Golden SH, et al., *Examining a bidirectional association between depressive symptoms and diabetes*, JAMA 299(23):2751-9 (2008).

Guo JJ, et al., *Risk of diabetes mellitus associated with atypical antipsychotic use among patients with bipolar disorder: a retrospective, population-based, case-control study*, J. Clin. Psychiatry 67(7):1055-61 (2006).

Guo JJ, et al., *Risk of diabetes mellitus associated with atypical antipsychotic use among medicaid patients with bipolar disorder: a nested case-control study*, Pharmacotherapy 27(1):27-35 (2007).

Harlow BL, et. al., *Demographic, family, and occupational characteristics associated with major depression: the Harvard study of moods and cycles*, Acta. Psychiatric. Scand. 105(3):209-17 (2002).

Hasler G, et al., *Major depression predicts an increase in long-term body weight variability in young adults*, Obes. Res. 13(11):1991-8 (2005).

Heiss G, et al., *Health risks and benefits 3 years after stopping randomized treatment with estrogen and progestin*, JAMA 299(3):1036-45 (2008).

Henderson DC, et al., *Glucose metabolism in patients with schizophrenia treated with olanzapine or quetiapine: a frequently sampled intravenous glucose tolerance test and minimal model analysis*, J. Clin. Psychiatry 67(5):789-97 (2006).

Hill AB, Principles of Medical Statistics. Chapter 24:309-323. 9th ed. Oxford University Press. New York. 1971.

Hunter CM, et al., *Weight management using the Internet: a randomized controlled trial*, Am. J. Prev. Med. 34(2):119-26 (2008).

Ishikawa-Takata K, et al., *Obesity, weight change and risks for hypertension, diabetes and hypercholesterolemia in Japanese men*, Eur. J. Clin. Nutr. 56(7):601-7 (2002).

Kleinbaum DG, Kupper LL, and Morgenstern H, Epidemiologic Research. Chapter 2:32-34 Chapter 13:242-265.  Van Nostrand Reinhold. New York, 1982.

Kohen D, *Diabetes mellitus and schizophrenia: historical perspective*, Br. J. Psychiatry Suppl. 47:S64-6 (2004).

Lambert BL, et al., *Antipsychotic exposure and type 2 diabetes among patients with schizophrenia: a matched case-control study of California Medicaid claims*, Pharmacoepidemiol. Drug Saf. 14(6):417-25 (2005).

Lambert BL, et al., *Diabetes risk associated with use of olanzapine, quetiapine, and risperidone in veterans health administration patients with schizophrenia*, Am. J. Epidemiol. 164(7):672-81 (2006a).

Lambert MT, et al., *New-onset type-2 diabetes associated with atypical antipsychotic medications*, Prog. Neuropsychopharmacology Biol. Psychiatry 30(5):919-23 Epub (2006b).

Lamberti JS, et al., *Prevalence of diabetes mellitus among outpatients with severe mental disorders receiving atypical antipsychotic drugs*, J. Clin. Psychiatry 65(5):702-6 (2004).

Leslie DL, and RA Rosenheck, *Incidence of newly diagnosed diabetes attributable to atypical antipsychotic medications*, Am. J. Psychiatry 161(9):1709-11 (2004).

Lewis CE, et al., *Weight gain continues in the 1990s: 10-year trends in weight and overweight from the CARDIA study. Coronary Artery Risk Development in Young Adults*, Am. J. Epidemiol. 151(12):1172-81 (2000).

Lustman PJ, et al., *Depression and poor glycemic control: a meta-analytic review of the literature*, Diabetes Care 23(7):934-42 (2000).

McElroy SL, et al., *Are mood disorders and obesity related? A review for the mental health professional*, J. Clin. Psychiatry 65(5):634-51 (2004).

McIntyre RS, et al., *Bipolar disorder and diabetes mellitus: epidemiology, etiology and treatment Implications*, Ann. Clin. Psychiatry, 17(2):83-93 (2005).

Miller EA, Leslie DL, and Rosenheck RA, *Incidence of new-onset diabetes mellitus among patients receiving atypical neuroleptics in the treatment of mental illness: evidence from a privately insured population*, J. Nerv. Ment. Dis. 193(6):387-95 (2005).

Mishra GD, et al., *Short-term weight change and the incidence of diabetes in midlife: results from the Australian longitudinal study on women's health*, Diabetes Care 30(6):1418-24 Epub (2007).

Mukherjee S., et al., *Diabetes mellitus in schizophrenic patients*, Comprehensive Psychiatry 37(1):68-73 (1996).

Newcomer JW, *Metabolic syndrome and mental illness*, Am. J. Manag. Care 13(7 Suppl):S170-7 (2007).

Ollendorf DA, Joyce AT, and Rucker M, *Rate of new-onset diabetes among patients treated with atypical or conventional antipsychotic medications for schizophrenia*, MedGenMed 6(1):5 (2004).

