IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION


IN RE:

     SEROQUEL PRODUCTS LIABILITY LITIGATION

     CASE NO:  6:06-MD-01769-ACC-DAB

     MDL DOCKET NO. 1769




SEPTEMBER 26, 2008




        Deposition of WILLIAM C. WIRSHING, M.D., held in the offices of Exodus Recovery, Inc., 3828 Delmas Terrace, Culver City, California, beginning at 9:13 a.m. and ending at 5:21 p.m., before MARIA A. HASAKIAN, Certified Shorthand Reporter No. 8469.

Page 2

```
 1   APPEARANCES:
 2
 3   For Plaintiffs:
 4       FIBICH, HAMPTON & LEEBRON
         BY:  TOMMY FIBICH
 5       Attorney at Law
         1401 McKinney,Suite 1800
 6       Houston, Texas 77010
         713.755.0025
 7
         *AND*
 8
         BAILEY, PERRIN & BAILEY
 9       BY:  KEN BAILEY
         Attorney at Law
10       440 Louisiana, Suite 2100
         Houston, Texas 77002
11       713.425.7240
         (NOT PRESENT)
12
13   For Defendants:
14       BAKER BOTTS LLP
         BY:  EARL AUSTIN and AARON D. DAVIDSON
15       Attorneys at Law
         2001 Rose Avenue
16       Dallas, Texas 75201-2980
         214.953.6784
17
         *AND*
18
         SPRIGGS & HOLLINGSWORTH
19       BY:  FRANK LEONE, JR.
         Attorney at Law
20       1350 I Street, NW
         Washington D.C. 200005
21       202.898.5800
22
23
24
25
```

Page 4

```
 1   INDEX (CONTINUED)
 2              EXHIBITS
 3   DEFENDANTS'                                PAGE
 4   EX 9     Article                           280
 5   EX10A-D  Timeline Documents                    291
 6   EX 11    Off-Label Sleep                   290
 7   EX 12A-B Seroquel Medical Literature Binder 2 and 3 292
 8   EX 13    Curriculum Vitae                  304
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                   INDEX
 2   WITNESS:              EXAMINATION
 3
 4   WILLIAM C. WIRSHING, M.D.
 5   Volume 1
 6
 7
 8       BY MR. AUSTIN         5, 286
 9
10       BY MR. LEONE          273
11
12       BY MR. FIBICH         301
13
14
15
16              EXHIBITS
17   DEFENDANTS'              PAGE
18   EX 1    Case Studies        5
19   EX 2    Invoice             5
20   EX 3    Invoice             5
21   EX 4    Amended Notice of Deposition     54
22   EX 5    Dr. Wirshing's Export Report     64
23   EX 6    Article           212
24   EX 7    Article           250
25   EX 8    Case Report       257
```

Page 5

```
 1       Culver City, California, Friday, September 26, 2008
 2               9:13 a.m. - 5:21 p.m.
 3
 4            WILLIAM C. WIRSHING, M.D.,
 5   having been first administered an oath, was examined and
 6   testified as follows:
 7
 8           (Exhibits 1, 2 and 3 were marked for
 9            identification by the court reporter
10            and are attached hereto.)
11
12               EXAMINATION
13   BY MR. AUSTIN:
14       Q   Good morning.  My name is Earl Austin.  And I
15   represent Astra Zeneca.
16           Will you tell us your name, please?
17       A   Yes.  William, spelled conventionally.
18   Wirshing, spelled, W-i-r-s-h-i-n-g.  Middle initial C.
19       Q   We're here today -- what is the name of the
20   facility where we are today?
21       A   Brotman Medical Center.
22       Q   Okay.  Is this your place of employment?
23       A   It is.
24       Q   What is the name of your employer?
25       A   Actually, it's Exodus Recovery, Incorporated.
```

Page 6

1    Q   We're here in Los Angeles in the conference
2  room in your office today?
3    A   That's correct.
4    Q   And I understand that you have been designated
5  as an expert witness on behalf of various plaintiffs that
6  have brought suits against Astra Zeneca involving their
7  medication Seroquel?
8        We correct on that?
9    A   As far as I know, yes.
10   Q   And I have a report from you both in the MDL
11  and the Florida cases and then another report from you in
12  Delaware.
13       Are you familiar with that?
14   A   No.
15   Q   Okay. Have you just prepared one report?
16   A   Yes, sir, I have.
17   Q   They are identical. And I just wanted to be
18  sure that we were dealing just with one report.
19   A   Yes. To my knowledge, I didn't send them to
20  either Florida or Delaware.
21   Q   Right. Right. I understand. I understand.
22  That's all just lawyer stuff.
23       Okay. And then you have some documents that
24  you brought with you today.
25       Can you tell me what those are and where you

Page 7

1  got them?
2    A   Yes. I -- they are all documents of pertinence
3  to this case. And they all came from Dennis Canty,
4  C-o-n-t-i.
5        MR. FIBICH: C-a-n-t-y, I believe.
6        THE WITNESS: Okay. And in the San Francisco
7  area.
8  BY MR. AUSTIN:
9    Q   All right.
10   A   He's apparently one of the attorneys, I guess,
11  for one of the cases.
12   Q   All right. And are these all materials that
13  were provided to you by Mr. Canty and you've reviewed
14  them?
15   A   Yes, sir.
16   Q   Okay. And we -- is everything that you've
17  reviewed for preparing your report, is it here today?
18   A   That's correct. It's not only in the written
19  documents, the physical paper documents, but also in the
20  electronic ones.
21   Q   This?
22   A   Yeah, this one.
23   Q   Okay.
24   A   These don't have -- are deficient in that they
25  don't have the studies. This disk has many more studies,

Page 8

1  literally, probably 50 studies that I reviewed. And
2  those are not in those paper documents.
3    Q   Okay. Are there -- is there any duplication on
4  the disk versus what's printed out here?
5    A   Yes. Yes. Significant duplication,
6  particularly with regard to what's called -- the term
7  being timeline, document timeline, there were a lot of
8  duplications.
9    Q   All right. In this document timeline, is this
10  something that you prepared, or something that was
11  provided you?
12   A   No, I didn't -- I did not prepare it. I do not
13  understand it. It -- it did -- the numerical
14  nomenclature is positively obscure to me, but I did go
15  through it. But I -- I presume that numbers are
16  idiosyncratic to Dennis.
17   Q   Right. It starts to No. 63 and goes up to
18  No. 124?
19   A   However, that's -- that's -- that's Volume 2,
20  if you will. No. 1 is -- check.
21   Q   I gotcha.
22   A   It's this big black one here.
23   Q   All right. So we have two volumes here?
24   A   No, I believe we have three.
25   Q   Three actually?

Page 9

1    A   Yes.
2    Q   Okay. We'll sort out, during a break. I don't
3  want to waste a bunch of time going through those at the
4  moment. We'll look at those on a break and talk about
5  them.
6        Did you review all of these materials?
7    A   Yes, sir, not in painstaking thoroughness.
8    Q   Right.
9    A   Many of the documents, as you will find out,
10  are mind-numbingly boring e-mails that go on and on and
11  on and on and are duplicated ad nauseam. Those I would
12  flip through about as quickly as you're flipping through
13  that page right now. But I did try to review -- review
14  everything. I think I -- I'd like to think that I read
15  everything of pertinence, at any rate.
16   Q   Attached to your report is what's called
17  Reliance, a reference exhibit list. And I think it's 35
18  pages?
19   A   Correct.
20   Q   Did you -- did you have anything to do with
21  preparing this?
22   A   No.
23   Q   Okay.
24   A   I -- they -- I asked Glenda Grainger from
25  Tommy's office to prepare that from the disk and from

3 (Pages 6 to 9)

1      these items.
2          Q    Okay.
3          A    So I would ask her to interface with Dennis and
4      with -- with Tommy's office to -- so I -- and I did go
5      over it.  And I -- so I presume that all of the documents
6      were subsumed in that list.
7          Q    Okay.  And just so on the slight chance that
8      somebody reading this would have some idea what we're
9      talking about, we have some boxes here with some binders
10     and then we also have manila envelope with a DVD or CD
11     disk in it; correct?
12         A    Correct.  Yes, sir.
13         Q    And it's your understanding, that this
14     reference, exhibit list that's attached to your report
15     should include the materials in the boxes and in the
16     binders and on the disk?
17         A    That's correct.
18         Q    Okay.
19         A    I mean, the biggest -- the biggest difference
20     between the two, as I recall, was in the depositions.
21     The depositions that Tommy's office initially sent me
22     through Glenda Grainger was -- I believe it only had two
23     depositions, if memory serves.  And this one, obviously,
24     has many more depositions.  So that was the biggest
25     addition, I think.

1          Q    Do you remember the two depositions that were
2      originally sent to you?
3          A    I remember them very well, whether or not I
4      will get the names correct is another issue.  As my staff
5      can tell you, I'm positively lacunae with respect to
6      names.
7              MR. FIBICH:  You have what?
8              THE WITNESS:  Lacunae.
9      BY MR. AUSTIN:
10         Q    I don't know what it means but I bet you and I
11     have the same thing.
12             MR. FIBICH:  Can you spell that for the court
13     reporter?
14             THE WITNESS:  L-a-c-u-n-a-e.  It's Latin for a
15     small lake, actually.  But it means --
16     BY MR. AUSTIN:
17         Q    See, while you were learning that, I was
18     struggling, you know, to learn names and just didn't
19     succeed.
20         A    And so -- but the -- but the one is the CEO of
21     Astra whose name begins with B.
22         Q    All right.
23         A    And the second one, whose name also begins with
24     a B, was a former marketing guy who now is the -- is the
25     head of NARSAID, N-A-R-S-A-I-D --

1          Q    Probably --
2          A    -- all capitalized.
3          Q    -- Geoff Birkett and David Brennan?
4          A    I've got to write them both phonetically.
5          Q    All right.  And then those --
6              MR. FIBICH:  Between the two of you, you're
7      pretty good.
8      BY MR. AUSTIN:
9          Q    So those were the first two depositions
10     provided to you, and then since then you were provided
11     some additional depositions?
12         A    That's correct.
13             MR. FIBICH:  All of this material, though, were
14     put in a timeline, received one, then the other.  I
15     didn't get any of it, literally, until the last couple of
16     months.
17     BY MR. AUSTIN:
18         Q    Okay.  So there are additional depositions here
19     in the boxes and we'll take time here during the break
20     to go through it and figure out what those are.
21             How long ago, would you say, you received the
22     boxes and the new materials?
23         A    I could probably get it close to exact.  I
24     would say six weeks would be an estimate.  I guess, I
25     don't have it on the -- I thought there was a label on

1      top.  But six weeks.
2          Q    That's fine.  It wasn't yesterday and it wasn't
3      last year?
4          A    No.  No.  No.  No.  I mean, some of the
5      depositions, as you know, I mean, were taken six weeks
6      ago.
7          Q    Right.
8          A    So they're -- they're -- they're fairly recent.
9          Q    All right.  Have you done any independent
10     literature searches of your own in connection with your
11     work on your report?
12         A    In connection with this report?
13         Q    Yes.
14         A    I did a couple, three, yeah.  But most of my
15     literature work way, way antidates my work on this
16     report.
17         Q    No.  Understood.
18         A    Yeah.
19         Q    Any -- was there anything in particular that
20     you recall looking for for this lawsuit?
21         A    I think specifically I looked at the consensus
22     conference thing -- the report from 2004 again.  I think
23     I specifically looked at the -- the initial and then the
24     two follow-up reports from the CATIE Study.
25             And then I did one -- one afternoon I did a --

Page 14

1  a -- somewhat more extensive search on -- specific to
2  quetiapine and -- and -- and I did elaborate quite a few
3  documents. Those documents, however, didn't figure
4  substantively in my report at all. But there dozens of
5  them that I -- that I actually acquired.
6      Q   And are those among the materials that we have
7  here today?
8      A   Not -- not all of them. As I say, many of
9  those turned out to be nonsubstantive of any sort. There
10 is one of the -- one of the folders does have documents
11 that I -- sort of the core literature documents.
12     Q   All right.
13     A   And I think I kind of looked at them. I'm not
14 sure. I think --
15     Q   Well --
16     A   -- literature documents.
17     Q   -- we'll look through it at a break.
18     A   It has maybe 40 or so --
19     Q   Okay.
20     A   -- of pertinent nature stuff.
21     Q   Okay.
22     A   But they're all familiar ones to you.
23     Q   Are there any files or folders or materials you
24 have that you've used for this litigation that are not
25 here with us today?

Page 15

1      A   No. No, not -- I was pretty careful. Tommy
2  gave my fairly specific instructions --
3      Q   Okay.
4      A   -- to bring everything. And I brought
5  everything that -- that I -- that was littering my puny
6  little apartment. And I must say I have much more room
7  in it now.
8      Q   All right. Have you done all the work that you
9  believe that you need to do to render your opinions in
10 this case?
11     A   Yes. I mean, I -- I -- I think so. As with
12 any complex legal circumstance there, discovery tends to
13 be an endless ongoing process, in my experience. And so
14 to the extent that they're going to make me look at
15 something new, I will look at it; but quite honestly, I
16 doubt that that will change my opinion too much.
17     Q   Just some housekeeping. You're doing a great
18 job -- I have a tendency to talk over folks -- you're
19 doing a great job of letting me finish my rambling
20 questions. And I'll do -- I'll -- I'll wait and let you
21 finish your succinct answers. Okay?
22         Obviously, we're here in your office. If you
23 need to take break or anything just let me know. All
24 right?
25     A   Will do.

Page 16

1      Q   Do you have any -- any time restrictions today?
2      A   1,440 minutes --
3      Q   All right.
4      A   -- that everybody has in the day. But nothing
5  that --
6      Q   I just didn't know if you had to be anywhere at
7  a certain time today is all. I was --
8      A   No, sir.
9      Q   -- trying to plan ahead.
10     A   No, sir.
11     Q   All right. And do you have any medical
12 conditions or any medication today that might affect your
13 ability to give a deposition?
14     A   I have plenty of medical conditions but none
15 that would affect my ability --
16     Q   All right.
17     A   -- to give deposition.
18     Q   All right. Now, we talked about we're here to
19 talk about Seroquel.
20         And I take it you're familiar with Seroquel?
21     A   Yes, sir, I am.
22     Q   And from looking at your CV, it's apparent
23 you've devoted your career to working with people with
24 serious mental illness?
25     A   Yes, sir.

Page 17

1      Q   And you've prescribed Seroquel in the course of
2  that work?
3      A   Many thousands of times.
4      Q   You still prescribe Seroquel today?
5      A   Did so this morning.
6      Q   All right. Tell me, just in general, what is
7  your practice today?
8      A   Today, relative -- relatively complex practice
9  in the place we're at now, which is a -- which is
10 basically a psychiatric urgent care center.
11 Conceptualize it as an emergency room for seriously
12 psychiatrically impaired patients. I work there -- here,
13 rather, 30 or so hours a week. I see, in a given day, 10
14 to 20 new patients.
15         In addition to that, sort of purely clinical
16 task, I'm in charge of CME so I give a couple of lectures
17 here to the staff. We have a -- the Exodus organization
18 itself has about 139 employees and probably 50 trainees
19 of different levels that I'm responsible for that --
20 their primary continuing medical education.
21         I also work downtown at an affiliated program
22 where -- where I have a collection of chronically ill
23 patients but that I see over and over again. So it's
24 about 275 patients that we take care of.
25     Q   And what is the name of that --

5 (Pages 14 to 17)

Page 18

1    A    That's also called Exodus.
2    Q    Okay.
3    A    But that's technically at 8401 Vermont Avenue
4  in South Central Los Angeles, in the hood, as we say
5  around here. And it is about 12 hours a week to 15 hours
6  a week I work down there. And the third place that I
7  work at -- even though, curiously, it has a similar
8  name -- it's called Exodus Recovery, it's actually not
9  associated with -- with Exodus, but that's a chemical
10  dependency treatment center up in Agoura Hills,
11  California. And I do that half a day a week to one day a
12  week.
13    Q    What is your title here?
14    A    Here, I'm vice president in charge of
15  continuing medical education and research or Exodus
16  Recovery, Incorporated.
17    Q    All right. Now, we're going to -- I want to, I
18  guess, digress just a little bit and just talk about some
19  general issues and see -- kind of get your opinions on
20  some things.
21       You understand that at least one of the central
22  allegations in the litigation is that folks who take
23  Seroquel develop diabetes. You're just generally
24  familiar with that allegation?
25    A    Yes, of course.

Page 19

1    Q    Okay. And I -- and I know, from looking at
2  your writings, that you are familiar with some of the
3  metabolic issues that surround the second generation of
4  antipsychotics.
5    A    We were among the first in the world to report
6  them, yes.
7    Q    Okay. And just so we're agreeing on
8  terminology, sometimes we may talk about atypical
9  antipsychotics or second-generation antipsychotics.
10       Are you comfortable using those terms
11  interchangeably?
12    A    Absolutely.
13    Q    And conventional and first generation
14  interchangeably?
15    A    Yes, sir.
16    Q    I just want to make sure we're on the same
17  page.
18       Tell me, I guess -- is it -- is it your belief
19  that there is -- that folks with serious mental illness
20  do have sort of increased incidence of diabetes?
21    A    Purely as a consequence of their having a
22  mental illness?
23    Q    Well, I guess, yes. But that's not the extent
24  of my question, but yeah.
25    A    The answer is -- is no. With res- -- in

Page 20

1  general, the answer is no. It's, unfortunately, a long,
2  long answer, and I can --
3    Q    I understood. So go ahead.
4    A    But it is -- for people with psychotic
5  illnesses, there's virtually no evidence that the
6  psychotic illness itself, per se, specifically, is
7  associated with an increased rate of diabetes. However,
8  psychotic people, again depending on the details,
9  psychotic persons are heavier, fatter, have greater
10  adiposity than people without psychoses. By virtue of
11  that increased adiposity, they also have increased rates
12  of diabetes, hyperglycemia, downstream consequences
13  thereto.
14       It is a little complex in detail because
15  there's also a population of female patients with
16  psychoses who have lower weights than their nonpsychotic
17  counterparts. That population actually has lower rates
18  of diabetes than their nonpsychotic counterparts.
19       With respect to depression, it's a more complex
20  issue. Depression actually does seem to be associated
21  with a slight increase in endochronologic disturbance
22  which seem separate from simple straightforward
23  adiposity.
24    Q    Okay.
25    A    It's a little hard to explain. But it -- it --

Page 21

1  when you get big-enough studies and look at it, it does
2  seem to occur. But not for psychosis but possibly for
3  depression.
4    Q    I think you've told me four things. And let me
5  be sure I understand.
6       Talking about psychotic patients --
7    A    Correct.
8    Q    -- it's your belief that there's not anything
9  about the psychotic illness itself which predisposes the
10  patients to obesity or diabetes, inherent in the disease
11  itself?
12    A    No, I didn't -- I didn't say that about --
13  about obesity. I said --
14    Q    Just diabetes?
15    A    -- it about diabetes.
16    Q    But -- but perhaps because of lifestyle,
17  because of appetite, because of various factors, they
18  tend to be obese; is that fair?
19    A    They tend to be fatter than their nonpsychotic
20  counterparts in the population, correct?
21    Q    And I think, as I understood the distinction
22  you're making, it's not something about their mental
23  illness, per se, or inherent in the mental illness,
24  that's causing that. It's something else.
25    A    Well, it's -- it's -- it's a good question.

Page 22

1   And I don't -- I don't specifically -- specifically know
2   the answer to it. My -- my belief is that it's a little
3   bit of both.
4      Q   Okay.
5      A   And -- and my -- defense of my belief is that
6   females are overrepresented in underweight and
7   overrepresented in overweight. Males are only
8   overrepresented in overweight, underrepresented in normal
9   weight, underrepresented in underweight.
10      So it -- it suggests that, at least for the
11   females, that the illness does have some effect on weight
12   in a very curious, curious fashion.
13      Q   In an underweight fashion?
14      A   Well, in both. Because if it -- if the illness
15   just predisposes you to gain weight, then there shouldn't
16   be those underweight females; if the illness just
17   predisposes you to lower weight, there shouldn't be the
18   overweight males or females.
19      So I think there is an impact of the -- of the
20   illness. It's a little hard to say exactly what it is on
21   weight, but I think it is there.
22      A much greater effect is the lifestyles they
23   live, the medications they take, other sort of
24   epiphenomenon that are associated but not directly linked
25   to the illness.

Page 23

1      MR. FIBICH:  Did you say epiphenomenon?
2      THE WITNESS:  Yeah.
3   BY MR. AUSTIN:
4      Q   What do you mean by epiphenomenon?
5      A   You know, here's the -- here's the primary
6   phenomenon and these are the ones related -- related to
7   it.
8      Q   Give me an example.
9      A   Your -- your primary -- primary thing that
10   you -- you observe is it gets dark when there's a full --
11   when there's a full summer -- a -- a -- a solar eclipse.
12   An epiphenomenon associated with that is there are more
13   daytime accidents, automobile accidents, as a consequence
14   of that.
15      Q   All right.
16      A   Not that the moon had any direct impact in
17   causing those automobile accidents, but there's a
18   decrease in illumination. People aren't prepared for
19   it --
20      Q   Right.
21      A   -- and they cause these accidents.
22      Q   And they're watching the eclipse.
23      A   Or they're watching the eclipse. Exactly
24   right.
25      Q   All right. What are some of the lifestyle

Page 24

1   factors in psychotic patients that might contribute to
2   their obesity?
3      A   Several. Patients with psychotic illnesses
4   tend to drift down the socioeconomic spectrum and are
5   notorious in their poor diets that they consume. They
6   just have access to much poorer food stubs -- food stubs
7   than people in higher -- the higher levels of
8   socioeconomic status.
9      Two, the illness itself is associated with an
10   increased -- even compared to the rest of us -- an
11   increased rate of sedentary lifestyles. So their
12   exercise output is decreased compared to nonpsychotic
13   population. And probably most importantly, the
14   medications that are most effective at treating their
15   illness, unfortunately, cause them to -- to -- to gain
16   weight.
17      Q   Okay.
18      A   So those three factors kind of conspire to
19   contribute to increased obesity rates.
20      Q   The diet, the sedentary lifestyle certainly are
21   factors independent of medication?
22      A   Absolutely.
23      Q   And then the last point, I just want to revisit
24   briefly, there -- there does appear to be something in
25   depressed patients, in patients with depression, that's

Page 25

1   maybe organic to their illness, it seems to contribute to
2   obesity or diabetes?
3      A   It's actually not -- not to -- not to -- to
4   obesity, per se. The curious thing about -- curious
5   thing about obesity is that obesity is curiously
6   protective of depression.
7      If you look -- if you look at obese
8   populations, they -- they aren't as depressed as you
9   would actually predict. But the correlation I was making
10   is that there's -- there is a connection between
11   depressive episodes, depressive illness and an
12   endocrinologic disturbance that seems separate from
13   simple, you know, I'm fat as a consequence of my
14   lifestyle, my genetics, whatever. And that speaks to
15   probably, you know, that there's an interaction. We know
16   there's an interaction between mood and your immunologic
17   functioning, but there seems to be interaction between
18   your mood -- mood regulation and endochronologic
19   functioning. Kind of curious but it's -- it's probably
20   pretty real.
21      Q   And present and probably pretty real in
22   depressed patients, but you don't see it in the psychotic
23   patients?
24      A   No. It's not -- it just doesn't -- doesn't
25   come up in the psychotic patients. At least it doesn't

Page 26

1 come up in the studies, as -- as clearly. And it's a --
2 it's a very mild effect even in depression. The biggest
3 effect is the one that we've talked about, which is
4 obesity is clearly a problem.
5     Q   Then what is the relationship between obesity
6 and diabetes?
7     A   Well, that's a pretty straightforward one. In
8 general -- in general, increased adiposity, particularly
9 specific kinds of adiposity, or increase in fat stores
10 increase the risk of diabetes.
11        The American Diabetic Associations estimates
12 that a 1-pound change in fat translates to a 4 percent
13 increase in the risk of diabetes. And it just -- it goes
14 up nonlinearly from there. This is not to say that it
15 happens for every single obese person because that's
16 absolutely not true. It's just certain people who
17 have -- who are susceptible to the endochronologic
18 disturbance, have much greater problems when they gain
19 the weight.
20     Q   And what was the figure you quoted me from
21 the -- was it from the ADA?
22     A   Yeah. The -- the -- it's -- it's a
23 long-standing 1 -- 1 percent -- 1-pound change, 4 percent
24 increase; 5 pound change, 25 percent increase.
25 Statistics that come from -- I believe the original

Page 27

1 statistics came from the Framingham Heart Studies.
2     Q   Yeah. I was going to ask you --
3     A   A couple of decades ago.
4     Q   I was going do ask you your source for that.
5     A   The Framingham Heart Studies are big
6 epidemiologic canvassing of a specific population over
7 time, lots and lots of values, very good follow-up. A
8 lot of -- a lot of our knowledge of cardiovascular
9 illness, weight, exercise, diabetes, et cetera, comes
10 from -- comes from that very famous study.
11     Q   You mentioned, as I understood, that sort of
12 the location of the weight gain or the type of weight
13 gain makes a difference?
14     A   Absolutely.
15     Q   Explain that for me.
16     A   We would win the Nobel Prize if I actually
17 could explain it, but I will describe to you what it's
18 observed. And what it's observed is that omental
19 adiposity, so that the -- the omentum is the big apron
20 that comes down from the -- from the -- the intestines
21 and covers -- covers your intestines.
22        MR. FIBICH: What -- how do you spell it?
23        THE WITNESS: O-m-e-m-t-a-l, omental. Omentum
24 is with an M, obviously.
25        It is one of the areas where we store fat.

