Case 6:06-md-01769-ACC-DAB Document 1116-4 Filed 11/03/08 Page 1 of 8 PageID 19598

*International Journal of Neuropsychopharmacology* (2005), **8**, 175–182. Copyright © 2005 CINP
doi:10.1017/S1461145705005067

ARTICLE

# Effects of quetiapine and haloperidol on body mass index and glycaemic control: a long-term, randomized, controlled trial

Robin Emsley, H. Jadri Turner, Juan Schronen, Karien Botha, Retha Smit and Piet P. Oosthuizen

*Department of Psychiatry, University of Stellenbosch, Cape Town, South Africa*

## Abstract

The topic of antipsychotic-induced weight-gain and its relationship to glucose metabolism is understudied. We evaluated the long-term effects of a new-generation antipsychotic, quetiapine and a conventional antipsychotic, haloperidol on body mass index (BMI) and glycaemic control in patients with schizophrenia previously treated with conventional antipsychotics. Forty-five clinically stable patients with schizophrenia participated in this randomized, investigator-blinded, parallel-group comparison of flexible doses of quetiapine and haloperidol treatment over 52 wk. Primary outcome measures were change from baseline in BMI and glycosylated haemoglobin (HBA1c) levels. There were no between-group differences at any of the time-points for BMI ($F = 1.90$, $p = 0.1$) and HBA1c ($F = 1.17$, $p = 0.3$) values, and there were no significant changes in BMI from baseline for either group. HBA1c levels decreased significantly at end-point for the haloperidol group ($-1.5\%$, $p = 0.04$), but not for the quetiapine group ($-0.3\%$, $p = 0.5$). Although the sample was not generally obese (mean baseline BMI $25.5 \pm 6.3$ kg/m$^2$), a large proportion exhibited evidence of abnormal glycaemic control prior to randomization (mean HBA1c $6.7 \pm 1.9\%$), with 48% having values that were at least mildly elevated (HBA1c $>6.1\%$) and 19% markedly elevated (HBA1c $>7\%$). The number of subjects with elevated HBA1c values decreased from baseline in both the haloperidol and quetiapine treatment groups. These findings suggest that switching treatment from a conventional antipsychotic to quetiapine is not associated with weight gain or worsening of glycaemic control, even in the long term. The study also highlights the high incidence of unrecognized glucose dysregulation in patients with schizophrenia receiving conventional antipsychotic treatment.

Received 6 June 2004; Reviewed 26 September 2004; Revised 8 October 2004; Accepted 20 October 2004

**Key words**: Clinical trial, glucose metabolism, haloperidol, quetiapine, weight gain.

## Introduction

Excessive body-weight gain is a common side-effect of some typical and atypical antipsychotic drugs. The relative risk of weight gain varies amongst antipsychotics, but particularly the low-potency phenothiazines and some of the new-generation antipsychotics are associated with greater risk (Allison et al., 1999; Baptista et al., 2002). Weight gain is highly distressing to patients, and may reduce treatment adherence (Allison and Casey, 2001; McIntyre et al., 2001; Weiden et al., 2004). It is also related to poorer quality of life and decreased well-being and vitality (Allison et al., 2003). Of greatest concern however, is the risk of progression to obesity-related medical conditions such as type 2 diabetes and cardiovascular disease (Tardieu et al., 2003).

The so-called metabolic syndrome, characterized by excessive visceral fat, impaired glucose tolerance, dyslipidaemia, and hypertension occurs with increased frequency in patients with schizophrenia. This is the case even before antipsychotic treatment is administered. The reasons for this are not clear, although factors such as life-style, poor diet and lack of exercise may play a role (Ryan and Thakore, 2002). A recent study clearly demonstrated that first-episode, drug-naive patients with schizophrenia have impaired fasting glucose tolerance, are more insulin resistant and have higher levels of plasma glucose, insulin, and

Address for correspondence: Dr R. Emsley, Department of Psychiatry, Faculty of Health Sciences, University of Stellenbosch, PO Box 19063, Tygerberg 7505, Cape Town, South Africa.
Tel.: 27 21 9389227   Fax: 27 21 9336159
E-mail: rae@sun.ac.za

cortisol than healthy comparison subjects (Ryan et al., 2003).

