08-1-99576 sh

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION


IN RE:  Seroquel Products Liability Litigation

MDL DOCKET NO. 1769


This document relates to all Group One Trial Cases:


| | |
|---|---|
| Janice Burns v. AstraZeneca LP, et al. | Case No. 6:07-cv-15959 |
| Sandra Carter v. AstraZeneca LP, et al. | Case No. 6:07-cv-13234 |
| Connie Curley v. AstraZeneca LP, et al. | Case No. 6:07-cv-15701 |
| Linda Guinn v. AstraZeneca LP, et al. | Case No. 6:07-cv-10291 |
| David Haller v. AstraZeneca LP, et al. | Case No. 6:07-cv-15733 |
| Hope Lorditch v. AstraZeneca LP, et al. | Case No. 6:07-cv-12657 |
| Eileen McAlexander v. AstraZeneca LP, et al. | Case No. 6:07-cv-10360 |
| Clemmie Middleton v. AstraZeneca LP, et al. | Case No. 6:07-cv-10949 |
| Charles Ray v. AstraZeneca LP, et al. | Case No. 6:07-cv-11102 |
| William Sarmiento v. AstraZeneca LP, et al. | Case No. 6:07-cv-10425 |
| Richard Unger v. AstraZeneca LP, et al. | Case No. 6:07-cv-15812 |
| Linda Whittington v. AstraZeneca LP, et al. | Case No. 6:07-cv-10475 |


• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

ORAL DEPOSITION OF

LAURA M. PLUNKETT, Ph.D., DABT

October 21, 2008

Volume 2

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

320

08-I-99576 sh

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This document relates to all Group One Trial Cases:

| | |
|---|---|
| Janice Burns v. AstraZeneca LP, et al. | Case No. 6:07-cv-15959 |
| Sandra Carter v. AstraZeneca LP, et al. | Case No. 6:07-cv-13234 |
| Connie Curley v. AstraZeneca LP, et al. | Case No. 6:07-cv-15701 |
| Linda Guinn v. AstraZeneca LP, et al. | Case No. 6:07-cv-10291 |
| David Haller v. AstraZeneca LP, et al. | Case No. 6:07-cv-15733 |
| Hope Lorditch v. AstraZeneca LP, et al. | Case No. 6:07-cv-12657 |
| Eileen McAlexander v. AstraZeneca LP, et al. | Case No. 6:07-cv-10360 |
| Clemmie Middleton v. AstraZeneca LP, et al. | Case No. 6:07-cv-10949 |
| Charles Ray v. AstraZeneca LP, et al. | Case No. 6:07-cv-11102 |
| William Sarmiento v. AstraZeneca LP, et al. | Case No. 6:07-cv-10425 |
| Richard Unger v. AstraZeneca LP, et al. | Case No. 6:07-cv-15812 |
| Linda Whittington v. AstraZeneca LP, et al. | Case No. 6:07-cv-10475 |

************************************************************

ORAL DEPOSITION OF

LAURA M. PLUNKETT, Ph.D., DABT

October 21, 2008

Volume 2

************************************************************

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

---

321

```
 1
 2
 3
 4
 5
 6
 7            ORAL DEPOSITION of LAURA M. PLUNKETT, Ph.D.,
 8    DABT, produced as a witness at the instance of the Defendants,
 9    and duly sworn, was taken in the above-styled and numbered
10    cause on the 21st of October, 2008, from 9:05 a.m. to 5:19
11    p.m., before Shanon M. Hair, CSR in and for the State of Texas,
12    reported by machine shorthand, at the office of Bailey Perrin
13    Bailey, The Lyric Centre, 440 Louisiana, Suite 2100, Houston,
14    Texas  77002, pursuant to the Federal Rules of Civil Procedure
15    and the provisions stated on the record or attached hereto.
16
17
18
19
20
21
22
23
24
25
```

323

```
 1                           INDEX
 2                        (Continued.)
 3                          EXHIBITS
 3    NO. DESCRIPTION                                 PAGE
 4    22....................................372
          Dr. Laura M. Plunkett Published Literature
 5        List for Seroquel, October 13, 2008
 6    23....................................375
          Article entitled "Antipsychotic-Induced Type 2
 7        Diabetes:  Evidence From a Large Health Plan
          Database"
 8    24....................................392
          Article entitled "Differential Effects of
 9        Risperidone, Olanzapine, Clozapine, and
          Conventional Antipsychotics on Type 2 Diabetes:
10        Findings From a Large Health Plan Database"
      25....................................416
11        Expert Statement of Laura M. Plunkett, Ph.D.,
          DABT
12    26....................................429
          Article entitled "Atypical Antipsychotics and
13        New Onset Diabetes mellitus"
14    27....................................437
          Article entitled "Different effects of
15        antipsychotic drugs on insulin release in
          vitro"
16    28....................................444
          Article entitled "Abnormalities in Glucose
17        Regulation During Antipsychotic Treatment of
          Schizophrenia"
18    29....................................445
          Article entitled "Metabolic Risk During
19        Antipsychotic Treatment"
      30....................................446
20        Article entitled "Atypical Antipsychotic Drugs
          Directly Impair Insulin Action in Adipocytes:
21        Effects on Glucose Transport, Lipogenesis, and
          Antilipolysis"
22    31....................................449
          Article entitled "Differential Effects of
23        Various Typical and Atypical Antipsychotics on
          Plasma Glucose and Insulin Levels in the Mouse:
24        Evidence for the Involvement of Sympathetic
          Regulation"
25
```

---

322

```
 1                          INDEX
 2    Appearances..................................326
 3    LAURA M. PLUNKETT, Ph.D., DABT
 4        Examination by Mr. Brown.................328
 5        Examination by Mr. Allen.................602
 6    Signature and Changes........................607
 7    Reporter's Certificate.......................609
 8
 9                        EXHIBITS
      NO. DESCRIPTION                             PAGE
10    19...........................................327
11        Document entitled "Items Reviewed
          Post-Deposition"
12    20A..........................................405
          Article entitled "Olanzapine-Induced Glucose
13        Dysregulation"
      20B..........................................405
14        Article entitled "Glucose Intolerance with
          Atypical Antipsychotics"
15    20C..........................................405
          Article entitled "Risk of Diabetes Mellitus
16        Associated with Atypical Antipsychotic Use
          Among Medicaid Patients with Bipolar Disorder:
17        A Nested Case-Control Study"
      20D..........................................405
18        Article entitled "Major Changes in Glucose
          Metabolism, Including New-Onset Diabetes,
19        Within 3 Months After Initiation of or Switch
          to Atypical Antipsychotic Medication in
20        Patients With Schizophrenia and Schizoaffective
          Disorder"
21    20E..........................................405
          Article entitled "A Survey of Reports of
22        Quetiapine-Associated Hyperglycemia and
          Diabetes Mellitus"
23    21...........................................363
          Dr. Laura Plunkett Seroquel Non-Published
24        Reference List, October 7, 2008
25
```

---

324

```
 1                          INDEX
 2                       (Continued )
 3                         EXHIBITS
 3    NO. DESCRIPTION                             PAGE
 4    32...........................................458
          Article entitled "Antipsychotic Drugs Affect
 5        Glucose Uptake and the Expression of Glucose
          Transporters in PC12 Cells"
 6    33...........................................459
          Article entitled "Induction of hyperglycemia
 7        in mice with atypical antipsychotic drugs that
          inhibit glucose uptake"
 8    34...........................................468
          Article entitled "Glucose Metabolism in
 9        Patients With Schizophrenia Treated With
          Atypical Antipsychotic Agents"
10    35...........................................473
          Article entitled "Glucose Metabolism in
11        Patients With Schizophrenia Treated With
          Olanzapine or Quetiapine:  A Frequently Sampled
12        Intravenous Glucose Tolerance Test and Minimal
          Model Analysis"
13    36...........................................487
          Article entitled "A 24-Week, International,
14        Multi-centre, Open-label, Flexible-dose,
          Randomised, Parallel-Group, Phase IV Study to
15        Compare the Effect on Glucose Metabolism of
          Quetiapine, Olanzapine, and Risperidone in the
16        Treatment of Patients with Schizophrenia"
17    37...........................................488
          Article entitled "A 24-Week, International,
18        Multi-centre, Open-label, Flexible-dose,
          Randomised, Parallel-Group, Phase IV Study to
19        Compare the Effect on Glucose Metabolism of
          Quetiapine, Olanzapine, and Risperidone in the
20        Treatment of Patients with Schizophrenia"
21    38...........................................513
          Discussion Document, Seroquel and Glucose
22        Dysregulation
23    39...........................................528
          10/07 Seroquel label
24
25
```

2 (Pages 321 to 324)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

---

**Page 325**

INDEX
(Continued.)

EXHIBITS
NO. DESCRIPTION                                    PAGE
40.................................................554
     Article entitled "Effectiveness of Olanzapine,
     Quetiapine, Risperidone, and Ziprasidone in
     Patients With Chronic Schizophrenia Following
     Discontinuation of a Previous Atypical
     Following Discontinuation of a Previous Atypical
     Antipsychotic"
41.................................................569
     Article entitled "Change in metabolic syndrome
     parameters with antipsychotic treatment in the
     CATIE Schizophrenia Trial: Prospective data
     from phase I"
42.................................................575
     Article entitled "Hyperglycemic Clamp
     Assessment of Insulin Secretory Responses in
     Normal Subjects Treated with Olanzapine,
     Risperidone, or Placebo"
43.................................................575
     Article entitled "Evaluation of Insulin
     Sensitivity in Healthy Volunteers Treated with
     Olanzapine, Risperidone, or Placebo: A
     Prospective, Randomized Study Using the
     Two-Step Hyperinsulinemic, Euglycemic Clamp"
44.................................................596
     Article entitled "Lower Risk for Tardive
     Dyskinesia Associated With Second-Generation
     Antipsychotics: A Systematic Review of 1-Year
     Studies"
45.................................................596
     Article entitled "Do Certain Atypical
     Antipsychotics Increase the Risk of Diabetes?
     A Critical Review of 17 Pharmacoepidemiologic
     Studies"
46.................................................600
     Deposition excerpt - Wayne Macfadden, M.D.
47.................................................601
     Fax from James L. Gaskill to Department of
     Health & Human Services

---

**Page 326**

A P P E A R A N C E S
FOR THE PLAINTIFFS:
     T. Scott Allen, Jr., Esq.
     CRUSE, SCOTT, HENDERSON & ALLEN, LLP
     2777 Allen Parkway, 7th Floor
     Houston, Texas 77019-2141
     (713) 650-6600, fax (713) 650-1720
     sallen@crusescott.com

                    -and-

     Sarah Culver, Esq.
     BAILEY PERRIN BAILEY
     The Lyric Centre
     440 Louisiana, Suite 2100
     Houston, Texas 77002
     (713) 425-7100, fax (713) 425-7101
     sculver@bpblaw.com

FOR THE DEFENDANTS:

     Arthur E. Brown, Esq.
     KAYE SCHOLER LLP
     425 Park Avenue
     New York, New York 10022-3598
     (212) 836-8592, fax (212) 836-8689
     abrown@kayescholer.com
                    -and-
     Meghan Rohling Kelly, Esq.
     DECHERT LLP
     Cira Centre
     2929 Arch Street
     Philadelphia, Pennsylvania 19104-2808
     (215) 994-4000, fax (215) 994-2222
     meghan.rohling@dechert.com
                    -and-
     Eric G. Lasker, Esq.
     SPRIGGS & HOLLINGSWORTH
     1350 I Street, NW
     Washington, DC 20005
     (202) 898-5800, fax (202) 682-1639
     elasker@spriggs.com

---

**Page 327**

            (9:05 a.m.)
            (Plunkett Exhibit No. 19 marked.)
                 PROCEEDINGS
            MR. ALLEN:  This is Scott Allen.  Mr. Brown and
colleagues, we're prepared to represent Dr. Plunkett today.  As
you know, we -- I say "we" -- people at my direction prepared
an additional published list of -- and non-published list.
The -- non-published list is dated October 7th, 2008, and the
published literature list is dated October 13th.  Now, we had
actually sent the published literature list on October the 6th,
or it's dated October the 6th.  There was one minor correction
in a citation, so we made it complete.
            I have now marked and providing to you Exhibit
19, which -- all these materials were on the published list,
but Exhibit 19 reflects the documents and materials that have
been reviewed since her -- Dr. Plunkett's last deposition,
which were on the published list also.  All the material of
both the published and non-published list dated October the
13th, which is originally October 6th and October the 7th --
all that material had been reviewed prior to the time of
Dr. Plunkett's last deposition but, due to clerical error, had
not made it to a list.
            The only material that is -- was not reviewed
prior to last deposition is that material contained on
Deposition Exhibit No. 19, seven articles, which were on the

---

**Page 328**

list we provided but I just wanted to provide you a separate
list identifying those.  Everything else she had previously
reviewed, and that's it.
            MR. BROWN:  Okay.
            (9:06 a.m.)
            LAURA M. PLUNKETT, Ph.D., DABT,
Having been previously duly sworn, testified as follows:
                 EXAMINATION
BY MR. BROWN:
      Q.   Dr. Plunkett, you understand you're still under oath?
      A.   Yeah.
      Q.   You understand I'm going to continue to ask you
questions about Seroquel, correct?
      A.   Yes.
      Q.   You promise us that you'll give your honest and
truthful answers to my questions?
      A.   Yes.
      Q.   Mr. Allen's given me or marked as Plunkett No. 19 a
list of items reviewed after your deposition.  Do you see that?
      A.   Yes.
      Q.   And this list identifies seven articles that you
reviewed after we met last time on October 2nd, 2008, correct?
      A.   Yes.
      Q.   And this is an article by Grossman in 2008?
      A.   That's one of them, yes.

---

**3 (Pages 325 to 328)**

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

329

1    Q. Lublin 2008?
2    A. That's the second one, yes.
3    Q. Meyer 2008?
4    A. That's the third, yes.
5    Q. Miller 2008?
6    A. Yes. That's the fourth one on the list.
7    Q. Savoy 2008?
8    A. Yes, fifth one down.
9    Q. Smith 2008?
10   A. Yes, sixth one.
11   Q. And van Winkel 2008?
12   A. Yes, seventh one on the list.
13   Q. These seven articles you reviewed after your last
14   deposition, correct?
15   A. Yes.
16   Q. How did you come across these seven articles?
17   A. After the last deposition, because it was the first
18   of the month, I did -- would normally do another literature
19   search anyway, so I did another literature search and these are
20   the articles that I identified that I didn't have in my files
21   already that had come up in -- shown up on the search engine,
22   which was --
23   Q. And --
24   A. By the way, the search engine I used for this was
25   just PubMed. I didn't do anything other than PubMed at this

330

1    point.
2    Q. And which search terms did you use to get these
3    articles?
4    A. "Quetiapine." Just that because I was just looking
5    for things since 1st of August or the first week or so of
6    August of 2008.
7    Q. So, all these articles were published since August
8    2008?
9    A. Actually, the -- most of all -- six of them were
10   published September and October of 2008. One is an August
11   article. And it's actually not a publication in August. It's
12   an ePub. So, it appeared on the internet, but I don't think
13   it's -- it's the Savoy article.
14   Q. Okay.
15   A. I think it came -- it either hasn't come out yet or
16   is coming out in November. I can't remember.
17   Q. Okay. Okay.
18   A. And several of them, by the way, are ePubs I had to
19   print.
20   Q. And we'll come back to this a little bit later.
21       Aside from what we have marked as Plunkett
22   Exhibit 19, have you reviewed any other materials since we met
23   during the first day of your deposition on October 2nd?
24   A. No other new materials. I have -- of course, to get
25   ready for today, I went back through my files again to, again,

331

1    refresh my memory and -- especially on some of the areas that
2    we already talked about in the deposition. I think there was
3    even some questions you asked me in the last deposition and I
4    said I hadn't done that, so I went back to look to see if I had
5    some additional things in my files and just -- essentially, I
6    focussed on areas you had covered in the last deposition that I
7    thought I wanted to look at again to be prepared to answer
8    those questions for you today with more accuracy instead of
9    saying I know there's a published paper, but I can't think of
10   what it is.
11   Q. Okay. I know you -- having gone through that
12   exercise of reviewing material, refreshing yourself with
13   material, are you prepared to answer my questions today?
14   A. Yes.
15   Q. Have you reviewed any expert reports from any other
16   doctor or physician or pharmacologist/toxicologist on Seroquel?
17   A. Not on Seroquel, no.
18   Q. Have you reviewed any other expert depositions that
19   were taken in Seroquel besides the one piece of the Macfadden
20   deposition?
21   A. That's the only deposition related to Seroquel that I
22   reviewed. There were some depositions and some expert reports
23   related to the Zyprexa litigation that I reviewed -- and I
24   don't know whether some of those people are the same people
25   you're using now in this litigation -- but certainly those are

332

1    the only ones I've reviewed.
2    Q. Can you identify, first, the expert reports that you
3    would have reviewed for Zyprexa litigation?
4    A. Can I identify them for you?
5    Q. Yes.
6    A. I don't remember the names off the top of my head,
7    no. I have those -- I have some files in my computer at home.
8    If you need that, I can give you that. I can tell you
9    generally the areas, if that would help you. I just don't
10   remember the names. There were some physicians --
11   Q. Let me -- this might short-circuit it: Do you rely
12   on any of those expert materials or reports for your opinions
13   here today on Seroquel?
14   A. No.
15   Q. So, aside from the Macfadden -- that portion of
16   Dr. Macfadden's deposition, you don't rely on -- you did not
17   review nor do you rely on any other testimony from a current or
18   former AstraZeneca employee, correct?
19   A. Based on my review of depositions, no. That's
20   exactly right. I haven't seen them at this point in time.
21   Q. Since we met last time and today, have you met with
22   any lawyers?
23   A. Just Mr. Allen.
24   Q. And when did you meet with Mr. Allen?
25   A. Last week when -- we thought the depo was going to be

**4 (Pages 329 to 332)**

**Laura, M. Plunkett, Ph.D., DABT**                    October 21, 2008

333

1  on Wednesday and I met with him on Tuesday, as I would normally
2  do the day before.
3     Q.  Where did you meet?
4     A.  Here in the offices of Bailey Perrin Bailey.
5     Q.  How much time did you spend discussing Seroquel with
6  Mr. Allen?
7     A.  About two hours, maybe two-and-a-half hours.
8     Q.  And can you tell me what you discussed?
9     A.  We just generally went through the documents. That
10  was the main issue. We wanted to make sure that -- I had sent
11  him a reference list at that point, so he was getting the
12  documents, I guess, together for you and so we were mainly
13  focussing on documents at that point in time. We also talked a
14  little bit about some of the deposition areas. He had a
15  copy -- I guess a rough transcript of the -- my deposition at
16  that point and we just went through some of the general areas
17  that had already been covered in the deposition. But big focus
18  was on documents, making sure you had everything that would, I
19  guess, be responsive to your subpoena.
20     Q.  Okay. What parts of your transcript did you discuss
21  with Mr. Allen?
22     A.  I don't remember the exact pages. I didn't look at
23  the transcript. He had the transcript and we just kind of went
24  through the -- he had gone through and highlighted some areas
25  that were of interest to him and we just talked about it. We

334

1  talked about -- one of the areas we talked about, I do
2  remember, was exacerbation of diabetes and -- you had asked me
3  some questions and I had said that I would have to do that
4  analysis. And other than that, I can't remember any specific
5  areas.
6     Q.  Let me stop here, and we'll probably come back to
7  this. You testified last time that you didn't have an opinion
8  on whether or not Seroquel can -- Seroquel use can exacerbate
9  diabetes. Is that still your opinion or have you changed it?
10     A.  I don't remember exactly what I said last time, but
11  I -- again, in my report, I have a section on exacerbation of
12  diabetes and so I think I referred you to the report for the
13  language. And I think the question -- the question you had
14  asked me was had I done -- did -- had I done a causation
15  analysis in the same way I had done it for the causing of
16  diabetes itself; and I said, no, I had not done it at this
17  point in time. So, I think I was -- I was not able to answer
18  some of the specific questions you had. And, again, I don't
19  remember what they were.
20       But at this point in time, I have -- one of the
21  things I did do is go back and look through my files on papers
22  that I had reviewed previously on exacerbation. And there is a
23  lot of literature actually in the Seroquel literature that
24  talks about the issue of exacerbation of diabetes, and so I
25  went back and looked at some of those and -- so, I guess I do

335

1  have an opinion in that, indeed, I do believe it can exacerbate
2  diabetes at this point in time.
3     Q.  What did you review between the last time we met and
4  today that would support you changing your opinion that
5  Seroquel exacerbates diabetes?
6       MR. ALLEN:  Objection to the form of the
7  question.
8     A.  I don't think I've changed my opinion. Again, I
9  think I've told you that I believe in my -- in fact, I think we
10  went into the section in the report.
11       MR. ALLEN:  Are you -- I guess --
12       MR. BROWN:  She can answer still.
13       MR. ALLEN:  Well, let's just wait.
14       THE WITNESS:  Wait? Okay.
15       MR. ALLEN:  Yeah. Let's wait. He had a
16  question and now he's doing something else.
17       MR. BROWN:  I can do two things at once.
18       MR. ALLEN:  We can't.
19       MR. BROWN:  I believe that.
20       MR. ALLEN:  I don't know if that's an insult or
21  not. If it's intended as such, I'm offended.
22     Q.  (BY MR. BROWN)  So, let me see if this refreshes your
23  recollection. When I asked you on October 2nd -- here's my
24  question: "You're not saying that Seroquel causes an
25  exacerbation of diabetes in someone who already" -- "who was

