**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

---

465

1 exact mechanism by which Seroquel causes diabetes, right?
2    A. Right, but we have what I call biologic underpinnings
3 or information that biologically makes sense, the plausibility,
4 linking those kinds of events to what you'd expect to happen or
5 you know happens in humans. For example, we know hyperglycemia
6 can precede the fact that someone develops insulin resistance
7 and diabetes.
8    Q. Aside from Henderson, which we'll turn to in a
9 minute, are there any other studies that support your theory
10 that Seroquel directly causes diabetes that studied Seroquel?
11    A. I can't recall. But, again, I would -- I can't
12 answer that without doing a, you know, more detailed look at
13 every one of my papers that I have cited for you.
14    Q. Well, you've been through the list a few times now.
15 Are there any others that jump out at you?
16    A. Well, I mean, I think a number of these other papers
17 that are actually in humans have data that's relevant to
18 mechanism. Like, for example, we have reports of individuals
19 where you get hyperglycemia from Seroquel, as well as
20 chemically-related agents. So, I think any of those human data
21 that are in here as well would be relevant. So, case reports
22 of hyperglycemia, as well as there's some other studies in
23 here -- that's why -- when we've gone through the list, you've
24 asked me very specific questions and I've tried to answer that
25 specific question.

---

466

1    Q. Yes.
2    A. Bun, again, I'd refer you to any of the studies cited
3 under my sections called "Mechanisms Underlying the Adverse
4 Effects of Seroquel." There's animal data, in vitro data, and
5 there's also some human data also cited in here.
6    Q. And what human data do you cite there for the
7 proposition that Seroquel directly caused diabetes in the
8 absence of weight gain?
9    A. It would be the studies that are seeing, without
10 weight gain or -- without changes in -- significant changes in
11 weight in individuals, hyperglycemia or high blood glucose
12 levels, for example. In the case reports, it would be people
13 that develop diabetes with Seroquel but didn't show large
14 amounts of weight gain, and there are some of those as well.
15    Q. But -- I'm sorry. You referred to your report and if
16 you can identify in your report the clinical studies that
17 support the direct effect theory that Seroquel causes diabetes
18 independent of weight that actually studied Seroquel -- you
19 pointed to something. Show me what you pointed to.
20    A. Well, I just -- I was pointing to the section under
21 mechanisms and then I -- I think there's a paragraph that I go
22 through, my causation paragraph, many of the -- many of the
23 studies -- there's some clinical studies and some
24 epidemiological data and things in there that are cited where
25 you don't just have people with diabetes, you have people with

---

467

1 hyperglycemia as well. So, I would refer you to that Paragraph
2 29. Then if you want me to go through here and see if there's
3 any others, I can do that for you real quick.
4    Q. Can I ask you one broader question that might help us
5 move things along? Is it your testimony that any case report
6 where someone takes Seroquel and has diabetes where they don't
7 gain weight is evidence that Seroquel directly causes diabetes?
8    A. It can be evidence, yes. It depends. You have to
9 look at more information on the case report. But certainly if
10 you have a case report where you have discussions of
11 confounding factors, other drugs a person might have been on,
12 family histories collected -- I think there's even a case
13 report where they had a baseline level of glucose tolerance
14 that had been measured, things like that -- I think that you
15 have -- in that individual, you could do a causation assessment
16 on that one person in the case report.
17       But, again, you would never base a causation
18 assessment for Seroquel in general on just one case report.
19    Q. Okay. You mentioned in the discussion of mechanism
20 the Henderson paper that you cite to in your reference
21 materials, correct?
22    A. I said we should pull it. I didn't know if it was
23 directly relevant to the answer I gave you, but I said we
24 should probably pull it.
25    Q. Okay. Let's look for it.

---

468

1       (Plunkett Exhibit No. 34 marked.)
2    Q. (BY MR. BROWN) I just handed you Exhibit No. 34
3 which is Henderson's paper from January 2005 entitled "Glucose
4 Metabolism in Patients With Schizophrenia Treated With Atypical
5 Antipsychotic Agents." You see that?
6    A. Yes.
7    Q. And right below the title, it says "This was a
8 frequently-sampled intravenous glucose tolerance test in
9 minimal model analysis," correct?
10    A. That's what is stated, yes.
11    Q. That's the method that was used to measure glucose
12 here?
13    A. Yes.
14    Q. And this is a study that you thought would have
15 information related to Seroquel, correct?
16    A. Thought it might.
17    Q. Okay.
18    A. And if you look at the discussion of it, they studied
19 olanzapine, clozapine, and risperidone.
20    Q. Okay. And what were the findings? Let's look at the
21 conclusion in the abstract. Says "Both non-obese clozapine-
22 and olanzapine-treated groups displayed significant insulin
23 resistance and impairment of glucose effectiveness compared
24 with risperidone-treated subjects." I read that right?
25    A. Yes, you did.

38 (Pages 465 to 468)

Laura, M. Plunkett, Ph.D., DABT                    October 21, 2008

469

1    Q.  Are you extrapolating the findings from clozapine and
2  olanzapine found by Henderson in 2005 to Seroquel?
3    A.  I'm extrapolating the potential of these findings,
4  yes.  Again, I would never base anything solely on this, but
5  being that if you look at the chemical structure -- which in
6  the Goodman & Gilman chapter I provided you with my discovery,
7  there's -- shows the structure of Seroquel, and Seroquel's
8  structure is closer to olanzapine and clozapine than it is to
9  risperidone.  And I think there's even -- some of the papers in
10  my list talk about chemical -- chemically-similar drugs and
11  they would put quetiapine in with olanzapine and clozapine
12  versus risperidone having a different basic chemical structure.
13    Q.  And the objective of this study was to study the two
14  drugs most clearly implicated, clozapine and olanzapine, with
15  risperidone using a frequently-sampled intravenous glucose
16  tolerance test, correct?
17    A.  That's what the method was, yes.
18    Q.  Is that a good test to assess glucose tolerance,
19  the --
20    A.  It's one that I've seen used before.
21    Q.  Is it particularly sensitive, do you know?
22    A.  Well, I think they claim it is, if you look at the
23  authors.  I think you should ask a diabetologist if he prefers
24  one over the other, but I have seen both used.  And certainly
25  the discussion that they have when they're talking about the

470

1  way it's done indicated to me that it certainly is an
2  appropriate method and sensitive.
3        (Discussion off the record at 1:44 p.m.)
4    Q.  (BY MR. BROWN)  Turn to Page 21, the discussion of
5  the minimal model calculations.  See that first sentence there
6  talked that Henderson studied with respect to clozapine and
7  olanzapine an insulin sensitivity index --
8    A.  Yes.
9    Q.  -- glucose effectiveness index, and an acute insulin
10  response of glucose, correct?
11    A.  Yes.  Those are three of the endpoints they modeled.
12    Q.  And what -- can you define to me what acute insulin
13  response to glucose measure is?
14    A.  I would have to look at this to refresh my memory.  I
15  haven't looked at this in a while.  Do you want me to look?
16    Q.  Do you know it off the top of your head?
17    A.  Not off the top of my head, no.
18    Q.  Okay.  Turn to the next page, 22, and there's a
19  discussion in the right-hand column of glucose metabolism.  And
20  you see that the SI -- which we know is the sensitivity index,
21  the insulin, correct --
22    A.  Yes.
23    Q.  -- differed significantly among groups with subjects
24  treated with clozapine and olanzapine exhibiting significant
25  insulin resistance compared with subjects treated with

471

1  risperidone.  Read that right?
2    A.  Yes, you read it correctly.
3    Q.  Again, Seroquel was not studied, correct?
4    A.  That's correct.
5    Q.  And the authors drew no conclusions regarding
6  Seroquel.
7    A.  Not in this paragraph, they don't.  And I don't
8  remember whether they said anything about SGAs, in general,
9  later on or not.  I'd have to look.
10    Q.  Why do you rely on this paper?
11    A.  I rely on this paper for a number of reasons, and I
12  already talked about it.  Chemical-similarity issue.
13    Q.  Okay.  One.
14    A.  The mechanism issue, in general, for diabetes from
15  drugs that can produce -- can produce it.  We have evidence to
16  indicate that the effects that drugs we know that are
17  associated with diabetic -- diabetogenic effects indeed have
18  some kind of a mechanism that makes sense.  And so that's my
19  reliance on -- particularly on this paper.
20        Now, of course, in my Zyprexa litigation work, I
21  would have relied on it directly for the results it had for
22  olanzapine itself.
23    Q.  Here, you rely on it by extrapolation for the reasons
24  you discussed?
25    A.  And I think a very valid extrapolation, but, yes.

472

1    Q.  Okay.  So, this is a very valid extrapolation.  How
2  did you find this study?
3    A.  I don't remember where it -- I mean, I don't remember
4  how it came through, which search, when.  I can't answer that.
5  I don't know.  I might be able to tell you if I had -- 2005
6  though.  That's an older paper.  I can't tell you.
7    Q.  This -- but this paper, Exhibit 34, would have been
8  found as part of your normal search that you did first for the
9  Zyprexa litigation and then for Seroquel; is that right?
10    A.  Would have definitely been found for my Zyprexa
11  litigation search.  Whether I would have turned it up for
12  Seroquel on its own, I don't know because they didn't test
13  Seroquel.  So, obviously, if I just -- if my searches were
14  limited to querying for "quetiapine" or "Seroquel," it would
15  not necessarily have shown.  I know I had this paper earlier
16  than writing my Canadian report though, when I wrote the
17  Canadian report.
18    Q.  Do you know if Dr. Henderson did other studies like
19  this?
20    A.  Do I have more than one listed?  I don't know.
21    Q.  I don't know.  Take a look at your reference list.
22    A.  I don't have more than one listed.  That doesn't mean
23  I haven't seen another paper.  I don't know.
24    Q.  Dr. Plunkett, you know that Dr. Henderson did a
25  study --

39 (Pages 469 to 472)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

473

1      A. Here's another one in the reference list, by the
2  way --
3      Q. Okay.
4      A. -- from 2001.
5      Q. And what's the title of that paper?
6      A. "Clinical Experience With Insulin Resistance,
7  Diabetic Ketoacidosis, and Type 2 Diabetes in Patients Treated
8  With Atypical Antipsychotic Agents."
9      Q. Did you read that report?
10     A. I don't know. I'd have to see it to tell you. I
11  don't know. It's possible.
12     Q. You mentioned that it was appropriate to -- and valid
13  to extrapolate from Henderson 2005 which dealt with olanzapine
14  and clozapine to Seroquel, correct?
15     A. I believe that it's valid to extrapolate from
16  chemically-similar agents, that's correct.
17          (Plunkett Exhibit No. 35 marked.)
18     Q. (BY MR. BROWN) I'm going to show you what's been
19  marked as 35, Exhibit 35, which is "Glucose Metabolism in
20  Patients With Schizophrenia Treated With Olanzapine and
21  Quetiapine: A Frequently Sampled Intravenous Glucose Tolerance
22  Test and Minimal Model Analysis," done by David Henderson.
23          (Discussion off the record at 1:50 p.m.)
24     Q. (BY MR. BROWN) Dr. Plunkett, this is -- this
25  Henderson paper was published in May of 2006, correct?

474

1      A. Yes.
2      Q. And it was published in the Journal of Clinical
3  Psychiatry, correct?
4      A. Yes.
5      Q. And that's a peer-reviewed journal; is that right?
6      A. I assume it is, yes.
7      Q. And the lead author is Dr. Henderson, right?
8      A. Yes.
9      Q. And it's the same Dr. Henderson who did the study
10  that we discussed as Exhibit 34?
11     A. Yes.
12     Q. And the objective of his study in his May 2006 paper
13  was to look at the effects of quetiapine and olanzapine in
14  schizophrenia patients with respect to glucose and insulin,
15  correct?
16     A. Yes.
17     Q. And look at the objective. In the objective, it says
18  "Clozapine and olanzapine treatment has been associated with
19  insulin resistance in non-obese schizophrenia patients,"
20  correct?
21     A. That's what is stated, yes.
22     Q. And you agree with that, right? We just discussed
23  that in his study, Exhibit 34?
24     A. Yes.
25     Q. And it says "Much less is known regarding other

475

1  agents, such as quetiapine."
2          And do you agree with me that that was true in
3  May 2006, that much less was known regarding quetiapine and its
4  effect on insulin resistance in non-obese patients?
5      A. Well, I don't know about much less is known. I would
6  agree that there were much less studies out there on quetiapine
7  versus clozapine and olanzapine, yes, I would agree.
8      Q. And Dr. Henderson intended to actually address that
9  gap and looked at olanzapine- and quetiapine-treated patients
10  and normal controls on measures of glucose metabolism, correct?
11     A. That's what he states, yes.
12     Q. And he looked at things like we discussed, like the
13  insulin sensitivity index, correct?
14     A. Yes.
15     Q. And he looked at the fasting plasma glucose levels,
16  is that right, of the patients?
17     A. Where are you reading from?
18     Q. Yeah. If you look at Page 1 in the abstract, in the
19  left, in the results section, it talks about the different
20  measures that Dr. Henderson used. See that?
21     A. Yes. I see fasting baseline plasma glucose, yes.
22     Q. And you see insulin sensitivity index? See that?
23     A. Yes.
24     Q. Those are a couple of the measures that were looked
25  at; is that right?

476

1      A. Those were two of the endpoints, yes.
2      Q. All right. Turn to Page 790. If you look at the
3  first column, first full paragraph, Dr. Henderson says,
4  "Clozapine and olanzapine treatment has also been associated
5  with insulin resistance in non-obese schizophrenia patients."
6          Do you see that?
7      A. Yes.
8      Q. And -- and he cites to Cites 22 and 23. 22 is
9  Newcomer 2002 and 23 is Henderson 2000. See that?
10     A. Yes.
11     Q. And then if you look on the next paragraph, says "We
12  confirmed Newcomer's results using frequently-sampled
13  intravenous glucose tolerance tests in 36 relatively lean
14  patients." You see that?
15     A. Yes, I do.
16     Q. And there he's referring to the paper we discussed as
17  Exhibit 34, which is the Henderson '05 paper, correct?
18     A. Yes, that's what he references you back to.
19     Q. Okay. And at the bottom, it says "As a result" --
20  "As a follow-up study, we conducted a cross-sectional
21  comparison of quetiapine- and olanzapine-treated schizophrenia
22  subjects and match controls," using essentially the same
23  approach that he did in 2005 with the olanzapine and clozapine,
24  correct?
25     A. He used two of the -- they used the same testing

**Esquire Deposition Services**      **3401 Louisiana, Suite 300**      **Houston, Texas 70002**
**Phone 713-524-4600**              **Fax 713-524-4951**              **1-800-767-9532**

**Laura, M. Plunkett, Ph.D., DABT**                           **October 21, 2008**

477

1  method and the same method of analysis, it appears, yes.
2      Q.  Turn to the discussion section, Page 795. And you
3  see the first sentence there says "The findings of this study
4  are consistent with the findings in their previous report that
5  non-obese olanzapine-treated patients showed significant
6  insulin resistance" -- and it goes through the different
7  measures -- "compared to normal controls."  You see that?
8      A.  Yes.
9      Q.  In this -- so, Dr. Henderson confirmed his findings
10  in the '05 study by looking at olanzapine here again in '06,
11  correct?
12      A.  He says his results were consistent, that's correct.
13      Q.  Right.  And that's because olanzapine-treated
14  subjects showed a significantly higher fasting glucose
15  concentration than normal controls, which reflects impairment
16  of glucose metabolism, correct?
17      A.  That's his statement in the next sentence, yes.
18      Q.  And quetiapine was studied in this study, unlike the
19  2005 paper, right?
20      A.  This has quetiapine treatment group, that's correct.
21      Q.  And it says "Quetiapine-treated patients did not
22  exhibit insulin resistance compared to our normal controls,"
23  correct?
24      A.  That's what he states, yes.
25      Q.  Now, is it still appropriate to extrapolate the

478

1  findings in the 2005 paper to Seroquel when Dr. Henderson
2  actually did the same study in Seroquel and it came out
3  differently than olanzapine?
4      A.  Well, I never said it was olanzapine.  I'm just
5  saying that -- to me, that the information in the 2005 study --
6  and actually in this study, too, because he did have some
7  statements and some discussion about what he did see with
8  quetiapine -- indicates that they can have some differences.
9  But, you know, again, I don't think it's invalid to use it as
10  I'm using for chemically-similar drugs.
11      Q.  But you would agree with me the findings in Henderson
12  2006 were that quetiapine didn't exhibit insulin resistance
13  compared to controls, correct?
14      A.  I agree that that was the finding in this paper, that
15  is correct.
16      Q.  And the finding of the type in this paper does not
17  support your direct effect theory that Seroquel causes diabetes
18  directly, correct?
19      A.  On -- it -- this particular paper doesn't provide
20  evidence under induction of insulin resistance with quetiapine,
21  that is correct.
22      Q.  Do you cite this paper in your report?
23      A.  No, I don't cite this paper in my report.
24      Q.  Turn to the next page, 796.  Go down to the last
25  sentence of this first -- of the second full paragraph.  It

479

1  says here "Quetiapine subjects did not differ from normal
2  controls on any measure of glucose metabolism."
3      A.  I don't see where you're reading.  I'm sorry.
4      Q.  Sure.
5      A.  Which paragraph?
6      Q.  Second full paragraph, beginning "Quetiapine."
7      A.  "Where quetiapine subjects showed significantly lower
8  activity levels."
9      Q.  Yeah.  Look at the last sentence.  "There was not
10  evidence in this study" -- "quetiapine subjects did not differ
11  from normal controls on any measure of glucose metabolism."
12  That's what Dr. Henderson --
13      A.  That's his statement in this paragraph, yes, I agree.
14      Q.  Okay.  If Seroquel causes diabetes mellitus, isn't it
15  also true that it has to cause increases in blood glucose?
16      A.  It certainly has to -- has to do something to glucose
17  homeostasis, and you would expect it to be a -- some type of a
18  change in blood glucose at some point, yes, that's correct.
19      Q.  And if Seroquel causes diabetes, would it also be
20  true that the longer you stay on the drug, the more likely you
21  are to have an increase in blood glucose or become diabetic?
22      A.  It's possible but not always because it depends
23  upon -- again, part of the problem is we don't know everything
24  in the world that we need to know about how diabetes itself is
25  even caused, let alone how a drug might induce it.  So, there

480

1  are cases where the duration of the treatment could potentially
2  be important; or it may be that if something isn't going to
3  happen in the first six months on the drug, then it's not going
4  to happen with that person no matter how long they take it.
5      Q.  And a fasting glucose level of 126, we've talked
6  about the significance of that, correct?
7      A.  Yes.
8      Q.  And with repeat testing, if you have a couple of
9  readings north of 126, that could constitute a diagnosis of
10  diabetes; is that correct?
11      A.  It could, yes.
12      Q.  Based on your review of literature and your opinions
13  here today, would you expect people who take Seroquel to shift
14  above a fasting reading greater than 126 compared to controls?
15      A.  It's -- certainly we have individuals who have done
16  that.  And whether or not you would see it in every individual
17  and might not see a mean and an average on a group comparison,
18  it's possible you might not.  But it depends on the study, the
19  doses -- depends on the study population you're testing, the
20  doses of the drug you're giving, and the other confounding
21  factors that are in there; but certainly I would expect to be
22  able to see that.  And I think we have seen that if you look
23  at, again, the clinical trial data on Seroquel and some of the
24  epidemiological studies and the case reports.
25      Q.  You mentioned means.  If Seroquel causes diabetes,

41 (Pages 477 to 480)

**Laura, M. Plunkett, Ph.D., DABT**                                      **October 21, 2008**

481

1   you would expect on average there to be a mean increase in
2   glucose if it's across the population, correct?
3        A.   Not necessarily. Not necessarily. Again, it depends
4   upon -- depends upon how you're -- how you're defining your
5   population, how significant the effect is. In other words, if
6   it's increasing the risk of diabetes but it's not increasing it
7   in a hundred percent of the people but it's only increasing the
8   risk in a subset of the people, depending on how large of a
9   population that you dilute that set out with, you may or may
10   not see a change in the mean.
11        So, again, you can make data say anything you
12   want. If you design -- you can design a study that will never
13   show you a finding, just like you can design a study to find a
14   finding. So, you have to really look at the way that the study
15   is designed and the comparisons that are made.
16        Q.   So, it's not a prerequisite that you would see an
17   average increase in blood glucose in order for you to be able
18   to say that a drug causes diabetes. Is that fair?
19        A.   That -- I believe that's correct. I think you have
20   to look at each individual piece of evidence on its own.
21        Q.   What are the daily variations in blood glucose that
22   you've --
23        MR. ALLEN: I've been letting it go for a while.
24   We're kind of getting far afield again. You're actually
25   starting to redepose, as you have been for 45 minutes,

482

1   Dr. Plunkett and you're not talking about new matters.
2        MR. BROWN: Scott, this is my fifth question
3   after Henderson. This a new reference.
4        MR. ALLEN: I'm not making a point here. I
5   think the point will be borne out by the record and I'm just
6   putting you on notice again.
7        MR. BROWN: Okay. I'm on notice.
8        MR. ALLEN: Well, you are on notice and I will
9   take action eventually.
10        MR. BROWN: I'll take action with you, too.
11   Don't get me wrong. Wipe that smirk off of your face.
12        MR. ALLEN: What I'm saying is you're getting
13   towards the end of my rope.
14        MR. BROWN: I'm not worried about that.
15        MR. ALLEN: Well, you need to.
16        MR. BROWN: Got a parking lot out back.
17        Q.   (BY MR. BROWN) What are the daily variations in
18   blood glucose that people experience?
19        A.   In --
20        MR. ALLEN: Is this on any new article?
21        MR. BROWN: Yes.
22        MR. ALLEN: Tell me what article.
23        MR. BROWN: It was on -- it was going to be
24   on -- no. I'm not going to tell you the article. I'm not
25   going to get into that.

