Expert Report of Donna K. Arnett, Ph.D.

A.      Brief Report of Professional Qualifications

I am an epidemiologist with more than 20 years of experience in the design and
conduct of experimental and observational epidemiological studies, including clinical
trials, family studies, cross-sectional surveys, cohort, and case-control studies.  I am
Professor and Chair of Epidemiology at the University of Alabama at Birmingham,
Department of Epidemiology.  I am a Fellow of the American Heart Association and
the American College of Epidemiology, and an Elected Member of the American
Epidemiology Society.  I have served as an Associate Editor for the *American
Journal of Epidemiology* since 1996 and as an Editor since 2004.  I currently serve as
a Guest Editor and as relief Guest Editor-in-Chief for *Circulation*. I am routinely
asked to evaluate epidemiological research studies for publication in peer-reviewed
journals, including the *New England Journal of Medicine* and the *Journal of the
American Medical Association*.  I have served on numerous National Institutes of
Health (NIH) review panels for epidemiological research.  For the past two years, I
have served as Chair for the Cardiovascular and Sleep Epidemiology Study Section
(CASE) for the National Institutes of Health.

My principle professional interests include cardiovascular and metabolic disease
epidemiology, genetic epidemiology, and pharmacogenetics.  I have published more
than 225 peer-reviewed articles and more than 12 book chapters or invited review
papers.

Since 1994, I have designed and taught graduate level courses in fundamental and
advanced concepts of epidemiology, methodological and theoretical aspects of
epidemiology, and grant writing.  From 1998-2001, I served as Chair of the
Epidemiology Master's Degree Program at the University of Minnesota and as
Director for the National Heart, Lung, and Blood Institute funded Training Program
in Cardiovascular Genetic Epidemiology.  For the past 10 years, I have taught a two-
week summer course in Epidemiology and Prevention to physicians and other health
care professionals for the American Heart Association and Centers for Disease
Control.

A copy of my curriculum vitae is attached for additional detail.

B.      Brief Overview of Principles of Epidemiology

Randomized, double-masked, placebo-controlled clinical trials are the optimal design
for testing a hypothesized association between an exposure (or treatment) and disease
because such studies offer the best control for confounding (i.e., variables that are
associated with the disease and associated with the exposure) and provide for the
optimal test for temporality (i.e., exposure precedes disease).  Placebo controlled
studies are the gold standard for evaluating the risks and benefits of a new treatment.
During a clinical trial, four general reasons could explain clinical improvement in a

participant's condition: (1) natural history of the disease; (2) specific effects of the treatment under investigation; (3) regression to the mean; and (4) placebo effect. A study without a placebo control cannot differentiate amongst the prior 3 conditions. Active comparator randomized clinical trials are frequently used once a known treatment is available since withholding treatment from a diseased group could be unethical; however, there are methodological limitations of trials that use an active control. For example, there can be variable responses to drugs in some populations, unpredictable and small effects, and spontaneous improvements which with an active (rather than a placebo) control may mask the full effect of the drug under investigation.

Many epidemiological studies are observational and provide an assessment of a relation between an exposure and disease. Because of the observational nature of these studies, exposures are not "randomly-assigned" to study volunteers, and hence, factors that may be associated with the exposure of interest, and also independent predictors of the disease, may confound the observed relation between the exposure and disease. The best observational design to test a hypothesized association between exposure and disease is a cohort study. Cohort studies can be conducted either prospectively or retrospectively. Cohort studies are similar conceptually to clinical trials in that subjects are followed for the occurrence of endpoints. Therefore, temporality between the exposure and the endpoint can be conclusively evaluated. The availability of large administrative databases has prompted a number of cohort studies to evaluate adverse exposures, including pharmacological exposures, in relation to disease. The benefits of these types of cohort studies include their cost efficiency and ease of implementation. For example, pharmacy records can be linked to clinical records to assess a hypothesized association between a particular drug exposure and disease.

Case-control studies are also hypothesis-testing studies, and they rely on design qualities that, if done correctly, provide for an estimation of the exposure-disease relationship in a cost-efficient way. In a case-control study, diseased individuals are sampled (i.e., cases) as are non-diseased individuals (i.e., controls), and subjects are classified with respect to exposure. The effect measure used is the ratio of the exposure odds in cases compared to the exposure odds in controls. Conceptually, the case-control study can be thought of as nested within a population cohort, and if two important criteria are met, provide a valid estimate of the disease odds ratio. For excellent internal validity, a case-control study requires that exposure must measured in all cases (or a representative sample of cases that reflects the true exposure odds of all cases), and that the sample of the non-diseased members of the source population that generated the cases reflect the exposure odds of the population. If these conditions are met, then the exposure odds ratio will be equal to the disease odds ratio that can be calculated from a cohort study. In practice, these conditions are challenging to meet except in the case of the nested case-control studies, where the exposure odds can be accurately measured using previously collected data and/or specimens. Nested case-control studies overcome two other potential biases common to the case-control studies, namely, temporality and recall bias. Temporality is a concern in non-nested case-control studies because exposure ascertainment is

determined after disease onset.   Another potential bias unique to non-nested case-control studies is recall bias, where cases are more likely than controls to recall prior exposures because of their disease.

C.     Review of the Evidence for Effects of Seroquel on Metabolic Risk, including
         Weight Gain, Hypertriglyceridemia, Insulin Resistance, and Diabetes

The basis for my opinions expressed herein is derived from my education, training, research, experience, and review of the Seroquel New Drug Application (NDA) to the Food and Drug Administration, internal Astra Zeneca documents, the peer-reviewed medical literature, and other publicly available documents concerning Seroquel and its relationship to weight gain and other metabolic risks. In developing my opinions in this case, I am relying primarily upon the Astra Zeneca NDA application and the related published literature, published cohort and nested case-control studies, and meta-analyses of published studies. I have spent over 80 hours reviewing literature and documents related to Seroquel.

Based upon my review of the above specified documents, I have developed the following opinions in this case: (1) Seroquel leads to clinically significant and relevant metabolic risk, including weight gain and other metabolic complications, including but not limited to hypertriglyceridemia, insulin resistance, and diabetes; (2) the metabolic risks from Seroquel appear shortly after treatment and throughout treatment; (3) Astra Zeneca should have made the data presentation clearer within the New Drug Approval application and included the data regarding metabolic risk within scientific publications of the Phase II and Phase III randomized clinical trials in order to warn the FDA, future patients and physicians about metabolic risks associated with Seroquel; (4) the metabolic risks associated with Seroquel outweigh the benefits of treatment; and (5) Astra Zeneca promoted Seroquel as metabolically neutral when there was insufficient evidence to support this claim but substantial evidence that the drug in fact caused weight gain and other metabolic derangements (6) Astra Zeneca withheld support for studies that could have demonstrated Seroquel's metabolic risk relative to other atypical antipsychotics. I have developed these opinions utilizing the normal methodology that I exercise as an epidemiologist in the ordinary scope of my practice. Further, I state these opinions to a reasonable degree of scientific certainty.

C.1.   Overview: The Effect of Seroquel on Weight Gain and Other Metabolic Derangements

Seroquel causes weight gain and other metabolic toxicities through stimulation of the hypothalamic AMP activated protein kinase (AMPK).  AMPK is responsible for maintaining energy balance and the regulation of food intake. Seroquel blocks histamine H1 receptors, the receptors responsible for the inflammatory response which then stimulates AMPK. In addition to the effects on H1 receptors, Seroquel affects insulin action and metabolism directly in the cell, leading to insulin resistance

and alterations in lipogenesis and lipolysis, which ultimately cause progressive lipid accumulation.

Weight gain can lead to reductions in patient compliance with the medication which could lead to poor clinical outcomes. Weight gain is an important concern of Seroquel treatment, and in particular among schizophrenic individuals since there is an association between schizophrenia and Type II diabetes mellitus, and weight gain is an important risk factor for diabetes development. Weight gain is also an important determinant of other metabolic toxicities, such as hypertriglyceridemia, hypertension, and insulin resistance, all part of the metabolic syndrome. Moreover, once weight has been gained, it is challenging to lose, and this is a large concern for schizophrenic patients who are not typically capable of undertaking lifestyle management to maintain or to lose weight.

There is unequivocal and consistent evidence that Seroquel treatment leads to clinically and statistically significant increases in weight, that the onset of the weight gain occurs shortly after the beginning of treatment and progresses with increased duration of treatment, and that the weight gain is proportionate to the dose ingested. Significant weight gain was observed during the Phase II and III trials and subsequently demonstrated throughout the developmental program of Seroquel for other treatment indications. In addition, other components of the metabolic syndrome (i.e., hyperinsulinemia, hypertriglyceridemia) were similarly observed during the development of Seroquel, and increased incidence of diabetes has been observed with Seroquel treatment. The justification for this opinion follows.

## C.1.1. Weight Gain in Response to Seroquel Treatment

The New Drug Application for Seroquel was submitted to the FDA in July, 1996. According to the Integrated Safety Report filed as a part of the NDA, weight and vital signs were collected on the same case report form and were summarized together in the safety report to the FDA. In fact, according to the majority of protocols reviewed, weight for the Phase II and III trials was collected at each visit. Results presented in the Integrated Safety Report are restricted to the analysis which required that subjects who were included in the tabulations had both baseline and post-baseline observations available. Clinically significant weight gain was defined by a gain of 7% of the baseline body weight (approximately 10 pounds for a 150 pound individual).

In the Phase II and III trials, the mean age of the trial participants was 38 years, and the mean body weight was normal (76 kg or 168 lbs). A total of 2162 schizophrenic patients were exposed to Seroquel with doses ranging from 50 to 800 mg/day administered between two and four times daily. Of the 2162 subjects, 1710 were from Phase II and III controlled trials and 454 were from new Seroquel exposures from the uncontrolled trials and were available for analysis. As of June 1, 1995, 407 subjects had been exposed to Seroquel for 6 months or longer and only 1 subject for 2 years or longer; 110 subjects were treated for one year or longer. As stated on page

119 of the report, "In the Phase II and III placebo-controlled trials, Seroquel was associated with a statistically significant weight gain (p=0.0471)." Additionally, from the short term placebo-controlled trials, Astra Zeneca stated that the mean weight gain for Seroquel-treated patients was 2.2 kg (4.85 pounds) greater than the mean weight increase for placebo-treated patients. The range of weight gain was markedly higher for the Seroquel treated than the placebo treated patients, indicating that the distribution of weight gain was non-normal. Therefore, median weight change would have been the optimal measure of central tendency, but median weight change was not provided (in contrast to other vital sign measures that were provided as medians). Had the median, rather than the mean, been reported, the findings regarding the differences between Seroquel and placebo would have been even more dramatic. More detail regarding individual studies is provided below.

The following table describes the studies included in the NDA, and the status of vital signs collected in each. Placebo controlled trials are indicated by bold type. Uncontrolled trials are indicated by *italics*. Active comparator trials are indicated by underlined text. Trial 0012 was a low dose Seroquel study and limited data were provided in the Integrated Safety report for this study, although the data provided were indicative of weight increases with treatment.

Vital signs and weight assessments by trial (integrated Phase ll-lll trials)

|  | **0004** | *0005* | *0006* | *0007* | **0008** | 0012 | **0013** | 0014 | 0015 | *0048* | *LTE* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pulse | X | X | X | X | X | X | X | X | X | X | X |
| Blood Pressure* |  | X | X | X | X | X | X | X | X | X | X |
| Respiratory | X | X | X |  | X° |  |  |  |  |  |  |
| Temperature |  | X | X | X | X | X |  | X |  | X | US |
| Weight | X | X | X | X | X | X | X | X | X | X | X |

* All measures were taken while subjects were seated.
* Unless otherwise noted, readings were taken for both supine and standing systolic and diastolic blood pressures.
+ Only supine readings were taken for Trial 0007.
** Respiration readings were taken while subjects were in the supine position unless otherwise noted.

Data for studies 0004, 0006, 0008, and 0013 were only provided in summary form. In these trials combined, 89/391 (23%) of Seroquel treated subjects had clinically significant weight gain compared to 11/178 (6%) of placebo-treated subjects. This resulted in a relative risk for clinically significant weight gain with treatment of 3.68 (p<.0001, 95% CI 2.1-6.7).

For Study 13 alone, clinically significant weight gain was observed in 2/51 (6%) for placebo, 2/52 (4%) for haldoperidol, 6/53 (11%), 8/48 (17%), 5/52 (10%), 8/51 (16%), 7/54 (13%) for Seroquel 75 mg, 150 mg, 300 mg, 600 mg, and 750 mg, respectively. In comparing low dose Seroquel (75 or 150 mg) versus placebo, the relative risk of weight gain was 3.54 (p=.06, 95% CI .95-16.1), and contrasting high dose (the dose recommended for schizophrenia), the relative risk of weight gain versus placebo was 4.77 (p=.012, 95% CI 1.34-18.2). This provides strong evidence

for dose response, a criterion frequently invoked to determine causation, and also indicates that Seroquel results in increased risk of clinically significant weight gain.

For Study 0013 and 0014 combined, clinically significant weight gain occurred in 70/354 (19.8%) in the Seroquel treated subjects versus 18/236 (7.6%) in the hadoperidol treated subjects (relative risk 2.61; 95% confidence interval 1.61 – 2.42, p<.0001).

For Study 0007, clinically significant weight gain occurred in 28/100 Seroquel treated subjects compared to 19/99 of the chlorpromazine treated subjects (RR=1.47, p=-0.14, 95% CI 0.88-2.44). This active comparator study indicated that Seroquel's weight gain was greater than that of another atypical antipsychotic. This active comparator was not used again in subsequent trials presented in the NDA.

In summary, for these short-term placebo trials, the relative risk for a clinically significant increase in weight ranged from 2.61 to 4.77, indicating a strong and consistent increased risk, and for the active comparisons, a modest to strong increased risk for weight gain compared to chlorpromazine and haldoperidol.

Study 0015 was the long-term, 52-week study, implemented to evaluate the long-term efficacy and safety of Seroquel compared to haldoperidol for treatment of schizophrenia. In this study, Seroquel was associated with a statistically significant increase in weight gain that was dose-dependent and time-dependent (i.e., the longer the treatment, the greater the weight gain). The difference in the mean weight gain was 3.0 kg between treatment groups (+1.6 kg for Seroquel versus -1.4 kg for haldoperidol). Clinically significant weight gain occurred in 50/209 (23.9%) of the Seroquel participants compared to 4/38 (10.5%) of the haldoperidol-treated subjects (relative risk=2.27, p=0.066, 95% CI=0.94-7.55). As stated in the Integrated Safety Report "In general, mean weight increases from baseline for quetiapine-treated subjects were greater at Week 52 for subjects completing the trial (ranging from 2.05 to 8.52 kg) compared with the increases seen at final evaluation (Week 52 or withdrawal), suggesting a trend for subjects to continue gaining weight over time." Also stated in the Integrated Safety Report "The percentage of subjects with clinically significant increases from baseline in weight increased as the dose level of quetiapine increased (for the 75-, 300-, and 600-mg dose groups, 15.2%, 22.9%, and 32.9% of subjects had significantly high changes)." This dose-response was statistically significant. The findings from this long-term study confirm findings of the short-term studies and also suggest that weight gain continues with treatment duration.

In the uncontrolled trials (0005, 0048, and OLE), 27.5% of Seroquel-treated subjects had a clinically significant high weight gain, comparable to the findings in the controlled trials and the long-term controlled trial for Seroquel-exposed participants (Study 0015 cited previously, i.e., 23.9%).

In addition to these controlled and uncontrolled trials included in the NDA application, there were indications from the long-term extensions of the trials that weight gain was persistent throughout follow-up and increased with time, indicating

that prolonged treatment with Seroquel could lead to substantially increased risk of metabolic toxicity. With increased follow up, data later presented during the observed long-term extensions showed that 37.2% of Seroquel-exposed patients had clinically significant weight gain at some point during follow up. Weight gain increased with increased exposure duration: mean weight change compared to baseline weight increased by 3.8 ($\pm$ 9.0) kg at week 65, 4.4 ($\pm$ 9.6) kg at week 104, 5.7 ($\pm$ 10.9) kg at week 156, and 6.7 to 7.3 ($\pm$ 9.9-13.1) kg at weeks 208 - 260. If presented as median weight gain, this substantial weight gain would have undoubtedly been much larger.

There are two methodological concerns that, with a degree of scientific certainty, resulted in underestimates of the true effect of Seroquel on weight gain in these studies.   First, the studies provided in the NDA had consistently high drop-out rates for Seroquel. This is an important characteristic to define the internal validity of a study. Among the 2162 subjects randomized to (n=1710) or treated in uncontrolled trials (n=454), 80.1% withdrew, and the rate was much higher than the 42% for the active comparators or 61.2% for placebo. This has important implications for the interpretation of results related to weight gain or other metabolic abnormalities. Weight gain is a major contributor to non-compliance, and in aggregate in the Phase II and III program, weight gain was associated with greater drop-outs. Therefore, the result reported from these studies almost surely underestimates the true impact of Seroquel on weight gain.   Second, many of the studies conducted restricted weight as an inclusion criterion, generally between 100 and 230 pounds. Had heavier subjects been included, it is likely that the weight gain would have been even greater. Since these subjects were excluded, it is unclear whether Seroquel would have been safe in overweight and obese subjects (i.e., the studies are not generalizeable to these subjects).

A metabolic cause for concern regarding the weight data presented in the NDA is the consistent pattern for reductions in thyroid hormone levels that occurred with Seroquel treatment. Low levels of thyroid hormone are associated with greater body weight. Each trial presented in the Table above collected at least one measure of thyroid function.  As stated in the Integrated Safety Report, "Consistent laboratory data suggest that quetiapine treatment tends to reduce thyroid hormone plasma levels, primarily total T4 and free T4 with smaller decreases seen in total T3 and reverse T3... Both total T4 and free T4 mean values are reduced and the incidence of significantly low values is increased in quetiapine-treated subjects compared both to placebo- and haloperidol-treated subjects. Results from Trials 0013 and 0015 indicate that the reductions in thyroid hormone levels are dose-related, that the onset of the reductions may occur within the first few days of treatment." Note that the definition of abnormalities for any of the thyroid hormone levels was less than 0.8 times the lower limits of normal or greater than 1.2 times the upper limit of normal. The Integrated Safety Report dismisses these thyroid changes as clinically irrelevant since the thyroid stimulating hormone did not significantly increase. However, because most of the studies were short term, the design may have precluded the development of an increased TSH.

Finally, weight was measured at almost every visit along with the vital signs. Yet detailed week-by-week data could not be found in the Integrated Safety Results. No data were provided in the published literature across the time course of the studies. This is particularly important given the very large drop-out rates that occurred consistently throughout the studies provided in the NDA. It is likely, given the consistent weight increases seen in every Phase II and III study conducted and summarized in the NDA that weight increased among those that subsequently dropped out, and therefore, findings that included subjects who dropped out could have made the findings even less favorable for Seroquel.

**Additional studies from the AZ website conducted after the NDA was submitted were evaluated** for weight change (based on data provided only on the AstraZeneca website) and showed the consistent pattern of weight increase seen with studies included in the NDA. Data are only tabulated for the first 11 studies listed on the website since the results were consistent with those observed as part of the NDA.

| Study Number | Start – End Date | Results for Metabolic Risk Factors |
|---|---|---|
| 0039 | 03/16/98 – 02/03/00 | Clinically significant weight gain in 6% of Seroquel, 5% of haldoperidol, and 2% of placebo treated subjects. |
| 0050 | 05/02/96 - 05/21/99 | 6 subjects with hypothyroidism on Seroquel; none on haldoperidol |
| 0099 | 08/09/00 - 11/26/01 | Seroquel-treated patients exhibited a statistically significant (p=0.0031) mean increase of 1.60 kg more than the placebo treated group. |
| 0100 | 11/08/00 – 01/25/02 | Clinically significant weight gain in 10.4% of Seroquel subjects versus 3.9% of placebo subjects (relative risk=2.67) |
| 0104 | 01/07/01 – 04/25/02 | Seroquel subjects gained 2.1 kg versus a loss of 0.1 kg in placebo subjects and a gain of 0.2 kg in haldoperidol subjects |
| 0105 | 04/03/01 – 05/27/02 | Weight gain 3.3 kg in Seroquel vs. 0.3 kg in placebo; clinically significant weight gain in 15% versus 1%, respectively (relative risk=15) |
| 0043 | 06/28/01 – 09/04/02 | Both weight gain and glucose significantly increased (no data provided) |
| 0046 | No dates provided | Clinically significant weight gain occurred in 12-15% of Seroquel treated subjects (100-200 mg) versus 15% of placebo treated subjects (relative risk = 0.8 to 1.0) |
| 0049 | 09/30/02 – 09/17/03 | Weight increased 1.7% and 6.1% in 300 and 600 mg Seroquel, respectively, vs. 0.6% in placebo (relative risk 2.8 and 10.2, respectively) |
| D1447C-0001 | 08/31/05 - 05/24/07 | Seroquel mean weight gain ranged from 0.4 to 1.3 kg across the doses used compared to |

| | | placebo (-0.4 kg). Clinically significant weight gain occurred in 12.0 to 15.4% of Seroquel groups compared to 2.9% in the placebo group (relative risk 4.2 – 5.3). |
| --- | --- | --- |
| D1447C-0135 | 06/30/04 – 08/26/05 | Weight increased 4.1 kg and 5.4 kg in Seroquel 300 mg and 600 mg treated subjects vs. 1.8 kg in placebo subjects |

In aggregate, the evidence from the studies presented in the NDA and the follow-up long-term extensions demonstrate a large effect of Seroquel on weight gain. Based on the placebo-controlled studies using doses recommended for schizophrenia, as much as 90% of the weight gain in Seroquel-treated subjects was caused by the drug.

