
ELSEVIER

Journal of Affective Disorders 109 (2008) 251–263




www.elsevier.com/locate/jad

Research report

# Efficacy and safety of quetiapine in combination with lithium or divalproex for maintenance of patients with bipolar I disorder (international trial 126)

Eduard Vieta [a,b,*], Trisha Suppes [c], Ivan Eggens [d], Inger Persson [d], Björn Paulsson [d], Martin Brecher [e]
On behalf of the Trial 126 Study Investigators

[a] *Clinical Institute of Neuroscience, Hospital Clinic, University of Barcelona, IDIBAPS, CIBER-SAM, Barcelona, Spain*
[b] *McLean Hospital, Harvard Medical School, Boston, MA, United States*
[c] *Department of Psychiatry, University of Texas Southwestern Medical Center, Dallas, TX, United States*
[d] *AstraZeneca Pharmaceuticals, Södertälje, Sweden*
[e] *AstraZeneca Pharmaceuticals LP, Wilmington, DE, United States*

Received 30 March 2008; accepted 24 May 2008

**Abstract**

*Background:* This study examined the efficacy and safety of quetiapine in combination with lithium or divalproex compared with placebo with lithium or divalproex in the prevention of recurrent mood events in bipolar I patients, most recent episode mania, depression, or mixed.

*Methods:* Patients received open-label quetiapine (400–800 mg/day; flexible, divided doses) with lithium or divalproex (target serum concentrations 0.5–1.2 mEq/L and 50–125 µg/mL, respectively) for up to 36 weeks to achieve at least 12 weeks of clinical stability. Patients were subsequently randomized to double-blind treatment with quetiapine (400–800 mg/day) plus lithium/divalproex or placebo plus lithium/divalproex for up to 104 weeks. The primary endpoint was time to recurrence of any mood event.

*Results:* Treatment with quetiapine in combination with lithium/divalproex significantly increased the time to recurrence of any mood event compared with placebo plus lithium/divalproex. The proportion of patients having a mood event was markedly lower in the quetiapine than in the placebo group (18.5% versus 49.0%). The hazard ratio for time to recurrence of a mood event was 0.28 ($P<0.001$), a mania event 0.30 ($P<0.001$), and a depression event 0.26 ($P<0.001$) corresponding to risk reductions of 72%, 70%, and 74%, respectively. During the randomization phase, the most common adverse events occurring in ≥5% in the quetiapine group were somnolence, nasopharyngitis, and headache. Insomnia was more common in the placebo group. During the randomization phase, there was an increase in weight of 0.5 kg in the quetiapine group and a reduction of 1.9 kg in the placebo group. The incidence and incidence density of a single emergent fasting blood glucose value ≥ 126 mg/dL was higher with quetiapine than with placebo (9.3% versus 4.1%; 17.6 versus 9.5 patients per 100 patient-years).

*Limitations:* This was an enriched sample of patients with bipolar I disorder responding to treatment with quetiapine plus lithium/divalproex.

* Corresponding author. Clinical Institute of Neuroscience, Hospital Clinic, University of Barcelona, IDIBAPS, Villarroel 170/Rossello 140, 08036 Barcelona, Spain. Tel.: +34 932 275 401; fax: +34 932 275 477.
*E-mail addresses:* evieta@clinic.ub.es, evieta@mclean.harvard.edu (E. Vieta).

0165-0327/$ - see front matter © 2008 Elsevier B.V. All rights reserved.
doi:10.1016/j.jad.2008.06.001

*Conclusions:* Maintenance treatment with quetiapine in combination with lithium/divalproex significantly increased time to recurrence of any event (mania, depression, or mixed) irrespective of the polarity of the index episode compared with placebo with lithium/divalproex. Long-term treatment with quetiapine was generally well-tolerated. Quetiapine with lithium/divalproex can provide an effective long-term treatment option for bipolar I disorder to prevent recurrences not only of mania but also depression.
© 2008 Elsevier B.V. All rights reserved.

*Keywords:* Quetiapine; Maintenance; Bipolar disorder; Lithium; Divalproex; Placebo

## 1. Introduction

Despite the increasing availability of medications and treatment guidelines for bipolar disorder (Yatham et al., 2006; Suppes et al., 2005; Grunze et al., 2004), the majority of these patients are not able to maintain remission in the long term (Tondo et al., 1998). In addition, the vast majority of the currently available treatments do not work across both poles of the illness, and have clinically relevant safety and tolerability issues (Chengappa and Williams, 2005; Vieta, 2005; Fountoulakis et al., 2005).

Atypical antipsychotics are increasingly being used as acute treatments for both bipolar mania and depression, and many recent studies have examined extending their use beyond the acute episode into the maintenance phase (Young, 2007). Quetiapine is approved for use as monotherapy or in combination with lithium or divalproex (QTP+Li/DVP) in the acute treatment of bipolar mania and is also approved in the United States and other countries as monotherapy for treating bipolar depression. It has previously been suggested that quetiapine may also have long-term mood-stabilizing effects (Vieta et al., 2002; Hardoy et al., 2007).

Many of the maintenance studies to date, when examining the prevention of recurrence and relapses in bipolar disorder, have only examined one pole or mixed episodes rather than both poles of the disease (Tohen et al., 2006; Ketter et al., 2006; Tohen et al., 2005; Bowden et al., 2000, 2003; Calabrese et al., 2003; Gyulai et al., 2003). The present international study was designed to evaluate the efficacy and safety of QTP+Li/DVP compared with placebo plus lithium or divalproex (PBO+Li/DVP) as maintenance treatment for patients with bipolar I disorder using the time to recurrence of any mood event (mania, depression, or mixed) as the primary outcome measure. The study is unique in that it includes all patients with bipolar I disorder regardless of their index episode, which allows the effect of treatment to be examined across both poles of the illness. A similarly designed study was conducted in North America, the results of which were recently presented (Suppes et al., 2008).

## 2. Methods

### 2.1. Study design

This international, multicenter, randomized, double-blind, parallel-group study (D1447C00126) compared QTP+Li/DVP with PBO+Li/DVP in the maintenance treatment of adult patients with bipolar I disorder for up to 104 weeks. The study was designed to assess not only relapse and recurrence of any mood event but also relapse and recurrence of mania or depression separately. The study was conducted in 177 centers (37 in the United States and 140 in other countries, including Australia, Europe, and South Africa) between April 2004 and October 2006. The study included a prerandomization period, which consisted of an acute open-label phase of 12–36 weeks in which patients had to achieve clinical stability on treatment for at least 12 weeks (stabilized phase) at which point they entered the randomized treatment phase of up to 104 weeks. This long stabilized phase was set to ensure that the episodes occurring after randomization in the PBO+Li/DVP group would not just be the result of stopping quetiapine early after achieving remission. The design adhered to the current amendment of the Declaration of Helsinki and ICH/Good Clinical Practice guidelines. After complete description of the study to the subjects, written consent was obtained.

