International Journal of Obesity (2005) 29, 607–614
© 2005 Nature Publishing Group  All rights reserved  0307-0565/05  $30.00
www.nature.com/ijo



# PAPER

# Antipsychotic drug-induced weight gain: development of an animal model

MB Cope[1], TR Nagy[1], JR Fernández[1,2], N Geary[3], DE Casey[4] and DB Allison[1,2]*

[1]Department of Nutrition Sciences, Clinical Nutrition Research Center, University of Alabama at Birmingham, Birmingham, AL, USA; [2]Department of Biostatistics, Section on Statistical Genetics, University of Alabama at Birmingham, Birmingham, AL, USA; [3]Bourne Laboratory, Department of Psychiatry, Weill Medical College of Cornell University, White Plains, NY, USA; and [4]Mental Illness Research Education & Clinical Center (MIRECC) VISN 20 and Mental Health Division, and Departments of Psychiatry and Neurology, Oregon Health & Science University, Portland, OR 97239, USA

**OBJECTIVE:** Weight gain is a prominent effect of most atypical antipsychotic drugs (AAPDs); yet, the mechanisms are not fully understood and no well-established mouse models exist for investigating the mechanisms. Thus, we developed a mouse model to evaluate the effects of AAPDs on eating, body weight (BW), and body composition.
**METHODS:** Female C57BL/6J mice were used to test olanzapine, quetiapine, ziprasidone, and risperidone. Mice were acclimated to individual housing, given ad libitum access to chow and water, dosed with placebo peanut butter pills for 1 week, and then dosed daily with AAPD-laced peanut butter pills for 4 weeks. Weekly food intakes and BWs were measured, and body compositions were determined at the end of each experiment.
**RESULTS:** After 4 weeks of treatment, olanzapine, quetiapine, ziprasidone, and risperidone caused significant weight increases, but only olanzapine and quetiapine were associated with significantly increased food intake. Body composition data revealed that olanzapine-treated mice had more relative fat mass and risperidone-treated mice had more relative lean mass than did control mice. Quetiapine and ziprasidone did not significantly affect relative body composition even though BW was increased.
**CONCLUSIONS:** Oral AAPD administration causes increased BW in female mice. Our mouse model of AAPD-induced weight gain resembles the human response to these medications and will be used to investigate the mechanisms for weight gain and fat accumulation.
International Journal of Obesity (2005) 29, 607–614. doi:10.1038/sj.ijo.0802928
Published online 29 March 2005

**Keywords:** atypical antipsychotics; weight gain; hyperphagia

## Introduction

Second-generation atypical antipsychotic drugs (AAPDs), such as olanzapine, quetiapine, ziprasidone, and risperidone, are commonly used for treating symptoms of schizophrenia.[1–3] These newer AAPDs produce fewer side-effects than did the initial AAPDs, especially clozapine,[4] but are not without side-effects. The most commonly reported side-effect, possibly related to patient noncompliance,[5] is weight gain.[6–8] Patients with schizophrenia gain weight after short times on AAPDs,[9] and long-term AAPD administration induces weight gains of at least 5 kg in up to 50% of patients.[8] This degree of weight gain increases the health risks associated with obesity.[10,11]

*Correspondence: Dr DB Allison, Ryals Public Health Building, Suite 327, University of Alabama at Birmingham, 1665 University Boulevard, Birmingham, AL 35294, USA.
E-mail: Dallison@UAB.edu
Received 4 August 2004; revised 7 January 2005; accepted 16 January 2005; published online 29 March 2005

A number of laboratories have attempted to produce a model of AAPD-induced weight gain (Table 1), but reports of such efforts have had the following limitations: (a) few models consider more than two individual drugs; (b) no program has used the C57BL/6J mouse as the model, important because most genetic and molecular work is carried out in mice; (c) no studies have used chronic oral administration, the route most commonly used in humans, via a system that neither stresses the animal nor fails to control the dose; (d) few reports have had clearly consistent findings; and (e) few programs reported food intake and body composition results in addition to body weight (BW).

