# Appendix A

31739083.DOC

**Appendix A: Improper Testimony Topics Offered by Plaintiffs' Expert Witnesses**

| | Adequacy of Labeling | State of Mind or Intent of AstraZeneca or Its Employees/ Corporate Ethics | Commentary on Corporate Documents | Physician Understanding of AstraZeneca's Marketing Materials and Label / Inappropriate Marketing | Risk-Benefit Analyses | Formatting and Content of Submissions to FDA | Funding for Studies | Implication of Foreign Regulatory Actions |
|---|---|---|---|---|---|---|---|---|
| Dr. Laura Plunkett | X | | X | X | X | X | | X |
| Dr. William Wirshing | X | X | X | X | | | | |
| Dr. Donna Arnett | | | X | X | X | X | X | |
| Dr. Israel Abramson | X | X | X | X | X | | | |
| Dr. Bruce Perry | X | | X | X | X | | | |
| Dr. Brian Tulloch | X | | X | | | | | |
| Dr. Mitchell Young | X | X | X | X | | | | X |