**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

FILED
IN CLERK'S OFFICE
2006 APR 24 A 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

RECEIPT # 71982
AMOUNT $350 Credit Card
SUMMONS ISSUED Y-7
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK pcs
DATE 4-24-06

VALERIE ABEYTA, MARY AFSHAR, § 
KATREENA ALLEN, STEPHANIE § Civil Action No. _____
ALTMAN, HEATHER ANDERSON, §
MICHELLE ANDERSON, JAN ASH, § Jury Requested
TAYLOR ASKEW, KAREN BARBER, §
RUBY MARIE BARKER, SUSAN §
BARNES, PATRICIA BARNETT- §
CHASE, GINA BARSLUND, TOMASA §
ARLENE BATALLA, NARDA BATES, §
LINDA BEATY, EVELYN BENNETT, §
CATHERINE BERKHAN, JAMES §
BEULL, MAUREEN BINKOWSKI, §
JULIE BIRD, SHAUTAE BIRDEN, §
JESSICA BJORN, JAMES §
BLACKARD, JR., WINFRED §
BLACKMORE, RUBY BLEDSOE, §
GARY BLISH, DIXIE BOYD, §
KATHLEEN BOYLAN, PATRICIA §
BRADEN, LINDA BRAUN, SHELLEY §
BRITO, ANN BRITTEN, DIANNA §
BROUSSARD, CHRIS BROWN, §
EUGENE BROWN, JAMES BROWN, §
LAMAR BROWN, MICHAEL §
BROWN, LINDA BRUMFIELD, §
VALERY BRYANT, TRINA §
BUCKINGHAM, DAVID BUNCH, §
ANDRE BUTLER, JAMES CAMBELL, §
YVETTE CANNON, LINDA §
CANTELMO, PETER CARLEY, §
LAURA CARLSON, DAN §
CHALLENDER, ANNE-MARIE §
CHAPLIN, KIM CHARCHAN, SEAN §
CHESTNUT, VICTORIA CHIN, §
RONALD CHIPPS, DENIS §
CHRISTIANSEN, TED CHUMBLEY, §
DEBBY CHURCH, VIVIAN CLARY, §
BLANCHE CLAYBURN, LORA §
COLLINS, NATHAN COLMAN, §
MELISSA CONNARD, MARY §
COOLIDGE, BARBARA COTMAN, §
SHELLY CRANDALL, VANETTA §

06cv10713 NG

MAGISTRATE JUDGE JLA

CRAWFORD, DOUGLAS CRIVELLO, §
ROBERT CRUZ, MICHAEL DACK, §
ELIZABETH DALRYMPLE, §
ANDREW DAVIS, TYRA DAVIS, §
WILLIAM DEMUARY, SUSAN §
DEVER, HAROLD DEWISPELARE, §
PATRICIA DIETZ, MARCIA DOLIN, §
STEPHANIE DUDLEY, ALLEN §
DUNBAR, TERRY DUNCAN, §
MICHAEL EBLEN, BRENDA §
ELLERBE, MICHELE HOLLAND, §
INDIVIDUALLY AND AS EXECUTOR §
OF THE ESTATE OF ANGELA §
EMERICK-HOLLAND, DECEASED, §
JIMMY EPTING, MARIE ETIENNE, §
SHARON FASHNER, LAWRENCE §
FINK, VENUS FISH, AMY FLORES, §
JODEE FODSTAD, BELINDA §
FORTNER, THOMAS FOSTER, §
KIMBERLY FURLONI, TRACEY §
GARDNER, DIANE GARLETTS, §
DAWN GARNER, BRUCE GARRETT, §
NATHAN GARRETT, DANE §
GARRISON, RENEE GEBRE, §
PHYLLIS GERK, ANGELICA §
GIDDINGS, MICHAEL GILLEAN, §
ANTONIO GOMEZ, MELODY §
GOUCHER, TRACIE GRANGER, §
JUDITH GRANT, TWYLA GRAY, §
TIMMOTHY GREENWOOD, BRUCE §
GRIFFIN, RICHARD GRIMSRUD, §
LINDA GUINN, ANGELO GULLATT, §
BETTY HALL, MICHAEL HALL, §
BOBBY HAMPTON, GERLINE §
HARRIS, TARA HARRIS, YVONNE §
HAWKINS, BARBARA HENDRICKS, §
FREDDY HENLEY, CINDY §
HICKMAN, LELAH HILYARD, §
LAVERNE HINES, JO ANNE §
HINTON, TERRI HOBART, JOHN §
HOEL, DENISE HOLT, GAIL HOLT, §
MARVIN HOOPER, GAYLE HOY, §
MARY HUNT, BRENDA ING, ANNIE §
JACKSON, RUTH JACKSON, §
CARMEN JAGERLUEBKE, KARYN §
JAUDON, MICHAEL JEFFRIES, §

