*Contains Nonbinding Recommendations*

*Draft — Not for Implementation*

potential, the *Pregnancy*, *Labor and Delivery*, and *Nursing Mothers* subsections would be omitted because they are not applicable.

When a section or subsection is omitted from the FPI, the section must also be omitted from the Contents (§ 201.56(d)(4)). The heading "Full Prescribing Information: Contents" must be followed by an asterisk and the following statement must appear at the end of the Contents: "*Sections or subsections omitted from the Full Prescribing Information are not listed" (§ 201.56(d)(4)).

In the example of a drug indicated for use only in males, the Contents heading appears as follows:

**FULL PRESCRIBING INFORMATION:  CONTENTS***

The numbering in the Contents and FPI appears as follows:

       **8**      **USE IN SPECIFIC POPULATIONS**
           8.4    Pediatric Use
           8.5    Geriatric Use
       **9**      **DRUG ABUSE AND DEPENDENCE**

At the end of the Contents, the following statement appears:

    *Sections or subsections omitted from the Full Prescribing Information
    are not listed.

In most cases when clinically relevant information about a drug is not available, the section or subsection should be omitted. Infrequently, describing the absence of data will provide important information for the prescriber and, therefore, the section or subsection should be included. For example, if a drug has not been adequately studied in a specific patient population (e.g., hepatically impaired), the labeling should include a *Hepatic Impairment* subsection that describes the lack of information.

**C.**    **Cross-references**

Cross-referencing is encouraged, and in some cases required (e.g., § 201.57(c)(1), (c)(6)(iv), and (c)(15)(ii)), because it reduces the need to repeat detailed information about a similar issue in several different sections (see III.B.3 of this guidance for more information). The preferred presentation of cross-references in Highlights is the numerical identifier in parentheses following the summarized labeling information (e.g., (1.1)). The preferred presentation of cross-references in the FPI is the section heading followed by the numerical identifier (e.g., *see Indications and Usage (1.1)*). Because cross-references are embedded in the text in the FPI, the use of italics to achieve emphasis is encouraged.

***Contains Nonbinding Recommendations***

*Draft — Not for Implementation*

### D.    Type Size

The final rule requires different minimum type sizes for trade labeling (i.e., labeling on or within the package from which the drug is to be dispensed) and for labeling disseminated in other settings (e.g., labeling that accompanies prescription drug promotional materials). (See § 201.57(d)(6).) Appendix E shows minimum type size requirements for labeling in the new format (§ 201.57) and in the old format (§ 201.80), including requirements for FDA-approved patient labeling. The Agency encourages a minimum type size of 10 points for FDA-approved patient labeling.

*Contains Nonbinding Recommendations*

*Draft — Not for Implementation*

## APPENDIX A — Frequently Asked Questions

**Where to Locate Information**

**Q1.** *Where should microbiology data be presented in the CLINICAL PHARMACOLOGY section?*

A1. A subsection in the CLINICAL PHARMACOLOGY section can be created (e.g., 12.4 *Microbiology*) and all of the microbiology information for antimicrobial products consolidated into that subsection.

**Q2.** *Labeling for some products includes disease-specific pathophysiology or epidemiology information. In the new format, where should this information be presented?*

A2. In rare cases when a brief description of disease pathophysiology may facilitate understanding of a drug's pharmacology, the information may be included in the *Mechanism of Action* subsection of the CLINICAL PHARMACOLOGY section (§ 201.57(c)(13)(i)(A)). Epidemiologic information is discouraged because it is quickly outdated and will therefore require the applicant to frequently update the product's labeling.

**Q3.** *What section of the labeling should contain animal efficacy data when a drug is approved based on effectiveness data from studies in animals (§§ 314.610 and 601.91)?*

A3. In general, the specifics about animal efficacy study results should be presented in the *Animal Toxicology and/or Pharmacology* subsection of the NONCLINICAL TOXICOLOGY section of labeling. However, other sections should disclose that effectiveness was derived solely from animal studies and explain why (e.g., INDICATIONS AND USAGE, CLINICAL STUDIES). For example, the CLINICAL STUDIES section should make it clear that no human efficacy studies were conducted due to ethical considerations and that approval was based solely on evidence of effectiveness in animals. This section should also include a cross-reference to the *Animal Toxicology and/or Pharmacology* subsection. In addition, the labeling provided to patients must explain that the drug's approval was based on efficacy studies conducted in animals alone (§§ 314.610(b)(3) and 601.91(b)(3)).

