## Seroquel—Cont.

**Cimetidine:** Administration of multiple daily doses of cimetidine (400 mg tid for 4 days) resulted in a 20% decrease in the mean oral clearance of quetiapine (150 mg tid). Dosage adjustment for quetiapine is not required when it is given with cimetidine.

**P450 3A Inhibitors:** Although data are not available from clinical studies, caution is indicated when SEROQUEL is administered with a potent enzyme inhibitor of cytochrome P450 3A (e.g., ketoconazole, itraconzaole, fluconazole, and erythromycin).

**Fluoxetine, Imipramine, Haloperidol, and Risperidone:** Coadministration of fluoxetine (60 mg once daily), imipramine (75 mg bid), haloperidol (7.5 mg bid), or risperidone (3 mg bid) with quetiapine (300 mg bid) did not alter the steady state pharmacokinetics of quetiapine.

### Effect of Quetiapine on Other Drugs:

**Lorazepam:** The mean oral clearance of lorazepam (2 mg, single dose) was reduced by 20% in the presence of quetiapine administered as 250 mg tid dosing.

**Lithium:** Concomitant administration of quetiapine (250 mg tid) with lithium had no effect on any of the steady state pharmacokinetic parameters of lithium.

**Antipyrine:** Administration of multiple daily doses up to 750 mg/day (one a tid schedule) of quetiapine to subjects with selected psychotic disorders had no clinically relevant effect on the clearance of antipyrine or urinary recovery of antipyrine metabolites. These results indicate that quetiapine does not significantly induce hepatic enzymes responsible for cytochrome P450 mediated metabolism of antipyrine.

### Carcinogenesis, Mutagenesis, Impairment of Fertility

**Carcinogenesis:** Carcinogenicity studies were conducted in C57BL mice and Wistar rats. Quetiapine was administered in the diet to mice at doses of 20, 75, 250, and 750 mg/kg and to rats by gavage at doses of 25, 75, and 250 mg/kg for two years. These doses are equivalent to 0.1, 0.5, 1.5, and 4.5 times the maximum human dose (800 mg/kg) on a mg/m$^2$ basis (mice) or 0.3, 0.9, and 3.0 times the maximum human dose on a mg/m$^2$ basis (rats). There were statistically significant increases in thyroid gland follicular adenomas in male mice at doses of 250 and 750 mg/kg or 1.5 and 4.5 times the maximum human dose on a mg/m$^2$ basis and in male rats at a dose of 250 mg/kg or 3.0 times the maximum human dose on a mg/m$^2$ basis. Mammary gland adenocarcinomas were statistically significantly increased in female rats at all doses tested (25, 75, and 250 mg/kg or 0.3, 0.9, and 3.0 times the maximum recommended human dose on a mg/m$^2$ basis).

Thyroid follicular cell adenomas may have resulted from chronic stimulation of the thyroid gland by thyroid stimulating hormone (TSH) resulting from enhanced metabolism and clearance of thyroxine by rodent liver. Changes in TSH, thyroxine, and thyroxine clearance consistent with this mechanism were observed in subchronic toxicity studies in rat and mouse and in a 1-year toxicity study in rat; however, the result of these studies were not definitive. The relevance of the increases in thyroid follicular cell adenomas to human risk, through whatever mechanism, is unknown.

Antipsychotic drugs have been shown to chronically elevate prolactin levels in rodents. Serum measurements in a 1-yr toxicity study showed that quetiapine increased median serum prolactin levels a maximum of 32- and 13-fold in male and female rats, respectively. Increases in mammary neoplasms have been found in rodents after chronic administration of other antipsychotic drugs and are considered to be prolactin-mediated. The relevance of this increased incidence of prolactin-mediated mammary gland tumors in rats to human risk is unknown (see Hyperprolactinemia in PRECAUTIONS, General).

**Mutagenesis:** The mutagenic potential of quetiapine was tested in six *in vitro* bacterial gene mutation assays and in an *in vitro* mammalian gene mutation assay in Chinese Hamster Ovary cells. However, sufficiently high concentrations of quetiapine may not have been used for all tester strains. Quetiapine did produce a reproducible increase in mutations in one *Salmonella typhimurium* tester strain in the presence of metabolic activation. No evidence of clastogenic potential was obtained in an *in vitro* chromosomal aberration assay in cultured human lymphocytes or in the *in vivo* micronucleus assay in rats.

**Impairment of Fertility:** Quetiapine decreased mating and fertility in male Sprague-Dawley rats at oral doses of 50 and 150 mg/kg or 0.6 and 1.8 times the maximum human dose on a mg/m$^2$ basis. Drug-related effects included increases in interval to mate and in the number of matings required for successful impregnation. These effects continued to be observed at 150 mg/kg even after a two-week period without treatment. The no-effect dose for impaired mating and fertility in male rats was 25 mg/kg, or 0.3 times the maximum human dose on a mg/m$^2$ basis. Quetiapine adversely affected mating and fertility in female Sprague-Dawley rats at an oral dose of 50 mg/kg, or 0.6 times the maximum human dose on a mg/m$^2$ basis. Drug-related effects included decreases in matings and in matings resulting in pregnancy,

and an increase in the interval to mate. An increase in irregular estrus cycles was observed at doses of 10 and 50 mg/kg, or 0.1 and 0.6 times the maximum human dose on a mg/m$^2$ basis. The no-effect dose in female rats was 1 mg/kg, or 0.01 times the maximum human dose on a mg/m$^2$ basis.

