# EXHIBIT 7

## ATTACHMENT 1

## DRAFT LABELING PROPOSAL

Note: Brackets [] embedded within the text that follows include comments and explanations concerning the proposed draft labeling. For some sections, few changes were proposed, while others required extensive modification. This revision is based on the version of labeling submitted in the 7-29-96 original submission. If you feel that further revisions are necessary to this draft, please use this exact document as the starting document. Please use the 'strikeout' font to indicate the material you wish to delete and the 'redline' font to indicate the material you wish to add.

## SEROQUEL
## (Quetiapine)

### DESCRIPTION

[We have modified the name according to USAN (see official name #2), and changed the molecular weight slightly.]

SEROQUEL (quetiapine fumarate) is an antipsychotic drug belonging to a new chemical class, the dibenzothiazepine derivatives. The chemical designation is 2-[2-(4-dibenzo $[b,f]$ [1,4]thiazepin-11-yl-1-piperazinyl)ethoxy]-ethanol fumarate (2:1) (salt). It is present in tablets as the fumarate salt. All doses and tablet strengths are expressed as milligrams of base, not as fumarate salt. Its molecular formula is $C_{42}H_{50}N_6O_4S_2 \bullet C_4H_4O_4$ and it has a molecular weight of 883.11 (fumarate salt). The structural formula is:

[Structure here.]

Quetiapine fumarate is a white to off-white crystalline powder which is moderately soluble in water.

SEROQUEL is supplied for oral administration as 25 mg (peach), 100 mg (yellow) and 200 mg (white) tablets.

Inactive ingredients are povidone, dibasic dicalcium phosphate dihydrate, microcrystalline cellulose, sodium starch glycolate, lactose monohydrate, magnesium stearate, hydroxypropyl methylcellulose, polyethylene glycol and titanium dioxide.

1

AZSER00287771

The 25 mg tablets contain red ferric oxide and yellow ferric oxide and the 100 mg tablets contain only yellow ferric oxide.

## CLINICAL PHARMACOLOGY

### Pharmacodynamics

[We have extensively modified this subsection. We believe it is most informative to neutrally and quantitatively describe the receptor binding profile of Seroquel, while allowing some speculation about the basis of both its therapeutic as well as other effects. It is our view that the link between behavioral and electrophysiological animal models and human effects is too weak to justify including such findings in this section of labeling. Similarly we believe the relevance of the human PET findings regarding D2 occupancy are unknown.]

Seroquel is an antagonist at multiple neurotransmitter receptors in the brain: serotonin $5HT_{1A}$ and $5HT_2$ ($IC_{50s}$=717 & 148nM respectively), dopamine $D_1$ and $D_2$ ($IC_{50s}$=1268 & 329nM respectively), histamine $H_1$ ($IC_{50}$=30nM), and adrenergic $\alpha_1$ and $\alpha_2$ receptors ($IC_{50s}$=94 & 271nM, respectively). Seroquel has no appreciable affinity at cholinergic muscarinic and benzodiazepine receptors ($IC_{50s}$>5000 nM).

The mechanism of action of Seroquel, as with other antipsychotic drugs, is unknown. However, it has been proposed that this drug's antipsychotic activity is mediated through a combination of dopamine type 2 (D2) and serotonin type 2 ($5-HT_2$) antagonism. Antagonism at receptors other than dopamine and $5HT_2$ with similar receptor affinities may explain some of the other effects of Seroquel.

Seroquel's antagonism of histamine $H_1$ receptors may explain the somnolence observed with this drug.

Seroquel's antagonism of adrenergic $\alpha_1$ receptors may explain the orthostatic hypotension observed with this drug.

### Pharmacokinetics

[We have made extensive changes to the content and format of this subsection.]

