analyses may provide a basis for further modifications in this statement.]

In a pool of 3- to 6-week placebo controlled trials, Seroquel treated patients had increases from baseline in cholesterol and triglyceride of 11% and 17%, respectively, compared to slight decreases for placebo patients. These changes were only weakly related to the increases in weight observed in Seroquel-treated patients.

Hyperprolactinemia

[Although prolactin increases were not demonstrated in clinical studies with Seroquel, the animal data for this compound reveal that it does have the capacity to increase prolactin release. Consequently, we have included a modified hyperprolactinemia statement for this section.]

Although an elevation of prolactin levels was not demonstrated in clinical trials with Seroquel, increased prolactin levels were observed in rat studies with this compound, and were associated with an increase in mammary gland neoplasia in rats (see CARCINOGENESIS). Tissue culture experiments indicate that approximately one-third of human breast cancers are prolactin dependent in vitro, a factor of potential importance if the prescription of these drugs is contemplated in a patient with previously detected breast cancer. Although disturbances such as galactorrhea, amenorrhea, gynecomastia, and impotence have been reported with prolactin-elevating compounds, the clinical significance of elevated serum prolactin levels is unknown for most patients. Neither clinical studies nor epidemiologic studies conducted to date have shown an association between chronic administration of this class of drugs and tumorigenesis in humans; the available evidence is considered too limited to be conclusive at this time.

Transaminase Elevations

[We have not modified this statement.]

Asymptomatic, transient and reversible elevations in serum transaminases (primarily ALT) have been reported. The proportions of patients with transaminase elevations of > 3 times the upper limits of the normal reference range in a pool of 3- to 6-week placebo controlled trials were approximately 6% for SEROQUEL compared to 1% for placebo. These hepatic enzyme elevations usually occurred within the first 3 weeks of drug treatment and promptly returned to pre-study levels with ongoing treatment with SEROQUEL.

Potential for Cognitive and Motor Impairment

[We have slightly modified your proposed statement regarding psychomotor impairment with Seroquel.]

Somnolence was a commonly reported adverse event in patients treated with SEROQUEL especially during the 3-5 day period of initial dose-titration. In the 3- to 6-week placebo

10

AZSER00287780

controlled trials, somnolence was reported in 18% of patients on SEROQUEL compared to 11% of placebo patients. Since Seroquel has the potential to impair judgment, thinking, or motor skills, patients should be cautioned about performing activities requiring mental alertness, such as operating a motor vehicle (including automobiles) or operating hazardous machinery until they are reasonably certain that SEROQUEL therapy does not affect them adversely.

Body Temperature Regulation

[We have slightly modified your proposed statement regarding body temperature dysregulation with Seroquel.]

Although not reported with SEROQUEL, disruption of the body's ability to reduce core body temperature has been attributed to antipsychotic agents. Appropriate care is advised when prescribing SEROQUEL for patients who will be experiencing conditions which may contribute to an elevation in core body temperature, e.g., exercising strenuously, exposure to extreme heat, receiving concomitant medication with anticholinergic activity, or being subject to dehydration.

Dysphagia

[We have added a statement regarding the possibility of dysphagia and aspiration pneumonia on the basis of the general concern about this association for antipsychotic drugs. While we acknowledge there were no reports of dysphagia and aspiration pneumonia specifically, there were reports of pnuemonia, including fatal cases. While we agree that these cases cannot be definitively linked to Seroquel treatment, we nevertheless feel that clinicians need to be alerted generally to the concern about dysphagia in vulnerable patients.]

Esophageal dysmotility and aspiration have been associated with antipsychotic drug use. Aspiration pneumonia is a common cause of morbidity and mortality in elderly patients, in particular those with advanced Alzheimer's dementia. Seroquel and other antipsychotic drugs should be used cautiously in patients at risk for aspiration pneumonia.

Suicide

[We have not modified this statement.]

The possibility of a suicide attempt is inherent in schizophrenia and close supervision of high risk patients should accompany drug therapy. Prescriptions for SEROQUEL should be written for the smallest quantity of tablets consistent with good patient management in order to reduce the risk of overdose.

Use in Patients with Concomitant Illness

11

[We have modified this statement, in particular by deleting information already included elsewhere in labeling.]

Clinical experience with Seroquel in patients with certain concomitant systemic illnesses (see Renal Impairment and Hepatic Impairment under CLINICAL PHARMACOLOGY, Special Populations) is limited.

