Explorations for interactions on the basis of gender, age, and race did not reveal any clinically meaningful differences in adverse event occurrence on the basis of these demographic factors.

Dose Dependency of Adverse Events in Short-Term, Placebo-Controlled Trials

Dose-related Adverse Events:

Spontaneously elicited adverse event data from a study comparing five fixed doses of SEROQUEL (75 mg, 150 mg, 300 mg, 600 mg, and 750 mg/day) to placebo were explored for dose-relatedness of adverse events. Logistic regression analyses revealed a positive dose response ($p<0.05$) for the following adverse events: dyspepsia, abdominal pain, and weight gain.

Extrapyramidal Symptoms:

Data from one 6-week clinical trial comparing five fixed doses of SEROQUEL (75, 150, 300, 600, 750 mg/day) provided evidence for the lack of treatment-emergent extrapyramidal symptoms (EPS) and dose-relatedness for EPS associated with SEROQUEL treatment. Three methods were used to measure EPS (1) Simpson-Angus total score (mean change from baseline), which evaluates parkinsonism and akathisia, (2) incidence of spontaneous complaints of EPS (akathisia, akinesia, cogwheel rigidity, extrapyramidal syndrome, hypertonia, hypokinesia, neck rigidity, and tremor), and (3) use of anticholinergic medications to treat emergent EPS.

| Dose Groups | Placebo | SEROQUEL 75mg | 150mg | 300mg | 600mg | 750mg |
|---|---|---|---|---|---|---|
| Parkinsonism | -0.6 | -1.0 | -1.2 | -1.6 | -1.8 | -1.8 |
| EPS incidence | 16% | 6% | 6% | 4% | 8% | 6% |
| Anticholinergic Medications | 14% | 11% | 10% | 8% | 12% | 11% |

In three additional placebo-controlled clinical trials using variable doses of SEROQUEL, there were no differences between the SEROQUEL and placebo treatment groups in the incidence of EPS, as assessed by Simpson-Angus total scores, spontaneous complaints of EPS and the use of concomitant anticholinergic medications to treat EPS.

Vital Sign Changes

[The orthostatic changes in blood pressure are already addressed in Precautions, and only a reference to that section is needed here.]

Seroquel is associated with orthostatic hypotension (see Precautions).

20

AZSER00287790

Weight Gain

[This statement was modified to focus on weight gain.]

The proportions of patients meeting a weight gain criterion of ≥7% of body weight were compared in a pool of four 3- to 6-week placebo-controlled clinical trials, revealing a statistically significantly greater incidence of weight gain for SEROQUEL (23%) compared to placebo (6%).

Laboratory Changes

[We have modified this subsection, referring to earlier sections for transaminase findings, and deleting some of the discussion of negative findings.]

An assessment of the premarketing experience for Seroquel suggested that it is associated with asymptomatic increases in SGPT and increases in both total cholesterol and triglycerides (see Precautions).

An assessment of hematological parameters in short-term, placebo-controlled trials revealed no clinically important differences between Seroquel and placebo.

ECG Changes

[We have modified this subsection, moving the data from Precautions and noting the absence of important ECG changes, yet acknowledging the slight tachycardia seen with Seroquel that is likely reflective of the tendency for orthostatic hypotension.]

Between group comparisons for pooled placebo-controlled trials revealed no statistically significant Seroquel/placebo differences in the proportions of patients experiencing potentially important changes in ECG parameters, including QT, QTc, and PR intervals. However, the proportions of patients meeting the criteria for tachycardia were compared in four 3- 6-week-placebo-controlled clinical trials revealing a 1% (4/399) incidence for SEROQUEL compared to 0.6% (1/156) incidence for placebo. Seroquel use was associated with a mean increase in heart rate, assessed by ECG, of 7 beats per minute compared to a mean increase of 1 beat per minute among placebo patients. This slight tendency to tachycardia may be related to Seroquel's potential for inducing orthostatic changes (see Precautions).

