# EXHIBIT 8

| NDA DRAFT LABELING | FDA DRAFT LABELING PROPOSAL RECEIVED BY FAX ON 7/28/97 | ZENECA'S RESPONSE |
|---|---|---|

*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)*

PROFESSIONAL INFORMATION BROCHURE

~~Rev C 06/96~~ ~~SIC XXXXX-XX~~

**Revise to:** "Rev A 07/97 SIC XXXXX-XX"

**SEROQUEL® (quetiapine fumarate) Tablets**

**DESCRIPTION**

~~SEROQUEL (quetiapine fumarate) is an antipsychotic drug belonging to a new chemical class, the dibenzothiazepine derivatives. The chemical designation is Bis [2-(2-[4-(dibenzo [b,f][1,4]thiazepin-11-yl) piperazin-1-yl]ethoxy) ethanol], fumarate. It is present in tablets as the fumarate salt. All doses and tablet strengths are expressed as milligrams of base, not as fumarate salt. Its molecular formula is~~ ~~$C_{42}H_{50}N_6O_4S_2 \cdot C_4H_4O_4$~~ ~~and it has a molecular weight of 883.1 (fumarate salt). The structural formula is:~~

**Revise to:**

"SEROQUEL (quetiapine fumarate) is an antipsychotic drug belonging to a new chemical class, the dibenzothiazepine derivatives. The chemical designation is 2-[2-(4-dibenzo *[b,f]* [1,4]thiazepin-11-yl-1-piperazinyl)ethoxy]-ethanol fumarate (2:1) (salt). It is present in tablets as the fumarate salt. All doses and tablet strengths are expressed as milligrams of base, not as fumarate salt. Its molecular formula is $C_{42}H_{50}N_6O_4S_2 \cdot C_4H_4O_4$ and it has a molecular weight of 883.11 (fumarate salt). The structural formula is:"

Quetiapine fumarate is a white to off-white crystalline powder which is moderately soluble in water.

SEROQUEL is supplied for oral administration as 25 mg (peach), 100 mg (yellow) and 200 mg (white) tablets.

Inactive ingredients are povidone, dibasic dicalcium phosphate dihydrate, microcrystalline cellulose, sodium starch glycolate, lactose monohydrate, magnesium stearate, hydroxypropyl methylcellulose, polyethylene glycol and titanium dioxide.

**NDA DRAFT LABELING**

*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)*

**FDA DRAFT LABELING PROPOSAL RECEIVED BY FAX ON 7/28/97**

**ZENECA'S RESPONSE**

The 25 mg tablets contain red ferric oxide and yellow ferric oxide and the 100 mg tablets contain only yellow ferric oxide.

**CLINICAL PHARMACOLOGY**

**Pharmacodynamics**

~~SEROQUEL is an antipsychotic agent that interacts with multiple neurotransmitter receptors in the brain (Table 1). SEROQUEL exhibits affinity for brain serotonin $5HT_{1A}$ and $5HT_2$ receptors ($IC_{50s}$=717 and 148 nM, respectively), and dopamine $D_1$ and $D_2$ receptors ($IC_{50s}$=1268 and 329 nM, respectively). SEROQUEL has lower affinity for dopamine $D_2$ receptors, than serotonin $5HT_2$ receptors. SEROQUEL also has high affinity at histamine $H_1$ receptors ($IC_{50}$=30 nM) and adrenergic $\alpha_1$ receptors ($IC_{50}$=94 nM), with a lower affinity at adrenergic $\alpha_2$ receptors ($IC_{50}$=271 nM), but no appreciable affinity at cholinergic muscarinic and benzodiazepine receptors ($IC_{50s}$>5000 nM).~~

**Revise to:**

"SEROQUEL is an antagonist at multiple neurotransmitter receptors in the brain: serotonin $5HT_{1A}$ and $5HT_2$ ($IC_{50s}$=717 & 148nM respectively), dopamine $D_1$ and $D_2$ ($IC_{50s}$=1268 & 329nM respectively), histamine $H_1$ ($IC_{50}$=30nM), and adrenergic $\alpha_1$ and $\alpha_2$ receptors ($IC_{50s}$=94 & 271nM, respectively). SEROQUEL has no appreciable affinity at cholinergic muscarinic and benzodiazepine receptors ($IC_{50s}$>5000 nM).

