| NDA DRAFT LABELING<br>*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)* | FDA DRAFT LABELING PROPOSAL<br>RECEIVED BY FAX ON 7/28/97 | ZENECA'S RESPONSE |
|---|---|---|
| **WARNINGS**<br><br>~~Neuroleptic Malignant Syndrome (NMS)~~<br><br>~~A potentially fatal symptom complex sometimes referred to as Neuroleptic Malignant Syndrome (NMS) has been reported in association with the administration of antipsychotic drugs. Rare cases of possible NMS have been reported in clinical trials with SEROQUEL. The clinical manifestations of NMS are hyperpyrexia, muscle rigidity, altered mental status, and evidence of autonomic instability (irregular pulse or blood pressure, tachycardia, diaphoresis, and cardiac dysrhythmia). Additional signs may include elevated creatinine phosphokinase, myoglobinuria (rhabdomyolysis) and acute renal failure.~~<br><br>The diagnostic evaluation of patients with this syndrome is complicated. In arriving at a diagnosis, it is important to identify cases where the clinical presentation includes both serious medical illness (e.g., pneumonia, systemic infection, etc.) and untreated or inadequately treated extrapyramidal signs and symptoms. Other important considerations in the differential diagnosis include central anticholinergic toxicity, heat stroke, drug fever and primary central nervous system (CNS) pathology.<br><br>The management of NMS should include immediate discontinuation of antipsychotic drugs and other drugs not essential to concurrent therapy; intensive symptomatic treatment and medical monitoring; and treatment of any concomitant serious medical problems for which specific treatments are available. There is no general agreement about specific pharmacological treatment regimens for uncomplicated NMS.<br><br>If a patient requires antipsychotic drug treatment after recovery from NMS, the potential reintroduction of drug therapy should be carefully considered. The patient should be carefully monitored since recurrences of NMS have been reported. | Revised and moved prior to TD: "Neuroleptic Malignant Syndrome (NMS)<br><br>A potentially fatal symptom complex sometimes referred to as Neuroleptic Malignant Syndrome (NMS) has been reported in association with administration of antipsychotic drugs. Two possible cases of NMS (2/2387 (0.1%)) have been reported in clinical trials with SEROQUEL. Clinical manifestations of NMS are hyperpyrexia, muscle rigidity, altered mental status, and evidence of autonomic instability (irregular pulse or blood pressure, tachycardia, diaphoresis, and cardiac dysrhythmia). Additional signs may include elevated creatinine phosphokinase, myoglobinuria (rhabdomyolysis) and acute renal failure. | |

## NDA DRAFT LABELING

*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)*

### Tardive Dyskinesia (TD)

~~A syndrome of potentially irreversible, involuntary, dyskinetic movements may develop in patients treated with antipsychotic drugs. Although the prevalence of the syndrome appears to be highest among the elderly, especially elderly women, it is impossible to rely upon estimates to predict which patients are likely to develop the syndrome.~~

~~It is unknown why antipsychotic drugs differ in their potential to cause TD. However, there are several reasons for believing that SEROQUEL may have a low potential for inducing TD. The preclinical findings of low D₂ receptor binding affinity, the lack of D₂ receptor supersensitivity after chronic administration, and the minimal propensity to cause dyskinetic reactions after acute or chronic administration to haloperidol-sensitized and drug-naive monkeys support this. In controlled clinical trials, there was no difference in certain acute extrapyramidal symptoms, e.g., dystonia, tremor, or akathisia when comparing any dose of SEROQUEL to placebo. The available data from clinical trials are insufficient to show that SEROQUEL does not induce TD.~~

The risk of developing TD and the likelihood that it will become irreversible are believed to increase as the duration of treatment and the total cumulative dose of antipsychotic drugs administered to the patient increase. However, the syndrome can develop, although much less commonly, after relatively brief treatment periods at low doses.

There is no known treatment for established cases of TD, although the syndrome may remit, partially or completely, if antipsychotic treatment is withdrawn. Antipsychotic treatment, itself, however, may suppress (or partially suppress) the signs and symptoms of the syndrome and thereby may possibly mask the underlying process. The effect that symptomatic suppression has upon the long-term course of the syndrome is unknown.

