Page 20

# NDA DRAFT LABELING

*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)*

## FDA DRAFT LABELING PROPOSAL
## RECEIVED BY FAX ON 7/28/97

## ZENECA'S RESPONSE

Add: "Thyroid follicular cell adenomas may have resulted from chronic stimulation of the thyroid gland by thyroid stimulating hormone (TSH) resulting from enhanced metabolism and clearance of thyroxine by rodent liver. Changes in TSH, thyroxine, and thyroxine clearance consistent with this mechanism were observed in subchronic toxicity studies in rat and mouse and in a 1-year toxicity study in rat; however, the results of these studies were not definitive. The relevance of the increases in thyroid follicular cell adenomas to human risk, through whatever mechanism, is unknown.

Add: "Antipsychotic drugs have been shown to chronically elevate prolactin levels in rodents. Serum measurements in a 1-yr toxicity study showed that quetiapine increased median serum prolactin levels a maximum of 32- and 13-fold in male and female rats, respectively. Increases in mammary neoplasms have been found in rodents after chronic administration of other antipsychotic drugs and are considered to be prolactin-mediated. The relevance of this increased incidence of prolactin-mediated mammary gland tumors in rats to human risk is unknown (see Hyperprolactinemia in PRECAUTIONS, General)."

***Mutagenesis:*** In mutagenicity studies, there was no evidence of mutagenic potential in reverse (S. typhimurium and E. Coli) or forward point mutation (CHO-HGPRT) assays or in two assays for chromosomal aberrations (human peripheral blood lymphocyte clastogenesis assay and the rat bone marrow erythrocyte micronucleus assay).

Revise to: "The mutagenic potential of quetiapine was tested in six *in vitro* bacterial gene mutation assays and in an *in vitro* mammalian gene mutation assay in Chinese Hamster Ovary cells. However, sufficiently high concentrations of quetiapine may not have been used for all tester strains. Quetiapine did produce a reproducible increase in mutations in one *Salmonella typhimurium* tester strain in the presence of metabolic activation. No evidence of clastogenic potential was obtained in an *in vitro* chromosomal aberration assay in cultured human lymphocytes or in the *in vivo* micronucleus assay in rats."

Rev A 07/97 - SERXCN22.DOC

AZSER00287822

| NDA DRAFT LABELING | FDA DRAFT LABELING PROPOSAL | ZENECA'S RESPONSE |
|---|---|---|
| *(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)* | RECEIVED BY FAX ON 7/28/97 | |

*Impairment of Fertility:* ~~In fertility studies, quetiapine was administered at doses of up to (150 mg/kg) 13 times the maximum human dose (800 mg/day)) on a mg/kg basis, or 3 times on a mg/m² basis, at which dose there was a transient reduction in fertility in male rats. In female rats at doses of up to (50 mg/kg) 4 times the maximum human dose (800 mg/day)) on a mg/kg basis, or 1 times on a mg/m² basis, quetiapine caused an inhibition of estrus cyclicity, pseudopregnancy, prolonged periods of diestrus, increased preceital interval and reduced pregnancy rate. The effects on rat fertility are considered to arise from prolonged hyperprolactinemia associated with dopamine D₂ receptor antagonism in this species.~~

Revise to: "*Impairment of Fertility:* Quetiapine decreased mating and fertility in male Sprague-Dawley rats at oral doses of 50 and 150 mg/kg or 0.6 and 1.8 times the maximum human dose on a mg/m² basis. Drug-related effects included increases in interval to mate and in the number of matings required for successful impregnation. These effects continued to be observed at 150 mg/kg even after a two-week period without treatment. The no-effect dose for impaired mating and fertility in male rats was 25 mg/kg, or 0.3 times the maximum human dose on a mg/m² basis. Quetiapine adversely affected mating and fertility in female Sprague-Dawley rats at an oral dose of 50 mg/kg, or 0.6 times the maximum human dose on a mg/m² basis. Drug-related effects included decreases in matings and in matings resulting in pregnancy, and an increase in the interval to mate. An increase in irregular estrus cycles was observed at doses of 10 and 50 mg/kg, or 0.1 and 0.6 times the maximum human dose on a mg/m² basis. The no-effect dose in female rats was 1 mg/kg, or 0.01 times the maximum human dose on a mg/m² basis."

