| NDA DRAFT LABELING | FDA DRAFT LABELING PROPOSAL | ZENECA'S RESPONSE |
|---|---|---|
| *(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)* | RECEIVED BY FAX ON 7/28/97 | |

*Laboratory Changes:* A between-group comparison for 3 to 6 week placebo-controlled trials revealed statistically significant SEROQUEL/placebo differences in the proportions of patients experiencing potentially important changes in ALT, triglycerides, potassium, total T4 and reverse T3. (See PRECAUTIONS). There were no statistically significant SEROQUEL/placebo differences in the proportions of patients experiencing potentially important changes in other routine serum chemistry, including prolactin, hematology, or urinalysis parameters. There were no SEROQUEL/placebo differences in the incidence of discontinuations for changes in serum chemistry (including prolactin), hematology or urinalysis.

**Revise to:** "*Laboratory Changes:* An assessment of the premarketing experience for SEROQUEL suggested that it is associated with asymptomatic increases in SGPT and increases in both total cholesterol and triglycerides (see Precautions)."

**Add:** "An assessment of hematological parameters in short-term, placebo-controlled trials revealed no clinically important differences between SEROQUEL and placebo."

*ECG Changes:* The electrocardiograms of approximately 400 patients who received SEROQUEL and 161 patients who received placebo in four 3 to 6 week double-blind, placebo-controlled were evaluated. There were no statistical difference in the proportions of SEROQUEL/placebo patients experiencing potentially important changes in electrocardiogram parameters, i.e., heart rate and QTc interval.

**Revise to:** "*ECG Changes:* Between group comparisons for pooled placebo-controlled trials revealed no statistically significant SEROQUEL/placebo differences in the proportions of patients experiencing potentially important changes in ECG parameters, including QT, QTc, and PR intervals. However, the proportions of patients meeting the criteria for tachycardia were compared in four 3- 6-week-placebo-controlled clinical trials revealing a 1% (4/399) incidence for SEROQUEL compared to 0.6% (1/156) incidence for placebo. SEROQUEL use was associated with a mean increase in heart rate, assessed by ECG, of 7 beats per minute compared to a mean increase of 1 beat per minute among placebo patients. This slight tendency to tachycardia may be related to SEROQUEL's potential for inducing orthostatic changes (see Precautions)."

## NDA DRAFT LABELING

*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)*

~~Other Events Observed During the Clinical Trial Evaluation of SEROQUEL: During its clinical trial assessment, multiple doses of SEROQUEL (quetiapine) were administered to 2162 patients in Phase 2 and 3 studies. The conditions and duration of exposure to SEROQUEL varied greatly, and included (in overlapping categories) open and double blind studies, uncontrolled and controlled studies, inpatient and outpatient studies, fixed dose and titration studies, and short term and longer term exposure. In most studies, untoward events were obtained by spontaneous report and recorded by clinical investigators in terminology of their own choosing. Consequently, it is impossible to provide a meaningful estimate of the proportion of individuals experiencing adverse events without first grouping similar types of untoward events into a smaller number of standardized event categories.~~

~~In the listings that follow, spontaneously reported adverse events were classified using the Coding Symbols for Thesaurus of Adverse Reaction Terms (COSTART) preferred terms. The frequencies presented, therefore, represent the proportion of the 2162 patients exposed to multiple doses of SEROQUEL who experienced an event of the type cited on at least one occasion while receiving SEROQUEL. All reported events are included except those already listed in Table 2, those events for which causality has not been established, and those event terms which were so general as to be uninformative. It is important to emphasize that, although the events reported occurred during treatment with SEROQUEL, they were not necessarily caused by it.~~

~~Events are further categorized by body system and listed in order of descending frequency according to the following definitions: frequent adverse events are those reported in at least 1/100 patients; infrequent adverse events are those reported in 1/100 to 1/1000 patients; rare events are those reported in less than 1/1000 patients~~

## FDA DRAFT LABELING PROPOSAL
### RECEIVED BY FAX ON 7/28/97

Revise to: "Other Adverse Events Observed During the Pre-Marketing Evaluation of SEROQUEL

Following is a list of COSTART terms that reflect treatment-emergent adverse events as defined in the introduction to the ADVERSE REACTIONS section reported by patients treated with SEROQUEL at multiple doses ≥ 75 mg/day during any phase of a trial within the premarketing database of approximately 2200 patients. All reported events are included except those already listed in Table 1 or elsewhere in labeling, those events for which a drug cause was remote, and those event terms which were so general as to be uninformative. It is important to emphasize that, although the events reported occurred during treatment with SEROQUEL, they were not necessarily caused by it."

