# EXHIBIT 9

MEMORANDUM          DEPARTMENT OF HEALTH AND HUMAN SERVICES
                              PUBLIC HEALTH SERVICE
                         FOOD AND DRUG ADMINISTRATION
                    CENTER FOR DRUG EVALUATION AND RESEARCH

Date:          December 16, 1999

From:          Katherine Bennett, Pharm.D.
               Safety Evaluator, Division of Drug Risk Evaluation I, HFD-430

Through:       Peter Honig, M.D., M.P.H.
               Acting Director, Division of Drug Risk Evaluation I, HFD-430

To:            Russell Katz, M.D.
               Director, Division of Neuropharmacological Drug Products, HFD-120

Subject:       Consult PID 99282
               Drugs: Quetiapine
               Event: New-onset diabetes

**Confidential; Contains IMS data; not to be used outside of the FDA without clearance from IMS.**

## EXECUTIVE SUMMARY

At the request of HFD-120, all cases of new-onset diabetes linked to the use of quetiapine reported in the medical literature and in AERS were reviewed.

Hyperglycemia and diabetes mellitus are listed in the *Adverse reactions* section of the label as events occurring during quetiapine therapy, although not necessarily caused by it. There was one case of new-onset diabetes mellitus associated with quetiapine use in the medical literature. This patient presented with confusion and a blood glucose value of 607 mg/dL. Quetiapine treatment was stopped and over the following five months his insulin requirement decreased until it was discontinued. He had normal fasting blood glucose values four months prior to quetiapine use and no apparent risk factors for developing diabetes. The AERS database contained one case of possible new-onset diabetes that presented as DKA and resulted in death although not many clinical details were provided. Based on these two cases and the ▒▒▒▒ projected outpatient prescriptions dispensed late 1997 through August 1999, the reporting rate was estimated to be ▒▒ cases per million outpatient prescriptions for the 23-month period. Assuming a prescription length of 30 days, the reporting rate would be ▒▒ cases per 100,000 person years.

The reported rates of new-onset diabetes mellitus and of diabetes with DKA in quetiapine users are less than the rates in the U.S. population. However, underreporting of adverse events to the FDA could be quite large in this situation.

**FDACDER 003799**

## INTRODUCTION

At the request of HFD-120, all cases of new-onset diabetes linked to the use of quetiapine reported in the medical literature and in AERS were reviewed.

## LABELING

*Other Adverse Events Observed During the Premarketing Evaluation of quetiapine --*
*Following is a list of COSTART terms that reflect treatment-emergent adverse events...*
*reported by patients treated with quetiapine at multiple doses... during any phase of a*
*trial within the database of 2200 patients....It is important to emphasize that, although the*
*events reported occurred during treatment with quetiapine, they were not necessarily*
*caused by it:* Metabolic and Nutritional Disorders: *Infrequent—*hyperglycemia, ...
Endocrine System: *Infrequent:* diabetes mellitus.

## DRUG USE

The projected total number of prescriptions dispensed by retail pharmacies in the U.S. for quetiapine by calendar year through Aug 1999 are summarized in the following table (IMS data):

| | Jan–Aug 1999 | 1998 | 1997 | TOTAL |
|---|---|---|---|---|
| Quetiapine | | | | |

## LITERATURE

A MEDLINE search performed September 29, 1999 using quetiapine and the Mesh term diabetes mellitus produced one citation (Sobel M, et al [USA]. J Clin Psychiatry 1999; 60: 556-7). This letter described new-onset diabetes mellitus in a 42-year-old Caucasian male following one month of quetiapine treatment. He had no history of glucose intolerance or hyperglycemia and, four months before his diagnosis, random glucose values were 126 and 107 mg/dL. His family history was negative for diabetes mellitus. He was admitted after several days of nausea, vomiting, polyuria, and confusion and found to have a blood glucose value of 607 mg/dL. He was treated and released on quetiapine and insulin. During subsequent clinic visits, his quetiapine dose was reduced over nine days and then discontinued. After quetiapine was stopped, his insulin requirements decreased; insulin was stopped five months after the admission.

## SUMMARY OF AERS DATA

As of September 16, 1999, there were 393 adverse event reports in AERS linked to quetiapine. A search of SOC Endocrine/Metabolic produced three U.S. cases. One case of DKA occurred in a patient with a history of Type 1 diabetes. Another patient whose death was attributed to DKA also had a history of diabetes. The remaining case was possible new-onset diabetes.

