# EXHIBIT 10

|          |                                                                                          |
|----------|------------------------------------------------------------------------------------------|
| MEMORANDUM | DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION<br>CENTER FOR DRUG EVALUATION AND RESEARCH |

Date: December 17, 1999

From: Diane K. Wysowski, Ph.D., Epidemiologist
Katherine Bennett, Pharm.D., Safety Evaluator
Division of Drug Risk Evaluation I, HFD-430

To: Russell Katz, M.D., Director
Division of Neuropharmacological Drug Products, HFD-120

Through: Peter Honig, M.D., M.P.H., Acting Director
Division of Drug Risk Evaluation I, HFD-430

Subject: Consult PID 99282
Drugs: Atypical antipsychotics clozapine, olanzapine, risperidone, and quetiapine
Event: New-onset Diabetes Mellitus

**OVERALL EXECUTIVE SUMMARY**

Cases of hyperglycemia, diabetes mellitus, exacerbation of diabetes mellitus, and diabetic ketoacidosis (DKA) have been reported to the FDA in users of clozapine, olanzapine, risperidone, and quetiapine. Diabetes mellitus with hyperosmolarity has been reported with clozapine, risperidone, and olanzapine. (See the evaluations of the cases reported with each of the four drugs and Dr. Koller's clozapine poster presentation that follow as attachments to this memorandum.) Some of the cases had very high glucose levels and required hospitalization and were treated; several died or were found dead. In a minority of cases, hyperglycemia resolved after stopping the antipsychotic drug (or decreasing the dose) without other reported intervention, but in most individuals, the antipsychotic drug was not stopped and pharmacologic treatment of diabetes was required. Positive rechallenges were reported in some patients for whom the antipychotic drug was restarted after discontinuation.

A minority of reports stated that new-onset cases had recent glucose values that were normal prior to antipsychotic drug use, but most did not report prior glucose levels. Consequently, for a majority of newly diagnosed (presumably new-onset) cases it is not definitely known whether diabetes mellitus was preexisting but undiagnosed prior to drug use and whether diagnosis was simply coincidental with drug use. Undiagnosed diabetes mellitus is quite prevalent in the U.S. population and may be more so in a schizophrenic population due to lifestyle factors that predispose to obesity and obesity-related diseases (such as diabetes mellitus). Using American Diabetes Association criteria, the

FDACDER 003795

2.

prevalence of undiagnosed diabetes mellitus (fasting plasma glucose ≥126 mg/dL) in 1988-1994 was estimated to be 2.7% or about 5.4 million people[1]. About 50% of non-insulin dependent diabetes mellitus is undiagnosed[2].

Several patients had diabetes diagnosed after a routine check or upon admission to hospital. No prior problems or symptoms had apparently been reported or recognized. Several others had complained of excessive thirst or general illness in the weeks prior to presenting with DKA or NKHHS but their symptoms had been ignored or not recognized—possibly suggesting lack of adequate medical surveillance of this vulnerable patient population.

Risk factors for diabetes mellitus, such as family history, obesity, weight gain, alcohol use, and race, were reported for some of the patients with new-onset diabetes. Also, there were many reports that mentioned considerable weight gain following use of the antipsychotic drug, a drug effect that would increase the risk of diabetes. However, in some cases, there was documentation of an absence of identified risk factors.

Reporting rates of new-onset diabetes mellitus and hospitalization for DKA and NKHHS for users of these medications were lower than the rates in the U.S population. However, underreporting of these adverse events to the FDA could be substantial as diabetes mellitus is not usually considered to be a drug effect. In 1990-1992, the incidence (background) rate of diabetes mellitus was 2.42 per 1,000 persons per year[3]. Data from the National Hospital Discharge Survey also provides comparison (background) rates of hospitalization for diabetes with ketoacidosis and hyperosmolarity in 1997 of 4.5 and 0.7 per 10,000 population, respectively[4]. The reporting rates for clozapine, risperidone, olanzapine, and quetiapine are summarized in Table 1.

Within the Adverse Event Reporting System, the rank order of reports by trade name of suspect drug for insulin dependent diabetes mellitus, non-insulin dependent diabetes mellitus, and diabetes mellitus not otherwise specified is as follows:

| Drug | No. of Reports |
| --- | --- |
| Glucotrol XL | 142 |
| Clozaril | 103 |
| Prednisone | 85 |
| Accutane | 75 |
| Zyprexa | 74 |
| Mevacor | 72 |
| Crixivan | 65 |
| Rezulin | 51 |
| Glucotrol | 50 |
| Risperdal | 50 |

Thus, three of the four atypical antipsychotic drugs have ranks within the top nine of all reports of diabetes mellitus for all marketed drugs.

FDACDER 003796

To determine if a causal relationship exists between each atypical antipsychotic drug and diabetes mellitus, a study of blood glucose levels in users of each drug before and after drug use and compared with nonexposed schizophrenic controls would be indicated.

Because of the number and seriousness of cases of diabetes mellitus in users of atypical antipsychotic drugs, we suggest that HFD-120 consider increasing the prominence of diabetes mellitus in the labeling for clozapine, risperidone, olanzapine, and quetiapine.

**REFERENCES**

1. Harris MI, Flegal KM, Cowic CC, et al. Prevalence of diabetes, impaired fasting glucose, and impaired glucose tolerance in U.S. adults—The third national health and nutrition examination survey, 1988-1994. Diabetes Care 1998;21:518-24.
2. Chapter 2. In: Diabetes in America. National Diabetes Data Group. 2nd edition. NIH, NIDDK, 1995.
3. Kenny SJ, Aubert RE, Geiss LS. Prevalence and incidence of noninsulin dependent diabetes. In: Diabetes in America. National Diabetes Data Group. 2nd edition. NIH, NIDDK, 1995.
4. National Hospital Discharge Survey. National Center for Health Statistics. Hyattsville, Maryland, 1997.

Diane K. Wysowski, Ph.D.

Katherine Bennett, Pharm.D.

Concur:

Min Chen, R.Ph., M.S.
Team Leader

CC:

| | |
|---|---|
| HFD-120 | Division file NDA 19-758 Clozapine |
| HFD-120 | Division file NDA 20-272; 20-588 Risperidone |
| HFD-120 | Division file NDA 20-592 Olanzapine |
| HFD-120 | Division file NDA 20-639 Quetiapine |
| HFD-120 | Consult monitor |
| HFD-430 | Guinn/ Wysowski/ Chen/ Trontell/ Honig/ Division Files |