# EXHIBIT 13

## Review and Evaluation of Clinical Data

NDA: 20-639
Sponsors: Astra-Zeneca
Drugs: Seroquel (quetiapine)
Material Submitted: Responses to FDA Request for Information
Subject: association with diabetes mellitus
Correspondence Date: 8/31/00
Date Received: 9/1/2000
Date Review Completed: 1/26/01
Reviewed by: Gerard Boehm, MD, MPH

### Summary of Findings

The sponsor's submission describing glucose related abnormalities associated with quetiapine did not provide affirmative proof of a drug related effect but did include several interesting findings. Pre-clinical testing identified glucagon-secreting cell hyperplasia but this was confined to a single species (rat) and was seen in a 12-month study but not a 24-month study and the relevance of this finding is not known. In the human NDA population, there were occasional glucose related AE reports but these events were infrequent and in the controlled trials appeared similar in frequency across treatment groups. There were no reports of diabetic ketoacidosis or non ketotic hyperglycemic hyperosmolar coma in the quetiapine NDA but a quetiapine treated subject in an extension trial was hospitalized for hyperglycemia with a treatment emergent blood glucose of 1,104mg/dl that required insulin therapy and resulted in discontinuation from the trial. There were 3 additional subjects with AEs of diabetes mellitus, all from open label trials, two had a history of diabetes prior to enrollment. The serum glucose analyses were based on non fasting samples and while there were no substantial differences in the sponsor's mean change analyses, there appeared to be an increased risk of developing a glucose ≥200mg/dL among quetiapine exposed subjects in short term trials, based on limited exposure. The sponsor reported 3 ketoacidosis events and 9 additional diabetes mellitus events in their post-marketing report adverse event database with 200,000 person years of estimated exposure.

### Pre-clinical data

The sponsor concluded that pre-clinical data provided no evidence that treatment with quetiapine in man may be associated with diabetes. They acknowledged finding hyperplasia of glucagon secreting cells at the periphery of pancreatic islets in rats exposed to quetiapine 75 and 250 mg/kg/day for 12 months and stated that these changes were not observed after administration for 2 years at the same dose levels in other rat studies. The sponsor did not observe hyperplasia of glucagon secreting cells in the pancreatic islets of mice, dogs, or primates during single or multiple dose studies (up to 12 months duration). The sponsor did not summarize animal serum glucose result data in their pre-clinical presentation.

### Clinical data

The sponsor searched their development program database for adverse events subsumed under the following COSTART terms: thirst, polyuria, urinary frequency, weight gain, hyperglycemia, diabetes mellitus, diabetic ketoacidosis, hyperosmolar coma. The sponsor reported AE risks using both numbers of subjects and person time denominators. Results were provided separately for phase I studies, short-term phase II/III studies (≤6 weeks), long term phase II/III studies, and uncontrolled studies.

The sponsor described the exposures for the different trial groupings. Three hundred subjects were exposed to quetiapine in phase I studies. In phase II/III studies, 1,710 subjects were exposed to quetiapine (1,450 short term <=6 weeks, 260 long term >6 weeks). In uncontrolled trials, 1,256 subjects were exposed to quetiapine (409 first time exposures). The sponsor reported that a total of 2,419 subjects were exposed to quetiapine during the NDA development program. The sponsor reported 209 placebo (all short term) 320 haloperidol (279 short term), and 100 chlorpromazine (all short term) subjects in their studies.

### Phase I Trials- AEs
For the 300 subjects exposed to quetiapine in Phase I trials there was 1 report of polyuria, 2 of urinary frequency, 1 of weight gain, 1 of hyperglycemia, and no reports of diabetes mellitus, diabetic ketoacidosis, or hyperosmolar coma. The sponsor reported that none of the events were considered serious or led to discontinuation from a trial.

### Short term Controlled Phase II/III Trials- AEs
In the short-term phase II/III trials there were no hyperglycemia, diabetes mellitus, diabetic ketoacidosis, or hyperosmolar coma AEs in any of the treatment groups. The risk for weight gain was 1.4% (20/1,450) for quetiapine compared to 1.1% (3/279) for haloperidol and 0 for placebo (0/206) and chlorpromazine (0/100). Thirst, polyuria, and urinary frequency AEs were rarely reported.

