# EXHIBIT 14

Review and Evaluation of Clinical Data

NDA: 19-758, 20-592, 20-272, 20-639
Sponsor: Novartis
Drugs: Clozaril (clozapine), Zyprexa (olanzapine), Risperdal (risperidone), Seroquel (quetiapine)
Material Submitted: OPDRA Consult, Division Literature Review
Subject: association with diabetes mellitus
Correspondence Date: 8-26-99, 12-17-99
Date Received: 8-27-99, 1-11-00
Date Review Completed: 5-17-01

## 1 Background

Dr. E. Koller, a medical officer in the Division of Metabolic and Endocrine Drug Products, along with others presented a poster at the annual meeting of The Endocrine Society in June 1999 describing the association of clozapine therapy with new onset diabetes mellitus (DM) and exacerbation of pre-existing DM. As part of the follow-up of this signal, the Division requested that the Division of Drug Risk Evaluation I (DDRE-1) perform a search of AERS for reports of hyperglycemia, DM, and diabetic ketoacidosis (DKA), and non-ketotic hyperglycemic hyperosmolar syndrome (NKHHS) associated with clozapine and the other "atypical" antipsychotics (olanzapine, risperidone, and quetiapine). The division received this consult on January 11, 2000.

Because the original AERS searches were performed over 18 months prior to the completion of this review, we requested that DDRE-1 perform a follow-up search to identify reports DM, DKA, and NKHHS that have been submitted to AERS in the intervening months. Cindy Kortepeter, Pharm.D., a safety evaluator in DDRE-1, performed this search on 3/9/01. Dr. James Knudsen of this division reviewed these case reports and a summary table of these cases is provided below.

In order to assess the possibility that DM is associated with use of the older antipsychotics as well, we also requested that DDRE-1 perform a search for DM, DKA, and NKHHS associated with the three most commonly used antipsychotic drugs in the 1980's: chlorpromazine, haloperidol, and thioridazine. Dr. Jerry Boehm of this division reviewed these case reports and his findings are included below.

Finally, most of the papers in the medical literature addressing the issue of hyperglycemia, DM, and its complications related to antipsychotic drugs are case reports and case series. Therefore, I will include in this review Dr. Boehm's summary of an exhaustive search of the literature regarding this adverse event.

## 2 OPDRA Consult

The OPDRA consult includes an overall executive summary and individual reviews of each of the four atypical antipsychotics marketed at the time of the AERS search:

clozapine, risperidone, olanzapine, and quetiapine. AERS was searched on the following days for each of the drugs: end of 7/99-clozapine; end of 6/99- risperidone; 7/28/99- olanzapine; 9/16/99- quetiapine. When the AERS system was searched by terms related to diabetes mellitus, clozapine (#2), olanzapine (#5), and risperidone (#10) were among the ten marketed products with the most reports in the system.

This review will first present the OPDRA reviewers' (Dr. Wysowski and Dr. Bennett) summary table of case numbers and rates, and then it will describe the postmarketing experience with each drug individually.

## 2.1 Summary Table

Table 1 of the consult addressing the association of atypical antipsychotic drugs and DM summarizes the pertinent points of the case series for each drug. An abbreviated form of the table follows below in Table A[1]. Please note that a prescription length of 30 days was used to calculate the person-years of exposure for risperidone, olanzapine, and quetiapine. A prescription length of 16 days was used for clozapine due to the standard shorter duration of prescription that results from the weekly WBC monitoring requirements.

Table A. Summary of Case Series (adapted from Table 1 of the consult)

|  |  | Clozapine |  | Risperidone |  | Olanzapine |  | Quetiapine |  |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Year marketed |  | 1991 |  | 1994 |  | 1996 |  | 1997 |  |
| Total U.S. outpatient prescriptions |  |  |  |  |  |  |  |  |  |
| Total # AERS reports |  | 17,631 |  | 10,607 |  | 5,380 |  | 484 |  |
| Reporting period |  | Drug launch- 7/99 |  | Drug launch- 6/99 |  | Drug launch- 8/99 |  | Drug launch- 8/99 |  |
|  | US Background Rate[o] | n | Rate | n | Rate | n | Rate | n | Rate |
| New-onset DM, U.S. cases | F- 276 M- 53 | 90 |  | 55 |  | 81 |  | 1 |  |
| New-onset DM, with DKA | 45 | 27* |  | 10 |  | 37 |  | 1 |  |
| New-onset DM, with NKHHS | 7 | 6** |  | 4 |  | 5 |  | 0 |  |
| # Deaths |  | 3 |  | 3 |  | 5 |  | 1 |  |

[o] Data for the new-onset DM cases is from the National Diabetes Data Book, NIDDK, NIH, 1995; the female range is for ages 25-44; the male range is for <=44. Data for the

---

[1] In the process of checking reporting rate calculations prior to requesting IMS clearance for outside use of the data, the reporting rate calculations for quetiapine were found to be inaccurate. The correct values are entered in the table above.

