# EXHIBIT 15

Review and Evaluation of Clinical Data

**NDAs:** 19-758, 20-592, 20-272, 20-639
**Sponsors:** Novartis, Lilly, Janssen, Astra-Zeneca
**Drugs:** Clozaril (clozapine), Zyprexa (olanzapine), Risperdal (risperidone), Seroquel (quetiapine)
**Material Submitted:** Responses to FDA Request for Information
**Subject:** association with diabetes mellitus
**Date Review Completed:** 5-22-01

The purpose of this memo is to summarize the data on impaired glucose tolerance, diabetes mellitus (DM), and complications of DM from the development programs of Clozapine (clozaril), Risperdal (risperidone), Zyprexa (olanzapine), Seroquel (quetiapine), and Geodon (ziprasidone) that was presented by each of the sponsors. Each submission has been reviewed in detail by either Dr. Jerry Boehm (risperidone, olanzapine, and quetiapine) or myself (clozapine and ziprasidone) and will be attached to this summary. I also aim to integrate the findings in the development programs with the findings of the spontaneous reporting data review and the literature review (attached to this summary) to support a recommendation for labeling change and further study.

## 1   Review of the Background

In March 1997, cases of DM and its complications associated with clozapine use reported in the medical literature (n=4) and to the FDA's Adverse Event Reporting System (AERS) (n=4) prompted the Division of Neuropharmacological Drug Products to request the addition of a statement to the Precautions section of the clozapine labeling warning of the possibility of drug-associated hyperglycemia. The statement was added in September 1997[1].

Further attention was drawn to the association of clozapine with new-onset DM and exacerbation of pre-existing DM when Dr. E. Koller, a medical officer in the Division of Metabolic and Endocrine Drug Products, along with others, presented a poster on this topic at the annual meeting of The Endocrine Society in June 1999. The poster included a description of the results of a search of the medical literature and AERS for reports of hyperglycemia associated with clozapine therapy. The search identified 12 literature citations (describing 18 patients) and 187 AERS reports. Among 174 reports (out of the total 205) of hyperglycemia, 92 met the criteria for the diagnosis of DM, and 29 were reports of exacerbation of pre-existing DM since introduction of clozapine. Of six patients who were rechallenged, five had a recurrence of hyperglycemia. Dr. Koller et al concluded that clozapine may cause glucose intolerance and overt DM based on the number of cases reported, the temporal relationship to the initiation of clozapine therapy (57% of cases occurred within the first 3 months), the occurrence of positive rechallenges, and the young age at which the hyperglycemia developed (mean age 39.6 years). No comparative information was provided for other classical or atypical antipsychotic agents.

---

[1] See the pertinent labeling for clozapine and the other atypical antipsychotics in Appendix 1.

Following an internal discussion of the above findings, the Division requested the following information from Novartis:

(1) a review of all preclinical data pertaining to evidence of hyperglycemia, particularly islet cell pathology;
(2) a review of all Phase I, II, and III clinical studies in the Clozaril NDA for evidence of weight gain, hyperglycemia, new-onset DM, hyperosmolar coma, and diabetic ketoacidosis (DKA);
(3) a review of the post-marketing adverse event (AE) reports of the same phenomena mentioned above;
(4) a review of the epidemiology study conducted by ——————————— for any of the AE mentioned above;
(5) an estimate of the patient exposure based upon the US Clozaril National Registry database;
(6) copies of any health authority letters related to DM; and
(7) a request to contact outside organizations with large pools of clozapine patients to determine whether these patients' records could be reviewed for evidence of hyperglycemia or new-onset DM.

The sponsor provided this information in a submission dated August 26, 1999.

After reviewing Novartis' submission for clozapine and considering the findings of the OPDRA review of AERS reports of DM and its complications associated with clozapine and the newer atypical antipsychotics, the Division requested similar information as listed above from the sponsors of risperidone, olanzapine, quetiapine, and ziprasidone. Since the ziprasidone NDA was still under review at the time of the request, and not marketed elsewhere in the world, postmarketing reports were not available.

