# EXHIBIT 16

# Atypical Antipsychotic Drugs and Hyperglycemia/Diabetes Mellitus: The FDA Perspective

Judith A. Racoosin, MD, MPH

Safety Team Leader

Division of Neuropharmacological Drug Products

Center for Drug Evaluation and Research, FDA



FDACDER 003809

# Agenda

- Brief regulatory history of labeling relating to hyperglycemia and diabetes mellitus for the atypical antipsychotic (AA) drugs

- Evaluation of hyperglycemia/diabetes (H/DM) signal for atypical antipsychotic drugs

- Recent labeling proposal



FDACDER 003810

# Regulatory History



FDACDER 003811

# Regulatory History– Drug Approval Dates

- clozapine (Clozaril*): 9/89
- risperidone (Risperdal): 12/93
- olanzapine (Zyprexa): 9/96
- quetiapine (Seroquel): 9/97
- ziprasidone (Geodon): 2/01
- aripiprazole (Abilify): 11/02

*generics available 1997



FDACDER 003812

# Labeling of hyperglycemia (H) and diabetes mellitus (DM) at approval

- clozapine:
  - no mention at approval
  - H added to "postmarketing clinical experience" in 1991

- risperidone, aripiprazole:
  - Adverse Events section, "Other Events …"
    - DM infrequent*

- olanzapine, quetiapine, ziprasidone, aripiprazole:
  - Adverse Events section, "Other Events…"
    - H infrequent*

* Infrequent = 1/100 – 1/1000 pts



**FDACDER 003813**

# DNDP assessment of hyperglycemia/diabetes mellitus signal with atypical antipsychotics



FDACDER 003814

# Steps in the evaluation process of a safety issue that arises during the postmarketing period

- Identification of safety concern
- Evaluation of safety signal
- Collection of evidence
- Further epidemiologic study
- Risk management options



FDACDER 003815

# How was H/DM associated with the AA identified in the postmarketing period?

- Case reports/series emerged in the medical literature first for clozapine (1994), and subsequently for the other three approved AA by the late 1990's

- Case reports were also submitted by sponsors and directly from health care practitioners through MedWatch into the FDA's Adverse Event Reporting System (AERS)



**FDACDER 003816**

# Precautions statement for clozapine: 1997

· Based on spontaneous and literature reports

· Labeling statement:

– Severe hyperglycemia, sometimes leading to ketoacidosis, has been reported during Clozaril treatment in patients with no prior history of hyperglycemia. While a causal relationship to Clozaril use has not been definitively established, glucose levels normalized in most patients after discontinuation of Clozaril, and a rechallenge in one patient produced a recurrence of hyperglycemia. The effect of Clozaril on glucose metabolism in patients with diabetes mellitus has not been studied. The possibility of impaired glucose tolerance should be considered in patients receiving Clozaril who develop symptoms of hyperglycemia, such as polydipsia, polyuria, polyphagia, and weakness. In patients with significant treatment emergent hyperglycemia, the discontinuation of Clozaril should be considered.

**FDACDER 003817**

FDA

# Review of reports submitted to AERS

- Characteristics of AE reports submitted to AERS included the following:

  - Median age in the late 30's – early 40's
  - Median time to diagnosis = 6-12 weeks
  - Diagnoses included H, DM, exacerbation of pre-existing DM, DKA, hyperosmolar coma
  - Outcomes included hospitalization and death
  - Both positive and negative dechallenges occurred
  - A substantial proportion of cases had risk factors for DM
  - Some cases were associated with treatment-emergent weight gain

**FDACDER 003818**

# Reporting rates

- Cases for the AAs were evaluated and enumerated

- An estimate of drug usage was derived from prescription sales data

- Reporting Rate = # of cases/ person-years

- Compare reporting rate to the background rate of the event in the population

  − concern arises if the reporting rate approximates or exceeds the background rate because underreporting is substantial



FDACDER 003819

# Reporting Rates-
## Atypical Antipsychotics and Diabetes Mellitus

|  | Clozapine | | Risperidone | | Olanzapine | | Quetiapine | |
|---|---|---|---|---|---|---|---|---|
| Year marketed | 1990 | | 1994 | | 1996 | | 1997 | |
| Total U.S. outpatient Rx* | 11.4 million | | 14.9 million | | 8.0 million | | 1.1 million | |
| reporting period | 1/91 - 9/99 | | 1/94 - 6/99 | | 1/96 - 8/99 | | 1/97 - 9/99 | |
|  | n | Rate# | n | Rate# | n | Rate# | n | Rate# |
| New-onset DM | 90 | 18 | 55 | 4.5 | 81 | 12 | 1 | 1.1 |
| N-O DM, with DKA | 27 | 5.4 | 10 | 0.8 | 37 | 5.6 | 1 | 1.1 |
| N-O DM, with NKHHS | 6 | 1.2 | 4 | 0.3 | 5 | 0.8 | 0 | 0 |

*Source: IMS HEALTH'S National Prescription Audit Plus™
# Rate per 100,000 person-years
Joslyn Swann, R.Ph., M.G.A acquired this data from IMS HEALTH; Diane K. Wysowski, Ph.D.
and Katherine Bennett Pharm.D. reviewed the cases and calculated the reporting rates.



