# EXHIBIT 17

IND 45,456: SEROQUEL® SR
Pre-NDA Meeting
Formal FDA Meeting with AstraZeneca: Minutes of 20 June 2002

FDA Attendees:

- Russell Katz, M.D., Division Director
- Tom Laughren, M.D., Team Leader, Psychiatric Drugs Group
- Andrew Mosholder. M.D., Medical Officer
- Vanitha Sekar, Ph.D., Biopharm Reviewer
- Judith Racoosin, M.D., Safety Team Leader
- Steven Hardeman, R.Ph., Senior Regulatory Project Manager

AstraZeneca Attendees:

- Charles Altman, Global Medical Director
- Martin Brecher, Global Product Team Physician
- Mark Smith, Medical Director, Experimental Medicine
- Scott French, Development Program Leader
- Martin Jones, Global Product Statistician
- Helen Winter, Research Pharmacokineticist
- Christine Mason, Senior Manager, Technical Standards Lead
- Donald Beamish, Product Director
- Gerald Limp, Regulatory Affairs Director
- Margaret Melville, Global Regulatory Affairs Director
- John Seneca, Regulatory Project Manager

Subject:

Pre-NDA discussion with FDA for SEROQUEL SR (quetiapine fumarate sustained-release tablets)

Background:

The meeting was held to discuss the content and format of the planned NDA for SEROQUEL SR tablets, currently scheduled for 1Q2003. A formal meeting request and briefing document were submitted to IND 45,456 on 29 March 2002 (Serial # 074). On 11 June 2002, a letter was submitted proposing to limit the questions for discussion on 20 June 2002 to those that were not already addressed at a meeting with the Agency on 18 April 2002 concerning a planned supplemental NDA for the adjunctive use of SEROQUEL immediate-release tablets for treatment of acute manic episodes associated with bipolar 1 disorder.

SQ1ED00474655-00001

IND 45,456: SEROQUEL® SR: Minutes of 20 June 2002

Meeting Objective(s):

The objective of the meeting was to gain FDA's input on the content and format of the planned NDA.

Questions/Response/Discussion:

Following introductions, Dr. Katz indicated acceptance of AstraZeneca's 11 June 2002 proposal (see Tab A) that the FDA responses provided at the 18 April 2002 pre-sNDA meeting concerning bipolar mania apply as well to the similar questions submitted regarding SEROQUEL SR. The discussion then proceeded to the remaining questions submitted in the briefing document, which are listed below in bold type.

**Q1: Does the FDA agree that further preclinical studies to support the SR formulations are unnecessary?**

FDA Response/Discussion:

In response to an FDA question, AstraZeneca confirmed that the question referred to animal studies. AstraZeneca further confirmed that the proposed marketed formulations were used in Trial 41, and that the results from Trial 118 and the IVIVC analysis will provide additional pharmacokinetic information on the marketed formulations and establish links to the previous clinical pharmacology or biopharmaceutic studies that may have used different formulations.

FDA agreed that no preclinical animal data is needed, provided the marketed formulations of SEROQUEL SR have AUC's that are similar to the illustration in the briefing document of data from Trial 97, ie, similar exposures as compared to SEROQUEL immediate-release (IR).

FDA commented that there appeared to be a narrow range between the proposed starting dose of 300 mg and the maximum tolerated initial dose, based on the results from one of the clinical pharmacology studies that indicated a 400 mg starting dose was not tolerated.

AstraZeneca noted that the study in question had a small number of patients and that the conclusions regarding tolerability were related to observed changes in vital signs, not reported adverse events. AstraZeneca further noted that the 300 mg starting dose was carefully chosen based on the results of other studies, and that Trial 41 would provide information on approximately 240 patients initiating treatment at 300 mg.

**Q2: Does the FDA agree to a deferral of the evaluation of SEROQUEL SR tablets in the relevant pediatric population until the safety and efficacy of SEROQUEL IR tablets in a pediatric population has been established?**

AUTO PAGE

SQ1ED00474655-00002

IND 45,456: SEROQUEL® SR: Minutes of 20 June 2002

FDA Response/Discussion:

FDA agreed to deferral of pediatric studies of SEROQUEL SR. FDA also commented that a controlled clinical study of SEROQUEL SR in pediatric patients may not be necessary, and that a pharmacokinetic study of SEROQUEL SR versus IR in pediatric patients may suffice, provided it has been demonstrated that SEROQUEL IR is efficacious in pediatric patients. Later in the meeting, AstraZeneca asked whether Trial 116, a pharmacokinetic study of SEROQUEL SR in adolescents, would be acceptable. FDA replied that Trial 116 is not sufficient, because an intra-subject comparison of IR vs SR is probably needed.

**Q4: Does the FDA agree that the safety comparisons described above for Trial 5077IL/0041 are appropriate to assess the safety profile of SEROQUEL SR?**

FDA Response/Discussion:

FDA agreed to the proposals as outlined, but commented that the proposed comparison of pooled SEROQUEL SR safety data with data on SEROQUEL IR from the NDA is less critical since there will be safety data on SEROQUEL IR from Trial 41. AstraZeneca presented an overhead illustrating the proposed comparison (see Tab B). FDA then stated that it was not necessary to include this comparison in the submission.

