# EXHIBIT 18

| DEPARTMENT OF HEALTH AND HUMAN SERVICES PUBLIC HEALTH SERVICE FOOD AND DRUG ADMINISTRATION | REQUEST FOR CONSULTATION |
|---|---|
| TO (Division/Office) DDRE/ODS HFD 430 | FROM: HFD-120/NEUROPHARMACOLOGIC DRUG PRODUCTS |

| Date 1/29/03 | IND No. | NDA No. multiple | TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|---|---|---|

**NAME OF DRUG:** Atypical antipsychotics (clozapine, risperidone, olanzapine, quetiapine, ziprasidone, aripiprazole)

**NAME OF DRUG COMPANY:** multiple

**INDICATION OF DRUG:** schizophrenia

**DESIRED COMPLETION DATE:** 6-8 weeks

### REASON FOR REQUEST

In December 1999, OPDRA (now ODS) reviewed the issue of diabetes mellitus/hyperglycemia associated with the atypical antipsychotic drugs. Subsequently, DNDP requested and reviewed submissions from each of the sponsors on the evidence from clinical development programs and postmarketing experience of the association between the atypical antipsychotic drugs and DM/hyperglycemia. Dr. Jerry Boehm of DNDP reviewed the medical literature on DM and schizophrenia as part of that review.

A substantial number of studies have been published on this association since the original OPDRA and DNDP reviews were done. We are requesting an updated literature review of this association to follow on where Dr. Boehm's review left off. We note that some of the work done on this issue may require additional expertise to evaluate (e.g., insulin clamp studies). We would appreciate such articles being identified so that we can consult the appropriate expert (e.g., endocrinology).

Please notify me as to who will be working on this consult and I will send them Dr. Boehm's bibliography and summary of the literature.

| SIGNATURE OF REQUESTER Judy Racoosin 4-5505 | METHOD OF DELIVERY (CHECK ONE) ☐ MAIL   ☐ HAND |
|---|---|
| SIGNATURE OF RECEIVER | SIGNATURE OF DELIVERER |

---
This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.
---

/s/
----------------------
Russell Katz
2/7/03 02:21:46 PM

Appears This Way
On Original