# EXHIBIT 19

MEMORANDUM

DEPARTMENT OF HEALTH AND HUMAN
SERVICES
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION
CENTER FOR DRUG EVALUATION AND
RESEARCH

PID#            D030083

DATE:           6-25-03

FROM:           Andrew D. Mosholder, M.D., M.P.H., Epidemiologist

THROUGH:        Mark Avigan, M.D., Acting Director
                Division of Drug Risk Evaluation, HFD-430

TO:             Russell Katz, M.D., Director
                Division of Neuropharmacological Drug Products, HFD-120

SUBJECT:        Consult:  Literature review concerning the issue of diabetes
                mellitus/hyperglycemia associated with the atypical antipsychotic drugs.

                Drugs: clozapine, risperidone, olanzapine, quetiapine, ziprasidone,
                aripiprazole

EXECUTIVE SUMMARY

In order to assist in their evaluation of the need for regulatory action regarding the putative
association of diabetes with atypical antipsychotic drugs, the Division of Neuropharmacological
Drug Products (DNDP) requested a literature update on this issue, covering the period since their
last review of the literature in 2000. A total of 44 new references, including 8 epidemiological
studies, were judged to be relevant to this issue, and are summarized in this consult, grouped
according to the type of publication. For some publications, comments have been provided as
well. A table summarizing the major epidemiological studies is attached. On balance, the
literature reviewed suggests that atypical antipsychotic drugs are associated with diabetes.  This
concern would seem an appropriate target for a risk management strategy.

Background

Although it was known from premarketing clinical trials that atypical antipsychotic drugs induce
weight gain, concerns regarding diabetes mellitus associated with atypical antipsychotic drug
treatment emerged in the postmarketing environment, initially from anecdotal reports and later
from formal studies (some of which will be described herein).  Putative mechanisms include
weight gain, insulin resistance, and diminished pancreatic beta cell function.[1]  Dr. Jerry Boehm of
DNDP reviewed the relevant literature in 2000, and at the request of DNDP, this literature review
was undertaken to update that previous literature search.

Methods

1

A PubMed search was made on 2-28-03 for the terms "glucose," "diabetes," and "antipsychotic," with publication dates from 2000 through the present. This yielded 98 individual references. Articles were selected for review if they included systematically collected data; in general, review articles and editorials on this topic were not reviewed, nor were individual case reports unless they involved more recently approved drugs (i.e., quetiapine or ziprasidone, since there were no published case reports involving ariprazole). Publications that were summarized in Dr. Boehm's 2000 review were not reviewed again. Finally, a few other articles considered germane to this topic were included, obtained from other sources of information, or references in the articles from the PubMed search. A small number of additional articles were located by PubMed searches using specific drug names. The summaries below are grouped according to the type of article.

### Clinical trial data

Kinon et al. from Eli Lilly and Company reported on the pattern of weight gain among patients receiving long-term treatment with olanzapine in clinical trials.[2] The sample comprised patients with schizophrenia, schizoaffective disorder, and schizophreniform disorder who participated in 6-week double blind randomized controlled trials, and who were randomized to either olanzapine or haloperidol. Following double blind treatment in the controlled trial, the patients could continue their study medication for an extended period of time if they achieved clinical stability. Additionally, the sample included patients with a poor response who were offered open-label treatment with olanzapine. In this way, the sponsor accumulated data on long-term treatment with both olanzapine and haloperidol. A total of 573 olanzapine-treated patients were observed for a median of 132 weeks, and 103 haloperidol-treated patients were observed for a median of 60 weeks. The mean daily dose was 13 mg for haloperidol and 15 mg for olanzapine. The mean change in body weight was lower for haloperidol patients at every time point; the last-observation-carried-forward mean weight changes were +6.2 kg for olanzapine and +0.7 kg for haloperidol. Unfortunately, only non-fasting glucose and cholesterol levels were available; the median glucose levels were 99 mg/dl and 94 mg/dl for olanzapine and haloperidol, respectively (p=0.01).

A pre-publication abstract was available for a forthcoming article by Lieberman et al. describing a randomized controlled trial comparing chlorpromazine to clozapine.[3] In this trial, 160 first episode, neuroleptic naïve schizophrenic inpatients were randomized to either chlorpromazine or clozapine, and followed for up to 52 weeks while on double-blind treatment. Efficacy measures were generally superior for the clozapine group. The abstract notes that there were no differences between groups with respect to weight change or glucose metabolism.

*Comment: When the full publication becomes available, the data on glucose metabolism may be of interest, especially since these were treatment naïve patients, and drug assignment was randomized.*

Baymiller and colleagues conducted a 10-week, randomized controlled trial of haloperidol versus clozapine in patients with schizophrenia or schizoaffective disorder.[4] Following double blind treatment, patients could receive up to 1 year of open label clozapine. Their article describes the findings in 50 patients with respect to metabolic parameters. Mean weight, glucose levels, total cholesterol levels, and triglyceride levels all increased from baseline with clozapine; they found a positive correlation between weight gain and triglyceride levels, but no correlation between glucose and weight gain.

### Epidemiological studies of the association between diabetes and antipsychotic drug use

2

Buse and colleagues conducted a retrospective cohort study of antipsychotic drug users in the AdvancePCS prescription claims database.[5] This study was sponsored by Eli Lilly & Co., and two of the coauthors of the paper are Lilly employees. The authors analyzed prescribing of clozapine, olanzapine, quetiapine, risperidone, and typical antipsychotic drugs along with new prescriptions for anti-diabetic drugs, and concluded that all of the antipsychotic medications are associated with diabetes. The largest hazard ratio was for thioridazine, and the smallest was for quetiapine. This study was submitted by Lilly (NDA 20-592, correspondence date 5-18-01) and has been reviewed in detail by Dr. Gerard Boehm in HFD-120; please refer to his clinical review dated 8-20-01.

Lund et al. studied the incidence of diabetes in clozapine users in the Iowa Medicaid program.[6] The purpose of their study was to compare the incidence of diabetes among clozapine users to the incidence among conventional antipsychotic users. The period of the study was four years, 1990-94. The study population was limited to Medicaid patients with diagnostic codes for schizophrenia that persisted over time. The outcome of diabetes was defined as either a diagnostic claim for diabetes or a prescription for an anti-diabetic drug. The sample included a total of 2296 patients treated with conventional antipsychotic drugs and 531 patients treated with clozapine; for this analysis, all conventional antipsychotic drug use was combined into one category. (No data on atypical antipsychotic drug users was reported in the publication.) The mean duration of follow-up on drug treatment was approximately 2 years for patients in both treatment categories. The table below summarizes the results. The number of patients with new onset diabetes did not differ by a statistically significant margin for the sample of all patients. In one subgroup of patients, those aged 20-34 years, the number of clozapine patients with new onset diabetes was statistically significant versus conventional drugs (relative risk = 2.5, 95% CI = 1.2-5.4).

| Treatment | All patients | | Subgroup: Patients aged 20-34 | |
|---|---|---|---|---|
| | N | Number (%) with diabetes | N | Number (%) with diabetes |
| Clozapine | 531 | 21 (4.0) | 222 | 11 (5.0)* |
| Conventional | 2296 | 78 (3.4) | 768 | 15 (2.0) |

*statistically significant versus conventional drug group

Note that the authors did not calculate rates of diabetes using person time of drug exposure in the denominator, although they did adjust for duration of follow-up in the logistic regression model. (Similarly, there was some evidence of an association of hyperlipidemia with clozapine treatment in the young adult age group.) Although the authors did not present an analysis by specific drug other than clozapine, they stated in the discussion that there was a tendency for lower incidence rates of diabetes with low-potency neuroleptic drugs.

