arnett 20060906.txt

23  pressure in some of the data that I have reviewed did
24  not explain the excess risk associated with Vioxx.
25       Q.     Put in plain English that means that in

page 137
1   the data reviewed you couldn't see a correlation
2   between blood pressure increases and bad outcomes?
3            MR. GARRISON:  Object to the form.
4        A.     The data have not been provided to me in
5   that way.
6        Q.     Okay.
7        A.     In the published literature they have not
8   asked the independent question about blood pressure
9   and cardiovascular outcomes.
10       Q.     I just -- I just want to make sure that I
11  understood in plain English your answer which was
12  that you -- the data that you've looked at don't
13  establish a cause-and-effect relationship between
14  patients who had an increase in blood pressure in
15  studies and patients who had MIs?
16           MR. GARRISON:  Object to the form.
17       A.     From the data I reviewed I cannot answer
18  that question.
19       Q.     You agree that stroke is more -- that I'm
20  sorry, that blood pressure increase is more directly
21  correlated with stroke than with heart attack?
22       A.     They're both directly related to heart
23  attack and stroke.  Hypertension is a risk factor for
24  both.
25       Q.     Fair enough.  Do you agree -- I've seen

page 138
1   this in the epi literature.  So do you agree that
2   hypertension is a greater risk factor for stroke than
3   it is for heart attack?
4        A.     At the population level hypertension is
5   the -- usually one of the leading causes of stroke.
6   It's also a leading cause of heart attack.
7        Q.     And it is a greater cause of stroke than
8   it is of heart attack?
9        A.     You'll have to define what you mean by
10  greater.
11       Q.     It's a significant risk factor for heart
12  attack and stroke?
13       A.     Correct.
14       Q.     You would expect to see -- to the extent
15  that hypertension is playing a role in causing
16  adverse effects, you would expect to see both heart
17  attacks and stroke?
18       A.     Correct.  If it were purely mediated
19  through hypertension.
20       Q.     If hypertension were playing a
21  significant role, you would expect to see both heart
22  attacks and stroke?
23           MR. GARRISON:  Object to the form.
24       A.     Not necessarily because heart attacks and
25  strokes are multicausal.

page 139
1        Q.     Explain that to me.  I understand they're
2   multicausal, but I don't understand the not
3   necessarily part.
4        A.     Could you repeat your question?
                              Page 60

arnett 20060906.txt

5      Q.      Well, I said to you if hypertension was
6   playing a major role you would expect to see both
7   heart attacks and stroke.  That's true, isn't it?
8      A.      It's not true.
9      Q.      Why not?
10     A.      Because the imbalance between the
11  prostacyclin and thromboxane and platelet aggregation
12  may have a differential effect on cardiovascular
13  versus stroke.
14     Q.      Okay.  Let's just keep that out --
15     A.      If it's mediated by blood pressure, which
16  it may be, then, no, you would not expect that.  It
17  may or may not be true.
18     Q.      Let's keep the prostacyclin imbalance
19  piece straight for a minute because I didn't ask you
20  a question about whether you would expect to see the
21  same number of strokes as heart attack or not.  Isn't
22  it true that if hypertension were playing a
23  significant role you would expect to see an increase
24  in the risk of stroke?
25             MR. GARRISON:  Object to the form.

page 140
1      A.      I've answered your question.
2      Q.      I don't think you have.  And this is a
3   slightly different question.  Isn't it true that if
4   hypertension were playing a role you would expect to
5   see an increase in the number of strokes?
6             MR. GARRISON:  Object to the form.
7   Incomplete hypothetical.
8      A.      One -- in a population I would agree that
9   that is true in a general population.  This is a
10  treated population.  And the pharmacologic properties
11  of the drug may interact differently with
12  hypertension.
13     Q.      So there might be things about the drug
14  that undo any potential adverse effects of the
15  hypertension on stroke that counterbalance it?
16     A.      I can't say undo, but it could be
17  plausible that the coronary arteries have a different
18  pathophysiologic reaction --
19     Q.      I'm not asking --
20     A.      -- with Vioxx and hypertension.
21     Q.      I'm not asking heart attack versus
22  stroke.  I'm just asking stroke generally.  If you --
23  if hypertension played a role, you would expect to
24  see an increase in strokes, right?
25             MR. GARRISON:  Object to the form.

page 141
1      Q.      Unless there's something about Vioxx
2   that's stroke protective and that offsets the effect
3   of hypertension?
4             MR. GARRISON:  Object to the form.
5   Incomplete hypothetical.
6      A.      So in a population, untreated general
7   population, of individuals like were examined in
8   Cardia or the ARIC study, hypertension is a cause of
9   stroke and heart attack in both those populations.
10     Q.      Okay.  And if Vioxx were causing adverse
11  effects by virtue of raising blood pressure, you
12  would expect based upon what you know from the
13  general epi literature to see more strokes, wouldn't

Page 61

arnett 20060906.txt

14  you?
15       A.     No, I wouldn't.  And the reason is
16  myocardial infarction heart attack is the number one
17  cause of death.  Stroke is the number three cause of
18  death.  By sheer numbers you wouldn't expect to see
19  equal numbers.
20       Q.     Have you done any kind of a power
21  calculation or anything to see -- looking at all of
22  the studies that we have on Vioxx and the other
23  COX-2s, you know, how many more strokes should you
24  expect to see or how many patients would need to be
25  studied to see more strokes?

page 142
☐ 1       A.      I have evaluated the Konstam article
2  which is related to the 069 article which combines
3  all the OA studies together.  And there to find the
4  aggregate outcome which combines all of your outcomes
5  together, you had a less than 5 percent chance of
6  finding the correct answer about Vioxx being causal
7  in terms of cardiovascular disease.
8            So I as an epidemiologist would not
9  expect you to see more strokes or more heart attacks
10  because you didn't have enough power to see the
11  primary endpoint.
12       Q.     Where did you get that from?
13       A.     I created -- I worked my -- I conducted
14  my own power analysis.
15       Q.     Is that written down somewhere?
16       A.     It is.
17       Q.     Is it -- it's in your notes?
18       A.     Uh-huh.
19       Q.     Okay.  Can you show me where your power
20  analysis is?
21       A.     (Indicating.)
22       Q.     So your power analysis is a one-page
23  handwritten piece of eight-by-ten paper or
24  eight-by-eleven, whatever, that is clipped to the
25  Konstam article?

page 143
☐ 1       A.      Correct.
2       Q.     Okay.  Why don't we mark that as 4C and
3  it will still be copied with the other materials.
4            (Exhibit Arnett Number 4C
5            was marked for identification.)
6       Q.     Doctor, have you done any power analyses
7  of any other clinical trials individually or as a
8  group or any of the epi data to say that there was
9  insufficient power to see an adverse effect in terms
10  of stroke caused by Vioxx?
11       A.     I have not conducted an analysis
12  regarding stroke.
13       Q.     So you can't tell me whether you should
14  have seen, if hypertension were playing a role, an
15  increase in stroke in APPROVe, in VIGOR, in any of
16  the observational studies?
17       A.     I haven't evaluated that question.  In
18  aggregate, with the aggregate outcome, I did a
19  sensitivity analysis to evaluate my power three
20  different ways using three different programs.  And
21  in one program it won't even run because the power is
22  too low to even calculate.

Page 62

arnett 20060906.txt

23      Q.      That's in regard to the Konstam
24  meta-analysis?
25      A.      Correct.  I also have looked at the

page 144
 1  Shapiro meta-analysis and done some more work.  I
 2  haven't done power calculations within VIGOR because
 3  it was statistically significant.
 4      Q.      For stroke?
 5      A.      For the overall outcome combined.
 6      Q.      Okay.  Did you look at the results for
 7  stroke?
 8      A.      I have not looked separately at the
 9  results for stroke.
10      Q.      You agree that male gender is an
11  independent risk factor for cardiovascular events?
12      A.      I agree with that.
13      Q.      You agree that age is an independent risk
14  factor, increasing age?
15      A.      I agree.
16      Q.      Age over 50 is a risk factor for men?
17      A.      Aging is a risk factor.  I'll agree that
18  aging is a risk factor.
19      Q.      You agree that on a population basis men
20  between the ages of 50 and 60 is the largest group of
21  heart attack patients in this country?
22      A.      I haven't looked at the actual numbers.
23  But increasing age is associated with increasing
24  events.  So it would not surprise me because they're
25  more abundant in 65 and older.

page 145
 1      Q.      Nothing surprising based on the
 2  epidemiology about a man in his 50s having a heart
 3  attack?
 4      A.      The absolute risk for a male in his 50s
 5  is lower than the absolute risk for a man in his 60s.
 6      Q.      If that were the only risk factor?
 7      A.      Yes.
 8      Q.      Am I right that you published that
 9  socioeconomic status can be a risk factor?
10      A.      I have.
11      Q.      You believe it's an independent risk
12  factor?
13      A.      I believe it's mediated through other
14  risk factors.
15      Q.      Which are?
16      A.      Poor nutrition, sedentary lifestyle
17  primarily.
18      Q.      Is poor nutrition a risk factor for a
19  heart attack?
20      A.      Overnutrition is a risk factor.
21      Q.      Being too fat?
22      A.      Although it's not consistent -- that
23  relationship is not as consistent as other risk
24  factors across all studied population.
25      Q.      You agree that abdominal fat, visceral

page 146
 1  fat is cardiotoxic?
 2      A.      It's -- I will agree that visceral fat is
 3  associated with a worse metabolic profile.
 4      Q.      Do you agree that visceral fat is now
                        Page 63

arnett 20060906.txt

5  considered to be not just inert fat anymore; it's
6  actually considered to have an active role in causing
7  adverse cardiac effects?
8        MR. GARRISON:   Object to the form.
9        A.      The mechanisms whereby it is mediating
10 the excess cardiovascular risk are thought to be
11 related to metabolic consequences of the viscerally
12 adipose.
13       Q.      Have you reviewed the literature on
14 abdominal adiposity on visceral fat?
15       A.      I've authored papers about it.
16       Q.      Are they on your CV?
17       A.      They are.  Genetics of Metabolic
18 Syndrome.
19       Q.      So these are looking at genetic causes of
20 metabolic syndrome?
21       A.      Or a common gene that would mediate
22 metabolic syndrome.
23       Q.      Any literature on the actual role of
24 visceral fat in causing cardiovascular disease?
25       A.      I've written a lot of papers.  So let me

page 147
1  think back because I've had students that have worked
2  in this area.  So I'm happy to review my CV if you'd
3  like me to.
4        Q.      I don't want to take up too much time,
5  but on a break I'll be happy to let you take a look.
6  I'll make a note of it, and I'll even try to remind
7  you.
8                Do you have some quantitative way of
9  defining sedentary lifestyle?
10       A.      The papers that I publish regarding
11 sedentary lifestyle have -- this is the Minnesota
12 Heart Survey that I conducted in Minnesota.  And we
13 quantified it based on self-report.  But we didn't
14 evaluate in relation to risk.
15       Q.      So if I reported I'm sedentary, I don't
16 do anything active?
17       A.      It's usually quantified -- I'm thinking
18 back because I worked in the ARIC study and the
19 Minnesota Heart Study on physical activity.  In the
20 ARIC study we used the Bocci questionnaire, which is
21 a standard epidemiological form for collecting
22 physical activity.  And the Heart Survey we used the
23 Taylor questionnaire, another systematic way of
24 collecting activity measures.  And it was on the
25 basis of a home interview question, "Do you exercise

page 148
1  more than three times per week regularly," that we
2  quantified physical inactivity.
3        Q.      So if somebody exercised less than three
4  times weekly regularly, they would be considered
5  inactive?
6        A.      Correct, in Minnesota Heart Survey.
7  Other studies may do it differently.
8        Q.      Sleep apnea, have you reviewed that
9  literature related to risk of heart attack?
10       A.      I'm generally aware of the association.
11 I have not written about sleep apnea.
12       Q.      Do you believe that sleep apnea is
13 associated with increased risk of heart attack?

Page 64

arnett 20060906.txt

14      A.      In general I would agree with that
15 statement, but I have not reviewed specific detailed
16 studies.
17      Q.      Do you believe that sleep apnea causes
18 heart attack?
19      A.      I've already answered I haven't reviewed
20 the literature.  It's generally accepted that it is a
21 risk factor.
22      Q.      Okay.  What I'm trying to understand is
23 you said it's associated with, and I didn't know if
24 there is a difference -- there is a difference, am I
25 correct, between association and causation?

page 149
 1      A.      There is indeed.
 2      Q.      And can you define for me the
 3 difference?
 4      A.      In epidemiology we deal with association
 5 primarily to form opinions about causation.  And if
 6 you're a true -- in the truest sense of the
 7 scientific process no one can prove causation.  We
 8 can only fail to disprove causation.
 9      Q.      Is there a line that you think of as
10 crossing in terms of the quality or the quantity of
11 the data when one moves from association to
12 causation?
13      MR. GARRISON:  Object to the form.
14      A.      I rely on evidence that fits into the
15 general terms of the Bradford Hill criteria.
16      Q.      Do you believe -- do you believe that --
17 would you say that -- and it's perfectly fair if you
18 say you haven't reviewed the literature enough to
19 have an opinion.  Would you say that sleep apnea is
20 known to be a cause of heart attack?
21      MR. GARRISON:  Objection, asked and
22      answered.
23      A.      I can't answer that.  I haven't reviewed
24 the literature.
25      Q.      Would you say that hypertension is known

page 150
 1 to be a cause of heart attack?
 2      A.      Based on the clinical trial evidence that
 3 suggests that reducing blood pressure lowers risk, I
 4 will agree that hypertension is a cause of
 5 cardiovascular disease.
 6      Q.      Including heart attack or can you not be
 7 that specific?
 8      A.      Including heart attack.
 9      Q.      Would you say that abnormal lipids cause
10 heart attacks?
11      MR. GARRISON:  Object to the form.
12      A.      Can you define abnormal lipids?
13      Q.      I'll break it up for you.  Would you say
14 that reduced HDL is a cause of heart attacks?
15      MR. GARRISON:  Object to the form.
16      A.      It is associated with heart attacks.
17      Q.      In your mind it hasn't been proved as a
18 cause?
19      A.      They're -- as an epidemiologist I rely
20 most substantially on clinical trial data.  And there
21 are very few -- I'm not aware of -- there may be
22 studies done.  I've not extensively reviewed the
Page 65

arnett 20060906.txt

```
23   literature on raising HDL and reducing events because
24   I haven't reviewed that literature, so I can't
25   comment on the specifics.  I will say there's an

page 151
 1   association.
 2        Q.       Can you answer the question if I asked
 3   you about elevated LDL?
 4        A.       Elevated LDL I will agree because the
 5   clinical trial evidence is a cause of myocardial
 6   infarction.
 7        Q.       What about triglycerides?
 8        A.       Triglycerides is an ambiguous area.
 9   There is no defined answer.
10        Q.       And would you agree with me that there is
11   a great deal of data on HDL even if it's not enough
12   to get from association to causation?
13        A.       There have been epidemiologic data that
14   have established the association between low HDL and
15   myocardial infarction.
16        Q.       Lipids and hypertension have been very
17   extensively studied, correct?
18        A.       That's correct.
19        Q.       And in literally hundreds of thousands of
20   patients?
21        A.       By studies you mean epidemiologically?
22        Q.       Yes.
23        A.       Yes.
24        Q.       Literally hundreds of thousands of
25   patients --

page 152
 1        A.       Yes.
 2        Q.       -- over generations?
 3        A.       Well, I won't say over generations, but
 4   over a generation, the Framingham Heart Study.
 5        Q.       Over decades?
 6        A.       Over decades, I will agree with that.
 7        Q.       And those data are very robust because
 8   they show a consistent association between those risk
 9   factors and bad cardiac outcomes, correct, including
10   heart attack?
11        A.       Correct.
12        Q.       Do you consider depression to be
13   associated with heart attack?
14        A.       I have not reviewed that literature.  In
15   general I know that there are reports of an
16   association.
17        Q.       But that's not something you consider
18   yourself an expert enough to have an opinion on one
19   way or the other?
20        A.       I do not have an opinion one way or the
21   other.
22        Q.       Now, did you ever form an opinion based
23   on the observational data as to whether hormone
24   replacement therapy was or was not protective against
25   heart attack risk?

page 153
 1                 MR. GARRISON:  Object to the form.
 2        A.       I won't take it.  No, I have not.  I have
 3   not -- the literature -- after the Women's Health
 4   Initiative --
```

Page 66

arnett 20060906.txt

5      Q.      I'm really asking you before the Women's
6  Health Initiative.
7      A.      Could you restate the question?
8      Q.      Okay.  Would -- I'm asking it badly.
9  Based -- at the time where there was a fair bit of
10 observational data on hormone replacement therapy but
11 no controlled clinical trial, did you have an opinion
12 as to whether it was protective?
13              MR. GARRISON:  Object to the form.
14     A.      The evidence at that time was suggestive
15 but not consistent about its protective role.  That's
16 why they launched the Women's Health Initiative.
17     Q.      And in what way was that data not
18 consistent?
19     A.      It was suggestive that women who took
20 hormone replacement therapy may be better educated.
21 And, therefore, it may just simply be a marker for
22 other, education, lifestyle.
23     Q.      Fair to say there were observational
24 studies that repeatedly suggested a reduced risk of
25 heart attack with hormone replacement therapy, but it

page 154
 1  wasn't clear if those studies were confounded by
 2  other things that were going on, like socioeconomic
 3  status or education?
 4      A.      I have not reviewed those data in many,
 5  many years.  And I can't tell you specifically if
 6  it's risk because risk as an epidemiologist implies
 7  very carefully done studies prospective in nature.
 8  And I have not reviewed that literature.
 9      Q.      Would you agree with me that hormone
10 replacement therapy is an example of an situation
11 where the observational data seem to lead to one
12 conclusion and then the controlled clinical trial
13 came out and it undermines the conclusion of the
14 observational data?
15      A.      The observational data about hormone
16 replacement therapy were, as I already said,
17 inconsistent.  And so I can't say that it disagreed
18 with the totality of evidence.  There was sufficient
19 question about its causal role to launch a clinical
20 trial.
21      Q.      And you consider placebo-controlled
22 clinical trials the gold standard for determining
23 causation?
24      A.      I consider randomized blinded clinical
25 trials to be the highest form of testing causation.

