# NF TAB 10

**ASSOCIATES IN PSYCHIATRY, P.A.**
BISCAYNE MEDICAL ARTS CENTER
21110 BISCAYNE BOULEVARD, SUITE 406
AVENTURA, FLORIDA 33180-1252
305-935-4391  FAX 305-935-9136

JACK GREENER, M.D., C.M., F.R.C.P. (C)
DIPLOMATE AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY
SUBSPECIALTY CERTIFICATION IN FORENSIC AND GERIATRIC PSYCHIATRY
DIPLOMATE AMERICAN BOARD OF QUALITY ASSURANCE AND
UTILIZATION REVIEW PHYSICIANS

I. JACK ABRAMSON, M.D.
DIPLOMATE AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY
SUBSPECIALTY CERTIFICATION IN FORENSIC, GERIATRIC AND
ADDICTION PSYCHIATRY
DIPLOMATE AMERICAN BOARD OF QUALITY ASSURANCE AND
UTILIZATION REVIEW PHYSICIANS

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This Document Relates to:

McAlexander v. AstraZeneca LP, et al.
[Eileen McAlexander 6:07-cv-10360]

September 1, 2008

EXPERT REPORT
OF
ISRAEL JACK ABRAMSON, M. D.

QUALIFICATIONS:
I am a Medical Doctor specializing in the field of psychiatry.  I have been in practice for 18
years.  I am a licensed physician in the State of Florida.  I am Board Certified in Psychiatry and
the subspecialties of Forensic Psychiatry, Addiction Psychiatry and Geriatric Psychiatry.  A copy
of my Curriculum Vitae is attached for further description of my education, training and
experience.

MATERIALS REVIEWED:
I have reviewed the medical records, published literature and corporate documentation related to
this case.  Documentation provided for review include:

- Dr. Asha Velisetty;
- Citrus Primary Care;
- CVS Corporate;
- Rite Aid Corporation;
- Social Security Disability;

McAlexander v. AstraZeneca LP, et al.
September 1, 2008
Page 2 of 6

- Hudson Valley Urology;
- Dr. Alfredo Jacome;
- Dr. Richard Mann;
- Ocala Neurosurgical Center;
- Pain Management;
- AET of Central Florida;
- Pulmonary Physicians;
- Citrus Bone & Joint;
- The Centers;
- Family Care Specialists;
- Ocala Heart & Vascular Institute;
- Ocala Regional Medical Center;
- Four Winds Hospital;
- Dr. Manoucher Lavian;
- Fishkill Gynecology;
- Southern Dutchess Family Practice;
- St. Francis Hospital NY;
- Orthopedic Associates NY;
- Dr. Gary Helfin;
- Benedictine Hospital;
- Florida Psychiatric Group;
- Deposition of Eileen McAlexander on 11/01/07;
- Deposition of Eileen McAlexander on 07/08/08;
- Deposition of Dr. Asha Velisetty on 11/30/07;
- Deposition of Dr. Gary Helfin on 12/07/07;
- Ritz Eye Care;
- Industrial Medicine Associates;
- Deposition of Dr. Edward Schneider on 07/31/08;
- Deposition of Dr. Gabriel Umana on August 8, 2008;
- Dr. Edward Schneider (via Special Master);
- Dr. Gary Helfin;
- Vassar Brother Hospital;
- Advanced Imaging of Ocala;
- Dr. Stanley Gordon;
- Hudson Valley Heart Center;
- Digestive Disease Center;
- Deposition of Daniel J. Henderson, Ph.D. on 07/18/08; and
- Deposition of Dr. Manouchehr Lavian on 08/7/08.

McAlexander v. AstraZeneca LP, et al.
September 1, 2008
Page 3 of 6

GENERAL OPINIONS:

Seroquel (Quetiapine) is a member of the dibenzothiazepine class of atypical antipsychotic agents. It is used to treat the symptoms of psychotic conditions such as schizophrenia and bipolar disorder. It works as an antipsychotic by changing the actions of chemicals in the brain.

The exact mechanism of actions of Seroquel is unknown but its actions are felt to be related to dopamine D2 and serotonin 5-HT2 receptor antagonism. Seroquel is extensively metabolized in the liver and excreted predominantly via the urine. The half-life of Seroquel is six hours.

The class of atypical antipsychotics is felt to be a significant improvement over previously available antipsychotic medications. The atypical antipsychotics are felt to be less problematic in terms of clinical management and side effect profiles. Previously worrisome side effects such as tardive dyskinesia and neuroleptic malignant syndrome may occur with the atypical antipsychotic class of psychotropics, but the incidence of these syndromes is far less frequent. The first widely marketed atypical antipsychotic medication in this country was Clozapine (Clozaril).

Clozapine was problematic because of the incidence of agranulocytosis and leucopenia. Use of Clozapine required close monitoring of blood count in patients. Its use is thus now restricted to severe schizophrenia resistant to standard atypical antipsychotic drugs. A variety of other medications were marketed without this problematic side effect including Olanzapine, Risperidone, Quetiapine and Ziprasadone. These medications were felt to be a significant advance in the treatment of psychotic disorders. With the widespread use of atypical antipsychotics it soon became evident that there was an association between the use of atypical antipsychotics and the development of diabetes.

In April 2002 an article appeared in the American Psychiatric Association's American Journal of Psychiatry. Cernyak et. al., looked at administrative data from a large sample of patients with a diagnosis of schizophrenia. The goal was to compare the prevalence of diabetes in patients receiving atypical and typical antipsychotics. Patients who received atypical antipsychotics were 9 percent more likely to have diabetes than those who received typical antipsychotics. The prevalence of diabetes was significantly increased for patients who received Clozapine, Olanzapine and Quetiapine.

The use of Seroquel is associated with the development of metabolic syndrome, hyperglycemia (elevated blood sugar) and diabetes. As such the clinician should evaluate for diabetes risk factors at onset of treatment. Baseline fasting glucose is recommended. Periodic reevaluation of these parameters is indicated. Patients should be asked about history of liver or kidney disease, endocrine disorder including a personal or family history of diabetes and for the presence of high cholesterol or triglycerides.

In addition patients should be educated as to the signs of hyperglycemia, such as increased thirst or urination, excessive hunger or weakness. In addition, abdominal girth and weight should be monitored.

McAlexander v. AstraZeneca LP, et al.
September 1, 2008
Page 4 of 6

As the association between the atypical antipsychotics and diabetes became known to psychiatrists it became established within the standard of care that patients need to be monitored, as discussed above, and that Informed Consent must include the risk of developing diabetes.

Atypical antipsychotics are prescribed for psychotic disorders and mood disorders. In addition, Seroquel is widely prescribed, off label, in lower doses as a hypnotic. With any prescription the practitioner in collaboration with the patient must examine the benefits of the medication as well as the risks inherent in the intervention. In order to make this judgment, the practitioner must know what the risks are.

A review of corporate documentation shows that AstraZeneca knew about the adverse effects of Seroquel as it relates to weight gain, hypercholesterolemia, elevation of triglycerides, metabolic syndrome and diabetes before this information became widely known to the professional community.

As I alluded to above, antipsychotics are given to very ill psychiatric patients. Often times these patients have a great deal of difficulty attending to their activities of daily living and physical health because of their primary psychiatric illness.

The addition of yet another serious medical condition such as obesity, metabolic syndrome and diabetes is a very significant co-morbidity with significant negative consequences in terms of quality of life for normal populations. The negative consequences for a mentally ill patient must not be underestimated.

CASE SPECIFIC OPINIONS:
Eileen McAlexander, born July 28, 1959 is a disabled single woman with one child.

She had a prior psychiatric history of depression with psychosis, anxiety and posttraumatic stress disorder.

Her medical history was significant for obesity, chronic obstructive pulmonary disease and gastroesophageal reflux disease.

She had a family history of diabetes mellitus.

In July 2001 she was diagnosed with major depressive disorder with psychotic features and was prescribed Risperidone 0.5-mg.

In August 2001 she was prescribe Seroquel 25-mg. It appears that for some time she took 75-mg daily and reported no side effects.

McAlexander v. AstraZeneca LP, et al.
September 1, 2008
Page 5 of 6

In February 2002 weight gain is indicated in her medical records. Her dose of Seroquel was up to 300-mg at bedtime. She remained on this dose up until February 2003 at which point her dose was increased to 600-mg at bedtime.

In September 2003 her weight was reported to be 289 pounds and elevated blood glucose was noted requiring administration of insulin.

On September 8, 2003 her glucose was 127 and her hemoglobin A1C was 7.1. She was diagnosed with new onset diabetes and continued on the Seroquel. With dietary management her weight fell to 278 pounds in October but then slowly crept up. Her weight reached 300 pounds in December 2004 and was reported at 312 pounds in August 2005.

