# EXHIBIT 24



Date: **JUL 0 9 2004**

Central Document Room
Food and Drug Administration
Division of Neuropharmacological Drug Products
5901-B Ammendale Road
Beltsville, MD 20705-1266

RE:   NDA 20-639
      SEROQUEL® (quetiapine fumarate) Tablets
      Response to FDA Request for Information: Metabolic Abnormalities

Dear Dr. Katz:

Reference is made to the April 8, 2004 correspondence from the Food and Drug Administration (FDA) requesting AstraZeneca Pharmaceuticals LP (AstraZeneca) to provide information regarding the association between metabolic abnormalities and the use of quetiapine fumarate tablets. Specifically, the Division requested a review and evaluation of our clinical trials and post marketing databases, as well as a comprehensive literature review, to identify and describe reports of abnormal blood levels of triglycerides or cholesterol, or cases of metabolic syndrome reported with the use of quetiapine. The Division also requested analyses of adverse events related to dyslipidemias and/or the metabolic syndrome and analyses of pertinent laboratory data.

The purpose of this submission is to provide the Division with the requested information. This submission contains PDF and SAS transport files and is being provided on a CD-ROM. The CD has been scanned using Symantec AntiVirus Corporate Edition with a virus definition file dated July 7, 2004 (rev. 8). No viruses were detected and AstraZeneca certifies that the enclosed CD is virus free.

This submission is being provided on the enclosed CD-ROM and includes the following:

- Cover letter
- FDA Form 356h
- Response to the FDA request for information on the association between quetiapine and dyslipidemias/metabolic syndrome
- Folders labeled 'Group0', 'Group1' and 'Group2' containing SAS files with information on patients with 0, 1 and 2 metabolic risk factors, respectively, at/before treatment start; each folder contains a set of SAS files providing the following information:
    o Patient data listings (Datalist)
    o Adverse events (AEs)
    o Concomitant medications (Conmed)
    o Medical history (Medhist)

**US Regulatory Affairs**
**AstraZeneca Pharmaceuticals LP**
1800 Concord Pike   PO Box 8355   Wilmington DE 19803-8355

AZ0008 (9/00)

AZSER19731163

Regulatory Response
Date: 9 July 2004

## 1. SUMMARY

In response to a request from the FDA, AstraZeneca searched the SEROQUEL clinical trials and post-marketing database for dyslipidemias and instances of metabolic syndrome. Following a review of the clinical trials and post-marketing databases, and a review of the scientific literature, AstraZeneca has determined that the Core Data Sheet and the US prescribing information are adequately labeled for triglycerides and cholesterol, and that the data presented in this response do not establish a causal relationship between quetiapine use and a metabolic syndrome-like condition.

The National Cholesterol Education Program (NCEP) Expert Panel on Definition, Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (ATP III) has defined a set of criteria for identifying metabolic syndrome. The AstraZeneca clinical trial database did not capture all the criteria defined by the NCEP ATP III for metabolic syndrome. In order to comply with the FDA request, AstraZeneca developed a set of modified criteria to examine the clinical and post-marketing databases for potential cases of a metabolic syndrome-like condition.

The results of the review and evaluation of the SEROQUEL clinical trial database, post-marketing databases and review of the scientific literature are summarized below:

- In clinical studies, among patients with no pre-existing risk factors prior to the onset of treatment, no emergent instances of this condition were detected in any quetiapine-treated patient. With a total exposure time to quetiapine of slightly over 1900 patient-years in AstraZeneca clinical trials, the data do not establish a causal relationship between quetiapine use and a metabolic syndrome-like condition in patients who enter into treatment with no criteria for the disorder already met.

- The clinical trial database does not support a definitive casual relationship between quetiapine and metabolic syndrome-like condition in patients with one or two pre-existing risk factors.

- No significant new safety information about the use of quetiapine and triglycerides and cholesterol was identified from a review of the medical/scientific literature. In addition, no reports of metabolic syndrome associated with quetiapine use were identified in the literature.

- As of 18 May 2004 no reports had been received for SEROQUEL containing the MedDRA preferred term "Metabolic syndrome", which reflected the metabolic syndrome being discussed in this paper.

- The reporting rates for SEROQUEL post marketing reports of dyslipidemia and reports that met modified "metabolic syndrome" like criteria identified through a complicated customized search strategy using surrogate factors (see Appendix A for

6

AZSER19731170

Regulatory Response
Date: 9 July 2004

details) are well within the Council for International Organizations of Medical Sciences (CIOMS) definition of very rare (<0.01%)

- Assessment of causality was not possible in the "metabolic syndrome" (modified criteria) post-marketing reports because of either scant clinical detail, unclear temporal sequence of exposure and outcome, confounding by concomitant medications and illnesses, or because only a single aberrant reading for a component of the syndrome was reported (no sustainability)

AstraZeneca will continue to review reports of dyslipidemia and metabolic syndrome as part of its ongoing safety surveillance for SEROQUEL.

## 2.    BACKGROUND TO THE RESPONSE

On April 8, 2004, the Food and Drug Administration (FDA) requested information from AstraZeneca regarding the association between metabolic abnormalities and the use of SEROQUEL (quetiapine fumarate, hereafter referred to as quetiapine). Specifically, the Division requested a review and evaluation of our clinical trials and post marketing databases, as well as a comprehensive literature review, to identify and describe reports of abnormal blood levels of triglycerides or cholesterol, or cases of metabolic syndrome reported with the use of quetiapine.

The FDA also requested analyses of adverse events related to dyslipidemias and/or the metabolic syndrome and analyses of pertinent laboratory data. This document contains an analysis of the clinical trials database for quetiapine. An extensive review of the SEROQUEL post-marketing data through 18 May 2004, including a review of the scientific literature on dyslipidemia and metabolic syndrome associated with SEROQUEL use, is provided in Appendix A.

## 3.    CLINICAL DATABASE SEARCH

The quetiapine clinical trial database consists of 76 Phase II, III and IV clinical trial enrolling 11,529 patients diagnosed with various psychoses including schizophrenia and bipolar mania.

The National Cholesterol Education Program (NCEP) Expert Panel on Definition, Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (ATP III) has defined a set of criteria for identifying metabolic syndrome. The AstraZeneca clinical trial database did not capture all the criteria defined by the NCEP ATP III for metabolic syndrome. In order to comply with the FDA request, AstraZeneca developed, a set of modified criteria to examine the clinical and post-marketing databases for potential cases of a metabolic syndrome-like condition.

In addition, the database analysis was confounded by non-matching demographic groups and missing data.

7

AZSER19731171