# EXHIBIT 25

# REVIEW OF CLINICAL DATA

| | |
|---|---|
| **NDAs** | Antipsychotics including NDAs 20-639, 19-758, 20-592, 20-272, 20-919, 20-825, 21-436 |
| **Materials reviewed** | Published studies of the relationship between atypical antipsychotics and diabetes/hyperglycemia |
| **Reviewer** | Gerard Boehm, MD, MPH |
| **Date Completed** | 6/1/05 |

### Background

As part of the Agency's evaluation of the relationship between atypical antipsychotics and diabetes, we have performed reviews of the published medical literature to identify relevant studies. The last such literature review was performed in 2003 by Dr. Andrew Mosholder from the Office of Drug Safety. In this memo I report on the results of a literature review that I performed to look for any studies published since 2003 with additional information on this topic.

### Methods

I searched PubMed using the terms antipsychotic and diabetes. I considered only publications reporting results of original research and did not include information from review articles or paper presenting expert opinion or consensus statements.

### Results

*Clinical Pharmacology studies*

There were two recently published clinical pharmacology studies examining the effect of atypical antipsychotics on parameters related to glucose homeostasis and insulin resistance and the details of those studies are provided below. In a study published by Henderson et al, the authors found evidence of increased insulin resistance in non-obese clozapine and olanzapine treated subjects compared to risperidone subjects, and a possible restriction of the normal beta cell response to the development of insulin resistance. This study was conducted in stable treated patients with schizophrenia or schizoaffective disorder. Arranz et al compared measures of glucose homeostasis among patients with a history of antipsychotic use, antipsychotic naïve schizophrenic patients and healthy controls. The authors reported that glucose concentrations were not significantly different between the three groups but that patients with a history of antipsychotic use had higher insulin and C-peptide as well as a higher degree of insulin resistance as described by the Homeostatic model assessment (HOMA) compared to antipsychotic naïve patients and healthy controls. Patients with a history of antipsychotic use also had higher leptin levels and these were attributed to higher BMI. The authors felt that their results suggest that previous antipsychotic treatment affects glucose metabolism parameters and weight related hormones.

[1]Henderson et al used frequently sampled intravenous glucose tolerance testing to examine the effects of clozapine, olanzapine, and risperidone on glucose metabolism in stable treated patients with schizophrenia or schizoaffective disorder. Patients were

1

matched on BMI and patients were excluded if they were current substance abusers, had diabetes mellitus, had thyroid disease, had significant cardiovascular, hepatic, or renal disease, or were pregnant. Patients were also excluded if they were currently taking medications that are known to affect glucose tolerance (norgestrel containing birth control pills, steroids, beta blockers, NSAIDs including aspirin, thiazide diuretics, weight loss agents, and valproate). Participating subjects were given a standard diet for the three days prior to the test and were instructed to fast for the 12 hours prior to the test. The investigators calculated insulin sensitivity index, glucose effectiveness, and acute insulin response to glucose. The insulin sensitivity represents the increase in net fractional glucose clearance rate per unit change in serum insulin concentration after the intravenous glucose load. The glucose effectiveness represents the net fractional glucose clearance rate due to increase in glucose independent of any increase in circulating insulin concentrations above baseline. The acute insulin response to glucose (AIRG) measures the acute (0-10 minutes) beta cell response to a glucose load. The investigators also calculated the disposition index (sensitivity index x acute insulin response to glucose) as an index of beta cell function. In addition, the investigators calculated the HOMA IR based on the mean of three fasting measurements. After excluding subjects that did not meet study criteria, the investigators included twelve subjects treated with clozapine, twelve treated with olanzapine, and twelve treated with risperidone. The three treatment groups did not differ in age, sex, race, BMI, blood pressure, family history of diabetes, or duration of illness. At baseline, the clozapine group had the highest mean glucose (97.8mg/dL) followed by the olanzapine group (95.3mg/dL) and the risperidone group (88.9mg/dL) but the differences did not reach statistical significance. The clozapine group had the highest mean fasting insulin level (11.1 µU/mL) followed by the olanzapine group (10.6 µU/mL) and the risperidone group (4.3 µU/mL). The risperidone group's baseline mean fasting insulin level was significantly lower than the mean for the clozapine and olanzapine groups but the difference between clozapine and olanzapine did not reach statistical significance. The insulin sensitivity was lowest for the clozapine group followed by the olanzapine group and then the risperidone group (difference significant between risperidone and clozapine and risperidone and olanzapine but not for clozapine and olanzapine). The authors interpreted this finding as demonstrating highest insulin resistance in the clozapine group. Insulin resistance calculated by the HOMA IR was also highest in the clozapine group followed by the olanzapine group and lowest in the risperidone group (difference significant between risperidone-clozapine and risperidone-olanzapine but not for clozapine-olanzapine). Glucose sensitivity was lowest in the clozapine group followed by the olanzapine group and then the risperidone group (difference significant between risperidone-clozapine and risperidone-olanzapine but not for clozapine-olanzapine). The investigators reported no significant differences between groups for the AIRG or the disposition index. The investigators interpreted their results as demonstrating increased insulin resistance in non-obese clozapine and olanzapine treated subjects compared to risperidone treated subjects. The investigators stated that they did not find reduction in beta cell function but felt the results could be consistent with a restriction of the normal beta cell response to the development of insulin resistance. This study found no differences in total cholesterol, HDL, LDL or triglycerides among the treatment groups. The investigators found no differences among the groups in serum cortisol, or growth hormone but did find a significant difference in serum leptin

