atypical antipsychotic group, 7.8/1,000/year in the antidepressant group, and 5.1/1,000/year in the antibiotic group. The authors noted that the unadjusted diabetes incidences were higher for clozapine (7.9), olanzapine (9.4), and ziprasidone (14.5) compared to quetiapine (5.4) and risperidone (6.0). In their first multivariable model which used traditional antipsychotic users as a comparison group, the authors found that the pooled atypical antipsychotic user group (OR 0.86, 95% CI 0.6-1.23) and the antibiotic group (OR 0.68, 95% CI 0.5-0.92) had a lower risk of diabetes and the antidepressant group a slightly higher diabetes risk (OR 1.08, 95% CI 0.81-1.45). In a second multivariable model, the investigators compared the atypical antipsychotic users to risperidone and found a lower diabetes risk for quetiapine (OR 0.66, 95% CI 0.28-1.57) and higher risks for clozapine (OR 1.13, 95% CI 0.15-8.37), olanzapine (OR 1.34, 95% CI 0.83-2.15) and ziprasidone (OR 2.64, 95% CI 0.35-19.9). The authors interpreted their findings as showing no significant difference in the rate of incident diabetes in patients treated with atypical antipsychotics compared to traditional antipsychotics. They cautioned that comparisons among specific drugs are limited by the number of outcomes in each group.

[9]Spoelstra et al conducted a study within a pharmacy database of 6 Dutch cities. The investigators used initiation of insulin therapy as a surrogate for worsening glucose control in diabetes mellitus patients treated with oral hypoglycemic agents. The investigators compared initiation of insulin therapy in patients treated with antipsychotics to those not treated with antipsychotics. The investigators first identified patients starting their first oral hypoglycemic agent between 1991 and 1997. After identification of likely first oral hypoglycemic use, the investigators examined the data for the preceding 180 days for use of oral hypoglycemic agents or insulin (if found, these patients were excluded). Investigators also excluded patients who initiated insulin within 90 days of starting an oral hypoglycemic agent and any patients with fewer than 2 consecutive prescriptions for oral hypoglycemic agents. Within the subgroup of patients with at least 2 years of medication history following diagnosis, the investigators looked for initiation of insulin therapy. The investigators provided graphs of insulin free survival. The investigators reported that they identified only 14 patients prescribed an atypical antipsychotic and so they did not report separately risks for typical and atypical antipsychotics. They reported that in the two years after starting an oral hypoglycemic agent, there was a significantly increased risk of initiation of insulin among users of antipsychotic agents and nonusers (crude HR 2.0, 95% CI 1.2–3.3). After adjusting for age at onset and calendar year of first oral hypoglycemic agent, the HR and 95% CI were unchanged. At three years after diagnosis, the adjusted HR for antipsychotic users was still increased compared to nonusers but the 95% CI included one (HR 1.3, 95% CI 0.8 to 2.1) and in years four and five, the HR was no longer increased (HR 0.9, both years). The investigators interpreted their findings as consistent with an increased risk of worsening diabetes control among antipsychotic users compared to nonusers and that the data suggest an acute effect that diminishes over time.

In a letter to the editor, [10]Sumiyoshi et al described diabetes risk in outpatients treated at a community mental health center. On randomly assigned days, the investigators contacted all patients who visited the center that day and included consenting patients who were

7

FDACDER 001556

taking clozapine, olanzapine, quetiapine, or risperidone. The investigators collected information about when treatment with the current antipsychotic began (index date), if/when the patient was diagnosed with diabetes mellitus, and demographic information for patients. Any patients diagnosed with diabetes mellitus prior to the index date were excluded. The investigators reported on 116 subjects, 14 of whom developed diabetes mellitus following the index date. The investigators found no significant difference in frequency of diabetes mellitus for the different atypical antipsychotic agents (clozapine 22%, 5/23; risperidone 17%, 4/23; olanzapine 9%, 5/55; and quetiapine 0/15). The investigators reported no significant difference in OR for diabetes mellitus risk when adjusted for duration of treatment, for direct comparisons of clozapine and risperidone, clozapine and olanzapine, and risperidone and olanzapine.

