# EXHIBIT 30

*Final Agreed-Upon Labeling*

## HIGHLIGHTS OF PRESCRIBING INFORMATION

These highlights do not include all the information needed to use SEROQUEL safely and effectively. See full prescribing information for SEROQUEL.

**SEROQUEL®** (*quetiapine fumarate*) Tablets
Initial US Approval: 1997

---

**WARNING: INCREASED MORTALITY IN ELDERLY PATIENTS WITH DEMENTIA** *See Full Prescribing Information for complete boxed warning.*

- Atypical antipsychotic drugs are associated with an increased risk of death (5.1)
- Quetiapine is not approved for elderly patients with Dementia-Related Psychosis (5.1)

**WARNING: SUICIDALITY AND ANTIDEPRESSANT DRUGS**
*See Full Prescribing Information for complete boxed warning.*

- Increased risk of suicidal thinking and behavior in children, adolescents and young adults taking antidepressants for major depressive disorder and other psychiatric disorders (5.2)

---

-------------RECENT MAJOR CHANGES----------

WARNING:  Suicidality and Antidepressant Drugs (*see Boxed Warning*) 06/2007
Warnings and Precautions, Suicidality and Antidepressant Drugs (5.2) 06/2007
Warning: Hyperglycemia and Diabetes Mellitus (5.3), 06/2007
Warnings and Precautions, Leukopenia, Neutropenia, and Agranulocytosis (5. 6) 11/2007
Indications and Usage, Bipolar Disorder (1.1) 05/2008
Dosage and Administration, Bipolar Disorder (2.1) 05/2008

-------------INDICATIONS AND USAGE--------

SEROQUEL is an atypical antipsychotic agent indicated for Bipolar Disorder including: Bipolar Depression (1.1), Bipolar Mania (1.1),  Bipolar Maintenance (1.1), and Schizophrenia (1.2)

---------DOSAGE AND ADMINISTRATION------

**Bipolar Depression**: administered once daily at bedtime to reach 300 mg/day by day 4 (2.1)
**Bipolar Mania**: should be initiated in bid doses totaling 100 mg/day on Day 1, increased to 400 mg/day on Day 4 in increments of up to 100 mg/day in bid divided doses (2.1)
**Bipolar Maintenance:** Continue treatment at the dosage required to maintain symptom remission. (2.1)
**Schizophrenia**: initial dose of 25 mg bid, with increases in increments of 25-50 mg bid or tid on the second and third day, as tolerated, to a target dose range of 300 to 400 mg daily by the fourth day, given bid or  tid  (2.2)

---DOSAGE FORMS AND STRENGTHS

25 mg, 50 mg, 100 mg, 200 mg, 300 mg, and 400 mg (3)

-------CONTRAINDICATIONS----------

none (4)

---------WARNINGS AND PRECAUTIONS-----

- **Increased Mortality in Elderly Patients with Dementia-Related Psychoses**: Atypical antipsychotic drugs, including quetiapine, are associated with an increased risk of death; causes of death are variable. (5.1)
- **Hyperglycemia and Diabetes Mellitus (DM)**: Ketoacidosis, hyperosmolar coma and death have been reported in patients treated with atypical antipsychotics, including quetiapine. Any patient treated with atypical antipsychotics should be monitored for symptoms of hyperglycemia including polydipsia, polyuria, polyphagia, and weakness. When starting treatment, patients with DM risk factors should undergo blood glucose testing before and during treatment. (5.3)

- **Neuroleptic Malignant Syndrome (NMS)**: Potentially fatal symptom complex has been reported with antipsychotic drugs, including quetiapine. (5.4)
- **Orthostatic Hypotension**: Associated dizziness, tachycardia and syncope especially during the initial dose titration period. (5.5)
- **Leukopenia, Neutropenia and Agranulocytosis** have been reported with atypical antipsychotics including SEROQUEL.  Patients with a pre-existing low white cell count (WBC) or a history of leucopenia/neutropenia should have complete blood count (CBC) monitored frequently during the first few months of treatment and should discontinue SEROQUEL at the first sign of a decline in WBC in absence of other causative factors (5.6)
- **Tardive Dyskinesia** may develop acutely or chronically (5.7)
- **Cataracts**: Lens changes have been observed in patients during long-term quetiapine treatment. Lens examination should be done when starting treatment and at 6-month intervals during chronic treatment. (5.8).
- **Hyperlipidemia** (5.11)
- The possibility of a suicide attempt is inherent in schizophrenia, and close supervision of high risk patients should accompany drug therapy. (5.18)
- See Full Prescribing Information for additional **WARNINGS and PRECAUTIONS.**

