**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:  Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This document relates to:

| | |
|---|---|
| Linda Guinn | 6:07-cv-10291 |
| Janice Burns | 6:07-cv-15959 |
| Richard Unger | 6:07-cv-15812 |
| Connie Curley | 6:07-cv-15701 |
| Linda Whittington | 6:07-cv-10475 |
| Eileen McAlexander | 6:07-cv-10360 |
| ~~Sandra Carter~~ | ~~6:07-cv-13234~~ |
| ~~Clemmie Middleton~~ | ~~6:07-cv-10949~~ |
| ~~Hope Lorditch~~ | ~~6:07-cv-12657~~ |
| David Haller | 6:07-cv-15733 |
| ~~Charles Ray~~ | ~~6:07-cv-11102~~ |
| ~~William Sarmiento~~ | ~~6:07-cv-10425~~ |

**NOTICE OF FILING IN SUPPORT OF**
**ASTRAZENECA'S OMNIBUS LEGAL MEMORANDUM**

| DOCUMENT | EXHIBIT |
|---|---|
| Linda Guinn's Complaint, captioned *Abeyta, et al. v. AstraZeneca LP, et al.*, No. 06-cv-10713-RWZ (D. Mass., Apr. 24, 2006) | 1 |
| Hearing Transcript of the July 29, 2008 Pretrial Conference | 2 |
| FDA Article, titled "The FDA's Drug Review Process: Ensuring Drugs Are Safe and Effective," available at http://www.fda.gov/Fdac/features/2002/402_drug.html | 3 |
| Draft Guidance for Industry, titled "Labeling for Human Prescription Drug and Biological Products – Implementing the New Content and Format Requirements," available at http://www.fda.gov/cber/gdlns/lbcontform.pdf | 4 |

| | |
|---|---|
| Letter from Robert Temple of the FDA to W.J. Kennedy of Zeneca Pharmaceuticals, dated September 26, 1997, available at http://www.fda.gov/cder/foi/nda/97/020639ap_Seroquel_apltr.pdf | 5 |
| Excerpts from 1999 Physicians' Desk Reference | 6 |
| FDA mark-up of draft labeling for Seroquel, produced as AZSER00028771-98 | 7 |
| FDA draft labeling proposal for Seroquel, received on July 28, 1997, produced as AZSER00287803-42 | 8 |
| FDA Memorandum from Katherine Bennett to Russell Katz, dated December 16, 1999, produced as FDACDER003799-808 | 9 |
| FDA Memorandum from Diane Wysowski and Katherine Bennett to Russell Katz, dated December 17, 1999, produced as FDACDER003795-97 | 10 |
| Letter from Russell Katz of the FDA to W.J. Kennedy of Zeneca Pharmaceuticals, dated May 1, 2000, produced as AZSER00290653-54 | 11 |
| Letter from Gerald Limp of AstraZeneca to Russell Katz of the FDA, dated August 31, 2000, produced as AZSER15052651-738 | 12 |
| FDA Review and Evaluation of Clinical Data, completed January 26, 2001, produced as FDACDER001605-12 | 13 |
| FDA Review and Evaluation of Clinical Data, completed May 17, 2001, produced as FDACDER001627-41 | 14 |
| FDA Review and Evaluation of Clinical Data, completed May 22, 2001, produced as FDACDER001613-26 | 15 |
| FDA Presentation, titled "Atypical Antipsychotic Drugs and Hyperglycemia/Diabetes Mellitus: The FDA Perspective," produced as FDACDER003809-32 | 16 |
| Minutes of Pre-NDA Meeting between FDA and AstraZeneca, held June 20, 2002, produced as SQ1ED00474655-00001-05 | 17 |
| FDA Request for Consultation, dated January 29, 2003, produced as FDACDER001456-57 | 18 |

