# EXHIBIT 31

## HIGHLIGHTS OF PRESCRIBING INFORMATION

**These highlights do not include all the information needed to use SEROQUEL XR safely and effectively. See full prescribing information for SEROQUEL XR.**

**SEROQUEL® XR** *(quetiapine fumarate) Extended-Release Tablets*
Initial U.S. Approval: 1997

**WARNING: INCREASED MORTALITY IN ELDERLY PATIENTS WITH DEMENTIA** *See full prescribing information for complete boxed warning.*

- **Atypical antipsychotic drugs are associated with an increased risk of death (5.1)**
- **Causes of death are variable (5.1)**
- **Quetiapine is not approved for elderly patients with Dementia-Related Psychoses (5.1)**

**INDICATIONS AND USAGE**

SEROQUEL XR is an atypical antipsychotic agent indicated for:

- The treatment of schizophrenia (1)

**DOSAGE AND ADMINISTRATION**

**Schizophrenia**: SEROQUEL XR should be administered once daily, preferably in the evening. The recommended initial dose is 300 mg. The effective dose range for SEROQUEL XR is 400 – 800 mg per day depending on the response and tolerance of the individual patient. Dose increases can be made at intervals as short as 1 day and in increments of up to 300 mg/day. Individual dosage adjustments may be necessary. SEROQUEL XR Tablets should be swallowed whole and not split, chewed or crushed. SEROQUEL XR should be taken without food or with a light meal (2).

**DOSAGE FORMS AND STRENGTHS**

Extended-Release Tablets: 200 mg, 300 mg, and 400 mg

**CONTRAINDICATIONS**

None

**WARNINGS AND PRECAUTIONS**

- **Increased Mortality in Elderly Patients with Dementia Related Psychoses**: Atypical antipsychotic drugs, including quetiapine, are associated with an increased risk of death; causes of death are variable.
- **Hyperglycemia and Diabetes Mellitus (DM)**: Ketoacidosis, hyperosmolar coma and death have been reported in patients treated with atypical antipsychotics, including quetiapine. Any patient treated with atypical antipsychotics should be monitored for symptoms of hyperglycemia including polydipsia, polyuria, polyphagia, and weakness. When starting treatment, patients with DM risk factors should undergo blood glucose testing before and during treatment. (5.2)
- **Neuroleptic Malignant Syndrome (NMS)**: Potentially fatal symptom complex has been reported with antipsychotic drugs, including quetiapine. (5.3)
- **Orthostatic hypotension**: Associated dizziness, tachycardia and syncope especially during the initial dose titration period. (5.4)
- **Tardive Dyskinesia** may develop acutely or chronically (5.5)
- **Cataracts**: Lens changes have been observed in patients during long-term quetiapine treatment. Lens examination should be done when starting treatment and at 6 months intervals during chronic treatment (5.6).
- **Hyperlipidemia** (5.9)
- The possibility of a suicide attempt is inherent in schizophrenia, and close supervision of high risk patients should accompany drug therapy (5.16)
- See Full Prescribing Information for additional **WARNINGS and PRECAUTIONS.**

**ADVERSE REACTIONS**

Most common adverse reactions (incidence ≥ 5% and greater than placebo) are dry mouth, constipation, dyspepsia, sedation, somnolence, dizziness, and orthostatic hypotension. (6.1) **To report SUSPECTED ADVERSE REACTIONS, contact AstraZeneca at 1-800-236-9933 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

**DRUG INTERACTIONS**

- **P450 3A Inhibitors**: May decrease the clearance of quetiapine. Lower doses of quetiapine may be required. (7.1)
- **Hepatic Enzyme Inducers**: May increase the clearance of quetiapine. Higher doses of quetiapine may be required with phenytoinor other inducers. (7.1)
- **Centrally Acting Drugs**: Caution should be used when quetiapine is used in combination with other CNS acting drugs. (7)
- **Antihypertensive agents**: Quetiapine may add to the hypotensive effects of these agents. (7)
- **Levodopa and dopamine agents**: Quetiapine may antagonize the effect of these drugs. (7)

**USE IN SPECIFIC POPULATIONS**

- **Geriatric Use**: For the initial dosing in the elderly use the immediate release formulation of SEROQUEL instead of SEROQUEL XR. Consider a lower starting dose (25mg/day immediate release formulation), slower titration, and careful monitoring during the initial dosing period in the elderly (2.2 and 8.5).
- **Hepatic Impairment**: For the initial dosing in patients with hepatic impairment, use the immediate release formulation of SEROQUEL instead of SEROQUEL XR. Lower starting doses (25 mg/day immediate release formulation) and slower titration may be needed (2.2, 8.7, 12.3).
- **Pregnancy and Lactation**: Quetiapine should be used only if the potential benefit justifies the potential risk (8.1) Breast feeding is not recommended (8.3).
- **Pediatric Use**: Safety and effectiveness have not been established.

**SEE 17 FOR PATIENT COUNSELING INFORMATION**

Revised 5/2007

FULL PRESCRIBING INFORMATION: CONTENTS*


**WARNING: INCREASED MORTALITY IN ELDERLY PATIENTS WITH DEMENTIA-RELATED PSYCHOSIS**
**1. INDICATIONS AND USAGE**
**2. DOSAGE AND ADMINISTRATION**
2.1 Usual Dose
2.2 Dosing in Special Populations
2.3 Mainteneance Treatment
2.4 Re-initiation of Treatment in Patients Previously Discontinued
2.5 Switching patients from SEROQUEL tablets to SEROQUEL XR tablets
2.6 Switching from Antipsychotics
**3. DOSAGE FORMS AND STRENGTHS**
**4. CONTRAINDICATIONS**
**5. WARNINGS AND PRECAUTIONS**
5.1 Increased Mortality in Elderly Patients with Dementia-Related Psychosis
5.2 Hyperglycemia and Diabetes Mellitus
5.3 Neuroleptic Malignant Syndrome (NMS)
5.4 Orthostatic Hypotension
5.5 Tardive Dyskinesia
5.6 Cataracts
5.7 Seizures
5.8 Hypothyroidism
5.9 Cholesterol and Triglyceride Elevations
5.10 Hyperprolactinemia
5.11 Transaminase Elevations
5.12 Potential for Cognitive and Motor Impairment
5.13 Priapism
5.14 Body Temperature Regulation
5.15 Dysphagia
5.16 Suicide
5.17 Use in Patients with Concomitant Illness
5.18 Withdrawal
**6. ADVERSE REACTIONS**
6.1 Clinical Studies Experience
6.2 Vital Signs and Laboratory Studies
6.3 Post Marketing Experience
**7. DRUG INTERACTIONS**
7.1 Effect of Other Drugs on Quetiapine
7.2 Effect of Quetiapine on Other Drugs
**8. USE IN SPECIFIC POPULATIONS**
8.1 Pregnancy
8.2 Labor and Delivery
8.3 Nursing Mothers
8.4 Pediatric Use
8.5 Geriatric Use
**9. DRUG ABUSE AND DEPENDENCE**
9.1 Controlled Substance
9.2 Abuse
**10. OVERDOSAGE**
10.1 Human Experience
10.2 Management of Overdosage
**11. DESCRIPTION**

12. **CLINICAL PHARMACOLOGY**
12.1 Mechanism of Action
12.2 Pharmacodynamics
12.3 Pharmacokinetics
13. **NONCLINICAL TOXICOLOGY**
13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
13.2 Animal Toxicology and/or Pharmacology
14. **CLINICAL STUDIES**
14.1 Schizophrenia
15. **REFERENCES**
16. **HOW SUPPLIED/STORAGE AND HANDLING**
17. **PATIENT COUNSELING INFORMATION**

* Sections or subsections omitted from the full prescribing information are not listed.

## FULL PRESCRIBING INFORMATION

**WARNING: INCREASED MORTALITY IN ELDERLY PATIENTS WITH DEMENTIA-RELATED PSYCHOSIS**

**Elderly patients with dementia-related psychosis treated with atypical antipsychotic drugs are at an increased risk of death compared to placebo. Analyses of seventeen placebo-controlled trials (modal duration of 10 weeks) in these patients revealed a risk of death in the drug-treated patients of between 1.6 to 1.7 times that seen in placebo-treated patients. Over the course of a typical 10-week controlled trial, the rate of death in drug-treated patients was about 4.5%, compared to a rate of about 2.6% in the placebo group. Although the causes of death were varied, most of the deaths appeared to be either cardiovascular (eg, heart failure, sudden death) or infectious (eg, pneumonia) in nature. SEROQUEL XR is not approved for the treatment of patients with Dementia-Related Psychosis.**

## 1 INDICATIONS AND USAGE

SEROQUEL XR is indicated for the treatment of schizophrenia.

The efficacy of SEROQUEL XR in schizophrenia was established in part, on the basis of extrapolation from the established effectiveness of SEROQUEL. In addition, the efficacy of SEROQUEL XR was demonstrated in 1 short-term (6-week) controlled trial of schizophrenic inpatients and outpatients [see *Clinical Studies* (14)].

The effectiveness of SEROQUEL XR in long-term use, that is, for more than 6 weeks, has not been systematically evaluated in controlled trials. Therefore, the physician who elects to use SEROQUEL XR for extended periods should periodically re-evaluate the long-term usefulness of the drug for the individual patient [see *Dosage And Administration* (2.3)].

## 2. DOSAGE AND ADMINISTRATION

### 2.1 Usual Dose

SEROQUEL XR should be administered once daily, preferably in the evening.[4] The recommended initial dose is 300 mg/day. Patients should be titrated within

a dose range of 400 – 800 mg/day depending on the response and tolerance of the individual patient [*see Clinical Studies* (14)]. Dose increases can be made at intervals as short as 1 day and in increments of up to 300 mg/day. The safety of doses above 800 mg/day has not been evaluated in clinical trials.

SEROQUEL XR tablets should be swallowed whole and not split, chewed or crushed.

It is recommended that SEROQUEL XR be taken without food or with a light meal (approximately 300 calories) [*see Clinical Pharmacology* (12.3)].

### 2.2 Dosing in Special Populations

Consideration should be given to a slower rate of dose titration and a lower target dose in the elderly and in patients who are debilitated or who have a predisposition to hypotensive reactions [*see* Use in Specific Populations (8.7,8.8) and *Clinical Pharmacology* (12)]. When indicated, dose escalation should be performed with caution in these patients.

For those patients who require less than 200 mg per dose of SEROQUEL XR during the initial titration, use the immediate release formulation.

Elderly patients should be started on SEROQUEL immediate release formulation 25 mg/day and the dose can be increased in increments of 25-50 mg/day depending on the response and tolerance of the individual patient. When an effective dose has been reached, the patient may be switched to SEROQUEL XR at an equivalent total daily dose [*see Switching Patients from SEROQUEL Tablets to SEROQUEL XR Tablets* 2.5)].

Patients with hepatic impairment should be started on SEROQUEL immediate release formulation 25 mg/day. The dose can be increased daily in increments of 25-50 mg/day to an effective dose, depending on the clinical response and tolerance of the patient. When an effective dose has been reached, the patient may be switched to SEROQUEL XR at an equivalent total daily dose [*see Switching Patients from SEROQUEL Tablets to SEROQUEL XR Tablets* 2.5)].

The elimination of quetiapine was enhanced in the presence of phenytoin. Higher maintenance doses of quetiapine may be required when it is coadministered with phenytoin and other enzyme inducers such as carbamazepine and phenobarbital [*see Drug Interactions* (7.1)].

### 2.3 Maintenance Treatment

While there is no body of evidence available to specifically address how long the patient treated with SEROQUEL XR should remain on it, it is recommended that responding patients be continued on SEROQUEL XR, but at the lowest dose needed to maintain remission. Patients should be periodically reassessed to determine the need for maintenance treatment.

### 2.4 Re-initiation of Treatment in Patients Previously Discontinued

Although there are no data to specifically address reinitiation of treatment, it is recommended that when restarting therapy of patients who have been off SEROQUEL XR for more than one week, the initial dosing schedule should be followed. When restarting patients who have been off SEROQUEL XR for less than one week, gradual dose escalation may not be required and the maintenance dose may be reinitiated.

### 2.5 Switching Patients from SEROQUEL Tablets to SEROQUEL XR Tablets

Schizophrenic patients who are currently being treated with divided doses of SEROQUEL (immediate release formulation, eg. 2 to 3 times per day) may be switched to SEROQUEL XR at the equivalent total daily dose taken once daily. Individual dosage adjustments may be necessary.

### 2.6 Switching from Antipsychotics

There are no systematically collected data to specifically address switching patients with schizophrenia from other antipsychotics to SEROQUEL XR, or concerning concomitant administration with other antipsychotics. While immediate discontinuation of the previous antipsychotic treatment may be acceptable for some patients with schizophrenia, more gradual discontinuation may be most appropriate for others. In all cases, the period of overlapping antipsychotic administration should be minimized. When switching patients with schizophrenia from depot antipsychotics, if medically appropriate, initiate SEROQUEL XR therapy in place of the next scheduled injection. The need for continuing existing extrapyramidal syndrome medication should be re-evaluated periodically.

## 3 DOSAGE FORMS AND STRENGTHS

200 mg extended-release tablets
300 mg extended-release tablets
400 mg extended-release tablets

## 4 CONTRAINDICATIONS

None

## 5. WARNINGS AND PRECAUTIONS

### 5.1 Increased Mortality in Elderly Patients with Dementia-Related Psychosis

**Elderly patients with dementia-related psychosis treated with atypical antipsychotic drugs are at an increased risk of death compared to placebo. SEROQUEL XR (quetiapine fumarate) is not approved for the treatment of patients with dementia-related psychosis (see Boxed Warning).**

### 5.2 Hyperglycemia and Diabetes Mellitus

Hyperglycemia, in some cases extreme and associated with ketoacidosis or hyperosmolar coma or death, has been reported in patients treated with atypical antipsychotics, including quetiapine. Assessment of the relationship between atypical antipsychotic use and glucose abnormalities is complicated by the possibility of an increased background risk of diabetes mellitus in patients with schizophrenia and the increasing incidence of diabetes mellitus in the general population. Given these confounders, the relationship between atypical antipsychotic use and hyperglycemia-related adverse reactions is not completely understood. However, epidemiological studies suggest an increased risk of treatment-emergent hyperglycemia-related adverse reactions in patients treated with the atypical antipsychotics. Precise risk estimates for hyperglycemia-related adverse reactions in patients treated with atypical antipsychotics are not available.

Patients with an established diagnosis of diabetes mellitus who are started on atypical antipsychotics should be monitored regularly for worsening of glucose control. Patients with risk factors for diabetes mellitus (eg, obesity, family history of diabetes) who are starting treatment with atypical antipsychotics should undergo fasting blood glucose testing at the beginning of treatment and periodically during treatment. Any patient treated with atypical antipsychotics should be monitored for symptoms of hyperglycemia including polydipsia, polyuria, polyphagia, and weakness. Patients who develop symptoms of hyperglycemia during treatment with atypical antipsychotics should undergo fasting blood glucose testing. In some cases, hyperglycemia has resolved when the atypical antipsychotic was discontinued; however, some patients required continuation of anti-diabetic treatment despite discontinuation of the suspect drug.

5.3 Neuroleptic Malignant Syndrome (NMS)

A potentially fatal symptom complex sometimes referred to as Neuroleptic Malignant Syndrome (NMS) has been reported in association with administration of antipsychotic drugs, including quetiapine. Rare cases of NMS have been reported with quetiapine. Clinical manifestations of NMS are hyperpyrexia, muscle rigidity, altered mental status, and evidence of autonomic instability (irregular pulse or blood pressure, tachycardia, diaphoresis, and cardiac dysrhythmia). Additional signs may include elevated creatine phosphokinase, myoglobinuria (rhabdomyolysis) and acute renal failure.

The diagnostic evaluation of patients with this syndrome is complicated. In arriving at a diagnosis, it is important to exclude cases where the clinical presentation includes both serious medical illness (e.g., pneumonia, systemic infection, etc.) and untreated or inadequately treated extrapyramidal signs and symptoms (EPS). Other important considerations in the differential diagnosis include central anticholinergic toxicity, heat stroke, drug fever and primary central nervous system (CNS) pathology.

The management of NMS should include: 1) immediate discontinuation of antipsychotic drugs and other drugs not essential to concurrent therapy; 2) intensive symptomatic treatment and medical monitoring; and 3) treatment of any concomitant serious medical problems for which specific treatments are available. There is no general agreement about specific pharmacological treatment regimens for NMS.

If a patient requires antipsychotic drug treatment after recovery from NMS, the potential reintroduction of drug therapy should be carefully considered. The patient should be carefully monitored since recurrences of NMS have been reported.

5.4 Orthostatic Hypotension

Quetiapine may induce orthostatic hypotension associated with dizziness, tachycardia and, in some patients, syncope, especially during the initial dose-titration period, probably reflecting its ά1-adrenergic antagonist properties. Syncope was reported in 0.3% (3/951) of the patients treated with SEROQUEL XR, compared with 0.3% (1/319) on placebo. Syncope was reported in 1% (23/2567) of the patients treated with SEROQUEL, compared with 0% (0/607) on placebo.

Quetiapine should be used with particular caution in patients with known cardiovascular disease (history of myocardial infarction or ischemic heart disease, heart failure or

conduction abnormalities), cerebrovascular disease or conditions which would predispose patients to hypotension (dehydration, hypovolemia and treatment with antihypertensive medications). If hypotension occurs during titration to the target dose, a return to the previous dose in the titration schedule is appropriate.

5.5 Tardive Dyskinesia

A syndrome of potentially irreversible, involuntary, dyskinetic movements may develop in patients treated with antipsychotic drugs. Although the prevalence of the syndrome appears to be highest among the elderly, especially elderly women, it is impossible to rely upon prevalence estimates to predict, at the inception of antipsychotic treatment, which patients are likely to develop the syndrome. Whether antipsychotic drug products differ in their potential to cause tardive dyskinesia is unknown.

The risk of developing tardive dyskinesia and the likelihood that it will become irreversible are believed to increase as the duration of treatment and the total cumulative dose of antipsychotic drugs administered to the patient increase. However, the syndrome can develop, although much less commonly, after relatively brief treatment periods at low doses.

There is no known treatment for established cases of tardive dyskinesia, although the syndrome may remit, partially or completely, if antipsychotic treatment is withdrawn. Antipsychotic treatment, itself, however, may suppress (or partially suppress) the signs and symptoms of the syndrome and thereby may possibly mask the underlying process. The effect that symptomatic suppression has upon the long-term course of the syndrome is unknown.

Given these considerations, quetiapine should be prescribed in a manner that is most likely to minimize the occurrence of tardive dyskinesia. Chronic antipsychotic treatment should generally be reserved for patients who appear to suffer from a chronic illness that (1) is known to respond to antipsychotic drugs, and (2) for whom alternative, equally effective, but potentially less harmful treatments are not available or appropriate. In patients who do require chronic treatment, the smallest dose and the shortest duration of treatment producing a satisfactory clinical response should be sought. The need for continued treatment should be reassessed periodically.

If signs and symptoms of tardive dyskinesia appear in a patient on quetiapine, drug discontinuation should be

considered. However, some patients may require treatment with quetiapine despite the presence of the syndrome.

5.6 Cataracts

The development of cataracts was observed in association with quetiapine treatment in chronic dog studies (see Animal Toxicology). Lens changes have also been observed in patients during long-term quetiapine treatment, but a causal relationship to quetiapine use has not been established. Nevertheless, the possibility of lenticular changes cannot be excluded at this time. Therefore, examination of the lens by methods adequate to detect cataract formation, such as slit lamp exam or other appropriately sensitive methods, is recommended at initiation of treatment or shortly thereafter, and at 6 month intervals during chronic treatment.

5.7 Seizures

During clinical trials with SEROQUEL XR, seizures occurred in 0.1% (1/951) of patients treated with SEROQUEL XR compared to 0.9% (3/319) on placebo. During clinical trials with SEROQUEL, seizures occurred in 0.6% (18/2792) of patients treated with SEROQUEL compared to 0.2% (1/ 607) on placebo. As with other antipsychotics quetiapine should be used cautiously in patients with a history of seizures or with conditions that potentially lower the seizure threshold, e.g., Alzheimer's dementia. Conditions that lower the seizure threshold may be more prevalent in a population of 65 years or older.

5.8 Hypothyroidism

In SEROQUEL XR clinical trials, 0.5% (4/806) of patients on SEROQUEL XR vs. 0% (0/262) on placebo experienced decreased free thyroxine and 2.7% (21/786) on SEROQUEL XR vs. 1.2% (3/256) on placebo experienced increased TSH; however, no patients experienced a combination of clinically significant decreased free thyroxine and increased TSH. No patients had reactions of hypothyroidism. Clinical trials with SEROQUEL demonstrated a dose-related decrease in total and free thyroxine (T4) of approximately 20% at the higher end of the therapeutic dose range and was maximal in the first two to four weeks of treatment and maintained without adaptation or progression during more chronic therapy. Generally, these changes were of no clinical significance and TSH was unchanged in most patients and levels of TBG were unchanged. In nearly all cases, cessation of quetiapine treatment was associated with a reversal of the effects on total and free T4, irrespective of the duration of treatment. About 0.4% (12/2791) of SEROQUEL patients did experience TSH increases in monotherapy studies. Six of these patients with TSH increases needed replacement thyroid treatment.