# EXHIBIT 32

HIGHLIGHTS OF PRESCRIBING INFORMATION
These highlights do not include all the information needed to use SEROQUEL XR safely and effectively. See full prescribing information for SEROQUEL XR.
**SEROQUEL XR** (quetiapine fumarate) Extended-Release Tablets
Initial U.S. Approval: 1997

---

**WARNING: INCREASED MORTALITY IN ELDERLY PATIENTS WITH DEMENTIA** *See full prescribing information for complete boxed warning.*
- Atypical antipsychotic drugs are associated with an increased risk of death (5.1)
- Quetiapine is not approved for elderly patients with Dementia-Related Psychoses (5.1)

**WARNING: SUICIDALITY AND ANTIDEPRESSANT DRUGS** *See full prescribing information for complete boxed warning.*
- Increased risk of suicidal thinking and behavior in children, adolescents and young adults taking antidepressants for major depressive disorder and other psychiatric disorders (5.2)
- SEROQUEL XR is not approved for the treatment of depression, however, an immediate release form of quetiapine (Seroquel) is approved for the treatment of bipolar depression. (5.2)

---

--------RECENT MAJOR CHANGES--------
WARNING: Suicidality and Antidepressant Drugs (*see Boxed Warning*) 06/2007
Warnings and Precautions, Suicidality and Antidepressant Drugs (5.2) 06/2007
Warnings and Precautions, Leukopenia, Neutropenia, and Agranulocytosis (5.5) 11/2007

--------INDICATIONS AND USAGE--------
SEROQUEL XR is an atypical antipsychotic agent indicated for:
- The acute and maintenance treatment of schizophrenia (1)

--------DOSAGE AND ADMINISTRATION--------
**Schizophrenia**: SEROQUEL XR should be administered once daily, preferably in the evening. The recommended initial dose is 300 mg. The effective dose range for SEROQUEL XR is 400 – 800 mg per day depending on the response and tolerance of the individual patient. Dose increases can be made at intervals as short as 1 day and in increments of up to 300 mg/day. Individual dosage adjustments may be necessary. SEROQUEL XR Tablets should be swallowed whole and not split, chewed or crushed. SEROQUEL XR should be taken without food or with a light meal (2).

---DOSAGE FORMS AND STRENGTHS---
Extended-Release Tablets: 200 mg, 300 mg, and 400 mg

--------CONTRAINDICATIONS--------
None

--------WARNINGS AND PRECAUTIONS--------
- **Increased Mortality in Elderly Patients with Dementia Related Psychoses**: Atypical antipsychotic drugs, including quetiapine, are associated with an increased risk of death; causes of death are variable. (5.1)
- **Suicidality and Antidepressant Drugs**: Seroquel XR is not approved for the treatment of depression, however, an immediate release form of quetiapine (Seroquel) is approved for the treatment of bipolar depression. (5.2)
- **Hyperglycemia and Diabetes Mellitus (DM)**: Ketoacidosis, hyperosmolar coma and death have been reported in patients treated with atypical antipsychotics, including quetiapine. Any patient treated with atypical antipsychotics should be monitored for symptoms of hyperglycemia including polydipsia, polyuria, polyphagia, and weakness. When starting treatment, patients with DM risk factors should undergo blood glucose testing before and during treatment. (5.3)
- **Neuroleptic Malignant Syndrome (NMS)**: Potentially fatal symptom complex has been reported with antipsychotic drugs, including quetiapine. (5.4)
- **Orthostatic hypotension**: Associated dizziness, tachycardia and syncope especially during the initial dose titration period. (5.5)
- **Leukopenia, neutropenia and agranulocytosis**: have been reported with atypical antipsychotics including SEROQUEL XR. Patients with a pre-existing low white cell count (WBC) or a history of leukopenia/neutropenia should have complete blood count (CBC) monitored frequently during the first few months of treatment and should discontinue SEROQUEL XR at the first sign of a decline in WBC in absence of other causative factors. (5.6)
- **Tardive Dyskinesia** may develop acutely or chronically. (5.7)
- **Cataracts**: Lens changes have been observed in patients during long-term quetiapine treatment. Lens examination should be done when starting treatment and at 6 months intervals during chronic treatment .(5.8)
- **Hyperlipidemia** (5.11)
- The possibility of a suicide attempt is inherent in schizophrenia, and close supervision of high risk patients should accompany drug therapy. (5.18)
- See Full Prescribing Information for additional **WARNINGS and PRECAUTIONS**.

--------ADVERSE REACTIONS--------
Most common adverse reactions (incidence ≥5% and greater than placebo) are dry mouth, constipation, dyspepsia, sedation, somnolence, dizziness, and orthostatic hypotension. (6.1) **To report SUSPECTED ADVERSE REACTIONS, contact AstraZeneca at 1-800-236-9933 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

--------DRUG INTERACTIONS--------
- **P450 3A Inhibitors**: May decrease the clearance of quetiapine. Lower doses of quetiapine may be required. (7.1)
- **Hepatic Enzyme Inducers**: May increase the clearance of quetiapine. Higher doses of quetiapine may be required with phenytoin or other inducers. (7.1)
- **Centrally Acting Drugs**: Caution should be used when quetiapine is used in combination with other CNS acting drugs. (7)
- **Antihypertensive agents**: Quetiapine may add to the hypotensive effects of these agents. (7)
- **Levodopa and dopamine agents**: Quetiapine may antagonize the effect of these drugs. (7)

--------USE IN SPECIFIC POPULATIONS--------
- **Geriatric Use**: For the initial dosing in the elderly use the immediate release formulation of SEROQUEL instead of SEROQUEL XR. Consider a lower starting dose (25 mg/day immediate release formulation), slower titration, and careful monitoring during the initial dosing period in the elderly (2.2 ,8.5).
- **Hepatic Impairment**: For the initial dosing in patients with hepatic impairment, use the immediate release formulation of SEROQUEL instead of SEROQUEL XR. Lower starting doses (25 mg/day immediate release formulation) and slower titration may be needed. (2.2, 8.7, 12.3)
- **Pregnancy and Nursing Mothers**: Quetiapine should be used only if the potential benefit justifies the potential risk. (8.1) Breast feeding is not recommended (8.3).
- **Pediatric Use**: Safety and effectiveness have not been established. (8.4)

--------SEE 17 FOR PATIENT COUNSELING INFORMATION
**Revised 11/2007**

---

FULL PRESCRIBING INFORMATION: CONTENTS*

WARNING: INCREASED MORTALITY IN ELDERLY PATIENTS WITH DEMENTIA-RELATED PSYCHOSIS; SUICIDALITY AND ANTIDEPRESSANT DRUGS
1. INDICATIONS AND USAGE
2. DOSAGE AND ADMINISTRATION
2.1 Usual Dose
2.2 Dosing in Special Populations
2.3 Maintenance Treatment
2.4 Re-initiation of Treatment in Patients Previously Discontinued
2.5 Switching patients from SEROQUEL tablets to SEROQUEL XR tablets
2.6 Switching from Antipsychotics
3. DOSAGE FORMS AND STRENGTHS
4. CONTRAINDICATIONS
5. WARNINGS AND PRECAUTIONS
5.1 Increased Mortality in Elderly Patients with Dementia-Related Psychosis
5.2 Clinical Worsening and Suicide Risk
5.3 Hyperglycemia and Diabetes Mellitus
5.4 Neuroleptic Malignant Syndrome (NMS)
5.5 Orthostatic Hypotension
5.6 Leukopenia, Neutropenia and Agranulocytosis
5.7 Tardive Dyskinesia
5.8 Cataracts
5.9 Seizures
5.10 Hypothyroidism

5.11    Cholesterol and Triglyceride Elevations
5.12    Hyperprolactinemia
5.13    Transaminase Elevations
5.14    Potential for Cognitive and Motor Impairment
5.15    Priapism
5.16    Body Temperature Regulation
5.17    Dysphagia
5.18    Suicide
5.19    Use in Patients with Concomitant Illness
5.20    Withdrawal
6.      ADVERSE REACTIONS
6.1     Clinical Studies Experience
6.2     Vital Signs and Laboratory Studies
6.3     Post Marketing Experience
7.      DRUG INTERACTIONS
7.1     The Effect of Other Drugs on Quetiapine
7.2     Effect of Quetiapine on Other Drugs
8.      USE IN SPECIFIC POPULATIONS
8.1     Pregnancy
8.2     Labor and Delivery
8.3     Nursing Mothers
8.4     Pediatric Use
8.5     Geriatric Use
8.6     Renal Impairment
8.7     Hepatic Impairment
9.      DRUG ABUSE AND DEPENDENCE
9.1     Controlled Substance
9.2     Abuse
10.     OVERDOSAGE
10.1    Human Experience
10.2    Management of Overdosage
11.     DESCRIPTION
12.     CLINICAL PHARMACOLOGY
12.1    Mechanism of Action
12.2    Pharmacodynamics
12.3    Pharmacokinetics
13.     NONCLINICAL TOXICOLOGY
13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility
13.2    Animal Toxicology and/or Pharmacology
14.     CLINICAL STUDIES
14.1    Schizophrenia
16.     HOW SUPPLIED/STORAGE AND HANDLING
17.     PATIENT COUNSELING INFORMATION

\* Sections or subsections omitted from the full prescribing information are not listed.

FULL PRESCRIBING INFORMATION

**WARNING: INCREASED MORTALITY IN ELDERLY PATIENTS WITH DEMENTIA-RELATED PSYCHOSIS**

Elderly patients with dementia-related psychosis treated with atypical antipsychotic drugs are at an increased risk of death compared to placebo. Analyses of seventeen placebo-controlled trials (modal duration of 10 weeks) in these patients revealed a risk of death in the drug-treated patients of between 1.6 to 1.7 times that seen in placebo-treated patients. Over the course of a typical 10-week controlled trial, the rate of death in drug-treated patients was about 4.5%, compared to a rate of about 2.6% in the placebo group. Although the causes of death were varied, most of the deaths appeared to be either cardiovascular (eg, heart failure, sudden death) or infectious (eg, pneumonia) in nature. SEROQUEL XR is not approved for the treatment of patients with Dementia-Related Psychosis.

**SUICIDALITY AND ANTIDEPRESSANT DRUGS**

Antidepressants increased the risk compared to placebo of suicidal thinking and behavior (suicidality) in children, adolescents, and young adults in short-term studies of major depressive disorder (MDD) and other psychiatric disorders. Anyone considering the use of SEROQUEL or any other antidepressant in a child, adolescent, or young adult must balance this risk with the clinical need. Short-term studies did not show an increase in the risk of suicidality with antidepressants compared to placebo in adults beyond age 24; there was a reduction in risk with antidepressants compared to placebo in adults aged 65 and older. Depression and certain other psychiatric disorders are themselves associated with increases in the risk of suicide. Patients of all ages who are started on antidepressant therapy should be monitored appropriately and observed closely for clinical worsening, suicidality, or unusual changes in behavior. Families and caregivers should be advised of the need for close observation and communication with the prescriber. SEROQUEL XR is not approved for use in pediatric patients. SEROQUEL XR is not approved for use in the treatment of depression, however, an immediate release form of quetiapine (Seroquel) is approved for the treatment of bipolar depression.

1   **INDICATIONS AND USAGE**

SEROQUEL XR is indicated for the acute and maintenance treatment of schizophrenia [*see Clinical Studies* (14.1)].

The efficacy of SEROQUEL XR in schizophrenia was established in part, on the basis of extrapolation from the established effectiveness of SEROQUEL. In addition, the efficacy of SEROQUEL XR was demonstrated in 1 short-term (6-week) controlled trial of schizophrenic inpatients and outpatients [see *Clinical Studies* (14.1)]. The longer-term benefit of maintaining patients on monotherapy with SEROQUEL XR after achieving a responder status for 16 weeks was demonstrated in a controlled trial [see *Clinical Studies* (14.1)].

## 2  DOSAGE AND ADMINISTRATION

### 2.1  Usual Dose

SEROQUEL XR should be administered once daily, preferably in the evening. The recommended initial dose is 300 mg/day. Patients should be titrated within a dose range of 400 – 800 mg/day depending on the response and tolerance of the individual patient [see *Clinical Studies* (14)].ABdose increases can be made at intervals as short as 1 day and in increments of up to 300 mg/day. The safety of doses above 800 mg/day has not been evaluated in clinical trials.

SEROQUEL XR tablets should be swallowed whole and not split, chewed or crushed.

It is recommended that SEROQUEL XR be taken without food or with a light meal (approximately 300 calories) [see *Clinical Pharmacology* (12.3)].

### 2.2  Dosing in Special Populations

Consideration should be given to a slower rate of dose titration and a lower target dose in the elderly and in patients who are debilitated or who have a predisposition to hypotensive reactions [see *Use in Specific Populations (8.5 and 8.7) and Clinical Pharmacology* (12)]. When indicated, dose escalation should be performed with caution in these patients.

For those patients who require less than 200 mg per dose of SEROQUEL XR during the initial titration, use the immediate release formulation.

Elderly patients should be started on SEROQUEL immediate release formulation 25 mg/day and the dose can be increased in increments of 25-50 mg/day depending on the response and tolerance of the individual patient. When an effective dose has been reached, the patient may be switched to SEROQUEL XR

4

at an equivalent total daily dose [see *Dosage and Administration* (2.5)].

Patients with hepatic impairment should be started on SEROQUEL immediate release formulation 25 mg/day. The dose can be increased daily in increments of 25-50 mg/day to an effective dose, depending on the clinical response and tolerance of the patient. When an effective dose has been reached, the patient may be switched to SEROQUEL XR at an equivalent total daily dose [see *Dosage and Administration* (2.5)].

The elimination of quetiapine was enhanced in the presence of phenytoin. Higher maintenance doses of quetiapine may be required when it is coadministered with phenytoin and other enzyme inducers such as carbamazepine and phenobarbital [see *Drug Interactions* (7.1)].

## 2.3 Maintenance Treatment

While there is no body of evidence available to specifically address how long the patient treated with SEROQUEL XR should remain on it, a longer-term study with SEROQUEL XR has shown this drug to be effective in delaying time to relapse in patients who were stabilized on SEROQUEL XR at doses of 400 to 800 mg/day for 16 weeks [see *Clinical Studies* (14.1)]. Patients should be periodically reassessed to determine the need for maintenance treatment and the appropriate dose for such treatment [See *Clinical Studies* (14.1)].

## 2.4 Re-initiation of Treatment in Patients Previously Discontinued

Although there are no data to specifically address reinitiation of treatment, it is recommended that when restarting therapy of patients who have been off SEROQUEL XR for more than one week, the initial dosing schedule should be followed. When restarting patients who have been off SEROQUEL XR for less than one week, gradual dose escalation may not be required and the maintenance dose may be reinitiated.

## 2.5 Switching Patients from SEROQUEL Tablets to SEROQUEL XR Tablets

Schizophrenic patients who are currently being treated with divided doses of SEROQUEL (immediate release formulation, eg, 2 to 3 times per day) may be switched to SEROQUEL XR at the equivalent total daily dose taken once daily. Individual dosage adjustments may be necessary.

2.6 Switching from Antipsychotics

There are no systematically collected data to specifically address switching patients with schizophrenia from other antipsychotics to SEROQUEL XR, or concerning concomitant administration with other antipsychotics. While immediate discontinuation of the previous antipsychotic treatment may be acceptable for some patients with schizophrenia, more gradual discontinuation may be most appropriate for others. In all cases, the period of overlapping antipsychotic administration should be minimized. When switching patients with schizophrenia from depot antipsychotics, if medically appropriate, initiate SEROQUEL XR therapy in place of the next scheduled injection. The need for continuing existing extrapyramidal syndrome medication should be re-evaluated periodically.

3 DOSAGE FORMS AND STRENGTHS

200 mg extended-release tablets
300 mg extended-release tablets
400 mg extended-release tablets

4 CONTRAINDICATIONS

None

5 WARNINGS AND PRECAUTIONS

5.1 Increased Mortality in Elderly Patients with Dementia-Related Psychosis

**Elderly patients with dementia-related psychosis treated with atypical antipsychotic drugs are at an increased risk of death compared to placebo. SEROQUEL XR (quetiapine fumarate) is not approved for the treatment of patients with dementia-related psychosis (see Boxed Warning).**

5.2 Clinical Worsening and Suicide Risk

Patients with major depressive disorder (MDD), both adult and pediatric, may experience worsening of their depression and/or the emergence of suicidal ideation and behavior (suicidality) or unusual changes in behavior, whether or not they are taking antidepressant medications, and this risk may persist until significant remission occurs. Suicide is a known risk of depression and certain other psychiatric disorders, and these disorders themselves are the strongest predictors of suicide. There has been a long-standing concern, however, that antidepressants may have a role in inducing worsening of depression and the emergence of suicidality in certain patients during the early phases of treatment. Pooled analyses of short-term placebo-controlled trials of antidepressant drugs (SSRIs and others) showed that these drugs increase the risk of

suicidal thinking and behavior (suicidality) in children, adolescents, and young adults (ages 18-24) with major depressive disorder (MDD) and other psychiatric disorders. Short-term studies did not show an increase in the risk of suicidality with antidepressants compared to placebo in adults beyond age 24; there was a reduction with antidepressants compared to placebo in adults aged 65 and older.

The pooled analyses of placebo-controlled trials in children and adolescents with MDD, obsessive compulsive disorder (OCD), or other psychiatric disorders included a total of 24 short-term trials of 9 antidepressant drugs in over 4400 patients. The pooled analyses of placebo-controlled trials in adults with MDD or other psychiatric disorders included a total of 295 short-term trials (median duration of 2 months) of 11 antidepressant drugs in over 77,000 patients. There was considerable variation in risk of suicidality among drugs, but a tendency toward an increase in the younger patients for almost all drugs studied. There were differences in absolute risk of suicidality across the different indications, with the highest incidence in MDD. The risk differences (drug vs placebo), however, were relatively stable within age strata and across indications. These risk differences (drug-placebo difference in the number of cases of suicidality per 1000 patients treated) are provided in Table 1.

**Table 1**

| Age Range | Drug-Placebo Difference in Number of Cases of Suicidality per 1000 Patients Treated |
|---|---|
| | **Increases Compared to Placebo** |
| <18 | 14 additional cases |
| 18-24 | 5 additional cases |
| | **Decreases Compared to Placebo** |
| 25-64 | 1 fewer case |
| ≥65 | 6 fewer cases |

No suicides occurred in any of the pediatric trials. There were suicides in the adult trials, but the number was not sufficient to reach any conclusion about drug effect on suicide.

It is unknown whether the suicidality risk extends to longer-term use, i.e., beyond several months. However, there is substantial evidence from placebo-controlled maintenance trials in adults with depression that the use of antidepressants can delay the recurrence of depression.

7

**All patients being treated with antidepressants for any indication should be monitored appropriately and observed closely for clinical worsening, suicidality, and unusual changes in behavior, especially during the initial few months of a course of drug therapy, or at times of dose changes, either increases or decreases.**

The following symptoms, anxiety, agitation, panic attacks, insomnia, irritability, hostility, aggressiveness, impulsivity, akathisia (psychomotor restlessness), hypomania, and mania, have been reported in adult and pediatric patients being treated with antidepressants for major depressive disorder as well as for other indications, both psychiatric and nonpsychiatric. Although a causal link between the emergence of such symptoms and either the worsening of depression and/or the emergence of suicidal impulses has not been established, there is concern that such symptoms may represent precursors to emerging suicidality.

Consideration should be given to changing the therapeutic regimen, including possibly discontinuing the medication, in patients whose depression is persistently worse, or who are experiencing emergent suicidality or symptoms that might be precursors to worsening depression or suicidality, especially if these symptoms are severe, abrupt in onset, or were not part of the patient's presenting symptoms.

**Families and caregivers of patients being treated with antidepressants for major depressive disorder or other indications, both psychiatric and nonpsychiatric, should be alerted about the need to monitor patients for the emergence of agitation, irritability, unusual changes in behavior, and the other symptoms described above, as well as the emergence of suicidality, and to report such symptoms immediately to health care providers. Such monitoring should include daily observation by families and caregivers.** Prescriptions for SEROQUEL should be written for the smallest quantity of tablets consistent with good patient management, in order to reduce the risk of overdose.

**Screening Patients for Bipolar Disorder:** A major depressive episode may be the initial presentation of bipolar disorder. It is generally believed (though not established in controlled trials) that treating such an episode with an antidepressant alone may increase the likelihood of precipitation of a mixed/manic episode in patients at risk for bipolar disorder. Whether any of the symptoms described above represent such a conversion is unknown. However, prior to initiating treatment with an antidepressant, patients

8

with depressive symptoms should be adequately screened to determine if they are at risk for bipolar disorder; such screening should include a detailed psychiatric history, including a family history of suicide, bipolar disorder, and depression. It should be noted that SEROQUEL XR is not approved for use in treating depression, however, an immediate release form of quetiapine (Seroquel) is approved for the treatment of bipolar depression.

5.3  Hyperglycemia and Diabetes Mellitus

Hyperglycemia, in some cases extreme and associated with ketoacidosis or hyperosmolar coma or death, has been reported in patients treated with atypical antipsychotics, including quetiapine. Assessment of the relationship between atypical antipsychotic use and glucose abnormalities is complicated by the possibility of an increased background risk of diabetes mellitus in patients with schizophrenia and the increasing incidence of diabetes mellitus in the general population. Given these confounders, the relationship between atypical antipsychotic use and hyperglycemia-related adverse reactions is not completely understood. However, epidemiological studies suggest an increased risk of treatment-emergent hyperglycemia-related adverse reactions in patients treated with the atypical antipsychotics. Precise risk estimates for hyperglycemia-related adverse reactions in patients treated with atypical antipsychotics are not available.

Patients with an established diagnosis of diabetes mellitus who are started on atypical antipsychotics should be monitored regularly for worsening of glucose control. Patients with risk factors for diabetes mellitus (eg, obesity, family history of diabetes) who are starting treatment with atypical antipsychotics should undergo fasting blood glucose testing at the beginning of treatment and periodically during treatment. Any patient treated with atypical antipsychotics should be monitored for symptoms of hyperglycemia including polydipsia, polyuria, polyphagia, and weakness. Patients who develop symptoms of hyperglycemia during treatment with atypical antipsychotics should undergo fasting blood glucose testing. In some cases, hyperglycemia has resolved when the atypical antipsychotic was discontinued; however, some patients required continuation of anti-diabetic treatment despite discontinuation of the suspect drug.

5.4  Neuroleptic Malignant Syndrome (NMS)

A potentially fatal symptom complex sometimes referred to as Neuroleptic Malignant Syndrome (NMS) has been reported in association with administration of antipsychotic drugs,

9