difference in means was five fold greater for Seroquel versus placebo [1.26 (9.5) in 2265 Seroquel subjects versus 0.37 (10.83) in 640 placebo subjects]. Not unexpectedly, given these differences in glucose and insulin resistance, the relative risk for diabetes was 2.02 (p=0.49, 95% CI 0.31-12.04).

Since most of the participants in the randomized clinical trials were treated for a short period of time, the actual person-time contributed is small. Once Seroquel was approved by the FDA and administered to large numbers of patients, there was early evidence of an increased risk of diabetes with Seroquel treatment. In 2003, Koller et al published a report using data derived from the FDA Medwatch, a surveillance program for spontaneously reported adverse events. During the period 1/1/97 through 8/15/02, they showed that Seroquel use unmasked or precipitated diabetes onset, and that the onset was rapid and severe. Subsequent observational studies (cohort and case-control) confirmed the excess risk of diabetes with Seroquel. For example, Guo et al, using an integrated, seven-state, Medicaid-managed, care claims database from 1/1/98 through 12/31/02, reported the relative risk of diabetes was 2.5 (95% CI 1.4-4.3) in Seroquel users compared to users of conventional antipsychotics.

C.1.3. The Effect of Seroquel on Triglycerides and Cholesterol

Seroquel has consistent and detrimental effects on triglyceride values which is congruent with its effects on weight and glucose / insulin abnormalities. As stated in the Integrated Safety Report, clinically significant increased triglycerides were defined as a doubling of triglycerides above the upper limit of normal. In aggregate in the Phase II and III placebo-controlled studies summarized in the Integrated Safety Report, the relative risk for increased triglycerides above the normal range at the end of the treatment was 2.7 (22.3% of Seroquel users versus 8.2% of placebo users). The percentage of participants who had a clinically significantly high triglyceride value at any time during these studies was even greater in Seroquel versus placebo users (26.3% versus 8.2%). Cholesterol values showed a similar pattern.

D.  Metabolic Derangements associated with Seroquel outweigh Benefits of Treatment

Given the totality of evidence regarding the increased metabolic risk with Seroquel treatment, the relative benefit of Seroquel compared to other antipsychotic agents is debatable. In fact, in 1997, Dr. L. Arvanitis questioned the competitive advantage of Seroquel. In her review of the data regarding weight gain, she stated "I was really struck by how consistent the data was across pools...across parameters / measures...across cohorts." In her summary, she stated that the weight gain was rapid but continued to increase with continued treatment and that the weight gain was 45% at 52 weeks of treatment. She concluded that she did not see a "competitive opportunity" no matter how weak. Subsequent studies confirmed Dr. Arvantis' concern that Seroquel's benefit / risk profile is not superior to other drugs in the class. In aggregate, the drop out rate in the Phase II and III studies was consistently highest for Seroquel compared to haloperidol or chlorpromazine. The largest and most

carefully done study to address the overall effectiveness across drugs in this class was conducted by the National Institutes of Health, specifically, the National Institute of Mental Health. The Clinical Antipsychotic Trials of Intervention Effectiveness (CATIE) study randomized 1493 patients with schizophrenia at 57 U.S. sites to receive olanzapine (7.5 to 30 mg per day), perphenazine (8 to 32 mg per day), quetiapine (200 to 800 mg per day), or risperidone (1.5 to 6.0 mg per day) for up to 18 months; ziprasidone (40 to 160 mg per day) was included after its FDA approval. The primary outcome measured used to define effectiveness was withdrawal from the study for any reason. That study found that the time to the discontinuation of treatment for any cause (i.e., the primary outcome measure) was longer in the olanzapine treated subjects than in the Seroquel treated subjects (hazard ratio, 0.63; $P<0.001$). Additionally, the time to the discontinuation of treatment for lack of efficacy was longer, and the total duration of successful treatment longer, in the olanzapine treated subjects than in the quetiapine treated subjects (hazard ratio, 0.41; $P<0.001$ and 0.53; $P<0.001$, respectively). Finally, another indicator of poorer efficacy is the proportion of patients who take the maximal dose of a drug: a higher proportion of patients assigned to quetiapine received the maximal dose allowed in the study.

E.     Astra Zeneca Failed to Warn Future Patients and Physicians about the Metabolic Risk associated with Seroquel

Despite the consistent clinically and statistically significant increases in weight and other metabolic parameters noted in all Phase II and III studies presented in the Integrated Safety Report, none of the weight or metabolic factors were listed in the summary of the risks and benefits provided at the conclusion of that report. Publications of the Phase II and III studies never mentioned increased weight or other metabolic abnormalities in the abstract of the publication (i.e., the summary of a scientific publication that is publicly available through various search engines such as PubMed). Within publications, the weight data were listed at the end of results sections, and in the discussion section, dismissed as expected complication of treatment.

F.     Astra Zeneca Promoted Seroquel as Metabolically Neutral

Early publications of Seroquel Phase II and III randomized clinical studies promoted Seroquel as metabolically safe despite the large, consistent, and statistically significant findings of weight gain, reduced T4, and hypertriglyceridemia in the clinical trials included in the NDA application in 1996. Even as late as 5/22/99, Astra Zeneca produced a news release from the APA meeting in Washington stating Seroquel "reduces weight gain" and that the "potential to gain weight and develop diabetes.......can be minimized with Seroquel." This data --- for which a news release was created --- were based on retrospective chart review of a case series of 60 patients. This design is the weakest of all designs in epidemiologic research, and the results from this study were in sharp contrast to the totality of evidence from the gold

standard of research designs, namely, the placebo-controlled randomized clinical trials that comprised much of the data submitted with the NDA.

In 2000, publications supported by the company by Breecher et al; describe Seroquel as having a 'favorable weight profile", consistent with the "recommended vocabulary". In 2003, Seroquel's management team created "key messages" to be used in publication. And again, Seroquel's "favorable weight profile" was a key message of Astra Zeneca. In February, 2005, a document created by Astra Zeneca entitled "Seroquel Vocabulary and Descriptors Summary Document" was finalized. Its purpose was to communicate accepted vocabulary to be used in all publications from Seroquel as well as language to be avoided or not used. With respect to weight, the "recommended" vocabulary to be used in publications was "favorable weight profile" and "minimal weight gain". For diabetes, recommended statements generally highlighted either the increased risk of diabetes in schizophrenic patients or the weaknesses of epidemiological studies and confounding as likely reasons of excess diabetes risk associated with Seroquel treatment. In 2006, the Division of Drug Marketing, Advertising, and Communications of the U.S. Food and Drug Administration ordered Astra Zeneca to "cease the dissemination of violative promotional materials for Seroquel" because of false or misleading statements that minimized the risk of hyperglycemia and diabetes mellitus.

In aggregate, this brief and non-exhaustive list of examples point to a concerted effort to promote Seroquel as safe and metabolically neutral in the context of compelling placebo and active comparator controlled clinical trials indicating the drug was associated with substantial metabolic risk.

G. **Astra Zeneca withheld Support for Studies Regarding Seroquel's Metabolic Risk**

Astra Zeneca consistently withheld support for studies which could demonstrate Seroquel's lack of safety relative to other antipsychotic agents. As evidenced by an email from Dr. Goldstein, July 18, 2002, an investigator requesting 3 grams of Seroquel to study diabetogenic and hyperlipidemia side effects of Seroquel and other atypical antipsychotics was denied by Astra Zeneca. Dr. Goldstein stated "This would be an interesting study but carries substantial risks that we do not differentiate from olanzapine or clozapine. This would be damaging…….I would not want to enter into a study that could provide any data that could influence regulatory authorities against us." Additional internal communications from Dr. Goldstein reinforce the stance of Astra Zeneca with regard to initiating studies. For example, Dr. Goldstein states in another email "they don't want to introduce studies that could potentially damage Seroquel's comparison against other atypical's."

In 2005, Astra Zeneca promoted a policy that gave "green" or "red lights" to make funding decisions for research proposals brought forward from independent investigators. A "red light" was given for glucose and/or metabolism investigator sponsored studies. Specifically, Astra Zeneca's stated policy for glucose or metabolism studies was "don't bother for red". In light of the totality of data within

their own studies indicating the metabolic derangements associated with Seroquel treatment, and subsequent observational epidemiological studies indicating the diabetes risk associated with treatment, this was an unreasonable approach with respect of patient safety.

As medical literature is consistently being published and new evidence from other sources is emerging in reference to this subject I reserve the right to supplement this

I have participated in two trials involving Vioxx.

Donna K. Arnett, Ph.D.