# EXHIBIT 36

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MDL DOCKET NUMBER: 1769

IN RE: SEROQUEL PRODUCTS LIABILITY
LITIGATION

DEPOSITION OF:

DONNA K. ARNETT, M.S.P.H

VOLUME I

**** HIGLY CONFIDENTIAL ****

S T I P U L A T I O N S

IT IS STIPULATED AND AGREED, by and between the parties through their respective counsel, that the deposition of:

DONNA ARNETT, M.S.P.H.

may be taken before Lisa Bailey, Notary Public, State at Large, at University of Alabama at Birmingham, 1655 University Boulevard, Birmingham, Alabama, on October 6, 2008 commencing at approximately 1:05 p.m.

### Page 78

1  of mind of AstraZeneca employees?
2  A. "State of mind" means --
3  Q. What they knew and when they knew it.
4  A. State of mind, what they knew and when
5  they knew it? With respect to weight gain, yes, I
6  will.
7  Q. So you intend to testify about what you
8  think AstraZeneca employees knew about the risk of
9  weight gain from Seroquel, right?
10  A. Yes.
11  Q. Any other state of mind opinions that
12  you intend to give?
13  A. I'm sure state of mind opinions mean
14  something specific legally. So --
15  Q. Do you intend to testify at trial --
16  MR. BLIZZARD: Wait. She hadn't
17  finished her question: (sic) for clarification.
18  A. So if you could clarify what "state of
19  mind" means, it's a legal --
20  Q. Dr. Arnett, do you intend to testify
21  about what you think AstraZeneca knew about the
22  risk of diabetes from Seroquel over time?
23  A. Yes.
24  Q. Based on what?
25  A. Dr. Geller's assessment in 2000 in a

### Page 79

1  position paper he wrote.
2  Q. Anything else that you're going to use
3  to rely on to testify about that AstraZeneca knew
4  over time concerning the risk of diabetes from
5  Seroquel?
6  A. At this moment, no. But that may change
7  as I review more documents.
8  Q. Are you going to express an opinion that
9  AstraZeneca withheld information or misled the FDA?
10  A. Yes.
11  Q. What information are you going to say
12  AstraZeneca withheld from the FDA?
13  A. Well, for one instance, they omitted
14  weight from one of their tables that was in their
15  integrated safety report. That's just one
16  example.
17  They withheld the distributions of the
18  various variables like weight glucose, insulin,
19  Hba1C. The distributions were not included and, in
20  fact, Hba1C I couldn't find in the NDA, but it was
21  collected. So that's the list I can think of right
22  now superficially.
23  Q. Ma'am, it's my opportunity now to figure
24  out what exactly you plan to tell the jury. Okay?
25  Are you with me?

### Page 80

1  A. Uh-huh.
2  Q. Other than what you've just identified,
3  do you intend to tell the jury that you think
4  AstraZeneca withheld other information from the
5  FDA?
6  A. Beyond what I just described?
7  Q. Yes.
8  A. At this point in time, no. But if I
9  continue to review more evidence, there may be
10  additional instances that arise.
11  Q. Are you going to testify that Seroquel
12  is an unsafe or bad drug?
13  A. Can you define "bad"?
14  Q. Are you going to testify that Seroquel
15  is an unsafe drug?
16  A. Yes.
17  Q. For all patients?
18  A. No.
19  Q. Can you identify a single piece of
20  literature that says that Seroquel is an unsafe
21  drug?
22  A. I can find literature that indicates
23  that it is associated with increased risk of many
24  of the metabolic parameters associated with
25  diabetes and diabetes. So in that terminology, it

### Page 81

1  is unsafe.
2  Q. So your opinion is because Seroquel is
3  associated with an increased risk of metabolic
4  parameters, it's therefore unsafe?
5  A. Yes.
6  Q. Can you cite a single piece of
7  literature that says that?
8  A. Yes.
9  Q. What? Name one piece of literature that
10  says Seroquel is an unsafe drug because of the
11  effects on the metabolic parameters.
12  A. The Koller study, Geller himself.
13  Q. Koller 2004?
14  A. Yes.
15  Q. Go ahead.
16  A. Geller's own document.
17  Q. And there you're talking about the
18  position paper?
19  A. Uh-huh.
20  Q. In 2000, right?
21  A. Uh-huh.
22  Q. Yes?
23  A. Yes.
24  Q. What else?
25  A. The ADA consensus statement.

### Page 114

1  A. No. Can I go back to the last
2  question?
3  Q. Yes.
4  A. It's two pounds until about the age of
5  55, and then the weight gain plateaus afterwards.
6  Q. Are you aware of -- thank you for that.
7  Are you aware of any data that predicts
8  how much weight people typically gain over time if
9  they have a family history of obesity?
10  A. No, I'm not aware. I'm sure those
11  studies have been done. But I'm -- I haven't
12  reviewed them recently.
13  Q. Do you know how much weight people
14  typically gain if they have a history of weight
15  fluctuations over time?
16  A. I don't know.
17  Q. Do you know any data that predicts how
18  much weight people typically gain if they've
19  recently gained or lost a lot of weight at
20  baseline?
21  A. What do you mean by "recent"?
22  Q. If a patient gains a whole bunch of
23  weight in the year 2008, do you know any data that
24  predicts how much weight that patient is going to
25  gain in 2009 or thereafter?

### Page 115

1  A. No. I know that it's harder to lose
2  after you gain. But I don't know -- I don't know.
3  Q. Is it common knowledge in the medical
4  community that weight gain is a risk factor for
5  diabetes?
6  A. Yes.
7  Q. Has it been common knowledge in the
8  medical community for decades that weight gain is a
9  risk factor for diabetes?
10  A. I can't speak to decades. I don't know
11  if you mean 40 years, 50 years, 10 years, 20 years.
12  Q. Dr. Arnett, do you agree that for many
13  years -- let's say a decade or more -- it's been
14  common knowledge in the medical community that
15  weight gain is a risk factor for diabetes?
16  MR. BLIZZARD: Object to the form.
17  A. Yes.
18  Q. Do many drugs cause weight gain?
19  A. Some do.
20  Q. Can you name some?
21  A. Seroquel, some other antidepressant
22  drugs, corticosteroids.
23  Q. Do you know any other antipsychotics
24  that cause weight gain besides Seroquel?
25  A. I've read in the -- for instance, the

### Page 116

1  CATIE study that other comparator drugs to Seroquel
2  also caused weight gain.
3  Q. You mentioned antidepressants as a
4  prescription medication that can cause weight
5  gain. Does that increase the risk of diabetes or
6  cause diabetes?
7  A. I haven't evaluated that literature.
8  Q. Do you know whether antidepressants,
9  because they cause weight gain, also cause
10  diabetes?
11  A. I haven't evaluated the literature.
12  Q. Does any drug that causes weight gain
13  increase the risk of diabetes?
14  A. I'm sure -- you know, as an
15  epidemiologist, I'm sure there's an exception to
16  that rule. I'm sure there is an exception. So
17  I'll say generally, I would say yes.
18  Q. Generally, any medication that causes
19  weight gain, in your opinion, increases the risk of
20  diabetes?
21  A. Because of the graded scale of
22  increasing weight and increasing risk.
23  Q. And this increasing scale that you're
24  referring to is what you've seen in Cahn and
25  Colditz?

### Page 117

1  A. Yes.
2  Q. Insulin, does that cause weight gain?
3  A. As a drug --
4  Q. Yes.
5  A. -- or as the natural insulin secretion?
6  Q. Does the use of insulin cause weight
7  gain, as a drug?
8  A. In Type I diabetics, yes.
9  Q. Does it, therefore, exacerbate diabetes?
10  A. Well, that's a typology. They already
11  are a diabetic.
12  Q. So is it your view that if you already
13  are diabetic and you gain weight, that your
14  diabetes is not exacerbated?
15  A. Could you restate that?
16  Q. No. I'll move on. Antihistamines, do
17  they cause weight gain?
18  A. I don't know.
19  Q. Does Seroquel cause weight gain,
20  Dr. Arnett, or does it change patients' appetites?
21  A. According to the reports and the
22  literature that I reviewed, it does both.
23  Q. If I take a pill of Seroquel, will I
24  gain weight?
25  A. Any weight or clinically significant

**Page 182**

1  data for major depressive disorder clinical trials
2  for Seroquel?
3      A.  As I recall, those came later in the
4  program. So I'm making a guess that I did not
5  because they occurred later. But I can't say that
6  with certainty.
7      Q.  You didn't review any of the clinical
8  trial data for the general anxiety disorder trials
9  which also occurred after the NDA was filed?
10     A.  I can't state with certainty that I did
11  or did not.
12         MR. GOLDMAN: Let's just take a break
13  right now and talk about whether I have a
14  section here that I could finish. Is there a
15  reason you have to stop now, Ed?
16         MR. BLIZZARD: Yes. The reason is I
17  want to.
18         MR. GOLDMAN: Okay. Then we will stop
19  now and resume tomorrow.
20         (Deposition suspended, 5:30 p.m.)

**Page 183**

1          SIGNATURE OF WITNESS
2      I, _____, do hereby
3  certify that on this _____ day of
4  _____ 2008, I have read the foregoing
5  transcript and to the best of my knowledge it
6  constitutes a true and accurate transcript of my
7  testimony taken by oral deposition on October 6,
8  2008.
9
10
11  _____
12  DONNA ARNETT
13
    Volume I
14
15  Subscribed and sworn to
16  me this _____ day of _____,
17  2008.
18
19
20
21  _____
    NOTARY PUBLIC
22

**Page 184**

           ERRATA SHEET

PAGE   LINE   CORRECTION       REASON

**Page 185**

            CERTIFICATE

STATE OF ALABAMA  )
JEFFERSON COUNTY  )

    I hereby certify that the above and
foregoing deposition was taken down by me in
stenotype, and the questions and answers thereto
were reduced to computer print under my
supervision, and that the foregoing represents a
true and correct transcript of the deposition
given by said witness upon said hearing.
    I further certify that I am neither of
counsel nor of kin to the parties to the action,
nor am I in anywise interested in the result of
said cause.


                _____
                  Lisa Bailey, CCR # 289

47 (Pages 182 to 185)

1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

MDL DOCKET NUMBER: 1769

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION

DEPOSITION OF:

DONNA K. ARNETT, M.S.P.H

VOLUME II

**** HIGHLY CONFIDENTIAL ****

S T I P U L A T I O N S

IT IS STIPULATED AND AGREED, by and between the parties through their respective counsel, that the deposition of:

DONNA ARNETT, M.S.P.H.

may be taken before Lisa Bailey, Notary Public, State at Large, at University of Alabama at Birmingham, 1655 University Boulevard, Birmingham, Alabama, on October 7, 2008 commencing at approximately 8:30 a.m.

Page 202

1  judge.
2      MR. BLIZZARD: Go ahead. Go ahead. Go
3  ahead. Call the judge.
4      MR. GOLDMAN: Please object on form,
5  just like you've been insisting on us. So
6  please object to the form.
7      MR. BLIZZARD: I'm trying to get
8  clarification from you so we don't have to --
9  you asked the question twice. She gave you
10 the full answer the first time, and then --
11 and you're trying to rush her. You're trying
12 to tell her to answer yes or no.
13     MR. GOLDMAN: I'm not rushing her.
14     MR. BLIZZARD: You're restating in your
15 answer her answer in the wrong way.
16 BY MR. GOLDMAN:
17  Q.  Doctor, you've identified this
18 Atherosclerosis Community Study as one study that
19 you say shows this relationship between change in
20 glucose and incident Type II diabetes, right?
21  A.  Right.
22  Q.  What other studies are you aware of?
23  A.  There are a multitude of them. I'm not
24 going to list them here now.
25  Q.  It's your opinion that Seroquel causes

Page 203

1  diabetes?
2   A.  Yes.
3   Q.  Do you know of any major medical
4  association that agrees with you?
5   A.  Can you define a major medical
6  association?
7   Q.  The American Diabetes Association.
8   A.  I haven't asked the American Diabetes
9  Association, so I can't answer that question.
10  Q.  Do you know whether the American
11 Diabetes Association has ever taken the position in
12 any literature that Seroquel causes diabetes or any
13 other antipsychotic causes diabetes?
14  A.  I haven't seen any updates since 2004
15 relative to that question from the American
16 Diabetes Association. So in the past four years,
17 there's been no update from them.
18  Q.  As of 2004, did the American Diabetes
19 Association say that Seroquel causes diabetes?
20  A.  They indicated that these agents, in
21 general, atypicals increases the risk of diabetes.
22  Q.  My question was, did the American
23 Diabetes Association in 2004 say that Seroquel
24 causes diabetes?
25      MR. BLIZZARD: Object to the form.

Page 204

1   A.  At that point, there were few studies
2  that had evaluated Seroquel. So the answer was
3  that it was not established at that point in 2004.
4  That doesn't mean that they didn't suggest that
5  there was an effect from these agents on diabetes.
6   Q.  Doctor, as of 2004, there was no
7  statement by the American Diabetes Association that
8  Seroquel caused diabetes, true?
9      MR. BLIZZARD: Object to the form.
10  A.  I don't recall what they specifically
11 said about Seroquel. I'm recalling the general
12 tone of their publication.
13  Q.  Do you know whether the FDA has ever
14 said that Seroquel causes diabetes?
15  A.  Well, the FDA has asked -- has issued --
16 in 2000, the FDA requested additional information
17 from AstraZeneca with respect to glucose and
18 diabetes and the clinical trial portfolio.
19 Additional information was requested in 2006 or
20 2007 by the FDA. I haven't seen the FDA's language
21 with respect to Seroquel. I've seen the
22 AstraZeneca label change with respect to the
23 Seroquel.
24  Q.  Have you seen any documents in your role
25 as an expert witness here, Doctor, that indicate

Page 205

1  the FDA has concluded that Seroquel causes
2  diabetes?
3      MR. BLIZZARD: Object to the form.
4   A.  I haven't extensively reviewed the FDA
5  documents, as I stated yesterday.
6   Q.  Have you --
7   A.  So they may have said it and I haven't
8  reviewed it.
9   Q.  As you sit here today, can you identify
10 any medical association that has said Seroquel
11 causes diabetes?
12  A.  I haven't extensively evaluated all
13 medical associations.
14  Q.  Can you identify any for me that have
15 said that Seroquel causes diabetes?
16  A.  I can't identify they have or they
17 haven't.
18  Q.  What specific clinical trials do you
19 claim prove that Seroquel causes diabetes?
20     MR. BLIZZARD: Object to the form.
21  A.  It's the totality of the clinical trials
22 included in the NDA as well as the evidence
23 provided in 2000 with respect to glucose, insulin,
24 HOMA and HbA1c, as well as the totality of evidence
25 with respect to other metabolic abnormalities

7 (Pages 202 to 205)

218

1  patients had diabetes?
2      A.  I'd have to know why randomization would
3  have failed so miserably in your instance, if
4  that's true. Because none of your other
5  randomizations failed so miserably.
6      Q.  Why do you think that the patients were
7  randomized based on their diabetes status in
8  Studies 126 and 127?
9      A.  I don't know that they were.
10     Q.  So, then, randomization could have
11 failed?
12         MR. BLIZZARD: Exclusion criteria.
13         MR. GOLDMAN: Stop coaching, please.
14     A.  As I indicated before, it would -- if I
15 were designing this study, I would have eliminated
16 people with diabetes at baseline. Presumably, you
17 had baseline blood glucose values drawn in order to
18 arrive at delta values of glucose.
19     Q.  Yesterday we talked about the importance
20 of incidence density. Do you remember that?
21     A.  Uh-uh.
22     Q.  Yes?
23     A.  Well, we contrasted different
24 epidemiologic measures, and incidence density is
25 one such measure.

219

1      Q.  In Studies 126 and 127, were patients
2  exposed to Seroquel longer than they were exposed
3  to placebo?
4      A.  Yes.
5      Q.  How much longer?
6      A.  About 60 days.
7      Q.  Do you know about what percentage that
8  represents?
9      A.  I don't know what -- I don't understand
10 your question.
11     Q.  How much, as a percentage of time
12 exposed to Seroquel, were patients exposed compared
13 to the placebo group?
14     A.  I can't answer that question because I
15 don't know the dropout rates. I don't know the
16 total amount of time.
17     Q.  Do you know whether your numbers here,
18 2.9 percent and .5 percent, that are reflected in
19 Table 6 of the clinical overview, adjust for the
20 difference in exposure in Study 126 and 127 --
21         MR. BLIZZARD: Object to the form.
22     Q.  -- between the patients on Seroquel and
23 the ones on placebo?
24     A.  These represent the incidence numbers,
25 percentages, the risk.

220

1      Q.  Does that mean that -- Doctor, does
2  Table 6 and the numbers that you relied on here
3  take into account exposure duration in Study 126
4  and 127?
5          MR. BLIZZARD: Object to the form.
6      A.  They represent the relative risk
7  estimate or the number of risk which we can derive
8  at the relative risk --
9      Q.  Let me ask one more time.
10     A.  -- which is a different measure of a
11 different causal parameter than the incidence
12 density ratio.
13     Q.  Am I right that you did not calculate an
14 incidence density ratio when you were analyzing
15 Study 126 and 127?
16     A.  It wasn't provided to me as a rate. So,
17 therefore, I could not calculate it.
18     Q.  Did you see any references in the
19 documents to adjustments for incidence density in
20 Studies 126 and 127?
21     A.  No, I did not.
22     Q.  Do you see that you refer in your
23 document to an elevation above 250 milligrams per
24 deciliter?
25     A.  Yes.

221

1      Q.  And Table 6 doesn't refer to that,
2  right?
3      A.  Correct.
4      Q.  But do you see that the percentages you
5  used in your page 9 -- 12.2 percent for Seroquel,
6  8.1 percent for placebo -- match up with the
7  percentages for glucose elevations greater than or
8  equal to 126 in Table 6?
9      A.  Yes, I see that they match those
10 numbers. But as I said, I don't remember this
11 document.
12     Q.  Is it your --
13     A.  So I'm not certain that these did not
14 come from another document.
15     Q.  Are you saying that your number here
16 greater than or equal to 250 milligrams per
17 deciliter is accurate, or should it be greater than
18 or equal to 126?
19     A.  I'm not in the habit of making up
20 numbers. So that number 250 and the other numbers
21 were derived from some source.
22     Q.  But you can't tell me what?
23     A.  Not sitting here.
24     Q.  I'm handing you what I've marked as
25 Exhibit 23.

11 (Pages 218 to 221)


**238**

1  AstraZeneca failed to warn doctors and patients
2  about the risk of weight gain and other metabolic
3  effects, right?
4      A.  Yes.
5      Q.  And your opinion on that is based on
6  your analysis of Section E on page 12 of your
7  report, right?
8          MR. BLIZZARD:  Object to the form.
9      Q.  And your --
10     A.  Yes.
11     Q.  And your criticisms here -- withdrawn.
12         Your failure to warn opinion is based
13 first on the statement here that none of the weight
14 or metabolic factors were listed in the summary of
15 risks and benefits provided at the conclusion of
16 the integrated summary of safety, right?
17         MR. BLIZZARD:  Object to the form.
18     Q.  Is that right?
19     A.  That's one of the -- one of my key
20 points in this paragraph.
21     Q.  Is it your testimony to a reasonable
22 degree of scientific certainty that none of the
23 weight or metabolic factors listed in the summary
24 of risks and benefits in the integrated summary of
25 safety were included?

**239**

1          MR. BLIZZARD:  Object to the form.
2      A.  Specifically I mentioned the conclusion
3  paragraph.  And I will say that with certainty.
4      Q.  So your opinion is that because there
5  was no mention of weight or metabolic factors in
6  the conclusion of the integrated summary of safety
7  report for the NDA studies, that that amounts to a
8  failure to warn patients and physicians about
9  metabolic risks?
10         MR. BLIZZARD:  Object to the form.
11     Q.  Is that your opinion?
12     A   My opinion is that in this key document
13 to the FDA at the conclusion of a safety report
14 that integrated all of the Phase I, Phase II and
15 Phase III studies, none of the weight or metabolic
16 factors were listed in that conclusion, indicating
17 that AstraZeneca did not consider weight or
18 metabolic factors important enough to include in
19 the conclusion.
20     Q.  Doctor, my question is a little bit
21 different.  Is it your opinion that because
22 AstraZeneca did not include weight or metabolic
23 factors in the conclusion of the integrated summary
24 of safety; therefore, they failed to warn doctors
25 and patients about the metabolic risks associated

**240**

1  with Seroquel?
2      A.  Yes
3      Q.  Do doctors and patients read the
4  integrated summary of safety?
5      A.  Doctors and patients rely on the FDA to
6  issue --
7      Q.  Doctor, I'm --
8      A.  -- materials that are based on that
9  report.  So indirectly, yes.
10     Q.  Is it your testimony that doctors and
11 physicians indirectly read the integrated summary
12 of safety?
13         MR. BLIZZARD:  Object to the form.
14 That's not what she said.
15     A.  That's not what I said.  What I said
16 was, these summaries are read by the FDA.  The FDA
17 then helps to draft documents that guide physicians
18 and patients.
19     Q.  Does the FDA also read more than just
20 the conclusion that is contained at the end of the
21 integrated summary of safety?
22         MR. BLIZZARD:  Object to the form.
23     A.  I can't say what the FDA does.  But I
24 can tell you that when I write a conclusion, it
25 includes the most important findings from a study

**241**

1  that I conduct.
2      Q.  The second reason you say AstraZeneca
3  failed to warn doctors and patients is here:
4  "Publications of the Phase II and III studies never
5  mention weight and other metabolic factors in the
6  abstract of the publication."
7          MR. BLIZZARD:  Object to the form.
8      Q.  Do you see that?
9      A.  I see that.
10     Q.  Do patients read the abstracts of
11 publications?
12     A.  I don't know if patients do, but I know
13 physicians do.
14     Q.  Do physicians also read the entire
15 article and not just the abstract when they read an
16 article?
17     A.  Typically not.  Typically they read the
18 abstract.  And that's what's present on PubMed
19 that's really available to anyone.
20     Q.  Your failure to warn opinion here in
21 Section E -- withdrawn.
22         Have you read any of the FDA medical
23 officer reviews?
24     A.  No.
25     Q.  Do you know that the FDA tracked

16 (Pages 238 to 241)

## Page 242

1  Seroquel and diabetes over time?
2  A. In so much as they requested information
3  from AstraZeneca in 2000 -- I'm assuming that they
4  were tracking at least that much. But in 2000,
5  they requested it.
6  Q. Do you know whether the FDA analyzed
7  antipsychotics, including Seroquel, and the
8  potential risk of diabetes even before 2000?
9  A. I'm not aware.
10 Q. Do you know whether the FDA analyzed the
11 potential risk of diabetes and Seroquel from 2000
12 to the present?
13 A. So I'm aware that the FDA utilizes the
14 MedWatch program to detect independent
15 contributions from individuals. So in that way,
16 they tracked self-reported diabetes or physician-
17 reported diabetes.
18 Q. Is that the only way that you believe
19 the FDA tracked the potential risk of diabetes in
20 Seroquel between 2000 to the present, is by
21 monitoring the MedWatch database?
22 A. They also requested additional data from
23 AstraZeneca.
24 Q. Doctor, have you read any internal FDA
25 documents to know that the FDA was actively

## Page 243

1  monitoring the potential risk of diabetes with
2  Seroquel from 2000 to the present?
3       MR. BLIZZARD: Object to the form.
4  A. I know in 2000 and 2007 they requested
5  information. I don't know in between 2000 and 2007
6  what was done by the FDA.
7  Q. Have you read any internal memos by the
8  FDA showing what they were doing analyzing the
9  potential risk of diabetes with Seroquel and other
10 antipsychotics?
11 A. I have not read that yet.
12 Q. Section E of your report, Doctor, does
13 not provide any opinions about the Seroquel label,
14 does it?
15 A. No.
16 Q. And if you turn to your opinions on page
17 3 where you're summarizing them, do you see that
18 you don't identify the Seroquel label at all as
19 something you intend to testify about?
20 A. I agree that I did not state that in my
21 report, but I have evaluated the label with respect
22 to hypertriglyceridaemia -- excuse me -- strike
23 that -- for hyperglycemia and found a statistically
24 significant increased risk of hyperglycemia within
25 the warning label of the Seroquel.

## Page 244

1  Q. What label are you referring to?
2  A. The most recent label.
3  Q. Is that the only label that you've
4  reviewed for Seroquel?
5  A. Yes.
6  Q. And your opinion is that the -- you
7  intend to express an opinion about the accuracy of
8  the current Seroquel label?
9  A. With respect to hyperglycemia.
10 Q. Is it your testimony that the
11 description of hyperglycemia in the current label
12 is somehow inadequate or inaccurate?
13 A. I will rely on the label only to provide
14 numbers that define hyperglycemia within that
15 label.
16 Q. You're not criticizing in any way the
17 current label as being inaccurate or --
18      MR. BLIZZARD: Object to the form.
19 A. I'm evaluating the scientific causal
20 relation between Seroquel and diabetes, and with
21 respect to that, I'm evaluating the numbers of
22 hyperglycemia reported in the label.
23 Q. I understand you're using some of the
24 numbers in the label for your opinions, right?
25 A. Yes.

## Page 245

1  Q. You are not offering an opinion that
2  anything in the current label for Seroquel is
3  inaccurate or wrong, correct?
4  A. Not at this time.
5  Q. Let me ask you about your opinion that
6  AstraZeneca misled the FDA. Do you remember saying
7  that yesterday?
8  A. Yes.
9  Q. Before I ask you that, do you know what
10 the standard is for changing -- withdrawn.
11      How did AstraZeneca mislead the FDA?
12      MR. BLIZZARD: Dr. Arnett indicates she
13 needs to take a break. We've been going about
14 an hour and a half.
15      MR. GOLDMAN: Since I just asked her
16 that question, it's pending, and then we can
17 take a break.
18 A. Okay. Can you restate the question?
19 Q. Yes. Tell me all the ways that you
20 think AstraZeneca misled the FDA.
21 A. That's a long answer.
22      Most of my experience comes from review
23 with respect to this opinion of the NDA. I can say
24 that in the NDA documents themselves, that it was
25 nearly impossible to find data related to weight,

17 (Pages 242 to 245)

### Page 254

1  Q. Doctor, I asked you whether or not
2  you've evaluated the risk of -- well, let's stick
3  with Haloperidol, for example.
4       Do you know for Haloperidol how that
5  compares to Seroquel with respect to the risk of
6  EPS?
7  A. In the follow-up study from the CATIE
8  trial, it appears to be equivalent.
9  Q. Is it your testimony that involved
10 Haldol?
11 A. No.
12 Q. Let me go back to my original question.
13 Is there a safer alternative design for Seroquel
14 that you claim AstraZeneca should have used?
15 A. I don't -- I don't have an answer.
16 Q. Did the vast majority of patients who
17 used Seroquel benefit from it?
18 A. Could you be more specific by the term
19 "vast"?
20 Q. Did the majority of the patients who
21 used Seroquel benefit from the medicine, ma'am?
22     MR. BLIZZARD: Object to the form.
23 A. In my opinion, no. Because there were
24 such high dropout rates in all of the clinical
25 trials that I reviewed that it would indicate that

### Page 255

1  the vast majority had no benefit because they
2  dropped out.
3  Q. Do you know how many patients have used
4  Seroquel since it's been brought to the market in
5  the U.S.?
6  A. No.
7  Q. Any idea what percentage of patients who
8  used it think it benefited and helped them?
9  A. It's irrelevant in the aspect of the
10 question at hand regarding diabetes and metabolic
11 risk. Because in randomized clinical trials where
12 you're using a placebo control, you can evaluate
13 benefit versus harm better than observational
14 studies post marketing.
15 Q. The FDA had all the information, Doctor,
16 to evaluate the risk of metabolic effects from
17 Seroquel when it approved Seroquel, did it not?
18 A. I could not find all of the metabolic
19 risks that was in the FDA, so I can't answer for
20 the FDA. I couldn't find it.
21 Q. Did the FDA conclude that the benefits
22 of Seroquel outweighed the risks when the drug was
23 brought to market?
24 A. I'll make the assumption that they did.
25 I haven't reviewed their documentation.

### Page 256

1  Q. Has the FDA repeatedly approved Seroquel
2  as safe and effective and that the benefits
3  outweigh the risks --
4     MR. BLIZZARD: Object to the form.
5  Q. -- since it's been brought on the
6  market?
7  A. As I indicated earlier in my testimony,
8  I haven't extensively evaluated all of the FDA
9  documents with respect to Seroquel.
10 Q. Do you know that Seroquel has been
11 approved for multiple indications since it's been
12 brought to the market in the United States?
13     MR. BLIZZARD: Object to the form.
14 A. Yes.
15 Q. And on each of those occasions, the FDA
16 concluded the benefits outweighed the risks,
17 correct?
18     MR. BLIZZARD: Object to the form.
19 A. I can't define what the FDA decided.
20 Q. You don't know what it means when the
21 FDA approves a medicine for an indication?
22 A. Yes.
23 Q. What does it mean?
24 A. I'm making an assumption that it means
25 that -- actually, I'm not going to make any

### Page 257

1  assumptions.
2  Q. So you don't know?
3  A. I want to go and review their actual
4  criteria before I answer that question.
5  Q. As you sit here today, you don't know
6  what it means when the FDA approves a medicine for
7  an indication?
8  A. All I can do as a scientist is -- am I
9  bothering you by the way I'm answering your
10 question?
11 Q. No. I'm asking do you know --
12 A. You're just sighing and rolling your
13 eyes at me.
14 Q. Doctor, I'm just asking you if you
15 know. You're answering and giving very long-winded
16 answers. And my question is very specific.
17     MR. BLIZZARD: No, no, no. She was
18 giving an answer. Now you've used the
19 opportunity where she was asking you to please
20 stop rolling your eyes to formulate some new
21 question because you didn't like the answer
22 she was about to give. She's doing a very
23 good job of trying to be responsive to you.
24 BY MR. GOLDMAN:
25 Q. Doctor, I'm only rolling my eyes because

20 (Pages 254 to 257)

## Page 306

1  2?
2  A. Most are short term, both in terms of
3  the time of exposure to Seroquel as well as the
4  time to follow-up of the incident diabetes.
5  Q. What else?
6  A. Most rely on administrative databases to
7  define exposure to Seroquel as well as diabetes
8  definitions, which are based on primarily either
9  ICD9 codes or medication pharmacy records.
10  Q. What else in terms of limitations of the
11  observational studies you have in Table 2?
12  A. The major one to me is that they're not
13  comparing Seroquel to nontreatment.
14  Q. Is another limitation of the
15  observational studies in your Table 2 that there is
16  potential confounding because of the use of these
17  conventional antipsychotics?
18  A. Potentially.
19  Q. Is it also true that there's potential
20  confounding in the observational studies in Table 2
21  because they don't adjust for pre-existing BMI?
22  A. Maybe or maybe not.
23  Q. Did you -- am I right that the
24  observational studies in Table 2 do not adjust for
25  family history or other risk factors of diabetes?

## Page 307

1  A. That is not true.
2  Q. Which ones do?
3  A. For which risk factor?
4  Q. BMI, or obesity.
5  A. Well, with respect to obesity -- because
6  in Table 2, you've restricted the sampling to those
7  who were on antipsychotic drugs, so there's no -- I
8  don't see that BMI will be as important a
9  confounder within that context. Because they all
10  have the same definition of antipsychosis
11  indications. So there's no reason for me to
12  believe that people would be treated differently
13  with atypicals versus typicals with respect to
14  their BMI.
15  Q. Did any of the observational studies
16  adjust for baseline BMI that you have in Table 2?
17  A. Some did. I can't specifically point to
18  the ones that did.
19  Q. What about family history -- do you
20  know -- of diabetes?
21  A. I don't believe that all of them
22  adjusted for family history.
23  Q. Did the observational studies in Table 2
24  adjust for other risk factors for diabetes?
25  A. Some did.

## Page 308

1  Q. Which didn't?
2  A. The Semyak, Leslie and Lambert 2005 did
3  not. And those are the ones I can recall without
4  going back and looking at my source documents.
5      (Defendant's Exhibit No. 34
6      was marked for identification.)
7  Q. Let me hand you what I've marked as
8  Exhibit 34. And I've just tagged the page. This
9  is the DDMAC letter that you talked about earlier.
10  Can you turn to the page that I put a Post-It on?
11  This is a letter from DDMAC on November 2006. Do
12  you see the line that I highlighted there?
13  A. Yes.
14  Q. Can I have it just so I can read it?
15      Do you see that the FDA's DDMAC division
16  states, "While the agency acknowledged that it has
17  not been established whether Seroquel causes
18  diabetes." Do you see that?
19  A. I see that it says that.
20  Q. Do you disagree with the FDA when they
21  say that it has not been established that Seroquel
22  causes diabetes?
23  A. Could you restate that question?
24  Q. Do you disagree with the FDA's statement
25  that it has not been established that Seroquel

## Page 309

1  causes diabetes as of November of 2006?
2      MR. BLIZZARD: Object to the form.
3  A. Yes.
4  Q. You disagree with the agency?
5  A. Yes.
6  Q. Which has been involved in analyzing
7  antipsychotics for decades?
8      MR. BLIZZARD: Object to the form.
9  Q. Right?
10  A. I don't know if they've been involved.
11  I presume since they're a regulation body they have
12  been involved.
13  Q. Has the FDA been involved in analyzing
14  Seroquel and other antipsychotic drugs for longer
15  than you have?
16  A. For efficacy, yes.
17  Q. Is it your position that your
18  involvement in this litigation since June of 2008,
19  that you have spent more time analyzing the safety
20  relating to Seroquel than the FDA has?
21  A. I can't say how many total hours were
22  spent by the FDA in relation to the specific
23  metabolic consequences and follow-up of all of the
24  observational studies that I have done. So I can't
25  compare what they have done to what I have done. I

33 (Pages 306 to 309)

318

```
1      SIGNATURE OF WITNESS
2   I, _____, do hereby
3   certify that on this _____ day of
4   _____ 2008, I have read the foregoing
5   transcript and to the best of my knowledge it
6   constitutes a true and accurate transcript of my
7   testimony taken by oral deposition on October 7,
8   2008.
9
10
11  _____
12      DONNA ARNETT
13
14  VOLUME II
15
16  Subscribed and sworn to
17  me this _____ day of _____,
18  2008.
19
20
21
22  _____
    NOTARY PUBLIC
23
24
25
```

319

```
1          ERRATA SHEET
2
3   PAGE  LINE   CORRECTION    REASON
4
5
...
25
```

320

```
1           CERTIFICATE
2
3   STATE OF ALABAMA )
4   JEFFERSON COUNTY )
5
6
7       I hereby certify that the above and
8   foregoing deposition was taken down by me in
9   stenotype, and the questions and answers thereto
10  were reduced to computer print under my
11  supervision, and that the foregoing represents a
12  true and correct transcript of the deposition
13  given by said witness upon said hearing.
14      I further certify that I am neither of
15  counsel nor of kin to the parties to the action,
16  nor am I in anywise interested in the result of
17  said cause.
18
19
20
21
22  _____
            Lisa Bailey, CCR # 289
23
24
25
```

36 (Pages 318 to 320)