# EXHIBIT 38

1

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION


IN RE:
  SEROQUEL PRODUCTS LIABILITY LITIGATION
  CASE NO:  6:06-MD-01769-ACC-DAB
    MDL DOCKET NO. 1769



SEPTEMBER 26, 2008




Deposition of WILLIAM C. WIRSHING, M.D.,

held in the offices of Exodus Recovery, Inc., 3828 Delmas

Terrace, Culver City, California, beginning at 9:13 a.m.

and ending at 5:21 p.m., before MARIA A. HASAKIAN,

Certified Shorthand Reporter No. 8469.

90

1    Q    What's the brand name?
2    A    Geodone.
3    Q    Okay.
4    A    Next lowest is probably Invega, I-n-v-e-g-a,
5    and then probably risperidone.
6    Q    Moving from least used to most?
7    A    Least to most. And at this point, the rest of
8    them sort of are probably pretty equivalently spread.
9    That is to say among Abilify, A-b-i-l-i-f-y; also called
10   aripirazole, a-r-i-p-i-r-a-z-o-l-e; olanzapine and
11   quetiapine and clozapine, despite what I've said about
12   it, still remains a fairly low-level drug, probably
13   around 3 or 4 percent of my patients.
14   Q    Do you have any sense for what percentage of
15   your patients today you prescribe Seroquel?
16   A    You mean of the psychotic patients --
17   Q    Yes.
18   A    -- of the patients that are taking these
19   antipsychotic drugs?
20   Q    Yes.
21   A    I would say 15, 20 percent.
22   Q    Okay. You mentioned that Geodone is probably
23   your lowest.
24   A    Yes.
25   Q    Why is that?

91

1    A    Geodone has the -- the -- the least power
2    and --
3    Q    In terms of efficacy?
4    A    -- in terms of antipsychotic efficacy, it's
5    about -- it's about 30 percent less than standard drugs.
6    It also has the nuisance problem that you have to
7    consume -- consume a fairly high-fat meal with it,
8    otherwise, you don't absorb it.
9        So you're required -- it requires that you give
10   it twice a day, in general. And it requires that you
11   take it with a fat meal. And it's -- it's -- otherwise,
12   it's absorption is so unpredictable and variable. That
13   practical complication limits its acceptability to
14   patients and to me.
15   Q    Risperidone was sort of lower on your list than
16   maybe the grouping of olanzapine, quetiapine and Abilify.
17   A    Right.
18   Q    Why?
19   A    Risperidone has a -- is -- is a very effective
20   drug, but risperidone is sort of an intermediate. It is
21   the least atypical of the atypicals in that it has a bit
22   more of that neuroleptic effect that we talked about. It
23   also has a curiosity in that, though these drugs are
24   psychiatric drugs and by definition a psychiatric drug
25   has to be lipophilic, l-i-p o p h i-l-i-c -- maybe two

92

1    "l"s, no, one "l" -- so that it has to get into the
2    brain.
3        And risperidone is actually not that
4    lipophilic. So it stays disproportionately -- unlike any
5    other drugs, it stays disproportionately in the periphery
6    and it has this really curious impact on prolactin. So
7    it causes prolactin to go up way more even than the
8    typical drugs.
9    Q    What's the significance of increased prolactin?
10   A    Oh, it depends on the clinical details.
11   Prolactin is just as the hormone name sounds, the hormone
12   is involved in lactation, in milk production in females.
13   So if you have inappropriately high levels of prolactin
14   in young females, you'll get inappropriate levels, and,
15   frankly, lactation associated with it. You can get
16   changes in menstrual cycles and, in young folks but not
17   adults, but in young folks prolactin makes you really
18   hungry. So they overeat.
19       In males you actually get breast development
20   called gynecomastia.
21       MR. FIBICH: Spell that.
22       THE WITNESS: G-y-n-e-c-o-m-a-s-t-i-a.
23   BY MR. AUSTIN:
24   Q    Enlarged breasts?
25   A    Enlarged breasts. You get testicular atrophy,

93

1    changes in libido, and you can actually get lactation
2    even -- even in -- in males on occasion.
3        So those are -- those are problematic. In --
4    in older females and older males, even elevated levels of
5    prolactin are usually pretty well tolerated and not too
6    bad, but young folks and young females, prolactin is real
7    problematic.
8    Q    So if I sort of have this hierarchy down, we're
9    talking about prolactin, risperidone has a high
10   propensity to increase the prolactin?
11   A    The worst.
12   Q    Seroquel does not?
13   A    Seroquel has the second least, yeah.
14   Q    Okay. So looking at prolactin, that's one
15   advantage of Seroquel versus, in this case, risperil.
16   A    Oh, it'd be a slam dunk.
17   Q    Okay. Moving then to EPS, Risperdal, as you
18   said, is sort of the most -- the least atypical in the
19   sense that it has probably the highest EPS of any of the
20   atypicals.
21   A    Correct.
22   Q    Seroquel - setting clozapine has the least?
23   A    That's correct.
24   Q    All right. So, again, in a patient where EPS
25   might be a concern, that's going to be, in prescribing

24 (Pages 90 to 93)

**106**

1    A   At 50 milligrams, though, there's not,
2  unfortunately, we don't have any great studies at 50
3  milligrams. But extrapolating from the other curve, you
4  would say that the weight gain would just be a couple of
5  pounds.
6    Q   Okay.
7    A   It would be quite small.
8    Q   Is there a point, in terms of pounds, that you
9  think is clinically significant as sort of a threshold?
10   A   Yeah. I mean, if you look at, say, the
11  Framingham Heart Study that we talked about before, you
12  can find significant impacts, literally, of one pound.
13  Now, that was 40,000 patients. And big studies you could
14  really find significant effects.
15       The FDA, kind of pulling a number out of the
16  air, uses 7 percent, using -- and they say this is
17  clinically significant. One of the things that
18  manufacturers are always looking for in their drug
19  development studies. Using that number, high doses a
20  little over a quarter -- between a quarter and a third of
21  the patient will meet that 7 percent threshold. And that
22  a low dose is between 15 and 20 percent will meet that.
23  So . . .
24   Q   And using the 7 percent threshold is -- in
25  fairness to the FDA, it's been used elsewhere. They used

**107**

1  it in the CATIE Study, for example.
2    A   But, again, the CATIE Study used it because the
3  FDA uses it. It's just -- you know, if you go back and
4  try to find the historical reasoning behind it, there is
5  none. Somebody just kind was throwing darts at a board,
6  I think, one day and came up with the 7 percent.
7       And it -- it -- it probably is statistically
8  derived, quite honestly, because it's really a very
9  curious number there. Except in drugs, nobody uses that
10  7 percent, but it's been perpetuated over time. We keep
11  using it.
12   Q   It has become a convention?
13   A   It -- it -- it -- by just simple longevity,
14  historical survival.
15   Q   And at least it gives a weight, a standard
16  measure to compare apples and apples?
17       MR. FIBICH: Object to form.
18       THE WITNESS: It allows you to compare across
19  time. It allows you to compare across studies and it
20  allows to you compare across drugs.
21  BY MR. AUSTIN:
22   Q   And when we talk about one-pound weight gain,
23  two-pound weight gain, three-pound weight gain, whatever
24  it may be, whether that's going to be clinically
25  significant in an individual patient, obviously, is going

**108**

1  to vary?
2    A   Yeah. The likelihood that one pound would be
3  clinically significant in any given patient is virtually
4  unbelievable.
5    Q   Right.
6       What about two or three pounds?
7    A   It would be virtually unbelievable divided by
8  3.
9    Q   Again, we can talk about these general rules in
10  terms of populations but when we talk about the
11  individual patient, it's a more complicated analysis?
12   A   When -- in the kind of work we're doing here
13  today, that's a great challenge, trying to figure out
14  exactly -- exactly what happened is -- is difficult.
15  Seldom do we conclude things with definitive confidence.
16  Sometimes we do.
17   Q   But even in terms of probabilities, you would
18  need to, in an individual patient, analyze more than they
19  simply they took a drug and they gained weight?
20   A   Correct. As we talked about, we have to look
21  at the trajectory. We have to look at other factors that
22  might be contributing to it. Absolutely.
23   Q   For any of these drugs, and including Seroquel,
24  is there any evidence that if the patient stops taking
25  the drug, they will continue to gain weight?

**109**

1    A   As a consequence of having consumed the drug?
2    Q   Exactly.
3    A   No.
4    Q   And if they do, you'd have to look at other --
5  lifestyle, diet, all the other things one would look at
6  in you or I to figure out why they might be gaining
7  weight?
8    A   Absolutely. It's difficult to lose weight but
9  continuing to gain weight in the absence of your
10  suspected cause of the weight gain really I think casts
11  great doubts on whether or not that was the cause.
12   Q   Is it your view that for all patients the
13  metabolic risks associated with Seroquel outweigh its
14  benefits.
15   A   Of course not.
16   Q   And that's why you prescribe it today still?
17   A   Of course.
18   Q   Let's talk for a minute a little bit about
19  efficacy. Well, let me back up.
20       Your practice -- what is your practice today in
21  terms of the types of mental illnesses that you see?
22   A   I see a pretty broad spectrum of mental
23  illness, all of them very serious. The one thing that's
24  excluded because of where I work is you can't just have
25  substance abuse. So except for that category, I see a

28 (Pages 106 to 109)

210

1    people. Well, maybe it is the illness schizophrenia,
2    maybe it is sun spots, maybe it's something aside from
3    our drug.
4         And I think that's the reason we ultimately put
5    our foot down and said, well, let's just get together and
6    get this thing.
7    Q    So you think all of these people that you got
8    together and you convened to plan this consensus
9    conference and then the people who were ultimately on the
10   panel, that they were all just sort of snowed by Lily
11   into looking at something that they already knew the
12   answer to?
13        MR. FIBICH: Object to form.
14        THE WITNESS: I think an awful lot of them
15   were.
16   BY MR. AUSTIN:
17   Q    And so when they came back and said, "We've
18   looked at the evidence for Seroquel and we don't see a
19   connection," they just what? They were just wrong?
20   A    No. They -- there's a difference between --
21   between -- between saying I have -- I have evidence to --
22   to link it directly to diabetes and I have evidence to
23   link it to weight gain.
24   Q    All right.
25   A    There is -- there is a chain-link connection

211

1    between weight gain and diabetic risk. However, there's
2    a good deal of time and chance to relax. There's a
3    psycho- -- there's a -- there's a pathophysiologic
4    process that has to occur. And it might take a long time
5    for you to definitively show it. But it's a foregone
6    conclusion that it will cause it, but the data might not
7    be there.
8    Q    For all the reasons we talked about earlier
9    today, that there are so many different factors that
10   contribute to diabetes, for any given patient, you can't
11   say that the drug did it?
12   A    It -- it -- it becomes, for an individual
13   patient, I mean, one of the reasons you guys got a job
14   is because it becomes a bit more difficult when you focus
15   down on a single person, who gets the blame.
16   Q    So you did believe, at the time in 2004, that
17   the characterization of the evidence for Seroquel and in
18   connection with the diabetes, that characterization as
19   being discrepant was inaccurate?
20   A    Did I believe that? No, I did not -- I did not
21   believe that. My -- my belief was that there was --
22   there was enough evidence in both lipids and -- and
23   diabetes to -- to link it. And -- but, you know, I'll
24   admit that there was -- there was certain data to
25   suggest -- to suggest that they could not find a link.

212

1    It's my belief that that was because of the -- of the
2    problem of delay in -- in -- in causing the illness.
3         Remember that one of the questions that came up
4    is -- is do the drugs directly impact diabetes, not
5    through obesity, but do they directly impact diabetes.
6    We touched on it a little earlier. And that was the
7    question that people were looking at. I've said, just as
8    I've said today, if it isn't so trivial, I don't really
9    care about it.
10   Q    Right.
11   A    And -- and that was the primary focus of the
12   group. People were looking at short-term impact on
13   pancreatic functioning and that was where they talked
14   about the discrepance. So part of that gets confused and
15   sometimes the study showed yes; sometimes the study
16   showed no. I mean, I was always amazed when the
17   short-term studies showed anything because I really
18   didn't expect them to.
19        MR. AUSTIN: Let's go ahead and mark this as
20   the next exhibit.
21        (Exhibit 6 was marked for
22        identification by the court reporter
23        and is attached hereto.)
24   BY MR. AUSTIN:
25   Q    Doctor, I'm going to show you what we marked as

213

1    Exhibit 6, and this is a copy of an article that you
2    wrote in 2006; correct?
3    A    Yeah. John Meyer -- Jonathan Meyer, yeah.
4    Q    I'm sorry.
5         MR. FIBICH: You got an extra copy?
6         MR. AUSTIN: Oh, I'm sorry. Sure.
7         MR. FIBICH: Thank you.
8         MR. AUSTIN: I'm sorry. Thank you for
9    reminding me. I lugged them all the way here.
10   Q    And this is entitled "Prevalence of the
11   metabolic syndrome in veterans with schizophrenia"?
12   A    Correct.
13   Q    And you were one of the authors of this paper
14   and it was published in 2006; correct?
15   A    Correct.
16   Q    And if we look over on the next to -- well,
17   page 8, I guess it is.
18   A    Right.
19   Q    You see that?
20   A    Right.
21   Q    And you've republished there in Table 4 the
22   table that was from the ADA consensus panel; correct?
23   A    I'm sorry. Page what?
24   Q    Page 8, Table 4?
25   A    Page 8, Table 4; that's correct.

54 (Pages 210 to 213)

218

1      (Recess.)
2    BY MR. AUSTIN:
3      Q   Let's look at page 7 of your report, there at
4    the bottom.
5      A   (Witness complies.)
6      Q   You see where you talk about -- it says,
7    "Although the current label change"?
8      A   Uh-huh.
9      Q   Okay. You with me there?
10         "The current label change
11         implemented in 2007 does
12         direct one to a new section
13         in the adverse events section
14         that documents, to a degree,
15         some of the measured increases
16         in new onset diabetes."
17         Do you see that?
18     A   Correct.
19     Q   Certainly you agree with me that from the very
20   first day that Seroquel went on the market, it has
21   contained a statement, separate statement, in the adverse
22   reaction section, talking about the weight gain seen in
23   the clinical trials?
24         MR. FIBICH: Object to form.
25         THE WITNESS: Correct.

219

1    BY MR. AUSTIN:
2      Q   The discussion about the 7 percent, 23 percent
3    was Seroquel versus 6 percent with placebo?
4      A   That's correct.
5      Q   Okay. And are you critical, with that
6    statement, in terms of accuracy, as accurately reflecting
7    the data from the clinical trial?
8      A   As -- as far as I know, that's a -- that's a --
9    that's a defensible data point, about 25 percent of that
10   population meets that threshold.
11     Q   All right. The majority don't?
12     A   The majority don't. I mean, it's somewhat
13   less, as we talked about, for lower doses and somewhat
14   higher for the higher doses.
15     Q   Okay. Are you -- are you critical of the
16   company's handling of the labeling in the original label
17   with regard to the -- its statement on weight?
18     A   Only so far as to where it is. And that
19   continues to be my criticism of it. I think it should be
20   a warning. 25 percent of your population gains --
21   develops a clinically significant toxicity. That should
22   be a warning, and that's -- that's my only criticism.
23     Q   Okay. So it's not so much the words that are
24   used with regard to weight. It's where they're placed?
25     A   Oh, exactly right.

220

1      Q   Okay. And I -- is there a threshold at which a
2    drug is associated with weight gain that you think it
3    needs to be in the warning section as opposed to the
4    adverse reaction section?
5      A   Okay. Here's why -- and the answer to your
6    question is no, I have -- I have no specific -- specific
7    threshold. However, if you look at the toxic
8    characteristics of the drug, you are hard-pressed to find
9    another single characteristic that -- significant,
10   serious characteristic that applies to 25 percent of the
11   population exposed to Seroquel.
12         The only other characteristic that even comes
13   close to that is sedation. That wouldn't be what I would
14   consider serious. So the fact that the single most
15   prominent and frequent characteristic is not in the
16   warning section, that's my criticism.
17     Q   You do recognize that the FDA has treated the
18   second generation drugs as a class in terms of their
19   labeling?
20         MR. FIBICH: Object to form.
21         THE WITNESS: I am aware of that.
22   BY MR. AUSTIN:
23     Q   Okay.
24     A   I'm not pleased with it but I am aware of it.
25     Q   Okay. But there is -- but there is -- all

221

1    right. Understood.
2          There is a regulatory, though, construct that
3    the manufacturers are operating under and that is that
4    the FDA has, since the outset, chosen to treat these
5    drugs as a class in terms of having a similar warning,
6    things of that nature?
7          MR. FIBICH: Object to form.
8          THE WITNESS: Yes. I'm aware that they -- they
9    require as a class certain warnings but they don't
10   exclude you from -- from adding to those class labeling.
11   BY MR. AUSTIN:
12     Q   The -- well, if you look at the bottom of the
13   page here, you say, first, the class warning section on
14   endocrinologic toxicities is laced with generalities,
15   disclaimers, and distracting verbiage.
16     A   Absolutely. It sucks.
17     Q   But that is the class warning that the FDA
18   imposed on everyone?
19     A   It does not suck anymore in your label than it
20   does in everyone else's label.
21     Q   All right.
22     A   I hated it from the very beginning.
23     Q   It talks about the cofounders that it occurs in
24   the general population. It may occur with greater
25   frequency in the seriously mentally ill.

56 (Pages 218 to 221)

306

1   education or experience, to reach those conclusions and
2   opinions?
3      A   I do.
4         MR. FIBICH: I think we're out of time for our
5   seven hours. I have other questions that I would have
6   asked if we had more time. But for now, I'm going to
7   pass the witness.
8         MR. AUSTIN: All right. And we'll go home and
9   enjoy the weekend and we'll talk about another day about
10  whether and when to reconvene.
11        THE WITNESS: I would argue on the record,
12  however, that seven hours is not exactly accurate.
13        MR. FIBICH: Why is that?
14        MR. AUSTIN: Off the record.
15  //
16  //
17
18
19
20
21
22
23
24
25

307

1
2
3
4
5         I, WILLIAM C. WIRSHING, M.D., do hereby declare
6   under penalty of perjury that I have read the foregoing
7   transcript of my deposition; that I have made such
8   corrections as noted herein, in ink, initialed by me, or
9   attached hereto; that my testimony as contained herein,
10  as corrected, is true and correct.
11      EXECUTED this _____ day of _____,
12
13  20____, at _____, _____.
14         (City)          (State)
15
16      _____
        WILLIAM C. WIRSHING, M.D.
17      Volume 1
18
19
20
21
22
23
24
25

308

1
2
3         I, the undersigned, a Certified Shorthand
4   Reporter of the State of California, do hereby certify:
5         That the foregoing proceedings were taken
6   before me at the time and place herein set forth; that
7   any witnesses in the foregoing proceedings, prior to
8   testifying, were placed under oath; that a verbatim
9   record of the proceedings was made by me using machine
10  shorthand which was thereafter transcribed under my
11  direction; further, that the foregoing is an accurate
12  transcription thereof.
13        I further certify that I am neither financially
14  interested in the action nor a relative or employee of
15  any attorney of any of the parties.
16        IN WITNESS WHEREOF, I have this date subscribed
17  my name.
18
19  Dated: _____
20
21
22      _____
        MARIA A. HASAKIAN
23      CSR No. 8469
24
25

78 (Pages 306 to 308)

**ESQUIRE DEPOSITION SERVICES**
**(800) 640-2461**