# EXHIBIT 39

Case 6:06-md-01769-ACC-DAB

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Producst Liability Litigation
MDL DOCKET NO. 1769
This Document Relates to ALL CASES

EXPERT REPORT OF
Laura M. Plunkett, Ph.D., DABT
September 6, 2008

## I. Training and Qualifications

1. I am a pharmacologist, toxicologist, United States Food and Drug Administration (FDA) regulatory specialist and principal of a consulting company known as Integrative Biostrategies, LLC. Integrative Biostrategies, based in Houston, Texas, is a consulting firm that works at the interface of biological science, regulatory affairs and business decisions to provide its clients with science-based solutions to issues associated with product development and stewardship. Before joining Integrative Biostrategies in 2001, I was head of the consulting firm known as Plunkett & Associates.

2. I am board-certified as a Diplomate of the American Board of Toxicology. I am a member of several professional organizations and have authored or co-authored numerous scientific publications. I have over twenty years of experience in the areas of pharmacology and toxicology and have worked in both government and academic research. I have taught pharmacology and toxicology at the undergraduate and postgraduate levels.

3. I received a B.S. degree in 1980 from the University of Georgia and a Ph.D. in pharmacology from the University of Georgia, College of Pharmacy in 1984. My doctoral

Page | 1

research was focused in the area of cardiovascular pharmacology and specifically dealt with delineating neurochemical mechanisms responsible for the cardiac toxicity of digitalis glycosides.

4. From June 1984 through August 1986, I was a Pharmacology Research Associate Training (PRAT) fellow at the National Institute of General Medical Sciences, Bethesda, Maryland. I worked in a neurosciences laboratory of the National Institute of Mental Health. My research focused on the role of various brain neurochemical systems involved in the control of autonomic nervous system and cardiovascular function.

5. From September 1986 to June 1989 I was an Assistant Professor of Pharmacology and Toxicology in the medical school at the University of Arkansas for Medical Sciences, Little Rock, Arkansas, where I performed basic research in the areas of neuropharmacology and toxicology as well as cardiovascular pharmacology and toxicology. I taught courses for both medical students and graduate students in pharmacology and toxicology as well as the neurosciences. During this time, I studied drugs of all classes that affect brain function, including anti-psychotic drugs. As a pharmacologist, my work was directed towards understanding the biologic mechanisms of drug actions. Much of my focus was on drugs that affect brain function, which includes anti-psychotics.

6. From December 1989 to August 1997, I worked for ENVIRON Corporation, first in the Arlington, Virginia office and then in the Houston, Texas office. I worked specifically within the health sciences group and most of my projects dealt with issues surrounding products or processes regulated by the FDA. During my consulting career (ENVIRON, Plunkett & Associates, and Integrative Biostrategies), I have worked on a variety of projects dealing with the regulation of products by the FDA, including human drugs, veterinary drugs, biologics, medical devices, consumer products, dietary supplements and foods. I have advised my clients on regulatory issues and strategies for their products (relating to both Canadian and American regulations), designed preclinical and clinical studies for both efficacy and safety, advised clients on issues related to statements regarding efficacy and warnings for their products based on the current labelling regulations and generally acted as a regulatory affairs staff for small companies

in their early stages of product development. A tool common to all work my work as a consultant would be risk assessment, including many projects where risks and benefits of human therapeutics were at issue. Attached here in Appendix A is a copy of my curriculum vitae.

## II. Information Reviewed

7. During the course of work on this case, I have reviewed the following materials:

a) scientific literature relating to the pharmacology and toxicology of anti-psychotic drugs in general and quetiapine (Seroquel) in particular;

b) labelling for Seroquel as provided by the Physician's Desk Reference; and

c) regulations of the U.S. Food and Drug Administration (FDA) relating to the development, approval, labelling and marketing of prescription drug products.

## III. Summary of Bipolar Disorder and Schizophrenia

8. Schizophrenia is a major mental illness described by the Diagnostic and Statistical Manual of Mental Disorders ("DSM IV") as a psychotic disorder that is a chronic, severe and disabling brain disease. The hallmark of schizophrenia is disordered thought and perception. Typical symptoms include delusions and hallucinations. While most people diagnosed with schizophrenia are not gainfully employed, a substantial minority do have gainful employment.

9. Bipolar disorder is described by the DSM IV as a mood disorder. Bipolar disorder is a major mental illness, the hallmark of which is manic episodes marked by a euphoric, irritable or expansive mood. Patients with bipolar disorder usually also experience major depressive episodes.

## IV. Atypical Anti-psychotics

10. The primary class of drugs used to treat symptoms of schizophrenia and bipolar disorder is known as anti-psychotics. Additionally, mood stabilizers or anti-depressants may also be used to treat bipolar disorder.

11. Anti-psychotics fall into two general categories: the newly developed atypical anti-psychotics and the older, conventional or typical anti-psychotics. The term "atypical" is

Page | 3

applied to the newer drugs mainly because of the lower risks of adverse neurological effects known as extrapyramidal effects. As a general rule, because many atypical anti-psychotics (including Seroquel) still have patent protection, generic versions are not available and as such they are more expensive to purchase and, as a result, more profitable to the manufacturer.

12. Conventional, or typical, anti-psychotics as a group include drugs of a number of different chemical classes. These drugs have efficacy to treat both bipolar disorder and schizophrenia but also often exhibit significant side effects, including risk of acute and long-term neurological side effects, including extrapyramidal effects.

13. Atypical anti-psychotic drugs are considered as having less of a risk of producing extrapyramidal side effects, the unwanted neurological effects that are characterized by changes in movement. In fact, the goal of introducing atypical anti-psychotics to the marketplace was to provide an effective treatment that also improved the quality of life of the patient. While the exact mechanisms responsible for the pharmacological differences between typical and atypical anti-psychotics have not yet been clearly defined, differences have been identified in the pattern of brain neurotransmitter receptor systems affected by the various drugs, effects that can be seen in responses elicited in animal models and/or effects that relate to the pharmacological and toxicological responses in humans.

14. Anti-psychotics will only treat the symptoms of schizophrenia and bipolar disorder; there is no "cure" for such disorders. The etiology of schizophrenia and bipolar disorder also remains to be elucidated, although genetics appears to play some role in these disorders.

15. Quetiapine, marketed in the U.S. under the trade name of Seroquel, is a widely prescribed prescription drug product that was approved by the FDA in 1997 for the treatment of schizophrenia. Seroquel was subsequently approved for management of acute manic episodes associated with bipolar disorder in 2004. I believe that Seroquel is also widely prescribed for off-label uses, including the treatment of sleep disorders, control of agitation, anxiety, aggression and behavioural disturbances.

Page | 4

16.     The psychotic symptoms treated with atypical anti-psychotic drugs such as Seroquel include disordered thought processes, disorganized and/or irrational behaviour, and degrees of altered mood, from severe agitation to severe withdrawal. Other drugs that have been or are used in the treatment of psychotic disorders include phenothiazines (*e.g.,* chlorpromazine, also known as Thorazine; thioridazine, also known as Mellaril), thioxanthines (*e.g.,* chloroprothixene, also known as Taractan; thiothixene, also known as Navane), haloperidol (Haldol), clozapine (Clorazil), aripiprazole (Abilify), loxapine (Loxitane), molindrone (Moban), pimozide (Orap), olanzapine (Zyprexa), riperidone (Risperdal), and ziprasidone (Geodon). The optimum therapy for treating schizophrenia and bipolar disorder is chosen for each patient based on the patient's medical history, including any risks of known side effects of the drug, and the patient's response to the drug in relation to the drug's efficacy and adverse events.

17.     The pharmacology of Seroquel and other similar anti-psychotic drugs is described in many textbooks and review articles (*e.g., Goodman & Gilman's The Pharmacological Basis of Therapeutics, 11th edition.* 2006. Brunton, L.L. et al. (eds.), McGraw-Hill: New York, chapter 18). Seroquel produces its therapeutic and adverse effects through its activity on various receptor systems in the brain and throughout the body. Seroquel is known to be an antagonist of $D_1$, $D_2$, $5-HT_{1A}$, $5-HT_{2A}$, $H_1$, $\alpha_1$, and $\alpha_2$ receptors. The efficacy of Seroquel and other atypical anti-psychotic drugs has been linked to dopaminergic and serotonergic system antagonist activity. However, the exact mechanism by which atypical anti-psychotic drugs produce their effects in schizophrenia and bipolar disorders is not known.

V.      **Seroquel and Associated Health Risks**

18.     Seroquel is well absorbed following oral administration, with peak concentrations achieved in the blood within 1.5 hours, and an elimination half-life in the range of 6 hours. It is widely distributed in the body and steady state blood levels are achieved within a few days. Following oral administration, Seroquel is extensively metabolized although the major metabolites are not pharmacologically active.

19.     Seroquel use has been associated with deaths that have been attributed to severe liver, kidney, and pancreatic damage. Its adverse effects include, but are not limited to,

Page | 5

ketoacidosis, pancreatitis, diabetes mellitus, weight gain, hyperglycemia, blindness, increased thirst, and hypoglycemia. Other serious injuries associated with Seroquel use include: a potentially fatal condition known as neuroleptic malignant syndrome (NMS); tardive dyskinesia, which can cause potentially irreversible, involuntary movements; and other serious health problems associated with the onset of diabetes including heart disease, blindness, coma, seizures and death. These adverse health effects have been reported following both short-term and longer-term use of Seroquel.

20. Some of the adverse health effects associated with Seroquel use have been attributed to activity of the drug on certain receptor systems in the body. For example, orthostatic hypotension seen in some patients administered Seroquel is thought to be attributed to $\alpha_1$-adrenergic antagonist activity of the drug while somnolence has been attributed to antagonism of histamine type 1 ($H_1$) receptors by Seroquel.

21. While Seroquel is similar in basic pharmacological profile to other atypical anti-psychotic drugs, including olanzapine and risperidone, the potency of Seroquel as an antagonist at $D_2$ and $5-HT_{2A}$ receptors is less than either olanzapine or risperidone. Differences in potency as an antagonist at certain receptor types may explain some of the differences observed among the various atypical anti-psychotics in terms of both efficacy and toxicity.

22. It has been known for decades that many anti-psychotic drugs have effects to alter metabolism that can lead to weight gain and effects on glucose metabolism (*e.g.*, Baldessarini, R.J. 1980. Drugs and the treatment of psychiatric disorders. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics, 6th edition.* A.G. Gilman et al. (Eds.), chapter 19, MacMillan Publishing Co.: New York). However, it has been recognized more recently (since about 1999) that there appear to be differences among the various anti-psychotic drugs in terms of their propensity for inducing weight gain and changes in glucose metabolism, as well as the onset of diabetes (*e.g.*, Melkersson, K. and M-L. Dahl. 2004. *Drugs* 64:701-723; American Diabetes Association et al. 2004. *Diabetes Care* 27:596-601; Allison, D.B. et al. 1999. *Am. J. Psychiatry* 156:1686-1896; Bobes, J. et al. 2003. *Schizophr. Res.* 62:77-88; Wetterling, T. 2001. *Drug Saf.* 24:59-73; Buse, J.B. et al. 2003. *J. Clin. Epidemiol.* 56:164-170). Moreover, it has

Page | 6

now been recognized that clinically significant hyperglycemia and diabetic complications can occur during anti-psychotic treatment both with and without changes in body weight (Newcomer, J.W. et al. 2002. *Arch. Gen. Psychiatry* 59:337-345; Newcomer, J.W. 2005. *CNS Drugs* 19(S1):1-93). Because of the differences apparent among different anti-psychotic agents in terms of risks of diabetes and weight gain, the effects of Seroquel cannot be considered simply a "class" effect for atypical anti-psychotic drugs (Newcomer, J.W. 2005. *CNS Drugs* 19(Suppl. 1):1-93). Different anti-psychotic drugs, including the second generation atypical anti-psychotic agents, have different toxicological profiles.

23. Between January 1997 and July 2002, numerous adverse drug event reports were submitted to the FDA. These reports indicated that patients consuming Seroquel experienced significant adverse health effects, including hyperglycemia, diabetes, exacerbation of pre-existing diabetes, ketoacidosis, and death. These adverse event reports were discussed in an article by Koller *et al.* (2004. *J. Clin. Psychiatry* 65:857-863). The authors concluded that use of Seroquel may unmask or precipitate hyperglycemia in patients.

24. Case reports linking Seroquel use with hyperglycemia and/or diabetes appeared in the published literature as early as 1999 (*e.g.*, Sobel *et al.* 1999. *J. Clin. Psychiatry* 60:556-557).

25. A large study involving the U.S. Veterans' Administration (Sernyak, M.J. *et al.* 2002. *Am. J. Psychiatry* 159:561-566) was performed in 1999 where records from all patients being treated nationally with anti-psychotics were examined. The authors reported that there was an increased risk of diabetes with exposure to certain anti-psychotic drugs. One of the drugs shown to be associated with an increased risk was Seroquel.

26. At a conference in Europe in 2002, Lambert and colleagues reported the results of a matched case-control study of California Medicaid claims data from 1997 through 2000. They found that there was an increased risk of developing type II diabetes in patients exposed to Seroquel (Lambert *et al.* 2002. *Eur. Neuropsychopharmacol.* 12:S307).

27. In or about August of 2003, a report in the *Wall Street Journal* showed that a study of 19,878 U.S. military veterans between October 1998 and October 2001 indicated that

Page | 7