Seroquel and other members of the new class of anti-psychotic drugs posed a higher risk of diabetes. The article stated that effects were most pronounced with Seroquel.

28.    At a conference of the *International Society for Pharmacoepidemiology* held in Philadelphia on August 23 and 24, 2003, study data were reported that showed that patients on Seroquel had 3.34 times as many cases of diabetes as those on older antipsychotic drugs.

29.    When considered as a whole in a weight-of-the evidence assessment, the available scientific data indicate that Seroquel can cause physiological effects known to be risk factors for diabetes, including increased body weight and other metabolic effects, and can cause diabetes itself. The scientific data include case reports published on an ongoing basis since 1999 (Sobel, M. et al. 1999. *J. Clin. Psychiatry* 60:556-557; Procshyn, R.M. et al. 2000. *Can. J. Psychiatry* 45:668-669; Wilson, D.R. et al. 2002. *Schizophr. Res.* 59:1-6; Domon, S.E. and C.S. Cargile. 2002. *J. Am. Acad. Child Adolesc. Psychiatry* 41: 495-496; Sneed, K.B. et al. 2003. *J. Am. Board Fam. Pract.* 16:251-254), clinical data (*e.g.*, Borison, R. et al. 1996. *J. Clin. Psychopharmacol.* 16:158-169; Small, J.G. et al. 1997. *Arch. Gen. Psychiatry* 54:549-557; Arvanitis, L.A. and B.G. Miller. 1997. *Biol. Psychiatry* 42:233-246; Peuskens, J. and C.G. Link. 1997. *Acta Psychiatr, Scand.* 96:265-273; Copolov, D.L. et al. 2000. *Psychol. Med.* 30:95-105; Brecher, M. et al. 2000. *Int. J. Psych. Clin. Pract.* 4:287-291; Wirshing, D.A. et al. 2002. *J. Clin. Psychiatry* 63:856-865; Nasrallah, H. 2003. *Psychoneuroendocrinology* 28:83-96; the product insert for Seroquel in 2005, *Physician's Desk Reference*, pp. 662-667), a survey of adverse drug reports (Koller, E.A. et al. 2004. *J. Clin. Psychiatry* 65:857-863), epidemiological data assembled since 1999 (Sobel et al. 1999. *J. Clin. Psychiatry* 60:556-557; Sernyak, M.J. et al. 2002. *Am. J. Psychiatry* 159:561-566; Ollendorf, D.A. et al. 2004. *MedGenMed* 6:5; Citrome, L. et al. 2004. *Psychiatr. Serv.* 55:1006-1013; Leslie, D.L. and R.A. Rosenheck. 2004. *Am. J. Psychiatry* 161:1709-1711; Feldman, P.D. et al. 2004. *J. Am. Med. Dir. Assoc.* 5:38-46; Sacchetti, E. et al. 2005. *Int. Clin. Psychopharm.* 20:33-37; Lambert, B.L. et al. 2006. *Am. J. Epidemiol.* 164:672-681; Guo, J.J. et al. 2006. *J. Clin. Psychiatry* 67:1055-1061; Guo, J.J. et al. 2007. *Pharmacotherapy* 27:27-35), and animal data (Cope, M.B. et al. 2005. *Int. J. Obesity* 29:607-614). Each source of information is important in the analysis of the risks associated with

use of Seroquel, and is consistent with accepted methods for establishing causation in a weight-of-the-evidence analysis (Hill, A.B. 1965. *Proc. Royal Soc. Med.* 58:295-300).

30.  I believe that the available scientific data demonstrate that Seroquel consumption and use can cause adverse metabolic effects that include, but are not limited to an increased risk of clinically significant body weight gain, hyperglycemia, altered glucose metabolism, and an increased risk of diabetes and diabetes-related complications.

31.  It is also important to remember that although clinical trials had been performed with Seroquel as part of the drug development process, such trials are limited in their ability to identify risks associated with drug use by the general population.  This is because such drug development clinical trials are performed in either healthy volunteers or in patients that have often been pre-screened for the propensity to develop adverse effects such as hyperglycemia or diabetes, with such patients then usually excluded from studies.  It is only after a drug has been placed on the market, and wider exposure is seen, that a true picture of the adverse effects associated with a drug can be observed.  As a result, I believe that companies have the duty to carefully monitor their drugs after approval and during marketing for either the existence of new adverse events or a higher than expected incidence of known adverse effects.

32.  Scientific studies have established that there are apparent differences among anti-psychotic drugs in terms of risks of diabetes, weight gain and other adverse health effects discussed above. As a result of these differences, and differences in toxicological profiles, I believe that side effects arising through the consumption of Seroquel cannot be described as a "class effect" for all atypical anti-psychotic drugs.

33.  Finally, when considering the adverse health effects associated with use of Seroquel, it is important to realize that Seroquel is not unique in terms of its efficacy.  Studies have shown that other anti-psychotic drugs have similar effectiveness to Seroquel but have less risk for hyperglycemia, weight gain, metabolic disturbances and diabetes.  Therefore, there are safer alternative therapies that could be used that would also provide for effective treatment but with fewer side effects.

34.     For example, in the CATIE Schizophrenia Trial, a trial sponsored by the National Institute of Mental Health which is the largest trial conducted to date comparing efficacy and safety of some of the most prescribed anti-psychotic drugs, it was shown that clozapine was more effective than other atypical anti-psychotics (*i.e.,* Seroquel, Zyprexa, Risperdal). Further, when all of the atypical agents studied were examined, including Seroquel, none of the agents was more effective or better tolerated than the typical anti-psychotic, perphenazine (Manschreck, T.C. and R.A. Boshes. 2007. *Harv. Rev. Psychiatry* 15:245-258; Nasrallah, H.A. 2007. *J. Clin. Psychiatry* 68:5-11).

## VI.     Mechanisms Underlying the Adverse Effects of Seroquel

35.     Although the exact molecular mechanisms responsible for the metabolic effects of Seroquel have not been established, there are data that describe the basic mechanisms that lead to the effects of Seroquel on body weight gain and altered glucose metabolism, and eventually diabetes. However, weight gain is not a prerequisite for atypical anti-psychotic drug-induced effects on glucose metabolism and induction of type II diabetes (Newcomer, J.W. 2004. *Clin. Ther.* 26:1936-1946; Newcomer, J.W. 2005. *CNS Drugs* 19(S1):1-93; Dwyer, D.S. and D. Donohoe. 2003. *Pharm. Biochem. Behav.* 75:255-260; Ardizzone, T.D. et al. 2001. *Brain Res.* 923:82-90; Dwyer, D.S. et al. 1999. *Prog. Neuro-Psychopharmacol. Biol. Psychiat.* 23:69-80; Newcomer, J.W. et al. 2002. *Arch. Gen. Psychiat.* 59:337-345; Koller, E.A. and P. Murali. 2002. *Pharmacotherapy* 22:841-852; Koller, E. et al. 2001. *Am. J. Med.* 111:716-723; Ebenbichler, C.F. et al. 2003. *J. Clin. Psychiat.* 64:1436-1439).

36.     Clinically significant body weight gain is often seen with administration of Seroquel to patients (Borison, R. et al. 1996. *J. Clin. Psychopharmacol.* 16:158-169; Small, J.G. et al. 1997. *Arch. Gen. Psychiatry* 54:549-557; Arvanitis, L.A. and B.G. Miller. 1997. *Biol. Psychiatry* 42:233-246; Peuskens, J. and C.G. Link. 1997. *Acta Psychiatr, Scand.* 96:265-273; Copolov, D.L. et al. 2000. *Psychol. Med.* 30:95-105; Brecher, M. et al. 2000. *Int. J. Psych. Clin. Pract.* 4:287-291; Nasrallah, H. 2003. *Psychoneuroendocrinology* 28:83-96). The effects of atypical anti-psychotics on weight gain have been shown to be attributable to both increased caloric intake (increased appetite) and decreased energy expenditure (Gothelf, D. et al. 2002. *Am.*

*J. Psychiatry* 159:1055-1057; Virkkunen, M. et al. 2002. *Pharmacopsychiatry* 35:124-126). These mechanisms for increased body weight gain are consistent with the fact that Seroquel has effects on neurotransmitter systems in the brain that affect appetite and mood. It is well-established in the medical literature that a clinically significant increase in body weight is a risk factor for diabetes (*e.g.,* Foster, D.W. 1994. Diabetes mellitus. In: *Harrison=s Principles of Internal Medicine, 13ᵗʰ edition*. K.J. Isselbacher et al. (Eds.), chapter 337, McGraw-Hill: New York). Therefore, any effect of Seroquel to increase body weight is a significant risk for the development of diabetes.

37.    As discussed above, Seroquel administration to patients has been linked to an increased risk of type II diabetes (see the weight of the evidence discussion above). The mechanisms responsible for development of type II diabetes have been examined in both animals and humans. Type II diabetes is a disorder that is characterized by normal or high levels of insulin in blood at the same time that glucose levels in blood are elevated. The condition is sometimes referred to as insulin resistance. Insulin normally acts to promote transport of glucose across cell membranes (reducing blood glucose levels) and to inhibit lipolysis. Resistance to the activity of insulin leads to hyperlipidemia and eventually to hyperglycemia and even development of diabetes. Although increased weight gain has been discussed as a likely factor in the development of insulin resistance and drug-induced diabetes, there are data that demonstrate Seroquel-induced effects on glucose metabolism and insulin resistance that are independent of weight gain.

38.    Observational data has shown that atypical anti-psychotics that are structurally similar to Seroquel (*i.e.,* clozapine and olanzapine) can exert direct effects on glucose-insulin homeostasis by induction of hyperinsulinemia (Melkersson, K.I. et al. 2003. *Psychopharmacology* 170:157-166; Melkersson, K.I. et al. 2000. *J. Clin. Psychiatry* 61:742-749). The increased levels of insulin lead to decreased insulin sensitivity in tissues and could lead to an insulin-resistant state (Melkersson, K. and M-L. Dahl. 2004. *Drugs* 64:701-723). *In vitro* data have shown that olanzapine stimulates insulin release from pancreatic islet cells (Melkersson, K. 2004. *Eur. Neuropsychopharmacology* 14:115-119). Regardless of the exact molecular changes that may occur in any one patient treated with Seroquel, these data indicate

Page | 11

that atypical anti-psychotics that are pharmacologically and chemically similar to Seroquel have direct and indirect effects on glucose metabolism that are consistent with the development of insulin resistance, hyperglycemia and potentially type II diabetes. Considered together, the mechanistic data provide evidence for both direct and indirect effects that can lead to disturbances in glucose metabolism and development of type II diabetes. These findings are supported by findings with atypical anti-psychotic drugs, including data specific to Seroquel, that have linked the drugs to induction of diabetes, apart from the induction of weight gain (Dwyer, D.S. and D. Donohoe. 2003. *Pharm. Biochem. Behav.* 75:255-260; Ardizzone, T.D. et al. 2001. *Brain Res.* 923:82-90; Dwyer, D.S. et al. 1999. *Prog. Neuro-Psychopharmacol. Biol. Psychiat.* 23:69-80; Newcomer, J.W. et al. 2002. *Arch. Gen. Psychiat.* 59:337-345; Koller, E.A. and P. Murali. 2003. *Pharmacotherapy* 22:841-852; Koller, E. et al. 2004. *J. Clin. Psychiatry* 65:857-863; Ebenbichler, C.F. et al. 2003. *J. Clin. Psychiat.* 64:1436-1439).

39.     The data indicate that administration of Seroquel can cause diabetes and/or the effects on glucose metabolism that can lead to diabetes. The data also indicate that Seroquel poses a greater risk for hyperglycemia and diabetes, both with and without body weight gain, than some other anti-psychotic drugs.

40.     Although available studies have focused on the association of type II diabetes with Seroquel treatment, as well as treatment with other atypical anti-psychotic drugs, the toxicity of these drugs, which includes altered glucose metabolism, obesity, and hyperglycemia, would also be significant risk factors for individuals with undiagnosed type I diabetes or a genetic predisposition for type I diabetes. Type I diabetes is characterized by a loss of insulin secretion capacity due to the loss of beta cells in the pancreas. The loss of insulin secretion capacity means that type I diabetics would need to rely on exogenous sources of insulin to control blood glucose levels. Therefore, it is only common sense that any effects of a drug such as Seroquel to affect glucose metabolism or blood glucose levels would be a greater risk for individuals who already are at risk of type I diabetes or who are not yet exhibiting clinical signs and symptoms of type I diabetes.

VII.   **Warning of Health Risks**

41.    Despite the findings of the studies discussed above, AstraZeneca failed to warn the FDA, physicians, other health practitioners, and patients of the adverse metabolic effects associated with the consumption of Seroquel at the time these risks were first identified.

42.    A review of the most recent product labelling for Seroquel that is available to health professionals demonstrates that, in my opinion, the warnings related to risks of hyperglycemia and diabetes in particular are not adequate to convey the risks posed by Seroquel itself. The discussion of hyperglycemia and diabetes is put forth as an effect of anti-psychotics in general only.

43.    At the time that the Seroquel labelling failed to adequately warn physicians of the risks associated with use of the drug, other international regulatory bodies were requiring specific changes to product labelling related to the risks of hyperglycemia and diabetes that were associated with Seroquel, not anti-psychotics in general.  For example, in Japan, physicians were being specifically warned to not use Seroquel in patients with a history of diabetes and to monitor patients for development of glucose abnormalities during treatment with Seroquel, regardless of their medical history.  Additionally, in 2005 permission to market Seroquel in France had been denied due in part to the risk of hyperglycemia and diabetes associated specifically with Seroquel, again not anti-psychotics in general.  Accordingly, I believe that the physicians in the U.S., and as a result their patients, were not being supplied with adequate risk information related to hyperglycemia and diabetes even though actions had been taken in other countries to warn physicians and patients of these risks.

44.    As a result, I believe that the product warnings were wholly inadequate to warn physicians and their patients of the significant adverse metabolic effects associated with the consumption of Seroquel. Nonetheless, Seroquel was marketed heavily as safe and effective for the treatment of bipolar disorder and schizophrenia, promising fewer side effects than other similar treatments including the other atypical anti-psychotics on the market.  Further, Seroquel was being prescribed by physicians for treatment of conditions other than bipolar disorder and schizophrenia (off-label use), which use I believe was known by Astra-Zeneca.

## VIII.   Conclusion

45.      In conclusion, based on my training and experience as a pharmacologist, toxicologist, and risk assessor, it is my opinion that Seroquel can cause hyperglycemia and diabetes. The adverse health effects, including these adverse metabolic effects, associated with the consumption and use of Seroquel were predictable based on the known pharmacological profile of the drug and would have been predicted prior to the approval of Seroquel based on the known effects of other structurally similar anti-psychotic drugs. Moreover, the adverse health effects associated with Seroquel consumption and use can be serious, life-threatening conditions and were recognized in the published medical literature soon after the drug was approved. All opinions expressed in this report are based on a reasonable degree of scientific certainty.

## IX.    Compensation

46.      My compensation by plaintiff's attorney in this matter is at the rate of $300.00 per hour for review of documents and materials related to the case and $400.00 per hour for testimony.

## X.     Previous Testimony

47.      A list of my previous testimony for the past four years is included in Appendix B.

I certify that the foregoing statements made by me are true and correct. Executed this

_6th_ day of _September_ 2008 at Houston, Texas.



Laura Plunkett, Ph.D., D.A.B.T.

STATE OF TEXAS     }

    -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 ) ss.

COUNTY OF HARRIS

Subscribed and sworn to me

Before this ___8th___ day of ___Sept___ 2008.

Signature of Notary Public

My Commission Expires _February 15, 2009_