Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: SEROQUEL PRODUCTS )
LIABILITY LITIGATION )
)
MDL DOCKET NO. 1769 )    NO. 6:07-CV-13234
)
_____)

DEPOSITION OF MOHAN NAIR, M.D.

Friday, September 26, 2008

Los Angeles, California

Reported by
Terrie C. Barker
CSR No. 12000
Job No. 929764

Page 150

1  have an opinion on it?
2      A. Other than my report, no.
3      MR. CANTY: Would this be a good break
4  time?
5      MR. BLATT: Almost.
6  BY MR. BLATT:
7      Q. When did you first reach the opinions stated
8  in your report?
9      A. After going through all the material that I
10 was given and reading up as best as I could.
11     Q. All the material you were given by the
12 plaintiff lawyers?
13     A. That's correct.
14     Q. Can you describe the process or methodology
15 that you used to reach your opinions?
16     A. Well, I looked at the documents that were
17 given, including the medical records on Ms. Carter,
18 and I looked at the company internal documents, and I
19 also read -- I looked up the literature on atypical
20 antipsychotics, quetiapine in particular.
21         And taking all the data into question,
22 that's when I -- I weighed all the data that was
23 there, and it was my -- my opinion came out of that.
24     Q. You're currently prescribing Seroquel to
25 patients?

Page 151

1      A. Yes.
2      Q. I take it you believe that Seroquel is safe
3  when you prescribe it to patients?
4      A. I don't know what you mean by "safe."
5      Q. You obviously believe that its benefits
6  outweigh its risks for the patients you prescribe it
7  to?
8      A. Yes.
9      Q. You're aware that Seroquel is one of the
10 most prescribed antipsychotics in America?
11     A. Yes.
12     Q. And you're aware that the FDA's determined
13 it to be safe and effective?
14     MR. BRUDNER: Objection. Form.
15     You may answer.
16     THE WITNESS: My best sense is that the FDA
17 was critical of AstraZeneca and repeatedly got on
18 their case to change the way they were labeling it.
19 BY MR. BLATT:
20     Q. Are you aware that the FDA has found --
21 strike that.
22         Is there any patient population for whom the
23 risks of Seroquel outweigh its benefit, in your
24 view?
25     A. I think it depends on a case-by-case basis.

Page 152

1      Q. Is there any duration of use for which
2  Seroquel's risks outweigh its benefits, or is that a
3  case-by-case determination as well?
4      A. It would be a case-by-case determination.
5      Q. Is there any dose of the recommended doses
6  for which you believe the risks of Seroquel outweigh
7  its benefits, or is that a case-by-case determination
8  as well?
9      A. I'm not sure about your question.
10     Q. Okay. Am I correct that nowhere in your
11 report do you offer any opinion about the labeling of
12 Seroquel?
13     A. I'm not sure I understand your question.
14     Q. Do you have any opinion about the labeling
15 of Seroquel?
16     A. I think what I have said in my report is
17 that in spite of -- in spite of evidence from their
18 own studies that Seroquel caused weight gain and that
19 there was early demonstration of possible pancreatic
20 problems with this drug, that the weight gain and
21 later the diabetes -- diabetes, hyperglycemia,
22 ketoacidosis data was not appropriately disclosed.
23     Q. Is it your opinion that the label is
24 inadequate?
25     A. Not at this time.

Page 153

1      MR. BRUDNER: Objection.
2  BY MR. BLATT:
3      Q. Was it inadequate at any time?
4      A. Yes, it was.
5      Q. When?
6      A. Well, it was -- it was inadequate when it
7  first came out.
8      Q. In 1997?
9      A. Yes.
10     Q. And at all times after?
11     A. At all times until the most recent
12 disclosure of -- and the warning for hyperglycemia,
13 diabetes, diabetic ketoacidosis, and possible
14 metabolic syndrome, and diabetes -- sudden, severe
15 diabetes-resultant death.
16     Q. When the warning was added to the label
17 concerning diabetes and hyperglycemia, was the label
18 adequate, in your view?
19     A. I think it is adequate now.
20     Q. Do you know when the label had a warning
21 added to it for hyperglycemia and diabetes?
22     A. I believe it was in 2004.
23     Q. And was that warning adequate?
24     A. I believe that the -- 2005 is when the most
25 stringent clarification of the diabetes and weight

(Pages 150 to 153)

Esquire Deposition Services

```
 1    I, the undersigned, a Certified Shorthand
 2　Reporter of the State of California, do hereby
 3　certify:
 4    That the foregoing proceedings were taken before
 5　me at the time and place herein set forth; that any
 6　witnesses to the foregoing proceedings, prior to
 7　testifying, were placed under oath; that a verbatim
 8　record of the proceedings were made by me using
 9　machine shorthand which was thereafter transcribed
10　under my direction; further, that the foregoing is an
11　accurate transcription thereof.
12    I further certify that I am neither financially
13　interested in the action nor a relative or employee
14　of any attorney of any of the parties.
15    IN WITNESS WHEREOF, I have this date subscribed
16　my name.
17
18　Dated: October 2, 2008
19
20
21       _____
         Terrie C. Barker
22       CSR No. 12000
23
24
25                    362
```