# EXHIBIT 42

Dee Burke
August 9, 2008

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:   SEROQUEL PRODUCTS LIABILITY LITIGATION,
MDL DOCKET NO. 1769

THIS DOCUMENT RELATES TO:

HALLER v. ASTRAZENECA LP, ET AL.
[DAVID D. HALLER 6:07-cv-15733]

------------------------------------

THE VIDEOTAPED DEPOSITION OF

DEE BURKE

August 9, 2008

Deborah K. Watson, RPR

STRATOS LEGAL SERVICES

1001 West Loop South, Suite 809

Houston, Texas 77027

713.481.2180 * Fax 713.583.9191

Toll Free 800.971.1127



<_>.</_>
<_>.</_>
<_>.</_>



REDACTED

12 (Pages 45 to 48)



REDACTED

Page 53 | Page 54

**REDACTED**

Page 55 | Page 56

25 (Pages 97 to 100)

Dee Burke
August 9, 2008

Page 97

Dee Burke
August 9, 2008

Page 98

REDACTED

Stratos Legal Services
800-971-1127

Dee Burke
August 9, 2008

Page 99

Dee Burke
August 9, 2008

Page 100

Stratos Legal Services
800-971 1127



REDACTED

```
1   STATE OF TENNESSEE    )
2   COUNTY OF SUMNER      )
3              I, Deborah K. Watson, Registered
4   Professional Reporter and Notary Public in and for the
5   State of Tennessee, at Large,
6              DO HEREBY CERTIFY the foregoing proceedings
7   were taken at the time and place set forth in the
8   caption thereof; the witness therein was duly sworn on
9   oath to testify the truth; the proceedings were
10  stenographically reported by me in shorthand; and the
11  foregoing proceedings constitute a true and correct
12  transcript of said proceedings to the best of my
13  ability.
14             I FURTHER CERTIFY I am not a relative or
15  employee or attorney or counsel of any of the parties
16  hereto, nor a relative or employee of such attorney or
17  counsel, nor do I have any interest in the outcome or
18  events of this action.
19             IN WITNESS WHEREOF, I have hereunto affixed
20  my official seal and signature this 20th day of
21  August, 2008, at Goodlettsville, Sumner County,
22  Tennessee.
23                      _____
                        Deborah K. Watson, RPR
24                      Notary Public at Large
                        State of Tennessee
25                      My Commission Expires: 10/11/2008
```