# EXHIBIT 43

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to:

Haller v. AstraZeneca, LP, et al
[David Haller 6:07-cv-15733]

Miami, Florida

July 15, 2008

10:05 o'clock a.m.

- - - - - - - - - -

VIDEOTAPED DEPOSITION

OF

DAVID HALLER

- - - - - - - - - -

JOB NO: 944396
Reported By:
Ellen J. Fehr, RPR
Notary Public, State of Florida
Esquire Deposition Services
Fort Lauderdale Office
Phone 954-331-4400

110

**REDACTION** (lines 1–21)

22  Q  All right. Let -- let -- You told me what you
23  think of your medications. Let's look at what your
24  health care provider thought of your medications. We've
25  already gone over it, but apparently a reminder is

111

1   warranted.
2       It says: He has been doing remarkably well on
3   the current medication with no exacerbation of symptoms
4   since I started seeing him in 2005.
5       Did I read that right?
6   A  I don't even know where you're at.
7   Q  Second line, sir, we just read it.
8   A  Okay.
9   Q  Further down it says: He is more stable now
10  than he has been in several years.
11      Did I read that correctly?
12  A  Yes.
13  Q  He was strongly advised to remain on his
14  medication due to its effectiveness.
15      Did I read that correctly?
16  A  Yes.
17  Q  That's what Nicole Keene told you, correct?
18  A  Correct.
19  Q  And that's what she told you she thought your
20  medications were doing for you, correct? Correct, sir?
21  A  Correct.
22  Q  All right. Let's jump back.
23      You -- You've told me a number of different
24  things about the conversation that you had with Nicole
25  Keene about the lawyers telling you you needed to get

112

1   off Seroquel if you wanted to win a settlement, and I
2   just want to make sure I have them straight.
3       It's your testimony that you were exaggerating
4   to Nicole Keene and that the lawyer just told you it
5   might help your case if you tried to get off Seroquel,
6   is that right?
7   A  Correct.
8   Q  And that's your sworn deposition testimony --
9   A  Yes.
10  Q  -- is that correct?
11      You really didn't say you had no chance of
12  getting a settlement, but that it would help your case
13  if you stopped taking Seroquel, correct?
14  A  Yes.
15  Q  And he told you that it would hurt your case
16  if you stayed on Seroquel, correct?
17  A  Yes.
18  Q  And which lawyer told you that?
19  A  I don't know. I don't remember.
20  Q  I want you to look at the camera.
21  A  I do not know who the attorney was, and if I
22  did know the attorney's name, I could not remember today
23  because it was so long ago we talked about -- We're
24  talking about 2007 of November.
25      A lot of things go on in my days, so I don't

113

1   remember names or places of things all the time.
2   I don't recall.

29 (Pages 110 to 113)

```
 1                CERTIFICATE OF OATH
 2
 3     STATE OF FLORIDA   )
                         ) SS.
 4     COUNTY OF BROWARD  )
 5
 6        I, the undersigned authority, certify
 7     that DAVID HALLER personally appeared
 8     before me and was duly sworn.
 9
10        WITNESS my hand and official seal this
11     24th day of July 2008.
12
13
14
15
16
17
18
              _____
19            ELLEN J. FEHR, CSR, RPR, Notary
              Public - State of Florida at Large.
20            My Commission No. DD738209
              Expires:  1/11/2012
21
22
23
24
25
```

128

```
 1              CERTIFICATE
 2     STATE OF FLORIDA  )
                         ) SS.
 3     COUNTY OF BROWARD )
 4         I, ELLEN J. FEHR, RPR, do hereby certify that
       pursuant to Notice of Taking Deposition in the
 5     above-styled cause, that I was authorized to and did
       stenographically report the foregoing deposition as
 6     hereinabove shown, and the testimony of said witness was
       reduced to computer transcription under my personal
 7     supervision.
 8         I further certify that the said deposition was
       taken at the time and place specified hereinabove, and
 9     that I am neither of counsel nor solicitor to either of
       the parties in said suit nor interested in the event of
10     the cause.
11         I further certify that I have delivered the
       original copy of said deposition to Robert Barringer,
12     Esquire, to be retained by him pending further order of
       the court.
13
           WITNESS my hand and official seal in the City of
14     Fort Lauderdale, County of Broward, State of Florida,
       this 24th day of July, 2008.
15
16
17
18
19
       _____
20     ELLEN J. FEHR, RPR.
21
22
23
24
25
```