**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

**This document relates to:**

PAUL FOX v. ASTRAZENECA PHARMS. LP and ASTRAZENECA LP
MDL Case No. 6:08-cv-491-Orl-22DAB

GERALD GITSCHIER v. ASTRAZENECA PHARMS. LP, ET AL.
MDL Case No. 6:08-cv-521-Orl-22DAB

MARGARET KOKOTAN v. ASTRAZENECA PHARMS. LP and ASTRAZENECA LP
MDL Case No. 6:08-cv-809-Orl-22DAB

CATHERINE SETZER v. ASTRAZENECA PHARMS. LP and ASTRAZENECA LP
MDL Case No. 6:08-cv-910-Orl-22DAB

TOMMY STATEN and ALICE STATEN v. ASTRAZENECA PHARMS. LP, ET AL.
MDL Case No. 6:08-cv-939-Orl-22DAB

_____

**ORDER**

This cause comes before the Court for consideration of AstraZeneca's Motion to Dismiss Cases of Plaintiffs Who Have Failed to Serve Verified Plaintiff Fact Sheets and Records Authorizations (Doc. 1101), filed October 16, 2008, to which Plaintiffs did not respond. Having considered the motion and memorandum, the Court **ORDERS** as follows:

1. The Motion to Dismiss (Doc. 1101) is **GRANTED**.

2. All claims of Plaintiffs in the above-captioned cases are **DISMISSED WITHOUT**

**PREJUDICE** for failure to timely serve upon Defendants verified Plaintiff Fact Sheets and records authorizations.

3. The Clerk is directed to terminate any pending motions in the above-captioned cases.

4. No later than **80 days** from the date of this Order, Plaintiffs may file a motion to reinstate their claims provided they have served Defendants with a verified Plaintiff Fact Sheet and records authorizations. Plaintiffs shall attach to the motion a certification that AstraZeneca has been provided with all requested documents and shall also attach documentation of receipt of those documents. If Plaintiffs fail to properly move for reinstatement within the established time limit, their cases shall be dismissed with prejudice and closed without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 3, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge