UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:
Seroquel Products Liability Litigation,

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker<br>United States<br>Magistrate Judge | DATE AND TIME | November 5, 2008<br>10:30-11:05 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | |
| Special Master | not present | | |
| 3rd Parties | Brian J. McCormick | | |
| COUNSEL/PLTF. | Larry Roth<br>Paul Pennock<br>Ellen Relkin<br>D. Renee Baggett<br>Camp Bailey<br>Kenneth Bailey<br>Jonathan Sedgh<br>Lori Siler<br>Moya Leger<br>Holly Gibson<br>David Dickens<br>Chris Kirchmer | COUNSEL/DEF. | Chris Coutroulis<br>Stephen J. McConnell<br>Robert Ciotti |

**MOTION HEARING**
Telephone Conference Call

Case called, appearances taken
Procedural setting by court
Court addresses motions and case scheduling
Plaintiff responds
Defense responds