UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to ALL CASES

JOINT STATUS REPORT, AGENDA, AND
MOTION TO ALLOW ELECTRONIC EQUIPMENT

November 12, 2008 Status Conference

The MDL Plaintiffs and Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca"), by and through their counsel, respectfully submit this Joint Status Report, Agenda, and Motion to Allow Electronic Equipment at the November 12, 2008 Status Conference.

I.   STATUS REPORT

As of November 5, 2008, AstraZeneca was defending approximately 8,995 served or answered Seroquel cases, with a total of 14,961 plaintiff groups, pending in federal and state courts. Approximately 65 additional cases with 66 plaintiff groups have been filed but not yet served on AstraZeneca. The federal/state breakdown of served cases and plaintiffs is as follows:

|  | Number of Cases | Number of Plaintiffs |
|---|---|---|
| **Federal** | 5,854 | 5,858 |
| **State** | 3,141 | 9,103 |

-2-

Of the Seroquel cases in federal court, approximately 5,827 are currently in this MDL. An additional 27 cases with 31 plaintiffs have been or will be tagged for transfer to this MDL. Approximately 1,701 MDL cases have been dismissed thus far – 450 by stipulation and 1,251 by motion and Court Order.

## II.  MOTIONS

The following motions, all of which relate to the Florida Trial Pool "Group One" Cases, are pending before the Court. Plaintiffs' Responses to these motions are due on November 24, 2008.

    A.  *Daubert* Motions.

        1.  AstraZeneca's Motion to Exclude General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses (Doc. Nos. 1112, 1114-20).

        2.  AstraZeneca's Motion and Supporting Memorandum of Law to Exclude Non-Causation Expert Testimony Under Federal Rules of Evidence 702, 401 and 403 (Doc. Nos. 1121-22, 1124, 1127-28).

        3.  AstraZeneca's Motion to Exclude the Specific Causation Testimony of Plaintiffs' Case-Specific Causation Witnesses (filed under seal).

        4.  AstraZeneca's Motion and Supporting Memorandum Under *Daubert* and Federal Rules of Evidence 702, 401 and 403 to Exclude or Limit the Testimony of Paul Deutsch and Frederick Raffa (filed under seal).

B. Dispositive Motions.

1. Omnibus Legal Memorandum in Support of AstraZeneca's Summary Judgment Motions in the Florida Trial Pool "Group One" Cases (Doc. Nos. 1113, 1125-26, 1129-31).

2. AstraZeneca's Motion for Summary Judgment against David Haller, Case No. 6:07-cv-15733 (filed under seal).

3. AstraZeneca's Motion for Summary Judgment against Linda Whittington, Case No. 6:07-cv-10475 (filed under seal).

4. AstraZeneca's Motion for Summary Judgment against Connie Curley, Case No. 6:07-cv-15701 (filed under seal).

5. AstraZeneca's Motion for Summary Judgment against Linda Guinn, Case No. 6:07-cv-10291 (filed under seal).

6. AstraZeneca's Motion for Summary Judgment against Eileen McAlexander, Case No. 6:07-cv-10360 (filed under seal).

7. AstraZeneca's Motion for Summary Judgment against Richard Unger, Case No. 6:07-cv-15812 (filed under seal).

8. AstraZeneca's Motion for Summary Judgment against Janice Burns, Case No. 6:07-cv-15959 (filed under seal).

## III. AGENDA

The Parties have been and currently are involved in lengthy discussions in an attempt to resolve the issues set forth below. If the Parties are able to resolve these issues, they will

notify the Court and may request a continuance of the November 12 Status Conference until December.

      **A.**    **Plaintiffs would like to discuss the following issues:**

          1.    AstraZeneca's recent production of documents for a potential trial witness identified in October 2008.

          2.    Update on AstraZeneca's document production.

      **B.**    **AstraZeneca would like to discuss the following issue:**  Dealing with MDL cases in which no, or only limited, case-specific discovery has been taken.

## IV.    MOTION TO ALLOW ELECTRONIC EQUIPMENT

Counsel for the MDL Plaintiffs and for AstraZeneca, pursuant to M.D. Fla. Local Rule 4.11(b), hereby seek Court approval for their use of electronic equipment at the November 12 Conference, and as grounds therefore would show as follows:

      A.    The following plaintiffs' counsel and non-counsel seek to utilize BlackBerry email devices, cell phones without camera capabilities, and laptop computers to facilitate communication with their offices regarding discovery issues and access to their calendars for scheduling purposes during the status conference.

          1.    Paul Pennock (BlackBerry, cell phone);

          2.    Jonathan Sedgh (BlackBerry, cell phone);

          3.    Scott Allen (Blackberry, cell phone);

          4.    Larry Roth (Blackberry, cell phone);

          5.    Ed Blizzard (Blackberry, cell phone);

      6.    Camp Bailey (BlackBerry, cell phone, laptop computer); and

      7.    Fletch Trammell (BlackBerry, cell phone, laptop computer).

B.    The following counsel and non-counsel for AstraZeneca seek to utilize BlackBerry email devices and cell phones without camera capabilities to facilitate the scheduling of subsequent hearings and conferences in the above-captioned matter and to allow counsel to obtain information responsive to issues that may arise during the conference. Counsel for AstraZeneca also seek to utilize PowerPoint® electronic equipment at the hearing.

      1.    Mariam Koohdary (cell phone, BlackBerry);

      2.    Robert L. Ciotti (cell phone, BlackBerry, laptop computer);

      3.    Chris S. Coutroulis (cell phone, BlackBerry);

      4.    Fred T. Magaziner (cell phone, BlackBerry, laptop computer);

      5.    Stephen J. McConnell (cell phone, BlackBerry, laptop computer);

      6.    Robert W. Pass (cell phone, BlackBerry);

      7.    A. Elizabeth Balakhani (cell phone, BlackBerry, laptop computer); and

      8.    Shane Prince (cell phone, BlackBerry, laptop computer).

C.    Counsel and non-counsel for the Parties represent, pursuant to M.D. Fla. Local Rule 4.11(b), that these devices will be switched to "silent activation mode" while in the courtroom.

-6-

Respectfully submitted on this the 7th day of November, 2008,

| | |
|---|---|
| /s/ Paul Pennock<br>Paul Pennock<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5504<br>Ppennock@weitzlux.com<br><br>Camp Bailey<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7232<br>cbailey@bpblaw.com<br><br>*Co-Lead Counsel for Plaintiffs* | /s/ Fred T. Magaziner<br>Fred T. Magaziner<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA  19103<br>Telephone: (215) 994-4000<br>Facsimile: (215) 994-2222<br>fred.magaziner@dechert.com<br><br>*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP* |

-7-

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the 7th of November, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, through which all participating parties are deemed served. I further certify that, by using the CM/ECF, the foregoing has been served on Plaintiffs' Liaison Counsel, who is charged with serving non-CM/ECF participants on the attached Service List.

                                                                          /s/ Shane T. Prince

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>***Attorney for Defendant Dr. Asif Habib*** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com | |