**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:

Seroquel Products Liability Litigation,

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker<br>United States<br>Magistrate Judge | DATE AND TIME | November 12, 2008<br>10:00-11:00 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Sandy Tremel |
| Special Master | Orran Brown | | |
| COUNSEL/PLTF. | Paul Pennock<br>Jonathan Sedgh<br>Larry Gornack<br>Dennis Canty<br>Camp Bailey<br>Ken Bailey<br>Lori Siler<br>Monya Leger<br>Holly Gibson<br>Scott Allen<br>Renee Baggett<br>Chris Kirchmer | COUNSEL/DEF. | Stephen McConnell<br>Fred Magaziner<br>Gary Feinerman<br>Robert Cioti<br>Colleen Kenney<br>Liz Balaconi |

**STATUS CONFERENCE**

Case called, appearances taken
Procedural setting by court
Plaintiff counsel Scott Allen addresses pending issues
Defense counsel Steve McConnell responds
Defense counsel Fred Magaziner comments on previous remarks
Court makes rulings and will issue order