# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

_____/

**Case No.  6:06-md-1769-Orl-22DAB**

## ORDER

This cause came on for consideration with oral argument on issues raised at the status conference on November 12, 2008.  It is **ORDERED** as follows:

1.  AstraZeneca is **ORDERED** to produce all documents generated by, or to, or in the custody of Dr. Rok pertinent to any issues raised in its *Daubert* Motions or his anticipated trial testimony and generated through September 30, 2008.

2.  It is further **ORDERED** that Plaintiffs are granted leave to supplement their responses to AstraZeneca's *Daubert* motions with materials produced (including the deposition) related to Dr. Rok by **5:00 p.m. on November 28, 2008 by electronic filing.**

3.  It is further **ORDERED** that AstraZeneca must produce immediately all documents related to any submissions to the FDA that relate to Seroquel, including correspondence related to the submissions, up to October 31, 2008 by **5:00 p.m. on November 21, 2008**.  With regard to its duty to produce other documents generated after December 31, 2007, the parties will continue to meet and confer and if they cannot reach agreement, they are **DIRECTED** to expeditiously file a motion for a status conference.

**DONE** and **ORDERED** in Orlando, Florida on November 12, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record