A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Nov 05, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 20, 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION    MDL No. 1769

FILED
November 5, 2008
Date _____ Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-73)**

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 641 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 05, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION                    MDL No. 1769

## SCHEDULE CTO-73 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

ARIZONA
   AZ  2  08-1782           Neal Green, et al. v. AstraZeneca Pharmaceuticals, LP, et al.

CALIFORNIA EASTERN
   CAE  2  08-2127          Charles Bell v. AstraZeneca Pharmaceuticals, LP, et al.
   CAE  2  08-2128          Pearl Johnson v. AstraZeneca Pharmaceuticals, LP, et al.
   CAE  2  08-2129          Douglas LaBeff v. AstraZeneca Pharmaceuticals, LP, et al.

MINNESOTA
   MN  0  08-5166           Jeanine Nobles v. AstraZeneca Pharmaceuticals, LP, et al.
   MN  0  08-5167           Gaylene Kay Kobel v. AstraZeneca Pharmaceuticals, LP, et al.

MISSOURI EASTERN
   MOE  4  08-1508          Karen Garibaldi v. AstraZeneca Pharmaceuticals, LP
   MOE  4  08-1512          Lynn Tripp v. AstraZeneca Pharmaceuticals, LP
   MOE  4  08-1515          Francis Chrostowski v. AstraZeneca Pharmaceuticals, LP
   MOE  4  08-1516          Angela Stewart v. AstraZeneca Pharmaceuticals, LP

PENNSYLVANIA EASTERN
   PAE  2  08-4787          Pennsylvania Employees Benefit Trust Fund v. AstraZeneca Pharmaceuticals, LP