# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

**This Document Relates to ALL CASES**
_____

---

# REPORT OF THE SPECIAL MASTER AND PROJECT MANAGEMENT OFFICE FOR CASE-SPECIFIC DISCOVERY

---

**REPORT NUMBER: 15**

**DATE: NOVEMBER 14, 2008**

# **CONTENTS**

**PAGE**

I. INTRODUCTION ................................................................................................... 1

II. GENERAL REPORT............................................................................................... 2

    A. Special Master Escrow Account Information ...................................... 2

    B. Case-Specific Discovery Program for Pre-December 2007 Case Designations .............................................................................. 3

    C. Actions by the PMO Relating to the Florida Discovery Pool............... 3

III. INITIAL TRIAL POOL CASES ............................................................................. 4

    A. General Report on Case-Specific Discovery in the Initial Pool Cases ................................................................................. 4

    B. The Status of Physician Depositions in the Initial Trial Pool Cases............................................................................................ 4

    C. The Status of Non-Physician Depositions in the Initial Trial Pool Cases......................................................................... 5

# I. INTRODUCTION

At the Status Conference on August 22, 2007, the Court directed the Special Master to submit a monthly report to the Court by the 15th of each month summarizing the activities of the Special Master and the Project Management Office. The Special Master has filed the following Reports:

| SPECIAL MASTER REPORTS | |
|---|---|
| **REPORT** | **DATE** |
| Report No. 1 | 9/14/08 |
| Report No. 2 | 10/15/07 |
| Report No. 3 | 11/13/07 |
| Report No. 4 and Supplemental Report | 12/14/07 12/18/07 |
| Report No. 5 | 1/15/08 |
| Report No. 6 | 2/15/08 |
| Report No. 7 | 3/14/08 |
| Report No. 8 | 4/15/08 |
| Report No. 9 | 5/15/08 |
| Report No. 10 | 6/16/08 |
| Report No. 11 | 7/15/08 |
| Report No. 12 | 8/15/08 |
| Report No. 13 | 9/15/08 |
| Report No. 14 | 10/15/08 |

The Special Master presents this Report No. 15 to update the Court and the Parties on events and progress since the previous Report.

## II.  GENERAL REPORT

    A.    **Special Master Escrow Account Information.**

The Special Master Escrow Account Summary Report (SQ300, attached as Exhibit 1) reflects that as of November 14, 2008, a total of $449,800 has been deposited into the original Special Master Escrow account since inception.  From that amount: $133,284 has been paid to compensate physicians deponents for deposition time; $18,639 has been paid to reimburse physicians for the cost of copying their Medical Records; $15,220 has been paid in shipping charges incurred by physicians in sending records to the PMO and/or by the PMO to send copy sets to the Parties; and $336 has been paid for bank fees.  Additionally, $281,800 was transferred to the "Seroquel Special Master Escrow II" account to be used for the payment depositions in Florida (as further described in the paragraph below).  The balance as of November 14, 2008, in the original Special Master Escrow account is $521.

Before January 11, 2008, in accordance with the agreement of the Parties, all requests by the Special Master for funds to be deposited into the Special Master Escrow account were divided on a 60/40 basis between the Defendants and Plaintiffs.  On January 11, 2008, the parties agreed that all expenses associated with the depositions to be scheduled in Florida will be apportioned on a 50/50 basis, while any remaining non-Florida depositions will still follow the 60/40 split.  To pay and track those expenses associated with the Florida depositions, the PMO opened a second Special Master account called "Seroquel Special Master Escrow II."  The Special Master Escrow II Account Summary Report (SQ300A, attached as Exhibit 2) reflects that as of

November 14, 2008, $281,800 has been transferred into this account from the original Special Master Escrow Account. From that amount: $239,090 has been paid to compensate physicians for deposition time; and $25,006 has been paid to reimburse physicians for the cost of copying their Medical Records; $17,275 has been paid in shipping charges incurred by physicians in sending records to the PMO and/or by the PMO to send copy sets to the Parties. The balance as of November 14, 2008, in the Special Master Escrow II account is $429.00.

The Special Master Escrow Account Physician Payment Details Reports (SQ301 and SQ301A) are available on-line at https://www.browngreer.com/seroquel. They provide details of each payment made to each physician, the reason for the payment, and the case to which the payment is related.

### B. Case-Specific Discovery Program for Pre-December 2007 Case Designations.

The report attached as Exhibit 3 (SQ108) reflects the status of this discovery. The PMO is not working to schedule the remaining 40 depositions for Pre-December 2007 cases.

### C. Actions by the PMO Relating to the Florida Discovery Pool.

The PMO concluded its scheduling of the depositions of prescribing and treating physicians in the Florida Discovery Pool cases on May 30, 2008. The report attached as Exhibit 4 (SQ105) describes the work of the PMO in scheduling physician depositions for the Florida Discovery Pool.

## III.  INITIAL TRIAL POOL CASES

A. **General Report on Case-Specific Discovery in the Initial Pool Cases.**

The report attached as Exhibit 5 (SQ106) describes the progress of the PMO to date in scheduling physician depositions in the Florida Initial Trial Pool.

B. **The Status of Physician Depositions in the Initial Trial Pool Cases.**

In Paragraph 2 of its Order of August 29, 2008 (Document 1071), the Court permitted the PMO to schedule depositions in the Initial Trial Pool cases until September 30, 2008.  Of all the Initial Trial Pool cases, 12 are Group One cases picked to be the first to be set for trial.  We successfully finalized all of the physicians in the Group One trial cases September.

Table 1 below shows us that we have two physicians left in other Initial Trial Pool cases whose depositions need to be scheduled or re-scheduled:

| Table 1 | Status of Physician Depositions Scheduling for Initial Trial Pool Cases (As of 11/14/08) | |
|---|---|---|
| Row | Status | Number of Depositions |
| 1. | Scheduled | 124 |
| 2. | Currently Unable to Schedule | 0 |
| 3. | Not Yet Scheduled | 2 |
| 4. | TOTAL | 126 |

Scheduling efforts for the remaining two physicians have been significantly delayed because of the initial denial of requests for depositions by the Office of Veteran's Affairs, and by requests from these offices for additional information.  The Parties have been assisting the PMO in providing such additional material to these agencies in an

4

effort to convince them that the deposition is warranted. The Parties and the Special Master are trying to secure the cooperation of the Assistant United States Attorneys who handle objections to depositions of employees of the Office of Veteran's Affairs.

### C. The Status of Non-Physician Depositions in the Initial Trial Pool Cases.

The Parties have concluded their scheduling of depositions for all but two of the non-physician deponents in the Initial Trial Pool (Mark McDaniel and Dorian Cuyler). McDaniel has been difficult to contact and Mr. Cuyler's deposition has to be rescheduled after Tropical Storm Fay. The Parties continue to work on these two depositions.

The Parties ceased efforts to schedule 15 other third-party witnesses in the Initial Trial Pool cases and have agreed that if any of these witnesses are called to appear at trial, the witness will be made available for a deposition prior to the appearance at trial, regardless of the close of the discovery period. Table 3 contains additional information about the non-physician witnesses who have not been deposed:

| Table 3 | Unscheduled Non-Physician Deponents Initial Trial Pool Cases (As of 11/14/08) | | | | |
|---|---|---|---|---|---|
| Row | Plaintiff | Row | Last Name | First Name | Relationship |
| 1. | Batalla, Tomasa A. | 1. | Hevel | Jeanette | Other |
| 2. | Burns, Janice | 2. | Shelton | Troy Alan | Son-in-Law |
| 3. | Carter, Sandra | 3. | Carter | Debbie | Other |
| 4. | Cuyler, Dorian | 4. | Cuyler | Dorian | Plaintiff |
| 5. | Guinn, Linda | 5. | Hartwell | Patricia | Other |
| 6. | Lamica, Terry L. | 6. | Hardin | Glenda | Other |
| 7. | McDaniel, Kimberly | 7. | McDaniel | Mark | Other |
| | | 8. | Wakeland | Diane | Parent |
| | | 9. | White | Gayle | Other |

5

| Table 3 | Unscheduled Non-Physician Deponents<br>Initial Trial Pool Cases<br>(As of 11/14/08) | | | | |
|---|---|---|---|---|---|
| Row | Plaintiff | Row | Last Name | First Name | Relationship |
| 8. | **Miqueli, Barbara** | 10. | Lima | Susie | Other |
|  |  | 11. | Miqueli | Robert | Other |
| 9. | **Schapiro, Michael** | 12. | Schapiro | Leslie | Other |
| 10. | **Thomas, Leslie D.** | 13. | Thomas | Doreen | Other |
|  |  | 14. | Thomas | Mary | Other |
| 11. | **Unger, Richard** | 15. | Rogers | Douglas | Parent |
|  |  | 16. | Unger | Elizabeth | Other |
| 12. | **Whittington, Linda** | 17. | Hamrick | Jeanette | Parent |

D.  **Weekly Status Conferences.**

With the case-specific discovery in the Initial Trial Pool cases essentially concluded, the Special Master and the Parties have discontinued their practice of holding weekly telephone conferences. We now arrange such conferences only on an as-needed basis.

        Respectfully submitted,

        BROWNGREER PLC

By:    **s/ Orran L. Brown**
        Orran L. Brown
        Virginia State Bar No. 25832
        BrownGreer PLC
        115 South 15th Street, Suite 400
        Richmond, Virginia 23219
        Telephone: (804) 521-7201
        Facsimile: (804) 521-7299
        Email: obrown@browngreer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I have served a copy of the forgoing on Plaintiffs' Liaison Counsel, Larry Roth, Esquire, and Defendants' Liaison Counsel, Marjorie Shiekman, Esquire, pursuant to CMO No. 1.

        **s/ Orran L. Brown**
        Orran L. Brown
        Virginia State Bar No. 25832
        BrownGreer PLC
        115 South 15th Street, Suite 400
        Richmond, Virginia  23219
        Telephone:  (804) 521-7201
        Facsimile:  (804) 521-7299
        Email:  obrown@browngreer.com

## SERVICE LIST

### In Re: Seroquel Products Liability Litigation
### MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>*Plaintiffs' Lead Counsel* |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

1

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>***Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP*** | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>***Pro Se*** |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>***Pro Se*** | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>***Pro Se*** |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Heidi E. Hilgendorff, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>Heidi.Hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>**Attorney for Defendant Dr. Asif Habib** | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin, Kreis & Overholtz<br>803 N. Palafox St.<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |

| | |
|---|---|
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | |

4