*Confidential Information*

| SQ300A | Seroquel PMO:<br>Special Master Escrow II Account Summary<br>(As of 11/14/08) | |
|---|---|---|
| | **Description** | **Available Funds** |
| 1. | Deposits | $281,800.00 |
| 2. | Physician Fee Payments | ($239,090.00) |
| 3. | Physician Costs for Medical Records | ($25,006.24) |
| 4. | Federal Express Expenses | ($17,274.55) |
| 5. | Bank Fees | ($0.00) |
| 6. | **Ending Balance   (11/14/08)** | **$429.21** |