*Confidential Information*

| | Status | Status Detail | |
|---|---|---|---|
| **SQ106** | | **Seroquel PMO:**<br>**Physician Depositions Scheduling Report**<br>**for Florida Initial Trial Pool**<br>**(As of 11/14/08)** | |
| 1. | Scheduled/<br>Concluded | Scheduled by Parties | 0 |
| 2. | | Scheduled/Rescheduled | 124 |
| 3. | | **Scheduled/Concluded Total** | **124** |
| 4. | Scheduled/<br>Pending | Scheduled/Rescheduled | 0 |
| 5. | | **Scheduled/Pending Total** | **0** |
| 6. | Currently Unable<br>to Schedule | Hold Scheduling Efforts for Directions from Parties | 0 |
| 7. | | Unable to Locate Physician | 0 |
| 8. | | Physician Deceased | 0 |
| 9. | | **Currently Unable to Schedule Total** | **0** |
| 10. | Not Yet<br>Scheduled | 48-Hour Packet Sent | 0 |
| 11. | | Contact Made/Awaiting Date from Physician | 0 |
| 12. | | Fees/Other Questions Delaying Scheduling | 2 |
| 13. | | Designation Received by PMO | 0 |
| 14. | | Messages Left for Return Call | 0 |
| 15. | | **Not Yet Scheduled Total** | **2** |
| 16. | | **Grand Total** | **126** |

**EXHIBIT 5**

11/14/08     **BROWNGREER PLC**     Page 1 of 1