A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Nov 13, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Nov 13, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
November 13, 2008
Date                                Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN RE: SEROQUEL PRODUCTS
LIABILITY LITIGATION
Pennsylvania Employees Benefit Trust Fund v. )
    AstraZeneca Pharmaceuticals, LP,           )  MDL No. 1769
    E.D. Pennsylvania, C.A. No. 2:08-4787      )

## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

On October 20, 2008, the Panel filed in this docket a conditional transfer order pertaining to, *inter alia*, this action (*Pennsylvania Employees Benefit Trust Fund*). In the absence of any known opposition to the proposed transfer of *Pennsylvania Employees Benefit Trust Fund*, the stay of transmittal with regard to *Pennsylvania Employees Benefit Trust Fund* was lifted on November 5, 2008, and the action was transferred to the Middle District of Florida. Subsequently, on November 7, 2008, the Panel received correspondence and a notice of opposition from plaintiffs' counsel in *Pennsylvania Employees Benefit Trust Fund*. Plaintiffs state that their failure to submit a timely notice of opposition resulted from a delay in receiving notice of the Panel's conditional transfer order. The Panel will construe plaintiffs' letter as a request to reinstate the conditional transfer order. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in *Pennsylvania Employees Benefit Trust Fund* in order to permit plaintiffs to pursue their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-73" filed on October 20, 2008, is REINSTATED. Plaintiffs' notice of opposition is deemed filed as of November 13, 2008. In accordance with Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), plaintiffs shall file the required motion and supporting brief to vacate the conditional transfer order on or before December 1, 2008.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

SCANNED