**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:
All Cases

## MOTION FOR SUBSTITUTION OF COUNSEL

Counsel for plaintiffs listed in Exhibit 1 hereby move to substitute Seth S. Webb as attorney of record for John J. Driscoll.  John J. Driscoll is no longer an employee of Brown & Crouppen, P.C.  All future pleadings, discovery, notices, communications and correspondence, etc. should be directed to Seth S. Webb at Brown & Crouppen P.C., 720 Olive Street, Ste 1800, St. Louis, MO 63101.

Dated:  11/19/2008                          Respectfully submitted,

                                     /s/  SETH S. WEBB
                                     Seth S. Webb
                                     Brown & Crouppen, P.C.
                                     720 Olive Street, #1800
                                     St. Louis, MO 63101
                                     Ph: (314) 421-0216
                                     Fax: (314) 421-3395
                                     swebb@brownandcrouppen.com
                                     **ATTORNEY FOR PLAINTIFF**

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2008 the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, through which all participating parties are deemed served.

BROWN & CROUPPEN, P.C.

s/ Seth S. Webb
SETH S. WEBB
720 Olive Street
Suite 1800
St. Louis, Missouri  63101
314-421-0216
314-421-0359 facsimile

*ATTORNEY FOR PLAINTIFF*