| | |
|---|---|
| 6:06-cv-00965-ACC-DAB | Sanders v. Astrazenaca Pharmaceuticals, LP |
| 6:06-cv-00971-ACC-DAB | Price v. Astrazenaca Pharmaceuticals, LP |
| 6:06-cv-00978-ACC-DAB | Palmer v. Astrazenaca Pharmaceuticals, LP |
| 6:06-cv-00981-ACC-DAB | Wilken v. Astrazenaca Pharmaceuticals, LP |
| 6:06-cv-00988-ACC-DAB | Crawford v. Astrazeneca Pharmaceuticals, L.P. |
| 6:06-cv-00990-ACC-DAB | Nelson v. Astrazeneca Pharmaceuticals, L.P. |
| 6:06-cv-00997-ACC-DAB | Fowler v. Astrazenaca Pharmaceuticals, LP |
| 6:06-cv-01004-ACC-DAB | Soucy v. Astrazenaca Pharmaceuticals, LP |
| 6:06-cv-01007-ACC-DAB | Williams v. Astrazenaca Pharmaceuticals, LP |
| 6:06-cv-01010-ACC-DAB | Bjorn, et al. v. Astrazenaca Pharmaceuticals, LP |
| 6:06-cv-01015-ACC-DAB | Ciaramitaro, et al. v. Astrazenaca Pharmaceuticals, LP |
| 6:06-cv-01136-ACC-DAB | Schuenemeyer v. Astrazenaca Pharmaceuticals, LP |
| 6:07-cv-00510-ACC-DAB | Martin v. Astrazeneca Pharmaceuticals, LP |
| 6:07-cv-00511-ACC-DAB | Tretton v. Astrazeneca Pharmaceuticals LP |
| 6:07-cv-00996-ACC-DAB | White v. Astrazeneca Pharmaceuticals LP |
| 6:07-cv-00997-ACC-DAB | Boyer v. Astrazeneca Pharmaceuticals LP |
| 6:07-cv-01456-ACC-DAB | Hendrix v. Astrazeneca Pharmaceuticals LP |
| 6:07-cv-01457-ACC-DAB | Keim v. Astrazeneca Pharmaceuticals LP |
| 6:07-cv-01458-ACC-DAB | Carrow v. Astrazeneca Pharmaceuticals LP |
| 6:07-cv-10000-ACC-DAB | Osborne v. Astrazenaca Pharmaceuticals, LP |
| 6:07-cv-10002-ACC-DAB | Williams v. Astrazenaca Pharmaceuticals, LP |
| 6:08-cv-00355-ACC-DAB | Denny v. Astrazeneca Pharmaceuticals, LP |
| 6:08-cv-00356-ACC-DAB | Manigo v. Astrazeneca Pharmaceuticals LP |
| 6:08-cv-00357-ACC-DAB | Walker v. Astrazeneca Pharmaceuticals, LP |
| 6:08-cv-00358-ACC-DAB | Frierdich v. Astrazeneca Pharmaceuticals LP |
| 6:08-cv-00359-ACC-DAB | Harris v. Astrazeneca Pharmaceuticals, LP |
| 6:08-cv-00850-ACC-DAB | Lewis v. Astrazeneca Pharmaceuticals, LP et al |
| 6:08-cv-00851-ACC-DAB | Landry v. Astrazeneca Pharmaceuticals, LP et al |
| 6:08-cv-00852-ACC-DAB | Hubbard v. Astrazeneca Pharmaceuticals, LP et al |
| 6:08-cv-00912-ACC-DAB | Reed v. Astrazeneca Pharmaceuticals, LP et al |
| 6:08-cv-00913-ACC-DAB | Perry v. Astrazeneca Pharmaceuticals, LP et al |
| 6:08-cv-01222-ACC-DAB | Cannon v. Astrazeneca Pharmaceuticals, LP |
| 6:08-cv-01223-ACC-DAB | Cook v. Astrazeneca Pharmaceuticals, LP |
| 6:08-cv-01224-ACC-DAB | Penrose v. Astrazeneca Pharmaceuticals, LP |
| 6:08-cv-01225-ACC-DAB | Poke v. Astrazeneca Pharmaceuticals, LP |
| 6:08-cv-01226-ACC-DAB | S. v. Astrazeneca Pharmaceuticals, LP |
| 6:08-cv-01423-ACC-DAB | Miller v. Astrazeneca Pharmaceuticals, LP |
| 6:08-cv-01424-ACC-DAB | Geers v. Astrazeneca Pharmaceuticals, LP |
| 6:08-cv-01425-ACC-DAB | Mercurio v. Astrazeneca Pharmaceuticals, LP |
| 6:08-cv-01426-ACC-DAB | Mitchell v. Astrazeneca Pharmaceuticals, LP |
| 6:08-cv-01427-ACC-DAB | Muellersman v. Astrazeneca Pharmaceuticals, LP |
| 6:08-cv-01428-ACC-DAB | Williams v. Astrazeneca Pharmaceuticals, LP |
| 6:08-cv-01709-ACC-DAB | B.T. v. Astrazeneca Pharmaceuticals, LP |
| 6:08-cv-01710-ACC-DAB | Boyer v. Astrazeneca Pharmaceuticals, LP |
| 6:08-cv-01711-ACC-DAB | Reiter v. Astrazeneca Pharmaceuticals, LP |
| 6:08-cv-01795-ACC-DAB | Trendle v. Astrazeneca Pharmaceuticals, LP |
| 6:08-cv-01796-ACC-DAB | G. v. Astrazeneca Pharmaceuticals, LP |
| 6:08-cv-01923-ACC-DAB | Garibaldi v. Astrazeneca Pharmaceuticals LP |
| 6:08-cv-01924-ACC-DAB | Tripp v. Astrazeneca Pharmaceuticals LP |
| 6:08-cv-01925-ACC-DAB | Chrostowski v. Astrazeneca Pharmaceuticals LP |
| 6:08-cv-01926-ACC-DAB | Stewart v. Astrazeneca Pharmaceuticals LP |