# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability
Litigation**

**Case No.  6:06-md-1769-Orl-22DAB**

**This document relates to:**

**CHARETTA ANGELLE v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-1033-Orl-22DAB**

**COREY BAKER v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-16779-Orl-22DAB**

**ROBERT A. BRYANT v. ASTRAZENECA PHARMS. LP**
**MDL Case No. 6:07-cv-16787-Orl-22DAB**

**EARL FRANCIS CARRIVEAU v. ASTRAZENECA LP**
**MDL Case No. 6:07-cv-661-Orl-22DAB**

**LORETTA COX v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-16781-Orl-22DAB**

**WANDA GREENE v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-16780-Orl-22DAB**

**SHIRLEY LANCE v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-10041-Orl-22DAB**

**RACHEL LECLAIR v. ASTRAZENECA PHARMS. LP**
**MDL Case No. 6:08-cv-16797-Orl-22DAB**

**LARRY PORTER v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-12773-Orl-22DAB**

**CAROLYN RICE v. ASTRAZENECA PHARMS. LP and ASTRAZENECA LP**
**MDL Case No. 6:07-cv-2048-Orl-22DAB**

**BILLY ROBICHAUX v. ASTRAZENECA LP, ET AL.**
**MDL Case No. 6:07-cv-1917-Orl-22DAB**

**STEVE STONE v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-16771-Orl-22DAB**

**DAWN WILLIAMS v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-16782-Orl-22DAB**

**MICHAEL WILSON v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-16783-Orl-22DAB**

_____

## ORDER

Upon review of the above-captioned cases, it is **ORDERED** as follows:

1.      Having failed to file a timely motion to reinstate their cases pursuant to this

Court's Order of August 26, 2008 (Doc. 1066), the claims of all Plaintiffs in the above-captioned

cases are hereby **DISMISSED WITH PREJUDICE**.

2.      The Clerk is instructed to **CLOSE** these cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 21, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge