**TO BE FILED UNDER SEAL**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This document relates to:

| | |
|---|---|
| Linda Guinn | 6:07-cv-10291 |
| Janice Burns | 6:07-cv-15959 |
| Richard Unger | 6:07-cv-15812 |
| Connie Curley | 6:07-cv-15701 |
| Linda Whittington | 6:07-cv-10475 |
| Eileen McAlexander | 6:07-cv-10360 |
| ~~Sandra Carter~~ | ~~6:07-cv-13234~~ |
| ~~Clemmie Middleton~~ | ~~6:07-cv-10949~~ |
| ~~Hope Lorditch~~ | ~~6:07-cv-12657~~ |
| David Haller | 6:07-cv-15733 |
| ~~Charles Ray~~ | ~~6:07-cv-11102~~ |
| ~~William Sarmiento~~ | ~~6:07-cv-10425~~ |

**PLAINTIFFS' NOTICE OF FILING UNDER SEAL OF PLAINTIFFS' OPPOSITION TO ASTRAZENECA'S MOTION TO EXCLUDE THE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' GENERIC AND CASE-SPECIFIC WITNESSES**

Plaintiffs hereby give notice that it has today filed its Notice of Filing Under Seal of Plaintiffs' Memorandum Of Law In Opposition To Astrazeneca's Motion To Exclude The General Causation Testimony Of Plaintiffs' Generic And Case-Specific Witnesses with the Court, Notice of Filing and Exhibits annexed thereto, pending resolution of the confidentiality designation by the defendants.

Dated: November 24, 2008

                                          Respectfully submitted,

By: _____
       Ellen Relkin
       Paul Pennock
WEITZ & LUXENBERG, P.C
180 Maiden Lane, 17th Floor
New York, New York 10038
Telephone: (212) 558-5500
Facsimile: (212) 363-2721
E-Mail: PPennock@weitzlux.com

                -and-

BAILEY PERRIN & BAILEY
The Lyric Centre
440 Louisiana Street, Suite 2100
Houston, Texas 77002
Telephone: (713) 425-7100
Facsimile: (713) 425-7101

## CERTIFICATE OF SERVICE

    I hereby certify that, on November 24, 2008, I caused to be filed the foregoing with the Clerk of the Court via hand delivery. I further certify that counsel for defendants listed below were served via Federal Express:

Stephen J. McConnell
Dechert LLP
2929 Arch Street
Philadelphia, PA 19103

_____
Ellen Relkin