TO BE FILED UNDER SEAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This document relates to:

| | |
|---|---|
| Linda Guinn | 6:07-cv-10291 |
| Janice Burns | 6:07-cv-15959 |
| Richard Unger | 6:07-cv-1581 2 |
| Connie Curley | 6:07-cv-15701 |
| Linda Whittington | 6:07-cv-10475 |
| Eileen McAlexander | 6:07-cv-10360 |
| ~~Sandra Carter~~ | ~~6:07-cv-13234~~ |
| ~~Clemmie Middleton~~ | ~~6:07-cv-10949~~ |
| ~~Hope Lorditch~~ | ~~6:07-cv-12657~~ |
| David Haller | 6:07-cv-15733 |
| ~~Charles Ray~~ | ~~6:07-cv-11102~~ |
| ~~William Sarmiento~~ | ~~6:07-cv-10425~~ |

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OF LAW
(RELATED TO IHOR RAK) IN OPPOSITION TO ASTRAZENECA'S MOTION
TO EXCLUDE THE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS'
GENERIC AND CASE-SPECIFIC WITNESSES**

Plaintiffs hereby give notice that it has today filed its Notice of Filing Under Seal of Plaintiffs' Supplemental Memorandum Of Law (Related to Ihor Rak) In Opposition To Astrazeneca's Motion To Exclude The General Causation Testimony Of Plaintiffs' Generic And Case-Specific Witnesses with the Court, Notice of Filing and Exhibits annexed thereto, pending resolution of the confidentiality designation by the defendants.

Dated: November 26, 2008

Respectfully submitted,

By:_____
    Ellen Relkin
    Paul Pennock
WEITZ & LUXENBERG, P.C
180 Maiden Lane, 17th Floor
New York, New York  10038
Telephone:  (212) 558-5500
Facsimile:  (212) 363-2721
E-Mail:  PPennock@weitzlux.com

    -and-

BAILEY PERRIN & BAILEY
The Lyric Centre
440 Louisiana Street, Suite 2100
Houston, Texas  77002
Telephone: (713) 425-7100
Facsimile:  (713) 425-7101

CERTIFICATE OF SERVICE

      I hereby certify that, on November 26, 2008, I caused to be served via Federal Express over night the foregoing with the Clerk of the Court. I further certify that counsel for defendants listed below were served via Federal Express:

Stephen J. McConnell
Dechert LLP
2929 Arch Street
Philadelphia, PA 19103

                                                                        _____
                                                                           Ellen Relkin