A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Nov 21, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Nov 05, 2008**

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION        MDL No. 1769

FILED
November 21, 2008
Date        Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-75)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 641 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 21, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION          MDL No. 1769

## SCHEDULE CTO-75 - TAG-ALONG ACTIONS

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 2 08-6713 | Jeannine Dodds, etc. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAC 2 08-6717 | Carol Shipley v. AstraZeneca Pharmaceuticals, LP, et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 08-1889 | Christopher Linville v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAS 3 08-1890 | Jorge Rivera v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAS 3 08-1891 | Nick Lindner v. AstraZeneca Pharmaceuticals, LP, et al. |
| **DISTRICT OF COLUMBIA** | |
| DC 1 08-1770 | Carol Thomas v. AstraZeneca Pharmaceuticals, LP, et al. |
| **INDIANA SOUTHERN** | |
| INS 1 08-1347 | Linda A. Norton v. AstraZeneca Pharmaceuticals, LP, et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 08-768 | Rachel McCoy v. AstraZeneca Pharmaceuticals, LP, et al. |
| NCM 1 08-769 | Lori Anne Hoffmeister v. AstraZeneca Pharmaceuticals, LP, et al. |
| NCM 1 08-770 | John Bennett v. AstraZeneca, LP, et al. |
| NCM 1 08-771 | Bobbie Talley v. AstraZeneca Pharmaceuticals, LP, et al. |
| **TEXAS WESTERN** | |
| TXW 5 08-529 | Roberts, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |