**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation.**

Case No.  6:06-md-1769-Orl-22DAB

_____/

# ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment  into the George C. Young United States Courthouse for use in connection with a hearing in this case, it is **ORDERED** as follows:

1.	Kelly Bittick, Chris S. Coutroulis, Scott Elder, Mariam Koohdary, Luke Mette, Lucas Przymusinski, Jane Thorpe, David Venderbush, Steven Weisburd, Earl Austin, and Karl Reed are each allowed to bring one PDA or "Blackberry" email device and/or cell phone and each one laptop computer; and Karl Reed two laptops and computer switching device into **Courtroom 13A, Sam M. Gibbons U.S. Courthouse, 801 North Florida Ave., Tampa, FL 33602**, for use in the hearings before Chief Judge Anne C. Conway scheduled to begin at **10:00 A.M.** on **THURSDAY, DECEMBER 4, 2008** and continue at **8:00 A.M.** on  **FRIDAY, DECEMBER 5, 2008**.

2.	Paul Pennock, Ellen Relkin, Jonathan Sedgh, Beth Breslin, Yommy Chiu, Daniel Moadel, Chelsea Durgan, Colette Menaldino, Jayan Zaman, Larry Roth, Holly Gibson, Rick Laminack, Buffy Martines, Robert Cowan, Fletch Trammell, and Camp Bailey, are hereby each granted permission to bring a BlackBerry email device and/or cell phone and laptop; and Larry Roth extension cords and projector into **Courtroom 13A, Sam M. Gibbons U.S. Courthouse, 801 North Florida Ave., Tampa, FL 33602**, for use in the hearings before Chief Judge Anne C. Conway

scheduled to begin at **10:00 A.M.** on **THURSDAY, DECEMBER 4, 2008** and continue at **8:00 A.M.** on **FRIDAY, DECEMBER 5, 2008**.

    3. The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require those listed to present picture identification at the time of entry.

    4. The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

    **DONE** and **ORDERED** in Orlando, Florida on December 2, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers