UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products                          Case No. 6:06-md-1769-Orl-22DAB
            Liability Litigation

_____/

**PLAINTIFFS' RESPONSE TO
THE COURT'S INQUIRIES SET FORTH IN ITS ORDER OF DECEMBER 3, 2008,
PROPOSAL FOR LIVE EXPERT TESTIMONY, AND CERTIFICATION**

Plaintiffs file this Response respectfully with regard to the Court's earlier Order (Doc. No. 1173) setting forth the Court's concerns on the forthcoming motions argument/hearing. Plaintiffs apologize for the misunderstanding that this hearing would only comprise of oral arguments and not have live witness testimony.  We know the Defendants had the same misunderstanding and we believe one reason for the confusion was the Order of August 1, 2008 (Doc. No. 1059 attached herein as Exhibit A), which sets these dates down for both "*Daubert* and dispositive motions hearings for Group One cases,  if needed" and what we thought was a clarification of that Order on the telephonic hearing held on November 5, 2008 (attached herein as Exhibit B, pages 17-20). Plaintiffs are currently making every effort to produce Drs. Plunkett and Wirshing to testify on Thursday or Friday as the Court has indicated. At the moment of this filing, it appears that Dr. Wirshing will be available to testify on Friday. Arrangements for Dr. Plunkett are currently attempting to be arranged and it appears that we may be successful in that regard.

**LOCAL RULE 3.01 – MEET AND CONFER REQUIREMENT**

Prior to the filing of this Response we advised the Defendants that this would be filed electronically.

Respectfully submitted on this the 3rd day of December, 2008,

| | |
|---|---|
| /s/ Paul Pennock | /s/ Fred T. Magaziner |
| Paul Pennock | Fred T. Magaziner |
| Weitz & Luxenberg, P.C. | DECHERT LLP |
| 180 Maiden Lane - 17th Floor | 2929 Arch Street |
| New York, NY 10038 | Philadelphia, PA  19103 |
| Telephone: (212) 558-5504 | Telephone: (215) 994-4000 |
| Ppennock@weitzlux.com | Facsimile: (215) 994-2222 |
| | fred.magaziner@dechert.com |
| Camp Bailey | |
| Bailey Perrin Bailey LLP | *Counsel for AstraZeneca Pharmaceuticals LP* |
| The Lyric Centre | *and AstraZeneca LP* |
| 440 Louisiana, Suite 2100 | |
| Houston, TX 77002 | |
| Telephone: (713) 425-7232 | |
| cbailey@bpblaw.com | |

*Co-Lead Counsel for Plaintiffs*


Of Counsel:


  /s/ Larry M. Roth
Larry M. Roth
Florida Bar No. 208116
LAW OFFICE OF LARRY M. ROTH, P.A.
1615 Edgewater Drive, Suite 180 [32804]
Post Office Box 547637
Orlando,  Florida   32854-7637
Telephone:   407 - 872-2239
Facsimile:     407 - 872-6927
E-mail:          LROTH@roth-law.com

*Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 3rd day of December, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, through which all participating parties are deemed served.

                                  /s/ Larry M. Roth

                                  Larry M. Roth

## SERVICE LIST

*In Re: Seroquel Products Liabiilty Litigation*
**MDL Docket No. 6:06-md-1769-Orl-22DAB**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>Mpederson@weitzlux.com | K. Camp Bailey, Esq.<br>Fletcher Trammell, Esq.<br>Michael W. Perrin, Esq.<br>*Laurence Tien*<br>*Robert W. Cowan*<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>ftrammell@bpblaw.com |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>lroth@roth-law.com | *Kenneth T. Fibich*<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Benjamin A. Krass, Esq.<br>Law Offices of Matthew F.Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com<br>bkrass@pawalaw.com | John Driscoll, Esq.<br>Seth Webb, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |

| | |
|---|---|
| Matthew E. Lundy, Esq.<br>*Jason Matthew Hatfield*<br>Lundy & Davis, LLP<br>300 North College Ave. Suite 309<br>Fayetteville, AR 72701 479/527-3921<br>mlundy@lundydavis.com<br><br>*Matthew E. Lundy* Lundy & Davis, LLP 501 Broad St PO Box 3010 Lake Charles, LA 70601-3010 337/439-0707 337/439-1029 (fax)<br>mlundy@lundydavis.com | E. Ashley Cranford<br>*Mitchell M. Breit*<br>*Joe R. Whatley, Jr.*<br>Whatley Drake & Kallas, LLC<br>2001 Park Place North, Suite 1000<br>Birmingham, AL  35203<br>Telephone:  (205) 328-9576<br>ecf@whatleydrake.com<br>mbreit@whatleydrake.com |
| Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street<br>36th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone:  (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Attorney for Defendant, Marguerite Devon French*** |
| Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>PO Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone:  (318) 352-5999<br>robertsalim@cp-tel.net | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| *Bryan Frederick Aylstock*<br>*Renee Baggett*<br>*Daniel J. Thornburgh*<br>*Justin Graem Witkin*<br>Aylstock, Witkin, Kreis & Overholtz, PLLC | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |

| | |
|---|---|
| 803 N Palafox St Pensacola, FL 32501<br>850/202-1010 850/916-7449 (fax)<br>baylstock@awkolaw.com<br>rbaggett@awkolaw.com | |
| *Aaron C. Johnson* Summers & Johnson, PC Suite 401 105 E 5th St Kansas City, MO 64106 816/640-9940 816/386-9927 (fax)<br>aaron@summersandjohnson.com | Catherine Solomon<br>(current address unknown)<br>***Pro Se*** |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>***Pro Se*** |
| Thomas Campion, Esq.<br>Steven M. Selna<br>Heidi E. Hilgendorff, Esq.<br>*Andrew C. White* Drinker, Biddle & Reath, LLP 500 Campus Dr Florham Park, NJ 07932-1047 973/549-7354 973/360-9831 (fax)<br>andrew.white@dbr.comtcampion@dbr.com<br>steven.selna@dbr.com<br>heidi.hilgendorff@dbr.com<br>***Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>Post Office Box 22546<br>Jackson, MS 39225-2546<br>(601) 355-2022<br>betsy@law-inc.com |
| Michael Davis, Esq.<br>James Mizgala, Esq.<br>*Timothy E. Kapshandy*<br>Sidley, Austin, LLP<br>Bank One Plaza<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>***Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP*** | Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com<br>***Attorney for Defendant AstraZenca, PLC*** |

| | |
|---|---|
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>**Attorney for Defendant Dr. Asif Habib** | Robert L. Ciotti, Esq.<br>*Chris S. Coutroulis*<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>813/229-4133 (fax)<br>rciotti@carltonfields.com<br>ccoutrolis@carltonfields.com<br>**Attorney for Defendants, Astrazeneca Pharmaceuticals, LP and Astrazeneca LP** |
| Robert Rowland, Esq.<br>K. Lindsay Rakers, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>rrowland@ghalaw.com | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| Mark P. Robinson, Jr., Esq.<br>*Carlos A. Prietto, III*<br>*Karen Barth Menzies*<br>*Ted B. Wacker*<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com<br>twacker@rcrlaw.net | David P. Matthews, Esq.<br>Lizy Santiago<br>Matthews & Associates<br>2905 Sackett<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com |
| Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com | David Dickens<br>*David C. Andersen*<br>*Michele A. DiMartino*<br>*Christopher A. Gomez*<br>The Miller Firm, LLC<br>108 Railroad Avenue<br>Orange, VA 22960<br>Telephone: (540) 672-4224<br>540/672-3055 (fax)<br>ddickens@doctoratlaw.com |

|  |  |
|---|---|
| Howard Nations<br>Lori A. Siler<br>4515 Yoakum Boulevard<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Salvatore M. Machi<br>Ted Machi & Associates, PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>281/335-7744  281/335-5871 (fax) |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, Texas 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Lizy Santiago, Esq.<br>Abraham, Watkins, Nichols, Sorrels, Matthews & Friend<br>800 Commerce Street<br>Houston, TX 77002-1776<br>(713) 222-7211<br>lsantiago@abrahamwatkins.com | Fred T. Magaziner<br>*Stephen J. McConnell*<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>Brennan Joseph Torregrossa<br>*Gretchen S. Sween*<br>*Eliot J. Walker*<br>*Steven B. Weisburd*<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com |
| Lowell Finson<br>Robert E. Clarke<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net |

|  |  |
|---|---|
| Linda S. Svitak<br>Russell O. Stewart<br>Krisann Kleibacker Lee<br>*Bridget Ahmann*<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | Gale D. Pearson<br>Stephen J. Randall<br>*Matthew J. Schumacher*<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com |
| B. Andrew List<br>*Dale Kent Perdue*<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com | Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com |
| Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com | William N. Riley<br>Jamie R. Kendall<br>Price, Waterhouse & Riley, LLC<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204<br>(317)633-8787<br>eamos@price-law.com |

| | |
|---|---|
| Earl Francis Carriveau<br>1012 6th Avenue<br>Lake Charles, LA 70601-4706 | Michael T. Gallagher<br>The Gallagher Law Firm<br>2905 Sackett Street<br>Houston, TX 77098<br>(713) 222-8080<br>shawnaf@gld-law.com |
| Stacy K. Hauer<br>Charles S. Zimmerman<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>(612) 341-0400<br>(800) 755-0098<br>csz@zimmreed.com | Buffy Martines<br>Laminack, Pirtle & Martines<br>440 Louisiana, Suite 1250<br>Houston, TX 77002<br>(713) 292-2750<br>buffm@lpm-triallaw.com |
| Orran Brown<br>Brown Greer PLC<br>115 South 15th Street, Suite 400<br>Richmond, VA 23219<br>(804) 521-7201<br>804/521-7299 (fax)<br>obrown@browngreer.com<br>*(Special Master)* | |
| *Gregg A. Anderson Terry Bryant*<br>Terry Bryant, LLP Suite 100 8584 Katy Fwy Houston, TX 77024 713/973-8888 713/973-1188 (fax)gregg@terrybryant.com | *Nancy Guy Armstrong*<br>Paul E. Guy, Jr.Armstrong & Guy Law Offices, LLC 626 Delaware Avenue PO Box 1343 McComb, MS 39649-1343 601/684-8816 601/684-7992 (fax) |
| *John M. Bailey* Law Offices of John M. Bailey 5978 Knight Arnold, Suite 400 Memphis, TN 38115 901/529-1010 901/529-1017 (fax)jmb@calljmb.com<br>dana@calljmb.com | *Rachel G. Balaban* Sonnenschein, Nath & Rosenthal, LLP 24th Floor 1221 Avenue of the Americas New York, NY 10020-1089 212/768-6700 rbalaban@sonnenschein.com *Attorneys for Klemtner Advertising, Inc.* |

|  |  |
|---|---|
| *Craig Ball* Craid D. Ball, PC 1101 Ridgecrest Dr Austin, TX 78746 512/514-0182 craig@ball.net *(Special Master )* | *William L. Berg* Berg Injury Lawyers Suite 100 640 Watt Ave Sacramento, CA 95864 916/641-5800 916/641-2629 (fax)wberg@berginjurylawyers.com |
| *Philip Bohrer* *Scott E. Brady* Bohrer Law Firm, L.L.C. 8712 Jefferson Hwy., Suite B Baton Rouge, LA 70809 225/925-5297 225/231-7000 (fax) phil@bohrerlaw.com scott@bohrerlaw.com | *William Louis Bross* Heninger Garrison Davis, LLC 2224 First Ave N PO Box 11310 Birmingham, AL 35202 205/326-3336 205/326-3332 (fax) wlbross@hgdlawfirm.com |
| *Spencer P. Browne* *Angel L. Reyes, III* Heygood, Orr, Reyes, Pearson & Bartolomei 2331 W. Northwest Hwy., 2nd Floor Dallas, TX 75220 214/526-7900 214/526-7910 (fax) spencer@reyeslaw.com | *Lee L. Coleman* Hughes & Coleman Suite 201 444 James Robertson Pkwy Nashville, TN 37219 615/255-5174 615/255-9879 (fax)lcoleman@hughesandcoleman.com slong@hughesandcoleman.com |
| *J. Aaron Cooke* Cooke Law Firm 331 Columbia St Lafayette, IN 47902-0188 765/423-5628 765/423-1373 (fax)aaron@cookelaw.com | *Brett Allen Duke* Brett Duke, P.C. 4157 Rio Bravo El Paso, TX 79902 915/875-0003 915/875-0004 (fax) |
| *Jason B. Eshelman* Eshelman Legal Group 263 Portage Trail Ext West Cuyahoga Falls, OH 44223 330/376-3572 330/376-0199 (fax)jason@eshelmangroup.com | *John C. Evans* Specter Specter Evans & Manogue, P.C. 26th Floor, Koppers Building Pittsburgh, PA 15219 412/642-2300 412/642-2309 (fax) jce@ssem.com |
| *Kelly Fowler* Fowler Law Offices P.O. Box 952 Owensboro, KY 42302 270/926-6616 270/686-8091 (fax)kfowler@thefowlerlawfirm.com | *Gary Reed Gober* 200 Fourth Ave. North Suite 700 Nashville, TN 37219 615/297-8300615/895-6334 (fax) |

|  |  |
| --- | --- |
| *Ken W. Harrell* The Joye Law Firm, LLP 5861 Rivers Avenue, Suite 101 N. Charleston, SC 29406-6096 843/554-3100 843/529-9180 (fax) kharrell@joyelawfirm.com | *W. Todd Harvey* Burke Harvey & Frankowski LLC One Highland Place 2151 Highland Avenue, Suite 120 Birmingham, AL 35205 205/930-9091 205/930-9054 (fax) tharvey@bhflegal.com |
| *Stacy K. Hauer* 651 Nicollet Mall, Suite 501 Minneapolis, MN 55402 612/341-0400 612/341-0844 (fax) skh@zimmreed.com | *Tor A. Hoerman* SimmonsCooper, LLC 707 E. Berkshire Blvd. P.O. Box 521 East Alton, IL 62024 618/259-2222 thoerman@simmonscooper.com |
| *Marshall Hurley* Marshall Hurley, PLLC 2400 Freeman Mill Rd. Suite 200 Greensboro, NC 27406 336/378-1870 336/333-9894 (fax) | *Gary Thomas Iscoe* Steinger Iscoe & Phillips Suite 900 1645 Palm Beach Lakes Blvd. West Palm Beach, FL 33401-2204 561/616-5550 561/616-5551 (fax)giscoe@injurylawyers.com |
| *Brian S. Kaplan* Kasowitz, Benson, Torres & Friedman, LLP 1633 Broadway New York, NY 10019-6022 212/506-1700 bkaplan@kasowitz.com *Attorneys for Edelman, Inc.* | *Jamie R. Kendall* Price, Waicukauski & Riley, LLC 301 Massachusetts Ave Indianapolis, IN 46204 317/633-8787 317/633-8797 (fax) jkendall@price-law.com |
| *Christopher Thomas Kirchmer Michael Hamilton* *Thomas H. McGowan* Provost Umphrey, LLP 490 Park St PO Box 4905 Beaumont, TX 77704 409/835-6000 409/838-8888 (fax) ckirchmer@provostumphrey.com mhamilton@provostumphrey.com | *Mark A. Koehn* Mark Allen Koehn, PC 429 Kansas City St - Ste 14 PO Box 9655 Rapid City, SD 57709-9655 605/394-5941 605/716-7884 (fax) whrfrat42@yahoo.com |
| *Edward T. Krumeich* Ivey, Barnum & O'Mara, LLC 170 Mason St PO Box 1689 Greenwich, CT 06830 203/661-6000 203/661-9462 (fax) ekrumeich@ibolaw.com *Attorneys for Parexel MMS* | *Kurt S. Kusiak* *Robert Mendillo* *Amber Anderson Villa* Sally & Fitch, LLP One Beacon St., 16th Floor Boston, MA 02108 617/542-5542 617/542-1542 (fax) ksk@sally-fitch.com *Attorneys for Parexel MMS* |

| | |
|---|---|
| *T. Matthew Leckman Tobias L. Millrood* Pogust, Braslow & Millrood,, LLP Eight Tower Bridge 161 Washington Street Suite 1520 Conshohocken, PA 19428 610/941-4204 610/941-425 (fax) tmillrood@sbclasslaw.com mleckman@pbmattorneys.com | *Don K. Ledgard* *James T. Capretz* Capretz & Associates Suite 2500 5000 Birch St Newport Beach, CA 92660 dledgard@capretz.com |
| *L. Leonard Lundy* Lundy Law 19th Floor 1635 Market St. Philadelphia, PA 19103 215/567-3000 llundy@lundylaw.com | *Joshua Aaron Machlus* Rumberger, Kirk & Caldwell, PA 300 S Orange Ave - Ste 1400 PO Box 1873 Orlando, FL 32802-1873 407/872-7300 407/841-2133 (fax) jmachlus@rumberger.com *Attorneys for Zantaz, Inc., interested party* |
| *Brian J. McCormick* Sheller, PC 3rd Floor 1528 Walnut St Philadelphia, PA 19102 215/790-7325 215/546-0942 (fax) bjmccormick@sheller.com | *Sean K. McElligott* Koskoff, Koskoff & Bieder, PC 350 Fairfield Ave Bridgeport, CT 06604 203/336-4421 smcelligott@koskoff.com (represents all plaintiffs) |
| Ed Blizzard<br>J. Scott Nabers<br>*Holly M. Wheeler* Blizzard McCarthy & Nabers, LLP 440 Louisiana St., Suite 1710 Houston, TX 77002-1689 713/844-3750 713/844-3755 (fax)eblizzard@blizzardlaw.com | *Tommy Pittenger*<br>Chad DudleyE. Eric Guirard, a Professional Law Corporation<br>Baton Rouge, LA 70802 225/379-3333 225/379-3411 (fax)<br>cdudley@eguarantee.com |
| *Joseph Ronald Poirot* Ferrer, Poirot & Wansbrough Suite 300 2603 Oak Lawn Ave Dallas, TX 75219 214/521-4412 214/526-6026 (fax) joe@lawyerworks.com | *Alan G. Schwartz* Wiggin and Dana LLP P.O. Box 1832 New Haven, CT 06508-1832 203/498-4400 aschwartz@wiggin.com **Represents defense** |

| | |
|---|---|
| *John Hunter Stevens* P.O. Box 16570 Jackson, MS 39236-6570<br>601/366-1900<br>601/366-1799 (fax) | *Windle Turley*<br>*T Nguyen* Turley Law Firm 1000 Turley Law Center 6440 N. Central Expwy Dallas, TX 75206 214/691-4025 tn@wturley.com |
| *James J. Walker* Carter Mario Injury Lawyers 54 Broad St.<br>Milford, CT 06460 203/876-2711<br>jwalker@cartermario.com | *Colin C. West* Bingham McCutchen, LLP 3 Embarcadero Ctr San Francisco, CA 94110 415/393-2000 415/393-2286 (fax)*Attorneys for Zantaz, Inc.* |