

# EXHIBIT LIST

\_\_\_\_\_**Government**        \_\_\_\_X\_**Plaintiff**        \_\_\_\_\_**Defendant**        \_\_\_\_\_**Court**

| Exhibit Number | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 1 | 12/04/08 | 12/04/-8 | Laura Plunkett | None | Goodman and Gilman |
| 2 | 12/04/08 | 12/04/-8 | Laura Plunkett | | Darmo and Carhile Study |
| 3 | 12/04/08 | 12/04/-8 | Laura Plunkett | | Marlowe study |
| 4 | 12/04/08 | 12/04/-8 | Laura Plunkett | | Buse study |
| 5 | 12/04/08 | 12/04/-8 | Laura Plunkett | | Feldman Study |
| 6 | 12/04/08 | 12/04/-8 | Laura Plunkett | | 2006 Guo Study Diabetes |
| 7 | 12/04/08 | 12/04/-8 | Laura Plunkett | | 2007 Guo Study Diabetes |
| 8 | 12/04/08 | 12/04/-8 | Laura Plunkett | | Lambert paper 2006 |
| 9 | 12/04/08 | 12/04/08 | Laura Plunkett | | Study 129<br>Table 59 |
| 10 | 12/04/08 | 12/04/08 | Laura Plunkett | | Lieberman study |
| 11 | 12/04/08 | 12/04/08 | Laura Plunkett | | Study 15 |

| | | | | | |
|---|---|---|---|---|---|
| 12 | 12/04/08 | 12/04/08 | Laura Plunkett | | Borison article |
| 13 | 12/04/08 | 12/04/08 | Laura Plunkett | | Dwyer and Donohoe Studdy |
| 14 | 12/04/08 | 12/04/08 | Laura Plunkett | | Saboy studdy |
| 15 | 12/04/08 | 12/04/08 | Laura Plunkett | | Diagram |
| 16 | 12/04/08 | 12/04/08 | Laura Plunkett | | AztraZeneca Letter to FDA 01/26/08 |
| 17 | 12/04/08 | 12/04/08 | Laura Plunkett | | Table 339(Summary of trials) |
| 18 | 12/04/08 | 12/04/08 | Laura Plunkett | | Table 400 |
| 19 | 12/04/08 | 12/04/08 | Laura Plunkett | | Auust 18 e-mail<br>Safety Position Paper |
| 20 | 12/04/08 | 12/04/08 | Laura Plunkett | | Catie Schizoprenia Trial Phase 1 |
| | | | | | |

**Case No.**     **6:06-md-1769**          **Style:**          **AstraZeneca**