

# EXHIBIT LIST

\_\_\_\_\_Government    \_\_\_\_\_Plaintiff    __X___Defendant    \_\_\_\_\_Court

| Exhibit Number | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 1 | 12/04/08 | 12/04/-8 | Laura Plunkett | none | Expert Report of Laura Plunkett |
| 2 | 12/04/08 | 12/04/-8 | Laura Plunkett | none | Declaration of Laura Plunkett |
| 3 | 12/04/08 | 12/04/-8 | Laura Plunkett | none | complete chapter of Goodman and Gilman. |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |

**Case No.**   **6:06-md-1769**              **Style:**   **AstraZeneca**