# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:

**Seroquel Products Liability Litigation**
**MDL DOCKET NO. - 1769 (All Cases)**

| | | | |
|---|---|---|---|
| **JUDGES:** | **Anne C. Conway**<br>U. S. District Judge | **COURT REPORTER:** | Sandy Tremel |
| | | **Deputy Clerk:** | Celeste Herdeman |
| **Date/Time:** | December 4, 2008<br>10:00PM - 12:05PM<br>1:30PM - 3:20PM | | |
| **COUNSEL FOR PLTFS:** | Larry Roth<br>K. Camp Bailey<br>Robert Cowan<br>Fletch Trammell<br>Richard Laminack<br>Ellen Relkin<br>Paul Pennock<br>Buffy Martines<br>Holly W. Gibson<br>Jonathan Sedgh | **COUNSEL FOR DEFTS:** | Chris Coutroulis<br>Jane Thorpe<br>David Venderbush<br>Rebecca Wood<br>Steven Weisbur |

## MINUTES – DAUBERT MOTION and SUMMARY JUDGMENT HEARINGS.

Appearances.
10:08 AM Paul Pennock presents argument.
Plaintiff's witness Dr. Laura Purket, placed under oath.
Plaintiff's Exhibits No. 1 through 19 received into evidence
1:48 PM Cross examination by Jane Thorpe
Defendant's Exhibits No. 1-3 received into evidence.
3:05 PM Re-direct
Plaintiff's exhibit 20, received into evidence.
3:15PM Re-Cross
Court recess and to reconvene December 5, 2008 at 8:00AM.