Ollerton RL, et al., *Day-to-day variability of fasting plasma glucose in newly diagnosed type 2 diabetic subjects*, Diabetes Care 22(3):394-8 (1999).

Ostbye T, et. al., *Atypical antipsychotic drugs and diabetes mellitus in a large outpatient population: a retrospective cohort study*, Pharmacoepidemiol. Drug Saf. 14(6):407-15 (2005).

Resnick HE, et. al., *Relation of weight gain and weight loss on subsequent diabetes risk in overweight adults*, J. Epidemiol. Community Health 54(8):596-602 (2000).

Robbins AS, et al., *A low-intensity intervention to prevent annual weight gain in active duty Air Force members*, Mil. Med. 171(6):556-61 (2006).

Rouillon F, and F Sorbara, *Schizophrenia and diabetes: epidemiological data*, Eur. Psychiatry 20 (supp. 4):s345-8 (2005).

Ryan MC, Collins P, and Thakore JH, *Impaired fasting glucose tolerance in first-episode, drug naïve patients with schizophrenia*, Am. J. Psych. 160(2):284-9 (2003).

Sacchetti E, et al., *Incidence of diabetes in a general practice population: a database cohort study on the relationship with haloperidol, Olanzapine, Risperidone or Quetiapine exposure*, Int. Clin. Psychopharmacol. 20(1):33-7 (2005).

Sakurai Y, et al., *Relationship between weight change in young adulthood and the risk of NIDDM*, Int. J. Obes. Relat. Metab. Disord. 20(6):686-90 (1997).

Selvin E, et al., *Short-term variability in measures of glycemia and implications for the classifications of diabetes*, Arch. Intern. Med. 167(14):1545-51 (2007).

Sernyak MJ, et al., *Association of diabetes mellitus with use of atypical neuroleptics in the treatment of schizophrenia*, Am. J. Psychiatry 159(4):561-66 (2002).

Shea B, Dube C, and D Moher, *Assessing the Quality of Reports of Systematic Reviews: The QUOROM Statement Compared to Other Tools*, Systematic views in health care: meta-analysis in context. Edited by: Egger M, Smith G, and D Altman, 2001:122-39 (2001).

Sicras A, et al., *Metabolic syndrome in bipolar disorder: a cross-sectional assessment of a Health Management Organization database*, Bipolar Disord. 10(5):607-16 (2008).

Smith M, et al., *First v. second generation antipsychotics and risk for diabetes in schizophrenia: systematic review and meta-analysis*, Br. J. Psychiatry. 192(6):406-11 (2008).

Stroup DF, et al., *Meta-analysis of observational studies in epidemiology: a proposal for reporting. meta-analysis of observational studies in epidemiology (MOOSE) Group*, JAMA 283(15):2008-12 (2000).

Suvisaari JM, et al., *Metabolic syndrome among persons with schizophrenia and other psychotic disorders in the general population*, J. Clin. Psychiatry 68(7):1045-55 (2007).

Taylor D, et al., *Testing for diabetes in hospitalized patients prescribed antipsychotic drugs*, Br. J. Psychiatry 185:152-6 (2004).

Thakore JH, et al. *Increased visceral fat distribution in drug-naïve and drug-free patients with schizophrenia*, Int. J. Relat. Metab. Disord. 26(1):137-41 (2002).

Troisi RJ, Cowie CC, and Harris MI, *Diurnal variations in fasting plasma glucose: implications for diagnosis of diabetes in patients examined in the afternoon*, JAMA 284(24):3157-9 (2000).

Vieta E, et al., *Efficacy and safety of quetiapine in combination with lithium or divalproex for maintenance of patients with bipolar I disorder (international trial 126)*. J. Affect. Disord. 109(3): 251-63 (2008).

Wannamethee SG, Shaper AG, and Walker M, *Overweight and obesity and weight change in middle aged men: impact on cardiovascular disease and diabetes*, J. Epidemiol. Community Health 59(2):134-9 (2005).

## EXHIBIT LIST

**I.**    **CLINICAL STUDY REPORTS AND RELATED ASTRAZENECA MATERIALS (LISTED BY DATE)**

"Changes in metabolic parameters of body weight, lipids and glucose in patients receiving quetiapine." Reply to FDA on Metabolic Parameters. June 13, 2008: AstraZeneca.

APA poster presentations, Washington, DC, USA (presented May 3-8, 2008)

- MDD 1 (Moonstone):
  Extended release quetiapine fumarate (quetiapine XR) monotherapy for major depressive disorder (MDD): a double-blind, placebo-controlled study (Weisler).

- MDD 5 (Amethyst):
  Double-blind study of extended release of quetiapine fumarate (quetiapine XR) monotherapy for maintenance treatment of major depressive disorder (MDD) (Datto).

- MDD 6 (Pearl):
  Adjunctive extended-release quetiapine fumarate (quetiapine XR) in patients with major depressive disorder and inadequate antidepressant response (El-Khalili).

- GAD 9 (Titanium):
  Efficacy and safety of extended release quetiapine fumarate (quetiapine XR) monotherapy in patients with generalized anxiety disorder (GAD) (Joyce).

- GAD 12 (Platinum):
  Double-blind study of extended release quetiapine fumarate (quetiapine XR) monotherapy for maintenance treatment of generalized anxiety disorder (Katzman).

"A Multi-Center, Double-blind, Randomized, Parallel-group, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Sustained Release (SEROQUEL XR™) as Mono-therapy in the Treatment of Elderly Patients with Major Depressive Disorder (SAPPHIRE STUDY)." Clinical Study Report: Case Study: D1448C00014. April 22, 2008: AstraZeneca.

"A Multi-Center, Double-blind, Randomized, Parallel-group, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Sustained Release (SEROQUEL XR™) as Monotherapy in the Treatment of Elderly Patients with Generalized Anxiety Disorder (CHROMIUM STUDY)." Clinical Study Report: Study Code: D1448C00015. April 10, 2008: AstraZeneca.

"A Multicenter, Double-blind, Randomized-withdrawal, Parallel-group, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Sustained Release (Seroquel SR™) as Monotherapy in the Maintenance Treatment of Patients with Generalized Anxiety Disorder Following an Open-label Stabilization Period (PLATINUM STUDY)." Clinical Study Report: Case Study: D1448C00012. April 9, 2008: AstraZeneca.

"Multicenter, Randomized, Parallel-group, Double-blind, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate and Lithium as Monotherapy for up to 104 Weeks Maintenance Treatment of Bipolar I Disorder in Adult Patients." Clinical Study Report: Case Study: D1447C00144. April 1, 2008: AstraZeneca.

"A Multicenter, Randomized, Double-blind Parallel-group, Placebo-controlled Study of the Efficacy and Safety of Sustained Release of Quetiapine Fumarate (SEROQUEL ®) Compared with Placebo in the Treatment of Generalized Anxiety Disorder (TITANIUM STUDY)." Clinical Study Report: Study Code: D1448C00009. March 24, 2008: AstraZeneca.

"A Multicenter, Randomized, Double-blind, Parallel-group, Placebo-controlled, Active-controlled Study of the Efficacy and Safety of Sustained-release of Quetiapine Fumarate (SEROQUEL ®) Compared with Placebo in the Treatment of Generalized Anxiety Disorder (GOLD STUDY)." Clinical Study Report: Study Code: D1448C0010. March 24, 2008: AstraZeneca.

"A Multicenter, Double-blind, Randomized-withdrawal, Parallel-group, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Extended Release (SEROQUEL XR™) as Monotherapy in the Maintenance Treatment of Patients with Major Depressive Disorder  Following an Open-label Stabilization Period (AMETHYST STUDY)." Clinical Study Report: Study Code: D1448C00005. January 29, 2008: AstraZeneca.

"A Multicenter, Double-blind, Randomized, Parallel-group, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Extended Release (SEROQUEL XR) as Mono-Therapy in the Treatment of Adult Patients with Major Depressive Disorder (OPAL STUDY)." Clinical Study Report: Study Code: D1448C00003. January 17, 2008: AstraZeneca.

"A Multicenter, Double-blind, Randomized, Parallel-group, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Extended-release (SEROQUEL XR™) in Combination with an Antidepressant in the Treatment of Patients with Major Depressive Disorder with Inadequate Response to an Antidepressant Treatment (PEARL STUDY)." Clinical Study Report: Study Code: D1448C00006. December 10, 2007: AstraZeneca.

"A Multicenter, Double-blind, Randomized, Parallel-group, Placebo-controlled and Active-controlled Phase III Study of the Efficacy and Safety in Quetiapine Fumarate Extended-release (SEROQUEL ®) as Monotherapy in the Treatment of Patients with Major Depressive Disroder (Diamond Study)." Clinical Study Report: Study Code: D1448C00002. December 5, 2007: AstraZeneca.

"A Multi-Centre, Double-blind, Randomised, Parallel-group, Placebo-controlled and Active-controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Extended Release (SEROQUEL XR™) as Mono-therapy in the Treatment of Adult Patients with Major Depressive

Disorder (AMBER STUDY)." Clinical Study Report: Study Code: D1448C00004. November 20, 2007: AstraZeneca.

"A Multicenter, Double-blind, Randomized, Parallel-group, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Extended-release (SEROQUEL XR™) in Combination with an Antidepressant in the Treatment of Patients with Major Depressive Disorder with Inadequate Response to an Antidepressant Treatment (ONYX STUDY)." Clinical Study Report: Study Code: D1448C00007. November 20, 2007: AstraZeneca.

"A Multicenter, Double-blind, Randomized, Parallel-group, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Extended-release (SEROQUEL®) as Monotherapy in the Treatment of Patients with Major Depressive Disorder (MOONSTONE STUDY)." Clinical Study Report: Study Code: D1448C00001. November 1, 2007: AstraZeneca.

"A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800mg Daily in Divided Doses) to Placebo When Used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients." Clinical Study Report Synopsis. Study Code: D1447C00127. June 19, 2007: AstraZeneca.

"A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800mg Daily in Divided Doses) to Placebo When Used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients." Clinical Study Report Synopsis. Study Code: D1447C00126. June 19, 2007: AstraZeneca.

"A 24-week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia." Clinical Study Report Synopsis. Study Code: D1441C00125. June 12, 2006: AstraZeneca.

Discussion Document Seroquel and Glucose Dysregulation. June 2007: AstraZeneca. [SERM]

"An International, Multicenter, Randomized, Double-blind, Parallel-group, Placebo-controlled, Active-controlled Study of the Efficacy and Safety of Sustained-release Quetiapine Fumarate (Seroquel SR™) in the Treatment of Generalized Anxiety Disorder (SILVER STUDY)." Clinical Study Report: Study Code: D1448C00011. March 17, 2007: AstraZeneca.

## II.    EXPERT REPORTS

Arnett Donna, Expert Report (Original Version)

Arnett Donna, Expert Report (Revised Version)

Arnett Donna, Curriculum Vitae (Revised Version)

Plunkett Laura, Expert Report

Wirshing William, Expert Report


## III.   EXPERT DEPOSITIONS

Arnett Donna, Seroquel Lit., rough draft, 10/06/2008.

Arnett Donna, Seroquel Lit., rough draft, 10/07/2008.

Brecher Martin, Seroquel Prod. Liability, exhibits included, 05/28-30/2008.

Plunkett Laura, Seroquel Prod. Liability, 10/02/2008.

Wirshing William, Seroquel Prod. Liability, 09/26/2008.


## IV.   PUBLISHED LITERATURE

Abdi H, *The Bonferonni and Šidák corrections for multiple comparisons*, In: Salkind NJ. Encyclopedia of Measurement and Statistics. Sage. Thousand Oaks. (2007).

Armario A, et al., *Acute stress markers in humans: response of plasma glucose, cortisol, and prolactin to two examinations differing in the anxiety they provoke*, Psychoneuroendocrinology 21(1):17-24 (1996).

Barner JC, Worchel J, and Yang M, *Frequency of new-onset diabetes mellitus and use of antipsychotic drugs among central Texas veterans*, Pharmacotherapy 24(11):1529-38 (2004).

Barnett M, et al., *A regional comparison of developing diabetes among VA patients exposed to typical and atypical antipsychotics relative to corticosteroids and proton pump inhibitors*, Ann. Clin. Psychiatry 18(1):1-7 (2006).

Basu R, et al., *The prevalence of metabolic syndrome in patients with schizoaffective disorder — bipolar subtype*, Bipolar Disord. 19 (6 Suppl):314-318 (2004).

Behall KM, et al., *Seasonal variation in plasma glucose and hormone levels in adult men and women*, Am. J. Clin. Nutr. 40 (6 Suppl):1352-56 (1984).

Bobes J, et al., *Weight gain inpatients with schizophrenia treated with Risperidone, Olanzapine, Quetiapine or Haloperidol; results of the EIRE study*, Schizophrenia Res. 62 (12):77-78 (2003).

Bonora E, et al., *Population-based incidence rates and risk factors for Type 2 Diabetes in white individuals*, Diabetes 53(7):1782-9 (2004).

Brocco S, et al., *Monitoring the occurrence of diabetes mellitus and its major complications: the combined use of different administrative databases*, Cardiovasc. Diabetol. 6:5 (2007).

Brown S, Inskip H, and Barraclough B, *Causes of the excess mortality of schizophrenia*, Br J Psychiatry 177:212-7 (2000).

Brown WJ, et al., *Identifying the energy gap: magnitude and determinants of 5-year weight gain in midage women*, Obes. Res. 13(8):1431-41 (2005).

Buse JB, et al., *A retrospective cohort study of diabetes mellitus and antipsychotic treatment in the United States*, J. Clin. Epidemiol. 56(2):164-170 (2003).

Bushe C, and R Holt, *Prevalence of diabetes and impaired glucose tolerance in patients with schizophrenia*, Br. J. Psychiatry 184 (47 Suppl):S67-71 (2004).

Cassidy F, Ahearn E, and Carroll BJ, *Elevated frequency of diabetes mellitus in hospitalized manic-depressive patients*, Am. J. Psychiatry 156(9):1417-20 (1999).

Chaney SE, and S Sheriff, *Weight gain among women during smoking cessation: testing the effects of a multifaceted program*, AAOHN J. 56(3):99-105 (2008).

Cheblowski RT, et al., *Estrogen plus progestin and breast cancer detection by means of mammography and breast biopsy*, Arch. Intern. Med. 168(4):370-7 (2008).

Ciechanowski PS, Katon WJ, and Russo JE, *Depression and diabetes: impact of depressive symptoms on adherence, function, and costs*, Arch. Intern. Med. 160(21):3278-28 (2000).

Citrome L, et al., *Relationship between antipsychotic medication treatment and new cases of diabetes among psychiatric inpatients*, Psychiatr. Serv. 55(9):1006-13 (2004).

Citrome LL, et al., *Risk of treatment-emergent diabetes mellitus in patients receiving antipsychotics*, Ann. Pharmacother. 41(10): 1593-603 Epub (2007).

Cohn TA, et al., *Insulin resistance and adiponectin levels in drug-free patients with schizophrenia: a preliminary report*, Can. J. Psychiatry 51(6):382-6 (May 2006).

Colditz GA, et al., *Weight gain as a risk factor for clinical diabetes mellitus in women*, Ann. Intern. Med. 122(7):481-6 (1995).

Colditz GA, et al., *Weight as a risk factor for clinical diabetes in women*, Am. J. Epidemiol. 32(3):501-13 (1990).

Concato J, et al., *Importance of events per independent variable in proportional hazards analysis. I. Background, goals, and general strategy*. J. Clin. Epidemiol. 48(12):1495-1501 (1995).

Cricelli C, et al., *Prevalence estimates for chronic diabetes in Italy: exploring the differences between self-report and primary care databases*, J. Pub. Health Med. 25(3):254-7 (2003).

Cunningham F, et al., *Antipsychotic-induced diabetes in veteran schizophrenic patients*, Pharmacoepidemiology and Drug Safety, 12 (1 Suppl): S154-55 (2003).

Cunningham F, et al., *Diabetes associated with antipsychotic use in veterans with schizophrenia*, Department of Veterans Affairs. Powerpoint Presentation (2004).

de Groot M, et al., *Association of depression and diabetes complications: a meta-analysis*, Psychosom. Med. 63(4):619-30 (2001).

DeMets DL, and KK Lan, *Interim analysis: the alpha spending function approach*, Stat Med. 13(13-14):1341-52; discussion 1353-6 (1994).

Dickerson FB, et al., *Obesity among individuals with serious mental illness*, Acta. Psychiatr. Scand. 113(4):306-13 (2006).

Dinan T, et al., *Schizophrenia and diabetes 2003 expert consensus meeting, Dublin, 3-4 October, 2003: consensus summary*, Br. J. Psychiatry Suppl. 47:S112-14 (2004).

Dixon L, et al., *Prevalence and correlates of diabetes in national schizophrenia samples*, Schizophr. Bull. 26(4):903-12 (2000).

Egger M, Smith GD, and Phillips AN, *Meta-analysis: principles and procedures*, BMJ (clinical research ed.) 315(7121):1533-7 (1997).

Eisenberg D, and BC Quinn, *Estimating the effect of smoking cessation on weight gain: an instrumental variable approach*, Health Serv. Res., 41(6):2255-66 (2006).

Emsley R, et al., *Effects of quetiapine and haloperidol on body mass index and glycaemic control: a long-term, randomized, controlled trial*, International J. of Neuropscholpharmacol. 8(2):175-82 Epub (2005).

Eriksson AK, et al., *Psychological distress and risk of pre-diabetes and type 2 diabetes in a prospective study of Swedish middle-aged men and women*, Diabetes Med. 25(7):834-42 (2008).

Etminan M., Streiner DL, and Rochon PA, *Exploring the association between atypical neuroleptic agents and diabetes mellitus in older adults*, Pharmacotherapy 23(11):1411-5 (2003).

Fagiolini A, et al., *Obesity as a correlate of outcome in patients with bipolar 1 disorder*, Am. J. Psych. 160(1):112-17 (2003).

Fagiolini A, Chengappa K, and Soreca I, *Bipolar disorder and metabolic syndrome: casual factors, psychiatric outcomes and economic burden*, CNS Drugs 22(8):655-69 (2008).

Feldman PD, et al., *Retrospective cohort study of diabetes mellitus and antipsychotic treatment in a geriatric population in the United States*, J. Am. Med. Dir. Assoc. 5(1):38-46 (2004).

Fritz T, and U Rosenqvist, *Walking for exercise - immediate effect on blood glucose levels in type 2 diabetes*, Scand. J. Prim. Health Care, 19(1):31-3 (2001).

Gentile S, *Long-term treatment with atypical antipsychotics and the risk of weight gain: a literature analysis,* Drug Saf. 29(4):303-19 (2006).

Gianfrancesco F, et al., *Antipsychotic-induced type 2 diabetes: evidence from a large health plan database,* J. Clin. Psychopharmac. 23(4):328-35 (2003).

Gianfrancesco F, et al., *Assessment of antipsychotic-related risk of diabetes mellitus in a Medicaid psychosis population: sensitivity to study design,* Am. J. Health. Syst. Pharm., 63(5):431-41 (2006).

Gianfrancesco F, Wang RH., and Nasrallah H, *The influence of study design on the results of pharmacoepidemiologic studies of diabetes risk with antipsychotic therapy,* Ann. Clin. Psychiatry 18(1):9-17 (2006).

Golden SH, et al., *Examining a bidirectional association between depressive symptoms and diabetes,* JAMA 299(23):2751-9 (2008).

Gopalaswamy AK, and R Morgan, *Too many chronic mentally disabled patients are too fat,* Acta. Pscyhiatr. Scand. 72(3):254-8 (1985).

Guo JJ, et al., *Risk of diabetes mellitus associated with atypical antipsychotic use among patients with bipolar disorder: a retrospective, population-based, case-control study,* J. Clin. Psychiatry 67(7):1055-61 (2006).

Guo JJ, et al., *Risk of diabetes mellitus associated with atypical antipsychotic use among medicaid patients with bipolar disorder: a nested case-control study,* Pharmacotherapy 27(1):27-35 (2007).

Gupta S, et al., *Hyperglycemia and hypertriglyceridemia in real world patients on antipsychotic therapy,* Am. J. Ther. 10(5):348-55 (2003).

Harlow BL, et. al., *Demographic, family, and occupational characteristics associated with major depression: the Harvard study of moods and cycles,* Acta. Psychiatric. Scand. 105(3):209-17 (2002).

Hasler G, et al., *Major depression predicts an increase in long-term body weight variability in young adults,* Obes. Res. 13(11):1991-8 (2005).

Heiss G, et al., *Health risks and benefits 3 years after stopping randomized treatment with estrogen and progestin,* JAMA 299(3):1036-45 (2008).

Henderson DC, et al., *Glucose metabolism in patients with schizophrenia treated with olanzapine or quetiapine: a frequently sampled intravenous glucose tolerance test and minimal model analysis,* J. Clin. Psychiatry 67(5):789-97 (2006).

Henderson DC, et al., *Elevated hemoglobin A1c as a possible indicator of diabetes mellitus and diabetic ketoacidosis in schizophrenia patients receiving atypical antipsychotics,* J. Clin. Psychiatry 68(4):533-41 (2007).

Hill AB, Principles of Medical Statistics. Chapter 24:309-323. 9th ed. Oxford University Press. New York. 1971.

Hunter CM, et al., *Weight management using the Internet: a randomized controlled trial*, Am. J. Prev. Med. 34(2):119-26 (2008).

Ishikawa-Takata K, et al., *Obesity, weight change and risks for hypertension, diabetes and hypercholesterolemia in Japanese men*, Eur. J. Clin. Nutr. 56(7):601-7 (2002).

Jones PB, et al., *Randomized controlled trial of the effect on quality of life of second- vs. first-generation antipsychotic drugs in schizophrenia*, Arch. Gen. Psychiatry 63(10):1079-87 (2006).

Kleinbaum DG, Kupper LL, and Morgenstern H, Epidemiologic Research. Chapter 2:32-34 Chapter 13:242-265. Van Nostrand Reinhold. New York, 1982.

Kohen D, *Diabetes mellitus and schizophrenia: historical perspective*, Br. J. Psychiatry Suppl. 47:S64-6 (2004).

Kopola LC, et al., *Long-term clinical effectiveness of quetiapine in first episode psychosis*, J. Euro. College Neuropsychopharmacology 14 (3 Suppl):S266 (2004).

Kopola LC, et al., *Treatment of first episode psychotic illness with quetiapine: an analysis of 2 year outcomes*, Schizophr. Res. 81(1):23-39 (2006).

Lambert BL, et al., *Antipsychotic exposure and type 2 diabetes among patients with schizophrenia: a matched case-control study of California Medicaid claims*, Pharmacoepidemiol. Drug Saf. 14(6):417-25 (2005).

Lambert BL, et al., *Diabetes risk associated with use of olanzapine, quetiapine, and risperidone in veterans health administration patients with schizophrenia*, Am. J. Epidemiol. 164(7):672-81 (2006).

Lambert MT, et al., *New-onset type-2 diabetes associated with atypical antipsychotic medications*, Prog. Neuropsychopharmacology Biol. Psychiatry 30(5):919-23 Epub (2006).

Lamberti JS, et al., *Prevalence of diabetes mellitus among outpatients with severe mental disorders receiving atypical antipsychotic drugs*, J. Clin. Psychiatry 65(5):702-6 (2004).

Leslie DL, and RA Rosenheck, *Incidence of newly diagnosed diabetes attributable to atypical antipsychotic medications*, Am. J. Psychiatry 161(9):1709-11 (2004).

Lewis CE, et al., *Weight gain continues in the 1990s: 10-year trends in weight and overweight from the CARDIA study. Coronary Artery Risk Development in Young Adults*, Am. J. Epidemiol. 151(12):1172-81 (2000).

Lilliker SL, *Prevalence of diabetes in a manic-depressive population*, Compr. Psychiatry 21(4):270-5 (1980).

Lustman PJ, et al., *Psychiatric illness in diabetes mellitus: relationship to symptoms and glucose control*, J. Nerv. Ment. Dis. 174(12):736-42 (1986).

Lustman PJ, et al., *Depression and poor glycemic control: a meta-analytic review of the literature*, Diabetes Care 23(7):934-42 (2000).

McAlister FA, et al., *Guidelines for determining whether a drug is exerting (more than) a class effect*, International Society of Technology Assessment in Health Care (Chapter XIX(B)). Meeting 14:46 (1999).

McElroy SL, et al., *Are mood disorders and obesity related? A review for the mental health professional*, J. Clin. Psychiatry 65(5):634-51 (2004).

McIntyre RS, Mancini DA, and Basile VS, *Mechanisms of antipsychotic induced weight gain*, J. Clin. Psychiatry 62 (23 Suppl):23-9 (2001).

McIntyre RS, et al., *Bipolar disorder and diabetes mellitus: epidemiology, etiology and treatment Implications*, Ann. Clin. Psychiatry, 17(2):83-93 (2005).

Megna JL, Kunwar R, and Wade MJ, *A retrospective study of weight changes and the contributing factors in short term adult psychiatric inpatients*, Ann. Clin. Psychiatry 18(3):163-7 (2006).

Meyer JM, et al., *Change in metabolic syndrome parameters with antipsychotic treatment in the CATIE schizophrenia trial: prospective data from phase 1*, Schizophr. Res.101(1-3):276-86 Epub (2008).

Miller EA, Leslie DL, and Rosenheck RA, *Incidence of new-onset diabetes mellitus among patients receiving atypical neuroleptics in the treatment of mental illness: evidence from a privately insured population*, J. Nerv. Ment. Dis. 193(6):387-95 (2005).

Mishra GD, et al., *Short-term weight change and the incidence of diabetes in midlife: results from the Australian longitudinal study on women's health*, Diabetes Care 30(6):1418-24 Epub (2007).

Mukherjee S., et al., *Diabetes mellitus in schizophrenic patients*, Comprehensive Psychiatry 37(1):68-73 (1996).

Musselman DL, et al., *Relationship of depression to diabetes types 1 and 2: epidemiology, biology, and treatment*, Biol. Psychiatry 54(3):317-29 (2003).

Newcomer JW, *Second-generation (atypical) antipsychotics and metabolic effects*. CNS Drugs 19 (1 Suppl):1-93 (2005).

Newcomer JW, et al., *Differential effects of quetiapine, olanzapine and risperidone on glucose metabolism in patients with schizophrenia: results from a 24-week, randomized study*, Neuropsychopharmacology 31 (1 Suppl):S185 (2006).

Newcomer JW, *Metabolic syndrome and mental illness*, Am. J. Manag. Care 13(7 Suppl):S170-7 (2007).

O'Hara P, et al., *Early and late weight gain following smoking cessation in the Lung Health Study*, Am. J. Epidimiol. 148(9):821-30 (1998).

Ollendorf DA, Joyce AT, and Rucker M, *Rate of new-onset diabetes among patients treated with atypical or conventional antipsychotic medications for schizophrenia*, MedGenMed 6(1):5 (2004).

Ollerton RL, et al., *Day-to-day variability of fasting plasma glucose in newly diagnosed type 2 diabetic subjects*, Diabetes Care 22(3):394-8 (1999).

Ostbye T, et. al., *Atypical antipsychotic drugs and diabetes mellitus in a large outpatient population: a retrospective cohort study*, Pharmacoepidemiol. Drug Saf. 14(6):407-15 (2005).

Pocock SJ, and MD Hughes, *Practical problems in interim analyses, with particular regard to estimation*, Control Clin. Trials 10 (4 Suppl):209S-21S (1989).

Pocock SJ, and MD Hughes, *Estimation issues in clinical trials and overview*, Stat. Med. 9(6):657-71 (1990).

Ramaciotti CE, et al., *Relationship between bipolar illness and binge-eating disorders*, Psychiatry Res., 135(2):165-70 (2005).

Regenold WT, et al., *Increased prevalence of type 2 diabetes mellitus among psychiatric inpatients with bipolar I affective and schizoaffective disorders independent of psychotropic drug use*, J. Affect. Disord. 70(1):19-26 (2002).

Resnick HE, et. al., *Relation of weight gain and weight loss on subsequent diabetes risk in overweight adults*, J. Epidemiol. Community Health 54(8):596-602 (2000).

Robbins AS, et al., *A low-intensity intervention to prevent annual weight gain in active duty Air Force members*, Mil. Med. 171(6):556-61 (2006).

Rouillon F, and F Sorbara, *Schizophrenia and diabetes: epidemiological data*, Eur. Psychiatry 20 (supp. 4):s345-8 (2005).

Ruzickova M., et al., *Clinical features or bipolar disorder with and without diabetes mellitus*, Can. J. Psychiatry 48(7):458-471 (2003).

Ryan MC, Collins P, and Thakore JH, *Impaired fasting glucose tolerance in first-episode, drug naïve patients with schizophrenia*, Am. J. Psych. 160(2):284-9 (2003).

Sacchetti E, et al., *Incidence of diabetes in a general practice population: a database cohort study on the relationship with haloperidol, Olanzapine, Risperidone or Quetiapine exposure*, Int. Clin. Psychopharmacol. 20(1):33-7 (2005).

Sakurai Y, et al., *Relationship between weight change in young adulthood and the risk of NIDDM*, Int. J. Obes. Relat. Metab. Disord. 20(6):686-90 (1997).

Selvin E, et al., *Short-term variability in measures of glycemia and implications for the classifications of diabetes*, Arch. Intern. Med. 167(14):1545-51 (2007).

Sernyak MJ, et al., *Association of diabetes mellitus with use of atypical neuroleptics in the treatment of schizophrenia*, Am. J. Psychiatry 159(4):561-66 (2002).

Sernyak MJ, Gulanski B, and Rosenheck R, *Undiagnosed hyperglycemia in patients treated with atypical antipsychotics,* J. Clin. Psychiatry 66(11):1463-7 (2005).

Shah A, Shen N, and RS El-Mallakh, *Weight gain occurs after onset of bipolar illness in overweight bipolar patients*, Ann. Clin. Psychiatry 18(4):239-41 (2006).

Shea B, Dube C, and D Moher, *Assessing the Quality of Reports of Systematic Reviews: The QUOROM Statement Compared to Other Tools*, Systematic views in health care: meta-analysis in context. Edited by: Egger M, Smith G, and D Altman, 2001:122-39 (2001).

Shea SA, et al., *Independent circadian and sleep/wake regulation of adipokines and glucose in humans*, J. Clin. Endocrinol. Metab. 90(5):2537-44 Epub (2005).

Shiloah E, et al., *Effect of acute psychotic stress in nondiabetic subjects on β-Cell function and insulin sensitivity,* Diabetes Care 26:1462-67 (2003).

Sicras A, et al., *Metabolic syndrome in bipolar disorder: a cross-sectional assessment of a Health Management Organization database,* Bipolar Disord. 10(5):607-16 (2008).

Smith M, et al., *First v. second generation antipsychotics and risk for diabetes in schizophrenia: systematic review and meta-analysis*, Br. J. Psychiatry. 192(6):406-11 (2008).

Stroup DF, et al., *Meta-analysis of observational studies in epidemiology: a proposal for reporting. meta-analysis of observational studies in epidemiology (MOOSE) Group*, JAMA 283(15):2008-12 (2000).

Suarez L, and E Barrett-Connor, *Seasonal variations in fasting plasma glucose levels in man*, Diabetologia 22(4):250-3 (1982).

Suvisaari JM, et al., *Metabolic syndrome among persons with schizophrenia and other psychotic disorders in the general population,* J. Clin. Psychiatry 68(7):1045-55 (2007).

Taylor V, and G MacQueen, *Associations between bipolar disorder and metabolic syndrome: a review*, J. Clin. Psychiatry, 67(7):1034-41(2006).

Taylor D, et al., *Testing for diabetes in hospitalized patients prescribed antipsychotic drugs*, Br. J. Psychiatry 185:152-6 (2004).

Thakore JH, et al. *Increased visceral fat distribution in drug-naïve and drug-free patients with schizophrenia*, Int. J. Relat. Metab. Disord. 26(1):137-41 (2002).

Troisi RJ, Cowie CC, and Harris MI, *Diurnal variations in fasting plasma glucose: implications for diagnosis of diabetes in patients examined in the afternoon*, JAMA 284(24):3157-9 (2000).

Tohen M, et al., *Olanzapine combined with mood stabilizers in prevention of recurrence in bipolar disorder: an 18-month study*, Eur. Neuropsychopharmacology 12 (3 Suppl):307 (2002).

Twaites BR, Wilton LV, and Shakir SA, *The safety of Quetiapine: results of a post-marketing surveillance study on 1728 patients in England*, Drug Saf. 30(5):419-29 (2006).

Van Gaal LF, *Long term consideration is schizophrenia, metabolic effects and the role of abdominal adiposity*, Eur. Psychopharmacology 16 (3 Suppl):S142-8 Epub (2006).

Vieta E, et al., *Efficacy and safety of quetiapine in combination with lithium or divalproex for maintenance of patients with bipolar I disorder (international trial 126)*. J. Affect. Disord. 109(3): 251-63 (2008).

Vogelzangs N, et al., *Hypercortisolemic depression is associated with the metabolic syndrome in late-life*, Psychoneuroendocrinology 32(2):151-9 Epub (2007).

Wannamethee SG, and AG Shaper, *Weight change and duration of overweight and obesity in the incidence of type 2 diabetes*, Diabetes Care 22(8):1266-72 (1999).

Wannamethee SG, Shaper AG, and Walker M, *Overweight and obesity and weight change in middle aged men: impact on cardiovascular disease and diabetes*, J. Epidemiol. Community Health 59(2):134-9 (2005).

Weissenberger J, et al, *Weight change in depression*, Psychiatry Res., 17:275-283 (1986).

Wirshing DA, et al., *The effects of novel antipsychotics on glucose and lipid levels*, J. Clin. Psychiatry 63(10):856-65 (2002).