Page 28

1 It's intra-abdominal, it's beneath the -- the -- the
2 muscles, your abdominal muscles. And when those -- that
3 fat increases, we call it visceral adiposity or omental
4 adiposity, that's particularly bad, hard to get rid of,
5 and it's most commonly associated with changes in glucose
6 regulation; fat stores elsewhere, not so much.
7        So if you're the person that selectively gains
8 weight around your midsection, that person is clearly at
9 a higher risk than the person that gains weight on the
10 backside, in their legs, in their arms, more generally.
11 That's really not associated with an increased risk.
12     Q   Just to put it in simple terms: Midsection is
13 bad, other places it's not?
14     A   That's correct.
15     Q   Where diabetes is concerned?
16     A   That's correct. And it seems to be really a
17 different kind of fat. The researchers call them brown
18 and yellow fat. They -- they -- it really does seem to
19 be under different hormonal control. It has different
20 effects on the body. Gender effects, lots of different
21 factors come into it.
22        It's -- the people in metabolic clinics, for
23 instance, they actually do CAT scans of the midsection to
24 quantify that fat store because it's so important. It's
25 such a crucial factor.

Page 29

1     Q   And where an -- when you're talking about a
2 certain individual, where they lay down fat, is that just
3 particular to their genetics or metabolism, whatever?
4     A   It has something to do with genetics, yes. It
5 has something to do with gender. It has something to do
6 with race. It has something to do with time of life.
7 All of those things seem to -- seem to -- seem to come
8 together to conspire to make one person a belly fat
9 person and another person a backside person.
10     Q   Right.
11        And I know that just reading the newspaper,
12 we're undergoing what's been called an epidemic of
13 diabetes and obesity.
14     A   Epidemic is way too small a word for what we're
15 undergoing. It is without precedent in the history of
16 humanity, and it is -- it is staggeringly rampant.
17     Q   And that's completely outside the -- the
18 patient population of the mentally ill. It's just in the
19 population in general?
20     A   Absolutely. It is the background of the
21 nonpsychotic population.
22     Q   And what is driving the epidemic of diabetes,
23 from your perspective, in the general population?
24        MR. FIBICH: Object to form.
25        THE WITNESS: We're eating too much.

Page 30

BY MR. AUSTIN:
1    Q   Yeah.
3    A   It's pretty -- it's pretty straightforward. I
4  mean, if you think about things, I mean, literally, this
5  moment in time that we're standing in, is the first time
6  in the history of humanity that homeless people are
7  obese. I mean, that is a testimony to the magnificence
8  and, unfortunately, sadness of our society, that we have
9  now become so good at producing food that the most
10  disenfranchised segments of society can become obese.
11        If you look at virtually any other time in
12  history, and you certainly look at almost any other
13  country that doesn't have our level of affluence, that
14  just doesn't occur.
15    Q   Is that -- is that in part due to the sort of
16  saturated fat content of low -- low-cost foods?
17    A   Yeah. I don't think -- I don't think it's
18  simply the saturated fats. Saturated fat certainly
19  contributes to a lot of bad things, obesity to a certain
20  degree. And -- and it is certainly a disproportionate
21  amount of the sort of the cheap, quick, high-calorie food
22  stubs that people consume.
23        But mostly it's just we eat massively more
24  calories than we used to. We -- and we continue to eat
25  more. It is a -- a -- a good question as to why, you

Page 31

1  know, this -- this relentless, literally, 30-year
2  trajectory has occurred just now. But I think -- I think
3  most of it is we eat differently than we used to. And we
4  consume just tremendous amounts more than we used to of
5  everything, saturated fats included.
6    Q   And in the process by which diabetes develops,
7  then it's one that's a chronic condition that develops
8  over years?
9    A   Absolutely. And by the time diabetes is
10  generally noticed, the moment diagnosis is made, the ADA
11  estimates that you've had the illness for 7.3 years.
12    Q   Right.
13        And I think statistics, something like 50
14  percent of people with diabetes don't know it.
15    A   That's been a pretty standard statistic that
16  people have kicked around for many years. It's probably
17  at least that high.
18    Q   Is it your thought -- what role does genetics
19  play in it? Do you think a genetic predisposition is
20  sort of a necessary predicate or not?
21    A   It's -- it's not -- it's not necessary. It is
22  obviously an important component, particularly for Type 2
23  diabetes. I mean, I probably should have made that clear
24  that that's what we're talking about.
25    Q   Right. I should have as well.

Page 32

1    A   But, absolutely, Type 2 -- Type 2 diabetes is a
2  very strong genetic and -- and racial pattern.
3    Q   And then what is it about -- and we have a
4  person who's obese and they've been -- we've had the five
5  to seven years that go by.
6        What is it about the obesity that then
7  contributes to the diabetes, in your view?
8    A   Nobody quite knows, but the presence of fat,
9  the presence of adipose stores makes a person less
10  sensitive to regular circulating levels of insulin. So
11  insulin that used to have a certain impact on glucose
12  levels doesn't have the same impact. So the pancreas has
13  to work harder, in a state of relative insulin
14  resistance. And as the pancreas work harder and harder
15  to keep up with -- with basically what's a steeper and
16  steeper hill that it has to climb, it eventually wears
17  out. So the initial stages of insulin-resistant
18  diabetes, of Type 2 diabetes, are abnormal glucose
19  levels, but your insulin levels are rising progressively
20  and then your insulin levels start to drop, glucose then
21  begins to rise, cross the threshold, diagnostic threshold
22  for diabetes. But at that point, the pathologic process
23  has been transpiring for a good -- good amount of time.
24        How exactly does the presence of adiposity
25  causes that insulin to have less of an effect on the same

Page 33

1  insulin receptors before the adiposity was there, they're
2  still working that out.
3    Q   So we don't know exactly the mechanism but the
4  observation you think is -- is a clear one?
5    A   Yeah. The obser- -- observation is -- is -- is
6  quite a solid one. And there's a good deal of -- of --
7  of work on the details but I -- at least to my reading
8  and my understanding, it's not been worked out, at least
9  in any thoroughness.
10    Q   So if I understand it, it's a buildup, not --
11  not just of weight, per se, but of weight in the
12  midsection that really -- that really is what we're
13  talking about here?
14    A   Yeah. With the diabetes, it is specifically
15  related to adiposity --
16    Q   Right.
17    A   -- which is what we've been talking about. I
18  mean, obviously there are people who are predisposed to
19  develop the type of diabetes we've been talking about,
20  and later in life, they may develop diabetes at a
21  completely normal weight. They're just more susceptible
22  to it. They would have developed it earlier had they
23  been obese, but even not being obese, they still
24  developed it. So -- so it -- it -- adiposity is clearly
25  a component of it. It is not the only component and it

9 (Pages 30 to 33)

Page 34

1    is not even a necessary component for everybody.
2        Q   In some folks?
3        A   In some folks.
4        Q   So in other words, for those patients whose
5    diabetes is driven by obesity --
6        A   Okay.
7        Q   -- the sort of weight gain we're talking about
8    is weight gain in the midsection as opposed to elsewhere?
9        A   That's correct.
10       Q   Okay. And it's going to be weight gain that
11   builds up over the course of years before -- to -- to
12   involve this chronic problem with insulin resistance?
13       A   We didn't quite -- quite talk about that.
14   The -- the insulin resistance can come on pretty quickly
15   with the weight gain. The pancreas, though, can respond
16   to that. It can take care of it.
17           When you're thin, your pancreas puts out a
18   lower amount of insulin per day than when you're heavy,
19   but you still have a normal -- normal glucose.
20       Q   Right.
21       A   So yes, insulin resistance is there, but
22   there's no signs of it before your glucose becomes out of
23   whack.
24       Q   The -- as the weight builds up over the years,
25   it's a chronic -- it's a chronic process before diabetes

Page 35

1    develops?
2        A   In general. In -- in general, that's -- that's
3    true. I mean, there's sometimes overwhelming infections,
4    enormous stress, all of those things cause a greater load
5    on the pancreas, you can suddenly develop glucose
6    disregulation, when you didn't have it before, over the
7    course of a very short period of time because of that
8    inordinate extreme stress.
9        Q   And on the other hand, there are people who can
10   gain weight over the course of many years, become quite
11   obese and they never develop diabetes?
12       A   That actually is the norm.
13       Q   Right.
14       A   Much more people can become obese and not
15   develop diabetes, than become obese and do develop
16   diabetes. It is a minority problem.
17       Q   And -- and so the -- the discussion we're
18   having here about the weight gain, obesity and chronic
19   obesity and diabetes, that's sort of discussion about
20   populations, but it doesn't necessarily apply to -- to
21   individuals?
22       A   Correct.
23       Q   And I think, certainly, whether it's about a
24   medication or anything else, case reports of eating this
25   food or taking this medication and diabetes are not

Page 36

1    themselves indicative of causation?
2        A   Of -- of course not. They're just -- they're
3    just observational hints.
4        Q   Yeah.
5            And I think -- I think you agree there's many
6    other -- there's a variety of risk factors for diabetes?
7        A   Of course there are.
8        Q   Can you tell me some of those that occur to
9    you?
10       A   Well, we -- we --
11       Q   We talked about a lot of them --
12       A   We --
13           THE REPORTER: I'm sorry. I need both of you
14   to slow down.
15           MR. AUSTIN: That's fine. Thank you for
16   telling us.
17           THE WITNESS: We have, indeed, talked about --
18   talked about many of them. The bulk of them are the ones
19   we have talked about: genetics, racial, gender and the
20   physical characteristics of the patient.
21   BY MR. AUSTIN:
22       Q   And so they'll be some patients that, because
23   of genetic factors and others, may get diabetes and never
24   become obese?
25       A   That's correct.

Page 37

1        Q   And I think you said the majority of obese
2    people do not develop diabetes because they don't have
3    these combination of other factors?
4            MR. FIBICH: Object to form.
5            THE WITNESS: Presumably. There might actually
6    be something specifically protective that they possess,
7    that the persons that develop diabetes don't possess. We
8    just haven't identified what that is. I mean, why one
9    person's adiposity doesn't mess with your glucose
10   regulation and another person who's equally obese has
11   horrible problems with glucose regulation. So it --
12   it -- it might not be that there's -- that there's
13   something deficient in one. It might be -- it might be
14   that -- that the normal person actually has -- has yet
15   unidentified protective factors that -- that allow them
16   to become massively obese.
17   BY MR. AUSTIN:
18       Q   So, for example, looking at it from the genetic
19   perspective, it may not be that there's a genetic
20   deficiency that causes, you know, that makes them
21   somewhat susceptible to diabetes. It may well be that
22   other people have a protective gene.
23       A   That's correct. The same thing could be said
24   for cardiovascular disease. For instance, we know
25   obesity is related to cardiovascular disease and

ESQUIRE DEPOSITION SERVICES
(800) 640-2461

Page 38

1  hypertension. Yet there are plenty of obese people who
2  don't have hypertension, don't develop lipid
3  abnormalities and have no other specific associated
4  cardiovascular disease.
5      Q   All right. Then let's talk now about
6  antipsychotic medications.
7          What is your view on how antipsychotic
8  medications may contribute to diabetes?
9      A   My view in -- in large part is that the -- the
10  medications cause an increased rate, observed rate, of
11  diabetes are by virtue of the fact that they cause people
12  to gain weight. There is some minor work in animals,
13  some observational work, short-term work in humans, which
14  would suggest that some of the drugs may also have a
15  minor direct impact on pancreatic functioning.
16         It's my belief that, if that occurs, it's a
17  relatively minor -- minor effect. It's interesting but
18  it's relatively minor. The biggest effect is the fact
19  that it makes people gain weight and that that is the
20  risk factor which -- which of course exposes them to
21  greater endochronologic disturbance.
22     Q   The studies that suggest that there might be,
23  as you've described, a very minor direct effect on the
24  pancreas, what medications are those?
25     A   The -- the medications that have been most

Page 39

1  consistently looked at are clozapine, olanzapine.
2          MR. FIBICH: Why don't you spell those.
3          THE WITNESS: C-l-o-z-a-p-i-n-e and olanzapine,
4  o-l-a-n-z-a-p-i-n-e, and quetiapine, q-u-e-t-i-a-p-i-n-e.
5  There are even a couple of -- of reports also involving
6  risperidone, r-i-s-p-e-r-i-d-o-n-e. And I think -- I
7  think those are the ones that I recall.
8  BY MR. AUSTIN:
9      Q   What -- what specific studies are you talking
10  about with respect to quetiapine?
11     A   I don't have them -- I don't have them locked
12  in my head. But there were --
13     Q   Can you describe them?
14     A   Yeah. They -- they -- fairly -- fairly
15  standard thing that people do is short-term trials of
16  medications and do clamp studies pre and post. It's
17  mixed literature. Some yes, some no. Lots of
18  discussions about the adequacy, the types of -- of --
19  of -- the research designs. And, as I say, the effect
20  is, certainly in the short term, is a minor one. They're
21  interesting, but I don't think -- I don't think they
22  explain what we see clinically.
23     Q   Right.
24         So do you think they're the driver in what
25  we're seeing with patients developing diabetes on these

Page 40

1  medications?
2          MR. FIBICH: Object to form.
3          THE WITNESS: I do -- I do not -- I do not
4  believe that there's direct toxicity of any of these
5  medications, quetiapine included, on -- on the pancreas,
6  explains the bulk of the observed endochronologic
7  disturbance that has been reported.
8  BY MR. AUSTIN:
9      Q   Do you think that it has been established to a
10  reasonable degree of scientific certainty, that, in fact,
11  quetiapine does, in fact, have any direct effect on the
12  pancreas?
13     A   That quetiapine does have a direct effect?
14     Q   Yes.
15     A   No, I don't believe it's been established.
16     Q   In other words, there's been many attempts to
17  look at it and sort of conflicting results. It hasn't
18  really been established.
19     A   That's correct. I mean, that's true for all of
20  the medications we've talked about.
21     Q   So the mechanism, in your view, is just simply
22  weight gain?
23     A   That's the -- I think the most parsimonious
24  explanation for what we see.
25     Q   And then, in your view, what is it about the

Page 41

1  medications that contribute to weight gain?
2      A   Well, it's -- it's my belief that the
3  medications actually impair satiety and --
4      Q   Meaning?
5      A   Meaning that -- that one of the primary
6  mechanisms that controls how much we eat, which is
7  whether we notice we're full. And there is a mechanism
8  whereby that process occurs. And that mechanism is
9  interfered with with the atypical antipsychotics, in
10  addition to many other medications, of course, but -- so
11  a decrease in satiety causes a person to overeat and the
12  increased consumption of calories following second along
13  thermodynamics causes you to gain weight.
14     Q   So it's not -- if I understand it, it's not
15  that they somehow adjust your metabolism or change your
16  food preferences or anything of that nature. It's just
17  simply you eat more of what's on your plate?
18     A   Lots -- lots of people have talked about --
19  talked about carbohydrate craving this, fat loving that
20  and -- and odd appetite choices of one sort or another.
21  But no, it's my belief that a large bulk of it is a
22  failed satiety.
23     Q   So while there's been talked about that they
24  may -- the drugs may stimulate carbohydrate --
25  carbohydrate craving or other things like that, those are

11 (Pages 38 to 41)

Page 42

1    theories. But in terms of what you think is really --
2    what the best sign is, it just simply increases your
3    appetite?
4        A  Yeah, that's my belief; that's my reading of
5    the literature, and that's certainly my observation of
6    patients. They eat more of whatever is in front of them.
7        Q  Okay. And I take it that the impact of the
8    various medications will vary from individual to
9    individual in this regard?
10       A  Oh, absolutely. Allow a vignette from
11   downtown.
12       Q  Sure.
13       A  I have two brothers, both of whom have
14   psychotic illness, both of whom are on quetiapine. There
15   have a difference of age of about four years, about the
16   same height and they weighed approximately the same
17   before they were started both on quetiapine, prior to my
18   coming on to their care. Taking approximately equivalent
19   dose, one 400, one 600 milligrams. The one young man
20   weighs 315 pounds; the other young man weighs 155. And
21   you can hardly get a better experiment than that. And --
22   and the whys and wherefores it affects one and not the
23   other is difficult to predict.
24       Q  Right.
25           Does this process of increased appetite also

Page 43

1    occur with some of the first-generation drugs?
2        A  Yeah. Again, it's -- it's not specifically an
3    increase in appetite. The -- sometimes patients describe
4    that sensation, but it's really that I'm not full.
5        Q  Okay.
6        A  And it's a little -- it's a little different
7    and --
8        Q  It's a decrease in sort of a feeling it's time
9    to stop eating?
10       A  Exactly.
11       Q  Okay.
12       A  Exactly. And does it occur with the older
13   drugs? Absolutely, it occurs with many drugs.
14       Q  What other sorts of drugs?
15       A  Oh, sort of the notoriously and interesting are
16   the -- the antihistaminic drugs that one takes for
17   generalized urticaria or seasonal rhinitis, hay fever,
18   allergies, whatnot.
19       Q  Allergy medication?
20       A  Exactly. Those are -- those -- and I produce
21   and I bring those up is because those medications,
22   medications like loratadine, l-o-r-a-t-a-d-i-n-e, are
23   medications that are polar, don't cross the blood-brain
24   barrier. So they don't get in the brain and yet they'll
25   cause people to gain weight. So peripheral effects of

Page 44

1    these antihistaminic drugs decrease satiety, cause you to
2    gain weight. The older generations of -- of
3    antidepressants typically cause people to gain 10, 12
4    pounds. And, again, we stopped --
5        Q  Give me an example, drug example.
6        A  Elavil, E-l-a-v-i-l.
7        Q  Tricyclic?
8        A  Tricyclic antidepressants, correct.
9        Q  That's fine. Tricyclic?
10       A  Exactly. The -- some of the newer-generation
11   antidepressants, mirtazapine, m-i-r-t-a-c-e-p-i-n-e
12   (sic), also cause people to gain weight, five, six,
13   seven, pounds and. Again, through similar -- or
14   presumably similar -- similar mechanisms. Medications
15   like Depakote, D-e-p-a-k-o-t-e.
16       Q  Which is used for?
17       A  Originally for seizures but also used for
18   people with mood instability like bipolar illness. That
19   is a -- I believe that that is a different mechanism,
20   however. I believe that that is an increase in appetite.
21   Gain weight in a slightly different fashion than they do
22   with satiety abnormality. So lots and lots --
23       Q  Right.
24       A  Lots and lots of our drugs. In general, weight
25   gain -- lithium -- from many different drugs in

Page 45

1    psychiatry is extremely common.
2        Q  There is weight gain with -- with lithium?
3        A  Weight gain with lithium is, on average, about
4    five pounds, six pounds.
5        Q  Valproate?
6        A  Valproate is probably closer to 8 to 10 pounds
7    on average, very, very significant in some people. Those
8    are just population averages for individuals. It's
9    enormous ferons.
10       Q  Right.
11          And -- and -- so while we can talk of these
12   drugs in terms of, sort of looking across the population
13   what they do, you know, how it is on average. You really
14   can't. That -- none of that really can apply to the
15   individual?
16       A  None of it may apply to the individual.
17       Q  Right.
18       A  Correct.
19       Q  In other words, if an individual takes lithium
20   and gains, you know, 10 pounds, it's difficult to say
21   that the lithium is what caused him to say gain 10
22   pounds?
23       A  It's not quite that -- that difficult, and the
24   reason is -- is as follows: Is we, as humans, tend to
25   follow a fairly specific pattern of weight. Look at

12 (Pages 42 to 45)

Page 46

1   it -- any individual life and that person is either
2   stable or gaining weight, on average, at a certain
3   trajectory. They don't stair-step. They don't have
4   these massive changes, plateaus, massive changes,
5   plateaus. So if you have a background of that person's
6   trajectory, you then superimpose upon that or introduce
7   upon that trajectory a medication like lithium. And you
8   see over a believable course of, say, over two or three
9   months, you see a change of 12 pounds, when there's no
10   other three-month epic that had such a weight increase, I
11   think it's pretty easy to say, yeah, it looks like it's
12   due to lithium.
13     Q   Unless there, perhaps, may have been something
14   else going on?
15     A   If they're taking other drugs or other --
16   other -- there's another explanation for it, absolutely.
17   That assumes that there is no other obvious explanation.
18     Q   For example, somebody hurts their back and
19   they're laid up and they're not as active?
20     A   That could also be an explanation, yes.
21     Q   So you'd want to look at a variety of factors
22   before you could determine that, gee, that weight gain
23   was due to lithium.
24     A   Of course.
25     Q   And that would be true with Seroquel as well?

Page 47

1     A   That would be, exactly.
2     Q   Okay. And then for any individual person, the
3   fact that they gained 10 pounds only contributes to the
4   risk of diabetes to the extent that it is in their
5   midsection, as opposed to elsewhere?
6     A   No. Again, that's -- that's arguing, again,
7   from -- from the group to -- to the specific. In
8   general, it's omental adiposity for the group. But for
9   the individual, that's more difficult to predict.
10     Q   Right.
11       Talking about -- so with -- with all of the
12   first-generation drugs, is there some level of weight
13   gain?
14     A   All except for one.
15     Q   And which one?
16     A   Molindone, M-o-l-i-n-d-o-n-e.
17     Q   Is that prescribed much these days?
18     A   It was never prescribed much, any days.
19     Q   All right. So in terms of your choices as a
20   clinician, all of them -- all of the standard drugs,
21   whether the first or second generation, carry some rate
22   of risk of weight gain?
23     A   Yes. It's relatively minor with high-potency
24   conventional drugs; modest with low-potency conventional
25   drugs.

Page 48

1     Q   And I know a lot of what we'll talk about today
2   is comparing what's the rate with this drug versus that
3   drug.
4       I take it, in your practice, you don't have an
5   opportunity to treat people with placebos; that's not an
6   option?
7     A   I -- I -- I don't anymore. I certainly did.
8     Q   But not -- not in terms of actually trying to
9   treat their illness, I guess is what I'm saying.
10     A   Well, I mean to the -- to the degree that my
11   patients and I participated in studies that I designed,
12   they occasionally involved placebos; that was not a very
13   common thing.
14     Q   Right.
15     A   I mean, if you go -- go through my -- my
16   career, you will find that I -- that I did do that on
17   occasion.
18     Q   I guess what I meant to say is in the -- in the
19   typical -- in a clinical practice, if you have a patient
20   with serious mental illness, not treating them is
21   typically not an option?
22     A   Of course not.
23     Q   So you're, of necessity, choosing between a
24   variety of potential therapies all of which carry some
25   weight gain liability?

Page 49

1     A   Among many other liabilities --
2     Q   Right.
3     A   -- but that's a choice of toxicities, is
4   basically the core clinical dilemma.
5     Q   And I think I've seen you testify in the past
6   that these drugs have a very distinctive weight gain
7   pattern in terms of timing?
8     A   I do.
9       MR. FIBICH: Object to form.
10   BY MR. AUSTIN:
11     Q   Can you tell me, do these drugs, the
12   antipsychotics, including Seroquel, have a distinctive
13   weight gain pattern?
14     A   Yes. In terms --
15     Q   In terms of timing.
16       MR. FIBICH: Object to form.
17       THE WITNESS: In general.
18   BY MR. AUSTIN:
19     Q   Can you tell me what that is?
20     A   Yes. If you look -- if you look at --
21       MR. AUSTIN: Let me ask you this: What's the
22   objection to that question?
23       MR. FIBICH: Well, "these drugs" is my problem.
24   I think that's somewhat vague for the purposes that have
25   been given in the --

13 (Pages 46 to 49)

Page 50

1     MR. AUSTIN: All right.
2     MR. FIBICH: Vague. Are you asking an average?
3     MR. AUSTIN: Okay. I'm just talking about this
4  mechanism we've been talking about. Patients take a
5  medication and it decreases their ability to judge when
6  they should stop eating.
7     MR. FIBICH: Okay. And by "these drugs," are
8  you talking about --
9     MR. AUSTIN: Antipsychotics.
10    MR. FIBICH: First --
11    MR. AUSTIN: Including quetiapine.
12    MR. FIBICH: First --
13    MR. AUSTIN: Both.
14    MR. FIBICH: All antipsychotic medication --
15    MR. AUSTIN: Yeah.
16    MR. FIBICH: First and second generation?
17    MR. AUSTIN: Including quetiapine.
18    MR. FIBICH: Okay. I'm not trying to be
19  interruptive. Will you restate your question so I
20  understand it, again.
21    MR. AUSTIN: All right.
22    Q    This mechanism we've discussed where patients
23  take antipsychotics, including quetiapine, and it
24  decreases their feeling that it's time to stop eating;
25  therefore, leading to weight gain.

Page 51

1     I think -- is it correct that these drugs have
2  a sort of distinctive pattern in terms of the timing of
3  this weight gain occurrence?
4     A    In general, yes. Failed satiety is -- causes
5  the following pattern. It is initially a fairly linear
6  increase that begins with the introduction of the drug;
7  that then moves to a plateau at a certain time
8  downstream. This slope of that plateau is related to the
9  ultimate time to plateau. In other words, the steeper
10  the plateau, the more protracted, the longer period of
11  time the -- no, the steeper the initial trajectory,
12  rather, the longer the time to the plateau.
13    So said another way, the more weight you're
14  going to gain, the faster you demonstrate the increase at
15  first. But on average for, say, quetiapine, which on
16  average shows a weight shift of about nine pounds, that
17  will demonstrate itself in the first couple of months of
18  treatment.
19    Q    Okay.
20    A    A drug that's going to cause a 50-pound weight
21  gain, they're not going to reach a plateau until after
22  six months.
23    Q    Okay. So let's focus on quetiapine. And I may
24  sometimes call it Seroquel, that brand name. Quetiapine
25  is the generic name, but we're talking about the same

Page 52

1  thing; correct?
2     A    We are.
3     Q    Okay. What is the weight pattern in terms of
4  both amount and timing that you believe occurs with
5  Seroquel?
6     A    Again, if we're talking about average --
7     Q    Right.
8     A    -- on -- on average, looked at short-term
9  trials, say, to an aggregate of 10 weeks' duration, a
10  person will gain about nine pounds. That's the average
11  person; and that will have been achieved on average by
12  about week eight. So it's about a pound a week. That's
13  the slope of the trajectory. And the plateau is achieved
14  at a couple of months.
15    Q    If you see a patient who takes Seroquel,
16  doesn't gain any weight over that initial period and then
17  six months down the road gains weight, are you able to
18  attribute that to the drug?
19    A    That would be --
20    MR. FIBICH: Object to form.
21    THE WITNESS: That would be an unusual --
22  unusual pattern. If -- if that occurred, I would wonder
23  if there's something else going on.
24  BY MR. AUSTIN:
25    Q    And that's where you want to look at lifestyle,

Page 53

1  other drugs?
2     A    Exactly. I mean, for that particular pattern,
3  what I would be interested in is were there other drugs
4  that were introduced/withdrawn that might explain that,
5  or was there something going on in a person's life which
6  would more reasonably explain the timing.
7     Q    And I imagine a combination of drugs may
8  matter. But if a person is taking more than one
9  medication, it's sometimes difficult to figure out which
10  may be contributing what in their --
11    A    Absolutely. And sometimes thanks to -- thanks
12  to -- thanks to Abbott Pharmaceuticals who did a study
13  where they combined Depakote with risperidone and
14  olanzapine. So those are three drugs that notoriously
15  cause weight gain. And so one nice study where you got
16  to see what's the effect of the individual drug, and
17  what's the effect of the additive drug. And it was
18  extremely interesting in that it allowed you to know that
19  for risperidone the addition of Depakote doubled the
20  weight gain so that it was equivalent to the weight gain
21  associated with olanzapine; however, the addition of
22  Depakote to olanzapine really didn't change the ultimate
23  outcome.
24    So it -- for some drugs that are particularly
25  bad at weight gain liabilities, there is a limit to the

14 (Pages 50 to 53)

Page 54

1  speed with which a person will gain weight. And with
2  clozapine and olanzapine, for instance, those drugs
3  actually achieve pretty close to the maximum speed weight
4  gain. So the addition of other drugs that are notorious
5  for weight gain don't actually cause an incremental
6  increase.
7      Q   And I take it even that analysis, whether or
8  not a drug -- one drug contributes to another, sort of
9  makes generalizations across populations. But, again,
10  for an individual, it's going to be impossible to
11  predict?
12     A   Absolutely. You can't -- and, further, you
13  can't extrapolate from those specific drugs to other
14  specific drugs.
15         MR. AUSTIN:  Why don't we go -- I'm thinking I
16  want to go find that water, if I can. So let's just take
17  a break.
18         (Recess.)
19         (Exhibit 4 was marked for
20          identification by the court reporter
21          and is attached hereto.)
22  BY MR. AUSTIN:
23     Q   Doctor, I'm going to show you what we've marked
24  as Exhibit 4. And this is the deposition notice.
25         Have you seen it?

Page 55

1      A   You mean, other than right now?
2      Q   Yes.
3      A   I think so, yes.
4      Q   Okay. And it's got a list of the documents on
5  the back which probably in all, read together, means
6  everything that you've reviewed. And I think you've told
7  us already that you brought that here.
8          In other words, we can go through each of
9  these, but the fact of the matter is I think it just asks
10  you for everything that you reviewed. And I think you're
11  told us it's here.
12     A   Yeah. This -- this Schedule A, if you're
13  referring to Schedule A --
14     Q   Yeah.
15     A   -- asks for more than what I've reviewed.
16     Q   Okay.
17     A   But yes.
18         MR. FIBICH:  Okay. Let me make a comment, if I
19  may. On No. 4, it's requested all documents reflecting
20  time he has spent as an expert witness in the Seroquel
21  litigation or any other litigation involving atypical
22  antipsychotics. We -- I didn't get this notice until
23  just recently. I don't know actually when it was
24  disseminated. It says September 22nd. And I do not
25  believe this is a request that we had agreed upon in the

Page 56

1  matter in which we were to produce documents, number one.
2          Number two, because of the lateness of the
3  notice that was given to me, Dr. Wirshing didn't get it
4  till late. And it would be impossible -- was impossible
5  for him to produce all documents involving other atypical
6  antipsychotic litigation.
7          I'm sure that you are aware, if you're not,
8  that Dr. Wirshing has been involved, as an expert in the
9  litigation involving the antipsychotic drug, Zyprexa,
10  and, in fact, testified in the Alaska Attorney General
11  trial and may have given depositions in some other cases.
12  So he doesn't have that material here today. And I'm
13  going to object to the request to produce it today.
14         MR. AUSTIN:  All right. Understood. Is that
15  something you'll at least consider producing eventually?
16         MR. FIBICH:  Yeah. Sure. I mean, yeah, quite
17  frankly, you know, I think that if you do not have his
18  testimony, that's pretty easy to get, his trial testimony
19  and his deposition testimony. I'll be surprised if you
20  don't already have that, but if you do not have that,
21  we'll consider producing it. Just write me --
22         MR. AUSTIN:  Okay.
23         MR. FIBICH:  -- and persuade me that you need
24  it.
25  BY MR. AUSTIN:

Page 57

1      Q   Item No. 1 is the materials and documents
2  relating to Seroquel that you've reviewed prior to or
3  since you were retained as an expert.
4          Is that documents we have here today relating
5  to Seroquel?
6      A   Yes, sir.
7      Q   Okay. Materials that you've considered, as
8  well as others you relied on to support your opinions, in
9  the Seroquel litigation.
10         Anything else other than what we have here
11  today?
12     A   Not anything of substance.
13     Q   Okay. Any work product, notes, memoranda.
14         And I think you've given us some typed up notes
15  here; correct?
16     A   That's correct.
17     Q   Any others?
18     A   No. I do not, as a habit, ever take notes.
19     Q   All right. Four, we've talked about. That's
20  the list of time as a witness, and Mr. Fibich and I will
21  talk about that separately.
22         You have given us, I think, have you not, a
23  list of the cases in which you've testified in the last
24  four years about Seroquel or any other antipsychotic
25  drugs?

15 (Pages 54 to 57)

Page 58

1    A   Yes, sir, I believe that was attached to my
2  report.
3    Q   All right. What about communications with
4  plaintiffs' counsel in connection with the litigation?
5  Are there any correspondence, other than the documents?
6    A   I mean, there might be a cover letter or two
7  that's included. You know, "Dear Bill, please find
8  enclosed the following documents." I believe they're
9  probably inside these boxes over there. I don't actually
10 recall any other correspondence.
11   Q   There's nothing -- there's no file that you
12 have at home or at your office that we don't have here
13 today?
14   A   That, I can pretty much guarantee you.
15 Absolutely not.
16   Q   Okay. Have you had any communications with
17 on No. 7, any communications with any other witnesses,
18 any expert witnesses, any other witnesses of any kind in
19 connection with this litigation?
20   A   With this litigation?
21   Q   Yes.
22   A   No.
23   Q   In other words, the plaintiffs have designated
24 some other experts. You haven't spoken with them?
25   A   Honestly, I don't even know who they are.

Page 59

1    Q   Right.
2        Eight, you've not done any examinations of any
3  plaintiff in this litigation, at least to your knowledge?
4    A   No.
5    Q   Okay. Do you know whether any of your patients
6  are plaintiffs in this litigation?
7    A   I have no idea.
8    Q   Okay. No. 9 is all communications with any
9  plaintiffs' counsel related to your speeches,
10 presentations, manuscripts or other writings, concerning
11 Seroquel or any other antipsychotic.
12       Any communications with plaintiffs' counsel
13 about writings that you're doing on this topic or
14 presentations or speeches?
15   A   Well, perhaps there is one. I -- I -- I wrote
16 a letter to the editor that is kind of worming its way to
17 the peer review rabbit warren.
18       MR. FIBICH: Rabbit what?
19       THE WITNESS: Warren, w-a-r-r-e-n, that I think
20 I sent to Tommy. I also sent -- I also sent it to Astra
21 Zeneca.
22 BY MR. AUSTIN:
23   Q   What is the topic?
24   A   Quetiapine.
25   Q   Quetiapine and what?

Page 60

1    A   It was a very interesting case of a woman who
2  was initially abusing, at a certain point in her life,
3  and then began using it appropriately, which is a very
4  uncommon thing for anybody to do with an addictive
5  substance. And I found it of interest because that
6  doesn't usually occur either -- either with a compound or
7  with a person who has an addictive proclivity. And I'm
8  still interested in getting it published. And I believe
9  I have it here today but it's actually not in -- in this
10 list.
11   Q   Okay.
12   A   I can give that you it.
13   Q   Yeah, if maybe over the lunch, you --
14   A   It's on the computer.
15   Q   -- can get me a copy of it.
16       All right. Thank you.
17       All right. Anything, any other correspondence
18 like that with plaintiffs' counsel about speeches you
19 intended to give, speeches you've given, article you're
20 going to write, things of that nature?
21   A   In terms of correspondence, I don't -- I don't
22 believe that I -- other than the report, I don't believe
23 I've had written communications with anybody
24 specifically.
25   Q   Do you have any -- No. 10, do you have a

Page 61

1  written, you know, engagement letter, retention agreement
2  with Mr. Fibich or any of the other plaintiffs' counsel
3  for your work in this litigation?
4    A   I never had such things.
5    Q   Okay. Any -- any agreement through a third
6  party, like an expert witness service or anything of that
7  nature?
8    A   I don't even know what that is. No.
9    Q   Okay.
10   A   No. No. No. My way of doing business is I do
11 the work and then I send you a bill.
12   Q   All right. No. 11 is records of fees for time.
13 And you have given us, I think, two bills for your time
14 in this case.
15   A   That's correct. Those are the only two bills
16 I've sent in.
17   Q   How -- how uptodate are they? Here you go.
18 Take a look at them.
19       And, in fact, I've handing you what we've
20 marked as Exhibits 2 and 3.
21   A   Well, for the record, my billing is uptodate.
22 My reimbursement, however, is somewhat lacking.
23   Q   I knew that. I -- I assumed that coming in.
24       MR. FIBICH: Thanks for bringing it up.
25 BY MR. AUSTIN:

16 (Pages 58 to 61)

Page 62

1    Q   Could you do me a favor, because you can read
2  these certainly better than I can. Tell me the dates.
3  Tell me what Exhibits 2 and 3 are.
4    A   Certainly.
5    Q   And read the amount and dates.
6    A   Yeah. Exhibit 2 is an invoice to Mr. Canty,
7  C-a-n-t-y, first name Dennis, dated 11 September 2008,
8  for 4.5 hours of work. A total invoice of $2,250.
9        And then an invoice dated -- this is Exhibit 3,
10  rather, an invoice dated 7 September 2008 to Glenda
11  Grainger, G-r-a-i-n-g-e-r, of Mr. Fibich's office and to
12  Mr. Fibich for 55.75 hours of work at $27,875.
13    Q   So adding those, it sounds like you spent about
14  60 hours up to today.
15    A   Almost exactly, yes, sir.
16    Q   Okay. And, obviously, this doesn't include the
17  time we're spending here today?
18    A   It does not.
19    Q   Did you do any particular work just to prepare
20  for this deposition?
21    A   I had dinner with Mr. Fibich last night.
22    Q   Probably talked football and things like that
23  mostly?
24    A   We actually -- I'm embarrassed to tell you. We
25  actually spent most of the time talking about his

Page 63

1  children and my children. We're a couple of pathetic
2  doting fathers.
3        MR. FIBICH: Two of our favorite subjects.
4  BY MR. AUSTIN:
5    Q   Have you met with any other plaintiffs' counsel
6  in connection with this litigation, the Seroquel
7  litigation?
8    A   No. I've -- I've physically not met with
9  anybody except with Mr. Fibich.
10    Q   It's all been basically by mail and looking at
11  documents, by phone, and the one dinner last night?
12    A   That's correct. Oh, no, that's not quite
13  accurate. I did meet with Glenda Grainger of
14  Mr. Fibich's office on two occasions. During those two
15  occasions, she brought a fellow attorney with her, his
16  name, I think was Tom.
17        MR. FIBICH: Scott Neighbors, perhaps. Scott
18  Neighbors?
19        THE WITNESS: Scott. Exactly. That's what I
20  meant to say.
21  BY MR. AUSTIN:
22    Q   And can you tell me when those meetings were?
23    A   I can tell you approximately.
24    Q   Right.
25    A   Early summer, midsummer.

Page 64

1    Q   2008?
2    A   Yes, sir.
3    Q   And what was the purpose of those meetings?
4    A   I think the purpose of the first meeting was to
5  do just that, that is to say, meet and present a brief
6  outline of their specific case that -- that Glenda and
7  Scott had. And the -- the purpose of the second
8  meeting -- both these meetings were half an hour duration
9  or so. The purpose of the second meeting was, I think, a
10  gentle reminder of when my report was due.
11    Q   Do you have a copy of your report with you?
12    A   I -- I actually do, yes, sir.
13    Q   And then, is that your -- what is this --
14    A   That's just another -- another document from
15  the case that -- that I pulled out.
16    Q   Can I just take a look at it?
17        MR. AUSTIN: Why don't we go ahead and mark his
18  report.
19        (Exhibit 5 was marked for
20        identification by the court reporter
21        and is attached hereto.)
22  BY MR. AUSTIN:
23    Q   Doctor, we've marked your report as Exhibit 5;
24  correct?
25    A   Yes, sir.

Page 65

1    Q   And -- and to that, as we received it, was also
2  attached your CV. I'll tell you that.
3        Okay. Have you provided a current CV to
4  counsel?
5    A   Yes, sir.
6    Q   Okay. And then there was also this reference,
7  the 35-page reference list that we discussed earlier?
8    A   That's correct.
9    Q   Okay. And does the report fairly and
10  accurately reflect and summarize your opinions?
11    A   Yes, sir.
12    Q   Let's go back to what we were talking before
13  the break. We talked about as -- as people eat, they may
14  gain weight and how it varies from individual, about
15  whether that weight will be abdominal fat or peripheral,
16  just that subject matter. Okay?
17        Is there anything about the Seroquel that
18  dictates where they -- where the weight -- where the
19  patients gain weight, if they gain weight?
20    A   I don't know. I did write either one or two
21  case reports where it seemed to me that there was in
22  those patients a curious and selective omental change.
23  But in general, I don't know.
24    Q   And whether in those two patients, it was
25  simply due to their genetics, metabolism, whatever, you

Page 66

1  couldn't say?
2      A   I couldn't.
3      Q   And -- and -- and really, if I understand the
4  mechanism, it's simply that the feeling of when to stop
5  eating is decreased. People eat more. But where they
6  actually lay the weight down is going to vary from person
7  to person.
8      A   That is absolutely true.
9      Q   And just to put a fine point on it, it's going
10 to lay down pretty much in the same place, whether they
11 eat because they're on Seroquel or whether they just eat?
12     A   That, I don't quite know.
13     Q   Okay.
14     A   But at this point that would be my bet.
15     Q   There's no -- there's no reliable scientific
16 evidence that you're able to point to that says we know
17 that if you take Seroquel, you're more likely to have
18 adipose fat?
19     A   No. There is some -- in -- with olanzapine,
20 there is some curious animal data that's -- that says
21 that that might be true, but it's well below the level of
22 convincing proof for any of these compounds.
23     Q   Okay. And then I think I understand you but I
24 want to be sure.
25         It's not your belief that simply because

Page 67

1  there's a temporal association, somebody takes Seroquel
2  and gets diabetes, that that alone says the two are
3  related?
4      A   Of course not.
5      Q   Okay. I assumed as much. But I mean temporal
6  association by itself doesn't really prove a link?
7      A   No. It's -- it's the first hint that there may
8  be a causal association, and it's certainly prudent to
9  investigate it further.
10     Q   Right.
11     A   But by no means dependent.
12     Q   And if we have a patient who takes Seroquel and
13 gains -- they call it the average -- they gain nine
14 pounds over -- over how long on average? Two months?
15     A   Two and a half.
16     Q   Okay. Let's say we have that kind of an
17 average. You can't, just because that happened,
18 automatically say they gained weight because they took
19 Seroquel?
20     A   You can't automatically say that that's
21 correct.
22     Q   You'd want to look at other things in their
23 lifestyle, what other medication they were taking,
24 whether there may be other reasons why they're eating,
25 their diets changed, things of that nature?

Page 68

1      A   And most importantly, you'd want to look at
2  their pre-Seroquel weight gain trajectory.
3      Q   Right.
4      A   If it was nine pounds every two months, well,
5  you didn't change it when you were -- when you introduced
6  the Seroquel.
7      Q   And I guess starting BMI -- in other words,
8  starting -- the starting weight when a person takes these
9  drugs, if you have a person who's already at 300 pounds,
10 certainly you want to explore the factors that got them
11 to 300 pounds and how those might bear on what happens
12 after they take Seroquel; in other words, something got
13 them to 300 pounds, diet, lack of exercise, something,
14 and you'd have to factor that in to determine whether or
15 not, if they gained weight on Seroquel, it was Seroquel
16 or something else?
17     A   Yeah. Yeah. Your question is actually is --
18 is several levels of complexity. Is the --
19     Q   I confused myself.
20     A   Well, it's -- and it is -- it is an interesting
21 question. As I understand it --
22     Q   Let me state it more simply.
23     A   Okay.
24     Q   Let me state it more simply.
25     A   Okay.

Page 69

1      Q   Obviously, if a person is at a BMI -- very high
2  BMI, they're obviously -- before they ever took Seroquel,
3  their factors, their lifestyle, genetics, diet, whatever
4  got them to that level --
5      A   Correct.
6      Q   -- they obviously had a history of gaining
7  weight?
8      A   Correct.
9      Q   If -- at least that trajectory or that history
10 of chronic weight gain certainly complicates the picture
11 if they then take Seroquel and gain weight?
12     A   It doesn't actually complicate it any more than
13 if they -- you presented the story and they were thin.
14 The characteristics for me is the stability of that
15 weight. When a person is -- is very obese, as opposed to
16 normal weight or thin, does the introduction of these
17 molecules, Seroquel included, does it have a differential
18 impact on the weight they will gain, does that person
19 gain the same amount of weight as a middle -- as a thin
20 person? And the question is yeah. They all seem to gain
21 about the same amount of weight, impressive as that is.
22         So you would think that the person who's obese,
23 they're more predisposed to obesity, you might think they
24 would gain weight more readily. You also might think
25 that a person who's already gained weight is close to the

18 (Pages 66 to 69)

Page 70

1 ceiling effects of the organism and is not going to be
2 able to gain any more weight. And the empirical
3 observations is, boy, they all seem to gain weight.
4     So for me it's not necessarily the starting
5 weight, but actually how stable that starting weight was
6 that allows me to conclude whether or not I think the
7 drug was causally associated with the weight gain.
8     Q   Okay. So you'd want to see sort of what their
9 history had been as they got to the 300 pounds?
10    A   Exactly. Because you don't get there
11 yesterday.
12    Q   And you mentioned another point, that there are
13 certainly some patients -- and I would -- I would assume
14 this is true in the people with serious mental illness
15 who perhaps because of their illness and lifestyle are
16 underweight, haven't been feeding themselves, haven't
17 been taking care of themselves?
18    A   They're unusual. With respect to the
19 schizophrenia that we were referencing before, they tend
20 to be females.
21    Q   And I take it that at least some degree of
22 weight gain is not necessarily going to be problematic in
23 those folks?
24    A   Yeah. For an underweight person, certainly
25 gaining weight to a normal weight is not problematic.

Page 71

1     Q   All right. And I guess there -- there may be a
2 group of elderly patients who sort of -- that you'd have
3 a similar analysis, that sometimes getting elderly folks
4 to eat and gain weight is actually a therapeutic goal
5 sometimes.
6     A   That's different. In general, the answer to
7 that is no. When you're talking about medically infirm
8 people with serious medical illnesses that compromise
9 their metabolic status, they are in what is called
10 catabolic state. Their losing weight is a consequence of
11 not eating, taking enough food stubs. That's very
12 unusual for an elderly person, extremely unusual and very
13 serious.
14    Is the introduction of an agent in that
15 situation that causes weight gain, is it beneficial?
16 Absolutely. Use it all the time. We exploit the weight
17 gain toxicities of many different medications in that
18 scenario to encourage their -- their -- their eating.
19    However, if you'd asked the question of a thin
20 elderly person who has not lost weight due to a medical
21 infirmity, is the introduction of a drug which is going
22 to cause them to predictably gain fat, is that going to
23 be beneficial? No, it's not beneficial. Even if they
24 were thin at baseline, the addition of adiposity, the
25 addition of fat is deleterious even to -- even to a

Page 72

1 pretty thin person, not -- not beneficial.
2     Q   I think, as we discussed, it would depend on
3 the type of fat?
4     A   Exactly. And it would depend, exactly right.
5     Q   And -- and -- and as I hear what you're saying,
6 you're not -- Seroquel is associated with weight gain.
7 But you're not saying that it is predictably associated
8 with adipose fat?
9     A   No. It -- it is actually -- we do know. We
10 haven't talked about that but we do know the answer to
11 that. The weight that people gain is -- is, as near as
12 we can measure, determine and tell, fat, that is the
13 weight that they put on. There's a small percentage of
14 it that's other components.
15    Q   Right.
16    A   But the majority of it is adiposity.
17    Q   But it's not necessarily fat in the midsection?
18    A   That's correct. It's not necessarily in the
19 midsection.
20    Q   I've probably been using the wrong term.
21    What -- what is the term you would use to
22 distinguish the weight gain in the midsection, which you
23 believe does contribute to diabetes versus the weight
24 gain that you gains elsewhere that does not?
25    A   We -- we've talked about a couple different

Page 73

1 terms. We've talked about truncal obesity or omental
2 adiposity.
3     Q   All right, truncal, I like better.
4     A   Okay.
5     Q   I can pronounce that.
6     A   Okay.
7     Q   So there's nothing about Seroquel specifically
8 that contributes predictably to truncal fat?
9     A   Not that we can determine with -- with
10 certainty. There's certainly a number of those
11 observational reports that we've mentioned that suggest
12 maybe it's there.
13    Q   But the -- those reports and the science, as we
14 sit here today, don't rise to the level which you're able
15 to say the best science suggests that Seroquel
16 predictably contributes to truncal fat?
17    A   That's correct.
18    Q   And so if we look at an individual patient and
19 we see that they gain 10 pounds, that doesn't necessarily
20 mean that that's increased their risk for diabetes?
21    A   Correct. It depends on the details.
22    Q   I want to talk with you a little bit about the
23 antipsychotics. And you write at length in your
24 report -- I don't intend to go through line by line --
25 about the development of antipsychotics.

19 (Pages 70 to 73)

Page 74

1    And I -- I take it you'll agree with me that
2  the first-generation antipsychotics were effective in the
3  treatment of schizophrenia?
4    A   Unarguably.
5    Q   Unarguably.
6    Were they -- were they originally developed to
7  treat psychosis? I mean, what was their initial use?
8    A   Their initial use, as I talked about in -- in
9  my report, was in the prototypic illness, schizophrenia.
10    Q   Right.
11    Did they come to be used elsewhere?
12    A   Absolutely.
13    Q   Simply because that's all you had, "you" being
14  psychiatrists?
15    A   I was a very young boy at the time.
16    Q   I understand. I was speaking of you as a -- I
17  was speaking of you, indicative of the profession as a
18  whole at the time.
19    A   Absolutely. These medications were used, in my
20  estimation, very inappropriately in a broad spectrum of
21  behavior disorders, some of which were determined by an
22  underlying psychotic illness, some of which had nothing
23  to do with an underlying psychotic illness.
24    Q   I think I know what I'm talking about but I'd
25  rather be sure. What -- what is a psychotic illness?

Page 75

1    A   A psychotic illness is a major disturbance of a
2  persons's capacity to -- test reality. Sort of the
3  typical symptoms that you hear about and think about in a
4  psychotic illness is a person may hear, see, feel, smell
5  things that aren't there. So they have perceptual
6  disturbances. They have distortions of themselves
7  internally, distortions of what's going on around them.
8  They become unable to properly interpret the stimuli that
9  comes in. They can't tell friend from foe, frequently
10  develop a chronic state of paranoia as a consequence of
11  being able to -- unable to determine internal mental
12  intentions of another person. They can have a gross
13  disorganization of thought, such that their language
14  becomes almost unintelligible as a consequence of the
15  psychotic process.
16    So all of these things sort of considered in
17  total is this thing we call psychosis. It's not a
18  diagnosis. It's really a descriptor of symptoms.
19    Q   And it's indicative of schizophrenia?
20    A   Well, schizophrenia is a prototypic psychotic
21  illness but it is but one illness that has as its prodium
22  manifestations psychosis.
23    Q   What are other psychotic illnesses?
24    A   Oh, you can have psychosis as a consequence of
25  depression. You can have psychosis as a consequence of

Page 76

1  mania, a part of the bipolar illness. You can have
2  psychosis as a consequence of a dementic process.
3  Probably 50 percent of people with Alzheimer's, for
4  instance, will have a psychotic episode at one time or
5  another. You can have psychotic experiences as a
6  consequence of injudicious use of illicit substances.
7    MR. FIBICH: He's familiar with that. He's
8  familiar with that.
9    THE WITNESS: And -- and you can have them as a
10  consequence of a whole variety of meta- -- of metabolic
11  derangements that basically cause your central nervous
12  system to go awry. So uremia, infections, hypoxia,
13  hypotension. All those things can cause -- cause
14  psychosis.
15  BY MR. AUSTIN:
16    Q   Do antipsychotics work on psychosis in
17  conditions beyond schizophrenia; in other words,
18  associated with dementia or associated with depression?
19    MR. FIBICH: Object to form.
20    THE WITNESS: Yeah. They do to variable
21  degrees.
22  BY MR. AUSTIN:
23    Q   So when -- and I know that the original group
24  of antipsychotics, I think you said, were developed in
25  the 1950s?

Page 77

1    A   That's correct.
2    Q   And I think you said they were a significant
3  improvement over psychiatric care available prior to that
4  time?
5    A   "Significantly" greatly understates the
6  improvement that they represented.
7    Q   And then I take it, from what you said, that
8  that they began to be used in a variety of other areas
9  outside of psychosis. And in large part simply because,
10  in the early days, there really wasn't anything else to
11  use?
12    MR. FIBICH: Object to form.
13  BY MR. AUSTIN:
14    Q   Is that fair?
15    A   Well, I think it's that plus the fact that they
16  worked so well in schizophrenia, at least for certain
17  elements of the psychotic process, that there was the
18  hope that maybe it will work --
19    Q   Right.
20    A   -- in something else also.
21    Q   So if we put psychosis over here, what is then
22  a mood disorder?
23    A   A mood disorder is just, as anyone might
24  conceptualize it, a disturbance of your mood. The most
25  notorious and obvious one is a depression. Fully a third

20 (Pages 74 to 77)

Page 78

1   of us will experience at least a modest depression at one
2   point or another in our lives.
3       The other major component of mood disorders is
4   what's called bipolar disorder. Bipolar disorder has
5   both the depression and a mood disturbance in the other
6   direction, which is excessive mood, that we call
7   hypomania or mania.
8       Q   And from what you said earlier, while
9   conceptually psychosis in mood disorders are conceptually
10  different entities, it sounds like there can be some
11  overlap.
12      A   Absolutely.
13      Q   So that a patient, perhaps with a primary mood
14  disorder or primary depression or a primary mania can, in
15  fact, have psychotic episodes?
16      A   Absolutely.
17      Q   And I take it that one of the things that
18  complicates your job as a psychiatrist is that people
19  don't often walk in the door and fit into a nice
20  pigeonhole, they have a variety of symptom that may be
21  indicative of a variety of different illnesses?
22      A   I would object to the characterization that it
23  makes my job difficult. I think it's what makes my job
24  rewarding.
25      Q   It's probably what's the art of psychiatry as

Page 79

1   opposed to the simple science of it?
2       A   I don't know that -- the -- the -- the -- the
3   science is so simple but -- but I think it's one of the
4   things that makes it maddeningly difficult to write an
5   algorithm to do the kind of things I do.
6       Q   Algorithm meaning we should start with this
7   drug and try that drug; that sort of thing?
8       A   Yeah. Basically, it is -- it is a very nuanced
9   process, the interaction of one central nervous system
10  with another and trying to use that same central nervous
11  system to figure out what's wrong with the second one.
12      Q   And take it there's no one drug that works for
13  everyone?
14      A   That's an easy one. That's correct.
15      Q   Okay. And -- and we'll talk about this a
16  little bit. But it strikes me, from reading what you've
17  written and elsewhere, that efficacy alone, how well does
18  it treat psychosis, let's say, if that were the only
19  determinant, everyone would be on clozapine.
20      A   I used to start my -- my lectures by saying,
21  "If my little girl, Allison, gets schizophrenia tonight,
22  she'd starts quetiapine tomorrow morning.
23      Q   All right.
24      A   Yes. Your question's absolutely right.
25  Quetiapine is clearly the most effective drug.

Page 80

1       Q   But of course it has other issues that have
2   limited its broad use?
3       A   The dark side of the equation is clozapine is
4   clearly the most toxic drug.
5       Q   Toxic in what ways?
6       A   Toxic in just about every domain. I made
7   tenure on the toxicity of clozapine, for goodness sake.
8   It has -- it has -- it has toxicity in the central
9   nervous system, causes dense sedation, causes seizures.
10  It has toxicity in the bone marrow; it, rarely, causes a
11  tragic suppression of white cell formation. It causes
12  significant weight gain. It causes massive, what we call
13  sialorrheah, drooling.
14      MR. FIBICH: Spell that, please.
15      THE WITNESS: S-i-a-l-o-r-r-h-e-a-h.
16      As I say, it goes on. It goes on and on and
17  on. Clozapine is a very, very difficult drug to use.
18  And it is. It has these toxicities which have greatly
19  limited what is a magnificent drug.
20  BY MR. AUSTIN:
21      Q   And I know when you were at the VA and UCLA, I
22  think you had a practice that involved a lot of
23  treatment-resistant patients?
24      A   Still do.
25      Q   Still do today?

Page 81

1       A   Yes, sir.
2       Q   And these are folks who have been tried on
3   other medications unsuccessfully?
4       A   Correct.
5       Q   So I take it you probably have, over the course
6   of your career, used clozapine maybe more than the
7   average clinician?
8       A   I would say that's a pretty fair statement.
9       Q   And you say you maintain -- I mean, you have
10  patients that despite the toxicities they needed
11  clozapine?
12      A   Yes. I mean, the use of clozapine, despite
13  what I've said about its toxicities, the use of clozapine
14  really calls upon a whole number of skills in order to
15  manage the toxic pallet. And it is -- it is daunting but
16  at the same -- at same time, it's -- it's rewarding.
17  That being said and despite the laudatory things I can
18  say about clozapine, the task of trying to teach others
19  to use it and to get others to use it is -- it's almost a
20  lost cause. It's so difficult.
21      Q   And clozapine, I guess, was the first of the
22  second-generation antipsychotics. So the first atypical;
23  correct?
24      A   I would argue it's the only atypical.
25      Q   Right.

ESQUIRE DEPOSITION SERVICES
(800) 640-2461

Page 82

1    A   But yes, absolutely. It was definitely the
2  first.
3    Q   And while -- while it is in the class of
4  atypical antipsychotics, in clinical use, it's sort of
5  set off to one side -- isn't it? -- just because of the
6  difficulties you've mentioned in -- in using it?
7       MR. FIBICH: Object to form.
8       THE WITNESS: It sits on the bench by itself
9  outside.
10 BY MR. AUSTIN:
11   Q   Yeah.
12      Now, the second-generation clozapine was
13 developed why? Why were people looking for a second
14 generation?
15   A   Like -- like all great drugs, clozapine was
16 developed by accident. Clozapine was developed by Sandos
17 in 1959 because they were trying to copy of the
18 antidepressant power of anipromine, the prototypic
19 tricyclic antidepressant. So they thought they developed
20 an antidepressant. Serendipitously, it turned out to be
21 a really weird antipsychotic that had characteristics
22 that were completely different, demonstrably different,
23 than any of the available antipsychotics.
24   Q   And you describe the first generation of
25 antipsychotics. Another term that's often used for those

Page 83

1  is neuroleptic.
2    A   That's correct.
3    Q   And that's based on their side effect profile?
4    A   That's exactly right. They are defined by
5  their toxicities.
6    Q   And what is that toxicity that gives those
7  drugs the name neuroleptics?
8    A   It's called extrapyramidal,
9  e-x-t-r-a-p-y-r-a-m-i-d-a-l, toxicity, EPS for short. It
10 entails Parkinsonism; dystonia, d-y-s-t-o-n-i-a; and
11 akathisia, a-k-a-t-h-i-s-i-a. And those are the short
12 term acute neurotoxic consequences. And then there are
13 the later ones which are, you know, lumped into the
14 expression tardib, t-a-r-d-i-b, dyskinesia,
15 d-y-s-k-i-n-e-s-i-a.
16   Q   And were these serious side effects?
17   A   These were significant, absolutely.
18   Q   Is that -- and was it these side effects that
19 was prompting people to look for new medications?
20   A   To a degree. Those side effects really
21 prompted people to search for more of the same over and
22 over again. Literally 50 molecules were elaborated
23 specifically because they had those -- those neurotoxic
24 characteristics. The wish, of course, was to discover a
25 drug which lacked the neuroleptic effect but preserved

Page 84

1  the antipsychotic so that you could, in fact, have a
2  non-neuroleptic antipsychotic. And nobody quite knew how
3  to do that.
4    Q   Had that been accomplished to one degree or
5  another with the second-generation antipsychotics?
6    A   That has been accomplished with variable
7  degrees of success for all medications except clozapine,
8  which continues to be truly a non-neuroleptic
9  antipsychotic.
10   Q   Is it correct that Seroquel or quetiapine is
11 sort of in second place?
12   A   No. It's correct that quetiapine is in second
13 place.
14   Q   So -- so just so we can sort of have our -- I
15 can make sure we're all sort of on the same page. You
16 have the first-generation drug, that would be like
17 Haldol, thorazine, Mellaril. Those are some examples.
18   A   Those are.
19   Q   Okay. You have the second-generation drugs,
20 clozapine being the first; correct?
21   A   Correct.
22   Q   And then it follows with olanzapine,
23 risperidone, quetiapine and going forward; correct?
24   A   That's correct.
25   Q   And although clozapine is a second generation

Page 85

1  drug because of its peculiar toxicities, in clinical
2  practice it's -- it's yes, it's part of the class but
3  it's sort of off by itself in terms of use?
4    A   Yes. Certainly in terms of use, it's a trivial
5  portion of the market.
6    Q   All right. And -- and that's under -- I take
7  it you -- that's understandable given its difficulties
8  for clinicians using it?
9    A   That is correct.
10   Q   So when we're talking about the non-clozapine
11 second generation drugs, quetiapine does have the best
12 EPS profile?
13   A   It -- it -- it does.
14   Q   So at least in terms of setting clozapine off
15 to one side, in terms of sort of the goal of developing
16 the second-generation drugs, that is to reduce EPS side
17 effects, it probably comes the closest to achieving the
18 goal?
19   A   For that particular toxicity. However, the
20 flip side, which is the magical efficacy of clozapine,
21 the presumption being, well, if I could build an
22 antipsychotic which is devoid of the neuroleptic effect,
23 maybe then I can build an antipsychotic which preserves
24 clozapine's enhanced efficacy. That goal has not been
25 achieved. It certainly hasn't been achieved by

22 (Pages 82 to 85)

Page 86

1    quetiapine.
2        Q   And isn't that often the case, particularly in
3    psychiatry, that you may get great efficacy but it comes
4    at a cost in terms of toxicity?
5        A   I don't think that it's fair to say
6    particularly in psychiatry.
7        Q   Same is true generally?
8        A   I don't -- historically, the most effective
9    drugs initially for a condition often had a lot of
10   toxicities associated with them, and that, over time, a
11   modification of our understanding of these various
12   conditions led to less toxic strategies.
13       It is -- I don't think it is fair to say that
14   the most toxic drugs in our pharmacopeia are, in fact,
15   the most efficacious; although, unfortunately, that is
16   the case some of the time. Clozapine is one of the
17   classic examples.
18       Q   And I want to be sure that just conceptually
19   we're talking about the same thing. Efficacy, as I
20   understand it, is just how well does the drug work.
21       A   That is correct.
22       Q   Safety would be whether or not -- the
23   propensity of the drug to have harmful effects.
24       A   Correct.
25       Q   Just in the simplest sense.

Page 87

1        But it strikes me that, maybe in psychiatry
2    more than in some other fields, there's this sort of
3    intermediate concept of tolerability. That there may be
4    an effect of the drug that's not necessarily one that
5    makes it unsafe, but one that makes it difficult for
6    patients to continue to take. Is that a fair definition
7    of antipsychotic?
8        A   Fine definition of antipsychotic; it's not a
9    fine characterization of psychiatry. I think that's --
10       Q   You think it's true outside?
11       A   I think that's true for anti-infective drugs,
12   anti-neoplastic drugs, antihypertensive drugs.
13       Q   Yeah. Okay.
14       A   It goes on and on and on, that this notion of
15   tolerability in chronically used medication is extremely
16   important.
17       Q   And so certainly, talking about psychiatry, the
18   notion of tolerability is important because you can have
19   a drug that's very effective and maybe even one that's
20   also very safe, but if it has sort of nuisance or even
21   serious nuisance side effects that make it difficult for
22   people to use, that can impede its clinical use?
23       A   No drug which stays in the medicine cabinet
24   will have an effect.
25       Q   Right. Right.

Page 88

1        The most effective drug in the world can't be
2    effective if you don't use it?
3        A   Exactly.
4        Q   Okay.
5        A   And -- and you know the noncompliance rate for
6    the human condition is on average about 50 percent. The
7    noncompliance rate for these obnoxious drugs in psychotic
8    individuals is about 65 percent. So yeah, that's a big
9    deal.
10       Q   The second-generation drugs, quetiapine
11   included, have they been a break-through?
12       A   Now, again, with respect to the compliance?
13       Q   No. With respect just across the board.
14       A   Absolutely.
15       Q   How would you describe their impact on
16   psychiatric practice?
17       A   The impact for psychotic patients is that it
18   has allowed them to be treated absent what I'm going to
19   call -- we haven't talked about much -- but neuroleptic
20   dysphoria. The -- sort of that subjective intolerability
21   associated with the use of traditional antipsychotic
22   compounds. And that's been quite gratifying and it's --
23   it's -- it's one of the -- it is the major reason that I
24   use many more of the second generations than I use of the
25   first generations in my practice today.

Page 89

1        Q   Right.
2        And we're -- and we're going to talk in detail
3    about weight gain and some of the metabolic issues that
4    surround second generation drugs.
5        Just to be clear, the first-generation drugs
6    are not completely free of metabolic risk, are they?
7        A   Yeah. As we talked about, the only one that,
8    quote unquote, is completely free is molindone.
9        Q   All right. The ones that are actually used in
10   the world, they all carry some degree of metabolic risk?
11       A   Yes, sir.
12       Q   And in your practice today, your predominant
13   use, when you're talking about antipsychotics, is second
14   generations drugs?
15       A   Yeah. I -- actually, I looked at that issue
16   anticipating the question for the last month and it's
17   around 93 percent.
18       Q   Okay. And what -- can you break that down for
19   me, among the second generation, sort of what your
20   typical use is?
21       A   Oh --
22       Q   I'm not going to audit you. Just to give us
23   your best guess.
24       A   Yeah. I -- I would -- I would say at the low
25   end is ziprazadone, z-i-p-r-a-z-a-d-o-n-e.

23 (Pages 86 to 89)

Page 90

1    Q   What's the brand name?
2    A   Geodone.
3    Q   Okay.
4    A   Next lowest is probably Invega, I-n-v-e-g-a,
5  and then probably risperidone.
6    Q   Moving from least used to most?
7    A   Least to most.  And at this point, the rest of
8  them sort of are probably pretty equivalently spread.
9  That is to say among Abilify, A-b-i-l-i-f-y; also called
10  aripirazole, a-r-i-p-i-r-a-z-o-l-e; olanzapine and
11  quetiapine and clozapine, despite what I've said about
12  it, still remains a fairly low-level drug, probably
13  around 3 or 4 percent of my patients.
14    Q   Do you have any sense for what percentage of
15  your patients today you prescribe Seroquel?
16    A   You mean of the psychotic patients --
17    Q   Yes.
18    A   -- of the patients that are taking these
19  antipsychotic drugs?
20    Q   Yes.
21    A   I would say 15, 20 percent.
22    Q   Okay.  You mentioned that Geodone is probably
23  your lowest.
24    A   Yes.
25    Q   Why is that?

Page 91

1    A   Geodone has the -- the -- the least power
2  and --
3    Q   In terms of efficacy?
4    A   -- in terms of antipsychotic efficacy, it's
5  about -- it's about 30 percent less than standard drugs.
6  It also has the nuisance problem that you have to
7  consume -- consume a fairly high-fat meal with it;
8  otherwise, you don't absorb it.
9      So you're required -- it requires that you give
10  it twice a day, in general.  And it requires that you
11  take it with a fat meal.  And it's -- it's -- otherwise,
12  it's absorption is so unpredictable and variable.  That
13  practical complication limits its acceptability to
14  patients and to me.
15    Q   Risperidone was sort of lower on your list than
16  maybe the grouping of olanzapine, quetiapine and Abilify.
17    A   Right.
18    Q   Why?
19    A   Risperidone has a -- is -- is a very effective
20  drug, but risperidone is sort of an intermediate.  It is
21  the least atypical of the atypicals in that it has a bit
22  more of that neuroleptic effect that we talked about.  It
23  also has a curiosity in that, though these drugs are
24  psychiatric drugs and by definition a psychiatric drug
25  has to be lipophilic, l-i-p-o-p-h-i-l-i-c -- maybe two

Page 92

1  "l"s, no, one "l" -- so that it has to get into the
2  brain.
3      And risperidone is actually not that
4  lipophilic.  So it stays disproportionately -- unlike any
5  other drugs, it stays disproportionately in the periphery
6  and it has this really curious impact on prolactin.  So
7  it causes prolactin to go up way more even than the
8  typical drugs.
9    Q   What's the significance of increased prolactin?
10    A   Oh, it depends on the clinical details.
11  Prolactin is just as the hormone name sounds, the hormone
12  is involved in lactation, in milk production in females.
13  So if you have inappropriately high levels of prolactin
14  in young females, you'll get inappropriate levels, and,
15  frankly, lactation associated with it.  You can get
16  changes in menstrual cycles and, in young folks but not
17  adults, but in young folks prolactin makes you really
18  hungry.  So they overeat.
19      In males you actually get breast development
20  called gynecomastia.
21      MR. FIBICH:  Spell that.
22      THE WITNESS:  G-y-n-e-c-o-m-a-s-t-i-a.
23  BY MR. AUSTIN:
24    Q   Enlarged breasts?
25    A   Enlarged breasts.  You get testicular atrophy,

Page 93

1  changes in libido, and you can actually get lactation
2  even -- even in -- in males on occasion.
3      So those are -- those are problematic.  In --
4  in older females and older males, even elevated levels of
5  prolactin are usually pretty well tolerated and not too
6  bad, but young folks and young females, prolactin is real
7  problematic.
8    Q   So if I sort of have this hierarchy down, we're
9  talking about prolactin, risperidone has a high
10  propensity to increase the prolactin?
11    A   The worst.
12    Q   Seroquel does not?
13    A   Seroquel has the second least, yeah.
14    Q   Okay.  So looking at prolactin, that's one
15  advantage of Seroquel versus, in this case, risperil.
16    A   Oh, it'd be a slam dunk.
17    Q   Okay.  Moving then to EPS, Risperdal, as you
18  said, is sort of the most -- the least atypical in the
19  sense that it has probably the highest EPS of any of the
20  atypicals.
21    A   Correct.
22    Q   Seroquel -- setting clozapine has the least?
23    A   That's correct.
24    Q   All right.  So, again, in a patient where EPS
25  might be a concern, that's going to be, in prescribing

24 (Pages 90 to 93)

Page 94

1  decisions, all other things being equal, quetiapine might
2  be a better choice than risperil?
3      A   Correct.
4      Q   Same with prolactin, if you had a patient
5  whose increased prolactin would be a concern, that's
6  going to be an advantage for Seroquel --
7      A   Correct.
8      Q   -- over risperil; correct?
9      A   Correct.
10     Q   Now, when we move to weight gain, I think, as
11 you've said in your report, the weight gain profile for
12 these drugs is not identical.
13     A   It's decidedly not.
14     Q   Okay. At the high end of the scale, in terms
15 of weight gain, as I understand it from your report, is
16 clozapine and olanzapine.
17     A   That's correct.
18     Q   And then sort of cascading down through
19 quetiapine, risperil and then on down the line; correct?
20     A   That's correct.
21     Q   So -- and we'll talk about this more while --
22 so if your issue is a weight problem, Seroquel certainly
23 has an advantage over olanzapine and clozapine just on
24 that factor?
25     A   It has an advantage over those two drugs,

Page 95

1  that's correct.
2      Q   And I think it's -- is it -- is it often the
3  case in psychiatric that the sort of side effect profile
4  or the safety, tolerability profile sort of dictates how
5  you prescribe these drugs?
6      A   Selection of these drugs, as we talked about,
7  is primarily selection among toxicities.
8      Q   And so this -- developing the profile for the
9  drug knowing that this drug has a low EPS versus this
10 other drug, which has a higher one, that will enter into
11 your equation, depending on the type of patients you're
12 trying to treat?
13     A   Of course.
14     Q   And in terms of efficacy, while you can talk
15 about the overall efficacy of the drug sort of across the
16 board in general; as to an individual patient, it's going
17 to -- it may be different?
18     A   Of course.
19     Q   In other words, there may be -- you mentioned
20 that Geodone is one of the lower efficacy drugs. For a
21 given patient, it actually may be the best for that
22 patient?
23     A   Quite common scenario.
24     Q   Same with Seroquel?
25     A   Same with all of them.

Page 96

1      Q   Okay. And I take it that's why you, in your
2  practice, you have patients on each of these drugs at
3  various times?
4      A   Correct. I mean, once somebody has figured out
5  that this is the drug that works in this particular
6  situation, you'd be an idiot to change.
7      Q   Right.
8      A   You know, you -- you learn how to manage the
9  toxicities when you've been fortuitous enough to discover
10 a drug that works. So particularly in this setting,
11 where I see patients that are coming from many different
12 places, I didn't make the initial decision. So mine is a
13 decision of do I continue this or not.
14     Q   So they, typically -- your patients typically
15 come from another clinician who's been treating them, and
16 you sort of inherit them with their preexisting
17 treatment.
18     A   I inherit them from the ether. You know,
19 whether or not it's from another clinician, the streets,
20 you know, what have you, but it's -- they come with a
21 past, yes.
22     Q   All right. And if I understand what you're
23 saying, sort of when you inherit them, however they come
24 in here, if they're on a treatment that works, you're
25 going to think maybe twice and maybe even three times

Page 97

1  before you change it.
2      A   Yeah, if I can convince myself that it does
3  work.
4      Q   Right.
5      A   It's -- it's -- it's not always the simplest
6  thing to determine that, but yeah.
7      Q   Is efficacy difficult to determine for these
8  sorts of conditions?
9      A   In the prototypic psychotic illness in general,
10 no; in some of the other syndromes, yes.
11     Q   Why in some of the other syndromes?
12     A   For instance, we're talking about depression,
13 depression which is not a lifelong condition, it has a
14 time course. You're taking an antidepressant. You don't
15 know was it the antidepressant, was it something else.
16     Q   Right.
17     A   So you're faced with the conundrum, do I
18 continue a drug which may be contributing to certain
19 difficulties? And I don't really know if it worked or
20 not. I don't know if it's continuing to work. So -- so
21 it's -- so it's -- it's sometimes difficult; sometimes
22 not.
23     Q   Do you have patients who, even in the face of
24 weight gain from a drug, you'll, nonetheless, keep them
25 on that drug?

25 (Pages 94 to 97)

Page 98

1    A   Of course.
2    Q   And why is that?
3    A   Because the hardest thing to achieve in general
4  is the core antipsychotic effect. So I do everything I
5  can in order to help them lose the weight.
6    Q   And you mentioned issues about lifestyle
7  with -- setting -- setting drugs aside for a minute, it
8  sounds like, from what you told me earlier, that patients
9  with serious mental illness probably have some diet and
10  lifestyle practices that probably would be best to
11  change, if you could, lower the fat in their diet,
12  perhaps increase their exercise, things of that nature?
13    A   Of course. It's -- they are presumably subject
14  to the fatogenic stresses that haunt us all in this
15  society. So all of those things apply to us and they
16  apply to my patients.
17    Q   And in terms of dealing with those, the first
18  step is to get their mental illness under control so that
19  they can pay attention to their diet, pay attention to
20  exercise and go to the doctor?
21    A   Sometimes yes, sometimes no. And the reason I
22  say sometimes no is because sometimes you're not able to
23  get the mental illness under control and you're forced to
24  have to do something about their medical conditions in
25  the absence of adequate control.

Page 99

1    Q   Sure. I understand.
2        And many patient with these sort of mental
3  illnesses, it's very difficult to treat their mental
4  illness?
5    A   Absolutely.
6    Q   And I guess I was sort of talking ideally, what
7  you would like to do is get their mental illness under
8  control so that they can be receptive to the sorts of
9  things that the rest of us have to deal with: exercise,
10  diet, going to the doctor when we're suppose to go, and
11  that sort of thing?
12    A   True. Your -- your question, I think, as an
13  underlying premise, is there something about mental
14  illness which makes them more resistant to the weight --
15  maintaining weight-reducing strategies that you might
16  employ in a patient population.
17    Q   Yes.
18    A   No. They do just as miserably as the rest of
19  us at losing weight.
20    Q   Are there things that you do, in your practice,
21  when you're prescribing a drug in a patient where you are
22  concerned about weight gain, to try to offset that effect
23  or minimize that effect?
24    A   Absolutely.
25    Q   And what are those?

Page 100

1    A   Is that I particularly warn them about -- about
2  the overeating at a given sitting and try to teach them
3  about not eating to fullness and eating a standard
4  amount, rather than a subjective amount. It's a hard
5  lesson to learn, but basically a lesson that you don't
6  get to serve your own food. There is a standard amount I
7  want you to eat, and I want you to pay attention to it.
8  And it's -- it's something I warn them from the very
9  beginning.
10    Q   Is that one reason that patients often lose
11  weight or at least get their weight under control when
12  they're in the hospital, because they're given sort of
13  more controlled diets?
14        MR. FIBICH: Object to form.
15        THE WITNESS: Unfortunately, the truth is,
16  having run an inpatient ward, most of the time they gain
17  more weight, more rapidly in the hospital because they've
18  got somebody serving them a ridiculous quantity of food
19  every 15 minutes. It's like being on a damn cruise ship
20  but -- it's -- I ran a ward for 25 years. And it --
21  it -- it -- it just drives me nuts. Because the fact of
22  the matter is that we should be doing great in that
23  scenario and we were atrocious at it. And it is very,
24  very difficult to control their weight in the hospital, I
25  tell you.

Page 101

1        MR. FIBICH: Earl, let's take a bathroom break.
2        MR. AUSTIN: Actually, I'm actually making good
3  progress. Let me look at my notes. I'm not saying we're
4  done.
5        (Recess.)
6  BY MR. AUSTIN:
7    Q   You told us earlier that -- well, let me ask
8  you this: Looking at the second-generation
9  antipsychotics, just kind of rank them and give me the
10  amounts in terms of kind of average weight gain.
11    A   Okay. If we take a --
12        MR. FIBICH: Excuse me. I want to object to
13  the form of that. If you want to put a time on it.
14        THE WITNESS: Just going to do so.
15  BY MR. AUSTIN:
16    Q   Well --
17        MR. FIBICH: That's what I want the question to
18  be.
19        THE WITNESS: So I'm going to -- I'm going to
20  draw the line at ten weeks. Clozapine and olanzapine are
21  approximately 12 pounds. Quetiapine is approximately
22  nine. Risperidone is -- and Invega are approximately
23  six. Geodone is approximately three to four. And
24  Abilify is about four. That ranking stays there, you
25  know, in that -- in that -- in that order.

26 (Pages 98 to 101)

Page 102

1    It changes a little bit in magnitude as you
2  lengthen that ten-week line out, except for Abilify.
3  Abilify distinguishes itself in terms of the way a person
4  gains weight. And so that it looks better than the other
5  drugs when you look at it earlier, and when you look at
6  it later, it starts to end up in the middle of the
7  rabble. It has actually much more -- much more weight
8  gain later than the other drugs do.
9    Q  Can you give me a range, both in time and
10 amount of weight, before it starts, as you say, enters
11 the middle of the pack?
12   A  Well, yeah. We talked about before that the
13 shape of the weight gain curve with the drugs was a
14 linear steep portion, followed by a plateau.
15   With Abilify the initial portion is not as
16 steep but it's more protracted and that actually is a
17 characteristic of drugs that change appetite. So it
18 might be that aripiprazole distinguishes itself by having
19 an impact on appetite, as say, for example, one of the
20 other drugs we talked about, Depakote, also changes
21 appetite and tends to have a slower, more protracted rise
22 in weight over time.
23   So where does it end up? It depends on how
24 long you ask for it. But if you ask about a year, I
25 think -- I think Abilify, in -- in my experience, is

Page 103

1  around -- it's pretty close to quetiapine. It's nine,
2  eight, nine pounds. So it's pretty significant.
3    Q  So, again, just going with averages, with -- if
4  you look over the course of a year, a person or the
5  patient on a quetiapine and the patient on Abilify, it
6  would be roughly in the same spot?
7    A  It's pretty -- it's pretty close. I mean, on
8  average, quetiapine is going to be a little bit more,
9  about two or three pounds; but it's not quite, you know,
10 seven or eight pounds, if you look at short term.
11   Q  Okay. What is -- what's the source of your
12 information on the -- on quetiapine in terms of its
13 average weight gain? Where do you draw that from?
14   A  Multitude -- multitude of studies over the
15 year, some of which -- some of which were -- were ours,
16 many of which were the companies, some of which were
17 other independent investigators. I mean, these issues
18 have been looked at by many different people.
19   Q  Are these in -- just in terms of averages and
20 looking across studies, are these averages pretty
21 consistent for the drugs?
22   A  The averages, unbelievably, are -- as are
23 the -- as are the relatively rankings. As impressive as
24 that -- as that is, that's -- that is a really remarkable
25 event. It's really quite, quite shocking, just because

Page 104

1  of toxicities are not that predictable in general.
2    It's -- it's -- it's actually very interesting that
3  these -- that this particular toxicity tends to be
4  amazingly predictable.
5    Q  Does the weight gain with Seroquel depend on
6  the dose?
7    A  The weight gain with Seroquel alone depends on
8  the dose.
9    Q  Alone meaning the other drugs it does not?
10   A  Can't find it, not nearly as compellingly.
11 There's not a dose-responsive curve for olanzapine, can't
12 find it for risperidone, certainly can't find it for
13 clozapine. There may be some use pattern reasons why
14 that is, but quetiapine clearly shows a dose-response
15 relationship.
16   Q  So using your average of nine pounds --
17   A  Correct.
18   Q  -- what sort of dose are we talking about?
19   A  300 and above.
20   Q  Okay. What's your basis for that?
21   A  The various studies.
22   Q  Are you able to identify any particular study?
23   A  Oh, I printed out a whole bunch of it for you
24 in my -- my -- my notes.
25   Q  Is that in your notes?

Page 105

1    A  That's correct.
2    Q  I'll show you what we mark as Exhibit 1. And
3  if you tell me what that is.
4    A  Yeah. This is -- this is just a -- an
5  unselected list of -- I don't know -- 30, 40 studies that
6  the company had done where they -- where actually weights
7  were reported.
8    Q  Right.
9    A  So I just looked through and did that.
10   Q  And these -- so these are basically Astra
11 Zeneca clinical trials?
12   A  Correct.
13   Q  Okay.
14   A  Correct. I mean, they've done many of them,
15 hence lots and lots of available data.
16   Q  Do you have an opinion about what the average
17 weight gain would be at 200 milligrams?
18   A  You know, it -- it -- I don't have it for that
19 particular mark since the -- since in most of the
20 analyses the dividing line was 300. But for -- if you
21 say -- if you lump them into lower and higher doses, with
22 the dividing line being 300, the lower doses on average
23 were about a third less weight gain. So six, seven
24 pounds and that went down as your dose went down.
25   Q  So if we get down to 50 milligrams?

27 (Pages 102 to 105)

Page 106

```
 1      A   At 50 milligrams, though, there's not,
 2   unfortunately, we don't have any great studies at 50
 3   milligrams.  But extrapolating from the other curve, you
 4   would say that the weight gain would just be a couple of
 5   pounds.
 6      Q   Okay.
 7      A   It would be quite small.
 8      Q   Is there a point, in terms of pounds, that you
 9   think is clinically significant as sort of a threshold?
10      A   Yeah.  I mean, if you look at, say, the
11   Framingham Heart Study that we talked about before, you
12   can find significant impacts, literally, of one pound.
13   Now, that was 40,000 patients.  And big studies you could
14   really find significant effects.
15         The FDA, kind of pulling a number out of the
16   air, uses 7 percent, using -- and they say this is
17   clinically significant.  One of the things that
18   manufacturers are always looking for in their drug
19   development studies.  Using that number, high doses a
20   little over a quarter -- between a quarter and a third of
21   the patient will meet that 7 percent threshold.  And that
22   a low dose is between 15 and 20 percent will meet that.
23   So . . .
24      Q   And using the 7 percent threshold is -- in
25   fairness to the FDA, it's been used elsewhere.  They used
```

Page 107

```
 1   it in the CATIE Study, for example.
 2      A   But, again, the CATIE Study used it because the
 3   FDA uses it.  It's just -- you know, if you go back and
 4   try to find the historical reasoning behind it, there is
 5   none.  Somebody just kind was throwing darts at a board,
 6   I think, one day and came up with the 7 percent.
 7         And it -- it -- it probably is statistically
 8   derived, quite honestly, because it's really a very
 9   curious number there.  Except in drugs, nobody uses that
10   7 percent, but it's been perpetuated over time.  We keep
11   using it.
12      Q   It has become a convention?
13      A   It -- it -- it -- by just simple longevity,
14   historical survival.
15      Q   And at least it gives a weight, a standard
16   measure to compare apples and apples?
17         MR. FIBICH:  Object to form.
18         THE WITNESS:  It allows you to compare across
19   time.  It allows you to compare across studies and it
20   allows to you compare across drugs.
21   BY MR. AUSTIN:
22      Q   And when we talk about one-pound weight gain,
23   two-pound weight gain, three-pound weight gain, whatever
24   it may be, whether that's going to be clinically
25   significant in an individual patient, obviously, is going
```

Page 108

```
 1   to vary?
 2      A   Yeah.  The likelihood that one pound would be
 3   clinically significant in any given patient is virtually
 4   unbelievable.
 5      Q   Right.
 6         What about two or three pounds?
 7      A   It would be virtually unbelievable divided by
 8   3.
 9      Q   Again, we can talk about these general rules in
10   terms of populations but when we talk about the
11   individual patient, it's a more complicated analysis?
12      A   When -- in the kind of work we're doing here
13   today, that's a great challenge, trying to figure out
14   exactly -- exactly what happened is -- is difficult.
15   Seldom do we conclude things with definitive confidence.
16   Sometimes we do.
17      Q   But even in terms of probabilities, you would
18   need to, in an individual patient, analyze more than they
19   simply they took a drug and they gained weight?
20      A   Correct.  As we talked about, we have to look
21   at the trajectory.  We have to look at other factors that
22   might be contributing to it.  Absolutely.
23      Q   For any of these drugs, and including Seroquel,
24   is there any evidence that if the patient stops taking
25   the drug, they will continue to gain weight?
```

Page 109

```
 1      A   As a consequence of having consumed the drug?
 2      Q   Exactly.
 3      A   No.
 4      Q   And if they do, you'd have to look at other --
 5   lifestyle, diet, all the other things one would look at
 6   in you or I to figure out why they might be gaining
 7   weight?
 8      A   Absolutely.  It's difficult to lose weight but
 9   continuing to gain weight in the absence of your
10   suspected cause of the weight gain really I think casts
11   great doubts on whether or not that was the cause.
12      Q   Is it your view that for all patients the
13   metabolic risks associated with Seroquel outweigh its
14   benefits.
15      A   Of course not.
16      Q   And that's why you prescribe it today still?
17      A   Of course.
18      Q   Let's talk for a minute a little bit about
19   efficacy.  Well, let me back up.
20         Your practice -- what is your practice today in
21   terms of the types of mental illnesses that you see?
22      A   I see a pretty broad spectrum of mental
23   illness, all of them very serious.  The one thing that's
24   excluded because of where I work is you can't just see
25   substance abuse.  So except for that category, I see a
```

28 (Pages 106 to 109)

Page 110

1   pretty much smattering across the board. Two most common
2   diagnoses I continue to see are schizophrenia and
3   bipolar.
4       Q   Given the -- and let me point out, and I want
5   to be sure I understand.
6           Exodus, where you're work today, is it
7   principally a drug abuse clinic that then has
8   psychiatric, in your practice, has psychiatric component?
9       A   No. Just the opposite.
10      Q   The opposite?
11      A   It's -- Exodus originally was -- had an
12  expertise in substance abuse. But this place we work
13  selectively excludes substance abuse.
14      Q   Okay.
15      A   So our contract with the county is that we --
16  we don't -- we don't take care of that particular
17  population. We take care of the psychiatrically ill,
18  non-substance abuse population.
19      Q   Why that distinction?
20      A   That's just the contract we have with them and
21  I think that the truthful answer is because the county's
22  dime is more -- deals more with the chronically mentally
23  ill. We -- our job is to kind of decompress the various
24  emergency rooms around the city. So that the county
25  doesn't get stuck with the very expensive cost of taking

Page 111

1   care of psychiatrically ill patients in a medical ER,
2   transfer them here. We manage -- we manage to take care
3   of them here, and they didn't want to just flood us with
4   substance abuse and not really take care of the things
5   it's costing them like a --
6       Q   Okay. How does your patient mix here compare
7   to your days at the VA?
8       A   A lot more females than I had there, more
9   youngsters, fewer elderly, slightly broader ethnic mix, a
10  little less of an African-American predominance than I
11  had at the VA, and much less substance abuse than I had
12  at the VA.
13      Q   What about in terms of schizophrenia versus
14  mood disorders?
15      A   Good question. I think I probably see -- if
16  you're just asking about those two diagnoses, percentage
17  of those two diagnoses, I probably see a little less
18  schizophrenia and a little more bipolar than I did
19  before, but not a huge amount.
20      Q   And I probably won't get the exact title right,
21  but when you were at the VA were you head of the
22  schizophrenia unit? Is that the right --
23      A   No. Chief of schizophrenia treatment unit.
24      Q   Okay. Was there a -- was there -- were there
25  other psychiatric units?

Page 112

1       A   There were.
2       Q   Okay. So what percentage -- when were you at
3   the VA, what percentage of your patient population would
4   you say was schizophrenia?
5       A   That got admitted to me, probably 40.
6       Q   And what were the others?
7       A   A lot of substance abuse, character disorders,
8   combinations of mood. Mood was -- was underrepresented
9   there, very few depressive stuff. You see a lot of more
10  depression here in this --
11      Q   This may -- and this probably shows my
12  ignorance.
13          How is it that a non-schizophrenia ends up in
14  the schizophrenia unit at the VA Hospital?
15      A   You've never worked at the VA, have you?
16      Q   Well, I said it reflected my ignorance.
17      A   Yeah. One of the -- one of the -- legions of
18  reasons I'm not no longer working --
19      Q   Is it just availability of beds?
20      A   Exactly. It is --
21      Q   Okay.
22      A   -- like in any other -- with any other facility
23  in this country, it seems that when the dollar becomes
24  scarce, the group that gets squeezed is the psychiatric
25  group disproportion to the medical group. So the number

Page 113

1   of beds got squished. And because we were a very
2   academically productive unit, did a lot of training, did
3   a lot of additional things, they couldn't get rid of us.
4           So all of these other bed availability shrunk
5   and so we had to take care of all of those other
6   patients. So over time, even though it had titular
7   designation of schizophrenia treatment unit, it became
8   just a general psych unit.
9       Q   Did you see patients with psychosis who were
10  not schizophrenic?
11      A   Sure. The next biggest category would have
12  been substance induced and the category after that would
13  have been mood-based.
14      Q   Would you have used the same sets of
15  medications to treat those folks as you used to treat
16  schizophrenics?
17      A   Not quite the same treatment. For
18  substance-abuse based psychosis it's withdrawal of the
19  offending agent. Stop using that. And -- and that
20  was -- yeah, I'm -- I'm a big -- big believer in that.
21  I'm -- I'm somewhat apart from my counterparts who tend
22  to use the antipsychotics more frequently, I'm a big
23  believer in the tincture of time in that scenario.
24      Q   How do your colleagues use antipsychotics with
25  substance abuse patients?

29 (Pages 110 to 113)

Page 114

1    A   In the -- in the -- see, the private sector,
2  person comes in who's psychotic, they've only got a
3  couple of days to deal with them. They don't really have
4  the luxury of time to sit around and, say, is this going
5  to be better. And so they treat them basically
6  contemporaneous with their admission. So they're on
7  antipsychotics for the three days they're hospitalized,
8  then they're discharged. And you never really know was
9  it my drug, was it the absence of the offending stimulant
10  or passage of time or whatever. You're just -- you're
11  just never sure.
12    At the VA, as much as I've been maligning it,
13  one of the good things is I could determine how long the
14  person got to stay. You know, I'd have to tolerate the
15  screaming fits of my superiors but I was -- I was still
16  in charge, as long as I was there. And so I got to be
17  able to hospitalize them and see how the syndrome evolved
18  over time in the absence of drugs and just general
19  milieus support.
20    Q   And are there some antipsychotics that are used
21  more than others in folks with substance abuse?
22    A   Sure. But you mean as compared to people with
23  just garden-variety schizophrenia?
24    Q   Yes.
25    A   Not -- not really. I think a general rule of

Page 115

1  thumb would be that the further you move from the core
2  schizophrenic construct -- so if -- if -- if -- here
3  is -- if -- at some point you're dealing with
4  schizophrenia and at some distant point we're going to
5  call that normal. And that's along a line that connects
6  the two. The further you move from the core
7  schizophrenia toward that normal point, the greater your
8  tendency to induce extrapyramidal toxicity. So there's
9  something about the schizophrenia construct that makes
10  them actually somewhat protected from this noxious
11  toxicity that we've been talking about.
12    So the person who's got a psychosis due to
13  substances, they are presumably, allegedly, theoretically
14  closer to the normal brain. And they are notorious,
15  sensitive to the neurologic consequences of these drugs.
16  It's one of the reasons why I try not to use them.
17    So in general I would like to think that most
18  people would avoid the traditional neuroleptics in that
19  population.
20    Q   I've seen some studies with quetiapine in that
21  population. Is that one of the reasons, it's lower risk
22  of EPS?
23    A   You know, it's one -- it's one of the reasons.
24  It's -- it's -- it's not the only reason. It's not the
25  only reason. It has -- it has -- enormous market share

Page 116

1  in that particular population.
2    Q   And what are the others?
3    A   Yeah. The others are -- are somewhat --
4  somewhat subtle. But quetiapine, by virtue of its
5  sedation, is extremely well accepted to the point of
6  occasionally being abused by that population. And the
7  guys will come in and they will ask for it. I mean, it
8  has -- it has -- it has a reputation within -- within the
9  community -- within the abusing community. It happens
10  here all the time where people -- where people will come
11  in and ask for it. Certain folks that -- that -- that
12  deal exclusively with that population use an awful lot of
13  quetiapine. And I haven't -- I haven't -- I haven't seen
14  the statistics because, unfortunately, the guys that do
15  exclusive substance abuse treatment, they don't keep very
16  good statistics. But it would be my guess that
17  quetiapine has a real dominant share in that -- in that
18  population.
19    Q   Well, there is a logic to it in terms of EPS?
20    A   In terms of the EPS there is.
21    Q   And the anxiolytic effects?
22    A   I think it's more -- it's more this -- the
23  sedating, calming, quieting stuff that people use.
24    Q   And why is that important in the substance
25  abuse context?

Page 117

1    A   It's -- it's actually not. It's one of the
2  things that you actually want to avoid in substance
3  abuse. Construct of -- core concept of -- of substance
4  abuse is don't take a drug to modify how you feel. You .
5  do that you're going down a dark path where you're going
6  to get into problems. Teach you all sorts of non-drug
7  ways of dealing with it, but don't take a drug to modify
8  how you feel. And quetiapine can -- can -- just as you
9  suggested, can modify how they feel. And as an inpatient
10  setting when a person's very, very disturbed, very
11  agitated, jostling for their drug of choice, yeah, a drug
12  like that might have something --
13    Q   When they're going through withdrawal of one
14  drug --
15    A   Correct.
16    Q   -- the sedating effect of Seroquel can be -- at
17  least some clinicians have viewed this as beneficial?
18    A   Absolutely. I would -- I would dare say that a
19  lot do. The problem -- the problem with, for me, of
20  course comes up, "I kind of like that, Doc. Can we keep
21  going on that when I go home?" And that's the problem.
22  These people get on it chronically and then -- and then
23  you have problems associated with it.
24    Q   Just a couple of things and then we'll go to
25  lunch.

30 (Pages 114 to 117)

Page 118

1    In today's world, are -- where do we find our
2  schizophrenics? Are they in a lot of -- they're a fair
3  number of them in nursing homes, aren't there?
4    A   There's some in nursing homes. Nursing homes
5  are disproportionately occupied by elderly and demented
6  people, disproportionately.
7    Q   Right.
8    A   You know, are -- are schizophrenics
9  overrepresented, to a degree. But not nearly as much as
10 the elderly. Board and cares are where most of them are.
11      MR. FIBICH: Where?
12      THE WITNESS: Board and care.
13 BY MR. AUSTIN:
14   Q   Okay.
15   A   At least in this state. That's what we call
16 them in California. They're basically state-subsidized
17 facilities where, for a specific standardized stipend,
18 you get to -- I mean, you share a room in a -- in a -- in
19 a -- an abode and you get sort of standardized meals.
20   Q   Okay. So it's an --
21      MR. FIBICH: How about big law firms?
22      THE WITNESS: You know. You know.
23 BY MR. AUSTIN:
24   Q   So it's an institution. It's just -- it's sort
25 of different, at least in California, than what's

Page 119

1  traditionally thought of as an elderly care or nursing
2  home?
3    A   We have nursing homes but they are -- they're
4  another -- another level of care altogether. They're
5  much more expensive by -- I think by a factor of five to
6  eightfold more expensive. And the care is substantially
7  more intensive --
8    Q   What --
9    A   -- than the care associated with a board and
10 care.
11   Q   And then, maybe going a little bit broader than
12 schizophrenia, what about serious mental illness in
13 the -- in our -- unfortunately, in our prison population?
14   A   Again, if we're talking about California, the
15 process over time has been disproportionate sequestration
16 of chronically mentally ill in that population. I think
17 it's one of the -- what we'll look back on as a dark
18 tragedy of society.
19   Q   I know that, you know, you hear or you read
20 about the sort of trend towards the
21 deinstitutionalization.
22      When did that sort of take hold?
23   A   1962.
24   Q   And describe for us sort of what happened.
25   A   Well, basically, one of my boyhood heroes, John

Page 120

1  Kennedy, sort of legislatively changed things. People
2  erroneously assumed that it was due to medication, but it
3  was really a legislative change. Let's change where
4  we're taking care of these people. Let's move from
5  warehousing them in large monolithic facilities, to
6  putting them into the community. And that's where the
7  first notion of board and cares began.
8    I think it was a good idea. I think it was, in
9  large part, the -- the right thing to do. Unfortunately,
10 like with a lot of good ideas, it's not been implemented
11 too well. So they -- they tend to get the short end of
12 the economic stick just to a tremendous degree. And the
13 care they get in these things that I'm calling board and
14 care is woefully inadequate. It's just bare
15 subsistence-level functioning.
16   Q   Are the seriously mentally ill also
17 overrepresented in our homeless population?
18   A   Absolutely. You know, about -- you know, you
19 say seriously mentally ills is a handful, 1 hand percent
20 of the population.
21   Q   Sure.
22   A   The homeless population, that number rises,
23 conservatively --
24   Q   Right.
25   A   -- to a third, maybe more.

Page 121

1    MR. AUSTIN:  Why don't we go grab --
2    MR. FIBICH:  A third of what?
3    THE WITNESS:  A third of the homeless
4  population is seriously mentally ill. Whereas, you know,
5  3, 4 percent of the general population is seriously
6  mentally ill.
7    MR. AUSTIN:  Why don't we go grab some lunch.
8    (Recess.)
9  BY MR. AUSTIN:
10   Q   Okay. Why don't we get your report. If you've
11 got -- let me give you your copy. You've got it?
12   A   Yes, sir.
13   Q   Just to help me, it's Exhibit 5?
14   A   Yes, sir.
15   Q   And I want to just go through -- I promise I'm
16 not going to go through every sentence in it because
17 we've talked about a fair number of your opinions
18 already.
19      Let's see. Why don't you flip over to page --
20 let me see what page it is -- probably page 3 -- assume
21 that yours is paginated the same way as mine -- where you
22 talk about, in the last paragraph, you talk about
23 Imperial Chemical Industries.
24   A   Yeah.
25   Q   Okay. As I read this, and looking at your CV,

31 (Pages 118 to 121)

Page 122

1    it's my impression that you were not involved with Astra
2    Zeneca in terms of the clinical development of Seroquel.
3        A    That's correct.
4        Q    Okay.
5        A    Prior to the launch.
6        Q    Yeah, prior to the launch.
7            Okay. Did you have any discussions with the
8    company or anyone at the company about the compound that
9    became Seroquel?
10       A    Oh, sure.
11       Q    So prior to launch?
12       A    Oh, yeah.
13       Q    Like can you give me an idea of what those
14   were?
15       A    Yeah. I mean, we had -- we had considered
16   several trials and there were a bunch of different trials
17   that were -- that were -- we were considering at the
18   time. It was a kind of a heady period for us in the
19   field because there was lots and lots of interest. And
20   so the decision just came down to a selection among --
21   among various potentially competing protocols.
22           So we -- in the end, you know, we didn't -- we
23   didn't choose to work with them. But certainly did --
24   had many discussions with them, you know, it's -- it's
25   other -- the drug's development had a very long course, a

Page 123

1    very interesting course. And then -- and as I mentioned
2    in there, I had a good relationship with Astra prior to
3    the merger. So I've worked with them on a couple of
4    different compounds.
5        Q    Any particular person or group of persons there
6    you were dealing with in those days, prior to the merger?
7        A    Oh, God, I went to -- I went to Sweden a couple
8    of times, once to Italy. I don't -- I can tell you the
9    name of the drug, but I can't tell you the name of the
10   person.
11       Q    What was the name of the drug?
12       A    Three drugs. Remoxipride and raclopride to
13   substitute benzamides, b-e-n-z-a-m-i-d-e-s, that we --
14   that we worked with, you know. Remoxipride,
15   r-e-m-o-x-i-p-r-i-d-e. Remoxipride made it to market in
16   Sweden, you know, a handful of other countries. Quite
17   popular while it was around. Raclopride, although it's
18   still being used -- r-a-c-l-o-p-r-i-d-e. Raclopride,
19   although it's still being used in a very specific way
20   today, it had some weird late toxicities in animal trials
21   and never got developed.
22       Q    At least these discussions were about other
23   medications?
24       A    Exactly.
25       Q    But not --

Page 124

1        A    But they were -- they were in kind of the
2    forerunners of the atypical drugs. They were the same
3    kind of low -- particularly remoxipride was literally the
4    first drug that -- that marketed itself as a
5    non-neuroleptic neuroleptic. And that -- and when that
6    antidated risperidone and all these other drugs, in 1992,
7    '93 kind of thing.
8        So -- so they -- we obviously were quite
9    familiar with their interest in this atypical realm.
10       Q    Without the -- without trying to pin an exact
11   date to it, it is true, isn't it, that Seroquel was in
12   development for about ten years or more than ten years
13   before it hit the market?
14       A    Yeah. It was substantially more than ten
15   years. Quetiapine actually was discovered at a time
16   before most of the other drugs had come out. It was kind
17   of a lingering, slow development. It was at least ten
18   years, yeah.
19       Q    Certainly not a rush-to-market situation?
20       A    No. No. No. No. No, not at all.
21       Q    And then if you go on to your report, it
22   says -- I think probably the third sentence in that
23   paragraph, it says:
24           "Immediately after the launch in
25           the United States in 1997, I began

Page 125

1            to lecture for the company and
2            started negotiations with them to
3            perform a high dose clinical trial."
4        A    Correct.
5        Q    Okay. Let me -- before we leave the -- kind of
6    the prelaunch, is there anything about the discussions
7    from the prelaunch era that you think are particularly
8    germane to the issues in this litigation?
9        A    No.
10       Q    No.
11           Certainly no discussions about metabolic
12   issues --
13       A    No.
14       Q    -- and anything of that nature?
15       A    No. No. No. That was at a time which really
16   antidates my knowledge about its metabolic toxicities.
17       Q    So the drug is launched in 1997?
18       A    Uh-huh.
19       Q    And what was your involvement with the company
20   after that?
21       A    Because I had been, you know, I'm an educator,
22   I like to lecture. I like to think that I'm good at it
23   and it's certainly something I enjoy personally. They
24   asked me to -- to teach people about the drug. And I
25   also became -- I was also a consultant at the time to

32 (Pages 122 to 125)

Page 126

1  Atascadero State Hospital, which is in California, one of
2  our -- it's a big what you -- what we used to call
3  hospital for the criminally insane kind of thing. It's
4  not part of the prison system, but everybody in there is
5  involved in the legal system in one sort or another.
6     Q   Sort of a prison substitute?
7     A   It kind of -- it kind of is a prison
8  substitute. It's run by the Department of Mental Health,
9  but it's taking care of basically all correction area
10 patients, very, very seriously ill. And they, of course,
11 got nothing but treatment-refractory patients as far as
12 the eye could see up there.
13        And so every time a new drug comes out, they
14 go, great, maybe this is the one that will work. And so
15 we started to use it a lot up there and, in fact, used it
16 at extraordinarily above-maximum labeling doses. So we
17 were one of the very first to have that experience beyond
18 traditional doses. So I was very interested in doing a
19 study and started those negotiations really within a few
20 months after the drug was launched because of my interest
21 in that.
22    Q   During the early days of Seroquel's life, was
23 there -- I think you alluded to this in your report --
24 was there some sort of difficulty in sort of finding the
25 maximal -- the most appropriate dose range or the most

Page 127

1  effective dose range?
2     A   Absolutely. I mean, that was one of the
3  reasons why it had such a protracted clinical
4  development. The drug does not have preclinical markers
5  to tell you where the right dose is.
6        The preclinical markers for conventional drugs
7  is the dose at which they cause the toxicity. Well, if
8  you have a drug which lacks that toxicity, where do you
9  dose? And that was -- that was a real problem. The
10 answer, of course, is you dose it at the most appropriate
11 antipsychotic level, but that's hard to determine.
12    Q   And to put a point on it, it may today sort of
13 sound silly, but in the first-generation drugs,
14 oftentimes the way clinicians used it is they dosed it
15 till they started seeing EPS effects?
16    A   It doesn't sounds silly at all.
17        MR. FIBICH: Object to form.
18        THE WITNESS: It's not silly at all. It's
19 exactly what was done.
20 BY MR. AUSTIN:
21    Q   Okay.
22    A   It's precisely what was taught. It -- it's
23 what was done in practice.
24    Q   The side effect was sort of used as the
25 surrogate for efficacy?

Page 128

1     A   Again, that's why we called them neuroleptic.
2     Q   Then quetiapine came along and it, certainly in
3  schizophrenic population, it has such a low incidence of
4  EPS, you could dose it in looking for EPS and be a long
5  time before you found it?
6     A   In the population, that's true. In the
7  individual patients, of course, you see EPS occurring in
8  even low doses. For the population, yeah, it's -- it's
9  pretty darn benign.
10    Q   And that made it difficult to find where we
11 were reaching that therapeutic dose in terms of efficacy?
12    A   Well, it made it difficult for the guys that
13 designed studies. Because when you design a study, you
14 have to decide at the beginning, well, what dose are we
15 going to choose? We're going to do a fixed-dose study
16 and I have to agree on what dose we're going to choose.
17        It used to be in the '60s that people did
18 flexible-dose studies, just kind of keep dosing up until
19 you think you get to the right area. And those are just
20 maddeningly difficult from a statistical and analytical
21 standpoint, that we just abandoned those. We may go back
22 to them at some point, but we really abandoned that
23 particular design. So you're forced to make a decision,
24 what dose do you want to choose. And -- and that's
25 difficult to do for a couple of the drugs, quetiapine

Page 129

1  included.
2     Q   And is it fair to say that some of the early
3  years with quetiapine were something of a quest for
4  finding the right dose for schizophrenia?
5     A   That's absolutely true.
6     Q   Was it -- and in clinical practice, was there
7  another aspect of Seroquel, the sedation aspect of it,
8  it was difficult, just in the field to get the clinicians
9  to titrate the drug up to the effective dose?
10        MR. FIBICH: Object to form.
11        THE WITNESS: Yeah, well, I kind of -- I'm
12 tempted to want to say no, but in truth my colleagues are
13 somewhat less tolerant of drugs that you have to slowly
14 titrate over time because of emergent toxicities. You
15 know, I think we're collectively, as human beings,
16 basically lazy bastards. And you know, we like to do the
17 simplest things, psychiatrists included. And so, you
18 know, if you -- you have a drug where one dose, same
19 spelling, okay. I can use that one kind of thing, that's
20 what people choose.
21        Now, antipsychotics, certainly with the
22 conventional class, that was the case. Haldol, 10
23 milligrams, you're done. Go have lunch. No titration,
24 no tapering, no nothing.
25        With clozapine, you have to titrate it with

33 (Pages 126 to 129)

Page 130

1    exquisite care. And with quetiapine, because of
2    sedation, you have to titrate it slowly because it's too
3    sedating in maximum doses. It also causes too much
4    orthostatic hypotension if you dose it at the maximum
5    efficacy dose initially.
6    BY MR. AUSTIN:
7        Q   Low blood pressure on standing?
8        A   Correct.
9        Q   Quetiapine does clinically require a degree of
10   patience to get the individual up to the dose?
11       A   For the antipsychotic effect, absolutely.
12       Q   All right. So in terms of your speaking for
13   the company in 1997 post-launch era, what sorts of things
14   were you speaking about?
15       A   Oh, by that juncture I had been -- we had sort
16   of made the field aware of the metabolic toxicities of
17   these compounds. Our first experience was with
18   clozapine, but then olanzapine and risperidone. So I
19   would frequently give kind of generic lectures on
20   metabolic consequences. I'd give people lectures on the
21   history of antipsychotics, how we got to where we are;
22   how the new drugs were different; how they were the same;
23   where they have their strengths; where they have their
24   weaknesses, that kind of thing.
25          And also, I would -- sometimes the company

Page 131

1    would -- would have me -- one of their big customers, a
2    doctor who took care of many, many patients, wrote lots
3    of prescriptions, and this is an important customer to
4    them. And they would have me, maybe a handful of these
5    important customers. They would have me lecture to them
6    and I would get to talk about whatever they wanted to
7    talk about. And sometimes it was about quetiapine,
8    sometimes it was about who was president and what we were
9    doing for lunch, and all sorts of different things.
10       Q   And by "they," you mean these prescribers?
11       A   Yeah, exactly. I left it up to them. And we
12   would -- we would literally talk about whatever they
13   wanted --
14       Q   Any --
15       A   -- to talk about.
16       Q   Any names that you can think of?
17       A   Oh, no. Lord, no.
18       Q   That's fine.
19          When do you think that you first lectured for
20   the company on the issue of the metabolic issues with
21   Seroquel?
22       A   1998 would be a guess.
23       Q   What -- what did you say in general?
24       A   Oh, just talked about -- talked about our
25   observations that these compounds are associated with a

Page 132

1    certain type of weight gain, and much as we've had
2    discussions this morning. We would talk about our data
3    from our laboratory, things that we didn't observe in our
4    patients in our laboratory. And I would talk about what
5    we did to try to prevent it, what we did to try and fix
6    it after it emerged. You know, our favorite kind of
7    strategies to anticipate or to fix the weight gain that
8    occurred.
9        Q   And these are lectures to other physicians,
10   residents?
11       A   Mostly physicians.
12       Q   Did you, in these lectures, say what you
13   thought in terms of what you'd seen, what your data
14   showed, were you able to express your opinion?
15       A   You haven't known me very long, but you pretty
16   much know that I would say what I think. Yeah.
17   Absolutely. Of course I did.
18       Q   Did Astra Zeneca ever ask you to pull any
19   punches in these talks about the metabolic, potential
20   metabolic effects of Seroquel?
21       A   Yeah, it -- pretty much the answer to that
22   question, irrespective of what company put in there, they
23   never asked me more than once, anyway. And as far as I
24   recall from Astra Zeneca, no.
25          The one thing that did happen is that -- it

Page 133

1    happened not just with Astra Zeneca, it happened with all
2    the companies, is that -- is that because of what I
3    talked about, I started speaking less and less for them.
4        Q   Over what period of time did you speak for
5    Astra Zeneca.
6        A   Oh, well, that's a good question. Because I
7    mean, I just a -- I just had a -- had a dinner meeting at
8    their request in August of 2008. So, you know, it's --
9    it probably was a couple of years before that that I did
10   it the last time. And then pretty regularly between that
11   and '98 or so, '97, something like that.
12       Q   Can you give me a rough idea how often? I
13   mean, I understand really it varies.
14       A   Well, at first it was probably a dozen times a
15   year, and then, you know, trickled down to a couple of
16   times a year and then once every couple years.
17       Q   During what time period was it, let's say, more
18   than, you know, more than -- more than six or eight times
19   a year?
20       A   Yeah. Early on I would say, from '98 to 2002,
21   something along those lines. Back when -- because I take
22   care of patients with schizophrenia, that's the market,
23   of the people they were primarily interested in pursuing.
24   When they developed, you know, other interests, other
25   markets that they were interested in, then I was less

34 (Pages 130 to 133)

Page 134

1   important to them.
2       Q   Okay. And certainly during these talks,
3   you've -- you felt free, even though it's Astra Zeneca
4   sponsoring it, and you have expressed your opinion about
5   what you truly believe about metabolic, potential
6   metabolic effects of the drug?
7       A   Absolutely. Astra Zeneca is -- in the spectrum
8   of things, Astra Zeneca is, with regards to me, their --
9   their behavior was certainly among the more reputable
10  and better behaviors. They never told me what to say.
11  They just stopped asking me to say it after a while.
12      Q   It sounds like you've said it. You have said
13  it with some regularity up to 2004 or '5?
14      A   Oh, sure.
15      Q   You talk here about a high-dose study that you
16  wanted to do.
17      A   Correct.
18      Q   Tell me about that.
19      A   The -- it took place or it was going to take
20  place at Atascadero. And we had collected a good number
21  of patients' anecdotal case reports, case series of
22  patients who had been exposed to as many as 3200
23  milligrams per day of quetiapine. And, you know, with
24  that as a base, wanted to pursue a structured
25  standardized protocol in high dose.

Page 135

1       And I wanted to go to 2,000 milligrams. That's
2   where I wanted the protocol to go to. And there was
3   initially a great deal of enthusiasm for it. The maximum
4   dose at the time, you recall, was 900 milligrams. And
5   the medical science liaison officer, and I don't remember
6   his name but like a vice president, came out and we
7   had -- we had dinner out here and proceeding with the
8   discussions and planning it out and it was kind of a go.
9       And then -- then it went up to the legal sorts
10  and they -- they determined that what was just too far
11  outside the label to warrant Astra's formal involvement.
12  And they said that they would be willing to support a
13  trial up to 1200 milligrams. And this is again back and
14  forth over months, to 1200 milligrams. But, honestly,
15  1200 milligrams at that point, for the population I was
16  working with, would not be a high dose. That was like --
17  excuse me -- that was like a boring, boring level and
18  nobody at Atascadero was interested in doing the study.
19      So I had -- the compromise would have been,
20  okay, let's do this initial study to 1200 milligrams,
21  demonstrate that nobody's feet fall off or whatever it
22  was that people were concerned about and then we can do
23  the study we really want to do. And ultimately I
24  couldn't negotiate it between the various -- or among the
25  various parties and it fell through. It literally was

Page 136

1   years. It was quite upsetting that we never got it done
2   because there was definite interest, definite ability and
3   I think some utility for the refractory population.
4   But -- but never got it done.
5       Q   And -- and just so we can be clear, the
6   population that you were talking about using these very
7   high doses were people that had just failed on other
8   medications?
9       A   Failed on multiple combinations of other
10  medications.
11      Q   And what was it about quetiapine that made you
12  think it would be a good candidate for a high dose with
13  these refractory patients?
14      A   It was -- it was the worst of reasons, only
15  because they hadn't seen it before. And just the hope
16  that because quetiapine, which seems to work through
17  dissimilar mechanisms, might evidence itself to be --
18  have dissimilar efficacy in the refractory population.
19  It's not great reasoning, but it's the best I could come
20  up with.
21      Q   And you did come up with -- produce one
22  publication?
23      A   Yeah. That was basically the case series that
24  I referenced earlier. This is what we did, and this is
25  what happened.

Page 137

1       Q   And what did you see in the case series that
2   you developed?
3       A   I mean, basically you saw a dose-related
4   increase in sort of predictable toxicities. The most
5   predictable ones would be the orthostatic hypotension and
6   the sedation. And surprisingly you saw -- you saw
7   reasonably good tolerability even at those -- at those
8   very high doses, provided you achieved them through a
9   cautious slow titration.
10      Q   What about in terms of efficacy, what did you
11  see?
12      A   It was -- it was not compelling but not
13  completely off-putting either. Bottom line -- bottom
14  line, nobody -- nobody was cured. Nobody had a very
15  dramatic response but still I think the data -- there was
16  enough there to say that -- that for some patients, they
17  became more manageable; though, symptomatically, they
18  remained quite symptomatic, but became more manageable,
19  within that setting with the higher doses. So, again, I
20  felt that there was a modicum of data support to proceed
21  with the trial.
22      Q   What sort of doses were you using in the case?
23      A   Up to 3200 milligrams a day.
24      Q   All right. Move on in your report. Let's see
25  if I can find it. I'm trying to find out where it's --

35 (Pages 134 to 137)

Page 138

1   All right. I'll just read it to you. It says:
2        "Continued to lecture and provide ad hoc
3   consultation at the company's request."
4        Do you find that part of it?
5   A   Uh-huh.
6   Q   Last time in 2008, what did you do in August?
7   A   It's what I told you about, went to dinner and
8   had a couple of my former residents who, you know, are
9   middle-aged family men who were here on the west side.
10  And they wanted to go to dinner and kick around some
11  clinical cases with me. And Astra said we'll invite them
12  out to dinner. So that's what we did.
13  Q   I've asked you about expressing your opinions.
14  Were you ever asked by Astra Zeneca to lecture on a topic
15  that you felt was inappropriate or somehow say things
16  that you thought were inappropriate?
17  A   From Astra?
18  Q   Yes.
19  A   No, sir.
20  Q   Or Astra Zeneca?
21  A   No, sir.
22  Q   The report goes on to say, in the same
23  paragraph, that you have kept the company apprised of
24  your concerns about observations of their drug,
25  "including this last spring, when I sent them a

Page 139

1   prepublication copy of a letter that was recently
2   submitted to the American Journal of Psychiatry." And
3   then you give a citation; correct?
4   A   Correct.
5   Q   And tell me about the conversations you've had
6   with Astra Zeneca, including its predecessors, about your
7   concerns and observations about the drug?
8   A   Oh, I mean, with their -- with their MSL, and
9   this vice president that I talked about, and obviously
10  with -- with the -- the standard representative, talked a
11  lot about the metabolic issues; that was probably the
12  most common.
13       More recently from 2004 onward, starting in
14  2004, I had discussions with them about what I considered
15  the deleterious kind of addictive liabilities of the
16  drug. As to how I would characterize those -- those
17  discussions, I think both of them were similar and that
18  is to say that it seems like they listened to me
19  attentively and politely and -- and were appropriate and
20  nondefensive. It seemed quite collegial.
21  Q   What would -- how would -- how would you
22  summarize what you told the company about the metabolic
23  profile of Seroquel?
24  A   Oh, the metabolic profile of quetiapine is
25  about almost exactly midway between risperidone and

Page 140

1   olanzapine, like olanzapine but unlike risperidone. And
2   also it seems to have a curious and rare impact on lipids
3   that is separate from its impact on weight. And it has
4   this -- this curious, unusual, not predicted abuse
5   liability.
6   Q   Apart from the high dose situation, did you
7   ever recommend to Astra Zeneca they do any particular
8   studies of Seroquel?
9   A   Besides the high dose, we -- we did have -- I
10  did put in this one brief short-lived idea where I wanted
11  to do a three-way trial, sort of a forerunner to the
12  CATIE trial, C-A-T-I-E, but it really required trying to
13  negotiate with three pharmaceutical companies. And I --
14  I gave up in frustration after a short period of time.
15  And that was ultimately done, so . . .
16  Q   Would that be an efficacy trial, principally?
17  A   Yes, absolutely.
18  Q   All right. Never recommended to the company
19  that they do particular studies looking at the metabolic
20  effects?
21  A   No. I mean, it's -- it's my belief that the
22  metabolic effect studies had been done.
23  Q   Never recommended that they do a, quote,
24  diabetes study?
25  A   I wouldn't even know what a diabetes study

Page 141

1   would be.
2   Q   Can you even -- does that -- does that term a,
3   quote, diabetes study really mean anything to you?
4   A   Yeah. I mean, I can guess as to what it means
5   in the context of this, but certainly you wouldn't -- you
6   wouldn't choose a drug like quetiapine for use in base
7   population with diabetes. So what they would call a
8   diabetes study would be -- would be weird. If you -- if
9   you wanted to look at the downstream consequences of
10  weight gain and call that a diabetes study, as I said,
11  those have been done.
12  Q   But never at any time did you recommend to the
13  company that they need to do more than they were doing on
14  that score?
15  A   Not that I recall, no.
16  Q   Is the weight gain from the drugs, and
17  including Seroquel, I mean, it -- is it -- when it
18  happens, is it striking to the clinician?
19  A   It can be. It can be. Certainly a handful of
20  pounds is not. But the patients that gain an inordinate
21  amount of weight --
22  Q   Right.
23  A   -- obviously, yeah, it's very striking.
24  Q   Yeah.
25       And then this whole issue about the propensity

36 (Pages 138 to 141)

Page 142

1  of only -- let me back up.
2        Clinicians having known that weight gain was
3  associated with antipsychotics go all the way back to the
4  first-generation drugs?
5        MR. FIBICH: Object to form.
6        THE WITNESS: Clinicians have known.
7  Clinicians should have known.
8  BY MR. AUSTIN:
9     Q  Sure.
10        I mean, certainly, it's been well discussed in
11  the psychiatric literature and in the psychiatric
12  community that weight gain was associated with the
13  first-generation drugs?
14     A  That's not quite true. It -- it -- it -- you
15  know, honestly, we didn't talk about it. We took
16  terrible care of our patients' medical issues. Yes, it
17  was known. Yes, it was there and we paid it very
18  short --
19     Q  Is it -- and I don't mean this in a critical
20  way, but when you have drugs that pretty much everybody
21  accepts produce EPS, nobody is really paying any
22  attention to the weight gain?
23        MR. FIBICH: Object to form.
24        THE WITNESS: Yeah. No. I think the -- I
25  think it's fair to say that when you have a population

Page 143

1  that is this impaired, they don't get very good medical
2  care. And that's -- that's -- that is an indictment and
3  I -- I intended it to be so.
4  BY MR. AUSTIN:
5     Q  Okay. And certainly when the second generation
6  drugs came on the market, particularly olanzapine, I
7  mean, there was a lot of discussion within your
8  profession about the weight gain that was being seen with
9  these drugs?
10        MR. FIBICH: Object to form.
11        THE WITNESS: Well, in my little universe,
12  there was an enormous amount of discussion.
13  BY MR. AUSTIN:
14     Q  Right.
15     A  I mean, it was the focus of -- of -- of what I
16  did. My -- my wife at the time and I became very
17  important people for a short period of time, in --
18  insofar as we were among the very first to report these
19  effects.
20     Q  Well, certainly unlike, perhaps, let's say
21  increases in blood pressure that you may or may not see,
22  may or may not notice -- I mean, if someone gains weight
23  and it's an inordinate amount of weight gain, you can see
24  it?
25     A  Yeah. And we saw it earlier than most because

Page 144

1  of the peculiar circumstances of our practice. And our
2  practice, remember, was an inpatient practice. And so I
3  got to see the patients every day. And that was a luxury
4  that most clinicians do not have. And when you see a
5  person separated by a month, given of the vagaries of
6  our -- of our memory, we have a little trouble actually
7  knowing it. However, even I can remember from
8  day-to-day, in general.
9        And it was -- it was just -- it was just an
10  amazing process to see this happen right before your
11  eyes. You literally just got to watch them get bigger,
12  and it was -- it was -- even though it was a toxicity, it
13  was a bad toxicity, I've got to tell you it was -- as a
14  doctor, as a clinical scientist, it was -- it was
15  riveting to me. It was unbelievably compelling.
16     Q  Any other conversations or interactions with
17  Astra Zeneca that you think are really germane to this
18  lawsuit that we haven't talked about?
19     A  No. Not that I can think of at the top of my
20  head, no.
21     Q  Okay. Did you ever, at any time, suggest to
22  the company that they need to change the label for the
23  drug in some way?
24     A  Well, in the -- in the -- in the -- the abuse
25  liability, I have suggested that to them, and my

Page 145

1  reasoning for that, how I explained that to them is that
2  it's -- is that it's -- we talked about it earlier. With
3  the abuse population, the population of patients that
4  abuses -- it's like a psychoactive compound or another --
5  I think this is a bad drug to use with them, even though
6  it's a very common drug for that population to use. And
7  I thought that it should be better known that, for
8  certain patients, they will use the drug inappropriately.
9     Q  And these discussions were when?
10     A  From about 2004 -- 2004 was the first -- first
11  report that we had reported on the use of quetiapine
12  intranasally in -- in the population at Twin Towers here
13  at Los Angeles, our prison -- jail, rather. My chief
14  resident at the time was working at Twin Towers and so
15  that's how I set up that relationship. It was -- it was
16  a curious, really unusual -- I know it was the first
17  report of such -- such activity.
18     Q  And the activity was what?
19     A  Was that -- in that population, they would --
20  they would come in and say -- make up some particular
21  symptom that they were having and that the prison doctor
22  or the jail doctor, more proper -- more properly, would
23  give them quetiapine. And then they would then take this
24  back and grind the compound up, grind the pill up and up
25  snort it. Which it -- I can't tell you how unbelievable

Page 146

1  that is for an antipsychotic. That is -- why don't you
2  just grind up beach sand and shove it up your nose. I
3  mean, it makes about as much sense. And yet they were
4  doing it.
5        And it turned out that they -- that quetiapine
6  had cigarette value, had cash value in the prison system.
7  And, again, that's totally counterintuitive. You cannot
8  sell antipsychotics. It's one of the rules we've got.
9  And yet it was being -- in that population, it was being
10 abused, misused and traded. And I thought that was a
11 riveting observation.
12    Q  Did you publish something on this?
13    A  Yes.
14    Q  When?
15    A  2004.
16    Q  Okay. Does the Seroquel, when ground up and
17 taken intranasally, have any effect?
18    A  Absolutely. It, like in most things, when --
19 when -- when dealing with drugs of abuse, the patients
20 that abuse it, they are the best psychopharmacologist in
21 the world. And so when you actually snort quetiapine,
22 you bypass its very complex hepatic metabolism. So
23 instead of getting X effect of the drug, you get 3X of
24 the drug. And, you know, these guys would, you know, not
25 a high school education, dropped on their heads as

Page 147

1  youngster, years of substance abuse and three psychiatric
2  diagnoses figured this out in prison is just, man, these
3  guys are brilliant. And it's -- it's absolutely true.
4  You will double to triple the effect of a set dose by
5  giving it intranasally.
6     Q  What was the reason that these folks had been
7  prescribed quetiapine in the first place?
8     A  A couple of different things. In prison
9  systems, you get to -- you get to -- you get substances
10 because you did something, some behavior that the system
11 doesn't like, or for a specific complaint. Sometimes
12 it's a psychotic complaint; sometimes it's a -- it's
13 agitation, anger, hostility; sometimes it's difficulty
14 with sleeping. All of those might warrant a prescription
15 of quetiapine in the prison system.
16    Q  Have you seen reports of similar activities
17 with any other antipsychotic medication in the
18 literature?
19    A  Yeah. No. Quetiapine stands alone as -- we're
20 talking about atypicals; right?
21    Q  Yes.
22    A  Thank you.
23        It stands alone in terms of atypicals. In the
24 typical population, two drugs are occasionally not used
25 exactly that way, but occasionally abused. And they are,

Page 148

1  believe it or not, Thorazine and Mellaril. And I believe
2  for similar reasons, characteristics overlap quite a bit
3  with quetiapine.
4     Q  Do you have any sense of how many reports
5  there are in the published literature of this with
6  Seroquel?
7     A  Half dozen.
8     Q  And your suggestion to the company on that
9  issue has been what precisely?
10    A  That -- that you really don't want your drug
11 used in an abusive way. And if you warn people about the
12 unusual, occasional abuse potential of the drug, that
13 then clinicians won't be so inclined to prescribe it in
14 addict population. That was -- that was my concern.
15        The reason it's used in the addict population
16 is because of the belief that it is devoid of abuse
17 potential. At least I can give these guys that are
18 begging me for something, at least I can give them a drug
19 that is devoid of abuse liability. But I think it's an
20 erroneous reasoning.
21    Q  It shouldn't be used at all in people who are
22 substance abusers?
23    A  Oh, sure, because people with substance abuse
24 have other conditions also.
25    Q  Dr. Wirshing, let's make sure we're talking

Page 149

1  about the same thing.
2        Is it your belief that it's contraindicated in
3  substance -- people with substance abuse.
4     A  No, not necessarily because -- because people
5  with substance abuse oftentimes have a psychotic illness;
6  oftentimes have a -- a mood disorder that may, in fact,
7  respond to quetiapine. So it's perfectly appropriate to
8  be used with caution. You have to pay attention to it,
9  make sure they don't lose their medication, return
10 earlier for a renewed prescription, leave it on the bus,
11 have their dog eat it, all of the things that occur in a
12 person that actually is misusing a drug.
13    Q  And what precisely should the label say --
14    A  I think the --
15    Q  -- in your mind?
16    A  -- that the label should just go beyond
17 where -- where it says now, which is, as far as we know,
18 it has no abuse liability. However, pay attention to
19 people that seem to be using it appropriately, which is a
20 standard label. And I think that it should say that
21 there are certain people who will abuse this and care
22 should be exercised when using it in abusive-prone
23 populations.
24    Q  Okay. Go on to the rest of your report. See
25 if I can figure out where I am.

38 (Pages 146 to 149)

Page 150

1   Well, when you're talking about the structural
2   analog of clozapine, and I think that may be page 6.
3   A   Yeah.
4   Q   When you talk about Carlsson in 1963 -- I'm
5   sorry. I'm not --
6   A   No problem. I talk about it a couple -- a
7   couple of different places.
8   Q   Yeah. There we go. It's on page -- the bottom
9   of page 5.
10   A   Okay.
11   Q   Okay. You talk -- basically, I just want to
12   talk to you about -- you say here that although it is,
13   you know, a structural analog of clozapine, it really has
14   a very different pharmacology. Is that fair?
15   A   That's absolutely fair.
16   Q   Okay. Tell me -- just summarize for me what --
17   how -- how it's different?
18   A   It is less, substantially less, active at the
19   alpha 1 site. So it doesn't cause near the orthostatic
20   hypotension that clozapine induces, and possibly that
21   also accounts for it's slightly less sedative potential.
22   It has different activity at the seritonergic site,
23   s-e-r-i-t-o-n-e-r-g-i-c, seritonergic site, sites,
24   rather, plural. It has slightly higher affinity at the
25   D2, dopamine receptor site.

Page 151

1   And, you know, in -- in general what can be
2   said is that quetiapine lacks any one or even two
3   receptors that dominate its receptor profile. It's kind
4   of an indiscriminate receptor drug, if you will.
5   You know, I used to -- I used to joke in my
6   lectures, if you work for Astra Zeneca, I'd say you
7   describe quetiapine as a -- as drug with rich
8   polyreceptor pharmacology: If you worked for one of its
9   competitors, you'd describe it as a dirty drug. But
10   it's -- it's -- the curiosity about -- about quetiapine
11   is that looking at its receptor profile, it's very
12   difficult to predict how it's -- how it's going to behave
13   in a clinical populations because no one thing
14   predominates.
15   Q   It has -- if we step outside of schizophrenia
16   for a moment, it also has been found to have efficacy in
17   bipolar patients as well, hasn't it?
18   A   Yeah. Well, it works -- it works in mania
19   clearly. And even as a pretty interesting -- pretty
20   interesting study in bipolar depression, which I think
21   kind of surprised a whole lot of people. It's -- it's --
22   it's my feeling that a large amount of that effect was
23   due to it's pretty good anxiolysis.
24   Q   Antianxiety?
25   A   Yeah. Yeah. I think -- I think that -- I

Page 152

1   think that that's a lot of the reason the drug enjoys the
2   market share it does. Because it's -- it's such a
3   difficult construct to treat clinically. But --
4   Q   Bipolar.
5   A   It's -- it's in everything. I mean, it's --
6   the anxiety associated with life is -- is a very
7   difficult thing to treat. Almost all of the compounds
8   that are short-term efficacious for anxiety have abuse
9   addictive liabilities.
10   Q   Benzodiazepines?
11   A   Case in point. B-e-n-z-o-d-i-a-z-e-p-i-n-e-s.
12   Q   Valium --
13   A   Correct.
14   Q   -- is the kind of a paradigm example?
15   A   Absolutely. Absolutely.
16   Q   And while those have been used over the years
17   for anxiety, they have significant abuse potential?
18   A   And, ultimately, like the -- like the Chinese
19   expression, that peeing in your boots doesn't keep your
20   feet warm very long, they make the anxiety condition
21   worse in the long run. It really is a nefarious
22   activity.
23   So you can have a compound that has attenuated
24   or absent abuse liability which will lessen the anxious
25   syndrome and not -- not make it worse in the long wrong,

Page 153

1   that would be great.
2   Q   And -- and, in fairness, whatever one might say
3   about the abuse potential of quetiapine, it is
4   substantially less than the benzodiazepines?
5   A   Absolutely. No question.
6   Q   And certainly when you have an anxiety, can go
7   hand and hand with trying to get somebody off of a drug
8   that they are abusing along with insomnia and other
9   things?
10   A   If -- if the question is a person who is
11   abusing, like a sedative hypnotic, do they -- do they
12   have troubles with exacerbation of anxiety when they're
13   coming off of it, absolutely. It's pure hell.
14   Q   Right.
15   And it's -- and it's that anxiety that sort of
16   makes the person want to go back to the drug that got
17   them in trouble in the first place?
18   A   Welcome to addiction.
19   Q   And not that long ago, one of the doctors would
20   be trying Valium and things like that in those patients
21   and finding that they were just creating --
22   MR. FIBICH: Object to form.
23   BY MR. AUSTIN:
24   Q   -- different problems?
25   A   You mean like this morning?

39 (Pages 150 to 153)

Page 154

1    Q    What do you mean, like this morning?
2    A    It's continued to do to the present time. It's
3    not -- it's not past tense.
4    Q    Okay.
5    A    Benzodiazepines continue to be on the -- you
6    know, in the top 20 list of drugs used. I mean, they're
7    extremely common drugs. They're such a problem, in point
8    of fact, that The California Formulary couldn't control
9    their use. They could not get clinicians to -- to stop
10   misusing them. Then they just stopped paying for it.
11   They said, "No more at all, period." They took them off
12   the formulary for the Medi-Cal.
13   Q    And the thinking in trying a drug like
14   quetiapine to have that antianxiety effect was it doesn't
15   appear that it has the abuse potential of the
16   benzodiazepines; correct?
17   A    It doesn't appear to have abuse potential,
18   period.
19   Q    Right.
20   A    That's the reason. Because antipsychotics do
21   not have abuse potential.
22   Q    And you've seen -- and certain -- I take it,
23   given your knowledge of the literature, you're familiar
24   with the fact that there are four studies out there where
25   people are actually looking at these, quetiapine, and

Page 155

1    doing clinical trials in substance abuse patients?
2    A    Of course.
3    Q    Okay. So certainly this is an area where
4    reasonable minds can differ about what role they best --
5    they might play in?
6    A    Reasonable minds, yes. Let's say we can all
7    differ.
8    Q    Okay. And, you know, going back to sort of
9    your discussions with the company, they were -- as you
10   described them, Astra Zeneca was always receptive to your
11   views. They might not always agree with them, but
12   they -- they were being listened to?
13   A    In my experience, that's what they did, yeah.
14   Q    All right. Let's talk -- well, let me -- let
15   me go on for a second.
16       When we talk about efficacy for Seroquel, we do
17   have to talk about more than just schizophrenia.
18   A    Okay.
19   Q    I mean, that's true, isn't it?
20   A    Depends on which study where looking at and
21   depends on which conversation we're having.
22   Q    Well, I mean, it doesn't -- it doesn't
23   necessarily -- if you're going to say is Seroquel
24   effective, sort of the next question is for what?
25   A    Okay.

Page 156

1    Q    That's fair, isn't it?
2    A    That is, of course.
3    Q    Okay. So if we look at schizophrenia studies,
4    that will tell us something about that population but it
5    doesn't necessarily tell us about the efficacy in the
6    drug product population?
7    A    That's, of course, true.
8    Q    And I think you said -- I think you said, I
9    think you'd agree, that Seroquel has been found to be
10   fairly uniquely efficacious in bipolar patients in the
11   sense that it treats both manic and depressive phases?
12   A    Well, that's by no means unique. I mean, the
13   definition of a thymoleptic, in point of fact, many drugs
14   have that characteristic.
15   Q    Are you aware of other drugs that are approved
16   for both phases of manic -- of bipolar depression, manic
17   and depressive phase?
18   A    Yes.
19   Q    Which ones?
20   A    Lithium.
21   Q    Okay. Any others?
22   A    No. No. Lithium is by far in the way of the
23   strongest of that particular industry, the only true
24   thymoleptic, t-h-y-m-o-l-e-p-t-i-c.
25       THE REPORTER: I am going to ask that you both

Page 157

1    slow down.
2        MR. AUSTIN: All right.
3        THE WITNESS: All right.
4    BY MR. AUSTIN:
5    Q    All right. Let's talk about -- you talk here
6    about the studies that were done on Seroquel and
7    schizophrenia, the efficacy studies.
8    A    Uh-huh.
9    Q    And you talk about comparison drugs --
10   comparison studies that were done to Haldol; correct?
11   A    Yes. That's correct.
12   Q    Okay. Certainly, in the clinical trial
13   efficacy is going to be defined as superiority to
14   placebo; true?
15   A    That's a definition of it. That's true.
16   Q    Okay. I mean, in order to have it -- get a
17   drug approved for a condition, you have to prove that
18   it is statistically significantly superior to placebo?
19   A    You know, that's a -- that's a good question
20   and one that is a -- a hot topic in the profession
21   because it begs the question if you have effective
22   treatments, is it ever ethical to do a placebo control
23   trial. And if so, shouldn't we revisit that definition.
24   For instance, you never do placebo control trials in
25   persons with epilepsy.

40 (Pages 154 to 157)

Page 158

1    Q   Sure.
2    A   And so -- so -- so -- so, you know, and it's
3  also true that you could say that efficacy is equivalent
4  clinical effect to established treatments. And,
5  unfortunately, that hasn't passed muster with the FDA on
6  this population.
7    Q   And I think you sort of raise a separate but
8  important point, that with patients with serious mental
9  illness, it's -- there are ethical questions about
10 studying them in a study where some of them get no
11 treatment?
12   A   There most certainly are.
13   Q   Okay. And then certainly that's why, when we
14 look at these trials, that are placebo controlled, they
15 tend to be relatively short term because you're not going
16 to have a control of seriously mentally people on a
17 placebo for a very long time, ethically?
18   A   No. I think the truthful answer is that
19 they're short term because long-term studies are bloody
20 hard to do and incredibly expensive. And -- and end up
21 being uninterpretable because you have an unacceptable
22 dropout rate.
23   Q   Okay. Dropout meaning the folks in the control
24 group who aren't getting treated drop out?
25   A   Or the folks in all groups drop out. It's the

Page 159

1  nature of clinical experimental work, that we're dealing
2  with tragically ill human beings, who are really
3  unpredictable.
4    Q   In the notion of a failed study, that you set
5  out to do a study and it just doesn't meet the end point,
6  that's certainly something that's not unknown in
7  psychiatry?
8    A   Absolutely.
9    Q   And that's why you do the studies?
10   A   That's among the reasons.
11   Q   Yeah.
12      I mean, in other words, if we knew -- if we
13 knew the answers, we wouldn't be doing the study?
14   A   You shouldn't be doing the studies.
15      MR. FIBICH: Let's take a short break.
16      MR. AUSTIN: All right.
17      (Recess.)
18 BY MR. AUSTIN:
19   Q   All right. Doctor, I guess, carrying on where
20 we were, looking at page 6 of your report, you talk to --
21 you have a paragraph here, it's really the first full
22 paragraph, talking about the clinical trials in
23 schizophrenia and the efficacy of Seroquel.
24   A   Correct.
25   Q   Tell me just in general what your -- what your

Page 160

1  opinion is there.
2    A   Oh, as -- as -- as we talked about, the curious
3  profile of quetiapine did not lend itself easily to a
4  prediction of what the appropriate dose range is. So it
5  required that your protocols just empirically searched
6  for the efficacious dose range. And it's one of the
7  reasons there was such a protracted period of
8  development, for years, that that dose range was
9  difficult to identify. And even -- even one of the
10 pivotal studies that I reference here, at that point, you
11 should know the dose range that you're targeting. Even
12 that study had a dose range of tenfold, from 75 to 750
13 milligrams per day.
14      So it was -- the -- my -- my point was that --
15 that -- that the drug is different. The drug is unusual
16 and it was difficult to work with in the premarketing
17 stage to identify what is the most appropriate dose.
18   Q   And I think you had made a point about the
19 ethical concerns and having patients with serious mental
20 illness on placebo for protracted periods. We talked
21 about that.
22   A   Yes.
23   Q   Be that as -- be that as it may, the standard
24 has been by the FDA is that you do placebo control trials
25 and demonstrate superiority to placebo?

Page 161

1    A   Yes. The standard is that you demonstrate
2  safety and efficacy. And when you try to do that without
3  a placebo-controlled trial in this population, you don't
4  demonstrate it to the satisfaction of the FDA; because if
5  you simply show equivalency, there are plenty of times
6  when conventional drugs don't seem to work.
7    Q   Right.
8    A   So that's been unacceptable. They've not
9  accepted that for this population. Maybe in the future
10 they will but not for this population.
11   Q   And in conventional drugs, the ones with the
12 EPS risk, really the debate has never really been over
13 whether they work. They're efficacious drugs?
14   A   Clearly.
15   Q   Though, as you just said, not necessarily for
16 an individual?
17   A   And not necessarily even for a population of
18 individuals. There are -- there are plenty of studies
19 where the drugs fail to beat placebo. Bad luck,
20 circumstance, unusual population, lay of the land,
21 Republican administration, whatever it was that was going
22 on at the time just conspired to -- it didn't work.
23   Q   So, for example, you may do a study with a drug
24 like quetiapine that you're testing and you may do it
25 against a population on placebo and then another group

41 (Pages 158 to 161)

on, let's say, Haldol. And you could come back with the results that showed neither Haldol nor Seroquel were effective in that particular study?
A Of course.
Q And that's just -- that doesn't necessarily mean that either drug is actually bad or doesn't work, it just tells that you that study didn't meet its import?
A It doesn't -- that study didn't work. It doesn't -- it doesn't tell you much information at all.
Q Right.
Given the history that we have with Haldol, though, one would suggest if neither drug looks effective in that study, it probably says more about the study than it does about either of the drugs?
MR. FIBICH: Object to form.
THE WITNESS: Again, not necessarily. I mean, there is enough variability in this illness that that kind of stuff happens --
BY MR. AUSTIN:
Q Yeah.
A -- from time to time. There may have been nothing wrong with the design, it's just like -- like I said, circumstances conspired against you.
Q And while -- again, across populations we can say that these drugs are all efficacious; that doesn't

mean that they will all be efficacious in any individual?
A That's, of course, true.
Q And that's the problem we're dealing with here?
A That's one of the problems, absolutely --
MR. FIBICH: Object to the form.
THE WITNESS: -- that we're dealing with.
BY MR. AUSTIN:
Q All right. It's never been and certainly a regulatory requirement that any of the drugs, the second generation drugs demonstrate superiority to the first-generation drugs in terms of efficacy?
MR. FIBICH: Object to the form.
THE WITNESS: It's never been a requirement, no.
BY MR. AUSTIN:
Q Okay. And in -- there's really nothing wrong with being as good as the first-generation drugs in terms of efficacy from a clinical standpoint, is there?
A That's correct.
MR. FIBICH: Object to form.
BY MR. AUSTIN:
Q Okay. Because the first-generation drugs work?
A They do.
Q Okay. And I think, as I read your paragraph here, is that this, the Astra Zeneca studies, some of

them compared the drug to Haldol; correct?
A Correct.
Q And they did not establish for quetiapine statistically significant superiority over Haldol; correct?
A That's correct.
Q But from a -- as a matter of statistics, the two drugs were statistically equivalent?
A Again, it's -- the devils are in the detail. It depends on what dose you're talking about and how you do the statistic. Because of asymmetry of the study, because you have five doses of one compound compared to one dose of another compound, even if those drugs are absolutely equivalent a good percentage of the time, you're going to find that the drug that has five doses is going to beat this guy. And it's going to occur about 25 percent of the time that you do the study. You're going to find one of these doses to be superior to it.
And it's -- it's one of the reasons that, even if that occurred, you would be unable to claim it because it's unfair. Five doses on this side, five doses on this side, then you can -- then you can claim superiority but -- but the -- the -- the fact is that -- that you would expect to see, you know, like I said, just on random chance, you would expect to see one of those

doses being superior, if they were, in fact, equivalent.
Q One of the reasons -- maybe the reason that a measure of statistical significance is used is to determine whether any apparent differences are, in fact, real?
A It's -- it's one of them. I mean, it's -- it's -- it's a little bit as -- as Mark Twain said, "These lies, lies, damn lies." It's just statistics. That -- that -- that statistics can obfuscate as much as they can clarify. But the idea behind the rule, in other words, we live and die by statistical significance is to -- is to get around the notion that -- that numerical superiority in this highly variable entity means anything. No. You have to take into account all of the characteristics of the population and you do that best with statistics.
Q Right.
The accepting and appreciating the humor in Mark Twain's statement, generally accepted science, is to look for statistically significant differences?
A Absolutely.
Q And the studies that you discuss here in your report, there was no statistically significant difference between Haldol and Seroquel?
A That's correct.

Page 166

1    Q   Okay. Why don't we go through Exhibit 1 and
2  why don't you tell me what this is. I'm going to go back
3  to the report but I want --
4    A   As we talked about -- about before, this is
5  just a compilation of studies that I reviewed. I just
6  pulled out the metabolic toxicity portions.
7    Q   Is there any particular study that you listed
8  that jumps out at you, that you say, aha, this is
9  really -- of all this, this is the one we really need to
10 focus on?
11   A   No. No. I -- I chose them all because they
12 all had metabolic effects.
13   Q   Right.
14   A   It's just trying to demonstrate that this is a
15 very predictable, understandable, expected consequence of
16 the drug.
17   Q   Okay. We talked a little while ago. Why
18 don't -- I'll tell you, we'll get back to that. Let's go
19 through your report, probably the quickest way to do
20 this.
21       You go on to say -- you see in that same
22 paragraph, it says:
23       "This pattern of being marginally
24       equal to or slightly inferior to
25       Comparator drugs has been repeated."

Page 167

1    A   Uh-huh.
2    Q   Tell me what you mean by that.
3    A   That -- that on average, quetiapine
4  demonstrates itself to be slightly less effective than --
5  than the comparative -- comparator drugs.
6        John Davis, out of Chicago, did a -- did a nice
7  meta-analysis where he -- he looked at all of the
8  published studies on the drugs and compared them to the
9  Haloperidol reference. And it showed that olanzapine end
10 up slightly above the Haloperidol reference. Risperidone
11 ends up just about at the Haloperidol reference,
12 quetiapine was a little bit below the Haloperidol
13 reference, and ziprazadone was below that still. And
14 it's exactly the same pattern that was determined by --
15 by the CATIE study in exactly the same -- the same -- the
16 same fashion.
17       So what I was trying to demonstrate there was
18 that overall there does seem to be a very slight
19 difference among these compounds and that -- and I was --
20 I was trying to say it as a double-edged argument; that
21 the bad side is well, it looks like it's a little less
22 effective. The good side of it is that, man, that means
23 it may work through dissimilar mechanisms. And, again,
24 that to me, as the scientist, that's still the exciting
25 portion of it, that maybe you have to figure out exactly

Page 168

1  what's the proper population to use it in. Or maybe, as
2  the company has done, maybe there are completely
3  different -- different psychopathologic constructs that
4  will improve with a drug that works through different
5  mechanisms of action. And I think that's what's
6  happened.
7    Q   Explain that last to me.
8    A   Well, the -- the -- if -- if -- if you have
9  conventional drugs which work through a monolithic
10 mechanism of action, even though we're all too dumb to
11 know exactly what that is but they all seem to be about
12 the same. It doesn't really make any difference. As I
13 used to teach my students; there's slightly different
14 shades of green of the same Chevy Capris classic, you
15 know. Knock yourself out, pick one. And I usually said,
16 "Just pick the one that's easiest to spell" because
17 that's what I do.
18       But if you have a compound that works through a
19 different mechanism of action, then you try it in
20 different circumstances. You would be able to broaden
21 the clinical entities that you might expose it to because
22 you know the drug works differently. It might work
23 better, it might work worse, but at least it works
24 differently. And -- and that was what I was trying to
25 say there. That there -- that there may be other --

Page 169

1  other areas where the drugs has benefit, even though in
2  this particular population it shows slightly less
3  efficacy.
4    Q   And what are some of those other areas where
5  the company has found that the drug does work?
6    A   Oh, I think the company and other people too.
7  I think that in -- in -- in bipolar illness, it has -- it
8  has a -- it has a role. I think in -- even though it's
9  not been demonstrated in the studies because they are so
10 hard to do, but I also think, personally think that it
11 has a role in anxiety spectrum disorders, and I think
12 that it has -- it has an adjunctive role in depressive
13 syndromes, apart from bipolar illness. Again, they don't
14 have an indication for that, but that's my feeling and
15 that's my reading of the literature.
16   Q   You say here that AZ, Astra Zeneca, attempted
17 to perform a meta-analysis --
18   A   Correct.
19   Q   -- combining multiple trials.
20       Tell me about that.
21   A   Well, it -- it -- it's what you do. This was
22 done -- Chuck Schultz was involved in this, as I recall.
23 If you have a -- if you have a drug that you think works
24 differently, you -- you want to see if -- you'd hope it
25 was working better. And so you'd -- you'd -- you'd look

ESQUIRE DEPOSITION SERVICES
(800) 640-2461

Page 170

1  at any individual study which lacks statistical power to
2  demonstrate very tiny differences and so you get a
3  collection of multiple studies. You combine them all
4  together so that you can basically get rid of what are
5  called type 2 statistical errors and be able to determine
6  that, oh, there is a statistical difference. And when
7  that is done, rather than show statistical superiority to
8  Haldol, it fails -- it fails to -- to -- it fails to
9  demonstrate superiority at all. As a matter of fact, it
10  -- it fails to be as good as Haldol, slight amount. But
11  it's -- it's -- it's slightly less.
12    Q   Is the difference statistically significant?
13    A   It depends on which study you're talking about.
14  I mean, when it's -- with the CATIE study, yes, it was
15  statistically significant. In John Davis's study, yes,
16  it was statistically significant. In the studies that I
17  read in the company documents, they said that it was not
18  statistically inferior to Haldol.
19    Q   Right.
20    A   But --
21    Q   Do you --
22    A   But the effect side is approximately the same
23  in all those. It's not -- it's not like we're talking
24  about big differences. We're talking about a 20 percent
25  difference.

Page 171

1    Q   Clinically meaningful differences?
2        MR. FIBICH: Object to form.
3        THE WITNESS: For an individual patient, no.
4  BY MR. AUSTIN:
5    Q   Okay.
6    A   Even for a population of patients, no. It's --
7  it's -- it's not that big a difference. It's of interest
8  by virtue of the fact that it is different because it
9  shouldn't be. If it works the same, this difference
10  shouldn't be there. The fact that it is, again,
11  underscores my belief that it works through dissimilar,
12  although unidentified mechanisms of action. So that,
13  again, that end bullet, sort of that it has its good side
14  and its concerning side.
15    Q   It certainly -- this unique pharmacology
16  subsequent testing, subsequent to the initial launch, has
17  demonstrated that it has broad efficacy in terms of a
18  variety of different mental illnesses?
19    A   Yeah. It certainly -- it certainly has impact
20  beyond strictly ordinary antipsychotics.
21    Q   Right.
22        Do you have any sense of what percentage of
23  Seroquel's use, let's say -- well, let's say today -- is
24  in bipolar disorder as opposed to schizophrenia?
25        MR. FIBICH: Object to form.

Page 172

1        THE WITNESS: I can make estimates based on my
2  personal experience and I can make estimates based on
3  what I've read about market share and stuff. And my --
4  my guess would be it's disproportionately used in
5  non-schizophrenia conditions.
6  BY MR. AUSTIN:
7    Q   Has that been true for the last several years?
8    A   It's been true really since about 2000, I
9  think.
10    Q   Because the drug, although initially approved
11  for schizophrenia, once it got out in the hands of
12  clinicians and doctors were using it, it became apparent
13  that it worked differently than the others. And it
14  suggested that it may have efficacy beyond psychosis?
15        MR. FIBICH: Object to form.
16        THE WITNESS: Yeah. I mean, the -- it's my
17  belief that this -- that the pattern, prescriptive
18  pattern, that was followed with quetiapine is going to be
19  a subject of very interesting study because it is really
20  unusual in what happened. I mean, it had -- it had
21  almost no market share initially for a couple of years
22  and then it's off-label use, just as you suggested,
23  sky-rocketed. And its -- its -- its use in something
24  like insomnia, which we haven't even talked about, is
25  literally 50 percent of its market. And that's, for an

Page 173

1  antipsychotic, I can't tell you how strange that is.
2  That's just really weird.
3    Q   Are you -- the doctors who began to use
4  Seroquel in bipolar disorder in those early days before
5  it had the indication, was that a logical thing to do
6  given the pharmacology of the drug and how it works in
7  patients?
8        MR. FIBICH: Object to form.
9        THE WITNESS: Yeah. The -- the -- the --
10  bipolar illness is approximately the same portion of the
11  population that have schizophrenia. The bipolar one is
12  slightly more, but in the same price category. So to say
13  in bipolar ones, that is it a reasonable thing to use
14  antipsychotics, it's absolutely a standard thing to use.
15  And since we know that bipolar populations experience
16  more subjective intolerability to the neuroleptic effects
17  that we talked about earlier, yes, yes, this is a
18  perfectly prudent decision.
19        But where the drug really was used, and quite
20  early on was not in the bipolar population, was in
21  anxious depressive populations. Was that -- was that
22  logical, my truthful response would be no, I don't know
23  why the hell they did it. Because it's a little hard to
24  predict. It's not done with antipsychotics in general.
25    Q   Have you reviewed any of the studies that Astra

44 (Pages 170 to 173)

Page 174

1  Zeneca has done in major depressive disorder or
2  generalized anxiety disorder?
3      A   Absolutely.
4      Q   Okay.  And are you aware of the fact that there
5  are applications pending for those uses?
6      A   Absolutely.
7      Q   Okay.
8      A   Those are -- those are, as you know, relatively
9  recent studies from 2005 onward.
10     Q   No.  Correct.  Correct.
11         But those would be the indications you've been
12 talking about?
13     A   Absolutely.  But these guys were using it
14 seven years before those studies were begun.  You know,
15 I -- that -- that quite prudently, Astra is trying to get
16 label coverage for clinical use patterns, as they said in
17 deposition after deposition.  But it's literally years
18 after it was done.  And it's -- it's pretty amazing
19 that -- that -- that it was used to the degree that it
20 was.
21     Q   Well, certainly during your dealings with the
22 company, you never suggested to the company, that, gee,
23 doctors are using this medication for bipolar disorder,
24 you need to go study it today?
25     A   No, I -- not in bipolar.  I did with sleep

Page 175

1  because -- the -- the issue with sleep has been
2  bothersome to me for a lot of years, and -- and I have
3  talked to them about that.
4      Q   When?
5      A   Oh, dating back to mid-2000.  It was -- it's --
6  I was on the formulary committee at the VA and this was
7  starting to be used by some of my cohorts, my
8  counterparts, for sleep in nonpsychotic populations.  And
9  I was, you know, very vocal against this particular thing
10 and I, you know, wanted to know from the company what --
11 what research had been done to -- to support this.  And
12 nothing -- nothing had been done.  So that was one of the
13 things that I encouraged them to do.
14     Q   Do you recall who you spoke with?
15     A   It was that same vice president and -- it's
16 going to be phonetic, I apologize, but Anoush.  Anoush.
17 She was the MSL, medical science liaison officer, and we
18 worked with her for several years, a wonderful, bright
19 woman.  And the vice president, I don't remember his
20 name.
21     Q   Any of this -- any of this correspondence in
22 writing or all of this just talking?
23     A   Oh, no, I'm -- I'm sure there was some -- you
24 know e-mail, stuff that at some level it's been lost to
25 the ether many years ago.  But, I mean, I don't -- I

Page 176

1  don't send correspondence.  I haven't sent correspondence
2  in a decade.
3      Q   Have -- do you do sleep studies or have you?
4      A   No.  No.  No.  I never have.  It's -- it was my
5  belief, you know, my -- the subtext of my encouraging
6  them to doing it, is I don't like people using it.  I
7  think this is a misuse of the drug.  So I -- I -- I kind
8  of wanted to -- wanted to -- to get them to -- to -- to
9  stop doing it.  That was -- that was my subtext.
10     Q   I want to pin that down but let me just be sure
11 I understand.
12         You were not advocating to a company that I,
13 William Wirshing, will do a sleep study.  You were just
14 proposing something the company needed to look at for
15 folks that do those sorts of studies?
16     A   No.  I -- I -- I never had the ability to do
17 sleep studies.  It's actually something I have an
18 academic interest in it, but it's just, in my setting at
19 the VA, would have just been impossible.
20     Q   Do you have any, in terms of was there a
21 specific type of study?  The way the study would be set
22 up or structured?  Did you have -- was the level of
23 discussion with Astra Zeneca that detailed or was it just
24 really I think you need to look at sleep?
25     A   No, I -- yeah, it wasn't that detailed.  I

Page 177

1  wanted to know what was the impact of the drug on sleep
2  architecture; what was the impact of the drug on sleep
3  latency; what was the impact of the drug on total sleep
4  time, and what was the impact of the drug on -- on
5  daytime level of -- of alertness.
6      Q   Okay.
7      A   So those are the parameters that I was
8  interested in.
9      Q   But in terms of how one would go to structure
10 and perform such a study, that's not something that you
11 would have done.  You would have left it to the folks
12 that do those sorts of studies?
13     A   Yeah.  I don't -- I don't think I talked about
14 this.  They're fairly straightforward standard stuff.
15 They're just usually done in very different patient
16 populations than I was -- than I was doing it in.
17     Q   Then I want to go back to the core concern that
18 you had.
19         It -- you were talking about non-mentally ill
20 patients where the drug is being used simply for
21 insomnia?
22         MR. FIBICH:  Objection to form.
23         THE WITNESS:  Well, not non-mentally ill
24 patients.  I mean, most of them had substance abuse or
25 one or another minor -- minor thing that they were seeing

45 (Pages 174 to 177)

Page 178

1  folks about. And insomnia certainly would be a
2  psychiatric condition. So just not major
3  pyschopathology.
4  BY MR. AUSTIN:
5     Q  Insomnia certainly is a very common comorbid
6  condition with serious mental illness?
7        MR. FIBICH: Objection to form.
8        THE WITNESS: Insomnia abides with headaches is
9  the single most common reason to seek medical
10  consultation.
11  BY MR. AUSTIN:
12    Q  But I mean, in patients who have serious mental
13  illness, insomnia is often an important clinical
14  consideration?
15    A  Absolutely. I mean, insomnia is very common in
16  people with mental illness. Insomnia is very common in
17  people without mental illness.
18    Q  If you had a patient who exhibited elements of
19  depression, elements of anxiety, perhaps even a bipolar
20  patient who also had insomnia, would the sedative
21  properties of Seroquel, would it make sense that may help
22  with the insomnia?
23        MR. FIBICH: Object to form.
24        THE WITNESS: It certainly makes knee-jerk
25  intuitive sense. However, the reality -- and my

Page 179

1  suspicions is the reality is the exactly the opposite.
2  My concern is that you would impair sleep architecture
3  and impair daytime -- a level of alertness. That's what
4  happens with these drugs, even sedating drugs.
5  BY MR. AUSTIN:
6     Q  That's not something, though, you have studied?
7     A  The immediate -- a person studying the
8  literature.
9     Q  The sleep architecture of Seroquel, that's not
10  something that you --
11    A  Oh, no.
12    Q  -- specifically studied?
13    A  No. No. No, sir. I wanted to study.
14    Q  You do know that there are studies published in
15  the literature where others have looked at that?
16    A  Absolutely.
17    Q  And do you know how many of those were
18  sponsored by Astra Zeneca?
19    A  No, I don't know.
20    Q  Okay. You're not sitting here today saying
21  that Astra Zeneca has never sponsored a study on
22  insomnia?
23    A  I'm not -- I'm not -- not sitting here saying
24  that they never sponsored. As far as I know they have
25  not designed and carried out one.

Page 180

1     Q  Okay. But you can't say under oath that your
2  assumption is correct?
3     A  I didn't find one. I mean --
4     Q  Okay.
5     A  -- but I can say under oath that I was unable
6  to locate them.
7     Q  Okay. Well, certainly you -- if you look at
8  the literature, you'll see that there are studies done by
9  researchers looking at the sleep properties for Seroquel
10  that have been sponsored by Astra Zeneca?
11    A  Supported in part by them, yes.
12    Q  And that's apparent just from the literature?
13    A  That's correct.
14    Q  And you agree with me that there are studies
15  that have -- are aware where people actually doing the
16  research have expressed the opinion that Seroquel is
17  effective?
18    A  And there are researches that it is not
19  effective. That's why I want the studies to be done.
20    Q  And that's why apparently the people are doing
21  the studies?
22    A  Correct.
23    Q  Correct?
24    A  I would hope.
25    Q  All right. So -- but you didn't mean to leave

Page 181

1  the impression that the -- that effects of Seroquel on
2  sleep is not being studied; that's not what the
3  impression you meant to leave from your report?
4     A  My impression I meant to leave from the report
5  is the effects on sleep have been inadequately studied
6  for an intolerable length of time, yes. That is the
7  decided impression I meant to leave.
8     Q  And you didn't -- you certainly didn't mean to
9  suggest that Astra Zeneca has never sponsored any studies
10  of the sleep properties of Seroquel, did you?
11    A  I meant to suggest that they had never designed
12  and carried out any studies.
13    Q  Okay. They simply supported the research of
14  others?
15    A  Of other people.
16    Q  Okay.
17    A  Investigator -- investigators' responsive
18  protocols, I mean, like the ones that I was talking about
19  with mine are very common, something companies explore
20  all the time.
21    Q  And you're certainly not critical of Astra
22  Zeneca for doing that?
23    A  Yeah, I'm laudatory --
24    Q  Okay.
25    A  -- of Astra Zeneca of doing that.

46 (Pages 178 to 181)

Page 182

1    Q   Yeah. I -- I just want to understand.
2        And then, of course, the results of these
3    studies as the investigators do them will be published?
4    A   Sometimes yes.
5        MR. FIBICH: Objection to form.
6    BY MR. AUSTIN:
7    Q   Well, you've seen -- you've seen some of them,
8    haven't you?
9    A   Yeah. I mean, some of them. I've done a lot
10   of studies that have never been published and it's a very
11   common factor of the life that we lead.
12   Q   The study that you did on high-dose quetiapine,
13   you published that, the case series?
14   A   That wasn't a study.
15   Q   A case series?
16   A   Yes. Exactly.
17   Q   Why? Why did you publish it?
18   A   For the reasons that I outlined before, that
19   this drug works for dissimilar mechanisms, that it should
20   have the dissimilar dose-response for it? Does it work
21   differently at doses which have yet been tested?
22   Q   Okay.
23   A   You know, you -- with antipsychotics, indeed,
24   with any drug, if you -- if you have a dose-response
25   curve, the thing that stops you is usually toxicity or

Page 183

1    plateauing of efficacy. I didn't see, in the studies
2    that had been done prior to launch, that either a clear
3    plateau or clear toxicities had been achieved.
4    Q   In the work that you were doing, the use that
5    you were studying was an off-label use and exceeded the
6    labeled dose?
7    A   Absolutely.
8    Q   Okay. Is it -- I mean, is it customary in
9    certain academic medicine that folks will explore
10   potential new uses of a medication, either higher dose,
11   in a different patient population and then publish the
12   results and share their findings with the medical
13   community?
14   A   Yeah.
15   Q   Is that a good thing generally?
16   A   I think it's -- it's one of the only prudent
17   things to do when you are using a drug in an unusual
18   manner.
19   Q   Okay.
20   A   Publish both positive and negative results.
21   Q   So if one were to suggest that if you did a
22   study in advance of an indication, and it's an off-label
23   use at the time of the study --
24       THE REPORTER: I'm sorry.
25   BY MR. AUSTIN:

Page 184

1    Q   Okay. I'll start over.
2        If one were to suggest that if you did a study
3    in an off-label population or an off-label indication,
4    that it's somehow inappropriate to publish those results
5    simply because it is off-label, that -- I take it you
6    wouldn't agree with that?
7    A   I wouldn't agree with that and that's exactly
8    the circumstance that occurred with -- with my high dose.
9    Q   Right.
10   A   That was the reason it took so many years to be
11   published, in fact, was that the attorneys for Atascadero
12   were reluctant to allow us to talk about that we were
13   doing things so drastically off-label.
14   Q   Okay. Let's go back to your report, if we
15   could.
16   A   Sure.
17   Q   This second full paragraph on page 6 says:
18       "When considered across many trials
19       involving schizophrenic subjects,
20       quetiapine has been demonstrated to
21       be about 10 to 20 percent less effective."
22   A   Correct.
23   Q   And you say:
24       "Than standard doses of conventional
25       medication."

Page 185

1    A   Correct.
2    Q   And by that, I take it you mean standard doses
3    of the first-generation drugs?
4    A   That's correct.
5    Q   Okay. And what is your basis for that?
6    A   I quoted it a couple of times, but there was
7    meta-analysis by John Davis, the CATIE Study here that I
8    quote. A couple of other people have -- a couple of
9    other meta-analyses that were done. They're --
10   Q   All right.
11   A   -- pretty consistent. Pretty consistent.
12   Q   In the CATIE study, Seroquel did have a better
13   safety profile than the other drug study, didn't it?
14   A   Depends on which one we're talking about.
15   Q   You mean which drug?
16   A   Yeah.
17   Q   Well, I think you said that its metabolic
18   parameters were comparable to risperidone.
19   A   That's correct. And not quite as good as
20   ziprazadone.
21   Q   And in CATIE, they looked at the effects on
22   glucose, blood glucose?
23   A   They did.
24   Q   And what they found was that for Seroquel they
25   were pretty much the same as for risperidone?

47 (Pages 182 to 185)

Page 186

1    A   Correct.
2    Q   Okay. So you told us earlier that Seroquel is
3 sort of halfway between risperidone and olanzapine in
4 terms of its effect on weight?
5    A   Correct.
6    Q   But yet in the CATIE trial, that difference
7 didn't translate into a difference in glucose effects?
8    A   Yeah. It's actually surprising that there was,
9 in the short-term, the gain side that there were any
10 glucose effects at all. So that -- that doesn't
11 actually -- it doesn't actually surprise me.
12    Q   In the CATIE trial, the -- the glucose effects
13 of the various drugs demonstrated didn't necessarily
14 line up with their weight gain profile?
15    A   That's correct. And, again, that's what you
16 sort of suspect in a study that only lasted a few months.
17 I mean, the fact -- the fact that glucose changes in that
18 period of time is really hard to explain, for a
19 population, anyway.
20    Q   Any change, I guess, with the first-generation
21 drug as well?
22    A   With perphenzaine, yeah.
23    Q   Yes.
24    A   Weight and glucose.
25    Q   You say, in your report, it's the top of page

Page 187

1 7, it says:
2        "I continue to believe that quetiapine
3        does, in fact, work through largely
4        distinct mechanisms. Unfortunately
5        this distinction translates into
6        slightly less pharmacologic power on
7        average than conventional medications."
8    A   Uh-huh.
9    Q   Correct?
10    A   Correct.
11    Q   I take it there you're talking about the
12 schizophrenia?
13    A   That's correct. Antipsychotic.
14    Q   Okay. You're not -- you can't say that the
15 same is true for bipolar disorder?
16    A   That's correct.
17    Q   It's correct that you cannot say?
18    A   That's correct. I cannot say.
19    Q   Okay. So, again, it goes back to this
20 question. We're talking about efficacy, it sort of
21 depends on what we're talking about?
22    A   That's correct.
23    Q   Again, you're not -- do you have an opinion
24 about where Seroquel ranks among the antipsychotics in
25 terms of its efficacy for bipolar?

Page 188

1    A   For bipolar mania?
2    Q   Either. Bipolar mania or depression.
3    A   Yeah. Bipolar -- bipolar mania, I think it's
4 about the -- about the same.
5    Q   The same as?
6    A   The same as virtually the first-generation or
7 the second-generation drugs. And it -- it's within 20
8 percent, kind of both ways. For -- for depression, I
9 think it's better than -- somewhat of an extrapolation,
10 but I think it's better than risperidone and I think it
11 is at least as good as any of the others.
12    Q   We certainly know that --
13        MR. FIBICH: Just keep going.
14 BY MR. AUSTIN:
15    Q   We certainly know that it is the only
16 antipsychotic that is included for both bipolar mania and
17 bipolar depression?
18    A   That's correct. Although, I think aripiprazole
19 is making -- is making a run at that one.
20    Q   Then you go on to say:
21        "Astra Zeneca has 'oversold' quetiapine's
22 efficacy in their marketing endeavors for years."
23    A   Correct.
24    Q   Tell he what you mean by that.
25    A   One of their tag lines, marketing tag lines,

Page 189

1 was "unsurpassed efficacy." And this was elaborated
2 because, in fact, in any single study no conventional
3 drug had demonstrated itself to be statistically superior
4 to quetiapine. But to me, "unsurfaced efficacy" gives
5 the impression of it being the best. And, in fact, it's
6 just not statistically worse. It's a linguistics slight
7 of hand in my opinion. That's what I meant by that.
8    Q   Do you really believe "unsurpassed," the
9 dictionary definition, means the best by itself alone?
10    A   I believe that "unsurpassed" to most people
11 means that you're at top of the heap.
12    Q   Though not necessarily alone at the top of the
13 heap?
14    A   That's correct.
15    Q   "Unsurpassed" means -- could be me, among many,
16 at the top of the heap?
17    A   Correct.
18    Q   Okay. And what you say is looking at the study
19 statistically for Seroquel, as against any specific
20 first-generation drug, that statement is literally true?
21    A   It absolutely is true.
22    Q   Okay. Have you taken a look at any of the
23 marketing materials that use the phrase, "unsurpassed
24 efficacy"?
25    A   I have.

48 (Pages 186 to 189)

Page 190

1    Q   And what -- how was it used?
2    A   In -- in the -- it's a bullet description of
3  the drug over and over again.
4    Q   And it says what?
5    A   "Unsurpassed efficacy."
6    Q   Are one of those marketing materials in one of
7  your boxes over there?
8    A   I don't know.  I assume it is.
9    Q   Okay.
10   A   In the timelines here.
11   Q   Does the efficacy of Seroquel depend on the
12  dose?
13   A   Yeah.  The efficacy of Seroquel, as well as all
14  other drugs, depends on the dose.
15   Q   Sure.  Sure.
16       I mean, that was the entire thing we talked
17  about earlier, that the quest in the early years of
18  Seroquel was trying to figure out what the right dose was
19  for schizophrenia; correct?
20   A   That's exactly right.
21   Q   And that there was just sort of a -- just a
22  practical real world struggle because of the titration
23  involved that Astra Zeneca had in getting doctors to
24  titrate to the effective dose?
25   A   That's right.

Page 191

1    Q   Okay.  And -- and do you recall that those
2  marketing materials actually said "unsurpassed efficacy
3  at the right dose"?
4        MR. FIBICH:  Object to form.
5        THE WITNESS:  They did on occasion.
6  BY MR. AUSTIN:
7    Q   Okay.  And that would be a fair statement,
8  wouldn't it, that -- that it does matter of what the dose
9  is?
10   A   Of course it matters what the dose is.
11   Q   Okay.  And -- and certainly, setting aside the
12  words for a moment, do you have any criticism of the
13  company conceptually trying to come up with, you know,
14  marketing materials that will communicate to clinicians,
15  you really do need to get to the right dose with our
16  drug, when you're going to see the sort of efficacy you
17  might like to see?
18   A   Do I have any criticism how they taught people
19  how to titrate the drug?
20   Q   Well, or just if the company is -- if the
21  company is confronting sort of just a resistance to
22  titrate to the effective dose?
23   A   Right.
24   Q   And that's the challenge that the company has
25  to face with clinicians.

Page 192

1        You wouldn't be critical of the company for
2  trying to think of ways to get the clinicians to
3  understand that, look, you need get to up to what we
4  think is the appropriate dose before you're going to see
5  the sort of efficacy that you want to see?
6    A   No.  No.  No.  As a matter of fact, I had
7  discussions about them because initially the drug did not
8  come in the dosing formulations that it currently exist
9  in.  And there was a drive -- I had discussions with them
10  on several occasions to get larger and larger milligrams
11  in a single pill.  One of the -- the -- the things about
12  people with psychotic illness, they don't like to take a
13  handful of pills.
14   Q   Right.
15   A   So you -- unless you get up to the right dose,
16  you'd like it to be a single pill.
17   Q   Right.
18   A   And that was one of the -- of the early
19  discussions with we had with them.
20   Q   All right.  Any other areas where you or ways
21  you believe Astra Zeneca oversold quetiapine's efficacy?
22   A   No, that was the major one.
23   Q   Okay.  Go to -- like a dummy, I didn't number
24  my stuff here.  So you're going to have to bear with me
25  over here.  It's probably over on the next page.

Page 193

1    A   8.
2    Q   Yeah.  Page 8, where it talks about the
3  weight-neutral discussion.  If you can help me find that.
4    A   The weight-neutral?
5    Q   You recall talking about that?
6    A   No.
7    Q   Oh, good, maybe.  Middle of 7.  I'm sorry.
8  Oh, you see where it says kind of bottom of that main
9  paragraph under the -- the middle paragraph.  You with
10  me?
11   A   Yeah.
12   Q   It says:
13       "Further, their marketing materials
14       over the year have consistently touted
15       quetiapine is, quote, weight neutral."
16   A   Correct.
17   Q   Okay.  Tell me what you mean by that.
18   A   What I mean by that is just what it says, that
19  that's what they're marketing materials have highlighted.
20  Remember, this drug came to market in -- in the mist of
21  the metabolic wars, as it were, between risperidone and
22  olanzapine and I -- it's -- what I infer from
23  weight-neutral is a drug that doesn't have an impact on
24  weight.
25   Q   Have you looked at the marketing materials that

49 (Pages 190 to 193)

Page 194

1    actually used --
2        A   Sure.
3        Q   -- that phrase?
4        A   Yes.
5        Q   And what was the context in which it was used?
6        A   In a bullet description of the drug.
7        Q   And in what -- what did -- is that all it said,
8    weight-neutral?
9        A   That I recall in that particular bullet.
10       Q   Have you reviewed the data on which that
11   statement was based?
12       A   I've reviewed --
13           MR. FIBICH: Object to form.
14           THE WITNESS: I've reviewed the data with
15   respect to the data and I know it's not a weight-neutral
16   drug.
17   BY MR. AUSTIN:
18       Q   Do you know the context in which that statement
19   was made in terms of what data analysis it was talking
20   about?
21           MR. FIBICH: Object to form.
22           THE WITNESS: No, I don't.
23   BY MR. AUSTIN:
24       Q   Okay. Have you looked at -- have you looked at
25   the Brecher Weight Gain Studies?

Page 195

1        A   Yes.
2        Q   The one from 2000?
3        A   Yes. I know Martin well.
4        Q   You know Martin Brecher?
5        A   Yes, sir.
6        Q   In what context?
7        A   I used to work with Martin when Martin -- back
8    when Martin was working with Janssen for many years.
9        Q   Do you have any criticisms of Dr. Brecher?
10       A   Dr. Brecher is very smart, very ambitious, a
11   little trouble with his ethics, in my opinion.
12       Q   In what regard?
13       A   He's -- he's -- he's a businessman that wears
14   the garb of a scientist. And he has his -- he has his
15   eye firmly placed on the economic bottom line, rather
16   than, I think, truly understanding the characteristics of
17   the compound. I think he did it with risperidone and I
18   think he did it with quetiapine.
19       Q   Certainly your dealings with him were when he
20   was at Janssen?
21       A   Janssen, and to a lesser degree at Astra
22   Zeneca.
23       Q   Okay. Any particular dealings when he was at
24   Astra Zeneca?
25       A   I don't think I did any research projects with

Page 196

1    him then, no.
2        Q   Any specific criticisms of Dr. Brecher or his
3    work in connection with Seroquel?
4        A   Yes. Yeah, I mean, I think -- I think that --
5    I think -- again, I think he was -- he was part of
6    this -- part of this whole marketing machine that
7    overemphasized the efficacy and underemphasized the true
8    toxicity of the compound.
9            Now, it's hard to know in this -- in this
10   collection of personnel who is exactly responsible for
11   that, but I think he was in part responsible for it, it
12   seemed to me. Martin is a very smart man. It's not like
13   these nuances were lost on him at all. I -- indeed, I
14   don't think any of these nuances were lost on any of
15   these very brilliant people.
16       Q   Well, when you were making speeches on behalf
17   of Astra Zeneca, did you tell doctors that, you know,
18   "Gee, I think the company is overpromoting the drug.
19   It's not nearly as efficacious as they're telling you"?
20       A   Did I -- did I make that specific criticism,
21   no, but I certainly said what I thought about the true
22   efficacy of the drug.
23       Q   And did you tell -- and Astra Zeneca certainly
24   never asked you not to give your full opinion about the
25   efficacy of the drug?

Page 197

1        A   Yeah. I mean, you have to -- you have to --
2    that's true. You have to understand, though, that when
3    you -- I give a lecture, the person that's -- the person
4    that's sitting there is the drug rep and maybe his or her
5    district manager. And at the end -- at the end of this
6    lecture, they've got a bunch of happy people that just
7    love the fact that I don't bore the hell out of them and
8    I seem to know what I'm talking about. And they've got a
9    bunch of happy customers. And so everybody is pretty
10   happy about things.
11           The details of my discussion -- and I like to
12   think that I always tell people the truth, as I
13   understand it. The details of that discussion they might
14   not be too happy about. But the results of the evening,
15   they're generally pretty pleased with and I think that
16   that's why I work with them.
17           I even continued to work with Astra when their
18   bosses said, "You can't work with Dr. Wirshing because we
19   don't like his message very well." And so what they did
20   is they changed and they used me as an ad hoc consultant.
21   So they would still pay me to do these things, but it
22   would be under some other different form. And I wouldn't
23   have to show slides or do a presentation because that
24   would upset the bosses. But I would, in fact, say the
25   same thing.

50 (Pages 194 to 197)