The use of antipsychotic medication further increases the likelihood of developing weight gain and disorders of glucose metabolism. The risk is greatest with some of the new-generation antipsychotics, particularly clozapine and olanzapine (Lindenmayer et al., 2003). A recently reported consensus statement warns that treatment with new-generation antipsychotics can cause a rapid increase in body weight that may not reach a plateau even after 1 yr of treatment (American Diabetes Association et al., 2004). Hyperglycaemia, exacerbation of existing diabetes, treatment-emergent type 2 diabetes and even diabetic ketoacidosis have been associated with clozapine and olanzapine, and some of the other new-generation antipsychotics (Newcomer et al., 2002). The risk of hyperglycaemia does not appear to be dose dependent, it is reversible on cessation of treatment, and reappears on re-introduction of these agents (Lindenmayer et al., 2001). Also, hyperglycaemia cannot be explained purely on the basis of antipsychotic-induced weight gain (Newcomer et al., 2002).

The topic of antipsychotic-induced weight gain and its relationship to glucose metabolism is understudied, and there are few well-controlled trials in the literature. The purpose of our study was to compare the long-term effects of a new-generation antipsychotic, quetiapine and a conventional antipsychotic, haloperidol on body-weight and glycaemic control in patients with schizophrenia. While weight gain and glucose intolerance appear to be more common with olanzapine and clozapine, the risk in patients taking quetiapine is less clear (American Diabetes Association et al., 2004). There is little published information on the effect of quetiapine on weight and glucose metabolism, and results have been conflicting. The Canadian National Outcomes Measurement Study in Schizophrenia reported that weight gain (i.e. >7% of baseline weight) was observed in 55.6% of patients treated with quetiapine, compared with 24.1% of olanzapine-treated and 23.7% of risperidone-treated patients (McIntyre et al., 2003). This contrasts with a cross-sectional study in outpatients receiving risperidone, olanzapine, quetiapine or haloperidol for at least 4 wk, where the proportion of patients with clinically relevant ($\geqslant 7\%$) weight gain was highest with olanzapine (45.7%) followed by risperidone (30.6%) and haloperidol (22.4%). Five quetiapine-treated patients (13.5%) had some degree of weight gain, although this was not clinically relevant. However, data for quetiapine were not conclusive because of the short duration of treatment (Bobes et al., 2003). In a long-term, open-label extension trial in 10 adolescents, quetiapine treatment was associated with a non-significant increase in mean weight and body mass index (BMI) after 64 wk (McConville et al., 2003). Haloperidol has not generally been associated with excessive weight gain, although it may have a direct effect on glucose metabolism (Lindenmayer et al., 2003).

## Method

### Participants

The sample comprised in- and outpatients aged 18–65 yr with a diagnosis of schizophrenia or schizoaffective disorder according to the criteria of the *Diagnostic and Statistical Manual of Mental Disorders* (4th edn) (DSM-IV; APA, 1994), whose psychiatric condition was judged to be clinically stable. All participants had received a stable dose of antipsychotic medication for at least 30 d before entry. They also had tardive dyskinesia, as this formed an additional part of the study (Emsley et al., In Press). Exclusion criteria included another Axis I DSM-IV diagnosis, significant or unstable general medical condition, and currently receiving clozapine. The University of Stellenbosch Ethics Committee approved the study protocol, patient information and consent procedures. All of the subjects provided written, informed consent to participate. The study adhered to International Conference on Harmonization Guidelines for Good Clinical Practice (International Conference on Harmonization, 1996).

### Study design

This was a randomized, investigator-blinded, parallel-group comparison of flexible doses of quetiapine and haloperidol. After an initial screening visit, subjects were tapered from all psychotropic medication over a 2-wk period (although a shorter time was allowed if there was concern regarding the clinical status of the patient during this period). They were then randomized to receive either quetiapine or haloperidol for a 52-wk treatment period. The dose of medication was titrated over 7 d to the starting dose (10 mg/d haloperidol, 400 mg/d quetiapine). Thereafter, flexible dose adjustment was allowed at the discretion of the investigator, up to a maximum dose of 20 mg/d haloperidol and 800 mg/d quetiapine. Haloperidol was adjusted in 2.5-mg increments and quetiapine in 100-mg increments. Medication compliance was assessed by 'pill counts' at each visit. Concomitant benzodiazepines were allowed for agitation or insomnia, and anticholinergic agents for extrapyramidal symptoms.

*Assessments*

Subjects were weighed, and blood samples were collected for glycosylated haemoglobin (HbA1c) and serum prolactin measurement at the screening visit (week 0) and at weeks 10, 22, 34, 46 and 54. A minor haemoglobin component of human red blood cell haemolysate, HbA1c is a product of the non-enzymic reaction of glucose with the alpha-amino groups of the valine residues at the N-terminus of the beta-chains of human haemoglobin. Expressed as a percentage of total haemoglobin in whole blood, HbA1c measures average glycaemic control in individuals during the preceding 6-8 wk (Dhatt et al., 2003). It is a highly specific and convenient alternative to fasting plasma glucose for diabetes screening (Rohlfing et al., 2000). HBA1c assays were performed on a Beckman Coulter CX-S synchron analyser (Beckman Coulter, Fullerton, CA, USA). Values of ⩾6.1% are regarded as mildly abnormal and ⩾7% as severely abnormal (Davidson et al., 1999). Height was measured at the screening visit. BMI was calculated as the weight in kilograms divided by the square of height in metres. BMI is widely accepted as the 'gold standard' for determining whether a patient is underweight or overweight, and is strongly predictive of changes in glucose regulation (Resnick et al., 1998).

Clinical assessments were conducted at two-weekly intervals for the first 6 wk, and thereafter four-weekly, until the completion of the trial (52 wk of active treatment). Patients were assessed by means of the Positive and Negative Syndrome Rating Scale (PANSS; Kay et al., 1987) and Extrapyramidal Symptom Rating Scale (ESRS; Chouinard et al., 1980).

*Data analyses*

The main analysis was conducted on observed cases (OC). We also performed an analysis on the intent-to-treat (ITT) population, using the method of last observation carried forward (LOCF) to deal with missing values due to drop-outs. The a-priori primary outcome measures were change in BMI and change in HBA1c from baseline to end-point. Treatment groups were compared at each time-point using Student's $t$ test. Repeated-measures analysis of variance (ANOVA) was performed including all of the assessment points, and because of considerable variance in the data, we also used non-parametric bootstrap re-sampling techniques to calculate confidence intervals for the means at the various time- points. Bootstrap analysis makes no prior assumptions regarding the data and provides less biased estimates of confidence intervals in highly skewed data (Pollack et al., 1994).

Table 1. Baseline demographic and clinical details of the two treatment groups (mean ± S.D.).

|  | Quetiapine ($n=22$) | Haloperidol ($n=23$) |
| --- | --- | --- |
| Male:female | 14:8 | 15:8 |
| Age (yr) | 49.2 ± 14.5 | 50.1 ± 8.6 |
| Weight (kg) | 71.9 ± 21.3 | 66.6 ± 11.7 |
| Body mass index (%) | 26.4 ± 7.0 | 24.5 ± 5.4 |
| HBA1c (%) | 6.4 ± 1.1 | 7.0 ± 2.5 |
| Prolactin (ng/ml) | 25.4 ± 23.3 | 15.2 ± 9.2 |
| PANSS total score | 55.5 ± 12.7 | 57.0 ± 14.1 |

PANSS, Positive and Negative Syndrome Rating Scale.

To control for the effects of factors known to affect BMI and glucose metabolism, we performed an analysis of covariance (ANCOVA) with change in BMI and change in HBA1c as dependent variables (separately), treatment group, gender and race as categorical variables and age as covariate. For correlations between pairs of numeric variables we used the Pearson product moment correlation coefficient. Significance tests were performed at a two-sided alpha level of 0.05. Results are expressed as mean ± S.D. Analyses were performed with the STATISTICA version 6 software package (Statsoft, Inc., Tulsa, OK, USA).

**Results**

Out of 47 participants entered into the study, two were excluded (one withdrew before reaching the target treatment dose, and one had an unrelated medical illness). The analysis was, therefore, conducted on 22 patients in the quetiapine group and 23 in the haloperidol group. Baseline demographic and clinical details were similar for the two treatment groups (Table 1). All of the subjects had been receiving conventional antipsychotics before entry into the study. The majority were receiving depot fluphenazine, flupenthixol or clopenthixol. Ten subjects from the quetiapine group failed to complete the study, for the following reasons: worsening of psychosis ($n=7$); non-compliance ($n=1$); withdrawal of consent ($n=1$); and pregnancy ($n=1$). Eight subjects in the haloperidol group did not complete the study, due to worsening of psychosis ($n=4$); non-compliance ($n=1$); withdrawal of consent ($n=1$); severe, persistent dystonia ($n=1$); and disallowed concomitant treatment ($n=1$). For the OC analysis the sample sizes for quetiapine and haloperidol were respectively, 22 and 23 at week 10; 16 and 18 at week 22; 13 and 16 at week 34; 13 and 15 at week 46; and 12 and 15



Figure 1. Change in body mass index over 12 months for the two treatment groups. —■—, Quetiapine; ···▲···, haloperidol. Sample sizes for quetiapine and haloperidol groups were respectively 22 and 23 at week 22, and 23 at baseline; 10, 16 and 18 at week 22; 13 and 16 at week 34; 13 and 15 at week 46; and 12 and 15 at week 54.



Figure 2. Mean HBA1c values over 12 months for the two treatment groups. —■—, Quetiapine; ···▲···, haloperidol. Sample sizes for quetiapine and haloperidol groups were respectively 22 and 23 at week 22, and 23 at baseline; 10, 16 and 18 at week 22; 13 and 16 at week 34; 13 and 15 at week 46; and 12 and 15 at week 54.

at week 54. The mean±S.D. end-point doses were $400 \pm 147.7$ mg/d for quetiapine and $8.5 \pm 5.6$ mg/d for haloperidol.

The sample was not overtly obese – the mean baseline BMI for the entire group was $25.5 \pm 6.3$ kg/m² and 20 subjects (43%) had a baseline BMI >25 kg/m² (overweight). However, there was evidence of abnormal glucose metabolism at baseline in a larger than expected proportion of the patients. The mean baseline HBA1c for the entire group was $6.7 \pm 1.9$%, with 22 subjects (48%) having at least mildly elevated values (HBA1c >6.1%) and nine (19%) markedly elevated values (HBA1c >7%) (Davidson et al., 1999).

*Effect of treatment on BMI and HBA1c*

Neither treatment group exhibited significant changes from baseline in BMI, and there were no between-group differences at any of the time-points (Figure 1). There was a non-significant increase in BMI at 10 wk for the quetiapine-treated subjects, but this returned to below baseline values at subsequent visits. Repeated-measures ANOVA reported a significant time-treatment current effect ($F=2.64$, $p=0.03$) but the 95% confidence interval estimated by bootstrap methods found no between-group differences. HBA1c results for the two groups are given in Figure 2. There were no differences at any of the time-points between the groups. Similarly, both the repeated-measure ANOVA and bootstrap showed no significant differences between the two groups ($F=1.17$, $p=0.3$). Both groups showed a reduction in HBA1c values from baseline to end-point which reached significance for the haloperidol-treated ($-1.5$%, $p=0.04$), but not for the quetiapine-treated patients ($-0.3$%, $p=0.5$). The number of subjects with elevated HBA1c values (>6.1%) decreased from 12 (52%) at baseline to seven (30%) at end-point in the haloperidol group, and from 11 (50%) at baseline to nine (41%) at end-point in the quetiapine group. None of the subjects with elevated baseline HBA1c values (i.e. HBA1c >6.1%) showed deterioration of glycaemic control during the study. In fact, HBA1c values in these subjects also decreased from baseline to end-point in both groups, with the reduction being statistically significant in the haloperidol-treated patients ($-1.9$%, $p=0.04$), but not for the quetiapine group ($-0.6$, $p=0.5$). There were highly significant differences in the prolactin levels between the two groups, with quetiapine-treated patients' levels being reduced, and haloperidol-treated patients' levels increased from baseline (repeated-measures ANOVA: $F=7.02$, $p=0.00001$).

There was a significant ethnic difference in baseline BMI (Caucasian: $21.4 \pm 2.6$ kg/m²; mixed descent: $26.3 \pm 6.5$ kg/m²; $p=0.04$), but not in HBA1c values or prolactin levels. There were considerable gender differences in baseline measures. Women had greater BMI ($29.3 \pm 6.8$ kg/m² vs. $23.3 \pm 4.7$ kg/m², $p=0.02$),

higher HBA1c levels (7.6±2.9% vs. 6.3±8.2%, $p=0.03$) and higher prolactin levels (29.3±25.6 ng/ml vs. 15.2±10.7 ng/ml, $p=0.01$). Age was not significantly correlated with baseline BMI, HBA1c or prolactin levels. The ANCOVA for the primary efficacy measures found that the change in BMI was not significantly influenced by gender, race, age or treatment group ($F=3.19$, $p=0.08$), although there was a slight trend in women of mixed descent towards increased BMI with quetiapine treatment and decreased BMI with haloperidol treatment. However, for change in HBA1c there was a significant effect for gender, race and treatment group (but not age), with haloperidol-treated Caucasian females showing the greatest HBA1c reductions ($F=11.93$, $p=0.001$).

We found a significant correlation between baseline PANSS negative subscale scores and change in BMI ($r=0.44$, $p=0.04$). There were no other significant correlations between symptoms of psychosis (PANSS total and subscale scores) or extrapyramidal symptoms (ESRS subscale and total scores) and BMI or HBA1c. There was an indication of an interaction between prolactin and HBA1c levels. Baseline prolactin levels correlated significantly with HBA1c at week 10 ($r=0.51$, $p=0.03$), and change in prolactin was negatively correlated with HBA1c at week 10 ($r=-0.55$, $p=0.02$), week 22 ($r=-0.52$, $p=0.03$), week 34 ($r=-0.58$, $p=0.02$), week 46 ($r=-0.52$, $p=0.03$), and week 54 ($r=-0.53$, $p=0.03$). Persistently high prolactin levels were associated with less reduction in HBA1c values.

Results of the ITT LOCF analyses were essentially the same as the OC analyses reported above.

### Discussion

This is one of very few prospective, controlled studies comparing the effect of a new-generation antipsychotic with a conventional antipsychotic on body mass and glucose metabolism. Moreover, we are not aware of other controlled studies that have investigated the *long-term* effects of antipsychotics on body mass and glucose metabolism. Our results indicate that, in stable schizophrenic patients previously on conventional antipsychotics, long-term treatment with both quetiapine and haloperidol is not associated with persistently increased adiposity, or worsening of glycaemic control. Furthermore, these agents may be safe for patients with existing glucose intolerance, as the subjects with elevated HBA1c at baseline showed no evidence of exacerbation of glycaemic control with either of these treatments. Given the importance of glycosylation in the genesis and development of diabetic microvascular and neuropathic complications (Davidson et al., 1999) these findings are of considerable clinical significance.

The absence of significant body-weight gain in the quetiapine-treated patients contradicts the findings of the Canadian National Outcomes Measurement Study in Schizophrenia, (McIntyre et al., 2003) and is more in line with those of the cross-sectional study in outpatients of Bobes et al. (2003) and the open-label extension trial in adolescents of McConville et al. (2003). An explanation for the greater degree of weight gain with quetiapine in the McIntyre et al. (2003) study is not immediately forthcoming, although theirs was an uncontrolled study permitting concomitant medication, the sample was diagnostically heterogeneous and the quetiapine sample was significantly smaller ($n=23$) than the other groups. The absence of a deleterious effect on glucose metabolism with haloperidol is in contrast to an earlier study reporting a significant increase in fasting blood glucose levels after 8 wk of treatment with haloperidol (Lindenmayer et al., 2003). One possible explanation for this discrepancy is that the effect with haloperidol could be dose related. Patients were treated with 20 mg/d haloperidol in the Lindenmayer et al. (2003) study, while the mean end-point dose in our trial was considerably lower (8.5 mg/d).

The high incidence of pre-existing glucose dysregulation in this relatively non-obese cohort gives cause for alarm, and once again highlights the fact that patients with schizophrenia are at high risk for developing glucose intolerance and type 2 diabetes. The fact that this occurred even in the absence of obesity, together with a lack of significant correlations between BMI and HBA1c provides further evidence that glucose intolerance is not necessarily secondary to weight gain in antipsychotic-treated schizophrenic patients (Newcomer et al., 2002; Ryan et al., 2003).

Various, and possibly multiple mechanisms may be responsible for glucose intolerance with antipsychotic treatment. Weight gain is one of the mechanisms involved, and considerable evidence suggests that antipsychotic-induced weight gain is at least partly related to the blocking effects on serotonin- and histamine-mediated neurotransmission (Koponen et al., 2002) resulting in altered hunger and satiety (American Diabetes Association et al., 2004). Patients receiving an antipsychotic for the first time experience substantial deposition of both subcutaneous and intra-abdominal fat, reflecting a loss of the normal inhibitory control of leptin on body mass. Along with fat deposition, there is an increase in the levels of fasting lipids and non-fasting glucose (Zhang et al., 2004). However, other

mechanisms independent of weight gain may also lead to elevation of serum leptin and insulin resistance (Lean and Pajonk, 2003). Serotonin (5-HT2) receptor activation influences glycogenolysis and blood glucose levels (Darvesh and Gudelsky, 2003) so that this may be a mechanism in the case of the new-generation antipsychotics. Agents that influence monoaminergic neurotransmission have been shown to have an effect on glucose regulation. Peripheral blood glucose concentration was found to be significantly correlated with cerebrospinal fluid concentrations of dopamine and noradrenaline metabolites (Umhau et al., 2003). This may be pertinent with the conventional antipsychotics, with their more pronounced effect on dopaminergic neurotransmission (Meltzer et al., 1989). Finally, an association between glucose metabolism and prolactin has also been described. Prolactin induces glucose intolerance, hyperinsulinaemia and insulin resistance (Tuzcu et al., 2003). This could be a relevant mechanism with patients receiving risperidone and the high-potency conventional antipsychotics such as haloperidol. In this regard, our finding of a relationship between HBA1c and prolactin levels is of interest. The association between high baseline prolactin and high HBA1c levels at 10 wk, as well as higher HBA1c values in patients with persistent prolactin levels is indeed what would be anticipated by the findings of Tuzcu et al. (2003). Unlike another study investigating the relationships between prolactin and weight gain in antipsychotic-treated subjects, we did not find an association between prolactin and BMI (Baptista et al., 2001b).

The greater BMIs and higher HBA1c levels in women in our study are in keeping with a previous finding that women treated with conventional antipsychotics displayed more insulin resistance than healthy controls, thereby predisposing them to excessive weight gain (Baptista et al., 2001a), and suggests that female gender is a risk factor for diabetes in subjects treated with antipsychotic medication. Age and ethnicity were not identified as risk factors for glucose intolerance in our sample although non-Caucasians had greater BMIs. The finding that patients with higher baseline negative symptom scores showed less reduction of BMI over the treatment period is of interest, in view of previous reports of an association between weight gain and treatment response. However, previous studies reported either no association, or improvement in symptoms together with weight gain (Meltzer et al., 2002). It has been suggested that the effects of the antipsychotic on neurotransmitters which influence weight gain, may also contribute to the improvement in psychopathology (Meltzer et al., 2002). Our result could be explained on the basis that subjects with negative symptoms display more sedentary behaviour.

This study is limited by its relatively small sample, and the findings cannot be generalized to other populations such as medication-naive first-episode patients. In fact, our sample may be particularly at risk for disorders of glucose metabolism, as an association between diabetes and tardive dyskinesia has recently been reported in elderly patients (Caligiuri and Jeste, 2004). Also, while HBA1c is a useful measure, other means of assessing glucose metabolism such as fasting blood sugar and oral glucose tolerance tests were not performed on our subjects. These additional measures would be necessary in order to diagnose diabetes mellitus according to World Health Organization criteria (WHO, 1980).

This study highlights the high incidence of unrecognized glucose intolerance in patients with schizophrenia receiving antipsychotic treatment. Our findings suggest that switching from a conventional antipsychotic to quetiapine treatment does not further impair glucose metabolism, even in the long term. Quetiapine may be a relatively safe treatment option in patients at risk for diabetes mellitus. While haloperidol is also safe in this regard, its well documented neurotoxic effects would preclude its use where alternative treatment is available (Joy et al., 2001).

## Acknowledgements

The study was supported in part by the Medical Research Council of South Africa and the University of Stellenbosch. We thank Dr Martin Kidd for statistical assistance. Trial medication was provided by AstraZeneca.

## Statement of Interest

Professor Emsley has participated in speakers/advisory boards and received honoraria from AstraZeneca, Bristol–Myers Squibb, Janssen, Lundbeck, Organon and Pfizer. Dr Oosthuizen has participated in speakers/advisory boards and received honoraria from AstraZeneca and Eli-Lilly.

## References

Allison DB, Casey DE (2001). Antipsychotic-induced weight gain: a review of the literature. *Journal of Clinical Psychiatry* 62 (Suppl. 7), 22–31.
Allison DB, Mackell JA, McDonnell DD (2003). The impact of weight gain on quality of life among persons with schizophrenia. *Psychiatric Services* 54, 565–567.

Allison DB, Mentore JL, Heo M, Chandler LP, Cappelleri JC, Infante MC, Weiden PJ (1999). Antipsychotic-induced weight gain: a comprehensive research synthesis. *American Journal of Psychiatry* 156, 1686–1696.

American Diabetes Association, American Psychiatric Association, American Association of Clinical Endocrinologists, North American Association for the Study of Obesity (2004). Consensus development conference on antipsychotic drugs and obesity and diabetes. *Diabetes Care* 27, 596–601.

APA (1994). *Diagnostic and Statistical Manual of Mental Disorders*. Washington, DC: American Psychiatric Association.

Baptista T, Kin NM, Beaulieu S, de Baptista EA (2002). Obesity and related metabolic abnormalities during antipsychotic drug administration: mechanisms, management and research perspectives. *Pharmacopsychiatry* 35, 205–219.

Baptista T, Lacruz A, Angeles F, Silvera R, de Mendoza S, Mendoza MT, Hernandez L (2001a). Endocrine and metabolic abnormalities involved in obesity associated with typical antipsychotic drug administration. *Pharmacopsychiatry* 34, 223–231.

Baptista T, Lacruz A, Meza T, Contreras Q, Delgado C, Mejias MA, Hernandez L (2001b). Antipsychotic drugs and obesity: is prolactin involved? *Canadian Journal of Psychiatry* 46, 829–834.

Bobes J, Rejas J, Garcia-Garcia M, Rico-Villademoros F, Garcia-Portilla MP, Fernandez I, Hernandez G (2003). Weight gain in patients with schizophrenia treated with risperidone, olanzapine, quetiapine or haloperidol: results of the EIRE study. *Schizophrenia Research* 62, 77–88.

Caligiuri M, Jeste DV (2004). Association of diabetes with dyskinesia in older psychosis patients. *Psychopharmacology (Berlin)* 176, 281–286.

Chouinard G, Ross-Chouinard A, Annable L, Jones B (1980). Extrapyramidal Symptom Rating scale [Abstract]. *Canadian Journal of Neurological Science* 7, 233.

Darvesh AS, Gudelsky GA (2003). Activation of 5-HT2 receptors induces glycogenolysis in the rat brain. *European Journal of Pharmacology* 464, 135–140.

Davidson MB, Schriger DL, Peters AL, Lorber B (1999). Relationship between fasting plasma glucose and glycosylated hemoglobin: potential for false-positive diagnoses of type 2 diabetes using new diagnostic criteria. *Journal of the American Medical Association* 281, 1203–1210.

Dhatt GS, Pum JK, Viljoen A, Jenner W (2003). Evaluation of HbA1C results in an external quality assessment scheme in South Africa. *Clinica Chimica Acta* 331, 147–151.

Emsley R, Turner J, Schronen J, Botha K, Smit R, Oosthuizen P (In Press). A single-blind, randomised trial comparing quetiapine and haloperidol in the treatment of tardive dyskinesia. *Journal of Clinical Psychiatry*.

International Conference on Harmonization (1996). *ICH Harmonised Tripartite Guidelines for Good Clinical Practice*. Brookwood Medical Publications Ltd, Surrey, UK.

Joy CB, Adams CE, Lawrie SM (2001). Haloperidol versus placebo for schizophrenia. Cochrane Database of Systematic Reviews. CD003082.

Kay SR, Fizbein A, Opler LA (1987). The Positive and Negative Syndrome Scale (PANSS) for schizophrenia. *Schizophrenia Bulletin* 13, 261–267.

Koponen H, Saari K, Savolainen M, Isohanni M (2002). Weight gain and glucose and lipid metabolism disturbances during antipsychotic medication: a review. *European Archives of Psychiatry and Clinical Neuroscience* 252, 294–298.

Lean ME, Pajonk FG (2003). Patients on atypical antipsychotic drugs: another high-risk group for type 2 diabetes. *Diabetes Care* 26, 1597–1605.

Lindenmayer JP, Czobor P, Volavka J, Citrome L, Sheitman B, McEvoy JP, Cooper TB, Chakos M, Lieberman JA (2003). Changes in glucose and cholesterol levels in patients with schizophrenia treated with typical or atypical antipsychotics. *American Journal of Psychiatry* 160, 290–296.

Lindenmayer JP, Nathan AM, Smith RC (2001). Hyperglycemia associated with the use of atypical antipsychotics. *Journal of Clinical Psychiatry* 62 (Suppl. 23), 30–38.

McConville B, Carrero L, Sweitzer D, Potter L, Chaney R, Foster K, Sorter M, Friedman L, Browne K (2003). Long-term safety, tolerability, and clinical efficacy of quetiapine in adolescents: an open-label extension trial. *Journal of Child and Adolescent Psychopharmacology* 13, 75–82.

McIntyre RS, McCann SM, Kennedy SH (2001). Antipsychotic metabolic effects: weight gain, diabetes mellitus, and lipid abnormalities. *Canadian Journal of Psychiatry* 46, 273–281.

McIntyre RS, Trakas K, Lin D, Balshaw R, Hwang P, Robinson K, Eggleston A (2003). Risk of weight gain associated with antipsychotic treatment: results from the Canadian National Outcomes Measurement Study in Schizophrenia. *Canadian Journal of Psychiatry* 48, 689–694.

Meltzer HY, Matsubara S, Lee JC (1989). The ratios of serotonin2 and dopamine2 affinities differentiate atypical and typical antipsychotic drugs. *Psychopharmacology Bulletin* 25, 390–392.

Meltzer HY, Perry E, Jayathilake K (2002). Clozapine-induced weight gain predicts improvement in psychopathology. *Schizophrenia Research* 59, 19–27.

Newcomer JW, Haupt DW, Fucetola R, Melson AK, Schweiger JA, Cooper BP, Selke G (2002). Abnormalities in glucose regulation during antipsychotic treatment of schizophrenia. *Archives of General Psychiatry* 59, 337–345.

Pollack S, Bruce P, Borenstein M, Lieberman J (1994). The resampling method of statistical analysis. *Psychopharmacological Bulletin* 30, 227–234.

Resnick HE, Valsania P, Halter JB, Lin X (1998). Differential effects of BMI on diabetes risk among black and white Americans. *Diabetes Care* 21, 1828–1835.

Rohlfing CL, Little RR, Wiedmeyer HM, England JD, Madsen R, Harris MI, Flegal KM, Eberhardt MS,

Goldstein DE (2000). Use of GHb (HbA1c) in screening for undiagnosed diabetes in the U.S. population. *Diabetes Care* 23, 187–191.

Ryan MC, Collins P, Thakore JH (2003). Impaired fasting glucose tolerance in first-episode, drug-naive patients with schizophrenia. *American Journal of Psychiatry* 160, 284–289.

Ryan MC, Thakore JH (2002). Physical consequences of schizophrenia and its treatment: the metabolic syndrome. *Life Sciences* 71, 239–257.

Tardieu S, Micallef J, Gentile S, Blin O (2003). Weight gain profiles of new anti-psychotics: public health consequences. *Obesity Reviews* 4, 129–138.

Tuzcu A, Bahceci M, Dursun M, Turgut C, Bahceci S (2003). Insulin sensitivity and hyperprolactinemia. *Journal of Endocrinological Investigation* 26, 341–346.

Umhau JC, Petrulis SG, Diaz R, Rawlings R, George DT (2003). Blood glucose is correlated with cerebrospinal fluid neurotransmitter metabolites. *Neuroendocrinology* 78, 339–343.

Weiden PJ, Mackell JA, McDonnell DD (2004). Obesity as a risk factor for noncompliance. *Schizophrenia Research* 66, 51–57.

WHO (1980). World Health Organization Expert Committee on Diabetes Mellitus: Second Report. Technical Report 646. Geneva, Switzerland: World Health Organization.

Zhang ZJ, Yao ZJ, Liu W, Fang Q, Reynolds GP (2004). Effects of antipsychotics on fat deposition and changes in leptin and insulin levels. Magnetic resonance imaging study of previously untreated people with schizophrenia. *British Journal of Psychiatry* 184, 58–62.