336

1  already diabetic before they took medication." That was my
2  question.
3       Your answer was: "That's something I haven't
4  done the analysis for at this point, that's correct."
5     A.  Uh-huh.
6     Q.  "But now that you stated it, maybe before the next
7  deposition I'll see if I can subset it," okay?
8       So, at the last deposition, you hadn't done the
9  work to give me the opinion on whether or not Seroquel
10  exacerbates diabetes, correct?
11     A.  On a causation analysis in this same way, that is a
12  correct. But, again, I do believe there's things in my report
13  that I think I referred you to last time that I thought talked
14  about this issue of -- for example, on the paragraph on Type 1,
15  it's that issue of someone who has Type 1 diabetes is -- that's
16  undiagnosed or diagnosed, this would be a bad thing to -- a bad
17  drug to be on because it could exacerbate that condition.
18       But, yes, I have -- since the deposition, I have
19  gone back to my files and pulled out -- tried to pull a subset
20  of papers -- and that's what I was talking about -- that I
21  believe addressed your specific question.
22     Q.  How do you define "exacerbation"?
23     A.  Exacerbation can be, in my view, the idea that
24  someone who is either already prediabetic, at risk for
25  developing diabetes -- in other words, somebody who's

5 (Pages 333 to 336)

Laura, M. Plunkett, Ph.D., DABT                    October 21, 2008

337

1   hyperglycemic already or has the tendency to hyperglycemia and,
2   with the administration of this drug now, indeed, is pushed
3   over that threshold to become, by definition, either by fasting
4   or non-fasting blood levels, to be diabetic; or the idea that
5   someone who is hyperglycemic may not be pushed over the
6   threshold but ends up with higher circulated levels of blood
7   glucose than they did before they took the drug.  So, that's
8   exacerbation of glucose homeostasis.
9          And then as far as the diabetes, that would be
10  that subset of people who maybe were undiagnosed or diagnosed
11  and now they either lose control -- maybe they were a diabetic
12  before, they take this drug, and now they don't have blood
13  control -- control of their blood glucose like they did before
14  they took the drug; or the person who was undiagnosed or just
15  at the border of the threshold and now becomes diagnosed.
16         Q.  I want to put the undiagnosed people aside for right
17  now and I want to see if we can break down the answer so I
18  understand it, okay?  How would you define someone who's
19  hyperglycemic?  How do you define those folks?
20         A.  I would define it based upon the ADA definitions,
21  which is those people that fall within the greater than 100 on
22  a fasting -- up to 125, I guess, on a fasting level; and I
23  think the non-fasting level is 120 to -- or -- I have to look.
24  I don't remember it off the top of my head.  It's, like, 120,
25  130, not -- non-fasting, or maybe even 150 non-fasting.  I

338

1   can't remember.
2          Q.  As you sit here today, do you know the ADA criteria
3   for assessing diabetes, the non-fasting state, the actual
4   numbers?
5          A.  I'd have to refresh my memory, no, because most of
6   the papers in the literature that I referred to focusses on the
7   need to have that fasting level to get a more accurate
8   diagnosis.
9          Q.  Can you diagnose diabetes with non-fasting blood
10  sugar levels?
11         A.  I don't diagnose patients.  I can certainly make a
12  judgment on whether I believe it fits the criteria or not, but
13  a physician is the one who does the diagnosis.
14         Q.  So, let's break down exacerbation.  Exacerbation
15  would include someone who goes from a normal glucose level to a
16  hyperglycemic glucose?  Level that's one way, correct?
17         A.  That's -- that's one way, yes.  That's not diabetes
18  yet, but that's one way to exacerbate the hyperglycemic
19  condition or exacerbate their blood glucose homeostatic
20  condition, yes.
21         Q.  What are the criteria for diagnosing someone with
22  diabetes?
23         A.  There is criteria set out by the ADA -- and, again,
24  I'm not a physician, so I don't diagnose, but it -- you have a
25  certain set -- certain set criteria.  For example, there's --

339

1   looking at the fasting blood glucose level, that's one set
2   standard.  Another standard is looking at the non-fasting
3   level.  There's also standards of looking at clinical signs and
4   symptoms, like polyuria, polydipsia, a number of other things
5   as well.  And I think they set them out where you have to have
6   one of these things in play in order to diagnose someone,
7   quote/unquote, as a diabetic.
8          Q.  Well, it's your opinion that Seroquel exacerbates
9   diabetes, right?
10         A.  I believe it does, yes, based on the literature that
11  I have reviewed in the past.
12         Q.  So, tell me what -- the actual diagnostic criteria
13  that a physician would use to diagnose diabetes.
14         MR. ALLEN:  Objection.  Form.  She can refer to
15  the literature.  She can answer your question.  This isn't a
16  pop quiz.  And she's already given you an answer.  It's been
17  asked and answered.
18         Q.  (BY MR. BROWN)  Let me rephrase the question.
19         A.  I was going to say, I thought I already answered that
20  question the last time.
21         Q.  I'm not sure you did.
22         A.  That's fine.
23         Q.  Let me ask it again.
24         As you sit here today, do you know what the ADA
25  guidelines are that a doctor would use to diagnose someone with

340

1   diabetes?
2          A.  The -- I've given you one of those guidelines, which
3   is the fasting blood glucose of greater than 125, non-fasting
4   greater than 200; clinical signs and symptoms, which could
5   include polydipsia, polyuria.  And there may be another
6   guideline which I can't remember off the top of my head.  Those
7   are the ones that are discussed most often.
8          And I would refer you -- if you want the list, I
9   can refer you to that ADA consensus paper we went over last
10  time which is an exhibit to my depo which lists those; and, of
11  course, my chapter on Harrison's Principles talks about it and
12  there's a number of other sources in the literature I've
13  provided.
14         Q.  All right.  So, if we're looking at someone who has a
15  fasting blood glucose of 126 -- that's how they were diagnosed
16  with diabetes -- would you expect Seroquel to increase their
17  blood glucose in a fasting state north of 126?
18         A.  There is some literature that shows that people have
19  had increases above 126, yes.  I don't know if I can find you a
20  particular patient that started at 126 and went to, say, 150.
21  That I don't know.  Most of the literature that I have found on
22  exacerbation deals with -- there's been some review articles
23  written on atypical antipsychotics that talk about quetiapine
24  or Seroquel.
25         Q.  Which ones?

6 (Pages 337 to 340)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

---

341

1    A.  Well, here's some of the ones I pulled out. I just
2    pulled out a few of them.
3        Q.  If you -- maybe we'll mark this list together and --
4    we'll mark them serially right now as the articles that support
5    your exacerbation opinion. Is that fair?
6        A.  Yes.
7            MR. ALLEN:  Well, let me just say, what she said
8    is -- just for the record, she said these are some of the
9    articles that she had pulled out. And she's reviewed a mass of
10   material and --
11           MR. BROWN:  And I'll ask her for the others,
12   too, Scott. In fairness, I will.
13       A.  Oh, yeah.  I mean, essentially, that's what -- I've
14   tried to pull out a few in the time that I've had since the
15   last deposition. This is a Culler paper from 2004 that talks
16   about hyperglycemia and diabetes and reports. This is a --
17   this is one of -- where's --
18           MR. ALLEN:  19?
19           THE WITNESS:  Yeah.
20       A.  This is one of the new papers I reviewed.
21       Q.  (BY MR. BROWN)  And this new paper is Ruud van
22   Winkel's March 2008 paper in the Journal of Clinical
23   Psychiatry?
24       A.  Right.  There's some review -- well, not a review
25   article. This is a nested case control study by Guo and he has

342

1    some language about exacerbation.
2        Q.  And this is Guo, G-u-o -- Guo's paper in
3    Pharmacotherapy --
4        A.  2007, I think.
5        Q.  -- two thousand and --
6        A.  Six?
7        Q.  -- seven.
8        A.  Yeah, seven.  And there's another review -- well, I
9    guess it's a review.  It's a research article, but it also has
10   review -- reviewed some of the literature on glucose
11   intolerance.
12       Q.  And this paper is -- the author's last name is
13   Hedenmalm -- I'll spell it.  H-e-d-e-n-m-a-l-m -- and this is a
14   review paper published in Drug Safety 2002?
15       A.  Yes.  And this is a paper by Bettinger in 2000, I
16   think.  And it's an olanzapine paper, but it addresses a
17   particular question you were asking about about control in
18   someone who was a diabetic and on an atypical antipsychotic in
19   the group that I've identified as being ones that are at risk
20   for developing diabetes.
21       Q.  And this is Bettinger's 2000 paper, July 2000 paper,
22   published in the Annals of Pharmacotherapy.
23       A.  Right.  In addition to those, I would note that in my
24   list I have more than a dozen, if not 20, review articles on
25   atypical antipsychotics and blood glucose or metabolic

343

1    syndrome.  And pretty much in every one of those review
2    articles -- and if you need me to pull them out, I can maybe do
3    that on lunch -- they have summary statements about the issue
4    of -- they always say "diabetes" and "exacerbation of
5    diabetes."  They put those two things together.
6        Q.  Okay.  Let's mark this as an exhibit.  These are the
7    five articles we just discussed, and we can mark these as
8    Plunkett 20.
9            MR. BROWN:  Do you have any objection to marking
10   these five together, Scott?
11           MR. ALLEN:  Huh-uh.  I'm going to -- whenever we
12   have a break, I'm going to make copies, but no objection.
13           (Plunkett Exhibit No. 20 marked.)
14       Q.  (BY MR. BROWN)  Plunkett No. 20 are the five articles
15   that you relied on, in part, for your exacerbation opinion,
16   correct?
17       A.  Yes, that's right.
18       Q.  And you've also mentioned some other articles that
19   you can identify at lunch, if necessary, that will also augment
20   this list of five, correct?
21       A.  Yes.  Like I said, there's at least a dozen others,
22   if not more.
23           MR. ALLEN:  We'll do our best.  I mean, I
24   think -- I don't want to make -- the doctor's not a lawyer.
25   She doesn't understand.  I don't even know if we have all the

344

1    articles here we have on this list, so --
2            MR. BROWN:  And if you don't, you can let me
3    know if they're not here, and that's fine.
4            MR. ALLEN:  Right.
5        Q.  (BY MR. BROWN)  Okay.  Going back to the exacerbation
6    point, if Seroquel exacerbates diabetes, would you expect it to
7    increase blood glucose on average in people who are diabetic
8    who take the medication?
9        A.  It depends.  I mean, it -- I would expect it in some
10   of those people to do so.  But, again, it's -- with this drug,
11   just like olanzapine, the issues may be also set in the
12   individual.  It's the individual itself.  There's some
13   individual component to why some people develop diabetes and
14   some people don't.  Not everybody who takes this drug develops
15   diabetes.  I believe that everybody who takes this drug is at
16   risk, but that doesn't mean they're definitely going to develop
17   it.
18           It's like any drug that you talk about and side
19   effects or adverse effects or the kinds of things that are
20   associated with it, there are always going to be some people
21   that will develop it and some people that won't.
22       Q.  Are there any factors in the particular individual
23   that you can identify for me that would predict that if that
24   patient took Seroquel, they would get diabetes?
25       A.  Accurately predict, a hundred percent of the time,

**Esquire Deposition Services**          3401 Louisiana, Suite 300          Houston, Texas 70002
**Phone 713-524-4600**                    Fax 713-524-4951                    1-800-767-9532

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

345

1    no. I don't think anybody could do that. I think you could
2    lay down a set of, sort of, characteristics of the people that
3    would be most at risk; but certainly an exact hundred percent
4    predictability, no, because, again, each individual is -- can
5    be unique in the way they respond to a drug.
6        Or it may be that they -- there's been loss of
7    control but not enough loss of control that they notice it and
8    report it to their doctor, too, so --
9        Q. Let me see if I heard you correctly. As you sit here
10   today, you can't identify any particular characteristic that a
11   patient may have that would allow you to predict a hundred
12   percent of the time if they would get diabetes taking Seroquel,
13   correct?
14      A. I think that's what I just told you, not a hundred
15   percent of the time. And I don't think anybody -- I can't
16   think of any predictor that would be a hundred percent for any
17   condition or drug or adverse event or side effect or toxicity
18   that you might be looking at.
19      Q. Okay. And then you told me there's a list of factors
20   that you said you could identify for me that would be able to
21   predict if someone was going to get diabetes if they took
22   Seroquel, correct?
23      A. I said I think I could tell you what things put
24   people at greater risk. I think that's the term I used. And,
25   again --

346

1      Q. Okay. I don't want to misquote you.
2      A. Yeah. Again, because, no, when you're talking
3    about prediction, prediction -- there's always uncertainty with
4    prediction. That's why I clarify with: "Are you talking a
5    hundred percent?" To me, that's not prediction. That's proof;
6    you do this, this will definitely happen. But that isn't the
7    way that -- I don't believe there's any situation I can think
8    of off the top of my head that would fit that kind of criteria.
9      Q. Is -- what other factors that you think or
10   characteristics a patient would have that would put them at
11   greater risk of diabetes if they took Seroquel? Let's identify
12   those.
13      A. Well, there's -- there certainly would be somebody
14   who's already hyperglycemic, somebody who's in the prediabetic
15   state. I think somebody with a -- who is an obese person
16   possibly. Also, schizophrenics themselves, if you -- there's
17   literature that shows some of these underlying conditions are
18   associated with a risk of diabetes. So, again, you add the
19   drug on top of that, you're putting them at greater risk.
20      So, I think you would look at that list -- I
21   think we talked about some of this -- you asked me questions
22   last deposition about some risk factors for diabetes and so I
23   would put that list that we talk about here potentially as
24   well. It's the idea if you have somebody who has -- already
25   has underlying risk factors and you add another one on top of

347

1    that, that just puts them at even greater risk. It's -- you
2    know, it's one plus one.
3      Q. Do you distinguish between causes and risk factors or
4    are they the same for you?
5      A. Those are two different terms. You would do -- you
6    could say that certain things can cause diabetes, as when you
7    do an analysis like I've done, and then there's a whole body of
8    literature on what are the risk factors for any disease. I
9    mean, there's genetic risk factors, there's --
10      Q. Besides Seroquel, in your expert opinion, what else
11   causes diabetes? Give me a list of everything you know that
12   causes diabetes.
13      A. There are some genetic -- there are some genetic
14   abnormalities, I believe, that are linked to -- well, I would
15   say would cause diabetes. I haven't done a causation
16   analysis -- well, Zyprexa and Risperdal, I've done those. I
17   believe they cause diabetes or can cause diabetes in -- in the
18   right circumstances.
19      There are other drugs out there -- I don't have
20   the list for you off the top of my head, but there's other
21   drug-induced diabetic associations that have been linked as
22   causal factors, have been taken beyond just a risk factor to a
23   causal factor as well if you look at the literature, and I'd
24   have to pull those out for you.
25      But, for example, obesity, I think that's a risk

348

1    factor. I haven't seen enough -- done enough of an analysis to
2    say that I've done a causal analysis on obesity, but certainly
3    obesity is a -- one of the risk factors that's discussed over
4    and over again. And I imagine that there are probably enough
5    evidence that you could do a cause and effect and say there's a
6    cause.
7      Q. Anything else?
8      A. Off the top of my head, that's all I can --
9      Q. So, you've identified five causes from my list for
10   diabetes. Genetic abnormalities, correct? That's the first?
11      A. Certain ones, yes.
12      Q. Zyprexa was a second cause of diabetes, correct?
13      A. Yes.
14      Q. Risperidone was the third cause of diabetes?
15      A. Yes.
16      Q. Quetiapine --
17      A. Yes.
18      Q. -- causes diabetes? And obesity, does that cause
19   diabetes?
20      A. I think it can cause diabetes, yes, Type 2 diabetes.
21   I think it can.
22      Q. Aside from those five, is there any other cause of
23   diabetes that you're aware of?
24      A. I've already told you I think there are some other
25   drugs, but I can't name those for you. Again, I'd point you to

8 (Pages 345 to 348)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

349

1  the vast literature on this area. There's a large body of
2  literature on drug-induced diabetes.
3          And I guess another one I would list is somebody
4  has severe damage to their pancreas and -- that could be a
5  cause of diabetes. So, toxins or injury where the pancreas
6  would -- like in trauma in an automobile accident, that could
7  cause diabetes. If you no longer have a pancreas that
8  functions, that could cause diabetes.
9          Q. So, aside from other drugs, you've given us now the
10  six causes of diabetes, correct?
11         MR. ALLEN: Objection to form.
12         A. Well, I don't think I'm -- I wouldn't say I've given
13  you "the six causes." I'm giving you the ones that I'm aware
14  of or where I've done an analysis. There's probably others out
15  there and there may be that there's even some -- some large
16  bodies of literature on some others. But as I sit here today,
17  those are the ones I can recall for you from my review of the
18  literature. And my review on the literature on diabetes has
19  been focussed at this point in time a lot on drug-induced
20  diabetes because it's a lot of what -- the research that I did
21  initially.
22         Q. (BY MR. BROWN) Do you know any environmental causes
23  of diabetes?
24         A. Can you define what you mean by "environmental"?
25         Q. What do you understand -- what do you think I -- let

350

1  me rephrase the question.
2          Do you -- are you familiar with the term
3  "environmental risk factors" or "environmental causes"?
4          A. I am familiar with several ways to use it. That's
5  why I'm asking you to define it for me, how you want me to
6  consider it.
7          Q. Do you know -- what's your definition of
8  "environmental risk factor"?
9          A. There can be several different ways to define it.
10         Q. Why don't you define it for me.
11         A. You can define it globally as anything in an
12  individual's environment that they contact. There are other
13  people that could talk about environmental risk factors where
14  they're talking mainly about things that you breathe in the
15  air, things that you drink in your water, things that you
16  contact in your soil, what I consider environmental risk
17  assessment.
18         Q. Okay.
19         A. But to me, when I'm talking in this context, it might
20  make more sense to talk about the overall person's environment,
21  which could be larger than just what I consider more the
22  traditional chemical risk assessment environment for looking at
23  environmental risk factors.
24         Q. Is socioeconomic status a risk factor for diabetes?
25         A. I imagine it could be, but I haven't done an analysis

351

1  on that. I've seen some discussion of a number of
2  environment -- what -- this broader term "environmental
3  factors," and certainly poverty is one that I've seen discussed
4  because, obviously, poor diet, poor ability to proper
5  nutrition, things like that, could have an effect on anybody's
6  basic physiology, including diabetes, I imagine.
7          Q. You said it could be. Do you have an opinion to a
8  reasonable degree of scientific certainty --
9          A. Not --
10         Q. -- that socioeconomic class is a risk factor for
11  diabetes?
12         A. Not at this point in time, no. I haven't done that
13  analysis. But, again, I would point you to the literature. I
14  believe some of my review papers talk about this issue of
15  environmental risk factors.
16         Q. Okay. But you haven't done the research to give me
17  that opinion to a reasonable degree of scientific certainty,
18  correct?
19         A. Not as I sit here today, that's correct.
20         Q. And is race a risk factor for diabetes?
21         A. There certainly is some literature to support the
22  fact that African-Americans have a higher risk of developing
23  Type 2 diabetes. I'm trying to think if there's other
24  ethnicities. I think also Native Indian populations. But the
25  problem is with some of those, you can't separate out ethnicity

352

1  from socioeconomic status from a lot of other things as well.
2  So, many times when you talk about ethnicity, there can be more
3  than one potential underlying risk factor at play.
4          Q. Do you have an opinion as you sit here today to a
5  reasonable degree of scientific certainty on whether or not
6  race is a risk factor for diabetes?
7          A. I think it can be a risk factor for diabetes, but I
8  haven't done a detailed analysis, cause and effect analysis, as
9  I have done for quetiapine as I sit here today.
10         Q. Okay. In -- clarify one thing for me. You may have
11  already said this. I just don't recall. Do you have an
12  opinion to a reasonable degree of scientific certainty on
13  whether obesity is a risk factor for diabetes?
14         MR. ALLEN: Okay. Let me -- before we get into
15  that answer, this is not a redeposition of Dr. Plunkett. It's
16  a deposition that's supposed to be directed as to material --
17  new material.
18         MR. BROWN: And, Scott, I'm going to get there
19  shortly. I'm just trying to explore some of this exacerbation
20  because that's a new opinion.
21         MR. ALLEN: Well, exacerbation I didn't stop you
22  on. Now you're going back into obesity, which we talked about
23  before. And I dispute this issue of exacerbation being an
24  entirely new opinion. She has referenced this in her report.
25  You have asked --

9 (Pages 349 to 352)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

353

1   MR. BROWN: We can take that --
2        MR. ALLEN: But here's my point, Mr. Brown:
3   This is supposed to be a deposition on new material. I believe
4   we're now going outside the bounds about general opinions about
5   causative risk factors for diabetes. That's certainly not a
6   new issue, so I'm just -- go ahead, but I --
7        MR. BROWN: Okay. I understand, and we'll get
8   to the material. Fair enough?
9        MR. ALLEN: Okay.
10       Q. (BY MR. BROWN) So, Dr. Plunkett, as you sit here
11  today, do you have an opinion to a reasonable degree of
12  scientific certainty that obesity is a risk factor for
13  diabetes?
14       A. Yes, I think I do, and I think I gave you that last
15  time. In my report, I talk about weight gain as being a risk
16  factor -- I talk about in my report Seroquel's metabolic
17  effects, and weight gain is one of those. Obviously, weight
18  gain is part of becoming obese. If you gain weight, you can
19  become obese, depending upon the definition of your BMI.
20  Greater than, I think, 30, most people look in that range.
21       So, yes, I believe that there's literature out
22  there. I haven't developed a large report on that issue for
23  you, but certainly I think if you read my report, you
24  understand that I believe that the weight gain issue is an
25  important part also of the equation with Seroquel.

354

1        There's two issues. It can cause it with and
2   without weight gain; but, of course, weight gain leads into the
3   issue of obesity. And I think we discussed obesity last time,
4   too, to some extent. You asked me some questions about that.
5        Q. Are you -- did you say you define obesity as a BMI
6   over 30?
7        A. That's -- a lot of the literature describes it as
8   obesity, overweight being around -- I think, greater than 25
9   and obesity being, I think, greater than 30. I think there's
10  some differences in the literature, how people described it,
11  but that's the one in the literature that I reviewed most of
12  the time.
13       Q. Going back to the exacerbation point, are there any
14  studies that you reviewed where exacerbation of diabetes as a
15  result of ingestion of second-generation antipsychotics was the
16  endpoint?
17       A. No, I don't -- I don't think so, but I can't --
18  can't -- I didn't -- when I did look at my literature, I was
19  looking for those kinds of studies.
20       Q. Do you recall seeing any?
21       A. And I'm -- that's what I'm trying to remember. The
22  ones I give you --
23       Q. Look back at Exhibit 20.
24       A. Yeah. Let me look and see if there's any of these --
25  I would say I -- I believe that out of the epidemiological or

355

1   clinical trials I have, that's not an endpoint. There are some
2   case reports where people had -- either prediabetic or maybe
3   were diabetic beforehand, but --
4        Q. Do you know how many you've seen, case reports?
5        A. Well, there's this one here, for sure, of olanzapine.
6   And, no. I'd have to go back and look at all the case reports
7   to answer that question for you, but I know -- what I
8   remember -- when I looked at my literature, I don't remember
9   seeing a clinical study or an epi study -- in fact, some of the
10  epi studies, like these two I've pulled for you here, one of
11  them mentioned that they excluded people if they had an
12  existing diagnosis of diabetes beforehand, so -- but I -- so, I
13  can't answer that fully without looking at every study, but I
14  don't believe that I have a study that is a clinical or an epi
15  study where that was an endpoint assessed.
16       Q. Okay. So, let's put case reports aside and you can
17  look at case reports at a break. I'll come back in the
18  afternoon and ask you about that.
19       Putting the case reports aside, can you identify
20  for me today any clinical trial or epidemiological study that
21  looked at exacerbation of diabetes as an endpoint in patients
22  taking second-generation antipsychotics?
23       A. I can't -- as I sit here today, I was telling you I
24  can't -- I can't recall one, but -- now, that's larger though,
25  second-generation. When I went back to my literature, I didn't

356

1   look at all of the epi in the last two weeks in clinical
2   studies on Zyprexa and risperidone. I looked at ones where
3   the -- quetiapine was also one of the drugs looked at. So,
4   it's possible, for example, that the olanzapine or the
5   clozapine literature, there might be something. I don't know.
6   I can't -- so, it's possible for atypicals, as a broad class,
7   there is something and -- but I can't answer that without
8   looking.
9        Q. Okay. Dr. Plunkett, have you looked for studies in
10  second-generation antipsychotics as a group where exacerbation
11  of diabetes was the endpoint studied?
12       A. I have looked for that in the last two weeks in the
13  literature that I have and have already provided with you.
14  Since I certainly wasn't going to do large amounts of new
15  literature searches -- that wouldn't have been fair to you to
16  come back and tell you that I've all of a sudden done a month's
17  worth of work in two weeks, but certainly I did go back and
18  look at the literature that I have, and I'm telling you that
19  I -- it's possible that -- in my olanzapine or risperidone
20  literature that there is something. I don't recall it as I sit
21  here today and I certainly didn't pull it out for you in these
22  five -- I don't see it in these five or six that I've pulled
23  out.
24       But, again, to me, the issue in exacerbation of
25  diabetes is if you look at the atypical antipsychotic

**10 (Pages 353 to 356)**

**Laura, M. Plunkett, Ph.D., DABT**                                    **October 21, 2008**

357

1  literature in general and also specifically the literature on
2  olanzapine, quetiapine, and risperidone and clozapine, the four
3  that have been linked as risks for diabetic conditions in
4  their -- in the published literature, almost every review paper
5  talks about exacerbation of diabetes as being problematic with
6  these drugs, so --
7      Q.  I want to ask you -- maybe you misunderstood my
8  question. As you sit here today, can you identify any study, a
9  clinical study or an epidemiological study, that looked at
10 whether or not second-generation antipsychotics can exacerbate
11 diabetes?
12     MR. ALLEN: Objection. Form. Asked and
13 answered.
14     A.  I do think I just -- the last answer I gave, I tried
15 to answer that for you. I told you that I can't recall one as
16 I sit here. When I -- in the last two weeks with the
17 literature I had in front of me and I looked, I didn't
18 certainly pull one in this pile for you. I don't remember
19 there being one on olanzapine or risperidone. I'm sorry. I'm
20 trying to be honest with you and you're laughing at me, but
21 this is my answer. I mean, I just -- I can't recall.
22     MR. ALLEN: Yeah. It's rude, but just -- you've
23 already answered.
24     A.  So, I've done the best I can for you based upon, you
25 know, what I have in my files and I provided you with citations

358

1  for all the literature that I have reviewed and relied upon.
2      MR. ALLEN: Mr. Brown, I don't want to get --
3  Mr. Brown, I don't want to get into any kind of dispute on the
4  record. I try not to do that. And I'm just going to take
5  it -- you know, things happen occasionally, but you were
6  laughing at the witness. And she tried her best, whether you
7  like the answer or not. I'd just appreciate it --
8      MR. BROWN: Scott, you know, there's really no
9  need to put that on the record. And you know what? I did not
10 laugh at the witness. I had my head in my hands and you
11 know --
12     MR. ALLEN: Mr. Brown --
13     MR. BROWN: If this comes up again, you and I
14 can talk off the record.
15     MR. ALLEN: I told --
16     MR. BROWN: You know me and you know I don't
17 mean any offense.
18     MR. ALLEN: Mr. Brown, I would totally agree
19 with what you just said. Unfortunately, sometimes I --
20 since -- I need a little record here because I think other
21 people have not followed your direction in other depositions.
22 I wish your -- I wish they would. So, we can let it drop now.
23 If you would have listened to my predicate, it wouldn't have
24 come up. I think there's other people that you need to talk to
25 on your side about --

359

1      MR. BROWN: I don't need to talk to anybody.
2  Let's just move on.
3      MR. ALLEN: All right.
4      Q.  (BY MR. BROWN) Let me ask you the question specific
5  to Seroquel. As you sit here today, can you identify any
6  clinical trial or epidemiological study that looked at
7  exacerbation of diabetes as an endpoint in patients using
8  Seroquel only?
9      MR. ALLEN: Objection. Form. Asked and
10 answered.
11     A.  As I answered before, I can't recall one as I sit
12 here. I've provided you with some of the literature here that
13 I believe supports my opinions on exacerbation. And I believe
14 if there are -- I know there are some case reports. I believe
15 that there's possibly case reports for other drugs other than
16 Seroquel as well.
17     And it's possible on one of these other drugs
18 other than Seroquel, there's some additional information that
19 would inform as far as analogy under the causation criteria,
20 but I can't recall one specific to answer your question as we
21 sit here today.
22     Q.  (BY MR. BROWN) I've looked at every single paper
23 you've identified and I'm going to represent to you I have not
24 seen a single study looking at exacerbation of diabetes as an
25 endpoint in patients taking Seroquel. Would you agree with --

360

1  would you disagree with that?
2      MR. ALLEN: Objection. Form.
3      A.  I can't agree or disagree because -- you know, I'm
4  just telling you what -- I -- you know, I go back to my
5  original answer. I don't recall one. I'm not saying I agree
6  or disagree with you. It's possible that it's true, what
7  you're saying. You know, I can't sit here and make that
8  statement with that certainty that you're doing.
9      Q.  (BY MR. BROWN) Dr. Plunkett, it's your opinion in
10 case that Seroquel exacerbates diabetes, correct?
11     A.  Yes.
12     Q.  And while -- while it's possible there may be a
13 clinical trial or an epidemiological study that looks at
14 exacerbation as an endpoint, you can't identify one that
15 supports your opinion here today for me, can you?
16     A.  That's correct. And I will qualify. I will tell you
17 that I don't believe -- that I would be surprised if there's a
18 clinical trial. It's possible there's an epi -- that's what I
19 don't recall -- that may not have excluded all diabetics, so --
20     Q.  Can we agree -- will you -- I'm going to make a
21 request on the record that -- at a break today or lunch, that
22 you identify a clinical trial, to the extent one exists -- you
23 said "possibly" -- in your materials and epidemiological study,
24 to the extent one exists.
25     MR. ALLEN: Okay. You don't even need to

11 (Pages 357 to 360)

Laura, M. Plunkett, Ph.D., DABT                    October 21, 2008

361

1   respond to that. And you can just advise me -- do not respond.
2   It's not a question. And I'll deal with Mr. Brown. I can't --
3   I can't imagine giving a clinical trial on somebody with
4   diabetes and trying to see if they get worse.
5          Okay. You just -- you don't have to say
6   anything.
7      Q. (BY MR. BROWN) Would it be appropriate to do a study
8   that looks at exacerbation of diabetes as an endpoint?
9      A. I think it would be a very difficult study to get
10  approved by an SRB within a -- within an institution.
11     Q. What about --
12     A. It's possible -- it's possible that you could do one.
13  Again, I -- and I am saying to you I don't believe that there
14  would be a clinical trial in my files because, again, I -- if I
15  recall the clinical trial criteria from every drug company I've
16  seen, that would have been an exclusion criteria for the
17  clinical trials.
18     Q. And would it be appropriate to do a clinical trial
19  looking at diabetes as an endpoint?
20     A. Whether or not diabetes is produced --
21     Q. Yeah. Let me rephrase --
22     A. -- as an endpoint?
23     Q. That was a poor question.
24          Would it be appropriate to do a study to examine
25  whether or not Seroquel causes diabetes by using diabetes as

362

1   the endpoint of the study?
2      A. I think that would be a very difficult study to do.
3   I doubt somebody would do it. Could you get it approved? It's
4   possible. But, again, most clinical trials are done -- most
5   clinical trials, exception of Phase 1 trials, are done with
6   efficacy as a major driver for why you're doing the study.
7   There has to be some reason why you believe there's a benefit
8   to the patient in order to give the drug. Certainly, many
9   clinical trials collect safety endpoints and could collect that
10  information.
11          In fact, I know that some of the clinical trials
12  did collect issues on -- looked at blood glucose changes. If
13  those blood glucose changes were greater than fasting 126 or
14  non-fasting 200, then obviously you could say diabetes was
15  measured in those patients. But I can't imagine that I'll find
16  one with this class of drugs that that was an endpoint that was
17  measured -- was initially sought in the trial.
18          I do know that those trials, 125, 126, and 127,
19  which I had brought last time, had hyperglycemia as an endpoint
20  and blood glucose abnormalities as endpoints.
21     Q. We'll talk about that.
22          Let me mark as Exhibit No. 20 --
23          MR. ALLEN: One.
24     Q. (BY MR. BROWN) -- 21 your October 7th, 2008,
25  non-published reference list.

363

1          (Plunkett Exhibit No. 21 marked.)
2          MR. BROWN: Scott, you have a copy, right?
3          MR. ALLEN: Yeah, I do.
4      Q. (BY MR. BROWN) This is a Dr. Laura Plunkett Seroquel
5   non-published reference list dated October 7th, 2008, correct?
6      A. Yes.
7      Q. Who put together this list of materials?
8      A. I did.
9      Q. And where did you get the materials that are
10  identified on the non-published reference list?
11     A. From attorneys that I worked with in the case, either
12  Mr. Allen or Mr. Fibich, and then some of the labels for --
13  from the PDR were ones that I had at -- on -- back in my
14  office.
15     Q. Okay. So, taking out the PDRs for a minute --
16     A. Oh, wait a minute. And one other. The -- No. 19,
17  the PowerPoint presentation, that was given to me by Dr.
18  Swartzberg. Let me make sure there's nothing else here. Hold
19  on.
20          That would be the exception, yes.
21     Q. So, Nos. 8 through 16 are all various versions of
22  Seroquel label from the Physicians' Desk Reference, correct?
23     A. Yes.
24     Q. And 19 is the PowerPoint presentation put together by
25  Dr. Swartzberg, correct?

364

1      A. Yes.
2      Q. And those were the materials that you got on your
3   own, correct?
4      A. Well, some of the labels I may not have got on my
5   own, but I did do some. Like, I don't know that I have -- I'm
6   pretty sure I don't have a 1999 Seroquel -- I mean, PDR 1999 at
7   my desk, so I would not have that one.
8      Q. Well, aside from the PDRs we've mentioned and
9   Swartzberg's PowerPoint presentation, did you get the rest of
10  the materials from one of the plaintiffs' lawyers who have
11  retained you?
12     A. Yes, I believe so.
13     Q. And what methodology did you apply to the materials
14  you were asked to see?
15     A. Well, some of -- these materials came in two
16  different pieces. Some of the materials -- if you see ones on
17  here that deal with Canada, those came from my initial
18  engagement in this work where I was asked to provide a report
19  related to Canadian issues.
20          And in that case what I did was I had told the
21  attorney -- I believe it was Mr. Fibich -- or actually, no, it
22  wasn't Mr. Fibich. It was an attorney in Canada -- and I
23  cannot remember her name -- who contacted me and I asked her
24  for the equivalent of the U.S. labeling for -- for Seroquel and
25  I asked her to send me -- and I actually did some searching on

12 (Pages 361 to 364)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

---

365

1  the Canadian -- Health Canada website and found some of this on
2  my own, but others that she sent to me as well which were
3  exactly the same things I saw on the website. So, that was
4  that was the first.
5       And then with -- also with that, the Canadian
6  work, I -- that's why I have two copies, for example, of -- two
7  different copies of the same exhibits for some of these things.
8  Like, the Japanese labeling and the Japanese Dear Doctor
9  letter, you'll notice there's two different copies of it.
10  That's because I was given it by Mr. Fibich -- again, I was
11  asking for anything on labeling in other counties and I got
12  those, and then I got them again later on when I was asked to
13  assist in the U.S. litigation.
14       Q. So, with respect to the foreign labels, you asked
15  Mr. Fibich for information regarding foreign labels, correct?
16       A. Yes, and then he sent -- and I think he also sent me
17  something related to France at the same time, and then again
18  that came again. So, I think I have two copies of that as well
19  on here.
20       And then after -- when I was actually talking
21  with Mr. Fibich early on -- and his assistant actually, Rachel
22  Solis, I would have talked with directly -- I asked her to send
23  me any information that related to -- that she -- that they
24  might have had already identified in the discovery that had to
25  do with FDA issues and I got a few things that way. And then

---

366

1  other documents were ones that the attorneys just sent to me,
2  not necessarily with me prompting a question, things that they
3  thought I might be interested in looking at.
4       Q. Go back to the foreign label issue for one second.
5  Did you ask Mr. Fibich or his assistant for information
6  regarding all foreign labels or particular foreign labels?
7       A. I just said any foreign labeling -- any foreign
8  labeling that would be pertinent to my opinions. And so I
9  didn't ask for all labels, no, not for all countries.
10       Q. And what you got back was information from the
11  Japanese and French labels, correct?
12       A. Yes, and then the Canadian labels that I was looking
13  for as well.
14       Q. So, Japan --
15       A. Canada and --
16       Q. -- France?
17       A. -- France at that time.
18       MR. ALLEN: Clarification. As you well know,
19  there's not a France label. It was --
20       A. Well --
21       MR. BROWN: Fair enough.
22       A. French document.
23       MR. BROWN: It was a good pick-up.
24       Q. (BY MR. BROWN) On the --
25       MR. ALLEN: Sometimes.

---

367

1       Q. (BY MR. BROWN) Let me clarify. So, when you asked
2  for the foreign label information pertinent to your opinions,
3  you were provided information on the Japanese label, the
4  Canadian label, and also information regarding France's
5  consideration of Seroquel's application, correct?
6       A. Yes. And, in fact, usually I don't necessarily say
7  "labeling." Often I'll say "labeling and regulatory documents
8  that you think are pertinent." That's how I normally would ask
9  that question. For example, that's how I would often get
10  warning letters and things like that sent.
11       Q. Okay. All right. So, when you -- you asked
12  Mr. Fibich's assistant for pertinent foreign labeling and
13  regulatory information, correct?
14       A. Yes. Back when I was working on the Canadian
15  document (sic), yes.
16       Q. And in response to that, Mr. Fibich or his assistant
17  provided you information on the Japanese label, correct?
18       A. Yes. And, actually, it may not have been just
19  Mr. Fibich. Like I said, there's an attorney in Canada -- and
20  I cannot remember the person's name -- as well.
21       Q. Okay.
22       A. And I got the Japanese information sent, the French
23  medicine agency's review of Seroquel, and then the other
24  Canadian -- some Canadian documents, like I said, some of which
25  were -- I think at least two of those I had already found on

---

368

1  the Health Canada website but they sent me with the Bates
2  number stamped pages, things like that.
3       Q. Do you know -- did Mr. Fibich or his assistant or the
4  Canadian lawyer tell you why it was they selected those three
5  categories of information?
6       A. I don't think I -- no, I don't think they -- believe
7  that they did.
8       Q. Have you looked at any other documents related to
9  either foreign labeling or foreign regulatory information?
10       A. If it's not on this list, I haven't seen it, no.
11  This is the extent of things I have reviewed and relied on with
12  non-published sources of information.
13       Q. Also on -- in Exhibit No. 21, you have a -- and we
14  can talk about them individually later on, but you have a group
15  of documents that I'll describe as e-mails. See that?
16       A. Yes. There's some e-mails, yes, on here. Not as
17  many, but there's a few, yes.
18       Q. And there's also some technical documents, commercial
19  support team technical documents, for example, at No. 35?
20       A. Yes.
21       Q. And there's a position paper done by Wayne Geller,
22  looks like several versions of it, No. 30, 31, and 32. See
23  that?
24       A. Well, one's a position paper. The other two --
25       Q. Are discussion documents?

---

13 (Pages 365 to 368)

**Laura, M. Plunkett, Ph.D., DABT**      **October 21, 2008**

369

1    A. Yes, exactly, right.
2    Q. And we'll go through each of these in detail a little
3  bit later, but do you know how these documents -- these
4  categories of documents were selected? Did you request them
5  specifically or were they given to you by somebody?
6    A. I did not specifically -- wouldn't have known
7  specifically to request those, no. And those three individual
8  documents, I believe, were provided to me by Mr. Fibich's --
9  well, maybe one of them by Mr. Fibich and two of them by
10  Mr. Allen.
11    Q. Do you know how the lawyers went about selecting the
12  documents, the subset of documents that they gave you on
13  Exhibit No. 21?
14    A. You'd have to ask them. I can't speak for them.
15    Q. Did you ask to see -- in response to reviewing these
16  documents, did you ask to see any additional documents that the
17  company has?
18    A. I certainly made a general request with both
19  attorneys at different points in time working in this
20  litigation that if they had any documents that they believe
21  were pertinent to my opinions -- which would be causation with
22  diabetes, metabolic effects, or the labeling issues -- to
23  please send them, but I -- you know, I didn't -- I wouldn't --
24  I didn't go through the -- their databases on my own to look
25  for additional documents.

370

1    Q. Right. You didn't put together a list, a request
2  list of materials or categories of materials that you would
3  like to see that AstraZeneca may have in its files, correct?
4    A. No. And, again, I think we discussed this in my last
5  deposition. I think I told you that I know at least with
6  Mr. Fibich, he's familiar with the kinds of things I normally
7  look at and I assumed he would be sending me similar things
8  like when I worked with him in other cases; but, no, I didn't
9  make any other specific request.
10    Q. Is there anything -- besides the NDA and IND which we
11  discussed last time, are there any documents that you would
12  normally look at in arriving at your causation opinion --
13    A. Well, I don't always --
14    Q. Sorry. Question wasn't finished.
15    A. I'm sorry.
16    Q. Let me ask this question -- let me just make it
17  simple. Is there anything that you would normally look at in
18  arriving at your causation opinion that you did not in this
19  case, generally?
20    A. Well, there's no normal list, other than the
21  published literature. I always look at the published
22  literature. That's the one thing I will do. So, as far as
23  normal, I don't think there is a normal. Each case is
24  different. For example, I have causation opinions where there
25  is no internal company documents that I'm ever provided with

371

1  and no FDA documents and I'm making my opinions based solely on
2  what's available publically. So, no. I mean, I don't think
3  there's anything normal.
4    I mean, this types of documents that are on this
5  non-published list are similar to the types of documents that
6  I'm normally provided with. Sometimes I'm given more than
7  this, sometimes less than this. Sometimes it's -- a factor in
8  what I'm given has to do with when the discovery is produced.
9  Sometimes I get documents before deposition and then, before
10  trial, all of a sudden a bunch of new things become available.
11  That happens sometimes.
12    Q. Do you know in this case how many AstraZeneca
13  employees were -- testified?
14    A. I have no idea.
15    Q. Do you know -- besides Dr. Macfadden, do you know any
16  other AstraZeneca employees by name who actually did testify?
17    A. I couldn't name them for you, no. Well, actually,
18  no, that's not true. I can name a couple where I see exhibits.
19  I mean, like Gerald Limp, I know he's an employee. I take that
20  back. I've seen as an exhibit Geller, I've seen an exhibit for
21  Brecher, but I haven't seen their testimony.
22    Q. Have you asked to see their testimony?
23    A. No. I have not asked at this point in time.
24    Q. One of the documents on your list is Gerald Limp's
25  CV; is that right?

372

1    A. Yes, that is one of mine.
2    Q. What's a CV?
3    A. That CV is a -- well, this CV was a listing of his
4  work experience and publication and his training, his
5  educational background.
6    Q. Are you going to be offering an opinion on Gerald
7  Limp's CV?
8    A. Don't plan to, no.
9    Q. Do you know why you were provided that document?
10    A. I have no idea. That came to me with the original
11  work I did in Canada. That was provided to me by Mr. Fibich's
12  assistant.
13    Q. Let me -- let me show you what we're about to mark as
14  Exhibit No. 22, which is Dr. Laura Plunkett published
15  literature list for Seroquel dated October 13th, 2008.
16    (Plunkett Exhibit No. 22 marked.)
17    Q. (BY MR. BROWN) Is this a complete list of all the
18  published materials that you looked at in preparing for your
19  testimony at your deposition?
20    A. Yes, it should be at this point in time.
21    Q. Is there any omissions that you can see from that
22  Exhibit No. 22 that I've handed to you?
23    A. No. In fact, I -- that was one of the things that we
24  spent a lot of time trying to do, trying to make sure you had a
25  complete list.

14 (Pages 369 to 372)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

373

1     Q.  Okay.  On the list on Exhibit No. 22, you identify an
2   article by Dr. Gianfrancesco.  Do you see that?
3     A.  Yes.
4     Q.  This is Dr. Gianfrancesco's 2003 article; is that
5   right?
6     A.  Yes.
7     Q.  And what's the title?
8     A.  "Antipsychotic-Induced Type 2 Diabetes:  Evidence
9   From a Large Health Plan Database."
10     Q.  And you -- this article was not identified in your
11   report, was it, your expert report prepared in this case?
12     A.  I can't answer that without looking, so --
13        MR. ALLEN:  Arthur, my brain has been so
14   frazzled with trying to put these lists together and I
15   certainly didn't prepare to cross-examine the witness, so I'm
16   going to ask you two questions; one of which, just on my
17   recollection -- because I tried to gather everything to be
18   thorough -- wasn't Gianfrancesco listed last time?
19        MR. BROWN:  No.  I can tell you that between the
20   box that you brought --
21        MR. ALLEN:  Yeah.
22        MR. BROWN:  -- and the reference list --
23        MR. ALLEN:  Yeah.
24        MR. BROWN:  -- there was new information in both
25   groups we hadn't seen.

374

1        MR. ALLEN:  But Gianfrancesco --
2        MR. BROWN:  Gianfrancesco may have been in the
3   box, but it was not on the original reference list and it was
4   not in the report.
5        MR. ALLEN:  Well, as I said, that's why I marked
6   19 today.  I mean, all this material had been previously
7   reviewed except for the material in 19, so -- it's difficult
8   for me to keep it in my head.
9        MR. BROWN:  Scott, we went through both the
10   material brought last time and the reference list and,
11   combined, there were 74 new documents.  There were 48 new
12   scientific papers and there were 26 company documents.
13        MR. ALLEN:  As I said today, I did what I think
14   is really good work -- and, actually, Dr. Plunkett -- in
15   providing -- so, the only things that were not previously
16   reviewed were 19.  There's a listing problem and a --
17     A.  I don't see it mentioned in my paragraphs, no, but
18   I -- certainly is one I reviewed prior to the report.
19     Q.  (BY MR. BROWN)  Okay.  But we can agree that
20   Gianfrancesco 2003 is not cited in your report, correct?
21     A.  I don't see a specific citation to it, no.
22     Q.  How did you find this paper, Gianfrancesco 2003?
23        MR. ALLEN:  Are you going to provide the doctor
24   a copy?  Because we do not have a copy of -- and me, too.
25        MR. BROWN:  Sure.

375

1        MR. ALLEN:  I can't bring a copy of every paper.
2        MR. BROWN:  Fair enough.
3        MR. ALLEN:  Okay.
4     Q.  (BY MR. BROWN)  Dr. Plunkett, I'm going to hand you
5   what's going to be marked as Exhibit No. 23, which is
6   Dr. Gianfrancesco's paper entitled "Antipsychotic-Induced Type
7   2 Diabetes:  Evidence of a Large Health Plan Database."
8        (Plunkett Exhibit No. 23 marked.)
9     A.  Well, I can't tell you -- you mean originally how did
10   I get it?  It would have come from a literature search.  Is
11   that what you're asking me or --
12     Q.  (BY MR. BROWN)  Yes.
13     A.  Yes.  It would have come from a literature search
14   that I would have done.  And this would have actually probably
15   come from my Zyprexa literature search, which is -- and,
16   actually, I know any articles that were new on this list that I
17   had reviewed previously, the apparent discrepancy was the fact
18   that my Zyprexa list -- my Zyprexa files were not correctly
19   merged with my Seroquel files because there are some papers
20   that are -- cite more than one drug and this is one of those,
21   so that's why this one obviously didn't get into my list of
22   articles reviewed.
23     Q.  So, you would have done -- you would have found this
24   article doing the search you described to me last time using
25   words like "Seroquel" or "quetiapine" and "Type 2 diabetes,"

376

1   correct?
2     A.  I would have -- well, no.  I actually -- I know I
3   found this one when I did my original Zyprexa or olanzapine
4   searches.  So, if I had found it again, I wouldn't have called
5   for it again because I already had it in my files.  Does that
6   make sense?
7     Q.  I think.  In any event, this is a document you
8   reviewed in arriving at your opinions regarding Seroquel,
9   correct?
10     A.  Yes.
11     Q.  Okay.  This is -- this paper was published in the
12   Journal of Clinical Psychopharmacology, correct?
13     A.  Yes, it was.
14     Q.  In August 2003; is that right?
15     A.  That's what is stated on the paper, yes.
16     Q.  And the Journal of Clinical Psychopharmacology is a
17   peer-reviewed journal; is that correct?
18     A.  It's my understanding it is, yes.
19     Q.  And if you look in the upper right-hand corner on the
20   first page, see the second sentence down?  It says "These
21   agents have a major advantage over conventional antipsychotics,
22   such as haloperidol and perphenazine, in that they are less
23   likely to produce extrapyramidal side effects or elevate
24   prolactin levels while being at least as effective in treating
25   symptoms of schizophrenia and related psychosis."

15 (Pages 373 to 376)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

377

1     You see that?
2     A.  I see that, yes.
3     Q.  Do you agree with that statement?
4     A.  Not necessarily as he's written it, no, because I
5  think that if you look at the literature, you can actually find
6  that in some cases it isn't less likely to produce
7  extrapyramidal side effects and, in some cases, some of these
8  drugs are actually less effective.  So, I think what they're
9  stating -- and if you look at the citations that they give, 1
10  through 12 --
11     Q.  Yeah.
12     A.  Let me look at that.  Many of those documents are --
13  some of those documents are going to be reviewed and are, I
14  imagine are statements made by individuals in those papers,
15  which is why they're cited here.  So --
16     Q.  Let me break it down.  There was a lot in that
17  sentence.  Do you agree that second-generation antipsychotics
18  as a group were a major advantage over conventional
19  antipsychotics because of their more favorable movement
20  disorder profile?
21     A.  I think initially that was the thought, but I think
22  the most recent evidence would indicate that they don't have
23  that major advantage.
24     Q.  And what recent evidence are you pointing to or can
25  you point me to?

378

1     A.  The results of the -- some of the publish
2  terminations that have came out of the CATIE trial.
3     C-A-T-I-E, all caps.
4     Q.  So, CATIE's one of the groups you rely on?
5     A.  Right, and -- because they've actually looked at some
6  of these specific comparisons of second-generation versus
7  first-generation and extrapyramidal side effects and adverse
8  event profiles with withdraw -- discontinuation as an endpoint
9  of different antipsychotics over time.  And I think if you look
10  at some of the papers that have come out in 2006, 2007, and now
11  in 2008, you see that even though this was thought to be a
12  major advantage, it may not really be true across the board.
13  Some second-generations may not have that advantage.
14     Q.  Let me ask this question:  Would you agree with me
15  that Seroquel has a more favorable profile on extrapyramidal
16  side effects than haloperidol?
17     A.  Depending on the doses that are compared, it can.
18  That's one of the issues with haloperidol as a comparative
19  agent.  Some of the -- and I think that's one of the reasons
20  why some of the older studies showed that there was a
21  disadvantage with haloperidol, but when you look at -- it's one
22  of the issues that's raised in, I know, one of the papers from
23  2008 that I've given you here.  Miller, I think, is the author.
24  They talk about that issue of dose.
25     And so I think it depends on the dose, but I

379

1  think it can have a more favorable profile if you design a
2  study a certain way, and other times it does not.
3     Q.  Let's stop here for a second.  At what dose does
4  Seroquel have a better or more favorable EPS profile than
5  haloperidol?
6     MR. ALLEN:  Objection.  Form.
7     A.  I don't know that I can give you that exact dose
8  right here off the top of my head.  I can give you a general
9  statement based upon impression of the literature, which --
10  which would be if you compared the highest dose of haloperidol
11  with the lowest dose of Seroquel, as approved, you would
12  probably see that Seroquel had a more favorable profile on
13  extrapyramidal symptoms; but beyond that, I can't give you
14  anything more specific without looking at the literature.
15     Q.  (BY MR. BROWN)  Okay.  And -- and do you think
16  there's a differential EPS profile for Seroquel or haloperidol
17  depending on the type of patient being treated; for example, a
18  schizophrenic versus bipolar?
19     A.  That also could be -- come into play.  It also can
20  be -- come into play -- just as with metabolic effects, not
21  every -- there are intrinsic factors of individuals that may
22  predispose them to be more likely to have extrapyramidal side
23  effects than -- if you have two people, it may be just genetics
24  or their underlying physiology that could effect it, not even
25  just the drug.  So, it may be that you give the same dose of

380

1  drug and one gets it and one doesn't, and that happens.
2     Q.  Do you believe haloperidol can cause extrapyramidal
3  side effects?
4     A.  Yes.  I think all of these drugs have the ability to
5  cause extrapyramidal side effects.
6     Q.  Perphenazine included?
7     A.  To some extent, yes.  But again, perphenazine, I
8  think, has -- would have -- I think should have less of a
9  propensity potentially than haloperidol at certain doses.
10  Again, it's a dose comparison.  What's the dose of
11  perphenazine?  What's the dose of haloperidol?  What's the dose
12  of anything else you're comparing?
13     Q.  Is it your testimony that the EPS side effect profile
14  of haloperidol is dose related?
15     A.  All drugs, the EPS profile can be dose related, I
16  believe, yes.
17     Q.  And so is it also your testimony that the EPS profile
18  for perphenazine is dose related?
19     A.  I believe it should be.  I haven't -- I can't give
20  you an exact answer to that because I haven't looked at all the
21  different studies on perphenazine and all the different doses.
22  Certainly, there are -- there are studies -- the more recent
23  ones that I'm mentioning to you, that CATIE trial that compares
24  perphenazine to second-generations and shows that there's not a
25  big difference in that profile.  Same thing with the Miller

16 (Pages 377 to 380)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

381

1 paper, I think, also talks about that issue.
2 Q. What was the population studied in CATIE?
3 A. I'll pull that paper out to get you -- do you have it
4 in front of you more easily than I can find it?
5 Q. Sure. I can get it.
6 A. It's a schizophrenia trial.
7       MR. ALLEN: If you --
8 A. But if you want the specifics of the population, I
9 have to look.
10 Q. (BY MR. BROWN) Well, can we agree that the CATIE
11 study looked at a schizophrenic population?
12 A. Yes. And then it had some other criteria around that
13 as well, like they had to be people that -- they segregated
14 into groups based upon what they -- drug naive, what drug they
15 were currently on or being switched to, and then during the
16 trial people could switch from one drug to another based upon
17 efficacy. So, it was actually a fairly large -- very large,
18 very complex trial. It's an amazing trial actually when you
19 look at the work that went into design it and to complete it.
20 Q. Do you think it was a well-done study?
21 A. I think it's one of the most well-done studies that
22 has been done to date. And it's a very difficult trial though
23 because, again, they were trying to answer lots of questions
24 with the -- and the complexity of the way that the different
25 groups are set up, it's not as simple as many of the clinical

382

1 trials that the drug companies had done during development
2 where you had more simple comparisons, just one drug versus
3 another drug or three drugs and -- you know, or combination of
4 just one with another. And then you weren't worried about
5 switching. You were doing a shorter-term trial. This was a
6 longer-term trial.
7 Q. You used the word "amazing" to describe the CATIE
8 study a minute ago, correct?
9 A. Well, I think it's amazing that you have this kind of
10 trial that's shown up because it's very difficult to get these
11 kind of large trials funded from a non-industry source, and
12 that's what you have here. This is a National Institute of
13 Health funded study. So, yeah, I think that is what I think is
14 amazing about it is that they got the funding and the
15 investigators lined up and the cooperation to get it completed,
16 so I think that -- that, to me, is something that you don't see
17 in most other areas that I work in.
18 Q. Okay. Dr. Plunkett, going back to
19 Dr. Gianfrancesco's 2003 paper, can you turn to Page 329? And
20 we're going to go to the materials and methods section. Do you
21 see that section?
22 A. Yes, I do.
23 Q. And is -- under Design, it says "There was" -- "This
24 was a retrospective analysis of Blue Cross/Blue Shield claims
25 database with nearly 2 million members who had both medical and

383

1 drug coverage." See that?
2 A. Yes.
3 Q. And it looked at a period from April 1997 to October
4 2000; is that correct?
5 A. That's what is stated, yes.
6 Q. And the antipsychotic effects of Type 2 diabetes were
7 estimated in the study by comparing patients with psychosis who
8 received an antipsychotic treatment to patients with psychosis
9 who were not treated with antipsychotic patients (sic); is that
10 correct?
11 A. That's what is stated, yes.
12 Q. So, the control group here were patients who were
13 psychotic who were not treated with medication, correct?
14 A. Well, during -- with the parameters of the study, I
15 think they had a -- they hadn't used it in a certain amount of
16 time before they were enrolled. So, doesn't mean they may not
17 have ever used them, but certainly they had a -- I'm looking to
18 see if I can find it. 60 days? I may be -- no. I can't see
19 it quickly, but certainly I know they had some time frame.
20 Q. Well, we can agree that the control group here -- at
21 least for some time leading up to the enrollment in the study,
22 the control group was not exposed to an antipsychotic
23 medication, correct?
24 A. That's what they're stating as their design, yes.
25 Q. And they chose this control group because people with

384

1 psychosis may have an independent risk for diabetes, correct?
2       MR. ALLEN: Objection to the form.
3 A. Well, they say -- they have a statement. They say
4 "This control group was used because psychoses may be linked to
5 diabetes independently of the use of antipsychotics." That's
6 their statement in their paper on Page 329.
7 Q. (BY MR. BROWN) And you agree with that, right? You
8 agree with that statement?
9 A. I think that, yes, there is some literature out there
10 to -- that links the fact that people with different --
11 different specific psychotic conditions -- specifically,
12 schizophrenia, for example, there's literature to support --
13 and we talked about that --
14 Q. Right.
15 A. -- in my last meeting with you.
16 Q. And there were four drugs studied here; risperidone,
17 olanzapine, quetiapine, and then conventional antipsychotics as
18 a group, correct?
19 A. Yes.
20 Q. And for the conventional antipsychotics, they provide
21 a long list on Page 329, starting with perphenazine. You see
22 that?
23 A. Yes.
24 Q. And haloperidol is also included, correct?
25 A. It's in that list on that page, yes.

17 (Pages 381 to 384)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

385

1    Q. Okay. Turn -- oh, by the way, do you have any
2    criticisms of this study, any critiques of this study?
3        A. If you want that, I'll have to reread it again. It's
4    been a while since I've looked at this study. And all of them
5    have some issues with the way they collect the data or some
6    biases, things like that, but I'd have to read it. If you want
7    me to do that, I can do that, but --
8        Q. Yeah. We'll do that in a second.
9            Turn to Page 3 Table 3 -- I'm sorry -- Page 333,
10   Table 3. This is the logistic regression results. Do you see
11   that? And there's odds ratios reported for the various groups
12   studied, correct?
13       A. Yes.
14       Q. And the odds ratio reported for quetiapine is 0.998,
15   correct?
16       A. That's what's reported in the table, yes.
17           MR. ALLEN: Mr. Brown, I'm giving you a heads-up
18   for four minutes to a break. I need to go to the restroom now,
19   but I'm going to make it four more minutes. I'm trying to let
20   us go an hour and a half before I do so. Just letting you
21   know.
22       Q. (BY MR. BROWN) And I think you testified last time
23   that an odds ratio of one or less means no increased risk,
24   correct?
25       A. There would not be a statistically significant

386

1    increase in risk, that's correct, based upon that number.
2        Q. And turn down to Table 4 in the same page.
3    Dr. Gianfrancesco calculated odds ratios looking at the
4    exposure of these medications over 12 months, correct?
5        A. Yes, converted -- he says, "Odds ratios converted to
6    12-month treatment duration," yes.
7        Q. And look at the odds ratio for olanzapine, 1.426.
8    See that?
9        A. Yes.
10       Q. That would suggest that olanzapine has a 42 percent
11   increased risk of diabetes in the Gianfrancesco 2003 study,
12   correct?
13       A. That's one way you could interpret that number, yes.
14       Q. And that -- according to Dr. Gianfrancesco, the
15   finding with respect to olanzapine is statistically
16   significant, correct?
17       A. I don't know if he says that specifically, but --
18       Q. Well, look at --
19       A. -- I would assume it is based upon looking at the
20   confidence intervals.
21       Q. And that's because the lower bound of confidence is
22   greater than one?
23       A. Just barely, but, yes, it is greater than one.
24       Q. And off to the left, you see Dr. Gianfrancesco's
25   discussion of his findings on olanzapine. You see that?

387

1        A. Can you point me -- on the same page? Where are you
2    looking?
3        Q. Same page, left-hand column.
4        A. And where on the left-hand column?
5        Q. See in the middle of the first full paragraph, it
6    says "Olanzapine alone has odds of Type 2 diabetes" -- I'm
7    sorry. "Olanzapine alone had odds of Type 2 diabetes treatment
8    that were significantly greater than those of patients with
9    psychosis who were untreated with antipsychotic."
10           I read that correctly?
11       A. Yes, you read that correctly.
12       Q. So, Dr. Gianfrancesco describes the finding on
13   olanzapine as statistically significant; is that right?
14       A. Yes.
15       Q. And then Dr. Gianfrancesco goes on to say, "The odds
16   ratio of olanzapine based on the 12 months of treatment was
17   1.426, suggesting a 42.6 percent greater likelihood of Type 2
18   diabetes than in untreated patients with psychosis," correct?
19       A. You read that correctly.
20       Q. Okay. Now, what was the odds ratio reported for
21   Seroquel over the 12-month period, looking back at Table 4?
22       A. 0.976 was the odds ratio.
23       Q. And would you agree with me that that demonstrates in
24   this study that Seroquel did not have an increased risk of
25   diabetes?

388

1        A. I would agree that he is not reporting an increased
2    risk of diabetes based upon the population he has studied and
3    the comparisons he has made, that is correct.
4        Q. And you don't cite this study in your report, do you?
5        A. I think we've already said I don't believe I saw a
6    citation for it, that is correct.
7        Q. And turn to Page 334. The last paragraph reports --
8    Dr. Gianfrancesco reports that only in the olanzapine group did
9    they find a statistically significant increased risk of
10   diabetes; is that right?
11       A. Yes, but -- and I think this -- actually, this is one
12   of the things that you need to look at in this study is -- he
13   starts the paragraph with "Under this more conservative
14   approach." So, he -- that's one of the things now as I'm
15   reading this and I'm remembering this one -- this one is
16   different than some of the other studies in the way he designed
17   it, which is -- again, all the studies have a different design.
18   That's why you never get the same odds ratio or the same
19   population being studied and you can find different effects in
20   different studies.
21           Again, I don't -- I did look at this paper and I
22   believe it -- the weight of the evidence, however, of all the
23   literature still shows that there's a significant association
24   and increased risk with quetiapine.
25       Q. How many studies like Dr. Gianfrancesco report an

18 (Pages 385 to 388)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

389

1    odds ratio of less than one for quetiapine?
2        A.  Can't answer that.  I'd have to -- have to go back
3    and look at my -- my literature.
4        Q.  Okay.
5            MR. ALLEN:  You're not required to do that.
6    We're taking a break now.
7            MR. BROWN:  Yeah.
8            MR. ALLEN:  Okay.  We're going to take our first
9    break.
10           (Recess from 10:29 a.m. 10:42 a.m.)
11       Q.  (BY MR. BROWN)  Dr. Plunkett, the Gianfrancesco paper
12   we just discussed from 2003 --
13       A.  That was when it was published, yes.
14       Q.  -- that paper supports the proposition that
15   olanzapine increases the risk of diabetes, correct?
16       A.  Say that again.  I'm sorry.
17       Q.  Sure.  The paper we just discussed before the break,
18   Gianfrancesco 2003, that supports the proposition that
19   olanzapine increased the risk of diabetes, correct?
20       A.  It has a statistically significant odds ratio for
21   olanzapine, yes.
22       Q.  Have -- in your reliance list -- strike that.
23           In your reference list of published materials,
24   do you cite to any other Gianfrancesco papers?
25       A.  I think that's the only one in the list that you've

390

1    been provided, that's correct.
2        Q.  Is there a reason you don't cite to other
3    Gianfrancesco papers?
4        A.  I can't think of any particular reason why not.  I
5    mean, I have the ones I have in my files.
6        Q.  In your files, besides the paper we just discussed,
7    can you think of another paper that shows Seroquel has an odds
8    ratio of one or less?
9            MR. ALLEN:  Objection.  Form.
10       A.  I'd have to go back to my files.  I don't have that
11   memorized.
12       Q.  (BY MR. BROWN)  You served as an expert in the
13   Zyprexa litigation, correct?
14       A.  I did, yes.
15       Q.  And you provided a deposition in that case?
16       A.  Yes.
17       Q.  You provided a report in the Zyprexa litigation,
18   correct?
19       A.  Yes.
20       Q.  And that report accurately summarized your opinions
21   in that case, correct?
22       A.  I believe it does, yes.
23       Q.  And in that report, you cited to a number of
24   epidemiological studies, correct?
25       A.  Some, yes.

391

1        Q.  And one of the studies you relied on was a study by
2    Dr. Gianfrancesco, correct?
3        A.  I can't recall whether I -- I mean, I haven't looked
4    at my Zyprexa report in a long time.
5            MR. ALLEN:  Arthur, I say this only because I
6    just want a record here because I think I've -- we've
7    encountered an objection on this.  If we have, I just want to
8    go good for the goose, good for the gander rule.  Obviously,
9    you have a deposition in Zyprexa and a report, and so I just
10   want to note that for the record because this will come up
11   again.
12       Q.  (BY MR. BROWN)  Dr. Plunkett, I only brought one copy
13   with me.  At the bottom -- first of all, is that your Zyprexa
14   expert report?
15       A.  It looks like it, yes.
16       Q.  And on the very bottom of the page, do you see
17   reference there to Dr. Gianfrancesco's epidemiological study
18   from 2002?
19       A.  There is a citation, yes.
20       Q.  So, this is the second paper that you've seen in the
21   past summarizing a study done by Dr. Gianfrancesco, correct?
22       A.  There may be more than that, but that's another
23   citation, yes, I agree with that.
24       Q.  Well, as you sit here today, do you know if you've
25   looked at other studies but Dr. Gianfrancesco that you haven't

392

1    identified for us?
2        A.  Well, it would depend on what the topic -- it's
3    possible.  If the topic was only risperidone or olanzapine and
4    risperidone or didn't touch on Seroquel specifically or
5    depending on the endpoint, yeah, it's possible that there's
6    other studies out there that I have reviewed.  I've tried to
7    provide you -- what I've provided you with was the -- in my
8    list is all the studies that I've reviewed and relied on that
9    are applicable to Seroquel litigation.
10       Q.  Okay.  Let me show you the Gianfrancesco 2002 that
11   you rely on in your Zyprexa report.
12           (Plunkett Exhibit Nos. 24 marked.)
13       A.  Are we marking this report?
14       Q.  (BY MR. BROWN)  We can mark that as 25.
15           (Plunkett Exhibit No. 25 marked.)
16       Q.  (BY MR. BROWN)  Dr. Plunkett, Exhibit No. 24 is
17   Dr. Gianfrancesco's paper published in October 2002.  Do you
18   see it?
19       A.  Yes.
20       Q.  And it was published in the Journal of Clinical
21   Psychiatry, correct?
22       A.  Yes.
23       Q.  A peer-reviewed journal, correct?
24       A.  As far as I know, it is, yes.
25       Q.  And the title is "Differential Effect of Risperidone,

19 (Pages 389 to 392)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

393

1  Olanzapine, Clozapine, and Conventional Antipsychotics on Type
2  2 Diabetes:  Findings From a Large Health Plan Database"; is
3  that correct?
4      A.  Yes, that's what the title is.
5      Q.  And you had reviewed this paper and cited to it in
6  your report in the Zyprexa litigation, correct?
7      A.  Yes.  It's in the report that -- which is marked as
8  Exhibit 25.
9      Q.  Okay.  You did not cite to this in your Seroquel
10  report or reference list, did you?
11      A.  It doesn't appear to be cited, no.
12      Q.  Do you know why that is?
13      A.  Well, it looks like they didn't study quetiapine or
14  Seroquel specifically and that's probably the reason why I
15  didn't cite it.  There's lots of epidemiological literature on
16  atypicals out there and I may not have provided you a citation
17  for every one in my list.  I provided you a list of the
18  articles that I believe are pertinent to the Seroquel
19  litigation where they either studied Seroquel specifically or
20  maybe didn't break out individual drugs but just atypicals as a
21  class, for example.
22      Q.  Okay.  So, this Exhibit 24 wouldn't be in your report
23  because it didn't deal with Seroquel specifically.  Fair?
24      A.  Yes.  To me, this was a paper in my olanzapine files
25  that deals specifically for olanzapine, and it's probably also

394

1  in my risperidone file that deals -- because it also broke out
2  risperidone as well.
3      Q.  Are you confident that in your report or your
4  reference lists, the old one and the new one, that you have
5  fairly captured the -- all the epidemiological studies that
6  look at Seroquel particularly?
7      A.  I may not have every one, but I have done my best to
8  identify as many as I could.
9      Q.  Go back to Exhibit 24 for one minute, which is the
10  Gianfrancesco 2002 paper you relied on in Zyprexa.  Was the
11  control group there also the untreated psychotic group?
12      A.  I'll have to look.
13          MR. ALLEN:  If there's any language you would
14  like her to look at, you can certainly point it out.
15          Otherwise, just take your time, Doctor.  We'll
16  be in no hurry.
17      A.  Okay.  On Page 921 --
18      Q.  (BY MR. BROWN)  Yes.
19      A.  -- left column, last paragraph, they state "As a
20  control, the onset or exacerbation of this condition" -- and
21  they're referring to diabetes, Type 2 -- "was also measured
22  among individuals with reported psychoses but without
23  antipsychotic treatment" --
24      Q.  Okay.
25      A.  -- "for the period encompassed by the data."

395

1          I don't know whether or not their criteria for
2  what is untreated is exactly the same as their 2003 study,
3  but -- I'd have to look for that.
4      Q.  Okay.  Turn to Table 5 with me.  Table 5 reports on
5  Type -- Type 2 diabetes odds ratio for the different groups of
6  antipsychotic treatment that were studied here, correct?
7      A.  Yes.
8      Q.  And olanzapine has an odds ratio over the course of a
9  year of 3.10, correct?
10      A.  Under odds versus untreated, at 12 months of
11  treatment, they report in that column 3.10, that is correct.
12      Q.  Right.  It's about a tripling of the risk, is that
13  correct, versus untreated psychotic patients, correct?
14      A.  Yes.  Based upon their population, that is correct.
15      Q.  And you would agree with me that Gianfrancesco's 2002
16  which you cited to in your Zyprexa report reports an increased
17  odds ratio of diabetes with patients taking conventional
18  antipsychotics, correct?
19      A.  Yes.
20      Q.  And that's for both high-potency antipsychotics where
21  the odds ratio is 2.13, correct?
22      A.  As a group, yes.  And I'd have to go back and tell
23  you which ones were that group, but, yes.
24      Q.  We'll go back in one moment, but there's also an odds
25  ratio report of low-potency conventional antipsychotics.  It's

396

1  3.46, correct?
2      A.  Those are the numbers in the column that we just
3  referred to, yes.
4      Q.  Do you believe that collectively conventional
5  antipsychotics cause diabetes?
6      A.  I have not seen the same amount of data as these
7  drugs.  I believe that there are some that can, yes, and
8  there's even some literature that -- but I haven't done a
9  detailed analysis on those in the same way as I've done it for
10  the -- several of the second-generations.  But certainly there
11  is some literature out there that I believe would indicate that
12  some of them can, yes.
13      Q.  Can -- well, is haloperidol a high- or low-potency
14  antipsychotic?
15          MR. ALLEN:  As defined in this article?
16      Q.  (BY MR. BROWN)  Generally, in your opinion.
17          MR. ALLEN:  So, not as defined in this article?
18          MR. BROWN:  No.  We'll come back to the article
19  in just a second.
20      A.  Well, as defined in this article, it's a
21  high-potency.  I would say it's one of the more effective.  I
22  mean, I wouldn't necessarily use "high-potency/low-potency."  I
23  would use ones that have been shown to have good efficacy.
24  Haloperidol is one that has been -- over the years shown to
25  have good efficacy, but it's one also that's often used as a

20 (Pages 393 to 396)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

397

1  comparator for second-generations in clinical trials. It's one
2  of the most prescribed antipsychotics as well.
3      Q. (BY MR. BROWN) Have you gone through and done a
4  literature search -- strike that.
5      You've identified haloperidol as one of the
6  safer alternatives to Seroquel, correct?
7      A. Yes, it can be, depending -- again you have to look
8  at the individual patient, but that's right.
9      Q. Right. So, have you gone through -- I've looked at
10  some of your new literature. Have you gone through and done a
11  comprehensive review/analysis of haloperidol's ability to cause
12  diabetes?
13      A. I have looked for the literature on haloperidol and
14  diabetes and the epidemiological and case reports and things
15  like that, yes. I did go through and look at that issue in
16  general terms, but I have not written a haloperidol-specific
17  report, no. I believe that haloperidol has less of a risk than
18  olanzapine, quetiapine, and Risperdal though based upon the
19  overall literature I've seen where even haloperidol was often
20  an individual comparator in some of the studies where they've
21  been done head to head.
22      Q. Have you -- do you have an opinion whether or not
23  haloperidol increases blood glucose?
24      A. There's some evidence to indicate it could. But,
25  again, to me, it's a differential -- there's a differential

398

1  level which it causes it versus some of these other
2  second-generations. I think there's less of a risk.
3      Q. Fair enough. What is the average increase in blood
4  glucose you expect to see in someone who's schizophrenic who
5  took haloperidol?
6      A. I couldn't answer that without looking at literature.
7  That's a very specific question.
8      Q. What's the average increase in blood glucose you'd
9  expect to see in haloperidol use generally without respect to
10  indication?
11      A. Can't answer that, again, without -- without looking
12  at the literature, just like I told you last -- at our last
13  meeting that I couldn't necessarily answer that without going
14  into detail for any of these drugs to give you a specific
15  number.
16      Q. Since the last time we met, did you do that research
17  looking at the -- looking at whether or not you could quantify
18  the average glucose increase with haloperidol?
19      A. No, I have not done that. But I don't think you
20  asked me about haloperidol last time. You asked me about
21  Seroquel, I believe, last time.
22      Q. While I'm not sure that that's correct, just so we're
23  clear, between last time we met and this time, you haven't
24  looked at any new literature that would give you the ability to
25  quantify the average increase in blood glucose associated with

399

1  haloperidol, correct?
2      A. I haven't done an analysis of that. I mean,
3  certainly, I believe in the literature I have that we could get
4  some of that information potentially out in individual studies,
5  for example, but I have not done that analysis for that -- to
6  answer that. I'd have to do that if you want an answer to
7  that.
8      MR. ALLEN: Mr. Brown, I'm just going to get on
9  the record again, I caution you. We're here to talk about the
10  new material, not new questions over old ground that you
11  thought of between last deposition and this deposition.
12      MR. BROWN: Right.
13      MR. ALLEN: And so --
14      MR. BROWN: And, Scott, I'm just trying to tie
15  this back with -- with the new literature.
16      MR. ALLEN: I don't believe that that's
17  necessarily the case, but I'm not trying to quibble with you.
18  I feel like we're going back over old ground to see if we can
19  test it again, see if we can probe some more.
20      MR. BROWN: That's not correct.
21      MR. ALLEN: Well, I do believe it's correct and
22  that's -- by the last series of questions, it's obvious. We're
23  not here to probe and test old answers.
24      Q. (BY MR. BROWN) The -- between the last time we met
25  and today, did you do any additional research on the side

400

1  effect profile of perphenazine?
2      MR. ALLEN: Okay. Let me stop here. We have
3  produced as Exhibit No. -- think it was 19 that I introduced
4  this morning --
5      MR. BROWN: Right.
6      MR. ALLEN: -- of all the new material that she
7  has reviewed since the last deposition. It's Exhibit 19. And
8  so we're not going to go into what has she done between here
9  and now. I've given you -- hold on. Let me finish. You may
10  not like what I have to say, but please let me finish. It's
11  Exhibit 19, and that's why I gave you that list. In addition,
12  you have the published reference list dated October 13th, which
13  was a typo correction or citation correction from October the
14  6th. We're not here to reprobe, reexamine the witness on old
15  answers. Exhibit 19 is the new material she's reviewed since
16  the last deposition.
17      MR. BROWN: Scott, let me -- if I -- I may have
18  phrased the question incorrectly because we can both agree that
19  the last time you came to this deposition, you were short 43
20  scientific papers and 26 company documents. Now, she may have
21  looked at seven additional documents, but you did not give us
22  the opportunity to actually look at the materials we would need
23  to look at to ask her questions at the last deposition. There
24  were 74 total papers that were either produced at the last date
25  or since identified.

21 (Pages 397 to 400)

Laura, M. Plunkett, Ph.D., DABT                                    October 21, 2008

401

1      MR. ALLEN: Well, I haven't done a
2   calculation --
3      MR. BROWN: I have.
4      MR. ALLEN: I understand, but you're -- were you
5   through? Because then I was -- it's going to be my turn. You
6   interrupted me. Are you through? Anything else you'd like to
7   say?
8      MR. BROWN: No. I think I've got it covered.
9   I'll respond to you.
10     MR. ALLEN: I brought the material last time.
11   It was placed in a box. We've then gone through and done this.
12   That has no bearing on what her answer was prior, and you're
13   going to probe and cover those answers. I've been generous
14   with her time. I'm trying to be generous with her time now.
15   I'm trying to do the right thing, Mr. Brown, but when we're
16   probing old answers to see if we can test them, I don't think
17   it's appropriate. I brought -- and I also brought specifically
18   today marked as Exhibit 19 all of the articles she's reviewed
19   since her last deposition.
20     MR. BROWN: Right.
21     MR. ALLEN: And so --
22     MR. BROWN: Right. And we're not going to
23   belabor this point, Scott. I don't want to argue with you, but
24   the reality is I couldn't ask her about 74 of the documents
25   because I didn't have them at the last deposition.

402

1      MR. ALLEN: Well, I --
2      MR. BROWN: So, some -- so, I need --
3      MR. ALLEN: I've given you leeway, Mr. Brown,
4   and I've -- on the non-reference list materials, you've had
5   those in your files and material and I think most of the
6   articles you're familiar with. I'm not going to quibble with
7   you either. I think I'm being reasonable.
8      MR. BROWN: It's just 48 papers, Scott. I just
9   I'm doing my best. I'm not trying to go back --
10     MR. ALLEN: But you're not covering that.
11   That's now what you're doing right now. That's what my whole
12   point is. That's not what you're doing.
13     Q. (BY MR. BROWN) You referred to Exhibit 19 -- your
14   counsel did -- which is the new list of materials you reviewed
15   since the last deposition.
16     MR. BROWN: Can you show it to her, Scott? I
17   don't think --
18     MR. ALLEN: I don't know what I've done with my
19   copy.
20     A. I don't think you marked the list. Yeah, you did.
21     Q. (BY MR. BROWN) Yeah, I did.
22     A. Okay.
23     MR. ALLEN: Here.
24     THE WITNESS: No, no, no. That's not the list.
25   That's the article.

403

1      MR. ALLEN: Hold on.
2      THE WITNESS: That's what I'm saying. I don't
3   have 19.
4      MR. ALLEN: Well, I had it. Here's another
5   copy. Here it is. I don't know what happened to my copy.
6   Anyhow, that's the list.
7      Q. (BY MR. BROWN) Just so we're clear, those are the
8   only documents you looked at since the last deposition before
9   you came today, correct, those seven?
10     A. These are the only new articles I've identified from
11   literature searching since my last deposition, that's correct.
12     Q. Do any of those deal with the exacerbation of
13   diabetes?
14     A. Yes. I've identified one for you.
15     Q. Which one was it?
16     A. That was the van Winkel article.
17     Q. Okay. Can I see it again?
18     A. It's the one with the blue tag.
19     Q. Okay.
20        (Sotto voce discussion.)
21        (Discussion off the record from 11:01 a.m. to
22        11:02 a.m.)
23     Q. (BY MR. BROWN) So, in Exhibit 20, Dr. Plunkett,
24   there are five articles you've identified for us that support,
25   in part, your theory that Seroquel exacerbates diabetes,

404

1   correct?
2      A. I told you that was part of my support, that's
3   correct, and then I told you -- I think we answered this. I
4   told you that there were other papers in my list as well that
5   discuss this issue in general terms.
6      Q. But the only new paper that you've reviewed since the
7   last time you testified under oath that supports your
8   exacerbation theory is the van Winkel paper, correct?
9      A. It's the only new one identified in the literature,
10   that is correct.
11     Q. Right. Is there any new document besides van Winkel
12   that you looked at between the last time you testified and
13   today that deals specifically with exacerbation?
14     MR. ALLEN: Let me -- let me point something
15   out. It's no problem. I mean, we can mark it 20A, 20B, 20C,
16   20D, but right now you chose to mark Exhibit 20 as a group of
17   articles and you now pulled them apart. That's one thing that
18   concerns me about it.
19     MR. BROWN: We can clean it up. No problem.
20     MR. ALLEN: I just want to make sure because
21   there's no way to identify --
22     MR. BROWN: What we'll do, Scott -- it's a good
23   idea. Why don't we mark them 20A and then B, C, D, and E,
24   okay?
25     MR. ALLEN: Okay.

22 (Pages 401 to 404)

**Esquire Deposition Services**          3401 Louisiana, Suite 300          Houston, Texas 70002
**Phone 713-524-4600**                      Fax 713-524-4951              1-800-767-9532

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

405

1    MR. BROWN: Fair enough.
2    (Plunkett Exhibit Nos. 20A through 20E marked.)
3    Q. (BY MR. BROWN) Dr. Plunkett, we've gone back and
4    remarked what had previously been marked as Exhibit 20, which
5    was five different scientific papers, and identified them as
6    20A, B, C, D, and E. 20A is Bettinger's paper on
7    olanzapine-induced glucose dysregulation; 20B is Hedenmalm's --
8    which is H-e-d-e-n-m-a-l-m -- Hedenmalm's 2002 paper, "Glucose
9    Intolerance and Atypical Antipsychotics"; 20C is Guo, G-u-o's
10   paper, "Risk of Diabetes Mellitus Associated With Atypical
11   Antipsychotic Use Among Medicaid Patients With Bipolar
12   Disorder: A Nested Case-Control Study"; 20D is the van Winkel
13   paper, which is entitled "Major Changes in Glucose Metabolism,
14   Including New Onset Diabetes, Within 3 Months After Initiation
15   of a Switch to Atypical Antipsychotic Medication in Patients
16   With Schizophrenia and Schizoaffective Disorder"; and 20E,
17   which is the Koller 2004 paper regarding quetiapine associated
18   with hyperglycemia and diabetes mellitus.
19   I want to show you particularly 20D. Any way to
20   confirm for me that's the only new paper you've looked at since
21   the last time you testified that deals with the point of
22   exacerbation? You can look at the list of seven to be sure.
23   MR. ALLEN: This is my son calling me. Can we
24   break?
25   (Recess from 11:07 a.m. to 11:09 a.m.)

406

1    A. I believe that of these -- from Exhibit 19 of the
2    seven I provided to you, I would identify van Winkel as the
3    paper of those seven that I would think has information
4    relevant to my opinions on exacerbation.
5    Q. (BY MR. BROWN) And can you point me to that part of
6    van Winkel -- and that's Exhibit 20D, I guess -- that talks
7    about exacerbation?
8    A. Well, I had -- on Page 474, there's a discussion
9    about incidence of new onset and there's a discussion in here
10   that talks about of the new -- of the eight new onset diabetes
11   cases, two already had IFG at baseline, one had IGT at
12   baseline, and two had both IFG and IGT, indicating that 16.7
13   percent of patients with prediabetic abnormalities developed
14   diabetes. So, that would be the exacerbation of the
15   prediabetic state into a diabetic state.
16   Let see if -- there may be some more discussion.
17   Hold on.
18   Q. Okay.
19   A. Page 476, under Findings, there's a -- again, this
20   sentence that -- or discussion that most patients with new
21   onset diabetes already had baseline prediabetic abnormalities,
22   in parentheses, five over eight, 62.5 percent, end parentheses,
23   although a substantial number did not; and the parentheses,
24   three out of eight, 37.5 percent, end parentheses.
25   Q. Okay. Anyplace else?

407

1    A. That's -- I'm looking at one more -- one more
2    section. I believe those are the only sections I've identified
3    at this point in time.
4    Q. Okay. In the van Winkel paper, would you agree with
5    me only one of the 24 patients treated with Seroquel
6    experienced a diabetes? I'm looking at --
7    A. On Table 1 --
8    Q. Okay.
9    A. -- it shows one with diabetes, five with the abnormal
10   glucose responses.
11   Q. Right. You pointed to two sections in van Winkel
12   that you thought supported your theory that Seroquel
13   exacerbates diabetes, correct?
14   A. Yes.
15   Q. Can we agree that the two sections you pointed out in
16   van Winkel have nothing to do with Seroquel?
17   A. No, because that one -- that -- one of those patients
18   is part of that group. He's talking about his results as a
19   whole, but that patient would be included in there.
20   Q. Okay. So, let's take a look at that. So, for
21   quetiapine -- if you're looking at Table 1, correct?
22   A. Yes.
23   Q. All right. Table 1 is the glucose abnormalities
24   after three months exposure to atypical antipsychotic drugs,
25   correct?

408

1    A. Yes. That's part of the title.
2    Q. Okay. And under -- and we've already established
3    that only 1 of the 24 patients treated with Seroquel
4    experienced diabetes, correct?
5    A. That's what they report, yes.
6    Q. And if you look down here under the bottom of Table
7    1, doesn't this suggest that the person who experienced
8    diabetes was not -- did not have impaired fasting glucose or
9    was glucose intolerant?
10   A. Want to show me what you're referring to?
11   Q. Sure. Table 1.
12   A. And where in Table 1 are you referring to?
13   Q. The very bottom, second -- quetiapine group second
14   from the bottom.
15   A. I would agree with you under that section it shows
16   diabetes, zero, yes.
17   Q. Okay. So, there was no -- in van Winkel, there
18   aren't any Seroquel patients who went from impaired fasting
19   glucose to diabetes, correct?
20   A. That's what that number would indicate, yes; but,
21   again --
22   Q. And there weren't any patients in van Winkel who were
23   prediabetic and were -- and became diabetic while on
24   quetiapine, correct?
25   A. There was a normal glycemic; but I would agree that

23 (Pages 405 to 408)

**Laura, M. Plunkett, Ph.D., DABT**                 **October 21, 2008**

409

1  the prediabetic person, yes, that's what -- they're stating no.
2  Q.  Right.  So, nothing in the van Winkel paper suggests
3  that Seroquel as opposed to the other antipsychotics can
4  exacerbate diabetes, correct?
5  A.  I would disagree.  I think that the discussion of the
6  paper about the issue of exacerbation is directly relevant to
7  Seroquel.
8  Q.  Are you extrapolating there from the other drugs to
9  Seroquel or are you looking at Seroquel particularly?
10  A.  I'm looking at the fact that a normal glycemic can go
11  to diabetic, showing that it can happen from Seroquel, the
12  blood glucose can go up; and then the idea that in other --
13  just because I didn't have a prediabetic patient in their
14  group, obviously they couldn't observe it, but that doesn't
15  mean that this statement about prediabetic abnormalities are
16  not a risk factor for then exacerbation of the disease by the
17  drug.
18      So, I guess there is some extrapolation, but I
19  believe it's directly relevant extrapolation, especially since
20  the drugs that they're talking about as having that ability and
21  being studied are the ones that have been shown to have an
22  increased risk of diabetes to start with --
23  Q.  Right.
24  A.  -- like olanzapine and clozapine.
25  Q.  But you've told me that the diabetic reliability of

410

1  olanzapine and clozapine are different than Seroquel, correct?
2  A.  I believe that they have a greater risk than
3  Seroquel, not different.  They have the risk.  They all have
4  the risk.  It's just I believe that they're worse than -- as
5  far as risk than Seroquel.
6  Q.  Okay.
7      MR. BROWN:  Scott, I've got to take a quick
8  break, two- or three-minute.
9      (Recess from 11:17 a.m. to 11:21 a.m.)
10  Q.  (BY MR. BROWN)  Going back to Table 1, Dr. Plunkett,
11  in van Winkel, on the left-hand column, you see there's a
12  section on prediabetic patients, right?  And we were talking
13  about quetiapine, which is N equals one, correct?
14  A.  Yes.
15  Q.  And what we have here is there's one patient who's
16  identified as prediabetic at baseline, correct?
17  A.  Yes.
18  Q.  And that person had no abnormality at the end of the
19  study.  In other words, they returned to normal at the end of
20  the study; isn't that right?
21  A.  I assume they did based upon what they report here,
22  but I don't know for sure.  I'd have to read it again.  But
23  based upon the way the table's set up, I would agree that they
24  certainly didn't develop diabetes.
25  Q.  And, in fact, their blood sugar went down, correct?

411

1  A.  If you can show me where the blood sugar went down,
2  I'll agree or disagree with you.  I don't know.
3  Q.  Well, prediabetic is defined as fasting blood glucose
4  between 100 and 125, correct?
5      MR. ALLEN:  In this paper?
6      MR. BROWN:  Yes.
7  A.  Well, according to the paper, they would have had
8  a -- one of three things.  And I think this person must have
9  been the plasma glucose level, 140 to 199 in two hours in an
10  OGTT, is my guess.
11  Q.  (BY MR. BROWN)  Okay.
12  A.  Because they don't list them as an IFG or an IG --
13  you see what I'm saying?
14  Q.  Uh-huh.
15  A.  Unless that's the result.
16  Q.  So, I guess my question is this:  Based on your
17  review of Table 1, there wasn't a single Seroquel patient who
18  was prediabetic who became diabetic, correct?
19  A.  I would agree.  There was only one patient in the
20  Seroquel group that was prediabetic to start with.  And that
21  person, based upon their response here, did not show up in the
22  in the diabetes column.  So, I would agree with you, yes.
23  Q.  So, the one person who was prediabetic ended up
24  improving and having no blood glucose abnormality, correct?
25  A.  I don't know if they improved or not.  I can't tell

412

1  you that.  I don't see that data shown before me.  But I would
2  agree with you that they did not become diabetic.  I'm trying
3  to interpret the table again, but -- you can show me where they
4  state that, I'll agree with you.  Otherwise, I'd say I agree
5  with you that they haven't become diabetic.
6  Q.  Well, there's one person identified who we've agreed
7  is baseline prediabetic and then had, for abnormality, none at
8  the end of the study.  Do you agree with that characterization?
9  A.  I agree that they've shown up under the none column,
10  yes.
11  Q.  Do you know how "none" is defined in this study?
12  A.  Well, that's what I was trying to find out.  I'm
13  trying to see --
14  Q.  I'm not sure if it's a scientific term.
15  A.  Well, it's not obviously necessarily a scientific
16  term, but it may be that they didn't meet one of their criteria
17  that they list.  If you can show me where they define it -- I
18  just don't see --
19      MR. ALLEN:  You've got to get that answer from
20  Mr. --
21  Q.  (BY MR. BROWN)  You don't know?
22  A.  I don't see them define it in their table, so I can't
23  answer the question for you.  I would agree with you that this
24  person did not become diabetic because obviously they would
25  have shown under diabetes as a one like they do with some of

24 (Pages 409 to 412)

Laura, M. Plunkett, Ph.D., DABT                    October 21, 2008

413

1  these other drugs.
2      Q.  Look under Table 1, prediabetic patients.  There was
3  30 total patients who were prediabetic, correct?
4      A.  That's what is stated.
5      Q.  Okay.  And 16.7 percent went on to develop diabetes;
6  is that right?
7      A.  I think that was the percentage they gave, yes.
8      Q.  And then 12 patients, 40 percent, actually regressed
9  back to normal blood glucose levels, correct?
10      A.  Yes.  This says that prediabetic abnormalities arose
11  in 12 patients, mainly in patients initiated on aripiprazole
12  therapy.
13      Q.  So, there's a subsection in here for whom
14  second-generation antipsychotic usage seems to decrease blood
15  glucose levels, correct?
16      A.  I don't know that the drug did it.  I would say to
17  you that the -- certainly that the -- they're stating that
18  they -- the people had a regression of these prediabetic
19  abnormalities as they observed.  In order to say whether or not
20  the drugs are preventing diabetes or not -- or reducing the
21  risk, that's a whole different exercise.
22      Q.  Staying on Table 1, so 16.7 percent who were
23  prediabetic went on to get diabetes, correct?
24      A.  That is what they state, yes.
25      Q.  43 percent stayed about the same, correct?

414

1      A.  Where are you getting your 43?  Show me.
2      Q.  Table 1.  I'm under the All category under
3  Prediabetic Patients.
4      A.  Yes.  I see that number.
5      Q.  So, the prediabetic patients stayed in the same
6  range, that's 43.3 percent, correct?
7      A.  Yes.
8      Q.  And 12 percent -- 12 total patients, or 40 percent,
9  actually had a reduction in blood glucose, correct?
10      A.  Had -- well, were not identified with abnormal
11  testing, as they show -- as they show here is their definition
12  for "none," I assume.  But, again, I don't know, but I assume
13  they didn't meet one of those three criteria.
14      Q.  Do you -- even though 40 percent of the patients who
15  were prediabetic ended up not reporting an abnormality at the
16  end of the three months, do you still think this study supports
17  your exacerbation theory?
18      A.  Yes, I think it does.
19      Q.  And why is that?
20      A.  Because I think it shows that the drug can exacerbate
21  diabetes.  I'm not saying this drug (sic) is the paper that
22  proves the entire hypothesis.  It's one of the pieces of
23  information that shows that it can exacerbate because it does
24  in some of the people, just like some of the case reports do
25  and some of the literature.

415

1      To me, the most telling part of the exacerbation
2  issue is when you look at all of the review papers that talk
3  about it.  And when they talk about diabetes in this these
4  drugs -- olanzapine, quetiapine, risperidone, and clozapine --
5  they talk about diabetes and exacerbation of diabetes
6  consistently.
7      Q.  We're going to go back and look at some of the review
8  papers, but I think we've established each from case reports
9  you couldn't identify any clinical trials or epi study that
10  dealt with exacerbation particularly, correct?
11      A.  As I sit here today, I can't recall one.  That's what
12  I told you.
13      MR. ALLEN:  Yeah.
14      Q.  (BY MR. BROWN)  The -- I want to talk to you about
15  mechanism and a new paper you rely on.  In some of the
16  materials that were produced at the last deposition on the day
17  of the deposition and identified on your new reference list,
18  there's several papers discussing mechanisms -- possible
19  mechanisms by which second-generation antipsychotics can affect
20  glucose metabolism, correct?
21      A.  Yes, there are some.
22      Q.  Okay.  And some of these papers were not identified
23  in your original report, correct, in your report or your
24  reference list?
25      A.  It's possible there's some mechanism papers that were

416

1  not on my original reference list -- the reference list I
2  provided before my first deposition, yes, because I did find
3  additional papers in my files, yes.
4      Q.  Okay.  Let's mark --
5      A.  If that's the answer.  I think that's the question
6  you're asking.
7      Q.  I think so.  I'm going to show you one and then
8  we'll -- we'll determine.
9      (Plunkett Exhibit No. 26 marked.)
10      Q.  (BY MR. BROWN)  I've handed you what's been marked as
11  Exhibit 26, which is a paper by Cohen, correct?
12      A.  Yes.
13      Q.  This is entitled "Atypical Antipsychotic in New Onset
14  Diabetes Mellitus:  An Overview of Literature," correct?
15      A.  That is the title.
16      Q.  And it's published in Pharmacopsychiatry in 2004,
17  correct?
18      A.  Yes.
19      Q.  And the purpose of Cohen's paper was to evaluate the
20  diabetogenic effects of atypical antipsychotics in literature.
21  Do you see that in the first paragraph?
22      A.  Yes.  I see that statement on the -- of the -- that's
23  the abstract, yes.
24      Q.  Right.  And Cohen goes on to suggest that he wanted
25  to give a full-scale overview of the literature, so he looked

25 (Pages 413 to 416)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

417

1   at peer-reviewed publications, as well as oral and poster
2   presentations on the subject, correct?
3       A.  That's what -- he stated he screened those, yes.
4       Q.  And this is one of the papers on your reference list,
5   correct?
6       A.  On my reference list of October 13th, yes, I believe
7   it is.
8       Q.  And you don't cite to this study in your actual
9   report, do you?
10      A.  No.  Again, it's a review paper, so -- but, no, I
11  don't cite to it.
12      Q.  Do you --
13      A.  I cite to some of the papers that are cited in his --
14      Q.  Right.
15      A.  -- study, but --
16      Q.  As a general matter, do you not cite to review
17  papers?  You just mentioned it was a review paper.  Was that a
18  reason not to cite to it?
19      A.  I normally do -- I'm doing my own exercise, which is
20  an overview of the literature, so I wouldn't normally cite his
21  overview of the literature because I'm not him, so I -- but I
22  always look at these papers to see what they've cited.
23      Q.  Would the same be true for exacerbation?  You
24  wouldn't cite to review papers for exacerbation, you'd actually
25  do your own analysis; is that correct?

418

1       A.  Yes.  And I certainly looked at this paper as part of
2   my analysis.
3       Q.  Okay.
4       A.  So, I review it and it factors in, but it's not
5   something that I would normally cite -- if you look at --
6   normally, when I do my analysis under causation, I'm setting --
7   I try to cite for you, the best that I can, unique studies or
8   analyses of individual data sets, like case reports, clinical
9   data, epidemiological data.  Sometimes I will cite an overview,
10  but it's not the normal thing that I would do.  Unless the
11  overview is tied to a reanalysis of -- with a meta-analysis or
12  something like that, I might cite it for that purpose.
13      Q.  Okay.  If you look at the introduction section, Cohen
14  describes diabetes mellitus as being characterized by
15  hyperglycemia, especially after a meal, either due to insulin
16  resistance or due to abnormal -- I'm sorry -- absolute insulin
17  deficiency.
18      A.  Can you show me where -- you're looking where?
19      Q.  Sure.  It's the introduction, first -- second full
20  paragraph.
21      A.  Yes, I see that.
22      Q.  Okay.  So, Cohen has identified diabetes as
23  criticized by hyperglycemia due to either insulin resistance or
24  absolute insulin sufficiency, correct?
25          MR. ALLEN:  Deficiency.

419

1       Q.  (BY MR. BROWN)  Deficiency.
2       A.  That's what he states, yes.
3       Q.  Do you agree with that definition of what diabetes
4   is?
5       A.  In general terms, yes.
6       Q.  And then if you turn to the next page of Cohen's
7   paper, he has a section dedicated to diabetes risks and
8   prevalence.  Do you see that?
9       A.  There's a -- two separate sections, one on risks of
10  diabetes mellitus and one on prevalence of diabetes mellitus.
11      Q.  Right.  And then you see risk factors for diabetes,
12  correct?
13      A.  Yes.  He discusses in general terms that.
14      Q.  And we talked about some of these risk factors
15  previously, correct?
16      A.  Yes.
17      Q.  Okay.  And are there any risk factors that he
18  identifies in his Table 1 that you don't agree with?
19      A.  Table 1?
20      Q.  Yes.
21      A.  Hold on.  I've seen different definitions for BMI --
22      Q.  Okay.
23      A.  -- than just 27, but I agree BMI is one that should
24  be included.  I've also seen age broken down differently.  I've
25  seen people talk about greater than 50, or 65 versus just 45,

420

1   so -- but I would agree that in general term this is list is
2   one that I'm familiar with and wouldn't have any major
3   disagreements with.
4           (Sotto voce discussion.)
5       Q.  (BY MR. BROWN)  Do you think -- do you have an
6   opinion on whether or not people over 45 are at an increased
7   risk of diabetes?
8       A.  I don't have a specific opinion that they have to be
9   over 45.  I would agree that age is -- can be -- has been
10  associated with changing in -- changes in risk.  And there's
11  some studies that support greater than 45, but I've also seen
12  studies that support it having to be a little bit older age.
13  That's why I'm saying -- I don't necessarily disagree with it,
14  but I think you could come up with a different number, too.
15      Q.  Do you have a number in your mind as an expert in
16  this case about what age you would be that would put you at an
17  increased risk for diabetes?
18      A.  I haven't formed that specific opinion, no.
19      Q.  There's also a section here on -- to the right-hand
20  column on atypical antipsychotics and diabetes mellitus in the
21  discussion of case reports, correct?
22      A.  Yes.  There's a section labeled "Case Reports," yes.
23      Q.  Okay.  And if you go to Page 5, Dr. Cohen -- in the
24  right-hand --
25      A.  Yeah.  I see the pages now.

**26 (Pages 417 to 420)**

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

421

1  Q. Okay. Dr. Cohen discusses or summarizes his findings
2  on clozapine, olanzapine, and quetiapine in the upper
3  right-hand corner. Do you see that? The right-hand column.
4  A. Yes. Well, I see -- starts -- the paragraph starts
5  on -- below. And it's actually about more prescription, more
6  DM, is what it says, but --
7  Q. Well, I think it's actually a summary of the case
8  report section, if you look back. Why don't you see if you can
9  look back with me. And let's just see what this section
10  corresponds to. Go back to Page 2 for me. And Cohen has a
11  section on atypical antipsychotics and diabetes mellitus. This
12  is on the right-hand side of Page 2. We looked at this a
13  minute ago. Do you see that?
14  A. Yes.
15  Q. And it says "We reviewed the literature on the
16  presumed induction of diabetes mellitus by atypical
17  antipsychotics. In order to give a full-scale review, case
18  reports and studies with epidemiological focus, including both
19  peer-reviewed and congress abstract were screened."
20  You see that?
21  A. Yes.
22  Q. Okay. And it says "Additional references were
23  obtained and found as well." Do you see that?
24  A. Yes.
25  Q. Okay. And then there's the section on case reports,

422

1  as well as two tables that describe the case reports going on
2  to Page 3. Do you see that?
3  A. Yes.
4  Q. And then there's a table, Figure 1, on Page 4 which
5  is the characteristics of patients in the case reports of
6  diabetes mellitus, correct?
7  A. Yes. I agree.
8  Q. Okay. And then before we get to the epidemiological
9  section, Cohen describes his findings in the upper right-hand
10  corner regarding case reports. Do you see that?
11  A. Well, I guess that's what I'm saying. I don't think
12  he's describing his findings because I think he's describing it
13  more than this paragraph because I think he -- I think all of
14  the sections on age, time of onset, more prescriptions, he's --
15  and risks -- other risk factors, those are all, to me,
16  discussion -- to me, this paragraph is he's describing his --
17  he's focussing on the issue about prescription, how often
18  they've been prescribed and how that affects what he's seeing.
19  Q. All right. So, Cohen says, "Altogether, these
20  findings are suggestive of a diabetes-mellitus-inducing effect
21  for clozapine and olanzapine." Do you see that?
22  A. Yes, I see that sentence.
23  Q. And you agree with his conclusion there, right?
24  A. I don't agree or disagree. It's his finding based
25  upon what he's -- the sentences before where he's describing

423

1  what he's seeing. I would agree that there are -- clozapine
2  and olanzapine have a diabetogenic effect, yes.
3  Q. Okay. This is a paper you reference, so I'm just
4  trying to figure out -- do you not have an opinion on that
5  statement in his paper?
6  A. I tend to not have necessarily opinions on
7  individual's statements in papers because it's the paper as a
8  whole that you look at. But, again, I don't -- I agree that
9  the clozapine and olanzapine can be diabetogenic or can cause
10  diabetes, yes. I agree with that.
11  Q. And then the next sentence says "Quetiapine and other
12  newer atypical antipsychotics, so far, constitute only a small
13  market share compared to risperidone and olanzapine which
14  precludes any statement about the possible
15  diabetes-mellitus-inducing effects of these atypicals."
16  Do you see that?
17  A. Yes, I do.
18  Q. Do you agree with Cohen's conclusion in 2004 that
19  there was not enough information to make an assessment between
20  quetiapine and diabetes?
21  A. I think there was enough information based on
22  consideration of everything. And I think that's consistent
23  with what I've said -- what I said the last time we met when we
24  talked about dates and times, so --
25  Q. So, you disagree with him on that point?

424

1  A. But there's a difference between whether or not
2  you're talking about association or causation and -- again, I
3  can only operate based upon when I did my analysis, which was
4  after this time period where I had more information, of course,
5  than he had as well.
6  Q. Well, he looked at 99 papers, right?
7  A. I don't know. Have to look at the number. He has 99
8  citations in his reference list.
9  Q. Okay. And you don't think he had enough information
10  to make the statement he did that there was insufficient data
11  to draw a conclusion regarding quetiapine and diabetes
12  mellitus?
13  A. I can't answer that. You need to ask him that. I'm
14  just saying to you that I believe that there was enough
15  information in 2004, based upon my literature I have looked at,
16  to indicate that there definitely was a link between the drug
17  and the event.
18  Q. Okay.
19  A. Of course, when I did my final -- when I did my
20  analysis, of course, I have, you know, data beyond 2004 as
21  well, so it's not the exact same analysis as he has done. And
22  I also think he's not doing it in the exact same way I did it
23  either by looking at sort of the Bradford Hill criteria. He's
24  done it a little bit differently. He's focussing on his
25  screening of the literature and the way he organizes it.

27 (Pages 421 to 424)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

425

1 Q. Well, didn't he -- didn't Cohen actually consider the
2 Bradford Hill criteria?
3 A. He may have. I don't remember. Again, this has been
4 a long time since I've read this paper. I'd have to look. If
5 you want to point me to where you think --
6 Q. Well, he talked -- Cohen talks about case reports,
7 correct?
8 A. He has a section on case reports, that is correct.
9 Q. Section on epidemiology, correct?
10 A. Yes, he has a section on epidemiology.
11 Q. Section on mechanism, possible mechanism, on Page --
12 A. Yes. He has some discussion of mechanism.
13 Q. Okay. And he's done what he describes as a
14 full-scale overview of all the literature looking at
15 second-generation antipsychotics and diabetes, correct?
16 A. His paper is what it is. I don't know how he
17 describes it specifically other than he believes he's
18 identified the appropriate literature to make his assessment.
19 Q. And do you have any criticisms looking at his
20 reference list of things that he didn't have at his disposal
21 that you did?
22 A. I can't answer that without reviewing his reference
23 list in detail, which I haven't done --
24 Q. Okay.
25 A. -- to make that comparison. I haven't compared our

426

1 two.
2 Q. Let's go to the epidemiological section, which is
3 still on Page 5. Cohen refers to Table 4 and refers to that
4 most of the studies indicate an elevated risk for clozapine or
5 olanzapine in the development of diabetes. Do you see that
6 under the results section in the epidemiological data section
7 on Page 5?
8 A. Yes, I see that statement.
9 Q. And Cohen also describes the fact that clozapine and
10 olanzapine had been linked to insulin resistance or lipid
11 profile deviations. You see that?
12 A. Yes.
13 Q. Does he make a similar statement at all regarding
14 Seroquel on the epidemiological data?
15 A. I don't see that exact same paragraph, no. Is that
16 what you're asking me?
17 Q. Yeah.
18 A. No. He does have -- he talks next paragraph --
19 Q. Okay.
20 A. -- about comparative studies and --
21 Q. You on Page 5 still?
22 A. Yes.
23 Q. Okay. But Cohen just mentions the types of studies
24 that were done. He doesn't make or come to the conclusion that
25 Seroquel is associated with diabetes based on his review of the

427

1 epidemiology, does he?
2 A. I don't see that specific statement, no.
3 Q. Go to Page 8 for me. This says "The Possible
4 Explanations of Mechanism." Do you see that section?
5 A. Yes.
6 Q. Okay. In the first paragraph, it says "There's been
7 some suggestions regarding mechanism that involve actions on
8 brain receptors with further peripheral influence."
9 Do you see that?
10 A. Yes.
11 Q. And then there's a second -- there's a section
12 discussing receptor actions right below that paragraph, right?
13 A. Yes.
14 Q. So, that's one possible mechanism that's been
15 postulated by which second-generation antipsychotic medications
16 may be associated with diabetes, correct?
17 A. There's some discussion in the literature, yes.
18 Q. Okay. And then the next sentence is: "While others
19 assume a direct action of the involved antipsychotics on
20 peripheral glucose receptors or on the insulin-producing
21 cells." You see that?
22 A. Yes, I see that sentence.
23 Q. These two theories broadly come under your direct
24 effect theory; is that fair?
25 A. Yes, they could.

428

1 Q. And when I mean "direct effect," I mean
2 weight-independent effect on glucose by second-generation
3 antipsychotics.
4 A. Well, both of those could be weight independent.
5 Q. Right.
6 A. The brain effects could also be weight independent.
7 Q. Right. Those two general pieces fall under the
8 direct effect.
9 A. Right. Unfortunately, we don't know exactly why;
10 but, yes, I think those are the things that have been discussed
11 in the literature.
12 Q. Okay. And then Cohen goes on to discuss the various
13 theories under the receptor actions. Do you see that
14 discussion?
15 A. He has a section on receptor actions, yes.
16 Q. Right. It talks about, I guess, dopamine receptors,
17 serotonergic receptors, histamine receptors. Do you see that?
18 A. Yes.
19 Q. And then there's a statement at the bottom, "The
20 absence of a clear difference between the receptor binding
21 profiles of diabetes-mellitus-inducing and
22 non-diabetes-mellitus-inducing drugs makes an effect via these
23 neurotransmitter receptors unlikely." Do you see that?
24 A. Yes, I see that.
25 Q. Do you agree with that conclusion?

28 (Pages 425 to 428)

Laura, M. Plunkett, Ph.D., DABT                    October 21, 2008

429

1     A. Not necessarily because I think there's a paper that
2   was published after he wrote his -- and let me see if I can
3   find it. It's about histaminergic receptor binding potency and
4   weight gain and risk of diabetes. And I don't know whether you
5   recognize that title, but there's one in here in which, I
6   think, actually puts some good evidence for the fact that there
7   may be some data that could be dissected out if people look at
8   it a little more closely. I don't -- I'm not going to say I
9   agree or disagree with the statement. I wouldn't necessarily
10   have stated it that way --
11     Q. Okay.
12     A. -- because I do think that now, today, we have some
13   information that may indicate that that statement may not -- as
14   he said it may not exactly be true.
15     Q. Well, is the histamine paper you're referring to --
16   and you can identify it for me after lunch. That's fine.
17   We'll talk about it after lunch. But does the histamine paper
18   you're referring to describe a weight gain mechanism?
19     A. I'd have to look at it. I just know it talks
20   about -- I believe it talks about risk of diabetes as well, but
21   it's talking about weight gain as being part of that -- part of
22   that --
23     Q. That causal chain.
24     A. Part of that factor, exactly. And that makes some
25   sense because that's what -- the histamine receptor activity of

430

1   some of these drugs have been linked to that propensity as
2   well.
3     Q. Okay.
4     A. But, again, I think -- it's very possible that
5   there's way that you could dissect apart potentially the
6   receptor binding affinity profiles for the drugs in a way that
7   maybe hadn't been done by time he wrote it. So, I would say
8   that -- I mean, I agree at the time he wrote it there may not
9   have been any discussion of dissecting it that way. I don't
10   necessarily think it makes it unlikely though. I think maybe
11   the work just hasn't fully been done or hasn't been recognized
12   yet. Like looking at types of serotonin receptors or some
13   types of alpha receptors, that might become important, and I
14   know there's been some speculation about that in the literature
15   as well.
16     Q. Put aside the speculation. As you sit here today, do
17   you know of any studies that show that Seroquel's effect on
18   different receptors make it possible that Seroquel causes
19   diabetes independent of weight gain?
20     A. I don't think anybody knows that at this point in
21   time.
22     Q. Okay.
23     A. Again, there's been a lot of hypothetical theories
24   put out but, as I stated in my last deposition to you, no one
25   knows the exact molecular mechanism by which it does, either

431

1   with weight gain even or without weight gain.
2     Q. All right. Let's move past the receptors and talk
3   about the direct effects on insulin resistance or insulin
4   release, okay? If you look under Cohen's Insulin Glucose
5   Homeostasis, he identifies three possible direct mechanisms.
6       Do you see that?
7     A. He talks about three specific things, yes.
8     Q. Okay. The first one is changes that -- the theory is
9   that second-generation antipsychotics can cause insulin release
10   due to a direct effect on the pancreatic beta cells. That's
11   Theory 1, correct?
12     A. I would say that the second-generation agents that
13   have been linked to this effect believe may -- it's possible --
14   people talk about having studied it, yes, I would agree with
15   that.
16     Q. Okay. And let me try to identify the actual theories
17   and then we'll come back on them. And the second theory
18   identified by Cohen is that second-generation antipsychotics
19   possibly cause insulin resistance directly, correct?
20     A. I would agree that he believes that insulin
21   resistance may be involved in the diabetogenic action, yes. I
22   guess I'm -- the way you're stating it is -- I don't think
23   that's exactly what he means, but that's fine. When you make
24   the statement -- however your question is stating it, I don't
25   necessarily agree with that premise, but I do agree that he

432

1   believes that this is a potential theory whereby drugs like
2   olanzapine or clozapine or, in my view, Seroquel could be
3   acting.
4     Q. Okay. I don't mean to be characterizing in any way.
5   I'm just trying to identify the theories he identifies. Let's
6   just take a step back.
7       Would you agree with me that Cohen -- and we've
8   gone past the receptor binding issue. Cohen identifies three
9   possible theories on direct action. The first is the direct
10   effect on pancreatic beta cells, the second is effect on
11   insulin resistance, and the third is SGAs possibly influencing
12   the membrane glucose transport mechanism, correct?
13     A. I agree those things are stated. I guess the reason
14   I'm parsing is I don't believe that this is a class effect and
15   that's what I'm having trouble with.
16     Q. Okay. Fair enough.
17     A. When you say "SGA," I just don't want you to think --
18   I don't think this is necessarily a class effect, and I think
19   I'm clear on that.
20     Q. Okay. So, as you sit here today, you don't know if,
21   as a class, second-generation antipsychotics directly affect
22   insulin resistance or insulin secretion, correct?
23     A. Well, I don't believe that there's evidence to
24   indicate that it's a class effect for any of the effects that
25   have been seen because when people have studied insulin

29 (Pages 429 to 432)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

433

1    resistance or changes in glucose transport or effects on beta
2    cells for insulin release, some of the SGAs do it and some do
3    not.
4         Q.   Okay.
5         A.   So, that's why I'm trying to correct the way you're
6    asking it because I don't want it to go on the record that I
7    think that all SGAs have potentially all the same risks or the
8    same mechanism.
9         Q.   That's a good point.  Okay.
10        A.   Okay.
11        Q.   What I was just trying to do was identify the actual
12   theories that he discusses.
13        A.   I would agree that he -- these are the three theories
14   we've just been through that he discusses, yes.
15        Q.   All right.  First theory is pancreatic beta cell
16   effect, correct?
17        A.   That's when he mentions, yes.
18        Q.   And the second theory is insulin resistance, correct?
19        A.   Yes.
20        Q.   And the third is the ability to effect the glucose
21   transport mechanism, correct?
22        A.   Yes.  That's the third when he mentions.
23        Q.   Is there any other mechanism, direct mechanism, that
24   has been hypothesized that second-generation antipsychotic
25   drugs cause diabetes in the absence of weight gain?

434

1         A.   I don't know if I can answer that without looking at
2    my literature.  I mean, there's lots of experimental studies
3    that have been done.  I would agree that those are three of the
4    most important ones that have been discussed, but I -- to tell
5    you that's absolutely the only things in the list, I can't
6    answer that.
7         Q.   Can you think of any others at the moment?
8         A.   Again, I'd have to look at my literature.  I can't
9    answer that without looking.
10        Q.   Okay.  Now, Cohen first discusses the beta cell
11   function mechanism, correct?
12        A.   The next paragraph is beta cell function, insulin
13   release, that's correct.
14        Q.   And -- and Cohen writes that although insulin release
15   is eventually diminished in diabetes mellitus, several authors
16   report increased insulin secretion in patients on olanzapine or
17   clozapine, and then he has some references there, correct?
18        A.   Yes.  You've read that correctly.
19        Q.   And which support a phase of insulin resistance.  Did
20   I read that right?
21        A.   Yes.
22        Q.   And then Cohen states, "There are no comparative in
23   vivo studies on the subject with other antipsychotics or other
24   schizophrenic diseases other than schizophrenia."
25             Did I read that right?

435

1         A.   You read that correctly.
2         Q.   We talked last time about -- about the pancreatic
3    islet cells in the Melkersson papers.  Remember that?
4         A.   Those weren't necessarily in vivo studies, but yes.
5         Q.   Those were in vitro studies.
6         A.   The two we discussed were in vitro studies.
7         Q.   Right.
8         A.   There were some Melkersson, I think, in vivo mouse
9    studies as well.
10        Q.   Okay.  Can you -- besides the one in vivo Melkersson
11   study that we discussed last time that showed no effect on the
12   pancreatic islet cells --
13             MR. ALLEN:  In vivo?
14             MR. BROWN:  In vitro.
15        A.   Okay.
16        Q.   (BY MR. BROWN)  Aside from that study that shows no
17   effect -- and we discussed this last time -- did you -- can you
18   identify any other in vitro studies that just looked at
19   Seroquel in any way?
20        A.   Think there's one in my -- these are the ones I
21   brought last time.
22        Q.   Okay.
23        A.   Not the new seven.  I think this is one of the new
24   seven.  There's one in the new seven.  Let see if this one has
25   in vitro though.  Think it does, but I'm not sure.

436

1             Okay.  That's on an in vivo study.
2             MR. ALLEN:  Take your time if you need to --
3             THE WITNESS:  Yeah.  I'm going to look at my
4    list.
5         A.   Could you ask your question again so I'm looking for
6    the right thing?
7         Q.   (BY MR. BROWN)  Sure.  The -- we're talking about
8    this first direct mechanism.  Are there any studies that you
9    refer to or rely on that looked at Seroquel's effect on
10   pancreatic islet cells besides Melkersson which we discussed
11   last time which did not show an effect?
12        A.   There's a paper on glucose transport, not --
13        Q.   That's -- we'll get -- one of the other mechanisms.
14   We'll get to that.
15        A.   Ardesian (sic).
16        Q.   We'll get to that.  We're only focussed on the
17   pancreatic islet cell theory.
18        A.   Well, that's -- it's studied in -- I thought it was
19   studied in pancreatic islet cells.  I may be wrong.  Thought
20   they had the same cells, but I may be wrong.
21        Q.   What are you telling me?  Is the theory the same that
22   --
23        A.   No, no.  They're -- well, it's -- theory of -- it's a
24   theory of altered homeostasis, but it's a different endpoint.
25        Q.   Right.

30 (Pages 433 to 436)

Laura, M. Plunkett, Ph.D., DABT                    October 21, 2008

437

1    A. So, I would agree with you it's a different endpoint.
2    Q. Okay. Let's just deal with the three endpoints
3 identified here. First one's pancreatic beta cells.
4    A. Did we talk about -- which Melkersson paper? Did we
5 talk about the Melkersson 2001 in European
6 Neuropsychopharmacology? Was that one of the two we talked
7 about?
8    Q. Does that involve Seroquel?
9    A. I'd have to look at the paper. I mean, it's an
10 antipsychotic drug paper. I don't know. I'd -- that's what
11 I'm saying. I'd have to pull it out. I'm looking at ones I
12 might have to pull out because sometimes the title doesn't tell
13 me.
14    Q. We'll pull it out.
15    A. But if you can tell me which ones that we looked
16 at -- I don't remember which two we looked at. There was one I
17 know I had not --
18        MR. ALLEN: Just do your best to tell him, but
19 if you can't tell him, just tell him you can't tell him. They
20 can pull out a paper for you. Instead of being a pop quiz, it
21 can be an open-book test.
22    Q. (BY MR. BROWN) Well, it's an open-book test. You
23 have all the documents right in front of you.
24        MR. ALLEN: No, she doesn't. She has -- that's
25 exactly false. She has her reference list in front of her and

438

1 not all the documents.
2        MR. BROWN: Oh, I thought that was her stack of
3 documents. We have copies in our files.
4    A. I would pull that one out to look because I can't
5 answer without looking at that one, unless it's one of the two
6 you were referencing, and I can't answer that because I don't
7 remember what --
8    Q. (BY MR. BROWN) Well, you remember we did look at the
9 Melkersson paper last time.
10    A. Well, there are a lot of Melkersson papers. That's
11 what I'm saying. I'm not sure if that's one of the two that
12 you pulled out. It may be.
13    Q. All right. We're going to pull Melkersson 2001. But
14 aside from Melkersson 2001, are there any other in vitro
15 studies involving Seroquel that show that Seroquel had any
16 direct effect on the pancreatic beta cells?
17    A. I don't know, but after reviewing my list here, I
18 don't see one that I could tell you to pull out. I can't
19 answer that without going back and doing an extensive review,
20 but I don't believe that there are.
21    Q. Are there any studies that look at Seroquel's effect
22 on pancreatic beta cells in vivo?
23    A. For any of those questions, I'm probably going to
24 have to look at my reference list. So, to answer that, I'll
25 have to look. There is one on in vivo -- I think there's a

439

1 Newcomer paper potentially where he talked about -- or not
2 Newcomer. It's not Newcomer. It's another article.
3        There's -- well, this paper by Savoy has in vivo
4 mouse data and looks at insulin levels. Doesn't look at it
5 just in a cell. It's looking at it in the animal with a bunch
6 of different drugs. It also looks at glucose levels.
7    Q. Okay.
8    A. So, we can look at that one. I don't know that that
9 answers your question specifically or not. And Seroquel is
10 given in this paper, by the way. That's why I mention it.
11    Q. In Savoy?
12    A. Yes. Savoy looks at Seroquel as well.
13    Q. We'll talk about it.
14        MR. ALLEN: Ten minutes until lunch. Giving
15 everybody a warning. Ten minutes until lunch.
16    A. There's the paper by Hardy, but it's olanzapine and
17 risperidone.
18    Q. (BY MR. BROWN) Right. Not Seroquel, correct?
19 Correct?
20    A. Yes. Well, at least by the title, and I believe that
21 is correct because I don't believe they tested that one.
22 Here's the histamine paper I meant, by the way. It's Kroeze,
23 K-r-o-e-z-e, if we want to come back to that later.
24    Q. But that's weight gain, right? That's insulin and
25 weight gain?

440

1    A. Well, if I remember correctly, the author talks about
2 the link of weight gain the risk of diabetes.
3    Q. Okay.
4    A. I don't know about the Newcomer 2002 article, what he
5 measures. I've forgotten. But we can look at that. That's an
6 in vivo article. I don't think he looked at Seroquel, but by
7 the title I can't tell. There's also one in 2004, and I don't
8 remember that one either. We'd have to look at it.
9        There's studies -- again, not on Seroquel -- by
10 Sowell, S-o -- Sowell, S-o-w-e-l-l.
11    Q. I want to focus on Seroquel only in this first
12 mechanism on pancreatic beta cells.
13        MR. ALLEN: Just keep doing what you're doing.
14    A. There's a paper by Vestri in 2007, but I'd have to
15 look at it. That is actually -- it's in -- it's a cell study
16 in vitro, but it's in adipocytes, fat cells. Those are --
17 that's all I can see right now.
18    Q. (BY MR. BROWN) Okay. I want to go back. First
19 category I asked you about was in vitro studies that looked at
20 the effects of Seroquel on pancreatic beta cells and you
21 identified Melkersson's paper from 2001 from your list. Do you
22 recall that?
23    A. As a possible. Again, I don't remember if it's the
24 same one we looked at though. That's what I can't remember.
25        (Plunkett Exhibit No. 27 marked.)

31 (Pages 437 to 440)

Laura, M. Plunkett, Ph.D., DABT                                    October 21, 2008

---

441

1     Q. (BY MR. BROWN) This is a paper by Kristina
2  Melkersson published in 2001. Do you see that?
3     A.  Yes.
4     Q.  In the European Neuropsychopharmacology Journal?
5     A.  Yes. And they did -- she did not test Seroquel.
6     Q.  Right. Different -- the title is "Different Effects
7  of Antipsychotic Drugs on Insulin Release in Vitro," correct?
8  Is that right?
9     A.  Yes.
10    Q.  And they -- and Melkersson did not test Seroquel in
11 this study, correct?
12    A.  She tested almost everything else but Seroquel.
13    Q.  Right. You identified three other possible
14 candidates that might have in vivo data on Seroquel's effect on
15 pancreatic beta cells, correct?
16    A.  May be relevant, yes.
17    Q.  Right. One was a new paper, Savoy?
18    A.  Yes.
19    Q.  One was Vestri. Was there a third?
20    A.  I said I don't know about the Newcomer papers. I can
21 look at them.
22    Q.  We'll look at them.
23    A.  And then there was another one. Go back to my
24 testimony. I don't remember which. I was going through the
25 list alphabetically.

---

442

1     Q.  Uh-huh.
2     A.  I identified them, what I thought was there.
3     Q.  Okay. There was a fourth you said?
4     A.  I think, but I'm not sure. You'll have to go back
5  and read my testimony.
6        (Discussion off the record from 12:10 p.m. to
7        12:11 p.m.)
8     Q.  (BY MR. BROWN) Dr. Plunkett, I'll look in the
9  transcript during the break for the fourth reference for the
10 possible in vivo studies that looked at Seroquel's effect on
11 beta cells. I want to turn to the next possible theory, which
12 is this drug-induced insulin resistance. That's Cohen's next
13 mechanism under Insulin and Glucose Homeostasis, correct?
14    A.  Yes.
15    Q.  Can you point to me any in vitro studies that
16 specifically study Seroquel and demonstrate it has an effect on
17 insulin resistance?
18        MR. ALLEN: This will be our last question
19 answered before lunch.
20    A.  I can't answer that off the top of my head. I don't
21 know. I didn't break my evidence out the way he did. I don't
22 know that you would see one, so I can't answer that.
23        MR. ALLEN: Okay. We're going to take a lunch
24 break.
25        (Recess from 12:12 p.m. to 1:01 p.m.)

---

443

1     Q. (BY MR. BROWN) Dr. Plunkett, we're back from lunch.
2  Are you ready to resume?
3     A.  Yes.
4     Q.  Before the break, we were talking about the -- the
5  direct effect theory that Seroquel can cause diabetes in the
6  absence of weight. You recall that?
7     A.  Yes. Well, we talked about a lot of things, but we
8  were definitely -- we were going through some articles here.
9     Q.  Right. And right before the break, we were talking
10 about the Cohen paper that describes some of the direct effect
11 theories effect -- describing insulin and glucose homeostasis,
12 correct?
13    A.  Yes.
14    Q.  And we were talking about -- we were talking about
15 Seroquel specifically, Seroquel's effect on pancreatic beta
16 cells, whether or not it caused insulin resistance or whether
17 or not it affected the glucose transport mechanism. Recall
18 that?
19    A.  Yes.
20    Q.  And you identified for us four studies that you
21 thought supported the direct effect theory. Recall that?
22    A.  I identified four studies that I couldn't tell if
23 they did because some of them were by title, but I said we
24 should look at these four studies.
25    Q.  Okay. Let's look at them, okay? You mentioned

---

444

1  Newcomer 2002.
2        (Sotto voce discussion.)
3     A.  And 2004. I identified two of them.
4        MR. ALLEN: I think -- you know, if I understood
5  the question for the record, I think she said she needed to
6  look at them to --
7        MR. BROWN: We're showing them to her.
8        MR. ALLEN: Okay. I know you are.
9        (Plunkett Exhibit No. 28 marked.)
10    Q.  (BY MR. BROWN) Dr. Plunkett, I've handed you Exhibit
11 28, which is Newcomer's 2002 paper entitled "Abnormalities in
12 Glucose Regulation During Antipsychotic Treatment of
13 Schizophrenia." You see that?
14    A.  Yes.
15    Q.  Published in the Archives of General Psychiatry,
16 correct?
17    A.  Yes.
18    Q.  And that was one of the papers you identified as
19 possibly discussing direct mechanism, correct?
20    A.  Yes.
21    Q.  With Seroquel, correct?
22    A.  Yes.
23    Q.  And you can see looking at the abstract and the title
24 that Newcomer 2002 did not study Seroquel, correct?
25    A.  He studied clozapine, olanzapine, and risperidone.

---

32 (Pages 441 to 444)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

445

1     Q.  So --
2     A.  Yes.  So, that is correct.  I don't see a Seroquel
3  treatment group in his study.
4          (Plunkett Exhibit No. 29 marked.)
5     Q.  (BY MR. BROWN)  Okay.  Let me hand you the next
6  exhibit, which is -- which is Exhibit No. 29, Newcomer's 2004
7  article.  Do you see that?
8     A.  Just checking to make sure it's the same one on the
9  list.  Hold on.  Yes, I see that.
10    Q.  Okay.  And that's the second possible candidate you
11 identified as discussing Seroquel's direct effect, correct?
12    A.  Yes.  By -- by title, yeah.
13    Q.  And this document or this study is entitled
14 "Metabolic Risk During Antipsychotic Treatment," correct?
15    A.  Yes.
16    Q.  And it's published in Clinical Therapeutics, correct?
17    A.  Yes.
18    Q.  And this is not really a study at all looking at
19 direct effects of second-generation antipsychotics, is it?
20    A.  It's -- it's more like -- it's like the Cohen paper
21 in some respects.
22    Q.  Right.  It's a review article --
23    A.  He does cite some of his own data in here, but -- I
24 believe.  In fact, I think he cites his 2002 data in here.
25    Q.  Okay.

446

1     A.  But, yes, I think it's not a -- it's not a brand-new
2  study population, that's correct.
3     Q.  Right.  So, Newcomer 2004 doesn't directly look at or
4  measure Seroquel's effect on pancreatic cells or any of the
5  other direct effect mechanisms, does it?
6     A.  Not himself.  I was just looking to see if there was
7  any discussion though.  That's what I was looking to see.  I
8  don't see a specific data set on Seroquel.
9          (Plunkett Exhibit No. 30 marked.)
10    Q.  (BY MR. BROWN)  Okay.  Let me show you the next
11 document you mentioned, which is Exhibit No. 30, which is the
12 Vestri paper entitled "Atypical Antipsychotic Drugs Directly
13 Impair Insulin Action in Adipocytes" --
14    A.  Adipocytes, yes.
15       MR. ALLEN:  He knew that.
16    Q.  (BY MR. BROWN) -- colon, "Effects of Glucose
17 Transport, Lipogenesis, and Antilipolysis."
18       And the Vestri study was not done in humans,
19 correct?
20    A.  Let me see if there's anything done in human cells.
21 No.  It looks like rat adipocytes.
22    Q.  And this was an in vitro study, correct?
23    A.  Looking to see if it had any other component, but
24 certainly has a large in vitro component.  It looks like it was
25 entirely an in vitro study, yes.

447

1     Q.  Okay.  And it was an in vitro study, which means done
2  in a dish, I guess; is that right?
3     A.  Well, done in cells.
4     Q.  In cells.  And the cells used here were rat cells,
5  correct?
6     A.  Rat adipocytes, yes.
7     Q.  Okay.  What's an adipocyte?
8     A.  It's a fat cell.
9     Q.  And if you turn to Page 771, it says that SGAs --
10 last paragraph, right-hand column, says "However,
11 second-generation antipsychotic concentrations used to induce
12 metabolic effects could be higher than those achieved in serum
13 and tissues in the course of routine pharmacotherapy
14 schizophrenia.  Further research in human patients on SGAs in a
15 metabolite is necessary to gauge the pathophysiological
16 significance of these observations."
17       Did I read that right?
18    A.  You read that correctly, yes.
19    Q.  Is Vestri just describing here the fact that the
20 direct effect of second-generation antipsychotics is really a
21 hypothesis that needs to be tested in humans?
22    A.  No.  He presents data on a variety of different -- he
23 tests quetiapine, or Seroquel, in his study and he talks about
24 different activities and he says -- for example, on Page 770
25 under Discussion --

448

1     Q.  Okay.
2     A.  -- "This is the first study to show that SGAs
3  directly modulate insulin action and metabolic processes in an
4  insulin target tissue and the results are relevant to the high
5  risk of obesity and diabetes conferred by these medications."
6       So, to me, they're directly relevant to looking
7  at potential mechanisms.  Even though we don't know exactly
8  which one is operating, the results are consistent with what
9  you would expect to see for an underlying mechanism with these
10 drugs, including quetiapine.
11    Q.  If you look at Figure 6 above --
12    A.  Yes.
13    Q.  -- that describes the rates of lipolysis; is that
14 right?
15    A.  Yes.  Yes.
16    Q.  What's lipolysis?
17    A.  A breakdown of lipids.
18       And what's interesting in Figure 6 is that -- in
19 looking at it is the three drugs -- olanzapine, clozapine, and
20 quetiapine -- which are structurally similar, have very similar
21 responses in this figure.
22    Q.  Would you expect that to be the case with respect to
23 insulin -- insulin -- measures of insulin sensitivity as well?
24    A.  May or may not be.  I'm just pointing out that it --
25 on that endpoint -- which, again, he'll discuss this a little

**33 (Pages 445 to 448)**

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

449

1   bit in his paper. If we want to find it, I can show you the
2   sections where he discusses it. But I think -- again, as you
3   know from my report, I believe there's some analogy between
4   structurally-similar drugs that can be made as well.
5       Q. Do you believe that Vestri's paper in 2007 was the
6   first study to show that SGAs directly modulate insulin action
7   in the metabolic processes in target tissue? I'm reading back
8   to you the line you read to me.
9       A. He says -- he says it is and I haven't done that
10  analysis to know if he's stating that exactly correctly or not.
11  I will say I have not seen another study with this design in
12  the published literature on SGAs. And, again, I think it's
13  related to the fact that he's looking at an insulin target
14  tissue, being the fat cell, to where other people have focussed
15  on -- I'm sorry -- other people have focussed on other cells.
16      Q. Let's look at Savoy -- Savoy's 2008 paper, which was
17  part of your new materials, and the title is "Differential
18  Effects of Various Typical and Atypical Antipsychotics on
19  Plasma Glucose and Insulin Levels in the Mouse: Evidence For
20  the Involvement of Sympathetic Regulation."
21      A. Do you want to mark this one separately?
22      Q. Yeah. I'm going to mark it again so you can leave it
23  with that package.
24      A. Okay.
25          (Plunkett Exhibit No. 31 marked.)

450

1       Q. (BY MR. BROWN) This is the fourth paper that you
2   identified before lunch that may have a bearing on direct
3   effect, correct?
4       A. I think it has -- I think it has data on insulin --
5   insulin issues or insulin release or insulin resistance issues.
6   And this one is -- unlike the Vestri paper, this one is an in
7   vivo experiment, whole animal experiment.
8       Q. And what was the animal used in this study?
9       A. He's using mice. He's using two different kinds:
10  CD-1, which is one -- one strain of mouse, and then C57BL/6
11  mice and FVB/N mice, three different strains.
12      Q. Are these the strains of mice that are prone to
13  develop hyperglycemia?
14      A. One of the strains is. The other --
15      Q. Which one?
16      A. The FVB/N.
17      Q. Okay. That's the one strain that is prone to lead to
18  hyperglycemia, correct?
19      A. Yes.
20      Q. The other two are not?
21      A. I don't believe -- I know CD-1 mice are not. I'm not
22  sure about C57BLs, but I know CD-1s are not.
23      Q. Now, there were a number of different analyses done
24  in the Savoy study, correct?
25      A. Yes. What do you mean, different? Different

451

1   treatments and experiments?
2       Q. Yes, different --
3       A. Yes. He had several different treatment groups and
4   different strains and the different experiments.
5       Q. And so we're clear, how many mice were used per
6   group, six?
7       A. I'll have to look. Says N equals five the ten, so I
8   guess you have to tell me which experiment we're talking about
9   and he probably has an individual number. For example, I can
10  see in Figure 2, he says there were five per group, and I see
11  in --
12      Q. All right. In Figure 2 -- Figure 2 doesn't test
13  anything to do with quetiapine, correct?
14      A. No.
15      Q. Turn to Figure 3. I think Figure 3 does include a
16  quetiapine analysis. Do you see that?
17      A. Yes, I see Figure 3.
18      Q. Okay. So, Figure 3 looked at, in Part A, the effects
19  of glucose broken down by type of second-generation
20  antipsychotic, correct?
21      A. By individual antipsychotic agents, yes. He tested a
22  variety of different -- he also tested a first-generation,
23  haloperidol --
24      Q. Okay.
25      A. -- and perphenazine and -- it's a variety of

452

1   different drugs, both first generation and second generation.
2       Q. All right. So, in Figure 3, we have a summary of
3   Savoy's analysis looking at first- and second-generation
4   antipsychotics and their effect on glucose and insulin,
5   correct?
6       A. It's not a summary of his whole analysis. It's a
7   result of that particular part of his experiment where he was
8   looking at plasma glucose and insulin responses in mice treated
9   with different doses of these individual drugs.
10      Q. Just so I'm clear, is there any other analysis in
11  this study that uses quetiapine?
12      A. This is the only figure I see that refers to a
13  quetiapine treatment group.
14      Q. Right. And so for quetiapine, this analysis
15  described in Figure 3 looked at the effects of first- and
16  second-generation antipsychotics on glucose and insulin in
17  mice, correct?
18      A. Glucose and insulin responses, yes, percent change
19  from baseline and -- yes.
20      Q. And quetiapine was tested at 10 milligrams per
21  kilogram, correct?
22      A. Yes, which interestingly, by the way, is a dose
23  that's not that different on a milligram per kilogram basis
24  from what humans are exposed to.
25      Q. What would be the equivalent for 10 milligrams per

34 (Pages 449 to 452)

Laura, M. Plunkett, Ph.D., DABT                    October 21, 2008

453

1  kilogram?
2       THE WITNESS:  May I borrow your pen?
3       MR. ALLEN:  Yes, you can.
4     A.  A human given, let's say, 300 milligrams -- a human
5  on 300 milligrams of Seroquel would be getting between 4 and 5
6  milligrams per kilogram.  If this -- I think Seroquel doses can
7  go up to 7 to 800 milligrams per kilogram, so you'd be close to
8  10 milligrams per kilogram on the higher doses of Seroquel.
9     Q.  (BY MR. BROWN)  Okay.  Now, this experiment that
10  included Seroquel used the FVB/N mouse model, correct?
11    A.  Yes.
12    Q.  That is the mouse model that is prone to get
13  hyperglycemia, correct?
14    A.  Yes.
15    Q.  So, they're bred that way to get hyperglycemia; is
16  that right?
17    A.  Well, the strain has been shown to have the
18  propensity genetically and so they've focussed on the breeding
19  in order to keep a strain -- it makes a good model to study
20  when you're looking for agents that you want to look at -- you
21  want to compare sensitivity in humans versus sensitivity in
22  animals; and since we know that there are human populations
23  that are more sensitive to diabetes, this would be a way to
24  sort of find a model of a person that might be prone to
25  diabetes.

454

1     Q.  So, you think using the hyperglycemic-prone mouse was
2  the appropriate model in this study?
3     A.  For what he wanted to look at, I think, absolutely.
4  I mean, he -- it depends upon how you define your experiment.
5  He's looking at wanting to look at that type of model and
6  develop that model for -- I believe -- I think he talks about
7  this model as potentially being a useful model for screening
8  drugs.  At some point in his discussion, I think he mentions
9  that.
10    Q.  And six mice using Seroquel were used; is that right?
11    A.  Says six to ten, so depends on -- I don't think -- I
12  don't know -- I don't think he gives an individual N on that.
13    Q.  If you turn back to the prior page, I think it says
14  "N equals six per group" in the right-hand column.
15    A.  Yes, that's what it states there, but I'm just
16  looking at the figure legend.  The figure legend says "N equals
17  six to ten," so --
18    Q.  And these mice weren't given quetiapine like a human
19  being would take it, were they?
20    A.  You mean in a tablet form?
21    Q.  Well, they were injected intraperitoneally, right?
22    A.  Yes, that's correct.
23    Q.  And that's an injection in the stomach of the mouse?
24    A.  It's an injection into the abdominal cavity.  If you
25  go into the stomach, then you would actually be giving it more

455

1  like an oral gavage.  Intraperitoneal is like going between the
2  muscle layer and the open cavity where your organ sits.
3     Q.  All right.  And that's certainly not the way human
4  beings get the drug, is it?
5     A.  I don't believe I've seen anybody injected that way.
6     Q.  And you would agree with me that the dose of Seroquel
7  or quetiapine used with the mice -- withdrawn.
8        Would the drug that gets injected into the
9  cavity outside the stomach -- would that -- does that result in
10  the drug not going through first-pass metabolism?
11    A.  Yes.  That can be part of what happens, yes.
12    Q.  Right.
13    A.  But it's -- again, routes of administration -- each
14  route of administration that you give, an agent could have a
15  different -- has different pharmacokinetics, and so that can
16  certainly affect, like, the plasma level that you might
17  achieve, things like that.
18    Q.  Right.  So, a person who takes a pill orally, human
19  being, drug gets into their -- their gut and then it gets
20  metabolized through the liver and then dispersed throughout the
21  body, correct?
22    A.  Yes.
23    Q.  And when a mouse gets it injected into their body
24  intraperitoneally, it misses the first-pass metabolism and goes
25  directly into the bloodstream, correct?

456

1     A.  It can, yes.  Can also be eliminated directly, too,
2  but --
3     Q.  Are there any other papers that we haven't identified
4  so far that deal with any of the postulated direct effect
5  mechanisms described by Cohen on -- in Exhibit No. 26?
6     A.  That I can identify from my reference list?  Is that
7  what you're asking me?
8     Q.  And that deal with Seroquel.
9     A.  That deal with Seroquel administration specifically,
10  I can't recall any others.  That doesn't mean that there isn't
11  one, but I can't recall one.
12    Q.  So, as you sit here today, we've talked about the
13  four you identified before the break that may relate to -- and
14  we've discussed them now -- your direct mechanism theory; but
15  aside from those four, you can't identify any additional
16  studies that would be in vivo or in vitro that support your
17  direct effect theory, correct?
18    A.  No.  That -- that -- we were just looking at insulin
19  resistance.  We haven't gone to the glucose transport yet --
20    Q.  Okay.
21    A.  -- and some of the other things that might be out
22  here.  I mean, I would agree that we've -- I think when we
23  stopped before lunch, we -- you went through direct effects on
24  pancreatic beta cells --
25    Q.  Correct.

35 (Pages 453 to 456)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

457

1      A. -- and we identified those; and then we went through
2  the insulin resistance, and then I think we eventually stopped.
3  We haven't gone any further than that, so --
4      Q. Okay. To the extent we haven't covered insulin
5  resistance or the transport -- or the glucose transport
6  mechanism, which studies have you looked at that deal directly
7  with Seroquel?
8      A. Again, I have to have them in front of me to tell you
9  specifically, but let me look at my list and I can -- I told
10  you we should probably pull out some others. Let me go through
11  here again, look at my report, too, see -- I'd have to look at
12  the Dwyer studies as a group -- there's several of them -- to
13  know.
14      Q. Aside from the Dwyer studies, any studies you can
15  identify?
16      A. Just a second. I need to go through my list.
17      We didn't pull out -- do you just want just --
18  where I know that there's -- where I'm not sure if there's
19  Seroquel or -- in other words, you're not interested in studies
20  that I think are relevant, which are studies on
21  chemically-similar drugs.
22      Q. Right.
23      A. Okay.
24      Q. No. I want to focus on Seroquel only.
25      A. Okay. Not sure about the Henderson study, 2005. I

458

1  would need to look at the Dwyer studies right now.
2      (Plunkett Exhibit No. 32 marked.)
3      Q. (BY MR. BROWN) Okay. I'm going to show you from
4  your reference list Dwyer's paper from 1998, Dr. Plunkett.
5  This is the "Antipsychotic Drugs Affect Glucose Uptake and the
6  Expression of Glucose Transporters in PC12 Cells."
7      A. Right. And then there's also a 2003 one that I need
8  to look at, too. Actually, this one is not on my list. I have
9  a '99 Dwyer and 2003 Dwyer.
10      Q. That's '99. I'm sorry.
11      A. Okay. Is there a '98 Dwyer?
12      Q. No.
13      Q. Okay. I was confused. I'm sorry.
14      Q. The --
15      MR. ALLEN: Did we get a copy of 32? Yeah. Do
16  I get a copy?
17      MR. BROWN: Oh, sorry.
18      MR. ALLEN: Want a copy of all of these.
19      Q. (BY MR. BROWN) Dr. Plunkett, I've handed you -- and
20  I've corrected myself. This is Dwyer's 1999 paper. And this
21  appears to be an in vitro study looking at the glucose
22  transport mechanism, correct?
23      A. Yes, inhibition of glucose uptake by various
24  antipsychotic drugs, and looks like they tested perphenazine,
25  chlorpromazine, clozapine, and haloperidol.

459

1      Q. And Seroquel wasn't studied, was it?
2      A. I do not see it listed, no.
3      Q. Let me show you the next exhibit.
4      (Plunkett Exhibit No. 33 marked.)
5      Q. (BY MR. BROWN) Exhibit 33 is Dwyer's 2003 paper; is
6  that correct?
7      A. Yes. It's the one that's on my list.
8      Q. And it's entitled "Induction of hyperglycemia in mice
9  with atypical antipsychotic drugs that inhibit glucose uptake"?
10      A. Yes. And they did test quetiapine.
11      Q. Right.
12      A. Figure 2, at least.
13      Q. What's --
14      MS. CULVER: Do you have a copy of 32, please?
15      (Sotto voce discussion.)
16      A. Then on Page 257 under Atypical Antipsychotic Drugs
17  Induce Hyperglycemia, they say "As shown in Figure 2,
18  quetiapine and loxapine also produce moderate levels of
19  hyperglycemia in the mice."
20      Q. (BY MR. BROWN) Okay. And there was seven mice
21  tested here; is that right?
22      A. Yes, seven. N equals seven, with quetiapine, again,
23  at 10 milligrams per kilogram, which is a dose that is not that
24  exaggerated compared to human exposure.
25      Q. And we can agree that these mice, like the mice we

460

1  discussed a few minutes ago, received their quetiapine via an
2  injection in their stomach?
3      A. Shouldn't be in their stomach, but maybe IP. Is that
4  what you mean?
5      Q. Yes.
6      A. Again, you wouldn't want to put it in the stomach
7  when you do it IP.
8      Q. So, they were injected intraperitoneally, right?
9      A. That's what I was looking for, to see if they say.
10      Q. Yeah. Page 256, top line, right-hand corner.
11      A. Yes, intraperitoneally.
12      Q. And basically discussed that Seroquel is metabolized
13  by the liver in human beings, right?
14      A. Yes. To some extent, yes. Of course, the parent
15  compound is what can be active as well.
16      Q. And would you agree with me that injection
17  intraperitoneally --
18      MR. LASKER: Peritoneally.
19      MR. ALLEN: Peritoneally.
20      A. Or IP. Just say "IP."
21      Q. (BY MR. BROWN) I like that better. Just let me
22  rephrase the question.
23      MR. ALLEN: Sure, you do, because you don't know
24  what the word means. It's like a parrot. Got some doctor down
25  here feeding you info.

36 (Pages 457 to 460)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

461

1    Q. (BY MR. BROWN) Do you agree with me that --that
2  injecting Seroquel IP avoids first-class metabolism --
3  first-pass metabolism, right?
4    A. That's one of the things it can do, yes.
5    Q. What does that do in terms of the concentration of the
6  drug in the mouse's body?
7    A. Well, it depends on -- depends on what you're talking
8  about. When you give drugs IP and if you avoid first pass and
9  it's something that undergoes extensive first-pass metabolism,
10  the drug does, then you can actually end up with a longer time
11  of exposure to the parent than you would when you give a drug
12  by a route where you get first-pass.
13        Also though, IP has some other differences in
14  that your -- when you give a drug orally and it's absorbed into
15  the bloodstream, it can also hit the liver more quickly and
16  some of the internal organs more quickly than it may
17  necessarily do with IP where you're relying on sort of passive
18  absorption into the tissues from the peritoneal cavity. So,
19  you can get some differences.
20        For example, IP injection, you might actually
21  not get the same response in the brain as you would if you give
22  it orally even. You could get a difference response there as
23  well. So, it's not -- it's not directly -- directly -- you
24  can't say that if you give a drug IP at this dose, you'll get
25  the exact same effect if you give it orally.

462

1        However, IP injection is a -- is a good model in
2  animals because of the fact that with milligrams, the oral
3  absorption and metabolism of drugs can be different than it can
4  be in humans. So, actually, if you want to look at the
5  activity of the parent, an IP injection route might be a good
6  way to look at what can the parent compound do.
7    Q. I know you say it might be a good way, but would IP
8  injection in these six mice in the Dwyer 2003 paper result in
9  something approximating the average human dose of Seroquel?
10    A. The dose given in -- I couldn't tell you that unless
11  I did some other calculations. I can just tell you that
12  normally in animal studies we give highly-exaggerated doses in
13  animals over what you would test in humans. However -- and
14  especially in mice because mice have a really high metabolic
15  capacity. They metabolize drugs very quickly when they do hit
16  their livers.
17        So, as a result, when you're looking at a mouse
18  model versus extrapolating to humans, you normally give
19  exaggerated dose, which I don't see this being a,
20  quote/unquote, highly-exaggerated dose in the milligram per
21  kilogram basis. I'm not saying it's the exact same dose --
22  it's not at all -- but it is not highly exaggerated as compared
23  to what you might see in humans.
24        And I think in not in this paper -- I think in
25  the Savoy paper maybe there's a discussion by the author, the

463

1  fact that they were trying to give levels IP that would be --
2  approximate the levels that you would get in serum in humans
3  and they thought that they had done a pretty good job of doing
4  that.
5    Q. In the Dwyer 2003 paper, they use a strain of mice
6  C57BL; is that correct?
7    A. Yes.
8    Q. And those -- and that group of mice are also
9  susceptible to developing diabetes, correct?
10    A. I said I didn't remember if they were or not. Let me
11  look. Where -- if you know that it's in here, a discussion,
12  show me --
13    Q. Section 2.2.
14    A. Well, I don't know that it's bred like the FVB/N, but
15  certainly they say that in studies with chlorpromazine that
16  they got a sensitive hyperglycemic effect. I don't think
17  that's the same -- the FVB/N mice are bred specifically, and I
18  don't know if the C57 are bred that way.
19    Q. Okay. So, as you sit here today, you don't know if
20  the particular strain of mice used in Dwyer 2003 was prone to
21  get diabetes?
22    A. I don't -- I don't believe that they're prone to get
23  diabetes. I believe that they've been shown to have -- I
24  wouldn't disagree with his statement that he has somebody else
25  who's given drugs to it and have seen a sensitive hyperglycemic

464

1  response.
2    Q. We've now identified a group of studies -- or you've
3  identified a group of studies that you thought support your
4  direct effect theory with Seroquel and diabetes. Are there any
5  other studies besides Henderson, which we'll turn to, that we
6  haven't discussed?
7    A. Well, I would -- I would state that I would put into
8  the group under mechanism the ones I cite in my report, which
9  may be on drugs other than Seroquel but which are on
10  chemically-similar drugs, which I believe that kind of data is
11  relevant to assessing mechanism for Seroquel itself because of
12  the chemical similarity of the drugs.
13        So, those are the ones when I was asking, you
14  said, "No, not on olanzapine," you know, you wanted to only see
15  Seroquel, but there are others I cite here and I could point
16  you to some others in my list that look at chemically-similar
17  compounds that I believe would also be relevant to
18  understanding something about the mechanism. Again, we don't
19  know the exact mechanism, but give information about potential
20  mechanism.
21    Q. Right. You don't know the exact mechanism by which
22  olanzapine causes diabetes, right?
23    A. Nobody knows the exact mechanism by which any of
24  these drugs cause diabetes.
25    Q. Right. And same as for Seroquel. You don't know the

37 (Pages 461 to 464)