483

1        MR. ALLEN: Well, this isn't -- this is just
2   redeposition.
3        MR. BROWN: It's not, Scott.
4        MR. ALLEN: Yes, it is.
5        MR. BROWN: It's not.
6        MR. ALLEN: Yes, it is.
7        MR. BROWN: She relied on clinical trials that
8   we're going to discuss -- 125, 126, and 127 -- and the clinical
9   significance of those findings.
10        MR. ALLEN: Which were disclosed previously.
11        MR. BROWN: No. You didn't bring it with --
12   you're wrong. We weren't alerted to this last time we showed
13   up. It was all news to us when we showed up that day. I'm
14   asking for a little leeway.
15        MR. ALLEN: I'm giving it to you.
16        A.   Could you ask the question again, please?
17        Q.   (BY MR. BROWN) Yes. What is the average variation
18   in blood glucose that someone would experience?
19        A.   I don't know the percentage. I can't give you that.
20   But it does vary depending upon before a meal, after a meal,
21   fasting. I mean, there's a range. The body tries to control
22   it. Most people like to have their blood glucoses under a
23   hundred. But as far as what the normal variation is -- when
24   you eat a meal, your blood glucose is going to go up, and then
25   it's brought back down, but it's controlled within some range

484

1   that you usually like to keep under a hundred.
2        Q.   Yeah. What's that swing in a day?
3        A.   I can't tell you. I'd have to look at the paper to
4   give you what the ranges are specifically.
5        Q.   Is there any value you can identify for me now where
6   a swing in that day would be clinically significant, you'd be,
7   like, "Whoa. We need to do something to arrest this"?
8        MR. ALLEN: What did you say, "be, like, whoa"?
9   I object to the form of the question.
10        A.   I don't think I can answer that question off the top
11   of my head. I mean, I certainly have seen -- in some of the
12   literature that I've reviewed and relied upon, there is
13   discussions in that literature of baseline levels for
14   individuals and responses to normals versus treated folks and
15   responses in -- in healthy individuals versus diabetics, but
16   I'd have to go back and look at what that is. Again, it's -- I
17   can't give you a number off the top of my head.
18        Q.   (BY MR. BROWN) Okay. Do you know what the normal
19   variation is in a fasting blood glucose level?
20        A.   In a percentage, I already told you I can't give you
21   that off the top of my head.
22        Q.   Okay. Have you researched the issue on what the
23   normal variations might be in someone, whether fasting or
24   non-fasting?
25        A.   I have seen that in the papers I have reviewed, but I

42 (Pages 481 to 484)

Laura, M. Plunkett, Ph.D., DABT                                    October 21, 2008

485

1  can't give you those numbers off the top of my head. It's
2  certainly, I believe, also in -- it's potentially in that
3  chapter I've provided you from Harrison's Internal Medicine.
4        (Sotto voce discussion.)
5     Q. (BY MR. BROWN) Based on your review of the
6  scientific literature, would patients who have impaired fasting
7  glucose, as we've defined it -- would they experience greater
8  increases in blood glucose than someone with a normal reading?
9     A. You mean higher excursions?
10    Q. Yes.
11    A. They could -- if they're in an insulin-resistant
12  state, that's very possible, or they may not. Again, it -- I
13  think it depends on the individual.
14    Q. As a population, do you have an opinion whether or
15  not someone who has a fasting -- I'm sorry -- impaired fasting
16  glucose levels would be more likely to experience increases in
17  blood glucose if they took Seroquel?
18    A. I believe that's true. That would go with my issue
19  of exacerbation of diabetes, yes.
20    Q. And would you expect to see an increase in glucose --
21  an average increase in glucose in that population of people
22  with impaired fasting glucose levels taking Seroquel?
23    A. It's possible. Again, depends how you design your
24  study, how the people are included in it, what other factors
25  are controlled for; but, yes, it's possible.

486

1     Q. You looked at Study 125 for this deposition?
2     A. I haven't looked at it since we -- I've looked at it
3  before the last deposition, yes. I haven't looked at it
4  recently.
5     Q. Right. We didn't get a chance to talk about it
6  during your last deposition. I want to talk about it now.
7  What did you review to familiarize yourself with Study 125?
8     A. I need to look at it again in front of me.
9     Q. Okay.
10    A. I didn't bring that with me because it was a big
11  thick folder. It was in --
12    Q. I'll put a statement on the record. In your
13  reference materials, you don't appear to actually rely on
14  anything that's directly related to Study 125. I didn't see a
15  clinical study report for Study 125 or a synopsis. The only
16  thing that I thought might -- you might have reviewed -- and
17  you can correct me -- is the discussion document. I don't
18  know.
19    A. Also, I looked at -- I believe I told you the last
20  time that I had looked at your website and I had looked at
21  Studies 125, 126, and 127 because those were in the discussion
22  document.
23    Q. Okay.
24    A. And then I told you I didn't know what others I had
25  specifically looked at, but I had also looked for some --

487

1  looked at some of the other studies and looked for ones that
2  might have had endpoints that might have measured glucose
3  abnormalities.
4     Q. So, you've looked at the website synopsis, correct?
5     A. I have looked at the website synopsis and then the
6  discussion document, which has a lot of detail on the results
7  of those studies, I mean, because it's an analysis of the data
8  from these three clinical trials. And, again, I didn't bring
9  it with me. I apologize.
10    Q. I think we have copies.
11       MR. BROWN: Let's just mark all three.
12       (Sotto voce discussion.)
13       (Plunkett Exhibit No. 36 marked.)
14       MR. BROWN: Scott, do you want the CSR 125? I
15  don't want to throw that one. It's big.
16       MR. ALLEN: I remember that one.
17    Q. (BY MR. BROWN) Dr. Plunkett, I've handed you
18  Exhibit No. 36, which is the clinical study report for Study
19  125.
20    A. Yes.
21    Q. Do you need help with that?
22    A. Well, it's hard to read. I was going to undo it so I
23  could just flip pages, but I can't get it off.
24       (Discussion off the record at 2:08 p.m.)
25    Q. (BY MR. BROWN) Dr. Plunkett, does that appear to be

488

1  the clinical study report for Study 125?
2     A. Yes, it does.
3     Q. And you also looked at the synopsis -- strike that.
4        You've looked at the synopsis of Study 125 that
5  you got from the AstraZeneca website; is that correct?
6     A. Yes.
7     Q. And I'm going to mark that next as Exhibit No. 37,
8  which is the clinical study report synopsis.
9        (Plunkett Exhibit No. 37 marked.)
10    Q. (BY MR. BROWN) If you look in the upper right-hand
11  corner, in that box, you can usually match up the studies with
12  the information up there. Both --
13    A. Yeah. It's the same study.
14    Q. The same study?
15    A. Yeah. I was just looking --
16    Q. Dr. Plunkett, would you agree that Study 125 was a
17  safety study that looked at glucose metabolism?
18    A. That's the title of the study, yes.
19    Q. And its primary endpoint was looking at area under
20  the curve in the zero- to two-hour time frame using OGTT
21  glucose testing; is that right?
22    A. That was one of the endpoints, yes.
23    Q. Was that the -- what was the primary endpoint, as you
24  understand it, primary --
25    A. Do you want me to define what I think "primary

43 (Pages 485 to 488)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

---

**489**

1  endpoint" means or --
2      Q. Oh, I'm sorry. You said that's one of the endpoints.
3  I'm trying to get you to identify the primary endpoint.
4      A. The primary objective stated has that endpoint, and
5  then there were also secondary objectives as well. That was
6  the point I was trying to make by saying there was a
7  difference -- there was more than one endpoint reported in the
8  study.
9      Q. All right. Let's look at that on Page 3.
10         "The primary objective of Study 125 was to
11  compare the safety and tolerability profile for quetiapine and
12  olanzapine on glucose metabolism in schizophrenia patients by
13  evaluating the change from randomization at 24 weeks in the
14  area under the curve, zero to two hours, and the plasma glucose
15  values following oral glucose tolerance test," correct?
16      A. Yes.
17      Q. Can you turn to Page 159 for me? Look at Table 55.
18  You see that?
19      A. Yes.
20      Q. That's the -- the area under the curve, zero- to
21  two-hour plasma glucose values following OGTT change from
22  randomization in the PAP. You see that?
23      A. Yes.
24      Q. Do you know what PAP stands for?
25      A. I'd have to look again. No. I can't give it off the

---

**490**

1  top of my head.
2      Q. Okay. Do you -- you see that for olanzapine and
3  risperidone, Study 125 shows a statistically significant change
4  in the area under the curve for zero to two hours plasma
5  glucose following OGTT testing, correct?
6      A. I don't know if statistically significant. I was
7  looking at the Table 55.
8      Q. Well, if you look at Figure 2, Figure 2 plots out
9  this finding.
10      A. Yes, I see that. But, again, I don't know whether
11  it's statistically significant or not. I can't answer that. I
12  don't see it reported that way.
13      Q. Well, you see the change for quetiapine in micromoles
14  at 24 weeks was .506. See that?
15      A. Yes, I see that.
16      Q. And you can see it's plotted in Figure 2. And you
17  would agree with me that this finding, the low bound of
18  confidence is negative 13. You see that?
19      A. Yes. Well, negative .13.
20      Q. I'm sorry. Negative .13. Thank you for correcting
21  me.
22         And you would agree with me, looking at Table 55
23  in Figure 2, that the area under the curve in zero to two hours
24  of plasma glucose values using OGTT was not statistically
25  significant for quetiapine, correct?

---

**491**

1      A. I don't understand what you're talking about,
2  "statistically significant." To me, this is a plot of changes
3  from -- changes in area under the curve from baseline. I
4  mean -- I guess I don't understand what you're saying for
5  statistically significant. I don't see that the others are --
6  I don't see that reported for the others either, so --
7      Q. Well, if you look at Figure 2, you can see the range
8  for olanzapine dips below the zero line, correct?
9      A. I would agree with you, yes.
10      Q. And is it -- P value .0480, correct? P value
11  reported in Figure 2?
12      A. Well, the 0.480 is quetiapine as compared to
13  olanzapine.
14      Q. Right.
15      A. I would agree with that, that there -- and that's in
16  Table 56 --
17      Q. Okay.
18      A. -- as well.
19      Q. So, we can agree that the area under the curve in
20  zero to two hours of plasma glucose values were statistically
21  different between olanzapine and quetiapine, correct?
22      A. Right, but apparently not for quetiapine versus
23  risperidone.
24      Q. Right.
25      A. Or for olanzapine versus risperidone.

---

**492**

1      Q. Looking at Table 55 only, Figure 2 as well, are you
2  able to assess whether any of these numbers are statistically
3  significant?
4      A. Looking at the figure alone, no. The --
5      Q. The figure and Table 55.
6      A. 55 and the figure, no. And the reason being is I see
7  the confidence bounds overlap across the -- across the measured
8  values, but you've given the P value down -- the reason I'm
9  asking about the P value is I'm trying to figure out what the P
10  value goes to when I have three graphs to know whether it's
11  comparing -- and then I find that in Table 56. So, when I look
12  at Table 56, I can understand and interpret it.
13      Q. And we established that --
14      A. But I could not interpret it just by looking at the
15  figure.
16      Q. Right. And I understand -- and I think we agreed --
17  that the glucose changes in the area under the curve were
18  statistically different for olanzapine and quetiapine, and
19  that's the .048 that you identified.
20      A. The comparison of those two, correct.
21      Q. Right. Okay. But looking only at Table 55 -- and
22  you can even look at the Figure 2 -- focussing in on quetiapine
23  only for the moment, do you know whether or not that the change
24  in the area under the curve, looking only at quetiapine in
25  Table 55, was statistically significant at 24 weeks or are you

---

**44 (Pages 489 to 492)**

Laura, M. Plunkett, Ph.D., DABT                                    October 21, 2008

493

1  not able to tell that?
2      A. I have to have something to compare it to. So, no, I
3  don't. I don't know which comparison is being reported, so --
4  I mean, I can guess, but I don't know. I mean, I -- again,
5  when I would interpret -- if I was going to interpret these
6  results, I would be reading the text that goes along with the
7  figure and then interpret the data that way. So --
8      Q. Well, the randomization -- this is randomization at
9  24 weeks later. It's baseline at 24 weeks later.
10     A. Yes.
11     Q. That's what's being measured here. And the overall
12 change is .506. So, that's the difference that's being
13 measured. You follow that, right?
14     A. Yes. I understand that.
15     Q. Okay. You asked what the differences were. So, it's
16 from baseline to 24 weeks. And the least square mean change in
17 the area under the curve is 0.506. We have that, right?
18     A. Yes. I understand that. Nanomoles per liter.
19     Q. And then there's a confidence interval given below of
20 negative 0.13 ranging to 1.139.
21     A. Yes.
22     Q. Okay. And using those three numbers, are you able to
23 tell whether or not this finding is statistically significant?
24 It's okay if you don't know.
25     A. From what? I'm -- is what I'm asking you. I mean, I

494

1  would -- I think you're asking a question that you -- that's
2  not how you would ask it if you were interpreting this data.
3  If you were asking me to compare those numbers -- the
4  comparison that's done for looking at statistical significance
5  is comparing the quetiapine result to the olanzapine result,
6  and what I'm saying to you is when I looked here and saw three
7  bars with confidence interval spans and I see P.048, I need to
8  know what the P.048 is, comparing what to what.
9      Q. We we've established --
10     A. Now I see it by looking at Table 56, so --
11     Q. Okay. Go back to 55. Is Table 55 comparing the
12 effects of glucose from the time someone got in the study to 24
13 weeks later?
14     A. It's looking at the area under the curve from zero to
15 two hours one time -- what it is at the start of the study
16 versus what it is at the end of the study, that's correct.
17     Q. That's right. And can you -- when you do that, when
18 you look at those two time frames, are you able to calculate
19 whether the change between what happened when you got into the
20 study in area under the curve in two hours and the measure that
21 you got when you were done with the study is statistically
22 different? Are you able to make that assessment?
23     A. Just by inspecting this graph, I don't think I would
24 do that, no.
25     Q. Okay. Turn to Page 57.

495

1          MR. LASKER: Table?
2      A. 50 --
3      Q. (BY MR. BROWN) I'm sorry. Table 57, Page 153.
4          MR. ALLEN: Five minutes to break.
5      Q. (BY MR. BROWN) Table 57 is the area under the curve
6  for zero- to two-hour plasma glucose values following OGTT
7  developed over time. See that?
8      A. Yes. I see Table 57.
9      Q. Okay. And this is looking at the area under the
10 curve for the plasma glucose values at randomization, Week 12
11 and Week 24. Understand that?
12     A. Yes.
13     Q. Okay. And at Week 12, it looks like Seroquel caused
14 a reduction of 0.4 micromoles in glucose using the -- using
15 OGTT; is that correct?
16     A. The average for the group appears to be negative,
17 yes, I agree with that, a reduction in the area under the
18 curve.
19     Q. Right. And do you think that on average over the
20 course of 12 weeks, Seroquel actually causes a reduction in
21 blood glucose?
22     A. I think the more important component would be to look
23 at individuals compared to their own baselines rather than the
24 mean for the group, but -- there may be some individuals that
25 had a change and some that didn't, so I don't -- I can't answer

496

1  that without looking at the individual data.
2      Q. Are means -- are mean glucose values of any type a
3  valid assessment on whether or not a drug like Seroquel caused
4  a disease like diabetes?
5      A. It can be. Again, it depends upon the upon text of
6  the data. In order to answer that question, you have to look
7  specifically how an individual study was designed, as I talked
8  to you before. I mean, you have to put the findings in context
9  with the way that the study was designed and the way the data
10 is collected.
11     Q. Look at --
12     A. I would expect -- I mean, I would certainly -- if you
13 look down on change at Week 24, you see there was an increase
14 at -- in the -- in that average, and that's more what you would
15 probably expect to see. But it doesn't mean that you didn't
16 see it in some individuals at Week 12, but just not everyone.
17     Q. In looking at the Week 24 results, the -- it looks
18 like an increase in micromoles of 0.366, correct?
19     A. Yes.
20     Q. And that's on average looking at the area under the
21 curve using OGTT, correct?
22     A. That's what's apparently reported here, yes.
23     Q. Can you explain to me or do you have a theory of why
24 there was initially a reduction at Week 12 and then a slight
25 increase at Week 24?

45 (Pages 493 to 496)

Laura, M. Plunkett, Ph.D., DABT                    October 21, 2008

497

1    A.  I'd have to look at the individual data.  That's what
2   I was telling you.  Could be that there were some individuals
3   that were hypersensitive responders or not responders at all
4   and it could be skewing the data one way or the other.  I don't
5   know.
6    Q.  Okay.  You see right below Table 57 there's
7   discussion?  Says at Week 12, "No increase at baseline in the
8   area under the curve from zero to two hours for the plasma
9   glucose values was observed in the quetiapine group in the ITT
10  population," comma, "while on the olanzapine or risperidone
11  groups, the increase from baseline at Week 12 was almost the
12  same as Week 24."  You see that?
13   A.  Yes, I do.
14   Q.  So, if you look at olanzapine and risperidone, it
15  looks like the increases in blood glucose were more consistent,
16  is that fair to say, at Week 12, Week 24?
17   A.  I would agree that the averages are closer; but,
18  again, I don't know if the increases were consistent unless I
19  looked at individual data.
20   Q.  In looking at a clinical study report, do you need to
21  look at the individual patients to understand the study,
22  like -- whether it be 125, 126, 127, or the others?
23   A.  Depends.  If you're trying to dissect out and
24  understand why a value responds the way it does, yes, you would
25  want to look at an individual patient.  If you're just trying

498

1   to understand what the study, as a whole, is telling you, you
2   can look at the study report itself, which is usually a
3   description of the averages; and then from there, make a
4   decision on whether or not you need to look at the individual
5   or the raw data.
6    Q.  So --
7    A.  Certainly, a regulatory agency would look at the
8   individual data.
9    Q.  So, would you -- would you feel comfortable relying
10  on a study that examined population data, like the average
11  glucose values or the frequency of diabetes, based on mean
12  numbers or would you need to look at individual patient's
13  files?
14   A.  Totally depends upon what the study is and what's
15  available to you.  Certainly, there are cases when you would
16  want to look at the individual -- individual data, and most
17  cases you would not.  You'd rely on the averages that you have
18  there.  But when -- if you're trying to ask me to explain why
19  an individual value does this or that, in order to answer that
20  question, obviously I'd have to look at -- to answer that kind
21  of question for you, why that did that in that particular point
22  in time, I would look at the individual data.
23   Q.  Okay.
24   MR. ALLEN:  All right.  We're taking a break.
25   (Recess from 2:23 p.m. to 2:39 p.m.)

499

1    MR. ALLEN:  It is now 2:40 approximately.  I've
2   informed you we will stay no longer than 5:00 o'clock.  It's
3   2:36 actually.
4    MR. BROWN:  And just statement for the record --
5   and we can put it on the record after folks leave -- that I'm
6   not sure I'll be done by 5:00 o'clock.  And if I'm not, we'll
7   leave the deposition open.  I'll put a statement on the record
8   and then Scott can object and we'll deal with it later.
9    MR. ALLEN:  Well, we won't deal with it later.
10  You need to say what you need to say now.  You have had one
11  full day, slightly over seven hours.  We've been here -- again,
12  I would refer you to any deposition that I took in this case.
13  I would promise you the breaks in this deposition are less
14  frequent and less lengthy than any deposition I took.
15   MR. BROWN:  I will agree that the breaks here
16  have been --
17   MR. ALLEN:  Right.
18   MR. BROWN:  -- very well planned and have not
19  been overboard and they've been -- I'm not sure the word you
20  used, but I'll agree with your characterization.
21   MR. ALLEN:  Okay.
22   MR. BROWN:  There's been less breaks in this dep
23  than some that -- for sure, and I appreciate that.
24   MR. ALLEN:  And what I'm saying is you've had
25  ample opportunity -- I'm putting you on notice.  It's 2:37 now.

500

1    MR. BROWN:  You've told me already.
2    MR. ALLEN:  We're leaving at 5:00.  If you have
3   any substantive thing to say at 5:00 o'clock, I'll listen to
4   it; but if not, the deposition will be closed.  We cannot
5   depose this witness ad nauseam.  You've had plenty of time.  I
6   can point to questions that do not relate to any new documents.
7   You've been replowing --
8    MR. BROWN:  I disagree with that.  And, you
9   know, if all the documents -- had them all up front, we might
10  not be in this position right now.
11   MR. ALLEN:  I disagree with that.  You actually
12  said to me after the last deposition if I gave you a few more
13  hours, you thought you'd be done, and now we've been here
14  almost a whole other day.
15   MR. BROWN:  Scott, what you don't realize -- and
16  I'll put a statement on the record now because your comment
17  calls for it -- is that the reference list we got went far
18  beyond the documents that were in the box.  So, it wasn't like
19  you didn't trot out new documents last week.  You did.
20   MR. ALLEN:  I didn't trot out anything.
21   MR. BROWN:  Okay.
22   (Discussion off the record at 2:41 p.m.)
23   Q.  (BY MR. BROWN)  Dr. Plunkett, turn to Page 161 for me
24  of the clinical study report, Table 62.  This is -- Table 62
25  describes patients with shift to higher or to lower category in

46 (Pages 497 to 500)

Laura, M. Plunkett, Ph.D., DABT                    October 21, 2008

501

1  fasting plasma glucose in two-hour -- in two-hour glucose in
2  primary assessment population.  See that?
3     A.  Yes.
4     Q.  And you have three columns for quetiapine,
5  olanzapine, and risperidone?
6     A.  Yes.
7     Q.  And then -- and then what you see described below is
8  that a proportion of patients who shifted from baseline to a
9  higher category in terms of glucose versus those who shifted to
10 a lower category in terms of glucose; is that right?
11    A.  Yes.
12    Q.  And there was two different measures.  One was
13 fasting glucose category, which is defined in the legend, and
14 the other one was the two-hour glucose category.  You see that?
15    A.  Yes.
16    Q.  Okay.  And the categories below, or the legend,
17 describe what I think we've already talked about, which is that
18 folks with normal blood glucoses were defined as 100 milligrams
19 per deciliter.  And I'm doing the math, converting the
20 micromoles.  Do you see that?
21    A.  Yeah.  And I'd have to do the math, but that usually
22 is a fairly normal standard to apply.
23    Q.  Right.  And for the impaired definition in Footnote
24 B, that translates to 100 milligrams per deciliter to 125; and
25 for the high category in Table 62, that's 126 milligrams per

502

1  deciliter or higher.  Is that fair?
2     A.  Yes.
3     Q.  Okay.  Take a look at the very first row, which is
4  proportion of patients with shift to fasting glucose category.
5  And it looks like from baseline, 20.7 patients went into --
6  shifted from one category to the next.  20.7 percent.  I'm
7  sorry.
8     A.  Yeah.  I was going to ask you how you got .7 patient.
9  But that's right, 20.7 percent.
10    Q.  You see that?
11    A.  Yes, I see that.
12    Q.  Okay.  So, 20.7 percent of the patients who took
13 Seroquel shifted from a lower category to a higher category,
14 correct?
15    A.  Yes.
16    Q.  And if you look down two rows, you see the proportion
17 of patients who shifted to lower fasting glucose category, and
18 there you see that 55 percent of patients who took Seroquel
19 actually shifted to a lower category.  You see that?
20    A.  Yes.
21    Q.  So, 55 percent of the patients who took Seroquel
22 actually went from high to impaired or impaired to normal.  Is
23 that fair?
24    A.  Or normal and stayed normal.
25    Q.  Right.  So, it looks like almost a threefold

503

1  difference in the number of people who shifted to a lower
2  category in fasting glucose, correct?
3     A.  Well, I would agree that the percentages of shift to
4  higher is smaller than the percentage that shifted -- is
5  smaller than the percentage that shifted to a -- to a lower.  I
6  would agree with that.  But I think if you look at the data as
7  a whole, what's interesting is that the percentage of
8  quetiapine patients shifting to higher is even higher than the
9  olanzapine patients that shifted to higher, when olanzapine's a
10 drug that we know caused hyperglycemia and -- and abnormalities
11 in glucose.
12    Q.  Do you think that Seroquel causes -- strike that.
13       You've testified already that you think Seroquel
14 causes increases in blood glucose, correct?
15    A.  Yes.  Causes hyperglycemia, yes.
16    Q.  Do you also think that Seroquel causes decreases in
17 blood glucose?
18    A.  I think that there are patients in this study that --
19 where their blood glucose went down.  Are you asking me does it
20 cause hypoglycemia?
21    Q.  No.  I'm not asking you for the clinical definition
22 of hypoglycemia.  I'm saying is it your opinion that Seroquel
23 can also cause decreases in blood glucose?
24    A.  Well, I would say to you there's certainly evidence
25 here that some patients had a shift in their blood glucose

504

1  down.  But, again, the results of the study when you look at
2  the study report that's reported in the labeling and in the
3  discussion document indicate that AstraZeneca looked at the
4  results of the study and said that this study showed
5  patients -- significant proportion of patients were
6  hyperglycemic, so that's why -- that's my use of the study,
7  that it supports my findings related to cause and effect.
8     Q.  Let's take a quick detour here and let me understand
9  that.  You rely on Study 125 to support your opinion that
10 Seroquel causes diabetes?
11    A.  It supports my opinion.  In other words -- I formed
12 my opinion on Seroquel causing diabetes before I saw the
13 results of Study Report 125.
14    Q.  Okay.
15    A.  125 supports my opinions, didn't change it.  In fact,
16 if you look at the labeling, this study and, I think, one of
17 the others -- maybe both of the others -- are described in one
18 of the other non-published documents I provided you, which is
19 the Seroquel data sheet or label --
20    Q.  Okay.
21    A.  -- and it shows that -- it describes this study and
22 talks about a significant proportion of patients having
23 hyperglycemia.
24    Q.  Okay.
25    A.  So -- and we can go through the study.  I'm sure

47 (Pages 501 to 504)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

505

1   there are -- there are numbers in this study that show some
2   people went down or this happened or that. But to me, the
3   importance of this study, as any study, is to look at what did
4   the -- what were the conclusions drawn after the study was
5   done, and these conclusions were drawn by the company itself.
6       Q. Is it your testimony that the company's position is
7   Study 125 shows that Seroquel causes hyperglycemia?
8       A. I believe it does. If you look at the discussion in
9   the labeling itself, it talks about a significant proportion of
10  patients becoming hyperglycemic in the study. So, in those
11  patients, the Seroquel was associated with a hyperglycemic
12  response.
13      Q. And is there any -- first of all, you formed your
14  opinions in this case that Seroquel causes diabetes before you
15  saw Study 125, correct?
16      A. Yes.
17      Q. And you arrived at your opinions that Seroquel causes
18  diabetes before you saw Studies 126 and 127 as well, correct?
19      A. Yes.
20      Q. Take a look back at the Table 62, which is the
21  proportion of patients who shift to a higher fasting plasma
22  category in the two-hour glucose test. You see that? That's
23  the second row down.
24      A. Yes.
25      Q. Says 9.3 percent of patients shifted upward in terms

506

1   of fasting glucose in a two-hour test, 9.3 percent. You see
2   that?
3       A. Yes.
4       Q. And then the very last line, you see the proportion
5   of patients who shifted to lower fasting glucose category based
6   on a two-hour test, and that was 61 percent; is that right?
7       A. Yes.
8       Q. Would you agree with me that this analysis is also
9   evidence that Seroquel causes decreases in blood glucose?
10      A. I think it's data that's -- that shows that in this
11  study blood glucose decreases were seen in some of the
12  individuals in the study, yes.
13      Q. Take a look at Page 172, Dr. Plunkett, 172. There's
14  a section there on metabolic syndrome risk factors. See that?
15      A. Yes.
16      Q. And I guess the way the metabolic syndrome risk
17  factors are defined is consistent with what you might see in
18  literature, that three or more particular types of risk
19  factors; is that right?
20      A. Well, it has -- it has two categories. It has
21  random -- it has at randomization, how many they had, zero,
22  one, two, or greater than three; and then it looks at at the
23  end of treatment, whether they had less than three or greater
24  than or equal to three.
25      Q. When people were randomized and started to take

507

1   Seroquel or one of the other agents, they actually assessed
2   whether or not the different risk factors for metabolic
3   syndrome increased or decreased, correct?
4       A. That's what this indicates, and I just wanted to --
5   very quickly, if you don't mind, I just wanted to look at which
6   ones they looked at. 5576 -- because I don't remember this. I
7   just want to real quickly look at 5576.
8           Okay. That's fine.
9       Q. Okay. And if you turn to Page 173, which is the
10  narrative description of the metabolic syndrome assessment
11  section, look at the very top. It says "Of the patients with
12  less than three risk factors at randomization, 18.8 percent in
13  quetiapine group developed greater than or equal to three risk
14  factors at the end of treatment." You see that?
15      A. Yes.
16      Q. So, they have either stayed the same or got
17  additional metabolic risk factors, 18.8 percent, correct?
18      A. Yes.
19      Q. And it says "On the other hand, 41.2 percent of
20  patients in the quetiapine group who started with three or more
21  risk factors actually ended up with less than three by the end
22  of treatment"; is that right?
23      A. That's what is stated, yes.
24      Q. So, twice as many people who took Seroquel actually
25  had a reduction in the frequency of metabolic syndrome over the

508

1   course of the 24-week study, correct?
2       A. I would say in risk factors, numbers of risk factors.
3   I don't think they're calling it metabolic syndrome here.
4   They're saying -- they're labeling it by more than three or
5   less than three.
6       Q. Okay. So, the metabolic syndrome risk factors got
7   better by a factor of more than double for people who actually
8   took Seroquel, correct?
9       A. They had twice as many percentage of people in the
10  Seroquel group that reduced the number of risk factors from --
11  from three, yes, I would agree with that.
12      Q. Take a look at Study 125. You said it was the
13  company's position -- you thought it was the company's position
14  that Study 125 showed that Seroquel caused hyperglycemia. Did
15  you see that language in the report, in either this report or
16  the synopsis report?
17      A. No. It's in the -- the discussion document and --
18  the discussion documents and then the labeling that was then
19  developed --
20      Q. Okay.
21      A. -- which would be in the -- I think there's a
22  discussion of it in the adverse reaction section of the 2007
23  Seroquel label or -- I think.
24      Q. Okay. Hold on one second. Short-circuit something.
25          (Recess from 2:53 p.m. to 2:54 p.m.)

48 (Pages 505 to 508)

Laura, M. Plunkett, Ph.D., DABT                    October 21, 2008

509

1      MR. ALLEN:  I just want the record to reflect
2   they're taking a break, not me.  Okay.  We ready?
3      MR. BROWN:  Yes, we are, Scott.
4      MR. ALLEN:  Okay.
5      MR. BROWN:  Not sure the record's clear, but I
6   did take a break for about 60 seconds.
7      MR. ALLEN:  Well, how was I to predict how long
8   you'd take a break?
9      Q.  (BY MR. BROWN)  You also reviewed Studies 126 and
10   127?
11      A.  Yes.  I looked at -- well, I looked at the studies
12   online and I saw the summary documents as well that -- I think
13   they're there, and then the --
14      Q.  Discussion document?
15      A.  -- the discussion document which discusses the
16   studies.  And like I said, I believe not both of the studies,
17   one of them, is also described in that 2007 Seroquel labeling.
18      Q.  Okay.  We'll look at that before the end of the day.
19         Did you review the clinical study report for
20   Study 126 and 127?
21      A.  On -- that is available -- whatever's available on
22   the website is what I looked at --
23      Q.  Okay.
24      A.  -- okay?  And I didn't spend a lot of time analyzing
25   the data, but I looked through it to see if it was consistent

510

1   with the description I had seen in that larger SERM discussion
2   document.
3      Q.  Okay.  And did you -- when you looked at the -- we'll
4   call it the 126 and 127 synopsis.  When you looked at the
5   synopsis online, I know you looked at it quickly, but did it
6   confirm your opinion that Seroquel causes diabetes?
7      A.  Well, what I thought was interesting when I looked at
8   it online is actually that some of the discussion in the online
9   document looked different than the way some of the things were
10   described in that S-E-R-M, SERM, discussion document as well,
11   but it --
12      Q.  So, what was --
13      A.  You could tell it was the same study.  I mean, you
14   could see the description, the title.  You know, the studies
15   were the same.  In the SERM document -- if it's okay if I call
16   it that --
17      Q.  Yes.
18      A.  -- the -- there's some -- I guess some interpretive
19   language around the study and some -- I guess they looked
20   across the three studies together at one point, too.  So, I'd
21   have to pull it back out -- and I apologize.  I didn't bring my
22   copy with me, but --
23      MR. ALLEN:  Is this the SERM document you're
24   talking about?
25      THE WITNESS:  Well, that, and then the -- also,

511

1   the large --
2      MR. ALLEN:  I don't have it.
3      THE WITNESS:  Yeah.  I brought it last time and
4   I thought we copied it, but -- it was in the box, I assume,
5   then --
6      MR. ALLEN:  Yeah.
7      THE WITNESS:  -- that you sent to them.
8      Q.  (BY MR. BROWN)  And the --
9      A.  Oh, yes.  I was going to say, this document, too,
10   talks about the studies, which is one, I believe, that's on my
11   list.  Do you want me to tell you --
12      Q.  Can you just identify the date on that document?
13      A.  Oh, I'm sorry.  It's minutes of the SERM, S-E-R-M,
14   for Seroquel on June 8th, 2007.
15      Q.  Okay.  Now, what I want to do though -- you don't
16   need to identify every document that talks about 126 and 127.
17      A.  Okay.
18      Q.  I just want to know aside from the SERM document and
19   the summary and the synopsis you reviewed online for those two
20   studies and the one document you showed, which is meeting
21   minutes of a meeting that happened last year in June, are there
22   any other documents you relied on for the 126 and 127?
23      A.  Well, the labeling description, as I just said, of
24   those documents.  And I'd have to look to see if all three of
25   them were discussed.  I know 125 is discussed and I'm pretty

512

1   sure the other two are listed in there, I think, by study
2   number even.
3      MR. ALLEN:  I don't think it's by study number.
4      THE WITNESS:  All right.  Well --
5      MR. BROWN:  We'll swear you in a minute,
6   Mr. Allen.
7      A.  There's discussion of --
8      MR. ALLEN:  You will?  I guarantee I'll tell the
9   truth.  And it's not listed by study number.  It's left to
10   people's imagination.
11      A.  There's a discussion of clinical data, AstraZeneca
12   clinical data, with endpoints of glucose dysregulation, which
13   looked to me like the same -- similar discussion as in the SERM
14   minutes and then also the discussion document.
15      Q.  (BY MR. BROWN)  Which findings in Studies 126 and 126
16   do you relied upon as support for your opinion that Seroquel
17   causes diabetes?
18      A.  I'd have to look at the documents to tell you that --
19      Q.  Okay.
20      A.  -- because I don't have that.
21      Q.  You know what we can do, Dr. Plunkett, that might
22   make it easier?  We'll mark the discussion document, the June
23   2000 (sic) discussion document.  I know you relied on it and we
24   actually have a copy here, so I'll mark it and make it a part
25   of the record.

49 (Pages 509 to 512)

Laura, M. Plunkett, Ph.D., DABT                    October 21, 2008

                                                   50 (Pages 513 to 516)

Page 513

1   A.  Yes, that look familiar.
2   Q.  I'm going to hand you what's going to be marked as
3   Exhibit 38, which is the June 2007 discussion document entitled
4   "Seroquel and Glucose Dysregulation" authored by Boornazian,
5   B-o -- B-o-o-r-n-a-z-i-a-n, Dr. Jefferies, and Eileen Ming.
6        (Plunkett Exhibit No. 38 marked.)
7   Q.  (BY MR. BROWN)  Dr. Plunkett, unlike Study 125, Study
8   126 and 127 are efficacy studies; is that right?
9   A.  Well, they're titled "Efficacy and Safety."
10  Q.  Okay.
11  A.  126 is.  And, yeah, they're both -- they have safety
12  in it.  Safety was -- they were primarily efficacy studies,
13  from my understanding, but safety endpoints were measured.
14  Q.  Okay.  So, the primary endpoint was efficacy, but the
15  study also looked at safety as well, correct?
16  A.  That's correct.  One was a polar -- they were both
17  bipolar disorder treatment groups.
18  Q.  And you would agree with me that these studies looked
19  at whether Seroquel, in combination with a mood stabilizer,
20  worked better in the -- in long-term treatment of bipolar
21  patients than people taking mood stabilizer alone?
22  A.  Yes.  That was their different treatment groups, that
23  is right.
24  Q.  And the mood stabilizers used in 126 and 127 were
25  lithium and valproate, correct?

Page 514

1   A.  Yes, and they were either alone or together.
2   Q.  And lithium causes weight gain; is that correct?
3   A.  It can, yes.
4   Q.  And valproate causes weight gain as well, correct?
5   A.  Yes.
6   Q.  And lithium, I think you testified before, can cause
7   diabetes as well?
8   A.  Yes.  That's my understanding, yes.
9   Q.  And valproate also causes diabetes; is that correct?
10  A.  I believe that's correct, but -- I don't remember the
11  literature on valproate, but, yes.
12  Q.  And both valproate and lithium, of course, affect
13  glucose levels, correct?
14  A.  They can, yes.
15  Q.  Dr. Plunkett, while you're looking at the document,
16  would you agree with me that Studies 126 and 127 did not find a
17  correlation between weight gain and glucose shifts?
18  A.  I'd have to look.  Sounds correct, but I'm not sure.
19  I'd have to look.  If you want to point me to where --
20  Q.  Yeah.  Page 87.  If you'd turn to Page 87, there's
21  the discussion of the post hoc analysis of Studies 126 and 127.
22  Let me know when you get there.
23  A.  Yes.  I'm at Page 87.
24  Q.  Do you see at the bottom it says there's no -- sorry.
25  Withdrawn.

Page 515

1        If you look at the third paragraph from the
2   bottom, it says "No consistent effect of weight gain was seen
3   on the incidence of fasting glucose greater than 126 milligrams
4   per deciliter in the open-label phase or in either treatment
5   group in the randomization phase."  Then it refers you to Table
6   C15 and Appendix C.  See that?
7   A.  I see that statement, yes.
8   Q.  Says "There's only weak correlation between change in
9   weight and change in fasting blood glucose, and HV1C were
10  observed in the open-label phase or in the randomized phase."
11  See that?
12  A.  Yes, I see with that.
13  Q.  So, would you agree with me that 126 and 127 do not
14  find a correlation between weight gain and glucose levels?
15  A.  Well, they said they found weak correlation, but no
16  consistent effect.  I would say I think you should just state
17  what --
18  Q.  Let me rephrase.  Between changes in weight --
19  there's only weak correlation between fluctuations or changes
20  in weight and glucose levels.  That's what the weak correlation
21  was, correct?
22  A.  That's correct.
23  Q.  And there was no consistent effect of weight gain and
24  fasting blood glucose levels north of 126 in the open-label
25  phase.  See that statement above?

Page 516

1   A.  That's what the statement says, yes.
2   Q.  Do you know what a correlation coefficient is?
3   A.  In general terms, yes.  I'm not a statistician, but
4   it's a number that allows you to determine the strength of an
5   association between two events.  And you'd like to have
6   correlation coefficients that are greater than 50 percent --
7   Q.  50 percent?
8   A.  You'd like to.  I mean, you can have them lower and
9   they can still mean something, but you'd like to have them be
10  higher, if possible.
11  Q.  So, I know you're looking.  I want you to be able to
12  point to me data from 126 and 127 that supports the conclusion
13  Seroquel causes diabetes.
14        Dr. Plunkett, did you review the June 2007
15  discussion document?
16        MR. ALLEN:  Wait a minute.
17        MR. BROWN:  Oh, she's still looking?  I'm sorry.
18  A.  No.  I think I found the section that answers some of
19  your question.
20        MR. ALLEN:  Let's make sure we have a proper
21  question.
22  Q.  (BY MR. BROWN)  Let me rephrase the question.
23        MR. ALLEN:  Because --
24        MR. BROWN:  I'll withdraw my question.
25        MR. ALLEN:  Well, I understand, but this is a --

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

---

517

1  what document are we looking at? What's the specific title?
2  THE WITNESS: This is the discussion document,
3  Seroquel and Glucose Dysregulation, dated June 2007.
4  MR. BROWN: That's what I was asking.
5  MR. ALLEN: That is -- I have it right here in
6  front of me. I think -- I may miss it by a number, but it is
7  almost 400 pages long and you're asking her to look through it
8  for data and then you -- she was doing that, in a 400-page
9  document, and you interrupted and asked another question.
10  MR. BROWN: Well, listen. Call me crazy, but
11  when an expert is going to give her opinion that she's going to
12  base on a document, then I expect her to be able to point to
13  the data.
14  MR. ALLEN: Well, I call you crazy. When you're
15  dealing with this many documents and this much material, I call
16  you crazy.
17  MR. BROWN: Well, Rule 26 differs.
18  MR. ALLEN: I think we've done our best. I'm
19  sure you have a lot of nice things to say -- you're nice when
20  it suits you, but you're not when it doesn't.
21  MR. BROWN: That's not true. I'm always nice,
22  Scott. It was not a personal accusation against you. It was
23  not.
24  MR. ALLEN: We don't have a question --
25  A. I was going to ask you --

---

518

1  Q. (BY MR. BROWN) Let me ask you some backup questions.
2  Before you came to testify last time on October
3  2nd, had you reviewed this -- the SERM discussion document?
4  A. Yes.
5  Q. And did you review it between the last time we met
6  and this time?
7  A. No. I didn't look at it again. I looked at it
8  before the last deposition. I had first saw this discussion
9  document, I believe, in June of 2008.
10  Q. Who provided you the SERM document from June 2007?
11  A. The assistant to Mr. Fibich, Rachel Solis, S-o-l-i-s.
12  Q. Do you know what SERM stands for?
13  A. Safety -- I think it's safety evaluation-something.
14  Q. Review meeting.
15  A. Yeah, that's it.
16  Q. Safety evaluation review meeting. Do you know how
17  many SERMs -- how frequently SERMs were held at AstraZeneca?
18  A. I don't know how frequently. I know that there
19  are -- there are -- they're held with a specific focus usually.
20  You'll usually see them discussing -- and I don't know whether
21  they're monthly or quarterly. I don't know.
22  Q. Have you reviewed any other SERM discussion
23  documents?
24  A. Just the ones that I provided you on my non-published
25  reference list.

---

519

1  Q. Right, related to 2000.
2  Okay. Do you know how many times AstraZeneca
3  convened a SERM meeting looking at Seroquel and glucose?
4  A. I have no idea.
5  Q. Do you know how many times AstraZeneca has convened a
6  SERM to look at Seroquel and any metabolic endpoints?
7  A. I can't answer that. I don't know.
8  Q. Okay. Would you agree where me that the SERM
9  discussion document you're looking at from June 2007 has a
10  discussion of the epidemiology?
11  A. It has some of the epidemiology discussed, yes. I
12  believe that there's a section on that. And, also, I -- there
13  may be a section on case reports. I'm not sure if this one or
14  another one has that.
15  Q. There's a section on case reports; a literature
16  review, if you will?
17  A. There is a section on literature. What I'm saying is
18  I don't remember whether this document or one of -- there's
19  also a summary document written by Dr. Geller that discusses
20  some of the case reports as well.
21  Q. And the SERM 2007 discussion document also includes
22  a, sort of, comprehensive review of the clinical trial data
23  cumulatively; is that correct?
24  A. It describes, yes, clinical trial data; and also, I
25  think, even some of the preclinical data as well possibly.

---

520

1  Q. Right. Have you seen in any of the documents you've
2  looked at more exhaustive discussions of AstraZeneca's clinical
3  trials than the SERM 2007 discussion document?
4  A. Well, this is the only AstraZeneca documents that
5  I've seen that discusses it this way, so I have no idea if
6  there's others and if they're more exhaustive or not. I can't
7  answer that.
8  Q. Well, I mean, compared to the rest of the documents
9  you looked at, is there any other document that you rely upon
10  in your reference list that has a more extensive discussion of
11  Seroquel use clinical trial data than the June 2007 discussion
12  document?
13  A. Well, like I said, this is the only one I have --
14  that I've seen that has this kind of discussion in it. So,
15  since it's the only one I've seen, obviously I couldn't have
16  seen something that was more extensive.
17  Q. And you agree with me the SERM 2007 discussion
18  document has a section on the post-marketing adverse events
19  that have been received by AstraZeneca?
20  A. I don't remember if it does or not. I believe it
21  does, but I'm not sure. Yes, it does.
22  Q. Okay. All right. And you were going to identify for
23  me the data from Studies 126 and 127 that support your
24  conclusion that Seroquel causes diabetes. Want to point me to
25  that?

---

**Esquire Deposition Services**          3401 Louisiana, Suite 300          Houston, Texas 70002
**Phone 713-524-4600**                    Fax 713-524-4951                    1-800-767-9532

Laura, M. Plunkett, Ph.D., DABT                                          October 21, 2008

521

1      A.  Yes.  Well, there's a discussion -- there's a --
2  there's a summary -- like, an executive summary of the document
3  up front.
4      Q.  What page?
5      A.  That's where some of the first description is given.
6  And it starts on Page 10, and also on Page 11 there's some
7  bulleted items.
8      Q.  Okay.
9      A.  And then you have to -- you can go back into the body
10  of the document and find some of the actual data that goes with
11  that.  For example, on Page 88 of the document, there's
12  interpretation and conclusions on diabetes and glucose
13  metabolism lab data that matches up somewhat with this summary
14  document as well.
15      Q.  Okay.
16      A.  So, these are some of the sections.  I don't have my
17  copy with me that I had highlighted.
18      Q.  So, let's go through what just particularly you can
19  identify for me quickly.
20          Well, first of all, would you agree with me that
21  126 and 127 by themselves can't be used to establish the
22  proposition that Seroquel causes diabetes?
23      A.  Not by themselves, that's correct.  You have to have
24  more than that.
25      Q.  And let's look at -- I think at the bottom of Page

522

1  10, you said, begins the discussion.  And the bottom of Page 10
2  talks about, I guess, the study design, looking at the efficacy
3  and safety of quetiapine --
4      A.  Right.
5      Q.  -- to placebo when used in conjunction with mood
6  stabilizers, correct?
7      A.  Yes.
8      Q.  And then it goes on to discuss the, sort of, preplan
9  analysis, correct?
10      A.  Yes.
11      Q.  And then it begins to break out some data.  Let's
12  look at Page 11.  There's three bullet points there.  Are these
13  three of the bullet points you're relying on?
14      A.  Yes.  This is sort of a summary description of some
15  of the data that you can go back and find within the body of
16  the report.
17      Q.  When you look at Page 11, the first bullet point
18  refers to mean glucose increases.  Do you rely on the mean
19  glucose increases reported in Studies 126 and 127 in arriving
20  at your opinion that Seroquel causes diabetes?
21      A.  I rely on the overall results of the study, not
22  necessarily just one individual piece of the study.  And,
23  again, what I rely on most about -- about this study is
24  their -- again, their own interpretation of the data as you
25  read it here.  So, that's why I'm pointing you more to the

523

1  interpretive parts of the document rather than to just one
2  table with one value or picking out individual points that way.
3      Q.  So, you rely on the data and the interpretation of
4  the company by the data (sic)?
5      A.  Yes, exactly, the company itself which interprets the
6  data and talks about differences between quetiapine and others
7  on a variety of measures.  And, of course, on Study 125 -- and
8  I think that's part of what you were pointing out, that this is
9  not just a safety study.  It doesn't have some of the same
10  measures that you can get out of Study 125, but it does have
11  endpoints that are relevant to looking at changes in blood
12  glucose.
13      Q.  You told me earlier that in order to rely on mean
14  increases in blood glucose, you'd have to understand or
15  appreciate the individual patient's -- individual patient
16  variability in glucose.  Remember that?
17      A.  If you want to interpret why one number does what,
18  that's exactly right.
19      Q.  And when you looked at the first bullet point looking
20  at the mean increases in blood glucose in the treated group
21  with Seroquel and placebo group, did you go back and look at
22  the individual patient files?
23      A.  No, not on this.  Again, I relied on the company's
24  own interpretation of their data.
25      Q.  And how did the company interpret this data right

524

1  here?
2      A.  You'd have to read -- you'd just have to read through
3  the sections here.  I mean, I read through the summary and went
4  back and looked at their interpretive section.  To me, the --
5  what it says to me when I read this is that there were changes
6  in glucose measures in these studies that were consistent with
7  the findings that they found in Study 125 as well.
8      Q.  Do you think the increase -- the average increase in
9  blood glucose in Studies 126 and 127 was the same or consistent
10  with the average increases in blood glucose in 125?
11      A.  I didn't do that comparison.  I'd have to go back and
12  look to answer that.  Can't answer that.
13      Q.  Look at the incidence density figure, next bullet
14  point.
15          Before we go there -- I'm sorry, Dr. Plunkett --
16  have you asked to see the underlying patient files in Study 126
17  and 127, or even Study 125?
18      A.  Not at this time.
19      Q.  Looking at Bullet Point 2, the incidence density of a
20  single emergent fasting glucose level --
21      A.  Right, greater than 126 -- which, by the way, would
22  be a diabetic diagnosis -- was higher in patients randomized
23  with quetiapine and mood stabilizer than in patients randomized
24  with placebo and mood stabilizer.
25      Q.  Would a single blood glucose reading greater than 126

52 (Pages 521 to 524)

Laura, M. Plunkett, Ph.D., DABT                                    October 21, 2008

525

1  constitute diabetes, in your opinion?
2      A.  Normally, you would have more than one reading, but
3  I'm just saying 126 is one of those diagnostic criteria for
4  diabetes.
5      Q.  Do you rely on this bullet point for part of your
6  opinion?
7      A.  This bullet point and -- like I said, there's pretty
8  much a summary of -- there's a summary of these trials here
9  that I rely upon.  So, starting on Page 10, these bullet
10  points.  Then also -- there's also a discussion of Trial 125
11  also on this page.  And then I would point you to the -- Page
12  88 --
13      Q.  Okay.
14      A.  -- where there's an interpretation and conclusions on
15  the diabetes and glucose data.
16      Q.  Okay.  Turn to Page 89, which is the end of the, I
17  guess, discussion of 126 and 127.  Says "Given the absence of
18  definitive diagnostic testing for diabetes within the design of
19  these studies, reliable and accurate determination of incidence
20  and risk of diabetes for patients enrolled in these studies is
21  not possible."  Read that right?
22      A.  You read it correct.
23      Q.  And you agree with that characterization of the
24  limitations of interpreting Studies 126 and 127?
25      A.  I would agree that I wouldn't use the results of

526

1  those studies to calculate alone an incident or a risk, that's
2  correct -- that is correct.
3      Q.  Okay.  And if you go back -- you mentioned to me a
4  while ago Study 125, and you thought the company characterized
5  it as showing that Seroquel causes or is associated with
6  hyperglycemia.  Do you remember that testimony?
7      A.  Yes.
8      Q.  Turn to Page 135 for me.
9      A.  Well -- and I point you on Page 89 to a sentence that
10  I think shows that.
11      Q.  Okay.
12      A.  Starts with "However, during the randomized phase, an
13  approximate twofold increase in incidence density of placebo in
14  observations of glucose value of greater than 126 milligrams
15  per deciliter was referred."
16      Q.  I'm sorry.  You're referring there to 126 and 127,
17  correct?  That's the section you're in now?
18      A.  Yes.
19      Q.  Okay.
20      A.  And then what page did you tell me to go to?
21      Q.  Yeah.  I want to go to 125 now.  In Study 125, you
22  had said earlier --
23      A.  Oh, you want me to go to Study 125.
24      Q.  Yeah.  It's Page 135 of the discussion document.
25      A.  Okay.  Yes.  I'm there.

527

1      Q.  Okay.  And this is a summary of Trial 125, glucose
2  metabolism.  You see that?
3      A.  Yes.
4      Q.  By the way, do you know -- are there -- strike that.
5          Looking at the last paragraph, you see five
6  lines up, says "The two-hour glucose in area under the curve
7  for zero- to two-hour data imply that in the olanzapine group
8  and, in a smaller degree, the risperidone group, there may be a
9  trend toward developing an impairment of glucose tolerance not
10  seen in patients who received quetiapine."
11          Read that correctly?
12      A.  Yes, you did.
13      Q.  And that was the finding of Study 125, correct?
14      A.  That was one of the findings one of the pieces of
15  data out of Study 125, that's correct.
16      Q.  And it says "From a clinical point of view" --
17  "clinical" meaning patients, correct?  See the next sentence?
18      A.  Yes, I see that sentence.
19      Q.  -- "the change in two-hour glucose supported by
20  change in area under the curve, zero to two hours, in the
21  olanzapine and possibly risperidone group might indicate a
22  higher risk of diabetes."  I read that correctly?
23      A.  That's what is stated, yes.
24      Q.  And that was not the conclusion with respect to
25  quetiapine, was it?

528

1      A.  Well, they don't mention quetiapine in that sentence,
2  that's correct.
3      Q.  And it doesn't say here that quetiapine -- based on
4  Study 125, quetiapine causes hyperglycemia, does it?
5      A.  Not in that paragraph, that's correct.
6      Q.  Doesn't say anywhere in this section, does it?
7      A.  I don't know.  I'd have to review the section again
8  to answer that question for you.  I don't know.
9      Q.  Well, you said to me earlier that you thought that
10  the company had interpreted Study 125 and you said you relied
11  on this interpretive data --
12      A.  Yes, and I --
13      Q.  -- to conclude that Seroquel causes diabetes.  I'm
14  sorry.  Hyperglycemia.
15      A.  Causes hyperglycemia.  And that's what I kept on --
16  I'm telling you to refer to the labeling.  I believe the study
17  that they're talking about in the labeling is, indeed, that
18  study.
19      Q.  Dr. Plunkett, you can keep reading that.  I'm going
20  to mark one as an exhibit, but that's the same one, so you can
21  keep on reading it.
22      A.  Okay.  That's fine.  I need to find the page.
23          MR. BROWN:  Off the record.
24          (Discussion off the record at 3:21 p.m.)
25          (Plunkett Exhibit No. 39 marked.)

53 (Pages 525 to 528)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

529

1    Q. (BY MR. BROWN) I have marked as Exhibit 39 the
2  Seroquel label from October 2007. Do you see that?
3    A. Yes.
4    Q. This is -- do you know if this is the current format
5  of the Seroquel label?
6    A. I think there's a newer label than this now. I
7  think -- I believe that there is, but I'm not sure.
8    Q. Okay.
9    A. Well, let me put it that way: I believe I saw a
10  notice that there was a change in the labeling in 2008. Now, I
11  don't know whether I've actually seen a new label or not yet,
12  whether it's available. This is the most current one that I
13  have in my files at this point in time.
14    Q. The notice that you may have read on the 2008
15  Seroquel label, did that deal with glucose, do you know?
16    A. I don't know. I can't answer that.
17    Q. All right. You can go ahead and direct me to that
18  point in the label.
19    A. On Page -- well, start -- there's a warning added in
20  this label. Let me find that. It points you back to Page 35,
21  but it starts on Page 14.
22    Q. Okay. So, 14 contains the hyperglycemia and diabetes
23  warning --
24    A. Right.
25    Q. -- that was imposed by the FDA in January of 2004,

530

1  correct?
2    A. Well, this -- this is a change in the labeling though
3  because now if you look at the wording here, they're saying
4  "See adverse reactions." So, there's a change in the labeling.
5    Q. Right.
6    A. But there was a class warning in 2004 and now there's
7  a change in the labeling and -- there's some other documents in
8  the files that indicated that based -- from my understanding of
9  the documents, that based upon these -- this -- these findings
10  in the serum, that there was a change requested within -- the
11  company actually initiated a special changes to be effected --
12    Q. Okay.
13    A. -- change and this -- it's my understanding by the
14  timing of it, this must be it --
15    Q. All right.
16    A. -- because I didn't see anything else before this.
17    Q. Right. So --
18    A. So --
19    Q. -- with the exception of the parenthetical reference,
20  "See adverse reactions," comma, "hyperglycemia," the warning on
21  Pages 14 and 15 are the same warning that was imposed by the
22  FDA in January 2004, with the exception of that parenthetical
23  reference, correct?
24    A. I believe that's correct.
25    Q. Okay. Let's look at the adverse reaction section.

531

1    A. That's on Page 35.
2    Q. Okay.
3    A. And I believe -- third paragraph down there, I think
4  that's referring -- this one is referring to the Trial 125
5  because they're talking about a trial designed to evaluate
6  glycemic status, and that's the only trial that I could find on
7  your website. So, unless there's another trial, that's my
8  guess that's what that is.
9    Q. Okay. Do you think that -- first of all, let's
10  orient folks. This is -- we're in the adverse reaction section
11  under hyperglycemia, correct?
12    A. Yes.
13    Q. And there's three different paragraphs, correct?
14    A. See if there's another one. Hold on.
15        No. There's three paragraphs, yes.
16    Q. Okay. We're talking about Paragraph 3 beginning "In
17  week" -- "In a 24-week trial," correct?
18    A. Yes.
19    Q. And you believe Paragraph 3 described the findings or
20  summarized the findings of Study 125, correct?
21    A. That's my understanding of it, yeah.
22    Q. Okay. And where in there does it say that Seroquel
23  causes hyperglycemia?
24    A. Well, it's what they report. They report that --
25  they report incidence of treatment-emergent challenged glucose

532

1  levels above 200, which would definitely be, quote/unquote, a
2  level that would be considered diabetic and also hyperglycemic.
3    Q. Okay.
4    A. And then the incidence of fasting treatment-emergent
5  blood glucose levels of greater than 126 was 2.6 percent. To
6  me, those levels that they're reporting are clearly
7  hyperglycemic and they're called "treatment emergent." So, to
8  me, they're causing hyperglycemia, the drug is causing
9  hyperglycemia. That's my interpretation of this labeling. If
10  I'm reading it as a pharmacologist, that's how I read this
11  labeling.
12    Q. Okay. So, for someone reading this --
13    A. And --
14    Q. I'm sorry.
15    A. And in addition to being hyperglycemic, the fact that
16  they're -- the fact that the levels they're reporting are
17  greater than 200, greater than 126, they're hyperglycemic to
18  the level that could be considered a diagnosis of diabetes.
19    Q. Okay.
20    A. Or considered diabetic states, I guess.
21    Q. Right.
22    A. Maybe that's a better way to do it because I have the
23  one value.
24    Q. Right. The values -- you don't have repeat values
25  sufficient to diagnose these patients with diabetes, correct?

54 (Pages 529 to 532)

Laura, M. Plunkett, Ph.D., DABT                    October 21, 2008

533

1   A. I'm not a physician to diagnose, but I would -- when
2   I read this as a pharmacologist and toxicologist, this is
3   levels that are consistent with a diabetic state.
4       Q. Do you know if the incidence of treatment-emergent
5   post-glucose challenged of 1.7 is statistically different than
6   2.6?
7       A. Well, I don't think you would compare those two
8   because 1.7 to 2.6 are the levels in the same group, just one's
9   different cutoff, I believe. That's how I read this.
10      Q. Okay. So, let's look at the first one, which is, I
11  guess, post-glucose challenge level greater than 200, the
12  incident rate was 1.7, okay?
13      A. Yes.
14      Q. Okay. Study 125 did not have a placebo-controlled
15  arm, did it?
16      A. I don't think so, no. I'd have to go back and look,
17  but --
18      Q. It looked at risperidone, olanzapine, and quetiapine
19  only; is that correct?
20      A. Yes, that's correct.
21      Q. So, there was no -- there was no group where you
22  measured the frequency of post-glucose challenge levels and
23  compared them to what happened with Seroquel, correct?
24      A. I'm sorry. Repeat that question.
25      Q. Sure. There was -- with Study 125 -- we're talking

534

1   about the Paragraph that describes it here in the label --
2       A. Uh-huh.
3       Q. -- there was no placebo-controlled arm where you
4   could look at the frequency of folks experiencing either a
5   reading of glucose in the random state north of 200 or a
6   fasting reading greater than 126.
7       A. You'd have to take the patient's own baselines, and
8   that's what the comparison was to.
9       Q. Okay.
10      A. So, that's -- it's not an invalid comparison to do
11  that. In fact, that's looking at what -- what happens with the
12  individuals treated with the drugs, and then they could compare
13  that across the drugs.
14      Q. Okay. And would you agree with me that it would be
15  inappropriate to draw conclusions on causation based on studies
16  that do not have a placebo arm?
17      A. I wouldn't do it with -- any study by itself anyway.
18  I mean, you certainly would -- if you're wanting to talk about
19  causation, you'd do what I did, which is to look at the body of
20  evidence, more than just this particular study. Again, this
21  study, 125 -- also, Studies 126 and 127 -- to me, were
22  supportive of my opinions, but they weren't -- obviously, they
23  weren't something that I actually used in my -- in forming my
24  initial opinions on causation for Seroquel.
25      Q. Yeah. You told us that. Is there -- do you think

535

1   that the label that we're looking at in Exhibit 39, an October
2   2007 version, accurately describes the glucose data?
3       A. Well, the problem I had with the data -- so, I guess
4   I can't say that. I don't know whether to tell you -- I guess
5   it doesn't accurately describe it from my viewpoint from the
6   aspect of how you -- what it means, and that's because when I
7   first read this label and I looked at -- under warnings and it
8   says "See adverse reactions," and then I go back and look at
9   it, it was my understanding that I was talking strictly just
10  about hyperglycemia or high blood glucose levels.
11      Then when I see levels that are being reported
12  that are in the -- quote/unquote, the level of the diabetic
13  state, to me then, an accurate description of the data is
14  describing it as that way as well, that, you know, these levels
15  were very high. They weren't just going from 100 to 120. You
16  were going -- you were going two levels that were consistent
17  with diagnostic criteria for diabetes, and that's not conveyed
18  in the description of the of the section to me.
19      Q. Okay.
20      A. Especially being "See" -- especially being that it's
21  a warning and you have to go to adverse reactions to find the
22  data, and I don't -- I wasn't -- to me, that's not the --
23  wouldn't be the most appropriate way to describe the situation
24  at that point in time based on what I know about the literature
25  in 2007.

536

1       Q. Let me ask you this question: Do you think that the
2   warning in October 2007 with the cross-reference and the
3   additional language is inadequate because of the actual
4   description of the data or because of its placement in the
5   label?
6       A. Placement in the label is problematic to me, the way
7   you have to refer back. But, also, I think -- to me, it
8   doesn't convey what the body of the evidence in the literature
9   tells me at that point in time. And I understand it's an
10  accurate -- the numbers -- you can find the numbers in their
11  study that -- so, I'm not quibbling that 1.7 and 2.6 aren't the
12  accurate reflection of what the study said. I just don't agree
13  with the fact of the warning being adequate to convey the
14  seriousness of the -- of the event and the seriousness of the
15  evidence at this point in time that Seroquel can cause
16  diabetes.
17      Q. Okay. Take a look at Page 35, back to the
18  cross-reference. There's a paragraph summary of Study 126 and
19  127. We've talked about some of that.
20      How would you propose the language to be
21  different on that study?
22      A. Now, which is --
23      Q. The first paragraph --
24      A. The first one is 126?
25      Q. Well, the first -- do you know if the first paragraph

55 (Pages 533 to 536)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

537

1   refers to Studies 126 and 127?
2       A.  I assumed -- I'm not sure actually, to tell you,
3   because I didn't do that comparison.
4       Q.  Okay.
5       A.  The one that was easiest for me to pick out was the
6   one which -- 125 because it was obviously glycemic status.
7   That was easy.  But I haven't --
8       Q.  Okay.  Let's focus on that one.  On the one that you
9   know is Study 125, the last paragraph, how would you -- what
10  were the -- what should the language say to be accurate, to
11  provide an accurate warning or a sufficient warning to a
12  doctor?
13      A.  Well, I -- I don't know that you would call a warning
14  accurate.  I think you would call it sufficient possibly,
15  but --
16      Q.  Okay.  Let me try to use your language.  You're
17  right.
18      A.  Because -- I'm not quibbling with the fact -- to me,
19  the accurate should be are the numbers wrong?  Is it really 3.7
20  instead of 1.7?  And I don't see that as an inaccurate --
21      Q.  That's a fair distinction.  I didn't ask you that,
22  but that's a fair distinction.  So, you don't think any of the
23  data in the adverse event section under hyperglycemia is
24  inaccurate, correct?
25      A.  By the numbers that I see, I haven't seen that

538

1   there's an inaccurate transcription of the data, numbers.
2       Q.  Okay.
3           THE REPORTER:  "There's an" --
4           THE WITNESS:  I don't see that there is an
5   inaccurate transcription of the data values reported.
6       Q.  (BY MR. BROWN)  And -- but you think the general
7   import of the section is insufficient to put a doctor on notice
8   that there's a risk of increased blood glucose and
9   hyperglycemia, correct?
10      A.  That's correct.  That's my problem with the section
11  and -- starting with the fact that it's a -- you're warning for
12  hyperglycemia and diabetes.  You actually now have
13  Seroquel-specific data indicating hyperglycemia responses in
14  patients treated after -- with the drug; and in addition to
15  that, hyperglycemic responses that meet a level that could be a
16  diabetic state, and then that's then put into adverse reactions
17  versus being in the warnings where, to me, the warnings should
18  convey that your drug has a risk of diabetes and hyperglycemia,
19  and that doesn't come out to me the way it's cross-referenced
20  and then listed.
21      Q.  Is -- can a company change/alter/modify a class
22  warning?
23      A.  A class warning itself, no, but they certainly
24  could -- as they did a special changes to be effected for this
25  language, they certainly could have change -- have made the

539

1   special changes to be effected a change in the warning section
2   as they would want to convey it about their drug.  That they
3   could do.
4       Q.  So --
5       A.  Now, they -- sure, it's a negotiation with the FDA,
6   but, still, they can make that special changes to be effected
7   as they did in this case.  That's where this language -- at
8   least my understanding of the documents, that's where this
9   language comes from.
10      Q.  Did you have a difficult time finding the
11  hyperglycemia data on in the adverse events section once you
12  saw the cross-reference in the warning?
13      A.  I found the section on hyperglycemia.  No.  I found a
14  section on hyperglycemia.  That wasn't difficult.  But, again,
15  the data isn't just showing hyperglycemia.  It's showing levels
16  that are dangerous levels of blood glucose as well.
17      Q.  And what do you define as dangerous levels of blood
18  glucose?
19      A.  Levels that are, quote/unquote, like a diabetic
20  state, greater than 126 or 200 with the non-fasting.
21      Q.  If you have a fasting glucose -- a single fasting
22  blood glucose of 126, is that diagnostic of diabetes?
23      A.  Not by itself.  That's what I just said.  It's
24  indicative of a diabetic state, but a physician then has to
25  look at the patient as a whole because there could be one

540

1   abhorrent value.
2       Q.  And is a single random blood glucose reading of 200
3   milligrams per deciliter in the absence of symptoms -- is that
4   diagnostic criteria?
5       A.  It could be, it could be, depending upon the
6   physician and what else he sees in the patient.  I don't know
7   that you necessarily have to have clinical signs and symptoms
8   to be able to make that diagnosis.  I know that I have family
9   members who have been diagnosed as Type 2 diabetics without any
10  signs and symptoms and just the blood glucose readings
11  themselves and they're now being treated for diabetes based
12  upon those readings of greater than 126 or greater than 200.
13      Q.  Is it your testimony that -- I know you're not an
14  endocrinologist, you told us, but is it your testimony that a
15  single random glucose value in excess of 200 is sufficient to
16  diagnose diabetes?
17      A.  I think you have to ask a physician that question --
18      Q.  Okay.
19      A.  -- because that's -- certainly a physician -- he
20  would tell you what he thinks is sufficient to make a
21  diagnosis.
22      Q.  Well, I mean, you said that you're concerned about
23  the warning in that there's these dangerously high values that
24  would lead you to conclude the drug could cause diabetes.  Did
25  I paraphrase that correctly?

56 (Pages 537 to 540)

Laura, M. Plunkett, Ph.D., DABT                    October 21, 2008

541

1      A.  Yes.  That's what I believe the data shows me.  And
2   when I see those numbers -- again, I was surprised when I first
3   looked at the numbers the way they were.  I read them as just
4   being, quote/unquote, hyperglycemia and -- because that's the
5   name of the section.  Then I looked at them again and I'm,
6   like, wait a minute.  These levels are indicative of diabetic
7   state.  So, it's not just hyperglycemia.  It's also indicative
8   of a diabetic state.
9      So, I -- you know, I believe that there's a
10   level of -- a level that hasn't been reached in -- in my view,
11   as far as putting out there what the real risks are.
12      Q.  And how would you phrase the language in the warning
13   to sufficiently convey what you think is missing?
14      A.  I have not thought about how I would specifically --
15   I've been asked this before in depositions and I've said, you
16   know, I haven't sat down and rewritten how I would write it.  I
17   would just say -- my answer would be I believe there needs to
18   be something in the warning section, not the adverse reaction
19   section, that conveys that these levels are -- this is a
20   Seroquel-specific effect, not just a class effect, and that the
21   levels that we're seeing produced are hyperglycemic but also
22   levels that are indicative of a diabetic diagnosis.
23      Q.  If a physician reading this label in January 2004 --
24   withdrawn.
25      If a doctor in January of 2004 or January 2005,

542

1   January 2006, any time before this change was made -- if they
2   looked at the label and they saw a warning, you'd agree with me
3   the warning was entitled "Hyperglycemia and Diabetes," correct?
4      A.  Yes.
5      Q.  So, a doctor would see that in the warning section
6   for a Seroquel product beginning in January of '04, correct?
7      A.  If there's -- that would have been on the label,
8   that's correct, the class warning.
9      Q.  And that warning applied also to olanzapine and
10   clozapine, correct, the warning in January 2004?
11      A.  Yes, but I believe that the Zyprexa label has been
12   changed subsequently to be different in the warning section.
13      Q.  Right.  But in January 2004 when the FDA imposed a
14   label change, it applied to at least olanzapine, clozapine,
15   risperidone, and quetiapine, correct?
16      A.  Probably all of them.  It's a class warning, so
17   anything that was on the market in 2004 as a second-generation
18   would have had that warning.
19      Q.  Okay.  And a doctor today, if they picked up the
20   label and they looked at the warning section, they would know
21   there was Seroquel-specific data in the adverse reaction
22   section, correct?
23      MR. ALLEN:  This was all covered in her last
24   deposition.  This was -- I remember.  And so you're retreading
25   ground.  I remember this series of questions.

543

1      MR. BROWN:  Scott, she pulled this out as an
2   example of a document to respond to some questions.  She did.
3   She pointed to this.
4      MR. ALLEN:  But now you're replowing ground you
5   asked last time.  I can promise you I could find you that
6   question almost verbatim in the last deposition.
7      MR. BROWN:  Okay.  Well, stop talking until 5:00
8   o'clock.
9      MR. ALLEN:  No.  You're replowing ground.  I
10   promise you I can find you that question in the last
11   deposition.  I remember.
12      Q.  (BY MR. BROWN)  Do you remember the question I asked
13   you?
14      A.  No.  Could you please repeat it?  I'm sorry.
15      MR. ALLEN:  I'll find it.
16      Q.  (BY MR. BROWN)  Today, if a doctor looked at this
17   label -- someone that prescribes medicine on a daily basis
18   looked at the warning section, they would know there was
19   Seroquel-specific data regarding hyperglycemia and diabetes in
20   the adverse reaction section, correct?
21      A.  They would know they -- that there was a
22   reference to the adverse reaction section; and when you get
23   there, they talk about the Seroquel trials.  But, again, the
24   issue -- the other issue -- the issue I have for Seroquel, just
25   like I had for olanzapine, its litigation -- the issue I have

544

1   is that the weight of the evidence in 2007 shows that there's a
2   differential risk, that it's not just a class effect.
3      And the fact that you have a class warning and
4   doctors see it across the board, they've seen that class
5   warning and the warning looks essentially the same to them
6   across the class, doesn't show them that there's that
7   differential issue.  And just as we talk about in my last
8   deposition, I believe there's some safer alternatives as far as
9   metabolic effect goes, even with those second-generations.
10      So, again, I don't think the warning, as it's
11   stated even here, conveys that to the doctor.  I don't believe
12   it does.  It doesn't show that there's that differential risk
13   for diabetes or the differential risk for metabolic effects, in
14   general, with this drug.  And I would put olanzapine and
15   Risperdal in that -- and clozapine in that equation.  Those
16   four drugs, to me, should have some differential description in
17   their warnings from drugs like ziprasidone and aripiprazole
18   and --
19      Q.  Have you written to the FDA and expressed this
20   opinion?
21      MR. ALLEN:  Okay.  That's argumentative.  Don't
22   answer that.
23      MR. BROWN:  No.  It's a fact question.  She told
24   me --
25      MR. ALLEN:  You and I both -- this is all --

57 (Pages 541 to 544)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

545

1  this is -- all this ground about warning and failure to warn
2  was covered last time. This is based on nothing new. If you
3  have anything to new to ask her about --
4           MR. BROWN: How about 20 company documents?
5           MR. ALLEN: Arthur, I can promise you I can find
6  this in the old deposition. I can find almost the exact --
7           MR. BROWN: Scott, just because I mentioned it
8  and you give me new documents doesn't mean I can't go back.
9  That is --
10          MR. ALLEN: I'm not going to sit here and argue
11 with you now. I'm sitting here -- I'm being patient, and you
12 cannot with a straight face -- you cannot with a straight
13 face -- you can if you want to shave things your way --
14          MR. BROWN: Don't give me this -- I don't want
15 to get into an argument with you. Don't start. Let's just try
16 to finish.
17          MR. ALLEN: No. I'm going to start, if
18 necessary.
19          MR. BROWN: No, you're not.
20          MR. ALLEN: See? Are you going to let me
21 finish?
22          MR. BROWN: You don't want to talk --
23          MR. ALLEN: Yes, I do. You cannot sit here with
24 a straight face and contend that you're not rehashing old
25 ground. You can try to shave it, you can try to argue it, you

546

1  can try to cut around the edges. We're going over old ground.
2  And I can promise you I remember these questions.
3           MR. BROWN: Scott, 74 documents that you didn't
4  produce at this last deposition. So, as far as I'm concerned,
5  there ain't much old ground that I can go over. If it was
6  filed documents, it would be different.
7           MR. ALLEN: Well --
8           MR. BROWN: And I'm not even retreading what I
9  did last time.
10          MR. ALLEN: Yes, you are.
11          MR. BROWN: No, I'm not.
12          MR. ALLEN: I can show you the questions.
13 You're just trying to take advantage now and trying to use that
14 as a tactical advantage and to not cover new ground.
15          MR. BROWN: No, I'm not.
16          MR. ALLEN: Yes, you are.
17          MR. BROWN: No, I'm not. Scott, I'm leaving at
18 5:00 o'clock. I don't want to -- we can argue afterwards. We
19 can yell at each other afterwards.
20          MR. ALLEN: I'm not yelling.
21          MR. BROWN: Let's me just try to go until 5:00
22 o'clock.
23          Q. (BY MR. BROWN) Ready? You've -- you just testified
24 that you think there's differential metabolic risk in the drugs
25 that are covered by the class warning, correct?

547

1           A. Yes.
2           Q. Do you think there should be a rank ordering of
3  metabolic risks in the class label for antipsychotic
4  medications?
5           A. I don't necessarily think there should be a rank
6  order. I think though that certain of the drugs should have a
7  differentiation of their labeling to show that there is a
8  differential risk. And I think that if you look at -- that
9  would be consistent with the description even in the 2004
10 consensus statement by the American Diabetes Association. It
11 would be consistent with the fact that Zyprexa has changed
12 their labeling to make it more clear what -- what the risks are
13 with that drug.
14          Q. Okay.
15          A. So, I mean, that's the best I can tell you. I mean,
16 I think that -- I think that there should be a way for a
17 physician to pick up the labeling for Seroquel and to see that
18 it's not just like ziprasidone, that there's differences in
19 that part of the profile.
20          Q. Okay. And I'm going to ask you a last question
21 before I go off the label, which is: Do you think that there
22 are other warnings for other conditions -- in the labels of
23 antipsychotic medications, do you think there ought to be a
24 differentiation of the other warnings as well?
25          MR. ALLEN: Objection to the form and relevance.

548

1           A. Can you give me an example of what you mean by "other
2  warnings"?
3           Q. (BY MR. BROWN) Sure.
4           A. I mean, there -- there's --
5           Q. I can give you a warning. I'll give you an example.
6  Do you think there are other warnings that, I guess, are class
7  warnings for antipsychotic medications? Agree with that?
8           A. Yes, there are some other statements that you see
9  consistently across -- across the different drugs.
10          Q. And you agree with me that there's differentiation
11 among the frequency of the adverse events covered by those
12 different warnings?
13          A. Well, depends upon -- upon what the warning is for
14 and also what the differentiation -- what kind of data is
15 differentiating. I mean, I think if you just have one study
16 that shows something versus having a body of evidence, there's
17 a different reason to make a change versus not make a change.
18 So, I mean, I -- I haven't -- I couldn't tell you whether or
19 not -- what other part of the warning I would say should be
20 differentially changed at this point in time, but I certainly
21 think it should for this endpoint.
22          Q. Right. You'd be consistent. If there's
23 differentiation in the class related to an adverse event, you
24 think any of those warnings should accurately reflect the
25 differentiation, correct?

58 (Pages 545 to 548)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

549

1    A.  Well, for metabolic effects, I do, yes.  But, again,
2   for other effects, I don't know.  It depends upon what you're
3   talking about.  You have to look at each situation
4   individually.  I certainly believe that, for example,
5   there's -- some people have tried to distinguish.  There's --
6   well, those statements that we showed in the published
7   literature where people made some general statements early on
8   about differences in extrapyramidal side effects, for example;
9   and, yet, now the newer data coming out indicates there really
10   may not be such a difference in that indication depending upon
11   the dose you look at and the comparison group that you do.
12        So, again, if the data is there to make the
13   statements, then, yes, I would say you should put it there.
14   But if the data isn't there, then obviously you wouldn't put
15   those statements in.
16    Q.  One of the studies you mentioned earlier you rely on
17   was the CATIE study, right?
18    A.  Yes.
19    Q.  You said it was an amazing study because it did many
20   things with many people, looked at --
21    A.  It was amazing in the size and the complexity of the
22   study and it was able to be completed, yes.
23    Q.  And you thought it was a well-done study?
24    A.  I thought, in general, it was a well-done study.
25    Q.  Do you have any criticisms of the study?

550

1    A.  I'm sure if I look long enough.  You can always find
2   a criticism of something.
3    Q.  As you sit here today --
4    A.  No.  1 -- in general, no, I don't have any large
5   criticism of the study that I think are fatal flaws or things
6   like that in the study.
7    Q.  Can you summarize the conclusions of the CATIE study
8   for me?
9        MR. ALLEN:  Objection.  Form.  Don't answer that
10   question.  That consider calls for a narrative.  You want to
11   ask for something that you'd like to --
12        MR. BROWN:  You're all of a sudden concerned
13   about the narratives?
14        MR. ALLEN:  Yeah, I am.  I'm all of a sudden
15   concerned with it.  I've given you great leeway, so I'm sitting
16   here -- I'm going to give you -- "Can you summarize the
17   findings?"  That's not a proper question.  If you want to ask
18   her a proper question, you can.
19    Q.  (BY MR. BROWN)  Why do you rely on the CATIE study?
20    A.  I rely on the CATIE study for the publications that
21   have come out of it.  There's a variety of -- I think I cite at
22   least four or five in my reference list, if not more, of
23   analyses that have come out of the study that have looked at a
24   variety of different endpoints and a variety of different parts
25   of the study that can be interpreted and looked at.  There's

551

1   efficacy endpoints that are discussed, there's safety endpoints
2   discussed, comparisons, first-generations verse
3   second-generations.
4        And as far as can I give you a narrative, I
5   would have to go back to my papers and I would say -- point to
6   those papers and pull out -- because to me, there's individual
7   components of the study and the analysis of the overall data
8   that was important to my opinions.
9    Q.  Were there any overall conclusions from the CATIE
10   study in any of the papers you rely on that you can tell me
11   about?
12        MR. ALLEN:  Was CATIE -- let me stop.  Was CATIE
13   not cited in the last --
14        MR. BROWN:  She has several new articles.
15        MR. ALLEN:  Which one do you want to talk about?
16   Because the old CATIE, I know, was cited, and unless you can --
17        MR. BROWN:  Let me ask it.
18    Q.  (BY MR. BROWN)  In the old CATIE that you cited, if
19   you know what that is --
20        MR. ALLEN:  If you want to point out -- if
21   you're asking about a new CATIE reference -- because it's my
22   recollection -- I'll be glad to list them.  Don't interrupt me,
23   Mr. Brown.
24        MR. BROWN:  I am not going to interrupt you.
25   Just finish and I'll respond.

552

1        MR. ALLEN:  Okay.  You show me the CATIE study
2   that you would like to talk about and show me where it was not
3   referenced in a prior report and on the prior reference list --
4        MR. BROWN:  I don't have to show you anything.
5   If you want to shut it down, you can shut it down, but these
6   articles are new and I've only marked new stuff today, except
7   the label that she pointed me to.
8        MR. ALLEN:  And I didn't ask that, Mr. Brown.
9   You were just now fixing to ask about CATIE and we know -- and
10   I can't remember all of them.  I think there's Lieberman,
11   Stroup, McEvoy, Miller --  I can't remember all of them.  If --
12   we know, for example, on Exhibit 19 that she added the Miller
13   and said she reviewed it since then.  But you're not entitled
14   to go back and ask her about the CATIE study, which you have
15   been aware of for -- before it came out and that was on her
16   list.  It was on her previous report.  New ground only.
17        MR. BROWN:  Well, I'm going to mark the
18   articles.  We'll do it by the articles --
19        MR. ALLEN:  Okay.
20        MR. BROWN:  -- but I need to be given leeway to
21   ask general questions about CATIE.
22        MR. ALLEN:  I've given you leeway, but questions
23   like "What are the findings in CATIE," when I can think of --
24   and this is only Scott Allen -- four articles off the top of my
25   head, was overly broad, it's harassing, and it's not necessary.

59 (Pages 549 to 552)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

553

1  MR. BROWN: I'm not even going to acknowledge
2  that, please.
3  MR. ALLEN: Because I'm right.
4  MR. BROWN: You're not right. You just like
5  talking.
6  MR. ALLEN: Yeah. I would like to compare this
7  record to any record of a deposition that I took of your
8  witnesses.
9  MR. BROWN: Mark these, please.
10  (Discussion off the record from 3:50 p.m. to
11  3:51 p.m.)
12  MR. ALLEN: I just asked you a question.
13  MR. BROWN: I just told you about Stroup.
14  MR. ALLEN: No, you didn't.
15  MR. BROWN: I just did. I said I'm not going to
16  mark exhibits --
17  MR. ALLEN: I don't need a lecture.
18  MR. BROWN: You do need a lecture apparently.
19  We've had this conversation about three times.
20  MR. ALLEN: That is rude and I'm -- if you can
21  be rude -- since all of sudden -- wonder why you're being rude
22  now. Because I have asked you politely to stick to new stuff.
23  I asked you a question, "Is Stroup new?"
24  MR. BROWN: This is new.
25  MR. ALLEN: Thank you. That's all I needed.

554

1  (Plunkett Exhibit No. 40 marked.)
2  A. Can I ask you a question? Hold on. Can I ask a
3  question? I don't have a 39?
4  MS. KELLY: 39 was the label.
5  Q. (BY MR. BROWN) The label.
6  MR. ALLEN: Did you take my label and mark it?
7  A. I don't have a label over here in my file.
8  MR. ALLEN: How do we know it's 39? I --
9  MR. BROWN: We marked it.
10  A. I'm just trying to make it so when we get done, I'm
11  not responsible for having walked off with --
12  MR. BROWN: Scott, your label I took, it was the
13  Mullen version and I marked it as part of the exhibit here
14  today. I didn't have a copy. Dr. Plunkett had her own copy.
15  MS. KELLY: It also had a Mullen mark on it.
16  MR. ALLEN: What's that?
17  MS. KELLY: It also had the Mullen sticker on
18  it.
19  MR. BROWN: We just used your copies.
20  Q. (BY MR. BROWN) Dr. Plunkett, I've handed you an
21  article related to the CATIE study done by Dr. Scott Stroup,
22  Exhibit 40. You see that?
23  A. Yes.
24  Q. It's entitled "The Effectiveness of Olanzapine,
25  Quetiapine, Risperidone, and Ziprasidone in Patients With

555

1  Chronic Schizophrenia Following Discontinuation of Previous
2  Atypical Antipsychotics." See that?
3  A. Yes.
4  Q. It was published in the American Journal of
5  Psychiatry in April 2006, correct?
6  A. Yes.
7  Q. And this was one of the several publications you
8  relied upon related to CATIE, correct?
9  A. Yes. And, again, this was one -- if it wasn't on my
10  list last time, it certainly was one I had reviewed and relied
11  upon before my last deposition.
12  Q. Okay.
13  MR. ALLEN: Yes. And the only ones not were
14  Exhibit 19.
15  MR. BROWN: Right. And, unfortunately, there
16  were 74 missing last time we showed up.
17  MR. ALLEN: I didn't say that there wasn't,
18  Mr. Brown.
19  MR. BROWN: Well, you don't need to add in --
20  MR. ALLEN: I just wanted to make clear what the
21  record was.
22  MR. BROWN: She's testifying, not you.
23  MR. ALLEN: You know what? I haven't -- I
24  really -- this offends me, Mr. Brown. Your lawyers interrupted
25  my questioning on a consistent basis, took breaks before the

556

1  hour was up, took at least five, six, seven, eight, nine breaks
2  a day. They talked all over the record. I have been quiet as
3  a mouse and I don't appreciate the reference. It's true. I'll
4  be glad to compare at any time.
5  MR. BROWN: Are you done?
6  MR. ALLEN: Well, I'm done unless you want to
7  make another comment that's unjustified. You think that's
8  funny?
9  MR. BROWN: I do. I do --
10  MR. ALLEN: Okay.
11  MR. BROWN: -- actually.
12  MR. ALLEN: That's good. It's often -- I'll
13  leave it be right now, tough guy.
14  MR. BROWN: What did you say?
15  MR. ALLEN: Trying to be a tough guy.
16  MR. BROWN: You know what? You ought to watch
17  your mouth because I didn't do anything to deserve the little
18  commentary from the peanut gallery. I'm telling you right
19  now -- you're calling me a tough guy on the record?
20  MR. ALLEN: Who's the -- who's in a peanut
21  gallery?
22  MR. BROWN: Let me tell you what.
23  MR. ALLEN: Who's the tough -- who's the peanut
24  gallery?
25  MR. BROWN: We'll talk at 5:00 o'clock. Let me

60 (Pages 553 to 556)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

557

1  finish the deposition. Because you're infusing some personal
2  stuff in this. I wasn't at those depositions that you took. I
3  don't know what happened. We're going to argue from time to
4  time -- that's what we're going to do -- but you just got
5  personal calling me a name on the record.
6         MR. ALLEN: You called -- I disagree that I was
7  the first one to do it. Now I'm the peanut gallery?
8         MR. BROWN: Yeah.
9         MR. ALLEN: Okay. You said "yes"?
10        MR. BROWN: Yeah. Am I a tough guy?
11        MR. ALLEN: Let's just keep going.
12        MR. BROWN: We can go on all day. But, Scott,
13  you know what? It doesn't need to get personal. We can just
14  argue and that's it.
15        Okay. So, we wasted valuable time on this
16  record.
17        MR. ALLEN: We have not wasted valuable time.
18        MR. BROWN: Yes, we have, with all this colloquy
19  that the record will reflect. Let me get back to the
20  questions.
21        MR. ALLEN: We're not -- we're taking a break.
22        MR. BROWN: Scott --
23        MR. ALLEN: We're taking a break.
24        (Recess from 3:55 p.m. to 4:12 p.m.)
25        MR. ALLEN: All right. I've been informed by

558

1  the court reporter -- competent, I am certain -- that we've
2  been 5 hours and 28 minutes. Quite frankly, since I started at
3  9:00 to 4:00, since I was informed of that -- not doubting her
4  abilities, but I just don't remember two hours of breaks.
5        But be that as it may, five hours and a half;
6  the last deposition was 6 hours and 45 minutes. If my
7  calculations are correct, 6 hours and 45 minutes and
8  six-and-a-half is 13 hours and 15 minutes, and I think that's
9  enough time to depose Dr. Plunkett. And, plus, it is now 4:10.
10  We just took about a ten-minute break. So, we're going to go
11  to 5:10, according to my clock, which is supposedly controlled
12  by a master computer somewhere in Greenwich or somewhere on my
13  cell phone. So, we're going to go to 5:10. You can proceed.
14        MR. BROWN: And, of course, I'll do my best to
15  finish by 5:10.
16        MR. ALLEN: Thank you, Mr. Brown. I think we
17  should also say for the record -- I think Mr. Brown will join
18  me -- that he and I had a discussion -- a cordial discussion
19  off the record and I think we've reach accord. "Accord," not
20  "a cord."
21        MR. BROWN: I would concur.
22        Q. (BY MR. BROWN) Dr. Plunkett, before the break, we
23  were talking about Stroup. Recall that?
24        A. Yes.
25        Q. And the Stroup article identified in Exhibit 40 was a

559

1  portion of the CATIE study, that randomized double-blind study
2  comparing olanzapine, quetiapine, risperidone, and ziprasidone
3  in patients who had just discontinued a different
4  antipsychotic, correct?
5        A. Yes.
6        Q. So, in the -- after Phase 1 -- I think Phase 1 lasted
7  up to 18 months for some patients; is that right?
8        A. I don't remember the -- but it was more than a year.
9  It may have been 18 months. I don't remember.
10        Q. Okay. For those people who discontinued, some of
11  those folks were reassigned to another medication, correct?
12        A. That was -- that was part of the protocol, yes.
13        Q. Okay. And see in the method section in the abstract
14  on Page 611, it says "There were 444 patients who discontinued
15  the atypical antipsychotic randomly assigned during Phase 1 of
16  CATIE and then reassigned to a double-blind treatment with a
17  different antipsychotic," correct?
18        A. Yes.
19        Q. And the primary aim here was to look at the
20  differences between these four treatment groups in terms of
21  efficacy, correct?
22        A. Yes, as measured by time until discontinuation.
23        Q. Right. And this study, like other of the CATIE
24  publications, looked at the efficacy and the tolerability of
25  the second-generation antipsychotic studied, correct?

560

1        A. They report on that in here, yes.
2        Q. Let's turn to Page 616 to help clarify where Stroup
3  fits into the CATIE sequence publications, okay? If you look
4  in the results section, first paragraph, it identifies there
5  was 1,052 patients who came out of Phase 1 and were eligible
6  for Phase 2. You see that?
7        A. Yes.
8        Q. And 99 of those patients went into the efficacy
9  pathway, which was Phase 2E, correct?
10        A. That's what it stated, yes.
11        Q. And 444 ended up in this tolerability study done by
12  Stroup, correct?
13        A. Yes.
14        Q. And it's designated, I guess, by Phase T -- 2T. See
15  that?
16        A. Yes.
17        Q. Okay. I want you to go to Table 4 with me. And
18  Table 4 identifies the adverse event information from CATIE
19  Phase 2, correct?
20        A. Yes. I'm sorry. Goes over on two -- can I tear this
21  apart --
22        Q. Yeah.
23        A. -- so I can look across the table?
24        Q. Sure. We'll just reattach it.
25        A. Okay. Yes, it does.

61 (Pages 557 to 560)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

561

1    Q. Okay. And if you look down to the middle of the
2    page, do you see those highlighted bars?
3    A. Yes.
4    Q. Okay. Let's look at Page 620 first. And you see
5    olanzapine, the olanzapine column. See that?
6    A. Yes.
7    Q. And if you look down, in between -- in the middle of
8    Table 4, you see the weight change over the course of treatment
9    listed in pounds per month. See that?
10   A. Yes.
11   Q. And it's also given below that, average weight change
12   over the course of treatment in pounds per month. One's the
13   median, one's the mean, correct?
14   A. Yes. Well, one's the mean -- median, one's the
15   range. Is that where you're -- oh, I'm sorry. Under the bar,
16   yes. I'm sorry. Yes.
17   Q. Okay. So, you see that olanzapine patients in the
18   CATIE study experienced 1.1 pounds -- I'm sorry. Let's look at
19   the mean -- 1.3 pounds on average of weight gain per month,
20   correct?
21   A. Okay. Well, no, that's not over the entire CATIE
22   study. That's in this phase. That's my understanding of the
23   data. So, they would have already been on another drug for a
24   period of time. So, this is from discontinuation until the end
25   of this phase, yes, that's correct.

562

1    Q. And over the course of the -- this Stroup Phase 2T
2    study, olanzapine patients gained 1.3 pounds on average per
3    month, correct?
4    A. Yes.
5    Q. And also -- and is 1.3 pounds per month clinically
6    significant for olanzapine?
7    A. Well, if per month, yeah. That's 12 pounds a year,
8    so that's a significant amount of weight. I mean, it -- I
9    don't know whether or not it meets a clinical definition. If
10   you want to give me a clinical definition, I -- I would
11   consider that a significant amount of weight.
12   Q. But you don't know if it's clinically significant?
13   A. Well, depends what you define as clinically
14   significant. For example, there are people that talk about
15   clinically significant weight gain as being just a couple of
16   pound -- a couple of pounds, and then there can be weight loss
17   changes of just 1 or 2 kilograms being clinically significant
18   when you're looking at weight loss. So, I think you have to
19   depend upon what you're talking about. You need to put context
20   with the statement, I guess is what I'm saying.
21   Q. Is the weight gain reported in Stroup with
22   olanzapine, 1.3 pounds per month, consistent with what you've
23   seen in the literature?
24   A. Well, most the time it's not pounds per month, but
25   it's overall weight gain at the end of a study, and I would say

563

1    that that's consistent with some of the other studies I've
2    seen. I've seen other studies where they've gained 2 to 5
3    kilograms over the course of a study that can go from six weeks
4    to a year. So, it's about right. I mean, that's -- 12 pounds
5    is about 6 kgs, 5 kgs, so that's about right.
6    Q. And also reported in Stroup is the blood glucose
7    levels in both mean and median for olanzapine. You see that,
8    right below the mean weight change?
9    A. Yes, I see that. Under blood chemistry, yes.
10   Q. Right. So, olanzapine reports blood glucose
11   increases on average measured by the mean of 14.8 milligrams
12   per deciliter. You see that?
13   A. Yes.
14   Q. Is that consistent with what you see in the
15   literature regarding olanzapine's ability to increase blood
16   glucose?
17   A. I don't know. That, I'd have to do a comparison. I
18   can't answer that without looking.
19   Q. Okay. Let's flip the page to 621. And is -- look
20   under the column for quetiapine. You see that?
21   A. Yes.
22   Q. And quetiapine patients, in Study 2T, the Stroup
23   paper, there was 95 in total, correct?
24   A. Yes, there were.
25   Q. And weight and glucose levels were also measured for

564

1    quetiapine patients, correct?
2    A. Yes.
3    Q. And the median weight gain reported for quetiapine
4    was zero pounds per month. I read that right?
5    A. Yes. That's what's reported.
6    Q. And the mean weight gain was 0.1 pounds per month.
7    That was the average increase, correct?
8    A. Yes. I'm sorry. Yes.
9    Q. And that's roughly 1 pound a year?
10   A. Yes.
11   Q. That's not clinically significant, is it, 1 pound per
12   year?
13   A. If -- if -- it's not -- it's not a very large number,
14   no. I wouldn't -- wouldn't necessarily be concerned of 1 pound
15   a year. However, that's -- you know, if you look at the range,
16   there were some individuals that gained more, so --
17   Q. What range are you referring to?
18   A. All the ranges -- the range on the median, negative
19   8.3 to 6.1. So, there was -- there was variable in the
20   individuals within the group.
21   Q. Do you think that Seroquel can cause decreases in
22   weight, cause someone to lose weight?
23   A. I don't know if it can cause decreases, no. I think
24   that there would be -- it's possible that there's some people
25   that do lose weight when they're on the drug, but I don't know

**Esquire Deposition Services**       **3401 Louisiana, Suite 300**       **Houston, Texas 70002**
**Phone 713-524-4600**               **Fax 713-524-4951**               **1-800-767-9532**

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

565

1  whether that necessarily a cause and effect. Everything that I
2  have read about the drug indicates that it can increase weight,
3  so --
4      Q. Have you read anything that suggests that Seroquel
5  decreases weight?
6      A. I have not seen any definitive data that says it
7  decreases weight.
8      Q. Okay. In this study, the Stroup study, there were at
9  least one person who lost 8.3 pounds, correct, the range you're
10 referring to?
11     A. That's what it would indicate. Again, I haven't seen
12 the raw data, so I can't answer any more than just to say
13 that's what's reported.
14     Q. Okay. And also examined and reported here are
15 glucose levels, correct?
16     A. Yes.
17     Q. And the -- what was the mean change in glucose for
18 Seroquel?
19     A. .2, minus .2.
20     Q. So, the CATIE study in Phase 2T actually reported a
21 reduction in glucose on average; is that right?
22     A. I would say there's really no change in glucose at
23 that point, but, yes. Because if you look down below, when
24 they've adjusted it for exposure, it's one. So, I would say
25 that they probably saw no significant changes really in blood

567

1      Q. No.
2      A. I have a paper on metabolic abnormalities with the
3  CATIE study, but I -- and I can't remember the senior author on
4  it, but it's in my reference list.
5      Q. And I'm -- I'm not -- let me just -- I know you're
6  going to rely on other papers, but are you also going to rely
7  on this particular paper, Stroup, for the weight and glucose
8  data we just discussed?
9      A. I hadn't at this point in time cited it as evidence
10 for that, no. It doesn't -- but it's certainly I've reviewed,
11 so it's part of my overall opinions.
12     Q. Well, would you agree with me that the findings on
13 weight with respect to Seroquel in the Stroup paper are
14 inconsistent with your opinion that Seroquel causes weight
15 gain?
16     A. I can't -- I don't know if I can answer that or not
17 because the -- there's individuals likely within the study that
18 did cause (sic) weight. I would say that the average response
19 doesn't support that there's a weight gain response in that
20 group under the conditions in this study.
21     Q. And with respect to blood glucose, would you agree
22 with me that in the Stroup study that looked at 444 patients,
23 that the average increase in blood glucose doesn't support your
24 opinion that Seroquel causes diabetes?
25         MR. ALLEN: Objection. Form.

566

1  glucose in that group in that study.
2      Q. Okay. And the mean change in glucose was also 1
3  milligram per deciliter, correct?
4      A. The median.
5      Q. The median, correct.
6      A. Was negative, yes.
7      Q. When you testify at trial regarding the fact that
8  Seroquel causes increases in blood glucose and causes diabetes,
9  will you be relying on the CATIE data on weight and blood
10 glucose?
11     A. I was relying on the studies that I cited
12 specifically in my report. I don't think I cite Stroup in this
13 particular part of the analysis, this second phase. But
14 certainly there are some -- there's a published paper that
15 deals with metabolic effects that I relied upon that may be --
16 is based upon -- may be a different subset of the data or
17 the overall data.
18     Q. Yeah. I don't think I asked a great question.
19         When you testify at trial regarding Seroquel's
20 ability to increase weight or glucose, will you be relying on
21 any of the weight and glucose data contained in this Stroup
22 paper?
23     A. I would refer you to whatever I have cited in my
24 report, for sure, and I -- and I -- and then also I would -- if
25 you want me, I can pull --

568

1      A. Well, they actually looked at 95, not 444, with
2  quetiapine; and I would agree that the average response, as
3  reported, doesn't show a hyperglycemic response in these
4  individuals. But, again, I would refer you to the fact that
5  there are likely individuals within the study that had
6  hyperglycemic responses.
7          MR. ALLEN: If I --
8      Q. (BY MR. BROWN) Would you --
9          MR. ALLEN: If I -- this wasn't the Stroup
10 study. I mean, Stroup didn't do it. This was a Stroup
11 analysis of data, wasn't it, concerning people who had
12 discontinued for any reason and who were -- then went to
13 another study drug? Isn't that what -- as I recall.
14         MR. BROWN: This is --
15         MR. ALLEN: People that discontinued the
16 medication.
17         MR. BROWN: Stroup wrote the paper on Phase 2T,
18 which was Phase 2 tolerability, and this is the paper. So, in
19 the record, if I say "the Stroup study," I'm referring to
20 Exhibit 40 which reports on a randomized double-blind study
21 comparing olanzapine, quetiapine --
22         MR. ALLEN: Okay. I just -- as I recall, it was
23 just an analysis of the people who had already discontinued
24 study medication.
25     Q. (BY MR. BROWN) Okay. You mentioned a few minutes

63 (Pages 565 to 568)

**Laura, M. Plunkett, Ph.D., DABT**                         **October 21, 2008**

569

1  ago that you do recall the fact that you intend to rely on a
2  CATIE publication regarding metabolic syndrome parameters,
3  correct?
4      A.  Yes.
5      Q.  And that's the Meyer paper; is that right?
6      A.  I don't know -- see if that's the title in my
7  reference.
8          Yes, that's one of the papers.  I think there's
9  more than one on CATIE that talks about -- or maybe another one
10  on something else that's similar; but, yes, that one for sure
11  is in my list.
12      Q.  Okay.
13          (Plunkett Exhibit No. 41 marked.)
14      Q.  (BY MR. BROWN)  I'm handing you a paper prepared by
15  the lead author Meyer entitled "Change in metabolic syndrome
16  parameters with antipsychotic treatment in the CATIE
17  Schizophrenia Trial:  Prospective data from phase I."
18          See that?
19      A.  Yes.
20      Q.  And this is -- this appeared or will appear in
21  Schizophrenia Research; is that correct?
22      A.  That's my understanding from what you're showing me,
23  yes.
24      Q.  And you rely on this paper for your opinions here
25  today?

570

1      A.  Yes.
2      Q.  And look at the abstract on Page 2.  Talks about the
3  background of the abstract, correct?
4      A.  There is a statement called "Background," yes.
5      Q.  Says "The metabolic syndrome is associated with
6  increased risk of diabetes mellitus, coronary artery disease,
7  and is highly prevalent in schizophrenia patients."
8          I read that right?
9      A.  Yes, you read it correctly.
10      Q.  And then it says "Given the concerns over metabolic
11  effects of antipsychotic medications, this analysis explored
12  the metabolic syndrome status in outcomes of Phase I of CATIE,"
13  correct?
14      A.  Yes.
15      Q.  Okay.  Turn to Page 2 -- I'm sorry -- Page 3, the
16  methods section.  In the methods section at the beginning, it
17  just summarizes what the CATIE study was, including its primary
18  outcome measure, correct, going on to Page 4?
19      A.  Yes, that's what's described.  And then it also gives
20  in the second paragraph a description of what Phase I would
21  have been, which is what this is an analysis of.
22      Q.  Okay.  So, when we discussed Stroup a few minutes
23  ago, you referred me back to some of the Phase I data.  Meyer,
24  in Exhibit 41, describes some of that, correct?
25      A.  Yes.

571

1      Q.  And it says -- I'm going to read that into the
2  record.  Says "In Phase I, subjects were initially randomized
3  to receive olanzapine, perphenazine, quetiapine, or risperidone
4  under double-blind conditions and follow it up for 18 months,"
5  correct?
6      A.  Yes.
7      Q.  That was sort of a general description of what
8  happened in Phase I, correct?
9      A.  Yes, it is.
10      Q.  Now, I want to go the Table 4 on Page 6.  Table 4
11  reports the proportion of subjects at baseline and then at
12  three months meeting the criteria for the metabolic syndrome.
13  You see that?
14      A.  Yes.
15      Q.  And for olanzapine, it looks like there was almost a
16  10 percent increase between baseline and three months in the
17  percentage of patients who had -- met the criteria for
18  metabolic syndrome.  Read that correctly?
19      A.  There was a statistically significant increase,
20  that's correct.
21      Q.  Right.  And I guess it's almost 10 percent, correct?
22      A.  Yes, a little under ten.
23      Q.  Right.  Quetiapine patients actually went down,
24  didn't they?
25      A.  Well, essentially, it -- just like risperidone, they

572

1  didn't change significantly.  I mean, 37.8 and 37.1 is reported
2  to not be statistically different from each other.
3      Q.  Right.  So, between baseline and three months in the
4  CATIE study, Meyer reports that there was actually a slight
5  reduction, while it's not significant, in the number of
6  patients who met the criteria of metabolic syndrome, correct?
7      A.  Yeah.  And I wouldn't -- again, I wouldn't say
8  there's a slight reduction.  I'd say there's no -- no
9  significant change.
10      Q.  Okay.  Was that essentially the same for
11  perphenazine, looking at Table 4?
12      A.  Yes, for -- perphenazine is essentially the same.
13      Q.  So, for perphenazine -- perphenazine, the number of
14  patients from baseline to -- looking out three months who met
15  the criteria of metabolic syndrome went up less than 1 percent,
16  correct?
17      A.  That's correct.
18      Q.  So, the frequency of patients meeting metabolic
19  syndrome over three months was the same for quetiapine and
20  perphenazine in the Meyer paper?
21      A.  Yes.  And the risperidone also was no change, but the
22  ziprasidone had a statistically significant decrease --
23      Q.  Okay.
24      A.  -- in metabolic syndrome patients.
25      Q.  Take a look at Table 6 with me.  Table 6 reports the

64 (Pages 569 to 572)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

573

1  mean changes in metabolic criteria at the end of Phase 1 visit.
2  You see that?
3      A. Yes, I see that.
4      Q. So, this is a summary of metabolic criteria that was
5  compiled by Meyer from the initial phase of the CATIE study,
6  correct?
7      A. Yes.
8      Q. And let's look at the fasting glucose level. Well,
9  first of all, you can see the mean exposure here was almost ten
10  months for quetiapine, correct?
11     A. I'm looking for the number. I don't see the months,
12  the column where you're looking. I see waist circumference,
13  systolic --
14     Q. Right at the -- right in the top row, see mean
15  exposure in months? See that, right above olanzapine on the
16  left-hand side?
17     A. Yes, I see that.
18     Q. Okay. I might have misheard you. If you look over,
19  you can -- you can see here the mean exposure in months for
20  people in CATIE who were tracked for fasting glucose was 9.9
21  months. Do you see that now?
22     A. Oh, I'm sorry. I thought you were pointing to see
23  where it was quetiapine-specific. I agree with you that
24  they're reporting it just on the -- over all the groups
25  combined. Yes, I see that.

574

1      Q. Okay. Okay. And the fasting glucose that was
2  measured over these ten months or so in Phase 1 of CATIE was
3  reported by Meyer, correct, in Table 6?
4      A. Yes. He reports values for each of the groups.
5      Q. And for olanzapine, the average increase was 4.5
6  milligrams per deciliter?
7      A. Yes. That's reported.
8      Q. Okay. For quetiapine, there was a reduction in blood
9  glucose, wasn't there?
10     A. Says negative 1.8. Yes.
11     Q. That means in the CATIE study, the average effect on
12  glucose caused by Seroquel was a reduction of 1.8 milligrams
13  per deciliter; is that right?
14     A. That's what's reported, yeah. Well, for this phase
15  of the CATIE study, yes, that's what's reported.
16     Q. Okay. Take a look at perphenazine. What's the
17  reduction reported there?
18     A. Negative 1.0.
19     Q. That reduction in blood glucose is actually less than
20  that reported for quetiapine in the CATIE study, correct?
21     A. Well, I don't know that it's statistically different
22  when you look at the standard error around those numbers. For
23  example, both of them have standard errors that are larger than
24  their average, so they would not be statistically different if
25  you were to compare those. That's kind of a rule of thumb.

575

1      Q. Okay. But at least based on the CATIE study,
2  perphenazine doesn't appear to be any better on glucose in
3  Phase 1, is that correct?
4      A. There's no -- I would say that this -- this phase of
5  the study doesn't report that there's a difference in the
6  fasting glucose measurements between those two groups, that
7  would be correct.
8      Q. And you would also agree with me that according to
9  Meyer's analysis of Phase 1 of CATIE, that perphenazine is not
10  better on the metabolic syndrome criteria we discussed in Table
11  4, correct?
12     A. I think we already went through those numbers.
13     Q. But do you agree with that characterization that
14  perphenazine's no better?
15     A. I think they had about the same numbers, that's
16  correct.
17     Q. Dr. Plunkett, I want to show you the Sowell study,
18  S-o-w-e-l-l. You're familiar with that study, right?
19     A. There's two Sowell studies that I have reviewed
20  before.
21     Q. And we'll mark them both.
22     A. I don't know which one you're going to refer to.
23     Q. I'll refer to them as Sowell 2002 and Sowell 2003.
24         (Discussion off the record at 4:37 p.m.)
25         (Plunkett Exhibit Nos. 42 and 43 marked.)

576

1      Q. (BY MR. BROWN) Dr. Plunkett, we've handed you
2  Margaret Sowell's study published in 2002 in the Journal of
3  Endocrinology and Metabolism; is that right?
4      A. Yes.
5      Q. I know you're familiar with this study. You've
6  looked at it before, correct?
7      A. Yes.
8      Q. And you rely on it for your opinions here today?
9      A. To some extent, yes. I mean, it's not -- it
10  doesn't -- doesn't test quetiapine specifically, but it's a
11  study that has been reviewed and I've used it in the issue of
12  chemical analogy with olanzapine, yes.
13     Q. All right. Study 42, which I'm going to refer to as
14  Sowell 2002, this looked at olanzapine and risperidone's effect
15  on insulin secretion, correct?
16     A. Yes. Olanzapine, risperidone, or placebo, yes.
17     Q. And they measured the olanzapine, risperidone, and
18  placebo's effect on insulin secretion by looking at beta cell
19  function; is that right?
20     A. Well, they used a procedure that allows them to look
21  at insulin -- insulin responses after applying a hyperglycemic
22  condition.
23     Q. Clamp?
24     A. Yeah, a clamp procedure, so that they're looking at
25  the ability of the body to respond to the high blood glucose

65 (Pages 573 to 576)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

577

1  level with an insulin response.
2  Q. On Page 2921, in the discussion section, Sowell
3  reports that they use the gold standard in assessing insulin
4  secretory capacity. Would you agree with me the hyperglycemic
5  clamp is the gold standard to look at insulin secretion?
6  A. I would agree that other people call it that, yes. I
7  don't think I've used that term before, but that's because I
8  don't administer these kinds of tests. But I would agree with
9  you it's a well-accepted methodology that you see described in
10  much of the literature.
11  Q. Okay. And the conclusion, if you look at the
12  abstract, reported by Sowell is they found no evidence of
13  treatment of healthy volunteers with olanzapine or risperidone
14  decreased the insulin secretory response to a prolonged
15  hyperglycemic challenge. See that in the abstract on Page 1?
16  A. Yes, that's stated in the abstract.
17  Q. And the conclusion goes on that these results do not
18  support the hypothesis that olanzapine or risperidone directly
19  impair pancreatic beta cell function. See that?
20  A. That's what she states in her -- in her abstract.
21  Q. Did you extrapolate from Exhibit 42, Sowell's 2002
22  study, to Seroquel?
23  A. Well, the thing that you have to understand about
24  this study, in my view, is that if you look at the data at --
25  and the issue of changes from baseline for individuals, there

578

1  are some differences seen; even though the across-mean
2  responses may not show statistically significant changes, that
3  when people are compared to their own baseline, there were some
4  changes in the response.
5  So, when I was -- when I was asked about
6  these -- these papers in my deposition on Zyprexa, I responded
7  that I believe that these studies are not inconsistent with my
8  opinions. It's not ones that I have cited as support for
9  hyperglycemic responses; but, indeed, they're not inconsistent
10  when you look at the issue of comparison of individuals to
11  their own baseline.
12  Q. Did the -- you said there were some other findings in
13  the study.
14  A. Well --
15  Q. Was it blood glucose related?
16  A. No. I said -- I said if you look at the findings
17  related to comparison of individuals for their own baseline,
18  and that -- I think that's consistent -- if you've seen my
19  deposition on Zyprexa, that's one of the discussions. I think
20  I also provided you with a -- in discovery, a PowerPoint
21  presentation I did in New Jersey and I discussed these studies
22  in my PowerPoint and I talk about that issue of baseline
23  changes as well.
24  Q. Do you agree with the conclusion that Sowell arrived
25  at that we just read that, at least according to Sowell, this

579

1  study does not support the hypothesis that olanzapine or
2  risperidone directly impair pancreatic beta cell function?
3  A. I don't necessarily agree or disagree, but I believe
4  that there's other data in there that haven't been discussed.
5  And, again, this is a paper written by Eli Lilly people, so
6  they're going to spin the data the best that they would like to
7  represent it for their drug. So, I'm not surprised that's how
8  they discuss their data.
9  MR. ALLEN: And I'll say for the record, there's
10  a public record on this document in Alaska, I remember, where
11  there was evidence on this point and some subsequent study came
12  out that was discovered, so -- I can't remember the details.
13  I'm actually checking on it now on my Blackberry. Probably
14  won't get the answer today.
15  Q. (BY MR. BROWN) Dr. Plunkett, has there been a study
16  on Seroquel patients using a hyperglycemic clamp in examining
17  Seroquel's effect on pancreatic beta cells?
18  A. There may be. I can't recall. If it isn't cited --
19  it's possible that there was one. I don't know.
20  Q. All right. I'm going to represent that I haven't
21  found a study in your collection you've cited, a study using
22  hyperglycemic clamp in citing beta cell function. As you sit
23  here today, can you think of one?
24  A. I'm saying I can't recall one. But, again, I would
25  refer you to my list. If it's on my list -- that should be on

580

1  my list if I've seen it.
2  Q. If it's not on your list, it doesn't exist or you
3  didn't look at it. Is that fair?
4  A. If it's not on my list, that means I may not have
5  identified it. I'm saying it's possible there's something out
6  there in the literature that I missed. It's always possible.
7  I don't remember seeing one -- I don't recall one as we sit
8  here today.
9  Q. Would it be important to your opinion to look at
10  studies that use this sort of method that Sowell used, the
11  hyperglycemic clamp, and assess beta cell function in patients
12  taking Seroquel? Would that be important to your opinion?
13  A. It could be or couldn't be. It depends on how it was
14  designed, and also it would depend upon whether or not I
15  believe that's the only mechanism whereby this drug could be
16  causing its problems. And as we talk about other mechanisms,
17  there's several ways that the drug could be causing the
18  problems it's causing with blood glucose levels and weight gain
19  and all -- all the other things.
20  Q. But on pancreatic beta cells, you can't think of a
21  study in a human being that demonstrates Seroquel's effect on
22  beta cells?
23  A. I can't recall one as we sit here.
24  Q. Let me show you 42, Exhibit 42, which is the 2003
25  Sowell paper.

66 (Pages 577 to 580)

Laura, M. Plunkett, Ph.D., DABT                                    October 21, 2008

581

1    A.  We've just went over that.
2    Q.  Strike that.  43.
3    A.  Oh, okay.  Sorry.  Okay.
4    Q.  Exhibit 43 is Sowell's paper entitled "Evaluation of
5    Insulin Sensitivity in Healthy Volunteers Treated with
6    Olanzapine, Risperidone, or Placebo:  A Prospective, Randomized
7    Study Using the Two-Step Hyperinsulinemic, Euglycemic Clamp."
8    A.  Yes.  I have that one.
9    Q.  And you also rely on this study for your opinions?
10   A.  It's one I have reviewed.  Again, I don't believe I
11   cite it in my report, but I certainly have reviewed it and
12   discussed it before in my Zyprexa deposition.
13   Q.  And this looked at insulin sensitivity as opposed to
14   insulin secretion, correct, the Sowell study?
15   A.  Yes.
16   Q.  Says "The primary objective of this study was to
17   evaluate insulin sensitivity in healthy subjects treated with
18   olanzapine or risperidone," correct?
19   A.  That's what's stated in the abstract, yes.
20   Q.  And the conclusion, according to the abstract, is:
21   "This study did not demonstrate significant changes in insulin
22   sensitivity in healthy subjects after three weeks of treatment
23   with olanzapine or risperidone," correct?
24   A.  That's what is stated, yes.
25   Q.  Okay.  Do you know if there's any study -- are you

582

1    relying on any study that looked at insulin sensitivity in
2    human beings taking Seroquel using this two-step euglycemic
3    clamp approach?
4    A.  I can't recall one as we sit here.  Doesn't mean it
5    doesn't exist, but I don't recall one.
6    Q.  And if it's not in your materials or cited in your
7    report, you either didn't look at it or doesn't exist, correct?
8    A.  That would be my -- my best answer I can give you.
9        MR. BROWN:  Okay.  Let's go off the record for
10   one second.
11       (Discussion off the record from 4:47 p.m. to
12       4:48 p.m.)
13   Q.  (BY MR. BROWN)  You've testified, I think, that you
14   can't testify to a reasonable degree of scientific certainty
15   which mechanism it is by which Seroquel causes diabetes,
16   correct?
17   A.  I don't know that I've stated it exactly that way,
18   but I would agree with you we can't say specifically which
19   mechanism -- with more than 50 percent certainty, as in
20   reasonable certainty, that which one is the operating
21   mechanism.  And I think I laid that out in my report for you.
22   I told you the evidence for the mechanisms.  And some of the
23   papers we went over today, I -- for example, the Cohen paper
24   talks about some of those mechanisms, the Newcomer talks about
25   some of those mechanisms.

583

1    Q.  I know a lot of papers talk about it, but I want to
2    make sure I understand your opinion.  You don't have an opinion
3    to a reasonable degree of scientific certainty which mechanism
4    it is whereby Seroquel can cause diabetes in the absence of
5    weight gain, correct?
6    A.  I don't have -- I can't tell you the specific
7    molecular mechanism, that's correct.  I can tell you the --
8    what literature is out there that indicates that there are
9    effects that are consistent with its ability to do that.
10   Q.  Can you --
11   A.  But --
12   Q.  I'm sorry.
13   A.  But pointing out with any one individual what the
14   specific mechanism is, I don't think anyone knows that at this
15   point in time.
16   Q.  Can you opine to a reasonable degree of scientific
17   certainty that Seroquel causes diabetes mellitus independent of
18   weight gain?
19   A.  Yes.
20   Q.  You have that opinion to a reasonable degree of
21   scientific certainty?
22   A.  Yes, and that's consistent with my report.
23       (Discussion off the record from 4:49 p.m. to
24       4:50 p.m.)
25   Q.  (BY MR. BROWN)  Last time we met, you identified four

584

1    alternatives that you thought were safer than Seroquel,
2    correct?
3    A.  I don't remember how many.  We did talk about that
4    though.
5    Q.  Okay.  Haloperidol is one of the drugs you identified
6    that, in your opinion, was a safer alternative to Seroquel,
7    correct?
8    A.  Can be a safer alternative, yes.
9    Q.  When you told us that could be a safer alternative,
10   did you mean in all circumstances or in some circumstances?
11   A.  Well, I think in each individual patient, the -- as
12   we talked about also at the last deposition, doctors make a --
13   an individual decision based on who their patients are.
14   Certainly, I believe if you have a patient where you're
15   considering Seroquel versus haloperidol, the evidence I have
16   seen indicates that you can get the same efficacy and you can
17   get a safer metabolic profile, for sure.  And then that
18   combined with the other things that I'm aware of, I would
19   believe it could be a safer alternative for many patients.
20       And I think I also told you that I believe that
21   Seroquel -- I don't believe Seroquel should necessarily be a
22   first-line treatment for most patients.
23   Q.  One of the new papers you cite to discusses
24   haloperidol's ability to cause tardive dyskinesia, the Correll
25   paper.  You remember that paper?

67 (Pages 581 to 584)

Laura, M. Plunkett, Ph.D., DABT                    October 21, 2008

585

1    A.  Correll paper?  I know that's in my list.  We'd have
2    to pull it out again.
3    Q.  Well, we're going to pull it out now.  But as you sit
4    here today, do you agree with me that haloperidol can cause
5    tardive dyskinesia?
6    A.  Yes.  All of the drugs can cause tardive dyskinesia,
7    pretty much.
8    Q.  Would you agree with me that the evidence shows that
9    haloperidol causes tardive dyskinesia more frequently than
10   Seroquel?
11       MR. ALLEN:  Objection.  Form.
12   A.  You'd have to show me the paper.  I know there's some
13   papers that show that it's the same rate, some papers show
14   maybe more, some papers show that different ones are less.
15   So --
16   Q.  (BY MR. BROWN)  Do you have an opinion -- before I
17   show you the paper, do you have an opinion independently
18   without looking at the paper on whether or not haloperidol
19   causes tardive dyskinesia more frequently in patients than
20   Seroquel?
21       MR. ALLEN:  Objection.  Form.  And before I
22   answer --
23   A.  Well, literature that I've looked at so far would
24   indicate that there's -- they have -- they can have a similar
25   profile.

586

1    Q.  (BY MR. BROWN)  Okay.
2    A.  But, again, doesn't mean -- in any one individual
3    patient, you might get a different response.
4       (Plunkett Exhibit No. 44 marked.)
5       MR. ALLEN:  This is 44?
6       THE REPORTER:  Yes.
7       MR. ALLEN:  Thank you.
8    Q.  (BY MR. BROWN)  Okay.  I've handed you Exhibit No.
9    44, which is a paper by Christoph Correll, correct?
10   A.  Yes.
11   Q.  And it's "Lower Risk of Tardive Dyskinesia Associated
12   With Second-Generation Antipsychotics:  A Systematic Review of
13   1-Year Studies," correct?
14   A.  Yes.
15   Q.  Before we look at the paper, have you done a
16   systematic review of the risk of tardive dyskinesia for
17   haloperidol or any of the other safer alternatives you
18   identified last time?
19   A.  I've looked at some of the information and I've
20   certainly look at the labeling across the drugs -- and they all
21   have a class warning for it as well -- but I haven't looked at
22   every study that has necessarily compared that endpoint, no.
23   Q.  You looked at this one for sure though, right?
24   A.  Yes.  I have this one and I have the Miller study,
25   which is a newer one that I have in my list.  I don't know if

587

1    we've talked about it, but it's in my list in Exhibit 19.  And
2    there's some others also that have talked about -- maybe not
3    tardive dyskinesia, but extrapyramidal side effect comparisons
4    across groups.
5    Q.  Okay.  And based on all those pieces of data you've
6    reviewed, you don't believe that Seroquel has a better tardive
7    dyskinesia side effect profile than haloperidol?
8    A.  I think it depends on the dose.  I think that doses
9    of haloperidol that are very, very high, when you make that
10   comparison, it may; but at lower doses of haloperidol, that
11   side effect profile is not necessarily seen.  I think that's
12   consistent -- he may even mention that in here.  I can't
13   remember -- one or two of these papers in here in my list talk
14   about that particular issue about dose comparison being
15   important.  I know the Miller study talks about that.
16   Q.  Well, let's look at what Correll actually concluded.
17   First of all, look at the first paragraph.  Says "Tardive
18   dyskinesia is a socially stigmatizing and potentially
19   irreversible long-term adverse effect of treatment with
20   first-generation antipsychotic medications that has been linked
21   to poor quality of life, increased medical morbidity and
22   mortality."  See that?
23   A.  Yes, I see that.
24   Q.  Do you agree with those characterizations of tardive
25   dyskinesia?

588

1    A.  I would agree with the characterizations of the
2    problem with the effect, yes, but I would say that it's also
3    been seen with second-generation medications as well.
4    Q.  And you agree with me that tardive dyskinesia
5    increases medical morbidity and mortality, correct?
6    A.  It can, yes.
7    Q.  It can lead to death, correct?
8    A.  It can.
9    Q.  Turn to -- well, first of all, look at the objective
10   at the top.  Says "Based on the lower rates of acute
11   extrapyramidal side effects associated with second-generation
12   antipsychotics compared to first-generations and based on
13   preliminary data, second-generations are expected to cause less
14   tardive dyskinesia than first-generation antipsychotics," and
15   it's -- and then -- did I read that right?
16   A.  I'm still trying to find where you are.  I'm sorry.
17   Q.  The objective.
18   A.  Objective.  Okay.  I see that.  I'm sorry.  I see
19   that, yes.  I --
20   Q.  And Correll's point was he wanted to test the
21   hypothesis, so he examined it in a systematic review of studies
22   involving open or controlled treatment with any
23   second-generation antipsychotic, correct?
24   A.  Yeah.  Well, that's what he was attempting to do with
25   his review, yes.

68 (Pages 585 to 588)

Laura, M. Plunkett, Ph.D., DABT                                    October 21, 2008

---

589

1  Q. Okay. And he has a section on Page 419 designated to
2  major findings, doesn't he?
3  A. I'm sorry. Four --
4  Q. 419.
5  A. Yes. He has a discussion, yes.
6  Q. Okay. And he looked at, I think, eleven long-term
7  studies, correct?
8  A. He did, yes.
9  Q. And -- involving 2,769 patients, correct?
10  A. That's what he states, yes.
11  Q. And it says "The major finding of the systematic
12  review of these patients supports the expectation that
13  second-generation antipsychotic agents have a reduced risk for
14  tardive dyskinesia compared to conventional antipsychotics."
15  See that?
16  A. Yes, I see that.
17  Q. Okay. And he actually, in the next paragraph,
18  provides an incidence rate. See that?
19  A. I see that.
20  Q. And would you agree with me that looking at the six
21  studies involving almost 2,000 adults, the weighted mean annual
22  tardive dyskinesia incidence for second-generations was 0.8
23  percent?
24  A. I'm going to have to look at the data to answer that
25  question. I don't know. He states that. I'll agree that's

---

590

1  what he has stated.
2  Q. Do you not believe that characterization?
3  A. I'm not saying I didn't believe it. You said, "Is
4  that correct?" and if I want to know if it's correct, I have to
5  look for the number. I'm telling you I believe that that is
6  what he's stated, yes.
7  Q. Okay. Then he also calculated a mean annual tardive
8  dyskinesia risk, right, for haloperidol, if you look down about
9  eight lines?
10  A. Yes.
11  Q. And Correll reports an incidence of 5.4 percent for
12  haloperidol in the three studies he looked at where it was used
13  as a comparator, correct?
14  A. Yes.
15  Q. So, at least according to Correll's analysis, it
16  would appear as though haloperidol had a fivefold increased
17  risk of tardive dyskinesia compared to second-generation
18  antipsychotics, correct?
19  A. I would agree that's what he has stated in his paper,
20  yes.
21  Q. And did you consider this differential in tardive
22  dyskinesia incidence in arriving at your opinion that
23  haloperidol's a safer alternative to Seroquel?
24  A. Yes.
25  Q. Look up to the top where it says -- the top of the

---

591

1  right-hand column on 419, it says their findings -- Correll's
2  findings were true for children, adults, and particularly
3  vulnerable elderly population. See that?
4  A. Yes.
5  Q. And do you have any reason to disagree with that
6  characterization?
7  A. I have no reason to agree or disagree.
8  Q. Since we met last time, have you reviewed the side
9  effect profiles in any more detail for ziprasidone -- well, let
10  me use the right -- words I can pronounce -- Geodon and
11  Abilify?
12  A. As they relate to one or two of the papers in my new
13  section, yes. As far as what he's saying, looking at labeling,
14  I haven't gone and pulled labeling, no.
15  Q. Right.
16  A. But certainly there is a -- I think the Miller paper
17  and I think -- I don't know if all of those -- I think one of
18  those two that you mentioned is in there, if not both. I'm not
19  sure. I'd have to look. Do you want me to pull that out?
20  Q. Well, let me ask you this question beforehand. You
21  might not need to pull it out. You told me last time that you
22  hadn't done a systematic review of the side effect profiles of
23  the four drugs you identified as a safer alternative, correct?
24  A. Every side effect and everything, that's correct.
25  Q. Have you done any work between the time you testified

---

592

1  last time and today looking at the side effect profiles; not of
2  Seroquel, but of these so-called safer alternatives?
3  A. Only in the relation to the literature that I have
4  reviewed.
5  Q. Okay. You didn't sit down at your computer and
6  search for side effect profile of any of the four drugs you
7  identified for me on October 2nd and do sort of a similar
8  analysis as you did with Seroquel, correct?
9  A. Well, I had -- I guess I -- before my last -- before
10  my first deposition a couple of weeks ago -- I don't know
11  whether we discussed this. I mean, I have looked at the
12  general labeling for all of those drugs that we -- of the four
13  that we're discussing.
14  And to me, the ones that jump out, you have a
15  couple of -- like, you have agranular cytosis that you've got
16  to worry about with clozapine, for example. That's kind of
17  unique issue that those patient profiles have to deal with.
18  But haloperidol, perphenazine, Abilify, Geodon, those ones that
19  I have looked at in the past, the issues that I would be most
20  concerned with would be looking at the metabolic profile versus
21  the extrapyramidal side effects.
22  And so some of the studies that have come out
23  recently, obviously, have addressed that issue and so I would
24  rely on what those studies have done, what those studies have
25  shown me and some of the discussion; but I haven't gone to pull

---

69 (Pages 589 to 592)

Laura, M. Plunkett, Ph.D., DABT                          October 21, 2008

593

1 every clinical study or every clinical trial that resulted from
2 the literature on each of those drugs individually, no.
3    Q.  I'm going to ask you about some company documents in
4 a minute, but I want to ask you this question before I do:  Are
5 there any side effects of any of the drugs you identified as a
6 safer alternative that you think are more dangerous or harmful
7 to a patient than diabetes?
8    A.  I think it's -- that's kind of a subjective -- that
9 would be a subjective answer.  In my opinion, diabetes is an
10 issue because -- is one of the most important, and that's just
11 because of the fact that it can lead to so many other
12 life-threatening -- life-threatening changes, like stroke,
13 heart attacks, can also cause blindness.  And, I mean, I've
14 seen that happen in some of my family members that have
15 diabetes.
16        So, I would say to you I think it's probably
17 something that can't be controlled necessarily in the same way
18 as you can -- some of the extrapyramidal effects, you can give
19 anticholinergic medications, different things to help control
20 the side effects and you can switch to another drug if that
21 becomes a problem.  But since diabetes can go unnoticed for a
22 period of time, I find that to be more of a problematic --
23 especially since patients aren't necessarily being monitored
24 like they should.
25        That's another issue with these drugs.  If

594

1 doctors would monitor the patients, which -- I think some of
2 these drugs can be given a lot more safely, but that's not
3 necessarily going on with all the drugs.
4    Q.  Doctor --
5        MR. ALLEN:  Wait a minute.  This is obviously a
6 redeposition on a prior topic, just by the nature of forming
7 your question.  It's not on a new document, not on anything
8 new.  So, I'm not going to allow you to go back into that.
9 You're just asking about -- "Since we last met, what about
10 this?"
11        And so if you can relate it to a document --
12 anyhow, you've got ten more minutes.
13        MR. BROWN:  Right.
14    Q.  (BY MR. BROWN)  And I'm going to ask you this
15 question and then Scott can object and you can answer it if he
16 tells you you can, which is:  In response to my question, is
17 there any side effect of any of the other so-called safer
18 alternatives that you think are more dangerous and harmful to a
19 patient than diabetes, anything --
20        MR. ALLEN:  I object.  That's been asked and
21 answered.  She just answered it.  We can move on.  She's not
22 going to answer that again.  That was --
23        MR. BROWN:  I'm not sure she -- that wasn't --
24 she answered a question, but it wasn't my question.
25        MR. ALLEN:  I take -- listen, I take the

595

1 position she answered it.  I also take the position it's not
2 related to any different-document.  This could have been asked
3 at the first deposition.  We're here for these other documents.
4 I'm not going to change my mind.  That's it.
5        MR. BROWN:  I'll put my statement on the record
6 at the end of the deposition.  That's what we'll do.
7        MR. ALLEN:  Okay.
8        MR. BROWN:  Okay.
9    Q.  (BY MR. BROWN)  We talked earlier today -- oh, by the
10 way, would you agree with me that there are epidemiological
11 studies in literature that show that Seroquel has a better
12 metabolic profile than Haldol?
13        MR. ALLEN:  Okay.  I object to that.  Before
14 I -- I'm going to let her answer that, but I'd like you to
15 identify for the record what new or different document you're
16 relating that question to as opposed to a new deposition.
17        MR. BROWN:  I won't do that.
18        MR. ALLEN:  Okay.  You won't do that?
19        MR. BROWN:  No.
20        MR. ALLEN:  Then I'll instruct her not to
21 answer.
22        MR. BROWN:  Okay.
23    Q.  (BY MR. BROWN)  Have you seen any epidemiological
24 study that demonstrates that Seroquel has a better metabolic
25 profile in terms of glucose or increased frequency of diabetes

596

1 than any of the safer alternatives?
2        MR. ALLEN:  Okay.  Is -- let me ask this:  Is
3 that related to any new or different document?
4        MR. BROWN:  I'll mark it, Scott.
5        MR. ALLEN:  Okay.  Please do.  If it is, then --
6        MR. BROWN:  It is new.  It's new.  I'm just
7 trying to short-circuit it because we have ten minutes.
8        (Discussion off the record at 5:06 p.m.)
9        (Plunkett Exhibit No. 45 marked.)
10    Q.  (BY MR. BROWN)  This is a new document -- yet another
11 new document we're talking about, and we've only talked about
12 new documents all day.
13        MR. ALLEN:  I disagree with that
14 characterization, but --
15        MR. BROWN:  You're wrong, but anyway.
16        MR. ALLEN:  Thank you.
17    Q.  (BY MR. BROWN)  This is a review of 17
18 pharmacoepidemiological studies involving atypical
19 antipsychotics, correct?
20    A.  Yes.  And I reviewed this document before my Zyprexa
21 deposition, so I've seen this document before.
22    Q.  All right.  Unfortunately, we weren't alerted, so I'm
23 going to have to ask you about it.
24        MR. ALLEN:  You had her Zyprexa report and her
25 deposition, plus I see Dr. Nasrallah, your speaker, is on this

70 (Pages 593 to 596)

**Laura, M. Plunkett, Ph.D., DABT**                                   **October 21, 2008**

597

1   document.
2          MR. BROWN: Move to strike all the speeches.
3          MR. ALLEN: Dr. Nasrallah, a good friend of
4   yours.
5          MR. BROWN: Move to strike that.
6      Q. (BY MR. BROWN) This is -- the author here is
7   Ramaswamy. And you're familiar with this document, you just
8   testified?
9      A. Yes. I've seen this document before.
10     Q. Okay. So, you know if you look at Table 3 that there
11  are studies reporting the risk ratio for atypical
12  antipsychotics against conventional antipsychotics, correct?
13     A. Yes.
14     Q. And haloperidol is one of the conventional
15  antipsychotics that's used in a couple of the studies in Table
16  3, correct?
17     A. Yes.
18     Q. And one of those studies is a study by Buse, correct?
19     A. Yes.
20     Q. And you're familiar with that study, correct?
21     A. Yes.
22     Q. And you would agree with me that that study showed an
23  odds ratio -- a risk ratio of 0.67 in terms of risk of diabetes
24  comparing quetiapine to haloperidol, correct?
25     A. For quetiapine, yes, but not for some of the other

598

1   drugs.
2      Q. Right. Let's focus on quetiapine. That's what we're
3   here for. And you would agree with me that compared to
4   quetiapine, haloperidol had a worse metabolic profile, correct?
5      A. In that comparison, yes.
6      Q. Right. And, in fact --
7      A. Well, in that comparison, it had a -- the risk ratio
8   was higher than it would have been for quetiapine, yes.
9      Q. Right. So, if you reviewed the Buse paper, it would
10  demonstrate that people on haloperidol were more likely to get
11  diabetes than somebody on Seroquel, correct?
12     A. That could be something you might conclude from that
13  one paper by itself, that would be correct.
14     Q. Well, there was more than one, right? There was
15  Feldman right below it, correct?
16     A. Yes.
17     Q. You're familiar with that paper, too, right?
18     A. Yes, I'm familiar with Feldman. And I thought that
19  was on my list, but --
20     Q. But you're familiar with it nonetheless, right?
21     A. Yes.
22     Q. And Feldman also looked at the risk of diabetes
23  comparing Seroquel to haloperidol, correct?
24     A. As well as -- haloperidol to risperidone, olanzapine,
25  and clozapine, yes.

599

1      Q. And it shows that haloperidol more frequently led to
2   a diagnosis of diabetes than Seroquel, correct?
3      A. Well, it wasn't a statistically significant increase,
4   but the risk ratio overlaps one, but certainly it is larger
5   than quetiapine. And I would say that if you compare
6   haloperidol again to risperidone, olanzapine, and clozapine,
7   you don't see that same result. So, again, haloperidol is not
8   shown in these studies to be riskier than second-generation
9   antipsychotics.
10     Q. But they are shown to be riskier in terms of diabetes
11  compared to quetiapine, correct?
12     A. These two studies have that result that shows that
13  there's a decrease in the odds ratio for quetiapine compared
14  to haloperidol.
15         MR. ALLEN: Trying to pass that one on to the
16  FDA?
17         MR. BROWN: Scott -- let's go off one second.
18         (Discussion off the record at 5:10 p.m.)
19     Q. (BY MR. BROWN) All right. Dr. Plunkett, you looked
20  at a number of company documents. We discussed some of those
21  this morning, correct?
22     A. Yes.
23     Q. And one of the documents you looked at was about 20
24  pages of Dr. Wayne Macfadden's testimony, correct?
25     A. Yes.

600

1      Q. And that testimony dealt with the efficacy of
2   Seroquel, correct?
3      A. Yes.
4      Q. Who provided you that testimony?
5      A. Mr. Allen.
6      Q. And you hadn't seen any -- you haven't seen
7   Dr. Macfadden's complete testimony obviously, correct?
8      A. No, I have not.
9      Q. Have you asked to see it?
10     A. No.
11     Q. And -- let's mark it.
12         (Plunkett Exhibit No. 46 marked.)
13     Q. (BY MR. BROWN) For completing the record,
14  Dr. Plunkett, I've attached as Exhibit 46 the excerpt of
15  Dr. Macfadden's testimony. And you haven't reviewed any other
16  testimony from any AstraZeneca employee regarding the efficacy
17  of Seroquel, correct?
18     A. No. This is the only selection I've seen.
19     Q. Okay.
20         MR. ALLEN: It's 5:09.
21     Q. (BY MR. BROWN) You rely on the November 6, 2006,
22  DDMAC letter, correct?
23     A. Yes. That's one of the documents I provided.
24     Q. And you agree with me that in that document the FDA
25  states that there was insufficient evidence to conclude that

71 (Pages 597 to 600)

**Laura, M. Plunkett, Ph.D., DABT**                     **October 21, 2008**

601

1  Seroquel causes diabetes?  You recall that?
2      A.  I'd have to look at the letter.  So, if you want to
3  give it to me, I'll look, but I --
4      Q.  I'll show it to you.  You don't recall that?
5      A.  I don't recall specific wording from the letter, no.
6           (Sotto voce discussion.)
7           (Plunkett Exhibit No. 47 marked.)
8      A.  If you want to point me, to save time, to a
9  section --
10     Q.  (BY MR. BROWN)  Yeah.
11          MR. BROWN:  Scott, can I look over her shoulder?
12     A.  You're welcome to come show me for -- if it's faster.
13          MR. ALLEN:  It is now 5:10 and I told you we're
14  going to quit.  So, you can finish this letter and then you'll
15  be done, please, sir.
16     A.  Okay.  I see.  And I can read you a statement in
17  here --
18     Q.  (BY MR. BROWN)  Go ahead and read it.
19     A.  -- on Page 4.  It says "While the agency acknowledges
20  that it has not been established whether Seroquel causes
21  diabetes, you've failed to include information regarding the
22  increased risk of treatment-emergent hyperglycemia related
23  adverse events in patients treated with atypical
24  antipsychotics."
25     Q.  Have you seen the marketing piece that corresponds to

602

1  the DDMAC letter?
2      A.  No.  I've -- unless it was in my -- only thing I've
3  seen is what I've put in my published -- my non-published list
4  to you.  So, unless it was with this, no.
5      Q.  Do you plan to offer any opinions regarding
6  AstraZeneca's marketing either raised in the exhibit we just
7  shared or any of the other exhibits?
8      A.  I think we've covered in the last deposition.  I
9  wasn't presented as a marketing --
10          MR. ALLEN:  I know we did.  That question was
11  asked.  It is now 5:11 and I'm asking you to cease and desist.
12  By my calculations, if I am correct, you're at 6 hours and 45
13  minutes and five-and-a-half hours.  We've now gone 13 hours and
14  15 minutes, or thereabout, with Dr. Plunkett.  Her deposition
15  will end, except I have a couple of questions for her.
16          (5:14 p.m.)
17          EXAMINATION
18  BY MR. ALLEN:
19     Q.  Dr. Plunkett, Scott Allen.  How are you?
20     A.  Fine.
21     Q.  You and I have obviously met before; is that correct?
22     A.  Yes.
23     Q.  Has anything Mr. Brown asked you in the past two days
24  of your deposition, over 13 hours, changed your opinions as
25  expressed in your report in this case?

603

1      A.  No.
2      Q.  Did you use scientifically validated methods in
3  reaching those opinions?
4      A.  Yes, I did.
5      Q.  And were those opinions based upon your skill, your
6  knowledge, your training, and your experience as a
7  pharmacologist and toxicologist?
8      A.  Yes.
9      Q.  As part of the formation of your opinions, did you
10  use published and peer-reviewed medical research?
11     A.  Yes, I did.
12     Q.  And was the methodology that you used in reaching a
13  determination of causation and the other opinions you expressed
14  within your report -- in your report the type of methodology
15  that is reasonably accepted by scientists in the field?
16     A.  Yes.
17     Q.  Now, the company documents as are contained in your
18  non-published reference list of October 7th, 2008, and which
19  were provided also in your first deposition, when you reviewed
20  those, how did that impact the formation of your opinion, if it
21  impacted it in any way?
22     A.  It didn't impact the formation, but I felt that some
23  of those documents supported my opinions.
24     Q.  Did those documents confirm the opinions that you had
25  reached in your analysis of the literature and the other

604

1  methods that you used?
2          MR. BROWN:  Objection to this and the whole line
3  of questioning.
4      A.  Yes.  They provided additional information that could
5  be used to support my opinions.
6      Q.  (BY MR. ALLEN)  Now, I'm not going to have time,
7  Dr. Plunkett, to -- obviously, I'm not going to take
8  13-and-a-half hours to rebut Mr. Brown's questions of you, but
9  I'd just like to go over one thing really quickly.
10          By the way, we haven't -- you don't have any
11  idea what I'm fixing to ask you, do you?
12     A.  No, I don't.
13     Q.  Okay.  You remember Mr. Brown, for example, showed
14  you Deposition Exhibit No. 44?  I think it was the Correll
15  paper.
16     A.  Yes.
17     Q.  And he wanted -- he read you this paper about tardive
18  dyskinesia published by Dr. Correll in 2004.  Do you recall
19  that?  Within the last 30 minutes, I think.
20     A.  Yes.
21     Q.  Okay.  Now, I would like to just ask you to read into
22  the record from your Deposition Exhibit 39, which was the
23  October -- I think I have your copy, so -- which was the
24  October 2007 tardive dyskinesia warning in the package insert
25  authorized and approved by the FDA on tardive dyskinesia.  I'd

72 (Pages 601 to 604)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

605

1  like you to read the last sentence of the first paragraph of
2  the tardive dyskinesia warning currently in the Seroquel
3  package insert.
4       A.  "Whether antipsychotic drug products differ in their
5  potential to cause tardive dyskinesia is unknown."
6       Q.  And that was, of course, published by AstraZeneca in
7  their package insert since the time of the Correll paper; is
8  that correct?
9       A.  That's correct.
10      Q.  Now, in addition to the package insert of October
11  2007, there is the -- you also provided, and was part of
12  Exhibit 19, the Miller paper, which was an examination of the
13  CATIE study that we provided to counsel today; is that correct?
14      A.  Of the data from the CATIE study, yes.
15      Q.  Thank you.  That's all I have.
16           MR. BROWN:  I have questions, but I'm sure he's
17  not going to let me ask them, so I'm going to put a statement
18  on the record now, which is --
19           MR. ALLEN:  Go ahead.  You can --
20           THE WITNESS:  Okay.
21           MR. BROWN:  -- which is:  I wasn't finished with
22  my examination.  Mr. Allen's put a statement on the record that
23  he's provided me over 13 hours -- that's correct -- in this
24  testimony --
25           MR. ALLEN:  Thirteen hours -- it was 13 hours

606

1  and 15 minutes.
2           MR. BROWN:  I'm not sure exactly where we're at,
3  but I know it's over 13 hours.  I would agree with that
4  characterization.  I would also agree that I haven't gotten
5  through the material I needed to get to based on the production
6  of the new materials, not only at the last deposition but
7  subsequently in an updated reference list.
8           I also wanted to ask questions regarding -- and
9  reexamine the witness based on Mr. Allen's brief examination,
10  but the witness has now gone and I can't do that.  I'm going to
11  make a request that the deposition stay open, and that's my
12  request.
13           MR. ALLEN:  Well, we believe the deposition is
14  closed.  And just for the record, material had been provided to
15  counsel.  He -- they chose the date.  If you wanted more time
16  to prepare -- I took it by your statement that maybe you needed
17  more time -- you certainly could have requested a different
18  date.  I did this on the date requested and, in fact, talked to
19  Ms. Connolly on numerous occasions and arranged this
20  professionally at your request and on your schedule.
21           MR. BROWN:  Understood.
22           MR. ALLEN:  Okay.
23           (Deposition recessed at 5:19 p.m.)
24
25

607

1                  CHANGES AND SIGNATURE
2  PAGE   LINE   CHANGE        REASON
3  _____
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24       I, LAURA M. PLUNKETT, Ph.D., DABT, have read the
25  foregoing deposition and hereby affix my signature that same is

608

1  true and correct, except as noted above.
2
3                  _____
4                  LAURA M. PLUNKETT, Ph.D., DABT
5  THE STATE OF _____)
6  COUNTY OF _____)
7       Before me, _____, on this day
8  personally appeared LAURA M. PLUNKETT, Ph.D., DABT, known to me
9  (or proved to me under oath or through _____) to
10  be the person whose name is subscribed to the foregoing
11  instrument and acknowledged to me that they executed the same
12  for the purposes and consideration therein expressed.
13       Given under my hand and seal of office this _____ day
14  of _____, _____.
15
16
17                  _____
18                  NOTARY PUBLIC IN AND FOR
19                  THE STATE OF _____
20
21
22
23
24
25

73 (Pages 605 to 608)

**Laura, M. Plunkett, Ph.D., DABT**                    **October 21, 2008**

609

1   STATE OF TEXAS
    COUNTY OF HARRIS
2
            I, the undersigned certified shorthand reporter
3   in and for the State of Texas, certify that the facts stated in
    the foregoing pages are true and correct.
4
            I further certify that I am neither attorney or
5   counsel for, nor related to or employed by, any of the parties
    to the action in which this deposition is taken and, further,
6   that I am not a relative or employee of any counsel employed by
    the parties hereto, or financially interested in the action.
7
            The amount of time used by each party at the
8   deposition is as follows:
9       ARTHUR E. BROWN, ESQ. - 6:21
        T. SCOTT ALLEN, JR., ESQ. - 0:05
10
            SUBSCRIBED AND SWORN TO under my hand and seal
11  of office on this the _____ day of _____, 2008.
12
13
14      _____
        SHANON M. HAIR, CSR
15      Certified Shorthand Reporter
        In and for the State of Texas
16
17  Certificate No. 6513
    Expiration Date:  12-31-09
18  Firm Registration No. 03
19
20
21
22
23
24
25

74 (Page 609)