C.1.2.  Glucose Abnormalities and Insulin Resistance in Response to Seroquel
        Treatment

Increased weight is a major risk factor for elevated glucose, hyperinsulinemia, and Type II diabetes mellitus. Glucose measures were collected in most studies and in every US study completed as part of the NDA. Clinically significant increased glucose was defined to be greater than 13.9 mmol/L or 250 mg/dl. However, limited data were provided in the NDA related to glucose, insulin, or other biochemical indices of metabolic risk.

Studies 126 and 127 were conducted with secondary aims to evaluate more detailed measures of glucose homeostasis. In these two trials, there were 5 cases of diabetes in the Seroquel group (n=646) compared to one in the placebo group (n=689). The difference between Seroquel- and placebo-treated patients was pronounced for glucose values > 200 mg (2.9% and 0.5%, respectively). Among Seroquel-treated subjects, 12.2% of them had at least one glucose value greater than 250 mg/dl compared to only 8.1% of placebo treated subjects. Analyses adjusted for length of follow up and restricted to participants who had fasted for at least 8 hours showed even greater treatment differences with respect to glucose. Seroquel patients had a greater mean increase (5.0 mg/dL) in glucose relative to participants randomized to placebo (-0.05 mg/dL). Elevated Hba1C (> 7.5), a longer term marker of glucose elevation, occurred in 2.1 vs. 0.8 percent of Seroquel versus placebo participants. In aggregate, these data clearly show the excess of glucose abnormalities in subjects randomized to Seroquel.

At the request of the Food and Drug Administration in May, 2000, Astra Zeneca evaluated glucose, insulin, HOMA, and HbA1C in the composite of studies that had been conducted. The data indicate that Seroquel is associated with metabolic abnormalities with respect to glucose, insulin resistance, and diabetes. Among the 11,013 Seroquel treated subjects, the mean increase in blood glucose was 0.2 (1.62) mmol/L compared to 0.059 (1.46) mmol/L in 1,592 placebo treated subjects. Differences were much larger for HOMA, a measure of insulin resistance that is sensitive to weight (i.e., subjects who gain weight become more insulin resistant): the

difference in means was five fold greater for Seroquel versus placebo [1.26 (9.5) in 2265 Seroquel subjects versus 0.37 (10.83) in 640 placebo subjects]. Not unexpectedly, given these differences in glucose and insulin resistance, the relative risk for diabetes was 2.02 (p=0.49, 95% CI 0.31-12.04).

Since most of the participants in the randomized clinical trials were treated for a short period of time, the actual person-time contributed is small. Once Seroquel was approved by the FDA and administered to large numbers of patients, there was early evidence of an increased risk of diabetes with Seroquel treatment. In 2003, Koller et al published a report using data derived from the FDA Medwatch, a surveillance program for spontaneously reported adverse events. During the period 1/1/97 through 8/15/02, they showed that Seroquel use unmasked or precipitated diabetes onset, and that the onset was rapid and severe. Subsequent observational studies (cohort and case-control) confirmed the excess risk of diabetes with Seroquel. For example, Guo et al, using an integrated, seven-state, Medicaid-managed, care claims database from 1/1/98 through 12/31/02, reported the relative risk of diabetes was 2.5 (95% CI 1.4-4.3) in Seroquel users compared to users of conventional antipsychotics.

C.1.3.  The Effect of Seroquel on Triglycerides and Cholesterol

Seroquel has consistent and detrimental effects on triglyceride values which is congruent with its effects on weight and glucose / insulin abnormalities. As stated in the Integrated Safety Report, clinically significant increased triglycerides were defined as a doubling of triglycerides above the upper limit of normal. In aggregate in the Phase II and III placebo-controlled studies summarized in the Integrated Safety Report, the relative risk for increased triglycerides above the normal range at the end of the treatment was 2.7 (22.3% of Seroquel users versus 8.2% of placebo users). The percentage of participants who had a clinically significantly high triglyceride value at any time during these studies was even greater in Seroquel versus placebo users (26.3% versus 8.2%).  Cholesterol values showed a similar pattern.

D.      Metabolic Derangements associated with Seroquel outweigh Benefits of Treatment

Given the totality of evidence regarding the increased metabolic risk with Seroquel treatment, the relative benefit of Seroquel compared to other antipsychotic agents is debatable. In fact, in 1997, Dr. L. Arvantis questioned the competitive advantage of Seroquel. In her review of the data regarding weight gain, she stated "I was really struck by how consistent the data was across pools…across parameters / measures…across cohorts." In her summary, she stated that the weight gain was rapid but continued to increase with continued treatment and that the weight gain was 45% at 52 weeks of treatment. She concluded that she did not see a "competitive opportunity" no matter how weak. Subsequent studies confirmed Dr. Arvantis' concern that Seroquel's benefit / risk profile is not superior to other drugs in the class. In aggregate, the drop out rate in the Phase II and III studies was consistently highest for Seroquel compared to haloperidol or chlorpromazine. The largest and most

carefully done study to address the overall effectiveness across drugs in this class was conducted by the National Institutes of Health, specifically, the National Institute of Mental Health. The Clinical Antipsychotic Trials of Intervention Effectiveness (CATIE) study randomized 1493 patients with schizophrenia at 57 U.S. sites to receive olanzapine (7.5 to 30 mg per day), perphenazine (8 to 32 mg per day), quetiapine (200 to 800 mg per day), or risperidone (1.5 to 6.0 mg per day) for up to 18 months; ziprasidone (40 to 160 mg per day) was included after its FDA approval. The primary outcome measured used to define effectiveness was withdrawal from the study for any reason. That study found that the time to the discontinuation of treatment for any cause (i.e., the primary outcome measure) was longer in the olanzapine treated subjects than in the Seroquel treated subjects (hazard ratio, 0.63; P<0.001). Additionally, the time to the discontinuation of treatment for lack of efficacy was longer, and the total duration of successful treatment longer, in the olanzapine treated subjects than in the quetiapine treated subjects (hazard ratio, 0.41; P<0.001 and 0.53; P<0.001, respectively). Finally, another indicator of poorer efficacy is the proportion of patients who take the maximal dose of a drug: a higher proportion of patients assigned to quetiapine received the maximal dose allowed in the study.

E.     Astra Zeneca Failed to Warn Future Patients and Physicians about the Metabolic Risk associated with Seroquel

Despite the consistent clinically and statistically significant increases in weight and other metabolic parameters noted in all Phase II and III studies presented in the Integrated Safety Report, none of the weight or metabolic factors were listed in the summary of the risks and benefits provided at the conclusion of that report. Publications of the Phase II and III studies never mentioned increased weight or other metabolic abnormalities in the abstract of the publication (i.e., the summary of a scientific publication that is publicly available through various search engines such as PubMed). Within publications, the weight data were listed at the end of results sections, and in the discussion section, dismissed as expected complication of treatment.

F.     Astra Zeneca Promoted Seroquel as Metabolically Neutral

Early publications of Seroquel Phase II and III randomized clinical studies promoted Seroquel as metabolically safe despite the large, consistent, and statistically significant findings of weight gain, reduced T4, and hypertriglyceridemia in the clinical trials included in the NDA application in 1996. Even as late as 5/22/99, Astra Zeneca produced a news release from the APA meeting in Washington stating Seroquel "reduces weight gain" and that the "potential to gain weight and develop diabetes.......can be minimized with Seroquel." This data --- for which a news release was created --- were based on retrospective chart review of a case series of 60 patients. This design is the weakest of all designs in epidemiologic research, and the results from this study were in sharp contrast to the totality of evidence from the gold

standard of research designs, namely, the placebo-controlled randomized clinical trials that comprised much of the data submitted with the NDA.

In 2000, publications supported by the company by Breecher et al; describe Seroquel as having a 'favorable weight profile", consistent with the "recommended vocabulary". In 2003, Seroquel's management team created "key messages" to be used in publication. And again, Seroquel's "favorable weight profile" was a key message of Astra Zeneca. In February, 2005, a document created by Astra Zeneca entitled "Seroquel Vocabulary and Descriptors Summary Document" was finalized. Its purpose was to communicate accepted vocabulary to be used in all publications from Seroquel as well as language to be avoided or not used. With respect to weight, the "recommended" vocabulary to be used in publications was "favorable weight profile" and "minimal weight gain". For diabetes, recommended statements generally highlighted either the increased risk of diabetes in schizophrenic patients or the weaknesses of epidemiological studies and confounding as likely reasons of excess diabetes risk associated with Seroquel treatment. In 2006, the Division of Drug Marketing, Advertising, and Communications of the U.S. Food and Drug Administration ordered Astra Zeneca to "cease the dissemination of violative promotional materials for Seroquel" because of false or misleading statements that minimized the risk of hyperglycemia and diabetes mellitus.

In aggregate, this brief and non-exhaustive list of examples point to a concerted effort to promote Seroquel as safe and metabolically neutral in the context of compelling placebo and active comparator controlled clinical trials indicating the drug was associated with substantial metabolic risk.

## G. Astra Zeneca withheld Support for Studies Regarding Seroquel's Metabolic Risk

Astra Zeneca consistently withheld support for studies which could demonstrate Seroquel's lack of safety relative to other antipsychotic agents. As evidenced by an email from Dr. Goldstein, July 18, 2002, an investigator requesting 3 grams of Seroquel to study diabetogenic and hyperlipidemia side effects of Seroquel and other atypical antipsychotics was denied by Astra Zeneca. Dr. Goldstein stated "This would be an interesting study but carries substantial risks that we do not differentiate from olanzapine or clozapine. This would be damaging.......I would not want to enter into a study that could provide any data that could influence regulatory authorities against us." Additional internal communications from Dr. Goldstein reinforce the stance of Astra Zeneca with regard to initiating studies. For example, Dr. Goldstein states in another email "they don't want to introduce studies that could potentially damage Seroquel's comparison against other atypical's."

In 2005, Astra Zeneca promoted a policy that gave "green" or "red lights" to make funding decisions for research proposals brought forward from independent investigators. A "red light" was given for glucose and/or metabolism investigator sponsored studies. Specifically, Astra Zeneca's stated policy for glucose or metabolism studies was "don't bother for red". In light of the totality of data within

their own studies indicating the metabolic derangements associated with Seroquel treatment, and subsequent observational epidemiological studies indicating the diabetes risk associated with treatment, this was an unreasonable approach with respect of patient safety.

As medical literature is consistently being published and new evidence from other sources is emerging in reference to this subject I reserve the right to supplement this

I have participated in two trials involving Vioxx.

Donna K. Arnett, Ph.D.

**DONNA ARNETT, Ph. D.**

**My fees for legal work are $450 per hour.**

# CURRICULUM VITAE

## Donna K. Arnett, Ph.D., M.S.P.H.

| | |
|---|---|
| *Current Work Address* | University of Alabama at Birmingham<br>Department of Epidemiology<br>1665 University Blvd. Room 220E<br>Birmingham, AL 35294-0022 |
| *Work Telephone* | 205.934.7066 |
| *Fax* | 205.934.8665 |
| *Email* | arnett@uab.edu |

## Formal Education

| | | |
|---|---|---|
| 1981 | B.S. | College of Nursing, University of South Florida, Tampa, FL. |
| 1987 | M.S.P.H. | Epidemiology, College of Public Health, University of South Florida, Tampa, FL. |
| 1991 | Ph.D. | Epidemiology, School of Public Health, University of North Carolina, School of Public Health, Chapel Hill, NC. |

## Professional Experience

| | |
|---|---|
| 1992 - 1994 | American Heart Association Postdoctoral Fellow<br>Department of Epidemiology<br>School of Public Health<br>University of North Carolina |
| 1994 - 1998 | Assistant Professor of Epidemiology<br>Division of Epidemiology<br>School of Public Health<br>University of Minnesota |
| 1998 - 2003 | Associate Professor of Epidemiology<br>Division of Epidemiology<br>School of Public Health<br>University of Minnesota |
| 2003 – 2004 | Mayo Professor of Epidemiology<br>Division of Epidemiology<br>School of Public Health<br>University of Minnesota |

| | |
|---|---|
| 2004 -- Present | Chair and Professor of Epidemiology |
| | Department of Epidemiology |
| | School of Public Health |
| | University of Alabama at Birmingham |

### Societies and Organizations

| | |
|---|---|
| 1990 - Present | Fellow, American Heart Association, Council on Epidemiology and Prevention |
| 1992 - Present | Society for Epidemiologic Research |
| 1992 - Present | American Public Health Association |
| 1996 - Present | Minnesota Public Health Association |
| 1996 - Present | The American Society of Human Genetics |
| 1998 - Present | International Genetic Epidemiology Society |
| 2002 - Present | American Society of Hypertension |
| 2004 -- Present | Senior Scientist, UAB Comprehensive Cancer Center |
| 2004 -- Present | Senior Scientist, UAB Clinical Nutrition Research Center |
| 2005 -- Present | Internal Advisor, UAB Center for AIDS Research |

### Awards and Honors

| | |
|---|---|
| 1981 | Graduated magna cum laude |
| 1987 | Outstanding Student Faculty Scholarship, College of Public Health, Department of Epidemiology, University of South Florida |
| 1988 - 1991 | U.S. Public Health Service Traineeship Award, University of North Carolina, Chapel Hill |
| 1989 | Alumni Student Faculty Award for Outstanding Service, School of Public Health, University of North Carolina |
| 1990 | Biomedical Research Service Award, University of North Carolina |
| 1992 | Delta Omega, Honor Society for Public Health, Theta Chapter |
| 2000 | Finalist, Roger Williams Award, American Heart Association, Council on Epidemiology and Prevention, March, 2001 |
| 2004 | Award of Meritorious Achievement of the American Heart Association |

### Grant and Contract Support

| | |
|---|---|
| Title: | GenHAT - Genetics of Antihypertensive Treatments |
| Funding source/type: | NIH/NHLBI 5 R01 HL63082 $5,263,486 |
| Summary: | Ancillary to the Antihypertension and Lipid Lowering Treatment to Prevent Heart Attack Trial (ALLHAT), we are investigating whether common polymorphisms of several hypertension candidate genes modify the effect of antihypertensives on long-term outcomes, including mortality, coronary heart disease and stroke. |
| Period: | 8/1/99-7/31/05 |
| Role: | Principal Investigator |

| | |
|---|---|
| Title: | HyperGEN: Genetics of Left Ventricular Hypertrophy |
| Funding source/type: | NIH/NHLBI 2 R01 HL55673, $3,303,849 |
| Summary: | This 5 year project is recruiting family members with left ventricular hypertrophy and/or hypertension. Genetic analysis will be conducted to identify genomic regions contributing to variation in cardiac size and structure. |
| Period: | 8/1/00-7/31/05 |
| Role: | Principal Investigator |

| | |
|---|---|
| Title: | NHLBI Family Blood Pressure Program-HyperGEN |
| Funding source/type: | NIH/NHLBI 2 U01 HL54496, $3,558,679 |
| Summary: | This project addresses the genetics of two major complications of hypertension (hypertensive heart disease and hypertension-associated kidney disease). It is a continuation of the first cycle of the NHLBI-FBPP. |
| Period: | 9/16/00-6/30/05 |
| Role: | Co-Investigator |

| | |
|---|---|
| Title: | FHS SCAN |
| Funding source/type: | NIH/NHLBI, 1 U01 HL67901, $1,171,497 |
| Summary: | As an extension of the NHLBI Family Heart Study, we will re-recruit participants and characterize coronary calcification and inflammatory markers. The goal is to identify genomic regions contributing to inter-individual variation in these traits. |
| Period: | 7/1/01-6/30/05 |
| Role: | Co-Investigator |

| | |
|---|---|
| Title: | Genetic and Environmental Determinants of Triglycerides |
| Funding source/type: | NIH/NHLBI, U 01 HL72524, $10,147,893 |
| Summary: | This study is characterizing the genetic basis of the variable response of triglycerides (TGs) to two environmental contexts, one that raises TGs (dietary fat), and one that lowers TGs (fenofibrate treatment). |
| Period: | 9/30/02-8/31/06 |
| Role: | Principal Investigator |

| | |
|---|---|
| Title: | Genes and Environmental Determinants of Triglycerides Administrative Supplement |
| Funding source/type: | NIH/NHLBI, 3 U01 HL72524-0181, $1,000,000 |
| Summary: | The University of Minnesota serves as the Program Administrative Center for the 5 networks participating in the Gene-Environment Collaborative Studies. |
| Period: | 9/30/02-8/31/06 |
| Role: | Principal Investigator |

Donna K. Arnett, Ph.D.
Page 4

Title:                    MESA Family Study
Funding source/type:      NIH/NHLBI, 1 R01 HL071251-01A1, $723,209
Summary:                  The goal of this study is to determine the extent of genetic contribution
                          to variation in coronary calcium (EBCT and CT scan) and carotid artery
                          wall thickness (B-mode ultrasound) in non-majority populations.
Period:                   8/1/03-6/30/08
Role:                     Co-Principal Investigator

### *Submitted Grants*

Status:                   Resubmitted
Title:                    Identifying Susceptibility Genes for Metabolic Syndrome
Funding source/type:      NIH/NIDDK, $1,651,855
Summary:                  The overall goal of this 3-year project is to characterize a 19.5 Mb
                          region on chromosome 2q35-2q37 using linkage disequilibrium (LD)
                          mapping to identify genes influencing susceptibility to the MS.
Period:                   4/1/05-3/31/08
Role:                     Co-Investigator
Status:                   To be resubmitted November, 2005

Title:                    Pharmacogenomics of HAART – Induced Lipoatrophy in HIV Patients
Funding source/type:      NIH/HHS/PHS, $5,186,437.00
Summary:                  We will use a whole-genome association study to identify loci that
                          predict lipoatrophy among HIV+ patients undergoing highly active
                          antiretroviral therapy (HAART)
Period:                   07/01/05-06/30/10
Role:                     PI
Status:                   To be resubmitted September 2005

Title:                    Delta States Center for Genomics and Public Health: A Four-State
                          Partnership
Funding source/type:      CDC/HHS/PHS, $500,000.00
Summary:                  Established to develop a strong regional educational and technical
                          assistance program network directed to state and local health
                          departments, K-12 school systems, and the general public.
Period:                   09/01/04-08/31/08
Role:                     PI
Status:                   Not funded; Agency withdrew program
### *Former Grants*

Completed Research

Title:                    Colliding Categories:  Haplotypes, Race & Ethnicity
Funding source/type:      NIH

9/18/2006

Donna K. Arnett, Ph.D.
Page 5

| | |
|---|---|
| Summary: | The aim of this project is to explore the ethical and legal ramifications of the impending collision between biological and regulatory classifications of population subgroups in American society. |
| Period: | 7/1/04-6/30/06 |
| Role: | Consultant |

| | |
|---|---|
| Title: | FHS: Molecular Genetics and Genetic Epidemiology MN |
| Funding source/type: | NIH/NHLBI, 2 R01 HL56567, $182,025 |
| Summary: | This extends the genome-wide analysis for NHLBI FHS conducted during the initial funding period. |
| Period: | 10/23/01-8/31/04 |
| Role: | Principal Investigator |

| | |
|---|---|
| Title: | Training Grant in CVD Genetic Epidemiology |
| Funding source/type: | NIH/NHLBI, 1 T32 HI07972, $694,879 |
| Summary: | This proposal funded 3 pre-doctoral and 1 post-doctoral trainees in CVD genetic epidemiology at the University of Minnesota |
| Period: | 7/16/01-7/15/06 |
| Role: | Principal Investigator |

| | |
|---|---|
| Title: | Community Surveillance of Cardiovascular Disease -- Risk Factor Survey (MHS) |
| Funding source/type: | NIH/NHLBI 5 R01 HL23727, $4,576,444 |
| Summary: | A survey of 5,000 adults, ages 25-74 years, and children ages 8-17 years will be conducted using methodology identical to prior MHS surveys done in 1980-82, 1985-87, 1990-92, and 1995-97. |
| Period: | 3/01/00-2/28/04 |
| Role: | Principal Investigator |

## *Bibliography*

*Peer-reviewed senior & co-authored articles (formerly published under Koehn)*

1.  Koehn DK, Glasser SP.  The impact of antianginal drug therapy on the incidence of asymptomatic myocardial ischemia.  J Clin Pharmacol 1989;29:722.

2.  Glasser SP, Bittar N, Kinhal V, Bennet WT, Koehn DK.  The efficacy and safety of dilevalol in patients with chronic stable angina pectoris.  J Clin Pharmacol 1989;29:983.

3.  Glasser SP, Koehn DK, Powell R.  Regression of left ventricular hypertrophy in treated hypertensive patients with dilevalol and metoprolol-a double blind randomized study.  J Clin Pharmacol 1989;29(9):791.

4.   Glasser SP, Chrysant SG, Graves J, Rofman B, Koehn DK.  Safety and efficacy of amlodipine added to hydrochlorothiazide therapy in essential hypertension.  Am J Hypertens 1989;2(3):154.

5.   Glasser SP, Koehn DK.  Predictors of left ventricular hypertrophy in patients with essential hypertension.  Clin Cardiol 1989;12:129.

6.   Glasser SP, Arnett DK.  Reexamination of tolerance issues and efficacy endpoints of long-acting products.  Hospital Formulary 1990;25(1):42.

7.   Arnett DK, Glasser SP.  The risk factor profile for patients with asymptomatic myocardial ischemia.  Journal of Applied Cardiology 1990;5:239-244.

8.   Rinde-Hoffman D, Glasser SP, Arnett DK.  Update on nitrate therapy.  J Clin Pharmacol 1991;31(8):697.

9.   Arnett DK, Strogatz DS, Ephross SA, Hames CG, Tyroler HA.  Greater incidence of electrocardiographic left ventricular hypertrophy in black men than white men at seven year follow-up in Evans County, Georgia.  Ethn Dis 1992;2(1):10-17.

10.  Howard G, Burke GL, Evans GW, Crouse JR, Riley W, Arnett D, deLacy R, Heiss G.  Relations of intimal-medial thickness among sites within the carotid artery as evaluated by B-mode ultrasound.  Stroke 1994;25:1581-1587.

11.  Arnett DK, Rautaharju P, Crow R, Folsom AR, Ekelund LG, Hutchinson R, Tyroler HA, Heiss G.  Black-white differences in electrocardiographic left ventricular mass and the impact of antihypertensive therapy:  The ARIC study.  Am J Cardiol 1994;74:247-252.

12.  Arnett DK, Evans GW, Riley WA.  Arterial Stiffness:  A New Cardiovascular Disease Risk Factor?  Am J Epidemiol 1994;140: 669-682.

13.  Arnett DK, Tyroler HA, Burke G, Hutchinson R, Howard G, Heiss G.  Hypertension and Subclinical Carotid Artery Atherosclerosis in Blacks and Whites (The ARIC Study).  Arch Intern Med 1996;156:1983-1989.

14.  Bright PE, Arnett DK, Blair C, Bayona M.  Gender and ethnic differences in survival in a cohort of HIV positive clients.  Ethn Dis 1996;1(1):77-85.

15.  Chambless LE, Zhong M, Arnett DK, Folsom A, Riley W, Heiss G.  Variability in B-mode ultrasound in the Atherosclerosis Risk in Communities Study (ARIC).  Ultrasound Med Biol 1996;22(5):545-554.

16.  Arnett DK, Rautaharju P, Sutherland S, Keil J.  The Validity of Electrocardiographic Estimates of Left Ventricular Hypertrophy and Mass in African Americans.  The Charleston Heart Study.  Am J Cardiol 1997;79:1289-1292.

Donna K. Arnett, Ph.D.
Page 7

17.  Iribarren C, Luepker RV, McGovern PG, Arnett DK, Blackburn H.  Twelve-Year Trends in Cardiovascular Disease Risk Factors in The Minnesota Heart Survey, Are Socioeconomic Differences Widening?  Arch Intern Med 1997;157:873-881.

18.  Pankow JS, Vachon CM, Kuni CC, King RA, Arnett DA, Grabrick DM, Rich SS, Anderson VE, Sellers TA.  Genetic Analysis of Mammographic Breast Density in Adult Women: Evidence of a Gene Effect.  J Natl Cancer Inst 1997;89(8):549-556.

19.  Pieper RM, Arnett DK, McGovern PG, Shahar E, Blackburn H, Luepker RV.  Trends in Cholesterol Knowledge and Screening and Hypercholesterolemia Awareness and Treatment, 1980-1992: The Minnesota Heart Survey.  Arch Intern Med 1997;157:2326-2332.

20.  Arnett DK, Pankow JS, Atwood LD, Sellers TA.  Impact of Adjustments for Intermediate Phenotypes on the Power to Detect Linkage.  Genet Epidemiol 1997;14:749-754.

21.  Folsom AR, Arnett DK, Hutchinson RG, Liao F, Clegg L, Cooper LS.  Physical activity and incidence of coronary heart disease in middle-aged women and men.  Med Sci Sports Exerc 1997;29(7):901-909.

22.  Glasser SP, Arnett DK, McVeigh GE, Finkelstein SM, Bank AJ, Morgan DJ, Cohn JN.  Vascular Compliance and Cardiovascular Disease: A Risk Factor or a Marker?  Am J Hypertens 1997;10:1175-1189.

23.  Smith MA, Shahar E, Doliszny KM, McGovern PG, Arnett DK, Luepker RV.  Trends in Medical Care of Hospitalized Stroke Patients Between 1980 and 1990: The Minnesota Stroke Study.  J Stroke and Cerebrovascular Disease 1998;7(1):76-84.

24.  Glasser SP, Arnett DK, McVeigh GE, Finkelstein SM, Bank AJ, Morgan DJ, Cohn JN.  The Importance of Arterial Compliance in Cardiovascular Drug Therapy.  J Clin Pharmacol 1998;38:202-212.

25.  Garg UC, Arnett DK, Folsom AR, Province MA, Williams RR, Eckfeldt JH.  Lack of Association Between Platelet Glycoprotein IIb/IIIa Receptor PI[A] Polymorphism and Coronary Artery Disease or Carotid Intima-Media Thickness.  Thromb Res 1998;89:85-89.

26.  Arnett DK, Sprafka JM, McGovern PG, Shahar E, McCarty M, Luepker RV.  Trends in Cigarette Smoking: The Minnesota Heart Survey, 1980-1992.  Am J Public Health 1998;88(8):1230-1233.

27.  Arnett DK, Borecki IB, Ludwig EH, Pankow JS, Myers R, Evans G, Folsom AR, Heiss G, Higgins M.  Angiotensin Converting Enzyme Genotypes and Carotid Atherosclerosis: The Atherosclerosis Risk in Communities and the NHLBI Family Heart Studies.  Atherosclerosis 1998;138(1):111-116.

28.    Garg U, Arnett DK, Evans G, Eckfeldt JH.  No Association between Factor V Leiden
       Mutation and Coronary Heart Disease or Carotid Intima Media Thickness.  Thromb Res
       1998;89:289-293.

29.    Borecki IB, Higgins M, Schreiner PJ, Arnett DK, Mayer-Davis E, Hunt S, Province MA.
       Evidence for multiple determinants of the body mass index: the Family Heart Study.
       Obes Res 1998;6:107-114.

30.    Djousse L, Ellison C, Zhang Y, Arnett DK, Sholinsky P, Borecki I.  Relation between
       dietary fiber consumption and fibrinogen and plasminogen activator inhibitor type-1: The
       National Health, Lung, and Blood Institute (NHLBI) Family Heart Study.  Am J Clin
       Nutr 1998;68:568-575.

31.    Smith MA, Doliszny KM, Shahar E, McGovern PG, Arnett DK, Luepker RV.  Delayed
       Hospital Arrival for Acute Stroke: The Minnesota Stroke Survey.  Ann Intern Med
       1998;129(3):190-196.

32.    Zheng ZJ, Folsom AR, Arnett DK, McGovern P, Eckfeldt J.   Plasma Fatty Acid
       Composition and 6-Year Incidence of Hypertension in Middle-Aged Adults: The
       Atherosclerosis Risk in Communities (ARIC) Study. Am J Epidemiol 1999;150(5);492-
       500.

33.    Pereira MA, McGovern PG, Arnett DK, Hutchinson RG, Szklo M, Carpenter M, Folsom
       AR.  Physical activity and incident hypertension in black and white adults: The
       Atherosclerosis Risk in Communities Study (ARIC).  Prev Med 1999;28:304-312.

34.    Peacock JM, Folsom AR, Arnett DK, Eckfeldt JH, Chambless LE, Szklo M.
       Relationship of Serum and Dietary Magnesium to Incident Hypertension.  The
       Atherosclerosis Risk in Communities (ARIC) Study.  Ann Epidemiol 1999;3:159-165.

35.    Arnett DK, Chambless LE, Kim H, Evans GW, Riley W.  Variability in Ultrasonic
       Measurements of Arterial Stiffness in the Atherosclerosis Risk in Communities Study.
       Ultrasound Med Biol 1999;25(2):175-180.

36.    Liao D, Arnett DK, Tyroler HA, Riley WA, Chambless LE, Szklo M.  Arterial Stiffness
       and the Development of Hypertension. The ARIC Study.  Hypertension 1999;34(2):201-
       206.

37.    Rose KM, Newman B, Tyroler HA, Szklo M, Arnett DK, Srivastava N.  Women,
       Employment Status, and Hypertension: Cross-Sectional and Prospective Findings From
       the Atherosclerosis Risk in Communities Study.  Ann Epidemiol 1999;6:374-382.

38.    Smith MA, Shahar E, McGovern PG, Doliszny KD, Arnett DK, Luepker RV.  HMO
       Membership, Patient Age and the Use of Specialty Care for Acute Hospitalized Stroke:
       The Minnesota Stroke Survey.  Med Care 1999;37(12):1186-1198.

39.   Kronenberg F, Rich SS, Sholinsky P, Arnett DK, Province ME, Myers RH, Eckfeldt JH, Williams RR, Hunt SC.  Insulin and Hypertension in the NHLBI Family Heart Study: A sibpair approach to a controversial issue.  Am J Hypertens 2000;13(3):240-250.

40.   Djoussé L, Ellison RC, Pankow JS, Arnett DK, Zhang Y, Hong, Y, Province M.  Alcohol consumption and plasminogen activator inhibitor type-1: the NHLBI Family Heart Study.  Am Heart J 2000;139:704-709.

41.   Wilk JB, Djousse L, Arnett D, Rich S, Province M, Hunt S, Crapo R, Higgins M, Myers RH. Evidence for Major Genes Influencing Pulmonary Function in the NHLBI Family Heart Study.  Genet Epidemiol 2000;19(1):81-94.

42.   Coon H, Leppert M, Hunt S, Province M, Myers R, Arnett DK, Eckfeldt J, Heiss G, Kronenberg F.  Evidence for a major gene accounting for mild elevation in LDL cholesterol: The NHLBI Family Heart Study.  Ann Hum Genet 1999;63(pt 5):401-412.

43.   Arnett DK, Williams R, Folsom AR, Rao DC, Heiss G.  Dyslipidemic Hypertension as a Screening Tool for Excess Familial Risk of Coronary Heart Disease: The Atherosclerosis Risk in Communities (ARIC) and the NHLBI Family Heart Study.  CVD Prevention 1999;2:180-186.

44.   Luoto R, Sharrett R, Arnett D, Sorlie P, Schreiner P, Ephross.  Blood pressure and menopausal transition - The ARIC Study 1987-1995.  J Hypertens 2000;18(1):27-33.

45.   Arnett DK, Xiong B, McGovern PG, Blackburn H, Luepker RV.  Secular Trends in Dietary Macronutrient Intake in Minneapolis-St. Paul, 1980-1992.  Am J Epidemiol 2000;152:868-873.

46.   Arnett DK, Boland LL, Evans GW, Riley W, Barnes R, Tyroler HA, Heiss G. Hypertension and Arterial Stiffness: The Atherosclerosis Risk in Communities Study.  Am J Hypertens 2000;13:317-323.

47.   Rose K, Tyroler HA, Nardo CJ, Arnett DK, Light KC, Rosamond W, Sharrett AR, Szklo M.  Orthostatic Hypotension and Incident Coronary Heart Disease in the ARIC Study.  Am J Hypertens 2000;13:571-578.

48.   Pankow JS, Arnett DK, Borecki I, Hunt S, Eckfeldt J, Folsom AR, Djousse L.  Lack of association between the angiotensin converting enzyme insertion/deletion polymorphism and plasminogen activator inhibitor-1 antigen levels in the NHLBI Family Heart Study.  Blood Coagul Fibrinolysis 2000;11:551-558.

49.   Phillips ELR, Arnett DK, Himes JH, McGovern PG, Luepker RV.  Differences and Trends in Antioxidant Dietary Intake in Smokers and Non-smokers, 1980-1992.  The Minnesota Heart Survey.  Ann Epidemiol 2000;10:417-423.

Donna K. Arnett, Ph.D.
Page 10

50.  al'Absi M, Arnett DK.  Adrenocortical Responses to Stress and Risk for Hypertension.
     Biomed & Pharmacother 2000;54:234-244.

51.  Kronenberg F, Pereira MA, Schmitz MKH, Arnett DK, Evenson KR, Crapo RO, Jensen
     RL, Burke G, Sholinsky P, Ellison RC, Hunt SC:  Influence of leisure time physical
     activity and television watching on atherosclerosis risk factors in the NHLBI Family
     Heart Study. Atherosclerosis 2000;153:433-443.

52.  Arnett DK.  Genetic contributions to left ventricular hypertrophy.  Current Hypertension
     Reports, Pathogenesis of Hypertension: Genetic and Environmental Factors 2000;2:50-
     55.

53.  Tsai MY, Arnett DK, Eckfeldt JH, Williams RR, Ellison RC.  Plasma Homocysteine and
     its Association with Carotid Intimal-Medial Wall Thickness and Prevalent Coronary
     Artery Disease: NHLBI Family Heart Study.  Atherosclerosis 2000;151:519-524.

54.  Rose KM, Nardo CJ, Tyroler HA, Rosamond WD, Light KC, Sharrett AR, Arnett D,
     Szklo M.  Postural Change in Blood Pressure and Incident CHD in the Atherosclerosis
     Risk in Communities (ARIC) Study.  In press, Am J Epidemiol.

55.  Williams RR, Rao DC, Ellison RC, Arnett DK, Heiss G, Oberman A, Eckfeldt JH,
     Leppert MF, Province MA, Mockrin SC, Hunt SC.  NHLBI Family Blood Pressure
     Program: Methodology and Recruitment in the HyperGEN Network.  Ann Epidemiol
     2000;10(6):389-400.

56.  Hong Y, Leppert MF, Lin J, Hunt SC, Rich SS, Arnett DK, Myers R, Eckfeldt J,
     Williams RR, Province MA.  No evidence of linkage between VLDL receptor gene and
     fasting serum insulin or HOMA insulin resistance index: The NHLBI Family Heart
     Study. Metabolism 2000;49:293-297.

57.  Wilk JB, Djousse L, Borecki I, Atwood L, Hunt SC, Rich SS, Eckfeldt JH, Arnett DK,
     Rao DC, Myers RH.  Segregation Analysis of Serum Uric Acid in the NHLBI Family
     Heart Study.  Hum Genet 2000;106(3)355-359.

58.  Weinert CR, Arnett D, Jacobs D Jr, Kane RL.  The relationship between persistence of
     abdominal symptoms and a successful outcome after cholecystectomy.  Arch Intern Med
     2000;160:989-995.

59.  Rose KM, Arnett DK, Ellison RC, Heiss G.  Skip Patterns in DINAMAP-Measured
     Blood Pressure in 3 Epidemiological Studies.  Hypertension 2000;35:1032-1036.

60.  Coon H, Myers RH, Borecki IB, Arnett DK, Hunt SC, Province MA, Djousse L, Leppert
     MF.  Replication of linkage of familial combined hyperlipidemia to chromosome 1q with
     an additional heterogeneous effect of the apolipoprotein AI/CIII/AIV locus: The NHLBI
     Family Heart Study.  Arterioscler Thromb Vasc Biol 2000;20(10):2275-2280.

61.   Arnett DK, Glasser SP, McVeigh G, Prineas R, Donahue R, Cohn JN, Sinaiko A.   Blood Pressure and Arterial Compliance in Young Adults: The Minnesota Children's Blood Pressure Study.  Am J Hypertens 2001;14:200-205.

62.   Djousse L, Myers RH, Coon H, Arnett DK, Province MA, Ellison RC.  Smoking Influences the Association Between Apolipoprotein E and Lipids: The National Heart, Lung, and Blood Institute Family Heart Study.  Lipids 2000;35:827-831.

63.   DeWan AT, Arnett DK, Atwood LD, Province MA, Lewis CE, Hunt SC, Eckfeldt J.  A Genome Scan for Renal Function Among Hypertensive: The HyperGEN Study.  Am J Hum Genet 2001;68:136-144.

64.   Hong Y, Rautaharju PM, Hopkins PN, Arnett DK, Djousse L, Pankow JS, Sholinsky P, Rao DC, Province MA.  Familial aggregation of QT interval variability in a general population: results from the NHLBI Family Heart Study.  Clin Genet 2001;59:171-177.

65.   Folsom AR, Pankow JS, Tracy RP, Arnett DK, Peacock JM, Hong Y, Djousse L, Eckfeldt JH.  Association of C-reactive Protein with Markers of Prevalent Atherosclerotic Disease. Am J Cardiol 2001;88:112-117.

66.   Palmieri V, Bella JN, Arnett DK, Roman MJ, Oberman A, Kitzman DW, Hopkins PN, Paranicas M, Rao DC, Devereux RB.  Aortic Root Dilatation at Sinuses of Valsalva and Aortic Regurgitation in Hypertensive Normotensive Subjects.  The Hypertension Genetic Epidemiology Network (HyperGEN) Study.  Hypertension 2001;37(5):1229-1135.

67.   Bella JN, Palmieri V, Liu JE, Kitzman DW, Oberman A, Hunt SC, Hopkins PN, Rao DC, Arnett DK, Devereux RB.  Relationship Between Left Ventricular Diastolic Relaxation and Systolic Function in Hypertension: The HyperGEN Study.  Hypertension 2001;38:424-428.

68.   Devereux RB, Bella JN, Palmieri V, Oberman A, Kitzman DW, Hopkins PN, Rao DC, Morgan D, Paranicas M, Fishman D, Arnett DK.  Left Ventricular Systolic Dysfunction in a Bi-Racial Sample of Hypertensive Adults: The HyperGEN Study.  Hypertension 2001;38:417-423.

69.   Arnett DK, Devereux RB, Kitzman D, Oberman A, Hopkins PN, Atwood LA, Dewan A, Rao DC.  Linkage of Left Ventricular Contractility to Chromosome 11 in Humans: The HyperGEN Study.  Hypertension 2001;38:767-772.

70.   Schmitz MKH, Arnett DK, Bank A, Liao Duanping, Evans GW, Evenson KR, Stevens J, Sorlie P, Folsom AR.  Arterial Distensibility and Physical Activity in the ARIC Study.  Med Sci Sports Exerc 2001;33(12):2065-2071.

71.   McGovern PG, Jacobs DR JR, Shahar E, Arnett DK, Folsom AR, Blackburn H, Luepker RV.  Trends in Acute Coronary Heart Disease Mortality, Morbidity, and Medical Care From 1985 Through 1997: The Minnesota Heart Survey.  Circulation 2001;104:19-24.

72. Province MA, Arnett DK, Hunt SC, Leiendecker-Foster C, Eckfeldt JH, Oberman A, Ellison RC, Heiss G, Mockrin SC, Williams RR. Association between the alpha-adducin gene and hypertension in the HyperGEN Study. Am J Hypertens 2000;13(6 pt 1):710-718.

73. Palmieri V, Bella JN, Liu JE, Oberman A, Schuck MY, Kitzman D, Hopkins P, Rao DC, Morgan D, Arnett D, Devereux RB. Effect of Type 2 Diabetes Mellitus on Left Ventricular Geometry and Systolic Function in Hypertensive Subjects: Hypertension Genetic Epidemiology Network (HyperGEN) Study. Circulation 2001;103:102-107.

74. Feitosa MF, Borecki I, Hunt SC, Arnett DK, Rao DC, Province M. Inheritance of the waist-to-hip ratio in the National Heart, Lung, and Blood Institute Family Heart Study. Obes Res 2000;8(4):294-301.

75. Diez Roux AV, Stein Merkin S, Arnett D, Chambless L, Massing M, Nieto FJ, Sorlie, P, Szklo M, Tyroler HA, Watson RL. Neighborhood of residence and incidence of coronary heart disease. N Engl J Med 2001;345(2):99-106.

76. Arnett DK, Hong Y, Bella J, Oberman A, Kitzman DW, Hopkins PN, Rao DC, Devereux RB. Sibling Correlation of Left Ventricular Mass and Geometry in Hypertensive Blacks and Whites: The HyperGEN Study. Am J Hypertens 2001;14:1226-1230.

77. The FBPP Investigators. A Multi-Center Genetic Study of Hypertension: The Family Blood Pressure Program (FBPP). Hypertension 2002;39(1):3-9.

78. Palmieri V, de Simone G, Arnett DK, Bella JN, Kitzman DW, Oberman A, Hopkins PN, Province MA, Devereux RB. Relation of Various Degrees of Body Mass Index in Patients with Systemic Hypertension to Left Ventricular Mass, Cardiac Output, and Peripheral Resistance (The Hypertension Genetic Epidemiology Network Study). Circulation. 2001;88:1163-1168.

79. Peacock JM, Arnett DK, Atwood LD, Myers RH, Coon H, Rich SS, Province MA, Heiss. Genome Scan for Quantitative trait Loci Linked to High-Density Lipoprotein Cholesterol. The NHLBI Family Heart Study. Arterioscler Thromb Vasc Biol 2001;21:1823-1828.

80. Feitosa MF, Borecki IB, Rich SS, Arnett DK, Sholinsky P, Myers RH, Leppert M, Province MA. A quantitative trait locus influencing body mass index resides on chromosome 7: The NHLBI FHS. Am J Hum Genet 2002;70:72-82.

81. Arnett DK, Black H, Boerwinkle E, Davis B, Eckfeldt J, Ford C. Pharmacogenetic Approaches to Hypertension Treatment: The Genetics of Hypertension Associated Treatment (GenHAT). Pharmacogenomics Journal 2002;2:309-317.

82.   al'Absi M, Devereux RB, Lewis C, Kitzman D, Rao DC, Hopkins P, Markovitz J, Arnett DK.  Blood Pressure Responses to Acute Stress and Left Ventricular Mass (The Hypertension Genetic Epidemiology Network Study).  Am J Cardiol 2002;89:536-540.

83.   Tang W, Arnett DK, Devereux R, Province MA, Oberman A, Hopkins P, Kitzman D. Associations between angiotensinogen gene variants and left ventricular mass and functions in HyperGEN Study.  Am Heart J 2002;143:854-860.

84.   Knox SS, Adelman A, Ellison RC, Arnett D, Siegmund K, Weidner G, Province M. Hostility, Social Support, and Carotid Artery Atherosclerosis in the NHLBI Family Heart Study.  Am J Cardiol 2000;86(10):1086-1089.

85.   de Simone G, Palmieri V, Bella J, Celentano A, Hong Y, Oberman A, Kitzman DW, Hopkins PN, Arnett DK, Devereux RB.  Association of Left Ventricular Hypertrophy with Metabolic Risk Factors: The HyperGEN Study.  J Hypertens 2002;20:1-9.

86.   Juhaeri, Stevens J, Chambless LE, Tyroler HA, Rosamond W, Nieto FJ, Schreiner P, Jones SW, Arnett D.  Association between weight gain and hypertension in a bi-ethnic cohort: The Atherosclerosis Risk in Communities Study.  Int J Obesity 2002;26:58-64.

87.   Palmieri V, Arnett DK, Roman MJ, Liu JE, Bella JN, Oberman A, Kitzman DW, Hopkins PN, Morgan D, de Simone G, Devereux RB.  Appetite Suppressants and Valvular Heart Disease in a Population-Based Sample. The HyperGEN Study.  Am J Med 2002;112(9):710-715.

88.   DeWan AT, Arnett DK, Miller MB, Peacock JM, Atwood LD, Province MA, Lewis CE, Hunt SC, Eckfeldt JH.  Refined Mapping of Suggestive Linkage to Renal Function in African Americans: The HyperGEN Study.  Am J Hum Genet 2002;71:204-205.

89.   Austin M, Arnett D, Beaty T, Durfy S, Fineman R, Gettig E, Lochner-Doyle D, Peyser P, Sorenson J, Thompson J, Watts C.  Opportunities for Public Health Genetics Trainees: Results of an Employer/Workplace Survey.  Community Genetics 2001;4:143-147.

90.   Bella JN, Palmieri V, Kitzman DW, Liu JE, Oberman A, Hunt SC, Hopkins PN, Rao DC, Arnett DK, Devereux RB.  Gender Difference in Diastolic Function in Hypertension: The HyperGEN Study.  Am J Cardiol 2002;89:1052-1056.

91.   Tang W, Arnett DK, Devereux RB, Atwood L, Kitzman DW, Rao DC.  Linkage of Left Ventricular Early Diastolic Peak Filling Parameters to Chromosome 5 in Hypertensive African-Americans: The HyperGEN Echocardiography Study.  Am J Hypertens 2002;5:621-627

92.   Kronenberg F, Pereira MA, Schmitz MKH, Arnett DK, Evenson KR, Crapo RO, Jensen RL, Burke G, Sholinsky P, Ellison RC, Hunt SC:  Influence of leisure time physical activity and television watching on atherosclerosis risk factors in the NHLBI Family Heart Study. Compendium Series: Obesity 2002;153:433-443.

93.    Kronenberg F, Coon H, Ellison RC, Borecki I, Arnett DK, Tyroler A, Province MA, Eckfeldt JH, Hopkins PN, Hunt SC.  Segregation analysis of HDL cholesterol in the NHLBI Family Heart Study and in Utah pedigrees.  European Journal of Human Genetics 2002;10:367-374.

94.    Coon H, Eckfeldt JH, Leppert MF, Myers RH, Arnett DK, Heiss G, Province MA, Hunt SC.  A genome-wide screen reveals evidence for a locus on chromosome 11 influencing variation in LDL cholesterol in the NHLBI Family Heart Study.   Human Genetics 2002;111(3):263-269.

95.    Arnett DK, McGovern PG, Jacobs DR, Shahar E, Duval S, Blackburn H, Luepker RV.  Fifteen-Year Trends in Cardiovascular Risk Factors (1980-82 through 1995-97): The Minnesota Heart Survey.  Amer J Epidemiol 2002;156:929-935.

96.    Diez Roux AV, Chambless L, Stein Merkin S, Arnett D, Eigenbrodt M, Nieto FJ, Szklo M, Sorlie P.  Socioeconomic disadvantage and change in blood pressure associated with aging.  Circulation 2002;106:703-710.

97.    Luoto R, Sharrett R, Arnett D, Eigenbrodt M.  Pulse Pressure and Age at Menopause - the ARIC Study.  Biomed Central Women's Health 2002;2:6.

98.    Tang W, Arnett DK, Devereux RB, Province MA, Atwood LD, Oberman A, Hopkins PN, Kitzman DW.  Sibling resemblance for left ventricular structure, contractility and diastolic filling.  Hypertension 2002;40(3):233-238.

99.    Djoussé L, Rothman KJ, Cupples LA, Arnett DK, Ellison RC. Relation between serum albumin and carotid atherosclerosis: the NHLBI Family Heart Study. Stroke, 2003;34:53-57.

100.   Pankow JS, Province MA, Hunt SC, Arnett DK.  Regarding "Testing for Population Subdivision and Association in Four Case-Control Studies".  Letter to the Editor, Am J Hum Genet 2002;71(6):1478-1480.

101.   Skelton TN, Andrew ME, Arnett DK, Burchfiel CM, Garrison RJ, Taylor HA.  Echocardiographic Left Ventricular Mass in African-Americans.  The Jackson Cohort of the Atherosclerosis Risk in Communities Study.  Echocardiography 2003;20(2):111-120.

102.   Devereux RB, Hopkins PN, Kitzman DW, Rao DC, Arnett DK.  Relation of Insulin to Left Ventricular Geometry and Function in African-American and White Hypertensive Adults: The HyperGEN Study. Am Heart J 2002;15(12):1029-1035.

103.   Juhaeri, Stevens J, Chambless LE, Tyroler HA, Harp J, Jones D, Arnett D.  Weight change among self-reported dieters and non-dieters in white and African American men and women. European Journal of Epidemiology 2001;17:917-923.

Donna K. Arnett, Ph.D.
Page 15

104.    Mosca L, Arnett DK, Dracup K, Hansen BC, Labarthe DR, Marks JS, Matthews KA, Pearson TA, Weintraub W, Wilson W. Task Force on Strategic Research Direction: Population/Outcomes/Epidemiology/Social Science Subgroup key science topics report. <u>Circulation</u>. 2002;106(20):e167-172.

105.    Rao DC, Province MA, Leppert MF, Oberman A, Heiss G, Ellison RC, Arnett DK, Eckfeldt JH, Schwander K, Mockrin SC, Hunt SC. A Genome-Wide Affected Sibpair Linkage Analysis of Hypertension: The HyperGEN Network. <u>American Journal of Hypertension</u> 2003;16:148-150.

106.    Harnack L, Lee S, Schakel SF, Duval S, Luepker RV, Arnett DK. Trends in the trans fatty acid composition of the diet in a metropolitan area: The Minnesota Heart Survey. <u>Journal of the American Dietetic Association</u> 2003;103:1160-1166.

107.    Palmieri V, Bella JN, Arnett DK, Oberman A, Kitzman DW, Hopkins PN, Rao DC, Roman MJ, Devereux RB. Associations of aortic and mitral regurgitation with body composition and myocardial energy expenditure in adults with hypertension: The Hypertension Genetic Epidemiology Network study. <u>Am Heart J</u> 2003;145(6):1071-1077.

108.    Wilk JB, DeStefano AL, Arnett DK, Rich SS, Djousse L, Crapo RO, Leppert MF, Province MA, Cupples LA, Gottlieb DJ, Myers RH. A genome wide scan of pulmonary function measures in the NHLBI Family Heart Study. <u>Am J Respiratory and Critical Care Medicine</u> 2003;167:1528-1533.

109.    Grizzard WS, Arnett D, Haag SL. Twin Study of Age Related Macular Degeneration. <u>Ophthalmic Epidemiology</u> 2003;5:315-322.

110.    Juhaeri, Stevens J, Jones DW, Arnett D. Associations of aging and birth cohorts with body mass index in a biethnic cohort. Obesity Research 2003;11:426-433.

111.    Arnett DK, Skelton T, Liebson PR, Benjamin E, Hutchinson RG. Comparison of M-Mode Echocardiographic Left Ventricular Mass Measured Using Digital and Strip Chart Readings: The ARIC Study. <u>Cardiovascular Ultrasound</u> 2003;1(1):8.

112.    Juhaeri, Stevens J, Chambless LE, Nieto FJ, Jones D, Schreiner P, Arnett D, Cai J. Associations of weight loss and changes in fat distribution with the remission of hypertension in a bi-ethnic cohort: the Atherosclerosis Risk in Communities Study. <u>Preventive Medicine</u> 2003;36:330-339.

113.    Tang W, Devereux RB, Kitzman DW, Province MA, Leppert M, Oberman A, Hopkins PN, Arnett, DK. ARG16Gly Polymorphism of the ß2-Adrenergic Receptor and Left Ventricular Systolic Function. <u>American Journal of Hypertension</u> 2003;16:945-951.

114. de Simone G, Devereux RB, Palmieri V, Bella JN, Oberman A, Kitzman DW, Hopkins PN, Rao DC, Arnett DK.  Influence of fat-free mass on detection of appropriateness of left ventricular mass: The HyperGEN study. J Hypertens 2003;21:1747-1752.

115. Freedman BI, Beck SR, Rich SS, Heiss G, Lewis CE, Turner S, Province MA, Schwander KL, Arnett DK, Mellen BG.  A Genome-Wide Scan for Urinary Albumin Excretion in Hypertensive Families.  Hypertension 2003;42:291-296.

116. Djoussé L, Hunt SC, Arnett DK, Province MA, Eckfeldt JH, Ellison RC.  Dietary linolenic acid is inversely associated with plasma triacylglycerol: the NHLBI Family Heart Study. Am J Clin Nutr 2003;79(6):1098-1102.

117. Tang W, Arnett DK, Rich SS, North KE, Pankow JS, Miller MB, Borecki IB, Hopkins PN, Leppert M, Myers RH.  Linkage analysis of a composite factor for multiple metabolic syndrome (MMS): The NHLBI Family Heart Study.  Diabetes 2003;52:2840-2847.

118. Djousse L, Arnett DK, Coon H, Province MA, Moore LL, Ellison RC.  Fruit and Vegetable Consumption and LDL-cholesterol: The NHLBI Family Heart Study.  Am J Clin Nutr 2004;79(2):213-217.

119. Ellison RC, Zhang Y, Qureshi MM, Knox S, Arnett DK, Province MA.  Lifestyle determinants of HDL-cholesterol: the NHLBI Family Heart Study.  American Heart Journal 2004;147(3):529-535.

120. Rose K, North KE. Arnett DK, Ellison RC, Hunt SC, Lewis CE, Tyroler HA.  Blood pressure and pulse responses to three stressors: Associations with sociodemographic characteristics and cardiovascular risk factors.  J Hum Hypertens 2004;18:333-341.

121. Arnett DK, Des Fuentes L, Broeckel U.  Genes for left ventricular hypertrophy. Current Hypertension Reports Feb 2004;6(1):36-41.

122. Astor BC, Arnett DK, Brown A, Coresh J.  Association of Kidney Function and Hemoglobin with Left Ventricular Morphology Among African Americans: The Atherosclerosis Risk in Communities (ARIC) Study.  American Journal of Kidney Disease 2004;43:836-845.

123. Din-Dzietham R, Heiss G, Couper D, Evans G, Arnett D, Jones D, Tyroler HA.  Arterial Stiffness is Greater in African Americans Than in European Americans.  The ARIC Study. American Journal of Hypertension 2004;17:304-313.

124. De Simone G, Kitzman DW, Palmieri V, Liu JE, Oberman A, Hopkins PN, Bella JN, Rao DC, Arnett DK, Devereux RB.  Association of inappropriate left ventricular mass with systolic and diastolic dysfunction: The HyperGEN Study.  In press, American Heart Journal.

125.  Arnett, DK; Claas, SA.  Pharmacogenetics of Antihypertensive Treatment.  Drug Development Research 2004; 62:191-199.

126.  Nkomo VT, Arnett DK. Benjamin EJ, Liebson PR, Hutchinson RG, Skelton TN.  Left ventricular structure and systolic function in African Americans: The Atherosclerosis Risk in Communities (ARIC) Study.  Ethnicity & Disease 2004;14(483-88):

127.  Kizer JR, Arnett DK, Bella JN, Paranicas M, Rao DC, Province MA, Oberman A, Kitzman DW, Hopkins PN, Liu JE, Roman MJ, Devereux RB.  Racial-Ethnic Differences in Left Ventricular Structure in Hypertensive Adults.  The Hypertension Genetic Epidemiology Network (HyperGEN) Study.  In press, Hypertension.

128.  Barkley RA, Chakravarti A, Cooper RS, Ellison RC, Hunt SC, Province MA, Turner sT, Weder AB, Boerwinkle, on behalf of the Family Blood Pressure Program. Positional Identification of Hypertension Susceptibility Genes on Chromosome 2.  Hypertension 2004;43(part 2):477-482.

129.  Smith SC Jr, Milani RV, Arnett DK, Crouse JR III, McGrae McDermott M, Ridker PM, Rosenson RS, Taubert KA, Wilson PWF.  Atherosclerotic Vascular Disease Conference.  Writing Group II: Risk Factors. AHA Conference Proceedings.  Circulation 2004;109:2613-2616.

130.  Davis BR, Ford CE, Boerwinkle E, Arnett D, Eckfeldt J, Black H.  Imputing Gene-Treatment Interactions When the Genotype Distribution is Unknown Using Case-Only and Putative Placebo Analyses – A New Method for the Genetics of Hypertension Associated treatment (GenHAT) Study.  Statistics in Medicine 2004;23(15):

131.  Harnack L, Steffen L, Arnett DK, Gau S, Luepker RV.  Accuracy of estimation of large food protions.  Journal of the American Dietetic Association 2004;104(5):804-806.

132.  Tsai MY, Georgopoulos A, Otvos JD, Ordovas JM, Hanson NQ, Peacock JM, Arnett DK.  Comparison of ultracentrifugation and nuclear magnetic resonance spectroscopy in the quantification of triglyceride-rich lipoproteins after oral fat load.  Clin Chem 2004:50:1201-1204.

133.  Djousse L, Arnett DK, Eckfeldt JH, Province MA, Singer MR, Ellison RC.  Alcohol Consumption and Metabolic Syndrome in the NHLBI Family Heart Study: Does the Type of Beverage Matter?  Obesity Research  2004; 12:1375-1385.

134.  Djoussé L, Pankow JS, Arnett DK, Eckfeldt JH, Myers RH, Ellison RC.  Apolipoprotein E polymorphism modifies the alcohol-HDL association in the NHLBI Family Heart Study, Am J Clin Nutr. 2004; 80:1639-44

135.  Wilk JB, Djousse L, Arnett DK, Hunt SC, Province MA, Heiss G, Myers RH.  Genome-wide linkage analyses for age at diagnosis of hypertension and

early-onset hypertension in the HyperGEN Study.  <u>Am J Hypertens</u>
2004;17:839-844.

136.  Taylor HA, Benjamin EB; Ding J; Liebson P; Arnett DK;  Skelton TK. Left Ventricular
Mass Indexed to Height and Prevalent Magnetic Resonance Imaging Cerebrovascular
Disease in an African American Cohort:  The Atherosclerotic Risk In Communities
Study. <u>Stroke</u> 2004/416545

137.  Djousse L, Arnett DK, Eckfeldt JH, Province MA, Singer MR, Ellison, RC.  Alcohol
Consumption and Metabolic Syndrome: Does the Type of Beverage Matter? Obesity
Research, Vol. 12 No. 9 September 2004:1375-85

138.  Nunez E; Arnett D; Benjamin EJ; Liebson PR; Skelton TN; Tyroler HA; Taylor H;
Andrew M. Optimal Threshold Value for Left Ventricular Hypertrophy in African-
Americans: The ARIC Study.  <u>Hypertension</u>; 2005; 45(1):58-63.

139.  Djousse L; Arnett DK; Pankow JS; Hopkins PN, Province MA: Dietary linolenic acid is
associated with a lower prevalence of hypertension in the NHLBI Family Heart Study:
<u>Hypertension</u> 2005;45:368-373.

140.  Barber CA, Margolis K, Luepker RV, Arnett DK.  The Impact of the Women's Health
Initiative on Discontinuation of Postmenopausal Hormone Therapy: The Minnesota Heart
Survey (2000-2002).  <u>Journal of Women's Health</u> Vol. 13, No. 9, 2004:975-85

141.  Avery CL, Freedman BI, Heiss G, Kraja A, Rice T, Arnett D, Miller MB, Pankow JS,
Lewis CE, Myers RH, Hunt SC, Almasy L, North KE.  Linkage Analysis of Diabetes
Status Among Hypertensive Families.  <u>Diabetes</u> Vol. 53, Dec 2004:3307-12

142.  Arnett DK; Miller MB; Coon H; Ellison RC; North KE; Province M; Leppert M;
Eckfeldt JH: Genome-wide linkage analysis replicates susceptibility locus for fasting
plasma triglycerides: NHLBI Family Heart Study. <u>Human Genetics</u> 2004; 115; 468-74

143.  Taylor HA; Clark BL; Garrison RJ; Andrew ME; Han H; Fox ER; Arnett DK; Samdarshi
T; Jones DW: Relation of Aortic Valve Sclerosis to Risk of Coronary Heart Disease in
African-Americans. <u>Am J Cardiol</u> 2005;95:401-404

144.  Wu J; Kraja AT; Oberman A; Lewis CE; Ellison RC; Arnett DK; Heiss G; Lalouel JM;
Turner ST; Hunt SC; Province MA; Rao DC: A Summary of Antihypertensive Medication
Effects on Measured Blood Pressure <u>American Journal of Hypertension</u> in press 2005

145.  Lewis CE, North KE, Arnett D, Borecki IB, Coon H, Ellison RC, Hunt SC, Oberman A,
Rich SS, Province MA, Miller MB. Sex-specific findings from a genome-wide linkage
analysis of human fatness in non-Hispanic white and African Americans: The HyperGEN
Study. <u>International Journal of Obesity,</u> in press 2005

146.  Agno FS, Chinali M, Bella JN, Liu JE, Arnett DK, Kitzman DW, Oberman A, Hopkins
PN, Rao DC, Devereux EB:  Aortic valve sclerosis is associated with preclinical

cardiovascular disease in hypertensive adults: The Hypertension Genetic Epidemiology
Network Study. J Hypertens 2005; 23(4):867-73.

147.   Arnett DK, Tang W, Province MA, Oberman A, Ellison RC, Morgan D, Eckfeldt JH,
Hunt SC: Interarm differences in seated systolic and diastolic blood pressure: The
HyperGEN Study. J Hypertens 2005; 23(6):1141-1147.

148.   Wu J, Kraja AT, Oberman A, Lewis CE, Ellison RC, Arnett DK, Heiss G, Lalouel J,
Turner ST, Hunt SC, Province MA, Rao DC: A Summary of Antihypertensive Medication
Effects on Measured Blood Pressure; American Journal of Hypertension 2005 (in press).

149.   Lin JP, Myers RH, Almasy L, Coon HH, Arnett DK, Hong Y, Hunt SC.  Linkage of the
cholesterol 7alpha-hydroxylase gene and low-density lipoprotein cholesterol conditional
on apolipoprotein E association: the National Heart, Lung, and Blood Institute Family
Heart Study. Chin Med J (Engl). 2005;118(5):362-9.

150.   North KE, Miller MB, Coon H, Martin LJ, Peacock JM, Arnett DK, Zhang B, Province
M, Oberman A, Blangero J, Almasy L, Ellison RC, Heiss G.  Evidence for a gene
influencing fasting LDL cholesterol and triglyceride levels on chromosome 21q.
Atherosclerosis 2005; 179:119-125

151.   de Simone G, Devereux R, Kizer JR, Chinali M, Bella JN, Oberman A, Kitzman DW,
Hopkins PN Rao DC , Arnett DK. Body composition and fat distribution influence
systemic hemodynamics in the absence of obesity:the HyperGEN Study. Am J Clin Nutr
2005;81:757–61.

152.   Lynch Amy I., Arnett Donna K., Atwood Larry D., Devereux Richard B., Kitzman
Dalane W., Hopkins Paul N., Oberman Albert, Rao Dabeeru C.  A Genome Scan for
Linkage With Aortic Root Diameter in Hypertensive African Americans and Whites in the
Hypertension Genetic Epidemiology Network (HyperGEN) Study. Am J Hypert 2005;
18:627-632

153.   Daniels SR, Arnett DK, Eckel RH, Gidding SS, Hayman LL, Kumanyika S, Robinson
TN, Scott BJ, St Jeor S, Williams CL. Overweight in children and adolescents:
pathophysiology, consequences, prevention, and treatment.  Circulation
2005;111(15):1999-2012.

154.   Djousse L, Rautaharju PM, Hopkins PN, Whitsel EA, Arnett DK, Eckfeldt JH, Province
MA, Ellison RC. Dietary linolenic acid and adjusted QT and JT intervals in the National
Heart, Lung, and Blood Institute Family Heart study.  J Am Coll Cardiol 2005;
45(10):1716-22.

155.   Benjamin IJ, Arnett DK, Loscalzo J; American Heart Association Basic Science Writing
Group. Discovering the full spectrum of cardiovascular disease: Minority Health Summit
2003: report of the Basic Science Writing Group. Circulation. 2005;111(10):e120-3.

156.   Taylor HA Jr, Clark BL, Garrison RJ, Andrew ME, Han H, Fox ER, Arnett DK, Samdarshi T, Jones DW. Relation of aortic valve sclerosis to risk of coronary heart disease in African-Americans. Am J Cardiol. 2005;95(3):401-4.

157.   de Simone G, Kitzman DW, Chinali M, Oberman A, Hopkins PN, Rao DC, Arnett DK, Devereux RB.  Left ventricular concentric geometry is associated with impaired relaxation in hypertension: the HyperGEN study.  Eur Heart J. 2005; 26(10):1039-45.

158.   Nunez E, Arnett DK, Benjamin EJ, Oakes JM, Liebson PR, Skelton TN. Comparison of the prognostic value of left ventricular hypertrophy in African-American men versus women.  Am J Cardiol.  2004;94(11):1383-90.

159.   Tsai MY, Hanson NQ, Straka RJ, Hoke TR, Ordovas JM, Peacock JM, Arends VL, Arnett DK. Effect of influenza vaccine on markers of inflammation and lipid profile.  J Lab Clin Med. 2005;145(6):323-7.

160.   Arnett DK, Davis BR, Ford CE, Boerwinkle E, Leiendecker-Foster C, Miller MB, Black H, Eckfeldt JH. Pharmacogenetic association of the angiotensin-converting enzyme insertion/deletion polymorphism on blood pressure and cardiovascular risk in relation to antihypertensive treatment: the Genetics of Hypertension-Associated Treatment (GenHAT) study. Circulation. 2005;111(25):3374-83.

161.   Djousse L, Arnett DK, Carr JJ, Eckfeldt JH, Hopkins PN, Province MA, Ellison RC; Investigators of the NHLBI FHS. Dietary linolenic acid is inversely associated with calcified atherosclerotic plaque in the  coronary arteries: the National Heart, Lung, and Blood Institute Family Heart Study. Circulation. 2005;111(22):2921-6.

162.   Burchfiel CM, Skelton TN, Andrew ME, Garrison RJ, Arnett DK, Jones DW, Taylor HA Jr.  Metabolic Syndrome and Echocardiographic Left Ventricular Mass in Blacks. The Atherosclerosis Risk in Communities (ARIC) Study. Circulation. 2005 Aug 1; [Epub ahead of print]

163.   Wu J, Kraja AT, Oberman A, Lewis CE, Ellison RC, Arnett DK, Heiss G, Lalouel JM, Turner ST, Hunt SC, Province MA, Rao DC. A summary of the effects of antihypertensive medications on measured blood pressure. Am J Hypertens. 2005;18(7):935-42.

164.   Chinali M, de Simone G, Liu JE, Bella JN, Oberman A, Hopkins PN, Kitzman DW, Rao DC, Arnett DK, Devereux RB. Left Atrial Systolic Force and Cardiac Markers of Preclinical Disease in Hypertensive Patients The Hypertension Genetic Epidemiology Network (HyperGEN) Study. Am J Hypertens. 2005;18(7):899-905.

165.   Laura J. Rasmussen-Torvik, Kari E. North, C. Charles Gu, Cora E. Lewis, Jemma B. Wilk, Aravinda Chakravarti, Yen-Pei C. Chang, Michael B. Miller, Na Li, Richard B. Devereus, and Donna K. Arnett.  A Population Association Study of Angiotensinogen

Polymorphisms and Haplotypes With Left Ventricular Phenotypes. Hypertension 2005 46: 1294-1299. (PubMed ID 16286570)

166.  Tang, W. Pankow J.S., Arnett D.K.  (Mis)use of factor analysis in the study of insulin resistance syndrome.  AM J Epidemiol. 2005 Nov 1; 162(9):921-2; author reply 923. Epub 2005 Sep 8.

167.  Hsu FC, Zaccaro DJ, Lange LA, Arnett DK, Langefeld CD, Wagenknecht LE, Herrington DM, Beck SR, Freedman BI, Bowden DW, Rich SS  The impact of pedigree structure on heritability estimates for pulse pressure in three studies.  Hum Hered. 2005;60(2):63-72. Epub 2005 Sep 8.

168.  Tang W, Arnett DK, Devereux RB, Panagiotou D, Province MA, Miller MB, de Simone G, Gu C, Ferrell RE.  Identification of a novel 5-base pair deletion in calcineurin B (PPP3R1) promoter region and its association with left ventricular hypertrophy.  Am Heart J. 2005 Oct; 150 (4):845-51 PMID: 16209992.

169.  Wu J, Kraja AT, Oberman A, Lewis CE, Ellison RC, Arnett DK, Heiss G, Lalouel JM, Truner ST, Hunt SC, Province MA, Rao DC.  A summary of the effects of antihypertensive medications on measured blood pressure. Am J Hypertens. 2005 Jul; 18(7):935-42. PMID: 16053990.

170.  Chinali M, de Simone G, Liu JE, Bella JN, Oberman A, Hopkins PN, Kitzman DW, Rao DC, Arnett DK, Devereux RB.  Left atrial systolic force and cardiac markers of preclinical disease in hypertensive patients:  the Hypertension Genetic Epidemiology Network (HyperGEN) Study.  Am J Hypetens. 2005 jul; 18(7):899:905. PMID:  16053984.

171.  Bielinski SJ, Lynch Al, Miller MB, Weder A, Cooper R, Oberman A, Chen YD, Turner St, Forange M, Province M, Arnett DK.  Genome-wide linkage analysis for loci affecting pulse pressure: the Family Blood Pressure Program. Hypertension. 2005 Dec; 46(6):1286-93. Epub 2005 Nov 14.  PMID: 16286574.

172.  Rasmussen-Torvik LJ, North KE, Gu CC, Lewis CE, Wilk JB, Chakravarti A, Chang YP, Miloer MB, Li N, Devereus RB, Arnett DK.  A population association study of angiotensinogen polymorphisms and haplotypes with left ventricular phenotypes. Hypertension. 2005 Dec;46(6):1294-9. Epub 2005 Nov 14. PMID:  16286570

173.  Tang W, Pankow JS, Arnett DK.  Re: "(Mis)use of factor analysis in the study of insulin resistance syndrome".  Am J Epidemiol.  2005 Nov 1;162(9):921-2l author reply 923. Epub 2005 Sep 8. No abstract available. PMID 16150887

174.   The National Heart, Lung, and Blood Institute Working Group on Future Directions in Hypertension Treatment Trials.  Major clinical trials of hypertension:  what should be done next? Hypertension. 2005 Jul;46(1):1-6. Epub 2005 May 23.

175. Feitosa M, Miller MB, Heiss G, DK Arnett, Myers R, Pankow JS, Hopkins P. Evidence of QTL on 15q21 for High-Density Lipoprotein Cholesterol: The National Heart, Lung, and Blood Institute Family Heart Study (NHLBI FHS) Atherosclerosis. Ref.: Ms. No. ATH-D-05-00614R1

176. An P, Freedman BI, Rich SS, Mandel SA, Arnett DK, Myers RH, Chen YD, Hunt SC, Rao DC. Quantitative trait loci on chromosome 8q24 for pancreatic beta-cell function and 7q11 for insulin sensitivity in obese nondiabetic white and black families: evidence from genome-wide linkage scans in the NHLBI Hypertension Genetic Epidemiology Network (HyperGEN) study. *Diabetes.* Feb 2006; 55(2):551-558.

177. Arnett DK, Class SA, Glasser SP. Pharmacogenetics of antihypertensive treatment. *Vascul Pharmaol.* Feb 2006; 44(2):107-118.

178. Feitosa MF, Provinice MA, Heiss G, Arnett DK, Myers RH, Pankow JS, Hopkins PN, Borecki IB. Evidence of QTL on 15q21 for high-density lipoprotein cholesterol: The National Heart, Lung, and Blood Institute Family Heart Study (NHLBI FHS). *Atherosclerosis.* Mar 7 2006.

179. Rosen BD, Saad MF, She S, Nasir K, Edvardsen T, Burke G, Jerosch-Herold M, Arnett, DK, Lai S, Bluemke DA, Lima JA. Hypertension and smoking are associated with reduced regional left ventricular function in asymptomatic: individuals the Multi-Ethnic Study of Atherosclerosis. *J Am Coll Cardiol.* Mar 21 2006; 47(6):1150-1158.

180. Tang W, Hong Y, Province MA, Rich SS, Hopkins PN, Arnett DK, Pankow JS, Miller MB, Eckfeldt JH. Familial Clustering for features of the metabolic syndrome: the National Heart, Lund, and Blood Institute (NHLBI) Family Heart Study. *Diabetes Care.* Mar 2006;29(3):631-636.

181. Avery CL, Freedman BI, Kraja AT, Borecki IB, Miller MB, Pankow JS, Arnett DK, Lewis CE, Myers RH, Hunt SC, North KE. "Genotype-by-sex interaction in the aetiology of type 2 diabetes mellitus: support for sex-specific quantitative trait loci in Hypertension Genetic Epidemiology Network participants. Diabetologia DOI 10.1007/s00125-006-0375-4

182. Susan G. Lakoski, Mary Cushman, Roger S. Blumenthal, Richard Kronmal, Donna Arnett, Ralph B. D'Agostino Jr., Robert C. Detrano, David M. Herrington. Implications of C-reactive protein or coronary artery calcium score as an adjunct to global risk assessment for primary prevention of CHD.(2006), doi:10.1016/j.atherosclerosis.2006.07.006.

183. de Simone G, Devereux RB, Chinali M, Palmieri V, Oberman A, Kitzman DW, Hopkins PN, Rao DC, Arnett DK: Body fat distribution influences cardiac output in normotensive and hypertensive overweight individuals: The HyperGEN Study. J Am Coll Cardiol 2004;43:512A.

184.    Li ZB, Devereux RB, Liu JE, Kitzman DW, Oberman A, Hopkins P, Gu CC, Arnett DK: Prevalence and correlates of mitral regurgitation in hypertensive patients: The HyperGEN Study.  J Am Coll Cardiol 2004;43:429A.

185.    Krasikov T, Devereux RB, Arnett DK, Oberman A, Hopkins PN, Kitzman DW, Rao DC: Correlates of high pulse pressure in hypertensive adults from a population-based sample: The HyperGEN study.  J Am Coll Cardiol 2005;(in press).

186.    Agno FS, Bella JN, Arnett DK, Oberman A, Hopkins PN, Kitzman DW, Rao DC, Devereux RB: Left ventricular mass among hypertensive adults without clinical disease: The HyperGEN study.  J Am Coll Cardiol 2005;(in press).

187.    Agno FS, Arnett DK, Bella JN, Oberman A, Hopkins PN, Kitzman DW, Rao DC, Devereux RB: Left ventricular mass among offspring of hypertensive adults: The HyperGEN study. J Am Coll Cardiol 2005;(in press).

188.    Davis BR, Arnett D, Boerwinkle E, Ford CE, Leiendecker-Foster C, Miller M, Black H, Eckfeldt J. Absence of an Interaction Between the Alpha Adducin Polymorphism and Antihypertensive Treatment on Cardiovascular Risk in High-Risk Hypertensives: The GENHAT Study. Pharmacogenomics J. 2006 May 16; [Epub ahead of print] PMID: 16702981 [PubMed - as supplied by publisher]

189.    B.Rosen, T.Edvardsen, S.Lai, E.Castillo, L.Pan, M.Jerosch-Herold, S.Sinha, R.Kronmal, D.Arnett, J.Crouse III, S. Heckbert, D. Bluemke, J.Lima. Left Ventricular Concentric Remodeling Is Associated With Decreased Global and Regional Systolic Function The Multi-Ethic Study of Atherosclerosis. Circulation. 2005 Aug 16;112(7):984-91. PMID: 16103253 [PubMed - indexed for MEDLINE]

190.    Tang W, Hong Y, Province MA, Rich SS, Hopkins PN, Arnett DK, Pankow JS, Miller MB, Eckfeldt JH., Familial clustering for features of the metabolic syndrome: the National Heart, Lung, and Blood Institute (NHLBI) Family Heart Study. Diabetes Care. 2006 Mar;29(3):631-6. PMID: 16505518 [PubMed - indexed for MEDLINE]

191.    Artz MB, Harnack LJ, Duval SJ, Armstrong C, Arnett DK, Luepker RV. Use of nonprescription medications for perceived cardiovascular health. Am J Prev Med. 2006 Jan;30(1):78-81

192.    Arnett DK, Class SA, Glasser SP. Phamacogenetics of antihypertensive treatment Vascul Pharmacol. 2006 Feb;44(2):107-18. Epub 2005 Dec 13. PMID: 16356784

193.    Arnett DK, Jacobs DR Jr, Luepker RV, Blackburn H, Armstrong C, Class SA. Twenty-year trends in serum cholesterol, hypercholesterolemia, and cholesterol medication use: the Minnesota Heart Survey, 1980-1982 to 2000-2002.Circulation. 2005 Dec 20; 112(25):3884-91. Epub 2005 Dec 12. PMID: 16344385

194.   C.Charles Gu, Yen-Pei C. Chang, Steven C. Hunt, Karen Schwander, Donna Arnett, Luc Djousse, Gerardo Heiss, Al Oberman, Jean-Marc Lalouel, Mike Province, Aravinda Chakravarti, D.C. Rao. Haplotype Association Analysis of AGT Variants with Hypertension-Related Traits: The HyperGEN Study. Hum Hered 2005;60:164-176 DOI:10.1159/000090118

195.   Ping An, Barry I. Freedman, Stephen S. Rich, Stehpen A. Mandel, Donna K. Arnett, Richard H. Myers, Yii-Der I. Chen, Steven C. Hunt, and D.C. Rao. Quantitative Trait Loci on Chromosome 8q24 for Pancreatic β-Cell Function and 7q11 for Insulin Sensitivity in Obese Nondiabetic White and Black Families. Evidence From Genome-Wide Linkage Scans in the NHLBI Hypertension Genetic Epidemiology Network (HyperGEN) Study. Diabetes, Vol 55, February 2006. 551-558

196.   Li ZB, de Simone G, Bella NJ, Cai L, Kitzman DW, Oberman A, Hopkins P, Rao DC, Arnett DK, Devereux RB Relation of Left Ventricular Geometry and Isovolumeric Relaxation Time in Hypertensive Patients: The HyperGEN study.

197.   Lakoski SG, Cushman M, Blumenthal RS, Kronmal R, Arnett D, D'Agostino RB Jr, Detrano RC, Herrington DM. Implications of C-reactive protein or coronary artery calcium score as an adjunct to global risk assessment for primary prevention of CHD. Atherosclerosis. 2006 Aug 14; [Epub ahead of print] PMID: 16914155

### Non-Peer Reviewed Articles

1.   Arnett DK.  Multiple Risk Factor Approaches. "Optimizing Antianginal Therapy.  The Role of the Nurse in Clinical Practice." Ischemic Heart Disease:  A Comprehensive Review for Nurse Clinicians, Monograph, University of South Florida, Tampa, FL, 1994, 5-12.

### Book Chapters

1.   Mulla Z, Arnett DK.  Gender Differences in the Rates of Therapeutic Cardiac Procedures and Associated Mortality Among elderly Patients Hospitalized for Acute Myocardial Infarction.  In: Facts and Research in Gerontology.  JM Ribera, D Carrie, J Puel, J Serro-Azul, B Vellas, L Albarede, PJ Garry (ed.).  Paris: Serdi Publisher, 1997:104-119.

### Presentations & Abstracts (formerly published under Koehn)

1.   Glasser SP, Koehn DK.  Lack of LVH regression in hypertensive subjects treated alone or in combination with amlodipine.  American College of Pharmacology, 1988, Orlando, FL.

2.   Glasser SP, Koehn DK.  The effect of dilevalol, a new beta blocker with ISA, on asymptomatic myocardial ischemia.  American College of Pharmacology, 1988, Orlando, FL.

3.  Glasser SP, Koehn DK.  The effect of antianginal therapy upon the exercise test's ability to predict the presence of asymptomatic ischemia.  American College of Pharmacology, 1988, Orlando, FL.

4.  Glasser SP, Koehn DK.  Impact of Antianginal Drug Therapy on the Incidence of Asymptomatic Ischemia.  American College of Pharmacology, 1988, Orlando, FL.

5.  Arnett DK, Ephross SA, Strogatz DS, Hames CG, Tyroler HA.  Differences in mortality associated with left ventricular hypertrophy in black and white men at thirteen year follow-up in Evans County, Georgia.  Fifth International Interdisciplinary Conference of Hypertension in Blacks, 1990, Chicago, IL.

6.  Arnett DK, Riley W, Rautaharju P, Tyroler HA, Heiss G.  Electrocardiographic left ventricular mass and its association with arterial stiffness and menopause.  The ARIC Study.  American Heart Association 64th Scientific Sessions, November 1991, Anaheim, CA.  Circulation 1991;84(4):548.

7.  Arnett DK, Tyroler HA, Chambless LE, Heiss G.  Are target organ manifestations of elevated blood pressure different in blacks and whites?  The ARIC Study.  American Heart Association 32nd Annual Conference on Cardiovascular Disease Epidemiology, March, 1992, Memphis, TN.

8.  Arnett DK, Ephross SA, Riley WA, Tyroler HA, Heiss G.  Is hormone replacement therapy among surgically or naturally postmenopausal women associated with lower arterial stiffness?  The ARIC Study.  American Heart Association 65th Scientific Sessions, November, 1992, Anaheim, CA.  Circulation 1992;86(4):674.

9.  Evans GW, Riley WA, Arnett DK, Barnes RW, Burke GL.  Statistical issues in the use of arterial distensibility as a surrogate endpoint in clinical trials.  14th Annual Meeting of the Society for Clinical Trials, 1993, Orlando, FL.

10. Arnett DK, Evans GW, Riley WA, Barnes RW, Heiss G.  Differences in arterial elasticity by antihypertensive medication, gender, and ethnicity.  The ARIC Study.  American Heart Association 33rd Annual Conference on Cardiovascular Disease Epidemiology, March, 1993, Santa Fe, NM.

11. Arnett DK.  Risk factor clustering in the Atherosclerosis Risk in Communities Study.  National Heart, Lung, and Blood Institute, 1993, Bethesda, MD.

12. Hutchinson RG, Arnett DK, Watson RL, Barnes RA, Brown S, Davis CE, Tyroler HA.  Gender differences in multiple risk factor clustering among Blacks and Whites.  American Heart Association 66th Scientific Sessions, November, 1993, Atlanta, GA.  Circulation 1993;88(4 Pt 2):357.

Donna K. Arnett, Ph.D.
Page 26

13.    Bright P, Arnett DK, Blair C, Bayona M.  Ethnic and Gender Differences in Survival
       among an HIV Positive Cohort.  Society for Epidemiologic Research Meeting, 27th
       Annual Meeting, 1994, Miami, FL.

14.    Brancati FL, Folsom AR, Watson RL, Tyroler HA, Cai J, Arnett D, Szklo M.  Race,
       physical activity, and diabetes mellitus:  The ARIC Study.  Society of General Internal
       Medicine, National Meeting, 1994, Chicago, IL.

15.    Arnett DK, Rautaharju PM, Sutherland SE, Keil JE.  The validity of electrocardiographic
       estimates of left ventricular mass in African-Americans.  The Charleston Heart Study.
       American Heart Association 34th Annual Conference on Cardiovascular Disease
       Epidemiology and Prevention, March, 1994, Tampa, FL.

16.    Arnett DK.  Cardiology Update '95, January, 1995.  Estrogen Replacement Therapy in
       Postmenopausal Women.  1995, Orlando, FL.

17.    Mulla ZD, Arnett DK, Straumford JV, Leaverton PE.  Sex Differences in the Outcomes
       of Myocardial Infarction: An Analysis of 262,105 Patient Records.  Society for
       Epidemiologic Research, 28th Annual Meeting.  1995, Snowbird, UT.

18.    Arnett DK, Tyroler HA, Hutchinson RG, Howard G, Heiss G.  The paradoxical effect of
       hypertension and its association with subclinical atherosclerosis in African Americans:
       The ARIC Study.  American Heart Association 35th Annual Conference on
       Cardiovascular Disease Epidemiology and Prevention, March, 1995, San Antonio, TX.

19.    Arnett DK, Province MA, Williams RR, Pankow JS, Heiss G, Folsom AR.  Dyslipidemic
       Hypertension is Associated with Familial Aggregation of Coronary Heart Disease.  The
       Atherosclerosis Risk in Communities (ARIC) Study.  American Heart Association 68th
       Scientific Sessions, November, 1995, Anaheim, CA.  Circulation 1995;92(8):800.

20.    Arnett DK, McGovern PG, Peterson DM, Shahar E, Luepker RV.  Ten Year Trends in
       Leisure Time Physical Activity:  The Minnesota Heart Survey.  American Heart
       Association 68th Scientific Sessions, November, 1995, Anaheim, CA.  Circulation
       1995;92(8):311.

21.    Peterson DM, Arnett DK, McGovern PG, Shahar E, Luepker RV.  Leisure-Time Physical
       Activity Trends in the Minnesota Heart Survey, 1980-1992.  American Heart Association
       68th Scientific Sessions, November, 1995, Anaheim, CA.  Circulation 1995;92(8):617.

22.    Iribarren C, Luepker RV, McGovern PG, Arnett DK, Peterson DM, Blackburn H.
       Twelve-year trends in cardiovascular disease risk factors:  Are socioeconomic differences
       widening?  The Minnesota Heart Survey.  American Heart Association 68th Scientific
       Sessions, November, 1995, Anaheim, CA.

23.  Rose K, Newman B, Tyroler HA, Arnett D, Szklo M.  A Comparison of Employment Status-Hypertension Associations in Women Based on Prevalence and Incidence Data. Society of Epidemiologic Research, 1996, Boston, MA.

24.  Arnett DK, Skelton T, Vitelli L, Ephross S, Hutchinson R.  Hormone Replacement Therapy and Echocardiographic Left Ventricular Mass in Most-Menopausal African American Women:  The ARIC Study.  American Heart Association 36th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1996, San Francisco, CA.

25.  Pieper RM, Arnett DK, Shahar E, McGovern PG, Luepker RV.  Trends in Knowledge, Awareness, and Treatment of Hypercholesterolemia:  The Minnesota Heart Survey. American Heart Association 36th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1996, San Francisco, CA.

26.  Howard G, Wagenknecht LE, Nieto FJ, Arnett D, Burke GL, for the ARIC Investigators. Passive and Active Smoking are Related to Progression of Atherosclerosis.  American Heart Association 36th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1996, San Francisco, CA.

27.  Xiong B, Arnett DK, McGovern PG, Blackburn H, Luepker RV.  Secular Trends in Dietary Macronutrient Intake in the Minnesota Heart Survey, 1980-1992.  American Heart Association 69th Scientific Sessions, November, 1996, New Orleans, LA. Circulation 196;94(8):578.

28.  Falkner N, Arnett DK, McGovern PG, Blackburn H, Luepker RV.  Twelve Year in Obesity, Systolic Blood Pressure, and Cholesterol: The Minnesota Heart Survey. American Heart Association 69th Scientific Sessions, November, 1996, New Orleans, LA.  Circulation 1996;94(8):738.

29.  Tsai M, Arnett DK.  Homocysteine and MTHFR, Carotid Intima Media Thickness and CHD.  The NHLBI Family Heart Study.  February, 1997, Bethesda, MD.

30.  Norman J, Arnett DK.  Electrocardiographic Determinants of Echocardiographic Left Ventricular Mass.  National Heart, Lung, and Blood Institute, June, 1997, Bethesda, MD.

31.  Zheng ZJ, Folsom AR, Ma J, Arnett D, McGovern PG, Eckfeldt JH.  Plasma Fatty Acid Composition and 6-Year Incidence of Hypertension in Middle-Aged Adults: The ARIC Study.  The 4th International Conference on Preventive Cardiology, June, 1997, Montreal, Quebec.

32.  Arnett DK, Vitelli LL, Chambless LE, Howard G, Hutchinson RG, Tyroler HA, Heiss G. Pulse Pressure, Diastolic Blood Pressure and Progression of Carotid Artery Atherosclerosis: The Atherosclerosis Risk in Communities Study.  The 4th International Conference on Preventive Cardiology, June, 1997, Montreal, Quebec.

33.   Hutchinson RG, Skelton TN, Arnett DK, Benjamin EJ, Liebson PR, Eigenbrodt ML.
      Left Ventricular Hypertrophy by Echocardiogram in African-Americans: The ARIC
      Study.  The 4th International Conference on Preventive Cardiology, June, 1997,
      Montreal, Quebec.

34.   Robinson EL, Arnett DK, Himes JH, McGovern PG, Luepker RV.  Differences and
      Trends in Antioxidant Dietary Intake in Smokers and Non-Smokers, 1980-1992: The
      Minnesota Heart Survey.  The 4th International Conference on Preventive Cardiology,
      June 1997, Montreal, Quebec.

35.   Rose KM, Nardo C, Tyroler HA, Rosamond W, Light KC, Arnett D, Sharrett AR, Szklo
      M.  Postural Change in Blood Pressure and Incident Coronary Heart Disease in the
      Atherosclerosis Risk in Communities Study.  The 4th International Conference on
      Preventive Cardiology, June, 1997, Montreal, Quebec.

36.   Pereira M, Arnett D, Hutchinson R, Szklo M, Carpenter M, Folsom A.  Physical Activity
      and Incidence of Hypertension in Middle-Aged Adults.  The 4th International Conference
      on Preventive Cardiology, June, 1997, Montreal, Quebec.

37.   Hutchinson RG, Skelton TN, Arnett DK, Benjamin EJ, Liebson PR, Eigenbrodt ML.
      Echocardiographic Left Ventricular Hypertrophy in African-Americans: The ARIC
      Study. College of Chest Physician's Meeting, October, 1997.  <u>Chest Supplement</u>,
      1997;112(3):38S.

38.   Arnett DK, Tsai MY, Evans GW, Williams RR, Province MA, Heiss G.  Homocysteine is
      Associated with Arterial Stiffness in Current Smokers: The NHLBI Family Heart Study.
      American Heart Association 38th Annual Conference on Cardiovascular Disease
      Epidemiology and Prevention, March, 1998, Santa Fe, NM.

39.   McGovern PG, Shahar E, Doliszny KM, Arnett DK, Luepker RV.  Trends in congestive
      heart failure among Twin Cities residents aged 30-84 years, 1980- 1996.  American Heart
      Association 38th Annual Conference on Cardiovascular Disease Epidemiology and
      Prevention, March, 1998, Santa Fe, NM.

40.   Liao D, Arnett D, Tyroler HA, Riley W, Chambless LE, Brown A, Szklo M.  Arterial
      stiffness and the development of hypertension-The ARIC Study.  American Heart
      Association 38th Annual Conference on Cardiovascular Disease Epidemiology and
      Prevention, March, 1998, Santa Fe, NM.

41.   Liao D, Evans G, Arnett D, Pankow J, Liese A, Davis CE, Salomma V, Heiss G.
      Multiple metabolic syndrome is associated with increased arterial stiffness-The ARIC
      Study.  American Heart Association 38th Annual Conference on Cardiovascular Disease
      Epidemiology and Prevention, March, 1998, Santa Fe, NM.

42.   Peacock JM, Folsom AR, Arnett DK, Eckfeldt JH, Szklo M.  Relationship of Serum and
      Dietary Magnesium to Incident Hypertension: The Atherosclerosis Risk in Communities

(ARIC) Study.  American Heart Association 38th Annual Conference on Cardiovascular
Disease Epidemiology and Prevention, March, 1998, Santa Fe, NM.

43.  Davis BR, Ford CE, Boerwinkle E, Atwood L, Arnett D.  Design and Analysis
     Considerations for Assessing Gene-Treatment Interactions in a Clinical Trial.  The Joint
     Statistical Meetings, August, 1998, Dallas, TX.

44.  Knox S, Adelman A, Ellison RC, Weidner G, Siegmund K, Arnett D.  Hostility, Social
     Support & Carotid Artery Atherosclerosis in the NHLBI Family Heart Study.  Society of
     Behavioral Medicine, August, 1998.

45.  Arnett DK, Devereux RB, Hong Y, Rao DC, Oberman A, Kitzman DW, Hopkins PN.
     Strong heritability of left ventricular mass in hypertensive African Americans and wall
     thickness in hypertensive whites: The HyperGEN Echocardiography Study.  American
     Heart Association 71st Scientific Sessions, November, 1998.  Circulation 1998;98(17):I-
     658.

46.  Arnett DK, Paranicas M, Bella JN, Rao DC, Oberman A, Kitzman DW, Hopkins PN.
     Differences between African American and whites in left ventricular mass and geometry.
     The HyperGEN Echocardiography Study.  American Heart Association 71st Scientific
     Sessions, November, 1998.  Circulation 1998;98(17):I-204.

47.  Liao D, Simpson R, Jr., Arnett DK, Manolio T, Szklo M, Evans G, Heiss G.  Association
     of arterial stiffness and left ventricular hypertrophy. American Heart Association 71st
     Scientific Sessions, November, 1998.  Circulation 1998;98(17):I-721.

48.  Luepker RV, McGovern PG, Shahar E, Arnett DK, Jacobs DR, Blackburn H.  Trends in
     blood pressure control and stroke in a metropolitan area: The Minnesota Heart Survey.
     American Heart Association 71st Scientific Sessions, November, 1998.  Circulation
     1998;98(17):I-657.

49.  Palmieri V, Bella JN, Liu J, Oberman A, Kitzman D, Hopkins P, Rao DC, Morgan D,
     Fishman D, Arnett D, Devereux RB.  Does Diabetes Affect LV Structure and Systolic
     Function Independent of Blood Pressure, Age and Gender?  A Population Sample-based
     Study from the Hypertension Genetic Epidemiology Network (HyperGEN) Study.
     American College of Cardiology, 1999.

50.  Bella JN, Palmieri V, Schuck MY, Kitzman D, Hopkins P, Rao DC, Oberman A, Arnett
     D, Devereux RB.  Impaired Diastolic Relaxation and Left Ventricular Systolic Function.
     The Hypertension Genetic Epidemiology Network (HyperGEN) Study.  American
     College of Cardiology, 1999.

51.  Devereux RB, Bella JN, Palmieri V, Oberman A, Kitzman D, Hopkins P, Rao DC,
     Morgan D, Paranicas M, Arnett D.  Prevalence and Correlates of Mild and
     Moderate/Severe Left Ventricular Dysfunction in Hypertension Patients in a Population
     Sample: The HyperGEN Study.  American College of Cardiology, 1999.

52. Tang W, Arnett D, Devereux R, Rao DC, Oberman A, Hopkins P, Kitzman D. Associations between angiotensinogen gene polymorphism and left ventricular mass and geometric pattern. American Heart Association 39th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1999, Orlando, FL. <u>Circulation</u> 1999;99(8):1109-1125.

53. McGovern PG, Arnett DK, Shahar E, Luepker RV. Trends in serum cholesterol levels, 1980-1997: The Minnesota Heart Survey. American Heart Association 39th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1999, Orlando, FL. <u>Circulation</u> 1999;99(8):1109-1125.

54. Arnett DK, McGovern PG, Jacobs DR, Luepker RV. Continued declines in cigarette smoking: The Minnesota Heart Survey. American Heart Association 39th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1999, Orlando, FL. <u>Circulation</u> 1999;99(8):1109-1125.

55. Pankow J, Arnett D, Ellison C, Hopkins P, Tracy R, Eckfeldt J. Familial Aggregation of Systemic Inflammatory Markers: The NHLBI Family Heart Study. American Heart Association 39th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1999, Orlando, FL. <u>Circulation</u> 1999;99(8):1109-1125.

56. Hong Y, Province MA, Rich SS, Hopkins PN, Williams RR, Arnett DK, Pankow J, Rao DC. Familial clustering of features of multiple metabolic syndrome with special reference to plasminogen activator inhibitor-1: The NHLBI Family Heart Study. American Heart Association 39th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1999, Orlando, FL. <u>Circulation</u> 1999;99(8):1109-1125.

57. Rose KM, Tyroler HA, Ephross SA, Arnett DK, Couper D, Light KC, Skelton TN. Blood Pressure Decreases in Response to a Change in Posture: Variations by menopausal Status and Use of Hormone Replacement Therapy among Women in the ARIC Study. American Heart Association 39th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1999, Orlando, FL. <u>Circulation</u> 1999;99(8):1109-1125.

58. Gross M, Schmitz KH, Jacobs DR, Luepker RV, Arnett DK, Wessman J. The Age-Associated Distribution of Serum Alpha-Tocopherol in an Adult Population: The Minnesota Heart Survey. American Heart Association 39th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1999, Orlando, FL. <u>Circulation</u> 1999;99(8):1109-1125.

59. Ellison RC, Zhang Y, Knox S, Arnett DK, Province MA. Lifestyle Determinants of HDL-Cholesterol: The NHLBI Family Heart Study. American Heart Association 39th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 1999, Orlando, FL. <u>Circulation</u> 1999;99(8):1109-1125.

Donna K. Arnett, Ph.D.
Page 31

60.    Djousse L, Ellison RC, Pankow S, Arnett DK, Zhang Y, Hong Y, Province M.  Alcohol
        consumption and plasminogen activator inhibitor type-1 in the NHLBI Family Heart Study.
        American Heart Association 39th Annual Conference on Cardiovascular Disease
        Epidemiology and Prevention, March, 1999, Orlando, FL.  <u>Circulation</u> 1999;99(8):1109-1125.

61.    Schmitz K, Arnett D, Folsom A, Liao D, Evans G, Evenson K, Stevens J, Sorlie P.
        Physical Activity and Arterial Stiffness in the ARIC Study.  American Heart Association
        39th Annual Conference on Cardiovascular Disease Epidemiology and Prevention,
        March, 1999, Orlando, FL.  <u>Circulation</u> 1999;99(8):1109-1125.

62.    Din-Dzietham R, Heiss G, Couper D, Jones D, Liao D, Arnett D, Evans G, Tyroler H.
        African-Americans have stiffer common carotid arteries (CCA) than European-
        Americans: The ARIC Study 1987-1992.  Society for Epidemiologic Research, June,
        1999.

63.    Feitosa M, Borecki I, Hunt S, Arnett D, Schreiner P, Rao DC, Province M.  The genetics
        of regional fat distribution phenotypes in the population-based National Heart, Lung, and
        Blood Institute Family Heart Study (NHLBI-FHS).  International Genetic Epidemiology
        Society, September, 1999, St. Louis, MO.

64.    Tang W, Devereux R, Province M, Atwood L, Arnett D.  Sibling Correlations of
        Echocardiographic Left Ventricular (LV) Measurements Derived from Factor Models:
        The HyperGEN Study.  International Genetic Epidemiology Society, September, 1999, St.
        Louis, MO.

65.    Arnett DK, Devereux RB, Oberman A, Kitzman DW, Province MA, Rao DC.
        Comparison of linkage using simple echocardiographic left ventricular (LV) mass versus
        factor analysis of LV mass in African Americans: The HyperGEN Study.  American
        Society of Human Genetics 49th Annual Meeting, October, 1999, San Francisco, CA.

67.    Leppert MF, Coon H, Borecki I, Arnett DK, Hunt SC, Province MA, Djousse L, Myers
        RH.  Analysis of Familial Combined Hyperlipidemia with chromosome 1q21-q23
        markers and the APOAI/CIII/AIV gene cluster in the NHLBI Family Heart Study.
        American Society of Human Genetics 49th Annual Meeting, October, 1999, San
        Francisco, CA.

68.    Lewis CE, Arnett D, Borecki I, Coon H, Ellison RC, Hunt S, Oberman A, Rich S,
        Province MA.  Genome-wide linkage analysis of human fatness: The HyperGEN Blood
        Pressure Study.  American Society of Human Genetics 49th Annual Meeting, October,
        1999, San Francisco, CA.

69.    Fisher K, Arnett DK, Atwood L, Hunt S, Coon H, Province M, Rao DC, Myers R,
        Oberman A, Lewis CE, Heiss G.  A Genome-Wide Linkage Analysis in Hypertensive
        African American and White Siblings for Loci that Influence Variation in Pulse Pressure:
        The HyperGEN Network of the Family Blood Pressure Program.  American Society of
        Human Genetics 49th Annual Meeting, October, 1999, San Francisco, CA.

70. Dewan AT, Eckfeldt J, Rao DC, Hunt S, Lewis CE, Rich S, Arnett DK.  A genome scan for creatinine clearance among hypertensive siblings: The HyperGEN Network of the NHLBI Family Blood Pressure Program.  American Society of Human Genetics 49th Annual Meeting, October, 1999, San Francisco, CA.

71. Juhaeri, Stevens J, Chambless LE, Tyroler HA, Rosamond W, Nieto FJ, Arnett D, Jones D, Schreiner P.  Associations between weight change and hypertension in a bi-ethnic cohort: The ARIC Study.  NAASO (North American Association for the Study of Obesity), November, 1999.

72. Taylor HA, Brown A, Burchfiel C, Clemons T, Arnett D, Skelton T, Garrison R, UNC Coord Ctr Rep, Jones D.  Pulse pressure: Potent predictor of coronary disease risk in a biracial cohort of normo- and hypertensives.  American Heart Association 72nd Scientific Sessions, November, 1999, Atlanta, GA. Circulation 1999;100(18):I-230.

73. Arnett DK, Devereux RB, Rao DC, Kitzman D, Oberman A, Hopkins P.  A Genome Search in Hypertensive African American and White Siblings Detects a Locus Mapping to Chromosome 7 that Influences Variation in Left Ventricular Mass: The HyperGEN Study.  American Heart Association 72nd Scientific Sessions, Atlanta, GA, November, 1999, Atlanta, GA. Circulation 1999;100(18):I-193.

74. Palmieri V, de Simone G, Arnett DK, Bella JN, Liu JE, Kitzman DW, Oberman A, Hopkins PN, Fishman D, Devereux RB.  Impact of Lean Body Mass on Left Ventricular Mass and Hemodynamics in Obese and Non-Obese Hypertensives: The HyperGEN Study.  American Heart Association 72nd Scientific Sessions, November, 1999, Atlanta, GA. Circulation 1999;100(18):I-741.

75. Liao D, Sloan R, Simpson R, Massing MW, Evans G, Arnett DK, Heiss G.  Left Ventricular Mass is Associated with Poor Cardiac Autonomic Control: The ARIC Study.  American Heart Association 72nd Scientific Sessions, November, 1999, Atlanta, GA. Circulation 1999;100(18):I-157.

76. Bella JN, Arnett DK, Kitzman D, Oberman A, Hopkins P, Rao DC, Palmieri V, Devereux R.  Gender Difference in Diastolic Function in a Population-Based Sample of Hypertensive Adults: The HyperGEN Study.  American College of Cardiology Scientific Sessions, March, 2000, Anaheim, CA.

77. Rose KM, Arnett DK, Ellison RC, Heiss G.  Skip Patterns in Automated Blood Pressure Measurements from Three National Heart, Lung, and Blood Institute-Sponsored Studies. American Heart Association 40th Conference on Cardiovascular Disease Epidemiology and Prevention, March, 2000, San Diego, CA.

78. Peacock JM, Atwood LD, Arnett DK, Borecki IB, Hunt SC, Myers RH, Pankow JS, Hong Y.  Gene-environment interactions in the prediction of HDL cholesterol: Influence of waist-hip ratio.  American Heart Association 40th Conference on Cardiovascular

Disease Epidemiology and Prevention, March, 2000, San Diego, CA.  <u>Circulation</u> 2000;101(6):79.

79.   Arnett DK, Dewan AT, Devereux RB, Oberman A, Rao DC.  Linkage of Left Ventricular Systolic Function to Chromosome 11: The HyperGEN Study.  American Heart Association 40th Conference on Cardiovascular Disease Epidemiology and Prevention, March, 2000, San Diego, CA.

80.   Tang W, Arnett DK, Devereux RB, Hopkins PN, Oberman A, Province MA, Kitzman DW.  Heritability of Left Ventricular Diastolic Filing in Hypertensive African-Americans and Whites: The HyperGEN Echocardiography Study.  American Heart Association 40th Conference on Cardiovascular Disease Epidemiology and Prevention, March, 2000, San Diego, CA.

81.   McGovern PG, Jacobs DR, Shahar E, Arnett DK, Luepker RV.  Trends in Acute Myocardial Infarction Incidence, Case-Fatality, and Medical Care, 1985-1995: The Minnesota Heart Survey.  American Heart Association 40th Conference on Cardiovascular Disease Epidemiology and Prevention, March, 2000, San Diego, CA.

82.   Shahar E, McGovern PG, Smith MA, Jacobs DR, Arnett DK, Luepker RV.  Recent Trends in Stroke Mortality Rate, Incidence, and Case-Fatality in Metropolitan Minneapolis-St. Paul, Minnesota: The Minnesota Stroke Survey.  American Heart Association 40th Conference on Cardiovascular Disease Epidemiology and Prevention, March, 2000, San Diego, CA.

83.   Djousse L, Pankow JS, Arnett DK, Eckfeldt JH, Province MA, Hunt SC, Coon H, Ellison RC.  Influence of Apolipoprotein E Allele E4 on the Relation of Lewis Blood Group Phenotype to Coronary Heart Disease in the NHLBI Family Heart Study.  American Heart Association, 40th Conference on Cardiovascular Disease Epidemiology and Prevention, March, 2000, San Diego, CA.

84.   Eigenbrodt M, Rose K, Arnett D, Brown A, Hutchinson R, Jones D.  Orthostatic Hypotension and Incident Stroke, the Atherosclerosis Risk in Communities Study, 1987-96.  American Heart Association, 40th Conference on Cardiovascular Disease Epidemiology and Prevention, March, 2000, San Diego, CA.

85.   Measurements from Three National Heart, Lung, and Blood Institute-Sponsored Studies.  American Heart Association 40th Conference on Cardiovascular Disease Epidemiology and Prevention, March, 2000, San Diego, CA.

86.   Su YR, Rei MC, Cui Y, Hiremath L, Herbert L, Eckfeldt J, Arnett D, Layne M, Carter V, Pun RYK, Menon AG.  The Association of ß-T594M Variant in the Amiloride Sensitive Sodium Channel with Hypertensive Renal Disease.  American Society of Hypertension, May, 2000 New York City, NY.

87. Arnett DK, Devereux RB, Oberman A, Rao DC.  Linkage of Left Ventricular Systolic Function to Chromosome 11.  Genetics of Experimental and Human Hypertension Symposium, August, 2000, Toledo, OH.

88. Feitosa MF, Borecki IB, Rich SS, Arnett DK, Sholinsky P, Myers RH, Province MA. Genome scan of body mass index in the National Heart, Lung, and Blood Institute Family Heart Study.  American Society of Human Genetics 50th Annual Meeting, October, 2000, Philadelphia, PA.  Am J Hum Genet 2000;67(4)(Suppl 2):49.

89. Peacock JM, Arnett DK, Atwood LD, Myers RH, Province MA, Coon H, Rich SS, Heiss G. Full Genome Scan of HDL-cholesterol in the NHLBI Family Heart Study (FHS).  American Society of Human Genetics 50th Annual Meeting, October, 2000, Philadelphia, PA.  Am J Hum Genet 2000;67(4)(Suppl 2):305.

90. Tang W, Arnett DK, Devereux RB, Kitzman DW, Rao DC.  A genome-wide linkage analysis of left ventricular diastolic early filing velocity in hypertensive African-Americans and Whites: The NHLBI Family Blood Pressure Program HyperGen Echocardiography Study.  American Society of Human Genetics 50th Annual Meeting, October, 2000, Philadelphia, PA.  Am J Hum Genet 2000;67(4)(Suppl 2):305.

91. Province MA, Hunt SC, Shannon W, Myers RH, Arnett DK, Pankow J, Lewis CE, Rao DC.  Resolution of Linkage Heterogeneity in Complex Traits: Regression Tree Linkage Analysis of Blood Pressure in the NHLBI HyperGEN Study.  American Society of Human Genetics 50th Annual Meeting, October, 2000, Philadelphia, PA.  Am J Hum Genet 2000;67(4)(Suppl 2):52.

92. Arnett DK, Devereux RB, Dewan AT, Oberman A, Province MA, Rao DC.  Suggestive Linkage of Large Artery Compliance to Chromosome 2 and 18 in African Americans: The HyperGEN Study.  American Society of Human Genetics 50th Annual Meeting, October, 2000, Philadelphia, PA.  Am J Hum Genet 2000;67(4)(Suppl 2):321.

93. Arnett DK.  The Genetics of Hypertensive Heart Disease.  UAB School of Medicine, Eleventh Annual Vascular Biology and Hypertension Research Symposium, October, 2000, Birmingham, AL.

94. Pezeshkian NG, Arnett DK, Rao DC, Devereux RB.  Heritability of aortic root diameter in African Americans and whites: The HyperGEN Study.  American Heart Association 73rd Scientific Sessions, November, 2000, New Orleans, LA.  Circulation 2000;102(18):II-844.

95. Benjamin E, McNamara RL, Ding J, Arnett DK, Liebson PR, Tyroler HA, Cooper LS, Taylor H, Hutchinson RG, Skelton TN.  Left ventricular mass and prevalent MRI cerebrovascular disease in an African American cohort: The ARIC Study.  American Heart Association 73rd Scientific Sessions, November, 2000, New Orleans, LA.  Circulation 2000;102(18):II-586.

96.     Arnett DK, Atwood L, Province MA, Coon H, Pankow J.  Evidence of a Genetic
        Susceptibility Locus Influencing Interindividual Variation in Triglycerides: The NHLBI
        Family Heart Study.  American Heart Association 41st Conference on Cardiovascular
        Disease Epidemiology and Prevention, March, 2001, San Antonio, CA.

97.     Nunez E, Arnett DK, Hannan PJ, Tyroler HA, Jones D, Szklo M.  The Longitudinal
        Relation Between Pulse Pressure and Age, in Middle-Age and Older Adults in a
        Population-Based Cohort: The ARIC Study.  American Heart Association 41st
        Conference on Cardiovascular Disease, Epidemiology and Prevention, March, 2001, San
        Antonio, CA.

98.     Burchfiel CM, Skelton TN, Andrew ME, Garrison RJ, Arnett DK, Jones DW, Taylor HA.
        Insulin Resistance Syndrome and Echocardiographic Left Ventricular Mass in African-
        Americans.  American Heart Association 41st Conference on Cardiovascular Disease,
        Epidemiology and Prevention, March, 2001, San Antonio, CA.

99.     Djousse L, Hong Y, Arnett DK, Hunt SC, Heiss G, Ellison RC.  Birth weight and
        cardiovascular disease: The NHLBI Family Heart Study.  American Heart Association
        41st Conference on Cardiovascular Disease, Epidemiology and Prevention, March, 2001,
        San Antonio, CA.

100.    Taylor HA, Brown AC, Jones DW, Skelton TN, Arnett DK, Clemons TL, Clark BL,
        Criqui MH.  Pulse Pressure and Prevalence of Peripheral Arterial Disease: The
        Atherosclerosis Risk in Communities (ARIC) Study.  American Heart Association 41st
        Conference on Cardiovascular Disease, Epidemiology and Prevention, March, 2001, San
        Antonio, CA.

101.    Nunez E, Arnett DK, Benjamin EJ, Liebson PR, Skelton TN, Tyroler HA, Taylor H,
        Szklo M.  Continuous Relation in Risk Between LV Mass and Cardiovascular Disease
        Incidence in African-Americans.  American Heart Association 41st Conference on
        Cardiovascular Disease, Epidemiology and Prevention, March, 2001, San Antonio, CA.

102.    Arnett DK, Devereux RB, Kitzman D, Oberman A, Hopkins P, Rao DC.  Linkage of
        Multiple Echocardiographic Phenotypes to Chromosome 4: The HyperGEN Study.
        International Genetic Epidemiology Society, September, 2001, Germany.

103.    Lin JP, Sholinsky P, Coon HH, Hunt SC, Myers RH, Arnett DK.  Linkage between
        cholesterol 7 a-hydroxylase (CYP7) gene and low-density lipoprotein cholesterol (LDL-
        C) in increased CHD risk Caucasian families-The NHLBI Family Heart Study. 51st
        Annual Meeting of the American Society of Human Genetics, October, 2001, San Diego,
        CA.  Am J Hum Genet 2001;69(4):532.

104.    Lynch AI, Arnett DK, Atwood LD, Devereux RB, Kitzman DW, Hopkins PN, Oberman
        A, Rao DC.  A genome scan of aortic root diameter in hypertensive African Americans
        and Whites in the HyperGEN Study.  51st Annual Meeting of the American Society of
        Human Genetics, October, 2001, San Diego, CA.  Am J Hum Genet 2001;69(4):500.

105.  Pankow JS, Province MA, Hunt SC, Arnett DK.  Little evidence for bias due to
      population stratification in a population-based study of non-Hispanic blacks and whites.
      Presented at the 51st Annual Meeting of the American Society of Human Genetics,
      October, 2001, San Diego, CA.  Am J Hum Genet 2001;69(4):412.

106.  Weis KA, Arnett DK, Tsai MY, Coon H, Heiss G, Atwood LD, Hong Y.  Genome Scans
      for Apolipoproteins A-I and B in the NHLBI Family Heart Study (FHS).  51st Annual
      Meeting of the American Society of Human Genetics, October, 2001, San Diego, CA.
      Am J Hum Genet 2001;69(4):527.

107.  Lee S, Harnack L, Schakel S, Duval S, Arnett D, Luepker R.  Secular trends in the trans-
      fatty acid composition of the diet in a metropolitan area:  The Minnesota Heart Survey.
      FASEB Journal 16(5): March 22, 2002; A750.

108.  Arnett, DK, Lynch A, Miller MB, Devereux RB, Kitzman D, Province D, Rao DC.
      Linkage of Left Ventricular Structural Phenotypes to Chromosome 7: The HyperGEN
      Study.  American Heart Association Asia-Pacific Scientific Forum, April, 2002,
      Honolulu, HI.

109.  Barber C, Duval S, Arnett DK, Shah GS, Luepker RV.  Trends in Hormone Replacement
      Therapy and Cardiovascular Heart Disease Risk Factors in Post-Menopausal Women:
      The Minnesota Heart Survey (1990-92 through 1995-97).  American Heart Association
      Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

110.  Taylor H, Andrew M, Samdershi T, Skelton T, Clark B, Arnett D, Garrison R, Jones D.
      Aortic Valve Sclerosis and Coronary Heart Disease in the atherosclerosis Risk in
      Communities (ARIC) Study.  American Heart Association Asia-Pacific Scientific Forum,
      April, 2002, Honolulu, HI.

111.  Luepker RV, Arnett DK, Zheng ZJ, Shah G, Shahar E.  Prevalence of Peripheral Arterial
      Disease in the General Population Measured by Ankle Brachial Blood Pressure Index.
      American Heart Association Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

112.  Nunez E, Arnett DK, Tyroler HA, Jones D, Szklo M.  The Longitudinal Relation
      Between Pulse Pressure and Carotid Arterial Wall Thickness in Middle-Age and Older
      Adults in a Population-Based Cohort: The ARIC Study.  American Heart Association
      Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

113.  Nunez E, Arnett DK, Benjamin EJ, Liebson PR, Skelton TN, Taylor H.  Cornell Voltage
      Left Ventricular (LV) Hypertrophy Does Not Add Incremental Prognostic Value Beyond
      Echocardiographic Criteria in African-Americans: The ARIC Study.  American Heart
      Association Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

114.  Pankow JS, Rich SS, Province MA, Arnett DK, Hunt SC, Djousse L.  Genome scan for plasma PAI-1 and fibrinogen levels in the NHLBI Family Heart Study.  American Heart Association Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

115.  Shah GS, Arnett D, Schmitz KH, Himes JH, Duval SJ, Luepker RV.  Secular Trends in Body Mass Index (BMI) and Obesity: The Minnesota Heart Survey, 1980-82 through 1995-97.  American Heart Association Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

116.  Steffen LM, Arnett DK, Shah G, McGovern PG, Luepker RV, Jacobs DR.  Trends in Leisure Time Physical Activity: The Minnesota Heart Survey, 1980-97.  American Heart Association Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

117.  Tang W, Arnett DK, Devereux RB, Kitzman DW, Wall M, Oberman A, Hopkins PN, Rao DC.  Linkage Analysis of a Composite Factor for Left Ventricular Structure and Function: The Hypertension Genetic Epidemiology Network Study.  American Heart Association Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

118.  Tang W, Devereux RB, Kitzman DW, Province MA, Leppert M, Oberman A, Hopkins PN, Arnett DK.  Associations Between Beta-2 Adrenergic Receptor Gene Polymorphism and Left Ventricular Systolic Function: The Hypertension Genetic Epidemiology Network Study.  American Heart Association Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

119.  Lynch AI, Miller MB, Devereux RB, Kitzman D, Province M, Rao DC, Arnett DK.  Linkage of Left Ventricular Structural Phenotypes to Chromosome 7: The HyperGEN Study.  American Heart Association Asia-Pacific Scientific Forum, April, 2002, Honolulu, HI.

120.  Peacock JM, Arnett DK, Atwood LD, Myers RH, Coon H, Rich SS, Province MA, Heiss G.  Replication of linkage to High Density Lipoprotein cholesterol in the NHLBI Family Heart Study (FHS).  Presented at the National Heart, Lung, and Blood Institute Cardiovascular Epidemiology, Biostatistics and Behavioral Medicine Training Session, 23 April 2002, Honolulu, HI.

121.  de Simone G, Devereux RB, Palmieri V, Bella JN, Oberman A, Kitzman DW, Hopkins PN, Rao DC, Arnett DK.  Prediction of compensatory left ventricular mass by height or fat-free mass using different method to evaluate stroke volume: The HyperGEN Study.  American Heart Association Scientific Sessions, November 2002.

122.  Kizer JR, Arnett DK, Bella JN, Paranicas M, Rao DC, Province MA, Oberman A, Kitzman DW, Hopkins PN, Roman MJ, Devereux RB.  Interplay of Race, Vascular Parameters and Left Ventricular Structure in Hypertensive Adults.  American Heart Association Scientific Sessions, November 2002.

123.   Astor BC, Arnett DK, Brown A, Coresh J.  Left ventricular morphology associated with reduced kidney function and anemia in African Americans: The Atherosclerosis Risk in Communities (ARIC) Study.  American Heart Association Scientific Sessions, November 2002.

124.   Luepker RV, Arnett D, Jacobs D, Shahar E.  Population Trends in Knowledge About Cardiovascular Disease Prevention.  American Heart Association Scientific Sessions, November, 2002.

125.   Shah, GS, Arnett DK, Jacobs Jr DR, Luepker RV.  Are Observed Trends in the Prevalence of Regular Use of Aspirin for Primary Prevention of Coronary Heart Disease Desirable? The Minnesota Heart Survey Experience: 1980-82 to 1995-97.  Submitted to the American Heart Association 43rd Annual Conference on Cardiovascular Disease Epidemiology, March, 2003, Miami Beach, FL.

126.   Tang W, Rich SS, North KE, Pankow JS, Miller MB, Borecki IB, Myers RH, Hopkins PN, Leppert M, Arnett DK.  Linkage analysis of a composite factor for the multiple metabolic syndrome (MMS): The NHLBI Family Heart Study.  National Heart, Lung, and Blood Institute Cardiovascular Epidemiology, Biostatistics and Behavioral Medicine Training Session, American Heart Association 43rd Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March, 2003, Miami Beach, FL.

127.   Pankow JS, Insulin Resistance and CVD Risk Factors in Children of Parents with the Insulin Resistance Syndrome.  American Heart Association 43rd Annual Conference on Cardiovascular Disease Epidemiology and Prevention in association with the Council on Nutrition, Physical Activity and Metabolism.  March, 2003, Miami Beach, FL.

128.   Rose KM, Eigenbrodt ML, Biga RL, Arnett DK, Couper DJ, Light KC, Sharrett AR.  Orthostatic Hypotension Predicts All Cause Mortality in Middle-Aged Adults: The ARIC Study.  American Heart Association 43rd Annual Conference on Cardiovascular Disease Epidemiology and Prevention in association with the Council on Nutrition, Physical Activity and Metabolism.  March, 2003, Miami Beach, FL.

129.   Kizer JR, Arnett DK.  Relations of ethnicity and vascular parameters to left ventricular structure in hypertensive adults: The HyperGEN Study.  American College of Cardiology Scientific Sessions, Spring, 2003.

129.   Harnack L, Steffen L, Arnett D, Luepker R.  Accuracy of estimation of large food portions. Experimental Biology 2003, April, 2003, San Diego, CA.

130.   Lee S, Harnack L, Jacobs D, Steffen L, Arnett D, Luepker R.  Evaluation of dietary phytic acid as a proxy measure of whole grain consumption.  Experimental Biology 2003, April, 2003, San Diego, CA.

131.   Agno FS, Chinali M, Bella JN, Liu JE, Arnett DK, Kitzman DW, Oberman A, Hopkins PN, Rao DC, Devereux RB.  Prevalence and Correlates of Aortic Valve Sclerosis in

Hypertensive Adults: The HyperGEN Study.  American Society of Hypertension.  May, 2003, New York, NY.

133.  Hunt SC, Arnett DK, Eckfeldt JH, Ellison RC, Heiss G, Leppert MF, Rao DC. Sequential Linkage Analysis of AGT and Hypertension: The HyperGEN Study. Submitted, American Heart Association's 57th Annual Fall Conference – Council for High Blood Pressure Research in Association with the Council on Kidney in CV Diseases.  September, 2003, Washington DC.

134.  Miller MB, Tang W, Province M, Hunt S, Arnett D.  Sequential QTL Mapping by Variance Components in Ordered Subsets.  IGES.  November, 2003, Redondo Beach, CA.

135.  Steffen LM, Lin E, Harnack L, Arnett DK.  Parental body mass index and television watching is associated with offspring body mass index and television watching:  The Minnesota Heart Survey (MHS).  American Heart Association Scientific Sessions, November, 2003.

136.  Agno FS, Chinali M, Bella JN, Liu JE, Arnett DK, Kitzman DW, Oberman A, Hopkins PN, Rao DC, Devereux RB.  Prevalence and Correlates of Mitral Annular Calcification in Hypertensive Adults: The HyperGEN Study.  American Heart Association Scientific Sessions, November, 2003.

137.  Chinali M, de Simone G, Liu JE, Bella JN, Oberman A, Hopkins PN, Kitzman D, Rao DC, Arnett D, Devereux RB.  Left Atrial Systolic Force Influences Ventricular Geometry and Function in Hypertension: The HyperGEN Study.  American Heart Association Scientific Sessions, November, 2003.

138.  Cushman M, Brown E, Tsai M, Psaty B, Arnett D, Jacobs D, Goff D, Wong N, Kondos G.  Associations of Novel Cardiovascular Risk Markers with Coronary Artery Calcium: the Multiethnic Study of Atherosclerosis.  American Heart Association Scientific Sessions, November, 2003.

139.  Arnett DK, Jacobs D, Luepker RV.  Twenty Year Secular Trends in Serum Cholesterol, Hypercholesterolemia, and Cholesterol-Lowering Medication Use: The Minnesota Heart Survey.  American Heart Association Scientific Sessions, November, 2003.

140.  Rose KM, North KM, Arnett DK, Ellison RC, Hunt SC, Lewis CE, Tyroler HA. Difference in Estimates of Systolic Blood Pressure Response to Three Stressors. American Heart Association Scientific Sessions, November, 2003.

141.  Freedman BI, Beck SR, Rich SS, Lewis CE, Turner S, Province MA, Schwander KL, Arnett DK, Mellen BG.  A Genome-Wide Scan for Urinary Albumin Excretion in Hypertensive Families.  Presented at the ISN, June 2003 and the ASN, October 2003.

142.   Barber CA, Arnett DK, Margolis K, Bengsten S, Dehn K, Luepker RV.  Impact of the Women's Health Initiative: Survey of postmenopausal women that are hormone replacement therapy users: The Minnesota Heart Survey (2000-2002).  Presented at the American Public Health Association (APHA) Annual Meeting, November, 2003.

143.   Agno FS, Liu JE, Bella JN, Arnett DK, Kitzman DW, Oberman A, Hopkins PN, Rao DC, Devereux RB.  Prevalence and Correlates of Mitral Annular Calcification in Hypertensive Adults: The HyperGEN Study.  Submitted, American Heart Association Scientific Sessions, November, 2003.

144.   Duval S, Arnett DK, Armstrong CJ, Jacobs DR, Luepker RV.  Trends in Cigarette Smoking: The Minnesota Heart Survey, 1980-82 through 2000-02.  American Heart Association Scientific Sessions, November, 2003.

145.   Tsai MY, Georgopoulos A, Otvos JD, Ordovas JM, Hanson NQ, Peacock JM, Arnett DK.  Comparison of Ultracentrifugation, Nuclear Magnetic Resonance Spectroscopy and Isolation of Remnant-like Particles in Analysis of Triglyceride-Rich Lipoproteins.  American Heart Association 44th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March 3-7, 2004.

146.   Heckbert SR, Arnett DK.  Traditional cardiovascular risk factors in relation to left ventricular mass and function by magnetic resonance imaging: the Multi-Ethnic Study of Atherosclerosis.  American Heart Association Epidemiology Council, March 3-7, 2004.

147.   Harnack L, Lee S, Steffen L, Jacobs D, Armstrong C, Arnett DK, Luepker RV.  Trends in the Macronutrient Distribution and Fatty Acid Composition of the Diet Among Adults in the Minneapolis St. Paul, MN Metropolitan Area.  American Heart Association 44th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March 3-7, 2004.

148.   Leon JM, Freedman BI, Miller MB, North KE, Hunt SC, Eckfeldt J, Ellison RC, Lewis CE, Kraja A, Arnett DK.  Evidence for a pleiotrophic locus on chromosome 7 affecting glomerular filtration rate and urinary microalbumin in African Americans: The HyperGEN Study.  American Heart Association 44th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March 3-7, 2004.

149.   Duval SJ, Arnett DK, Armstrong CJ, Jacobs DR, Luepker RV.  Trends in Cigarette Smoking: The Minnesota Heart Survey, 1980-82 through 2000-02.  American Heart Association 44th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March 3-7, 2004.

150.   Artz MB, Harnack LJ, Armstrong C, Duval SJ, Arnett DK, Luepker RV.  Prevalence of Use of Over-the-Counter, Vitamin, and Herbal Medications for Cardiovascular Health by Adults in the Minneapolis-St. Paul, Minnesota Metropolitan Area.  American Heart Association 44th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March 3-7, 2004.

151. Djousse L, Pankow JS, Arnett DK, et al. Apolipoprotein E Polymorphism Modifies the Alcohol-HDL Association in the NHLBI Family Heart Study. American Heart Association 44th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March 3-7, 2004.

152. North KE, Borecki IB, Miller MB, Arnett D, Coon H, Ellison RC, Hunt SC, Oberman A, Rich SS, Province MA, Lewis CA. Genotype by sex interaction in the pathogenesis of obesity: Evidence for sex specific QTLs in male and female participants of the HyperGEN study. American Heart Association 44th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March 3-7, 2004.

153. Avery CL, Freedman BL, Heiss G, Kraja A, Rice T, Arnett D, Miller MB, Pankow J, Almasy L, Lewis CE, Myers R, Hunt SC, North KE. Linkage analysis of diabetes susceptibility among hypertensive families: the HyperGEN study. American Heart Association 44th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March 3-7, 2004.

154. Tang W, Arnett DK, Devereux RB, Panagiotou D, Province M, Gu C, Ferrell RE. Identification of a Novel 5-bp Deletion in Calcineurin B (PPP3R1) Promoter Region and Its Association with Left Ventricular Hypertrophy. American Heart Association 44th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March 3-7, 2004.

155. Fermin D, Tang W, Devereux R, de Simone G, Kitzman D, Hopkins P, Oberman A, Province M, Arnett D. Association of Inappropriate Left Ventricular Mass with Polymorphisms in α-Adducin, β-Adrenergic Receptor, Angiotensinogen and ACE: The HyperGEN Study. American Heart Association 44th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March 3-7, 2004.

156. Steffen LM, Jacobs DR, Harnack L, Armstrong C, Luepker RV, Arnett DK. Ten-year trends in waist circumference: The Minnesota Heart Survey, 1990 to 2000. American Heart Association 44th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March 3-7, 2004.

157. Chinali M, Bella JN, Liu JE, Arnett DK, Kitzman DW, Oberman A, Hopkins PN, Rao DC, Devereux RB. Association of Mitral Annular Calcification and Aortic Valve Sclerosis with Left Ventricular Geometry and Function in Hypertensive Adults: The HyperGEN Study. American Society of Hypertension, May 22, 2004.

158. Li Z, Devereux RB, Liu JE, Kitzman DW, Oberman A, Hopkins PN, Rao DC, Arnett DK. Prevalence and Correlates of Aortic Regurgitation in Hypertensive Patients: The HyperGen Study. Poster presentation - 16th Annual Scientific Sessions of the American Society of Echocardiography

9/18/2006

Donna K. Arnett, Ph.D.
Page 42

159. North K; Brown M; Hunt S; Borecki I; Lewis CE; Arnett DK; Province M; Miller M; Freedman B; Myers R.  Genotype by sex interaction in the joint regulation of fasting insulin concentration and waist circumference: The HyperGEN Study.  Poster presentation – 65th Scientific Sessions of the American Diabetes Association, June 13, 2005

160. R.J. Straka, R.T. Burkhardt, M. Tsai, J.M. Peacock, S.H. Stephenson, P.M. Hopkins, B. Staels, D.K. Arnett.  Fenofibrate (Fenofibric acid) exposure and magnitude of Triglyceride (TG) response from NHLBI sponsored Genetics of Lipid Lowering Drugs and Diet Network (GOLDN) Study.  International Symposium On Triglycerides And Hdl: Role In Cardiovascular Disease And The Metabolic Syndrome New York Marriott Marquis New York, NY (USA) July 14-17, 2005

167. Donna Arnett, Barry Davis, Charles Ford, Eric Boerwinkle, Cathie Leiendecker-Foster, Michael Miller, Henry Black, John Eckfeldt, The ALLHAT Collaborative Research Group.  American Society of Hypertension Twentieth Annual  Scientific Meeting.  May 14-18, 2005.  The San Francisco Marriott San Francisco, California.

168. Paul Hopkins, John Eckfeldt, Yongmei Liu, Thomas Register, Richard Myers, Donna Arnett, James Hixson.  Genome-wide scans for loci affecting MCP-1 and ICAM-1 levels in the NHLBI Family Heart Study Follow-up Examination.  American Heart Association 46th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, Phoenix, AZ, March 2006.

169. Aldi Kraja, Mike Miller, Jim Pankow, Donna Arnett, Beth Lewis, Karen Mohike, Rick Myers, Steven Hunt, Laura J. Scott.  Evidence for association between /TNRC6B/ and type 2 diabetes under a chromosome 22 linkage peak:  the HyperGEN study.  American Heart Association 46th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, Phoenix, AZ, March 2006

170. KE North, CL Avery, LA Lange, RH Myers, CE Lewis, D Arnett, U Boreckel, R. Kraemer, SC Hunt, MB Miller, IB Borecki.  Evidence for association between a SNP at 12q24.3 and FAT and BMI under a chromosome 12 linkage peak: the HyperGEN study.  American Heart Association 46th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, Phoenix, AZ, March 2006.

171. Straka RJ, Burkhardt RT, Li N, Tsai MY, Peacock JM, Stephenson SH, Hopkins PM, Arnett DK.  Fenofibric acid Exposure and Determinants of Triglyceride response form NHLBI sponsored Genetics of Lipid Lowering Drugs and Diet Network (GOLDN) Study.  Clinical Pharmacology and Therapeutics, 2006; 79 (2), P37

172. Peacock JM, Pankow JS, Straka RJ, Tsai MY, Ordovas JM, Province MA, Arnett DK, Fenofibrate Exposure and Inflammatory Response in the NHLBI Genetics of Lipid-Lower Drugs and Diet Network Study. American Heart Association 46th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, Phoenix, AZ, March 2006.

9/18/2006

Donna K. Arnett, Ph.D.
Page 43

173.   Djousse L, Hunt SC, Eckfeldt JH, Arnett DK, Province MA, Ellison RC. Alcohol
Consumption and Atrial Natriuretic Peptide in the HyperGEN Study. American Heart
Association 46th Annual Conference on Cardiovascular Disease Epidemiology and
Prevention, Phoenix, AZ, March 2006.

174.   Bielinski SJ, Pankow JS, Hopkins PN, Eckfeldt JH, Hixon J, Liu Y, Register T, Myers
RH, Arnett DK. Genome-Wide Scans for :Loci Affecting MCP-1 and ICAM-1 Levels in
the NHLBI Family Heart Study Follow-up Examination.  American Heart Association
46th Annual Conference on Cardiovascular Disease Epidemiology and Prevention,
Phoenix, AZ, March 2006.

175.   Arnett DK, Broeckel U, Li N, Rao DC. Novel Genes for Left Ventricular Hypertrophy
identified by Genome-Wide SNP Association Testing:  The HyperGEN Study. American
Heart Association 46th Annual Conference on Cardiovascular Disease Epidemiology and
Prevention, Phoenix, AZ, March 2006.

176.   Avery CL, Mohike KL, Freedman BI, Kraja AT, Arnett DK, Miller MB, Pankow, JS,
Lewis CE, Myers RH, Baird L, Leppert M, Hunt SC, Bergman RN, Tuomilehto J, Collins
FS, Scott, LJ, Boehnke M, North KE. Evidence for Association Between TNRC6B and
Tupe 2 Diabetes Under a Chromosome 22 Linkage Peak: The HyperGEN Study.
American Heart Association 46th Annual Conference on Cardiovascular Disease
Epidemiology and Prevention, Phoenix, AZ, March 2006.

*Letters*

1.     Smith MA, Doliszny KM, Shahar E, McGovern PG, Arnett DK, Luepker RV.  Delayed
Hospital Arrival for acute Stroke: The Minnesota Stroke Survey.  (Letter to Editor)  Ann Intern
Med 1999;130(4 Pt 1):328.

*Teaching Experience at the University of South Florida*

|  | Year(s) |
|---|---|
| Epidemiology (core course for MPH) | 1991 |
| Research Methods in Epidemiology | 1992 |
| Ethnicity in Epidemiology | 1992 |

*Teaching Experience at the University of Minnesota*

|  | Year(s) |
|---|---|
| Epidemiology II: Strategies and Methods | 1995 - 1999 |
| Epidemiology IV: Seminar in Epidemiology | 1996 - 1997 |
| Genetic Epidemiology | 1998, 1999, 2002, 2003 |
| Epidemiology I | 1999, 2000 |

### *Invited Lectures*

1992    Ethnic and Gender Contrasts in Hypertension.  American College of Clinical Pharmacology, Washington, DC

1993    Hypertension in Women.  Cardiology Update '93, Orlando, FL

1993    Ethnic and Gender Bias in Clinical Trials.  American College of Clinical Pharmacology, Boston, MA

1993    Multiple Fisk Factor Clustering in the ARIC Study.  Joint CARDIA/ARIC/CHS Meeting, Bethesda, MD

1994    Gender Differences in Cardiovascular Disease.  Cardiology Update '94, Orlando, FL.

1995    Estrogen Replacement Therapy in Postmenopausal Women.  Cardiology Update '95, Orlando, FL

1997    Electrocardiography Estimates of LVH in African Americans: The ARIC and Charleston Studies.  NIH Conference on ECG Databases, Bethesda, MD

1999    Getting the Right Drug to the Right Patient: Applications from Pharmacogenetics and Pharmacogenomics.  Clinical Laboratory Science, Spring Collaborative Meeting, Duluth, MN

2000    Epidemiology and Genetics of Arterial Stiffness.  University of Minnesota, Faculty Development Conferences.  Dallas, TX; Orlando, FL; Phoenix, AZ

2000    Grand Rounds, Fairview University.  The Genetics of Left Ventricular Hypertrophy in Hypertension.

2000    Molecular Genetics of Hypertension.  International Society of Hypertension.  Bethesda, MD

2001    Relationship of Arterial Stiffness and Hypertension.  Second Virtual Congress of Cardiology

2002    Life Sciences Student Lecture.  University of Minnesota.  Contact: Elizabeth Paulson, Biology Colloquium TA

2002    Cardiology Grand Rounds, Northwestern University Medical School, Chicago, IL

2002    Cardiology Grand Rounds, Boston University School of Medicine, Boston, MA

2002    American Society of Hypertension's 70th Annual Scientific Meeting, New York, NY

2002    Grand Rounds, Washington University, St. Louis, MO  (Victor Davila)

2002    AACTG Genomics Presentation, Washington DC

2003    Presented at the Thirteenth in the Series, "On Doctoring, Science, Medicine and the Social Fabric".  Genes "R" Us: Medical and Social Issues in Genomics, Minneapolis, MN

2004    AHA Scientific Sessions 2004, "Who will counsel the patients about the results of genetic tests?", New Orleans, LA

### *Professional Service*

#### *Service to state committees*

1992-1994       American Heart Association, Florida Affiliate, Community Programs Committee Chair

| 1993 | American Heart Association, Florida Affiliate, Research Peer Review Committee |
| 1994 | Institutional Review Board, JAEB Center for Health Research, Inc. |
| 1996 | Community Blood Pressure Screening, Pillsbury House |
| 1998 | American Heart Association, Minnesota Grassroots Network |
| 2001-Present | The Minnesota Cardiovascular Health Initiative |
| 2004 – Present | UAB Clinical Nutritional Research Center, Senior Scientist |

*Service to national committees (American Heart Association)*

| 1995 | Reviewed abstracts and moderated session at the 35th Annual American Heart Association Council on Epidemiology and Prevention |
| 1995 | Reviewed abstracts at the 36th Annual American Heart Association Council on Epidemiology and Prevention |
| 1996-1999 | American Heart Association Council on Epidemiology and Prevention, Long Range Planning Committee |
| 1997-1999 | American Heart Association Executive Committee, Epidemiology and Prevention Council |
| 1997-2001 | American Heart Association Task Force on Council and Affiliate Relations |
| 1997-Present | Faculty, American Heart Association's Ten-Day Seminar on the Epidemiology and Prevention of Cardiovascular Diseases, Tahoe City, CA |
| 1998-1999 | Member, American Heart Association Council on Epidemiology and Prevention, Program Committee |
| 1998-2000 | Member, American Heart Association Behavioral Science, Epidemiology and Prevention Research Committee |
| 1998-2001 | Member, American Heart Association Scientific Sessions Program Committee, Epidemiology and Prevention Council |
| 1999-2000 | Member, American Heart Association Affiliate Behavioral Science, Epidemiology and Prevention Research Committee |
| 1999-2002 | Member, American Heart Association Council on Epidemiology and Prevention, Working Group on the Council on Epidemiology and Prevention in the 21st Century |
| 2000-2001 | Member, American Heart Association Expert Panel on Translational Genomics |
| 2000-2002 | Vice-chair, American Heart Association Council on Epidemiology and Prevention, Program Committee |
| 2001 | Member, American Heart Association Science Classification Task Force |
| 2002 | Member, American Heart Association Affiliate Behavioral Science, Epidemiology and Prevention Research Committee |
| 2002-Present | Member, American Heart Association Distinguished Fellows Task Force |
| 2002-Present | Chair, American Heart Association Functional Genomics Interdisciplinary Working Group |
| 2003 | Member, American Heart Association Committee of Scientific Sessions Program (CSSP) |
| 2003-Present | Council of Epidemiology Leadership Committee |
| 2003-Present | Scientific Advisory Committee (SACC) (national level advisory group to AHA Board of Directors) |

| 2003 – Present | 2nd International Conference on Women and Cardiovascular Disease, Program Committee Chair |
| 2003 – Present | Writing Group on Future of Genomics in Clinical Cardiology, Chair |
| 2004 – 2005 | Member, American Heart Association Council Operations Committee |
| 2004 – Present | Editorial Board of the AHA Journal of Epidemiology |
| 2005 – 2006 | Liaison, Council on Epidemiology and Prevention |
| 2006 – 2007 | Associate Editor, American Heart Association Learning Library |
| 2006 – 2008 | Member, American Heart Association Expert Panel on Subclinical Atherosclerotic Disease and Emerging Risk Factors (EP/SAD/ERF) |
| 2007 - | World Congress on Heart Disease 2007 – the 13th Annual Scientific Sessions of the International Academy of Cardiology, Vancouver, B.C., Canada |

### *Service to national committees (Government)*

| 1994-Present | Food and Drug Administration Special Government Employee |
| 1995 | National Institutes of Aging, Panel for Concept Clearance for Program Project on Arterial Stiffness |
| 1995 | National Institutes of Aging Special Emphasis Panel on arterial stiffness |
| 1995 | National Heart, Lung, and Blood Institute, Planning Committee, Conference on Electrocardiography in Epidemiologic Studies |
| 1996-1997 | National Heart, Lung, and Blood Institute, Planning Committee, Conference on Electrocardiography in Epidemiologic Studies |
| 1997-1998 | National Heart, Lung, and Blood Institute Training Grant Reviewer |
| 1997-2000 | National Heart, Lung, and Blood Institute, Program Project Reviewer |
| 1998 | National Heart, Lung, and Blood Institute Workshop: Genetic Basis of Variability in the Progression and Outcome of Heart, Lung, and Blood Diseases, Special Emphasis Panel |
| 2001 | National Heart, Lung, and Blood Institute Task Force on Research in Prevention of Cardiovascular Disease |
| 2002 | National Institutes of Health, Epidemiology & Disease Control (EDC) -1, Member |
| 2003 | Member, Program Project Review |

### *Journal editorial activities*

| 1997-Present | Associate Editor, American Journal of Epidemiology |

### *Consultantships*

University of Mississippi, Jackson, MS.  Oversee the quality control program for the collection of echocardiography as part of the Atherosclerosis Risk in Communities (ARIC) Study.

University of Mississippi Medical Center, Jackson. MS.  Developing the design for the family study in the upcoming examination for the Jackson Heart Survey.

Department of Veterans Affairs, Office of External Reviews.  Reviewer of a proposal titled "Genetic Markers of Hypercoagulability in Atherosclerosis".

Constella Health Sciences, Bethesda, MD.  Chair of publications committee for the GENELINK project.

Constella Health Sciences, Bethesda, MD.  Scientific Consultant Team.