### 2.2. Patient population

The patients were aged at least 18 years, with a DSM-IV diagnosis of bipolar I disorder with at least one mixed episode, mania, or depression in the 2 years prior to the study, with an acute mixed episode, mania, or depression at enrollment, or a past mixed episode, mania, or depression within 26 weeks (documented by medical records), that was treated with QTP+Li/DVP. Patients were eligible for inclusion regardless of whether their index episode was mixed, mania, or depression. Exclusion criteria for the prerandomization phase included a DSM-IV diagnosis of an anxiety disorder, known intolerance to active treatments,

Case 6:06-md-01769-ACC-DAB Document 1120-2 Filed 11/03/08 Page 3 of 13 PageID 20306



pregnancy or lactation, substance or alcohol dependence or abuse, concomitant medications that could negatively affect the levels of quetiapine, and unstable or inadequately treated medical illness.

To qualify for the randomized treatment phase, the patients had to be stable, having been treated with quetiapine (dose range 400–800 mg/day) and either lithium or divalproex for at least 12 weeks during the prerandomization phase. Patients also had to have a Young Mania Rating Scale (YMRS) (Young et al., 1978) total score of 12 or less and a Montgomery–Åsberg Depression Rating Scale (MADRS) (Montgomery and Åsberg, 1979) total score of 12 or less assessed at a minimum of 4 consecutive visits spanning at least 12 weeks of the stabilized phase (a single excursion of scores of 13 or 14 was permitted, unless this occurred on the last of the 4 consecutive visits). Patients were excluded from the randomized treatment phase, if they met any of the following criteria: hospitalization due to a mood event (mania, depression, or mixed), electroconvulsive therapy (ECT), or suicide attempt during the prerandomization phase, substance or alcohol dependence or abuse.

### 2.3. Study medication

In the prerandomization phase, patients began (100 mg on Day 1, increasing by 100 mg each day to reach 600 mg on Day 5) or continued with quetiapine (400–800 mg/day in flexible, divided doses, with a recommended target dose of 600 mg/day). Doses were adjusted to maximize efficacy and tolerability. Patients also commenced or continued an oral dose of open-label lithium or divalproex, which was chosen by the investigator. During this phase, the dose of lithium or divalproex was measured monthly and adjusted at the discretion of the investigator in order to help control symptoms, minimize side effects, and achieve target trough serum concentrations of 0.5–1.2 mEq/L for lithium and 50–125 μg/mL for divalproex. Doses of lithium or divalproex were not to be adjusted after randomization unless tolerability was impaired or serum levels were outside target concentrations.

After fulfilling inclusion criteria for randomization, patients received QTP + Li/DVP or PBO + Li/DVP twice daily in a flexible, double-blind manner. Randomization was stratified according to assigned mood stabilizer in balanced blocks with patients having an equal probability of receiving either treatment. The quetiapine dose could be adjusted as clinically indicated within the dose range of 400–800 mg/day throughout the randomized treatment phase. After randomization, the open-label quetiapine 100-mg tablets were replaced with 100-mg tablets of blinded investigational product at a rate of 1 tablet per every 2 days.

Patients were allowed to continue taking previous medications for medical nonpsychiatric illnesses, but no psychoactive medications (other than the active treatments) were permitted during the 12-week stabilized phase prior to randomization and during randomized treatment, with the following exceptions, which were permitted throughout the study: low doses of zolpidem (up to 10 mg/day), zaleplon (up to 20 mg/day), zopiclone (up to 7.5 mg/day), and chloral hydrate (up to 1 g/day) for insomnia; the anxiolytic lorazepam (up to 2 mg/day); and anticholinergic medications for extrapyramidal symptoms (EPS).

### 2.4. Efficacy endpoints

The primary outcome measure was the time to recurrence of any mood event (mania, depression, or mixed). To ensure that all mood events were captured, "recurrence" was defined using several criteria: YMRS or MADRS total scores $\geq 20$ at two consecutive assessments or at the final assessment if the patient discontinued; or discontinuation from the study by the patient if, according to the investigator, the discontinuation was due to an event (mania, depression, or mixed); or hospitalization for mania, depression, or a mixed event; or initiation of an antipsychotic, an antidepressant, a mood-stabilizing agent other than lithium or divalproex, an anxiolytic other than lorazepam, or any other medication to treat mania, depression, or a mixed event.

Secondary outcome measures included time to mania or depression. The overall level of patient acceptance was assessed by examining the time to all-cause discontinuation, defined as discontinuation due to a mood event or premature discontinuation for any other reason. All patients who were stopped after 104 weeks or when the study was terminated, because the pre-established number of events had occurred, are regarded as censored observations in the analysis. In order to evaluate interepisodic symptoms, the severity of mania and depression between randomization and the first mood event was assessed using YMRS, MADRS, and Clinical Global Impression—Bipolar (CGI-BP) (Spearing et al., 1997). The severity of psychotic symptoms between randomization and the first mood event was assessed using Positive and Negative Syndrome Scale Positive subscale (PANSS-P) (Kay et al., 1987). Patient-reported outcomes were also measured between mood events using the Sheehan

Case 6:06-md-01769-ACC-DAB Document 1120-2 Filed 11/03/08 Page 4 of 13 PageID 20307



Disability Scale (SDS) (total score and by domains) (Sheehan, 1983) to assess the patient's level of functioning, and the Psychological General Well-being Scale (PGWB) (Dupuy, 1984) to assess improvements in the patient's quality of life.

### 2.5. Safety endpoints

The incidence and severity of adverse events (AEs, overall and drug related) and withdrawals due to AEs were recorded at each assessment. Adverse events were assessed using the Medical Dictionary for Regulatory Activities (MedDRA) classification system.

Additional safety endpoints included laboratory assessments (e.g., glucose, glycosylated hemoglobin [$HbA_{1c}$], insulin and lipid levels; to assess glucose and insulin levels the patient was advised to fast for at least 8 h prior to venipuncture), vital signs, weight and body mass index (BMI), electrocardiogram (ECG) results, and physical examination results. The Simpson–Angus Scale (SAS) (Simpson and Angus, 1970) was used to evaluate EPS. Akathisia was assessed with the Barnes Akathisia Rating Scale (BARS) (Barnes, 1989). Abnormal Involuntary Movement Scale (AIMS) (Guy, 1976) was also assessed.

### 2.6. Statistical analysis

The main analysis of the time to any mood event was a Cox proportional hazards model to estimate the hazard ratio (HR) of recurrence between the two treatment groups. The time to event was censored when a patient discontinued from or completed the study without experiencing mania, depression, or a mixed event. HRs and corresponding 95% confidence intervals (CIs) were determined for QTP+Li/DVP versus PBO+Li/DVP groups. The study was designed to have 90% power to detect an HR of 0.65 for the primary endpoint at a significance level of 0.05. This required 227 mood events at which point the study was to be terminated. An additional analysis that censored events occurring within the first 4 weeks after randomization was also conducted to assess whether efficacy was entirely due to early withdrawals in the placebo group after discontinuation of quetiapine and to ensure that it was truly the long-term efficacy of quetiapine being measured on top of that of lithium or valproate.

The same Cox proportional hazard model was used to assess time to all-cause discontinuation. YMRS, MADRS, CGI-BP, PANSS-P, and PGWB scores were analyzed using a mixed model repeated measures (MMRM) analysis of all assessments between randomization and up to, but excluding, the first mood event. Lithium and divalproex, geographical region, and treatment group are included as fixed effect covariates. The SDS total score was summarized for each patient using the mean change from baseline across all assessments between randomization and up to, but excluding, the first mood event. These mean changes were analyzed using analysis of covariance with baseline SDS total score, lithium and divalproex, region, and treatment as fixed effects. For the main efficacy measures a robust stepwise sequential procedure was employed throughout the confirmatory part of this study to ensure a multiple level of significance of 0.05.

Descriptive statistics were used to summarize changes from baseline in laboratory test results, weight changes, vital signs, and ECG results, and changes from baseline in SAS, BARS, and AIMS scores. For the glucose and lipid parameter two evaluations were conducted, one that included all samples regardless of fasting status (presumed fasting) and one in a subgroup of samples with the time of the last meal recorded as more than 8 h prior to sampling as reported by the patient (documented fasting). In addition, for glucose levels, the incidence densities were calculated as ([the total number of patients with a glucose value $\geq$ 126 mg/dL emerging during randomized treatment/total patient years of exposure] $\times$ 100), where the time until first value $\geq$ 126 mg/dL (or until last dose for patients with no values $\geq$ 126 mg/dL) was calculated for each patient. The intent-to-treat (ITT) population included all randomized patients who received study treatment.

## 3. Results

### 3.1. Patients

A total of 1461 patients were enrolled in the prerandomization phase, of which 706 were randomized to double-blind treatment. Of the 706 patients randomized, 703 received at least one dose of study medication and were included in the safety analysis as well as the ITT study population (Fig. 1). The demographic characteristics and baseline disease severity of patients in the QTP+Li/DVP and PBO+Li/DVP groups were similar (Table 1).

During the prerandomization period, the mean of the patient's individual median daily dose of quetiapine was 446 mg and the mean duration of quetiapine exposure was 115 days in the open-label safety population (those who received at least one dose of study medication). During the randomized treatment phase, the mean of the patients' individual median daily dose of quetiapine was 497 mg, and the mean duration of quetiapine exposure was 189 days. For placebo, the




Fig. 1. Disposition of bipolar I patients in the prerandomization (all patients enrolled) and randomized (intent-to-treat) treatment phases. Note: "Other" category includes study protocol noncompliance. Completers include those treated for up to 104 weeks or not discontinued until study termination. Adverse events are those reported in the prerandomization and randomized treatment phases. Li, lithium; DVP, divalproex.

mean duration of exposure was shorter (131 days). During the randomized treatment phase, the mean median serum concentration of lithium was 0.71 mEq/L in the QTP+Li/DVP group and 0.70 mEq/L in the PBO+Li/DVP group, and of divalproex 72.54 μg/mL and 70.82 μg/mL, respectively.

A total of 49.4% (347/703) of the patients were still undergoing treatment when the study was terminated or when they reached the end of the 104-week study: 63.4% (213/336) in the QTP+Li/DVP group and 36.5% (134/367) in the PBO+Li/DVP group.

### 3.2. Time to recurrence of a mood event

QTP+Li/DVP was significantly more effective than PBO+Li/DVP in increasing the time to recurrence of any mood event (Fig. 2A). For QTP+Li/DVP versus PBO+Li/DVP, the HR for the time to recurrence of a mood event was 0.28 (95% CI: 0.21–0.37; $P<0.001$), corresponding to a risk reduction of 72%. The proportion of patients fulfilling a mood event criterion was lower in the QTP+Li/DVP group than the PBO+Li/DVP group (18.5% versus 49.0%, respectively). When the data were censored to exclude events occurring in the first 4 weeks after randomization, the HR was 0.33 (95% CI: 0.24–0.45; $P<0.001$).

### 3.3. Secondary efficacy variables

QTP+Li/DVP was significantly more effective than PBO+Li/DVP in increasing the time to recurrence of mania, with an HR of 0.30 (95% CI: 0.20–0.44; $P<0.001$), and also depression, with an HR of 0.26 (95% CI: 0.17–0.41; $P<0.001$) (Fig. 2B and C). Similarly when the data were censored to exclude events occurring in the first 4 weeks after randomization, the HR for mania was 0.37 (95% CI: 0.24–0.56; $P<0.001$) and depression 0.29 (95% CI: 0.17–0.48; $P<0.001$).

The HRs for the time to recurrence of a mood event stratified according to the index episode showed a similar advantage favoring quetiapine when comparing

Table 1
Demographic and current disease characteristics at enrollment (all patients enrolled) and at randomization (ITT population)

| | Prerandomization phase | Randomized treatment phase (ITT) | | |
|---|---|---|---|---|
| | Patients enrolled | QTP+Li/DVP | PBO+Li/DVP | Total ITT population |
| | (*n*=1461) | (*n*=336) | (*n*=367) | (*n*=703) |
| Gender, *n* (%) | | | | |
| Male | 633 (43.3) | 144 (42.9) | 172 (46.9) | 316 (45.0) |
| Female | 828 (56.7) | 192 (57.1) | 195 (53.1) | 387 (55.0) |
| Mean (SD) age, years | 41.8 (12.8) | 42.3 (12.5) | 41.9 (12.8) | 42.1 (12.7) |
| Mean (SD) weight, kg | 80.8 (18.6) | 84.6 (18.0) | 83.7 (18.5) | 84.1 (18.3) |
| Race, *n* (%) | | | | |
| White | 1359 (93.0) | 321 (95.5) | 358 (97.5) | 679 (96.6) |
| Black | 55 (3.8) | 8 (2.4) | 3 (0.8) | 11 (1.6) |
| Asian | 11 (0.8) | 2 (0.6) | 1 (0.3) | 3 (0.4) |
| Other | 36 (2.5) | 5 (1.5) | 5 (1.4) | 10 (1.4) |
| DSM-IV diagnosis of bipolar I disorder, most recent episode, *n* (%) | | | | |
| Mania | 580 (39.7) | 163 (48.5) | 174 (47.4) | 337 (47.9) |
| Depression | 491 (33.6) | 97 (28.9) | 109 (29.7) | 206 (29.3) |
| Mixed | 390 (26.7) | 76 (22.6) | 84 (22.9) | 160 (22.8) |
| With rapid-cycling course, *n* (%) | | | | |
| Unknown | 4 (0.3) | 0 (0) | 3 (0.8) | 3 (0.4) |
| No | 986 (67.5) | 262 (78.0) | 270 (73.6) | 532 (75.7) |
| Yes | 471 (32.2) | 74 (22.0) | 94 (25.6) | 168 (23.9) |
| Rating scale, mean (SD) | | | | |
| YMRS total score | | | | |
| Overall | 13.1 (10.4) | 2.5 (3.1) | 2.2 (2.8) | 2.4 (2.9) |
| Index episode | | | | |
| Mania [a] | 15.8 (9.9) | 2.6 (3.2) | 2.5 (3.0) | |
| Depression [b] | 4.5 (4.8) | 1.4 (2.3) | 1.6 (2.4) | |
| Mixed [c] | 12.8 (8.4) | 3.5 (3.2) | 2.6 (2.9) | |
| MADRS total score | | | | |
| Overall | 16.3 (11.4) | 3.4 (3.5) | 3.7 (3.8) | 3.5 (3.7) |
| Index episode | | | | |
| Mania [a] | 6.4 (5.6) | 2.3 (2.8) | 3.1 (3.1) | |
| Depression [b] | 20.9 (10.5) | 4.3 (3.8) | 4.4 (4.4) | |
| Mixed [c] | 17.8 (10.0) | 4.5 (3.9) | 4.1 (4.0) | |

Note: MADRS and YMRS baseline scores are values in the respective phase of the study.

DSM-IV, *Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition*; DVP, divalproex; ITT, intent-to-treat; Li, lithium; MADRS, Montgomery–Åsberg Depression Rating Scale; PBO, placebo; QTP, quetiapine; SD, standard deviation; YMRS, Young Mania Rating Scale.

[a] In prerandomization phase (open-label safety population) for YMRS $n=568$ and for MADRS $n=566$; and in randomized phase $n=163$ for QTP+Li/DVP and $n=174$ for PBO+Li/DVP.

[b] In prerandomization phase (open-label safety population) $n=479$; and in randomized phase $n=97$ for QTP+Li/DVP and $n=109$ for PBO+Li/DVP.

[c] In prerandomization phase (open-label safety population) $n=374$; and in randomized phase $n=76$ for QTP+Li/DVP and $n=84$ for PBO+Li/DVP.

the QTP+Li/DVP and PBO+Li/DVP groups (Table 2A). The time to all-cause treatment discontinuation was longer in the QTP+Li/DVP group than in the PBO+Li/DVP group (Fig. 2D).

The HRs for time to recurrence of a mood event when stratified according to lithium or divalproex and rapid-cycling status (having at least four mood episodes in the previous 12 months prior to enrollment) showed a similar advantage for QTP+Li/DVP compared with PBO+Li/DVP (Table 2B).

Based on rating scale measurements, QTP+Li/DVP compared with PBO+Li/DVP was associated with a slightly but significantly lower severity of interepisode symptoms of mania (YMRS; $P<0.001$) and depression (MADRS; $P<0.001$) during maintenance treatment prior to experiencing a mood event, a slightly lower severity of symptoms of mania and depression between mood events (CGI-BP; $P<0.001$), and a slightly lower severity of interepisodic psychotic symptoms (PANSS-P; $P<0.001$) (Table 3). QTP+Li/DVP was also




Fig. 2. Time to recurrence of (A) a mood event, (B) mania event, and (C) depression event (Kaplan–Meier curves, ITT population); and (D) time to all-cause treatment discontinuation (ITT population). DVP, divalproex; ITT, intent-to-treat; Li, lithium; PBO, placebo; QTP, quetiapine.

associated with slightly higher interepisodic scores in patient's quality of life (PGWB; $P<0.05$) (Table 3). There were no significant differences between the two groups when assessing the level of functioning between randomization and the first mood event, as measured with the SDS ($P=0.1149$).

Table 2A
Hazard ratios for time to recurrence of a mood event[a] stratified according to index episode (intent-to-treat population)

| Index episode | Any mood event | Mania event | Depression event |
|---|---|---|---|
| Mania | | | |
| QTP+Li/DVP ($n=163$) | 32 | 23 | 9 |
| PBO+Li/DVP ($n=174$) | 84 | 56 | 28 |
| HR (95% CI) | 0.31 (0.20–0.46) | 0.32 (0.19–0.51) | 0.29 (0.14–0.62) |
| Depression | | | |
| QTP+Li/DVP ($n=97$) | 17 | 7 | 10 |
| PBO+Li/DVP ($n=109$) | 50 | 14 | 36 |
| HR (95% CI) | 0.30 (0.17–0.52) | 0.44 (0.18–1.10) | 0.25 (0.12–0.50) |
| Mixed | | | |
| QTP+Li/DVP ($n=76$) | 13 | 6 | 7 |
| PBO+Li/DVP ($n=84$) | 46 | 26 | 20 |
| HR (95% CI) | 0.21 (0.11–0.39) | 0.19 (0.08–0.47) | 0.23 (0.10–0.56) |

CI, confidence interval; HR, hazard ratio; Li, lithium; MADRS, Montgomery–Åsberg Depression Rating Scale; PBO, placebo; QTP, quetiapine; YMRS, Young Mania Rating Scale.

[a] "Recurrence" was defined as initiation of an antipsychotic, an antidepressant, a mood-stabilizing agent other than lithium or divalproex, an anxiolytic other than lorazepam, or any other medication to treat mania, depression, or a mixed event; hospitalization for mania, depression, or a mixed event; YMRS or MADRS total scores ≥ 20 at 2 consecutive assessments or at the final assessment if the patient discontinues; or discontinuation from the study by the patients if, according to the investigator, the discontinuation was due to an event (mania, depression, or mixed). The data shown are the number of events that occurred.

Case 6:06-md-01769-ACC-DAB Document 1120-2 Filed 11/03/08 Page 8 of 13 PageID 20311



Table 2B
Hazard ratios for time to recurrence of a mood event[a] stratified according to lithium or divalproex and rapid-cycling disease course status (intent-to-treat population)

| Parameter | Any mood event |
|---|---|
| Lithium | |
| Quetiapine ($n=143$) | 25 |
| Placebo ($n=153$) | 75 |
| HR (95% CI) | 0.25 (0.16, 0.40) |
| Divalproex | |
| Quetiapine ($n=193$) | 37 |
| Placebo ($n=214$) | 105 |
| HR (95% CI) | 0.30 (0.21, 0.44) |
| Rapid-cycling disease course | |
| Quetiapine ($n=74$) | 11 |
| Placebo ($n=94$) | 52 |
| HR (95% CI) | 0.17 (0.09, 0.33) |
| No rapid-cycling disease course | |
| Quetiapine ($n=262$) | 51 |
| Placebo ($n=270$) | 128 |
| HR (95% CI) | 0.32 (0.23, 0.44) |

CI, confidence interval; HR, hazard ratio; MADRS, Montgomery–Åsberg Depression Rating Scale; YMRS, Young Mania Rating Scale.
[a] "Recurrence" was defined as initiation of an antipsychotic, an antidepressant, a mood-stabilizing agent other than lithium or divalproex, an anxiolytic other than lorazepam, or any other medication to treat mania, depression, or a mixed event; hospitalization for mania, depression, or a mixed event; YMRS or MADRS total scores ≥ 20 at 2 consecutive assessments or at the final assessment if the patient discontinues; or discontinuation from the study by the patients if, according to the investigator, the discontinuation was due to an event (mania, depression, or mixed). The data shown are the number of events that occurred.

### 3.4. Safety and tolerability

The reasons for premature discontinuation from the study in the prerandomization phase (all patients enrolled) and randomized treatment phase (ITT population) are shown in Fig. 1.

During the prerandomization phase, in the open-label safety population (those who received at least one dose of study medication) 198 (13.8%) patients discontinued due to AEs, the most common reasons being sedation (4.5%) and somnolence (2.4%). Serious AEs were reported in 58 (4.0%) patients, and AEs judged by the investigator to be drug related in 754 (52.6%) patients. During the randomized treatment phase, in the randomized safety population (those who were randomized and received study medication during the randomized treatment phase) 184 (54.8%) patients reported experiencing any AE in the QTP+Li/DVP group compared with 203 (55.3%) patients in the PBO+Li/DVP group, with AEs leading to discontinuation in 8 (2.4%) and 11 (3.0%) patients in each group, respectively. There were no single AEs with an incidence of >1% that led to discontinuation in either group. Serious AEs were reported by 5 (1.5%) patients in the QTP+Li/DVP group and 20 (5.4%) patients in the PBO+Li/DVP group. Emergent AEs judged to be drug related were reported by 78 (23.2%) patients in the QTP+Li/DVP group and 80 (21.8%) in the PBO+Li/DVP group.

The most commonly reported AEs occurring in both the prerandomization and randomization phases are shown in Table 4. There were four deaths during the randomization treatment phase: one patient in the QTP+Li/DVP group (completed suicide not considered by the investigator to be treatment related), and three patients in the PBO+Li/DVP group (one completed suicide, which was considered to be treatment related, one death for which the cause was reported to be unknown, and one cardiac failure not considered to be treatment related).

QTP+Li/DVP was not associated with treatment-emergent EPS compared with PBO+Li/DVP in the maintenance treatment of bipolar disorder. Adverse events potentially associated with EPS were reported by 10.8% of patients in the prerandomization phase, and by 5.1% and 4.6% of patients receiving QTP+Li/DVP and PBO+Li/DVP, respectively, in the randomized treatment phase. The majority of patients in the QTP+Li/DVP and PBO+Li/DVP groups improved or had no change in SAS, BARS, and AIMS total scores from randomization to last assessment. The proportion of patients who worsened on these three scales was low and similar between the two groups.

Table 3
Summary of secondary efficacy variables prior to a mood event (intent-to-treat population)

| Outcome measure[a] | Estimated difference (SE) [95% CI] between QTP+Li/DVP ($n=336$) versus PBO+Li/DVP ($n=367$) | P value |
|---|---|---|
| YMRS | −0.9 (0.2) [−1.2 to −0.6] | <0.001 |
| MADRS | −0.7 (0.2) [−1.1 to −0.4] | <0.001 |
| CGI-BP | −0.1 (0) [−0.2 to −0.1] | <0.001 |
| PANSS-P | −0.2 (0.1) [−0.4 to −0.1] | <0.001 |
| SDS (observed cases data) | −0.7 (0.4) [−1.5 to 0.2] | 0.1149 (n.s.) |
| PGWB | 1.9 (0.8) [0.3 to 3.6] | 0.0218 |

CGI-BP, Clinical Global Impression—Bipolar; CI, confidence interval; DVP, divalproex; Li, lithium; MADRS, Montgomery–Åsberg Depression Rating Scale; PANSS-P, Positive and Negative Syndrome Scale Positive subscale; PBO, placebo; PGWB, Psychological General Well-being Scale; QTP, quetiapine; SDS, Sheehan Disability Scale; SE, standard error; YMRS, Young Mania Rating Scale.
[a] All outcomes measures were analyzed using mixed model repeated measures apart from SDS, which was analyzed using analysis of covariance.

Table 4
Adverse events, weight and BMI, and changes in laboratory assessments reported during the prerandomization and randomized treatment phases (open-label and randomized safety populations)

| | Prerandomization phase | | Randomized treatment phase | |
|---|---|---|---|---|
| | Patients enrolled ($n$=1433) | | QTP+Li/DVP ($n$=336) | PBO+Li/DVP ($n$=367) |
| AEs (≥5%), $n$ (%) | | AEs (≥5% in either group), $n$ (%) | | |
| Sedation | 233 (16.3) | Somnolence | 19 (5.7) | 8 (2.2) |
| Somnolence | 219 (15.3) | Nasopharyngitis | 18 (5.4) | 20 (5.4) |
| Dry mouth | 167 (11.7) | Headache | 17 (5.1) | 21 (5.7) |
| Weight increased | 152 (10.6) | Insomnia | 13 (3.9) | 52 (14.2) |
| Dizziness | 113 (7.9) | | | |
| Tremor | 108 (7.5) | | | |
| Headache | 104 (7.3) | | | |
| Fatigue | 84 (5.9) | | | |
| Constipation | 81 (5.7) | | | |
| Increased appetite | 79 (5.5) | | | |
| Nausea | 78 (5.4) | | | |
| Nasopharyngitis | 73 (5.1) | | | |
| Weight and BMI parameters | | | | |
| Weight change (kg) | +2.9 | | +0.5 | −1.9 |
| Weight increase ≥7% (%) | 24.3 | | 7.4 | 2.0 |
| BMI change (kg/m$^2$) | 1.0 | | 0.2 | −0.7 |
| Metabolic parameters [a] | | | | |
| Glucose (mg/dL) | 2.2 ($n$=1117) | | 4.0 ($n$=310) | −0.4 ($n$=329) |
| $HbA_{1c}$ (%) | 0.0 ($n$=1133) | | 0.2 ($n$=311) | 0.0 ($n$=340) |
| Insulin (pmol/L) | 31.7 ($n$=773) | | 20.6 ($n$=254) | 2.8 ($n$=276) |
| TC (mg/dL) | 3.6 ($n$=1028) | | −0.5 ($n$=290) | −8.0 ($n$=321) |
| LDL-C (mg/dL) | −0.2 ($n$=952) | | −2.8 ($n$=267) | −6.3 ($n$=300) |
| HDL-C (mg/dL) | 0.4 ($n$=1029) | | 0.4 ($n$=290) | 1.0 ($n$=322) |
| Triglycerides (mg/dL) | 17.9 ($n$=1029) | | 14.1 ($n$=290) | −21.0 ($n$=322) |
| Shift to clinically important values [b] | | | | |
| Glucose from normal to ≥126 mg/dL, $n$ (%) | 49 (6.1) | | 23 (9.3) | 10 (4.1) |

AEs, adverse events; BMI, body mass index; DVP, divalproex; $HbA_{1c}$, glycosylated hemoglobin; HDL-C, high-density lipoprotein cholesterol; LDL-C, low-density lipoprotein cholesterol; Li, lithium; PBO, placebo; QTP, quetiapine; TC, total cholesterol.

[a] The mean changes quoted are change from enrollment to end of prerandomization treatment or from randomization to end of randomized treatment in all samples (presumed fasting). The number of patients is those with assessment at enrollment or randomization and at least 1 assessment after enrollment or randomization, respectively.

[b] Shift to clinically important values at any time during the randomized treatment phase (documented fasting).

The mean changes in weight, BMI, glucose, $HbA_{1c}$, insulin, and lipid parameters from enrollment to the end of the prerandomization phase and from randomization to the end of the study are given in Table 4. In the randomized phase, there were greater increases observed in the levels of glucose, insulin, and triglycerides in the QTP+Li/DVP group as compared with PBO+Li/DVP group (Table 4).

In the QTP+Li/DVP group, the total mean weight change across the two phases, from enrollment to the end of the randomization phase, was +4.3 kg. In patients randomized to QTP+Li/DVP, the mean change from enrollment to end of the randomized treatment phase in glucose was +5.0 mg/dL, and in triglycerides +42.7 mg/dL. The calculated incidence density for fasting glucose levels (≥126 mg/dL in patients with values <126 mg/dL at baseline) was 17.64 patients per 100 patient-years in the QTP+Li/DVP group compared with 9.50 patients per 100 patient-years in the PBO+Li/DVP group. The incidence of AEs potentially related to diabetes (thirst, polyuria, diabetes mellitus, blood glucose or insulin increased, diabetes mellitus non-insulin-dependent, diabetic complication, $HbA_{1c}$ increased, hyperinsulinemia, or polydipsia) reported in this large population was 1.6% in the prerandomization phase, and 1.2% in the QTP+Li/DVP group and 0.5% in the PBO+Li/DVP group during the randomized treatment phase.

## 4. Discussion

This is one of the first two studies to demonstrate the effectiveness of an atypical antipsychotic agent as

maintenance treatment in patients with bipolar I disorder irrespective of their index episode. The results indicate that QTP + Li/DVP provides further significant benefits for patients with bipolar I disorder compared with treatment with lithium or divalproex alone. QTP + Li/DVP was shown to be significantly more effective in the prevention of any mood event (mania, depression, or mixed) than PBO + Li/DVP, with a risk reduction of 72% (HR 0.28). The time to recurrence of both mania and depression and risk reduction was also similar to the overall risk reduction (70% for mania and 74% for depression). These findings are consistent with those of a similarly designed study conducted in North America (Suppes et al., 2008), which showed a risk reduction of nearly 70% for the prevention of any mood event.

QTP + Li/DVP also provided additional benefit over PBO + Li/DVP by improving the time to recurrence and decreasing the risk of a mood event regardless of the patient's index episode or use of lithium or divalproex, and was equally as effective in patients with and without a rapid-cycling disease history. QTP + Li/DVP also remained significantly more effective than placebo in time to recurrence of any mood event, mania, and depression when the results were censored for events occurring in the first 4 weeks after randomization, indicating that the efficacy was not due to potential withdrawal effects when quetiapine was down-titrated in the placebo group. All of these findings are particularly significant given that this was a combination therapy study and there was a distinct separation from PBO + Li/DVP group, which has been difficult to show in other studies, both short-term (Yatham et al., 2003, 2007; Weisler et al., 2003) and long-term (Tohen et al., 2004).

In the study, the mean serum concentration levels of lithium and divalproex were at therapeutic levels and within the predefined range during the prerandomization phase including the 12-week stabilized phase and during the randomization phase. Two open-label studies have demonstrated that there are no clinically significant pharmacokinetic interactions between quetiapine and lithium (Potkin et al., 2002) or quetiapine and divalproex (Winter et al., 2007).

Other studies of atypical antipsychotics for maintenance treatment have shown that olanzapine monotherapy was more effective compared with placebo and lithium in preventing relapse into mania in patients with bipolar I disorder, most recent event mania or mixed (Tohen et al., 2006; Ketter et al., 2006; Tohen et al., 2005), and was comparable with lithium in preventing relapse into depression (Tohen et al., 2005). Olanzapine combined with lithium or valproate was no better than lithium or valproate alone in the long-term treatment of mania (Tohen et al., 2004). In a 26-week trial, aripiprazole monotherapy was shown to delay and reduce the number of relapses into mania in patients with bipolar I disorder, most recent episode mania or mixed, compared with placebo, but there were no significant differences for relapse into depression (Keck et al., 2007). To date, no controlled maintenance trials of risperidone or ziprasidone have been published. Additionally, lamotrigine has been shown to be effective in the prevention of mood events, particularly depression, in patients with bipolar I disorder who recently experienced an episode of mania or hypomania (Bowden et al., 2003) or depression (Calabrese et al., 2003).

Quetiapine was generally well-tolerated across the dose range of 400–800 mg/day for the maintenance treatment of bipolar I disorder in combination with lithium or divalproex. The rate of emergent AEs reported during the randomized phase was lower than that reported during the prerandomization phase, suggesting that AEs emerge within weeks of treatment initiation and are unlikely to emerge thereafter. In this study, there was an initial increase in weight of +2.9 kg with QTP + Li/DVP treatment in the prerandomization phase, while over the longer randomized treatment phase there was a weight change of +0.5 kg in the QTP + Li/DVP group and −1.9 kg in the PBO + Li/DVP group. In patients receiving QTP + Li/DVP, the mean change in glucose from enrollment to end of randomized treatment was +5.0 mg/dL. The incidence and incidence density of a single emergent fasting blood glucose value ≥ 126 mg/dL was higher in the quetiapine group than in the placebo group (9.3% versus 4.1%; 17.64 versus 9.50 patients per 100 patient-years). However, not all samples could be confirmed as fasted despite there being an 8-hour interval since the last meal, as patients could have had other caloric intake. This study was not designed to identify or confirm the emergence of diabetes on the basis of fasting blood glucose assessments, which require confirmation of fasted blood glucose values ≥ 126 mg/dL within a few days (American Diabetes Association, 2006). In this study, blood samples were only taken 12 weeks apart with no requirement for repeating abnormal assessments. Given the absence of definitive diagnostic testing within the design of this study, reliable and accurate determination of incidence and risk for diabetes for patients enrolled in this study is not possible. There are limited data available for the long-term use of other atypical antipsychotics in combination with lithium or divalproex for comparison with the above weight and lipid parameter results. In one 18-month study of olanzapine in combination with lithium or valproate there was a weight gain of 5–6 kg over the course of the study (3.8 kg in acute

phase and 2.0 kg in relapse prevention phase) (Tohen et al., 2004).

Potential limitations of this trial include the enriched sample, the inclusion of patients with bipolar I disorder only, and the absence of definitive diagnostic testing for patients with a significant increase in glucose levels. Enriched samples (inclusion of responders to the drug being tested before randomization as a requirement) may decrease generalizability, but in fact also increase internal validity and allow us to answer a clinically relevant question: how long should a therapy that worked acutely be continued to be used as maintenance therapy? In this study, it was shown that even after 12 weeks or more of remission there is further benefit to stay on the combination of quetiapine and lithium or valproate for those patients who responded to that specific treatment during an acute episode of mania, depression, or mixed. Moreover, the add-on design may have allowed the enrollment of a more representative sample of that usually seen in clinical practice, as combination therapy is currently the rule rather than the exception (Vieta et al., 2008). A similar argument can be used to discuss the inclusion of patients with bipolar I disorder only, along with the ability to better assess the prevention of recurrences of mania. In addition, although patients with bipolar II disorder may respond to similar treatments as patients with bipolar I disorder (Vieta and Suppes, 2008; Colom et al., in press), the specific benefit–risk ratio may however be quite different. Nevertheless, data from two pivotal bipolar depression studies (Calabrese et al., 2005; Thase et al., 2006) have shown quetiapine to be effective in both patients with bipolar I and II disorder. Further studies examining the long-term efficacy of quetiapine in patients with bipolar II disorder are required. The decision not to specifically analyze recurrent episodes of mixed symptomatology could represent a further limitation of the study design. Patients experiencing a mixed event were categorized per protocol as either having predominantly manic or depressed symptoms and were subsequently analyzed within the mania and depression event categories. However, the significant efficacy of quetiapine in the prevention of mania and depression events suggests that mixed patients would have experienced similar treatment benefits.

In summary, these results and those of the similar North American trial (Suppes et al., 2008) demonstrate the efficacy of quetiapine in combination with lithium or divalproex for prolonging the time to recurrence of any mood event (mania, depression, or mixed) in a highly representative sample of patients with bipolar I disorder who responded to the combination of quetiapine plus lithium or divalproex for acute treatment irrespective of the index mood episode. There was a 72% risk reduction of any mood event in this study, which was similar to the 68% risk reduction seen in the North American trial. Overall, long-term treatment with quetiapine plus lithium or divalproex was generally well-tolerated in this patient population. Increases in weight, lipids and glucose were observed in patients treated with quetiapine plus lithium or divalproex. Further long-term studies are required to fully assess the consequence of changes in metabolic parameters for patients treated with quetiapine in combination therapy. The results from this study suggest that those two combinations may carry a positive benefit–risk ratio for the long-term treatment of bipolar disorder, regardless of index episode.

**Role of funding Source**

This study was supported by AstraZeneca Pharmaceuticals (study D1447C00126), who had involvement in the study design, in the collection, analysis and interpretation of data, in writing the report, and in the decision to submit the paper for publication.

**Conflict of interest**

Dr. Vieta is a consultant for the following companies: AstraZeneca, Bial, Bristol-Myers Squibb, Eli Lilly, Janssen-Cilag, Lundbeck, Merck Sharp & Dohme, Novartis, Organon, Pfizer, Sanofi, Servier, and UCB. He has received research grants from AstraZeneca, Bristol-Myers Squibb, Eli Lilly, GlaxoSmithKline, Janssen-Cilag, Novartis, and Pfizer, and is a speaker or is involved in advisory boards for the following: AstraZeneca, Bristol-Myers Squibb, Eli Lilly, GlaxoSmithKline, Janssen-Cilag, Organon, Pfizer, Sanofi, and Servier.

Dr. Suppes has received funding or medications for clinical studies in the last 12 months from: Abbott, AstraZeneca, GlaxoSmithKline, JDS, National Institute of Mental Health, Novartis, Pfizer, and The Stanley Medical Research Institute. Dr. Suppes has had one advisory board with Orexigen and no speaker bureau activity within the last 12 months and has no conflicting financial interests or stock ownership. Royalties are received from Compact Clinical Publishers.

Dr. Eggens, Dr. Persson, Dr. Paulsson, and Dr. Brecher are employees of AstraZeneca Pharmaceuticals LP.

## Acknowledgment

We thank Dr. Clare Wheatcroft, from PAREXEL MMS, who provided medical writing support funded by AstraZeneca.

## References

American Diabetes Association, 2006. Diagnosis and classification of diabetes mellitus. Diabetes Care 29 (suppl 1), S43–S48.

Barnes, T.R., 1989. A rating scale for drug-induced akathisia. Br. J. Psychiatry 154, 672–676.

Case 6:06-md-01769-ACC-DAB Document 1120-2 Filed 11/03/08 Page 12 of 13 PageID 20315



Bowden, C.L., Calabrese, J.R., McElroy, S.L., Gyulai, L., Wassef, A., Petty, F., Pope Jr., H.G., Chou, J.C., Keck Jr., P.E., Rhodes, L.J., Swann, A.Z., Hirschfeld, R.M., Wozniak, P.J., Divalproex Maintenance Study Group, 2000. A randomised, placebo-controlled 12-month trial of divalproex and lithium in treatment of outpatients with bipolar I disorder. Arch. Gen. Psychiatry 57, 481–489.

Bowden, C.L., Calabrese, J.R., Sachs, G., Yatham, L.N., Asghar, S.A., Hompland, M., Montgomery, P., Earl, N., Smoot, T.M., DeVeaugh-Geiss, J., Lamictal 606 Study Group, 2003. A placebo-controlled 18-month trial of lamotrigine and lithium maintenance treatment in recently manic or hypomanic patients with bipolar I disorder. Arch. Gen. Psychiatry 60, 392–400.

Calabrese, J.R., Bowden, C.L., Sachs, G., Yatham, L.N., Behnke, K., Mehtonen, O.P., Montgomery, P., Ascher, J., Paska, W., Earl, N., DeVeaugh-Geiss, J., Lamictal 605 Study Group, 2003. A placebo-controlled 18-month trial of lamotrigine and lithium maintenance treatment in recently depressed patients with bipolar I disorder. J. Clin. Psychiatry 64, 1013–1024.

Calabrese, J.R., Keck Jr., P.E., Macfadden, W., Minkwitz, M., Ketter, T.A., Weisler, R.H., Cutler, A.J., McCoy, R., Wilson, E., Mullen, J., for the BOLDER Study Group, 2005. A randomized, double-blind, placebo-controlled trial of quetiapine in the treatment of bipolar I and II depression. Am. J. Psychiatry 162, 1351–1360.

Chengappa, K.R., Williams, P., 2005. Barriers to the effective management of bipolar disorder: a survey of psychiatrists based in the UK and USA. Bipolar Disord. 7 (suppl 1), 38–42.

Colom, F., Vieta, E., Sanchez-Moreno, J., Goikolea, J.M., Popova, E., Bonnin, C.M., Scott, J., in press. Psychoeducation for bipolar II disorder: an exploratory, 5-year outcome subanalysis. J. Affect. Disord. [Electronic publication ahead of print].

Dupuy, H.J., 1984. In: Wenger, N.K., Mattson, M.E., Furberg, C.D., Elinson, J. (Eds.), The Psychological General Well-being (PGWB) Index, in Assessment of Quality of Life in Clinical Trials of Cardiovascular Therapies. Le Jacq Publishing Inc, New York, pp. 170–183.

Fountoulakis, K.N., Vieta, E., Sanchez-Moreno, J., Kaprinis, S.G., Goikolea, J.M., Kaprinis, G.S., 2005. Treatment guidelines for bipolar disorder: a critical review. J. Affect. Disord. 86, 1–10.

Grunze, H., Kasper, S., Goodwin, G., Bowden, C., Moller, H.J., WFSBP Task Force on Treatment Guidelines for Bipolar Disorders, 2004. The World Federation of Societies of Biological Psychiatry (WFSBP) guidelines for the biological treatment of bipolar disorders, Part III: maintenance treatment. World J. Biol. Psychiatry 5, 120–135.

Guy, W. (Ed.), 1976. ECDEU Assessment Manual for Psychopharmacology. Revised Edition. US Department of Health, Education and Welfare, Washington, DC.

Gyulai, L., Bowden, C.L., McElroy, S.L., Calabrese, J.R., Petty, F., Swann, A.C., Chou, J.C., Wassef, A., Risch, C.S., Hirschfeld, R.M., Nemeroff, C.B., Keck Jr., P.E., Evans, D.L., Wozniak, P.J., 2003. Maintenance efficacy of divalproex in the prevention of bipolar depression. Neuropsychopharmacology 28, 1374–1382.

Hardoy, M.C., Garofalo, A., Mellino, G., Tuligi, F., Cadeddu, M., Carta, M.G., 2007. Quetiapine as add-on treatment for bipolar I disorder: efficacy in preventing relapse of depressive episodes. Clin. Pract. Epidemol. Ment. Health 3, 17.

Kay, S.R., Fiszbein, A., Opler, L.A., 1987. The Positive and Negative Syndrome Scale (PANSS) for schizophrenia. Schizophr. Bull. 13, 261–276.

Keck Jr., P.E., Calabrese, J.R., McIntyre, R.S., McQuade, R.D., Carson, W.H., Eudicone, J.M., Carlson, B.X., Marcus, R.N., Sanchez, R., Aripiprazole Study Group, 2007. Aripiprazole monotherapy for maintenance therapy in bipolar I disorder: a 100-week, double-blind study versus placebo. J. Clin. Psychiatry 68, 1480–1491.

Ketter, T.A., Houston, J.P., Adams, D.H., Risser, R.C., Meyers, A.L., Williamson, D.J., Tohen, M., 2006. Differential efficacy of olanzapine and lithium in preventing manic or mixed recurrence in patients with bipolar I disorder based on number of previous manic or mixed episodes. J. Clin. Psychiatry 67, 95–101.

Montgomery, S.A., Åsberg, M., 1979. A new depression scale designed to be sensitive to change. Br. J. Psychiatry 134, 382–389.

Potkin, S.G., Thyrum, P.T., Bera, R., Carreon, D., Alva, G., Kalali, A.H., Yeh, C., 2002. Open-label study of the effect of combination quetiapine/lithium therapy on lithium pharmacokinetics and tolerability. Clin Ther. 24, 1809–1823.

Sheehan, D.V., 1983. The Anxiety Disease. NY, Scribner's, New York.

Simpson, G.N., Angus, J.W.S., 1970. A rating scale for extrapyramidal side effects. Acta. Psychiatr. Scand. 212 (suppl 44), 11–19.

Spearing, M.K., Post, R.M., Leverich, G.S., Brandt, D., Nolen, W., 1997. Modification of the Clinical Global Impressions (CGI) Scale for use in bipolar illness (BP): the CGI-BP. Psychiatry Res. 73, 159–171.

Suppes, T., Dennehy, E.B., Hirschfeld, R.M., Altshuler, L.L., Bowden, C.L., Calabrese, J.R., Crismon, M.L., Ketter, T.A., Sachs, G.S., Swann, A.C., 2005. Texas Consensus Conference Panel on medication treatment of bipolar disorder: the Texas implementation of medication algorithms: update to the algorithms for the treatment of bipolar disorder. J. Clin. Psychiatry 66, 870–886.

Suppes, T., Liu, S., Brecher, M., Paulsson, B., on behalf of the Trial 127 Investigators, 2008. Maintenance treatment in bipolar I disorder with quetiapine with lithium or divalproex: a placebo-controlled, randomized multicenter trial (trial D1447C00127) [Abstract] Bipolar Disord. 10 (suppl 1), 40.

Thase, M.E., Macfadden, W., Weisler, R.H., Chang, W., Paulsson, B., Khan, A., Calabrese, J.R., for the BOLDER II Study Group, 2006. Efficacy of quetiapine monotherapy in bipolar I and II depression. J. Clin. Psychopharmacology 26, 600–609.

Tohen, M., Calabrese, J.R., Sachs, G.S., Banov, M.D., Detke, H.C., Risser, R., Baker, R.W., Chou, J.C., Bowden, C.L., 2006. Randomized, placebo-controlled trial of olanzapine as maintenance therapy in patients with bipolar I disorder responding to acute treatment with olanzapine. Am. J. Psychiatry 163, 247–256.

Tohen, M., Chengappa, K.N., Suppes, T., Baker, R.W., Zarate, C.A., Bowden, C.L., Sachs, G.S., Kupfer, D.J., Ghaemi, S.N., Feldman, P.D., Risser, R.C., Evans, A.R., Calabrese, J.R., 2004. Relapse prevention in bipolar I disorder: 18-month comparison of olanzapine plus mood stabiliser v. mood stabiliser alone. Br. J. Psychiatry 184, 337–345.

Tohen, M., Greil, W., Calabrese, J.R., Sachs, G.S., Yatham, L.N., Oerlinghausen, B.M., Koukopoulos, A., Cassano, G.B., Grunze, H., Licht, R.W., Dell'Osso, L., Evans, A.R., Risser, R., Baker, R.W., Crane, H., Dossenbach, M.R., Bowden, C.L., 2005. Olanzapine versus lithium in the maintenance treatment of bipolar disorder: a 12-month, randomized, double-blind, controlled clinical trial. Am. J. Psychiatry 162, 1281–1290.

Tondo, L., Baldessarini, R.J., Hennen, J., Floris, G., 1998. Lithium maintenance treatment of depression and mania in bipolar I and bipolar II disorders. Am. J. Psychiatry 155, 638–645.

Vieta, E., 2005. Mood stabilization in the treatment of bipolar disorder: focus on quetiapine. Hum. Psychopharmacol. 20, 225–236.

Vieta, E., Panicali, F., Goetz, I., Reed, C., Comes, M., Tohen, M., 2008. EMBLEM Advisory Board. Olanzapine monotherapy and olanzapine combination therapy in the treatment of mania: 12-

Case 6:06-md-01769-ACC-DAB Document 1120-2 Filed 11/03/08 Page 13 of 13 PageID 20316



week results from the European Mania in Bipolar Longitudinal Evaluation of Medication (EMBLEM) observational study. J. Affect. Disord. 106, 63–72.

Vieta, E., Parramon, G., Padrell, R., Nieto, E., Martinez-Aran, A., Corbella, B., Colom, F., Reinares, M., Goikolea, J.M., Torrent, C., 2002. Quetiapine in the treatment of rapid cycling bipolar disorder. Bipolar Disord. 4, 335–340.

Vieta, E., Suppes, T., 2008. Bipolar II disorder: arguments for and against a distinct diagnostic entity. Bipolar Disord. 10, 163–178.

Winter, H.R., DeVane, C.L., Figueroa, C., Ennis, D.J., Hamer-Maansson, J.E., Davis, P.C., Smith, M.A., 2007. Open-label steady-state pharmacokinetic drug interaction study on co-administered quetiapine fumarate and divalproex sodium in patients with schizophrenia, schizoaffective disorder, or bipolar disorder. Hum Psychopharmacol. 22, 469–476.

Weisler, R.H., Dunn, J., English, P., 2003. Ziprasidone in adjunctive treatment of acute bipolar mania: a randomized, double-blind placebo-controlled trial. Eur. Neuropsychopharmacol. 13 (suppl 4), S344.

Yatham, L.N., Grossman, F., Augustyns, I., Vieta, E., Rayindren, A., 2003. Mood stabilisers plus risperidone or placebo in the treatment of acute mania. International, double-blind, randomised controlled trial. Br. J. Psychiatry 182, 141–147.

Yatham, L.N., Kennedy, S.H., O, ' Donovan, C., Parikh, S.V., MacQueen, G., McIntyre, R.S., Sharma, V., Beaulieu, S., Guidelines Group, CANMAT, 2006. Canadian Network for Mood and Anxiety Treatments (CANMAT) guidelines for the management of patients with bipolar disorder: update 2007. Bipolar Disord. 8, 721–739.

Yatham, L.N., Vieta, E., Young, A.H., Möller, H.J., Paulsson, B., Vågero, M., 2007. A double-blind, randomized, placebo-controlled trial of quetiapine as add-on treatment to lithium or divalproex for the treatment of bipolar mania. Int. Clin. Psychopharmacol. 22, 212–220.

Young, A.H., 2007. Treatment of bipolar disorder with antipsychotic medication: issues shared with schizophrenia. J. Clin. Psychiatry 68 (suppl 6), 24–25.

Young, R.C., Biggs, J.T., Ziegler, V.E., Meyer, D.A., 1978. A rating scale for mania: reliability, validity and sensitivity. Br. J. Psychiatry 133, 429–435.