Acute administration of AAPDs in rodents has been evaluated by others. Intraperitoneal (i.p.) injections of clozapine (CLZ) increased 24-h intakes of dry food pellets by male Sprague–Dawley rats, whereas olanzapine and risperidone did not affect food intake.[12] I.p. injections of CLZ and olanzapine did not increase food intake in male Lister hooded rats.[13] The effects of olanzapine and risperidone were different when animals were offered palatable

608

**Table 1** Previous studies in rodents testing the effects of antipsychotic drugs on feeding and body weight

| Study | Species | Sex | Drug | Dose | Duration of treatment | Mode of delivery | Results |
|---|---|---|---|---|---|---|---|
| *Acute administration* | | | | | | | |
| Benvenga and Leander, 1997 | Sprague–Dawley rats ($n=8$/group) | M | CLZ | 1, 3, and 10 mg/kg | Single injection | i.p. | Increased 24-h chow intake |
| Lee and Clifton, 2002 | Lister hooded rats ($n=8$) | M | CLZ | 1–10 mg/kg | Single injection | i.p. | No effect |
| Lee and Clifton, 2002 | Lister hooded rats ($n=8$) | M | Olanzapine | 0.3–3 mg/kg | Single injection | i.p. | No effect |
| Hartfield *et al*, 2003 | Lister hooded rats ($n=12$) | M | Olanzapine | 0.1, 0.3, or 1 mg/kg | Single injection | i.p. | Increased 30-min meal size |
| Kaur and Kulkarni, 2002 | Laca mice | F | Olanzapine | 0.25–1 mg/kg | Single injection | i.p. | Increased 4-h food intake |
| Kaur and Kulkarni, 2002 | Laca mice | F | Risperidone | 0.5–2 mg/kg | Single injection | i.p. | Increased 4-h food intake |
| *Chronic administration* | | | | | | | |
| Baptista *et al*, 1987, 1990, 1998 | Wistar rats ($n=11$) | F | Sulpiride | 20 mg/kg | 21 days | i.p. | Weight gain |
| Baptista *et al*, 2002b | Wistar rats ($n=40$) | M | Sulpiride | 20 mg/kg | 21 days | i.p. | No effect |
| Baptista *et al*, 2002a | Wistar rats ($n=8$) | M | Risperidone | 0.125–0.5 mg/kg | 16 days | s.c. | No effect |
| Pouzet *et al*, 2003 | Wistar rats ($n=20$) | M | Olanzapine | 5 and 20 mg/kg/day | 21 days | Gavage | No effect |
| Pouzet *et al*, 2003 | Wistar rats ($n=20$) | F | Olanzapine | 5 and 20 mg/kg/day | 21 days | Gavage | Weight gain, hyperphagia |
| Ota *et al*, 2002 | Sprague–Dawley rats ($n=5$) | M | Risperidone | 0.005 mg/kg b.i.d. | 21 days | s.c. | Weight gain, hyperphagia |
| Goudie *et al*, 2002 | Wistar rats ($n=30$) | F | Olanzapine | 4 mg/kg b.i.d. | 19 days | 2 i.p./day | Weight gain |

test foods. Olanzapine administered i.p. significantly increased 30-min meal size of a fat emulsion (Intralipid, 10% emulsion of fatty acids) in rats,[14] and olanzapine and risperidone administered i.p. increased the food intake (10% sucrose added to standard mouse pellets) in female mice for 4 h after injection.[15] Several studies investigated olanzapine- and risperidone-induced weight gain in rodents, but none have investigated the effects of quetiapine and ziprasidone on food intake and BW.

Reports on the effects of chronic administration of AAPDs on weight gain or hyperphagia are inconsistent. Weight gain and hyperphagia were found in female rats treated with sulpiride[16–18] and risperidone,[19] but not in male rats treated with sulpiride,[20] risperidone,[19] or olanzapine.[21] Subcutaneous injections of risperidone for 21 days increased the food intake (12% fat in diet) and rate of BW gain in 8-week-old male Sprague–Dawley rats.[22] Female Wistar rats treated orally (via gavage) with olanzapine gained significantly more weight and ate more than did placebo-treated rats after 3 weeks of treatment.[21] Female Wistar rats (age and % fat in diet not reported) administered i.p. olanzapine twice daily for 19 days gained significantly more weight than did controls.[23] Chronic administration of olanzapine by gavage or i.p. injections to female but not male Wistar rats appears to cause some hyperphagia and weight gain. Body composition data after chronic oral administration of AAPDs were not reported.

These conflicting data suggest that, under some conditions, acute administration of AAPDs may increase food intake in rodents and in some cases chronic administration will cause weight gain. However, more appropriate animal

models are needed in order to analyze the underlying mechanisms of AAPD-induced weight gain. In this report, we describe the development of a mouse model of AAPD-induced weight gain.

## Methods and procedures
### Drugs
Pfizer Pharmaceutical (Groton, CT, USA) generously donated ziprasidone, and risperidone was purchased from Sigma (St Louis, MO, USA). Olanzapine and quetiapine are not available commercially; therefore, the drugs were extracted from pharmaceutical tablets.

*Extraction of olanzapine and quetiapine.* We extracted olanzapine from Zyprexa® (Eli Lilly & Company, Indianapolis, IN, USA) and quetiapine from Seroquel® (AstraZeneca Pharmaceuticals LP, Wilmington, DE, USA) tablets using modifications of a published technique.[24] Tablets were pulverized using a mortar and pestle, and a slurry in water was used to dissolve binders and coating. Olanzapine was separated from water with ethyl acetate (Sigma). To make quetiapine soluble in ethyl acetate, the quetiapine solution was deprotonated with saturated sodium bicarbonate (pH = 8). Solutions were filtered through a silica/celite pad several times. The organic layer (containing the drugs) was washed with water and brine, and excess sodium sulfate (Sigma) was added to dry the remaining water. Ethyl acetate was evaporated and the solids remaining were suspended in acetonitrile (Sigma). Recrystallization was allowed at room

Antipsychotic drug-induced weight gain
MB Cope et al

temperature for 1 h and then at 0°C overnight. Crystals were recovered using high-vacuum drying at room temperature. The purity and integrity of the compounds were verified by H-NMR (Bruker ARX 300; Software XWinNMR v. 2.5, Germany), LC-MS (Micromass Platform LCZ with Hewlett Packard 1100 series HPLC attached, Palo Alto, CA, USA), and melting point.

***Preparation of treatment pills***. Purified drugs were dissolved in heated (37°C) peanut butter (Jif, Cincinnati, OH, USA) to achieve the target dosage, mixed for approximately 15 min, placed into plastic molds (100 mg corticosterone pellet molds, Ted Pella, Inc., Redding, CA, USA), and stored at −80°C until treatment time. Doses were recalculated weekly based on group mean weights. Each mouse consumes the peanut butter pellet quickly and there is far less risk of stress or death using this approach compared to gavage.

## Animals

Five experiments were performed on different mice in the same room. In each experiment, female C57BL/6J mice (Jackson Laboratories, Bar Harbor, ME, USA) received standard mouse food (Teklad Global 16% Protein Rodent Diet, Harlan, Madison, WI, USA) and water *ad libitum*. Room temperature was $22 \pm 2°C$ and lights were on a 12/12 light/dark cycle (on at 0600 h). At approximately 10 weeks of age, mice were randomly assigned to groups using a pseudo random-number generator. Mice were acclimated to individual housing for 2 weeks and given 100 mg plain peanut butter pills daily for 1 week before starting treatment. (Pills were placed on water sipping tubes and consumed within 5 min.) The institutional animal care and use committee at the University of Alabama at Birmingham approved all procedures.

## BW and food intake

BWs were measured ($\pm 0.1$ g) weekly in all experiments with a portable electronic balance (OHAUS, Pine Brook, NJ, USA). Food intakes were measured ($\pm 0.1$ g) on two consecutive days during weeks 2 and 4 of experiment 1 and weekly for other experiments by subtracting the amount of food remaining after 48 h from the initial amount of food in hopper. Food spillage during experiments was minimal and was not included in analysis.

## Body composition analysis

Body composition was determined by chemical carcass analysis.[25] Carcasses were thawed at room temperature and weighed to determine water loss due to freezing. Gastrointestinal tracts were removed and bodies were weighed to determine the eviscerated weight. For the determination of body water, the body was cut open and dried at 60°C until a constant mass was achieved. The dried body was then ground and extracted with petroleum ether in a Soxhlet apparatus to determine fat mass and fat-free dry mass (FFDM).[26] FFDM was burned at 600°C overnight (minimum 8 h) to determine ash content. Total-carcass ash content was determined by multiplying the percentage of ash in the FFDM sample by the total FFDM of the carcass. Chemically derived lean tissue mass was calculated as fat-free mass minus ash content plus water (corrected for water loss during freezing).

***Experiment 1***. Three groups of mice (12/group) were offered peanut butter pills with 0, 3, or 6 mg olanzapine/kg BW at 0900 h daily for 4 weeks. Mice were 80 days old and weighed $19.8 \pm 1.0$ g (mean $\pm$ s.d.) at study onset. Body composition data were not collected.

***Experiment 2***. Two groups of mice (10/group) were offered peanut butter pills containing 0 or 6 mg olanzapine/kg BW twice daily at 0900 and 1500 h for 4 weeks. Mice were 80 days old and weighed $19.6 \pm 1.6$ g at study onset. Body composition data were collected from five animals per group. Power calculations on experiments 1 and 2 determined that 20 mice per group should be used in subsequent experiments.

***Experiment 3***. Three groups of mice (20/group) were offered peanut butter pills with 0, 15, or 30 mg quetiapine/kg BW twice daily at 0900 and 1500 h for 4 weeks. Mice were 80 days old and weighed $21.5 \pm 1.0$ g at study onset. The body composition of high-dose animals and controls was analyzed.

***Experiment 4***. Three groups of mice (20/group) were offered peanut butter pills with 0, 0.125, or 0.25 mg risperidone/kg BW twice daily at 0900 and 1500 h for 4 weeks. Mice were 80 days old and weighed $20.3 \pm 1.2$ g at study onset. The body composition of high-dose animals and controls was analyzed.

***Experiment 5***. Three groups of mice (20/group) were offered peanut butter pills with 0, 7, or 10.5 mg ziprasidone/kg BW twice daily at 0900 and 1500 h for 4 weeks. Mice were 80 days old and weighed $20.8 \pm 1.2$ g at study onset. The body composition of high-dose animals and controls was analyzed.

## Statistical analysis

Food intakes and BW changes for 48 h were analyzed with one-way analysis of variance (experiments 1, 3–5) and Student *t*-tests (experiment 2). *Post hoc* analysis was performed with Fisher's least significant difference test (appropriate when only three groups are being compared).[27] Body composition data were analyzed using analysis of covariance with eviscerated BW being the covariate. The criterion for statistical significance was $P < 0.05$ (two-tailed).

The data met the parametric assumptions of normality of residuals and homoscedasticity.

## Results

### Experiment 1

Mice treated with 6 mg olanzapine/(kg BW · day) ate more than mice treated with either placebo or 3 mg olanzapine/(kg BW · day) during week 4 ($F_{[2, 3]} = 6.56$, $P = 0.004$; Figure 1a). Treatment with 6 mg olanzapine/(kg BW · day) for 4 weeks significantly increased BW gain ($F_{[2, 31]} = 4.42$, $P = 0.021$; Figure 1b). Treatment with 6 mg olanzapine/(kg BW · day) had no significant effect on food intake or BW gain during week 2, and 3 mg olanzapine/(kg BW · day) had no significant effect on food intake or BW during weeks 2 or 4. Body composition of these animals was not analyzed.

### Experiment 2

Olanzapine treatment with 12 mg/(kg BW · day) increased food intake significantly during weeks 1 and 2 ($t_{[18]} = 2.59$, $P = 0.03$ and $t_{[18]} = 2.27$, $P = 0.05$, respectively) but not during weeks 3 and 4 (Figure 2a). BW gain did not increase significantly during weeks 1 and 2 compared with placebo, but increased significantly during weeks 3 and 4 ($t_{[18]} = 3.81$, $P = 0.001$ and $t_{[18]} = 4.18$, $P = 0.0006$, respectively; Figure 2b). Eviscerated BWs were not different between groups; however, the olanzapine-treated mice had





**Figure 1** (a) Food consumed by female C57BL/6J mice over 48-h periods during weeks 2 and 4 of oral olanzapine (OLZ) administration. (b) Change in BW from baseline after 2 and 4 weeks of oral olanzapine (OLZ) administration in female C57BL/6J mice. Bars represent means±s.e.m. *Difference between mice treated with placebo or low-dose OLZ compared with high-dose OLZ ($P < 0.05$), ANOVA.





**Figure 2** (a) Food consumed by female C57BL/6J mice over 48-h periods during 4 weeks of oral OLZ administration. (b) Change in body weights from baseline during 4 weeks of oral OLZ administration in female C57BL/6J mice. Bars represent means ± s.e.m. *Difference between mice treated with placebo and OLZ ($P < 0.05$), *t*-test.

Antipsychotic drug-induced weight gain
MB Cope *et al*

611

**Table 2** Eviscerated body weight, fat mass, and lean mass after 4 weeks of AAPD treatment

|  | Placebo | Olanzapine | Placebo | Quetiapine | Placebo | Risperidone | Placebo | Ziprasidone |
|---|---|---|---|---|---|---|---|---|
| Eviscerated weight (g) | 16.83±1.06 | 17.95±1.31 | 15.44±1.05 | 15.89±0.83 | 15.12±0.79 | 15.96±1.08* | 17.64±1.27 | 17.91±1.07 |
| Fat mass (g) | 1.61±0.28 | 2.23±0.41* | 2.06±0.47 | 2.13±0.42 | 2.15±0.51 | 2.07±0.62 | 2.10±0.50 | 2.30±0.56 |
| Lean mass (g) | 15.21±0.83 | 15.72±0.96 | 13.38±0.67 | 13.76±0.66 | 12.97±0.58 | 13.89±0.59* | 15.55±1.09 | 15.61±0.97 |

All data are expressed as mean±s.d. *Significantly different from placebo ($P<0.05$), ANCOVA.

significantly more relative fat mass than did the control mice ($F[2, 9] = 5.3$, $P = 0.05$, Table 2).

### Experiment 3

Mice treated with 60 mg quetiapine/(kg BW·day) ate more than mice treated with placebo or 30 mg quetiapine/(kg BW·day) during week 2 ($F[2, 57] = 11.61$, $P<0.0001$) and ate more than the mice treated with placebo during week 4 ($F[2, 57] = 10.69$, $P = 0.0001$; Figure 3a). Treatment with 60 mg quetiapine/(kg BW·day) for 4 weeks significantly increased BW gain compared to placebo and 30 mg quetiapine/(kg BW·day) ($F[2, 57] = 13.67$, $P<0.0001$; Figure 3b). Mice treated with 30 mg quetiapine/(kg BW·day) did not gain weight compared with control mice. No significant differences occurred between groups for any of the body composition variables measured (Table 2).

### Experiment 4

Treatment with risperidone did not affect food intake; however, both groups of mice treated with risperidone gained more weight than did control mice during weeks 1, 3, and 4 ($F[2, 54] = 5.95$, $P = 0.0046$; $F[2, 54] = 14.02$, $P<0.0001$; and $F[2, 54] = 4.53$, $P = 0.0152$, respectively, Figure 4a). *Post hoc* analysis did not show a difference between the two treated groups for food intake or BW. Eviscerated weight was significantly heavier in the risperidone-treated than the control mice ($t[38] = 2.76$, $P = 0.009$, Table 2); after corrections were made for this difference, risperidone-treated mice had significantly more relative lean tissue mass than did control mice ($F[2, 36] = 17.30$, $P = 0.002$).

### Experiment 5

Food intake was not affected by ziprasidone treatment. High-dose ziprasidone significantly increased BW gain during week 1 compared with the low-dose ziprasidone ($F[2, 57] = 3.20$, $P = 0.0481$) and during weeks 3 and 4 compared with placebo ($F[2, 57] = 4.02$, $P<0.0232$; and $F[2, 57] = 11.07$, $P<0.0001$; respectively, Figure 4b). *Post hoc* analysis revealed that low-dose ziprasidone did not significantly increase weight gain compared with the control. None of the body composition variables analyzed were different among groups.





**Figure 3** (a) Food consumed by female C57BL/6J mice over 48-h periods during 4 weeks of oral quetiapine (QUE) administration. (b) Change in bodyweights from baseline during 4 weeks of oral QUE administration in female 057BL/6J mice. Bars represent means±s.e.m. *Difference between mice treated with placebo or low-dose QUE compared to high-dose QUE ($P<0.05$), ANOVA.

### Discussion

This study demonstrates an experimental protocol in which chronic oral AAPD treatment can increase food

612





**Figure 4** Bodyweight change from baseline during 4 weeks of oral risperidone (RISP). (a) and oral ziprasidone (ZIP) (b) administration in female 057BL/6J mice. Bars represent means±s.e.m. *Difference between mice treated with placebo and both doses of RISP ($P < 005$). #Difference between mice treated with low-dose ZIP and high-dose ZIP ($P < 0.05$). Difference between mice treated with placebo and high-dose ZIP ($P < 0$ 05), ANOVA, Fisher's LSD. ##Difference between mice treated with placebo and high-dose ZIP ($P < 0.05$), ANOVA, Fisher's LSD.

intake and weight gain in female C57BL/6J mice. All AAPDs tested resulted in some increased weight over the 4 weeks of treatment, but only olanzapine- and quetiapine-treated mice significantly increased food intake. The hyperphagia and weight gain produced by chronic oral olanzapine treatment in mice have face validity as a model of the increased appetite and BW gain produced by olanzapine in patients with schizophrenia.[28] Likewise, quetiapine is associated with increased appetite and weight gain in children

and adolescents with autistic disorder.[29] Thus, the hyperphagia and weight gain found in quetiapine-treated mice are similar to the findings in humans. The effects of these two agents on increasing appetite and weight in mice closely mimic the human response (Figure 5).

Drug administration and dosing were based on several factors. Drugs were offered in small amounts of peanut butter to avoid the stress of repeated gavage or chronic intragastric cannulation. Pilot acceptability tests were carried out to determine the maximum doses that the mice would quickly and reliably ingest. Preclinical data were used to avoid administration of toxic doses. Finally, we attempted to use mouse doses that were comparable to human doses, although this estimation is inexact because of the marked metabolic differences between the species and the wide range of doses used therapeutically. For example, ziprasidone is administered to humans at an initial daily dose of 20 mg twice daily with a maximum dose of 80 mg twice daily for some patients. Table 3 describes the doses that we used in this model.

AAPD-induced weight gain in rodents has been reported mostly in rats; only one has been conducted in Laca mice.[15] Our model is the first to show that chronic oral administration of AAPDs to female C57BL/6J mice will cause significant weight gain compared with placebo-treated mice. The olanzapine- and quetiapine-induced weight gain in our model is associated with hyperphagia, which has been



**Figure 5** Placebo corrected weight gains for humans and mice treated with AAPDs. Mouse weights from Cope et al and human weights from Allison et al.[6] Doses in parentheses are from mouse data.

**Table 3** Dosing assignments for mice and comparison with recommended human doses

| AAPD | Maximum mouse dose administered/ day (mg/kg) | Calculated human equivalent dose/day (mg/ kg) | Maximum recommended human dose/ day (mg/kg) | Difference from maximum recommended human dose (%) |
|---|---|---|---|---|
| Olanzapine | 12 | 0.96 | 0.33 | +66 |
| Ziprasidone | 21 | 1.68 | 1.33 | +21 |
| Risperidone | 0.5 | 0.04 | 0.1 | −60 |
| Quetiapine | 60 | 4.8 | 12.5 | −62 |

613

documented in humans for both drugs.[28–30] Risperidone and ziprasidone caused significant weight gain but were not associated with hyperphagia, suggesting that these drugs may affect energy expenditure rather than intake in our model. More detailed energy expenditure measurements (activity levels, resting metabolic rate, and respiratory quotients) and cumulative food intake monitoring will be required to determine the effects of AAPDs on energy balance.

Only olanzapine-treated mice had greater relative fat mass than did control mice (Table 2). Although we do not have baseline body composition data to compare with end-point data, we can infer that olanzapine treatment causes mice to have a higher level of adiposity than controls. Future studies will be required to determine the amount of fat gained as a result of olanzapine treatment by measuring baseline body composition (eg, by dual energy X-ray absorptiometry (DXA)). Our findings agree with a human study that found an increase in adiposity associated with weight gain after olanzapine treatment.[31]

An unexpected finding was that risperidone-treated mice had more lean tissue mass than did control mice even after correction for final eviscerated BW (Table 2). Risperidone causes an increase in prolactin levels in humans compared with other antipsychotic drugs,[32] but whether this affects lean mass and bone mass has not been studied in detail. Most human studies reporting weight gain among patients have not reported body composition measures after chronic treatment with AAPDs, especially for risperidone and ziprasidone. Future mouse experiments will monitor changes in hormone levels and body composition from baseline to end point using hormone assays and DXA, respectively.

High-dose, but not low-dose, ziprasidone treatment was associated with significant weight gain, but not with changes in fat mass. Such weight gain has not been published before with any rodent model and does not usually occur in humans.[6] In one report, 12.4% of ziprasidone-treated patients, but only 5.1% of placebo-treated patients, gained weight.[10] Another report showed that switching a population with mental retardation from other AAPDs to ziprasidone caused weight loss.[33] Dosing experiments will be needed to determine whether the high dose of ziprasidone used in this model is excessive. It is important to note that the low-dose ziprasidone group did not have significant weight gain and mimics the human response more closely than the high-dose group.

Common side-effects of most AAPDs in patients with schizophrenia are increased appetite and weight gain—an average of 4.5 kg (olanzapine), 2.1 kg (risperidone), and 0.04 kg (ziprasidone)[6] and 2.16 kg (quetiapine)[34] after 10 weeks of treatment. These weight gains elevate the risks of obesity-related health problems and may reduce compliance.[6–8] Our mouse model mimicking human weight gain (Figure 5) may facilitate future investigations of the underlying mechanisms because of the technological advances—knockouts, transgenics, microarray analysis—that can be used with mice.

In this report, we have described a model of AAPD-induced weight gain by accomplishing the following aims: (a) tested the effects of more than two individual AAPDs in this model; (b) used the C57BL/6J mouse as the model; (c) administered the drugs orally for a chronic period of time; (d) had clearly consistent findings; and (e) reported food intake and body composition results in addition to BW. It is not yet clear, however, how the drugs produced the particular changes in eating and BW that we report, why weight gain and food intake did not always co-vary, or why some drug effects did not appear to match those expected on the basis of the human clinical literature. In conclusion, this mouse model should be useful for physiological and genetic investigations of AAPD-induced increases in appetite and weight gain.

## Acknowledgements

This research was supported in part by NIH grant P30DK56336, DK68261 grants from the NARSAD Foundation and Eli Lilly & Co., and the Veteran Affairs Medical Research Program. We thank Dr Steve Barnes, Dr Donald Muccio, Ms Grace Walton, and Dr Benjamin Davis for their contributions to the manuscript. We received technical assistance from Pfizer Pharmaceutical.

## References

1  Bridler R, Umbricht D. Atypical antipsychotics in the treatment of schizophrenia. *Swiss Med Wkly* 2003; **133**: 63–76.
2  Arato M, O'Connor R, Meltzer HY. A 1-year, double-blind, placebo-controlled trial of ziprasidone 40, 80 and 160 mg/day in chronic schizophrenia: the Ziprasidone Extended Use in Schizophrenia (ZEUS) study. *Int Clin Psychopharmacol* 2002; **17**: 207–215.
3  Volavka J, Czobor P, Sheitman B, Lindenmayer JP, Citrome L, McEvoy JP, Cooper TB, Chakos M, Lieberman JA. Clozapine, olanzapine, risperidone, and haloperidol in the treatment of patients with chronic schizophrenia and schizoaffective disorder. *Am J Psychiatry* 2002; **159**: 255–262.
4  Duncan GE, Miyamoto S, Leipzig JN, Lieberman JA. Comparison of the effects of clozapine, risperidone, and olanzapine on ketamine-induced alterations in regional brain metabolism. *J Pharmacol Exp Ther* 2000; **293**: 8–14.
5  Weiden PJ, Mackell JA, McDonnell DD. Obesity as a risk factor for antipsychotic noncompliance. *Schizophr Res* 2004; **66**: 51–57.
6  Allison DB, Mentore JL, Heo M, Chandler LP, Cappelleri JC, Infante MC, Weiden PJ. Antipsychotic-induced weight gain: a comprehensive research synthesis. *Am J Psychiatry* 1999; **156**: 1686–1696.
7  Jones B, Basson BR, Walker DJ, Crawford AM, Kinon BJ. Weight change and atypical antipsychotic treatment in patients with schizophrenia. *J Clin Psychiatry* 2001; **62** (Suppl 2): 41–44.
8  Baptista T. Body weight gain induced by antipsychotic drugs: mechanisms and management. *Acta Psychiatr Scand* 1999; **100**: 3–16.
9  Allison DB, Casey DE. Antipsychotic-induced weight gain: a review of the literature. *J Clin Psychiatry* 2001; **62** (Suppl 7): 22–31.
10  Russell JM, Mackell JA. Bodyweight gain associated with atypical antipsychotics: epidemiology and therapeutic implications. *CNS Drugs* 2001; **15**: 537–551.



11 Fontaine KR, Heo M, Harrigan EP, Shear CL, Lakshminarayanan M, Casey DE, Allison DB. Estimating the consequences of antipsychotic induced weight gain on health and mortality rate. *Psychiatry Res* 2001; **101**: 277–288.

12 Benvenga MJ, Leander JD. Increased food consumption by clozapine, but not by olanzapine, in satiated rats. *Drug Dev Res* 1997; **41**: 48–50.

13 Lee MD, Clifton PG. Meal patterns of free feeding rats treated with clozapine, olanzapine, or haloperidol. *Pharmacol Biochem Behav* 2002; **71**: 147–154.

14 Hartfield AW, Moore NA, Clifton PG. Effects of clozapine, olanzapine and haloperidol on the microstructure of ingestive behaviour in the rat. *Psychopharmacology (Berl)* 2003; **167**: 115–122.

15 Kaur G, Kulkarni SK. Studies on modulation of feeding behavior by atypical antipsychotics in female mice. *Prog Neuropsychopharmacol Biol Psychiatry* 2002; **26**: 277–285.

16 Baptista T, Parada M, Hernandez L. Long term administration of some antipsychotic drugs increases body weight and feeding in rats. Are D2 dopamine receptors involved? *Pharmacol Biochem Behav* 1987; **27**: 399–405.

17 Baptista T, Hernandez L, Hoebel BG. Systemic sulpiride increases dopamine metabolites in the lateral hypothalamus. *Pharmacol Biochem Behav* 1990; **37**: 227–229.

18 Baptista T, Contreras Q, Teneud L, Albornoz MA, Acosta A, Paez X, de Quijada M, Lacruz A, Hernandez L. Mechanism of the neuroleptic-induced obesity in female rats. *Prog Neuropsychopharmacol Biol Psychiatry* 1998; **22**: 187–198.

19 Baptista T, Araujo dB, Ying Kin NM, Beaulieu S, Walker D, Joober R, Lalonde J, Richard D. Comparative effects of the antipsychotics sulpiride or risperidone in rats. I: bodyweight, food intake, body composition, hormones and glucose tolerance. *Brain Res* 2002; **957**: 144–151.

20 Baptista T, Lacruz A, Paez X, Hernandez L, Beaulieu S. The antipsychotic drug sulpiride does not affect bodyweight in male rats. Is insulin resistance involved? *Eur J Pharmacol* 2002; **447**: 91–98.

21 Pouzet B, Mow T, Kreilgaard M, Velschow S. Chronic treatment with antipsychotics in rats as a model for antipsychotic-induced weight gain in human. *Pharmacol Biochem Behav* 2003; **75**: 133–140.

22 Ota M, Mori K, Nakashima A, Kaneko YS, Fujiwara K, Itoh M, Nagasaka A, Ota A. Peripheral injection of risperidone, an atypical antipsychotic, alters the bodyweight gain of rats. *Clin Exp Pharmacol Physiol* 2002; **29**: 980–989.

23 Goudie AJ, Smith JA, Halford JC. Characterization of olanzapine-induced weight gain in rats. *J Psychopharmacol* 2002; **16**: 291–296.

24 Raggi MA, Casamenti G, Mandrioli R, Izzo G, Kenndler E. Quantitation of olanzapine in tablets by HPLC, CZE, derivative spectrometry and linear voltammetry. *J Pharm Biomed Anal* 2000; **23**: 973–981.

25 Nagy TR, Clair AL. Precision and accuracy of dual-energy X-ray absorptiometry for determining *in vivo* body composition of mice. *Obes Res* 2000; **8**: 392–398.

26 Dobush GR, Ankey CD, Krementz DG. The effect of apparatus, extraction time, and solvent type on lipid extractions of snow geese. *Can J Zool* 1985; **63**: 1917–1920.

27 Toothaker LE. *Multiple Comparisons for Researchers*. Sage Publications: Newbury Park; 1991.

28 Gothelf D, Falk B, Singer P, Kairi M, Phillip M, Zigel L, Poraz I, Frishman S, Constantini N, Zalsman G, Weizman A, Apter A. Weight gain associated with increased food intake and low habitual activity levels in male adolescent schizophrenic inpatients treated with olanzapine. *Am J Psychiatry* 2002; **159**: 1055–1057.

29 Martin A, Koenig K, Scahill L, Bregman J. Open-label quetiapine in the treatment of children and adolescents with autistic disorder. *J Child Adolesc Psychopharmacol* 1999; **9**: 99–107.

30 Theisen FM, Linden A, Konig IR, Martin M, Remschmidt H, Hebebrand J. Spectrum of binge eating symptomatology in patients treated with clozapine and olanzapine. *J Neural Transm* 2003; **110**: 111–121.

31 Eder U, Mangweth B, Ebenbichler C, Weiss E, Hofer A, Hummer M, Kemmler G, Lechleitner M, Fleischhacker WW. Association of olanzapine-induced weight gain with an increase in body fat. *Am J Psychiatry* 2001; **158**: 1719–1722.

32 David SR, Taylor CC, Kinon BJ, Breier A. The effects of olanzapine, risperidone, and haloperidol on plasma prolactin levels in patients with schizophrenia. *Clin Ther* 2000; **22**: 1085–1096.

33 Cohen S, Fitzgerald B, Okos A, Khan S, Khan A. Weight, lipids, glucose, and behavioral measures with ziprasidone treatment in a population with mental retardation. *J Clin Psychiatry* 2003; **64**: 60–62.

34 Nasrallah H. A review of the effect of atypical antipsychotics on weight. *Psychoneuroendocrinology* 2003; **28** (Suppl 1): 83–96.