MARK JIRIK, CRAIG E JOHNSON, §
DOUGLAS JOHNSON, KENNETH §
JOHNSON, RONALD JOHNSON SR., §
ALEX JONES, HARVEY JONES, §
WILLIAM JONES, PATRICIA §
KALISZESKI, IRENE KERSH, DIANA §
KITTINGER, JERI KLEIN, §
BENJAMIN KNEE, CRYSTAL §
KNIGHT, ELIZABETH KRAWIEC, §
TRAVIS LACLEF, TERRY LEE §
LAMICA, ALFRED LANGSTON, §
ELLEN LEDDY, ALBERTA LEE, §
PARTHENIA LEEDY, TONY §
LEIMONITIS, ANGEL LEMONS, §
BRENDA LENARZ, CHARLES §
LESTER, JEFFREY LICKER, §
ANTHONY LINDSEY, STEVEN §
LIVELY, MARY ANNE LUCAS, JOHN §
LUNKKONEN, CONNIE LYDARD, §
SHANNON MADRON, BARWARD §
MAHAFFEY, MARIE MALLARD, §
ESTHER MANESS, LINDA §
MARCOMB, KENNETH MARTIN, §
KIMBERLY MARTIN, LINDA §
MARTIN, MARK MATSKO, ANITA §
MAYER, QUENTIN MAYS, EILEEN §
MCALEXANDER, SHIRLEY §
MCCRAW, KIMBERLY MCDANIEL, §
BRANDI MCKEITHEN, TAMMY §
MCNEIL, REBECCA MCPHEE, §
JACQUELINE MELTON, §
ALEXANDER MERCADO, WYNN §
MERRILL, RANDY MESSER, KASEY §
MILLER, BETH MITCHELL, BRUCE §
MONSON, LOIS MONTAGUE, LYDIA §
MONTNEY, SALLY MOREHEAD, §
RENEE MORTON, DAISY MURRY, §
JOYCE NELSON, MARK NICOLLE, §
VIRGINIA NISWANDER, ADRIENNE §
OAKS, DENNIS OLEAN, SHERRY §
OLSON, JAY ORICK, HELEN §
PAGAN, PATRICIA PAGE, CYNTHIA §
PAIGE, DEBRA PALMBERG, JETTIE §
PALMER, MARY PANNEBAKER, §
RICKY PARENT, JOYFUL §
PATTISON, DENISE PATTON, §

MARLENE PEARSON, CORAL §
PEGRAM, NEANG PEON, DELORES §
PHILLIPS, ALICE PITTMAN, §
CATHERINE POST, RICHARD §
POTVIN, DEBORAH POWELL, §
CONSTANCE PRATT, JOHN PREMO, §
TAMARA PRIEST, DAVID W §
PRUDEN, JR, TAMMIE PURCELL, §
EMILY QUINONES-SANCHEZ, §
ROCHELLE RAINEY, BENJAMIN §
RAINWATER, LINDSAY READ, §
JOSEPH REPLOGLE, JAKOB §
RICHARDS, GUSSIE RICHARDSON §
JR., NYLA RICHERT, EARLINE §
RILEY, MERLENET RILEY, MARY §
ROBINSON, ANTHONY RODGERS, §
KEVIN ROHDE, BERNADETTE §
ROLLING, MARIA ROSA, TIENA §
ROSE, MARYANN ROY, JESSE §
RUNNER, WILLIAM SARMIENTO, §
YOLANDE SARNOL, MICHAEL §
PAUL SCHAPIRO, RENDA §
SCHEIBER, WANDA SCHELL, §
JAMES SCHILLACI, CAROLYN §
SCHMIDT, BRET SCHNEIDER, §
DEBRA SCHROEDER, MICHEL §
SCHROETER, ANTHONY §
SCHWARTZ, JOYCE SEMENUK, §
DIANE SEMLIJATSCHENKO, TROY §
SIGMUNDIK, TROY SIGMUNDIK, §
BRITTNEY SMITH, DARNETTE §
SMITH, MARIA SMITH, THERESA §
SMITH, LEON SOTNIKOW, GARY §
SPAULDING, CHERI SPERRY, §
PAMELA STAFFORD, CRAIG STEIN, §
SHIRLEY STEVENS, KELLY STINE, §
JESSAMY STOUDT, JESSICA §
SUNDQUIST, MICHAEL SWEENEY, §
PEARLY TACKETT, JOSEPH §
TAYLOR, CARLOS TAYLOR, III, §
CASSANDRA TELLEZ, LESLIE §
THOMAS, RICHARD THORNTON, §
JULIEN TIMMERMAN, JUDY §
TURNER, NANCY VALDEZ, ANGELA §
VAN HAUTER, GENEIEVE §
VEIARDE, NANCY VINCENT, §

4

| | |
|---|---|
| INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF GARY VINCENT, DECEASED, JENNIFER WAITE, LANCE WARREN, JAMES WARRINER, CAROL WASHINGTON, BRAD WATKINS, LEE WENDLAND, CHARLES WEST, NOREEN WEST, RHUNETTE WHITE, AUSTINA WHITNER, LINDA WHITTINGTON, DAVINA WILCOX, VINCENT WILLIAMS, KERRY WILSON, INGEMAR WOODS, CALLY WRESSELL, CRYSTAL WRIGHTINTON, ALLEN YOUNG, GILBERT YOUNG, and DOUGLAS ZAPPA<br>         Plaintiffs,<br><br>vs.<br><br>ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP, KBI SUB INC., ASTRAZENECA AB, ASTRA USA, INC., ASTRAZENECA R&D BOSTON, ASTRAZENECA R&D WILMINGTON, and ASTRAZENECA PLC,<br>         Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

## PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs (hereinafter collectively referred to as "Plaintiff" or "Plaintiffs"), complaining of the Defendants listed below, and for cause of action would respectfully show unto the Court and the Jury the following:

### I. INTRODUCTION

1. This is a civil action brought on behalf of Plaintiffs regarding personal injury damages which occurred as a result of Plaintiffs' ingestion of the prescription drug, Seroquel, also known as Quetiapine Fumarate (hereinafter referred to as "Seroquel"). Seroquel was

5

manufactured, marketed, distributed and sold to Plaintiffs by Defendants and/or its representatives.

## II. PARTIES

### A. PLAINTIFFS

2. Plaintiffs are individuals who currently reside in, and are citizens of, the following U.S. States:

**LIST OF PLAINTIFFS (1-307)**

| # | First Name | Last Name | State |
|---|---|---|---|
| 1 | Valerie | Abeyta | ID |
| 2 | Mary | Afshar | MI |
| 3 | Katreena | Allen | IN |
| 4 | Stephanie | Altman | FL |
| 5 | Heather | Anderson | GA |
| 6 | Michelle | Anderson | MI |
| 7 | Jan | Ash | FL |
| 8 | Taylor | Askew | WI |
| 9 | Karen | Barber | FL |
| 10 | Ruby Marie | Barker | WA |
| 11 | Susan | Barnes | TN |
| 12 | Patricia | Barnett-Chase | WA |
| 13 | Gina | Barslund | WA |
| 14 | Tomasa Arlene | Batalla | FL |
| 15 | Narda | Bates | MN |
| 16 | Linda | Beaty | FL |
| 17 | Evelyn | Bennett | FL |
| 18 | Catherine | Berkhan | FL |
| 19 | James | Beull | IN |
| 20 | Maureen | Binkowski | FL |
| 21 | Julie | Bird | WY |
| 22 | Shautae | Birden | WA |
| 23 | Jessica | Bjorn | WA |
| 24 | James | Blackard, Jr. | TN |
| 25 | Winfred | Blackmore | FL |
| 26 | Ruby | Bledsoe | FL |
| 27 | Gary | Blish | ID |
| 28 | Dixie | Boyd | TX |
| 29 | Kathleen | Boylan | WA |
| 30 | Patricia | Braden | OH |
| 31 | Linda | Braun | WA |
| 32 | Shelley | Brito | FL |
| 33 | Ann | Britten | WA |

| 34 | DiAnna | Broussard | TX |
|---|---|---|---|
| 35 | Chris | Brown | WA |
| 36 | Eugene | Brown | WA |
| 37 | James | Brown | MN |
| 38 | Lamar | Brown | NM |
| 39 | Michael | Brown | MI |
| 40 | Linda | Brumfield | WV |
| 41 | Valery | Bryant | FL |
| 42 | Trina | Buckingham | WA |
| 43 | David | Bunch | AZ |
| 44 | Andre | Butler | FL |
| 45 | James | Cambell | FL |
| 46 | Yvette | Cannon | LA |
| 47 | Linda | Cantelmo | FL |
| 48 | Peter | Carley | FL |
| 49 | Laura | Carlson | MN |
| 50 | Dan | Challender | WA |
| 51 | Anne-Marie | Chaplin | FL |
| 52 | Kim | Charchan | ID |
| 53 | Sean | Chestnut | WA |
| 54 | Victoria | Chin | MN |
| 55 | Ronald | Chipps | WV |
| 56 | Denis | Christiansen | FL |
| 57 | Ted | Chumbley | TX |
| 58 | Debby | Church | WA |
| 59 | Vivian | Clary | OH |
| 60 | Blanche | Clayburn | SC |
| 61 | Lora | Collins | WA |
| 62 | Nathan | Colman | MI |
| 63 | Melissa | Connard | NC |
| 64 | Mary | Coolidge | WI |
| 65 | Barbara | Cotman | TN |
| 66 | Shelly | Crandall | WI |
| 67 | Vanetta | Crawford | IA |
| 68 | Douglas | Crivello | FL |
| 69 | Robert | Cruz | TX |
| 70 | Michael | Dack | MN |
| 71 | Elizabeth | Dalrymple | FL |
| 72 | Andrew | Davis | WA |
| 73 | Tyra | Davis | FL |
| 74 | William | DeMuary | WA |
| 75 | Susan | Dever | FL |
| 76 | Harold | DeWispelare | NE |
| 77 | Patricia | Dietz | MN |
| 78 | Marcia | Dolin | MI |
| 79 | Stephanie | Dudley | WA |
| 80 | Allen | Dunbar | MN |
| 81 | Terry | Duncan | WA |

| 82  | Michael  | Eblen           | MN |
|-----|----------|-----------------|----|
| 83  | Brenda   | Ellerbe         | NC |
| 84  | Angela   | Emerick-Holland | MI |
| 85  | Jimmy    | Epting          | KS |
| 86  | Marie    | Etienne         | FL |
| 87  | Sharon   | Fashner         | FL |
| 88  | Lawrence | Fink            | FL |
| 89  | Venus    | Fish            | FL |
| 90  | Amy      | Flores          | MN |
| 91  | Jodee    | Fodstad         | MN |
| 92  | Belinda  | Fortner         | IA |
| 93  | Thomas   | Foster          | PA |
| 94  | Kimberly | Furloni         | MN |
| 95  | Tracey   | Gardner         | MN |
| 96  | Diane    | Garletts        | FL |
| 97  | Dawn     | Garner          | WA |
| 98  | Bruce    | Garrett         | MN |
| 99  | Nathan   | Garrett         | MN |
| 100 | Dane     | Garrison        | WA |
| 101 | Renee    | Gebre           | WA |
| 102 | Phyllis  | Gerk            | NM |
| 103 | Angelica | Giddings        | MN |
| 104 | Michael  | Gillean         | LA |
| 105 | Antonio  | Gomez           | CO |
| 106 | Melody   | Goucher         | NH |
| 107 | Tracie   | Granger         | WA |
| 108 | Judith   | Grant           | FL |
| 109 | Twyla    | Gray            | FL |
| 110 | Timmothy | Greenwood       | MN |
| 111 | Bruce    | Griffin         | WA |
| 112 | Richard  | Grimsrud        | WI |
| 113 | Linda    | Guinn           | FL |
| 114 | Angelo   | Gullatt         | IN |
| 115 | Betty    | Hall            | FL |
| 116 | Michael  | Hall            | OR |
| 117 | Bobby    | Hampton         | AR |
| 118 | Gerline  | Harris          | FL |
| 119 | Tara     | Harris          | WA |
| 120 | Yvonne   | Hawkins         | MN |
| 121 | Barbara  | Hendricks       | MN |
| 122 | Freddy   | Henley          | MN |
| 123 | Cindy    | Hickman         | OH |
| 124 | Lelah    | Hilyard         | WA |
| 125 | Laverne  | Hines           | TN |
| 126 | Jo Anne  | Hinton          | FL |
| 127 | Terri    | Hobart          | WA |
| 128 | John     | Hoel            | WI |
| 129 | Denise   | Holt            | MN |

| | | | |
|---|---|---|---|
| 130 | Gail | Holt | FL |
| 131 | Marvin | Hooper | WA |
| 132 | Gayle | Hoy | WA |
| 133 | Mary | Hunt | OH |
| 134 | Brenda | Ing | FL |
| 135 | Annie | Jackson | LA |
| 136 | Ruth | Jackson | MN |
| 137 | Carmen | Jagerluebke | MN |
| 138 | Karyn | Jaudon | FL |
| 139 | Michael | Jeffries | IA |
| 140 | Mark | Jirik | MN |
| 141 | Craig E | Johnson | MN |
| 142 | Douglas | Johnson | WI |
| 143 | Kenneth | Johnson | WA |
| 144 | Ronald | Johnson Sr. | WA |
| 145 | Alex | Jones | NC |
| 146 | Harvey | Jones | WA |
| 147 | William | Jones | FL |
| 148 | Patricia | Kaliszeski | FL |
| 149 | Irene | Kersh | MN |
| 150 | Diana | Kittinger | KY |
| 151 | Jeri | Klein | FL |
| 152 | Benjamin | Knee | MN |
| 153 | Crystal | Knight | WA |
| 154 | Elizabeth | Krawiec | WA |
| 155 | Travis | LaClef | WA |
| 156 | Terry Lee | Lamica | FL |
| 157 | Alfred | Langston | CA |
| 158 | Ellen | Leddy | MN |
| 159 | Alberta | Lee | MN |
| 160 | Parthenia | Leedy | CO |
| 161 | Tony | Leimonitis | FL |
| 162 | Angel | Lemons | FL |
| 163 | Brenda | Lenarz | WA |
| 164 | Charles | Lester | FL |
| 165 | Jeffrey | Licker | FL |
| 166 | Anthony | Lindsey | MN |
| 167 | Steven | Lively | WV |
| 168 | Mary Anne | Lucas | WA |
| 169 | John | Lunkkonen | MN |
| 170 | Connie | Lydard | FL |
| 171 | Shannon | Madron | WA |
| 172 | Barward | Mahaffey | MN |
| 173 | Marie | Mallard | FL |
| 174 | Esther | Maness | FL |
| 175 | Linda | Marcomb | WA |
| 176 | Kenneth | Martin | MI |
| 177 | Kimberly | Martin | FL |

| | | | |
|---|---|---|---|
| 178 | Linda | Martin | WA |
| 179 | Mark | Matsko | WA |
| 180 | Anita | Mayer | CA |
| 181 | Quentin | Mays | FL |
| 182 | Eileen | McAlexander | FL |
| 183 | Shirley | McCraw | FL |
| 184 | Kimberly | McDaniel | Fl |
| 185 | Brandi | McKeithen | WA |
| 186 | Tammy | McNeil | MN |
| 187 | Rebecca | McPhee | WA |
| 188 | Jacqueline | Melton | FL |
| 189 | Alexander | Mercado | WA |
| 190 | Wynn | Merrill | WI |
| 191 | Randy | Messer | MN |
| 192 | Kasey | Miller | WA |
| 193 | Beth | Mitchell | FL |
| 194 | Bruce | Monson | MN |
| 195 | Lois | Montague | FL |
| 196 | Lydia | Montney | FL |
| 197 | Sally | Morehead | MI |
| 198 | Renee | Morton | WA |
| 199 | Daisy | Murry | MN |
| 200 | Joyce | Nelson | MN |
| 201 | Mark | Nicolle | WA |
| 202 | Virginia | Niswander | FL |
| 203 | Adrienne | Oaks | ID |
| 204 | Dennis | Olean | MN |
| 205 | Sherry | Olson | WA |
| 206 | Jay | Orick | WI |
| 207 | Helen | Pagan | FL |
| 208 | Patricia | Page | CA |
| 209 | Cynthia | Paige | MI |
| 210 | Debra | Palmberg | MN |
| 211 | Jettie | Palmer | FL |
| 212 | Mary | Pannebaker | IL |
| 213 | Ricky | Parent | MN |
| 214 | Joyful | Pattison | ID |
| 215 | Denise | Patton | FL |
| 216 | Marlene | Pearson | WA |
| 217 | Coral | Pegram | OR |
| 218 | Neang | Peon | AZ |
| 219 | Delores | Phillips | MN |
| 220 | Alice | Pittman | MI |
| 221 | Catherine | Post | WY |
| 222 | Richard | Potvin | MN |
| 223 | Deborah | Powell | FL |
| 224 | Constance | Pratt | WI |
| 225 | John | Premo | MN |