**Q4.** *Can the proprietary (or proper) and established names be repeated at the beginning of the FPI?*

A4. The proprietary and established names, as well as other product identification information must be presented in Highlights (§ 201.57(a)(2)). The proprietary and established names

*Contains Nonbinding Recommendations*

*Draft — Not for Implementation*

can be repeated at the beginning of the FPI, or at the beginning of each page of the FPI (e.g., as a header), if this enhances product identification on subsequent pages of labeling.

**Scope**

Q5.  *Are combination products subject to this new labeling rule?*

A5.  Combination products that are comprised of a prescription drug and biologic, a prescription drug and device, or a biologic and device that were reviewed under a BLA or NDA are subject to the new labeling rule, if the prescription drug component is subject to the new labeling rule (see § 201.56(b)). Applicants with these products must submit revised labeling to conform with the new requirements to the original NDA or BLA. In addition, applicants with combination products reviewed under device authorities should contact the Office of Combination Products regarding whether the drug or biological product component is subject to the prescription drug labeling rule. (See 21 CFR part 3.)

**Procedural**

Q6.  *How should a labeling supplement be submitted for a product reviewed in more than one division?*

A6.  For a product with marketing applications in more than one review division, the applicant should continue to follow the procedures established with the divisions for submitting labeling supplements. If the applicant is uncertain about where to submit a supplement that converts labeling to the new format, the division where the original NDA or BLA was approved should be contacted for assistance.

Q7.  *Does the adverse reaction reporting contact information have to be presented as part of the "fair balance" information in promotional materials?*

A7.  There is no requirement to include the adverse reaction reporting contact information in promotional materials.

**Formatting**

Q8.  *Can the proprietary and established (or proper) names be presented on the same line in Highlights?*

A8.  To conserve space in Highlights, the proprietary and established names should be presented on the same line, unless they are too long. In that case, the established name should be presented on the line underneath the proprietary name.

*Contains Nonbinding Recommendations*

*Draft — Not for Implementation*

Q9.  *Is there a preferred format for the revision date?*

A9.  The date of the most recent revision must be presented at the end of Highlights (§ 201.57(a)(15)).  The preferred format is "Revised: Month Year" or "Revised: Month/Year" (i.e., Revised: June 2003 or Revised: 6/2003).

Q10.  *Should Latin abbreviations be used in the DOSAGE AND ADMINISTRATION section (e.g., qd versus once daily)?*

A10.  The Agency recommends that Latin abbreviations be avoided because of the greater potential for medication errors should an abbreviation be misread.

*Contains Nonbinding Recommendations*

*Draft — Not for Implementation*

## APPENDIX B — Prescription Drug Labeling Sections

| Old Format* | New Format** |
|---|---|
| Description | **HIGHLIGHTS OF PRESCRIBING INFORMATION** |
| Clinical Pharmacology |   Product Names, Other Required Information |
| Indications and Usage |   Boxed Warning |
| Contraindications |   Recent Major Changes |
| Warnings |   Indications and Usage |
| Precautions |   Dosage and Administration |
| Adverse Reactions |   Dosage Forms and Strengths |
| Drug Abuse and Dependence |   Contraindications |
| Overdosage |   Warnings and Precautions |
| Dosage and Administration |   Adverse Reactions |
| How Supplied |   Drug Interactions |
|  |   Use in Specific Populations |
| Optional sections: |  |
|   Animal Pharmacology | **FULL PRESCRIBING INFORMATION: CONTENTS** |
|   and/or Animal Toxicology |  |
|   Clinical Studies | **FULL PRESCRIBING INFORMATION** |
|   References |   Boxed Warning |
|  |   1 Indications and Usage |
|  |   2 Dosage and Administration |
|  |   3 Dosage Forms and Strengths |
|  |   4 Contraindications |
|  |   5 Warnings and Precautions |
|  |   6 Adverse Reactions |
|  |   7 Drug Interactions |
|  |   8 Use in Specific Populations |
|  |   9 Drug Abuse and Dependence |
|  |   10 Overdosage |
|  |   11 Description |
|  |   12 Clinical Pharmacology |
|  |   13 Nonclinical Toxicology |
|  |   14 Clinical Studies |
|  |   15 References |
|  |   16 How Supplied/Storage and Handling |
|  |   17 Patient Counseling Information |

\* As required by 21 CFR 201.56(e) and 201.80.
\*\*As required by 21 CFR 201.56(d) and 201.57

*Contains Nonbinding Recommendations*

*Draft — Not for Implementation*

## APPENDIX C — Reorganizing Labeling Sections

| Location in Old Format | → | Location in FPI in New Format |
|---|---|---|
| Boxed Warning | → | Boxed Warning |
| Description | → | Description |
| Clinical Pharmacology | → | Clinical Pharmacology |
| Indications and Usage | → | Indications and Usage |
| Contraindications | → | Contraindications |
| Warnings | → | Warnings and Precautions |
| Precautions | | |
|     General | → | Warnings and Precautions |
|     Information for Patients | → | Patient Counseling Information |
|     Laboratory Tests | → | Warnings and Precautions |
|     Drug Interactions | → | Drug Interactions |
|     Drug/Laboratory Test Interactions | → | Warnings and Precautions |
|     Carcinogenesis, Mutagenesis, Impairment of Fertility | → | Nonclinical Toxicology (Carcinogenesis, Mutagenesis, Impairment of Fertility) |
|     Pregnancy | → | Use in Specific Populations (Pregnancy) |
|     Labor and Delivery | → | Use in Specific Populations (Labor and Delivery) |
|     Nursing Mothers | → | Use in Specific Populations (Nursing Mothers) |
|     Pediatric Use | → | Use in Specific Populations (Pediatric Use) |
|     Geriatric Use | → | Use in Specific Populations (Geriatric Use) |
| Adverse Reactions | → | Adverse Reactions |
| Drug Abuse and Dependence | → | Drug Abuse and Dependence |
| Overdosage | → | Overdosage |
| Dosage and Administration | → | Dosage and Administration |
| How Supplied | → | Dosage Forms and Strengths |
| | → | How Supplied/Storage and Handling |
| Animal Pharmacology and/or Animal Toxicology | → | Nonclinical Toxicology (Animal Toxicology and/or Pharmacology) |
| Clinical Studies | → | Clinical Studies |
| References | → | References |

*Contains Nonbinding Recommendations*

*Draft — Not for Implementation*

## APPENDIX D — Implementation Plan

| Applications (NDAs, BLAs, and Efficacy Supplements) Required to Conform to New Labeling Requirements | Time by Which Conforming Labeling Must Be Submitted to the Agency for Approval |
|---|---|
| Applications submitted on or after June 30, 2006 | Time of submission |
| Applications pending on June 30, 2006 and applications approved any time from June 30, 2005, up to and including June 30, 2006 | June 30, 2009 |
| Applications approved any time from June 30, 2004, up to and including June 29, 2005 | June 30, 2010 |
| Applications approved any time from June 30, 2003, up to and including June 29, 2004 | June 30, 2011 |
| Applications approved any time from June 30, 2002, up to and including June 29, 2003 | June 30, 2012 |
| Applications approved any time from June 30, 2001, up to and including June 29, 2002 | June 30, 2013 |
| Applications approved prior to June 30, 2001 | Voluntarily at any time |

*Contains Nonbinding Recommendations*

*Draft — Not for Implementation*

## APPENDIX E — Type Size Requirements for Labeling and FDA-Approved Patient Labeling Included with Labeling

| | Type Size Requirements for Labeling | FDA-Approved Patient Labeling Included with Labeling | Type Size Requirements for FDA-Approved Patient Labeling |
|---|---|---|---|
| **New Format (21 CFR 201.57)** | | | |
| Trade Labeling (i.e., labeling on or within the package from which the drug is to be dispensed) | Minimum 6-point type | FDA-approved patient labeling that is not for distribution to patients | Minimum 6-point type |
| | | Any FDA-approved patient labeling (except a Medication Guide) that is for distribution to patients | Minimum 6-point type[*] |
| | | Medication Guide that is for distribution to patients | Minimum 10-point type |
| Other Labeling (e.g., labeling accompanying promotional materials) | Minimum 8-point type | FDA-approved patient labeling that is not for distribution to patients | Minimum 8-point type |
| | | Any FDA-approved patient labeling (except a Medication Guide) that is for distribution to patients | Minimum 8-point type[*] |
| | | Medication Guide that is for distribution to patients | Minimum 10-point type |
| **Old Format (21 CFR 201.80)** | | | |
| Trade Labeling and Other Labeling | No minimum requirement | FDA-approved patient labeling that is not for distribution to patients | No minimum requirement |
| | | Any FDA-approved patient labeling (except a Medication Guide) that is for distribution to patients | No minimum requirement[*] |
| | | Medication Guide that is for distribution to patients | Minimum 10-point type |

[*] FDA does not require, but encourages a minimum type size of 10 points for this information.

27