### Pregnancy

**Pregnancy Category C**

The teratogenic potential of quetiapine was studied in Wistar rats and Dutch Belted rabbits dosed during the period of organogenesis. No evidence of a teratogenic effect was detected in rats at doses of 25 to 200 mg/kg or 0.3 to 2.4 times the maximum human dose on a mg/m$^2$ basis or in rabbits at 25 to 100 mg/kg or 0.6 to 2.4 times the maximum human dose on a mg/m$^2$ basis. There was, however, evidence of embryo/fetal toxicity. Delays in skeletal ossification were detected in rat fetuses at doses of 50 and 200 mg/kg (0.6 and 2.4 times the maximum human dose on a mg/m$^2$ basis) and in rabbits at 50 and 100 mg/kg (1.2 and 2.4 times the maximum human dose on a mg/m$^2$ basis). Fetal body weight was reduced in rat fetuses at 200 mg/kg and rabbit fetuses at 100 mg/kg (2.4 times the maximum human dose on a mg/m$^2$ basis for both species). There was an increased incidence of a minor soft tissue anomaly (carpal/tarsal flexure) in rabbit fetuses at a dose of 100 mg/kg (2.4 times the maximum human dose on a mg/m$^2$ basis). Evidence of maternal toxicity (i.e., decreases in body weight gain and/or death) was observed at the high dose in the rat study and at all doses in the rabbit study. In a peri/postnatal reproductive study in rats, no drug-related effects were observed at doses of 1, 10, and 20 mg/kg or 0.01, 0.12, and 0.24 times the maximum human dose on a mg/m$^2$ basis. However, in a preliminary peri/postnatal study, there were increases in fetal and pup death, and decreases in mean litter weight at 150 mg/kg, or 3.0 times the maximum human dose on a mg/m$^2$ basis.

There are no adequate and well-controlled studies in pregnant women, and quetiapine should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

**Labor and Delivery:** The effect of SEROQUEL on labor and delivery in humans is unknown.

**Nursing Mothers:** SEROQUEL was excreted in milk of treated animals during lactation. It is not known if SEROQUEL is excreted in human milk. It is recommended that women receiving SEROQUEL should not breast feed.

**Pediatric Use:** The safety and effectiveness of SEROQUEL in pediatric patients have not been established.

**Geriatric Use:** Of the approximately 2400 patients in clinical studies with SEROQUEL, 8% (190) were 65 years of age or over. In general, there was no indication of any different tolerability of SEROQUEL in the elderly compared to younger adults. Nevertheless, the presence of factors that might decrease pharmacokinetic clearance, increase the pharmacodynamic response to SEROQUEL, or cause poorer tolerance or orthostasis, should lead to consideration of a lower starting dose, slower titration, and careful monitoring during the initial dosing period in the elderly. The mean plasma clearance of SEROQUEL was reduced by 30% to 50% in elderly patients when compared to younger patients. (see Pharmacokinetics under CLINICAL PHARMACOLOGY and DOSAGE AND ADMINISTRATION).

### ADVERSE REACTIONS

The premarketing development program for SEROQUEL included over 2600 patients and/or normal subjects exposed to 1 or more doses of SEROQUEL. Of these 2600 subjects, approximately 2300 were patients who participated in multiple-dose effectiveness trials, and their experience corresponded to approximately 865 patient-years. The conditions and duration of treatment with SEROQUEL varied greatly and included (in overlapping categories) open-label and double-blind phases of studies, inpatients and outpatients, fixed-dose and dose-titration studies, and short-term or longer-term exposure. Adverse reactions were assessed by collecting adverse events, results of physical examinations, vital signs, weights, laboratory analyses, ECGs, and results of ophthalmologic examinations.

Adverse events during exposure were obtained by general inquiry and recorded by clinical investigators using terminology of their own choosing. Consequently, it is not possible to provide a meaningful estimate of the proportion of individuals experiencing adverse events without first grouping similar types of events into a smaller number of standardized event categories. In the tables and tabulations that follow, standard COSTART terminology has been used to classify reported adverse events.

The stated frequencies of adverse events represent the proportion of individuals who experienced, at least once, a treatment-emergent adverse event of the type listed. An event was considered treatment emergent if it occurred for the first time or worsened while receiving therapy following baseline evaluation.

**Adverse Findings Observed in Short-Term, Controlled Trials**

**Adverse Events Associated with Discontinuation of Treatment in Short-Term, Placebo-Controlled Trials**

Overall, there was little difference in the incidence of discontinuation due to adverse events (4% of SEROQUEL vs. 3% for placebo) in a pool of controlled trials. However, discontinuations due to somnolence and hypotension were considered to be drug related (see **PRECAUTIONS**):

| Adverse Event | SEROQUEL | Placebo |
|---|---|---|
| Somnolence | 0.8% | 0% |
| Hypotension | 0.4% | 0% |

**Adverse Events Occurring at an Incidence of 1% or More Among SEROQUEL Treated Patients in Short-Term, Placebo-Controlled Trials:** Table 1 enumerates the incidence, rounded in the nearest percent, of treatment-emergent adverse events that occurred during acute therapy (up to 6 weeks) of schizophrenia in 1% or more of patients treated with SEROQUEL (doses ranging from 75 to 750 mg/day) where the incidence in patients treated with SEROQUEL was greater than the incidence in placebo-treated patients. The prescriber should be aware that the figures in the tables and tabulations cannot be used to predict the incidence of side effects in the course of usual medical practice where patient characteristics and other factors differ from those that prevailed in the clinical trials. Similarly, the cited frequencies cannot be compared with figures obtained from other clinical investigations involving different treatments, uses, and investigators. The cited figures, however, do provide the prescribing physician with some basis for estimating the relative contribution of drug and nondrug factors to the side effect incidence in the population studied.

In these studies, the most commonly observed adverse events associated with the use of SEROQUEL (incidence of 5% or greater) and observed at a rate on SEROQUEL at least twice that of placebo were dizziness (10%), postural hypotension (7%), dry mouth (7%), and dyspepsia (6%). [See table 1 at bottom of next page]

Explorations for interactions on the basis of gender, age, and race did not reveal any clinically meaningful differences in the adverse event occurrence on the basis of these demographic factors.

**Dose Dependency of Adverse Events in Short-Term, Placebo-Controlled Trials**

**Dose-related Adverse Events:** Spontaneously elicited adverse event data from a study comparing five fixed doses of SEROQUEL (75 mg, 150 mg, 300 mg, 600 mg, and 750 mg/day) to placebo were explored for dose-relatedness of adverse events. Logistic regression analyses revealed a positive dose response ($p<0.05$) for the following adverse events: dyspepsia, abdominal pain, and weight gain.

**Extrapyramidal Symptoms:** Data from one 6-week clinical trial comparing five fixed doses of SEROQUEL (75, 150, 300, 600, 750 mg/day) provided evidence for the lack of treatment-emergent extrapyramidal symptoms (EPS) and dose-relatedness of EPS associated with SEROQUEL treatment. Three methods were used to measure EPS (1) Simpson-Angus total score (mean change from baseline) which evaluates parkinsonism and akathisia, (2) incidence of spontaneous complaints of EPS (akathisia, akinesia, cogwheel rigidity, extrapyramidal syndrome, hypertonia, hypokinesia, neck rigidity, and tremor), and (3) use of anticholinergic medications to treat emergent EPS. [See table at bottom of next page]

In three additional placebo-controlled clinical trials using variable doses of SEROQUEL, there were no differences between the SEROQUEL and placebo treatment groups in the incidence of EPS, as assessed by Simpson-Angus total scores, spontaneous complaints of EPS, and the use of concomitant anticholinergic medications to treat EPS.

**Vital Sign Changes:** SEROQUEL is associated with orthostatic hypotension (see **PRECAUTIONS**).

**Weight Gain:** The proportions of patients meeting a weight gain criterion of ≥7% of body weight were compared in a pool of four 3- to 6-week placebo-controlled clinical trials, revealing a statistically significantly greater incidence of weight gain for SEROQUEL (23%) compared to placebo (6%).

**Laboratory Changes:** An assessment of the premarketing experience for SEROQUEL suggested that it is associated with asymptomatic increases in SGPT and increases in both total cholesterol and triglycerides (see **PRECAUTIONS**). An assessment of hematological parameters in short-term, placebo-controlled trials revealed no clinical important differences between SEROQUEL and placebo.

**ECG Changes:** Between group comparisons for pooled placebo-controlled trials revealed no statistically significant SEROQUEL/placebo differences in the proportions of patients experiencing potentially important changes in ECG parameters, including QT, QTc, and PR intervals. However, the proportions of patients meeting the criteria for tachycardia were compared in four 3- 6-week placebo-controlled clinical trials revealing a 1% (4/399) incidence for SEROQUEL compared to 0.6% (1/156) incidence for placebo. SEROQUEL use was associated with a mean increase in heart rate, assessed by ECG, of 7 beats per minute compared to a mean increase of 1 beat per minute among placebo patients. This slight tendency to tachycardia may be related to SEROQUEL's potential for inducing orthostatic changes (see **PRECAUTIONS**).

**Other Adverse Events Observed During the Premarketing Evaluation of SEROQUEL**

Following is a list of COSTART terms that reflect treatment-emergent adverse events as defined in the introduction to the ADVERSE REACTIONS section reported by patients treated with SEROQUEL at multiple doses ≥ 75 mg/day during any phase of a trial within the premarketing database of approximately 2200 patients. All reported events are included except those already listed in Table 1 or elsewhere in labeling, those events for which a drug cause was remote, and those event terms which were so general as to be uninformative. It is important to emphasize that, although the events reported occurred during treatment with SEROQUEL, they were not necessarily caused by it.

Events are further categorized by body system and listed in order of decreasing frequency according to the following definitions: frequent adverse events are those occurring in at least 1/100 patients (only those not already listed in the tabulated results from placebo-controlled trials appear in this listing); infrequent adverse events are those occurring in 1/100 to 1/1000 patients; rare events are those occurring in fewer than 1/1000 patients.

**Nervous System:** *Frequent:* hypertonia, dysarthria; *Infrequent:* abnormal dreams, dyskinesia, thinking abnormal, tardive dyskinesia, vertigo, involuntary movements, confusion, amnesia, psychosis, hallucinations, hyperkinesia, libido increased*, urinary retention, incoordination, paranoid reaction, abnormal gait, myoclonus, delusions, manic reaction, apathy, ataxia, depersonalization, stupor, bruxism, catatonic reaction, hemiplegia; *Rare:* aphasia, buccoglossal syndrome, choreoathetosis, delirium, emotional lability, euphoria, libido decreased*, neuralgia, stuttering, subdural hematoma.

**Body as a Whole:** *Frequent:* flu syndrome; *Infrequent:* neck pain, pelvic pain*, suicide attempt, malaise, photosensitivity reaction, chills face edema, moniliasis; *Rare:* abdomen enlarged.

**Digestive System:** *Frequent:* anorexia; *Infrequent:* increased salivation, increased appetite, gamma glutamyl transpeptidase increased, gingivitis, dysphagia, flatulence, gastroenteritis, gastritis, hemorrhoids, stomatitis, thirst, tooth caries, fecal incontinence, gastroesophageal reflux, gum hemorrhage, mouth ulceration, rectal hemorrhage, tongue edema; *Rare:* glossitis, hematemesis, intestinal obstruction, melena, pancreatitis.

**Cardiovascular System:** *Frequent:* palpitation; *Infrequent:* vasodilatation, QT interval prolonged, migraine, bradycardia, cerebral ischemia, irregular pulse, T wave abnormality, bundle branch block, cerebrovascular accident, deep thrombophlebitis, T wave inversion; *Rare:* angina pectoris, atrial fibrillation, AV block first degree, congestive heart failure, ST elevated, thrombophlebitis, T wave flattening, ST abnormality, increased QRS duration.

**Respiratory System:** *Frequent:* pharyngitis, rhinitis, cough increased, dyspnea; *Infrequent:* pneumonia, epistaxis, asthma; *Rare:* hiccup, hyperventilation.

**Metabolic and Nutritional System:** *Frequent:* peripheral edema; *Infrequent:* weight loss, alkaline phosphatase increased, hyperlipemia, alcohol intolerance, dehydration, hyperglycemia, creatinine increased, hypoglycemia; *Rare:* glycosuria, gout, hand edema, hypokalemia, water intoxication.

**Skin and Appendages System:** *Frequent:* sweating; *Infrequent:* pruritis, acne, eczema, contact dermatitis, maculopapular rash, seborrhea, skin ulcer; *Rare:* exfoliative dermatitis, psoriasis, skin discoloration.

**Urogenital System:** *Infrequent:* dysmenorrhea*, vaginitis*, urinary incontinence, metorrhagia*, impotence*, dysuria, vaginal moniliasis*, abnormal ejaculation*, cystitis, urinary frequency, amenorrhea*, female lactation*, leukorrhea*, vaginal hemorrhage*, vulvovaginitis* orchitis*; *Rare:* gynecomastia*, nocturia, polyuria, acute kidney failure.

**Special Senses:** *Infrequent:* conjunctivitis, abnormal vision, dry eyes, tinnitus, taste perversion, blepharitis, eye pain; *Rare:* abnormality of accommodation, deafness, glaucoma.

**Musculoskeletal System:** *Infrequent:* pathological fracture, myasthenia, twitching, arthralgia, arthritis, leg cramps, bone pain.

**Hemic and Lymphatic System:** *Frequent:* leukopenia; *Infrequent:* leukocytosis, anemia, ecchymosis, eosinophilia, hypochromic anemia; lymphadenopathy, cyanosis; *Rare:* hemolysis, thrombocytopenia.

**Endocrine System:** *Infrequent:* hypothyroidism, diabetes mellitus; *Rare:* hyperthyroidism.

*adjusted for gender

### DRUG ABUSE AND DEPENDENCE

**Controlled Substance Class:** SEROQUEL is not a controlled substance.

**Physical and Psychologic dependence:** SEROQUEL has not been systematically studied, in animals or humans, for its potential for abuse, tolerance, or physical dependence. While the clinical trials did not reveal any tendency for any drug-seeking behavior, these observations were not systematic, and it is not possible to predict on the basis of this limited experience the extent to which a CNS-active drug will be misused, diverted, and/or abused once marketed. Consequently, patients should be evaluated carefully for a history of drug abuse, and such patients should be observed closely for signs of misuse or abuse of SEROQUEL, e.g., development of tolerance, increases in dose, drug-seeking behavior.

### OVERDOSAGE

**Human experience:** Experience with SEROQUEL® (quetiapine fumarate) in acute overdosage was limited in the clinical trial database (6 reports) with estimated doses ranging from 1200 mg to 9600 mg and no fatalities. In general, reported signs and symptoms were those resulting from an exaggeration of the drug's known pharmacological effects, i.e., drowsiness and sedation, tachycardia and hypotension. One case, involving an estimated overdose of 9600 mg, was associated with hypokalemia and first degree heart block.

**Management of Overdosage:** In case of acute overdosage, establish and maintain an airway and ensure adequate oxygenation and ventilation. Gastric lavage (after intubation, if patient is unconscious) and administration of activated charcoal together with a laxative should be considered. The possibility of obtundation, seizure or dystonic reaction of the head and neck following overdose may create a risk of aspiration with induced emesis. Cardiovascular monitoring should commence immediately and should include continuous electrocardiographic monitoring to detect possible arrhythmias. If antiarrhythmic therapy is administered, disopyramide, procainamide and quinidine carry a theoretical hazard of additive QT-prolonging effects when administered in patients with acute overdosage of SEROQUEL. Similarly it is reasonable to expect that the alpha-adrenergic-blocking properties of bretylium might be additive to those of quetiapine, resulting in problematic hypotension.

There is no specific antidote to SEROQUEL. Therefore appropriate supportive measures should be instituted. The possibility of multiple drug involvement should be considered. Hypotension and circulatory collapse should be treated with appropriate measures such as intravenous fluids and/or sympathomimetic agents (epinephrine and dopamine should not be used, since beta stimulation may worsen hypotension in the setting of quetiapine-induced alpha blockade). In case of severe extrapyramidal symptoms, anticholinergic medication should be administered. Close medical supervision and monitoring should continue until the patient recovers.

### DOSAGE AND ADMINISTRATION

**Usual Dose:** SEROQUEL should generally be administered with an initial dose of 25 mg bid, with increases in increments of 25–50 mg bid or tid on the second and third day, as tolerated, to a target dose range of 300 to 400 mg daily by the fourth day, given bid or tid. Further dosage adjustments, if indicated, should generally occur at intervals of not less than 2 days, as steady state for SEROQUEL would not be achieved for approximately 1–2 days in the typical patient. When dosage adjustments are necessary, dose increments/decrements of 25–50 mg bid are recommended. Most efficacy data with SEROQUEL were obtained using tid regimens, but in one controlled trial 225 mg bid was also effective.

Antipsychotic efficacy was demonstrated in a dose range of 150 to 750 mg/day in the clinical trials supporting the effectiveness of SEROQUEL. In a dose response study, doses above 300 mg/day were not demonstrated to be more efficacious than the 300 mg/day dose. In other studies, however, doses in the range of 400–500 mg/day appeared to be needed. The safety of doses above 800 mg/day has not been evaluated in clinical trials.

**Dosing in Special Populations**

Consideration should be given to a slower rate of dose titration and a lower target dose in the elderly, in patients with hepatic impairment, and in patients who are debilitated or who had a predisposition to hypotensive reactions (see CLINICAL PHARMACOLOGY). When indicated, dose escalation should be performed with caution in these patients. The elimination of quetiapine was enhanced in the presence of phenytoin. Higher maintenance doses of quetiapine may be required when it is coadministered with phenytoin and other enzyme inducers such as carbamazepine and phenobarbital. (See Drug Interactions under PRECAUTIONS)

**Maintenance Treatment:** While there is no body of evidence available to answer the question of how long the patient treated with SEROQUEL should remain on it, the effectiveness of maintenance treatment is well established for many other antipsychotic drugs. It is recommended that responding patients be continued on SEROQUEL, but at the lowest dose needed to maintain remission. Patients should be periodically reassessed to determine the need for maintenance treatment.

**Reinitiation of Treatment in Patients Previously Discontinued:** Although there are no data to specifically address reinitiation of treatment, it is recommended that when restarting patients who have had an interval of less than one week off SEROQUEL, titration of SEROQUEL is not required, and the maintenance dose may be reinitiated. When restarting therapy of patients who have been off SEROQUEL for more than one week, the initial titration schedule should be followed.

**Switching from Other Antipsychotics:** There are no systematically collected data to specifically address switching from other antipsychotics to SEROQUEL.

Continued on next page

Consult 1999 PDR® supplements and future editions for revisions

Table 1. Treatment-Emergent Adverse Experience Incidence in 3- to 6-Week Placebo-Controlled Clinical Trials[1]

| Body System/ Preferred Term | SEROQUEL (n=510) | Placebo (n=206) |
|---|---|---|
| **Body as a Whole** | | |
| Headache | 19% | 18% |
| Asthenia | 4% | 3% |
| Abdominal pain | 3% | 1% |
| Back pain | 2% | 1% |
| Fever | 2% | 1% |
| **Nervous System** | | |
| Somnolence | 18% | 11% |
| Dizziness | 10% | 4% |
| **Digestive System** | | |
| Constipation | 9% | 5% |
| Dry Mouth | 7% | 3% |
| Dyspepsia | 6% | 2% |
| **Cardiovascular System** | | |
| Postural hypotension | 7% | 2% |
| Tachycardia | 7% | 5% |
| **Metabolic and Nutritional Disorders** | | |
| Weight gain | 2% | 0% |
| **Skin and Appendages** | | |
| Rash | 4% | 3% |
| **Respiratory System** | | |
| Rhinitis | 3% | 1% |
| **Special Senses** | | |
| Ear pain | 1% | 0% |

[1] Events for which the SEROQUEL incidence was equal to or less than placebo are not listed in the table, but included the following: pain, infection, chest pain, hostility, accidental injury, hypertension, hypotension, nausea, vomiting, diarrhea, myalgia, agitation, insomnia, anxiety, nervousness, akathisia, hypertonia, tremor, depression, paresthesia, pharyngitis, dry skin, amblyopia, and urinary tract infection.

| Dose Groups | Placebo | 75 mg | 150 mg | SEROQUEL 300 mg | 600 mg | 750 mg |
|---|---|---|---|---|---|---|
| Parkinsonism | -0.6 | -1.0 | -1.2 | -1.6 | -1.8 | -1.8 |
| EPS incidence | 16% | 6% | 6% | 4% | 8% | 6% |
| Anticholinergic Medications | 14% | 11% | 10% | 8% | 12% | 11% |

## Seroquel—Cont.

### HOW SUPPLIED
25 mg Tablets (NDC 0310-0275) peach, round, biconvex, film coated tablets, identified with 'SEROQUEL' and '25' on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.
100 mg Tablets (NDC 0310-0271) yellow, round, biconvex film coated tablets, identified with 'SEROQUEL' and '100' on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.
200 mg Tablets (NDC 0310-0272) white, round, biconvex, film coated tablets, identified with 'SEROQUEL' and '200' on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.
Store at 25°C (77°F) excursions permitted to 15–30°C (59–86°F). [See USP]

### ANIMAL TOXICOLOGY
Quetiapine caused a dose-related increase in pigment deposition in thyroid gland in rat toxicity studies which were 4 weeks in duration or longer and in a mouse 2-year carcinogenicity study. Doses were 10–250 mg/kg in rats, 75–750 mg/kg in mice; these doses are 0.1–3.0, and 0.1–4.5 times the maximum recommended human dose (on a $mg/m^2$ basis), respectively. Pigment deposition was shown to be irreversible in rats. The identity of the pigment could not be determined, but was found to be co-localized with quetiapine in thyroid gland follicular epithelial cells. The functional effects and the relevance of this finding to human risk are unknown.

In dogs receiving quetiapine for 6 or 12 months, but not for 1 month, focal triangular cataracts occurred at the junction of posterior sutures in the outer cortex of the lens at a dose of 100 mg/kg, or 4 times the maximum recommended human dose on a $mg/m^2$ basis. This finding may be due to inhibition of cholesterol biosynthesis by quetiapine. Quetiapine caused a dose related reduction in plasma cholesterol levels in repeat-dose dog and monkey studies; however, there was no correlation between plasma cholesterol and the presence of cataracts in individual dogs. The appearance of delta-8-cholestanol in plasma is consistent with inhibition of a late stage in cholesterol biosynthesis in these species. There also was a 25% reduction in cholesterol content of the outer cortex of the lens observed in a special study in quetiapine treated female dogs. Drug-related cataracts have not been seen in any other species; however, in a 1-year study in monkeys, a striated appearance of the anterior lens surface was detected in 2/7 females at a dose of 225 mg/kg or 5.5 times the maximum recommended human dose on a $mg/m^2$ basis.

Manufactured by:
**ZENECA**
**Pharmaceuticals**
A Business Unit of Zeneca Inc.
Wilmington, Delaware 19850-5347
64122-00                                   Rev C 11/97
*Shown in Product Identification Guide, page 346*

---

## SORBITRATE®     ℞
[sorb 'i-trate]
(Isosorbide Dinitrate)

### DESCRIPTION
Isosorbide dinitrate (ISDN) is 1,4:3,6-dianhydro-D-glucitol 2,5-dinitrate, an organic nitrate whose structural formula is:



and whose molecular weight is 236.14. The organic nitrates are vasodilators, active on both arteries and veins.
Isosorbide dinitrate is a white, crystalline, odorless compound which is stable in air and in solution, has a melting point of 70°C and has an optical rotation of +134° (c = 1.0, alcohol, 20°C). Isosorbide dinitrate is freely soluble in organic solvents such as acetone, alcohol, and ether; but is only sparingly soluble in water.
SORBITRATE is available as:

**SORBITRATE® CHEWABLE TABLETS USP**
**5 mg Chewable Tablet.** Each tablet contains 5 mg of isosorbide dinitrate. Inactive Ingredients: Blue 1, confectioner's sugar, corn starch, flavor, hydrogenated vegetable oil, magnesium stearate, mannitol, povidone, Yellow 10.

**SORBITRATE® ORAL TABLETS USP**
**5 mg Oral Tablet.** Each tablet contains 5 mg of isosorbide dinitrate. Inactive Ingredients: Blue 1, corn starch, lactose (hydrous), magnesium stearate, pregelatinized starch, Yellow 10.
**10 mg Oral Tablet.** Each tablet contains 10 mg of isosorbide dinitrate. Inactive Ingredients: corn starch, lactose (hydrous), magnesium stearate, pregelatinized starch, Yellow 10.
**20 mg Oral Tablet.** Each tablet contains 20 mg of isosorbide dinitrate. Inactive Ingredients: Blue 1, corn starch, lactose (hydrous), magnesium stearate, pregelatinized starch.
**30 mg Oral Tablet.** Each tablet contains 30 mg of isosorbide dinitrate. Inactive Ingredients: corn starch, lactose (hydrous), magnesium stearate, pregelatinized starch.
**40 mg Oral Tablet.** Each tablet contains 40 mg of isosorbide dinitrate. Inactive Ingredients: Blue 1, corn starch, lactose (hydrous), magnesium stearate, pregelatinized starch.

### CLINICAL PHARMACOLOGY
The principal pharmacological action of isosorbide dinitrate is relaxation of vascular smooth muscle and consequent dilatation of peripheral arteries and veins, especially the latter. Dilatation of the veins promotes peripheral pooling of blood and decreases venous return to the heart, thereby reducing left ventricular end-diastolic pressure and pulmonary capillary wedge pressure (preload). Arteriolar relaxation reduces systemic vascular resistance, systolic arterial pressure, and mean arterial pressure (afterload). Dilatation of the coronary arteries also occurs. The relative importance of preload reduction, afterload reduction, and coronary dilatation remains undefined.
Dosing regimens for most chronically used drugs are designed to provide plasma concentrations that are continuously greater than a minimally effective concentration. This strategy is inappropriate for for organic nitrates. Several well-controlled clinical trials have used exercise testing to assess the anti-anginal efficacy of continuously-delivered nitrates. In the large majority of these trials, active agents were no more effective than placebo after 24 hours (or less) of continuous therapy. Attempts to overcome nitrate tolerance by dose escalation, even to doses far in excess of those used acutely, have consistently failed. Only after nitrates have been absent from the body for several hours has their anti-anginal efficacy been restored.

**Pharmacokinetics:** Once absorbed, the distribution volume of isosorbide dinitrate is 2–4 L/kg, and this volume is cleared at the rate of 2–4 L/min, so ISDN's half-life in serum is about an hour. Since the clearance exceeds hepatic blood flow, considerable extrahepatic metabolism must also occur. Clearance is effected primarily by denitration to the 2-mononitrate (15%–25%) and the 5-mononitrate (75%–85%). Both metabolites have biological activity, especially the 5-mononitrate. With an overall half-life of about 5 hours, the 5-mononitrate is cleared from the serum by denitration to isosorbide; glucuronidation to the 5-mononitrate glucuronide; and denitration/hydration to sorbitol. The 2-mononitrate has been less well studied, but it appears to participate in the same metabolic pathways, with a half-life of about 2 hours.

The daily dose-free interval sufficient to avoid tolerance to organic nitrates has not been well defined. Studies of nitroglycerin (an organic nitrate with a very short half-life) have shown that daily dose-free intervals of 10–12 hours are usually sufficient to minimize tolerance. Daily dose-free intervals that have succeeded in avoiding tolerance during trials of moderate doses (eg, 30 mg) of immediate-release ISDN have generally been somewhat longer (at least 14 hours), but this is consistent with the longer half-lives of ISDN and its active metabolites.

Few well-controlled clinical trials of organic nitrates have been designed to detect rebound or withdrawal effects. In one such trial, however, subjects receiving nitroglycerin had *less* exercise tolerance at the end of the daily dose-free interval than the parallel group receiving placebo. The incidence, magnitude, and clinical significance of similar phenomena in patients receiving ISDN have not been studied.

Bioavailability of ISDN after single sublingual doses is 40%–50%. Multiple-dose studies of sublingual ISDN pharmacokinetics have not been reported; multiple-dose studies of ingested ISDN have observed progressive increases in bioavailability during chronic therapy. Serum levels of ISDN reach their maxima 10–15 minutes after sublingual dosing.

Absorption of isosorbide dinitrate after oral dosing is nearly complete, but bioavailability is highly varible (10%–90%), with extensive first-pass metabolism in the liver. Serum levels reach their maxima about an hour after ingestion. The average bioavailability of ISDN is about 25%; most studies have observed progressive increases in bioavailability during chronic therapy.

The absorption kinetics of chewable isosorbide dinitrate tablets have not been studied. Absorption of ingested ISDN is known to be nearly complete, although bioavailability is highly variable. Ingested ISDN undergoes extensive first-pass metabolism in the liver; it is not known what portion of this first-pass effect is avoided by buccal absorption of the chewable formulation.

Kinetic studies of absorption of immediate-release formulations of ISDN have found highly variable bioavailability with extensive first-pass metabolism in the liver. Most such studies have observed progressive increases in bioavailability during chronic therapy.

**Clinical Trials:** In a controlled trial in which 0.4 mg of sublingual nitroglycerin took 1.9 minutes to begin to produce an anti-anginal effect, 5 mg of sublingual ISDN took 3.4 minutes to begin to produce a similar effect. In the same trial, the anti-anginal effect of the sublingual nitroglycerin was evident for about an hour, while that of the sublingual ISDN lasted about 2 hours.

In other controlled trials, the anti-anginal efficacy of sublingual ISDN has persisted for periods ranging from 30 minutes up to 4 hours.

Multiple-dose trials of sublingual ISDN have not been reported. Multiple-dose trials of ingested formulations of ISDN have shown that ISDN's anti-anginal efficacy is substantially attenuated by tolerance unless the daily regimen does not include at least one interdosing interval of at least 14 hours. The daily interdosing interval necessary in any chronic regimen using sublingual ISDN is not known.

In clinical trials, immediate-release oral isosorbide dinitrate has been administered in a variety of regimens, with total daily doses ranging from 30 mg to 480 mg.

Controlled trials of single oral doses of isosorbide dinitrate have demonstrated effective reductions in exercise-related angina for up to 8 hours. Anti-anginal activity is present about 1 hour after dosing.

Most controlled trials of multiple-dose oral ISDN taken every 12 hours (or more frequently) for several weeks have shown statistically significant anti-anginal efficacy for only 2 hours after dosing. Once-daily regimens, and regimens with at least one daily interval of at least 14 hours (eg, a regimen providing doses at 0800, 1400 and 1800) have shown efficacy after the first dose of each day that was similar to that shown in the single-dose studies cited above.

In controlled trials in which sublingual nitroglycerin took $1^{1}/_{2}$–2 minutes to begin to produce an anti-anginal effect, chewable ISDN tablets took $2^{1}/_{2}$–3 minutes to begin to produce a similar effect. In these same trials, the anti-anginal effect of sublingual nitroglycerin was evident for about 1–$1^{1}/_{2}$ hours, while that of chewable ISDN lasted about an hour longer.

Clinical trials of chewable ISDN have used doses of 5 and 10 mg. It is not known whether lower doses would be equally effective.

Multiple-dose trials of chewable ISDN have not been reported. Multiple-dose trials of ingested formulations of ISDN have shown that ISDN's anti-anginal efficacy is substantially attenuated by tolerance unless the daily regimen does not include at least one interdosing interval of at least 14 hours. The daily interdosing interval necessary in any chronic regimen using chewable ISDN is, because of the rapid onset of action of this formulation, probably somewhat longer.

From large, well-controlled studies of other nitrates, it is reasonable to believe that the maximal achievable daily duration of anti-anginal effect from isosorbide dinitrate is about 12 hours. No dosing regimen for isosorbide dinitrate has, however, ever actually been shown to achieve this duration of effect. In the absence of data from multiple-dose trials, and considering the capacity of organic nitrates to induce tolerance, it is not reasonable to assume that multiple sublingual ISDN tablets taken during the course of a day will all have similar effects.

### INDICATIONS AND USAGE
SORBITRATE sublingual tablets and chewable tablets are indicated for the prevention and treatment of angina pectoris due to coronary artery disease. However, because the onset of action of these tablets is significantly slower than that of sublingual nitroglycerin, they are not the drug of first choice for abortion of an acute anginal episode.

SORBITRATE oral tablets are indicated for the prevention of angina pectoris due to coronary artery disease. The onset of action of immediate release oral isosorbide dinitrate is not sufficiently rapid for this product to be useful in aborting an acute anginal episode.

### CONTRAINDICATIONS
Allergic reactions to organic nitrates are extremely rare, but they do occur. Isosorbide dinitrate is contraindicated in patients who are allergic to it or other nitrates.

### WARNINGS
The benefits of isosorbide dinitrate in patients with acute myocardial infarction or congestive heart failure have not been established. If one elects to use isosorbide dinitrate in these conditions, careful clinical or hemodynamic monitor-