Quetiapine fumarate activity is primarily due to the parent drug. The multiple-dose pharmacokinetics of quetiapine are dose-proportional within the proposed clinical dose range, and quetiapine accumulation is predictable upon multiple dosing. Elimination of quetiapine is mainly via hepatic metabolism with a mean terminal half-life of about 6 hours within the proposed clinical dose range. Steady state concentrations are expected to be achieved within two

2

AZSER00287772

days of dosing. Quetiapine is unlikely to interfere with the metabolism of drugs metabolized by cytochrome P450 enzymes.

Absorption

Quetiapine fumarate is rapidly absorbed after oral administration, reaching peak plasma concentrations in 1.5 hours. The tablet formulation is 100% bioavailable relative to solution. The bioavailability of quetiapine is marginally affected by administration with food, with $C_{max}$ and AUC values increased by 25% and 15%, respectively.

Distribution

Quetiapine is widely distributed throughout the body with an apparent volume of distribution of 10±4 L/kg. It is 83 % bound to plasma proteins at therapeutic concentrations. In vitro, quetiapine did not affect the binding of warfarin or diazepam to human serum albumin. In turn, neither warfarin nor diazepam altered the binding of quetiapine.

Metabolism and Elimination

Following a single oral dose of $^{14}C$-quetiapine, less than 1% of the administered dose was excreted as unchanged drug, indicating that quetiapine is highly metabolized. Approximately 73% and 20% of the dose was recovered in the urine and feces, respectively.

Quetiapine is extensively metabolized by the liver. The major metabolic pathways are sulfoxidation to the sulfoxide metabolite and oxidation to the parent acid metabolite; both metabolites are pharmacologically inactive. In vitro studies using human liver microsomes revealed that the cytochrome P450 3A4 isozyme is involved in the metabolism of quetiapine to its major, but inactive, sulfoxide metabolite.

Population Subgroups

Age - Oral clearance of quetiapine was reduced by 40 % in elderly patients (≥ 65 years, n=9) compared to young patients (n=12), and dosing adjustment may be necessary (See **DOSAGE AND ADMINISTRATION**).

Gender - There is no gender effect on the pharmacokinetics of quetiapine.

Race - There is no race effect on the pharmacokinetics of quetiapine.

Smoking - Smoking has no effect on the oral clearance of quetiapine.

Renal Insufficiency - Patients with severe renal impairment (Clcr=10-30 mL/min/1.73 m$^2$, n=8) had a 25 % lower mean oral clearance than normal subjects (Clcr > 80 mL/min/

3

AZSER00287773

1.73 m², n=8), but plasma quetiapine concentrations in the subjects with renal insufficiency were within the range of concentrations seen in normal subjects receiving the same dose. Dosage adjustment is therefore not needed in these patients.

Hepatic Insufficiency - Hepatically impaired patients (n=8) had a 30 % lower mean oral clearance of quetiapine than normal subjects. In two of the 8 hepatically impaired patients, AUC and Cmax were 3-times higher than those observed typically in healthy subjects. Since quetiapine is extensively metabolized by the liver, higher plasma levels are expected in the hepatically impaired population, and dosage adjustment may be needed. (See **DOSAGE AND ADMINISTRATION**).

Drug-Drug Interactions

*In vitro* enzyme inhibition data suggest that quetiapine and 9 of its metabolites would have little inhibitory effect on *in vivo* metabolism mediated by cytochromes P450 1A2, 2C9, 2C19, 2D6 and 3A4.

Quetiapine oral clearance is induced by the prototype cytochrome P450 3A4 inducer, phenytoin. Dose adjustment of quetiapine will be necessary if it is coadministered with phenytoin (see Drug Interactions under Precautions and DOSAGE AND ADMINISTRATION).

Quetiapine oral clearance is not inhibited by the non-specific enzyme inhibitor, cimetidine.

Quetiapine at doses of 750 mg/day did not affect the single dose pharmacokinetics of antipyrine, lithium or lorazepam. (See PRECAUTIONS - DRUG INTERACTIONS)

**Clinical Efficacy Data**

[We have made several modifications to this subsection.

(1) We have not described study 0006, since we consider that to be a marginal study that did not consistently demonstrate the effectiveness of Seroquel.

(2) We have added a statement regarding the results of subgroup analyses.

(3) We have changed the title of this subsection to Clinical Efficacy Data, since safety findings are addressed elsewhere in labeling.

(4) We have made other slight editorial changes.]

The efficacy of seroquel in the management of the manifestations of psychotic disorders was established in 3 short-term (6-week) controlled trials of psychotic inpatients who met DSM III-R criteria for schizophrenia. Although a single fixed dose haloperidol arm was included as a

4

AZSER00287774

comparative treatment in one of the three trials, this single haloperidol dose group was inadequate to provide a reliable and valid comparison of seroquel and haloperidol.

Several instruments were used for assessing psychiatric signs and symptoms in these studies, among them the Brief Psychiatric Rating Scale (BPRS), a multi-item inventory of general psychopathology traditionally used to evaluate the effects of drug treatment in psychosis. The BPRS psychosis cluster (conceptual disorganization, hallucinatory behavior, suspiciousness, and unusual thought content) is considered a particularly useful subset for assessing actively psychotic schizophrenic patients. A second traditional assessment, the Clinical Global Impression (GGI), reflects the impression of a skilled observer, fully familiar with the manifestations of schizophrenia, about the overall clinical state of the patient. In addition, the Scale for Assessing Negative Symptoms (SANS), a more recently developed but less well evaluated scale, was employed for assessing negative symptoms.

The results of the trials follow:

(1) In a 6-week, placebo-controlled trial (n=361) involving 5 fixed doses of SEROQUEL (75, 150, 300, 600 and 750 mg/day on a tid schedule), the 4 highest doses of SEROQUEL were generally superior to placebo on the BPRS total score, the BPRS psychosis cluster and the CGI severity score, with the maximal effect seen at 300 mg/day, and the effects of doses of 150 to 750 were generally indistinguishable. SEROQUEL, at a dose of 300 mg/day, was superior to placebo on the SANS.

(2) In a 6-week, placebo-controlled trial (n=286) involving titration of SEROQUEL in high (up to 750 mg/day on a tid schedule) and low (up to 250 mg/day on a tid schedule) doses, only the high dose SEROQUEL group (mean dose, 500 mg/day) was generally superior to placebo on the BPRS total score, the BPRS psychosis cluster, the CGI severity score and the SANS.

(3) In a 6-week dose and dose regimen comparison trial (n=618) involving two fixed doses of SEROQUEL (450 mg/day on both bid and tid schedules and 50 mg/day on a bid schedule), only the 450 mg/day (225 mg bid schedule) dose group was generally superior to the 50 mg/day (25 mg/day bid) SEROQUEL dose group on the BPRS total score, the BPRS psychosis cluster, the CGI severity score, and on the SANS.

Examination of population subsets (race, gender, and age) did not reveal any differential responsiveness on the basis of race or gender, but was suggestive of an age interaction, with an apparently greater effect in patients under the age of 40 compared to those older than 40. The clinical significance of this finding is unknown.

**INDICATIONS AND USAGE**

[We have slightly edited this section.]

5

AZSER00287775

Seroquel is indicated for the management of the manifestations of psychotic disorders.

The antipsychotic efficacy of Seroquel was established in short-term (6-week) controlled trials of schizophrenic inpatients (See CLINICAL PHARMACOLOGY).

The effectiveness of Seroquel in long-term use, that is, for more than 6 weeks, has not been systematically evaluated in controlled trials. Therefore, the physician who elects to use Seroquel for extended periods should periodically re-evaluate the long-term usefulness of the drug for the individual patient (See DOSAGE AND ADMINISTRATION).

## CONTRAINDICATIONS

[No changes were made to this section.]

SEROQUEL is contraindicated in individuals with a known hypersensitivity to this medication or any of its ingredients.

## WARNINGS

[We have changed the order of the NMS and TD statements to make Seroquel labeling consistent with other antipsychotic drug labeling.]

**Neuroleptic Malignant Syndrome (NMS)**

A potentially fatal symptom complex sometimes referred to as Neuroleptic Malignant Syndrome (NMS) has been reported in association with administration of antipsychotic drugs. Two possible cases of NMS [2/2387 (0.1%)] have been reported in clinical trials with Seroquel. Clinical manifestations of NMS are hyperpyrexia, muscle rigidity, altered mental status and evidence of autonomic instability (irregular pulse or blood pressure, tachycardia, diaphoresis and cardiac dysrhythmia). Additional signs may include elevated creatinine phosphokinase, myoglobinuria (rhabdomyolysis), and acute renal failure.

The diagnostic evaluation of patients with this syndrome is complicated. In arriving at a diagnosis, it is important to exclude cases where the clinical presentation includes both serious medical illness (e.g., pneumonia, systemic infection, etc.) and untreated or inadequately treated extrapyramidal signs and symptoms (EPS). Other important considerations in the differential diagnosis include central anticholinergic toxicity, heat stroke, drug fever, and primary central nervous system (CNS) pathology.

AZSER00287776

The management of NMS should include: 1) immediate discontinuation of antipsychotic drugs and other drugs not essential to concurrent therapy; 2) intensive symptomatic treatment and medical monitoring; and 3) treatment of any concomitant serious medical problems for which specific treatments are available. There is no general agreement about specific pharmacological treatment regimens for NMS.

If a patient requires antipsychotic drug treatment after recovery from NMS, the potential reintroduction of drug therapy should be carefully considered. The patient should be carefully monitored, since recurrences of NMS have been reported.

**Tardive Dyskinesia**

> [We have deleted your discussion of possible reasons for anticipating that Seroquel may be less likely to be associated with TD than other antipsychotic drugs, since we view it as speculative.]

A syndrome of potentially irreversible, involuntary, dyskinetic movements may develop in patients treated with antipsychotic drugs. Although the prevalence of the syndrome appears to be highest among the elderly, especially elderly women, it is impossible to rely upon prevalence estimates to predict, at the inception of antipsychotic treatment, which patients are likely to develop the syndrome. Whether antipsychotic drug products differ in their potential to cause tardive dyskinesia is unknown.

The risk of developing tardive dyskinesia and the likelihood that it will become irreversible are believed to increase as the duration of treatment and the total cumulative dose of antipsychotic drugs administered to the patient increase. However, the syndrome can develop, although much less commonly, after relatively brief treatment periods at low doses.

There is no known treatment for established cases of tardive dyskinesia, although the syndrome may remit, partially or completely, if antipsychotic treatment is withdrawn. Antipsychotic treatment, itself, however, may suppress (or partially suppress) the signs and symptoms of the syndrome and thereby may possibly mask the underlying process. The effect that symptomatic suppression has upon the long-term course of the syndrome is unknown.

Given these considerations, Seroquel should be prescribed in a manner that is most likely to minimize the occurrence of tardive dyskinesia. Chronic antipsychotic treatment should generally be reserved for patients who suffer from a chronic illness that (1) is known to respond to antipsychotic drugs, and (2) for whom alternative, equally effective, but potentially less harmful treatments are not available or appropriate. In patients who do require chronic treatment, the smallest dose and the shortest duration of treatment producing a satisfactory clinical response should be sought. The need for continued treatment should be reassessed periodically.

If signs and symptoms of tardive dyskinesia appear in a patient on Seroquel, drug discontinuation

7

AZSER00287777

should be considered. However, some patients may require treatment with Seroquel despite the presence of the syndrome.

**PRECAUTIONS**

**General**

> [We have added 5 subsections, i.e., cataracts, hypothyroidism, hyperprolactinemia, elevated cholesterol/triglycerides, and dysphagia. We have revised some of the other subsections. We have also changed the ordering of subsections.]

<u>Orthostatic Hypotension</u>

> [We have made minor changes in this section. However, we ask that you conduct some additional analyses to provide a better basis for describing this finding. In particular, more information is needed about the relationship of these syncopal events to either the first dose or later increases in dose. The statement suggests this is primarily a first dose phenomenon, and advises caution during initial titration, however, this advice has not been adequately documented. Was the advice for conservative initial dosing added later in development, and if so, did it result in a reduction in postural changes?]

SEROQUEL may induce orthostatic hypotension associated with dizziness, tachycardia and, in some patients, syncope, especially during the initial dose-titration period, probably reflecting its $\alpha_1$-adrenergic antagonist properties. Syncope was reported in 1% (22/2162) of the patients treated with SEROQUEL, compared with 0% (0/206) on placebo and about 0.5% (2/420) on active control drugs. The risk of orthostatic hypotension and syncope may be minimized by limiting the initial dose to 25 mg bid (See DOSAGE AND ADMINISTRATION). If hypotension occurs during titration to the target dose, a return to the previous dose in the titration schedule is appropriate.

SEROQUEL should be used with particular caution in patients with known cardiovascular disease (history of myocardial infarction or ischemic heart disease, heart failure or conduction abnormalities), cerebrovascular disease or conditions which would predispose patients to hypotension (dehydration, hypovolemia and treatment with antihypertensive medications).

<u>Cataracts</u>

> [While we agree that a causal link between Seroquel use in patients and lens pathology has not been definitively established, the data are suggestive enough of a possible linkage that we feel the concern merits a mention in this section and routine slit lamp exams. In addition, we ask that you conduct a phase 4 study to further explore this matter (see letter).]

8

AZSER00287778

The development of cataracts was observed in association with quetiapine treatment in chronic dog studies (see Animal Toxicology). Lens changes have also been observed in patients during long-term Seroquel treatment, but a causal relationship to Seroquel use has not been established. Ophthalmological evaluation, including slit lamp exams, is recommended at baseline and at 6 month intervals during chronic treatment.

Seizures

[We have slightly modified your proposed seizure statement.]

During clinical trials, seizures occurred in 0.8% (18/2387) of patients treated with SEROQUEL. compared to 0.5% (1/206) on placebo and 1% (4/420) on active control drugs. As with other antipsychotics SEROQUEL should be used cautiously in patients with a history of seizures or with conditions that potentially lower the seizure threshold, e.g., Alzheimer's dementia. Conditions that lower the seizure threshold may be more prevalent in a population of 65 years or older.

Hypothyroidism

[While we agree that, for most patients, the T4 changes are of no clinical significance, we nevertheless feel that a mention of this finding is justified in Precautions. We ask that you conduct a study using the alternative assay suggested by your consultant, to explore the possibility that the finding is an artefact of assay methodology (see letter). We also ask that you provide some additional displays of the T4 data, stratified by age and gender. In addition, we ask that you provide all available thyroid data for the 10 patients who experienced increases in TSH.]

Clinical trials with Seroquel demonstrated a dose-related decrease in total and free thyroxine (T4) of approximately 20% at the higher end of the therapeutic dose range that was apparent early on during treatment and maintained without adaptation or progression during more chronic therapy. Generally, these changes were of no clinical significance and TSH was unchanged in most patients, but about 0.4% (10/2386) of Seroquel patients did experience TSH increases. Six of the patients with TSH increases needed replacement thyroid treatment.

Cholesterol and Triglyceride Elevations

[We have added this information in Precautions since we consider the changes of potential clinical importance. We ask that you conduct further analyses of these data to better understand the findings. Please consider the following additional analyses, among others you may wish to do: correlate change in weight vs either change in total cholesterol or triglycerides; look at changes in total cholesterol and triglycerides stratified by baseline total cholesterol, weight, etc; look at the distribution of change from baseline in total cholesterol and triglycerides using a cumulative distribution function display. These

9

AZSER00287779