Seroquel has not been evaluated or used to any appreciable extent in patients with a recent history of myocardial infarction or unstable heart disease. Patients with these diagnoses were excluded from premarketing clinical studies. Because of the risk of orthostatic hypotension with Seroquel, caution should be observed in cardiac patients (see Orthostatic Hypotension).

**Information for Patients**

[We have added a statement regarding heat exposure and dehydration, and slightly modified the statement on orthostatic hypotension.]

Physicians are advised to discuss the following issues with patients for whom they prescribe SEROQUEL.

<u>Orthostatic Hypotension</u>

Patients should be advised of the risk of orthostatic hypotension, especially during the 3-5 day period of initial dose titration, and also at times of re-initiating treatment or increases in dose.

<u>Interference with Cognitive and Motor Performance</u>

Since somnolence was a commonly reported adverse event associated with SEROQUEL treatment, patients should be advised of the risk of somnolence, especially during the 3-5 day period of initial dose titration. Patients should be cautioned about performing any activity requiring mental alertness, such as operating a motor vehicle (including automobiles) or operating hazardous machinery, until they are reasonably certain that SEROQUEL therapy does not affect them adversely.

<u>Pregnancy</u>

Patients should be advised to notify their physician if they become pregnant or intend to become pregnant during therapy.

<u>Nursing</u>

Patients should be advised not to breast feed if they are taking SEROQUEL.

<u>Concomitant Medication</u>

12

AZSER00287782

- As with other medications, patients should be advised to notify their physicians if they are taking, or plan to take, any prescription or over-the-counter drugs.

Alcohol

Patients should be advised to avoid consuming alcoholic beverages while taking SEROQUEL.

Heat Exposure and Dehydration

Patients should be advised regarding appropriate care in avoiding overheating and dehydration.

**Laboratory Tests**

No specific laboratory tests are recommended.

**Drug Interactions**

[We have made extensive changes to the format and content of this subsection.]

The risks of using Seroquel in combination with other drugs have not been extensively evaluated in systematic studies. Given the primary CNS effects of Seroquel, caution should be used when it is taken in combination with other centrally acting drugs. Seroquel potentiated the cognitive and motor effects of alcohol in a clinical trial in subjects with selected psychotic disorders, and alcoholic beverages should be avoided while taking Seroquel.

Because of its potential for inducing hypotension, Seroquel may enhance the effects of certain antihypertensive agents.

Seroquel may antagonize the effects of levodopa and dopamine agonists.

The Effect of Other Drugs on Seroquel

Phenytoin - Co-administration of quetiapine (250 mg tid) and phenytoin (100 mg tid) increased the mean oral clearance of quetiapine by 5-fold. Increased doses of SEROQUEL may be required to maintain control of psychotic symptoms in patients receiving quetiapine and phenytoin, or other hepatic enzyme inducers (e.g., carbamazepine, barbiturates, rifampin, glucocorticoids). Caution should be taken if phenytoin is withdrawn and replaced with a non-inducer (e.g., valproate). (see **DOSAGE AND ADMINISTRATION**)

Thioridazine - Thioridazine (200 mg BID) increased the oral clearance of quetiapine (300 mg BID) by 65 %.

Cimetidine - Administration of multiple daily doses of cimetidine (400 mg tid for 4 days)

AZSER00287783

resulted in a 20% decrease in the mean oral clearance of quetiapine (150 mg tid). Dosage adjustment for quetiapine is not required when it is given with cimetidine.

P450 3A Inhibitors - Although data are not available from clinical studies, caution is indicated when SEROQUEL is administered with a potent enzyme inhibitor of cytochrome P450 3A (e.g., ketoconazole, itraconazole, fluconazole, and erythromycin).

Fluoxetine, Imipramine, Haloperidol, and Risperidone - Coadministration of fluoxetine (60 mg once daily), imipramine (75 mg BID), haloperidol (7.5 mg BID), or risperidone (3 mg BID) with quetiapine (300 mg BID) did not alter the steady state pharmacokinetics of quetiapine.

Effect of Quetiapine on Other Drugs

Lorazepam - The mean oral clearance of lorazepam (2 mg, single dose) was reduced by 20% in the presence of quetiapine administered as 250 mg TID dosing.

Lithium - Concomitant administration of quetiapine (250 mg tid) with lithium had no effect on any of the steady state pharmacokinetic parameters of lithium.

Antipyrine - Administration of multiple daily doses up to 750 mg/day (on a tid schedule) of quetiapine to subjects with selected psychotic disorders had no clinically relevant effect on the clearance of antipyrine or urinary recovery of antipyrine metabolites. These results indicate that quetiapine does not significantly induce hepatic enzymes responsible for cytochrome P450 mediated metabolism of antipyrine.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**

[We have made substantial changes in this section, especially under Mutagenesis.]

Carcinogenesis

Carcinogenicity studies were conducted in C57BL mice and Wistar rats. Quetiapine was administered in the diet to mice at doses of 20, 75, 250, and 750 mg/kg and to rats by gavage at doses of 25, 75, and 250 mg/kg for two years. These doses are equivalent to 0.1, 0.5, 1.5, and 4.5 times the maximum human dose (800 mg/day) on a $mg/m^2$ basis (mice) or 0.3, 0.9, and 3.0 times the maximum human dose on a $mg/m^2$ basis (rats). There were statistically significant increases in thyroid gland follicular adenomas in male mice at doses of 250 and 750 mg/kg or 1.5 and 4.5 times the maximum human dose on a $mg/m^2$ basis and in male rats at a dose of 250 mg/kg or 3.0 times the maximum human dose on a $mg/m^2$ basis. Mammary gland adenocarcinomas were statistically significantly increased in female rats at all doses tested (25, 75, and 250 mg/kg or 0.3, 0.9, and 3.0 times the maximum recommended human dose on a $mg/m^2$ basis).

Thyroid follicular cell adenomas may have resulted from chronic stimulation of the thyroid gland

14

AZSER00287784

by thyroid stimulating hormone (TSH) resulting from enhanced metabolism and clearance of thyroxine by rodent liver. Changes in TSH, thyroxine, and thyroxine clearance consistent with this mechanism were observed in subchronic toxicity studies in rat and mouse and in a 1-year toxicity study in rat; however, the results of these studies were not definitive. The relevance of the increases in thyroid follicular cell adenomas to human risk, through whatever mechanism, is unknown.

Antipsychotic drugs have been shown to chronically elevate prolactin levels in rodents. Serum measurements in a 1-yr toxicity study showed that quetiapine increased median serum prolactin levels a maximum of 32- and 13-fold in male and female rats, respectively. Increases in mammary neoplasms have been found in rodents after chronic administration of other antipsychotic drugs and are considered to be prolactin-mediated. The relevance of this increased incidence of prolactin-mediated mammary gland tumors in rats to human risk is unknown (see Hyperprolactinemia in **PRECAUTIONS, General**).

Mutagenesis

The mutagenic potential of quietiapine was tested in six *in vitro* bacterial gene mutation assays and in an *in vitro* mammalian gene mutation assay in Chinese Hamster Ovary cells. However, sufficiently high concentrations of quetiapine may not have been used for all tester strains. Quetiapine did produce a reproducible increase in mutations in one *Salmonella typhimurium* tester strain in the presence of metabolic activation. No evidence of clastogenic potential was obtained in an *in vitro* chromosomal aberration assay in cultured human lymphocytes or in the *in vivo* micronucleus assay in rats.

Impairment of Fertility

Quetiapine decreased mating and fertility in male Sprague-Dawley rats at oral doses of 50 and 150 mg/kg or 0.6 and 1.8 times the maximum human dose on a mg/m$^2$ basis. Drug-related effects included increases in interval to mate and in the number of matings required for successful impregnation. These effects continued to be observed at 150 mg/kg even after a two-week period without treatment. The no-effect dose for impaired mating and fertility in male rats was 25 mg/kg, or 0.3 times the maximum human dose on a mg/m$^2$ basis. Quetiapine adversely affected mating and fertility in female Sprague-Dawley rats at an oral dose of 50 mg/kg, or 0.6 times the maximum human dose on a mg/m$^2$ basis. Drug-related effects included decreases in matings and in matings resulting in pregnancy, and an increase in the interval to mate. An increase in irregular estrus cycles was observed at doses of 10 and 50 mg/kg, or 0.1 and 0.6 times the maximum human dose on a mg/m$^2$ basis. The no-effect dose in female rats was 1 mg/kg, or 0.01 times the maximum human dose on a mg/m$^2$ basis.

**Pregnancy - Pregnancy Category C**

[Substantial changes were made to this section, including a C pregnancy category based on developmental effects.]

15

AZSER00287785

The teratogenic potential of quetiapine was studied in Wistar rats and Dutch Belted rabbits dosed during the period of organogenesis. No evidence of a teratogenic effect was detected in rats at doses of 25 to 200 mg/kg or 0.3 to 2.4 times the maximum human dose on a mg/m$^2$ basis or in rabbits at 25 to 100 mg/kg or 0.6 to 2.4 times the maximum human dose on a mg/m$^2$ basis. There was, however, evidence of embryo/fetal toxicity. Delays in skeletal ossification were detected in rat fetuses at doses of 50 and 200 mg/kg (0.6 and 2.4 times the maximum human dose on a mg/m$^2$ basis) and in rabbits at 50 and 100 mg/kg (1.2 and 2.4 times the maximum human dose on a mg/m$^2$ basis). Fetal body weight was reduced in rat fetuses at 200 mg/kg and rabbit fetuses at 100 mg/kg (2.4 times the maximum human dose on a mg/m$^2$ basis for both species). There was an increased incidence of a minor soft tissue anomaly (carpal/tarsal flexure) in rabbit fetuses at a dose of 100 mg/kg (2.4 times the maximum human dose on a mg/m$^2$ basis). Evidence of maternal toxicity (i.e., decreases in body weight gain and/or death) was observed at the high dose in the rat study and at all doses in the rabbit study. In a peri/postnatal reproductive study in rats, no drug-related effects were observed at doses of 1, 10, and 20 mg/kg or 0.01, 0.12, and 0.24 times the maximum human dose on a mg/m$^2$ basis. However, in a preliminary peri/postnatal study, there were increases in fetal and pup death, and decreases in mean litter weight at 150 mg/kg, or 3.0 times the maximum human dose on a mg/m$^2$ basis.

There are no adequate and well-controlled studies in pregnant women and Quetiapine should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

**Labor and Delivery**

[This statement is unchanged.]

The effect of Seroquel on labor and delivery in humans is unknown.

**Nursing Mothers**

[We have slightly edited this statement.]

Seroquel was excreted in milk of treated animals during lactation. It is not known if Seroquel is excreted in human milk. It is recommended that women receiving Seroquel should not breast feed.

**Pediatric Use**

[This statement is unchanged.]

The safety and effectiveness of Seroquel in pediatric patients have not been established.

**Geriatric Use**

[We have modified this statement.]

16

AZSER00287786

Of the approximately 2400 patients in clinical studies with Seroquel, 8% (190) were 65 years of age or over. In general, there was no indication of any different tolerability of Seroquel in the elderly compared to younger adults. Nevertheless, the presence of factors that might decrease pharmacokinetic clearance, increase the pharmacodynamic response to Seroquel, or cause poorer tolerance or orthostasis, should lead to consideration of a lower starting dose, slower titration, and careful monitoring during the initial dosing period in the elderly. The mean plasma clearance of Seroquel was reduced by 30% to 50% in elderly patients when compared to younger patients.(see Pharmacokinetics under Clinical Pharmacology and Dosage and Administration).

## ADVERSE REACTIONS

[Changes have been made to this section, both to its organization and content. We have assumed and indicated (second paragraph below) that adverse events were elicited by general inquiry, but please verify whether or not this was the case.]

The premarketing development program for Seroquel included over 2600 patients and/or normal subjects exposed to 1 or more doses of Seroquel. Of these 2600 subjects, approximately 2300 were patients who participated in multiple dose effectiveness trials, and their experience corresponded to approximately 865 patient-years. The conditions and duration of treatment with Seroquel varied greatly and included (in overlapping categories) open-label and double-blind phases of studies, inpatients and outpatients, fixed-dose and dose-titration studies, and short-term or longer-term exposure. Adverse reactions were assessed by collecting adverse events, results of physical examinations, vital signs, weights, laboratory analytes, ECGs, and results of ophthalmologic examinations.

Adverse events during exposure were obtained by general inquiry and recorded by clinical investigators using terminology of their own choosing. Consequently, it is not possible to provide a meaningful estimate of the proportion of individuals experiencing adverse events without first grouping similar types of events into a smaller number of standardized event categories. In the tables and tabulations that follow, standard COSTART terminology has been used to classify reported adverse events.

The stated frequencies of adverse events represent the proportion of individuals who experienced, at least once, a treatment-emergent adverse event of the type listed. An event was considered treatment emergent if it occurred for the first time or worsened while receiving therapy following baseline evaluation.

**Adverse Findings Observed in Short-Term, Controlled Trials**

<u>Adverse Events Associated with Discontinuation of Treatment in Short-Term, Placebo-Controlled Trials</u>

AZSER00287787

[We have revised this subsection, with a focus on a pool of similarly designed studies rather than the pool of all phase 2-3 studies that is the basis of your proposed subsection. Your proposed data are difficult to interpret for the reasons you have noted, i.e., very different durations of exposure for drug and placebo patients. Our data are derived from a table in your ISS based on a pool of studies 4, 6, 7, 8, 12, 13, 14, and 15. The only events of interest using this approach are somnolence and hypotension (we have combined postural hypotension and hypotension).]

Overall, there was little difference in the incidence of discontinuation due to adverse events (5% for Seroquel vs 3% for placebo) in a pool of controlled trials. However, discontinuations due to somnolence and hypotension were considered to be drug related (see Precautions):

| Adverse Event | Seroquel | Placebo |
|---|---|---|
| Somnolence | 1.2% | 0% |
| Hypotension | 0.7% | 0% |

Adverse Events Occurring at an Incidence of 1% or More Among Seroquel Treated Patients in Short-Term, Placebo-Controlled Trials

[We have removed the laboratory changes from this table, since they are incorporated in other subsections of Adverse Reactions or in other sections of labeling. We have also incorporated common and drug related adverse events into a paragraph preceding Table 1, rather than having a separate subsection.]

Table 1 enumerates the incidence, rounded to the nearest percent, of treatment-emergent adverse events that occurred during acute therapy (up to 6 weeks) of schizophrenia in 1% or more of patients treated with Seroquel (doses ranging from 75 to 750 mg/day) where the incidence in patients treated with Seroquel was greater than the incidence in placebo-treated patients.

The prescriber should be aware that the figures in the tables and tabulations cannot be used to predict the incidence of side effects in the course of usual medical practice where patient characteristics and other factors differ from those that prevailed in the clinical trials. Similarly, the cited frequencies cannot be compared with figures obtained from other clinical investigations involving different treatments, uses, and investigators. The cited figures, however, do provide the prescribing physician with some basis for estimating the relative contribution of drug and nondrug factors to the side effect incidence in the population studied.

In these studies, the most commonly observed adverse events associated with the use of Seroquel (incidence of 5% or greater) and observed at a rate on Seroquel at least twice that of placebo were dizziness (10%), postural hypotension (7%), dry mouth (7%), and dyspepsia (6%).

Table 1. Treatment-Emergent Adverse Experience

AZSER00287788

Incidence in 3- to 6-Week
Placebo-Controlled Clinical Trials[1]

| Body System/<br>Preferred Term | SEROQUEL<br>(n=510) | Placebo<br>(n=206) |
|---|---|---|
| **Body as a Whole** | | |
| Headache | 19% | 18% |
| Asthenia | 4% | 3% |
| Abdominal pain | 3% | 1% |
| Back pain | 2% | 1% |
| Fever | 2% | 1% |
| **Nervous System** | | |
| Somnolence | 18% | 11% |
| Dizziness | 10% | 4% |
| **Digestive System** | | |
| Constipation | 9% | 5% |
| Dry Mouth | 7% | 3% |
| Dyspepsia | 6% | 2% |
| **Cardiovascular System** | | |
| Postural hypotension | 7% | 2% |
| Tachycardia | 7% | 5% |
| **Metabolic and Nutritional Disorders** | | |
| Weight gain | 2% | 0% |
| **Skin and Appendages** | | |
| Rash | 4% | 3% |
| **Respiratory System** | | |
| Rhinitis | 3% | 1% |
| **Special Senses** | | |
| Ear pain | 1% | 0% |

[1] Events for which the SEROQUEL incidence was equal to or less than placebo are not listed in the table, but included the following: pain, infection, chest pain, hostility, accidental injury, hypertension, hypotension, nausea, vomiting, diarrhea, myalgia, agitation, insomnia, anxiety, nervousness, akathisia, hypertonia, tremor, depression, paresthesia, pharyngitis, dry skin, amblyopia and urinary tract infection.

AZSER00287789