**Other Adverse Events Observed During the Pre-Marketing Evaluation of Seroquel**

[(1) We have modified the introductory language to this section; some of the information contained in your proposed introductory comments has been moved to the beginning of Adverse Reactions.

(2) We have deleted several events that we consider unlikely related to drug: schizophrenic

21

AZSER00287791

reaction, CNS neoplasia, overdose, cellulitis, abscess, cyst, sepsis, accidental overdose, hernia, injection site reaction, neoplasm, periodontal abscess, bronchitis, sinusitis, laryngitis, fungal dermatitis, herpes simples, herpes zoster, cutaneous moniliasis, furunculosis, breast abscess, breast carcinoma, pyuria, otitis media, otitis externa, supraventricular extrasystoles, ventricular extrasystoles.

(3) We have deleted several events that we consider vague: speech disorder, movement disorder, personality disorder, drug dependence, neurosis, sleep disorder, intentional injury, allergic reaction, rectal disorder, tooth disorder, gastrointestinal disorder, tongue disorder, electrocardiogram abnormal, arrhythmia, EKG abnormal, edema, nail disorder, urination impaired, menstrual disorder, urine abnormality, joint disorder, tendon disorder, white blood cells abnormal, thyroid disorder.

We ask that you reconsider these vague terms and replace them, if feasible, with more meaningful terms.

(4) We have deleted several events that are already mentioned in Table 1 or elsewhere in labeling: insomnia, agitation, anxiety, nervousness, akathisia, hypertonia, tremor, depression, extrapyramidal syndrome, paresthesia, cogwheel rigidity, hypokinesia, convulsion, dystonia, oculogyric crisis, akinesia, grand mal convulsion, torticollis, trismus, pain, infection, accidental injury, chest pain, hostility, neck rigidity, nausea, vomiting, diarrhea, hypotension, hypertension, syncope, dry skin, urinary tract infection, amblyopia, myalgia, cataract, and cataract specified.

(5) We also ask that you consider further modifications of this subsection. You might restrict it to adverse events that can be considered serious or for which there are at least 2 instances of the event in the database. The introductory language to the section would then also need to be modified.

(6) All gender specific terms, e.g., impotence, need to be corrected for the appropriate denominator and noted as such with an asterisk.]

Following is a list of COSTART terms that reflect treatment-emergent adverse events as defined in the introduction to the ADVERSE REACTIONS section reported by patients treated with Seroquel at multiple doses $\geq$ 75 mg/day during any phase of a trial within the premarketing database of approximately 2200 patients. All reported events are included except those already listed in Table 1 or elsewhere in labeling, those events for which a drug cause was remote, and those event terms which were so general as to be uninformative. It is important to emphasize that, although the events reported occurred during treatment with Seroquel, they were not necessarily caused by it.

Events are further categorized by body system and listed in order of decreasing frequency according to the following definitions: frequent adverse events are those occurring in at least 1/100 patients (only those not already listed in the tabulated results from placebo controlled trials appear in this listing); infrequent adverse events are those occurring in 1/100 to 1/1000 patients; rare events are

22

AZSER00287792

those occurring in fewer than 1/1000 patients.

*Nervous System: Infrequent:* abnormal dreams, thinking abnormal, vertigo, tardive dyskinesia, amnesia, dyskinesia, psychosis, confusion, hyperkinesia, dysarthria, hallucinations, paranoid reaction, incoordination, libido increased, urinary retention, delusions, myoclonus, apathy, depersonalization, abnormal gait, ataxia, catatonic reaction, hemiplegia, stupor; *Rare:* buccoglossal syndrome, delirium, euphoria, libido decreased, manic reaction, aphasia, choreoathetosis, diplopia, emotional lability, facial paralysis, hypotonia, neuralgia, subdural hematoma.

*Body as a Whole: Frequent:* flu syndrome; *Infrequent:* neck pain, suicide attempt, malaise, pelvic pain, photosensitivity reaction, chills, face edema; *Rare:* moniliasis, neuroleptic malignant syndrome, abdomen enlarged, granuloma, halitosis.

*Digestive System: Infrequent:* increased salivation, anorexia, increased appetite, flatulence, gastroenteritis, gingivitis, gastritis, dysphagia, stomatitis, thirst, rectal hemorrhage, tongue edema, tooth caries; *Rare:* fecal incontinence, glossitis, gum hemorrhage, melena, mouth ulceration; biliary pain, cholecystitis, colitis, duodenal ulcer hemorrhage, hematemesis, hepatomegaly, intestinal obstruction, pancreatitis, peptic ulcer, ulcerative stomatitis.

*Cardiovascular System: Frequent:* palpitation;   *Infrequent:* vasodilatation, migraine, cerebral ischemia; *Rare:* AV block first degree, bradycardia, deep vein thrombophlebitis, QT interval prolonged, ST segment elevated, angina pectoris, atrial fibrillation, bundle branch block, congestive heart failure, heart arrest, myocardial infarct, pallor, pericarditis, phlebitis, sinus bradycardia, T wave inverted, thrombophlebitis.

*Respiratory System: Frequent:* pharyngitis, cough increased; *Infrequent:* dyspnea, epistaxis, asthma, pneumonia; *Rare:* hiccup, hyperventilation, yawn.

*Metabolic and Nutritional Disorders: Frequent:* peripheral edema; *Infrequent:* weight loss, alkaline phosphatase increased, hyperlipemia, alcohol intolerance, hypercholesterolemia; *Rare:* gout, hyperglycemia, hypoglycemia, albuminuria, bilirubinemia, creatine phosphokinase increased, dehydration, healing abnormal, hyperkalemia, hypokalemia, lactic dehydrogenase increased, water intoxication.

*Skin and Appendages: Frequent:* sweating; *Infrequent:* pruritus, acne, eczema, maculopapular rash, contact dermatitis, seborrhea; *Rare* psoriasis, alopecia, exfoliative dermatitis, hirsutism, pustular rash, skin discoloration, vesiculobullous rash.

*Urogenital System: Infrequent:* urinary incontinence, dysmenorrhea, impotence, vaginitis, dysuria, cystitis, metrorrhagia, urinary frequency, abnormal ejaculation; *Rare:* orchitis, polyuria, vaginal moniliasis, acute kidney failure, anorgasmia, anuria, bladder stenosis, breast enlargement, breast pain, female lactation, gynecomastia, nocturia, vaginal hemorrhage, vulvovaginitis.

AZSER00287793

*Special Senses: Infrequent:* conjunctivitis, abnormal vision, dry eyes, blepharitis, taste perversion, tinnitus, eye pain; *Rare* abnormality of accommodation, glaucoma, deafness, eye hemorrhage, hyperacusis, lacrimation.

*Musculoskeletal System: Infrequent:* pathological fracture, myasthenia, twitching, arthralgia, leg cramps, bone pain, arthritis; *Rare:* arthrosis, osteoporosis, ptosis, tenosynovitis, tetany

*Hemic and Lymphatic System: Infrequent:* leukocytosis, anemia, eosinophilia, ecchymosis, hypochromic anemia; *Rare:* cyanosis, hemolysis, lymphadenopathy, thrombocytopenia, iron deficiency anemia, petechiae.

*Endocrine System: Infrequent:* hypothyroidism, diabetes mellitus; *Rare:* hyperthyroidism, thyroiditis.

## DRUG ABUSE AND DEPENDENCE

### Controlled Substance Class

Seroquel is not a controlled substance.

### Physical and Psychological Dependence

[We have slightly edited your proposed statement for this subsection.]

Seroquel has not been systematically studied, in animals or humans, for its potential for abuse, tolerance, or physical dependence. While the clinical trials did not reveal any tendency for any drug-seeking behavior, these observations were not systematic and it is not possible to predict on the basis of this limited experience the extent to which a CNS-active drug will be misused, diverted, and/or abused once marketed. Consequently, patients should be evaluated carefully for a history of drug abuse, and such patients should be observed closely for signs of misuse or abuse of Seroquel, e.g., development of tolerance, increases in dose, drug-seeking behavior.

## OVERDOSAGE

[We have not made any changes to this section.]

### Human experience

Experience with SEROQUEL (quetiapine) in acute overdosage was limited in the clinical trial database (6 reports) with estimated doses ranging from 1200 mg to 9300 mg and no fatalities. In general, reported signs and symptoms were those resulting from an exaggeration of the drug's known

AZSER00287794

pharmacological effects, i.e., drowsiness and sedation, tachycardia and hypotension. One case, involving an estimated overdose of 9600 mg, was associated with hypokalemia and first degree heart block.

**Management of overdosage**

In case of acute overdosage, establish and maintain an airway and ensure adequate oxygenation and ventilation. Gastric lavage (after intubation, if patient is unconscious) and administration of activated charcoal together with a laxative should be considered. The possibility of obtundation, seizure or dystonic reaction of the head and neck following overdose may create a risk of aspiration with induced emesis. Cardiovascular monitoring should commence immediately and should include continuous electrocardiographic monitoring to detect possible arrhythmias. If antiarrhythmic therapy is administered, disopyramide, procainamide and quinidine carry a theoretical hazard of additive QT-prolonging effects when administered in patients with acute overdosage of SEROQUEL. Similarly it is reasonable to expect that the alpha-adrenergic-blocking properties of bretylium might be additive to those of quetiapine, resulting in problematic hypotension.

There is no specific antidote to SEROQUEL. Therefore appropriate supportive measures should be instituted. The possibility of multiple drug involvement should be considered. Hypotension and circulatory collapse should be treated with appropriate measures such as intravenous fluids and/or sympathomimetic agents (epinephrine and dopamine should not be used, since beta stimulation may worsen hypotension in the setting of quetiapine-induced alpha blockade). In cases of severe extrapyramidal symptoms, anticholinergic medication should be administered. Close medical supervision and monitoring should continue until the patient recovers.

## DOSAGE AND ADMINISTRATION

[We have modified this section, both in content and format. Information pertinent to special dosing considerations has been incorporated under a "Dosing in Special Populations" subsection, followed by a "Maintenance Treatment" subsection.]

**Usual Dose**

[We have modified this statement to acknowledge the lack of consistency among the studies regarding dose response for effectiveness. Given the uncertainty about dose, we have recommended 400-450 as the target dose, rather than 300.]

Seroquel should generally be administered at an initial dose of 25 mg bid, with increases in increments of 25-50 mg bid or tid on the second and third day, as tolerated, to a target dose of 400 to 450 mg daily by the fourth day, given bid or tid. Further dosage adjustments, if indicated, should generally occur at intervals of not less than 2 days, as steady state for Seroquel would not be achieved for approximately 1-2 days in the typical patient. When dosage adjustments are necessary, dose increments/decrements of 25-50 mg bid are recommended. Most efficacy data with Seroquel

25

AZSER00287795

were obtained using tid regimens but in one controlled trial 225 mg bid was also effective.

Antipsychotic efficacy was demonstrated in a dose range of 150 to 750 mg/day in the clinical trials supporting the effectiveness of Seroquel. In a dose response study, doses above 300 mg/day were not demonstrated to be more efficacious than the 300 mg/day dose. In other studies, however, doses in the range of 400-500 mg appeared to be needed. The safety of doses above 800 mg/day has not been evaluated in clinical trials.

**Dosing in Special Populations**

[We have modified this subsection.]

Consideration should be given to a slower rate of dose titration and a lower target dose in the elderly, in patients with hepatic impairment, and in patients who are debilitated or who have a predisposition to hypotensive reactions (see CLINICAL PHARMACOLOGY). When indicated, dose escalation should be performed with caution in these patients.

The elimination of quetiapine was enhanced in the presence of phenytoin. Higher maintenance doses of quetiapine may be required when it is coadministered with phenytoin and other enzyme inducers such as carbamazepine and phenobarbital. (See Drug Interactions under PRECAUTIONS)

**Maintenance Treatment**

[We have replaced your proposed maintenance statement with the standard language for this section.]

While there is no body of evidence available to answer the question of how long the patient treated with Seroquel should remain on it, the effectiveness of maintenance treatment is well established for many other antipsychotic drugs. It is recommended that responding patients be continued on Seroquel, but at the lowest dose needed to maintain remission. Patients should be periodically reassessed to determine the need for maintenance treatment.

**Reinitiation of Treatment in Patients Previously Discontinued**

[We have slightly modified this statement.]

Although there are no data to specifically address reinitiation of treatment, it is recommended that when restarting patients who have had an interval of less than one week off Seroquel, titration of Seroquel is not required and the maintenance dose may be reinitiated. When restarting therapy of patients who have been off Seroquel for more than one week, the initial titration schedule should be followed.

**Switching from Other Antipsychotics**

26

AZSER00287796

> [We have modified the statement regarding switching patients from other antipsychotics to Seroquel. We feel that, in the absence of specific data pertinent to this issue, labeling should simply state that no data are available.]

There are no systematically collected data to specifically address switching from other antipsychotics to Seroqeul, or concerning concomitant administration with other antipsychotics.

## HOW SUPPLIED

> [This section has been edited slightly.]

25 mg Tablets (NDC 0310-0275) peach, round, biconvex, film coated tablets, identified with 'SEROQUEL' and '25 mg' on one side and plain on the other side, are supplied in bottles of 100 tablets, 1,000 tablets, and hospital unit dose packages of 100 tablets.

100 mg Tablets (NDC 0310-0271) yellow, round, biconvex film coated tablets, identified with 'SEROQUEL' and '100 mg' on one side and plain on the other side, are supplied in bottles of 100 tablets, 1,000 tablets and hospital unit dose packages of 100 tablets.

200 mg Tablets (NDC 0310-272) white, round, biconvex, film coated tablets, identified with 'SEROQUEL' and '200 mg' on one side and plain on the other side, are supplied in bottles of 100 tablets, 1,000 tablets, and hospital unit dose packages of 100 tablets.

Store at $25^0$ C ($77^0$ F); excursions permitted to 15-$30^0$ C (59-$86^0$ F). [See USP]

## ANIMAL TOXICOLOGY

> [We have extensively modified this section and added it at the end of labeling, as suggested by CFR 201.57.]

Quetiapine caused a dose-related increase in pigment deposition in thyroid gland in rat toxicity studies which were 4 weeks in duration or longer and in a mouse 2 year carcinogenicity study. Doses were 10-250 mg/kg in rats, 75-750 mg/kg in male mice, and 250-750 mg/kg in female mice; these doses are 0.1-3.0, 0.5-74.5, and 1.5-4.5 times the maximum recommended human dose (on a mg/m$^2$ basis), respectively. Pigment deposition was shown to be irreversible in rats. The identity of the pigment could not be determined, but was found to be co-localized with quetiapine in thyroid gland follicular epithelial cells. The functional effects and the relevance of this finding to human risk are unknown.

In dogs receiving quetiapine for 6 or 12 months, but not for 1 month, focal triangular cataracts occurred at the junction of posterior sutures in the outer cortex of the lens at a dose of 100 mg/kg, or 4 times the maximum recommended human dose on a mg/m$^2$ basis. This finding may be due to

AZSER00287797

inhibition of cholesterol biosynthesis by quetiapine. Quetiapine caused a dose related reduction in plasma cholesterol levels in repeat-dose dog and monkey studies; however, there was no correlation between plasma cholesterol and the presence of cataracts in individual dogs. The appearance of delta-8-cholesterol in plasma is consistent with inhibition of a late stage in cholesterol biosynthesis in these species. There also was a 25% reduction in cholesterol content of the outer cortex of the lens observed in a special study in quetiapine treated female dogs. Drug-related cataracts have not been seen in any other species; however, in a 1-year study in monkeys, a striated appearance of the anterior lens surface was detected in 2/7 females at a dose of 225 mg/kg or 5.5 times the maximum recommended human dose on a mg/m$^2$ basis.

**END OF DRAFT LABELING**

Doc LABSRQPS.AE2

28

AZSER00287798