~~The mechanism of action of SEROQUEL, as with other antipsychotic drugs, is unknown. However, it has been proposed that this drug's antipsychotic activity and low extrapyramidal symptoms (EPS) liability are mediated through a combination of dopamine type 2 ($D_2$) and serotonin type 2 ($5HT_2$) receptor antagonism. Antagonism at receptors other than $D_2$ and $5HT_2$ may also contribute to the pharmacologic effects of SEROQUEL.~~

The mechanism of action of SEROQUEL, as with other antipsychotic drugs, is unknown. However, it has been proposed that this drug's antipsychotic activity is mediated through a combination of dopamine type 2 (D2) and serotonin type 2 ($5\text{-}HT_2$) antagonism. Antagonism at receptors other than dopamine and $5HT_2$ with similar receptor affinities may explain some of the other effects of SEROQUEL."

~~Table 1. SEROQUEL Affinity for Multiple Neurotransmitter Receptors~~

| | ~~$5HT_{1A}$~~ | ~~$5HT_2$~~ | ~~$D_1$~~ | ~~$D_2$~~ | ~~$H_1$~~ | ~~$\alpha_1$~~ | ~~$\alpha_2$~~ | ~~Muscarinic~~ | ~~Benzodiazepine~~ |
|---|---|---|---|---|---|---|---|---|---|
| ~~$IC_{50}$ (nM)~~ | ~~717~~ | ~~148~~ | ~~1268~~ | ~~329~~ | ~~30~~ | ~~94~~ | ~~271~~ | ~~>10000~~ | ~~>5000~~ |

**Delete**



AZSER00287804

| NDA DRAFT LABELING<br>*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)* | FDA DRAFT LABELING PROPOSAL<br>RECEIVED BY FAX ON 7/28/97 | ZENECA'S RESPONSE |
| --- | --- | --- |
| ~~SEROQUEL is active in pharmacologic tests for antipsychotic activity, such as conditioned avoidance in primates. SEROQUEL also reverses the actions of dopamine agonists measured either behaviorally or electrophysiologically in mice, rats, cats and monkeys. SEROQUEL also elevates levels of the dopamine metabolites homovanillic acid (HVA) and 3,4-dihydroxyphenylalanine (DOPAC) in brain, which are considered to be neurochemical indices of dopamine $D_2$ receptor blockade.~~ | **Revise to:** "SEROQUEL's antagonism of histamine $H_1$ receptors may explain the somnolence observed with this drug." | |
| ~~In animal tests that are predictive of EPS, SEROQUEL has the following profile: does not produce dopamine $D_2$ receptor supersensitivity after chronic administration; produces only weak catalepsy at effective dopamine $D_2$ receptor blocking doses; demonstrates selectivity for the limbic system by producing depolarization blockade of the A10 mesolimbic but not the A9 nigrostriatal dopamine containing neurons following chronic administration, and increases c fos expression in limbic but not motor-related regions after acute and chronic administration. SEROQUEL exhibits minimal dystonic liability over the predicted antipsychotic dose range in haloperidol sensitized or drug naive Cebus monkeys after acute and chronic administration. It has been hypothesized that agents with a lower EPS liability may also have a lower potential liability to produce tardive dyskinesia (TD).~~ | **Revise to:** "SEROQUEL's antagonism of adrenergic $\alpha_1$ receptors may explain the orthostatic hypotension observed with this drug." | |







AZSER00287805

| NDA DRAFT LABELING<br>*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)* | FDA DRAFT LABELING PROPOSAL<br>RECEIVED BY FAX ON 7/28/97 | ZENECA'S RESPONSE |
|---|---|---|
| ~~*Human Pharmacodynamics:* In a 4 week Positron Emission Tomography (PET) study to evaluate the time course of quetiapine occupancy of central $D_2$ and $5HT_2$ receptors in relation to plasma concentrations of quetiapine, psychotic patients who met DSM-III-R criteria for schizophrenia (n=8) received SEROQUEL at a dose of 450 mg/day (tid schedule). At 12 hours after the final dose, SEROQUEL antagonized the binding of 11C raclopride at $D_2$ receptors in the caudate and putamen (44% $D_2$ receptor occupancy) and antagonized the binding of 11C n-methyl spiperone at $5HT_2$ receptors in frontal and temporal cortex (72% $5HT_2$ receptor occupancy). At 12 hours after the final dose of SEROQUEL, the decline in mean plasma concentrations of quetiapine (approximately 90%) was greater than the decline in $D_2$ and $5HT_2$ receptor occupancy (32% and 19% reduction, respectively). Absolute $D_2$ and $5HT_2$ receptor occupancy at 12 hours after the final dose of SEROQUEL was 27% and 58%, respectively.~~ | **Delete** | |
| ~~In contrast to more typical antipsychotic drugs, SEROQUEL therapy produces little or no prolactin elevation.~~ | **Delete** | |
| **Pharmacokinetics**<br>~~Quetiapine fumarate activity is primarily due to the parent drug. Studies with radiolabeled drug have demonstrated that orally administered quetiapine is well absorbed into the systemic circulation with approximately 72.9% and 21.0% of the total radioactivity recovered in urine and feces, respectively, over a period of one week. Elimination of quetiapine is via mainly hepatic metabolism with a mean terminal half-life of about 6.9 hours (range 4.6 to 11.8 hours) within the proposed clinical dose range.~~ | **Revise to:**<br>"Quetiapine fumarate activity is primarily due to the parent drug. The multiple-dose pharmacokinetics of quetiapine are dose-proportional within the proposed clinical dose range, and quetiapine accumulation is predictable upon multiple dosing. Elimination of quetiapine is mainly via hepatic metabolism with a mean terminal half-life of about 6 hours within the proposed clinical dose range. Steady state concentrations are expected to be achieved within two days of dosing. Quetiapine is unlikely to interfere with the metabolism of drugs metabolized by cytochrome P450 enzymes." | |
| ~~The multiple dose pharmacokinetics of quetiapine are dose-proportional within the proposed clinical dose range. Therefore upon multiple dosing, quetiapine accumulation is predictable. There is also considerable intersubject variability in quetiapine pharmacokinetics.~~ | **Delete** | |

| NDA DRAFT LABELING<br>*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)* | FDA DRAFT LABELING PROPOSAL<br>RECEIVED BY FAX ON 7/28/97 | ZENECA'S RESPONSE |
|---|---|---|
| ***Absorption:*** ~~Quetiapine fumarate is rapidly absorbed after oral administration. The tablet formulation is 100% bioavailable relative to solution. The absolute bioavailability of quetiapine has not been determined. The bioavailability of quetiapine is not significantly affected by administration with food. The $C_{max}$ and AUC values were increased by 25% and 15%, respectively, when given with food.~~ | **Revise to:** "Quetiapine fumarate is rapidly absorbed after oral administration, reaching peak plasma concentrations in 1.5 hours. The tablet formulation is 100% bioavailable relative to solution. The bioavailability of quetiapine is marginally affected by administration with food, with $C_{max}$ and AUC values increased by 25% and 15%, respectively." | |
| ***Distribution:*** ~~The apparent volume of distribution (Vz/f) of quetiapine is approximately 681 L. Quetiapine is 83% bound to plasma proteins. Plasma protein binding is constant over the concentration range (200 to 3000 ng/mL) achieved with the recommended clinical dose range.~~ | **Revise to:** "Quetiapine is widely distributed throughout the body with an apparent volume of distribution of 10±4 L/kg. It is 83% bound to plasma proteins at therapeutic concentrations. *In vitro*, quetiapine did not affect the binding of warfarin or diazepam to human serum albumin. In turn, neither warfarin nor diazepam altered the binding of quetiapine." | |
| ~~***Metabolism and Excretion:*** Studies in men with schizophrenia demonstrated that quetiapine is extensively metabolized with less than 1% of a quetiapine dose excreted in the urine as unchanged drug within one week, and the remainder of the dose excreted as metabolites. The metabolism of quetiapine occurs by sulfoxidation, oxidation of the terminal alcohol to the carboxylic acid, hydroxylation of the dibenzothiazepine ring, O dealkylation, N dealkylation and phase 2 conjugation. The metabolites identified in human plasma or urine include the parent acid, sulfoxide, sulfoxide acid, 7-hydroxy, 7-hydroxy N-dealkylated, O-dealkylated sulfoxide acid and O-dealkylated acid metabolites. Several minor metabolites (each accounting for less than 5% of the radioactive dose) have not been identified.~~ | **Revise to:** "***Metabolism and Elimination:*** Following a single oral dose of $^{14}C$-quetiapine, less than 1% of the administered dose was excreted as unchanged drug, indicating that quetiapine is highly metabolized. Approximately 73% and 20% of the dose was recovered in the urine and feces, respectively." | |
| ~~Quetiapine and several of its metabolites have been tested *in vitro* for their affinity for $5HT_2$ and $D_1$ and $D_2$ receptors and *in vivo* animal models. The major metabolites, parent acid and sulfoxide, are pharmacologically inactive in plasma. The 7-hydroxy and 7-hydroxy N-dealkylated metabolites are pharmacologically active with in vitro binding comparable to or greater than that for parent compound. The peak plasma concentrations for the 7-hydroxy and 7-hydroxy N-dealkylated metabolites account for approximately 5% and 2% of that of quetiapine at steady state, respectively.~~ | **Revise to:** "Quetiapine is extensively metabolized by the liver. The major metabolic pathways are sulfoxidation to the sulfoxide metabolite and oxidation to the parent acid metabolite; both metabolites are pharmacologically inactive. *In vitro* studies using human liver microsomes revealed that the cytochrome P450 3A4 isoenzyme is involved in the metabolism of quetiapine to its major, but inactive, sulfoxide metabolite." | |

| NDA DRAFT LABELING<br>*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)* | FDA DRAFT LABELING PROPOSAL<br>RECEIVED BY FAX ON 7/28/97 | ZENECA'S RESPONSE |
|---|---|---|
| ~~Studies utilizing human liver microsomes have demonstrated that cytochrome P450 3A4 plays an important role in quetiapine metabolism. These in vitro findings are consistent with the clinical observation that quetiapine metabolism is increased in subjects receiving phenytoin.~~ | **Delete** | |
| ~~**Special Populations**~~<br>~~*Geriatric:* Quetiapine pharmacokinetics have been investigated in elderly men and women with selected psychotic disorders. Oral clearance decreased on average by approximately 30 - 50% in patients ≥ 65 years compared to younger patients with selected psychotic disorders, however the individual oral clearance values are within the range observed for younger patients (see DOSAGE AND ADMINISTRATION).~~ | **Revise to: "*Population Subgroups:*<br>*Age* -** Oral clearance of quetiapine was reduced by 40% in elderly patients (≥ 65 years, n=9) compared to young patients (n=12), and dosing adjustment may be necessary (See **DOSAGE AND ADMINISTRATION**)." | |
| ~~*Pediatric:* Quetiapine has not been investigated in patients <18 years of age.~~ | **Delete** | |
| **Gender:** There is no gender effect on the pharmacokinetics of quetiapine. | | |
| ***Race*:** There is no race effect on the pharmacokinetics of quetiapine. | | |
| | **Add:** "***Smoking* -** Smoking has no effect on the oral clearance of quetiapine." | |
| ~~***Renal Insufficiency*:** Quetiapine pharmacokinetics have been investigated in non psychotic subjects with severe renal insufficiency ($C_{cr}$ < 30 mL/min/1.73m²). The mean oral clearance of quetiapine was approximately 25% lower in these subjects and is poorly correlated with creatinine clearance. Plasma quetiapine concentrations in the subjects with renal insufficiency were within the range of concentrations seen in normal subjects receiving the same dose (see DOSAGE AND ADMINISTRATION).~~ | **Revise to:** "***Renal Insufficiency* -** Patients with severe renal impairment (Clcr=10-30 mL/min/1.73 $m^2$, n=8) had a 25% lower mean oral clearance than normal subjects (Clcr > 80 mL/min/1.73 $m^2$, n=8), but plasma quetiapine concentrations in the subjects with renal insufficiency were within the range of concentrations seen in normal subjects receiving the same dose. Dosage adjustment is therefore not needed in these patients." | |

| NDA DRAFT LABELING *(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)* | FDA DRAFT LABELING PROPOSAL RECEIVED BY FAX ON 7/28/97 | ZENECA'S RESPONSE |
|---|---|---|
| ~~*Hepatic Insufficiency:* Quetiapine pharmacokinetics have been investigated in non psychotic subjects with hepatic insufficiency related to alcohol abuse. The mean oral clearance of quetiapine was approximately 25% lower in subjects with hepatic insufficiency. However, individual plasma quetiapine concentrations in the subjects with hepatic insufficiency were within the range of concentrations seen in a cross study comparison with normal subjects receiving the same dose (see DOSAGE AND ADMINISTRATION).~~ | **Revise to:** ***Hepatic Insufficiency*** - Hepatically impaired patients (n=8) had a 30% lower mean oral clearance of quetiapine than normal subjects. In two of the 8 hepatically impaired patients, AUC and Cmax were 3-times higher than those observed typically in healthy subjects. Since quetiapine is extensively metabolized by the liver, higher plasma levels are expected in the hepatically impaired population, and dosage adjustment may be needed. (See **DOSAGE AND ADMINISTRATION**)." | |
| ~~*Drug-Drug Interactions:* The levels of enzyme inhibition for quetiapine and 9 of its metabolites suggest that quetiapine and its metabolites would have little inhibitory effect on *in vivo* metabolism mediated by cytochromes P450 1A2, 2C9, 2C19, 2D6 and 3A4.~~ | **Revise to:** "***Drug-Drug Interactions*** - *In vitro* enzyme inhibition data suggest that quetiapine and 9 of its metabolites would have little inhibitory effect on *in vivo* metabolism mediated by cytochromes P450 1A2, 2C9, 2C19, 2D6 and 3A4." | |
| ~~Quetiapine oral clearance is induced by the prototype cytochrome P450 3A4 inducer, phenytoin. Dose adjustment of quetiapine will be necessary if it is coadministered with phenytoin (see DOSAGE AND ADMINISTRATION).~~ | **Revise to:** "Quetiapine oral clearance is induced by the prototype cytochrome P450 3A4 inducer, phenytoin. Dose adjustment of quetiapine will be necessary if it is coadministered with phenytoin (See Drug Interactions under Precautions and **DOSAGE AND ADMINISTRATION**)." | |
| Quetiapine oral clearance is not inhibited by the non-specific enzyme inhibitor, cimetidine. | | |
| Quetiapine at doses of 750 mg/day did not affect the single dose pharmacokinetics of antipyrine, lithium or lorazepam. (See **PRECAUTIONS** - Drug Interactions) | | Zeneca proposes revision of the reference note for consistency with other references in the label. "(see **Drug Interactions** under **PRECAUTIONS**)." |
| ~~**CLINICAL TRIALS**~~ ~~The efficacy of SEROQUEL in the management of the manifestations of psychotic disorders was established in four short term (6 week) controlled trials of psychotic patients (ages 18 to 65) who met DSM III-R criteria for schizophrenia.~~ | **Revise to:** "**Clinical Efficacy Data** The efficacy of SEROQUEL in the management of the manifestations of psychotic disorders was established in 3 short-term (6-week) controlled trials of psychotic inpatients who met DSM III-R criteria for schizophrenia. Although a single fixed dose haloperidol arm was included as a comparative treatment in one of the three trials, this single haloperidol dose group was inadequate to provide a reliable and valid comparison of SEROQUEL and haloperidol." | |

| NDA DRAFT LABELING *(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)* | FDA DRAFT LABELING PROPOSAL RECEIVED BY FAX ON 7/28/97 | ZENECA'S RESPONSE |
| --- | --- | --- |
| ~~The efficacy of SEROQUEL in the treatment of both positive and negative symptoms was demonstrated in these studies using several psychiatric instruments, the Brief Psychiatric Rating Scale (BPRS), the Clinical Global Impression (CGI), and the Modified Scale for the Assessment of Negative Symptoms (SANS). The BPRS, a multi-item inventory of general psychopathology, is traditionally used to evaluate the effects of drug treatment in psychosis. The BPRS psychosis cluster (conceptual disorganization, hallucinatory behavior, suspiciousness, and unusual thought content) is considered a particularly useful subset for assessing actively psychotic schizophrenic patients. A second traditional assessment, the CGI, reflects the impression of a skilled observer, fully familiar with the manifestations of schizophrenia, about the overall clinical state of the patient. In addition, a multi-item negative symptom inventory (SANS) was employed.~~ | **Revise to:** "Several instruments were used for assessing psychiatric signs and symptoms in these studies, among them the Brief Psychiatric Rating Scale (BPRS), a multi-item inventory of general psychopathology traditionally used to evaluate the effects of drug treatment in psychosis. The BPRS psychosis cluster (conceptual disorganization, hallucinatory behavior, suspiciousness, and unusual thought content) is considered a particularly useful subset for assessing actively psychotic schizophrenic patients. A second traditional assessment, the Clinical Global Impression (CGI), reflects the impression of a skilled observer, fully familiar with the manifestations of schizophrenia, about the overall clinical state of the patient. In addition, the Scale for Assessing Negative Symptoms (SANS), a more recently developed but less well evaluated scale, was employed for assessing negative symptoms." | |
| ~~The results of the trials follow:~~<br>~~(1) In a 6-week, placebo-controlled trial (n=361) involving 5 fixed doses of SEROQUEL (75, 150, 300, 600 and 750 mg/day on a tid schedule), the 4 highest doses of SEROQUEL were generally superior to placebo on the BPRS total score, the BPRS psychosis cluster and the CGI severity score with the maximal effect seen at 300 mg/day. The 75 mg dose showed a positive response but was not superior to placebo. SEROQUEL, at a dose of 300 mg/day, was superior to placebo on the SANS.~~ | **Revise to:** "The results of the trials follow:<br>(1) In a 6-week, placebo-controlled trial (n=361) involving 5 fixed doses of SEROQUEL (75, 150, 300, 600 and 750 mg/day on a tid schedule), the 4 highest doses of SEROQUEL were generally superior to placebo on the BPRS total score, the BPRS psychosis cluster and the CGI severity score, with the maximal effect seen at 300 mg/day, and the effects of doses of 150 to 750 were generally indistinguishable. SEROQUEL, at a dose of 300 mg/day, was superior to placebo on the SANS." | |
| ~~(2) In a 6-week, placebo-controlled trial (n=109) involving titration of SEROQUEL in doses up to 750 mg/day (tid schedule), SEROQUEL was generally superior to placebo on the BPRS total score, on the BPRS psychosis cluster, the CGI severity score and the SANS.~~ | **Delete** | |
| ~~(3) In a 6-week, placebo-controlled trial (n=286) involving titration of SEROQUEL in high (up to 750 mg/day on a tid schedule) and low (up to 250 mg/day on a tid schedule) doses, high dose SEROQUEL was generally superior to placebo on the BPRS total score, the BPRS psychosis cluster, the CGI severity score and the SANS. Low dose SEROQUEL showed a positive response but was not superior to placebo.~~ | **Revise to:** "(2) In a 6-week, placebo-controlled trial (n=286) involving titration of SEROQUEL in high (up to 750 mg/day on a tid schedule) and low (up to 250 mg/day on a tid schedule) doses, only the high dose SEROQUEL group (mean dose, 500 mg/day) was generally superior to placebo on the BPRS total score, the BPRS psychosis cluster, the CGI severity score and the SANS." | |



AZSER00287810

| NDA DRAFT LABELING<br>*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)* | FDA DRAFT LABELING PROPOSAL<br>RECEIVED BY FAX ON 7/28/97 | ZENECA'S RESPONSE |
|---|---|---|
| ~~(4) In a 6-week dose and dose regimen comparison trial (n=618) involving two fixed doses of SEROQUEL (450 mg/day on both bid and tid schedules and 50 mg/day on a bid schedule), the 450 mg/day (bid schedule) dose group was generally superior to the 50 mg/day bid SEROQUEL dose group on the BPRS total score, the BPRS psychosis cluster, the CGI severity score, and on the SANS.~~ | **Revise to:** "(3) In a 6-week dose and dose regimen comparison trial (n=618) involving two fixed doses of SEROQUEL (450 mg/day on both bid and tid schedules and 50 mg/day on a bid schedule), only the 450 mg/day (225 mg bid schedule) dose group was generally superior to the 50 mg/day (25 mg/day bid) SEROQUEL dose group on the BPRS total score, the BPRS psychosis cluster, the CGI severity score, and on the SANS." | |
| ~~A dosage of 450 mg/day was equally effective when given either as a bid or tid regimen in reducing the BPRS total score, the BPRS psychosis cluster, CGI severity score and the SANS.~~ | **Add:** "Examination of population subsets (race, gender, and age) did not reveal any differential responsiveness on the basis of race or gender, but was suggestive of an age interaction, with an apparently greater effect in patients under the age of 40 compared to those older than 40. The clinical significance of this finding is unknown." | Zeneca proposes the following alternative wording: "Examination of population subsets (race and gender) did not reveal any differential responsiveness on the basis of these subgroupings." (See Tab 1) |
| **INDICATIONS AND USAGE**<br>SEROQUEL is indicated for the management of the manifestations of psychotic disorders. | | |
| ~~The antipsychotic efficacy of SEROQUEL was established in short-term (6-week) controlled trials of schizophrenic patients (see CLINICAL PHARMACOLOGY).~~ | **Revise to:** "The antipsychotic efficacy of SEROQUEL was established in short-term (6-week) controlled trials of schizophrenic inpatients (See **CLINICAL PHARMACOLOGY**)." | |
| ~~The effectiveness of SEROQUEL in long term use (> 6 weeks) has not been established in controlled clinical trials. Therefore the physician who elects to use SEROQUEL for extended periods should periodically re-evaluate the long-term usefulness of the drug for the individual patient. (see DOSAGE and ADMINISTRATION).~~ | **Revise to:** "The effectiveness of SEROQUEL in long-term use, that is, for more than 6 weeks, has not been systematically evaluated in controlled trials. Therefore, the physician who elects to use SEROQUEL for extended periods should periodically re-evaluate the long-term usefulness of the drug for the individual patient (See **DOSAGE AND ADMINISTRATION**)." | |
| **CONTRAINDICATIONS**<br>SEROQUEL is contraindicated in individuals with a known hypersensitivity to this medication or any of its ingredients. | | |