---

FDA DRAFT LABELING PROPOSAL
RECEIVED BY FAX ON 7/28/97

ZENECA'S RESPONSE

**Revised and moved to follow NMS:** "Tardive Dyskinesia (TD)
A syndrome of potentially irreversible, involuntary, dyskinetic movements may develop in patients treated with antipsychotic drugs. Although the prevalence of the syndrome appears to be highest among the elderly, especially elderly women, it is impossible to rely upon prevalence estimates to predict, at the inception of antipsychotic treatment, which patients are likely to develop the syndrome. Whether antipsychotic drug products differ in their potential to cause tardive dyskinesia is unknown.

**Delete**

AZSER00287813

| NDA DRAFT LABELING<br>(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label) | FDA DRAFT LABELING PROPOSAL<br>RECEIVED BY FAX ON 7/28/97 | ZENECA'S RESPONSE |
|---|---|---|
| Given these considerations, SEROQUEL should be prescribed in a manner that is most likely to minimize the occurrence of TD. Chronic antipsychotic treatment should generally be reserved for patients who appear to suffer from a chronic illness that is known to respond to antipsychotic drugs, and for whom alternative, equally effective, but potentially less harmful treatments are not available or appropriate. In patients who do require chronic treatment, the smallest dose and the shortest duration of treatment producing a satisfactory clinical response should be sought. The need for continued treatment should be reassessed periodically.<br><br>If signs and symptoms of TD appear in a patient on SEROQUEL, drug discontinuation should be considered. However, some patients may require treatment with SEROQUEL despite the presence of the syndrome.<br><br>**PRECAUTIONS**<br>**General**<br>*Orthostatic Hypotension:* ~~SEROQUEL may induce orthostatic hypotension associated with dizziness, tachycardia and, in some patients, syncope, especially during the initial dose-titration period, probably reflecting its alpha-adrenergic antagonist properties. Syncope was reported in 1% (22/2162) of the patients treated with SEROQUEL, compared with 0% (0/206) on placebo and about 0.5% (2/420) on active control drugs. The risk of orthostatic hypotension and syncope may be minimized by limiting the initial dose to 25 mg bid in adults. If hypotension occurs during the titration to the target dose, a return to the previous dose in the titration schedule is appropriate.~~<br><br>SEROQUEL should be used with particular caution in patients with known cardiovascular disease (history of myocardial infarction or ischemic heart disease, heart failure or conduction abnormalities), cerebrovascular disease or conditions which would predispose patients to hypotension (dehydration, hypovolemia and treatment with antihypertensive medications). | **Revise to:**<br>"SEROQUEL may induce orthostatic hypotension associated with dizziness, tachycardia and, in some patients, syncope, especially during the initial dose-titration period, probably reflecting its α1-adrenergic antagonist properties. Syncope was reported in 1% (22/2162) of the patients treated with SEROQUEL, compared with 0% (0/206) on placebo and about 0.5% (2/420) on active control drugs. The risk of orthostatic hypotension and syncope may be minimized by limiting the initial dose to 25 mg bid (See DOSAGE AND ADMINISTRATION). If hypotension occurs during titration to the target dose, a return to the previous dose in the titration schedule is appropriate." | Zeneca accepts the FDA revised wording (see Tab 2). |

# NDA DRAFT LABELING

*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)*

## FDA DRAFT LABELING PROPOSAL
## RECEIVED BY FAX ON 7/28/97

## ZENECA'S RESPONSE

---

Add: "*Cataracts*: The development of cataracts was observed in association with quetiapine treatment in chronic dog studies (see Animal Toxicology). Lens changes have also been observed in patients during long-term SEROQUEL treatment, but a causal relationship to SEROQUEL use has not been established. ~~Ophthalmological evaluation, including slit lamp exams, is recommended at baseline and at 6 month intervals during chronic treatment.~~"

Zeneca proposes the following alternative wording: "Nevertheless, the possibility of lenticular changes can not be excluded at this time, therefore careful ocular examination in patients receiving chronic treatment is recommended." (see Tab 3).

---

*Seizures*: ~~During clinical trials, seizures occurred in 0.8% (19/2162) of patients treated with SEROQUEL compared to 0.5% (1/206) on placebo and 1% (4/420) on active control drugs. As with other antipsychotics SEROQUEL should be used cautiously in patients with a history of seizures.~~

Revise to: "During clinical trials, seizures occurred in 0.8% (18/2387) of patients treated with SEROQUEL compared to 0.5% (1/206) on placebo and 1% (4/420) on active control drugs. As with other antipsychotics SEROQUEL should be used cautiously in patients with a history of seizures or with conditions that potentially lower the seizure threshold, e.g., Alzheimer's dementia. Conditions that lower the seizure threshold may be more prevalent in a population of 65 years or older."

Add: "*Hypothyroidism*: Clinical trials with SEROQUEL demonstrated a dose-related decrease in total and free thyroxine (T4) of approximately 20% at the higher end of the therapeutic dose range that was apparent early on during treatment and maintained without adaptation or progression during more chronic therapy. Generally, these changes were of no clinical significance and TSH was unchanged in most patients, but about 0.4% (10/2386) of SEROQUEL patients did experience TSH increases. Six of the patients with TSH increases needed replacement thyroid treatment."

Zeneca accepts FDA revisions (see Tab 4).

---

Add: "*Cholesterol and Triglyceride Elevations*: In a pool of 3- to 6-week placebo controlled trials, SEROQUEL-treated patients had increases from baseline in cholesterol and triglyceride of 11% and 17%, respectively, compared to slight decreases for placebo patients. These changes were only weakly related to the increases in weight observed in SEROQUEL-treated patients."

Zeneca accepts the FDA revision. Because the cholesterol and triglyceride samples were drawn in a non-fasting state, Zeneca believes that further analyses on this data will not lead to a meaningful conclusion. Therefore Zeneca will seek further information in future studies.

---

| NDA DRAFT LABELING | FDA DRAFT LABELING PROPOSAL | ZENECA'S RESPONSE |
|---|---|---|
| (For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label) | RECEIVED BY FAX ON 7/28/97 | |

Add: "*Hyperprolactinemia:* Although an elevation of prolactin levels was not demonstrated in clinical trials with SEROQUEL, increased prolactin levels were observed in rat studies with this compound, and were associated with an increase in mammary gland neoplasia in rats (see CARCINOGENESIS). Tissue culture experiments indicate that approximately one-third of human breast cancers are prolactin dependent *in vitro*, a factor of potential importance if the prescription of these drugs is contemplated in a patient with previously detected breast cancer. Although disturbances such as galactorrhea, amenorrhea, gynecomastia, and impotence have been reported with prolactin-elevating compounds, the clinical significance of elevated serum prolactin levels is unknown for most patients. Neither clinical studies nor epidemiologic studies conducted to date have shown an association between chronic administration of this class of drugs and tumorigenesis in humans; the available evidence is considered too limited to be conclusive at this time."

*Elevated Hepatic Transaminases:* Asymptomatic, transient and reversible elevations in serum transaminases (primarily ALT) have been reported. The proportions of patients with transaminase elevations of > 3 times the upper limits of the normal reference range in a pool of 3- to 6-week placebo controlled trials were approximately 6% for SEROQUEL compared to 1% for placebo. These hepatic enzyme elevations usually occurred within the first 3 weeks of drug treatment and promptly returned to pre-study levels with ongoing treatment with SEROQUEL.

*Potential for Cognitive and Motor Impairment:* ~~Somnolence was a commonly reported adverse event reported in patients treated with SEROQUEL especially during the 3-5 day period of initial dose-titration. In the 3- to 6-week placebo controlled trials, somnolence was reported in 18% (80/510) of patients on SEROQUEL and in 11% (22/206) of placebo patients. Patients should be cautioned about performing activities requiring mental alertness, such as operating a motor vehicle (including automobiles) or operating hazardous machinery until they are reasonably certain that SEROQUEL therapy does not affect them adversely.~~

Revise to: "Somnolence was a commonly reported adverse event reported in patients treated with SEROQUEL especially during the 3-5 day period of initial dose-titration. In the 3- to 6-week placebo controlled trials, somnolence was reported in 18% of patients on SEROQUEL compared to 11% of placebo patients. Since SEROQUEL has the potential to impair judgment, thinking, or motor skills, patients should be cautioned about performing activities requiring mental alertness, such as operating a motor vehicle (including automobiles) or operating hazardous machinery until they are reasonably certain that SEROQUEL therapy does not affect them adversely."

| NDA DRAFT LABELING<br>(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label) | FDA DRAFT LABELING PROPOSAL<br>RECEIVED BY FAX ON 7/28/97 | ZENECA'S RESPONSE |
|---|---|---|
| ***Body Temperature Regulation:*** ~~Although not reported with SEROQUEL, disruption of body temperature regulation has been attributed to other antipsychotic agents. Caution is advised when prescribing for patients who will be exposed to extreme heat.~~ | | **Revise to:** "Although not reported with SEROQUEL, disruption of the body's ability to reduce core body temperature has been attributed to antipsychotic agents. Appropriate care is advised when prescribing SEROQUEL for patients who will be experiencing conditions which may contribute to an elevation in core body temperature, e.g., exercising strenuously, exposure to extreme heat, receiving concomitant medication with anticholinergic activity, or being subject to dehydration."<br><br>**Add:** "***Dysphagia:*** Esophageal dysmotility and aspiration have been associated with antipsychotic drug use. Aspiration pneumonia is a common cause of morbidity and mortality in elderly patients, in particular those with advanced Alzheimer's dementia. SEROQUEL and other antipsychotic drugs should be used cautiously in patients at risk for aspiration pneumonia." |
| ***Suicide:*** The possibility of a suicide attempt is inherent in schizophrenia and close supervision of high risk patients should accompany drug therapy. Prescriptions for SEROQUEL should be written for the smallest quantity of tablets consistent with good patient management in order to reduce the risk of overdose. | | |
| ***Use In Patients with Concomitant Illness:*** ~~Clinical experience with SEROQUEL in patients with concomitant systemic illnesses is limited. Caution is advised in using SEROQUEL in patients with diseases or conditions that could affect metabolism, hemodynamic responses, or urinary elimination.~~ | | **Revise to:** "Clinical experience with SEROQUEL in patients with certain concomitant systemic illnesses (see Renal Impairment and Hepatic Impairment under CLINICAL PHARMACOLOGY, Special Populations) is limited." |

AZSER00287817

## NDA DRAFT LABELING
*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)*

~~SEROQUEL has not been evaluated or used in any appreciable extent in patients with a recent history of myocardial infarction or unstable heart disease. Patients with these diagnoses were excluded from the clinical trials. The electrocardiograms of approximately 400 patients who received SEROQUEL and 161 patients who received placebo in four double-blind, placebo-controlled trials were evaluated and the proportions of patients meeting the criteria for tachycardia were compared in four 3-6 week placebo-controlled clinical trials revealing a 1% (4/399) incidence for SEROQUEL compared to 0.6% (1/156) incidence for placebo. Because of the risks of orthostatic hypotension and tachycardia, caution is advised for SEROQUEL use in cardiac patients.~~

~~The mean oral clearance of quetiapine was approximately 25% lower in non-psychotic subjects with renal or hepatic insufficiency. (See CLINICAL PHARMACOLOGY: Pharmacokinetics Special Populations)~~

### Information for Patients
Physicians are advised to discuss the following issues with patients for whom they prescribe SEROQUEL.

*Orthostatic Hypotension:* ~~Patients should be advised of the risk of orthostatic hypotension, especially during the 3-5 day period of initial dose titration.~~

*Interference with Cognitive and Motor Performance:* Since somnolence was a commonly reported adverse event associated with SEROQUEL treatment, patients should be advised of the risk of somnolence, especially during the 3-5 day period of initial dose titration. Patients should be cautioned about performing any activity requiring mental alertness, such as operating a motor vehicle (including automobiles) or operating hazardous machinery, until they are reasonably certain that SEROQUEL therapy does not affect them adversely.

*Pregnancy:* Patients should be advised to notify their physician if they become pregnant or intend to become pregnant during therapy.

## FDA DRAFT LABELING PROPOSAL
### RECEIVED BY FAX ON 7/28/97

**Revise to:** "SEROQUEL has not been evaluated or used to any appreciable extent in patients with a recent history of myocardial infarction or unstable heart disease. Patients with these diagnoses were excluded from premarketing clinical studies. Because of the risk of orthostatic hypotension with SEROQUEL, caution should be observed in cardiac patients (see Orthostatic Hypotension)."

**Delete**

**Revise to:** "Patients should be advised of the risk of orthostatic hypotension, especially during the 3-5 day period of initial dose titration, and also at times of re-initiating treatment or increases in dose."

## ZENECA'S RESPONSE

AZSER00287818

| NDA DRAFT LABELING<br>*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)* | FDA DRAFT LABELING PROPOSAL<br>RECEIVED BY FAX ON 7/28/97 | ZENECA'S RESPONSE |
|---|---|---|
| *Nursing:* Patients should be advised not to breast feed if they are taking SEROQUEL. | | |
| *Concomitant Medication:* As with other medications, patients should be advised to notify their physicians if they are taking, or plan to take, any prescription or over-the-counter drugs. | | |
| *Alcohol:* Patients should be advised to avoid consuming alcoholic beverages while taking SEROQUEL. | | |
| **Laboratory Tests**<br>No specific laboratory tests are recommended. | | |
| | | Add: *"Heat Exposure and Dehydration:* Patients should be advised regarding appropriate care in avoiding overheating and dehydration." |
| **Drug Interactions**<br>~~CNS Active Drugs: The effect of quetiapine on the single-dose pharmacokinetics of lorazepam was assessed in men with selected psychotic disorders. There was no major effect of quetiapine on the plasma concentrations of lorazepam.~~ | | **Revise to:**<br>"The risks of using SEROQUEL in combination with other drugs have not been extensively evaluated in systematic studies. Given the primary CNS effects of SEROQUEL, caution should be used when it is taken in combination with other centrally acting drugs. SEROQUEL potentiated the cognitive and motor effects of alcohol in a clinical trial in subjects with selected psychotic disorders, and alcoholic beverages should be avoided while taking SEROQUEL." |
| ~~The effect of quetiapine on the pharmacokinetics of lithium was assessed in men and women with selected psychotic disorders who were maintained on lithium. The administration of SEROQUEL to steady state (750 mg/day on a tid schedule) did not alter the serum concentrations of lithium.~~ | | **Revise to:** "Because of its potential for inducing hypotension, SEROQUEL may enhance the effects of certain antihypertensive agents." |
| ~~SEROQUEL potentiated the cognitive and motor effects of alcohol in a clinical trial in subjects with selected psychotic disorders. Given the primary CNS effects of SEROQUEL, as with all antipsychotic medications, it should be used with caution in combination with other centrally acting drugs and alcoholic beverages should be avoided while taking SEROQUEL.~~ | | **Revise to:** "SEROQUEL may antagonize the effects of levodopa and dopamine agonists." |

Rev A 07/97 - SER3CN22.DOC

17

**NDA DRAFT LABELING**
*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)*

~~*Phenytoin* - Co-administration of quetiapine and phenytoin (microsomal enzyme inducer) caused reduced steady-state plasma concentrations of quetiapine. Increased doses of SEROQUEL may be required to maintain control of psychotic symptoms in patients receiving quetiapine and phenytoin, or other hepatic enzyme inducers (e.g., carbamazepine, barbiturates, rifampin, glucocorticoids). Caution should be taken if phenytoin is withdrawn and replaced with a non-enzyme inducer (e.g., valproate).~~

~~*Cimetidine* Administration of multiple daily doses of cimetidine, an enzyme inhibitor of cytochrome P450, (400 mg tid for 4 days) did not significantly affect the steady-state pharmacokinetics of quetiapine (150 mg tid). Although data is not available in clinical studies, caution is indicated when SEROQUEL is administered with a potent enzyme inhibitor of cytochrome P450 (ketoconazole, erythromycin).~~

---

**FDA DRAFT LABELING PROPOSAL**
**RECEIVED BY FAX ON 7/28/97**

**ZENECA'S RESPONSE**

**Revise to:** "The Effect of Other Drugs on SEROQUEL:
*Phenytoin* - Co-administration of quetiapine (250 mg tid) and phenytoin (100 mg tid) increased the mean oral clearance of quetiapine by 5-fold. Increased doses of SEROQUEL may be required to maintain control of psychotic symptoms in patients receiving quetiapine and phenytoin, or other hepatic enzyme inducers (e.g., carbamazepine, barbiturates, rifampin, glucocorticoids). Caution should be taken if phenytoin is withdrawn and replaced with a non-inducer (e.g., valproate) (see DOSAGE AND ADMINISTRATION)"

**Add:** *"Thioridazine* - Thioridazine (200 mg BID) increased the oral clearance of quetiapine (300 mg BID) by 65%."

**Revise to:** *"Cimetidine* - Administration of multiple daily doses of cimetidine (400 mg tid for 4 days) resulted in a 20% decrease in the mean oral clearance of quetiapine (150 mg tid). Dosage adjustment for quetiapine is not required when it is given with cimetidine."

**Add:** *"P450 3A Inhibitors* - Although data are not available from clinical studies, caution is indicated when SEROQUEL is administered with a potent enzyme inhibitor of cytochrome P450 3A (e.g., ketoconazole, itraconazole, fluconazole, and erythromycin)."

**Add:** *"Fluoxetine, Imipramine, Haloperidol, and Risperidone* - Coadministration of fluoxetine (60 mg once daily); Imipramine (75 mg BID), haloperidol (7.5 mg BID), or risperidone (3 mg BID) with quetiapine (300 mg BID) did not alter the steady state pharmacokinetics of quetiapine."

**Add:** *"Effect of Quetiapine on Other Drugs:*
*Lorazepam* - The mean oral clearance of lorazepam (2 mg, single dose) was reduced by 20% in the presence of quetiapine administered as 250 mg TID dosing."

## NDA DRAFT LABELING

*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)*

*Antipyrine:* Administration of multiple daily doses up to 750 mg/day (on a tid schedule) of quetiapine to subjects with selected psychotic disorders had no clinically relevant effect on the clearance of antipyrine or urinary recovery of antipyrine metabolites. These results indicate that quetiapine does not significantly induce hepatic enzymes responsible for cytochrome P450 mediated metabolism of antipyrine.

### Carcinogenesis, Mutagenesis, Impairment of Fertility:

*Carcinogenesis:* ~~In the two year carcinogenicity studies in mice and rats, quetiapine was administered at doses of 20, 75, 250, and 750 mg/kg (mice) and 20, 75, and 250 mg/kg (rats). These doses are equivalent to 2, 7, 27, and 66 times the maximum human dose (800 mg/day) on a mg/kg basis or 0.3, 0.8, 3, and 8 times (mice) or 0.4, 1.4, and 5 times (rats) on a mg/m² basis. The incidence of benign thyroid follicular cell adenomas was increased compared to concurrent controls in male mice given 250 and 750 mg/kg and in male rats given 250 mg/kg. These tumors are considered to have arisen from chronic stimulation of the thyroid gland by thyroid stimulating hormone resulting from enhanced metabolism and clearance of thyroxine by rodent liver. The incidence of malignant mammary adenocarcinomas was increased at all dose levels in female rats. These tumors are considered to be a result of hyperprolactinemia in rats associated with the dopamine D₂ receptor antagonist activity of quetiapine. Both the thyroid and mammary tumors result from rodent specific effects of quetiapine and are not considered to be indicative of a carcinogenic risk to patients.~~

## FDA DRAFT LABELING PROPOSAL
RECEIVED BY FAX ON 7/28/97

Add: *"Lithium* - Concomitant administration of quetiapine (250 mg tid) with lithium had no effect on any of the steady state pharmacokinetic parameters of lithium."

## ZENECA'S RESPONSE

Revise to: "Carcinogenicity studies were conducted in C57BL mice and Wistar rats. Quetiapine was administered in the diet to mice at doses of 20, 75, 250, and 750 mg/kg and to rats by gavage at doses of 25, 75, and 250 mg/kg for two years. These doses are equivalent to 0.1, 0.5, 1.5, and 4.5 times the maximum human dose (800 mg/day) on a mg/m² basis (mice) or 0.3, 0.9, and 3.0 times the maximum human dose on a mg/m² basis (rats). There were statistically significant increases in thyroid gland follicular adenomas in male mice at doses of 250 and 750 mg/kg or 1.5 and 4.5 times the maximum human dose on a mg/m² basis and in male rats at a dose of 250 mg/kg or 3.0 times the maximum human dose on a mg/m² basis. Mammary gland adenocarcinomas were statistically significantly increased in female rats at all doses tested (25, 75, and 250 mg/kg or 0.3, 0.9, and 3.0 times the maximum recommended human dose on a mg/m² basis)."