| NDA DRAFT LABELING | FDA DRAFT LABELING PROPOSAL | ZENECA'S RESPONSE |
|---|---|---|
| (For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label) | RECEIVED BY FAX ON 7/28/97 | |

Pregnancy

~~Pregnancy Category B:~~

~~In animal reproduction studies, quetiapine was administered up to (200 mg/kg) (7 times the maximum human dose (800 mg/day)) on a mg/kg basis, or 4 times on a mg/m² basis in rats. In rabbits, quetiapine was administered up to (100 mg/kg) (3 times the maximum human dose (800 mg/day)) on a mg/kg basis, or 3 times on a mg/m² basis. Quetiapine revealed no evidence of selective effects on the fetus due to quetiapine in either species. There are no adequate and well controlled trials in pregnant women. Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if clearly needed.~~

Revise to:

"Pregnancy Category C:

The teratogenic potential of quetiapine was studied in Wistar rats and Dutch Belted rabbits dosed during the period of organogenesis. No evidence of a teratogenic effect was detected in rats at doses of 25 to 200 mg/kg or 0.3 to 2.4 times the maximum human dose on a mg/m² basis or in rabbits at 25 to 100 mg/kg or 0.6 to 2.4 times the maximum human dose on a mg/m² basis. There was, however, evidence of embryo/fetal toxicity. Delays in skeletal ossification were detected in rat fetuses at doses of 50 and 200 mg/kg (0.6 and 2.4 times the maximum human dose on a mg/m² basis) and in rabbits at 50 and 100 mg/kg (1.2 and 2.4 times the maximum human dose on a mg/m² basis). Fetal body weight was reduced in rat fetuses at 200 mg/kg and rabbit fetuses at 100 mg/kg (2.4 times the maximum human dose on a mg/m² basis for both species). There was an increased incidence of a minor soft tissue anomaly (carpal/tarsal flexure) in rabbit fetuses at a dose of 100 mg/kg (2.4 times the maximum human dose on a mg/m² basis). Evidence of maternal toxicity (i.e., decreases in body weight gain and/or death) was observed at the high dose in the rat study and at all doses in the rabbit study. In a peri/postnatal reproductive study in rats, no drug-related effects were observed at doses of 1, 10, and 20 mg/kg or 0.01, 0.12, and 0.24 times the maximum human dose on a mg/m² basis. However, in a preliminary peri/postnatal study, there were increases in fetal and pup death, and decreases in mean litter weight at 150 mg/kg, or 3.0 times the maximum human dose on a mg/m² basis.

~~Placental transfer of SEROQUEL has been demonstrated in both rats and rabbits.~~

There are no adequate and well-controlled studies in pregnant women and quetiapine should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus."

~~Non-teratogenic Effects: To assess the pre- and post-natal effects of quetiapine on rats, the drug was dosed orally at up to therapeutic human dose levels from day 16 of pregnancy until day 21 of lactation. It was concluded that quetiapine resulted in maternal toxicity, as evidenced by reduced weight gain. There were, however, no accompanying adverse effects on pregnancy, parturition, or on survival or development of the offspring.~~

Delete

| NDA DRAFT LABELING | FDA DRAFT LABELING PROPOSAL | ZENECA'S RESPONSE |
|---|---|---|
| (For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label) | RECEIVED BY FAX ON 7/28/97 | |

**Labor and Delivery** The effect of SEROQUEL on labor and delivery in humans is unknown.

**Nursing Mothers** ~~It is not known whether this drug is excreted in human milk. Because in animal studies quetiapine was excreted in breast milk, women receiving SEROQUEL should not breast feed.~~

Revise to: "SEROQUEL was excreted in milk of treated animals during lactation. It is not known if SEROQUEL is excreted in human milk. It is recommended that women receiving SEROQUEL should not breast feed."

**Pediatric Use** The safety and effectiveness of SEROQUEL in pediatric patients have not been established.

**Geriatric Use** ~~Elderly patients (age 65 and over) should be carefully monitored during the initial dosing period. The rate of dose titration may need to be slower, and the daily therapeutic dose lower than that used in younger patients depending on the clinical response and tolerance of the individual patient. The mean plasma clearance of quetiapine was reduced by 30% to 50% in elderly patients when compared to younger patients. (See CLINICAL PHARMACOLOGY and DOSAGE AND ADMINISTRATION)~~

Revise to: "Of the approximately 2400 patients in clinical studies with SEROQUEL, 8% (190) were 65 years of age or over. In general, there was no indication of any different tolerability of SEROQUEL in the elderly compared to younger adults. Nevertheless, the presence of factors that might decrease pharmacokinetic clearance, increase the pharmacodynamic response to SEROQUEL, or cause poorer tolerance or orthostasis, should lead to consideration of a lower starting dose, slower titration, and careful monitoring during the initial dosing period in the elderly. The mean plasma clearance of SEROQUEL was reduced by 30% to 50% in elderly patients when compared to younger patients. (see Pharmacokinetics under Clinical Pharmacology and Dosage and Administration)."

# NDA DRAFT LABELING

*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)*

## ADVERSE REACTIONS

# FDA DRAFT LABELING PROPOSAL
RECEIVED BY FAX ON 7/28/97

# ZENECA'S RESPONSE

Add: "ADVERSE REACTIONS

The premarketing development program for SEROQUEL included over 2600 patients and/or normal subjects exposed to 1 or more doses of SEROQUEL. Of these 2600 subjects, approximately 2300 were patients who participated in multiple dose effectiveness trials, and their experience corresponded to approximately 865 patient-years. The conditions and duration of treatment with SEROQUEL varied greatly and included (in overlapping categories) open-label and double-blind phases of studies, inpatients and outpatients, fixed-dose and dose-titration studies, and short-term or longer-term exposure. Adverse reactions were assessed by collecting adverse events, results of physical examinations, vital signs, weights, laboratory analyes, ECGs, and results of ophthalmologic examinations."

Add: "Adverse events during exposure were obtained by general inquiry and recorded by clinical investigators using terminology of their own choosing. Consequently, it is not possible to provide a meaningful estimate of the proportion of individuals experiencing adverse events without first grouping similar types of events into a smaller number of standardized event categories. In the tables and tabulations that follow, standard COSTART terminology has been used to classify reported adverse events."

Add: "The stated frequencies of adverse events represent the proportion of individuals who experienced, at least once, a treatment-emergent adverse event of the type listed. An event was considered treatment emergent if it occurred for the first time or worsened while receiving therapy following baseline evaluation."

# NDA DRAFT LABELING

*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)*

**Associated with Discontinuation of Treatment** Approximately 7% (153/2163) of SEROQUEL (quetiapine)-treated patients in Phase 2-3 studies discontinued treatment due to an adverse event, compared to 3% (6/206) on placebo and 11% (45/420) on active control drugs. The more common events (≥0.3%) associated with discontinuation and considered possibly or probably drug related included:

| Adverse event | SEROQUEL | Placebo |
|---|---|---|
| Somnolence | 1.2% | 0% |
| Leukopenia | 0.6% | 0% |
| SGPT increased | 0.5% | 0.5% |
| Postural Hypotension | 0.5% | 0% |
| SGOT increased | 0.3% | 0.5% |
| Agitation | 0.3% | 0% |
| Hypotension | 0.3% | 0% |

Depression and overdose were associated with discontinuation in 0.4% and 0.3% of SEROQUEL treated patients, respectively, compared to 0% of placebo patients, but given the almost 12 fold greater exposure time in SEROQUEL compared to placebo patients, it is unlikely that depression and overdose are SEROQUEL related adverse events. Discontinuation for somnolence was 0.0% in active control patients in the Phase 2-3 trials.

## Incidence in Controlled Trials

*Commonly Observed:* In four 3- to 6-week placebo-controlled trials, spontaneously reported treatment-emergent adverse events with an incidence of 5% or greater in the SEROQUEL group and at least twice that of placebo were dizziness, postural hypotension, dry mouth, dyspepsia and SGPT increased.

Rev A 07/97 - SER3CN22.DOC

# FDA DRAFT LABELING PROPOSAL
RECEIVED BY FAX ON 7/28/97

# ZENECA'S RESPONSE

### Adverse Findings Observed in Short-Term, Controlled Trials
*Adverse Events Associated with Discontinuation of Treatment in Short-Term, Placebo-Controlled Trials*

Overall, there was little difference in the incidence of discontinuation due to adverse events (5% for SEROQUEL vs. 3% for placebo) in a pool of controlled trials. However, discontinuations due to somnolence and hypotension were considered to be drug related (see Precautions):

| Adverse Event | SEROQUEL | Placebo |
|---|---|---|
| Somnolence | 1.2% | 0% |
| Hypotension | 0.7% | 0% |

AZSER00287827

| NDA DRAFT LABELING | FDA DRAFT LABELING PROPOSAL | ZENECA'S RESPONSE |
|---|---|---|
| (For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label) | RECEIVED BY FAX ON 7/28/97 | |

~~Adverse Events Occurring at an Incidence of 1% or more among Patients Treated with SEROQUEL. The table that follows enumerates adverse events that occurred at an incidence of 1% or more and were at least as frequent among patients treated with SEROQUEL than among patients treated with placebo in the pooled results of four 3-to 6-week controlled trials. Patients received SEROQUEL doses between 75 and 750 mg/day. This table shows the percentage of patients in each group who spontaneously reported at least one episode of an event at some time during their treatment. Reported adverse events were classified according to the Coding Symbols for Thesaurus of Adverse Reaction Terms (COSTART) preferred terms. (see Table 2).~~

**Revise to:** "*Adverse Events Occurring at an Incidence of 1% or More Among SEROQUEL Treated Patients in Short-Term, Placebo-Controlled Trials:* Table 1 enumerates the incidence, rounded to the nearest percent, of treatment-emergent adverse events that occurred during acute therapy (up to 6 weeks) of schizophrenia in 1% or more of patients treated with SEROQUEL (doses ranging from 75 to 750 mg/day) where the incidence in patients treated with SEROQUEL was greater than the incidence in placebo-treated patients."

~~The prescriber should be aware that these figures cannot be used to predict the incidence of side effects in the course of usual medical practice where patient characteristics and other factors differ from those which prevailed in these clinical trials. Similarly, the cited frequencies cannot be compared with figures obtained from other clinical investigations involving different treatments, uses, and investigators. The cited figures, however, do provide the prescribing physician with some basis for estimating the relative contribution of drug and nondrug factors to the side effect incidence rate in the population studied.~~

**Revise to:** "The prescriber should be aware that the figures in the tables and tabulations cannot be used to predict the incidence of side effects in the course of usual medical practice where patient characteristics and other factors differ from those that prevailed in the clinical trials. Similarly, the cited frequencies cannot be compared with figures obtained from other clinical investigations involving different treatments, uses, and investigators. The cited figures, however, do provide the prescribing physician with some basis for estimating the relative contribution of drug and nondrug factors to the side effect incidence in the population studied."

**Add:** "In these studies, the most commonly observed adverse events associated with the use of SEROQUEL (incidence of 5% or greater) and observed at a rate on SEROQUEL at least twice that of placebo were dizziness (10%), postural hypotension (7%), dry mouth (7%), and dyspepsia (6%)."

## NDA DRAFT LABELING

*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)*

Table 2. Treatment-Emergent Adverse Experience Incidence in 3- to 6-Week Placebo-Controlled Clinical Trials[1]

| Body System/ Preferred Term | SEROQUEL (n=510) | Placebo (n=206) |
|---|---|---|
| **Body as a Whole** | | |
| Headache | 19% | 18% |
| Asthenia | 4% | 3% |
| Abdominal pain | 3% | 1% |
| Back pain | 2% | 1% |
| Fever | 2% | 1% |
| **Nervous System** | | |
| Somnolence | 18% | 11% |
| Dizziness | 10% | 4% |
| **Digestive System** | | |
| Constipation | 9% | 5% |
| Dry Mouth | 7% | 3% |
| Dyspepsia | 6% | 2% |
| ~~GGT increased~~ | ~~2%~~ | ~~1%~~ |
| **Cardiovascular System** | | |
| Postural hypotension | 7% | 2% |
| Tachycardia | 7% | 5% |
| **Metabolic and Nutritional Disorders** | | |
| ~~ALT/SGPT increased~~ | ~~6%~~ | ~~2%~~ |
| ~~AST/SGOT increased~~ | ~~4%~~ | ~~1%~~ |
| Weight gain | 2% | 0% |
| **Skin and Appendages** | | |
| Rash | 4% | 3% |
| **Respiratory System** | | |
| Rhinitis | 3% | 1% |

Rev A 07/97 - SER3CN22.DOC

27

## ZENECA'S RESPONSE

## FDA DRAFT LABELING PROPOSAL RECEIVED BY FAX ON 7/28/97

Table 1. Treatment-Emergent Adverse Experience Incidence in 3- to 6-Week Placebo-Controlled Clinical Trials[1]

| Body System/ Preferred Term | SEROQUEL (n=510) | Placebo (n=206) |
|---|---|---|
| **Body as a Whole** | | |
| Headache | 19% | 18% |
| Asthenia | 4% | 3% |
| Abdominal pain | 3% | 1% |
| Back pain | 2% | 1% |
| Fever | 2% | 1% |
| **Nervous System** | | |
| Somnolence | 18% | 11% |
| Dizziness | 10% | 4% |
| **Digestive System** | | |
| Constipation | 9% | 5% |
| Dry Mouth | 7% | 3% |
| Dyspepsia | 6% | 2% |
| **Cardiovascular System** | | |
| Postural hypotension | 7% | 2% |
| Tachycardia | 7% | 5% |
| **Metabolic and Nutritional Disorders** | | |
| Weight gain | 2% | 0% |
| **Skin and Appendages** | | |
| Rash | 4% | 3% |
| **Respiratory System** | | |
| Rhinitis | 3% | 1% |

AZSER00287829

| NDA DRAFT LABELING<br>(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label) | FDA DRAFT LABELING PROPOSAL<br>RECEIVED BY FAX ON 7/28/97 | ZENECA'S RESPONSE |
|---|---|---|
| ~~Hemic and Lymphatic System~~<br>~~Leukopenia          2%          0%~~ | Delete | |
| **Special Senses**<br>Ear pain          1%          0% | **Special Senses**<br>Ear pain          1%          0% | **Revise to:** "[Events for which the SEROQUEL incidence was equal to or less than placebo are not listed in the table, but included the following: pain, infection, chest pain, hostility, accidental injury, hypertension, hypotension, nausea, vomiting, diarrhea, myalgia, agitation, insomnia, anxiety, nervousness, akathisia, hypertonia, tremor, depression, paresthesia, pharyngitis, dry skin, amblyopia and urinary tract infection." |
| ~~[Events reported by at least 1% of patients with SEROQUEL are included and are rounded to the nearest %. Events for which the SEROQUEL incidence was equal to or less than placebo are not listed in the table, but included the following: pain, infection, chest pain, hostility, accidental injury, hypotension, hypertension, nausea, vomiting, diarrhea, myalgia, agitation, insomnia, anxiety, nervousness, akathisia, hypertonia, tremor, depression, paresthesia, pharyngitis, dry skin, amblyopia and urinary tract infection.~~ | | **Add:** "Explorations for interactions on the basis of gender, age, and race did not reveal any clinically meaningful differences in the adverse event occurrence on the basis of these demographic factors." |
| **Dose Dependency of Adverse Events**<br>*Dose-related Adverse Events*: Spontaneously elicited adverse event data from a study comparing five fixed doses of SEROQUEL (75 mg, 150 mg, 300 mg, 600 mg, and 750 mg/day) to placebo were explored for dose-relatedness of adverse events. Logistic regression analyses revealed a positive dose response (p<0.05) for the following adverse events: dyspepsia, abdominal pain, and weight gain.<br><br>*Extrapyramidal Symptoms*: Data from one 6-week clinical trial comparing five fixed doses of SEROQUEL (75, 150, 300, 600, 750 mg/day) provided evidence for the lack of treatment-emergent extrapyramidal symptoms (EPS) and dose-relatedness for EPS associated with SEROQUEL treatment. Three methods were used to measure EPS (1) Simpson-Angus total score (mean change from baseline) which evaluates parkinsonism and akathisia, (2) incidence of spontaneous complaints of EPS (akathisia, akinesia, cogwheel rigidity, extrapyramidal syndrome, hypertonia, hypokinesia, neck rigidity, and tremor), and (3) use of anticholinergic medications to treat emergent EPS. | | |

| | NDA DRAFT LABELING | FDA DRAFT LABELING PROPOSAL | ZENECA'S RESPONSE |
|---|---|---|---|
| | (For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label) | RECEIVED BY FAX ON 7/28/97 | |

SEROQUEL

| Dose Groups | Placebo | 75mg | 150mg | 300mg | 600mg | 750mg |
|---|---|---|---|---|---|---|
| Parkinsonism | -0.6 | -1.0 | -1.2 | -1.6 | -1.8 | -1.8 |
| EPS incidence | 16% | 6% | 6% | 4% | 8% | 6% |
| Anticholinergic Medications | 14% | 11% | 10% | 8% | 12% | 11% |

In three additional placebo-controlled clinical trials using variable doses of SEROQUEL, there were no differences between the SEROQUEL and placebo treatment groups in the incidence of EPS, as assessed by Simpson-Angus total scores, spontaneous complaints of EPS and the use of concomitant anticholinergic medications to treat EPS.

~~*Vital Sign Changes:* A between group comparison for the 3 to 6 week placebo controlled trials revealed statistically significant SEROQUEL/placebo differences in the proportions of patients experiencing potentially important changes in standing pulse rate. There were no clinically significant SEROQUEL/placebo differences in the proportions of patients experiencing potentially important changes in other vital signs (i.e., systolic and diastolic blood pressure and temperature).~~

Revise to: "*Vital Sign Changes*: SEROQUEL is associated with orthostatic hypotension (see Precautions)."

~~*Weight Changes:* The proportions of patients meeting a weight gain criterion of ≥7% of body weight were compared in a pool of four 3- to 6-week placebo controlled clinical trials, revealing a statistically significantly greater incidence of weight gain for SEROQUEL (23%) compared to placebo (11%).~~

Revise to: "*Weight Gain*: The proportions of patients meeting a weight gain criterion of ≥7% of body weight were compared in a pool of four 3- to 6-week placebo-controlled clinical trials, revealing a statistically significantly greater incidence of weight gain for SEROQUEL (23%) compared to placebo (6%)."

Rev A 07/97 - SER3CN22.DOC

29