Revise to: "Events are further categorized by body system and listed in order of decreasing frequency according to the following definitions: frequent adverse events are those occurring in at least 1/100 patients (only those not already listed in the tabulated results from placebo controlled trials appear in this listing); infrequent adverse events are those occurring in 1/100 to 1/1000 patients; rare events are those occurring in fewer than 1/1000 patients."

## ZENECA'S RESPONSE

The information requested on Adverse Events is provided (see Tab 5).

| NDA DRAFT LABELING (For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label) | FDA DRAFT LABELING PROPOSAL RECEIVED BY FAX ON 7/28/97 | ZENECA'S RESPONSE |
|---|---|---|
| *Nervous System*. *Frequent*: insomnia, agitation, anxiety, nervousness, akathisia, hypertonia, tremor, depression, extrapyramidal syndrome, paresthesia; *Infrequent*: abnormal dreams, thinking abnormal, vertigo, speech disorder, movement disorder, tardive dyskinesia, amnesia, dyskinesia, psychosis, hypokinesis, confusion, hyperkinesia, dysarthria, hallucinations, hypokinesis, paranoid reaction, convulsion, dystonia, incoordination, libido increased, urinary retention, delusions, myoclonus, schizophrenic reaction, apathy, depersonalization, coulogyric crisis, personality disorder, abnormal gait, ataxia, catatonic reaction, drug dependence, hemiplegia, stupor, *Rare*: akinesia, buccoglossal syndrome, CNS neoplasia, delirium, euphoria, grand mal convulsion, libido decreased, mania reaction, neurosis, aphasia, choreoathetosis, diplopia, emotional lability, facial paralysis, hypotonia, neuralgia, sleep disorder, subdural hematoma, torticollis, trismus | Revise to: *"Nervous System: Infrequent*: abnormal dreams, thinking abnormal, vertigo, tardive dyskinesia, amnesia, dyskinesia, psychosis, confusion, hyperkinesia, dysarthria, hallucinations, paranoid reaction, incoordination, libido increased, urinary retention, delusions, myoclonus, apathy, depersonalization, abnormal gait, ataxia, catatonic reaction, hemiplegia, stupor; *Rare*: buccoglossal syndrome, delirium, euphoria, libido decreased, manic reaction, aphasia, choreoathetosis, diplopia, emotional lability, facial paralysis, hypotonia, neuralgia, subdural hematoma." | Revise to: *"Nervous System: Frequent*: hypertonia, dysarthria; *Infrequent*: abnormal dreams, dyskinesia, thinking abnormal, tardive dyskinesia, vertigo, involuntary movements, confusion, amnesia, psychosis, hallucinations, hyperkinesia, libido increased* urinary retention, incoordination, paranoid reaction, abnormal gait, myoclonus, delusions, manic reaction, apathy, ataxia, depersonalization, stupor, bruxism, catatonic reaction, hemiplegia; *Rare*: aphasia, buccoglossal syndrome, choreoathetosis, delirium, emotional lability, euphoria, libido decreased*, neuralgia, stuttering, subdural hematoma." |
| *Body as a Whole*. *Frequent*: pain, infection, accidental injury, flu syndrome, chest pain, hostility; *Infrequent*: overdose, neck rigidity, neck pain, suicide attempt, cellulitis, malaise, pelvic pain, photosensitivity reaction, chills, intentional injury, abscess, cyst, face edema, sepsis; *Rare*: moniliasis, accidental overdose, allergic reaction, catarect, abdomen enlarged, halitosis, hernia, injection site reaction, neoplasm, granuloma, malignant syndrome, neuroleptic | Revise to: *"Body as a Whole: Frequent*: flu syndrome; *Infrequent*: neck pain, suicide attempt, malaise, pelvic pain, photosensitivity reaction, chills, face edema, *Rare*: moniliasis, neuroleptic malignant syndrome, abdomen enlarged, granuloma, halitosis." | Revise to: *"Body as a Whole: Frequent*: flu syndrome; *Infrequent*: neck pain, pelvic pain*, suicide attempt, malaise, photosensitivity reaction, chills, face edema, lacerations, moniliasis; *Rare*: abdomen enlarged." |
| *Digestive System*. *Frequent*: nausea, vomiting, diarrhea; *Infrequent*: increased salivation, anorexia, increased appetite, periodontal abscess, flatulence, rectal disorder, gastroenteritis, gingivitis, tooth disorder, gastritis, dysphagia, gastrointestinal disorder, stomatitis, thirst, rectal hemorrhage, tongue edema, tooth caries; *Rare*: fecal incontinence, glossitis, gum hemorrhage, melena, mouth ulceration, tongue disorder, biliary pain, cholecystitis, colitis, duodenal ulcer hemorrhage, hematemesis, hepatomegaly, intestinal obstruction, pancreatitis, peptic ulcer, ulcerative stomatitis. | Revise to: *"Digestive System: Infrequent*: increased salivation, anorexia, increased appetite, flatulence, gastroenteritis, gingivitis, gastritis, dysphagia, stomatitis, thirst, rectal hemorrhage, tongue edema, tooth caries; *Rare*: fecal incontinence, glossitis, gum hemorrhage, melena, mouth ulceration, biliary pain, cholecystitis, colitis, duodenal ulcer hemorrhage, hematemesis, hepatomegaly, intestinal obstruction, pancreatitis, peptic ulcer, ulcerative stomatitis." | Revise to: *"Digestive System: Frequent*: anorexia; *Infrequent*: increased salivation, increased appetite, gamma glutamyl transpeptidase increased, gingivitis, dysphagia, flatulence, gastroenteritis, gastritis, hemorrhoids, stomatitis, thirst, tooth caries, fecal incontinence, gastroesophageal reflux, gum hemorrhage, mouth ulceration, rectal hemorrhage, tongue edema; *Rare*: glossitis, hematemesis, intestinal obstruction, melena, pancreatitis." |

## NDA DRAFT LABELING

*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)*

~~Cardiovascular System: Frequent: hypertension, palpitation, syncope; Infrequent: vasodilatation, electrocardiogram abnormal, migraine, arrhythmia, cerebral ischemia, Rare: AV block first degree, bradycardia, deep vein thrombophlebitis, QT interval prolonged, ST segment elevated, supraventricular extrasystoles, angina pectoris, atrial fibrillation, bundle branch block, congestive heart failure, EKG abnormal, heart arrest, myocardial infarct, pallor, pericarditis, phlebitis, sinus bradycardia, T wave inverted, thrombophlebitis, ventricular extrasystoles~~

~~Respiratory System: Frequent: pharyngitis, cough increased; Infrequent: dyspnea, epistaxis, sinusitis, asthma, bronchitis, pneumonia; Rare: hiccup, hyperventilation, laryngitis, yawn~~

~~Metabolic and Nutritional Disorders: Frequent: peripheral edema; Infrequent: weight loss, alkaline phosphatase increased, hyperlipemia, alcohol intolerance, hypercholesterolemia; Rare: gout, hyperglycemia, hypoglycemia, albuminuria, bilirubinemia, creatine phosphokinase increased, dehydration, hyperkalemia, hypokalemia, lactic dehydrogenase increased, water intoxication~~

~~Skin and Appendages: Frequent: sweating; Infrequent: pruritus, dry skin, acne, fungal dermatitis, eczema, maculopapular rash, contact dermatitis, seborrhea; Rare: herpes simplex, herpes zoster, nail disorder, psoriasis, alopecia, cutaneous moniliasis, exfoliative dermatitis, furunculosis, hirsutism, pustular rash, skin discoloration, vesiculobullous rash~~

~~Urogenital System: Frequent: urinary tract infection; Infrequent: urinary incontinence, dysmenorrhea, impotence, vaginitis, dysuria, cystitis, metrorrhagia, urinary frequency, abnormal ejaculation, urination impaired; Rare: orchitis, polyuria, vaginal moniliasis, acute kidney failure, anorgasmia, anuria, bladder stenosis, breast enlargement, breast pain, cervical carcinoma, female lactation, gynecomastia, menstrual disorder, nocturia, pyuria, urine abnormality, vaginal hemorrhage, vulvovaginitis~~

## FDA DRAFT LABELING PROPOSAL
### RECEIVED BY FAX ON 7/28/97

Revise to: "*Cardiovascular System: Frequent:* palpitation; *Infrequent:* vasodilatation, migraine, cerebral ischemia; *Rare:* AV block first degree, bradycardia, deep vein thrombophlebitis, QT interval prolonged, ST segment elevated, angina pectoris, atrial fibrillation, bundle branch block, congestive heart failure, heart arrest, myocardial infarct, pallor, pericarditis, phlebitis, sinus bradycardia, T wave inverted, thrombophlebitis."

Revise to: "*Respiratory System: Frequent:* pharyngitis, cough increased; *Infrequent:* dyspnea, epistaxis, asthma, pneumonia; *Rare:* hiccup, hyperventilation, yawn."

Revise to: "*Metabolic and Nutritional Disorders: Frequent:* peripheral edema; *Infrequent:* weight loss, alkaline phosphatase increased, hyperlipemia, alcohol intolerance, hypercholesterolemia; *Rare:* gout, hyperglycemia, hypoglycemia, albuminuria, bilirubinemia, creatine phosphokinase increased, dehydration, healing abnormal, hyperkalemia, hypokalemia, lactic dehydrogenase increased, water intoxication."

Revise to: "*Skin and Appendages: Frequent:* sweating; *Infrequent:* pruritus, acne, eczema, maculopapular rash, contact dermatitis, seborrhea; *Rare:* psoriasis, alopecia, exfoliative dermatitis, hirsutism, pustular rash, skin discoloration, vesiculobullous rash."

Revise to: "*Urogenital System: Infrequent:* urinary incontinence, dysmenorrhea, impotence, vaginitis, dysuria, cystitis, metrorrhagia, urinary frequency, abnormal ejaculation; *Rare:* orchitis, polyuria, vaginal moniliasis, acute kidney failure, anorgasmia, anuria, bladder stenosis, breast enlargement, breast pain, female lactation, gynecomastia, nocturia, vaginal hemorrhage, vulvovaginitis."

## ZENECA'S RESPONSE

Revise to: "*Cardiovascular System: Frequent:* palpitation; *Infrequent:* vasodilatation, QT interval prolonged, migraine, bradycardia, cerebral ischemia, irregular pulse, T wave abnormality, bundle branch block, cerebrovascular accident, deep thrombophlebitis, T wave inversion; *Rare:* angina pectoris, atrial fibrillation, av block first degree, congestive heart failure, ST elevated, thrombophlebitis, T wave flattening, ST abnormality, Increased QRS duration."

Revise to: "*Respiratory System: Frequent:* pharyngitis, rhinitis, cough increased, dyspnea; *Infrequent:* pneumonia, epistaxis, asthma; *Rare:* hiccup, hyperventilation."

Revise to: "*Metabolic and Nutritional System: Frequent:* peripheral edema; *Infrequent:* weight loss, alkaline phosphatase increased, hyperlipemia, alcohol intolerance, dehydration, hyperglycemia, creatinine increased, hypoglycemia; *Rare:* glycosuria, gout, hand edema, hypokalemia, healing abnormal, water intoxication."

Revise to: "*Skin and Appendages System: Frequent:* sweating; *Infrequent:* pruritus, acne, eczema, contact dermatitis, maculopapular rash, seborrhea, skin ulcer; *Rare:* exfoliative dermatitis, psoriasis, skin discoloration."

Revise to: "*Urogenital System: Infrequent:*. dysmenorrhea*, vaginitis*, urinary incontinence, metrorrhagia*, impotence*, dysuria, vaginal moniliasis*, abnormal ejaculation*, cystitis, urinary frequency, amenorrhea*, cervix carcinoma*, female lactation*, leukorrhea*, vaginal hemorrhage*, vulvovaginitis* orchitis*, breast carcinoma*; *Rare:* gynecomastia*, nocturia, polyuria, acute kidney failure."

## NDA DRAFT LABELING
*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)*

~~Special Senses: Frequent: amblyopia; Infrequent: conjunctivitis, externel specified, otitis media, abnormal vision, dry eyes, blepharitis, otitis externa, taste perversion, tinnitus, eye pain, Rare: abnormality of accommodation, glaucoma, deafness, eye hemorrhage, hyperacusis, lacrimation.~~

~~Musculoskeletal System: Frequent: myalgia; Infrequent: pathological fracture, myasthenia, joint disorder, twitching, arthralgia, leg cramps, bone pain, arthritis; Rare: arthrosis, osteoporosis, ptosis, tendon disorder, tenosynovitis, tetany~~

~~Hemic and Lymphatic System: Infrequent: leukocytosis, anemia, eosinophilia, ecchymosis, hypochromic anemia; Rare: cyanosis, hemolysis, lymphadenopathy, thrombocytopenia, iron deficiency anemia, petechiae, white blood cells abnormal~~

~~Endocrine System: Infrequent: hypothyroidism, diabetes mellitus; Rare: hyperthyroidism, thyroid disorder, thyroiditis~~

### DRUG ABUSE AND DEPENDENCE
**Controlled Substance Class:** SEROQUEL is not a controlled substance.

~~Physical and Psychologic dependence: SEROQUEL has not been systematically studied in animals or humans for its potential for abuse, tolerance or physical dependence. However, the clinical experience with SEROQUEL has not revealed any tendency for a withdrawal syndrome or any drug-seeking behavior. As with any CNS-active drug, physicians should carefully evaluate patients for history of drug abuse and follow such patients closely, observing them for signs of SEROQUEL misuse or abuse (e.g., development of tolerance, incrementation of dose, drug-seeking behavior).~~

## FDA DRAFT LABELING PROPOSAL
RECEIVED BY FAX ON 7/28/97

**Revise to:** *"Special Senses: Infrequent:* conjunctivitis, abnormal vision, dry eyes, blepharitis, taste perversion, tinnitus, eye pain; *Rare:* abnormality of accommodation, glaucoma, deafness, eye hemorrhage, hyperacusis, lacrimation."

**Revise to:** *"Musculoskeletal System: Infrequent:* pathological fracture, myasthenia, twitching, arthralgia, leg cramps, bone pain, arthritis; *Rare:* arthrosis, osteoporosis, ptosis, tenosynovitis, tetany."

**Revise to:** *"Hemic and Lymphatic System: Infrequent:* leukocytosis, anemia, eosinophilia, ecchymosis, hypochromic anemia; *Rare:* cyanosis, hemolysis, lymphadenopathy, thrombocytopenia, iron deficiency anemia, petechiae."

**Revise to:** *"Endocrine System: Infrequent:* hypothyroidism, diabetes mellitus; *Rare:* hyperthyroidism, thyroiditis."

**Revise to:** "SEROQUEL has not been systematically studied, in animals or humans, for its potential for abuse, tolerance or physical dependence. While the clinical trials did not reveal any tendency for any drug-seeking behavior, these observations were not systematic and it is not possible to predict on the basis of this limited experience the extent to which a CNS-active drug will be misused, diverted, and/or abused once marketed. Consequently, patients should be evaluated carefully for a history of drug abuse, and such patients should be observed closely for signs of misuse or abuse of SEROQUEL, e.g., development of tolerance, increases in dose, drug-seeking behavior."

## ZENECA'S RESPONSE

**Revise to:** *"Special Senses: Infrequent:* conjunctivitis, abnormal vision, dry eyes, tinnitus, taste perversion, blepharitis, eye pain; *Rare:* abnormality of accommodation, deafness, glaucoma."

**Revise to:** *"Musculoskeletal System: Infrequent:* pathological fracture, myasthenia, twitching, arthralgia, arthritis, leg cramps, bone pain."

**Revise to:** *"Hemic and Lymphatic System: Frequent:* leukopenia; *Infrequent:* leukocytosis, anemia, ecchymosis, eosinophilia, hypochromic anemia; lymphadenopathy, cyanosis; *Rare:* hemolysis, thrombocytopenia."

**Revise to:** *"Endocrine System: Infrequent:* hypothyroidism, diabetes mellitus; *Rare:* hyperthyroidism."

*adjusted for gender

| NDA DRAFT LABELING<br>*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)* | FDA DRAFT LABELING PROPOSAL<br>RECEIVED BY FAX ON 7/28/97 | ZENECA'S RESPONSE |
|---|---|---|
| **OVERDOSAGE**<br>*Human experience*: Experience with SEROQUEL (quetiapine) in acute overdosage was limited in the clinical trial database (6 reports) with estimated doses ranging from 1200 mg to 9300 mg and no fatalities. In general, reported signs and symptoms were those resulting from an exaggeration of the drug's known pharmacological effects, i.e., drowsiness and sedation, tachycardia and hypotension. One case, involving an estimated overdose of 9600 mg, was associated with hypokalemia and first degree heart block.<br><br>Management of Overdosage: In case of acute overdosage, establish and maintain an airway and ensure adequate oxygenation and ventilation. Gastric lavage (after intubation, if patient is unconscious) and administration of activated charcoal together with a laxative should be considered. The possibility of obtundation, seizure or dystonic reaction of the head and neck following overdose may create a risk of aspiration with induced emesis. Cardiovascular monitoring should commence immediately and should include continuous electrocardiographic monitoring to detect possible arrhythmias. If antiarrhythmic therapy is administered, disopyramide, procainamide and quinidine carry a theoretical hazard of additive QT-prolonging effects when administered in patients with acute overdosage of SEROQUEL. Similarly it is reasonable to expect that the alpha-adrenergic-blocking properties of bretylium might be additive to those of quetiapine, resulting in problematic hypotension.<br><br>There is no specific antidote to SEROQUEL. Therefore appropriate supportive measures should be instituted. The possibility of multiple drug involvement should be considered. Hypotension and circulatory collapse should be treated with appropriate measures such as intravenous fluids and/or sympathomimetic agents (epinephrine and dopamine should not be used, since beta stimulation may worsen hypotension in the setting of quetiapine-induced alpha blockade). In cases of severe extrapyramidal symptoms, anticholinergic medication should be administered. Close medical supervision and monitoring should continue until the patient recovers. | | |

NDA DRAFT LABELING
*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)*

## DOSAGE AND ADMINISTRATION

~~Usual Dose Schedule: SEROQUEL should generally be administered with an initial dose of 25 mg bid, with increases in increments of 25-50 mg bid on the second and third day, as tolerated, to a target dose of 300 mg daily by the fourth day. If further dosage adjustment is necessary, small dose increments/decrements of 25-50 mg bid are recommended. SEROQUEL can also be administered on a tid schedule at the physician's discretion.~~

~~Antipsychotic efficacy was demonstrated in a dose range of 150 to 750 mg/day in the clinical trials. However maximal effect was generally seen at 300 mg/day. The safety of doses above 800 mg/day has not been evaluated in clinical trials.~~

FDA DRAFT LABELING PROPOSAL
RECEIVED BY FAX ON 7/28/97

**Revise to:**

"**Usual Dose:** SEROQUEL should generally be administered with an initial dose of 25 mg bid, with increases in increments of 25-50 mg bid or tid on the second and third day, as tolerated, to a ~~target dose of 400 to 450 mg~~ daily by the fourth day, given bid or tid. Further dosage adjustments, if indicated, should generally occur at intervals of not less than 2 days, as steady state for SEROQUEL would not be achieved for approximately 1-2 days in the typical patient. When dosage adjustments are necessary, dose increments/decrements of 25-50 mg bid are recommended. ~~Most efficacy data with SEROQUEL were obtained using tid regimens but in one controlled trial 225 mg bid was also effective.~~"

**Revise to:** "Antipsychotic efficacy was demonstrated in a dose range of 150 to 750 mg/day in the clinical trials supporting the effectiveness of SEROQUEL. In a dose response study, doses above 300 mg/day were not demonstrated to be more efficacious than the 300 mg/day dose. In other studies, ~~however,~~ doses in the range of 400-500 mg ~~appeared to be needed~~. The safety of doses above 800 mg/day has not been evaluated in clinical trials."

**Add: "Dosing in Special Populations**
Consideration should be given to a slower rate of dose titration and a lower target dose in the elderly, in patients with hepatic impairment, and in patients who are debilitated or who have a predisposition to hypotensive reactions (see **CLINICAL PHARMACOLOGY**). When indicated, dose escalation should be performed with caution in these patients."

**Add:** "The elimination of quetiapine was enhanced in the presence of phenytoin. Higher maintenance doses of quetiapine may be required when it is coadministered with phenytoin and other enzyme inducers such as carbamazepine and phenobarbital. (See Drug Interactions under **PRECAUTIONS**)"

ZENECA'S RESPONSE

**Revise to:** "dose range of 300 to 400 mg..." (Justification, see Tab 6).

**Delete** (Justification, see Tab 6)

**Delete**
**Revise to:** "...were effective." (Justification, see Tab 6).

| NDA DRAFT LABELING<br>*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)* | FDA DRAFT LABELING PROPOSAL<br>RECEIVED BY FAX ON 7/28/97 | ZENECA'S RESPONSE |
|---|---|---|
| *Maintenance Therapy.* It is recommended that responding patients be continued on SEROQUEL, but at the lowest possible dose needed to maintain remission. Patients should be periodically reassessed to determine the need for maintenance treatment. While there is no body of evidence available to answer the question of how long the patient treated with SEROQUEL should remain on it, the effectiveness of maintenance treatment is well established for many other antipsychotic drugs. | | Revise to: "**Maintenance Treatment:** While there is no body of evidence available to answer the question of how long the patient treated with SEROQUEL should remain on it, the effectiveness of maintenance treatment is well established for many other antipsychotic drugs. It is recommended that responding patients be continued on SEROQUEL, but at the lowest dose needed to maintain remission. Patients should be periodically reassessed to determine the need for maintenance treatment." |
| *Pediatric Patients.* The safety and effectiveness of SEROQUEL in pediatric patients has not been established. | | Delete |
| *Geriatric Patients.* Elderly patients (age 65 and over) should be carefully monitored during the initial dosing period. The rate of dose titration may need to be slower and the daily therapeutic dose lower than that used in younger patients depending on the clinical response and tolerance of the individual patient. The mean plasma clearance of quetiapine was reduced by 30% to 50% in elderly patients when compared to younger patients. | | Delete |
| *Patients with Renal Impairment.* Dosage adjustment is not necessary. | | Delete |
| *Patients with Hepatic Impairment.* SEROQUEL should be used with caution in patients with known hepatic impairment. Because SEROQUEL is extensively metabolized, patients with hepatic impairment should be carefully monitored during the initial dosing period. The rate of dose titration may need to be slower and the daily therapeutic dose lower than that used in other patients depending on the clinical response and tolerance by the individual patient. The mean plasma clearance of quetiapine was reduced by approximately 25% in subjects with hepatic impairment, but individual clearance values are within the range of normal subjects. | | Delete |

## NDA DRAFT LABELING

*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)*

**Reinitiation of Treatment In Patients Previously Discontinued:** Although there are no data to specifically address reinitiation of treatment, it is recommended that when restarting patients who have had an interval of SEROQUEL, the initial 3-5 day titration schedule should be followed.

**Switching from Other Antipsychotics:** Although there are no data to specifically address switching from other antipsychotics, immediate discontinuation of the previous antipsychotic treatment, upon initiation of therapy with SEROQUEL, is recommended when medically appropriate. In all cases, the period of overlapping antipsychotic administration should be minimized. When switching patients from depot antipsychotics, initiate therapy with SEROQUEL in place of the next scheduled injection. The need for continuing existing EPS medications should be re-evaluated periodically as SEROQUEL has not been associated with treatment emergent EPS.

### HOW SUPPLIED

25 mg Tablets (NDC 0310-0275) peach, round, biconvex, film coated tablets, identified with 'SEROQUEL' and '25 mg' on one side and plain on the other side, are supplied in bottles of 100 tablets, 1,000 tablets, and hospital unit dose packages of 100 tablets.

100 mg Tablets (NDC 0310-0271) yellow, round, biconvex film coated tablets, identified with 'SEROQUEL' and '100 mg' on one side and plain on the other side, are supplied in bottles of 100 tablets, 1,000 tablets and hospital unit dose packages of 100 tablets.

200 mg Tablets (NDC 0310-272) white, round, biconvex, film coated tablets, identified with 'SEROQUEL' and '200 mg' on one side and plain on the other side, are supplied in bottles of 100 tablets, 1,000 tablets, and hospital unit dose packages of 100 tablets.

Store at Controlled Room Temperature 20-25°C (68-77°F). [See USP]

Rev A 07/97 - SER3CN22.DOC

38

---

## FDA DRAFT LABELING PROPOSAL
RECEIVED BY FAX ON 7/28/97

**Revise to:** *"Reinitiation of Treatment in Patients Previously Discontinued:* Although there are no data to specifically address reinitiation of treatment, it is recommended that when restarting patients who have had an interval of less than one week off SEROQUEL, titration of SEROQUEL is not required and the maintenance dose may be reinitiated. When restarting therapy of patients who have been off SEROQUEL for more than one week, the initial titration schedule should be followed."

**Revise to:** *"Switching from Other Antipsychotics:* There are no systematically collected data to specifically address switching from other antipsychotics to SEROQUEL, or concerning concomitant administration with other antipsychotics."

**Revise to:** "Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F). [See USP]"

---

## ZENECA'S RESPONSE

Zeneca has struck the last part of the sentence, since information on SEROQUEL and concomitant administration of other antipsychotics is in the Drug Interaction section.

AZSER00287840

| NDA DRAFT LABELING | FDA DRAFT LABELING PROPOSAL | ZENECA'S RESPONSE |
|---|---|---|
| (For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label) | RECEIVED BY FAX ON 7/28/97 | |

*Animal Toxicology: Thyroid follicular cell hypertrophy and benign tumors in rats and mice are consistent with prolonged elevation of plasma TSH with reduced plasma thyroxin resulting from enhanced thyroxin clearance by the liver in these species. Pigment granules in rat thyroid gland contain drug-derived material but are without detectable functional effects.*

Moved to end of PIB and Revised to: "ANIMAL TOXICOLOGY

Quetiapine caused a dose-related increase in pigment deposition in thyroid gland in rat toxicity studies which were 4 weeks in duration or longer and in a mouse 2 year carcinogenicity study. *Doses were 10-250 mg/kg in rats, 75-750 mg/kg in male mice, and 250-750 mg/kg in female mice; these doses are 0.1-3.0, 0.5-74.5, and 1.5-4.5 times the maximum recommended human dose (on a mg/m² basis), respectively.* Pigment deposition was shown to be irreversible in rats. The identity of the pigment could not be determined, but was found to be co-localized with quetiapine in thyroid gland follicular epithelial cells. The functional effects and the relevance of this finding to human risk are unknown.

In the mouse carcinogenicity study, Zeneca considers that pigment disposition was seen in both male and female mice at the 75 mg/kg dose level (Tab 7). We would therefore propose the following alternate label text:

"Doses were 10-250 mg/kg in rats, 75-750 mg/kg in mice; these doses are 0.1-3.0, and 0.1-4.5 times the maximum recommended human dose (on a mg/m² basis), respectively."

*Quetiapine fumarate caused a dose-related reduction in plasma cholesterol levels in repeat-dose dog and monkey studies. The appearance of delta-8-cholesterol in plasma is consistent with inhibition of a late stage in cholesterol biosynthesis in these species.*

*In dogs, after six months administration, quetiapine caused focal triangular cataracts located at the junction of posterior sutures in the outer cortex of the lens. This change is consistent with an alteration of the lens fiber membrane structure resulting from the 25% reduction in cholesterol content of the outer cortex of the lens in dogs. Drug-related cataracts have not been seen in any other species.*

In dogs receiving quetiapine for 6 or 12 months, but not for 1 month, focal triangular cataracts occurred at the junction of posterior sutures in the outer cortex of the lens at a dose of 100 mg/kg, or 4 times the maximum recommended human dose on a mg/m² basis. This finding may be due to inhibition of cholesterol biosynthesis by quetiapine. Quetiapine caused a dose related reduction in plasma cholesterol levels in repeat-dose dog and monkey studies; however, there was no correlation between plasma cholesterol and the presence of cataracts in individual dogs. The appearance of delta-8-cholesterol in plasma is consistent with inhibition of a late stage in cholesterol biosynthesis in these species. There also was a 25% reduction in cholesterol content of the outer cortex of the lens observed in a special study in quetiapine treated female dogs. Drug-related cataracts have not been seen in any other species; however, in a 1-year study in monkeys, a striated appearance of the anterior lens surface was detected in 2/7 females at a dose of 225 mg/kg or 5.5 times the maximum recommended human dose on a mg/m² basis."

Page 40

NDA DRAFT LABELING

*(For Ease of Review, sections of the Draft NDA Labeling have been moved to the order in FDA Draft Label)*

Manufactured by:
Zeneca Pharmaceuticals
a Business Unit of Zeneca Inc.
Wilmington, Delaware 19850-5437

~~6-06/96~~ ~~SIC XXXXX-XX-XX~~
~~T:\SER3CN018.DOC~~

FDA DRAFT LABELING PROPOSAL
RECEIVED BY FAX ON 7/28/97

**Revise to:** "Rev A 07/97    SIC XXXXX-XX-XX
T:\SER3CN022.DOC

ZENECA'S RESPONSE

Rev A 07/97 - SER3CN22.DOC

40

AZSER00287842