3259183/1999UW00969 (1999)        A 28-year-old Caucasian male had taken
quetiapine for an unknown time and presented to the ER with flu-like symptoms and was
found to be acidotic with a blood glucose of 2240 mg/dL. He developed ventricular
fibrillation and DIC and died. The coroner's report noted the cause of death was
complications of diabetes mellitus. His history noted a recent 10 to 16 pound weight
loss. Follow-up information was not available.

## REPORTING RATES

As of August 1999, two U.S. cases of possible new-onset diabetes have been reported
since the drug's approval in September 1997. During the same time period ▒▒▒▒▒
outpatient prescriptions were dispensed. The reporting rate is estimated at ▒▒▒ cases per
million outpatient prescriptions for the 23-month period. Assuming a prescription length
of 30 days, the reporting rate would be ▒▒▒ cases per 100,000 person years.

By contrast, in 1990-1992, the incidence (background) rate of diabetes mellitus was 2.42
per 1000 persons per year. The 3-year average annual number of newly diagnosed cases
of diabetes in the U.S. population in 1990-92 was 0.5/1000 for females younger than 25
years of age and 2.76/1000 for females aged 25 to 44 years. The corresponding data for
males was not recorded due to "small sample sizes and unreliable estimates"; however,
the rate for males younger than 45 years was reported as 0.53/1000.[1] Consequently, the
reporting rate of new-onset diabetes in olanzapine users is considerably less than the
background rate for both males and females. However, underreporting may be sizable.

Data from the National Hospital Discharge Survey also provides comparison rates of
diabetes with ketoacidosis in 1997 was 4.5/10,000 population. Age-specific rates (per
10,000 population) were: <15, 1.7; 15-44, 0.5; 45-64, 5.8; and ≥65, 5.6.[2]

The rate of hospitalization for diabetes mellitus with hyperosmolarity in 1997 was
0.7/10,000 (2). Age-specific rates (per 10,000 population) were: <15, too small to
estimate reliably, 15-45, .24/10,000; 45-64, .54/10,000; and ≥65, 3.6/10,000.[2]

The reported rates in quetiapine users are less than the rates in the U.S. population.
However, underreporting of adverse events to the FDA could be quite large in this
situation.

## CONCLUSION

Hyperglycemia and diabetes mellitus are listed in the *Adverse reactions* section of the
label as events occurring during quetiapine therapy, although not necessarily caused by it.
There was one case of new-onset diabetes mellitus associated with quetiapine use in the
medical literature. This patient presented with confusion and a blood glucose value of
607 mg/dL. Quetiapine treatment was stopped and over the following five months his
insulin requirement decreased until it was discontinued. He had normal fasting blood

glucose values four months prior to quetiapine use and no apparent risk factors for developing diabetes. The AERS database contained one case of possible new-onset diabetes that presented as DKA and resulted in death although not many clinical details were provided. Based on these two cases and the ▒▒▒▒ projected outpatient prescriptions dispensed late 1997 through August 1999, the reporting rate is estimated at ▒▒▒ cases per million outpatient prescriptions for the 23-month period. Assuming a prescription length of 30 days, the reporting rate would be ▒▒ cases per 100,000 person years.

The reported rates of new-onset diabetes mellitus and of diabetes with DKA in quetiapine users are less than the rates in the U.S. population. However, underreporting of adverse events to the FDA could be quite large in this situation.

**REFERENCE:**

1.  Kenny SJ, Aubert RE, Geiss LS. Prevalence and incidence of noninsulin dependent diabetes. In: Diabetes in America. National Diabetes Data Group. 2nd edition. NIH, NIDDK, 1995, per communication with Diane Wysowski, Ph.D., Epidemiologist, DDRE.

2.  National Hospital Discharge Survey. National Center for Health Statistics. Hyattsville, Maryland, 1997, per communication with Diane Wysowski, Ph.D., Epidemiologist, DDRE.


*KM Bennett*
_____
Katherine M. Bennett, Pharm.D.

Concur  *M Chen*
_____
Min Chen, R.Ph., M.S., Team Leader


**CC:**
HFD-120   Division File NDA 20-639
HFD-120   Consult monitor
HFD-430   Guinn/ Wysowski/ Chen/ Trontell/ Honig/ Division Files


**FDACDER 003802**

Summary of Literature Review

As part of the safety team's evaluation of the antipsychotic/diabetes mellitus relationship, we reviewed the medical literature on this topic. Many of the publications that we reviewed were submitted as part of Lilly's response to the division's request for information about olanzapine and diabetes. Additional relevant articles were identified from a search of Pub-Med.

Schizophrenia and diabetes
We did not identify any publications that provided incidence or prevalence data supporting that untreated schizophrenic patients were at increased risk for glucose abnormalities, yet it is clear that investigators were examining this question via experiments. Published articles from the 1920s-1950s documented experiments testing glucose tolerance and response to insulin in schizophrenics. Although investigators reported findings suggestive of resistance to insulin and abnormal glucose tolerance[1,2,3,4], these findings were not uniform and there are difficulties in comparing results across studies due to differences in psychiatric diagnostic terms describing the populations studied, and variations in study designs.

Diabetes and Antipsychotics
Typical Antipsychotics
Humans
In the years after chlorpromazine became available and was being used to treat schizophrenics, investigators reported that chlorpromazine might be associated with increased risks of hyperglycemia and diabetes. One article reported that the prevalence of diabetes on a psychiatric service increased in the years after chlorpromazine and other phenothiazines became available and that a higher percentage of those treated with a phenothiazine had diabetes compared to those not treated with a phenothiazine[5]. Experiments were conducted wherein normal volunteers, schizophrenics, some with diabetes and others without, were exposed to a chlorpromazine for varying lengths of time and then underwent glucose tolerance testing, had response to iv administered insulin measured or both. Results offer conflicting evidence of chlorpromazine effect on glucose metabolism with decreased responses to insulin or decreased glucose tolerance in some studies[6,7] and little or no effect on response to insulin or glucose challenge in another study[8].

As more antipsychotic agents became available for the treatment of schizophrenia, studies were conducted to look at their effects on glucose and to compare the effects of new drugs with previously available drugs. In separate short-term experiments, neither haloperidol[9] nor sulpiride[10] appeared to effect glucose. Investigators reported what appeared to be unexpectedly high prevalences of glucose abnormalities among patients chronically treated with perazine[11], flupbenazine[12] and pimozide[12] although the lack of non-treated control groups makes interpretation of the results difficult.

In addition to experimental data, investigators reported cases of patients who developed glucose abnormalities following treatment with chlorpromazine or other antipsychotics[13,14,15]. We were unable to identify reports of typical antipsychotic treatment associated diabetic ketoacidosis or non-ketotic hyperosmolar coma from our Pub Med search.

Animal Studies
Animal studies were conducted to examine the effect of chlorpromazine and other phenothiazines on glucose, and the effect following adrenalectomy or administration of drugs that act on the sympathetic nervous system. In several species, phenothiazines appeared to have an affect on glucose and or insulin release[16,17,18,19,20] although the validity of the animal models is unclear and

there are concerns that the techniques used (ex. intraperitoneal administration) in some of the experiments could have contributed to the reported findings[21].

Atypical Antipsychotics
Clozapine
In 1994 a case report was published describing the development of diabetic ketoacidosis temporally related to the initiation of treatment with clozapine[22]. Since then there have been additional case reports and case series describing glucose abnormalities ranging from worsening glycemic control to diabetic ketoacidosis or non-ketotic hyperosmolar hyperglycemia in patients treated with clozapine[23,24,25,26,27,28,29,30,31,32,33]. There are reports describing improvement or normalization of blood glucose, allowing cessation of hyperglycemic therapy following withdrawal of clozapine[23,24,30,32] and reports of positive rechallenges characterized by increases in blood glucose after clozapine therapy was reintroduced[22,26,28].

Several groups of investigators have attempted to further examine the clozapine hyperglycemia risk. In one study, investigators found that the prevalence of diabetes and glucose intolerance was higher among 60 schizophrenics treated with clozapine (12% and 10% respectively) compared to 63 schizophrenics treated with conventional neuroleptics (6% and 3% respectively)[34]. In another study, investigators found that on clozapine mean serum glucose at 60 minutes following a glucose load was higher for 6 schizophrenics compared to their pre-treatment values[35]. Another group of investigators found a correlation between insulin levels and clozapine levels but no correlation between insulin levels and classical antipsychotic levels, which they interpreted as evidence supporting clozapine induced insulin resistance[36]. Another group of investigators reported on a cohort of 82 schizophrenics with no history of diabetes and normal baseline glucose results that were started on clozapine treatment[37]. Over the 5 year observation period, 36% were diagnosed with diabetes mellitus and further analysis found that sex, weight, change in weight, BMI, change in BMI, clozapine dose, and valproate use were not significant risk factors for the development of diabetes but that age was a significant risk factor. The investigators noted the lack of comparator data and acknowledged the need for more information about the background risk of diabetes among schizophrenics.

Olanzapine, Quetiapine, Risperidone
As with clozapine, there have been reports of glucose abnormalities among patients treated with the other recently approved atypical antipsychotics. There have been published case reports[38,39,40,41,42] and a case series[43] describing glucose abnormalities ranging from poor glucose control to diabetic ketoacidosis in patients treated with olanzapine. Like clozapine, there are reports of improvement in glucose control following olanzapine withdrawal[39,40,41,43] and reports of worsening of glucose following reintroduction of olanzapine[39,43]. There have been 2 case reports of glucose abnormalities among quetiapine users[44,45] and 1 case report of diabetic ketoacidosis in a risperidone user[46]. In addition to the reports for single drugs described above, there have been three case series published where investigators describing a range of glucose abnormalities in patients treated with a variety of atypical antipsychotics including clozapine, olanzapine, quetiapine[47,48,49].

Discussion
The published medical literature related to glucose abnormalities among schizophrenics and associated with the use of antipsychotic medications is extensive. The medical literature that pre-dated the introduction of antipsychotic medications includes studies designed to determine if schizophrenics were at higher risk of glucose abnormalities. Following the introduction of chlorpromazine, concern developed about increased risk of glucose abnormalities and diabetes mellitus in patients treated with this and similar medications. Presently, phenothiazines are

FDACDER 003804

commonly identified among the group of drugs that can cause hyperglycemia. Experiments have been conducted to clarify the nature of the effect of phenothiazines on blood glucose but no definitive mechanism has been identified. Despite case reports of hyperglycemia in chlorpromazine treated patients, we were unable to find published reports of diabetic ketoacidosis associated with chlorpromazine or the use of other typical antipsychotics.

Following the introduction of clozapine, case reports and case series of glucose abnormalities were published in the medical literature. Although development of diabetic ketoacidosis in adults treated with clozapine seems unexpected, there have been no published comparisons of the incidence of diabetic ketoacidosis in this group to untreated schizophrenics. The published cases of positive dechallenge appear to offer strong support for a drug related effect but one must also consider that diabetics can experience "honeymoon" periods where insulin requirement decreases following initial treatment of diabetes. The positive rechallenge cases do provide stronger evidence of a drug-related effect on glucose. Experimental data suggests that antipsychotic exposure may be associated with insulin resistance but these hypotheses have not yet been fully explored.

Conclusions
The published literature generally supports the hypothesis that schizophrenics treated with antipsychotics are at increased risk of glucose abnormalities although the magnitude of the effect is difficult to discern especially considering that schizophrenia may be associated with increased risk for developing glucose abnormalities. The amount of information available about glucose abnormality risk differs among the antipsychotic agents. The published medical literature lacks sufficient information for valid comparisons of glucose abnormality risks across the class of antipsychotic agents.

FDACDER 003805

# Bibliography

[1] Lorenz WF, Sugar Tolerance in Dementia Praecox and Other Mental Disorders, Arch Neurol Psychiatry, 1922, 8: 184-196

[2] Braceland FJ, Meduna LJ, Vaichulis JA, Delayed Action of Insulin in Schizophrenia, Am J Psychiatry, 1945, 102:108-110

[3] Freeman H: Resistance to Insulin in Mentally Disturbed Soldiers, Arch Neurol Psychiatry, 1946, 56:74-78

[4] Langfeldt G, The Insulin Tolerance Test in Mental Disorders, Acta Psychiatr Scand, 1952, 80 (suppl): 189-200

[5] Thonnard-Neumann E, Phenothiazines and Diabetes in Hospitalized Women, Am J Psychiatry, 1968, 124:138-142

[6] Charatan FBE, Bartlett NG, The Effect of Chlorpromazine (Largactil) on Glucose Tolerance, J Mental Sci, 1955, 101:351-353

[7] Erle G, Basso M, Federspil et al, Effects of Chlorpromazine on Blood Glucose and Plasma Insulin Levels in Man, Eur J Clin Pharmacol, 1977, 11(1):15-18

[8] Waitzkin L, Glucose Tolerance Therapy in Man during Chlorpromazine Therapy, Diabetes, 1970, 19:186-188

[9] Brambilla F, Guastalla A, Guerrini F, et al, Glucose-Induced Metabolism in Chronic Schizophrenia, Dis Nerv Sys, 1976, 37:98-103

[10] Hagen C, Pedersen P, Jensen S et al, The Effect of Sulpiride Induced Hyperprolactinaemia on Glucose Tolerance and Insulin Secretion in Normal Subjects, Clin Endocrinol, 1979, 10(1):55-60

[11] Goncalves N, Gruneberg F, Oral Glucose Tolerance Test, on One Single Occasion, in Schizophrenics under Long-term Neuroleptic Treatment, Pharmakopsych, 1997, 8: 289-295

[12] Abuzzahab FS, Zimmerman RL, Increase in Fasting Blood Glucose in Schizophrenic Patients on Neuroleptics (Abstract), 1998

[13] Korenyi C, Lowenstein B, Chlorpromazine Induced Diabetes, Dis Nerv Sys, 1968, 29(12):827-828

[14] Tollefson G, Lesar T, Nonketotic Hyperglycemia Associated with Loxapine and Amoxapine, J Clin Psychiatry, 1983, 44:347-348

[15] Marinow A, Diabetes in Chronic Schizophrenia, Dis Nerv Syst, 1971, 32(11): 777-778

[16] Norman D, Hiestand WA, Glycemic Effects of Chlorpromazine in the Mouse, Hamster and Rat, Proc Soc Exp Biol Med, 1955, 90:89-91

[17] Bonaccorsi A, Garattini S, Jori A: Studies on the Hyperglycemia Induced by Chlorpromazine in Rats, Brit J Pharmacol, 1964, 32:93-100

[18] Bugajski J, Lech J: Effects of Neuroleptics on Blood Glucose, Free Fatty Acids and Liver Glycogen Levels in the Rat, Pol J Pharmacol Pharm, 1979, 31:45-58

[19] Proakis AG, Borowitz JL: Blockade of Insulin Release by Certain Phenothiazines, Biochem Pharmacol, 1974, 23(12): 1693-1670

[20] Nakadate T, Kubota K, Muraki T, Kato R: Mechanism of Chlorpromazine Action on Plasma Glucose and Cyclic AMP Levels, Eur J Pharmacol, 1980, 64(2-3): 107-113

[21] Furman BL, Impairment of Glucose Tolerance Produced by Diuretics and Other Drugs, Pharmacol Ther 1981, 12 (3): 613-49

[22] Koval MS, Rames LJ, Christie S, Diabetic Ketoacidosis Associated with Clozapine Treatment, Am J Psychiatry, 1994, 151: 1520-1521

[23] Kamran A, Murali Doraiswamy P, Lane JL, Hammett E, Dunn W, Severe Hyperglycemia Associated with High Doses of Clozapine, Am J Psychiatry, 1994, 151(9): 1395

[24] Kostakoglu AE, Yazici KM, Erbas T, Guvener N, Ketoacidosis as a Side Effect of Clozapine: a Case Report, Acta Psychiatr Scand, 1996, 93:217-218

[25] Peterson GA, Byrd SL, Diabetic Ketoacidosis from Clozapine and Lithium Cotreatment, Am J Psychiatry, 1996, 153: 737-738

FDACDER 003806

[26] Popli A, Konicki PE, Jurjus GJ, Fuller MA, Jaskiw GE, Clozapine and Associated Diabetes Mellitus, J Clin Psychiatry, 1997, 58(3): 108-111

[27] Aì D, Roper J, Riley JA, Diabetic Ketoacidosis and Clozapine, Post Grad Med, 1998, 74: 493-494

[28] Colli A, Cocciolo M, Rogantin F, Cattalini N, Diabetic Ketoacidosis Associated with Clozapine Treatment, Diabetes Care, 1999, 22: 176-177

[29] Maule S, Giannella R, Lanzio M, Villari V, Diabetic Ketoacidosis with Clozapine Treatment, Diabetes Nutrit Metab, 1999, 12: 187-188

[30] Mohan D, Gordon H, Hindley N, Barker A, Schizophrenia and Diabetes Mellitus, British Journal of Psychiatry, 1999, 180-181

[31] Smith H, Kenney-Herbert J, Knowles L, Clozapine-induced Diabetic Ketoacidosis, Austr & New Zealand J Psych, 1999, 33: 12-121

[32] Isakov I, Klesmer J, Marsand PS, Insulin-Resistant Hyperglycemia Induced by Clozapine, Psychosomatics, 2000, 41(4): 373-374

[33] Wehring H, Alexander B, Perry P, Diabetes Mellitus Associated with Clozapine Therapy, Pharmacotherapy, 2000, 20(7):844-847

[34] Hagg S, Joelsson L, Mjorndal T, et al: Prevalence of Diabetes and Impaired Glucose Tolerance in Patients Treated with Clozapine Compared with Patients Treated with Conventional Depot Neuroleptic Medications, J Clin Psychiatry, 1998, 59: 294-299

[35] Yazici KM, Erbas T, Yazici AH: The Effect of Clozapine on Glucose Metabolism, Exp Clin Endocrinol Diabetes, 1998, 106: 475-477

[36] Melkersson K, Hulting A, Brismar K: Different Influences of Classical Antipsychotics and Clozapine on Glucose-Insulin Homeostasis in Patients with Schizophrenia or Related Psychoses, J Clin Psych, 1999, 60: 783-791

[37] Henderson DC, Cagliero E, Gray C, Nasrallah RA, Hayden DL, Schoenfeld DA, Goff DC, Clozapine, Diabetes Mellitus, Weight Gain, and Lipid Abnormalities: A Five Year Naturalistic Study, Am J Psychiatry, 2000, 157: 975-981

[38] Fertig MK, Brooks VG, Shelton PS, English CW: Hyperglycemia Associated with Olanzapine, J Clin Psychiatry, 1998, 59(12): 687-689

[39] Lindenmayer JP: Olanzapine Induced Ketoacidosis with Diabetes Mellitus, Am J Psychiatry, 1992, 149: 68-72

[40] Ober SK, Hudak R, Rusterholtz A: Hyperglycemia and Olanzapine, Am J Psychiatry, 1999, 156: 970

[41] Gatta B, Rigalleau V, Gin H: Diabetic Ketoacidosis with Olanzapine Treatment, Diabetes Care, 1999, 22: 1002-1003

[42] Bettinger T, Mendelson S, Dorson PG, Crismon ML: Olanzapine-Induced Glucose Dysregulation, Ann Pharmacother, 2000, 34(7-8): 865-867

[43] Goldstein LE, Sporn J, Brown S, Kim H, et al: New-Onset Diabetes Mellitus and Diabetic Ketoacidosis Associated with Olanzapine Treatment, Psychosomatics, 1999, 40(5): 438-443

[44] Sobel M, Jaggers ED, Franz MA: New Onset Diabetes Mellitus Associated with the Initiation of Quetiapine Treatment, J Clin Psychiatry, 1999, 60: 556-557

[45] Procyshyn RM, Pande S, Tse G: New-Onset Diabetes Mellitus Associated with Quetiapine, Can J Psychiatry, 2000, 45(7): 668-669

[46] Croarkin PE, Jacobs KM, Bain BK: Diabetic Ketoacidosis Associated with Risperidone Treatment?, Psychosomatics, 2000, 41(4): 369-370

[47] Wilson DR, D'Souza L, Sarkar N: New-Onset Diabetes and Ketoacidosis with Atypical Antipsychotics (Poster-NCDEU), 2000

[48] Wirshing DA, Spellberg BJ, Erhart SM, Marder SR, Wirshing WC: Novel Antipsychotics and New Onset Diabetes, Biol Psychiatry, 1998, 44: 778-783

[49] Rigalleau V, Gatta B, Bonnaud S, Masson M, Bourgeois ML, Vergnot V, Gin H: Diabetes as a Result of Atypical Anti-psychotic Drugs-a Report of Three Cases, Diabet Med, 2000, 17(6):484–486

FDACDER 003808