### Long term Controlled Phase II/III Trials- AEs
In the long-term phase II/III trials there were no polyuria, urinary frequency, hyperglycemia, diabetes mellitus, diabetic ketoacidosis, or hyperosmolar coma AEs in either of the treatment groups. Thirst was reported as an AE for 1 quetiapine subject (0.3%, 1/260) and no haloperidol subjects (0/41). Weight gain was reported as an AE for 11 quetiapine subjects (4.2%, 11/260) and no haloperidol subjects. None of the identified AEs were serious or led to discontinuation from a trial.

### Uncontrolled Trials- AEs
In uncontrolled quetiapine trials 2 subjects experienced hyperglycemia AEs (0.2%, 2/1,256) and 3 subjects experienced diabetes mellitus AEs (0.2% 3/1,256) but there were no reports of diabetic ketoacidosis or hyperosmolar coma. The risk for weight gain was 3% (38/1,256) in these uncontrolled trials.

The sponsor provided narratives for the diabetes mellitus AEs and I have summarized those events below.

5077IL/0012/0046/4603 This 35 year old white female with a history of diabetes mellitus treated with an oral agent completed a controlled trial where she received quetiapine and then entered an open label extension trial. During the extension she had headache, insomnia, and unstable diabetes AEs while receiving quetiapine 300mg/day. The unstable diabetes AE was not a serious AE and did not lead to discontinuation. She was treated with insulin. The sponsor provided no other outcome information.

5077IL/0015/0005/0509 This 40 year old black female with diabetes treated with an oral agent discontinued from a controlled trial where she received haloperidol. The reason for discontinuation was reported as intercurrent illness. She was then entered into an open label extension where she was given quetiapine 500mg/day. She developed tongue tremors, constipation, weight gain, tooth abscess, septicemia, and poorly controlled diabetes mellitus. She was treated with insulin and the event was not considered serious and did not lead to discontinuation from the trial.

5077IL/0014/0036/3605 This 51 year old white female with hypertension completed a controlled trial where she received haloperidol 10mg/day. She then entered an open label extension where she received quetiapine 400mg/day. She developed an infection and diabetes mellitus. She was treated with an oral hypoglycemic agent and the event was not considered serious and did not lead to discontinuation from the trial.

The sponsor did not report serum glucose values for any of the events noted above.

The sponsor provided narratives for the hyperglycemia AEs and I have summarized those events below.

5077IL/0012/0093/9304 This 53 year old white woman with a history of diabetes treated with insulin was discontinued on day 34 of an uncontrolled trial where she received quetiapine 200mg/day. She had an AE of hyperglycemia on day 18 (no serum glucose reported). The event was reported as resolved 3 weeks after withdrawal from trial treatment.

5077/IL/0013/0001/0109 This 44 year old black male with a history of untreated borderline glucose levels was enrolled in an uncontrolled trial where he received quetiapine 600mg/day and discontinued on day 10 for a hyperglycemia AE. On study day 8 he was noted to have a glucose of 393mg/dL (drawn when) and a repeat drawn on day 8 was 407mg/dL. He was started on an oral hypoglycemic agent and a special diet. On day 10 he complained of nausea, dizziness, vomiting and blurred vision. Blood glucose at that time was 1,104mg/dL. He was hospitalized and treated with IV insulin and hydration and discontinued from the trial. Within 5 days, serum glucose decreased and he was switched from insulin to an oral hypoglycemic agent.

### Plasma Glucose Lab Analyses
The sponsor noted that subjects were not fasting prior to glucose measurements in quetiapine trials. The sponsor did not provide a summary of the glucose collection schedules.

*Mean change analysis*
There did not appear to be substantial evidence of differences in mean change for glucose from the sponsor's presentations. In the short-term placebo controlled trials, the glucose mean change from baseline was 3.6mg/dl for quetiapine treated subjects and –0.26mg/dL for placebo treated subjects. In the short-term active control trials the glucose mean change for quetiapine subjects was –1.3mg/dL compared to –1.2mg/dL for chlorpromazine treated subjects. In the long-term controlled trial the glucose mean change in the quetiapine treated group was 4.53 mg/dL compared to 4.01mg/dL in the haloperidol treated group.

*Outlier analyses*
There was an excess of quetiapine subjects with one or more glucose measurement ≥200mg/dL in the short term controlled trials. I have summarized the sponsor's results in the table below.

Subjects with glucose <200mg/dL at baseline and glucose≥200mg/dL during short term controlled trials

|  | Quetiapine n=322; 28.1 PY | Placebo n=142; 10.6 PY | Chlorpromazine n=92; 8.8PY |
|---|---|---|---|
| Post baseline glucose>=200mg/dL | 3.1% (n=10) | 0.7% (n=1) | 0 |
| Incidence (person years) | 0.4/PY | 0.1/PY | 0 |

In addition to the subjects identified above, one quetiapine one placebo and no chlorpromazine subjects had a glucose result ≥200mg/dL both at baseline and during the study.

In the long-term controlled trials, there was an increased risk for glucose outliers (≥200mg/dL) among haloperidol treated subjects compared to quetiapine treated subjects based on a small number of events. Those results are provided below.

Subjects with glucose <200mg/dL at baseline and glucose≥200mg/dL during long term controlled trials

|  | Quetiapine n=170; 68.1 PY | Haloperidol n=35; 16.4 PY |
|---|---|---|
| Post baseline glucose>=200mg/dL | 1.2% (n=2) | 3.1% (n=1) |
| Incidence (person years) | 0.1/PY | 0.2/PY |

In addition to the subjects identified above, 3 quetiapine and 2 haloperidol subjects had a glucose ≥200mg/dL both at baseline and during the study.

For patients with glucose≥200mg/dL, the sponsor analyzed all glucose values collected during the trials. For the 12 quetiapine patients with baseline glucose <200mg/dL and at least 1 post baseline glucose ≥200mg/dL, 7 had last visit glucose results <200mg/dL. Six of these 7 had a single glucose result abnormality and the remaining subject had 3 glucose abnormalities (not listed). Five quetiapine subjects had a glucose result ≥200mg/dL at their last visit and 3 of these 5 also had elevated glucose results at baseline (178, 192, and 186mg/dL). None of the 12 subjects with baseline glucose <200mg/dL and at least 1 post baseline glucose ≥200mg/dL had a recorded glucose >300mg/dL.

**Post Marketing**
The sponsor reviewed their quetiapine post marketing adverse event reports through May 2000 to identify cases of hyperosmolar coma, new onset diabetes mellitus, diabetic ketoacidosis, hyperglycemia, and weight gain.

The sponsor has not received any hyperosmolar coma quetiapine post marketing reports.

The sponsor identified 12 reports of diabetes mellitus and provided narratives for these reports. The age range in these reports was 12-48 years mean 32.5 years and a median of 34 years. Seventy five percent of the reports were for males. The dose range was 50-750mg with a mean of 385mg and a median of 400mg. The average time until event was 4.9 months with a median of 2 months and a range of 15 days to 21 months. Average blood glucose at presentation was 833mg/dL with a median of 474 mg/dL and a range of 311-2,240mg/dL.

The sponsor identified 3 reports of ketoacidosis (2 of these were also included as diabetes cases). The reported ages in these cases were 25, 43, and 58 and all three were males. One ketoacidosis case occurred within a few weeks of starting quetiapine, another ketoacidosis case occurred almost 2 years after starting quetiapine and the remaining ketoacidosis case did not include time to event information. In one case, diabetes was identified as new onset, in a second case the patient had a prior history of diabetes and in the third case it was unclear if diabetes was a preexisting condition.

In addition to the reports described above, the sponsor identified 2 quetiapine post-marketing reports of hyperglycemia. Neither report provided glucose results, diagnostic work up, or treatment.

**Weight Change**
In response to the division's request, the sponsor provided information regarding quetiapine and weight gain. In addition to weight gain AE data reviewed above, the sponsor analyzed weight data from a quetiapine flexible dose open label extension trial. The sponsor analyzed weight change for subjects with both a baseline weight measurement (from the prior controlled trial) and a weight measurement during treatment week 53-78. The sponsor used the mean weight for subjects with more than one measurement during weeks 53-78. The sponsor also analyzed weight change at end point for the following three quetiapine dose groupings: ≤300mg, >300 to ≤500mg, and >500mg.

The sponsor reported a mean weight increase of 1.87kg for those subjects with baseline and week 53-78 weight measurements. The median weight change for this group was 1.2kg. The minimum and maximum reported weight changes were –27.2kg and 25.5kg, respectively. The sponsor did not further characterize the weight change distribution.

The weight change by dose group analysis did not suggest a dose response, although when interpreting the sponsor's results one must consider that these subjects were not randomized to dose and that a substantial number of subjects had no dose recorded. The following table summarizes the weight change by dose group results provided by the sponsor.

Weight change by dose group, quetiapine open label trial 5077IL/0051

|  | No recorded dose n=103 | ≤300mg n=72 | >300-≤500mg n=71 | >500mg n=134 |
|---|---|---|---|---|
| Mean weight change kg | 1.21 | 0.75 | 0.20 | -0.34 |
| Median weight change kg | 1.00 | -0.25 | -0.60 | 0 |
| Min | -21.8 | -14.5 | -21.4 | -27.2 |
| Max | 26.5 | 26.8 | 27.3 | 23 |

**Patient Exposure**
In response to the division's request, the sponsor summarized patient exposure data from quetiapine trials and post marketing experience. Three hundred subjects were exposed to quetiapine, most for less than 3 weeks, in phase I trials. The sponsor reported that 1,710 subjects were exposed to quetiapine in controlled phase II/III trials with 86% exposed for 6 weeks or less and 61 subjects exposed for at least 1 year. In uncontrolled trials, 1,256 subjects were exposed to quetiapine with 282 subjects exposed for at least 184 days, and 55 subjects exposed for at least 1 year. More detailed summaries of these exposures are included as an appendix to this document.

Using the number of prescriptions and the number of prescriptions per patient, the sponsor estimated post-marketing exposure through June 2000 at 623,000 patients and 199,000 person years.

**Correspondence with Foreign Regulatory Agencies**
The sponsor stated that there have been no issues raised either verbally or formally with foreign regulatory agencies related quetiapine and diabetes mellitus, hyperosmolar coma, diabetic ketoacidosis, or hyperglycemia. Foreign regulatory agencies asked the sponsor for additional information regarding quetiapine and weight gain and the mechanism of hyperplasia of glucagon secreting cells observed in the 1-year quetiapine rat studies (see above). The sponsor provided copies of these questions and their responses.

**Sponsor's Conclusions**
The sponsor concluded that the diabetogenic potential for quetiapine is unlikely because of the lack of evidence from pre-clinical studies, the low incidence of disturbances of glucose from clinical trials, the lack of lab glucose findings from clinical trials, and the small number of post marketing reports of glucose disturbances.

Appears This Way
On Original

Attachment

### Mean daily dose and duration of exposure to quetiapine in phase I trials

| Duration (days) | Mean Daily Dose of Quetiapine (mg) | | | | | | Total (%) |
|---|---|---|---|---|---|---|---|
| | ≤75 | >75 ≤150 | >150 ≤300 | >300 ≤450 | >450 ≤600 | >600 ≤800 | |
| 1 | 33 | 0 | 0 | 0 | 0 | 0 | 33 (11) |
| 2 to 7 | 83 | 5 | 10 | 1 | 0 | 0 | 99 (33) |
| 8 to 14 | 1 | 3 | 19 | 18 | 29 | 0 | 70 (23) |
| 15 to 21 | 0 | 0 | 21 | 46 | 9 | 7 | 83 (28) |
| 22 to 35 | 0 | 8 | 1 | 5 | 1 | 0 | 15 (5) |
| Total (%) | 117 (39) | 16 (5) | 51 (17) | 70 (23) | 39 (13) | 7 (2) | 300 (100) |

### Mean daily dose and duration of exposure to quetiapine in controlled phase II/III trials

| Duration (days) | Mean Daily Dose of Quetiapine (mg) | | | | | | Total (%) |
|---|---|---|---|---|---|---|---|
| | ≤75 | >75 ≤150 | >150 ≤300 | >300 ≤450 | >450 ≤600 | >600 ≤800 | |
| 1 | 14 | 0 | 0 | 0 | 1 | 0 | 15 (1) |
| 2 to 7 | 59 | 24 | 60 | 4 | 1 | 0 | 148 (9) |
| 8 to 14 | 63 | 17 | 60 | 79 | 21 | 2 | 242 (14) |
| 15 to 21 | 36 | 22 | 37 | 55 | 19 | 2 | 171 (10) |
| 22 to 28 | 23 | 6 | 23 | 40 | 19 | 1 | 112 (7) |
| 29 to 35 | 17 | 2 | 16 | 24 | 9 | 8 | 76 (4) |
| 36 to 42 | 97 | 26 | 94 | 285 | 138 | 63 | 703 (41) |
| 43 to 112 | 39 | 6 | 29 | 51 | 27 | 9 | 161 (9) |
| 113 to 183 | 5 | 0 | 7 | 0 | 9 | 0 | 21 (1) |
| 184 to 365 | 16 | 4 | 15 | 0 | 20 | 0 | 55 (3) |
| 366 to 548 | 0 | 0 | 2 | 0 | 3 | 1 | 6 (0) |
| Total | 369 (22) | 107 (6) | 343 (20) | 538 (32) | 267 (16) | 86 (5) | 1710 (100) |

### Mean daily dose and duration of exposure to quetiapine in uncontrolled phase II/III trials

| Duration (days) | Mean Daily Dose of Quetiapine (mg) | | | | | | Total (%) |
|---|---|---|---|---|---|---|---|
| | ≤75 | >75 ≤150 | >150 ≤300 | >300 ≤450 | >450 ≤600 | >600 ≤800 | |
| 1 | 6 | 1 | 1 | 0 | 0 | 0 | 8 (1) |
| 2 to 7 | 17 | 18 | 31 | 11 | 2 | 1 | 80 (6) |
| 8 to 14 | 7 | 4 | 27 | 19 | 22 | 7 | 86 (7) |
| 15 to 21 | 7 | 2 | 10 | 30 | 25 | 15 | 89 (7) |
| 22 to 28 | 8 | 5 | 25 | 40 | 28 | 18 | 124 (10) |
| 29 to 35 | 2 | 2 | 5 | 15 | 29 | 13 | 66 (5) |
| 36 to 42 | 3 | 6 | 10 | 10 | 14 | 14 | 57 (5) |
| 43 to 112 | 10 | 12 | 36 | 57 | 80 | 82 | 277 (22) |
| 113 to 183 | 1 | 2 | 24 | 49 | 65 | 46 | 187 (15) |
| 184 to 365 | 1 | 5 | 41 | 58 | 60 | 62 | 227 (18) |
| 366 to 548 | 0 | 1 | 8 | 10 | 16 | 17 | 52 (4) |
| 549 to 730 | 0 | 0 | 1 | 0 | 0 | 1 | 2 (0) |
| 730 | 0 | 0 | 0 | 0 | 0 | 1 | 1 (0) |
| Total (%) | 62 (5) | 58 (5) | 219 (17) | 299 (24) | 341 (27) | 277 (22) | 1256 (100) |

---
This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.
---

/s/
---------------------
Jerry Boehm
5/22/01 05:54:26 AM
MEDICAL OFFICER


Judith Racoosin
5/22/01 10:14:10 AM
MEDICAL OFFICER

Appears This Way
On Original