2

FDACDER 001628

DKA and NKHHS incidence comes from the National Hospital Discharge Survey, NCHS, 1997.
# per 100,000 person-years; * w/ BS>700 (13 w/ acidosis); ** diagnosed (27 possible)

In her case series for each drug, Drs. Wysowski and Bennett point out the many caveats that must be considered when interpreting the cases of DM reported to be associated with this group of drugs. These include the following:

- Underreporting may be substantial
- Reports generally describe the temporal relationship between the initiation of a drug and the *diagnosis* of diabetes rather than its *onset*, so patients who were reported to be new-onset cases could have been prevalent cases.
- Information on risk factors for DM was not reported uniformly
- Information on drug-related weight gain was not reported uniformly
- Schizophrenia itself may be associated with an elevated risk for diabetes

### 2.2 Clozapine

Because Dr. Koller's presentation reviewed the AERS reports of hyperglycemia-related AEs associated with clozapine use, Dr. Wysowski's review of these same reports focused primarily on how her evaluation differed from Dr. Koller's. Dr. Wysowski's counts of cases of new onset DM and exacerbation of DM were similar to Dr. Koller's; however, their assessments of the hyperglycemia cases differed substantially. Because the hyperglycemia case reports were generally of poor quality (lacking details), Dr. Wysowski did not consider them further.

Dr. Koller identified 92 reports describing newly diagnosed diabetes. The mean age of these patients was 39.2 (range 15-77). About one quarter of patients presented with diabetes in the first month after clozapine initiation and about one half presented within three months (range: two days to five years). Twenty-seven newly diagnosed patients presented with DKA. Of 53 patients who discontinued clozapine, follow-up was reported in 32. Twenty-seven patients reported positive dechallenges. Of six patients who were rechallenged, five reported deterioration of glycemic control after re-exposure to clozapine.

Using the number of dispensed outpatient prescriptions and the average prescription length of -- days (IMS data) to calculate the person-time exposure, the rates of new-onset DM, alone and associated with DKA or hyperosmolar coma are seen in Table A above. Dr. Wysowski compared these reporting rates to the rates of new-onset DM, alone and associated with DKA or NKHHS as reported by the National Institute of Diabetes, Digestive, and Kidney Diseases (NIDDK) and the National Hospital Discharge Survey. The reporting rates for new-onset DM alone and new onset DM with DKA or NKHHS is of the same magnitude or one level lower than the corresponding background rate. Dr. Wysowski points out that extensive underreporting could account for the reporting rates being lower than the background rates.

Dr. Wysowski concludes that despite numerous spontaneous reports, the causality of DM by clozapine cannot be determined on the basis of these reports alone. She notes that

3

there is some evidence that schizophrenic patients may have a higher background incidence of DM, and that they may have a higher incidence of risk factors for DM. She suggests that additional study would be needed to establish causality, but in the interim recommends that DM be made more prominent in the clozapine labeling.

### 2.3 Risperidone

The AERS search identified 41 patients with newly diagnosed DM, ten with newly diagnosed DM and mention of ketoacidosis, and four with newly diagnosed DM and mention of NKHHS. Thirty-eight additional patients developed exacerbation of their diabetes after starting risperidone. The median age of the new-onset patients was 31.5 (range 9-96) and the median treatment duration to presentation was 2.5 months (range two days to two years). About half (22/41) the patients had a risk factor for DM (e.g., family history, weight gain, obesity, alcohol abuse) mentioned in their case report. Fifty-nine percent of patients required medical treatment for the DM; three patients had positive dechallenges.

For the ten patients with newly diagnosed DM and ketoacidosis, median treatment duration to presentation was about six weeks (range seven days to 21 months). Seven patients required hospitalization and two died. One patient each was also diagnosed with neuroleptic malignant syndrome (NMS) and rhabdomyolysis. Six patients were taking concomitant valproic acid. Several patients had risk factors for diabetes.

Four patients presented with hyperosmolar states with glucose measurements in the 875-1700 mg/dl range. The treatment duration to presentation for the three patients with this information reported was 12 days, 60 days, and 14 months. At least three of the patients had risk factors for DM. Three patients were treated and recovered; a fourth patient reportedly died of a pulmonary embolism.

Using the number of dispensed outpatient prescriptions and the average prescription length of ~ days (IMS data) to calculate the person-time exposure, the rates of new-onset DM, alone and associated with DKA or hyperosmolar coma are seen in Table A above. Dr. Wysowski compared these reporting rates to the rates of new-onset DM, alone and associated with DKA or hyperosmolar coma as reported by the National Institute of Diabetes, Digestive, and Kidney Diseases (NIDDK) and the National Hospital Discharge Survey. The reporting rates for new-onset diabetes alone, and new onset with DKA or NKHHS are one to two levels of magnitude lower than the corresponding background rate. Dr. Wysowski points out that extensive underreporting could account for the reporting rates being substantially less than the background rates

### 2.4 Olanzapine

The AERS search identified 81 U.S. reports describing patients with newly diagnosed DM; of the 81 reports, 37 also reported ketoacidosis and five also reported hyperosmolar coma. Additionally, twenty-eight patients developed exacerbation of their diabetes after starting olanzapine.

4

The mean age of the patients with new onset DM and a presenting blood glucose <500 mg/dl (n=22) was 43 (range 13-70), and the median treatment duration to presentation was about 3.5 months (range: one week to 2.25 years). About half (12/22) of the patients had a risk factor for DM (e.g., family history, weight gain, obesity, alcohol abuse) mentioned in their case report. At least eight patients required medical treatment for diabetes. Two patients had a clearly documented positive dechallenge and three had a negative dechallenge.

The mean age of the patients with new onset DM and a presenting blood glucose >500 mg/dl (n=17) was 48.5 (range 16-78) and the median treatment duration to presentation was about three months (range: two weeks to 11 months). Over half of the patients had a risk factor for DM (11/18) mentioned in their case report. At least eight patients required medical treatment for diabetes. One patient had a positive dechallenge and two had a negative dechallenge.

For the 37 patients with newly diagnosed DM and ketoacidosis, mean age was 39 (range 17-72) and median treatment duration to presentation was about three months (range 11 days to 2 years). Just under half of the patients had a risk factor for DM (17/37) mentioned in their case report. Thirty patients required hospitalization and five died; two of the deaths were due to NMS. Five patients had a positive dechallenge and nine had a negative dechallenge.

Five patients presented with hyperosmolar states with glucose measurements in the 1400-1700 mg/dl range. The treatment duration to presentation for the four patients with this information reported was 14 days, 20 days, 6 weeks, and 1 year. The patient who developed NKHHS after one year had had a daily dose increase from 10 mg to 20 mg one week prior to presentation. Three of the patients had a risk factor for DM mentioned in their case report. All patients were hospitalized and none died. Two patients had a positive dechallenge and two had a negative dechallenge.

Of 41 patients who presented with blood glucose >700 mg/dl, 28 (68%) reported at least one risk factor for DM; this compared to 42/81 (52%) patients overall who reported a DM risk factor. Of the 38 with known ages, 32 were 50 years old or younger.

Using the number of dispensed outpatient prescriptions and the average prescription length of — days (IMS data) to calculate the person-time exposure, the rates of new-onset DM, alone and associated with DKA or hyperosmolar coma are seen in Table A above. Dr. Bennett compared these reporting rates to the rates of new-onset DM, alone and associated with DKA or hyperosmolar coma as reported by the National Institute of Diabetes, Digestive, and Kidney Diseases (NIDDK) and the National Hospital Discharge Survey. The background rates for new-onset diabetes alone are 1-2 levels of magnitude higher than the reporting rate for olanzapine. However, the background rates for new onset DM with DKA or NKHHS is only one level of magnitude higher than the corresponding reporting rate. Dr. Bennett points out that underreporting and the method by which prescription numbers are converted to exposure make it difficult to compare reporting rates with background rates

5

### 2.5 Quetiapine

The AERS search identified one U.S. report describing a patient with a possible case of newly diagnosed DM with DKA; there were reports of two additional patients with pre-existing DM who presented with DKA. The patient was a 28 year old man taking quetiapine for an unknown duration who presented to the emergency department with a recent 10-16 pound weight loss, flu-like symptoms, acidosis, and a serum glucose of 2240 mg/dL. The patient developed ventricular fibrillation and disseminated intravascular coagulation and died.

Using the number of dispensed outpatient prescriptions and the average prescription length of -- days (IMS data) to calculate the person-time exposure, the rates of new-onset DM, alone and associated with DKA or hyperosmolar coma are seen in Table A above. Dr. Bennett compared these reporting rates to the rates of new-onset DM, alone and associated with DKA or hyperosmolar coma as reported by the National Institute of Diabetes, Digestive, and Kidney Diseases (NIDDK) and the National Hospital Discharge Survey. In the summary table, one case each is identified for new-onset alone and new-onset plus DKA. However, in the text of the consult it appears that the new onset case was a literature case. The background rate for new-onset diabetes with DKA is two levels of magnitude higher than the reporting rate for quetiapine. Dr. Bennett points out that underreporting and the method by which prescription numbers are converted to exposure make it difficult to compare reporting rates with background rates.

## 3 Older Antipsychotics

As part of the safety team's evaluation of the relationship between atypical antipsychotics and diabetes, we asked DDRE-I to provide the spontaneous reports of diabetes and glucose abnormalities for the older antipsychotics. DDRE-I pulled the spontaneous reports for glucose related abnormalities for the three antipsychotics with the greatest use in the 1980s, namely haloperidol, chlorpromazine, and thioridazine. This document summarizes the reports provided by DDRE-I.

DDRE I forwarded to the division 21 glucose abnormality related spontaneous reports for haloperidol, six for chlorpromazine, and six for thioridazine. Dr. Boehm reviewed the reports, specifically looking for cases of diabetic ketoacidosis, non-ketotic hyperglycemic hyperosmolar coma, incident cases of diabetes or cases with reported glucose elevations greater than 500mg/dL.

### 3.1 Haloperidol

One haloperidol spontaneous report noted elevated glucose and ketosis but the patient was also taking diazoxide and had a history of an insulinoma, complicating interpretation of this report. There was a report of an 88-year-old female with diabetic coma (glucose 500mg/dL) but the report noted that this patient was a diabetic with a history of dietary non-compliance. There was a report of elevated blood glucose (>700mg/dL) in a subject enrolled in a trial comparing risperidone to haloperidol and it was not clear which drug this subject was receiving. The remaining reports noted hyperglycemia, often not

6

quantified and in some cases in the setting of other events like neuroleptic malignant syndrome, overdose, or following resuscitative attempts, thus complicating the interpretation of the reports.

### 3.2 Chlorpromazine

The division received no spontaneous reports of glucose >500mg/dL, diabetic ketoacidosis, or non-ketotic hyperglycemic hyperosmolar coma for chlorpromazine. There was one report of incident diabetes but this followed a 12-year exposure to chlorpromazine.

### 3.3 Thioridazine

We received one thioridazine spontaneous report of diabetic ketoacidosis (glucose 1,323mg/dL) in a patient with neuroleptic malignant syndrome. There was also a report of a patient who developed diabetes three months after starting thioridazine (no glucose reported) and the patient was reported to be "recovering after withdrawal".

### 3.4 Discussion

A review of the available spontaneous reports for the older antipsychotics did not strongly suggest glucose abnormality associations. Despite the spontaneous report findings with the newer antipsychotic agents, we did not identify non-confounded reports of new onset DKA or hyperglycemic non-ketotic hyperosmolar coma for the older agents. Whether the absence of such reports is due to differences in risk for these events between the newer and older agents, or differences in reporting is not known.

## 4 March 2001 Update

Since approximately 18 months passed since the original search of the AERS database, the division requested a follow-up search for cases of DM and its complications associated with the atypical antipsychotic agents. James Knudsen, MD, Ph.D. reviewed these cases using the same criteria as the safety evaluators who prepared the original consult.

Table B. Unduplicated U.S. Cases of Altered Glucose Metabolism Associated with Antipsychotic Drug Exposure from the AERS Database: 7/99-3/01 and Reporting Rates

| Reporting period: 7/99-3/01 | Clozapine | | Risperidone | | Olanzapine | | Quetiapine | |
|---|---|---|---|---|---|---|---|---|
| Total US outpatient prescriptions* | | | | | | | | |
| | n | Rate | n | Rate | n | Rate | n | Rate |
| New-onset DM | 52 | | 14 | | 95 | | 12 | |
| N-O DM, with DKA | 8 | | 1 | | 36 | | 3 | |
| N-O DM, with NKHHS | 5 | | 1 | | 7 | | 1 | |
| Deaths | 10 | | 2 | | 7 | | 2 | |

*Source: IMS HEALTH National Prescription Audit Plus™
#Rate in cases per 100,000 person-years

7

Predictably, the reporting rates have gone down since the original consult. Over time, use of new drugs increases and reporting of adverse events decreases as they are recognized as being drug-related. Two observations can be made, though: 1) cases have been reported for all four of the atypical antipsychotic drugs; 2) reporting rates continue to be substantially higher for clozapine and olanzapine as compared with risperidone and quetiapine.

## 5 Summary of Literature Review

As part of the safety team's evaluation of the antipsychotic/diabetes mellitus relationship, we reviewed the medical literature on this topic. Lilly submitted many of the reviewed publications as part of their response to the division's request for information about olanzapine and diabetes. We identified additional relevant articles from a search of Pub-Med.

### 5.1 Schizophrenia and diabetes

We did not identify any publications that provided incidence or prevalence data indicating that untreated schizophrenic patients were at increased risk for glucose abnormalities, yet it is clear that investigators were examining this question via experiments. Published articles from the 1920s-1950s documented experiments testing glucose tolerance and response to insulin in schizophrenics. Although investigators reported findings suggestive of resistance to insulin and abnormal glucose tolerance[1-4], these findings were not uniform and there are difficulties in comparing results across studies due to differences in psychiatric diagnostic terms describing the populations studied, and variations in study designs.

### 5.2 Diabetes and Antipsychotics

#### 5.2.1 Typical Antipsychotics

#### 5.2.1.1 Humans

In the years after chlorpromazine became available and was being used to treat schizophrenics, investigators reported that chlorpromazine might be associated with increased risks of hyperglycemia and diabetes. One article reported that the prevalence of diabetes on a psychiatric service increased in the years after chlorpromazine and other phenothiazines became available, and that a higher percentage of those treated with a phenothiazine had diabetes compared to those not treated with a phenothiazine[5]. Experiments were conducted wherein normal volunteers and schizophrenics, some with diabetes and others without, were exposed to a chlorpromazine for varying lengths of time. They then underwent glucose tolerance testing, had response to iv administered insulin measured, or both. Results offer conflicting evidence of chlorpromazine effect on glucose metabolism with decreased responses to insulin or decreased glucose tolerance in some studies[6,7] and little or no effect on response to insulin or glucose challenge in another study[8].

8

As more antipsychotic agents became available for the treatment of schizophrenia, studies were conducted to look at their effects on glucose and to compare the effects of new drugs with previously available drugs. In separate short-term experiments, neither haloperidol[9] nor sulpiride[10] appeared to affect glucose. Investigators reported what appeared to be unexpectedly high prevalences of glucose abnormalities among patients chronically treated with perazine[11], fluphenazine[12] and pimozide[12], although the lack of non-treated control groups makes interpretation of the results difficult.

In addition to experimental data, investigators reported cases of patients who developed glucose abnormalities following treatment with chlorpromazine or other antipsychotics[13-15]. We did not identify reports of typical antipsychotic treatment associated diabetic ketoacidosis or non-ketotic hyperosmolar coma from our PubMed search.

### 5.2.1.2 Animal Studies

Animal studies were conducted to examine the effect of chlorpromazine and other phenothiazines on glucose, and the effect following adrenalectomy or administration of drugs that act on the sympathetic nervous system. In several species, phenothiazines appeared to have an effect on glucose and or insulin release [16-20], although the validity of the animal models is unclear and there are concerns that the techniques used (e.g., intraperitoneal administration) in some of the experiments could have contributed to the reported findings[21].

### 5.2.2 Atypical Antipsychotics

### 5.2.2.1 Clozapine

In 1994 a case report was published describing the development of diabetic ketoacidosis temporally related to the initiation of treatment with clozapine[22]. Since then there have been additional case reports and case series describing glucose abnormalities ranging from worsening glycemic control to diabetic ketoacidosis or non-ketotic hyperosmolar hyperglycemia in patients treated with clozapine[23-33]. There are reports describing improvement or normalization of blood glucose, allowing cessation of hyperglycemic therapy following withdrawal of clozapine[23,24,30,32], and reports of positive rechallenges characterized by increases in blood glucose after clozapine therapy was reintroduced[22,26,28].

Several groups of investigators have attempted to further examine the risk of hyperglycemia associated with clozapine. In one study, investigators found that the prevalence of diabetes and glucose intolerance was higher among 60 schizophrenics treated with clozapine (12% and 10% respectively) compared to 63 schizophrenics treated with conventional neuroleptics (6% and 3% respectively)[34]. In another study, investigators found that on-clozapine mean serum glucose at 60 minutes following a glucose load was higher for six schizophrenics compared to their pre-treatment values[35]. Another group of investigators found a correlation between insulin levels and clozapine levels but no correlation between insulin levels and classical antipsychotic levels, which they interpreted as evidence supporting clozapine-induced insulin resistance[36]. Another group of investigators reported on a cohort of 82 schizophrenics with no history of

9

diabetes and normal baseline glucose results who were started on clozapine treatment[37]. Over the five year observation period, 36% were diagnosed with diabetes mellitus. Further analysis found that sex, weight, change in weight, BMI, change in BMI, clozapine dose, and valproate use were not significant risk factors for the development of diabetes, but that age was a significant risk factor. The investigators noted the lack of comparator data and acknowledged the need for more information about the background risk of diabetes among schizophrenics.

### 5.2.2.2 Olanzapine, Quetiapine, Risperidone

As with clozapine, there have been reports of glucose abnormalities among patients treated with the other recently approved atypical antipsychotics. There have been published case reports[38-42] and a case series[43] describing glucose abnormalities ranging from poor glucose control to diabetic ketoacidosis in patients treated with olanzapine. Like clozapine, there are reports of improvement in glucose control following olanzapine withdrawal[39,40,41,43] and reports of worsening of glucose following reintroduction of olanzapine[38,43]. There have been two case reports of glucose abnormalities among quetiapine users[44,45] and one case report of diabetic ketoacidosis in a risperidone user[46]. In addition to the reports for single drugs described above, there have been three case series published where investigators described a range of glucose abnormalities in patients treated with a variety of atypical antipsychotics including clozapine, olanzapine, quetiapine[47-49].

### 5.3 Discussion

The published medical literature related to glucose abnormalities among schizophrenics and associated with the use of antipsychotic medications is extensive. The medical literature that pre-dated the introduction of antipsychotic medications includes studies designed to determine if schizophrenics were at higher risk of glucose abnormalities. Following the introduction of chlorpromazine, concern developed about increased risk of glucose abnormalities and diabetes mellitus in patients treated with this and similar medications. Presently, phenothiazines are commonly identified among the group of drugs that can cause hyperglycemia. Experiments have been conducted to clarify the nature of the effect of phenothiazines on blood glucose but no definitive mechanism has been identified. Despite case reports of hyperglycemia in chlorpromazine-treated patients, we did not find published reports of diabetic ketoacidosis associated with chlorpromazine or the use of other typical antipsychotics.

Following the introduction of clozapine, case reports and case series of glucose abnormalities in clozapine users were published in the medical literature. Although development of diabetic ketoacidosis in adults treated with clozapine seems unexpected, there have been no published comparisons of the incidence of diabetic ketoacidosis in this group to untreated schizophrenics. The published cases of positive dechallenge appear to offer strong support for a drug-related effect, but one must also consider that diabetics can experience "honeymoon" periods where insulin requirements decrease following initial treatment of diabetes. The positive rechallenge cases do provide stronger evidence of a drug-related effect on glucose. Experimental data suggests that

10

antipsychotic exposure may be associated with insulin resistance but these hypotheses have not yet been fully explored.

### 5.4 Conclusions

The published literature generally supports the hypothesis that schizophrenics treated with antipsychotics are at increased risk of glucose abnormalities. However, the magnitude of the effect is difficult to discern especially considering that schizophrenia may be associated with increased risk for developing glucose abnormalities. The amount of information available about glucose abnormality risk differs among the antipsychotic agents. The published medical literature lacks sufficient information for valid comparisons of glucose abnormality risks across the class of antipsychotic agents.

## 6 Reviewer Comments

The DDRE-1 review of reports of DM and its complications in users of the four marketed atypical antipsychotic drugs[2] and Dr. Boehm's review of the pertinent medical literature suggests that users of these drugs are at risk for DM and its complications. The strongest evidence for the elevated risk is the presence of positive rechallenges. Positive rechallenges were observed in association with clozapine, olanzapine, and risperidone. Positive dechallenges also occurred in many patients, but others reported negative dechallenges.

Typically, when weighing the strength of a safety signal, we expect the reporting rates to be similar to or higher than the expected background rates for the adverse event. In this case, however, the reporting rates did not approximate the background rates, and in some cases, were 2-3 levels of magnitude lower. One explanation for this observation, as pointed out by Drs. Wysowski and Bennett would be substantial underreporting. Furthermore, even the reports that were submitted are "underreported" in a sense, because we often did not receive the full information on the patient regarding risk factors for DM, response to hypoglycemic therapy, and ultimate outcome following discontinuation and possibly reinitiation of the drug.

There is some suggestion from the data that DM and its complications might be more frequently associated with clozapine and olanzapine than with risperidone and quetiapine. The higher reporting rates for those two drugs observed in the original AERS search persisted into the second search period, despite the overall decrease of all the rates. Clozapine and olanzapine also accounted for the majority of literature cases, although this is not a particularly sensitive measure of the strength of a safety signal.

Spontaneous reports and published case series stimulate many questions, but provide few answers. Further study will be needed to elucidate the potential causality of DM by the atypical antipsychotic drugs. Prospective studies may provide some insight by eliminating from the cohort patients with pre-existing, but undiagnosed diabetes, and

---

[2] In the time since the consult was submitted, the Division approved an additional atypical antipsychotic drug, Geodon (ziprasidone).

11

stratifying patients by risk factors such as obesity and family history. Even this type of study has limited utility, though, because physicians choose treatments for their patients based on a variety of factors that would likely differ from treatment group to treatment group. Randomization to the various therapies is likely to be the only way to sort out the differential effects of these drugs on glucose tolerance.

Judith A. Racoosin, MD, MPH

Appears This Way
On Original

## Bibliography

[1] Lorenz WF, Sugar Tolerance in Dementia Praecox and Other Mental Disorders, Arch Neurol Psychiatry, 1922, 8: 184-196

[2] Braceland FJ, Meduna LJ, Vaichulis JA, Delayed Action of Insulin in Schizophrenia, Am J Psychiatry, 1945, 102:108-110

[3] Freeman H: Resistance to Insulin in Mentally Disturbed Soldiers, Arch Neurol Psychiatry, 1946, 56:74-78

[4] Langfeldt G, The Insulin Tolerance Test in Mental Disorders, Acta Psychiatr Scand, 1952, 80 (suppl): 189-200

[5] Thonnard-Neumann E, Phenothiazines and Diabetes in Hospitalized Women, Am J Psychiatry, 1968, 124:138-142

[6] Charatan FBE, Bartlett NG, The Effect of Chlorpromazine (Largactil) on Glucose Tolerance, J Mental Sci, 1955, 101:351-353

[7] Erle G, Basso M, Federspil et al, Effects of Chlorpromazine on Blood Glucose and Plasma Insulin Levels in Man, Eur J Clin Pharmacol, 1977, 11(1):15-18.

[8] Waitzkin L, Glucose Tolerance Therapy in Man during Chlorpromazine Therapy, Diabetes, 1970, 19:186-188

[9] Brambilla F, Guastalla A, Guerrini F, et al, Glucose-Induced Metabolism in Chronic Schizophrenia, Dis Nerv Sys, 1976, 37:98-103

[10] Hagen C, Pedersen P, Jensen S et al, The Effect of Sulpiride Induced Hyperprolactinaemia on Glucose Tolerance and Insulin Secretion in Normal Subjects, Clin Endocrinol, 1979, 10(1):55-60

[11] Goncalves N, Gruneberg F, Oral Glucose Tolerance Test, on One Single Occasion, in Schizophrenics under Long-term Neuroleptic Treatment, Pharmakopsych, 1997, 8: 289-295

[12] Abuzzahab FS, Zimmerman RL, Increase in Fasting Blood Glucose in Schizophrenic Patients on Neuroleptics (Abstract), 1998

[13] Korenyi C, Lowenstein B, Chlorpromazine Induced Diabetes, Dis Nerv Sys, 1968, 29(12):827-828

[14] Tollefson G, Lesar T, Nonketotic Hyperglycemia Associated with Loxapine and Amoxapine, J Clin Psychiatry, 1983, 44:347-348

[15] Marinow A, Diabetes in Chronic Schizophrenia, Dis Nerv Syst, 1971, 32(11): 777-778

[16] Norman D, Hiestand WA, Glycemic Effects of Chlorpromazine in the Mouse, Hamster and Rat, Proc Soc Exp Biol Med, 1955, 90:89-91

[17] Bonaccorsi A, Garattini S, Jori A: Studies on the Hyperglycemia Induced by Chlorpromazine in Rats, Brit J Pharmacol, 1964, 32:93-100

[18] Bugajski J, Lech J: Effects of Neuroleptics on Blood Glucose, Free Fatty Acids and Liver Glycogen Levels in the Rat, Pol J Pharmacol Pharm, 1979, 31:45-58

[19] Proakis AG, Borowitz JL: Blockade of Insulin Release by Certain Phenothiazines, Biochem Pharmacol, 1974, 23(12): 1693-1670

[20] Nakadate T, Kubota K, Muraki T, Kato R: Mechanism of Chlorpromazine Action on Plasma Glucose and Cyclic AMP Levels, Eur J Pharmacol, 1980, 64(2-3): 107-113

[21] Furman BL, Impairment of Glucose Tolerance Produced by Diuretics and Other Drugs, Pharmacol Ther 1981, 12 (3): 613-49

FDACDER 001639

[22] Koval MS, Rames LJ, Christie S, Diabetic Ketoacidosis Associated with Clozapine Treatment, Am J Psychiatry, 1994, 151: 1520-1521

[23] Kamran A, Murali Doraiswamy P, Lane JL, Hammett E, Dunn W, Severe Hyperglycemia Associated with High Doses of Clozapine, Am J Psychiatry, 1994, 151(9): 1395

[24] Kostakoglu AE, Yazici KM, Erbas T, Guvener N, Ketoacidosis as a Side Effect of Clozapine: a Case Report, Acta Psychiatr Scand, 1996, 93:217-218

[25] Peterson GA, Byrd SL, Diabetic Ketoacidosis from Clozapine and Lithium Cotreatment, Am J Psychiatry, 1996, 153: 737-738

[26] Popli A, Konicki PE, Jurjus GJ, Fuller MA, Jaskiw GE, Clozapine and Associated Diabetes Mellitus, J Clin Psychiatry, 1997, 58(3): 108-111

[27] Ai D, Roper J, Riley JA, Diabetic Ketoacidosis and Clozapine, Post Grad Med, 1998, 74: 493-494

[28] Colli A, Cocciolo M, Rogantin F, Cattalini N, Diabetic Ketoacidosis Associated with Clozapine Treatment, Diabetes Care, 1999, 22: 176-177

[29] Maule S, Giannella R, Lanzio M, Villari V, Diabetic Ketoacidosis with Clozapine Treatment, Diabetes Nutrit Metab, 1999, 12: 187-188

[30] Mohan D, Gordon H, Hindley N, Barker A, Schizophrenia and Diabetes Mellitus, British Journal of Psychiatry, 1999, 180-181

[31] Smith H, Kenney-Herbert J, Knowles L, Clozapine-induced Diabetic Ketoacidosis, Austr & New Zealand J Psych, 1999, 33: 12-121

[32] Isakov I, Klesmer J, Marsand PS, Insulin-Resistant Hyperglycemia Induced by Clozapine, Psychosomatics, 2000, 41(4): 373-374

[33] Wehring H, Alexander B, Perry P, Diabetes Mellitus Associated with Clozapine Therapy, Pharmacotherapy, 2000, 20(7):844-847

[34] Hagg S, Joelsson L, Mjorndal T, et al: Prevalence of Diabetes and Impaired Glucose Tolerance in Patients Treated with Clozapine Compared with Patients Treated with Conventional Depot Neuroleptic Medications, J Clin Psychiatry, 1998, 59: 294-299

[35] Yazici KM, Erbas T, Yazici AH: The Effect of Clozapine on Glucose Metabolism, Exp Clin Endocrinol Diabetes, 1998, 106: 475-477

[36] Melkersson K, Hulting A, Brismar K: Different Influences of Classical Antipsychotics and Clozapine on Glucose-Insulin Homeostasis in Patients with Schizophrenia or Related Psychoses, J Clin Psych, 1999, 60: 783-791

[37] Henderson DC, Cagliero E, Gray C, Nasrallah RA, Hayden DL, Schoenfeld DA, Goff DC, Clozapine, Diabetes Mellitus, Weight Gain, and Lipid Abnormalities: A Five Year Naturalistic Study, Am J Psychiatry, 2000, 157: 975-981

[38] Fertig MK, Brooks VG, Shelton PS, English CW: Hyperglycemia Associated with Olanzapine, J Clin Psychiatry, 1998, 59(12): 687-689

[39] Lindenmayer JP: Olanzapine Induced Ketoacidosis with Diabetes Mellitus, Am J Psychiatry, 1992, 149: 68-72

[40] Ober SK, Hudak R, Rusterholtz A: Hyperglycemia and Olanzapine, Am J Psychiatry, 1999, 156: 970

[41] Gatta B, Rigalleau V, Gin H: Diabetic Ketoacidosis with Olanzapine Treatment, Diabetes Care, 1999, 22: 1002-1003

[42] Bettinger T, Mendelson S, Dorson PG, Crismon ML: Olanzapine-Induced Glucose Dysregulation, Ann Pharmacother, 2000, 34(7-8): 865-867

[43] Goldstein LE, Sporn J, Brown S, Kim H, et al: New-Onset Diabetes Mellitus and Diabetic Ketoacidosis Associated with Olanzapine Treatment, Psychosomatics, 1999, 40(5): 438-443

[44] Sobel M, Jaggers ED, Franz MA: New Onset Diabetes Mellitus Associated with the Initiation of Quetiapine Treatment, J Clin Psychiatry, 1999, 60: 556-557

[45] Procyshyn RM, Pande S, Tse G: New-Onset Diabetes Mellitus Associated with Quetiapine, Can J Psychiatry, 2000, 45(7): 668-669

[46] Croarkin PE, Jacobs KM, Bain BK: Diabetic Ketoacidosis Associated with Risperidone Treatment?, Psychosomatics, 2000, 41(4): 369-370

[47] Wilson DR, D'Souza L, Sarkar N: New-Onset Diabetes and Ketoacidosis with Atypical Antipsychotics (Poster-NCDEU), 2000

[48] Wirshing DA, Spellberg BJ, Erhart SM, Marder SR, Wirshing WC: Novel Antipsychotics and New Onset Diabetes, Biol Psychiatry, 1998, 44: 778-783

[49] Rigalleau V, Gatta B, Bonnaud S, Masson M, Bourgeois ML, Vergnot V, Gin H: Diabetes as a Result of Atypical Anti-psychotic Drugs-a Report of Three Cases, Diabet Med, 2000, 17(6):484-486

Appears This Way On Original

FDACDER 001641