## 2   Summary of Clinical Development Program Findings

### 2.1   Preclinical Studies

The preclinical studies for clozapine, olanzapine, and risperidone did not identify any effects on pancreatic islet cells. Studies of risperidone in rats and mice noted larger pancreatic islet cells, but this finding was not replicated in dogs. Studies of quetiapine in rats demonstrated hyperplasia of glucagon secreting cells, but these findings were not replicated in mice, dogs, or primates.

Risperidone and olanzapine preclinical studies did not demonstrate changes in serum glucose. The clozapine and quetiapine submissions did not mention findings related to glucose measurements in the preclinical studies. A study of ziprasidone versus olanzapine in male middle-aged rats showed some increase of fasting serum glucose associated with both drugs, but serum glucose was not elevated postprandially.

### 2.2   Phase I Studies

None of the five sponsors reported serious adverse events (SAEs) or discontinuations related to glucose intolerance or DM in the Phase I trials. Hyperglycemia occurred commonly in clozapine-treated patients (6%) compared to placebo-treated patients (0%), but weight gain occurred less

2

frequently with clozapine than with placebo (13% v. 32%). Twelve percent of risperidone-treated patients developed hyperglycemia in four multidose trials that measured fasting glucose. The olanzapine Phase I studies did not identify any patient that developed a blood glucose over 140 mg/dl, but the mean increase in serum glucose was 1.5 mg/dl (+/- 10.6 mg/dl). Substantial weight gain was observed in the olanzapine-treated patients, with a mean weight gain of 9 pounds (+/- 7 pounds). Among 300 patients treated with quetiapine in Phase I trials, one reported hyperglycemia and one reported weight gain. In the ziprasidone Phase I trials, the one glucose intolerance-related AE in occurred in a patient with pre-existing DM who reported "worsening of DM".

Two problems with examining the glucose data from these Phase I trials is that often it wasn't clear whether patients who developed hyperglycemia had normal serum glucose at baseline and it wasn't clear whether the measurements were fasting or random.

## 2.3    Phase II/III Studies

### 2.3.1   Clozapine

Of 300 patients treated with clozapine in phase II trials, 9% reported hyperglycemia and 7% reported weight gain. In the clozapine phase III trials, there were no reports of DM, DKA, or hyperosmolar coma among 454 clozapine-treated patients; however, in the largest individual trial, an excess of clozapine-treated patients experienced on-drug elevations of serum glucose compared to the comparator chlorpromazine-treated patients (34.1% vs. 13.4%)[2]. Clozapine-treated patients in this study also gained an average of 4.6 pounds compared with no net weight gain in the comparator group.

### 2.3.2   Risperidone

Among approximately 9000 patients exposed to risperidone in the phase II/III trials, there were few increased glucose-related SAEs and discontinuations; overall, increased glucose-related AEs were rare and generally occurred at similar frequencies among treatment groups in the controlled phase II/III studies. In the long-term trials (>3 months), the AEs hyperglycemia and DM were more frequent in haloperidol-treated subjects (1.7%, 5/302 for each) compared to the risperidone-treated subjects (0.8%, 23/3072; 0.4%, 11/3072; respectively). Serum glucose was not analyzed because the blood draws in the phase II/III studies were randomly timed. In short term trials weight gain of more than 14% over baseline body weight occurred more frequently in the 18-65 year old adults treated with risperidone (2.5%) as compared with placebo (0.7%), but less frequently than olanzapine (5.2%).

### 2.3.3   Olanzapine

Although the risk for particular glucose-related SAEs, discontinuations, and treatment emergent AEs were numerically greater among olanzapine-treated subjects compared to controls in the NDA trials, these events were rare, limiting one's ability to detect significant differences in risks

---

[2] The threshold cut-off for elevated glucose was not specified.

3

between treatment groups. Regarding serum glucose measurements in the psychosis indication studies, olanzapine subjects experienced small mean increases in glucose, while the control groups experienced small mean decreases in glucose. There was no difference in the occurrence of outliers for elevated serum glucose using the upper limit of normal (ULN) as the cut point between olanzapine and comparator groups; however, higher cut points were not examined. In the controlled trials, there was a marked and consistent excess of weight gain and deficit of weight loss AE reports among olanzapine-treated subjects compared to the control subjects in all indications except for Alzheimer's disease. Around 5-6% of the olanzapine group reported an AE of weight gain (defined as an increase of >7% of baseline body weight) compared to 1-2% of the comparator group. The outlier analysis reflected similar findings with 20-30% of olanzapine-treated patients gaining >7% of baseline body weight compared with 3-5% of the comparator group.

### 2.3.4   Quetiapine

In the short- and long-term controlled phase II/III trials of quetiapine, there were no hyperglycemia, DM, DKA, or hyperosmolar coma AEs in any of the treatment groups. In the long-term trials, weight gain was reported as an AE for 11 quetiapine subjects (4.2%, 11/260) and no haloperidol subjects. None of the identified AEs were serious or led to discontinuation from a trial. In uncontrolled quetiapine trials, 0.2% of patients reported hyperglycemia or DM AEs, and there were no reports of DKA or hyperosmolar coma. The risk for weight gain was 3% (38/1,256) in these uncontrolled trials. Regarding change from baseline for serum glucose, there did not appear to be substantial evidence of differences in mean change based on the sponsor's presentations. While there was an excess of quetiapine subjects with one or more glucose measurement $\geq 200mg/dL$ in the short term controlled trials, this observation did not persist in the long-term trials.

### 2.3.5   Ziprasidone

In the phase II/III trials of ziprasidone, most of the patients who experienced hyperglycemia-related SAEs and AEs in the clinical trials had pre-existing DM or elevated serum glucose at baseline. The laboratory measures of randomly measured serum glucose did not implicate ziprasidone as associated with hyperglycemia more often than placebo or the active comparators. Very few patients had fasting levels drawn, so it is hard to draw any conclusions from those values. In comparison to the active comparators, ziprasidone-treated patients experienced few treatment emergent increases in HbA1c, but it is hard to interpret this finding since we don't know how long patients were on treatment between measurements (HbA1c reflects changes in serum glucose over a three month period).

### 2.4   Post-marketing data[3]

---

[3] This summary of postmarketing data derives from the data included in the sponsors' submissions. The review of the DDRB-1 consult on the AERS reports of DM and its complications associated with the atypical antipsychotics is included in an attached memo dated 5-17-01.

4

### 2.4.1   Clozapine

Novartis reported 250 domestic reports (out of 420 worldwide) of hyperglycemia, DM, and its complications, accounting for 0.14% of the patients in the U.S. Clozaril National Registry. Among the reports, 141 reported DM, 65 reported DKA, and 24 reported coma (reports may have had more than one AE reported). Of 33 patients who died, 17 deaths were attributed to DKA or hyperosmolar coma. Of 60 U.S. reports with adequate information (selection criteria not specified), 58% mentioned exacerbation of previously known DM and 25% mentioned a predisposing factor for DM. The average age for development of the AEs hyperglycemia or DM was 39.5 for men and 48.6 for women; 65% of the patients reported these events within 5 months of starting therapy.

### 2.4.2   Risperidone

Janssen identified 171 domestic reports (out of 202 worldwide) of AEs related to DM or its complications. About half the cases were reported in patients between the ages of 21 and 50; just over half were men. About one-third of the patients with body weight reported weighed over 100 kg. Similar numbers of positive and negative dechallenges were reported, as well as one positive rechallenge. Forty-one reports described newly-diagnosed DM. Of 16 patients with reports of DKA, 11 had newly diagnosed DM. No cases of hyperosmolar coma were reported. Three patients died.

### 2.4.3   Olanzapine

Lilly identified 424 hyperglycemia-related events in its "Clintrace" database that includes SAEs from clinical trials as well as postmarketing reports. Of 183 cases where olanzapine was discontinued, 28 resulted in positive dechallenges, six resulted in negative dechallenges, and 30 had an unknown outcome.

The sponsor identified a dose-response relationship for hyperglycemia-related AEs, but this observation must be considered cautiously because it is based on the ratio of hyperglycemia cases per dose group to the total number of Clintrace reports for that dose group, not the total number of patient exposures in that dose group. Using a similar analysis approach (# of hyperglycemia cases with factor of interest/ total # of Clintrace reports with factor of interest), the sponsor reported that African-Americans and patients with the highest body mass index were at an elevated risk for olanzapine-associated hyperglycemia-related AEs. Age (dichotomous- above and below 65), weight gain (dichotomous- yes/no), and gender were not associated with an elevated risk of hyperglycemia-related AEs.

The sponsor reported that for the 120 cases that included this information, the median time to the AE was 90 days. For the 211 hyperglycemia-related reports with information about personal DM history, 66% had a history of DM. One hundred additional hyperglycemia reports had no information about personal history of DM but had information about family history of DM, and 55% of these reports had a positive family history of DM. Of the total hyperglycemia-related AE reports, about one-third reported either serum glucose >600 mg/dl, hospitalization, or DKA.

5

Fifteen patients died, 21 patients presented in hyperosmolar coma, and 45 presented in DKA (not resulting in death or coma).

### 2.4.4 Quetiapine

Astra-Zeneca identified 12 reports of DM, with a median age of 34 (range 12-48). Seventy five percent of the reports were for males. The dose range was 50-750mg with a median of 400mg. The median time to event was two months (range 15 days-21 months). Median blood glucose at presentation was 474 mg/dL (range 311-2,240mg/dL).

The sponsor identified three reports of ketoacidosis (two of these were also included as DM cases). The reported ages in these cases were 25, 43, and 58 and all three were males. One ketoacidosis case occurred within a few weeks of starting quetiapine, another ketoacidosis case occurred almost two years after starting quetiapine and the remaining ketoacidosis case did not include time to event information. In one case, DM was identified as new onset, in a second case the patient had a prior history of DM and in the third case it was unclear if DM was a preexisting condition. No cases of hyperosmolar coma were identified.

## 2.5   Additional Studies

### 2.5.1   Clozapine

The epidemiological study of mortality in the Clozaril National Registry used only death certificates; therefore there was no adequate data to examine the incidence of DM and its complications in the cohort.

### 2.5.2   Risperidone

The sponsor included a summary of a study report that was presented at a meeting but apparently has not been published in a peer review journal. The summary contained few details about the study but stated that no significant changes were seen in HbA1c measured at baseline and 6 months after starting risperidone for a group of patients at a clinic.

The sponsor also submitted the results of a cohort study examining DM and antipsychotic use in two insurance databases from January 1996 through December 1997. The investigators found that the percentage of treated psychotic patients identified as type II diabetics was higher than the untreated psychotic patients, suggesting a diabetogenic effect of antipsychotics. However, there are sufficient concerns regarding the design and analyses presented to preclude drawing conclusions about differences in risk among individual agents based on the presented information[4].

### 2.5.3   Olanzapine

---

[4] See Dr. Boehm's discussion of the limitations of this epidemiological study on pp. 4-5 of the risperidone review.

6

An additional analysis performed by the sponsor used a Kaplan-Meier survival curve to assess time to development of glucose >160 or >200 mg/dl (surrogate markers for the development of impaired glucose tolerance (IGT) and DM, respectively) during the Phase II/III trials. Except for clozapine, Kaplan-Meier survival analyses did not suggest differences in risk for IGT or DM when comparing olanzapine to placebo or the other active treatment groups through the end point. Additionally, the sponsor examined the survival curves for IGT or DM within the first 90 days of treatment and except for clozapine, found no significant differences in survival when comparing olanzapine to the control treatments. In the first 90 days, the survival estimate was 99% (95% CI 97.6-100%) for olanzapine compared to 92.9% (95% CI 88.8-97%) for clozapine. Dr. Boehm lays out the limitations of this approach to evaluating the risk of developing IGT or DM in association with olanzapine in his detailed review.

### 2.5.4   Quetiapine

The sponsor included additional weight change data from an open label extension study. For patients who had measurements during baseline and weeks 53-78, the median weight change was +1.2 kg. There did not appear to be a dose-response relationship for weight gain.

### 2.5.5   Ziprasidone

Laboratory measurements of glucose metabolism were performed in other ziprasidone studies. Study 054, a 15-25 day (depending on the drug assignment) clinical pharmacology study of the effect of ziprasidone and other antipsychotics (haloperidol, risperidone, olanzapine, quetiapine, and thioridazine) on QT interval length, also measured glycated hemoglobin (HbA1c), fasting glucose, and insulin levels. Because the HbA1c estimates the diabetic control over a three month period[5], a change or lack of change over about three weeks of drug therapy would be hard to interpret. Based on 27-35 patients per group, all of the drugs had median changes from baseline of fasting glucose ranging from –2 to 2 mg/dl except olanzapine which had a median increase from baseline of 9 mg/dl. Similarly, for serum insulin, all of the drugs had median changes from baseline ranging from –1 to 2 µIU/ml except olanzapine which had a median increase from baseline of 5.5 µIU/ml. In contrast, ziprasidone exceeded the comparators for fasting glucose outliers (>1.2 ULN) and along with olanzapine exceeded the comparators for insulin outliers (>ULN).

## 3   Discussion

Determining whether one or more of the atypical antipsychotic drugs causes DM presents many challenges. First there is the confounding question of whether patients with schizophrenia have an innate elevated risk for developing DM. As Dr. Boehm discussed in his review of the medical literature, this question has been investigated since the early 20th century. Second, the concern that antipsychotic drugs are diabetogenic has endured since chlorpromazine was introduced in the 1960's. Although the literature shows somewhat mixed results on the experiments conducted

---

[5] Harrison's Principles of Internal Medicine Online: DOI 10.1036/1096-7133.ch334; The McGraw-Hill Companies 1998.

FDACDER 001619

to investigate this relationship, there is a generally held notion that phenothiazines do increase serum glucose. While the findings of the AERS search for reports of DM and its complications associated with the older antipsychotic drugs did not implicate a causal relationship, reporting of the association of DM with the older antipsychotics is likely affected by reporting biases that occur with older drugs and commonly believed side effects. Thus the lack of DM reports for the older drugs does not confirm that there is no relationship.

The NDA data for the five atypical antipsychotics does not implicate this class of drugs as an obvious cause of DM. During the randomized controlled trials (RCTs), there were few SAEs, discontinuations, or treatment-emergent AEs of DM and its complications associated with the study drug treatments; usually the incidences were similar across the treatment groups. Often when they did occur, the patient had a history of DM. However, some of the drugs were associated with an excess risk of hyperglycemia. In the largest clozapine RCT, there was a clear excess of elevated serum glucose in the clozapine-treated patients compared to the comparator group. In the olanzapine development program, the olanzapine-treated patients developed small mean increases in serum glucose while the comparator-treated patients tended to have small decreases. We do not know how risperidone affected serum glucose in the phase II/III trials because they did not analyze the random glucose measurements (fasting glucoses were not performed). The glucose data for quetiapine is somewhat contradictory because the short term (<6 weeks) studies showed some excess of glucose elevation among quetiapine-treated patients as compared to placebo- and chlorpromazine-treated patients, but this observation did not persist in long-term trials versus haloperidol. The ziprasidone RCTs did not suggest a hyperglycemic effect of the drug.

The analysis of postmarketing reports of DM and its complications performed by Drs. Wysowski and Bennett of DDRE-1 suggests some differential risk for DM across the class of atypical antipsychotic drugs. Clozapine and olanzapine had reporting rates at least two times and up to 15 times that of risperidone and quetiapine. It is difficult to rely on spontaneous reports, though, for definitive evidence of differential risk, given the breadth of factors that influence AE reporting. However, when the AERS data is considered in light of the propensity of clozapine and olanzapine to increase blood sugar as observed in the RCTs, there is some consistency in the findings.

The issues of causality and differential risk require additional investigation. A prospective cohort study may help to answer some questions, although confounding by indication is not eliminated by this approach. We have discussed a potential cohort study in users of atypical antipsychotic drugs with the Durham VA Epidemiologic Research and Information Center (ERIC). There is substantial use of both atypical and older antipsychotic drugs in the VA hospital system that would allow for a variety of exposures to be evaluated for their relationship to DM and its complications. Additionally, we hope to get some pertinent data from the Clinical Antipsychotic Trials of Intervention Effectiveness (CATIE), a large randomized trial of the atypical antipsychotics and one older antipsychotic, to be initiated by NIMH later this year. In recent discussions, they have assured the Division that they will be measuring HbA1c at least a few times during the 18-month trial. This "head-to-head" comparison has the ability to address the differential risk of DM associated with this class of drugs since known and unknown

8

confounders should be dispersed evenly across the treatment groups. Clozapine will not be a first line drug, but some data should be available for those who are ultimately randomized to it as a second line agent.

In the interim, the question remains whether to modify the labeling of these drugs to raise awareness of the risk of DM. The current labeling with regard to DM and its complications for each of the drugs is provided in the Appendix. Clozapine carries a Precautions statement, while the others have mentions of DM and related AEs in the Adverse Events section.

## 4   Recommendations

- Follow-up with Durham VA ERIC on proposal for prospective cohort study of DM and its complications in users of atypical antipsychotics.

- Follow-up with planners of CATIE protocol to ensure that glycosylated hemoglobin will be measured at baseline and appropriate follow-up intervals.

- Labeling changes as described below:

  ◊ The Precautions statement for clozapine should be updated to reflect our present state of knowledge regarding the postmarketing reports of DM and its complications associated with clozapine. Additionally, for patients with risk factors for DM, it might be useful for the clinician to obtain a baseline glycosylated hemoglobin (HbA1c) with follow-up measurements at three and six months, since many of the AEs have occurred in such patients during that treatment period.

    *"Severe hyperglycemia, sometimes leading to ketoacidosis, hyperosmolar coma, and/or death has been reported during CLOZARIL® (clozapine) treatment in patients with no prior history of hyperglycemia. While a causal relationship to CLOZARIL® (clozapine) use has not been definitively established, glucose levels normalized in many patients after discontinuation of CLOZARIL® (clozapine), and a rechallenge in some patients produced a recurrence of hyperglycemia. The effect of CLOZARIL® (clozapine) on glucose metabolism in patients with diabetes mellitus has not been studied. The possibility of impaired glucose tolerance should be considered in patients receiving CLOZARIL® (clozapine) who develop symptoms of hyperglycemia, such as polydipsia, polyuria, polyphagia, and weakness. In patients with significant treatment-emergent hyperglycemia, the discontinuation of CLOZARIL® (clozapine) should be considered. A baseline glycosylated hemoglobin (HbA1c) with follow-up measurements at three and six months is recommended in patients with risk factors for DM such as obesity or a family history of DM. Patients with pre-existing diabetes should be monitored closely for deterioration of glycemic control."*

  ◊ Add a Precautions statement to each of the other drugs' labeling reflecting the current state of knowledge regarding that drug and others in the class.

    For risperidone:

9

"Severe hyperglycemia, sometimes leading to ketoacidosis, has been reported during RISPERDAL® treatment in patients with no prior history of hyperglycemia. While a causal relationship to RISPERDAL® use has not been definitively established, glucose levels normalized in some patients after discontinuation of RISPERDAL®, and a rechallenge in one patient produced a recurrence of hyperglycemia. The effect of RISPERDAL® on glucose metabolism in patients with diabetes mellitus has not been studied. The possibility of impaired glucose tolerance should be considered in patients receiving RISPERDAL® who develop symptoms of hyperglycemia, such as polydipsia, polyuria, polyphagia, and weakness. In patients with significant treatment-emergent hyperglycemia, the discontinuation of RISPERDAL® should be considered. A baseline glycosylated hemoglobin (HbA1c) with follow-up measurements at three and six months is recommended in patients with risk factors for DM such as obesity or a family history of DM. Patients with pre-existing diabetes should be monitored closely for deterioration of glycemic control."

- For olanzapine:

"Severe hyperglycemia, sometimes leading to ketoacidosis, hyperosmolar coma, and/or death has been reported during olanzapine treatment in patients with no prior history of hyperglycemia. While a causal relationship to olanzapine use has not been definitively established, glucose levels normalized in some patients after discontinuation of olanzapine, and some patients had a recurrence of hyperglycemia following a rechallenge. The effect of olanzapine on glucose metabolism in patients with diabetes mellitus has not been studied. The possibility of impaired glucose tolerance should be considered in patients receiving olanzapine who develop symptoms of hyperglycemia, such as polydipsia, polyuria, polyphagia, and weakness. In patients with significant treatment-emergent hyperglycemia, the discontinuation of olanzapine should be considered. A baseline glycosylated hemoglobin (HbA1c) with follow-up measurements at three and six months is recommended in patients with risk factors for DM such as obesity or a family history of DM. Patients with pre-existing diabetes should be monitored closely for deterioration of glycemic control."

- For quetiapine:

"Severe hyperglycemia, sometimes leading to ketoacidosis, has been reported during SEROQUEL treatment in patients with no prior history of hyperglycemia. The effect of SEROQUEL on glucose metabolism in patients with diabetes mellitus has not been studied. The possibility of impaired glucose tolerance should be considered in patients receiving SEROQUEL who develop symptoms of hyperglycemia, such as polydipsia, polyuria, polyphagia, and weakness. In patients with significant treatment-emergent hyperglycemia, the discontinuation of SEROQUEL should be considered. A baseline glycosylated hemoglobin (HbA1c) with follow-up measurements at three and six months is recommended in patients with risk factors for DM such as obesity or a family history of

10

*DM. Patients with pre-existing diabetes should be monitored closely for deterioration of glycemic control."*

- For ziprasidone:

*"Severe hyperglycemia, sometimes leading to ketoacidosis, has been reported during treatment with atypical antipsychotic drugs in patients with no prior history of hyperglycemia. No such events were observed during the clinical development program of GEODON (ziprasidone); however, the effect of the drug on glucose metabolism in patients with diabetes mellitus has not been studied. The possibility of impaired glucose tolerance should be considered in patients receiving GEODON (ziprasidone) who develop symptoms of hyperglycemia, such as polydipsia, polyuria, polyphagia, and weakness. In patients with significant treatment-emergent hyperglycemia, the discontinuation of GEODON (ziprasidone) should be considered. A baseline glycosylated hemoglobin (HbA1c) with follow-up measurements at three and six months is recommended in patients with risk factors for DM such as obesity or a family history of DM. Patients with pre-existing diabetes should be monitored closely for deterioration of glycemic control."*

Judith A. Racoosin, MD, MPH

Appears This Way
On Original

11

# 5   Appendix – Current Labeling

## 5.1   Clozapine
Precautions: "Hyperglycemia"

Severe hyperglycemia, sometimes leading to ketoacidosis, has been reported during CLOZARIL® (clozapine) treatment in patients with no prior history of hyperglycemia. While a causal relationship to CLOZARIL® (clozapine) use has not been definitively established, glucose levels normalized in most patients after discontinuation of CLOZARIL® (clozapine), and a rechallenge in one patient produced a recurrence of hyperglycemia. The effect of CLOZARIL® (clozapine) on glucose metabolism in patients with diabetes mellitus has not been studied. The possibility of impaired glucose tolerance should be considered in patients receiving CLOZARIL® (clozapine) who develop symptoms of hyperglycemia, such as polydipsia, polyuria, polyphagia, and weakness. In patients with significant treatment-emergent hyperglycemia, the discontinuation of CLOZARIL® (clozapine) should be considered.

## 5.2   Risperidone
Adverse Events

Weight changes: The proportions of RISPERDAL® and placebo-treated patients meeting a weight gain criterion of >/= 7% of body weight were compared in a pool of 6- to 8-week placebo-controlled trials, revealing a statistically significantly greater incidence of weight gain for RISPERDAL® (18%) compared to placebo (9%).
Gastro-intestinal Disorders: *Frequent:* anorexia, reduced salivation*. *Infrequent:* flatulence, diarrhea, **increased appetite**
Metabolic and Nutritional Disorders: *Infrequent:* hyponatremia, **weight increase**, creatine phosphokinase increase, thirst, weight decrease, **diabetes mellitus**. *Rare:* decreased serum iron, cachexia, dehydration, hypokalemia, hypoproteinemia, hyperphosphatemia, hypertriglyceridemia, hyperuricemia, hypoglycemia.
Post introduction Reports: Adverse events reported since market introduction which were temporally (but not necessarily causally) related to RISPERDAL® therapy, include the following: anaphylactic reaction, angioedema, apnea, atrial fibrillation, cerebrovascular disorder, **diabetes mellitus aggravated, including diabetic ketoacidosis**

## 5.3   Olanzapine
Adverse Events

Weight Gain --In placebo-controlled, 6-week studies, weight gain was reported in 5.6% of olanzapine patients compared to 0.8% of placebo patients. Olanzapine patients gained an average of 2.8 kg, compared to an average 0.4 kg weight loss in placebo patients; 29% of olanzapine patients gained greater than 7% of their baseline weight, compared to 3% of placebo patients. A categorization of patients at baseline on the basis of body mass index (BMI) revealed a significantly greater effect in patients with low BMI compared to normal or overweight patients;

12

FDACDER 001624

nevertheless, weight gain was greater in all 3 olanzapine groups compared to the placebo group. During long-term continuation therapy with olanzapine (238 median days of exposure), 56% of olanzapine patients met the criterion for having gained greater than 7% of their baseline weight. Average weight gain during long-term therapy was 5.4 kg.

Metabolic and Nutritional Disorders -- *Infrequent:* acidosis, alkaline phosphatase increased, bilirubinemia, dehydration, hypercholesteremia, **hyperglycemia** (bold is my emphasis), hyperlipemia, hyperuricemia, hypoglycemia, hypokalemia, hyponatremia, lower extremity edema, upper extremity edema, and water intoxication; *Rare:* gout, hyperkalemia, hypernatremia, hypoproteinemia, and ketosis.

## 5.4   Quetiapine
### Adverse Events

Weight Gain: The proportions of patients meeting a weight gain criterion of >/=7% of body weight were compared in a pool of four 3- to 6-week placebo-controlled clinical trials, revealing a statistically significantly greater incidence of weight gain for SEROQUEL (23%) compared to placebo (6%).

Metabolic and Nutritional System: *Frequent:* peripheral edema; *Infrequent:* weight loss, alkaline phosphatase increased, hyperlipemia, alcohol intolerance, dehydration, hyperglycemia, creatinine increased, hypoglycemia; *Rare:* glycosuria, gout, hand edema, hypokalemia, water intoxication.

## 5.5   Ziprasidone
### Adverse Events

Weight Gain: The proportions of patients meeting a weight gain criterion of >7% of body weight were compared in a pool of four 4- and 6-week placebo-controlled clinical trials, revealing a statistically significantly greater incidence of weight gain for ziprasidone (10%) compared to placebo (4%). A median weight gain of 0.5 kg was observed in ziprasidone patients compared to no median weight change in placebo patients. In this set of clinical trials, weight gain was reported as an adverse event in 0.4% and 0.4% of ziprasidone and placebo patients, respectively. During long-term therapy with ziprasidone a categorization of patients at baseline on the basis of body mass index (BMI) revealed the greatest mean weight gain and highest incidence of clinically significant weight gain (> 7% of body weight) in patients with low BMI (<23) compared to normal (23-27) or overweight patients (>27). There was a mean weight gain of 1.4 kg for those patients with a "low" baseline BMI, no mean change for patients with a "normal" BMI, and a 1.3 kg mean weight loss for patients who entered the program with a "high" BMI.

Metabolic and Nutritional Disorders: Infrequent: thirst, transaminase increased, peripheral edema, **hyperglycemia**, creatine phosphokinase increased, alkaline phosphatase increased, hypercholesteremia, dehydration, lactic dehydrogenase increased, albuminuria, hypokalemia: Rare: BUN increased, creatinine increased, hyperlipemia, hypocholesteremia, hyperkalemia, hypochloremia, hypoglycemia, hyponatremia, hypoproteinemia, glucose tolerance decreased, gout, hyperchloremia, hyperuricemia, hypocalcemia, hypoglycemic reaction, hypomagnesemia, ketosis, respiratory alkalosis.

13

FDACDER 001625

---

This is a representation of an electronic record that was signed electronically and
this page is the manifestation of the electronic signature.

---

```
/s/
---------------------
Judith Racoosin
5/22/01 11:35:36 AM
MEDICAL OFFICER
```

Appears This Way
On Original

FDACDER 001626