FDACDER 003820

# Collection of evidence from the drug development programs

- In addition to reviewing the AERS case reports, we also requested that the sponsor summarize the pertinent preclinical, adverse event, and laboratory data from their clinical development program and the pertinent case reports collected in their postmarketing safety databases

- Review of these submissions did not identify large differences in risk for AEs or labs within these NDA databases

- Laboratory data analysis was limited by the fact that fasting glucose levels had not been obtained

**FDACDER 003821**



# Additional data needed

- Spring 2001: DNDP internally decides to pursue additional observational studies as clinical trial data not informative and reporting rates difficult to interpret

- Summer/Fall 2001: DNDP becomes aware that the Pharmacy Benefits Management Strategic Healthcare Group based at the Hines VA in Chicago is planning a study of H/DM associated with atypical antipsychotic use

  – DNDP commented on protocol and analysis in



FDACDER 003822

# VA study methods

- Study period: 10/98 – 9/01
- Retrospective inception cohort design
  - Included patients with a schizophrenia diagnosis (ICD9 CM =295) on two separate dates
  - Patients with prior diagnosis of DM (ICD9 CM = 250.xx) excluded
  - Patients could not have a prescription for an antipsychotic in the 12 weeks prior to their first on-study antipsychotic prescription
- Study drugs included risperidone, olanzapine, quetiapine compared to typicals
  - Too few users of clozapine and ziprasidone
  - Aripiprazole not yet available



FDACDER 003823

# VA study methods (continued)

- Outcome was diabetes diagnosis on two separate days or a prescription for one or more antidiabetic drugs

- Analysis used a Cox proportional hazards model to compare diabetes risk in users of atypical antipsychotics to the risk in users of typical antipsychotics

  – Covariates in the model included the following

    • Gender, race, marital status, concomitant use of diabetogenic agents, and measures of diabetes screening

...unded in part by Bristol Myers Squibb



FDACDER 003824

# VA study findings

| Hazard Ratios (95% CI) | Olanzapine (n=5981) | Risperidone (n=5901) | Quetiapine (n=871) |
|---|---|---|---|
| Unadjusted | 1.47 (1.20,1.80) | 1.42 (1.16,1.75) | 1.50 (0.96,2.37) |
| Adjusted | 1.50 (1.22,1.84) | 1.47 (1.19,1.81) | 1.54 (0.98,2.43) |



FDACDER 003825

# Lessons from studies in the medical literature

- Schizophrenic patients appear to have a higher prevalence of diabetes compared to the general population with evidence that this higher prevalence predated the availability of atypical and typical antipsychotics.

- The clinical pharmacology trials provide some evidence of insulin resistance in treated patients but because these trials did not include non-treated schizophrenic patients, it is not possible to discern the contribution of disease versus drug.

- Despite evidence of insulin resistance, some of these studies did not report increases in glucose; thus it is difficult to determine if insulin resistance is the mechanism responsible for the clinical glucose abnormality events described in postmarketing reports.

**FDACDER 003826**

# Lessons from studies in the medical literature

- While the epidemiological studies provide evidence of increased diabetes risk among patients treated with antipsychotics, the point estimates tend to be small, in most cases less than 1.5, and do not vary widely by treatment. Without untreated patients in these studies, it is not possible to discern the relative contributions to increased diabetes risk for underlying disease versus drug.

- We have very limited data for the two newly approved atypicals, ziprasidone and aripiprazole.

FDACDER 003827



# New Warnings statement requested

- August 2003
- Class labeling for all atypical antipsychotics
- Language slightly different for newer antipsychotics (ziprasidone and aripiprazole) because there is less experience with them and they were not included in the VA study



FDACDER 003828

# New Warnings statement* – 1st paragraph

## Description of the problem

Hyperglycemia, in some cases extreme and associated with ketoacidosis or hyperosmolar coma or death, has been reported in patients treated with atypical antipsychotics including [drug name]. Assessment of the relationship between atypical antipsychotic use and glucose abnormalities is complicated by the possibility of an increased background risk of diabetes mellitus in patients with schizophrenia and the increasing incidence of diabetes mellitus in the general population. Given these confounders, the relationship between atypical antipsychotic use and hyperglycemia-related adverse events is not completely understood. However, epidemiological studies suggest an increased risk of treatment-emergent hyperglycemia-related adverse events in patients treated with the atypical antipsychotics. Precise risk estimates for hyperglycemia-related adverse events in patients treated with atypical antipsychotics are not available.

*based on recently approved Risperdal Consta

FDACDER 003829

# New Warnings statement* – 2nd paragraph
## Monitoring recommendations

Patients with an established diagnosis of diabetes mellitus who are started on atypical antipsychotics should be monitored regularly for worsening of glucose control. Patients with risk factors for diabetes mellitus (e.g., obesity, family history of diabetes) who are starting treatment with atypical antipsychotics should undergo fasting blood glucose testing at the beginning of treatment and periodically during treatment. Any patient treated with atypical antipsychotics should be monitored for symptoms of hyperglycemia including polydipsia, polyuria, polyphagia, and weakness. Patients who develop symptoms of hyperglycemia during treatment with atypical antipsychotics should undergo fasting blood glucose testing. In some cases, hyperglycemia has resolved when the atypical antipsychotic was discontinued; however, some patients required continuation of anti-diabetic treatment despite discontinuation of the suspect drug.

*based on recently approved Risperdal Consta



**FDACDER 003830**

# The road ahead

- Recent Warnings statement based on our current understanding of the relationship between atypical antipsychotics and H/DM

- As more is learned about the potential differential risks among drug products, the labeling will likely evolve

- Until then, we feel the health of users of atypical antipsychotics is served by warning prescribers of the association with H/DM



**FDACDER 003831**

# Acknowledgements

Division of Neuropharmacological Drug Products

- Gerard Boehm, MD, MPH
- James Knudsen, MD, PhD
- Thomas Laughren, MD
- Russell Katz, MD

Office of Drug Safety

- Kathy Bennett, PharmD
- Cindy Kortepeter, PharmD
- Andrew Mosholder, MD, MPH
- Diane Wysowski, PhD



**FDACDER 003832**