Dr. Racoosin commented that the submission should include a comparison of SEROQUEL SR and IR safety data for the titration period, ie, for each treatment arm, compare vital sign measurements and adverse events over the first week.

AstraZeneca presented an overhead outlining the times at which vital sign measurements are taken during the first 15 days of treatment in Trial 41 (see Tab C).

**Q5: Does the FDA agree that the treatment of safety data from the biopharmaceutic and clinical pharmacology trials as described above is appropriate given the variation in the designs of these trials?**

FDA Response/Discussion:

FDA agreed that pooling of data from the clinical pharmacology and biopharmaceutic trials of SEROQUEL SR with data from Trial 41 was not necessary. FDA further stated that AstraZeneca's proposed comparison of pooled safety data on SEROQUEL SR and SEROQUEL IR from all the clinical pharmacology and biopharmaceutic trials was also unnecessary, the individual clinical study reports being sufficient.

Dr. Racoosin stated that the narratives (for deaths, SAE's, and withdrawals due to adverse events) should appear in one place in the submission, and there should be a list of all SAE's.

AUTO PAGE

SQ1ED00474655-00003

IND 45,456: SEROQUEL® SR: Minutes of 20 June 2002

There was discussion of whether AstraZeneca would be providing patient narratives or SAS datasets. It was confirmed that although AstraZeneca will not be providing individual patient profiles, SAS datasets will be provided for all of the trials, including the clinical pharmacology and biopharmaceutic trials, which will allow access to individual patient data.

**Q10: Does the FDA agree that the requirements of Section 2.7.4.6 of the CTD regarding postmarketing data are not applicable to SEROQUEL SR?**

Agency Response/Discussion:

FDA agreed that postmarkeing safety data does not need to be included in the NDA submission, but not for the reason stated in the briefing document. FDA believes that postmarketing safety data on the SEROQUEL IR is relevant to SEROQUEL SR, but since FDA already has access to this data, including it in the submission is unnecessary.

Additional Issues/Discussion:

**Hyperglycemia**

Because of interest in the issue as a "class effect" of atypical antipsychotics, Dr. Racoosin stated that the submission include a comprehensive analysis of any effects on glucose levels observed with SEROQUEL SR, including, for example, SAE's, AE's, or dropouts related to changes in glucose levels; new onset diabetes cases, categorized by initiation of insulin or oral antidiabetic agents; and instances of worsening of existing cases. It was suggested this analysis could appear in section 2.7.4 of the CTD.

AstraZeneca confirmed that the Trial 41 assessments included measurement of fasting glucose levels.

Dr. Racoosin also commented that the lower limit of the laboratory value range for glucose should be changed from $\leq 40$ mg/dL to $\leq 50$ mg/dL.

FDA indicated that their request for a comprehensive analysis of hyperglycemic effects is also applicable to AstraZeneca's planned sNDA submission concerning the use of SEROQUEL IR in the treatment of bipolar mania, although it was not raised at the 18 April 2002 meeting.

**ECG data**

In response to FDA questions, AstraZeneca confirmed that the ECG data in the submission will include calculation of mean changes, and that the Fridericia formula will be used in calculating corrected QT values.

AUTO PAGE

SQ1ED00474655-00004

IND 45,456: SEROQUEL® SR: Minutes of 20 June 2002

**4-month Safety Update**

AstraZeneca asked if FDA would permit some flexibility in the deadline for submission of the 4-month safety update, if it meant complete unblinded datasets could thereby be provided for the ongoing studies, as opposed to blinded data.

FDA indicted that the deadline for the safety update could be extended to 6 months if it meant full unblinded datasets could be provided for the ongoing studies. FDA also stated that integration of the ongoing studies with the NDA studies is not required.

**Thyroxine (T4)**

FDA noted the reference in the briefing document to analysis of effects on T4 (thyroxine) levels, and alluded to AstraZeneca's phase 4 commitment to assess the effect of SEROQUEL on T4 using an alternative assay method.

AstraZeneca responded that information to fulfill this commitment is expected from an ongoing trial of SEROQUEL IR versus risperidone (Trial 43), involving about 300 patients in each treatment group, to be filed in a separate submission. Blood samples from patients in this trial are being frozen. AstraZeneca intends to compare alternate assay methods to results from previous methods, and to also assess corresponding changes in TSH. AstraZeneca will submit a letter to FDA outlining its proposals to fulfill this commitment.

Actions:

- AstraZeneca will assure that the FDA's requests regarding the lower limit of the laboratory value range for glucose and analysis of SEROQUEL's effects on glucose levels are communicated to the team preparing the bipolar mania submission.

- AstraZeneca will submit a letter to FDA regarding the alternative assay method for T4, in order to gain the FDA's assurance that the approach will fulfill the outstanding phase 4 commitment.

- Exchange meeting minutes with FDA.

js/

Enclosures

AUTO PAGE

SQ1ED00474655-00005