*Comment: Overall there was no association of clozapine treatment with diabetes, although there was an increase in the young adult subgroup of patients (it is not clear, however, to what extent this was an a priori hypothesis versus a post-hoc observation). The data might be more informative if the authors had calculated incidence rates using person-time in the denominator; as the authors point out, their "rates" (which are more properly termed proportions of patients developing diabetes, and not incidence rates of diabetes) cannot be directly compared to incidence rates with time in the denominator obtained from other studies. It is unfortunate that the authors did not report data on any other atypical antipsychotic drugs, although for the time period covered by the study there may have been relatively little use of atypicals.*

Dixon and associates examined the prevalence of diabetes among schizophrenic patients using historical data from the early 1990s, prior to the widespread availability of atypical antipsychotic

3

drugs.[7] They used three sources of data: (1) a sample of Medicare enrollees who had a diagnosis of schizophrenia during 1991 (n=14,182); (2) Medicaid data for 1991 from an unspecified state that included 6,066 patients with a diagnosis schizophrenia; and (3) a field study involving a voluntary survey, conducted in two states, of 279 inpatients and 440 outpatients with schizophrenia. The current prevalence of diabetes in the survey sample was 10.8%. The percentage of schizophrenic patients with a diabetes claim in 1991 was 11.1% for the Medicaid sample and 12.5% for the Medicare sample. Thus, there was fairly good agreement between data sources. In all three datasets, diabetes was associated with older age, African-American ethnicity, and female gender. The authors note that the 1994 National Health Interview Survey estimated the prevalence of diabetes as 1.2% for ages 18-44, and 6.3% for ages 45-64. Thus the prevalence of diabetes in this sample, when clozapine was the only atypical antipsychotic on the market, was much greater than the expected background prevalence.

Caro et al. reported a retrospective claims database study of diabetes among users of risperidone or olanzapine.[8] They used the Regie de l'Assurance Maladie du Quebec (RAMQ) health care claims database. This includes claims data for all residents of Quebec aged 65 or older, without private health insurance, or receiving welfare. The claims database includes outpatient visits and prescriptions only. The authors identified all patients with at least one prescription for olanzapine or risperidone during the period 01-01-97 through 12-31-99. To be included, patients had to have been in the database for at least one year prior to receiving the antipsychotic drug without a claim for anti-diabetic medication or a diagnosis of diabetes. Patients who received clozapine were excluded. Patients were censored if they had no claims for 6 months; otherwise, the end of the study period was 12-31-99. They found a total of 19,153 olanzapine-treated patients and 14,793 risperidone-treated patients, representing 18,765 person-years and 13,563 person-years exposure to olanzapine and risperidone, respectively. Approximately 1/3 of patients in each group also used concomitant haloperidol. The percentage of patients with a diagnosis of schizophrenia was higher for olanzapine than risperidone (62% versus 39%). With respect to demographic characteristics, there were slightly more females in the risperidone group (56% versus 50% for olanzapine), and the risperidone group was older; 39% of the risperidone group was aged 65 years or older, compared to only 18% of the olanzapine group. The unadjusted rate of diabetes (as defined above) per 1000 person-years was 17 for olanzapine and 16 for risperidone; in the patients under 45 years old the unadjusted rate per thousand person years was 13 for olanzapine and 11 for risperidone. The authors employed the Cox proportional hazard method to adjust for age, gender, diagnosis of schizophrenia, haloperidol use, duration of exposure, and use of other antipsychotic drugs. This yielded an adjusted relative risk of 1.2 for olanzapine compared to risperidone (p-value = 0.05), with higher relative risks in the subgroup of female patients (1.3, p-value = 0.02) and in patients exposed to drug for less than three months (1.9, p-value <0.0001).

*Comment: This study was funded by Janssen, sponsor of risperidone, and one of the authors is an employee of Janssen. Because of the imbalances between drug groups in various patient characteristics that are related to the risk of diabetes, the unadjusted comparisons between groups are probably not the most meaningful data. Unfortunately the paper is brief, and many details of the Cox proportional hazard model were not reported (e.g., the relative risk for female patients was reported as 1.3 for olanzapine compared to risperidone, but the corresponding relative risk for males was omitted). It is also unclear if the overall relative risk of 1.2 reflects adjustment for the diagnosis of schizophrenia, although the authors do state in the discussion that schizophrenia was not a significant covariate. One limitation is the absence of hospital claim data for diabetes-related admissions, although one would presume that outpatient follow-up after a hospitalization for diabetes would have been captured.*

4

Wang and colleagues used New Jersey Medicaid and Medicare data for a case-control study of the association of diabetes with clozapine treatment.[9] They used data on all enrollees of Medicaid from 01-01-90 through 06-30-95, as well as all enrollees in Medicare who also received prescription benefits through the Pharmaceutical Assistance to the Aged and Disabled (PAAD) program (since Medicare by itself does not provide prescription drug benefits). An outcome of diabetes was defined as a prescription fill for either insulin or an oral antidiabetic drug. The index date was designated as the date of such a prescription for the cases, or was randomly assigned for control subjects. Subjects were required to have had at least one prescription filled in each of the two 6-month time periods before their index date, and were not to have had any prescriptions of anti-diabetic medications or a recorded diagnosis of diabetes. Additionally, subjects were required to have an ICD-9 psychiatric diagnosis (of any type, not necessarily schizophrenia). Controls were selected from the Medicaid and Medicare/PAAD databases by matching on age and gender. The exposures examined were use of clozapine within 6 months of the index date, and use of any other antipsychotic medication within 6 months of the index date.  The other antipsychotic drug category included 13 typical antipsychotic drugs plus risperidone. The authors found 7227 cases of new onset diabetes that met the above criteria, and established a control group of 6780 subjects.  Approximately 2/3 of the subjects were female, and the majority were enrolled in Medicaid. The mean age was 64 years for cases and 62 years for controls. The odds ratio (adjusted for demographic and medical covariates) of developing diabetes with clozapine use versus no antipsychotic medication was 0.98 (95% CI 0.74-1.31), while the adjusted odds ratio for other antipsychotic use versus no antipsychotic medication was 1.13 (95% CI 1.05-1.22). Considered separately, the drugs chlorpromazine and perphenazine (but not risperidone or any other typical antipsychotics) were associated with diabetes, in terms of having an OR>1 which was statistically significant.  Duration of clozapine use did not appear to be related to the odds of developing diabetes, nor did a diagnosis of schizophrenia or obesity.

*Comment: This study showed an association of diabetes to be present only for two of the typical antipsychotic drugs examined. The study did have some limitations, however. The sample in this study was older (mean age roughly 64 years); this may not be the best age group in which to evaluate the potential metabolic effects of these medications.  (In fact, the study by Sernyak et al. described below showed an association of diabetes with clozapine to be present only among patients younger than 60 years of age.) Also, the sample was not large; there were only 94 clozapine treated patients in the diabetes sample, even with the relatively lenient criteria for clozapine exposure being treatment of any duration within 6 months of the diagnosis of diabetes. Although the authors were prudent to be concerned that psychiatric patients may experience under-recognition of diabetes, limiting the sample to patients with any ICD-9 psychiatric diagnosis does not really address this concern, since one would expect this to apply principally to patients with serious mental illnesses. Only 40% of the cases and controls had psychotic disorders, although there was not an imbalance between cases and controls in this proportion.*

Gianfrancesco and associates performed a case-control study of the association of type 2 diabetes with antipsychotic drug treatment, using two health claims databases.[10] This study was sponsored by Janssen, the manufacturer of risperidone, and two of the co-authors are Janssen employees. The authors found an association of diabetes with exposure to olanzapine, clozapine, high-potency conventional antipsychotics, and low-potency conventional antipsychotics, but not with risperidone.  Note that this study was submitted by Janssen (NDA 20-272 correspondence date 08-10-00) and was reviewed by Dr. Boehm (please refer to his clinical review dated 5-22-01). However, it was difficult to tell if the data analyses presented in the paper were identical in all respects to what had been submitted; it would be necessary to refer to the original submission to verify this.

5

FDACDER 001462

One recently published case-control study was performed by the Boston Collaborative Drug Surveillance Program under a cooperative agreement with FDA; the lead author on the paper is Dr. Cynthia Kornegay of DDRE.[11] This study used the General Practice Research Database (GPRD), a long-term data collection effort involving general practitioners who volunteer to supply data from their clinical practice for research purposes. This database is considered representative of the UK population, and includes data on 3 million patients obtained over 15 years. The design was a nested case-control study, with the sample being all patients aged 18-64 years who received one or more prescriptions for any antipsychotic from 1994-1998. Patients with pre-existing diabetes were excluded; the outcome was a diagnosis of diabetes during the study period. Exposure was classified as involving either atypical or conventional antipsychotic drugs, and was considered current if the use occurred within the past 6 months, recent if the use occurred within the past 7 to 12 months, and past if there was no use in the last year. Up to 4 matched controls were selected from the sample for each case of diabetes. The sample included 73,428 patients treated with an antipsychotic drug (the vast majority exposed to conventional antipsychotics). There were 424 cases of diabetes; the subjects were predominantly female and their mean age was 51 years. Only 8 cases involved patients exposed to atypical antipsychotic drugs, however. After adjustment for a number of relevant covariates (alcoholism, lithium use, steroid use, multiple antipsychotic use, BMI, hypertension, thiazide use, oral contraceptive use, history of myocardial infarction, angina, or stroke, smoking, and psychiatric diagnostic category), the odds ratios were as follows for the current exposure group.

| Group | Adjusted OR (95% CI) |
|---|---|
| Past exposure | (reference) |
| Current atypical | 4.7 (1.5-14.9) |
| Current conventional | 1.7 (1.2-2.3) |

*Comment: This study did find an association of antipsychotic drug treatment with new onset diabetes, and the association was stronger for atypical compared to conventional drugs. This association was present even after adjustment for body mass index (BMI), which is notable because increase in weight is one of the proposed mechanisms for the development of diabetes associated with antipsychotic drugs. The use of former antipsychotic drug users as controls is a more appropriate comparison than the general population, since there is evidence that diabetes is more prevalent among psychotic patients. However, there might still be some inherent differences in the characteristics of the cases and controls, given that the current exposure group had a continued need for antipsychotic drugs while the past exposure group apparently did not. As the authors point out, the number of cases of diabetes with atypical drugs was quite small, so the resulting odds ratio, although statistically significant, should be interpreted cautiously.*

Another study using the GPRD and a nested case-control design examined the same issue.[12] Bristol-Myers Squibb provided funding for this study, and one of the authors is an employee of that firm. The sample was all patients in the GPRD with a diagnosis of schizophrenia and medication for that diagnosis between 06-01-87 and 09-01-00. Cases of diabetes were defined by a recorded diagnosis or prescription for anti-diabetic medication. For each case, 6 matching controls with schizophrenia but no diabetes were selected. Drug exposure was classified as conventional, olanzapine, risperidone, or other newer drugs (amisulpride, remoxipride, and sertindole). There were 19,637 patients meeting the criteria for inclusion in the sample of patients with schizophrenia. The mean age was 51 years; the majority were treated with conventional antipsychotic drugs. A total of 451 patients developed diabetes, representing an overall incidence of 4.4 per thousand person-years. The odds ratios for developing diabetes according to drug exposure are shown below, adjusted for age, sex, year, duration of follow up, and various concomitant medications.

6

| Treatment | Adjusted OR (95% CI) |
|---|---|
| Conventional antipsychotics | reference |
| Olanzapine | 4.2 (1.5 – 12.2) |
| Risperidone | 1.6 (0.7 – 3.8) |
| Other new agents | 1.2 (0.1-12.4) |

Additionally, all treatments including conventional antipsychotics were associated with diabetes relative to no antipsychotic treatment.

Sernyak and associates conducted a study in the Veterans Health Administration system database.[13] They identified all patients with a diagnosis of schizophrenia recorded in the period 10-01-98 through 09-30-99. For these patients, they accessed prescription data for the period 06-01-99 through 09-30-99, and selected patients who had been prescribed neuroleptic drugs. Next, they searched their database for recorded diagnoses of diabetes mellitus (ICD codes 250.00-250.99) among the neuroleptic-treated patients. The authors used logistic regression to calculate odds ratios for the development of diabetes according to type of medication, with typical neuroleptic treatment as the reference group. The logistic regression analysis adjusted for a variety of demographic and clinical characteristics. There were a total of 22,648 patients treated with atypical neuroleptics and 15,984 treated with typical neuroleptics. Of the patients treated with atypical drugs, 48% received olanzapine, followed by risperidone (44%), with relatively little use of quetiapine (4%) or clozapine (5%). The odds ratios for a diagnosis of diabetes among users of atypical neuroleptics are shown below, with the typical neuroleptic group as the reference population.

| Treatment | Odds ratio (95% CI) |
|---|---|
| Any typical | reference |
| Clozapine (n=1,207) | 1.25 (1.07-1.46) |
| Olanzapine (n=10,970) | 1.11 (1.04-1.55) |
| Quetiapine (n=955) | 1.31 (1.11-1.55) |
| Risperidone (n=9,903) | 1.05 (0.98-1.12) |

As shown, the odds of diabetes were significantly greater with clozapine, olanzapine and quetiapine but not risperidone, in comparison to typical neuroleptics. Stratified analysis by age group showed that these increases in risk were not observed among patients 60 years and older. In addition, although the overall odds ratio for risperidone was not statistically significant, in the under 40 years age group, the OR for risperidone was 1.51 (1.12-2.04).

In a letter in response to this article, Gianfrancesco stated that his group has as-yet unpublished data showing that the majority of diabetes mellitus observed during treatment with atypical neuroleptics predates the treatment with the atypical neuroleptic.[14] This would tend to make a cross-sectional approach to studying this association problematic. Additionally, his group has unpublished data indicating that for almost half of quetiapine-treated patients, quetiapine was not the first choice neuroleptic, which might confound interpretation of a cross-sectional study.

*Comment: As mentioned, this was essentially a cross-sectional study given the short time frame used to assess exposure and diagnosis of diabetes. The findings implicate all the atypical drugs as being associated with diabetes, but this risk was not observed in geriatric patients. The results with respect to geriatric patients are consistent with the results of the study by Wang et al., described above, which failed to find an association between diabetes and clozapine treatment in an older sample of patients.*

7

## Postmarketing surveillance

Hedenmalm et al. reported on the WHO Collaborating Centre for International Drug Monitoring database regarding glucose intolerance with atypical antipsychotics.[15] This postmarketing adverse drug reaction reporting database includes more than 2.5 million reports from 63 countries, and is likely to have considerable overlap with AERS. The authors searched for reports representing glucose intolerance (i.e., reports designated as hyperglycemia, glucose tolerance abnormal, diabetes mellitus, diabetes mellitus aggravated, ketosis, glycosuria, and diabetic coma). They compared the numbers of reports for clozapine, olanzapine, and risperidone to the reports for haloperidol and chlorpromazine, making the statistical comparisons according to the Bayesian Confidence Propagation Neural Network method. Their search yielded 480 reports for clozapine, 253 for olanzapine and 138 for risperidone. According to the aforementioned statistical technique, the association was statistically significant for all three atypical drugs.

A team from the Drug Safety Research Unit in Southampton, UK, reported the findings from Prescription-Event Monitoring (PEM) of olanzapine during the period 12-96 through 5-98.[16] The PEM method involves identifying all prescriptions for the drug of interest written by general practice UK physicians in the National Health Service during the specified time frame, and soliciting information from the prescribing physicians by questionnaire ("green form"), 6 months or more following the initial prescription. In this study, the authors mailed 15,588 such questionnaires to general practitioners who had prescribed olanzapine, and received usable replies concerning 8,858 olanzapine-treated patients, for an estimated exposure of 69,644 patient-months (or 5803 patient-years). There was a preponderance of younger males in the sample (the mean age for males was 38 years, and for females 47 years). The authors noted that there were 8 reports of diabetes mellitus attributed to olanzapine, and felt that these reports represented a possible signal for an association with olanzapine treatment.

*Comment: Although the authors felt the reports of diabetes represented a signal, 8 reports of diabetes among almost 9000 patients does not seem to be in excess of what would be expected. However, the reporters apparently had attributed these cases of diabetes to olanzapine treatment.*

Koller, Schneider, Bennett and Dubitsky, from FDA, examined postmarketing spontaneous reports of diabetes associated with clozapine treatment in the FDA spontaneous report database.[17] Their search of the database coverered the period January 1990 through February 2001; they also conducted a literature search. They found 384 reports of either diabetes or hyperglycemia associated with clozapine, including 242 reports of new onset diabetes, and 54 reports of worsening of existing diabetes. Of the reports of new onset diabetes, 171 were considered well-documented by virtue of including serum glucose or hemoglobin A1c values. The patients represented by these 171 reports were predominantly female and had a mean age of 39 years. Ethnicity of the patients was not reported frequently; of the 36 patients whose case reports had this information, 21 were of African descent, 8 white, 3 Asian, 3 Caribbean, and 1 African-Asian. The authors concluded that these reports represent a potential signal of risk with clozapine treatment.

Similarly, Koller and Doraiswamy described the postmarketing reports of diabetes associated with olanzapine treatment.[18] The reports were identified through a MEDLINE search and through a search of the MedWatch Drug Surveillance System (i.e., presumably AERS) from January 1994 through May 2001. Their search yielded 237 cases of diabetes or hyperglycemia with olanzapine treatment. Of these, 153 cases had sufficient information to meet diagnostic criteria for diabetes on the basis of serum glucose levels or glycohemoglobin levels; the mean age among these 153 cases was 40 years. Among the 150 reports with ethnic information about the patient, patients of

8

African descent were over-represented (39%). Blood glucose exceeded 700 mg/dl in 69 cases. Ten patients were later rechallenged with olanzapine, and 8 of these had a return of hyperglycemia. The authors point out that the mean age is younger than expected for type 2 diabetes patients; also, the majority of patients were male, while ordinarily type 2 diabetes is more prevalent among women. The authors also noted a possible association between concomitant lithium treatment and extreme hyperglycemia, and they also noted that the time frame for the onset of diabetes relative to starting therapy with olanzapine would likely rule out weight gain as a cause in many of the reports.

**Uncontrolled studies, case series and case reports**

Wilson and colleagues reported on a retrospective review of 126 patients who received an atypical antipsychotic drug at a single state psychiatric hospital, between 01-97 and 05-99.[19] Fourteen of the patients were found to have undergone clinical laboratory evaluation for diabetes; of these, 6 were treated with insulin and 5 developed diabetic ketoacidosis (DKA). The authors reported the drug treatment only for the 5 cases of DKA; two patients were on olanzapine, 1 on quetiapine, 1 on risperidone, and 1 on risperidone plus clozapine.

Cohen and colleagues reported a case series of the first 40 patients with mental retardation and behavioral disturbances treated with ziprasidone in their practice.[20] These patients were switched from antipsychotics to ziprasidone because of weight problems or lack of efficacy. The mean age of the patients was 48 years, they were mostly male (60%), and the majority had been treated with risperidone immediately prior to beginning ziprasidone (70%). The mean change in weight after 6 months of follow up was –3.6 kg; although mean triglyceride and cholesterol levels declined, the mean glucose level did not change significantly.

A case report by Spivak and coauthors described a 42-year old man who developed diabetes requiring treatment with metformin while he was using olanzapine.[21] After switching from clozapine to ziprasidone, his diabetes resolved and he was able to discontinue metformin.

Leonard, Browne and Halley obtained fasting blood samples on 21 of the 22 patients being treated with clozapine in their outpatient clinic, the Waterford Mental Health Service in Ireland.[22] Their sample had a mean age of 34 years, and a mean duration of treatment with clozapine of over 2 years. They found that the mean fasting glucose level was not elevated (5.2 mmol/l), although the mean BMI was somewhat high at 27.7 kg/m$^2$. Hypertriglyceridemia was the most prominent abnormality, with 11 out of the 21 patients having fasting triglyceride levels > 1.88 mmol/l.

Domon and Cargile reported a case of an adolescent girl who developed type II diabetes and hypertriglyceridemia while receiving quetiapine.[23] This occurred in the absence of weight gain related to quetiapine treatment. After switching from quetiapine to risperidone her glucose levels improved to the point that she was able to discontinue metformin.

In a case series from the Metropolitan State Hospital in Norwalk, California, Ananth et al. reported that in their facility, a disproportionate number of African American patients developed type II diabetes with olanzapine treatment.[24] At a time when there were 234 African American patients out of a total of 770 inpatient beds, 7 out of the 8 patients in their case series who developed diabetes while receiving olanzapine were African American.

Meyer described a case series of 14 patients at the Oregon State Hospital who developed hypertriglyceridemia (serum concentration > 600 mg/dl) while receiving olanzapine or

9

FDACDER 001466

quetiapine.[25] Twelve of the patients received olanzapine and two quetiapine. Of the twelve olanzapine patients with hyperlipidemia, four developed elevated fasting glucose levels in the absence of a prior history of diabetes; the mean weight gain among these four patients was rather modest (6.25 lbs). In correspondence regarding this paper, Baptista et al. pointed out that although the change in body weight for these patients did not correlate with the increase in glucose, the patient's initial BMI was correlated with their subsequent increases in glucose levels.[26] This would suggest that elevated BMI may be a risk factor for subsequent glucose dysregulation with treatment.

A retrospective chart review at the older inpatient adult psychiatric unit of the University of Maryland Medical Center examined psychiatric diagnoses and concurrent diagnoses of diabetes.[27] The authors reviewed the charts of 243 inpatients aged 50-74 years, with diagnoses in various categories. They found that the prevalence of type 2 diabetes mellitus was as follows, according to diagnosis:

| | |
|---|---|
| Schizoaffective | 50% |
| Bipolar type I | 26% |
| Major depression | 18% |
| Dementia | 18% |
| Schizophrenia | 13% |

The authors also reported that a logistic regression analysis showed that psychiatric diagnosis and BMI were the only covariates statistically significantly associated with a diagnosis of diabetes, including type of medication.

A 30-year old African American male patient with schizoaffective disorder was reported to have developed diabetes, requiring treatment with insulin, while receiving quetiapine 300 mg/day; however, the patient was simultaneously being treated with loxapine 50 mg per day, making attribution to quetiapine alone problematic.[28]

## Studies of glucose tolerance and other metabolic parameters

Baptista and colleagues performed oral glucose tolerance testing on 26 women treated with typical antipsychotic drugs, with 26 age- and BMI- matched healthy controls for comparison.[29] Twenty one subjects had schizophrenic diagnoses and 5 had "chronic psychotic disorder due to brain dysfunction (probably epilepsy)." Most subjects were treated with more than one typical antipsychotic drug; the drugs used by the subjects were trifluoperazine, levomepromazine, depot fluphenazine, oral and depot haloperidol, thioridazine, chlorpromazine, and thioproperazine. In addition to the oral glucose tolerance testing, the authors measured a variety of endocrine and metabolic clinical laboratory parameters. The authors concluded that women treated with typical antipsychotic drugs demonstrate insulin resistance.

Ryan and coauthors, in a small sample of first episode schizophrenic inpatients (n=26), showed that, in comparison to matched healthy control subjects, the schizophrenic patients had higher mean fasting glucose and insulin levels.[30]

A prospective, controlled trial comparing glucose tolerance in patients treated with clozapine or haloperidol was conducted by investigators at the Kyungpook National University Hospital in Taegu, South Korea.[31] Patients in the trial received 8 weeks of treatment with clozapine (mean final dose 259 mg/day) or haloperidol (mean final dose 11 mg/day). It was not specified whether treatment assignments were randomized. Seventeen clozapine-treated patients and 10 haloperidol

10

FDACDER 001467

treated patients completed the trial (two clozapine patients and five haloperidol patients dropped out); the patients were predominantly male, with a mean age in the upper 20's for both groups. The participants underwent weekly oral glucose tolerance testing. Six out of 17 clozapine-treated patients (35%) and none of the 10 haloperidol-treated patients developed impaired glucose tolerance during treatment (p-value = 0.056). Only one of the 6 patients with impaired glucose tolerance had gained weight during the trial.

In a retrospective chart review of patients in the VA Greater Los Angeles Healthcare System, Wirshing and colleagues examined records of blood glucose and lipid measurements among patients receiving clozapine, olanzapine, risperidone or quetiapine.[32] Their sample included baseline and on-treatment laboratory data for 215 patients, including 34 clozapine-treated patients, 32 olanzapine-treated patients, 49 risperidone-treated patients, 13 quetiapine-treated patients, 41 haloperidol-treated patients, and 41 fluphenazine-treated patients (presumably receiving single drug treatment). Laboratory data were limited to blood drawn in the morning and thus presumably fasting samples. The authors found that greatest percentage changes in glucose from baseline were seen with clozapine and olanzapine, but that haloperidol was also associated with a statistically significant (but smaller) increase. Increases in triglyceride levels were also greatest for clozapine and olanzapine. The authors recommended routine monitoring of these laboratory parameters during treatment with atypical antipsychotic drugs.

Lindenmayer et al., in a prospective, randomized, double blind trial, measured fasting glucose, fasting cholesterol, and weight changes in psychotic inpatients with refractory schizophrenia or schizoaffective disorder.[33] A total of 157 patients were randomized to one of four drugs, with 8 weeks of fixed-dose therapy followed by 6 weeks of flexible dose treatment. Of these 157 patients, 108 patients provided fasting blood samples before and after randomization. The table below summarizes the findings for changes in fasting glucose during the study. Data from 7 patients who had baseline fasting glucose concentrations > 125 mg/dl was excluded; even so, the mean baseline fasting glucose differed between groups, with the haloperidol group having the lowest mean value.

| Drug | N | Fasting glucose (mg/dl) | | | | | | No. (%) of patients with treatment emergent fasting glucose > 125 mg/dl |
|------|---|-------|------|---|-------|---|------|------|
| | | Baseline | | 8 wks | | 14wks | | |
| | | N | Mean | N | Mean Δ | N | Mean Δ | |
| Clozapine | 28 | 28 | 93.1 | 27 | +17.1 | 17 | +4.4 | 6 (21.4) |
| Haloperidol | 25 | 25 | 82.6 | 25 | +8.4 | 20 | +10.6 | 1 (4.0) |
| Olanzapine | 26 | 26 | 91.7 | 26 | +1.9 | 22 | +14.3 | 4 (15.4) |
| Risperidone | 22 | 22 | 94.0 | 22 | -1.3 | 14 | +2.7 | 3 (13.6) |

Mean fasting cholesterol increased in all treatment groups, except for haloperidol, which was associated with a slight decrease. Mean weight gain was greatest for the olanzapine treated patients (+7.3 kg), followed by clozapine (+4.8 kg) and risperidone (+2.4 kg), and was the least with haloperidol (+0.9 kg). The authors did not find a correlation between weight gain and change in fasting glucose, however. Although clozapine had the highest proportion of patients exceeding 125 mg/dl, this difference was not statistically significant.

*Comment: The major strength of this study is its randomized design, which is unusual among literature reports on this issue. The major weakness, however, is the limited sample size. The findings with respect to mean changes in fasting glucose are somewhat inconsistent, and the authors emphasize the 8 week findings because the 8 week timepoint had larger sample sizes.*

11

FDACDER 001468

*However, it may be that changes in fasting glucose take a longer time to develop (e.g., olanzapine).*

Newcomer and colleagues studied glucose metabolism in patients treated with antipsychotic drugs, using a modified oral glucose tolerance test.[34] Their sample included 48 inpatients and outpatients with schizophrenia, as well as 31 healthy volunteer controls. To participate, the schizophrenic patients were to have received their antipsychotic medication for at least 3 months; 17 were treated with typical antipsychotic drugs, 12 with olanzapine, 10 with risperidone, and 9 with clozapine. Subjects received 50 gm of d-glucose orally and had plasma glucose measured at 0, 15, 45 and 75 minutes. Insulin, C-peptide, glucagon, and cortisol were also measured. Insulin resistance was defined according to the formula:

(fasting insulin µU/mL)(fasting glucose mmol/L)/22.5

The results showed the highest glucose concentrations at all time points for olanzapine treated patients; followed by clozapine and risperidone, in comparison to typical neuroleptics and controls. Clozapine and olanzapine showed the highest degrees of insulin resistance, as measured by the formula above.

Hagg and colleagues studied leptin levels in users of clozapine and depot antipsychotics.[35] Their subjects were 41 clozapine-treated patients and 62 patients treated with depot antipsychotics, and the control group was 189 volunteers participating in the World Health Organization Monitoring of Trends and Determinants in Cardiovascular Disease study (MONICA). They found that fasting leptin levels were higher in females in all three groups; additionally, leptin levels for clozapine and depot antipsychotic patients were 40-50% higher than in the controls. The authors also collected data on glucose tolerance and diabetes in their patient and control groups, and they stated that adjusting for diabetes or glucose as covariates did not materially change the findings regarding leptin levels. However, the data regarding diabetes and glucose levels were not presented in the paper.

Melkersson and Hulting reported on a small study of insulin, glucose and leptin blood concentrations among users of conventional and atypical neuroleptics.[36] Their sample included patients with schizophrenia or other psychotic disorders. They separated the subjects into three groups; the conventional antipsychotic group comprised 19 patients receiving perphenazine or zuclopenthixol, the clozapine treated group comprised 14 patients, and the olanzapine group also comprised 14 patients. They obtained fasting blood samples to measure insulin, glucose, leptin, and plasma drug concentrations. The results are summarized in the table below.

| Parameter | Conventional antipsychotics (n=19) | Clozapine (n=14) | Olanzapine (n=14) |
|---|---|---|---|
| BMI kg/m$^2$ | 27 | 27 | 26 |
| Median Insulin (pmol/l) | 115 | 144 | 234* |
| Median glucose (mmol/l) | 5.0 | 4.9 | 5.3 |
| Median Leptin (mcg/l) | 20.1 | 10.3 | 24.2 |

*statistically significant versus conventional antipsychotics.

There was one comparison that was statistically significant, as shown: the olanzapine group had the highest fasting insulin level, which was statistically significant compared to the typical antipsychotic group. In addition, the clozapine serum concentration was positively correlated with insulin level (r=0.64, p=0.01). Note that there were essentially no differences in BMI

12

FDACDER 001469

between groups. The authors speculated that the disproportionately high insulin levels in the olanzapine group reflected insulin resistance.

In a letter in response to the article by Melkersson et al, Cohn, Remington and Kameh reported their own study of insulin and glucose levels among 11 olanzapine treated patients.[37] In their sample, the mean fasting insulin level was somewhat lower (143 pmol/l); 4 of the 11 patients had elevated fasting insulin as defined by a level > 144 pmol/l.

Kingsbury and associates reported a trial with ziprasidone that was intended to evaluate different titration schemes for switching patients from other antipsychotic drugs to ziprasidone treatment.[38] This trial was sponsored by Pfizer, the manufacturer of ziprasidone. Thirty-seven patients with either schizophrenia or schizoaffective disorder participated, at the University of Southern California Medical Center (this site was part of a larger, multi-center study). Laboratory data was collected at baseline (i.e., during treatment with the previous antipsychotic drug), and after 6 weeks of ziprasidone treatment. The blood samples were random, not fasting. The mean dose of ziprasidone after 6 weeks was 124 mg/day; prior to ziprasidone treatment 15 patients had been receiving olanzapine, 12 risperidone, and 10 various typical antipsychotic drugs. Mean changes in BMI or glucose were modest and not statistically significant, compared to the pre-ziprasidone baseline values. Mean serum cholesterol and triglyceride levels did decrease significantly from the pre-ziprasidone baseline values, however (-13% for cholesterol and -33% for triglycerides).

In a retrospective study, Meyer compared metabolic parameters between patients receiving either olanzapine or risperidone for one year.[39] His sample included adult inpatients at a state hospital who received one of the drugs in question for one year, and who had the following measurements performed within 3 weeks of beginning treatment and again after 1 year of treatment: weight, fasting triglyceride, fasting cholesterol, and fasting glucose. There were 47 patients treated with each drug who had such data available. The mean daily dosages were 4.5 and 16.7 mg/day for risperidone and olanzapine, respectively. The following table shows the results obtained. Statistical comparisons were made by t-test and were not corrected for multiple comparisons.

Mean changes from pre-treatment in parameters after 1 year

| Group | Weight (Lb) | BMI (kg/m2) | Triglycerides (mg/dl) | Cholesterol (mg/dl) | Glucose (mg/dl) |
|---|---|---|---|---|---|
| Risperidone | +10.7 | +1.6 | +30 | +7 | +0.7 |
| Olanzapine | +17.5 | 2.6 | +88* | +24* | +7.3 |

*statistically significant versus risperidone at 5% level

Mean increases in all measured metabolic parameters were numerically greater for olanzapine, and some contrasts to risperidone were statistically significant, as shown. The author found that the differences in these parameters between olanzapine and risperidone were even greater if patients over age 60 years were excluded. Weight increases were higher on average among patients receiving concomitant lithium or valproate. The author recommends (in an appendix) monitoring weight monthly, and monitoring triglyceride, cholesterol and fasting glucose levels every 3 months, for patients receiving atypical antipsychotic drugs.

Melkersson et al. conducted a small study of metabolic parameters among patients receiving olanzapine therapy.[40] From fourteen patients on maintenance olanzapine treatment, the investigators obtained fasting blood glucose, insulin-like growth factor I (IGF-I), insulin-like growth factor binding protein (IGFBP-1), lipids, leptin, and growth hormone. The median change in BMI was +2 kg/m²; although the median glucose level was not elevated (96 mg/dl), the median insulin level was high at 234 pmol/l, while the median IGFBP-I level was toward the

13

FDACDER 001470

lower end of the normal range, consistent with increased insulin secretion. A number of subjects had elevated cholesterol, triglycerides, and leptin. Interestingly, blood glucose and weight increase were inversely correlated to the serum concentration of the metabolite N-desmethylolanzapine, suggesting that the parent drug is more associated with these metabolic changes.

Melkersson and colleagues also reported on an in vitro study of the effects of antipsychotic drugs on rat pancreatic beta cells.[41] Insulin release was measured after incubation of the cells for 1 hours and 4 hours with $10^{-6}$ M concentrations of the following drugs: chlorpromazine, haloperidol, perphenazine, zuclopenthixol, clozapine, olanzapine, and risperidone. Clozapine appeared to stimulate insulin release in the absence of glucose, while haloperidol appeared to inhibit insulin release in the presence of glucose; however, there was considerable variability in the measurements of insulin concentration, and the statistical methods were not corrected for multiplicity of comparisons, making interpretation of the results necessarily tentative.

In vitro experiments by Ardizzone and colleagues showed risperidone, loxapine, amoxapine and desmethylclozapine inhibit glucose uptake in rat pheochromocytoma cells, and that clozapine was not as potent as the metabolite for this effect.[42]

Sowell and associates at Eli Lilly & Co. (the sponsor of olanzapine) performed hyperglycemic clamp studies in volunteers treated with olanzapine and risperidone.[43] In this procedure, subjects receive a continuous intravenous infusion of 20% glucose solution over a 4-hour period. Bedside plasma glucose concentration monitoring permits adjustment of the infusion rate, to maintain a constant blood glucose concentration of 11.1 mmol/l (200 mg/dl) throughout the 4 hour period. Subjects underwent this procedure at baseline and again following approximately 2 weeks of single-blind treatment with either placebo, risperidone 4 mg/day or olanzapine 10 mg/day. The authors observed an increase in total insulin response (area under the curve for insulin concentration versus time) with both olanzapine and risperidone compared to placebo. They attributed this finding to the weight gain that was observed with drug treatment (approximately 3 kg on average for both drugs, versus 0.5 kg for placebo). C peptide concentrations did not reflect any effect of treatment. The authors concluded that their data was not consistent with impairment of pancreatic beta cell function produced by the drugs.

A case report by Avram and colleagues describes a euglycemic clamp study in a 33-year old male who developed diabetic ketoacidosis (DKA) during treatment with clozapine 100 mg/day; the patient had no previous history of diabetes.[44] The patient required treatment with insulin for only 2 months after clozapine was discontinued. The patient consented to a euglycemic clamp study approximately 9 months after the episode of DKA; in this procedure, both insulin and glucose are infused intravenously, and the patient's glucose disposal rate is measured using an infusion of [6,6-2 $H_2$ ]-glucose. In this patient, the glucose disposal rate was decreased, consistent with peripheral insulin resistance, even though he no longer required insulin. The authors noted that their patient did not show any of the customary immunological findings for Type I diabetes.

## Conclusions

A few generalizations are suggested by the results of the epidemiologic studies and the other recent literature reviewed. However, the scope of this consult was limited (at the request of DNDP) to the literature from roughly the past three years. Furthermore, DNDP has access to the study reports for several of the epidemiologic studies, while this consult focused only on the publications of those studies. Additionally, DNDP has access to an unpublished study from the Veterans Affairs healthcare system, which is of course not included in this literature survey.

14

Accordingly, while some generalizations can be made, it would not be prudent to draw firm conclusions solely from the literature data summarized herein, which is only a subset of the available data. The definitive synthesis of all the available information is, therefore, beyond the scope of this consult.

A table summarizing the findings of the 8 published epidemiological studies is attached. There is at least some evidence of an association with diabetes for virtually all the antipsychotic drugs studied, but to a greater extent for atypicals. The studies by Sernyak et al.[13], Koro et al.[12], Kornegay et al.[11], Lund et al.[6], and Buse et al.[5] all used typical antipsychotic drugs as a comparison group. However, the exact findings vary from study to study. For example, Caro et al.[8] showed a relative risk greater than one for olanzapine versus risperidone, while Gianfrancesco et al.[10] concluded that among the atypicals only risperidone was not associated with diabetes. The findings of the studies also appear to bear some relationship to their source of funding (shown in the left hand column of the attached table); the two studies sponsored by Janssen found a lower risk with risperidone, while the study sponsored by Lilly found a higher risk for risperidone. It should be added that given the heterogeneous nature of these studies, this subject does not appear to be a good candidate for a formal meta-analysis.

As discussed above, some epidemiological study results suggest that the drug-related risk of diabetes may be greater among younger patients. In other types of studies focusing on metabolic parameters, impaired glucose metabolism and insulin resistance have been documented among antipsychotic users, particularly with clozapine and olanzapine. There is also evidence that schizophrenia itself is associated with impaired glucose metabolism and diabetes. One clinical trial showed substantially higher weight gain with olanzapine compared to haloperidol[1], although from various other data sources described above, weight gain may not be the specific drug effect that promotes development of diabetes. Case series suggest that African American patients are at higher risk for diabetes with olanzapine, but systematic data regarding ethnicity as a risk factor are lacking.

Despite the somewhat heterogeneous nature of the specific findings, given the preponderance of evidence showing an association of atypical antipsychotic use and diabetes, and the public health importance of diabetes, this concern seems appropriate for a risk management program.

Andrew D. Mosholder, M.D., M.P.H.
Epidemiologist

Mary Willy, Ph.D.
Team Leader

15

FDACDER 001472

| Reference | Study drugs | Design | Sample | Sample size | Findings | Funding source, if noted |
|---|---|---|---|---|---|---|
| Buse et al.[5] Submitted to NDA 20-592 | Clozapine, olanzapine, quetiapine, risperidone, typicals | Retrospective, prescription claims based cohort study | AdvancePCS beneficiaries prescribed antipsychotic drugs | N= 19,782 typical, n=38,969 atypical | All atypicals, haloperidol, and thioridazine associated with diabetes with general patient population as reference; with haloperidol as reference an association was found only for risperidone | Lilly (sponsor of olanzapine) |
| Lund et al.[6] | Clozapine vs. typicals | Retrospective, claims based cohort study | Iowa Medicaid recipients with diagnosis of schizophrenia | Clozapine n=531, typicals n=2,296 | No association with diabetes for whole sample, but RR = 2.5 for clozapine in subgroup aged 20-34 years | |
| Caro et al.[8] | Risperidone, olanzapine | Retrospective, claims based cohort study | Olanzapine or risperidone users in Quebec health care claims database | Olanzapine n=19,153, risperidone n=14,793 | Adjusted relative risk = 1.2 for olanzapine vs risperidone (p=0.05) | Janssen (sponsor of risperidone) |
| Wang et al.[9] | Clozapine | Case control | New Jersey Medicaid and Medicare | N=7,227 diabetes cases with 6 psychiatric diagnosis | No association of diabetes with clozapine, however, mean age of cases = 64 years (see Lund et al.) | |
| Gianfrancesco et al.[10] Submitted to NDA 20-272 | Olanzapine, clozapine, risperidone, high-potency typicals, low potency typicals | Retrospective, claims based cohort study | Two health claims databases | N=7,395 patients with a variety of psychiatric diagnoses | All drugs associated with diabetes except risperidone | Janssen (sponsor of risperidone) |
| Kornegay et al.[11] | Atypical vs typical | Nested case control | GPRD | 424 cases of diabetes among antipsychotic users | Both typical and atypical antipsychotics associated with diabetes, but OR higher for atypicals (although number of cases smaller) | FDA Cooperative Agreement |
| Koro et al.[12] | Typical, olanzapine, risperidone, other | Nested case control | GPRD | 451 cases of diabetes among schizophrenic patients | Olanzapine but not risperidone associated with diabetes, relative to typical antipsychotics | Bristol-Myers Squibb (sponsor of aripiprazole) |
| Sernyak et al.[13] | Typical, clozapine, olanzapine, quetiapine, risperidone | Retrospective, claims based cohort study | Veterans Health Administration database | N=22,648 atypical, n=15,984 typical | With typical as reference, clozapine, quetiapine, and olanzapine associated with diabetes; in younger subgroup of patients all treatments (including risperidone) associated with diabetes | Dept. of Veterans Affairs |

16

FDACDER 001473

# REFERENCES

[1] Luna B, Feinglos MN. Drug-induced hyperglycemia. JAMA 2001;286:1945-1948.

[2] Kinon BJ, Basson BR, Gilmore JA, and Tollefson GD. Long-term olanzapine treatment: weight change and weight-related health factors in schizophrenia. J Clin Psychiatry 2001;62:92-100.

[3] Lieberman JA, Phillips M, Gu H, et al. Atypical and conventional antipsychotic drugs in treatment-naïve first-episode schizophrenia: A 52-week randomized trial of clozapine vs. chlorpromazine. Neuropsychopharmacology March 26, 2003 (pre-publication abstract accessed on PubMed).

[4] Baymiller SP, Ball P, McMahon RP, Buchanan RW. Serum glucose and lipid changes during the course of clozapine treatment: the effect of concurrent beta-adrenergic antagonist treatment. Schizophr Res 2002; 59:49-57.b

[5] Buse JB, Cavazzoni P, Hornbuckle K, et al. A retrospective cohort study of diabetes mellitus and antipsychotic treatment in the United States. J Clin Epidemiol 2003;56:164-170.

[6] Lund BC, Perry PJ, Brooks JM, and Arndt S. Clozapine use in patients with schizophrenia and the risk of diabetes, hyperlipidemia, and hypertension. Archives General Psychiatry 2001; 58:1172-1176.

[7] Dixon L, Weiden P, Delahanty J, et al. Prevalence and correlates of diabetes in national schizophrenia samples. Schizophr Bull 2000;26(4):903-912.

[8] Caro JJ, Ward A, Levinton C, Robinson K. The risk of diabetes during olanzapine use compared with risperidone use: A retrospective database analysis. J Clin Psychiatry 2002; 63:1135-1139.

[9] Wang PS, Glynn RJ, Ganz DA, et al. Clozapine use and risk of diabetes mellitus. J Clin Psychopharmacol 2002;22:236-243.

[10] Gianfrancesco FD, Grogg AL, Mahmoud RA, et al. Differential effects of risperidone, olanzapine, clozapine, and conventional antipsychotics on type 2 diabetes: findings from a large health plan database. J Clin Psychiatry 2002;63:920-930.

[11] Kornegay CJ, Vasilakis-Scaramozza C, and Jick H. Incident diabetes associated with antipsychotic use in the United Kingdom General Practice Research Database. J Clin Psychiatry 2002;63:758-762.

[12] Koro CE, Fedder DO, L'Italien GJ, et al. Assessment of independent effect of olanzapine and risperidone on risk of diabetes among patients with schizophrenia: population based nested case-control study. BMJ 2002;325:243-248.

[13] Sernyak MJ, Leslie DL, Alarcon RD, et al. Association of diabetes mellitus with use of atypical neuroleptics in the treatment of schizophrenia. Am J Psychiatry 2002; 159:561-566.

[14] Gianfrancesco FD. Diabetes and atypical neuroleptics (letter). Am J Psychiatry 2003;160:388-389.

[15] Hedenmalm K, Hagg S, Stahl M, et al. Glucose intolerance with atypical antipsychotics. Drug Safety 2002; 25(15):1107-1116.

[16] Biswas PN, Wilton LV, Pearce GL, et al. The pharmacovigilance of olanzapine: results of a post-marketing surveillance study on 8858 patients in England. J Psychopharmacol 2001;15:265-271.

[17] Koller E, Schneider B, Bennett K, and Dubitsky G. Clozapine-associated diabetes. Am J Med 2001;111:716-723.

[18] Koller EA and Doraiswamy PM. Olanzapine-associated diabetes mellitus. Pharmacotherapy 2002;22:841-852.

[19] Wilson DR, D'Souza L, Sarkar N, et al. New-onset diabetes and ketoacidosis with atypical antipsychotics. Schizophr Res 2002; 59:1-6.

[20] Cohen S, Fitzgerald B, Okos A, et al. Weight, lipids, glucose, and behavioral measures with ziprasidone treatment in a population with mental retardation. J Clin Psychiatry 2003;64:60-62.

[21] Spivak B, Alamy SS, Jarskog LF, et al. Ziprasidone alternative for olanzapine-induced hyperglycemia. Am J Psychiatry 2002;159:1606.

[22] Leonard P, Halley A, Browne S. Prevalence of obesity, lipid and glucose abnormalities in outpatients prescribed clozapine. Ir Med J 2002;95:119-20.

[23] Domon S and Cargile CS. Quetiapine-associated hyperglycemia and hypertriglyceridemia. J Am Acad Child Adolesc Psychiatry 2002;41:495-6.

[24] Ananth J, Gunatilake S, Aquino S, et al. Are African American patients at a higher risk for olanzapine-induced glucose intolerance? Pscyhopharmacology 2001;157:324-325.

[25] Meyer JM. Novel antipsychotics and severe hyperlipidemia. J Clin Psychopharmacol 2001;21:369-374.

[26] Baptista T, Ng Ying Kin NMK, and Beaulieu S. Novel antipsychotics and severe hyperlipidemia: Comments on the Meyer paper. J Clin Psychopharmacol 2002;22:536-547.

17

FDACDER 001474

27 Regenold WT, Thapar RK, Marano C, et al. Increased prevalence of type 2 diabetes mellitus among psychiatric inpatients with bipolar I affective and schizoaffective disorders independent of psychotropic drug use. J Affect Disord 2002; 70:19-26.
28 Procyshyn RM, Pande S, and Tse G. New-onset diabetes mellitus associated with quetiapine. Can J Psychiatry 2000; 45:668-669.
29 Baptista T, Lacruz F, Silvera R, et al. Endocrine and metabolic abnormalities involved in obesity associated with typical antipsychotic drug administration. Pharmacopsychiatry 2001;34:223-231.
30 Ryan MCM, Collins P, Thakore JH. Impaired fasting glucose and elevation of cortisol in drug-naïve first-episode schizophrenia. Am J Psychiatry 2003; 160:284-289.
31 Chae B-J and Kang B-J. The effect of clozapine on blood glucose metabolism. Hum Psychopharmacol Clin Exp 2001;16:265-271.
32 Wirshing DA, Boyd JA, Meng LR, et al. The effects of novel antipsychotics on glucose and lipid levels. J Clin Psychiatry 2002;63:856-865.
33 Lindemayer JP, Czabor P, Volavka J, et al. Changes in glucose and cholesterol levels in patients with schizophrenia treated with typical or atypical antipsychotics. Am J Psychiatry 2003; 160:290-296.
34 Newcomer JW, Haupt DW, Fucetola R, et al. Abnormalities in glucose regulation during antipsychotic treatment of schizophrenia. Arch Gen Psychiatry 2002; 59:337-345.
35 Hagg S, Soderberg S, Ahren B, et al. Leptin concentrations are increased in subjects treated with clozapine or conventional antipsychotics. J Clin Psychiatry 2001;62:843-848.
36 Melkersson KI and Hulting A-L. Insulin and leptin levels in patients with schizophrenia or related psychoses—a comparison between antipsychotic agents. Psychopharmacology 2001; 154:205-212.
37 Cohn TA, Remington G, and Kameh H. Hyperinsulinemia in psychiatric patients treated with olanzapine. J Clin Psychiatry 2002; 63:75-76.
38 Kingsbury SJ, Fayek M, Trufasiu D, et al. The apparent effects of ziprasidone on plasma lipids and glucose. J Clin Psychiatry 2001;62:347-349.
39 Meyer JM. A retrospective comparison of weight, lipid and glucose changes between risperidone- and olanzapine-treated inpatients: metabolic outcomes after 1 year. J Clin Psychiatry 2002;63:425-433.
40 Melkersson KI, Hulting A-L, and Brismar KE. Elevated levels of insulin, leptin, and blood lipids in olanzapine-treated paitents with schizophrenia or related psychoses. J Clin Psychiatry 2000;61:742-749.
41 Melkersson K, Khan A, Hilding A, and Hulting A-L. Different effects of antipsychotic drugs on insulin release in vitro. Eur Neuropsychopharmacol 2001;11:327-32
42 Ardizzone TD, Bradley RJ, Freeman AM, and Dwyer DS. Inhibition of glucose transport in PC12 cells by the atypical antipsychotic drugs risperidone and clozapine, and structural analogs of clozapine.
43 Sowell MO, Mukhopadhyay N, Cavazzoni P, et al. Hyperglycemic clamp assessment of insulin secretory reponses in normal subjects treated with olanzapine, risperidone or placebo. J Clin Endocrinol Metab 2002;87:2918-2923. Brain Res 2001;923:82-90.
44 Avram AM, Patel V, Taylor HC, et al. Euglycemic clamp study in clozapine-induced diabetic ketoacidosis. Ann Pharmacother 2001;35:1381-7.

Appears This Way
On Original

18

FDACDER 001475

---------------------------------------------------------------------
This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.
---------------------------------------------------------------------

```
/s/
---------------------
Andy Mosholder
6/26/03 04:49:51 PM
MEDICAL OFFICER


Mark Avigan
6/27/03 06:01:39 PM
MEDICAL OFFICER
```

Appears This Way
On Original

FDACDER 001476