page 155
 1  But, again, causation as an epidemiologist is a
 2  failure to refute a hypothesis.  It doesn't prove it,
 3  but we fail to refute it.
 4      Q.      The -- would you agree that diabetes
 5  causes heart attack?
 6      A.      There's longstanding evidence about
 7  associations between diabetes and heart attack.
 8  There is -- the data, however, about the role of
 9  prevention of the diabetic state -- here I'm talking
10 about hyperglucose levels, for instance, in some of
11 the trials -- is not as clearcut about whether
12 reducing the effects of diabetes are -- prevent
13 cardiovascular disease.  That data is not as sound.
                    Page 67

arnett 20060906.txt

14  The association data for diabetes and cardiovascular
15  disease are robust.  But I can't tell you whether it
16  meets what I would hold as causal.
17        Q.        You haven't reviewed that literature well
18  enough to say whether it's causal or not?
19        A.        Actually I have reviewed that
20  literature.  I just wrote a grant.  It didn't make
21  the grade for funding yet but -- on the
22  cardiovascular consequences of diabetes.  So that's
23  why I know quite a bit about diabetes and
24  cardiovascular disease.
25        Q.        Okay.  But you're not prepared to say

page 156
□ 1  whether there's a causal relationship between
 2  diabetes and heart attack?
 3        A.        I've already said there's an association.
 4        Q.        That's what I want to know, whether it
 5  rises to the level of causation in your mind or not?
 6        A.        In my mind I -- the clinical trial data
 7  from the DCCT with only one study don't give me
 8  sufficient consistency between studies to label it
 9  causation.
10        Q.        What's the one study?
11        A.        The DCCT.
12        Q.        Okay.
13        A.        You know, there's ongoing studies now
14  about this very question.  The ACCORD study, for
15  instance.
16        Q.        Doctor, I'm not asking you about glucose
17  levels.  I'm asking you about diabetes.
18        A.        Diabetes is a syndrome.  It's
19  characterized by glucose levels.
20        Q.        Doctor, would you agree that diabetes was
21  one of the things that was looked at in the
22  Framingham studies?
23        A.        When you say looked at, could you be more
24  specific?
25        Q.        As one of the risk factors in the list of

page 157
□ 1  risk factors that was considered.
 2        A.        Type II diabetes in Framingham has been
 3  evaluated.
 4        Q.        And multiple studies have found that
 5  diabetes increases the risk of having a
 6  cardiovascular event including heart attack?
 7        A.        That is true.
 8        Q.        And that's looking at that question in
 9  hundreds of thousands of patients?
10        A.        I don't know about the hundreds of
11  thousands.  But there is consistent evidence about
12  its risk factor status for cardiovascular disease.
13        Q.        Okay.  Now, in looking at the question of
14  causation you're looking for consistency in studies
15  over time, correct?
16        A.        That's one of my criteria.
17        Q.        What are your other criteria?
18        A.        First, I evaluate the role of chance, the
19  role of bias in studies, in internal and external
20  validity of studies.  I evaluate the strength of the
21  association, the biological plausibility of the risk
22  factor, the consistency across studies, and the
                      Page 68

arnett 20060906.txt
23   hierarchy of study type.  As I said clinical trials,
24   randomized double-blinded clinical trials, to me
25   provide the best evidence.

page 158
 1         Q.       Did you say placebo-controlled?
 2         A.       I did not.
 3         Q.       And do you not think that
 4   placebo-controlled trials provide better data than
 5   trials against an active comparator if you're looking
 6   at absolute risk?
 7         A.       Can you describe better?  Better to me
 8   means probably something different than to you.
 9         Q.       Well, if you do a study against an active
10   comparator, one of the problems in your analysis is
11   going to be whether your study drug is causing the
12   effect or whether there's something going on with the
13   active comparator, correct?
14         MR. GARRISON:  Object to the form.
15         A.       If there's been an -- if that active
16   comparator in its development has been compared to
17   placebo and we can quantify its effects through that,
18   then I don't see them as different.
19         Q.       But if the active comparator has not been
20   compared to placebo or if there's insufficient data
21   to say whether it's comparable to placebo, then you
22   can have a problem of not knowing whether your study
23   drug is causing the effect or the active comparator
24   is causing the effect?
25         MR. GARRISON:  Object to the form.

page 159
 1         A.       There you would have to rely on the
 2   totality of the evidence for that comparator.
 3         Q.       And if the totality of evidence on the
 4   comparator is insufficient, you might not be able to
 5   know whether there's -- you're seeing an effect of
 6   your drug or of the comparator?
 7         MR. GARRISON:  Object to the form.
 8         A.       I can't agree with that.
 9         Q.       Why not?
10         A.       Because you look at the totality of the
11   pharmacologic data, animal studies, studies done in
12   the early dose ranging studies.  You look at the
13   totality of all work done on that project.
14         Q.       Yeah, but a totality may be inadequate.
15   Totality may not have answered the question.  And if
16   it doesn't then -- and you've given me examples of
17   situations where people have done lots of studies on
18   lots of patients and still you would say there
19   remains a question out there about whether something
20   causes an effect or not, right?
21         MR. GARRISON:  Object to the form.
22         Q.       We've just been spending 15 or 20 minutes
23   talking about that, correct, situations where there's
24   lots of study, lots of data, but you still -- you
25   can't quite draw a conclusion yet?

page 160
 1         A.       Well, no.  Let's be very specific about
 2   what I said.  Specifically I said that I use
 3   randomized trials, randomized clinical trials.  So I
 4   don't want to go under this broad group of studies.
                          Page 69

arnett 20060906.txt
```
 5    In the absence of randomized clinical trial
 6    experimental data, I reserve my opinions about
 7    causation.
 8         Q.    Okay.
 9         A.    And even in the presence of the
10    randomized clinical studies, if they're not well
11    done, they don't have good internal validity and
12    external validity, I couldn't answer the questions
13    about causation.
14         Q.    Okay.  If they're not adequate randomized
15    controlled clinical trials to answer the question of
16    whether a particular agent is or is not comparable to
17    placebo and if that agent is used as a comparator for
18    another agent at trial, you would have the problem of
19    not knowing whether the effects you were seeing in
20    the trial were the result of the drug you were
21    studying or the result of something going on with the
22    comparator?
23              MR. GARRISON:  Object to the form.
24    Incomplete hypothetical.
25         A.    I've answered your question.  And I'm
```
page 161
```
 1    assuming -- I'm not going to assume anything.  I've
 2    answered your question.
 3         Q.    I don't think you have.
 4              MS. FRIEWALD:  Can you read back the
 5    question.  And I'm going to ask the doctor to
 6    answer it.
 7              (Requested portion read.)
 8              MR. GARRISON:  Object to the form.  Asked
 9    and answered.
10              If you feel like you've answered it, you
11    don't need to answer it again.
12              MS. FRIEWALD:  You don't need to coach
13    the witness.
14    BY MS. FRIEWALD:
15         Q.    You can answer the question.
16              MR. GARRISON:  Keep asking questions that
17    are repetitive and I'm going to tell her.
18              MS. FRIEWALD:  Are you instructing the
19    witness not to answer?
20              MR. GARRISON:  I think she's already
21    answered it.  It's up to her whether she wants
22    to answer it again.  She's already --
23              MS. FRIEWALD:  Actually it's not.
24    BY MS. FRIEWALD:
25         Q.    Can you answer --
```
page 162
```
 1         A.    This is my last time.  In the total -- in
 2    that situation you use the totality of evidence about
 3    each agent, the active agent you're studying and the
 4    comparator.
 5         Q.    Okay.
 6         A.    You don't function in a vacuum as a
 7    scientist.
 8         Q.    And if the totality of the evidence about
 9    the comparator is inconclusive or you just don't know
10    or nobody has ever really looked at the question
11    before, you have to -- you have to acknowledge that
12    and deal with it, right?
13         A.    Well, tell me how it got through the FDA
```
Page 70

arnett 20060906.txt

14   if it's so inconclusive.
15      Q.      I'm asking a general question.
16      A.      I'm answering generally.
17      Q.      You can only go on what you know,
18   correct?
19              MR. GARRISON:  Object to the form.  I
20      will -- what you know about what?
21      Q.      Let me ask you this question.  Are you
22   going to testify that at the time of the VIGOR study
23   that there was adequate clinical data to know that
24   naproxen was comparable to placebo?
25      A.      I will testify that at the time of VIGOR

page 163
 1   there were no clinical trials of Naprosyn versus
 2   placebo, but there were substantial numbers of
 3   observational studies that had evaluated -- that have
 4   subsequently evaluated the effect of Naprosyn.  But
 5   Naprosyn had been evaluated -- has been on the market
 6   for years, and no one has used it as a cardiovascular
 7   protective drug.
 8      Q.      I didn't ask you that question.  Do you
 9   --
10              MR. GARRISON:  She's answering your
11      question.  Objection, argumentative.
12              MS. FRIEWALD:  I'm going to ask you to
13      stop coaching the witness.
14              MR. GARRISON:  I'm not coaching the
15      witness.  But when you start bullying the
16      witness and being argumentative with her, I'm
17      going to step in.  I'm telling you that right
18      now.
19              MS. FRIEWALD:  I think the record will
20      reflect that I'm being about as unbullying --
21              MR. GARRISON:  Well, argumentative.
22      Let's put it that way.
23              MS. FRIEWALD:  -- as I can be.
24              MR. GARRISON:  Argumentative, a better
25      word.

page 164
 1              MS. FRIEWALD:  Yeah, I think the image of
 2      me as a bully would be a hard one for you to
 3      pull over.
 4              MR. GARRISON:  Point made on that one.
 5      Argumentative.
 6   BY MS. FRIEWALD:
 7      Q.      Doctor, are you pointing me to any
 8   observational study where Naprosyn was dosed 500
 9   milligrams twice a day in the manner it was used in
10   VIGOR and where the data failed to show a reduced
11   risk of MI with Naprosyn?
12              MR. GARRISON:  Object to the form.
13      A.      I have not reviewed the Naprosyn data.
14      Q.      Do you know what, if any, studies were
15   done to look at the cardiovascular risks or benefits
16   of Naprosyn before it was approved as a prescription
17   pharmaceutical?
18      A.      I can only speak generally that the FDA
19   requires placebo-controlled studies.
20      Q.      Do you know if there were any done on CV
21   effect with Naprosyn?
22      A.      I have not reviewed the literature or the
                         Page 71

arnett 20060906.txt

23   FDA or the NDA for Naprosyn.
24        Q.     And, in fact, there are observational
25   data that do show a protective effect with Naprosyn,

page 165
 1   right?
 2        A.     There are clinical trials now that show
 3   the cardiovascular damage from Naprosyn.
 4        Q.     There are observational studies that show
 5   protective effect, correct?
 6        A.     There is a -- I have not reviewed the
 7   Naprosyn data.
 8        Q.     So are you --
 9        A.     Somewhere in my -- in reading through
10   reports I recall that Graham, I believe, published
11   that there was a somewhat protective effect, but a
12   very slight protective effect, in his meta-analysis.
13        Q.     Have you attempted to gather and review
14   all of the data and form an opinion as to whether the
15   totality of data shows whether Naprosyn may have a
16   protective effect?
17        A.     I have not.  I've reviewed the Juni
18   article where Juni also did the meta-analysis of the
19   observational studies for Naprosyn.
20        Q.     Are you aware that the FDA has as
21   recently as April of 2005 concluded that the Naprosyn
22   may be cardioprotective when dosed at 500 milligrams
23   twice a day?
24        A.     I'm not aware of that.  But I am aware of
25   the ADAPT trial that showed it to be -- to cause

page 166
 1   cardiovascular disease.
 2        Q.     Do you know what the results of ADAPT
 3   were?
 4        A.     On the NIH Web site they discuss the
 5   excess risk associated with Naprosyn.
 6        Q.     Did you actually read ADAPT?
 7        A.     It's not public that I've been able to
 8   find.
 9        Q.     Do you know how Naprosyn was dosed in
10   ADAPT?
11        A.     I do not.
12        Q.     And do you -- so you have not reviewed
13   the FDA's statement that Naprosyn may be protective?
14             MR. GARRISON:  Objection, asked and
15   answered.
16        A.     I have not reviewed it.  If you have it,
17   I'd be happy to review it now.
18        Q.     Doctor, is your primary authority on
19   Naprosyn the Juni study?
20             MR. GARRISON:  Object to the form.
21        A.     I have not reviewed the Naprosyn
22   literature.  I have reviewed the Juni study and
23   recall seeing it in the Graham meta-analysis.
24        Q.     Do you use Framingham risk factors in
25   your work?

page 167
 1        A.     Could you restate --
 2        Q.     Do you use the Framingham studies to --
 3   I'm going to start that one more time.  Have you in
 4   the course of your normal work, not your litigation

Page 72

arnett 20060906.txt

5    work, but your regular academic work, have you used
6    the Framingham studies to say that any particular
7    risk factor carries a specific point estimate of
8    risk?
9         A.      I'm aware of the Framingham risk
10   calculation.  I have not personally used it in my
11   work.
12        Q.      Do you agree that you can't use the
13   Framingham data that looks at population-wide risk
14   and attempt to say that that proves that in any
15   individual patient those risk factors would have a
16   particular point level of risk?
17             MR. GARRISON:  Object to the form.
18        A.      I would agree that as epidemiologists
19   we've been concerned for years about the
20   extrapolation of Framingham to other populations.
21   And so I'm not -- I know that people have done that
22   and have used that.  I personally haven't put a great
23   deal of value on that and haven't interacted with
24   individuals to --
25        Q.      I think you've answered a slightly

page 168
1    different question, but it was a helpful answer.  So
2    let me see if I understand what you said.  Framingham
3    looked at a very particular population of people,
4    correct, the population of Framingham, Massachusetts?
5         A.      Correct.
6         Q.      And that was a predominantly white
7    cohort, for example, correct?
8         A.      Correct.
9         Q.      And it was a predominantly middle-class
10   cohort, correct?
11        A.      Correct.
12        Q.      And they looked at patients who were, if
13   I have my numbers right, generally between the ages
14   of 20 and 74, correct?
15        A.      In their original cohort, they were older
16   than 20.  As they've aged they've added the
17   offspring.
18        Q.      Okay.  I was less certain about the
19   bottom end of the age range.  But I did remember --
20   and I think you're telling me I'm right -- that the
21   original cohort, they didn't even look at anybody
22   over the age of 74?
23        A.      I haven't -- it's been a while since I
24   looked at Framingham.
25        Q.      Fair enough.  Fair enough.  So one of the

page 169
1    risks of epidemiology is taking the results that were
2    found when that group was looked at over a period of
3    about ten years in terms of cardiovascular risk and
4    cardiovascular outcomes and trying to apply those to
5    other populations, correct?
6         A.      There have been sensitivity analyses that
7    have looked at the utility of Framingham and other
8    cohorts including the ARIC cohort in which I was
9    involved.  And surprisingly across different
10   populations the risk estimate has been robust.  But I
11   have not reviewed that literature recently and would
12   not -- will not offer an opinion about that.
13        Q.      I thought that you were trying to suggest
                              Page 73

arnett 20060906.txt

14  to me that one has to at least be cautious in
15  applying Framingham to other kinds of populations.
16      A.      As epidemiologists we are cautious.
17      Q.      The first question I tried to ask was a
18  little bit different.  And that was about the danger
19  -- the question I was trying to ask was about the
20  dangers of taking population data like Framingham and
21  trying to apply directly to any individual patient.
22  And would you agree with me that that is a -- an
23  inappropriate thing to try to do?
24              MR. GARRISON:  Object to the form.
25      A.      Well, it's interesting because I think

page 170
 1   about an hour ago you were asking me to do that very
 2  thing for blood pressure, will 120 to 122 increase a
 3  person's risk.
 4      Q.      We were having a discussion about
 5  population, okay?
 6      A.      No.  Actually you wanted me to talk about
 7  individuals at that time.  So we have to be
 8  consistent.
 9      Q.      Fine.  That's fine.  I was actually
10  probably asking my question badly.  I'm happy to
11  ask -- that's the question I was asking before on a
12  population basis.  And if it wasn't clear, I'll go
13  back.
14      A.      No.  We beat that one up pretty badly.
15      Q.      Okay.  Do you agree that it is
16  inappropriate to try and take risk calculations, risk
17  numbers, that are derived from Framingham on a
18  population basis and apply them directly to any
19  individual patient?
20      A.      I will not agree to that.
21      Q.      Why not?
22      A.      As I've said, I'm not going to testify to
23  the expertise about how different equations fit among
24  different populations.  Generally I will say as an
25  epidemiologist that the Framingham risk function has

page 171
 1   served well across multiple populations.
 2      Q.      Okay.
 3      A.      So you would have to invoke caution, but
 4  I --
 5      Q.      Under the heading of, I guess, we have to
 6  make sure that we don't try to have it both ways, you
 7  didn't want to apply what you knew generally about
 8  blood pressure to an individual patient earlier.  And
 9  I assume that it is true that you would say it would
10  be improper for -- just by way of example to say in
11  Framingham the relative risk of smoking, for example,
12  was X, therefore, Mr. Jones' risk as a smoker is X?
13              MR. GARRISON:  Object to the form.
14  Argumentative.
15      A.      So the Framingham risk -- can you
16  describe to me how the Framingham risk equation is
17  used?
18      Q.      I'm going to ask the questions in the
19  deposition.
20      A.      Well, in order for me to answer your
21  question I need to understand that you're asking me
22  the question that I think you're asking.
                        Page 74

arnett 20060906.txt

23        Q.     Okay.  If I need to clarify my question,
24   I will.  But I'm not -- I'm not understanding what
25   the clarification needed is.

page 172
 1        A.     So I don't understand your question.
 2        Q.     Okay.  Do you agree that it would be
 3   improper to say that you -- that if Framingham found
 4   on a population basis that there was a certain point
 5   estimate associated with a certain risk that that
 6   necessarily means that there is the same point
 7   estimate, not just on a population basis, but applied
 8   to an individual patient?
 9             MR. GARRISON:  Object to the form.  Asked
10        and answered.
11        A.     I won't agree with the "improper"
12   comment.  I won't agree that you would not use
13   Framingham risk equations to evaluate for a given
14   individual what his or her probability of disease is
15   for that very finite small number of risk factors
16   that go into that equation.
17        Q.     Framingham does include a very small
18   number of risk factors.  Is that what you're saying?
19        A.     In their risk equation?
20        Q.     Yes.
21        A.     I think that it's the major six risk
22   factors.  And the purpose of using it on any
23   individual would be to estimate a risk over a certain
24   period.
25        Q.     Okay.  So Framingham looks at a risk over

page 173
 1   a period of time, correct?
 2        A.     Correct.
 3        Q.     And you can't say, well, if the risk in
 4   one Framingham study, for example, in the Wilson
 5   study in 1998 found a 1.68 risk of smoking that
 6   means that in every patient in the world that the
 7   relative risk of smoking is 1.68?  You can't say
 8   that, can you?
 9             MR. GARRISON:  Object to the form.
10        A.     I'm not trying to not answer your
11   question.  I'm trying to be very careful and precise
12   about how I answer your question.  That equation is
13   derived as a risk function.  A risk function is a
14   probability of having an event given these parameters
15   that are estimated from the composite of data in the
16   Framingham study.  So that equation is derived in
17   Framingham.  That equation from my general knowledge
18   has held up across other populations.  And all that
19   would be derived out of that for an individual would
20   be their probability of an event over a specified
21   time given their status of risk factors.  That's all
22   you get.  Whether a person has or hasn't any event is
23   a one or zero phenomenon.
24        Q.     So you can't say -- you certainly can't
25   use Framingham to say that because the person smoked

page 174
 1   they had a heart attack?
 2             MR. GARRISON:  Object to the form.
 3        A.     We could say that smoking is a
 4   contributor to the heart attack.
                              Page 75

arnett 20060906.txt

5        Q.      On a population basis you can say that
6   smoking contributes to heart attack, but you can't
7   use Framingham to say that smoking contributed to the
8   heart attack in any individual patient?
9               MR. GARRISON:  Object to the form.
10       A.      The whole risk -- the whole goal of
11  epidemiology is to identify risk factors.  So it is a
12  risk factor.
13       Q.      On a population basis.  But what goes on
14  in an individual patient may be that that person
15  would have had a heart attack whether he smoked or
16  not because he had such a strong family history,
17  right?
18              MR. GARRISON:  Object to the form.
19       Q.      Or because he was morbidly obese?
20              MR. GARRISON:  Object to the form.
21       Q.      Correct?
22       A.      I will agree that cardiovascular disease
23  is multicausal.  I would agree that we evaluate risk
24  factors for individuals.
25       Q.      And that in any given individual you

page 175
1   can't say whatever you know about the general
2   relative risk on the population, you can't say what
3   the actual cause was?  You can make assumptions based
4   on the population, but you can't actually say in this
5   patient it was the cause?
6               MR. GARRISON:  Object to the form.
7        A.      I'm not answering about clinical
8   questions about a particular subject.  So in general
9   we use these estimates from populations to inform
10  patients about their risk.  So in that way we're
11  assuming that subjects are using them.  The American
12  Heart Association uses Framingham all the time to
13  advise patients.
14       Q.      In terms of risk modification going
15  forward, but not in terms of ferreting out the cause
16  of an event after it's happened?
17       A.      I'm not -- I don't deal with clinics and
18  patients.  I don't know what doctors do at any given
19  point.
20       Q.      Doctor, do you agree that patients who
21  are based on population estimates in low risk
22  categories still have heart attacks?
23       A.      On a population basis our risk factors
24  don't explain all of the events.
25       Q.      There are -- scientists such as yourself

page 176
1   have theorized that there may well be many other risk
2   factors that are not fully understood at this point
3   and that will explain or contribute to our
4   understanding of the explanation of heart attacks?
5        A.      Could you restate that question?
6        Q.      There are quite likely many risk factors
7   that we don't yet know about and that are
8   contributing to heart attacks in our population.
9        A.      I disagree with that statement.
10       Q.      Okay.
11       A.      The major risk factors for cardiovascular
12  disease have been well described.  The newer ones
13  that have come on the market, so to speak, like CRP
                        Page 76

arnett 20060906.txt

14  have not conclusively been shown to add more than the
15  standard risk factors.  So I don't know that there
16  are hundreds of risk factors out there waiting to be
17  discovered.  I hope they're genetic, though.
18      Q.      Do you believe that there are -- you said
19  that the current list of risk factors do not fully
20  explain why people have heart attacks.
21      A.      Uh-huh.
22      Q.      Correct?
23      A.      Correct.
24      Q.      People have heart attacks sometimes for
25  no reason that we can explain looking at risk

page 177
□ 1  factors, correct?
 2              MR. GARRISON:  Object to the form.
 3      A.      That's true.
 4      Q.      People who appear to have few risk
 5  factors or no risk factors have heart attacks?
 6      A.      It's rare but it is true.
 7      Q.      And sometimes people with many risk
 8  factors manage not to have heart attacks?
 9      A.      Eventually everyone dies and usually it's
10  of a heart attack.
11      Q.      So if somebody has a lot of risk factors
12  for a heart attack, you would expect that sooner or
13  later they're going to have a heart attack?
14              MR. GARRISON:  Object to the form.
15      A.      Over the course of a lifetime.  Over the
16  course of a lifetime MI is the leading cause of
17  death.
18      Q.      And so --
19      A.      So mathematically one would assume that.
20      Q.      You talked about consistency of studies,
21  Doctor.  And when you look at observational data you
22  have to look at whether they are consistent in terms
23  of showing an effect across patient populations,
24  correct?
25      A.      One of the consistency features is across

page 178
□ 1  populations.
 2      Q.      And when you're looking at whether a
 3  medication has in effect one of the consistency
 4  features is whether it consistently has the effect at
 5  a particular dose?
 6      A.      Dose response is a criteria that would be
 7  evaluated, but not all drugs function in the typical
 8  dose response fashion.
 9      Q.      I think that's a little bit different
10  question than what I was asking, but let's go with
11  that for starters.  You would expect -- a dose
12  response relationship which I understand to mean you
13  see more bad stuff happening at higher doses than
14  lower doses, it's typically viewed as important to
15  confirming that a drug is having an adverse effect,
16  correct?
17      A.      I can't say that for all drugs because
18  each drug is different.  Some have a plateau effect
19  after a certain dose.
20      Q.      Dose response is one of the Bradford Hill
21  criteria?
22      A.      That is correct.  But that was based on
                        Page 77

arnett 20060906.txt
23  epidemiological data and not pharmacologic data.
24       Q.       And epidemiologically for most drugs you
25  would expect one of the things that you look for and

page 179
 1   that is confirmation of an adverse drug effect is
 2  that there are worse effects with higher doses,
 3  correct?
 4       A.       I can't say that for all drugs.  As I've
 5  said, some drugs have a plateau effect.  And once you
 6  get to that plateau raising the dose is not going to
 7  increase efficacy or toxic effects.
 8       Q.       Assuming there is no plateau effect and
 9  assuming that it's related to -- assuming there is no
10  plateau effect you would expect to see a dose
11  response relationship between dose and adverse
12  outcome?
13                MR. GARRISON:  Object to the form.
14       Incomplete hypothetical.
15       A.       For every drug there could be a unique
16  profile.  I'd want to know the pharmacological
17  properties of that drug.
18       Q.       Let's just keep it general.  As a general
19  matter dose response is considered an important thing
20  to look for in confirming that a drug is causing an
21  effect?
22       A.       Generally speaking that's true.
23       Q.       And --
24       A.       But if you -- if your lowest dose is
25  already above the threshold, then you won't see dose

page 180
 1   response.
 2       Q.       And seeing a lack of an effect at a lower
 3  dose -- strike that.
 4                Seeing an effect at a higher dose doesn't
 5  mean that you will see that same effect at a lower
 6  dose?
 7       A.       It depends on the pharmacological
 8  properties of the drug.
 9       Q.       And one of the things you look for in
10  terms of consistencies in a study is seeing that at a
11  given dose the adverse effect continues to appear?
12       A.       That depends on how well powered studies
13  are to detect such an effect.
14       Q.       So if you have several observational
15  studies and some show an effect and some don't show
16  an effect, that would be an inconsistency in the
17  studies?
18       A.       As I've said, I don't simply look at
19  statistical evidence.  I look at the totality of
20  evidence including internal and external validity,
21  bias, confounding by other indications.
22       Q.       Are there any studies, any observational
23  studies of Vioxx, that failed to show an increased
24  risk of heart attack and that you will say failed to
25  show that effect because they were underpowered or

page 181
 1   improperly designed in some way or confounded by some
 2  bias?
 3       A.       I have not reviewed the observational
 4  data.  As I've said, I relied on the clinical trial
                        Page 78

arnett 20060906.txt

5   evidence because to me it has the strongest
6   scientific relevance.
7        Q.      You haven't reviewed the observational
8   data even to see whether it confirmed or rebutted
9   what you say are the conclusions of the clinical
10  trials?
11       A.      It was to me irrelevant once the clinical
12  trial data showed what they did.
13       Q.      And the clinical trial data that you're
14  relying on is 010, 070?
15       A.      017.
16       Q.      I'm sorry 017, 023, the Konstam analysis
17  of the OA studies, Alzheimer's, VIGOR, ADVANTAGE.
18  Did I miss anything?
19       A.      APPROVe.
20       Q.      APPROVe. How could I forget.  Are there
21  any placebo-controlled trials -- do you agree that
22  there are no placebo-controlled trials before APPROVe
23  that show a statistically significant increased risk
24  of heart attack with Vioxx?
25       A.      As an epidemiologist, as I've said, I

page 182
1   evaluate a number of factors.  Statistical
2   significance is one of five things that are
3   relevant.  So while there was -- I agree that there
4   was no statistically significant finding, the power
5   to detect such a finding was less than one in 20 or 5
6   percent.
7        Q.      So before APPROVe -- putting aside
8   whatever limitations you think there were on the
9   study before APPROVe you agree that there was no
10  placebo-controlled trial that showed a statistically
11  significant increase risk of heart attack with Vioxx?
12           MR. GARRISON:  Object to the form.  Asked
13       and answered.
14       A.      I will say that there was no statistical
15  significant finding versus placebo, but you had a one
16  in 20 shot in really finding the truth.
17       Q.      And that was based on the power
18  calculation you did?
19       A.      Yes.
20       Q.      And when you did that power calculation,
21  had you already read Dr. Ray's report?
22       A.      I read Ray's report in April or May, and
23  I did this power calculation two weeks ago so --
24       Q.      So yes?
25       A.      So yes.  But I can't remember Ray.

page 183
1        Q.      Did you read Dr. Topol's statements that
2   at the time of VIGOR one couldn't tell whether the
3   increase in MI seen was the result of a
4   cardiovascular risk with vioxx or a protective effect
5   of naproxen?
6        A.      I don't recall reading the Topol
7   arguments, but I know the FDA had concerns about that
8   hypothesis.
9        Q.      And do you know that the FDA considered
10  it a plausible hypothesis?
11       A.      Well, the Villalba memo of 2000 did not
12  consider it a plausible hypothesis.
13       Q.      Is that the one FDA memo that you're
                         Page 79

arnett 20060906.txt

14  relying on?
15          MR. GARRISON: Object to the form.
16      A.     It's not only the FDA memo.  It's the
17  evidence from the Juni meta-analysis from the
18  observational studies.
19      Q.     I just want to limit myself to the FDA
20  stuff for right now, and then we can talk about
21  Juni.  Is the Villalba memo from 2000 the one FDA
22  document that you're relying on for your opinion that
23  the FDA didn't consider naproxen being
24  cardioprotective a plausible hypothesis?
25      A.     I've read many memos so I -- and it may

page 184
1  be elsewhere.  So I don't want to limit myself to
2  saying it's not somewhere else in this folder.
3      Q.     But that's your primary authority on
4  that?
5          MR. GARRISON: Object to the form.  Asked
6  and answered.  Not what she said.
7      A.     About the FDA, yes.
8      Q.     The FDA was aware that Merck believed
9  that naproxen was the likely explanation for the
10  results of VIGOR?
11      A.     Could you restate that?
12      Q.     The FDA knew in 2000 that Merck believed
13  that naproxen was the likely explanation for the
14  results of VIGOR?
15      A.     I can't say what Merck believed.  I can
16  say they were asserting that.
17      Q.     The FDA knew that it was Merck's
18  assertion that naproxen was the likely explanation
19  for the results of VIGOR in 2000?
20      A.     Yes.
21      Q.     And you also mentioned 023.  Now you --
22  what are you using 023 for?
23      A.     So 023 was a small clinical study
24  conducted in 12 healthy subjects that looked at the
25  excretion of urinary prostacyclin.

page 185
1      Q.     And you say that you put that into your
2  analysis of I think your words were the totality of
3  evidence before VIGOR.  In what way did you put that
4  into your analysis?
5      A.     It confirmed the FitzGerald hypothesis
6  about what Vioxx would do in terms of prostacyclin.
7      Q.     Did 023 demonstrate that the prostacyclin
8  was coming from the coronary vasculature?
9      A.     Urinary excretion of prostacyclin would
10  indicate that it's coming from somewhere in the body.
11      Q.     And what were the possible sites?
12      A.     I have no pharmacologic expertise about
13  that subject.
14      Q.     Doctor, you also said you relied on I
15  think my notes say the RA studies and increase in
16  blood pressure.  Do I have that wrong?
17      A.     I don't recall saying things about RAs
18  and increasing blood pressure.
19      Q.     Okay.  Maybe I have that wrong.  What are
20  you relying on from 010?
21      A.     So in 010 there was large increases in
22  blood pressure with the administration of Vioxx.
                                        Page 80

arnett 20060906.txt
```
23        Q.      And --
24        A.      I'm sorry.  Forgive me.  Strike that.
25                Yeah, that was true.  I'm sorry.  I have
```
page 186
```
 1    too many notes.
 2        Q.      And was there any correlation between
 3    those increases and clinical outcome?
 4        A.      It was a very small study that lasted six
 5    weeks.
 6        Q.      And what --
 7        A.      So the answer was it wasn't powered
 8    adequately to test that.
 9        Q.      Well, it wasn't a matter of power.  It
10    wasn't designed to look at long-term CV outcomes?
11        A.      But you asked me did it show.  And in
12    fairness, it can't show it if it's not powered to do
13    so.
14        Q.      Well, you said that it was part of your
15    thinking on the totality of data.  So what I was
16    really trying to ask is how are you using 010?
17        A.      The totality of data derived from 010
18    indicates that there were substantial increases in
19    blood pressure that fit the cardiorenal profile that
20    four were discharged early for having edema on the
21    125 dose.  And that it dramatically at the very large
22    dose raised blood pressure by almost 11 millimeters
23    of mercury.
24        Q.      And what was the very large dose?
25        A.      125 milligrams.
```
page 187
```
 1        Q.      And what was the normal dose of Vioxx?
 2        A.      The doses being tested in 017 and 010 are
 3    between 25 and 175.
 4        Q.      And what was -- once the drug was
 5    licensed, what were the normal therapeutic doses?
 6        A.      25 milligrams.
 7        Q.      And are you saying that Merck should have
 8    drawn some conclusion from 010 based on -- are you
 9    saying that they should have drawn some conclusion
10    from 010 that Vioxx would or wouldn't have had a
11    specific cardiovascular outcome?
12        A.      It's the totality of 010 and the presence
13    of the mechanism outlined in the FitzGerald
14    hypothesis.
15        Q.      Even today you're not prepared to say
16    that hypertension plays a major role in causing any
17    adverse effects that you say are seen in the clinical
18    studies?
19                MR. GARRISON:  Object to the form.
20        A.      I answered earlier that statistical
21    control of blood pressure did not explain the
22    findings.
23        Q.      Okay.
24        A.      Which is different than what you stated.
25        Q.      Well, what does it mean?
```
page 188
```
 1        A.      It means that accounting for blood
 2    pressure at the time of the trial did not attenuate
 3    the significant findings of excess risk.
 4        Q.      You couldn't correlate blood pressure
```
                                Page 81

arnett 20060906.txt

```
 5  increases with excess risk?
 6      A.      The trials did not show that data.  The
 7  independent effect of blood pressure was never
 8  shown.  To my knowledge I haven't seen it.
 9      Q.      When you see the FitzGerald hypothesis,
10  are you going to offer an opinion that that isn't an
11  explanation or partial explanation for an alleged
12  adverse effects of Vioxx?
13      A.      I am not going to speak about my
14  expertise related to pharmacology which the
15  FitzGerald hypothesis gets to.
16      Q.      Okay.
17      A.      what I would say is that in the totality
18  of the evidence up to that point when they have the
19  confirmation of the biological mechanism that should
20  have been a red flag.
21      Q.      Were there biological mechanisms that
22  argued in favor of cardiovascular benefit at the
23  time?
24      A.      I'm not aware of them.
25      Q.      Do you know if there was published
```

page 189
```
 1      peer-reviewed literature at the time of VIGOR where
 2  scientists had discussed potential cardiovascular
 3  benefits of Vioxx and other COX-2s based upon their
 4  biological mechanisms?
 5      A.      I'm not aware, but causing platelet
 6  aggregation would not lend itself to cardiovascular
 7  protection.
 8      Q.      Have you reviewed the totality of the
 9  biological mechanisms which could be potentially
10  helpful or harmful?
11      A.      I have not.
12      MS. FRIEWALD:  I think we have to change
13  the tape.
14      THE VIDEOGRAPHER:  This is the end of
15  Tape Number Three in the deposition of Dr. Donna
16  Arnett to be continued on tape number four.
17  We're off the record at 2:27 p.m.
18      (Off the record.)
19      THE VIDEOGRAPHER:  This is the beginning
20  of Tape Number Four in the continued deposition
21  of Dr. Donna Arnett.  We're on the record at
22  2:37 p.m.
23  BY MS. FRIEWALD:
24      Q.      Doctor, what, if any, conclusions are you
25  going to say could be drawn from the results of VIGOR
```

page 190
```
 1      about whether or not Vioxx -- I'll use the word
 2  caused; if you want to change that word, you can --
 3  MIs?
 4      A.      So the evidence from VIGOR would indicate
 5  that the excess cardiovasular risk for Vioxx
 6  relative to Naprosyn was associated with a five-fold
 7  increase of myocardial infarction.
 8      Q.      And is that what you think could and
 9  should have been reasonably said in publications
10  following VIGOR?
11      A.      Absolutely.
12      Q.      And is there any other conclusion that
13  you believe could have appropriately been asserted?
```

arnett 20060906.txt

14      A.      The conclusions -- well, first of all,
15 there could have been a table in the paper itself
16 devoted to cardiovascular disease, and there wasn't.
17 And, secondly, they could have -- instead of couching
18 it as cardioprotective effect of Naprosyn -- could
19 have and should have labeled it as a cardiotoxic
20 effect of Vioxx.
21      Q.      And how would you have known that it was
22 a cardiotoxic effect of Vioxx?
23      A.      From the totality of data that have come
24 heretofore.
25      Q.      Well, what data before showed that there

page 191
 1   was a cardiotoxic effect of Vioxx in terms of
 2 actually causing MIs?
 3      A.      Numerically there was an excess of MIs in
 4 earlier studies.  The ADVANTAGE study, which was done
 5 concurrently with VIGOR, showed eight-to-one increase
 6 in cardiovascular events.  So that alone should have
 7 -- that should have devalued the Naprosyn
 8 hypothesis.  It was a Naprosyn comparator.
 9      Q.      Was it eight-to-one for heart attack?
10      A.      Hold on and I'll be exactly precise.  In
11 ADVANTAGE it was confirmed within the APTC endpoint
12 cardiac events were seven-to-one.
13      Q.      And what were they for heart attack?
14      A.      For acute MI it was five-to-one.
15      Q.      And was that a statistically significant
16 finding?
17      A.      It's numerically higher.  And it was
18 inappropriately powered to address the question and
19 still showed an effect.
20      Q.      What was seen for stroke in ADVANTAGE?
21      A.      They did not -- they did not separate out
22 stroke.  I don't have the results for stroke.
23      Q.      If there was a -- if Vioxx looked better
24 for stroke, would it have been proper or improper to
25 claim that Vioxx was protective for stroke based on

page 192
 1   that numeric disparity?
 2      A.      Let me look to the Braunstein article to
 3 confirm what they said about stroke because I don't
 4 recall them saying anything about stroke in the
 5 Braunstein article, but I don't want to misrepresent
 6 the facts.  So if you'll just bear with me and see
 7 the madness to my filing system.
 8              So in table two of the Braunstein article
 9 relative to ADVANTAGE there was six cerebral vascular
10 events in the Naprosyn group versus zero in the
11 rofecoxib group.
12      Q.      And would it have been proper at that
13 time to say that Naproxyn caused stroke or that Vioxx
14 was protective against stroke?
15      A.      The totality of evidence to date for
16 Naprosyn versus stroke wasn't as compelling as that
17 for Vioxx and heart attacks.
18      Q.      What do you know of the totality of
19 evidence?  You said you didn't review any of the
20 literature in Naprosyn.
21      A.      It seems that the FDA at that point would
22 have raised concerns about that.  So I'm relying on
                                        Page 83

arnett 20060906.txt
```
23  the FDA for that.
24        Q.    So you're assuming that there must have
25  been data out there that confirmed that Naprosyn was
```
page 193
```
 1   already known to be better and that this had to be an
 2   aberrant finding.  You're making an assumption.  You
 3   don't actually know what was known about Naprosyn and
 4   the risk of stroke?
 5        A.     I do not know the literature on Naprosyn
 6   and stroke.
 7        Q.     And it would have been improper assuming
 8   there was no more literature on Naprosyn and stroke
 9   than there was for Vioxx and heart attack, it would
10   have been improper to conclude at that time that
11   Naprosyn caused stroke or that Vioxx protected
12   against stroke?
13        A.     I -- since this study was not well
14   powered to detect that, I can't answer that
15   question.  Certainly there was no -- I can't answer
16   that question.
17        Q.     And can you tell me based upon either
18   pharmacology or vascular biology or epidemiology
19   whether you should expect to see, if an agent is
20   causing thrombotic events as a result of either
21   prostacyclin imbalance or a hypertension effect or
22   something else, an increase in stroke as well as an
23   increase in heart attack?
24             MR. GARRISON:  Object to the form.
25        A.     What was -- what is compelling to me --
```
page 194
```
 1   and this will answer your question indirectly -- is
 2   that if all of this was simply due to random chance,
 3   the excess of MIs, then throughout the studies if it
 4   were random you would expect sometimes for there to
 5   be fewer MIs on the other side.  There's consistently
 6   elevated numbers of MIs on Vioxx where there weren't
 7   for -- in the Naprosyn group this finding, I don't
 8   know how --
 9        Q.     Well, what studies are you saying
10   consistently?  Because 023 didn't have anything to do
11   with heart attacks, right, and the pre-NDA studies
12   you're not saying there were any heart attacks,
13   right, or 010 you're not saying showed heart attack
14   disparity?
15        A.     017 did.
16        Q.     Statistically significant?
17        A.     There was numerically one in the Vioxx
18   group.
19        Q.     Would you ever as an epidemiologist draw
20   a conclusion based upon the fact that in a study
21   there was one event in one arm and no events in the
22   other arm?
23        A.     As I said, you have to rely on the
24   biological mechanisms proposed.  There's studies done
25   by Merck that showed the confirmation of that
```
page 195
```
 1   biological mechanism and the evidence up to the point
 2   of VIGOR that showed numerical excesses of MI.
 3        Q.     Doctor, would you ever as an
 4   epidemiologist say that a difference of one event in
```
Page 84

arnett 20060906.txt

5    one arm of a study and zero in another arm is
6    something that you can hang your hat on?
7         MR. GARRISON:  Object to the form.  Asked
8    and answered.
9         A.    You'll have to define hang your hat on.
10        Q.    Rely on.  Say it was important enough to
11   --
12        A.    I can say as an epidemiologist that in
13   reviewing the literature relative to Vioxx before
14   today that I'm convinced that there's a
15   cardiotoxicity to the drug.
16        Q.    I have no doubt that you are -- you're
17   testifying here today because you believe what you
18   believe.  But my question to you was as an
19   epidemiologist have you ever asserted anywhere, at an
20   academic convention, at a talk, in your public
21   writings, in anything, that a study where one arm
22   showed one event and another arm showed zero events
23   was meaningful in terms of proving that there was an
24   excess in risk caused by an agent?
25        A.    I would agree that in the absence of all

page 196
1    other information I would not make that statement.
2         Q.    And, Doctor, there's no statistically
3    significant finding in ADVANTAGE, right, for
4    increased MI?
5         A.    There was no statistical power to address
6    the MI question and yet they still showed this large
7    increase in MI events.
8         Q.    Do you know if there are other studies
9    where there are numeric differences that are
10   comparable and go the other way?
11        A.    For MI, for myocardial infarction?
12        Q.    Yes.
13        A.    I'm not aware of them.
14        Q.    What about for stroke or for composite
15   endpoints?
16        A.    For stroke within the Fall article, let
17   me confirm with my --
18             I recall reading something about Fall so
19   I just want to make sure that I'm correct.  I'd have
20   to read the fine points.  I seem to recall in the
21   Fall study there was an excess of stroke in the
22   comparator versus Vioxx.  So that is one study I
23   recall seeing. -
24        Q.    Okay.  Doctor, what studies did Juni look
25   at in doing his analysis?

page 197
1         A.    There were -- I didn't write them down.
2    But there were about 23,000 patients.  And for his,
3    he used the 18 randomized clinical trials conducted
4    using Vioxx so there were by the conclusion 21,432
5    patients.
6         Q.    And was that all the controlled clinical
7    trials that were available at the time?
8         A.    He had restrictions on what could enter
9    into the study in terms of the length of the
10   treatment.
11        Q.    Yeah.  Okay.  Was it all the controlled
12   clinical trials that met his restrictions in terms of
13   duration of treatment?

arnett_20060906.txt

14      A.      Well, if I -- if I believe what he said
15 in the peer-reviewed literature, which would have
16 been peer reviewed by scientific experts at the time,
17 he say he included all randomized clinical trials
18 with adult patients with musculoskeletal disorders
19 that compared 12.5 to 16 milligrams daily with other
20 NSAIDs or placebo.
21      Q.      Do you know if he excluded any controlled
22 clinical trials that were available?
23      A.      According to this peer-reviewed
24 publication there's no evidence in here that he did.
25      Q.      Doctor, did you do a power analysis for

page 198
0  1   ADVANTAGE?
2       A.      I did not do one for ADVANTAGE.
3       Q.      And where do you get your power
4 calculation for ADVANTAGE?
5       A.      Well, there were a large number of
6 subjects.  But the absolute risk levels were small
7 and consistent with the other OA studies.
8       Q.      Would you agree --
9       A.      However -- you know, to me the reason I
10 didn't do it to answer you honestly is that in the
11 aggregate of the OA studies there was insufficient
12 power, you know, less than one in 20.  So there
13 wasn't much sense in me doing one small piece of that
14 pie.
15      Q.      Well, you did it for one, right?
16      A.      I did it for the Konstam article.
17      Q.      You did it for the Konstam article in
18 totality?
19      A.      Yeah.
20      Q.      Fair enough.  You agree with me that
21 power is a concept that you look at when you're
22 designing a study, but that once you have the results
23 epidemiologists, people who do clinical trials, don't
24 talk about power.  They talk about what is the
25 relative risk and what are the confidence intervals

page 199
0  1   around that relative risk?
2       A.      I would disagree with that statement.  I
3 as a responsible epidemiologist often do power
4 calculations if the finding is nonsignificant and
5 there is an indication of something going on.  And in
6 fairness to this particular drug the primary outcomes
7 were not cardiovascular.  And so they weren't
8 designed or powered intentionally for cardiovascular
9 disease.
10      Q.      Because that -- it wasn't a
11 cardiovascular drug?
12      A.      Correct.
13      Q.      What is it that you mean specifically
14 when you say that Vioxx is cardiotoxic?
15      A.      I mean specifically that ingestion of
16 Vioxx is associated with an increased risk of
17 cardiovascular events.
18      Q.      Which cardiovascular events?
19      A.      If we look at the combined endpoints that
20 the group at Merck decided to look at, it would be
21 all confirmed CV thrombotic events or their
22 APTC endpoints.

Page 86

Q. Are you going to offer any criticism of the decision to use either one of those endpoints?
A. It's a matter of debate in the field of

page 200

clinical trial work whether or not to use combined endpoints or not. So it is a very contentious area. Certainly for statistical power I could see that it was reasonable for them to lump all endpoints together to augment their statistical power. I'm assuming -- and, again, I'm just assuming -- that's the reason they did so. What really sticks out consistently is acute MI, though.
Q. Are there any individual cardiovascular events that you're saying were increased by Vioxx other than MI?
A. MI is the most common cause of death in the U.S. MI occurs much more frequently than the other endpoints. And there's also good clinical criterion that define an MI. So it's a very clean definition and the most common definition. So since the studies were underpowered in general for the combined endpoint, you know, less than one in 20 chance of finding a true excess risk, then they would be grossly underpowered for the other seven points.
Q. Okay. I'm not -- that wasn't my question. My question is simply when you talk about Vioxx being cardiotoxic, are you saying that there's evidence of Vioxx causing some adverse cardiovascular endpoint other than MI?

page 201

A. I'm saying that as an epidemiologist statistically we can't evaluate this question because we're not adequately powered. We're only finding that the endpoint that sticks out most is myocardial infarction, but we would expect that because it's the most common cause of cardiovascular disease.
Q. And as an epidemiologist are you saying that the studies were not adequately powered even today to evaluate the magnitude of any claimed risk of MI?
MR. GARRISON: Object to the form.
A. Can you restate that question?
Q. Are you saying that this -- that there remains insufficient data to determine the magnitude of any increased MI risk?
A. No, I think there's sufficient data.
Q. What is the magnitude of the risk?
A. For myocardial infarction according to the Juni study it would be about two-and-a-half fold.
Q. Is that your sole source of information for that?
MR. GARRISON: Object to the form.
A. It's the one, one area where all of the data are combined.
Q. And that includes the VIGOR data?

page 202

A. Yes.
Q. Do you know what the magnitude of the risk would be if you took out the VIGOR data?
A. Shapiro did a sensitivity analysis

arnett 20060906.txt

```
5    regarding that.  I could go back and look at it and
6    tell you precisely if you want precise numbers.  But
7    what is apparent is the consistency of findings
8    across the different studies.  The sensitivity
9    analysis was not significant.  It did not indicate
10   significant in heterogeneity.  Juni's didn't either.
11        Q.    For MI?
12        A.    For MI.
13        Q.    You're saying that for MI you didn't find
14   heterogeneity?
15        A.    Since you're looking at me with those
16   questioning eyes, I shall verify that.
17              Tests for heterogeneity were not
18   significant for --
19        Q.    For what endpoint?
20        A.    For myocardial infarction.
21        Q.    And that wasn't my question.  When you --
22   can I see what page you're looking at?
23        A.    They aren't numbered.
24        Q.    That's the studies versus placebo?
25        A.    Correct.

page 203
□ 1        Q.     What about --
2         A.    Well, that would be the place where you
3    would most reasonably address that.
4         Q.     Okay.  Do you know whether she found that
5    you could combine the VIGOR data with the other
6    studies appropriately in just looking at MI
7    endpoints?
8         A.    Define appropriately.
9         Q.    In doing a meta-analysis.
10        A.    If there's no evidence for heterogeneity,
11   it's completely appropriate to combine.
12        Q.    And that's what you believe was found?
13        A.    Yes.
14        Q.    Doctor, do you know -- you have it in
15   front of you.  You can look if you want or -- or I
16   won't hold you to an exact point estimate.  But did
17   you know what the relative risk would have been in
18   Juni's analysis if you took out VIGOR?
19        A.     It would be irrelevant to take out VIGOR
20   given there was no indication of heterogeneity.
21        Q.     So you wouldn't want to account for
22   whether naproxen was cardioprotective or not?
23        A.     There was no statistical evidence of
24   differences in the relative risk associated with
25   Vioxx according to comparators.  There was a

page 204
□ 1   significant finding, though, for prefunded studies.
2    And that was a significant factor for heterogeneity.
3         Q.    Okay.
4         A.    And they were Merck studies.
5         Q.     Doctor, do you agree that when you do
6    subgroup analyses of any study you can often result
7    -- you can often run into problems of bias or
8    erroneous results caused by the effect of small
9    numbers?
10        A.    Could you restate your question?
11        Q.    Sure.  I may not have asked it very well.
12   But hopefully you -- maybe you'll give it back to me
13   better.  Do you agree that when one attempts -- in
```

Page 88

arnett 20060906.txt

14  attempting to do any subgroup analysis in a study
15  that one has to be very careful about the conclusions
16  one reaches?  Start out there generally.
17       A.      Epidemiologists and biostatisticians
18  tends to approach this differently.  One always looks
19  at numbers and draws conclusions based on adequate
20  power and -- in the subgroup to which you're
21  evaluating the question.
22       Q.      And subgroup analyses can often be tricky
23  because you can get into small numbers that can
24  generate large relative risk, but the results in fact
25  are not real.  They can appear more real than they

page 205
 1  are.
 2       A.      And so there you look at the totality of
 3  evidence and consistency of evidence across studies.
 4       Q.      And --
 5       A.      And if you did that here, you would find
 6  consistency of the MI finding.
 7       Q.      A subgroup analysis for MI, is that what
 8  you're talking about?
 9       A.      Uh-uh.
10       Q.      Would you consider that to be a subgroup
11  analysis?
12       A.      As an epidemiologist I'm not -- I'm not
13  one of these subgroup analysis gurus about the
14  statistical implications of subgroup.  I know about
15  the statistical indications of multiple testing.  But
16  I don't -- clinical trialists are very pristine about
17  a priori naming subgroups.
18       Q.      That's fair enough.  And I never mean to
19  pull you out of an area of your comfort or
20  expertise.
21       A.      Let's not call it not comfort.
22       Q.      Okay.
23       A.      I don't think it's a big deal.
24       Q.      Okay.  What do you mean you don't think
25  it's a big deal?

page 206
 1       A.      So if we -- for instance, in the Juni
 2  study I'm a person that combines data, tests for
 3  significance of the relative risk across these
 4  different subgroups.  And if there's no statistical
 5  evidence that they are different, then why create a
 6  subgroup.  So that's what I'm saying, that I look for
 7  the statistical evidence of heterogeneity as a
 8  starting point and would not stratify data into
 9  subgroups.
10       Q.      And in that situation you would be
11  talking about, for example, a combined endpoint of
12  APTC or cardiovascular thrombotic endpoint as the big
13  group and MI as the subgroup?
14       A.      Actually, I was talking more -- thinking more
15  along the lines of hypertensives or diabetics.
16       Q.      Okay.  Then I don't think I understood
17  your answer.
18       A.      Okay.
19       Q.      You would say you wouldn't break it out
20  by subgroups?
21       A.      If there was no evidence for
22  heterogeneity of the relative risk effect across
                        Page 89

arnett 20060906.txt
23  subgroups.
24      Q.      Have you looked at the -- have you looked
25  at that question in any particular setting?

page 207
 1      A.      There is very little subgroup analysis
 2  presented for different risk factors.
 3      Q.      And --
 4      A.      And --
 5      Q.      Go ahead.  I didn't mean to cut you off.
 6      A.      That's okay.  I'm done.
 7      Q.      And you don't intend to offer any
 8  opinions with regard to any particular subgroup
 9  analysis; is that correct?
10      A.      There were hints about a more than
11  additive risk of risk factors with Vioxx in terms of
12  several of the endpoints.  But to me the overall
13  effect is -- speaks to the cardiotoxicity.  I
14  haven't -- I don't need the subgroup analysis.
15      Q.      Are you going to offer any opinion that
16  any particular type of patient group of people is at
17  greater risk or lesser risk with Vioxx than any
18  other?
19      A.      Currently I would say I'm not going to
20  offer that opinion, but I would like to conduct
21  analyses to look for evidence for additivity
22  effects.  And what I mean by that is the additive
23  effects of Vioxx plus the effect of a risk factor on
24  the overall risk for the endpoint.  And the models
25  that have been run to date heretofore have relied on

page 208
 1  tests of multiplicity -- multiplicative risks which
 2  are estimated from a COX proportional hazards model.
 3      Q.      Explain that to me.
 4      A.      In the COX proportional hazards model
 5  essentially what's being done is your -- they are --
 6  the model itself is evaluating the interaction on a
 7  multiplicative scale which means that you would take
 8  the relative risk for your subgroup risk factor, say,
 9  hypertension, multiply it by the risk of Vioxx for
10  your endpoint.  And it would have -- the combination
11  of those two attributes would have to be more than
12  the multiplication of those two individual relative
13  risks.  That's called interaction on a multiplicative
14  scale.  That's how the COX model accesses
15  interaction.
16              I have not yet done calculations because
17  I haven't been able to access the data the way I
18  would like to, to evaluate the additive effects of
19  those risk factors, not the multiplicative effect.
20      Q.      And what would be learned by added --
21  doing an additive effect rather than a multiplicative
22  effect analysis?
23      A.      The subgroup analyses done to date
24  suggest that the presence of cardiovascular risk
25  factors, if you're at excess cardiovascular risk

page 209
 1  based on your risk factors, I think the relative risk
 2  estimates done by Vioxx were greater than nine, a
 3  nine-fold risk.  But the p-value for the test for
 4  that interaction was nonsignificant.  It was .096.
                        Page 90

arnett 20060906.txt
```
 5   But that's measuring the interaction on a
 6   multiplicative scale.  I would like to look to see if
 7   on an additive scale, if you added those risk factors
 8   together, would it be more than the sum of their
 9   parts.
10        Q.      Is that a method that is used in any
11   epidemiologic study that you can point me to?
12        A.      Yes.  It's in textbooks.  I can show you
13   in Klinbaum, Cooper, and Morganstern [phonetic] how
14   I'd do it.  But you need the beta coefficients.
15        Q.      You haven't done that yet?
16        A.      I haven't had access to the data to do
17   so.
18        Q.      And, Doctor, are you going to offer an
19   opinion that there's any subgroup of patients who is
20   not at increased risk or -- strike that.
21              Are you going to offer an opinion that
22   there's any subgroup of patients for whom Vioxx is
23   not associated with an increased risk of heart
24   attack?
25        A.      I will not be offering that opinion.

page 210
 1        Q.      Have you reviewed statements by other
 2   experts in the field where they have said that for
 3   the majority of patients Vioxx should pose no excess
 4   cardiovascular risk?
 5        A.      I have not reviewed those.  Are they
 6   published?
 7        Q.      I'm asking about published statements,
 8   FDA statements, other statements.  Anything?
 9        A.      (Shakes head.)
10        Q.      No?  I'm sorry.  You have to say no for
11   the record.
12        A.      No.
13        Q.      Doctor, do you agree that hypertension is
14   an inflammatory process?  And if this is not within
15   your expertise, feel free to say so.
16        A.      I will agree that there's an association
17   between inflammation and hypertension.  But it's not
18   well articulated and well known.
19        Q.      What about -- tell me what your
20   understanding of the science is in terms of the
21   relationship between cholesterol, high cholesterol,
22   and inflammation.
23        A.      There -- I have not reviewed this
24   literature.  So generally speaking
25   hypercholesterolemia is associated with

page 211
 1   atherosclerosis which may be associated with
 2   inflammation.  The directions of that causal pathway
 3   from my knowledge as an epidemiologist are not well
 4   worked out.
 5        Q.      Okay.  So you accept that atherosclerosis
 6   is an inflammatory process but whether the process of
 7   laying down the lipids or generating the lipids is an
 8   inflammatory process, you're not going to offer an
 9   opinion on that?
10        A.      That's correct.
11        Q.      What about diabetes, do you believe that
12   that's an inflammation mediated disease?
13        A.      Type I or type II?
```
                    Page 91

arnett 20060906.txt

14      Q.      Type II.
15      A.      Type II diabetes is associated with other
16   risk factors which are associated with an
17   inflammatory condition like obesity.  So in its
18   interaction with other risk factors diabetics tend to
19   have higher inflammatory markers.
20      Q.      Obesity is an inflammatory condition?
21      A.      Some would argue that it is.
22      Q.      What about stress and depression, do they
23   promote inflammation?
24      A.      I do not know the answer.
25      Q.      Rheumatoid arthritis is an inflammatory

page 212
 1   condition?
 2      A.      It is.
 3      Q.      And it's associated with increase in
 4   cardiovascular events?
 5      A.      That is not well worked out.
 6      Q.      Have you reviewed that literature?
 7      A.      Not recently.
 8      Q.      You told me one of your opinions is going
 9   to be that the risk of Vioxx is early and
10   continuous.  Tell me what the basis is for that.
11      A.      That is from the variety of studies that
12   I reviewed and also most importantly the Shapiro
13   meta-analysis where we look at the K-M plots for
14   particularly myocardial infarction, you see the risk
15   separates early and is continuous.
16      Q.      In what study?
17      A.      This is the meta-analysis.
18      Q.      Can you show me which K-M plot you're
19   relying on?
20      A.      Actually there are more than one.
21   This is the MI endpoint versus the
22   placebo.
23      Q.      I'm sorry.  It's --
24      A.      This is the MI endpoint time-to-event
25   plot versus placebo.

page 213
 1      Q.      Okay.  And that's the curve that you're
 2   looking at to say that the risk is early?
 3      A.      Yes.
 4      Q.      Was there a statistically significant
 5   separation of risk?
 6      A.      As we've indicated, we were not
 7   adequately powered to assess the statistical
 8   significance.
 9      Q.      So what are you looking at, a visual gap
10   in the K-M plot, that you --
11      A.      It's not just a visual gap.  Look at the
12   number of MI events that happen and you can see, you
13   know, most of your studies are these short six week
14   studies.  But you see all of these little bumps
15   represent events for MI, and most of them happen very
16   early.
17      Q.      And do you know at any given point in
18   time how many MIs one might expect to see just as a
19   virtue of chance?
20      A.      Well, if it's chance, it would be equal
21   in the two groups, wouldn't it?
22      Q.      Doesn't it depend on whether the groups
                        Page 92

arnett 20060906.txt
23    have been appropriately randomized for MI risk which
24    wasn't an endpoint of the study?
25         A.      There's no evidence that randomization

page 214
 1    failed in your studies.
 2         Q.      Is there any evidence that randomization
 3    was accurate in the studies in terms of CV risks?
 4         A.      The baseline characteristics I reviewed
 5    consistently have been dead on for the randomization.
 6         Q.      And what's the risk of chance in a study
 7    with very small numbers of patients?
 8         A.      Chance is just another way of saying
 9    statistically significant.
10         Q.      And there wasn't any?
11         A.      There wasn't, but they weren't powered to
12    test it.  Numerically you consistently show access.
13         Q.      If you don't have a study that shows a
14    result, you can't say the result is there just
15    because there's a numeric disparity, can you?
16         A.      There you have to rely again on the
17    totality of evidence.  So you have a biologic
18    plausible explanation.  You have studies showing
19    numerically consistently higher event rates.  It's
20    the totality of that data.
21         Q.      So it's the biological plausibility.
22    Now, we talked about HRT.  That's a situation where
23    it was biologically plausible that hormone
24    replacement therapy would reduce MI risk.  And that
25    hasn't proven to be true, correct?

page 215
 1         A.      HRT is not a simple drug.
 2         Q.      Are there any simple drugs?
 3         A.      Actually there are some that are simple.
 4         Q.      Which ones?
 5         A.      Fenofibrate, simple drug.  I'm only going
 6    to speak to that one because I --
 7         Q.      And it --
 8         A.      -- I'm not a pharmacologist so --
 9         Q.      But it also can cause kidney toxicity,
10    right, and muscle toxicity and GI effects, right?
11         A.      Right.
12         Q.      Fenofibrate has a whole bunch of
13    complications with it.  It might do something simple
14    in terms of its effect, but lots of bad things can
15    happen with fenofibrate, right?
16         A.      And lots of bad things happened with HRT.
17         Q.      Okay.
18         A.      And lots of bad things happened with
19    Vioxx.
20         Q.      And some of those -- so it's not -- when
21    you say -- I don't know what a simple drug means I
22    guess is my problem.
23         A.      What I defined as simple is we know a
24    clear biological pathway wherein the drug works.
25         Q.      That's different from biological

page 216
 1    plausibility.  Biological pathway is how it works in
 2    the metabolism of the body.
 3         MR. GARRISON:  Object to the form.
 4         A.      That's what I meant by simple.
                        Page 93

arnett 20060906.txt

```
 5        Q.      Okay.  But that's not biological
 6   plausibility.  Vioxx is metabolized through a
 7   particular pathway, but that's different from what
 8   you're saying about prostacyclin and thromboxane
 9   imbalance.
10                MR. GARRISON:  Object to the form.
11        A.      The pharmaco-dynamic properties of Vioxx
12   indicates it leads to a prothrombotic state.
13        Q.      Where has that been proved?
14        A.      023.
15        Q.      023 proves that Vioxx leads to a
16   prothrombotic state?
17        A.      As I said before, it's the totality of
18   evidence.  And so you have this hypothesis about
19   prostacyclin reductions with Vioxx.  You have a
20   clinical trial in 12 people that shows reduced
21   urinary excretion of prostacyclin.  And you're
22   worried enough about it that you go and patent new
23   products that combine Vioxx with thromboxane-2
24   inhibitors.  So I don't know what more you need.
25        Q.      Should aspirin undo the effects of Vioxx?

page 217
 1        A.      There's not sufficient data yet on
 2   aspirin use to show.
 3        Q.      And if it's -- if it is a prothrombotic
 4   mechanism, do you know enough to say whether aspirin
 5   would counterbalance any prothrombotic effect?
 6        A.      I can't say that the FDA wasn't
 7   convinced.
 8        Q.      Does that mean that aspirin doesn't
 9   counterbalance the prothrombotic mechanism or that
10   the prothrombotic mechanism just isn't the right
11   explanation?
12        A.      I can't answer what the -- I've not
13   reviewed the pharmacology of aspirin.  The Villalba
14   memos consistently are concerned about the having
15   insufficient numbers of people on aspirin to test
16   whether or not that hypothesis is true.  That would
17   have been very helpful to me.
18        Q.      Do you know if there is a -- if it is a
19   prothrombic mechanism, do you know if aspirin should
20   undo any potential prothrombic effect, or is that an
21   area of pharmacology you wouldn't get into?
22        A.      I prefer not to get into it.
23        Q.      Anything else besides that K-M plot that
24   you're using to support your conclusion that the
25   effects of Vioxx are --

page 218
 1        A.      Cardiotoxic?
 2        Q.      -- early and continuous?
 3        A.      The clinical trials, the major clinical
 4   trials, that I'm relying on which include VIGOR and
 5   APPROVe show very early discontinuations due to
 6   hypertension, elevated blood pressure, and edema.
 7   And those are cardiorenal consequences of Vioxx.
 8        Q.      Was there any correlation found between
 9   those discontinuances and MI?
10        A.      Well, it's hard to correlate when they
11   discontinue.  They aren't there to be treated and get
12   an event.
13        Q.      What about in APPROVe?  What about in
                        Page 94
```

arnett 20060906.txt

14  APPROVe, the all-star of extension data?
15      A.    They've -- the people who withdraw are
16  not available to take the drug and have follow-up
17  data.
18      Q.    Doctor, other than -- okay.  So you have
19  the K-M plot.  You have the dropouts you say from
20  hypertension or edema which --
21      A.    For -- you know, four-fold more dropouts
22  on Vioxx.  And that was consistent throughout all of
23  the studies.
24      Q.    And we don't know if those correlate with
25  actual clinical events?

page 219
 1      A.    Because they're not there to have them.
 2      Q.    But we don't know.  I mean, regardless of
 3  whether -- if you don't know, you don't know.  As an
 4  epidemiologist you have to admit what you just don't
 5  know.
 6          MR. GARRISON:  Object to the form.
 7      A.    Let me say that if you have a sensitivity
 8  to a drug, then you're more likely to drop out.  And
 9  so those that were sensitive to the cardiovascular
10  effects dropped out before they could get their MI.
11  So the risks are probably underestimated for your
12  drug.
13      Q.    Well -- or it may be that people who take
14  Vioxx in the general population and have increased
15  blood pressure stop taking the medication if they're
16  properly monitored, and so the risk is lower.
17      A.    Do you -- I don't want to start down a
18  path of talking about the risk levels of people in
19  the community who took Vioxx.
20      Q.    Okay.
21      A.    Because they were extremely high and not
22  tested in any of the studies.
23      Q.    Well, what --
24      A.    To my knowledge.
25      Q.    And what's the basis for the statement

page 220
 1  that they were extremely high?
 2      A.    If you look at the observational data
 3  like from the Kaiser Permanente study by Graham,
 4  their risk factor levels are very high.
 5      Q.    I thought you testified that you didn't
 6  review the observational --
 7      A.    Not in detail, but I said I skimmed them.
 8      Q.    So based on skimming the observational
 9  data you're going to testify as to what their risk
10  levels were?
11      A.    I particularly went and looked at the
12  Graham paper table for their baseline case control
13  status just to see what -- how high the risk factors
14  were given that people were at such a low risk in
15  your clinical trials.  It's an external validity
16  question that any decent epidemiologist would ask.
17      Q.    And what did you find?
18      A.    That their risk factor levels in the
19  people that actually took the drugs are really high.
20      Q.    I don't understand.  What is it that
21  you're saying that Graham found?
22      A.    Just bear with me.

Page 95

arnett 20060906.txt

23      Q.      Sure.  Take your time.
24      A.      I went this week to check -- it wasn't.
25  It was Levesque.

page 221
 1      Q.      So Graham didn't find an excess in risk?
 2      A.      I do not know about Graham.  I skimmed
 3  the articles until I found baseline characteristics
 4  of people taking Vioxx.  And so they -- you know,
 5  almost 60 percent had hypertension, 30 percent -- 16
 6  to 30 percent had coronary disease.
 7      Q.      But they didn't have coronary disease
 8  because of Vioxx.  That was in the -- that was as
 9  they were enrolled in the study?
10      A.      Right, but in the clinical trials
11  conducted to date people at risk of cardiovascular
12  disease were underrepresented.  But people who were
13  actually using the drug in the general population are
14  not.
15      Q.      But are you saying that Levesque or any
16  other study found a higher relative risk than what
17  was found in the controlled trials and that,
18  therefore, you can conclude that patients in the
19  free-living population were at greater risk than they
20  were in the controlled trials?
21              MR. GARRISON:  Object to the form.
22      A.      No.  What I was saying is the external
23  validity of the clinical trial relative risk
24  estimates for Vioxx are probably underestimated
25  because people not at risk were not included and

page 222
 1  people who were at risk for hypertension when they
 2  started the drug dropped out.
 3      Q.      Are you testifying that the controlled
 4  clinical trials didn't include hypertensives?
 5      A.      I'm not -- no, I'm not testifying to
 6  that.
 7      Q.      They did include hypertensives, right?
 8      A.      But at -- as I said, you know, 25 to 30
 9  percent perhaps were hypertensive at best.  Whereas,
10  in the clinical population taking the drug it was
11  much higher.
12      Q.      What about percentage of people with more
13  than one cardiovascular risk factor?
14      A.      Very rare.
15      Q.      Very rare --
16      A.      You know, the OA trials themselves are
17  almost all women.
18      Q.      What about Alzheimer's?
19      A.      The Alzheimer's were men, predominantly
20  men.  They did have risk factors, but they also were
21  cognitively impaired when they entered the study.
22      Q.      And what are you saying is the
23  significance of that?
24      A.      That their recall or ability to discuss
25  their cardiovascular symptoms would be really --

page 223
 1      Q.      Doctor, that's just speculation.  You
 2  know that in the Alzheimer's trials there were, one,
 3  patients without actual Franco [phonetic]
 4  Alzheimer's, right?  They were mild cognitive
                          Page 96

arnett 20060906.txt

```
 5   impaired.  And, two, they were in a controlled trial
 6   setting.  You're not saying that heart attacks were
 7   missed because the patients had Alzheimer's?
 8        A.      Well, 46 -- there was a 46 percent
 9   increased risk of Alzheimer's disease on Vioxx.
10        Q.      That's not my question.
11        A.      Well --
12        Q.      Now, you're --
13              MR. GARRISON:  Well, you can answer it.
14   Keep going.  You can answer it.
15        A.      They're cognitively impaired and it got
16   worse if they were on Vioxx so --
17        Q.      My question is you're not actually going
18   to testify that patients in the Alzheimer's studies
19   had MIs unreported because they were pre-Alzheimer's
20   or Alzheimer's patients?
21              MR. GARRISON:  Objection.  Argumentative,
22   asked and answered.
23        A.      I will state if the --
24        Q.      There's no evidence of that?
25              MR. GARRISON:  Let her finish.
```

page 224
```
 1        A.      There is evidence of more cardiovascular
 2   deaths in the Vioxx group versus the placebo.
 3        Q.      There's no evidence --
 4              MR. GARRISON:  You're interrupting --
 5              MS. FRIEWALD:  I want my --
 6              MR. GARRISON:  You're interrupting her
 7   answer.
 8              MS. FRIEWALD:  She's not answering my
 9   question.
10              MR. GARRISON:  No, you're --
11   BY MS. FRIEWALD:
12        Q.      There's no evidence that there was a
13   failure to obtain the accurate MI reporting because
14   the patients had mild cognitive impairment in the
15   Alzheimer's studies?
16        A.      You -- there is no evidence that I see
17   with the tremendous dropout rates, with the -- with
18   the 15 extra weeks the placebo group got studied
19   relative to Vioxx, with being brought in and
20   cognitively impaired at baseline, I can't believe as
21   a sound epidemiologist that you would have
22   equivalence of reporting of events in mildly
23   cognitively impaired people.
24        Q.      There's no basis at all other than
25   speculation to say that there wasn't accurate
```

page 225
```
 1   reporting of events?
 2              MR. GARRISON:  Object to the form.  Asked
 3   and answered.  She's answered it.  Let's move
 4   on.
 5        Q.      You're going to offer us an opinion that
 6   you have factual basis for thinking that events were
 7   not reported, or did you just -- you got that from
 8   Dr. Krumholz's testimony?
 9        A.      NO.  As an epidemiologist who designs
10   studies, if you have mild cognitive impairment, you
11   have to be very careful about data collection.
12        Q.      Fair enough.  And there's no evidence
13   that the data collection wasn't careful?
```

Page 97

arnett 20060906.txt

14        A.      Well, there's evidence that many, many
15   dropped out.  So there wasn't good attention to
16   follow-up.
17        Q.      Well, there was -- they may have dropped
18   out for whatever reason people drop out of studies?
19        A.      Well, they dropped out more on Vioxx.
20   That I can argue.
21        Q.      And that's not linked to any clinical
22   event?  You can't link that to any clinical event?
23        A.      I can link it to cardiorenal hypertension
24   and edema.
25        Q.      Hypertension and edema?

page 226
0 1        A.      I can.
2        Q.      And you know what the rate of those
3   events are?  And you haven't looked at the rates of
4   those events for any other -- any other COX-2 or
5   nonselective NSAIDs?
6        A.      I've only been asked to comment on
7   Vioxx.  So the answer is no.
8        Q.      You're not going to offer an opinion that
9   it was improper to study an Alzheimer patient
10   population?
11        A.      No.
12        Q.      Doctor, sitting here today are you aware
13   of the fact that there is -- that all NSAIDs are
14   associated with an increased risk of hypertension and
15   edema?
16        A.      I am not aware of that.  I have not
17   reviewed the literature.  I can say that in the
18   clinical studies I reviewed as part of the Vioxx that
19   Vioxx had greater rates of hypertension than the
20   comparators that were evaluated.
21        Q.      Than which comparators?
22        A.      Naprosyn, diclofenac, placebo, which of
23   course isn't an NSAID.
24        Q.      So that would be in the -- in the OA
25   studies you looked at?

page 227
0 1        A.      (Indicating.)
2        Q.      And what's the magnitude of the
3   difference?
4        A.      Can you be -- can you ask --
5        Q.      Can you say what the magnitude of the
6   difference is in terms of point, point difference?
7             MR. GARRISON:  Object to the form.
8        A.      I don't recall the exact numbers because
9   they varied by study and patient population.
10        Q.      Some studies showed no magnitude of
11   difference.  Some may be a point or something like
12   that?
13        A.      They weren't a point.  Remember too there
14   were four-fold more dropouts in general.  In APPROVe
15   it was 4.3-fold for hypertension.
16        Q.      Okay.  Would you agree that you can't use
17   a relative risk number derived from a clinical trial
18   or a population-based study to tell you how -- what
19   the specific risk was for any individual patient?
20             MR. GARRISON:  Object to the form.
21        A.      I disagree with that statement.
22        Q.      All right.  Tell me how you disagree.
                              Page 98

arnett 20060906.txt

23      A.      In a randomized clinical trial you
24  balanced potential confounding between the two
25  groups.  And you've created an unbiased estimator of

page 228
 1   the population risk from your treatment or benefit
 2  for your treatment.  So on average that is the
 3  benefit that will be realized by or worsening by any
 4  individual in their population.
 5      Q.      But it doesn't mean that any individual
 6  would actually have the average level of risk?
 7  Certainly -- right?
 8      A.      Individuals would go into making up that
 9  composite mean risk for that population.
10      Q.      It doesn't mean that any individual would
11  have the average level of risks in the study?
12      A.      The average is made up of individuals.
13      Q.      But by --
14      A.      By definition --
15      Q.      By definition they won't?
16      A.      You -- one could never tell.  You can't
17  say yes or no because you don't know where they fall
18  within that spectrum.
19      Q.      And whatever the level of risk is, some
20  patients won't have the adverse event even though
21  there is on average an increased risk, correct?
22          MR. GARRISON:  Object to the form.
23      A.      This is a statistical just common biostat
24  101.  And the answer is that a mean is made up of the
25  sum of individual risks.

page 229
 1      Q.      And when you have an adverse event that
 2  happens commonly in the general population, you know
 3  that even if an agent increases the risk you know
 4  that some of those people who have the event would
 5  have had the event anyway, right?
 6          MR. GARRISON:  Object to the form.
 7  Incomplete hypothetical.
 8      A.      There is an endemic risk in the
 9  background population.
10      Q.      And that --
11      A.      That is correct.
12      Q.      What that means is that if you have a
13  common event like a heart attack you know that some
14  number of people in the population are going to have
15  the heart attack anyway, right?
16      A.      There -- that is true but what the
17  clinical trial has shown you is that on average you
18  have X amount of risk associated with your treatment
19  or benefit.  And you can't stand in front of a
20  chalkboard and figure out if everyone is lined up
21  which one of those guys is in which tail of that
22  distribution.
23      Q.      So you can't look at the distribution and
24  say I know some people in this group are going to
25  have a heart attack anyway, some people who wouldn't

page 230
 1   have had a heart attack anyway did because of the
 2  medication, and say I know who is who?
 3          MR. GARRISON:  Object to the form.
 4      Q.      You can't do that?
                                Page 99

arnett 20060906.txt

```
 5       A.      We as epidemiologists try to evaluate the
 6  totality of evidence for that person.  But as I said,
 7  I deal with populations, but we can apply these risk
 8  functions to individuals.
 9       Q.      But you can't say who was who?  You can't
10  say which one is the heart attack that happened
11  because of the additional risk of the drug as opposed
12  to the heart attack that would have happened anyway?
13           MR. GARRISON:  Object to the form.
14       A.      This is a clinical versus epidemiological
15  perspective, and we've been on and off about this all
16  day long.
17       Q.      That's fine.  I just want to understand
18  the limits of epidemiology.  That's not what
19  epidemiology does?  It doesn't allow you to say --
20       A.      I don't consider that a limit.
21       Q.      I don't mean it pejorative.  It's with --
22  it's the inherent restrictions of epidemiology.  It
23  doesn't allow you to say which one is the drug -- is
24  the "but for the addition of the drug this person
25  wouldn't have the heart attack" heart attack as
```

page 231
```
□ 1  opposed to the heart attack that would have happened
 2  anyway?
 3       A.      Alternatively I could say if I'm going to
 4  randomize this group to this drug, then on average I
 5  expect a 2.4-fold excess risk of events in this group
 6  versus that group.
 7       Q.      Doctor, I'm just going to ask you to
 8  answer my question.  You can't say when you have
 9  something like heart attacks that happens commonly
10  that the level of any individual patient you can use
11  the general clinical studies to say this patient was
12  a heart attack that wouldn't have happened but for
13  the drug and this patient is a heart attack that
14  would have happened anyway?
15       A.      I disagree with that statement.
16       Q.      How?
17       A.      Because in randomized clinical trials,
18  and the trials that were done in Vioxx, we have
19  temporality established.  You give a drug.  The risk
20  of heart attack goes up.
21       Q.      But some number --
22           MR. GARRISON:  Let her answer.
23           MS. FRIEWALD:  Okay.
24       Q.      Go on.  Go on.  Fair enough.
25       A.      So if we have temporality established and
```

page 232
```
□ 1  we have a person who may or may not have risk factors
 2  and goes on a drug and has an MI, how can you not say
 3  that it's the drug that's contributing to it when
 4  we've shown on average and in population it's
 5  associated with a 2.4-fold increased risk.
 6       Q.      Well, because we know that heart attacks
 7  happen at random points in time and that the fact
 8  that somebody hasn't had a heart attack yesterday
 9  doesn't mean you won't have a heart attack tomorrow.
10           MR. GARRISON:  Objection, argumentative.
11       Q.      Right?
12       A.      To me it's an irrelevant concept.
13       Q.      It's an irrelevant concept --
```

Page 100

arnett 20060906.txt

```
14        A.      Where you --
15        Q.      Let me finish now.  Isn't it true that
16   most people who have heart attacks in this country,
17   it's their first presentation of any cardiovascular
18   disease?
19        A.      Actually sudden cardiac death is the
20   usual first presentation.
21        Q.      Okay.  Heart attacks happen all the time
22   in people with risk factors and without any known
23   risk factors.
24                MR. GARRISON:  Object to the form.
25        Q.      Correct?
```

page 233
```
□ 1       A.      Correct.
 2        Q.      And by definition the risk of kind of
 3   stating the so obvious it sounds stupid, every first
 4   heart attack happens in somebody who's never had a
 5   heart attack before?
 6        A.      I'm failing to see the logic of your
 7   questioning.
 8        Q.      Can you just -- I'm not asking you to.
 9   It may be illogical.  I'm just asking you to answer
10   it.
11                Every first heart attack happens in
12   somebody who's never had a heart attack before?
13        A.      By first, by definition, I have to agree
14   with you.  But I want to comment that I don't
15   understand the logic.
16        Q.      Patients have first heart attacks after
17   years of having risk factors and they don't know why
18   they've suddenly had that heart attack?
19                MR. GARRISON:  Object to the form.
20        A.      I still don't understand the relevance of
21   this --
22        Q.      Is that true or not?
23        A.      -- to Vioxx.
24        Q.      Is that true or not?
25        A.      Here we're talking about a pharmacologic
```

page 234
```
□ 1   agent --
 2        Q.      I just want to know --
 3        A.      -- with a known increased risk.
 4        Q.      I just want to know if what I'm saying,
 5   if I understand it right, is true or not.  If
 6   people -- you studied the epidemiology of cardiac
 7   events.  People have heart attacks having lived years
 8   with risk, cardiovascular risk factors, then -- they
 9   might not have had a heart attack for years.  And
10   then one day they have a heart attack.  It's the
11   nature of the disease, right?
12                MR. GARRISON:  Object to the form.
13        Argumentative.
14        A.      I don't understand the line of
15   questioning.
16        Q.      I'm not asking if you understand the line
17   of questioning.  If you understand my question, can
18   you answer it yes or no?
19                MR. GARRISON:  You don't need to answer a
20        question you don't understand.
21        A.      I don't understand the question.
22        Q.      Do you understand that people in this
```

arnett 20060906.txt
23   country who have risk factors for often years and
24   manage to not have heart attacks then eventually have
25   heart attacks?

page 235
 1        A.      Generally, I would agree with that
 2   statement.  But it's irrelevant for the specific
 3   question at hand relative to Vioxx because it's not a
 4   risk factor.  It is a drug that was given and
 5   promoted by Merck with a known excess risk of
 6   cardiovascular disease.  That's a different thing
 7   than a risk factor.
 8        Q.      So Vioxx is not a risk factor for heart
 9   attacks?
10        A.      It is.  It's shown to be a risk factor.
11        Q.      You just said it's a different thing than
12   a risk factor --
13        A.      It's different.  It's different in that
14   it's a pharmacologic agent with clear temporality
15   that you can establish with a person.
16        Q.      Why does the fact that it's a
17   pharmacologic agent make it any different from
18   hypertension or diabetes or dyslipidemia or other
19   things we've studied in hundreds of thousands of
20   patients, many more than we've studied with Vioxx and
21   we know they're causative to heart attacks?  Why does
22   it matter that it's a drug?
23        A.      Because it's a choice of a person to take
24   it, and it's the responsibility of a reasonable drug
25   company to make sure it's safe.

page 236
 1        Q.      Well, Doctor, I'm not asking you that
 2   because you haven't told me that you're going to
 3   offer opinions on reasonable drug companies or that
 4   you're an expert in those areas.  I'm only asking you
 5   about epidemiology.  And if --
 6              MR. GARRISON:  Object to the form.
 7        Q.      Do you agree with me that it is the
 8   nature of heart attacks for them to happen in people
 9   who have had risk factors for years and never had a
10   heart attack and then one day they have a heart
11   attack?
12        A.      Are they on or off Vioxx?
13        Q.      Off Vioxx.
14        A.      I would agree with that statement.
15        Q.      Okay.  And in any group of patients
16   taking Vioxx regardless of what you think of the risk
17   of Vioxx or the lack of risk of Vioxx, in any
18   population you would have expected that some number
19   of those patients would have had a heart attack
20   anyway?
21              MR. GARRISON:  Object to the form.
22        Q.      Vioxx playing no role.  You know that
23   because in a placebo group of patients you're going
24   to have some number of patients having heart attacks
25   anyway, right?

page 237
 1        A.      Generally I would agree but I still do
 2   not understand the relevance of this question.
 3        Q.      So when you look at a group, whatever the
 4   increased risk is that you believe may exist, you
                          Page 102

arnett 20060906.txt

```
 5   can't look at the group and say but I know that
 6   Mr. Smith is one of the patients who wouldn't have
 7   had a heart attack except for Vioxx or that Ms. Jones
 8   is one of the patients who would have had a heart
 9   attack anyway?
10        A.     See, this is where your limitations of
11   epidemiology are what I value in the field of
12   epidemiology.  And that is that the field is designed
13   to evaluate risks in populations.  So we have defined
14   the risk factors for cardiovascular disease, and we
15   have identified Vioxx as a risk factor.
16        Q.     The epidemiologists have identified Vioxx
17   as a risk factor?
18        A.     I'm one.  I think it's a risk factor.
19        Q.     Is there some consensus statement of
20   epidemiologists?
21        A.     I'll restrict my comment to myself.
22        Q.     Okay.
23        A.     And Dr. Farquhar and Dr. Ray.
24        Q.     Who are paid experts for plaintiffs?
25        A.     I'd be happy to review any other data you
```

page 238
```
 1   bring before me or any other opinions.
 2        Q.     Okay.  Doctor, you mentioned tables in
 3   the VIGOR study.  Is that something you got from
 4   looking at some document?
 5        A.     No, I got it from reading the VIGOR
 6   paper.
 7        Q.     No, no, no, there should have been some
 8   tables, is that the idea you got --
 9        A.     I was shocked when I read it that they
10   buried it in text and had no table.
11        Q.     You didn't get that from reading it
12   somewhere else?
13        A.     No.  It's obvious.
14        Q.     Did you read the Expression of Concern?
15        A.     I did read the Expression of Concern.
16        Q.     Before or after you became shocked?
17        A.     After I became shocked.
18        Q.     And was it clear to you -- what was the
19   text that you read?
20        A.     You have to -- it's in General Safety on
21   page 1523.  There were two -- four lines or so.
22        Q.     And they say what?
23        A.     They say, The rate of death from
24   cardiovascular causes was 0.2 percent in both groups,
25   ischemic -- let me make sure I have VIGOR -- ischemic
```

page 239
```
 1   cardio -- cerebrovascular events occurred in 2
 2   percent of the patients -- .2 percent of the patients
 3   in each group.  Myocardial infarctions were less
 4   common in the Naprosyn group than the rofecoxib
 5   group, .1 percent versus .4 percent.  And they give
 6   the 65 percent confidence interval.
 7        Q.     So that shows you in text what the
 8   differences were?
 9        A.     It tells you in text buried under a
10   general safety statement.
11        Q.     And VIGOR was not designed as a
12   cardiovascular study?
13        A.     I'll agree with that.
```
                              Page 103

arnett 20060906.txt

14      Q.      Okay.
15      A.      But you have the totality of evidence
16  before that date of VIGOR.
17      Q.      But I'm just talking about, you know,
18  whether it's a big deal it's in a table or a text.
19  It wasn't a cardiovascular study.  Do you know how
20  often or not often data may be presented in text as
21  opposed to tables when they're not part of the
22  primary endpoint of the study?
23              MR. GARRISON:  Object to the form.
24      A.      In looking at the totality of the
25  information we have evidence that there is a biologic

page 240
0 1   concern about this drug.  We have numerous studies
2  showing elevated hypertension rates.  We have
3  Scolnick going out and making new patent applications
4  at the same time this goes in because they're
5  concerned about the cardiovascular risk.  And then
6  you see five-fold more and you bury it in a general
7  safety table, not even a table, a paragraph.
8      Q.      Doctor, you were able to find that text,
9  right, and it was pretty clear?
10      A.      As a practicing physician -- I'm not a
11  practicing physician, but practicing physicians don't
12  read the fine print.
13      Q.      Doctor, what basis do you have to testify
14  to what practicing physicians do?  You're not a
15  medical doctor.
16              MR. GARRISON:  You opened the door.
17      Object to the form.
18              THE WITNESS:  I did.
19      A.      I'll withdraw that statement.
20      Q.      Okay.  And you don't know how frequently
21  or infrequently results may be presented in text
22  versus a table because of page limitations or any
23  other reason when -- particularly when it's not a
24  primary endpoint of the study?
25      A.      In this particular instance with all of

page 241
0 1   the background information that Merck had, that they
2  didn't highlight that information to me was
3  unethical.
4      Q.      Is it in the -- is it up front?
5              MR. GARRISON:  Object to the form.
6      A.      They -- it's up front in the abstract.
7  Is that what you mean by up front?
8      Q.      Yeah, it's in the abstract.
9      A.      It's in the abstract as a protective
10  effect.
11      Q.      And it -- that it may be attributed to a
12  protective effect and that was one of the things
13  debated among your colleagues, correct?
14      A.      As I said, I was -- I only heard this in
15  hallways.
16      Q.      Okay.  They debated was it protective or
17  was it Vioxx or was it naproxen?
18      A.      I never testified to the debate about
19  Naprosyn versus Vioxx.  What I testified to earlier
20  was that I heard people in the hallways talking about
21  Vioxx.  So just to be specific, that's what I said.
22              MS. FRIEWALD:  Okay.  Why don't we take a
                        Page 104

arnett 20060906.txt

```
23      short break.  I'm going to look through my notes
24      and see where I am.
25              THE VIDEOGRAPHER:  We're off the record
```

page 242
```
 1      at 3:44.
 2              (Off the record.)
 3              THE VIDEOGRAPHER:  This is the beginning
 4      of Tape Number Five in the continued deposition
 5      of Dr. Donna Arnett.  We're on the record at
 6      4:16 p.m.
 7  BY MS. FRIEWALD:
 8      Q.      Okay, Doctor.  I asked you about a bunch
 9      of risk factors before, and I neglected to ask you
10      about smoking.  You agree that smoking causes heart
11      attacks?
12      A.      I agree that smoking is a risk factor and
13      associated with heart attack.
14      Q.      Do you think the data are not
15      sufficiently robust to conclude that smoking causes
16      heart attacks?
17      A.      It would be unethical to do a clinical
18      trial to definitively test that hypothesized
19      association, but there's considerable evidence to
20      suggest that smoking is associated with heart attack.
21      Q.      Is it your position that in the absence
22      of a randomized control clinical trial, an
23      epidemiologist cannot and should not assert
24      causation?
25              MR. GARRISON:  Object to the form.
```

page 243
```
 1      A.      No, that's not my viewpoint as an
 2      epidemiologist.  We look at -- I, in particular, look
 3      at the totality of the data and types of study
 4      designs, the validity of those designs.  And
 5      certainly, smoking has been implicated in most of the
 6      major cardiovascular follow-up studies as a risk
 7      factor.  But cause is a very strong word to an
 8      epidemiologist.
 9      Q.      Well, what is missing, in your view, from
10      the puzzle that prevents you from saying smoking
11      causes heart attacks?
12      A.      I -- it's just my general discomfort in
13      saying "cause" in the absence of experimental
14      evidence.  So I'll give it to you that smoking is a
15      cause of heart attack.
16      Q.      I don't want you to give me something you
17      don't believe.  I just want to understand where
18      you're drawing your lines.  Does the Surgeon General
19      say that smoking causes heart attacks?
20      A.      I haven't read the Surgeon General's
21      report, but I certainly know there are strong
22      warnings about smoking and there are warning labels
23      on cigarettes.  So I imagine that the Surgeon General
24      has listed it as a cause of not only heart attack,
25      but lung cancer.
```

page 244
```
 1      Q.      So I just want to make sure I understand
 2      where we are.  You would put hypertension and high
 3      LDL as causes; is that right?
 4      A.      I -- I believe I agreed to that.  And
```
Page 105

arnett 20060906.txt

5   it's not -- this -- because in both hypertension and
6   LDL, we have clinical trial evidence that by reducing
7   the levels of those two risk factors, you lower
8   risk.  So you truly establish temporality.
9        Q.      And with those two risk factors, do
10  you -- do you require any specific level of risk?
11  And what I mean by that is -- well, really I want to
12  make sure that you and I are on the same page when we
13  talk about hypertension.  Are you talking about any
14  elevated blood pressure, or are you saying if you
15  have 140 over 90 or above, it's causative, but at
16  some lesser level, it may not be causative?
17          MR. GARRISON:  Object to the form.
18       A.      My earlier testimony and what I truly
19  believe is that -- and is born in the data, is that
20  blood pressure has a continuous gradient with
21  increasing risk with increasing level, and there's no
22  threshold at which risk becomes nonexistent.
23       Q.      And so blood pressure is clearly a risk
24  factor for cardiovascular events.  Is that different
25  from causing heart attacks?

page 245
□ 1      A.      Cause -- from an epidemiologist's
2   perspective, how I view causation is the totality of
3   evidence that we've already discussed previously.
4        Q.      Is it just -- can you tell me generally,
5   is there a difference between something being a risk
6   factor and something causing an event?
7          MR. GARRISON:  Objection.  Asked and
8       answered.
9        A.      I've -- I've discussed this already.
10       Q.      Well, I -- it may be that I don't
11  understand.  I think we've discussed a lot of these
12  issues, but I don't think I ever asked this
13  particular question.
14          Is there a difference between something
15  being a risk factor and something causing an event?
16       A.      Risk is a very precise epidemiologic
17  term, which means that the presence of a factor is
18  associated with an increased probability of
19  occurrence of an outcome in those exposed to that
20  factor versus those who are not.
21       Q.      Okay.  And that's not the same thing as
22  causation because you may need to confirm the
23  presence of the risk factor through multiple lines of
24  evidence before you say there's causation?
25          MR. GARRISON:  Object to the form.

page 246
□ 1      A.      Multiple lines of evidence, consistency
2   across studies, the internal/external validity of
3   those studies, coherence with animal models, et
4   cetera.
5        Q.      Okay.  So you would need coherence with
6   animal models, consistency across studies.  You
7   talked about biological plausibility.  Do you need
8   more than that -- at a certain point, do you need to
9   know whether the biological plausibility theory
10  actually has been proved?
11          MR. GARRISON:  Object to the form.  Asked
12      and answered.
13       A.      I previously stated that proved is a very
                    Page 106

arnett 20060906.txt
```
14   abstract concept.
15        Q.    Well, do you need animal data or other
16   things to confirm that the biologic theory actually
17   plays out?
18              MR. GARRISON:  Object to the form.  Asked
19        and answered.
20        A.    I've answered this question.
21        Q.    Well, I may just not be that swift.  But
22   I understand that biological plausibility is a theory
23   that something could happen on a biological level.  I
24   want to know, as an epidemiologist, do you need to
25   have tested that biological hypothesis and shown that

page 247
 1   it's real?
 2        A.    Epidemiologists generally do not test the
 3   biological hypothesis.
 4        Q.    Do you need to have the right kind of
 5   scientist test it for you?
 6        A.    It depends on where you are in the
 7   evaluation.
 8        Q.    At some point, wherever you are in the
 9   evaluation, if the biological theory is unconfirmed,
10   do you then have to take biologic plausibility off
11   your list or downgrade it in some way?
12        A.    As an epidemiologist who is --
13   epidemiology is the fundamental field of public
14   health.  As a public health activist, if I have shown
15   an excess risk in a population with a particular
16   exposure or drug, then understanding the biological
17   relevance in terms of public health action would be
18   irrelevant.
19        Q.    Okay.  But when you're doing things
20   prospectively, when you haven't yet proved the risk,
21   is one of the things you want to do to try and
22   confirm that the biological theory actually works,
23   actually is true in an animal model or in a test tube
24   model or in a human model?
25              MR. GARRISON:  Object to the form.

page 248
 1        A.    Generally speaking that is true, but it's
 2   not always required.
 3        Q.    And you want to see dose response?
 4   That's one of the other things you want to see?
 5        A.    We discussed this earlier.
 6        Q.    Okay.  Now, and you -- the best data
 7   would be either randomized controlled clinical trials
 8   against a placebo or against a comparator that you
 9   knew was equivalent to a placebo?
10              MR. GARRISON:  Object to the form.
11        A.    Not equivalent to a placebo.
12              MR. GARRISON:  Mischaracterization of
13        testimony.
14        Q.    What's wrong with that?  Isn't that what
15   you said?
16        A.    You just said use the comparator as
17   equivalent to the placebo.
18        Q.    In terms of risk.
19              MR. GARRISON:  Object to the form.
20        Q.    I thought that's what you told me
21   earlier, that you either -- that you can use a
22   comparator if you know the comparator has the same
                        Page 107
```

arnett 20060906.txt
23  level of risk as the placebo, and then you don't have
24  to worry about being confounded by some effect of the
25  comparator?

page 249
 1        A.       I've answered the question previously.
 2  And specifically my testimony is if the comparator
 3  has been tested against the placebo, you can use --
 4  that the comparator tested against the drug of
 5  interest is an appropriate design.
 6        Q.       Because you've tested it against a
 7  placebo to confirm that it is comparable to a placebo
 8  in terms of its risk?
 9        A.       No.  I did not say that.  I don't agree
10  with that statement.
11        Q.       Well, then what's the purpose of
12  comparing it to the placebo?
13        A.       To get it approved by the FDA.
14        Q.       No, no, no.  I'm not talking about
15  approval for the comparator.
16             MR. GARRISON:  Objection.
17        Argumentative.
18        Q.       If -- I thought I understood this, but I
19  apparently didn't.  So I want to make sure I
20  understand it.  I thought what you told me is that a
21  placebo comparator trial wasn't necessarily better
22  than an active comparator trial in terms of looking
23  at the risk of a particular drug, if the active
24  comparator's level of risk was known and was
25  comparable to that of a placebo?

page 250
 1        A.       You are correct up until the "comparable
 2  to that of placebo."  What I said was it would be
 3  known.
 4        Q.       Okay.  So you have to be able to quantify
 5  the level of risk firmly that you have with the
 6  comparator?
 7        A.       Most clinical studies, most randomized
 8  controlled studies used active comparators.
 9        Q.       Not to test safety.
10             MR. GARRISON:  Object to the form.
11        Argumentative.
12             That's not a question.  You don't need to
13        --
14  BY MS. FRIEWALD:
15        Q.       Did the FDA allow a drug company to make
16  a safety claim looking at a comparator?
17        A.       I don't know that specific regulatory
18  requirement of a placebo.  But certainly in the
19  Villalba memos there was concern about safety with
20  Vioxx.
21        Q.       Okay.
22        A.       And a request for more study for
23  cardiovascular events.  I don't recall the FDA
24  requiring Merck to conduct placebo-controlled studies
25  for safety.

page 251
 1        Q.       Fair enough.  Fair enough.  I just -- you
 2  would have to know the level of risk for a particular
 3  side effect with the comparator before you could know
 4  whether your drug was at increased risk or not when
                        Page 108

arnett 20060906.txt
```
 5    you did your study against the comparator, right?
 6         A.    I would disagree in the evidence from
 7    Vioxx because in the test for heterogeneity across
 8    different comparators, there's no evidence that the
 9    safety for Vioxx differs across different
10    comparators.
11         Q.    With regard to MI?
12         A.    Yes.
13         Q.    As a general proposition, would you agree
14    with the statement?
15         A.    Restate it.
16         Q.    Generally speaking, if you're going to
17    test your drug against a comparator, you should know
18    what the level of risk is with the comparator, or you
19    should go against the placebo, if what you're trying
20    to prove is risk compared to a placebo?
21              MR. GARRISON:  Object to the form.
22         A.    I would disagree because it's -- it
23    depends on the objectives of the study --
24         Q.    If you --
25         A.    -- and the ethics of withholding active
```
page 252
```
□ 1    treatment.
 2         Q.    If you want to know whether Vioxx
 3    increases the risk of heart attack compared to taking
 4    nothing and you use naproxen as an active comparator
 5    in your study, do you need to know how much naproxen
 6    increases or decreases the risk of heart attack?
 7         A.    It's irrelevant because the APPROVe study
 8    tested against placebo and found excess risk.
 9         Q.    Well, I'm not talking about -- let me --
10    let's go back and live in the time period of VIGOR.
11    Before APPROVe, would you agree that if you want to
12    know whether Vioxx increased the risk of heart
13    attacks or not comparing it to naproxen, you have to
14    know what naproxen's effect is on heart attacks?
15         A.    In the totality of evidence preceding
16    VIGOR, there was all of these other avenues of
17    causation that we discussed that were showing red
18    flags.
19         Q.    Which were what?  Nonstatistically
20    significant results and an edema hypertension effect?
21              MR. GARRISON:  Object to the form.  This
22    is -- you've already gone into this.  This is
23    repetitive.  She's already answered all this.
24    You're asking her the same questions, just a
25    different way.  We've already been down this.
```
page 253
```
□ 1    Q.    Finish your answer.
 2         MR. GARRISON:  You don't have to finish
 3    your answer if you feel like you want to stand
 4    on what you've already testified to.
 5         Q.    I asked you at the time of VIGOR, and you
 6    referred me to APPROVe, so --
 7         A.    I started APPROVe, and then you went back
 8    to VIGOR.
 9         Q.    Because I was trying to ask you about the
10    VIGOR time period.
11         A.    Are you ready for me to talk?
12         Q.    Sure.
13         A.    In the Konstam article, which is the
```
Page 109

arnett 20060906.txt
```
14    composite of OA, RA, and AD studies, many of which
15    were done prior to VIGOR, there's numerical excess of
16    events in Vioxx-treated people.
17         Q.     Did it find any statistically significant
18    increased risk compared to any comparator?
19         A.     We've -- we've talked about this before.
20    It's irrelevant given the context that they were
21    powered one chance out of 20 to find the truth.
22         Q.     Well, let me see if I can -- I just want
23    to back up a little bit.  Because before we get to
24    the studies that you say were underpowered and before
25    we get to VIGOR, the only thing we had was biological
```

page 254
```
01    plausibility, right?
 2              MR. GARRISON:  Object to the form.
 3         Q.     No?
 4         A.     We've discussed this.
 5         Q.     Well, before you had the OA studies,
 6    which showed no effect, you had biological
 7    plausibility; that's what you're saying?
 8         A.     I disagree with that statement.  That's
 9    not what I said.
10         Q.     Okay.  Then correct me, if you would,
11    because I'm not understanding it.
12         A.     I've testified about this before, and so
13    I'm repeating what I've already mentioned.
14         Q.     I'm not -- I apologize, but I thought
15    that's what you had told me, that you had biological
16    plausibility, and then you had studies which showed
17    no statistically significant effect, you say,
18    because --
19         A.     Oh, no, I never said that.
20              MR. GARRISON:  Let me just say something
21    for the record here.
22         Q.     What is it you had before -- before the
23    studies?
24              MR. GARRISON:  Asked and answered.  It's
25    repetitious.  If you want to start something
```

page 255
```
01         new, fine.  But if you're going to keep going
 2         down this road, I'm going to end this
 3         deposition.
 4    BY MS. FRIEWALD:
 5         Q.     I just want to know this because I truly
 6    do not know.  Is there anything before the OA
 7    studies -- you did mention 023.  That's fine.  But
 8    that's the biologic plausibility.  Is there anything
 9    before the OA studies that you're relying on that is
10    part of the totality of evidence other than
11    biological plausibility?
12         A.     Yes, the NDA application.
13         Q.     Did you review the NDA application?
14         A.     I reviewed NDA 21-042.
15         Q.     I'm sorry.  What document are you looking
16    at?  Because I don't know what that is.
17         A.     It's entitled "Food and Drug
18    Administration Division of Anti-Inflammatory
19    Analgesic in Ophthalmic Drug Products, HSD 550" --
20         Q.     Okay.  You're --
21         A.     MDA 21-042.
22         Q.     The FDA review.
```
                              Page 110

arnett 20060906.txt

```
23      A.      Submission date --
24      Q.      The medical review?
25      A.      Yes, by Villalba.
```

page 256
```
□ 1      Q.      Okay.  And what -- was there a page there
 2  particularly that you were starting to refer me to or
 3  that you were saying?  I'm really just trying to get
 4  in terms of the pieces of the epidemiologic puzzle
 5  that you need what it is you said you had other than
 6  biological plausibility before these OA studies.
 7      A.      On page 104 of the villalba medical
 8  review of the NDA application --
 9      Q.      Uh-huh.
10      A.      -- she cites that there is theoretical
11  concern, that we've already discussed, in terms of
12  biological plausibility.  She states evaluation of CV
13  thromboembolic events regardless of seriousness shows
14  a numerically higher incident of ischemic and
15  thrombotic events in patients taking rofecoxib.
16      Q.      So that's the studies.  But my question
17  is before the studies and the numeric disparity, was
18  there anything other than biologic plausibility.
19      A.      I've asked and answered -- what else than
20  studies do you have?
21      Q.      Okay.  You say have -- you had biologic
22  plausibility, and then you have studies that you say
23  show a numeric disparity.
24      A.      Uh-huh.
25      Q.      Okay.  And then you have VIGOR; is that
```

page 257
```
□ 1  basically right?
 2      A.      Oh, no.  In between you have a patent
 3  application where you admit the drug is
 4  prothrombotic.
 5              MR. GARRISON:  Object to the form.
 6  Whatever the previous --
 7      Q.      Where does the --
 8              MR. GARRISON:  -- record says.
 9  BY MS. FRIEWALD:
10      Q.      Where does the patent application contend
11  an admission?
12      A.      It's under the Rationale.
13      Q.      Okay.  Oh, by the way, do -- and maybe I
14  asked this before.  I apologize if I did.
15              Did you read everything that was on the
16  first two disks that we discussed or just you read
17  some things you thought were important to you and
18  didn't read other things?
19      A.      Correct.
20      Q.      Okay.  Do you agree that the traditional
21  independent risk factors are multiplicative in their
22  effect?
23      A.      I don't dis -- I don't agree with that
24  statement.
25      Q.      Why not?
```

page 258
```
□ 1              MR. GARRISON:  He's trying to get your
 2  attention.
 3              (Off the record.)
 4  BY MS. FRIEWALD:
```

Page 111

arnett 20060906.txt

```
 5        Q.     Okay.  So I think my last question was --
 6   my next to last question was just to confirm that the
 7   two disks that I had handed Kirstin contained
 8   information that you had looked at selectively.  You
 9   didn't read everything on those disks; you made
10   decisions about what to read and what not to read.
11        A.     Correct.
12        Q.     And if we -- I believe there's an index
13   to those disks; is that right?
14        A.     There is not.  On one of them, the
15   Scientific Article disk, there were folders.
16        Q.     Is there any way for me to know which
17   articles you looked at and which ones you didn't look
18   at?
19        A.     I -- on the Scientific Articles disk, I
20   only looked at the articles related to clinical
21   studies.
22        Q.     Okay.  And on the other disk?  I'm not
23   even sure that I know what was on the other disk.
24        MS. MAZZEO:  8/28/06.
25        A.     That, I opened each of the files and
```

page 259
```
 1   skimmed some -- I couldn't tell you now after
 2   reviewing as much as I reviewed this 100 hours.
 3        Q.     So on the 8/28/06, because that might not
 4   have gotten picked up, you skimmed --
 5        A.     Uh-huh.
 6        Q.     Fine.  And it looks to me like that disk
 7   contained kind of a mix of some published literature,
 8   some depositions, some company documents?
 9        A.     I didn't open any of the depositions.  I
10   requested the company documents after my Google
11   search.
12        Q.     Tell me -- my second question was that
13   you agree that risk factors are multiplicative in
14   their effect.  And if the answer is no, tell me why.
15        A.     The answer is no because -- well, there
16   are some risk factors that may add -- act together in
17   a multiplicative way.  The -- I'm not aware of
18   striking interactions between cardiovascular risk
19   factors.  I'm not aware of them, and I've been a
20   cardiovascular epidemiologist for 20 years.  There
21   are some, but they're not all.  So as I said before,
22   there's statistical ways of testing that.
23        Q.     Isn't it true that somebody who has high
24   blood pressure and abnormal lipids and smokes is at
25   greater risk than they -- than one might think just
```

page 260
```
 1   by adding those risk factors together?
 2        MR. GARRISON:  Object to the form.
 3        A.     I -- I can't -- I cannot agree with that
 4   statement.
 5        Q.     Is there proof that you can point me to
 6   that would say that that was wrong?
 7        A.     If you're willing to, I can test this in
 8   the ARIC database and -- and answer the question from
 9   middle-aged Americans.
10        Q.     I just want to know whether there's any
11   published literature that actually exists that would
12   confirm or deny that belief I have.
13        A.     There may be literature that exists.  To
```

Page 112

arnett 20060906.txt
14   my knowledge, I -- it's not a well-known concept
15   among epidemiologists.
16        Q.      Doctor, you believe that any time a
17   patient lives with a blood pressure that is any level
18   above normal, they're taking on some incremental
19   increased risk of having a cardiovascular event?
20           MR. GARRISON:  Object to the form.
21        A.      My testimony is as an epidemiologist, as
22   previously stated, is there is an increased risk that
23   is monotonic with increasing blood pressure with
24   cardiovascular events.  I don't speak to specific
25   patients.

page 261
 1        Q.      Does it -- you can't tell me whether it
 2   translates to the patient level?  Would -- would you
 3   give guidance?  Do you think that you can use your
 4   epidemiology to give guidance to a doctor to say, you
 5   shouldn't be satisfied with patients being at, say,
 6   130 over 80 without telling them that they are at a
 7   certain degree of greater risk than if they were at
 8   125 over 75?
 9           MR. GARRISON:  Object to the form.
10        A.      I'm not a clinician.
11        Q.      So you don't feel qualified to say that
12   that's what the epidemiological data tells doctors?
13        A.      I am not a practicing physician, and I'm
14   not answering the question.
15        Q.      Based on your work as an epidemiologist,
16   do you have an opinion as to what degree in heart
17   attack reduction aspirin provides?
18        A.      I haven't reviewed the literature.
19   Generally speaking, it's between 15 and 20 percent
20   reduction.  But that's a general statement.  I'd have
21   to review the literature carefully.
22        Q.      Okay.  When was the last time you
23   reviewed that literature?
24        A.      When the Physicians' Health Study came
25   out, which was in the 1980s.

page 262
 1        Q.      Would you agree that there are hazards,
 2   problems in trying to take out -- trying to study
 3   populations with multiple risk factors and tease out
 4   the actual contribution of specific individual risks?
 5           MR. GARRISON:  Object to the form.
 6        A.      You need to restate that question.
 7        Q.      Okay.  If you -- are -- are there limits
 8   that epidemiologists such as yourself recognize when
 9   they do studies where they look at populations that
10   have a whole bunch of risk factors for cardiovascular
11   events and then try to quantitate the effect of those
12   -- of each individual risk factor separately?
13           MR. GARRISON:  Object to the form.
14        A.      That's the beauty of our field.  That's
15   what our field does.
16        Q.      And there are hazards, there are limits
17   to doing that?
18        A.      None to my knowledge.
19        Q.      Well, aren't there all kinds of potential
20   problems that can come about when you try to -- I may
21   be using my term wrong, but take -- do a multivariant
22   analysis and say that that can be used to predict how
                         Page 113

arnett 20060906.txt
23    each individual risk factor affects patients?
24        A.       I'm not speaking about specific patients.
25        Q.       "Patients" is a population.  I'm using

page 263
 1    that as a population.
 2        A.       There are parameters in the modeling
 3    itself that have to be followed.  But this has been
 4    the fundamental mainstay of our field for years.
 5        Q.       Okay.  And what are some of the modeling
 6    parameters?
 7        A.       In the proportional hazards model,
 8    proportionality of the hazard over time must be met.
 9    That's the critical one.  You have to reach
10    multiplicativity of the effects.  That's the second.
11    And we've discussed that earlier.
12        Q.       And are there hazards in doing population
13    studies where you're looking at healthy populations
14    and potentially underestimating the risks?  I'm not
15    talking about controlled clinical trials, but I'm
16    looking at -- why don't you talk to me about how the
17    Framingham results might not be reproducible.  Is one
18    of the limitations that that was looking at a
19    relatively healthy population?
20        A.       The limitation regarding Framingham was
21    the external validity or generalizability question,
22    so --
23        Q.       And what does that mean in
24    plain English?
25        A.       In plain English, which is getting hard

page 264
 1    to say after eight hours, it's evaluating the -- how
 2    you can generalize findings from one population to
 3    another, but the risk for that particular population
 4    can be very well parameterized.
 5        Q.       Okay.  Have you looked at any of the
 6    literature on whether any analgesics, NSAIDs, whether
 7    traditional or not, or other pain medications affect
 8    prostacyclin, other than Vioxx or other than COX --
 9    other COX-2s?
10        A.       I have not.
11        Q.       Do you agree that when people are
12    offering their opinions on scientific subjects, not
13    just in medical journals, but in the popular press as
14    well, it's important for them to disclose any
15    conflicts of interest that they might have?
16        A.       Actually, I don't agree with that.  I
17    think as a scientist, I do what is ethical and
18    responsible.  But I know that there are many opinions
19    about that, that people should disclose conflicts.
20        Q.       You don't think that conflicts should be
21    disclosed?
22        A.       As a scientist, I'm not driven by
23    particular conflicts.  I don't engage -- I don't
24    engage in conflict.  In other words, I'm, you know,
25    exclusively funded by NIH.  I have no conflicts.

page 265
 1        Q.       I'm not asking about your conflicts.  I'm
 2    asking you as a general proposition, do you agree
 3    that conflicts of interest should be disclosed?
 4        A.       In general, I'll agree to that --
                              Page 114

```
 5      Q.     Okay.
 6      A.     -- although personally, I feel that all
 7  scientists should be ethical.
 8      Q.     And you assume that they are?  Regardless
 9  of whether they have done work for one company or
10  not, you assume that they're driven by their science?
11      A.     I assume that.
12      Q.     Okay.  But would you agree that if people
13  are making statements, whether it's in the scientific
14  journal or in the popular press, that might affect
15  people's perceptions of the safety or risks of the
16  drug, that they should identify their conflicts?
17      A.     I don't understand the logic of this
18  questioning.  In general, I would say that people
19  should identify conflicts.
20      Q.     Okay.
21      A.     I have no conflicts.
22      Q.     I'm sorry?
23      A.     I have no conflicts.
24      Q.     Doctor, have you looked at the -- whether
25  the number of MIs in the population in this country
```

page 266
```
 1  generally increased, decreased, or stayed the same
 2  during the time that Vioxx was on the market?
 3      A.     I have not reviewed the data.  There are
 4  no surveillance systems in the U.S. to evaluate that
 5  question.
 6      Q.     Do you know whether there are reports,
 7  annual reports, on rates of MI?
 8      A.     There are not any reports of rates of
 9  MI.  There are deaths, but not reports of MI.
10      Q.     Reports of cardiovascular deaths?
11      A.     Correct.
12      Q.     And do you know if those reports of
13  cardiovascular deaths show an increase, decrease, or
14  consistency during the time period that Vioxx was on
15  the market?
16      A.     I have not reviewed that data.
17      Q.     And would you agree that if the rates did
18  not increase, that would be inconsistent with a
19  substantial adverse effect of Vioxx?
20             MR. GARRISON:  Object to the form.
21      A.     I would not agree.
22      Q.     Why not?
23      A.     They're -- the -- the relative risk, the
24  number of people exposed -- can you restate the
25  question?
```

page 267
```
 1      Q.     Yeah.  If you weren't seeing any
 2  significant increase in heart attack deaths or in
 3  cardiovascular deaths while Vioxx was on the market,
 4  that's an important piece of information that goes
 5  against the idea of Vioxx having a big safety impact?
 6             MR. GARRISON:  Object to the form.
 7  Assumes facts not in evidence.  Incomplete
 8  hypothetical.
 9      A.     I don't agree that that would be a
10  strategy that a reasonable epidemiologist would take.
11      Q.     Why not?
12      A.     You would have to know in the population
13  as a whole the exposure prevalence of Vioxx.  You
```

arnett 20060906.txt
14   would have to know that there were no other competing
15   improvements in medical care that are improving the
16   heart attack survivability.  So accrued death rate is
17   not a good indicator --
18      Q.    Well --
19      A.    -- of the question that you're asking.
20      Q.    Well --
21      A.    There have been improvements in
22   cardiovascular care over the last five years.
23      Q.    Well, it certainly would tell you whether
24   there was a big difference in outcomes.
25      A.    It wouldn't tell me anything.

page 268
0 1      Q.    It would tell you whether more people
 2   were dying from heart attacks while Vioxx was on the
 3   market or not.
 4      MR. GARRISON:  Objection.
 5      Argumentative.
 6      A.    I've answered --
 7      Q.    It wouldn't -- I mean, if there was no
 8   increase in deaths, it wouldn't tell you that more
 9   people weren't dying?
10      MR. GARRISON:  Objection.  Assumes facts
11      not in evidence.  Argumentative.
12      A.    As I stated before, there could be
13   secular trends in other parts of health care that
14   could be improving the survivability of heart
15   attacks, so, therefore, the overall death rate could
16   be going down while Vioxx was killing people.
17      Q.    So you would have to look at
18   confounders.  But it would still be a piece of
19   information that would be pretty important, wouldn't
20   it, if you were going to claim that Vioxx was causing
21   a -- a big safety problem?
22      A.    As a reasonable epidemiologist, I would
23   not evaluate that as one of my criteria.
24      Q.    And what about if you were looking --
25   would your answer be different if you were looking at

page 269
0 1   just MIs or strokes?
 2      A.    No.  I would not look at that data.
 3      Q.    Okay.  So if you -- if you wanted to know
 4   if Vioxx was causing more heart attacks in this
 5   country, you wouldn't think it reasonable to look to
 6   see whether there were more heart attacks while Vioxx
 7   was on the market?
 8      A.    As I said, there are no surveillance
 9   systems in the U.S. to define heart attacks, to
10   identify them.
11      Q.    Okay.  The money that you're getting in
12   this litigation, is that going directly to you, or is
13   that going to the University?
14      A.    It's coming -- actually, I haven't gotten
15   any money.
16      Q.    What you expect to get?
17      A.    It's coming to me.
18      Q.    And is there any limitation the
19   University sets on the percentage of income that you
20   can receive from litigation and/or other kinds of
21   consulting work?
22      A.    This is my -- there are limits in terms
                    Page 116

arnett 20060906.txt
23  of hours or days per week.  One day per week can be
24  spent.  But I'm not aware of any -- and this is my
25  first case.  So it's not like I've had to deal with

page 270
□ 1  this before.
2         Q.       Okay.  You agree that the FDA has never
3  said that blood pressure, hypertension, edema
4  explains any claimed adverse effects from Vioxx?
5                  MR. LOCKLAR:  Object to the form.
6         A.       I -- I don't understand.  You want me to
7  answer about the FDA?
8  BY MS. FRIEWALD:
9         Q.       Yeah.  Have you seen anywhere where the
10 FDA has concluded that any alleged risk of Vioxx were
11 the result of hypertension caused by Vioxx?
12                 MR. LOCKLAR:  Object to the form.
13        A.       I don't recall this.  I've reviewed many
14 documents.
15        Q.       You agree that the APPROVe study is not
16 consistent with the FitzGerald hypothesis?
17        A.       The APPROVe study showed an excess risk,
18 substantially significantly excess risk of
19 cardiovascular disease --
20        Q.       So do you --
21        A.       -- which would be consistent with a
22 reduction in prostacyclin and imbalance and that
23 thromboxane process, prostacyclin relationship.
24        Q.       It showed no excess in risk for the first
25 18 months and no statistically significant increase

page 271
□ 1  in risk before the first 36 months, right?
2                  MR. LOCKLAR:  Object to the form.
3         A.       You're actually wrong about that.
4         Q.       Okay.  Well, tell me where.
5         A.       There was a retraction that came out
6  where the p-value for that 18-month period was
7  retracted in the New England Journal of Medicine.
8         Q.       Well, I didn't ask you actually about
9  that analysis.  I asked you isn't it true that, just
10 looking at the event rates, there is no statistically
11 significant increased risk before 18 -- before 36
12 months?
13        A.       t's not true.  Investigator-reported
14 event rates were high and consistent throughout
15 the 36-month period.
16        Q.       There's a statistically significant
17 increased risk in confirmed events before 36 months?
18        A.       Investigator-reported events.
19        Q.       So you're using investigator-reported
20 events and not confirmed events?
21        A.       Well, investigators are there with their
22 patients.  Don't discount their events.
23        Q.       What --
24        A.       But to me, the concept is irrelevant when
25 there's no statistical evidence.

page 272
□ 1         Q.       So you would rely on nonstatistically
2  significant evidence sometimes, but not other times?
3         A.       When you find statistical evidence of a
4  statistically increased risk, then power in that
                          Page 117

arnett 20060906.txt

5   situation is irrelevant.
6        Q.     As a general matter, if you saw something
7   with a p-value of .07, would you say, no, I don't --
8   I don't consider that because it's not .05, or would
9   you sometimes in your general work say that that's
10  worth looking at?
11       A.     So it's the totality of evidence.  So if
12  you ask me is that P of .07 important for the APTC, I
13  would say no because the totality of evidence for the
14  investigator reports from that same study show an
15  early separation of the lines.
16       Q.     Is there any statistically significant
17  increased risk in heart attacks before 36 months in
18  APPROVe?
19       A.     I haven't reviewed the data on a
20  month-by-month basis, nor do I know if it's
21  available.
22       Q.     And would you agree that the FitzGerald
23  hypothesis would predict not a delay in events; it
24  would predict early events?
25       A.     I would agree that the imbalance in

page 273
□ 1   prostacyclin and thromboxane would show events
2   early.  And if you look at the investigator initiator
3   reports, that would -- that's what you see if you
4   look at the Shapiro report, the meta-analysis of MI.
5   That's what you see.
6        Q.     Where do you see statistically
7   significant increased risk early in APPROVe?
8        A.     You see numerically an increase early on.
9        Q.     And are you claiming that there wasn't
10  power to see statistical significance if there was
11  one?
12       A.     Not early on.
13       Q.     And what's the basis for that?
14       A.     You have very limited follow-up time at
15  that point.
16       Q.     But why would that matter if you have a
17  large cohort of patients and FitzGerald knocks you
18  out of balance right away?  You should have plenty of
19  power.
20       A.     There are five factors that go into
21  evaluating power:  Incidence rates, sample size, the
22  alpha level, the beta level, and the effect size.  So
23  your incidence rate at that point is still small
24  because you have very little accrual time into the
25  trial.  So, therefore, you aren't powered at that

page 274
□ 1   alpha level with that sample size to detect a
2   statistically significant risk.
3        Q.     Well, you have to assume that the rate of
4   events is very low.  But if you assume, as you do,
5   that the risk is great and it's caused by immediate
6   imbalance, then you have plenty of power?
7            MR. GARRISON:  Objection.
8            Argumentative.
9        A.     I've answered there are five pieces to
10  that puzzle.  You have to consider all five.
11       Q.     Okay.  But there's no evidence of a
12  statistically significant increased risk in MI in
13  APPROVe before 36 months, right?
                        Page 118

arnett 20060906.txt

14        A.        I have not seen an analysis where it's
15   been separated, and certainly, a retraction in the
16   New England Journal of Medicine would indicate that
17   it was not statistically significantly different by
18   period 18 months versus 36 months.
19        Q.        Doctor, I'm going to mark an exhibit --
20   what's my next number?
21              MR. GARRISON:  Just so you know, when
22   it's 5:15, we're leaving.  Okay?  We've got 15
23   minutes.
24              MS. FRIEWALD:  Can we mark this as Arnett
25   6, please?

page 275
 1                    (Exhibit Arnett 6 was marked
 2                     for identification.)
 3   BY MS. FRIEWALD:
 4        Q.        This is the FDA memo, Doctor, that you
 5   glanced at earlier when we were looking at your
 6   binder.  Am I right, you have not reviewed this memo;
 7   is that correct?
 8        A.        As far as I know, I have not seen this.
 9        Q.        Okay.  Are -- can you tell me -- are you
10   -- do you have an opinion at this point -- can you
11   say you agree or disagree or you have no opinion as
12   to whether the three approved COX-2 selective NSAIDs
13   are associated with an increased risk of serious
14   adverse CV events compared to a placebo; the
15   available data do not permit a rank ordering that
16   these drugs with regard to the CV risk?  That's the
17   first bullet on the first page.
18        A.        I have not reviewed this, and I have not
19   reviewed the data for celecoxib or valdecoxib, so I
20   cannot offer an opinion in this case.
21        Q.        Okay.  And then the next bullet says,
22   "Data from large controlled clinical trials that have
23   included a comparison of selective and nonselective
24   NSAIDs do not clearly demonstrate that the COX-2
25   selective NSAIDs conferred greater risk of adverse CV

page 276
 1   events than nonelective NSAIDs."
 2              Do you have an opinion as to that, or do
 3   you feel that you've reviewed enough material to
 4   offer an opinion as to that?
 5        A.        This is the first I've seen this memo.
 6   Certainly, from the COX-2 data for Vioxx that I've
 7   reviewed, I would not agree with that statement.  But
 8   I have not reviewed this document before.  And I
 9   don't understand what they're defining as "CV
10   events."  It really would require much more careful
11   review.
12        Q.        Okay.  And you haven't read the totality
13   of the data on the nonselective NSAIDs?
14        A.        That's correct.
15        Q.        So similarly, you wouldn't be able to
16   offer an opinion as to whether you agree or disagree
17   with long-term placebo-controlled clinical trial data
18   are not available to adequately assess the potential
19   for the nonselective NSAIDs to increase the risk of
20   serious adverse CV events?
21              MR. GARRISON:  Objection.
22        Q.        You haven't looked at that yet?
                                        Page 119