Her psychiatric condition through the period reviewed ending November 2007 showed continued ongoing psychiatric morbidity with depression, anxiety and significant debility.

It appears that Ms. McAlexander was a significantly impaired patient with psychotic depression who was started on Seroquel. She had significant risk factors for diabetes including family history and obesity. Subsequent to the administration of Seroquel she developed diabetes in September 2003.

It is my opinion that Seroquel was a contributing factor to her development of diabetes.

CONCLUSIONS:
Seroquel is associated with the development of diabetes, hyperglycemia and metabolic syndrome. In this case, Ms. McAlexander was prescribed Seroquel. She had multiple risk factors for diabetes and developed diabetes subsequent to the prescription and administration of Seroquel.

From review of records it does not appear that the prescribing physician's obtained Informed Consent in regard to the risk of diabetes associated with the administration of Seroquel.

It appears that this information was available to AstraZeneca but not widely disseminated to prescribing psychiatrist. Had the treating physician known about the risks of diabetes, he would have had a variety of other therapeutic options available to manage her mood disorder. As I indicated, in April 2002, literature relating to a possible association between diabetes and atypical antipsychotics began to emerge.

The opinions expressed above are provided within reasonable psychiatric certainty based upon the documentation provided for review, my education, training and experience. It is important to note that I reserve the right to supplement my opinions as new information becomes available or as additional information is provided for review.

McAlexander v. AstraZeneca LP, et al.
September 1, 2008
Page 6 of 6

FEE SCHEDULE:
My fee is $500.00 per 60 minutes for reviewing records, performing examinations, preparing reports, conferring with attorneys, travel time, waiting time, or time spent in any other way on this specific case. Depositions are scheduled for a minimum of two hours. Court appearances are scheduled for either four hours or eight hours per day.

PRIOR CASES:
A copy of prior testimony, deposition or trial is attached.

Respectfully submitted,

I. Jack Abramson, M. D.
Board Certified Psychiatry
Geriatric Psychiatry, Forensic Psychiatry,
And Addiction Psychiatry
Florida License 57503

IJA:jg

Enclosures

## DEPOSITIONS/TESTIMONY FOR DR. I. JACK ABRAMSON, M.D.
(D – DEPOSITION, T – TRIAL TESTIMONY)

**QUAADIR VS. WILSON IMMEDIATE CARE, INC. PA**          **D**
FILE # 05 CVS 127
STATE OF NORTH CAROLINA
Billy Richardson, 910-678-7100, Wilson County Superior Court

**PAMELA/EARL JONES VS FIRST COLUMBIA HCA, ETC**          **D + T**
FILE# 2000-CP-10-5463
STATE OF SOUTH CAROLINA
Court of Common Pleas, Ninth Judicial Circuit

**CASSANDRA BLEAU VS KLINGBERG FAMILY CENTERS, INC.**          **D**
DOC# CV 980583130S
STATE OF CONNECTICUT
Thomas Fitzgerald, 860-643-1136, Hartford Superior Court

**LEONARD GARON VS MOTIVA ENTREPRISES**          **D**
FILE # CACE-01-113
STATE OF FLORIDA
Nicholas De Capua, Esq., 954-761-9900
17th Judicial Court, Broward County

**KAREN STUART VS HONORATA PINEDA M.D., MHC, INC
AKA BAYLIFE CENTER OF TAMPA BAY**          **D**
FILE #98-4283
STATE OF FLORIDA
Thomas Anderson, 813-251-0072, 13th Judicial Court
Hillsboro County Courthouse.

**STACY KELLER VS EUGENE COUNTS AND THOMAS UNIVERSITY
HOSPITAL**          **D**
FILE# 6854
STATE OF PENNSYLVANIA
Steven Laynas, Esq., 215-851-8700
Court of Common Pleas

**LEILONI POPOALII VS CORRECTIONAL MEDICAL SERVICES, INC.
ET. AL.**          **D**
CASE # 05-4120-CV-C.NKL
STATE OF MISSOURI
U.S. District Court for the Western District of Missouri, Central Division

**ROSPIERSI VS ST. JOHN HOSPITAL**          **D**
CASE #05 527 007
STATE OF MICHIGAN
Kevin Peters, 248-335-5000
Wayne County Circuit Court

## DEPOSITIONS/TESTIMONY FOR DR. I. JACK ABRAMSON, M.D.
### (D – DEPOSITION, T – TRIAL TESTIMONY)
#### PAGE 2 OF 2

**ARTHUR GOLDSTEIN VS. SHELLEY G. DAVIMOS**                    **D**
FILE #90110.002
STATE OF FLORIDA
15th Judicial Court, Palm Beach County, Florida

**DENISE BROHAN VS. SHEPPARD AND**
**ENOCH PRATT FOUNDATION, INC**
CASE # 272883-V
STATE OF MARYLAND                                              **D**
Gabriel A. Assaad, Esq., 202-463-1999
Circuit Court of Montgomery County

**KAREN WISEN VS. LOVE GREETING CARDS**                        **D**
CASE #05-003768TMB
STATE OF FLORIDA
Division of Administrative Hearings
Office of the Judge of Compensation Claims
West Palm Beach

**CAROL OTT VS. HODGSON RUSS, LLP AND**                        **D**
**LARRY CORMAN**
CASE 502004CA001778XXXXMB
STATE OF FLORIDA
Circuit Court of Palm Beach County
Alexandra Sierra Devarona
561-477-7774

**KAREN HOWARD VS. CARALIN PRALEA, M.D., ET AL.**              **D**
CASE # CV KNL CV 06-50006495
Superior Court
J. D. of New London, CT.
Michael J. Quinn, Esq.
Polito and Quinn, LLC

## CURRICULUM VITAE

## I. JACK ABRAMSON

## EDUCATION

### *University*

August 1982 – June 1986, Laval University, Faculty of Medicine, Quebec City, Canada
July 1981 – June 1982, Graduate Studies, Montreal Neurological Institute and the Department of Neurology and Neurosurgery, McGill University, Montreal, Canada
September 1978 – June 1981, Bachelor of Science with Honors in Psychology, McGill University, Montreal, Canada

### *Post Graduate*

July 1987 – June 1990, Resident in Psychiatry, Department of Psychiatry, Beth Israel Hospital and Harvard Medical School, Boston, Massachusetts
July 1986 – June 1987, Rotating Internship, Sir Mortimer B. David Jewish General Hospital and the Faculty of Medicine, McGill University, Montreal, Canada

## CERTIFICATES AND ACCREDITATIONS

### *Specialty Certification*

Diplomate, American Board of Psychiatry and Neurology, Psychiatry, 1993. Certificate No. 03667

### *Subspecialty Certifications*

Forensic Psychiatry, American Board of Psychiatry & Neurology (1996-2006, 2006-2016). Certificate #268
Geriatric Psychiatry, American Board of Psychiatry & Neurology (1996-2006, 2006-2016). Certificate #1651
Addiction Psychiatry, American Board of Psychiatry & Neurology (1996-2007, 2007-2017). Certificate #1068

### *Other Certifications*

Diplomate, American Board of Quality Assurance and Utilization Review Physicians (1995)
Certified Health Care Provider, State of Florida, Division of Worker's Compensation (1995)
Diplomate, National Board of Medical Examiners (1987)
Licentiate, Medical Council of Canada (1987)
Master Psychopharmacologist, Neuroscience Educational Institute, Carlsbad, California, June 2005

**I. JACK ABRAMSON, M.D.**
Curriculum Vitae

## MEDICAL LICENSURE

State of Florida, Board of Medicine (June 1990)
Commonwealth of Massachusetts, Board of Registration in Medicine (July 1987)
State of Louisiana, Board of Medical Examiners (July 2000)
State of Iowa (September 2002)
State of Texas (April 2008)

## APPOINTMENTS

*University*

1987 – 1990, Clinical Fellow in Psychiatry, Faculty of Medicine, Harvard University

*Hospitals*

1990 – Present, Aventura Hospital Medical Center, Miami
      Chairman, Department of Psychiatry (1/1999 – 12/2000)

## PROFESSIONAL EXPERIENCE

Private Practice of Psychiatry (Dade and Broward Counties), Florida  (1990-Present)
      Adult, Geriatric, Addiction and Forensic Psychiatry, Quality Assurance and Utilization Review

Physician Advisor-Merit Behavioral Care Corporation and Magellan Health (1994-Present)

Staff Psychiatrist, Danvers State Hospital, Danvers, Massachusetts (1990)

Staff Psychiatrist, Human Resource Institute Clinic, Lowell, Massachusetts (1988-1990)

## ADDITIONAL PROFESSIONAL ACTIVITIES

Physician Advisor-Florida Medical Quality Assurance, Inc. 1992-1999
Physician Advisor-United States Department of Justice
Volunteer Expert Witness, Department of Business Regulation, Board of Medicine, State of Florida
Medical Expert, Florida Agency for Health Care Administration
Member, Healthcare Council, Gilda's Club of South Florida

**I. JACK ABRAMSON, M.D.**
Curriculum Vitae

Page 3

## HONORS AND AWARDS

Paul-A. Pouliquin Foundation prize in Medical Ethics, Faculty of Medicine, Laval University, 1983.
Bachelor of Science awarded with Honors in Psychology, McGill University, 1981

## PROFESSIONAL MEMBERSHIPS

Dade County Medical Association
Florida Medical Association
South Florida Psychiatry Association

American Medical Association
American Academy of Psychiatry and the Law
American Psychiatry Association

## PROFESSIONAL INTERESTS

Clinical Psychiatry
Psychopharmacology
Forensic Psychiatry
Addiction Psychiatry

Individual & Family Psychotherapy
Consultation & Hospital Psychiatry
Quality Assurance and Utilization Review

## MEDIA APPEARANCES

Interview on WTVJ NBC 6, March 31, 2006:  Sleep and Insomnia
Interview on WIOD-AM 610, March 23, 2006:  National Sleep Awareness Week
Print Article, Aventura News, March 1, 2005:  Office Based Suboxone Treatment

## LANGUAGES

English and French

## PERSONAL DATA

Address:        21110 Biscayne Boulevard, Suite 406        Telephone:  (305) 935-4391
                Aventura, Florida  U.S.A.  33180-1252

04/08

**Reference Exhibit List**

| Begin Bates/Control Number | End Bates/Control Number | Description |
|---|---|---|
| N/A | | "Seroquel." Physicians' Desk Reference 1999. 53rd Edition: 3428-3432. Montvale, New Jersey; Medical Economics Company, Inc., 1999. |
| N/A | | "Seroquel." Physicians' Desk Reference 2000. 54th Edition: 562-566. Montvale, New Jersey; Medical Economics Company, Inc., 2000. |
| N/A | | "Seroquel." Physicians' Desk Reference 2001. 55th Edition: 639-643. Montvale, New Jersey; Medical Economics Company, Inc., 2001. |
| N/A | | "Seroquel." Physicians' Desk Reference 2002. 56th Edition: 684-688. Montvale, New Jersey; Medical Economics Company, Inc., 2002. |
| N/A | | "Seroquel." Physicians' Desk Reference 2003. 57th Edition: 681-685. Montvale, New Jersey; Medical Economics Company, Inc., 2003. |
| N/A | | "Seroquel." Physicians' Desk Reference 2004. 58th Edition: 685-689. Montvale, New Jersey; Medical Economics Company, Inc., 2004. |
| N/A | | "Seroquel." Physicians' Desk Reference 2005. 59th Edition: 662-667. Montvale, New Jersey; Medical Economics Company, Inc., 2005. |
| N/A | | "Seroquel." Physicians' Desk Reference 2006. 60th Edition: 691-695. Montvale, New Jersey; Thomson PDR, 2006. |
| N/A | | "Seroquel." Physicians' Desk Reference 2007. 61st Edition: 690-695. Montvale, New Jersey; Thomson PDR, 2007. |
| N/A | | "Execute Summary: Standards of Medical Care in Diabetes - 2008." Diabetes Care. Volume 31, Supplement 1, S5-S11. American Diabetes Association, January 2008. |
| N/A | | Katzman, M.A.; Vermani, et al. "Quetiapine as an Adjunctive Pharmacotherapy for the Treatment of Non-Remitting Generalized Anxiety Disorder: A flexible-dose, open-label pilot trial." Article in Press – Journal of Anxiety Disorders. doi:10.1016/j.janxdis.2008.03.02, Pages 1-7. Elsevier, Ltd., 2008. |
| | | Smith, M.; Hopkins, D., et al. "First- v. Second-Generation Antipyschotics and Risk for Diabetes in Schizophrenia: Systematic Review and Meta-Analysis." The British Journal of Psychiatry |
| N/A | | (2008). 406-411 doi: 10.1192/bjp.bp.107.037184. The Royal College of Psychiatrists, 2008. |
| N/A | | "Economic Costs of Diabetes in the U.S. in 2002." Diabetes Care. Volume 26, Number 3, Pages 917-932. American Diabetes Association, March 2003. |
| N/A | | Brecher, M.D., Martin; et al. "Quetiapine and Long-Term Weight Change: A Comprehensive Data Review of Patiens with Schizophrenia." The Journal of Clinical Psychiatry. 2007: 68:597-603. Physicians Postgraduate Press, Inc., April 2007 |

| Begin Bates/Control Numbers | End Bates/Control Number | Description |
|---|---|---|
| N/A | | Lieberman, M.D., Jeffrey A., et al. for the Clinical Antipsychotic Trials of Intervention Effectiveness (CATIE) Investigators. "Effectiveness of Antipsychotic Drugs in Patients with Chronic Schizophrenia." The New England Journal of Medicine. September 22, 2005. Volume 353, Number 12, Pages 1209-1223. Massachusetts Medical Society, 2005. |
| N/A | | McEvoy, M.D., Joseph P., et. al. for the Clinical Antipsychotic Trials of Intervention Effectiveness (CATIE) Investigators. "Effectiveness of Clozapine Versus Olanzapine, Quetiapine, and |
| N/A | | Nasrallah, M.D., Henry A. "The Roles of Efficacy, Safety, and Tolerability in Antipsychotic Effectiveness: Practical Implications of the CATIE Schizophrenia Trial." The Journal of Clinical Psychiatry. 2007; 68: (Suppl.1) 5-11. Physicians Postgraduate Press, Inc., 2007. |
| N/A | | Stroup, M.D., M.P.H., T. Scott, et al. for the CATIE Investigators. "Effectiveness of Olanzapine, Quetiapine, Risperidone, and Ziprasidone in Patients with Chronic Schizophrenia Folloiwng Discontinuation of a Previous Atypical Antipsychotic." The American Journal of Psychiatry. April 2006; 163: 611-622. American Psychiatric Association, 2006 |
| N/A | | Schneider, M.D., Lon S., et al. for the CATIE-AD Study Group. "Effectiveness of Atypical Antipsychotic Drugs in Patiens with Alzheimer's Disease." The New England Journal of Medicine. October 12, 2006. Volume 355, Number 15, 355:1525-1538. Massachusetts Medical Society, 2006. |
| N/A | | Citrome, M.D., M.P.H., Leslie; Jaffe, M.D., Ari; Levin, M.D., Jerome; and Martello, David. "Incidence, Prevalence, and Surveillance for Diabetes in New York State Psychiatric Hospitals, 1997-2004." Psychiatric Services. August 2006, Volume 57, Number 8, 1132-1139. American Psychiatric Publishing, Inc., 2006. |
| N/A | | Citrome, M.D., M.P.H., Leslie; Jaffe, M.D., Ari; Levin, M.D., Jerome; Allingham, M.S., Baerbel; and Robinson, M.Ed., James. "Relationship Between Antipsychotic Medication Treatment and New Cases of Diabetes Among Psychiatric Inpatients." Psychiatric Services. September 2004, |
| N/A | | American Diabetes Association, American Psychiatric Association, American Association of Clinical Endocrinologists, and the North American Association for the Study of Obesity. "Consensus Development Conference on Antipsychotic Drugs and Obesity and Diabetes." Diabetes Care. Volume 27, Number 2, 596-601. American Diabetes Association, February 2004. |
| N/A | | "Antipsychotic Induced Diabetes in Veteran Schizophrenic Patients." Pharmacoepidemiology and Drug Safety. Issue 12, Supplement 1-189, S154-S155, 2003. |

| Begin Bates/Control Number | End Bates/Control Number | Description |
|---|---|---|
| N/A | | "A Multicenter, Randomized, Placebo-Controlled, Parallel-Group, Double-Blind, Phase III Study to Compare the Efficacy and Safety of Quetiapine Fumarate (SEROQUEL) versus Placebo as Adjunct Therapy with Mood Stabilizers (Lithium or Divalproex) for the Treatment of Alcohol Dependence in Patients with Bipolar I Disorder."   Clinical Study Report Synopsis.  AstraZeneca.  D144AL00002. March 17, 2008, Pages 1-13.  AstraZeneca. |
| N/A | | "A Double Dummy & Double Blind, Multicenter, Randomized Study of the Efficacy and Safety of Seroquel (Quetiapine Fumarate) and Lithium as Monotherapy in the Treatment of Acute Mania in Patients with Bipolar Disorder."  Clinical Study Report Synopsis.  Study Code:  D1440L00006, October 12, 2006, Pages 1-9.  AstraZeneca. |
| N/A | | MacEwan, Dr. G. William; Honer, Dr. William G.; and Brecher, Dr. Martin.  "A Canadian, Multicentre, Double-Blind, Randomized, Parallel-Group Study of the Saftey, Tolerability, and Efficacy of Treatment with Higher Dosed of Quetiapine Fumarate (Seroquel) Greater than 800 mg/day in Schizophrenic or Schizoaffective Subjects."  Clinical Study Report Synopsis.  Study Code: DC-990-0165. November 30, 2006, Pages 1-11.  AstraZeneca. |
| N/A | | "A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia."   Clinical Study Report Synopsis.  Study Code: D1441C001125. June 12, 2006, Pages 1-13.  AstraZeneca. |
| N/A | | Lieberman, M.D., Jeffrey A. and M.D., Brecher, Martin.  "Efficacy and Tolerability of Olanzapine, Quetiapine and Risperidone in the Treatment of First Episode Psychosis: A Randomized Double Blind 52 Week Comparison."  Clinical Study Report Synopsis.  Study Code:  D1441L00002.  April |
| N/A | | "RAPID - An Open-Label, Randomised, Multicentre Phase IIIb Study to Evaluate the Efficacy and Tolerability of Quetiapine IR (Immediate Release), over 14 Days, in Acute Schizophrenia / Schizoaffective Disorder (Rapid versus Conventional Titration)."  Clinical Study Report Synopsis.  Study Code:  D1443L00003.  February 13, 2006, Pages 1-9.  AstraZeneca. |
| N/A | | "A 24-Week, Multi-Centre, Open-label, Single-Arm, Phase IV Study of the Efficacy and Safety of Seroquel (Quetiapine Fumarate) with Daily Dose 600mg-750mg as Mono-therapy in the Treatment of Acute Schizophrenic Patients."  Clinical Study Report Synopsis.  Study Code: D1443L00004. February 9, 2008, Pages 1-10.  AstraZeneca. |

| Begin Bates/Control Number | End Bates/Control Number | Description |
|---|---|---|
| N/A | | Brecher, M.D., D.M.Sc., Martin. "A 6-week, International, Multicenter, Double-blind, Double-dummy, Randomized Comparison of the Efficacy and Safety of Sustained-Release Formulation Quetiapine Fumarate (SEROQUEL) and Placebo in the Treatment of Acutely Ill Patients with Schizophrenia." Clinical Study Report Synopsis. Study Code: D1444C00132. June 21, 2007, Pages 1-10. AstraZeneca. |
| N/A | | Brecher, M.D., D.M.Sc., Martin. "A 6-week, Multicenter, Double-blind, Double-dummy, Randomized Comparison of the Efficacy and Safety of Sustained-Release Formulation Quetiapine Fumarate (SEROQUEL) and Placebo in the Treatment of Acutely Ill Patients with Schizophrenia." Clinical Study Report Synopsis. Study Code: D1444C00133. May 29, 2006, Pages 1-10. |
| N/A | | "A 6-week International, Multicenter, Double-blind, Randomized, Parallel-group, Phase III Study to Evaluate the Feasibility of Switching from Immediate-release Quetiapine Fumarate (SEROQUEL) to Sustained-release Quetiapine Fumarate (400 to 800 mg/day) in Outpatients with Schizophrenia." Clinical Study Report Synopsis. Study Code: D1444C00146. June 9, 2006, Pages 1-9. AstraZeneca. |
| N/A | | "A 12-week International, Multicenter, Open Label, Non-comparative Study to Evaluate the Feasibility of Switching any Antipsychotic Treatment to Sustained-release Quetiapine Fumarate (SEROQUEL) in Patients with Schizophrenia." Clinical Study Report Synopsis. Study Code: D1444C00147. January 29, 2007, Pages 1-11. AstraZeneca. |
| N/A | | "A Multicenter, Double-blind, Randomized Comparison of the Efficacy and Safety of Quetiapine Fumarate (SEROQUEL) and Placebo in the Treatment of Agitation Associated with Dementia." Clinical Study Report Synopsis. Study Code: D1446L00002/5077US0046. August 22, 2005, Pages 1-16. AstraZeneca. |
| N/A | | "An International, Multi-centre, Double-blind, Randomised, Parallel-group, Placebo-controlled, Phase III Study of the Efficacy and Safety of Quetiapine Fumarate (Seroquel, single oral 300 mg or 600 mg dose) and Lithium as Monotherapy in Adult Patients with Bipolar Depression for 8 weeks and Quetiapine in Continuation Treatment for 26 up to 52 weeks." Clinical Study Report Synopsis. Study Code: D1447C0001. September 28, 2007, Pages 1-13. AstraZeneca. |
| N/A | | "A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800 mg Daily in Divided Doses) to Placebo when Used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Clinical Study Report Synopsis. Study Code: D1447C00126. June 19, 2007, Pages 1-12. AstraZeneca. |

| Begin Bates/Control Number | End Bates/Control Number | Description |
|---|---|---|
| N/A | | "A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800 mg Daily in Divided Doses) to Placebo when Used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients." Clinical Study Report Synopsis. Study Code: D1447C00127. June 19, 2007, Pages 1-12. AstraZeneca. |
| N/A | | "A Confirmatory Multicenter, Double-blind, Randomized, Placebo-controlled Study of the Use of Quetiapine Fumarate (SEROQUEL) in the Treatment of Patients with Bipolar Depression." Clinical Study Report Synopsis. Study Code: D1447C00135. December 1, 2005, Pages 1-8. AstraZeneca. |
| N/A | | "A Multicenter, Double-blind, Randomized, Parallel-group, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Extended-release (SEROQUEL) as Monotherapy in the Treatment of Patients with Major Depressive Disorder (Moonstone Study)." Clinical Study Report Synopsis. Study Code: D1448C00001. November 21, 2007, Pages 1-11. AstraZeneca. |
| N/A | | "A Multicenter, Double-blind, Randomized, Parallel-Group, Placebo-Controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Extended Release (SEROQUEL XR) as Mono-Therapy in the Treatment of Adult Patients with Major Depressive Disorder." Clinical Study Report Synopsis. Study Code: D1448C00003. January 17, 2008, Pages 1-12. AstraZeneca. |
| N/A | | "A Multicenter, Double-blind, Randomized, Parallel-group, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Extended-release (SEROQUEL XR) in Combination with an Antidepressant in the Treatment of Patients with Major Depressive Disorder." |
| N/A | | "Fast Titration of Quetiapine versus Currently Approved Titration:  A Randomized, Multicentre, Parallel Group, Open Trial in Schizophrenia and Schizoaffective Disorder." Study Summary. Study Code: D1449L0003. October 2004 - September 2005, Pages 1-3. AstraZeneca. |
| N/A | | de Geus, Femke; Denys, Damiaan; and Westenberg, Herman G.M. "Effects of Quetiapine on Cognitive Functioning in Obsessive-Compulsive Disorder." International Clinical Psychopharmacology. 2007, Volume 22, Number 2, Pages 77-84. Lippincott Williams & Wilkins. |
| N/A | | Gandra, Ph.D. M.B.A., Shravanthi R., et al. "Total and Component Health Care Costs in a Non-Medicare HMO Population of Patients With and Without Type 2 Diabetes and With and Without Macrovascular Disease." Journal of Managed Care Pharmacy. September 2006. Volume 12, Number 7, Pages 546-554. Academy of Managed Care Pharmacy. |

| Begin Bates/Control Number | Find Bates/Control Number | Description |
|---|---|---|
| N/A | | "Economic Costs of Diabetes in the U.S. in 2007." Diabetes Care, Volume 31, Number 3, Pages 1-20. American Diabetes Association, March 2008. |
| N/A | | Ganesan, S., et. al., on behalf of the Study 147 Investigators. "Switching from Other Antipsychotics to Once-Daily Extended Release Quetiapine Fumarate in Patients with Schizophrenia." Current Medical Research and Opinion. 2008, Volume 24, Issue 1, Pages 21-32. LibraPharm, Ltd. |
| N/A | | Gentile, Salvatore. "Long-Term Treatment with Atypical Antipsychotics and the Risk of Weight Gain." Drug Safety: An International Journal of Medical Toxicology and Drug Experience. Volume 29, Issue 4, Pages 303-319. Adis Data Information BV, 2006. |
| N/A | | Gropper, C.W., D. Jackson. "Quetiapine - First Report of Pancreatitis: 3 Case Reports." Reactions Weekly - Journal of Clinical Psychopharmacology. 1014, Page 12, August 14, 2004. Adis Data Information BV, 2004. |
| N/A | | Guo, Ph.D., Jeff J., et. al.; "Risk of Diabetes Mellitus Associated with Atypical Antipsychotic Use Among Patients with Bipolar Disorder: A Retrospective, Population-Based, Case-Control Study." The Journal of Clinical Psychiatry. 67:7, Pages 1055-1061, July 2006. Physicians Postgraduate |
| N/A | | Guo, Ph.D., Jeff J., et. al. "Risk of Diabetes Mellitus Associated with Atypical Antipsychotic Use Among Medicaid Patients with Bipolar Disorder: A Nested Case-Control Study." Pharmacotherapy. Volume 27, Number 1, Pages 27-35, 2007. INIST-CNRS, 2007. |
| N/A | | Hampton, Ph.D., Tracy. "Antipsychotics' Link to Weight Gain Found." JAMA: Medical News & Perspectives. March 28, 2007, Volume 297, Number 12, Page 1305-1306. American Medical Association. |
| N/A | | Ketter, M.D., Terence A., et. al. "Mood Stabilizers and Atypical Antipsychotics: Bimodal Treatments for Bipolar Disorder." Psychopharmacology Bulletin. 2006, Volume 39, Number 1, Pages 120-146. MedWorks Media Global, LLC. |
| N/A | | Kahn, M.D., Ph.D., Rene S., et. al. for the Study 132 Investigators. "Efficacy and Tolerability of One-Dailey Extended Release Quetiapine Fumarate in Acute Schizophrenia: A Randomized, Double-Blind, Placebo-Controlled Study." The Journal of Clinical Psychiatry. 68:6, Pages 832-842. Physicians Postgraduate Press, Inc., June 2007. |
| N/A | | Lambert, Bruce L., et. al. "Diabetes Risk Associated with Use of Olanzapine, Quetiapine, and Risperidone in Veterans Health Administration Patients with Schizophrenia." American Journal of Epidemiology. Volume 164, Number 7, Pages 672-681. Johns Hopkins Bloomberg School of Public Health, 2006. |

| Begin Bates/Control Number | End Bates/Control Number | Description |
|---|---|---|
| N/A | | Lean, MA, MB, BCHIR, MD, FRCP, Michael E.J. and Pajonk, MD, Frank-Gerald. "Patients on Atypical Antipsychotic Drugs - Another High-Risk Group for Type 2 Diabetes." Diabetes Care. Volume 26, Number 5, Pages 1597-1605. American Diabetes Association, May 2003. |
| N/A | | Leslie, Ph.D., Douglas L. and Rosenheck, M.D., Robert A. "Incidence of Newly Diagnosed Diabetes Attributable to Atypical Antipsychotic Medications." American Journal of Psychiatry. September 2004; 161:1709-1711. American Psychiatric Association, 2004. |
| N/A | | "Seroquel (quetiapine) Clinical Trial Report Summaries." AstraZeneca Clinical Trials. AstraZeneca, 2005. <http://www.astrazenecaclinicaltrials.com/article/511012.aspx> |
| N/A | | Llorente, M.D., Maria D. and Urrutia, M.D., Victoria. "Diabetes, Psychiatric Disorders, and the Metabolic Effects of Antipsychotic Medications." Clinical Diabetes. Volume 24, Number 1, Pages 18-24. American Diabetes Association, 2006. |
| N/A | | Marlowe, PharmD, BCPS, Karen F., et al. "New Onsent Diabetes with Ketoacidosis Attributed to Quetipaine." Southern Medical Journal. Volume 100, Number 8, Pages 829-831. August 2007. The Southern Medical Association, 2007. |
| N/A | | Mauri, Massimo C.; Moliterno, Donatella; Rossattini, Matteo; and Colasanti, Alessandro. "Depression in Schizophrenia: Comparison of First- and Second- Generation Antipsychotic |
| N/A | | "National Diabetes Fact Sheet 2005: General Information and National Estimates on Diabetes in the United States." U.S. Department of Health and Human Services. Pages 1-10. Atlanta, Georgia, |
| N/A | | Citrone, M.D., M.P.H., et al. "Relationship Between Antipsychotic Medication Treatment and New Cases of Diabetes Among Psychiatric Inpatients." Psychiatric Services. September 2004, Volume 55, Number 9, Pages 1006-1013. American Psychiatric Publishing, Inc. |
| N/A | | Aziz, BScPharm, Nadia and Roy, Bpharm, Gilbert. "Quetiapine: Pancreatitis and Thrombocytopenia." Canadian Adverse Reaction Newsletter. Volume 17, Issue 2, Pages 1-4. April 2007. Marketed Health Products Directorate, Her Majesty the Queen in Right of Canada, 2007. |
| N/A | | "A 1-year, International, Multicenter, Randomized, Double-blind, Parallel-group, Placebo-controlled Phase II Study to Evaluate Prevention of Relapse in Patients in Stable Condition with Chronic Schizophrenia Receiving Either Sustained-release Questiapine Fumarate (SEROQUEL) or Placebo." Clinical Study Report Synopsis. Study Code: D1444C00004. Pages 1-12. September 23, 2006. AstraZeneca. |
| N/A | | Resnick, Healine E., et al. "Relation of Weight Gain and Weight Loss on Subsequent Diabetes Risk in Overweight Adults." Journal of Epidemiology and Community Health. 54: 596-602. March 13, 2000. BMJ Publishing Group, Ltd. |

| Begin Bates/Control Number | End Bates/Control Number | Description |
|---|---|---|
| N/A | | Sernyak, M.D., Michael J., et. al. "Association of Diabetes Mellitus with Use of Atypical Neuroleptics in the Treatment of Schizophrenia." American Journal of Psychiatry. 159:561-566, April 2002. American Psychiatric Association, 2002 |
| N/A | | "Seroquel Prescribing Information, Seroquel XR Prescribing Information and Seroquel Tablets. Important Safety Information about Seroquel (quetiapine fumarate) and Seroquel XR." Product Information. Pages 1-3; 1-46. 2007. AstraZeneca Pharmaceuticals LP. <http://www.seroquel.com/index.aspx> |
| N/A | | Tariot, M.D., Pierre. "A Multicenter, Double-blind Comparison of Efficacy and Safety of Seroquel (Quetiapine Fumarate), Haloperidol, and Placebo in the Treatment of Elderly Subjects Residing in Nursing Homes or Assisted Care Facilities and Presenting with Alzheimer's Dementia and Psychoses or Other Selected Psychoses (5077IL/0039." Study Synopsis. Trial Number: 5077IL/0039, Pages 1-10. September 8, 2006. Monroe Community Hospital, Rochester, New York (Center 36). AstraZeneca Pharmaceuticals. |
| N/A | | Brecher, M.D., DMSc., Martin. "A Multicenter, Double-blind, Randomized Comparison of the Efficacy and Safety of Sustained-release Formulation Quetiapine Fumarate (SEROQUEL) and Placebo in the Treatment of Patients with Schizophrenia." Clinical Study Report Synopsis. Study Code: 5077IL/0041. Pages 1-9. March 2, 2006. AstraZeneca. |
| N/A | | "A Multicenter, Double-blind, Randomized Comparison of the Efficacy and Safety of Quetiapine Fumarate (SEROQUEL) and Risperidone (RISPERDAL) in the Treatment of Patients with Schizophrenia." Clinical Study Report Synopsis. Study Code: 5077US/0043. Pages 1-7. September 26, 2005. AstraZeneca. |
| N/A | | Zhong, Kate, et. al. "Quetiapine for the Treatment of Agitation in Patients with Dementia." Study Synopsis. Pages 1-3. AstraZeneca. |
| N/A | | "A Multicenter, Double-blind, Randomized, Placebo-controlled, Double-dummy Trial of the Use of Quetiapine Fumarate (SEROQUEL) in the Treatment of Patients with Bipolar Depression." |
| N/A | | "A Multicentre, Double-blind, Randomised Trial to Compare the Effects of Quetiapine and Haloperidol Treatment Strategies on Treatment Outcomes (5077IL/0050 [ESTO])." Study Synopsis. Trial Number. 5077IL/050. Pages i-vi. April 9, 2001. AstraZeneca. |
| N/A | | "A Multicenter, Double-blind, Randomized, Placebo-controlled Trial of the Safety and Efficacy of SEROQUEL (Quetiapine Fumarate) as Add-on Therapy with Lithium or Divalproex in the Treatment of Acute Mania." Clinical Study Report Synopsis. Study Code: 5077IL/0099. Pages i- |

| Begin Bates/Control Number | End Bates/Control Number | Description |
|---|---|---|
| N/A | | "An International, Multicenter, Double-blind, Randomized, Placebo-controlled Study of the Safety and Efficacy of SEROQUEL. (Quetiapine Fumarate) as Add-on Therapy with Lithium or Divalproex in the Treatment of Acute Mania." Clinical Study Report Synopsis. Document |
| N/A | | "An International, Multicenter, Double-blind, Randomized, Placebo-controlled Study of the Safety and Efficacy of SEROQUEL (Quetiapine Fumarate) and Haloperidol as Monotherapy in the Treatment of Acute Mania." Clinical Study Report Synopsis. Document Number:  805-1440-AK- |
| N/A | | "An International, Multicenter, Doubl-blind, Randomized, Placebo-controlled Study of the Safety and Efficacy of SEROQUEL (Quetiapine Fumarate) and Lithium as Monotherapy in the Treatment |
| N/A | | Vestri, Helliner S., et al.  "Atypical Antipsychotic Drugs Directly Impair Insulin Action in Adipocytes:  Effects on Glucose Transport, Lipogenesis, and Antilipolysis." Neuropsychopharmacology.  (2007) 32, 765-772.  Nature Publishing Group, 2007. |
| N/A | | "Westenberg OCD Study."  Study Summary.  May 14, 2003.  Page 1.  Study Code:  D1441C09907.  AstraZeneca. |
| N/A | | Videotaped  Oral Deposition of David R. Brennan taken on June 20, 2008 with Attached Exhibits. |
| N/A | | Videotaped  Oral Deposition of Kevin Geoffrey Birkett taken on April 24, 2008 with Attached Exhibits. |
| N/A | | Videotaped Oral Depostion of Kevin Geoffrey Birkett taken on April 25, 2008 with Attached Exhibits. |
| N/A | | Videotaped Oral Depostion of Jeffrey M. Goldstein, Ph.D. taken on June 4, 2008 with Attached Exhibits. |
| N/A | | Videotaped Oral Depostion of Jeffrey M. Goldstein, Ph.D. taken on June 5, 2008 with Attached Exhibits. |
| SQ1P01031433 | | ICI 204,636 Animal Pharmacology |
| SQ1ED01932372 | | Email regarding Seroquel Borison Reserve Press Statement |
| AZSER10626028 | AZSER10626036 | Minutes of the 12th Serocomed Team Meeting |
| AZSER00305464 | | Reanalysis of Quetiapine efficacy and safety data |
| AZSER10626743 | | Memo from Richard Lawrence regarding US/Canada Investigator Meeting and Study 15 |
| AZSER10626757 | | Memorandum from Lisa Arvanitis, Seroquel Project Physician, regarding US/Canada Investigator Meeting and Study 15 |
| AZSER 10612514 | | Email from Lisa Arvantis, Seroquel Project Physician, regarding Weight Gain |
| AZSER4239852 | AZSER4239854 | Email regarding drug discrimination studies with Seroquel |
| AZSER4240795 | | Email regarding Seroquel Sample Request |
| AZSER3442258 | AZSER3442259 | Email regarding Weight Gain Case Study |

| Begin Bates/Control Number | End Bates/Control Number | Description |
|---|---|---|
| AZSER08465577 | AZSER08465585 | Email regarding Study 15 abstract for APA |
| AZSER1521228 | AZSER1521267 | Draft: "Quetiapine" by Joyce Small, MD |
| AZSER10427473 | AZSER10427478 | Managing Weight Gain and Diabetes in Schizophrenia: A Patient Case Study from the files of Michael J. Reinstein, MD |
| AZSER7467020 | AZSER7467021 | Email regarding Seroquel Reinstein Case Study Visual Memo |
| AZSER1529423 | | Letter from Donald S. Dwyer, Ph.D. to Jamie Mullen, Zeneca Pharmaceuticals |
| AZSER1529424 | AZSER1529425 | Effects of Quetiapine on Glucose Metabolism in Cultured Neuronal Cells |
| AZSER1520501 | | Letter to Donald S. Dwyer, Ph.D. from Jeffrey Goldstein, Global Scientific Advisor, Seroquel |
| AZSER0676912 | | Email regarding Short Report on Weight Gain |
| AZSER0747303 | AZSER0747314 | Seroquel Technical Document (TD005) |
| AZSER0747285 | AZSER0747302 | Seroquel Technical Document (TD004) |
| SQ1ED0009305 | | Email regarding weight gain |
| AZSER3422799 | | Email regarding Increased Pricing Scenario and Diminished Return Slides |
| AZSER0747282 | AZSER0747284 | Email regarding Meta Analysis; TD0004; TD0005 |
| AZSER6970706 | AZSER6970707 | Letter to Zeneca Pharmaceuticals from Russell Katz, M.D., Director, Division of Neuropharmacological Drug Products, Food and Drug Administration |
| AZSER07402905 | AZSER07402921 | Discussion Document - Seroquel - Diabetes Mellitus, Diabetic Ketoacidosis, Non-Ketotic Hyperosmolar Coma, and Hyperglycemia |
| AZSER12993791 | AZSER12993803 | Discussion Document - Seroquel - Weight Gain |
| AZSER0677548 | | Email regarding SERM conclusions |
| AZSER6970938 | AZSER6970940 | Email regarding Archive access |
| AZSER3810947 | AZSER3810948 | Memorandum from Seroquel Marketing Team to AZ Sales Specialists introducing the Reinstein Weight and Glycemic Control Mini Slide Kit |
| AZSER6971171 | AZSER6971173 | Email regarding Draft 2 of the FDA response document |
| AZSER 6971505 | | Email regarding SERM Minutes with attachment - Safety Position Paper - Seroquel - Diabetes Mellitus, Diabetic Ketoacidosis, Non-Ketotic Hyperosmolar Coma, and Hyperglycemia |
| AZSER10769859 | | Brand Strategy Summary 2000 |
| AZSER19781451 | | Letter to FDA from Gerald Limp, Regulatory Affairs Director enclosing Seroquel (quetiapine fumarate) Response to FDA request for further safety information To assess the possibility of a causal association between Seroquel treatment and disturbances in glucose regulation - NDA 20-639- August 2000 |

| Begin Bates/Control Number | End Bates/Control Number | Description |
|---|---|---|
| AZSER6972773 | | Email from Wayne Geller, Global Drug Safety Physician, to Dorothee Wientjens and Liz Smith, forwarding the Safety Position Paper - Seroquel - Diabetes Mellitus, Diabetic Ketoacidosis, Non-Ketotic Hyperosmolar Coma, and Hyperglycemia, in response to the request made by Arthur P. Meiners, Head of Pharmacovigilance, Medicines Evaluation Board, Netherlands |
| SQ1ED00428426 | | Email exchange between Wayne Geller and Dorothee Wientjens in which Ms. Wientjens confirms her receipt of the Safety Position Paper - Seroquel - Diabetes Mellitus, Diabetic Ketoacidosis, Non-Ketotic Hyperosmolar Coma, and Hyperglycemia, in response to the request made by Arthur P. Meiners, Head of Pharmacovigilance, Medicines Evaluation Board, Netherlands |
| AZSER3812664 | AZSER3813666 | Email regarding Data for weight neutral slide |
| SQ1ED00428558 | | Internal email regarding the submission of the Safety Position Paper - Seroquel - Diabetes Mellitus, Diabetic Ketoacidosis, Non-Ketotic Hyperosmolar Coma, and Hyperglycemia, to the Medicines Evaluation Board, Netherlands |
| SQ1ED00428635 | | Internal email regarding the submission of the Safety Position Paper - Seroquel - Diabetes Mellitus, Diabetic Ketoacidosis, Non-Ketotic Hyperosmolar Coma, and Hyperglycemia, to the Medicines Evaluation Board, Netherlands |
| AZSER 10417174 | | Clinical Study - The weight profile of Seroquel over the long term, Brecher et al. |
| AZSER 3756506 | | Internal email exchange regarding Seroquel Weight Gain Story |
| AZSER 2100959 | | Discussion Document - Hyperglycemia, Diabetes Mellitus, and Diabetic Ketoacidosis |
| AZSER12025015 | AZSER1025085 | Response to MEB Request to Amend the SPC to assess the possibility of a causal association between Seroquel treatment and disturbances in glucose dysregulation |
| AZSER1636358 | AZSER1636388 | Seroquel Commercial Brand Plan |
| AZSER 3756617 | | Internal email exchange regarding weight neutral effect press release |
| AZSER4239783 | AZSER4239786 | Email exchange between Dr. Andrew Goudie, Psychology Department, Liverpool University, and Jeffrey Goldstein, AstraZeneca Director of Clinical Science, regarding Quetiapine Matters |
| AZSER 4867379 | | Internal email exchange regarding Brecher Reprint Holder |
| AZSER 6769648 | | Internal email exchange regarding Brecher, Rak, Melvin & Jones Long-Term Seroquel Weight Data |
| AZSER 3817572 | | Internal email exchange regarding Summary of weight information available |
| N/A | | Seroquel Brand Strategy Summary |
| SQ1ED00431202 | | Internal email exchange regarding SERM Discussion Document |
| AZSER 3959666 | | Distinct Advantages of a Favorable Weight Profile |
| SQ1ED02594936 | | Internal email exchange regarding Weight Gain and CPI Justification document |

| Begin Bates/Control Number | End Bates/Control Number | Description |
|---|---|---|
| SQ1ED00465547 | | Memorandum - Background re Letter from Reinstein, et al to David Brennan dated Oct. 23, 2001 |
| SQ1ED01193121 | | Memorandum regarding Letter to D. Brennan from Dr. Reinstein and colleagues, dated 10/23/01 |
| SQ1ED00477988 | | Internal email exchange regarding Dr. Reinstein |
| AZSER15429051 | | Internal email exchange regarding Metabolic Issues |
| AZSER1577322; | AZSER 6394563 | Email from Wim Dartee, Director of European Regulatory Affairs, regarding Regulatory Risk Assessment |
| AZSER1753348 | | Internal email exchange regarding Diabetes labeling class effect? |
| AZSER5499055 | | Email from Martin Brecher, AstraZeneca Medical Science Director, regarding Weight Outcome SERM |
| AZSER7004769 | | Internal email exchange regarding Regulatory thoughts on glucose monitoring - proposed way forward |
| AZSER1522450 | AZSER1522454 | Seroquel Objection Handler for Publication of "Novel Antipsychotics and Severe Hyperlipidemia, Meyer, JM" (a small retrospective study which links Seroquel with olanzapine in Severe Hyperlipidemia) |
| AZSER 7005006 | | Internal email exchange regarding Seroquel: Strategy with MCA on proposed wording of "diabetes" |
| AZSER 08755006 | | Letter from Dr. Rhiannan Rhoswell, AZ Medical & Regulatory Affairs Director, to Dr. Alexander Simpson ("Sandy"), Medical Director UK and Ireland (Eli Lilly) |
| AZSER15062007 | | Email from Alie Basma, AstraZeneca safety surveillance team member, to Martin Brecher, AstraZeneca Medical Science Director, regarding DKA Fatal Outcome Cases |
| AZSER 6496853 | | Internal email exchange regarding Seroquel Hyperglaecemia - proposed responses to MHLW (Japanese health authority) - Global Product Team comment to many issues! |
| AZSER 6625345 | | Executive Summary - Review of Glucose Data Consultants Views and Recommendations |
| SQ1ED00459316 | | Internal email exchange regarding an adverse event report - diabetic ketoacidosis resulting in death |
| SQ1ED00473245 | | Internal email exchange regarding External Data Release Team minutes |
| AZSER7013363 | | Internal email exchange regarding the number of diabetes related deaths |
| AZSER1529365 | | Email from Jeffrey Goldstein, AstraZeneca Director of Clinical Science, regarding sample requests |
| AZSER15394366 | AZSER15394368 | Internal email exchange Follow Up to 2002UW09406 |
| AZSER11885551 | | Internal email exchange regarding Evidence of olanzapine-diabetes link - Aug 2002 |
| AZSER7016 036 | | Internal email exchange regarding CONFIDENTIAL SR Trial 41 outcome |
| AZSER3777913 | | Internal email exchange regarding URGENT ACTION - Trial 41 Dissemination |

| Begin Bates/Control Number | End Bates/Control Number | Description |
|---|---|---|
| AZSER7016902 | AZSER7016903 | Internal email exchange regarding Effect of Seroquel on diabetes mellitus |
| AZSER6775511 | | Letter from Martin Jones, Global Product Statistician, to Dr. Paul Woolf, Chairman of Medicine at Crozier-Chester Medical Center |
| AZSER4209846 | AZSER4209847 | Email from Chris Maurer, AstraZeneca, regarding PCP Detailing Exploratory Focus Groups Report |
| AZSER07408304 | | Email from Martin Jones, AstraZeneca Global Product Statistician, regarding Discuss Glucose Results from Trial 41 sent to Dr. Paul Woolf |
| AZSER2869878 | | Assessment of Diabetes in Patients Treated with Seroquel: Response to Japanese MHLW |
| SQ1ED01521329 | | Japanese Dear Doctor Letter |
| AZSER3959328 | | Seroquel - Charting the Course to Breakthrough Growth |
| AZSER7301020 | | Email regarding Final Q&A Translation and number of Japanese adverse events |
| AZSER 7231030; | AZSER4178317 - AZSER4178318 | Email from Lisa Lloyd-Washington, Brand Director for Seroquel, regarding Field Voicemail |
| AZSER09669187 | | Internal email regarding medically confirmed cases of Diabetes Mellitus |
| AZSER4130996 | | Email from David Duff, AstraZeneca, forwarding Diabetes FAQ 11-25-02 |
| AZSER1525235 | AZSER1525241 | Objection Handler on Atypical antipsychotics and glucose dysregulation by Dr. Richard Owen, Global Medical Affairs Manager-Seroquel |
| S339-E00019743 | | Discussion Document - Glucose Dysregulation |
| AZSER08667462 | | Email from Joy Russo, Data Manager, to Martin Jones, Seroquel Clinical Study Statistician, regarding Glucose for Trial 41 |
| AZSER4237890 | AZSER4237893 | Questions and Answers: Koller Abstract on Quetiapine and Diabetes Presented at the 2003 American Psychiatric Association Meeting |
| AZSER08721075 | | Internal email exchange regarding Request for Data on Glucose Levels with attachment - Seroquel (quetiapine fumarate) Assessment of the possibility of a causal association between Seroquel treatment and disturbances in glucose regulation - Plasma glucose data from clinical Studies 5077IL/0041 and 5077US/0043 |
| S339-E00007330; | S339-E00007331 | Internal email exchange forwarding slides on Seroquel and schizophrenia |
| N/A | | "Induction of hyperglycemia in mice with atypical antipsychotic drugs that inhibit glucose uptake," by Donald S. Dwyer, Ph.D. |
| AZSER1350219 | AZSER1350271 | Slide Presentation: "Schizophrenia: A Comprehensive Review" |
| AZSER3749959 | | Email from Jack Schwartz, Executive Director of Seroquel Development, to Alex Oldham, regarding US Brand Team concerns about Study 125 |
| AZSER4019479 | AZSER4019482 | Seroquel BEST (Bipolar Execution and Strategy Team) meeting minutes |

| Begin Bates/Control Number | End Bates/Control Number | Description |
|---|---|---|
| AZSER 1158091 | AZSER1158092 | Trial 100 Global Commercial Strategy Summary |
| AZSER 18317070 | | Position Paper - Seroquel and Glucose Dysregulation |
| AZSER 3673695 | | Email from Schwartz to Joan Shaw regarding Trial 125 |
| SQ1ED00146181; | AZSER1525213 - AZSER1525215; AZSER3088549 | Internal email forwarding an Objection Handler for Publication of Abstract, Koller et al., Quetiapine associated diabetes mellitus. Abstract presented at APA May 2003, San Francisco |
| AZSER 4133134 | | Email from Simon Hagar, Global Brand Manager, regarding IIT Benchmarking Report |
| AZSER 4163286 | | Internal email exchange regarding Heavyweight Report for May 03 |
| AZSER 0961672 | AZSER0961675 | Parexel Medical Marketing Services - Seroquel BEST (Bipolar Execution & Strategy Team) Meeting Minutes |
| AZSER 08789457 | | Letter from the FDA to AstraZeneca regarding Hyperglycemia and Diabetes Warning |
| AZSER 4144052 | | Internal email regarding Seroquel Update for Goldman Sachs |
| AZSER19858110 | | OPMT (Operation Portfolio and Management Team) Executive Highlights and Actions |
| AZSER 05316807 | | Letter from AstraZeneca to FDA responding to September 11, 2003 regarding Hyperglycemia and Diabetes Warning |
| AZSER 4144413 | | Email from Marianne Jackson, AstraZeneca National Sales Director, regarding 2004 Market Share Index |
| SQ1ED01329573; | SQ1ED01329574 | Email from Jim Minnick, AstraZeneca Global Public Relations, forwarding the Master Diabetes Q&A |
| AZSER08402599 | | OPMT (Operation Portfolio and Management Team) Minutes |
| AZSER10376373 | | Dear Healthcare Provider letter regarding Hyperglycemia and Diabetes Mellitus Warning |
| AZSER4489971 | | Email from Ed Repp, Seroquel Brand Leader, regarding Trial 104 Manuscript Ghaemi as co-author |
| AZSER10478763 | | SERM Discussion Document - Seroquel and Glucose Dysregulation |
| AZSER07395889 | AZSER07395905 | Draft: "Incidence of diabetes in patients taking haloperidol, olanzapine, risperidone, and quetiapine," Sacchetti et al. |
| AZSER 08721353 | | BOLDER I (Trial 49) Slide Set |
| SQ1P00568110 | | Position Paper - Seroquel and Glucose Dysregulation |
| AZSER19808422 | | OPMT (Operation Portfolio and Management Team) Minutes |
| AZSER10376375 | | Dear Healthcare Provider letter regarding Hyperglycemia and Diabetes Mellitus Warning |
| AZSER0612843 | | Email from Bill Hess, Global Brand Manager, regarding Trial 49 slide set CME review changes |
| N/A | | "A Survey of Reports of Quetiapine-Associated Hyperglycemia and Diabetes Mellitus," Koller et al. |

Page 14 of 17

| Begin Bates/Control Number | End Bates/Control Number | Description |
|---|---|---|
| AZSER 2844065 | | Email regarding KOLs & Diabetes Topics at AstraZeneca Programs forwarding Voicemail message ... re: KOL Diabetes Clarification |
| AZSER 10381311 | | Seroquel Product Strategic Plan |
| AZSER0732157 | AZSER0732159 | Seroquel Leadership Meeting Minutes |
| AZSER 7304562 | | Internal email exchange between William Davis, Senior Medical Information Scientist - Neuroscience, Jack Schwartz, Executive Director of Seroquel Development, and Ron Leong, Senior Medical Director, regarding Dr. Tim Jennings |
| AZSER1507203 | AZSER1507218 | Investigator Sponsored Studies: 2005 and Beyond by Jamie Mullen, M.D. |
| AZSER 5484344 | | Internal email exchange regarding Clinical Studies Opportunities |
| AZSER 2562573 | | Internal email exchange regarding Quetiapine study (Trial 31) and Dr. Leslie Citrome |
| AZSER2319265 | | Parexel BEST (Bipolar Execution & Strategy Team) Meeting Minutes |
| AZSER 1592365 | AZSER1592371 | Internal email exchange regarding Trial 31 Position |
| AZSER4235710 | AZSER4235712 | Internal email exchange regarding Dr. Jennings' glucose transport question |
| SQ1ED00025636 | | Email exchange between Alain Gendron, Canadian investigator, and Martin Brecher, AstraZeneca Medical Science Director, regarding Study 165 adverse events |
| F339-E00209244 | | Review of All Pediatric Reports for Seroquel Through 30 September 2004 |
| AZSER6694344 | | Internal email exchange regarding Trial 31 Position |
| N/A | | "Incidence of diabetes in a general practice population: a database cohort study on the relationship with haloperidol, olanzapine, risperidone or quetiapine exposure," Sacchetti et al. |
| AZSER1683785 | | Internal email exchange regarding Reprints of Reinstein |
| AZSER15394318 | | Internal email exchange regarding Seroquel France feedback from Prof Montgomery |
| SQ1ED00237581 | SQ1ED00237582 | Seroquel Vocabulary Descriptors |
| AZSER 6353329 | | Letter from French authorities regarding Seroquel marketing authorization request |
| AZSER 2021081 | | Email from John Cusmina, Seroquel market researcher, regarding Psychiatrist Competitive Messaging Research |
| SQ1ED00301670; | SQ1ED00301671 | Internal email exchange regarding EPS and Study 41 |
| F339-E18691133; F339-E18691134; F339-E18691135; | F339-E18691136; F339-E18691137; F339-E18691138; F339-E18691139 | Internal email forwarding slides for Seroquel Safety Review |
| AZSER15763774 | | Internal email exchange regarding EPS and BOLDER trial |
| AZSER 10453450 | AZSER10453452 | Script of voicemail from Christene Ney, Scientific Alignment Manager for Seroquel, regarding Weight and Diabetes Sell Sheet |
| AZSER 1562020 | | Email from Martin Brecher, AstraZeneca Medical Science Director, regarding 600 mg dose |
| AZSER1520387 | | ISS Program Specific Threats; Mitigation Plans |

| Begin Bates/Control Number | End Bates/Control Number | Description |
|---|---|---|
| AZSER08614870 | AZSER08614873 | Email regarding Seroquel study powder request |
| AZSER08614874 | AZSER08614877 | AstraZeneca Development Compounds Preclinical Study Proposal |
| AZSER4341012-AZSER4341013; | AZSER09989795; AZSER09998499 | Trial 125 abstract |
| AZSER 10480571 | | Position Paper - Seroquel and Glucose Dysregulation |
| AZSER 1859604 | | Study 125 Clinical Study Report Synopsis |
| SQ1ED01598630 | | Internal email exchange regarding Brecher weight manuscript |
| AZSER 6364644 | AZSER6364646 | Internal email exchange regarding Pediatric Investigation Plan Seroquel SR |
| N/A | | Letter to James Gaskill, Director of Promotional Regulatory Affairs, AstraZeneca, from the Division of Drug Marketing, Advertising and Communication, Food and Drug Administration |
| Doc. ID 2254291 | | Letter from AstraZeneca Pharmaceuticals to Robert Dean, Regulatory Review Officer, Division of Drug Marketing, Advertising and Communications, FDA responding to FDA letter of November 16, 2006 |
| N/A | | Seroquel Labeling History |
| N/A | | Georgia Department of Corrections profile on Bruce I. Diamond |
| N/A | | Georgia Department of Corrections profile on Richard L. Borison |
| AZSER23136439 | AZSER23136457 | Seroquel Core Data Sheet |
| AZSER23260840 | AZSER23260841 | Safety Evaluation and Review Meeting (SERM) minutes |
| D339-LJ00744030 | | Clinical Overview: Glucose dysregulation in patients treated with Seroquel |
| D339-LJ00665031 | | AZ Supplement-Changes Being Effected |
| N/A | | Seroquel Package Insert |
| N/A | | Advanced Imaging of Ocala (plaintiff's medical records) |
| N/A | | AET of Central Florida (plaintiff's medical records) |
| N/A | | Benedictine Hospital (plaintiff's medical records) |
| N/A | | Citrus Bone & Joint (plaintiff's medical records) |
| N/A | | Citrus Primary Care (plaintiff's medical records) |
| N/A | | CVS Corporate (plaintiff's medical records) |
| N/A | | Digestive Disease Center (plaintiff's medical records) |
| N/A | | Dr. Alfredo Jacome (plaintiff's medical records) |
| N/A | | Dr. Asha Velisetty (plaintiff's medical records) |
| N/A | | Dr. Edward Schneider (plaintiff's medical records) |
| N/A | | Dr. Gary Helfin (plaintiff's medical records) |
| N/A | | Dr. Manoucher Lavian (plaintiff's medical records) |
| N/A | | Dr. Richard Mann (plaintiff's medical records) |
| N/A | | Dr. Stanley Gordon (plaintiff's medical records) |

| Begin Bates/Control Number | End Bates/Control Number | Description |
|---|---|---|
| N/A | | DRA Imaging, P.C. (plaintiff's medical records) |
| N/A | | Family Care Specialists (plaintiff's medical records) |
| N/A | | Fishkill Gynecology Group (plaintiff's medical records) |
| N/A | | Florida Psychiatric Group (plaintiff's medical records) |
| N/A | | Four Winds Hospital (plaintiff's medical records) |
| N/A | | Hudson Valley Heart Center (plaintiff's medical records) |
| N/A | | Hudson Valley Urology (plaintiff's medical records) |
| N/A | | Industrial Medicine Associates (plaintiff's medical records) |
| N/A | | Marion Pain Management Center, Inc. (plaintiff's medical records) |
| N/A | | Marion-Citrus Mental Health Centers, Inc. (plaintiff's medical records) |
| N/A | | Ocala Heart & Vascular Institute (plaintiff's medical records) |
| N/A | | Ocala Neursurgical Center (plaintiff's medical records) |
| N/A | | Ocala Regional Medical Center (plaintiff's medical records) |
| N/A | | Orthopedic Assocaites of Dutchess County (plaintiff's medical records) |
| N/A | | Oximetry Company, LLC (plaintiff's medical records) |
| N/A | | Pulmonary Physicians (plaintiff's medical records) |
| N/A | | Radiology Associates of Ocala (plaintiff's medical records) |
| N/A | | Rite Aide Corporation (plaintiff's medical records) |
| N/A | | Ritz Eye Care (plaintiff's medical records) |
| N/A | | Social Security Disaibilty (plaintiff's medical records) |
| N/A | | Southern Dutchess Family Practice (plaintiff's medical records) |
| N/A | | St. Francis Hospital (plaintiff's medical records) |
| N/A | | Vassar Brothers Hospital (plaintiff's medical records) |
| N/A | | Deposition of Eileen McAlexander taken on November 1, 2007 |
| N/A | | Deposition of Eileen McAlexander taken on July 8, 2008 |
| N/A | | Deposition of Dr. Asha Velisetty taken on November 30, 2007 |
| N/A | | Deposition of Dr. Gary Helfin taken on December 7, 2007 |
| N/A | | Deposition of Daniel J. Henderson, Ph.D. taken on July 18, 2008 |
| N/A | | Deposition of Dr. Manouchehr Lavian taken on August 7 2008 |
| N/A | | Deposition of Dr. Edward Schneider taken on July 31, |
| N/A | | Depostion of Dr. Gabriel Umana taken on August 8, 2008 |