concentrations (clozapine>olanzapine>risperidone). The investigators recognized the cross sectional non-randomized design as a limitation of this study.

[2]Arranz et al measured plasma glucose, C-peptide, and leptin in 50 antipsychotic free (previously treated but currently off antipsychotic, antidepressant and mood stabilizer medications) schizophrenia patients, 50 antipsychotic naïve schizophrenia patients and 50 healthy adults. The authors did not capture the antipsychotic medications previously taken by the antipsychotic free patients. The antipsychotic free patients were older (mean age 35.4) than the antipsychotic naïve patients (mean age 25.2) and the healthy controls (mean age 29.8). Antipsychotic free patients had a higher BMI (mean 24.5) than the antipsychotic naïve patients (mean 22.2). Family history of diabetes was present in 36% of antipsychotic free patients, 34% of antipsychotic naïve patients and 10% of healthy controls. Serum glucose concentrations were not significantly different between the three groups. Compared to antipsychotic naïve patients and healthy controls, antipsychotic free patients showed higher insulin and C-peptide as well as a higher degree of insulin resistance as described by the HOMA index[*]. Antipsychotic free patients also had higher leptin levels and these were attributed to higher BMI. The authors thought that their results suggest that previous antipsychotic treatment affects glucose metabolism parameters and weight related hormones.

*Epidemiological studies*

There have been a number of recently published epidemiological studies examining the relationship between atypical antipsychotics and diabetes risk. The published studies have used a number of different designs including retrospective cohorts, cross sectional studies, and case control studies. Some studies were conducted within Veterans Administration databases, others were conducted within insurance or pharmacy claims databases and some were conducted within foreign practice databases. The studies have used different outcome endpoints including diagnosis code for diabetes, hospitalization for DKA, initiation of insulin therapy, use of any anti diabetes medications, blood glucose test results or combinations of several outcomes. The studies have made different diabetes risk comparisons including comparisons among users of individual atypical antipsychotics, comparisons to users of conventional antipsychotics, comparisons to users of antidepressants, comparisons to users of antibiotics, and comparisons to individuals in the general population not taking antipsychotics. Some studies included only patients with schizophrenia while others did not have information on the indication for treatment.

Results from these varied studies have not been uniform aside from the fact that there continues to be little information regarding ziprasidone and aripiprazole. In one study, the investigators found no difference in diabetes risk for patients taking atypical antipsychotics compared to patients taking typical antipsychotics or among patients taking individual atypical antipsychotics (Barner). One study found an increased diabetes risk for users of antipsychotics (pooled atypical and conventional) compared to nonusers. A number of studies found an increased diabetes mellitus risk with olanzapine compared either to conventional antipsychotics or risperidone (Dunlop, Fuller, Leslie, Lambert, and

---

[*] HOMA or homeostatic model assessment: Glucose (mmol/L) x insulin (pmol/L)/156

3

Moisan). Some studies found no statistically significant increased diabetes risk with olanzapine (Ostbye, Ollendorf, Sacchetti). One study found statistically significantly increased risks with clozapine, quetiapine, and when more than one second generation antipsychotic was used and increases that were not statistically significant with olanzapine and risperidone (Citrome). In almost all cases, the investigators recognized the need for prospective studies to further examine the diabetes risks associated with antipsychotics. I describe the studies and the findings in detail below.

[3]Barner et al conducted a retrospective study using data from the Central Texas Veterans Health Care System. The investigators included patients aged 18 and older with no prescriptions for an antipsychotic agent in the 6 months prior to an initial study prescription and no antidiabetic drug or diabetes diagnosis in the year prior to the antipsychotic prescription. Included subjects were required to be enrolled for 12 months before and after the date of receiving the antipsychotic agent. Development of diabetes was defined as a diagnosis of diabetes, blood glucose levels >200mg/dL, and/or use of an antidiabetic drug in the period of 8 days to 365 days after the prescription of an antipsychotic medication. A subject was considered to have a diabetes risk factor if they had a change to a higher BMI category, had previous hyperlipidemia, or experienced a change in hypertension status. Investigators also classified patients by their mental health diagnoses (bipolar disorder, depression, schizophrenia and substance abuse). Other covariates included age group (18-39, 40-49, 50-59, 60-69, and >=70) sex, and race (white, nonwhite). Subjects were classified in terms of their persistence of antipsychotic treatment which they defined as the total number of continuous days the patient took an antipsychotic agent without a gap (gap defined as a 15 day lapse in therapy). After exclusions, there were 3469 patients who started an antipsychotic medication. Of the 3469 subjects, 42% (1461) did not have ICD-9 data about mental health diagnoses. For patients with that information, 42% (841) had substance abuse, 36% (715) had depression, 34% (689) had bipolar disorder, and 34% (681) had schizophrenia. There was considerable overlap in mental health comorbidities with each subject having an average of three diagnoses. The investigators found no differences in new onset diabetes when comparing patients treated with atypical antipsychotics (7.2%, 178/2477) to patients treated with typical antipsychotics (7%, 69/992). Among the individual atypical antipsychotics, the investigators found similar risks for new onset diabetes for risperidone (7.5%, 42/562), quetiapine (5.8%, 9/156), and olanzapine (6.4%, 51/796).

[4]Dunlop et al conducted a retrospective study using data from the Atlanta Veterans Affairs Medical Center. The investigators included subjects with at least two outpatient prescriptions within 90 days of each other at some point during the study. Subjects also had to have at least one plasma glucose measurement prior to and while taking the antipsychotic medication. Subjects prescribed two or more antipsychotics concomitantly and those with a random plasma glucose >=160mg/dL prior to first exposure to an antipsychotic were excluded. The unit of treatment considered was called an epoch and consisted of periods of treatment with no more than 90 days of nontreatment interspersed. If the period between treatment exceeded 90 days and the medication was restarted or another medication started, a new epoch began. A single patient could have multiple treatment epochs. The study considered any of four typical antipsychotics to be the same

4

(chlorpromazine, haloperidol, fluphenazine, and perphenazine) with doses converted to chlorpromazine equivalents. The only atypical antipsychotic medication considered was olanzapine. The investigators excluded eight subjects with initial exposure to olanzapine and subsequent exposure to a typical antipsychotic and 11 subjects with initial exposure to a typical antipsychotic and subsequent treatment with olanzapine. The outcomes in the study were plasma glucose results >=160mg/dL and >=200mg/dL. The study included 312 olanzapine treated patients and 172 typical antipsychotic medication treated patients. The olanzapine treated subjects were younger than the typical antipsychotic medication subjects (mean age 49.7 vs 55.2). The investigators reported that 12.5% (39) of olanzapine subjects and 5.2% (9) of typical patients developed a plasma glucose >=160mg/dL during the study period. When restricted to patients <60 years of age, 10.5% of olanzapine subjects and no typical subjects developed a plasma glucose >=160mg/dL during the study period. The investigators reported that 6.4% (20) of olanzapine subjects and 1.7% (3) of typical patients developed a plasma glucose >=200mg/dL during the study period. The OR from logistic regression analyses that adjusted for age, race, duration of exposure and number of glucose measurements showed that compared to typical patients, olanzapine subjects were 3.6 times more likely to have a plasma glucose >160mg/dL and 5.1 times more likely to have a plasma glucose>200mg/dL.

[5]Fuller et al conducted a retrospective study using data from all Veterans Affairs hospitals in Ohio. Male patients who received at least 30 days of risperidone, olanzapine, haloperidol, or fluphenazine during the study period (1/1/97-12/31/2000) were included in the study. The date of first prescription to one of these drugs was the index date. Patients whose index drug was haloperidol or fluphenazine were excluded if they had a prescription for olanzapine or risperidone within 30 days of the index date. Patients with a diabetes diagnosis or a prescription for a diabetes medication within 365 days prior to the index date were excluded. In addition, patients with a clozapine prescription within 365 days of the index date were excluded. Patients were classified as developing diabetes if they had a diagnosis or were prescribed a medication for the treatment of diabetes. The investigators accounted for switched and concomitant therapy by using a Cox regression model that considered treatment as a time dependent covariate. Other covariates considered were race, age, substance abuse, bipolar diagnosis, depression diagnosis, dementia diagnosis, schizophrenia/ schizoaffective diagnosis, valproic acid use during 1 year prior to index date, lithium during study period, use of chlorpromazine, thioridazine, or mesoridazine during 1 year before index date, use of chlorpromazine, thioridazine, or mesoridazine during the study period, use of quetiapine during the 1 year prior to index date, and use of quetiapine during the study period. The investigators used risperidone as the reference group. The hazard ratio for olanzapine compared to risperidone was 1.37 (95% CI 1.06-1.76). The HR for fluphenazine compared to risperidone was 1.11 and for haloperidol was 0.89.

[6]Lamberti et al reviewed the medical records from a convenience sample of 436 adults receiving antipsychotic treatment at an ambulatory clinic program at the University of Rochester. The review included patients aged 18 or older with a clinical diagnosis of psychotic disorder or major mood disorder and treatment with a single atypical

5

antipsychotic for at least three months. The investigators reported a prevalence of diabetes of 14.2% (62/436). The investigators found 33 patients diagnosed with diabetes prior to receiving their most current antipsychotic (8 prior to any antipsychotic, 6 while receiving typical, 3 while receiving risperidone, 2 while receiving olanzapine, 1 while receiving quetiapine, 1 while receiving clozapine, 1 while receiving ziprasidone, and 11 with inadequate information). For the 29 patients diagnosed with diabetes on their most current antipsychotic, 10 were receiving clozapine, 8 were receiving olanzapine, 7 were receiving risperidone, and one was receiving quetiapine.

[7]Leslie et al conducted a retrospective analysis using administrative data from the Department of Veterans Affairs to examine diabetes risk among patients treated with different antipsychotic medications. The investigators identified patients who took a stable regimen of antipsychotic monotherapy during any three month period between 6/99 and 9/00. They excluded patients with outpatient claims for diabetes mellitus or with less than 2 primary care visits in the previous six months. The investigators identified patients diagnosed with diabetes or those hospitalized for diabetic ketoacidosis through 9/01. The analysis attributed all of the diabetes risk to the atypical antipsychotic that was prescribed during the three month stable period and different antipsychotic medications could have been prescribed prior to or following this stable period. Data were analyzed using Cox proportional hazards models. In addition to antipsychotic used, the model included age, gender, race, income, comorbid mental health diagnoses, levels of service use, and degree of VA service connected disability. The investigators reported that 7.3% (4,132/56,849) of patients were diagnosed with diabetes and 0.2% (n=88) were hospitalized for diabetic ketoacidosis. The hazard ratios for diabetes diagnoses compared to convention antipsychotics were 1.57 (95%CI 1.31-1.89) for clozapine, 1.15 (95%CI 1.07-1.24) for olanzapine, 1.20 (95% CI 0.99-1.44) for quetiapine and 1.01 (0.93-1.10) for risperidone. The corresponding attributable risks for diabetes were 2.03% for clozapine, 0.8% for quetiapine, 0.63% for olanzapine and 0.05% for risperidone.

[8]Ostbye et al used the Advance PCS database to compare diabetes risk among patients receiving atypical antipsychotics, traditional antipsychotics, antidepressants, and antibiotics. This study used prescription claims for diabetes medications as a proxy for a diabetes mellitus diagnosis. Patients with prescriptions for diabetes mellitus drugs during a six month lead in period were excluded. Also excluded were patients whose claim for a diabetes medication predated the claim for one of the included study drugs. The main analysis included patients whose first prescription for a study drug occurred following the lead in period. The investigators used patients prescribed traditional antipsychotics (grouped) as a control group, although haloperidol and thioridazine were also considered separately. Other control groups included a 10% random sample of patients prescribed an antidepressant but not an antipsychotic medication and a random sample of patients prescribed an antibiotic but not an antipsychotic medication. The investigators calculated a chronic disease score for subjects that included information about the number of drugs used to treat target diseases (not specified) based on prescriptions filled during the lead in period. The chronic disease score was used as a covariate in a logistic regression model along with age and sex. The authors reported that the unadjusted rate of diabetes in the traditional antipsychotic group was 11.3/1,000/year compared to 7.5/1,000/year in the

FDACDER 001555