[11]Ollendorf et al examined the rate of new onset diabetes mellitus in patients treated with antipsychotics. The investigators used the PharMetrics Patient Centric Database, which they described as a medical and pharmaceutical claims database for approximately 36 million patients from 61 health plans across the United States. The database includes inpatient and outpatient diagnoses and procedures, standard and mail order prescription records, demographic data, health plan type, payer type, provider specialty and plan enrollment start and stop dates. The study included patients with a diagnosis of schizophrenia and one or more paid pharmacy claim for an antipsychotic medication between 9/30/95 and 9/30/01. The first observed antipsychotic claim was the index date and data for the 12 months preceding the index data was compiled. The investigators excluded any patients with more than one prescribed antipsychotic on the index date (<1%). Patients with use of an atypical or conventional antipsychotic in the six months before the index date were excluded. Patients with a diagnosis of diabetes mellitus in the 12 months prior to the index date were excluded. Patients had to have at least 3 months of follow up to be included in the study. Diabetes mellitus was identified through either a diabetes diagnosis or prescription of a medication for treatment of diabetes. The study included 937 olanzapine patients, 690 risperidone patients, 164 quetiapine patients, and 35 clozapine patients. The investigators identified 45 patients in the atypical group (2.46%) and 17 in the conventional group (2.76%) who developed diabetes during the follow up. For the individual atypical agents, the diabetes incidence risk was 2.45% (23/937) for olanzapine, 2.32% (16/690) for risperidone, 5.71% (2/35) for clozapine, and 2.44% (4/164) for quetiapine. In their Cox proportional hazard analysis, at one year, the risk of DM was higher in the atypical cohort compared to the conventional cohort (HR 1.172, 95% CI 1.061-1.3). When diabetes mellitus risk was compared among the atypicals, the HRs were as follows: olanzapine vs. risperidone 1.049 (95%CI 0.93-1.17), olanzapine vs. quetiapine 1.170 (95% CI 0.97-1.37), and olanzapine vs. clozapine 1.47 (95% CI 0.97-1.97). In a separate logistic regression analysis that included only those patients enrolled for at least 12 months after the index date the diabetes mellitus risk was again higher among the atypical group compared to the conventional group (OR 1.193, 95% CI 0.51-2.82). Among the atypicals, the ORs were as follows: olanzapine vs. risperidone 0.52 (95% CI 0.18-1.49) and olanzapine vs. quetiapine+clozapine 1.23 (95% CI 0.14-11.0). The investigators concluded that patients with schizophrenia treated with atypical antipsychotics were at moderately increased risk of diabetes compared to those

FDACDER 001557

treated with conventional antipsychotics but that the risk was not significantly different among patients treated with individual antipsychotic medications.

[12]Sacchetti et al conducted a study within an Italian database that captures data from 550 general practitioners. The investigators identified non diabetic patients who started haloperidol, olanzapine, risperidone, or quetiapine and followed them for a maximum of two years. Follow up ended with diabetes mellitus (prescription of an anti-diabetes drug), co-treatment with another antipsychotic, death, or loss to follow up. A comparison cohort was composed of randomly selected patients who were non-diabetic and antipsychotic free at study entry and not prescribed antipsychotics during follow up (two age and sex matched subject for each antipsychotic treated patient). The raw incidence of diabetes for haloperidol, olanzapine, risperidone, and quetiapine was 19.6, 22.8, 24.9, and 52.7 per 1,000 person years compared to an incidence of 1.5/1,000 person years in unexposed individuals. Results from a Cox proportional hazards analysis found an increased hazard ratio for diabetes for each of the antipsychotic treatment groups compared to the unexposed group. When comparing the antipsychotics, the hazard ratios were not significantly different from each other. The authors concluded that patients treated with antipsychotics had a higher risk for new onset diabetes compared to untreated patients and that the hazard ratios for the four treatments were not significantly separated.

[13]Lambert et al conducted a case control study within a cohort of California Medicaid beneficiaries. Data came from the medical and prescription claims filed between January 1, 1995 and September 30, 2000. Cases were patients with schizophrenia who developed diabetes. Controls were age and gender matched schizophrenic patients without a diabetes diagnosis at the time diabetes was diagnosed in the matched case. Four controls were matched to each case. To be identified as having schizophrenia, a patient was required to have an ICD-9 diagnostic code on two separate occasions. To be identified as having diabetes mellitus, a patient was required to have an ICD-9 diagnostic code on two separate occasions or at least one prescription for an anti-diabetic medication. The investigators considered the medications prescribed in the 12 weeks prior to the diabetes diagnosis. Additional analyses extended this window to 24 and 52 weeks prior to diabetes diagnosis. Both cases and controls had to be exposed to at least one antipsychotic medication during the exposure widow. Medication exposure was grouped as followed: any typical or combination of typicals, any single atypical, combination of atypicals. Patients exposed to a combination of typicals and atypicals were excluded from the analysis. Antipsychotics were classified as low, medium, or high dose based on the empirical distribution of actual doses and expert opinion. Cases were required to have six months worth of data prior to the index date to rule out prevalent diabetes. The data were analyzed using conditional logistic regression models and along with exposure, the investigators included race, use of other medications associated with diabetes. The reference group in the analyses was the typical antipsychotic exposure group. The investigators reported that schizophrenic patients who developed diabetes were more likely to have been exposed to clozapine (OR 1.34, 95% CI 1.16-1.55) olanzapine (OR 1.36, 95% CI 1.2-1.53) or combination atypicals (OR 1.58, 95% CI 1.33-1.88). Using longer exposure windows, the OR for olanzapine clozapine and atypical combinations increased slightly. In the 52 week exposure window analysis, the investigators

9

demonstrated that the OR for diabetes with lower doses was significantly smaller than the OR for medium and higher doses. Neither risperidone nor quetiapine were associated with increased odds for developing diabetes for any of the analyses. The investigators noted the small number of quetiapine subjects in the study which limited any conclusions. The investigators felt that the results support that certain atypical antipsychotics may be associated with a significantly increased risk of diabetes. The investigators used the risk information to estimate that use of olanzapine might increase diabetes risk from 1 in 286 to 1 in 210 or from 1 in 143 to 1 in 105 (depending on the risk in the background which is currently not known). The investigators identified limitations of the study including lack of independent validation of the diagnostic codes used in the study, lack of information on important risk factors including BMI and family history. They also acknowledge that the Medicaid population may differ from the general population impacting the generalization of results. They acknowledge that their analyses that examine ongoing rather than new use can examine associations but not necessarily causality. They acknowledge the need for prospective trials to assess the findings from observational studies.

[14]Moisan et al conducted a population based cohort study using data from the Prescription Drug Insurance Plan in Quebec. The investigators identified patients who received at least one prescription for an atypical antipsychotic between 1/1/97 and 8/31/99. The investigators then obtained data on all drugs dispensed and all physician visits between 7/1/96 and 8/31/2000. The investigators excluded patients who were >=65 years old, who had received any atypical antipsychotic during 180 days prior to the index date, who had received two atypicals on the index date, who started clozapine or quetiapine, or who were not eligible for the drug plan for 180 days prior to the index date. They then classified patients as diabetes free (no antidiabetes drugs during the 180 days preceding the index date), dyslipidemia free (no lipid reducing drugs during the 180 days preceding the index date), and both disease free. The outcome event was a first prescription for an antidiabetes drug in the diabetes free group, the first prescription for a lipid lowering agent for the dyslipidemia free group, a prescription for either agent in the both disease free group. Patients were censored if they discontinued the index drug (no refill for 60 days after the end of the last prescription), became ineligible for the drug plan, or reached the end of follow up. Data were analyzed using Cox proportional hazards models. The investigators reported that the risk of initiating an antidiabetes drug was higher among olanzapine subjects than risperidone subjects (IRR 1.33, 95% CI 1.03-1.73). The risk for initiating a lipid lowering agent was higher among olanzapine patients than risperidone patients (1.49, 95% CI 1.22-1.83). The risk of initiating either an antidiabetes or a lipid lowering agent was higher for olanzapine patients compared to risperidone patients (1.47, 95% CI 1.23-1.76). Identified limitations included use of prescriptions as surrogate for outcome, lack of information about potential differences in screening frequency for outcomes of interest, lack of information about other potential risk factors for the outcomes of interest, and lack of information about indication for atypical antipsychotic treatment. The investigators concluded that the risk for diabetes and dyslipidemia were higher among olanzapine patients compared to risperidone patients and that prospective studies are needed to assess the cardiovascular safety of olanzapine.

FDACDER 001559

[15]Citrome et al conducted a case control study to examine diabetes risk for schizophrenia and schizoaffective inpatients treated with a single second generation antipsychotic and multiple second generation antipsychotics compared to patients treated with first generation antipsychotics. This study was conducted using a database that captures information for patients in facilities of the New York State Psychiatric Hospital System. Cases and controls were inpatients, with >= 60 day stay during the period 1/1/00 through 12/21/02 and treated with >= 1 dose of antipsychotic. Patients were excluded from the study if they had past prescriptions for antidiabetic medications. Cases were patients who received new prescriptions for antidiabetic medications. Eight controls were matched to each case on calendar year, length of stay during the calendar year, race, age group (<40, >=40 years), and diagnosis (schizophrenia, schizoaffective disorder). Antipsychotic treatment in the 45 days preceding initiation of antidiabetic medication was identified for the cases. The investigators identified 181 cases and 1448 matched controls. There were no statistically significant differences between cases and controls for race, age, or diagnosis, but the percentage of males was lower among cases compared to controls. A logistic regression analysis that adjusted for age and gender found that compared to controls, cases were more likely to have been exposed to quetiapine (OR 3.09, 95% CI 1.59-6.03), more than one second generation antipsychotic (OR 2.86, 95% CI 1.57-5.2), clozapine (OR 2.06, 95% CI 1.07-3.99), olanzapine (OR 1.57, 95% CI .87-2.82), and risperidone (OR 1.5, 95% CI .81-2.79). When stratified by sex, the ORs and 95% CIs were similar for males compared to the overall analysis but among females the ORs were lower and all 95% CIs included one. The investigators also found that patients in the control group receiving clozapine, olanzapine, or more than one second generation antipsychotic were more likely to have plasma glucose tests. The investigators felt that their study demonstrated an association between second generation antipsychotics and diabetes mellitus. They felt an advantage of their study was restriction of the population to schizophrenia and schizoaffective diagnoses. The investigators suggested that not finding a statistically significant increased diabetes risk with olanzapine might be due to available information at the time about olanzapine's possible diabetes risk. This information may have influenced prescribing patterns, resulting in less olanzapine use in patients with higher baseline diabetes risk. The investigators identified sex as a potential moderator variable for the antipsychotic diabetes relationship. The investigators noted that treatment assignment was not randomized and that factors associated with the risk of diabetes and the choice of medication could have confounded the results. They also note that incomplete information in the database could have led to underascertainment of patients with diabetes. As with other studies, the investigators did not have information for all diabetes risk factors and noted the absence of information about weight, BMI, family history, physical activity, and other risk factors. The authors acknowledge the need for randomized controlled trials and prospective cohort studies to further clarify the second generation antipsychotic diabetes mellitus relationship.

Discussion
There have been a number of published studies regarding atypical antipsychotics and diabetes in the two years since our last literature update but considering all of the results, there does not appear to be clear evidence to support changes in our position about this

FDACDER 001560

relationship. The clinical pharmacology studies document interesting findings but it is unclear to what extent the observed changes in metabolic laboratory parameters predict the risk of diabetes mellitus outcomes in treated patients. In reviewing the epidemiological studies one sees considerable variability in the results. In one study a given antipsychotic may appear worse than others, while in other studies the same antipsychotic appears to be associated with decreased risk relative to others. There continues to be a lack of information about the two most recently approved second generation antipsychotics, ziprasidone and aripiprazole. Given the inconsistent findings and incomplete information, it appears appropriate to continue to advise in labeling that patients treated with any of the atypical antipsychotics be monitored for diabetes mellitus. Definitive answers about the absolute magnitude of diabetes mellitus risk with atypical antipsychotic treatment as well as relative risk among different atypicals will likely require carefully conducted prospective studies that consider all relevant risk factors.

---

[1] Glucose Metabolism in Patients With Schizophrenia Treated With Atypical Antipsychotic Agents: A Frequently Sampled Intravenous Glucose Tolerance Test and Minimal Model Analysis. Henderson DC, Cagliero E, Copeland PM, Borba CP, Evins E, Hayden D, Weber MT, Anderson EJ, Allison DB, Daley TB, Schoenfeld D, Goff DC. Arch Gen Psychiatry. 2005 Jan;62(1):19-28. PMID: 15630069

[2] Insulin resistance and increased leptin concentrations in noncompliant schizophrenia patients but not in antipsychotic-naive first-episode schizophrenia patients. Arranz B, Rosel P, Ramirez N, Duenas R, Fernandez P, Sanchez JM, Navarro MA, San L. J Clin Psychiatry. 2004 Oct;65(10):1335-42. PMID: 15491236

[3] Frequency of new-onset diabetes mellitus and use of antipsychotic drugs among Central Texas veterans. Barner JC, Worchel J, Yang M. Pharmacotherapy. 2004 Nov;24(11):1529-38. PMID: 15537558

[4] Disturbed glucose metabolism among patients taking olanzapine and typical antipsychotics. Dunlop BW, Sternberg M, Phillips LS, Andersen J, Duncan E. Psychopharmacol Bull. 2003 Summer;37(3):99-117. PMID: 14608243

[5] Comparative study of the development of diabetes mellitus in patients taking risperidone and olanzapine. Fuller MA, Shermock KM, Secic M, Grogg AL. Pharmacotherapy. 2003 Aug;23(8):1037-43. PMID: 12921249

[6] Prevalence of diabetes mellitus among outpatients with severe mental disorders receiving atypical antipsychotic drugs. Lamberti JS, Crilly JF, Maharaj K, Olson D, Wiener K, Dvorin S, Costea GO, Bushey MP, Dietz MB. J Clin Psychiatry. 2004 May;65(5):702-6. PMID: 15163259

[7] Incidence of newly diagnosed diabetes attributable to atypical antipsychotic medications. Leslie DL, Rosenheck RA. Am J Psychiatry. 2004 Sep;161(9):1709-11. PMID: 15337666

FDACDER 001561

[8] Atypical antipsychotic drugs and diabetes mellitus in a large outpatient population: a retrospective cohort study. Ostbye T, Curtis LH, Masselink LE, Hutchison S, Wright A, Dans PE, Schulman KA, Krishnan RR. Pharmacoepidemiol Drug Saf. 2004 Sep 16 PMID: 15372671

[9] Antipsychotic drugs may worsen metabolic control in type 2 diabetes mellitus. Spoelstra JA, Stolk RP, Cohen D, Klungel OH, Erkens JA, Leufkens HG, Grobbee DE. J Clin Psychiatry. 2004 May;65(5):674-8. PMID: 15163254

[10] A comparison of incidence of diabetes mellitus between atypical antipsychotic drugs: a survey for clozapine, risperidone, olanzapine, and quetiapine. Sumiyoshi T, Roy A, Anil AE, Jayathilake K, Ertugrul A, Meltzer HY. J Clin Psychopharmacol. 2004 Jun;24(3):345-8. PMID: 15118492

[11] Rate of new-onset diabetes among patients treated with atypical or conventional antipsychotic medications for schizophrenia. Ollendorf DA, Joyce AT, Rucker M. MedGenMed. 2004 Jan 20;6(1):5. PMID: 15208518

[12] Incidence of diabetes in a general practice population: a database cohort study on the relationship with haloperidol, olanzapine, risperidone or quetiapine exposure. Sacchetti E, Turrina C, Parrinello G, Brignoli O, Stefanini G, Mazzaglia G. Int Clin Psychopharmacol. 2005 Jan;20(1):33-37. PMID: 15602114

[13] Association between Antipsychotic Treatment and Hyperlipidemia Among California Medicaid Patients With Schizophrenia. Lambert BL, Chang KY, Tafesse E, Carson W. J Clin Psychopharmacol. 2005 Feb;25(1):12-18. PMID: 15643095

[14] Exploring the risk of diabetes mellitus and dyslipidemia among ambulatory users of atypical antipsychotics: a population-based comparison of risperidone and olanzapine, Moisan J, Gregoire JP, Gaudet M, Cooper D. Phamacoepidemiolol Drug Saf. 2005 Jun;14(6):427-36. PMID: 15786513

[15] Relationship between antipsychotic medication treatment and new cases of diabetes among psychiatric inpatients. Citrome L, Jaffe A, Levine J, Allingham B, Robinson J. Psychiatr Serv. 2004 Sep;55(9):1006-13. PMID: 15345760

---
This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.
---

/s/
----------------------
Jerry Boehm
5/1/2006 08:58:27 AM
MEDICAL OFFICER


Judith Racoosin
5/1/2006 02:02:11 PM
MEDICAL OFFICER
This literature review was conducted in May 2005; its findings were used to update a talk on diabetes and atypical antipsychotics which was presented at the NCDEU meeting in June 2005.

Appears This Way
On Original