----------------------ADVERSE REACTIONS-------

Most common adverse reactions (incidence ≥5% and twice placebo): dry mouth, sedation, somnolence, dizziness, constipation, asthenia, abdominal pain, postural hypotension, pharyngitis, weight gain, lethargy, hyperglycemia, nasal congestion, SGPT increased, dyspepsia, (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact AstraZeneca at 1-800-236-9933 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

---------------------DRUG INTERACTIONS---

- **P450 3A Inhibitors**: May decrease the clearance of quetiapine. Lower doses of quetiapine may be required. (7.1)
- **Hepatic Enzyme Inducers**: May increase the clearance of quetiapine. Higher doses of quetiapine may be required with phenytoin or other inducers. (7.1)
- **Centrally Acting Drugs**: Caution should be used when quetiapine is used in combination with other CNS acting drugs. (7)
- **Antihypertensive agents**: Quetiapine may add to the hypotensive effects of these agents. (7)
- **Levodopa and dopamine agents**: Quetiapine may antagonize the effect of these drugs. (7)

-----------USE IN SPECIFIC POPULATIONS--------

- **Geriatric Use**: Consider a lower starting dose (50 mg/day), slower titration, and careful monitoring during the initial dosing period. (8.5)
- **Hepatic Impairment**: Lower starting doses (25 mg/day) and slower titration may be needed (2.3, 12.3).
- **Pregnancy and Nursing Mothers**: Quetiapine should be used only if the potential benefit justifies the potential risk. (8.1)  Breastfeeding is not recommended (8.3).
- **Pediatric Use**: Safety and effectiveness have not been established. (8.4)

-------SEE 17 FOR PATIENT COUNSELING INFORMATION
**Revised 05/2008**

*Final Agreed-Upon Labeling*

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**Bipolar Maintenance**

| | |
|---|---|
| **1** | **INDICATIONS AND USAGE** |
| 1.1 | Bipolar Disorder |
| 1.2 | Schizophrenia |
| **2** | **DOSAGE AND ADMINISTRATION** |
| 2.1 | Bipolar Disorder |
| 2.2 | Schizophrenia |
| 2.3 | Dosing in Special Populations |
| 2.4 | Maintenance Treatment: |
| 2.5 | Reinitiation of Treatment in Patients Previously Discontinued |
| 2.6 | Switching from Antipsychotics |
| **3** | **DOSAGE FORMS AND STRENGTHS** |
| **4** | **CONTRAINDICATIONS** |
| **5** | **WARNINGS AND PRECAUTIONS** |
| 5.1 | Increased Mortality in Elderly Patients with Dementia-Related Psychosis |
| 5.2 | Clinical Worsening and Suicide Risk |
| 5.3 | Hyperglycemia and Diabetes Mellitus |
| 5.4 | Neuroleptic Malignant Syndrome (NMS) |
| 5.5 | Orthostatic Hypotension |
| 5.6 | Leukopenia, Neutropenia and Agranulocytosis |
| 5.7 | Tardive Dyskinesia |
| 5.8 | Cataracts |
| 5.9 | Seizures |
| 5.10 | Hypothyroidism |
| 5.11 | Cholesterol and Triglyceride Elevations |
| 5.12 | Hyperprolactinemia |
| 5.13 | Transaminase Elevations |
| 5.14 | Potential for Cognitive and Motor Impairment |
| 5.15 | Priapism |
| 5.16 | Body Temperature Regulation |
| 5.17 | Dysphagia |
| 5.18 | Suicide |
| 5.19 | Use in Patients with Concomitant Illness |
| 5.20 | Withdrawal |
| **6** | **ADVERSE REACTIONS** |
| 6.1 | Clinical Study Experience |
| **6.2** | **Post Marketing Experience** |
| **7** | **DRUG INTERACTIONS** |
| 7.1 | The Effect of Other Drugs on Quetiapine Phenytoin |
| 7.2 | Effect of Quetiapine on Other Drugs |
| **8** | **USE IN SPECIFIC POPULATIONS** |
| 8.1 | Pregnancy |
| 8.2 | Labor and Delivery |
| 8.3 | Nursing Mothers |
| 8.4 | Pediatric Use |
| 8.5 | Geriatric Use |
| **9** | **DRUG ABUSE AND DEPENDENCE** |
| 9.1 | Controlled Substance |
| 9.2 | Abuse |
| **10** | **OVERDOSAGE** |
| 10.1 | Human Experience |
| 10.2 | Management of Overdosage |
| **11** | **DESCRIPTION** |
| **12** | **CLINICAL PHARMACOLOGY** |
| 12.1 | Mechanism of Action |
| 12.2 | Pharmacodynamics |
| 12.3 | Pharmacokinetics |
| **13** | **NONCLINICAL TOXICOLOGY** |
| 13.1 | Carcinogenesis, Mutagenesis, Impairment of Fertility |
| 13.2 | Animal Toxicology |
| **14** | **CLINICAL STUDIES** |
| 14.1 | Bipolar Disorder |
| 14.2 | Schizophrenia |
| **16** | **HOW SUPPLIED/STORAGE AND HANDLING** |
| **17** | **PATIENT COUNSELING INFORMATION** |

\*Sections or subsections omitted from the full prescribing information are not listed.

*Final Agreed-Upon Labeling*

## FULL PRESCRIBING INFORMATION

---

**Warning: Increased Mortality in Elderly Patients with Dementia-Related Psychosis**

**Elderly patients with dementia-related psychosis treated with atypical antipsychotic drugs are at an increased risk of death compared to placebo. Analyses of seventeen placebo-controlled trials (modal duration of 10 weeks) in these patients revealed a risk of death in the drug-treated patients of between 1.6 to 1.7 times that seen in placebo-treated patients. Over the course of a typical 10 week controlled trial, the rate of death in drug-treated patients was about 4.5%, compared to a rate of about 2.6% in the placebo group. Although the causes of death were varied, most of the deaths appeared to be either cardiovascular (eg, heart failure, sudden death) or infectious (eg, pneumonia) in nature. SEROQUEL (quetiapine) is not approved for the treatment of patients with Dementia-Related Psychosis.**

---

**Suicidality and Antidepressant Drugs**

**Antidepressants increased the risk compared to placebo of suicidal thinking and behavior (suicidality) in children, adolescents, and young adults in short-term studies of major depressive disorder (MDD) and other psychiatric disorders. Anyone considering the use of SEROQUEL or any other antidepressant in a child, adolescent, or young adult must balance this risk with the clinical need. Short-term studies did not show an increase in the risk of suicidality with antidepressants compared to placebo in adults beyond age 24; there was a reduction in risk with antidepressants compared to placebo in adults aged 65 and older. Depression and certain other psychiatric disorders are themselves associated with increases in the risk of suicide. Patients of all ages who are started on antidepressant therapy should be monitored appropriately and observed closely for clinical worsening, suicidality, or unusual changes in behavior. Families and caregivers should be advised of the need for close observation and communication with the prescriber. SEROQUEL is not approved for use in pediatric patients.** *[See Warnings and Precautions (5.2)]*

*Final Agreed-Upon Labeling*

# 1   INDICATIONS AND USAGE

## 1.1   Bipolar Disorder

SEROQUEL is indicated for the treatment of:

- depressive episodes associated with bipolar disorder
- acute manic episodes associated with bipolar I disorder as either monotherapy or adjunct therapy to lithium or divalproex.
- maintenance treatment of bipolar I disorder as adjunct therapy to lithium or divalproex.

### Depression

The efficacy of SEROQUEL was established in two identical 8-week randomized, placebo-controlled double-blind clinical studies that included either bipolar I or II patients [*see Clinical Pharmacology(12)*]. Effectiveness has not been systematically evaluated in clinical trials for more than 8 weeks.

### Mania

The efficacy of SEROQUEL in acute bipolar mania was established in two 12-week monotherapy trials and one 3-week adjunct therapy trial of bipolar I patients initially hospitalized for up to 7 days for acute mania [*see Clinical Pharmacology (12)*]. Effectiveness has not been systematically evaluated in clinical trials for more than 12 weeks in monotherapy.

### Maintenance Treatment in Bipolar Disorder

The efficacy of SEROQUEL as adjunct maintenance therapy to lithium or divalproex was established in 2 identical randomized placebo-controlled double-blind studies in patients with Bipolar I Disorder. [*see Clinical Studies (14)*]

The physician who elects to use SEROQUEL for extended periods in Bipolar Disorder should periodically re-evaluate the long-term risks and benefits of the drug for the individual patient [*see Dosage and Administration (2)*].

## 1.2   Schizophrenia

SEROQUEL is indicated for the treatment of schizophrenia.

The efficacy of SEROQUEL in schizophrenia was established in short-term (6-week) controlled trials of schizophrenic inpatients [*see Clinical Pharmacology (12)*].

The effectiveness of SEROQUEL in long-term use, that is, for more than 6 weeks, has not been systematically evaluated in controlled trials. Therefore, the physician who elects to use SEROQUEL for extended periods should periodically re-

4

*Final Agreed-Upon Labeling*

evaluate the long-term usefulness of the drug for the individual patient [*see Dosage and Administration (2)*].

## 2   DOSAGE AND ADMINISTRATION

### 2.1   Bipolar Disorder

Depression

*Usual Dose:* SEROQUEL should be administered once daily at bedtime to reach 300 mg/day by day 4.

**Recommended Dosing Schedule**

| Day | Day 1 | Day 2 | Day 3 | Day 4 |
|---|---|---|---|---|
| SEROQUEL | 50 mg | 100 mg | 200 mg | 300 mg |

In these clinical trials supporting effectiveness, the dosing schedule was 50 mg, 100 mg, 200 mg and 300 mg/day for days 1-4 respectively. Patients receiving 600 mg increased to 400 mg on day 5 and 600 mg on day 8 (Week 1). Antidepressant efficacy was demonstrated with SEROQUEL at both 300 mg and 600 mg however, no additional benefit was seen in the 600 mg group.

Mania

Usual Dose:  When used as monotherapy or adjunct therapy (with lithium or divalproex), SEROQUEL should be initiated in bid doses totaling 100 mg/day on Day 1, increased to 400 mg/day on Day 4 in increments of up to 100 mg/day in bid divided doses.  Further dosage adjustments up to 800 mg/day by Day 6 should be in increments of no greater than 200 mg/day. Data indicate that the majority of patients responded between 400 to 800 mg/day.   The safety of doses above 800 mg/day has not been evaluated in clinical trials.

Maintenance

Maintenance of efficacy in Bipolar I Disorder was demonstrated with SEROQUEL (administered twice daily totalling 400 to 800 mg per day) as adjunct therapy to lithium or divalproex. Generally, in the maintenance phase, patients continued on the same dose on which they were stabilized during the stabilization phase. [*see Clinical Studies (14)*].

### 2.2   Schizophrenia

Usual Dose: SEROQUEL should generally be administered with an initial dose of 25 mg bid, with increases in increments of 25-50 mg bid or tid on the second and third day, as tolerated, to a target dose range of 300 to 400 mg daily by the fourth day, given bid or tid.  Further dosage adjustments, if indicated, should generally occur at intervals of not less than 2 days, as steady-state for SEROQUEL would not be achieved for approximately 1-2 days in the typical patient.  When

5

*Final Agreed-Upon Labeling*

dosage adjustments are necessary, dose increments/decrements of 25-50 mg bid are recommended. Most efficacy data with SEROQUEL were obtained using tid regimens, but in one controlled trial 225 mg twice per day was also effective.

Efficacy in schizophrenia was demonstrated in a dose range of 150 to 750 mg/day in the clinical trials supporting the effectiveness of SEROQUEL. In a dose response study, doses above 300 mg/day were not demonstrated to be more efficacious than the 300 mg/day dose. In other studies, however, doses in the range of 400-500 mg/day appeared to be needed. The safety of doses above 800 mg/day has not been evaluated in clinical trials.

2.3     Dosing in Special Populations

Consideration should be given to a slower rate of dose titration and a lower target dose in the elderly and in patients who are debilitated or who have a predisposition to hypotensive reactions [*see Clinical Pharmacology (12)*]. When indicated, dose escalation should be performed with caution in these patients.

Patients with hepatic impairment should be started on 25 mg/day. The dose should be increased daily in increments of 25-50 mg/day to an effective dose, depending on the clinical response and tolerability of the patient.

The elimination of quetiapine was enhanced in the presence of phenytoin. Higher maintenance doses of quetiapine may be required when it is coadministered with phenytoin and other enzyme inducers such as carbamazepine and phenobarbital [*see Drug Interactions (7.1)*].

*Final Agreed-Upon Labeling*

2.4    Maintenance Treatment

While there is no body of evidence available to answer the question of how long the patient treated with SEROQUEL should be maintained,  it is generally recommended that responding patients be continued beyond the acute response, but at the lowest dose needed to maintain remission.  Patients should be periodically reassessed to determine the need for maintenance treatment.

2.5    Reinitiation of Treatment in Patients Previously Discontinued

Although there are no data to specifically address reinitiation of treatment, it is recommended that when restarting patients who have had an interval of less than one week off SEROQUEL, titration of SEROQUEL is not required and the maintenance dose may be reinitiated.  When restarting therapy of patients who have been off SEROQUEL for more than one week, the initial titration schedule should be followed.

2.6    Switching from Antipsychotics

There are no systematically collected data to specifically address switching patients with schizophrenia from antipsychotics to SEROQUEL, or concerning concomitant administration with antipsychotics.  While immediate discontinuation of the previous antipsychotic treatment may be acceptable for some patients with schizophrenia, more gradual discontinuation may be most appropriate for others. In all cases, the period of overlapping antipsychotic administration should be minimized. When switching patients with schizophrenia from depot antipsychotics, if medically appropriate, initiate SEROQUEL therapy in place of the next scheduled injection. The need for continuing existing EPS medication should be reevaluated periodically.

3    **DOSAGE FORMS AND STRENGTHS**

25 mg tablets
50 mg tablets
100 mg tablets
200 mg tablets
300 mg tablets
400 mg tablets

4    **CONTRAINDICATIONS**

None known

7

*Final Agreed-Upon Labeling*

## 5   WARNINGS AND PRECAUTIONS

5.1   Increased Mortality in Elderly Patients with Dementia-Related Psychosis

**Elderly patients with dementia-related psychosis treated with atypical antipsychotic drugs are at an increased risk of death compared to placebo. SEROQUEL (quetiapine fumarate) is not approved for the treatment of patients with dementia-related psychosis (*see Boxed Warning*).**

5.2   Clinical Worsening and Suicide Risk

Patients with major depressive disorder (MDD), both adult and pediatric, may experience worsening of their depression and/or the emergence of suicidal ideation and behavior (suicidality) or unusual changes in behavior, whether or not they are taking antidepressant medications, and this risk may persist until significant remission occurs. Suicide is a known risk of depression and certain other psychiatric disorders, and these disorders themselves are the strongest predictors of suicide. There has been a long-standing concern, however, that antidepressants may have a role in inducing worsening of depression and the emergence of suicidality in certain patients during the early phases of treatment. Pooled analyses of short-term placebo-controlled trials of antidepressant drugs (SSRIs and others) showed that these drugs increase the risk of suicidal thinking and behavior (suicidality) in children, adolescents, and young adults (ages 18-24) with major depressive disorder (MDD) and other psychiatric disorders. Short-term studies did not show an increase in the risk of suicidality with antidepressants compared to placebo in adults beyond age 24; there was a reduction with antidepressants compared to placebo in adults aged 65 and older.

The pooled analyses of placebo-controlled trials in children and adolescents with MDD, obsessive compulsive disorder (OCD), or other psychiatric disorders included a total of 24 short-term trials of 9 antidepressant drugs in over 4400 patients. The pooled analyses of placebo-controlled trials in adults with MDD or other psychiatric disorders included a total of 295 short-term trials (median duration of 2 months) of 11 antidepressant drugs in over 77,000 patients. There was considerable variation in risk of suicidality among drugs, but a tendency toward an increase in the younger patients for almost all drugs studied. There were differences in absolute risk of suicidality across the different indications, with the highest incidence in MDD. The risk differences (drug vs. placebo), however, were relatively stable within age strata and across indications. These risk differences (drug-placebo difference in the number of cases of suicidality per 1000 patients treated) are provided in Table 1.

8

*Final Agreed-Upon Labeling*

**Table 1**

| Age Range | Drug-Placebo Difference in Number of Cases of Suicidality per 1000 Patients Treated |
|:---:|:---|
| | **Increases Compared to Placebo** |
| <18 | 14 additional cases |
| 18-24 | 5 additional cases |
| | **Decreases Compared to Placebo** |
| 25-64 | 1 fewer case |
| >65 | 6 fewer cases |

No suicides occurred in any of the pediatric trials. There were suicides in the adult trials, but the number was not sufficient to reach any conclusion about drug effect on suicide.

It is unknown whether the suicidality risk extends to longer-term use, i.e., beyond several months. However, there is substantial evidence from placebo-controlled maintenance trials in adults with depression that the use of antidepressants can delay the recurrence of depression.

**All patients being treated with antidepressants for any indication should be monitored appropriately and observed closely for clinical worsening, suicidality, and unusual changes in behavior, especially during the initial few months of a course of drug therapy, or at times of dose changes, either increases or decreases.**

The following symptoms, anxiety, agitation, panic attacks, insomnia, irritability, hostility, aggressiveness, impulsivity, akathisia (psychomotor restlessness), hypomania, and mania, have been reported in adult and pediatric patients being treated with antidepressants for major depressive disorder as well as for other indications, both psychiatric and nonpsychiatric. Although a causal link between the emergence of such symptoms and either the worsening of depression and/or the emergence of suicidal impulses has not been established, there is concern that such symptoms may represent precursors to emerging suicidality.

Consideration should be given to changing the therapeutic regimen, including possibly discontinuing the medication, in patients whose depression is persistently worse, or who are experiencing emergent suicidality or symptoms that might be precursors to worsening depression or suicidality, especially if these symptoms are severe, abrupt in onset, or were not part of the patient's presenting symptoms.

9