| | |
|---|---|
| FDA Memorandum from Andrew Mosholder to Russell Katz, dated June 25, 2003, produced as FDACDER001458-76 | 19 |
| Letter from Russell Katz of the FDA to Gerald Limp of AstraZeneca, dated September 11, 2003, produced as AZSER00300586-88 | 20 |
| Letter from Russell Katz of the FDA to Gerald Limp of AstraZeneca, dated January 12, 2004, available at http://www.fda.gov/cder/foi/appletter/2004/20639se1-017,016ltr.pdf | 21 |
| January 12, 2004 Final Approved Labeling for Seroquel, available at http://www.fda.gov/cder/foi/label/2004/20639se1-017,016_seroquel_lbl.pdf | 22 |
| Letter from Russell Katz of the FDA to Darci Bertelsen of AstraZeneca, dated April 8, 2004, produced as SQ1ED00018676 | 23 |
| Excerpts of AstraZeneca's Response to FDA Request for Information: Metabolic Abnormalities, dated July 9, 2004, produced as AZSER19731163, 170-71 | 24 |
| FDA Review of Clinical Data, completed June 1, 2005, produced as FDACDER001550-63 | 25 |
| Letter from Robert Dean of the FDA to James Gaskill of AstraZeneca, dated November 16, 2006, available at http://www.fda.gov/cder/warn/2006/Seroquel_letter.pdf | 26 |
| Letter from Thomas Laughren of the FDA to Gerald Limp of AstraZeneca, dated October 20, 2006, available at http://www.fda.gov/cder/foi/appletter/2006/020639s026ltr.pdf | 27 |
| October 20, 2006 Final Approved Labeling for Seroquel, available at http://www.fda.gov/cder/foi/label/2006/020639s026lbl.pdf | 28 |
| Letter from Thomas Laughren of the FDA to Gerald Limp of AstraZeneca, dated May 13, 2008, available at http://www.fda.gov/cder/foi/appletter/2008/020639s025,se1-037,s038,s040ltr.pdf | 29 |

| | |
|---|---|
| May 13, 2008 Final Approved Labeling for Seroquel, available at http://www.fda.gov/cder/foi/label/2008/020639s025s037s038s040lbl.pdf | 30 |
| May 17, 2007 Final Approved Labeling for Seroquel XR, produced as AZSER23141308-36 | 31 |
| November 15, 2007 Final Approved Labeling for Seroquel XR, available at http://www.fda.gov/cder/foi/label/2007/022172lbl.pdf | 32 |
| July 30, 2007 Final Approved Labeling for Seroquel, produced as AZSER24149237-82 | 33 |
| Letter from Thomas Laughren of the FDA to Gerald Limp of AstraZeneca, dated June 25, 2008, produced as D339-L01165297-00001-04 | 34 |
| Expert Report of Donna K. Arnett (without exhibits) | 35 |
| Excerpts of the Deposition Transcript of Donna K. Arnett, Volumes 1 and 2, dated October 6-7, 2008 | 36 |
| Expert Report of William C. Wirshing (without exhibits) | 37 |
| Excerpts of the Deposition Transcript of William C. Wirshing, dated September 26, 2008 | 38 |
| Expert Report of Laura M. Plunkett (without exhibits) | 39 |
| Excerpts of the Deposition Transcript of Laura M. Plunkett, Volume 1, dated October 2, 2008 | 40 |
| Excerpts of the Deposition Transcript of Mohan Nair, dated September 26, 2008 | 41 |
| Excerpts of the Deposition Transcript of Dee Burke, dated August 9, 2008 | 42 |
| Excerpts of the Deposition Transcript of David Haller, dated July 15, 2008 | 43 |
| FDA Article, titled "The Clinical Impact of Adverse Event Reporting," available at http://www.fda.gov/medwatch/articles/medcont/postrep.htm | 44 |
| Excerpts of Deposition Transcript of Jennifer B. Marks, Volume 3, dated October 20, 2008 | 45 |

DATED: November 3, 2008					Respectfully submitted,

*/s/ Steven B. Weisburd*
Steven B. Weisburd
DECHERT LLP
300 West 6th Street, Suite 1850
Austin, TX  78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
steven.weisburd@dechert.com
david.venderbush@dechert.com

Stephen J. McConnell
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19103
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
stephen.mcconnell@dechert.com

Chris S. Coutroulis (Fla. Bar No. 300705)
Robert L. Ciotti (Fla. Bar No. 333141)
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, FL  22607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
ccoutroulis@carltonfields.com
rciotti@cartlonfields.com

*Counsel for AstraZeneca LP and AstraZeneca Pharmaceuticals LP*

- 6 -

## CERTIFICATE OF SERVICE

I hereby certify that, on November 3, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system through which all participating parties are deemed served. I further certify that, by using the CM/ECF, the foregoing has been served on Plaintiffs' liaison counsel, who is charged with serving any non-CM/ECF participants on the attached Service List.

*/s/ Eliot J. Walker*

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>***Plaintiffs' Lead Counsel*** | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>***Plaintiffs' Lead Counsel*** |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | W. Todd Harvey, Esq.<br>E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>THARVEY@whatleydrake.com<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Steven M. Selna, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>steven.selna@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

| | |
|---|---|
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net |
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |