```
 1                UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
 2                     ORLANDO DIVISION

 3            Docket No.6:06-MD-1769-Orl-22DAB

 4    . . . . . . . . . . . . . . ..
      IN RE:                       :
 5    SEROQUEL PRODUCTS LIABILITY  :
      LITIGATION                   :         Tampa, Florida
 6    MDL DOCKET No. 1769          :         December 5, 2008
                                   :         8:00 a.m.
 7    ALL CASES                    :
                                   :
 8    . . . . . . . . . . . . . . .:

 9
                    TRANSCRIPT OF DAUBERT MOTION
10           BEFORE THE HONORABLE ANNE C. CONWAY
                 UNITED STATES DISTRICT JUDGE
11

12    APPEARANCES:

13    For the Plaintiffs:        Paul Pennock

14                               Larry M. Roth

15                               Ellen Relkin

16

17

18    For the Defendant

19    AstraZeneca:               Jane Thorpe

20                               Chris Coutroulis

21

22    Court Reporter:  Sandra K. Tremel

23

24    Proceedings recorded by mechanical stenography, transcript

25    produced by computer-aided transcription
```

2

```
1                   P R O C E E D I N G S
2            THE COURT:  Good morning.  All right.  Are we
3   ready to proceed?
4            MS. THORP:  Yes, Your Honor.
5            MS. RELKIN:  Yes, Your Honor.
6            MR. COUTROULIS:  Your Honor, I'd like to
7   introduce Earl Austin also representing the client.  Thank
8   you.
9            THE COURT:  Good morning.
10           MR. PENNOCK:  Your Honor, if I may introduce
11   Ellen Relkin of my office who will be presenting
12   Dr. Wershing.
13           THE COURT:  Okay.  All right.  I think we could
14   probably go through him a little quicker than we did
15   Dr. Plunkett.
16           MS. RELKIN:  Yes, Your Honor.
17           THE COURT:  Okay.  His declaration was a little
18   clearer, but I want to know exactly what his opinions are
19   because I can't make a judgment on them if I'm not sure
20   what they are.
21           MS. RELKIN:  Yes, Your Honor.
22                       (WITNESS SWORN)
23           THE COURT:  Good morning.
24           THE WITNESS:  Good morning, Your Honor.
25           MS. RELKIN:  Your Honor, I understand you want
```

1    to hear -- should I cut right to his opinions?

2            THE COURT:  Cut right to the chase.  Just go

3    right at it.

4            MS. RELKIN:  Okay.

5                        DIRECT EXAMINATION

6    BY MS. RELKIN:

7    Q    So we're going to skip some of the introductory.

8    Maybe we'll come back to it.

9    A    Skip anything you'd like.

10   Q    Dr. Wershing, the Court, of course, is interested in

11   hearing your opinion, so let's start.

12       Can you tell Your Honor your primary opinion in this

13   case?  And first we're going to go to medical causation

14   issues.  Then we can talk about warning issues as well.

15   A    Do you just want me to start?

16   Q    Yeah.

17   A    Okay.  Well, yes, as I thought I detailed in my

18   report, but I have a habit of thinking I'm clearer than I

19   actually am, several complaints that I have with respect

20   to basically the labeling with regards to quetiapine.

21       It's my opinion that quetiapine causes significant

22   substantial and sustained weight gain in a sizable

23   percentage of the population exposed to it; that that

24   weight gain has been -- that those weight gain data have

25   been available to the company since prior to launch; and

1    that on average about between 25 and 30 percent of

2    patients exposed to quetiapine will develop clinically

3    pertinent and significant weight gain.

4        It's my opinion that that -- that those weight gain

5    information, it's not adequately detailed in the current

6    labeling.  Secondly, the label is inadequate with respect

7    to the warnings about diabetes.

8        Now, my complaints and concerns about the warnings

9    about diabetes do not go back nearly as far as they do

10   about weight gain because, in fact, the data with respect

11   to diabetes is relatively more recent, or comparatively

12   more recent, than -- than -- than the data with respect to

13   weight gain.

14       Then we can -- I'm sure we'll go into that in greater

15   detail.

16       My third complaint is that I detailed in my report is

17   with respect to the abuse liability of quetiapine.

18   Quetiapine has literally, since its inception, been known

19   to cause significant and substantial sedation.  Indeed,

20   sedation is the most predictable and common toxic

21   consequence of quetiapine, and it is, in general, a very

22   common reason that people use the drug, specifically for

23   that toxic consequence.

24       And any drug which has a sedative potential carries

25   the risk of abuse liability, and it's my opinion that

1  quetiapine does have minor but demonstrable abuse

2  liability, that this liability is not detailed in the

3  current label at all, and that it is one of the major

4  explanations for why quetiapine has the use pattern it

5  does in this country.

6       The fourth opinion that I detailed was that the label

7  is inadequate with respect to the impact of quetiapine on

8  circulating lipids.  So in a minority of patients exposed

9  to quetiapine, there will develop very significant

10  alterations in the amount of circulating fats that they

11  have to deal with, and occasionally this toxic effect will

12  result in very substantial downstream consequences.

13       When lipids rise to an enormous degree in the body,

14  the pancreas, whose major job it is to handle lipids,

15  becomes overstimulated and inflamed, and the process of

16  clinical pancreatitis occurs.  Most of the time that's not

17  a big issue, but in certain cases it can be overwhelming

18  and indeed lethal.

19       I think that that, as I recall it, is the list of my

20  complaints about the labeling.  I also had an opinions

21  about off-label use.  I don't know if you also want me to

22  go into those.

23  Q    Well, we can -- if you want to just do it briefly,

24  and then I'm going to further elucidate your main opinions

25  on the issues.

1    A    Quetiapine has -- if one looks at the pattern of use

2    across the years when it was first marketed -- approved

3    for marketing in the late 1990s, it had really a trivial

4    market share, and it had a great deal of difficulty

5    breaking into the market which was then dominated by

6    olanzapine and risperidone.  However, after a couple of

7    years, its market share started to rise steadily, and it

8    even reached the point where it overtook all of the other

9    available atypical antipsychotic drugs.

10        The details of that, however, is that it never even

11   approached the other atypical drugs in its primary market,

12   that is to say, in schizophrenia and depression.

13        If you look at the use pattern, it came to dominate

14   the market in off-label uses, and amazingly it came to

15   dominate the market -- given that it was an antipsychotic

16   drug, it came to dominate the market for use in insomnia.

17   Between 50 and 60 percent of its current use continues to

18   be in insomnia.  It's one of the most -- most commonly

19   prescribed drugs for insomnia.  So it's -- that's

20   decidedly off-label.

21        And my complaint is that with respect to the

22   company's behavior, is that for a drug that's making you

23   $1.1 billion a year in this country for insomnia, that

24   there should be a lot more work done on what is the impact

25   of this drug in a person's sleep pattern.  I mean, it

1    would be nice to know for a sedative hypnotic, does your

2    drug decrease sleep latency, the amount of time it takes

3    to you fall asleep?  Does it improve your sleep

4    architecture, increase the efficiency of your sleep?  And

5    does it improve daytime alertness?  I mean, that's the

6    whole point of going to sleep.  And despite -- despite --

7    it's just a staggering amount of use in -- in the -- the

8    sleep market, if you will, and there's virtually no

9    studies on that.

10        So my complaint about the company's behavior is that

11    they did an enormous number of studies to look at minor

12    indications to support what the field was doing.  The

13    field was using the drug off-label so you study it in --

14    bipolar illness depression, bipolar illness mania,

15    maintenance phases of bipolar illness, people with anxious

16    depression, people with peer depression, et cetera.  And

17    there are studies to support that, that the company has

18    done right along.

19        And yet the drug that's used 50 to 60 percent of the

20    entire use is for -- is for insomnia, there's no studies

21    to support its use.  Why weren't there any studies done?

22    Q    Okay.  One more opinion I think you didn't mention,

23    and then we'll get to the basis for your opinions.

24        Do you hold any opinions as to the efficacy of

25    Seroquel for its indicated use?

1    A    Yeah.  I didn't realize that was one of my opinions,

2    but, yes, there's fairly good evidence both within and

3    across trials that quetiapine has about 15 to 20 percent

4    less antipsychotic power than other available

5    technologies.  It's one of the reasons why it had such a

6    great deal of difficulty breaking into the schizophrenia

7    market because it was just perceived as not quite as

8    potent, interesting side effect profile, but not as potent

9    in its primary indication which was for psychosis.

10   Q    Okay.  So now that we've addressed the fundamental

11   opinions so the Court knows your basic opinions, I'm going

12   to elucidate your basis.

13        First, we're not going get into credentials, but I'd

14   like the Court to understand when did you first become

15   familiar with quetiapine as the basis for how you formed

16   your opinions over time?

17   A    Well, my first experience with quetiapine was back

18   when it was ICI 204636, when Imperial Chemical Industries

19   had the compound.  It's actually -- as it was from the

20   literature, it's actually one of the older drugs.  It's

21   been in the literature for quite some time.

22        So the specific answer probably would be 1986, first

23   time I started doing work with -- research work,

24   literature work with the compound.

25   Q    And when did you first prescribe quetiapine to any

```
 1   patients?
 2   A     Well, I didn't prescribe quetiapine until the drug
 3   was marketed.
 4   Q     Right.  Okay.  Once it went on the market in 1997,
 5   did you begin prescribing it?
 6   A     Oh, very, very commonly.
 7   Q     To how many patients, approximately?
 8   A     In 1997?  Or in --
 9   Q     Over time.
10   A     Oh, well, I estimated in my report at around 3,000,
11   but I would say it's probably closer to 5-.  I have
12   treated probably -- probably 32,000 patients in the course
13   of my career.  And my particular clinical love is people
14   who are psychotic.  That is my favorite condition to
15   treat.  So perhaps 80 percent of those have psychosis, so
16   a reasonable estimate would be between 3- and 5,000
17   patients.
18   Q     And in the course of prescribing Seroquel to your
19   patients, did you form any opinions as to its metabolic
20   side effect profiles such as weight gain and diabetes?
21   A     Well, certainly.  As I mentioned before, the primary,
22   most consistent clinical characteristic of quetiapine is
23   that it's sedating.  That's the first thing you see, and
24   it's the most obvious manifestations of the drug.
25         But the second most startling and compelling
```

1  characteristic and consistent characteristic is that it

2  causes weight gain.

3       So for years I was the chief, the ward chief, of a

4  schizophrenia treatment unit at the VA.  And one of the

5  great things about working there, as opposed to almost any

6  place else in the country, is that I got to treat patients

7  for the amount of time that was necessary to get them

8  better, unlike most of the other places which were the

9  treatment period that you had in the hospital was

10  determined by nonclinical.  You have three days to treat

11  this patient, then you have to get them out.  But because

12  I had the -- really the luxury of treating patients until

13  their psychosis remitted, I got to treat them for, you

14  know, on average, several weeks before I had to get rid of

15  them.

16       And the reason that I think we were among the very

17  first people to recognize the metabolic toxicities of

18  these drugs is because I got to see them every day.  And

19  so I would start them on the medication and I would see

20  what would happen to them every single day.

21       So it -- what, for the rest of this -- the profession

22  took several years to recognize, for us it was much easier

23  because it was right in front of us.  These drugs,

24  quetiapine included, cause a very significant and rapid

25  weight gain in patients that I got to see right away.  So

1  it was -- it was -- it was very shortly after we started

2  using it that that observation was made.

3  Q    Once you observed it, did you do anything to inform

4  your colleagues about the problem?

5  A    Oh, certainly.  I mean, we -- we're clinical

6  researchers so we collected data in this regard over the

7  years on quetiapine and all of the other drugs.  And we

8  would report routinely on our findings at meetings, case

9  reports, we would do meta-analyses of the data sets that

10  we had, et cetera.

11  Q    Did you publish in peer-reviewed literature your

12  safety concerns about the metabolic profile of quetiapine?

13  A    Of course.  I mean, that was -- that's sort of the

14  business that I was in.  That's what academicians do, and

15  that's what we did, yes.

16  Q    And when was the first publication you had with

17  regard to the metabolic profiles of quetiapine?

18  A    Maybe the late '90s or early 2000s.  I don't exactly

19  remember when.

20  Q    Okay.  And approximately how many -- just to save

21  time, I'm not going to mark all of your other case reports

22  and articles, but do you know approximately how many

23  you've published which touch on the issue?

24  A    That specifically involves quetiapine, three or four.

25  Q    And you've published about some of the other atypical

1    antipsychotics as well?

2    A    I believe we've published about all of them.

3    Q    Okay.  And all of these opinions you've formed are

4    prior to being contacted to serve as an expert in

5    litigation; is that correct?

6    A    Yeah.  My -- that's absolutely correct.  My opinions

7    have not -- not really changed substantively in years.

8    Q    Have you ever done any studies regarding quetiapine

9    that were funded in part by AstraZeneca?

10    A    Yes.  I mean, in academics, we -- we're just like any

11    other business, we sort of run close to the margin, if you

12    will, and it's hard to pay my staff and whatnot.  So I

13    frequently used pharmaceutical money, support, to augment

14    my grant support and the support that I get from my

15    university -- or had gotten from my university.

16         So there were several studies that AstraZeneca

17    assisted with, and I was in negotiations with them for a

18    long time, for -- to do a prospective study that I wanted

19    to do with quetiapine.

20         So they were forthcoming, supportive, encouraging.  I

21    thought I had a pretty good relationship with them that I

22    continue to enjoy to the current day, I believe.

23    Q    I'd like to just mark as one example one of your case

24    reports regarding quetiapine.  It's Plaintiff's

25    Exhibit 22.  We have a 21 which will come next, but it

1    makes more sense to cover that now.

2              MS. RELKIN:  If I may I approach?

3              THE COURT:  Yes.

4    BY MS. RELKIN:

5    Q    Can you identify what we just marked as Plaintiff's

6    Exhibit 22?

7    A    I can once I went through it, but when I first looked

8    at it, it's not me.  So I --

9    Q    If you turn to page 247.

10   A    Yes.

11   Q    Up on the Elmo.

12   A    Yeah.  That part I do recognize, correct.  Yes, I

13   remember this study.

14   Q    Can you briefly explain?

15   A    Yeah.  Well, this was -- let's see, when was the

16   date -- this is in 2000, a *Journal of Clinical Psychiatry*.

17   This is a second-tier academic journal, very widely read.

18   Virtually every clinical psychiatrist receives it, so it

19   is -- it has -- even though it's not, oh, say, quite as

20   scientifically robust as something like the

21   *American Journal*, it is extremely influential and you

22   reach a lot of people, and it's one my favorite places to

23   publish in.

24        This was a series of three observations that were

25   quite curious with respect to quetiapine.  These were

1    cases where patients treated with quetiapine gained a

2    significant amount of weight that was distributed in their

3    midsection, their -- their -- they -- what we call omental

4    adiposity or central adiposity.  So they got fat around

5    their midsections.

6        And all three of these male patients, I hasten to

7    add, all three of these male patients developed delusions

8    that they were pregnant as a consequence of this change in

9    their body shape.  It's a -- clinically it's referred to

10   as pseudocyesis.  So the delusion that you're pregnant can

11   occur obviously with males or females, but it's somewhat

12   more dramatic when it occurs in a psychotic male.

13       It has significant importance because a person with

14   schizophrenia who develops this delusion which, you know,

15   it can seem almost comedic at one level, it's actually a

16   very worrisome delusion because they will -- one of the

17   patients, for instance, I didn't detail it here, but one

18   of the patients wanted to cut out the baby, so wanted to

19   remove what he was convinced was this growing child.

20   Q    Due to time constraints, I'd like you to focus on the

21   metabolic issue, the --

22   A    Yeah, the -- the --

23   Q    Describe the weight gain pattern there, what might be

24   important in your opinion.

25   A    Yeah.  The point of it is in these patients, none of

1    the them had experienced this specific type of weight gain

2    before.  So my point was, I wonder whether or not

3    quetiapine, in these -- in this particular patient group,

4    was inducing a specific kind of weight change.

5        And the reason we care about central adiposity, this

6    particular weight distribution, is because that's the one

7    that's -- in groups of patients, that's the one that's

8    most associated with downstream deleterious consequences

9    like diabetes.  You gain weight around your midsection,

10   you're going to get -- you're going to have an increased

11   rate of diabetes.

12       These patients very specifically gained weight around

13   their midsection, so prominent and so specific and so

14   direct was it that they developed a delusion of pregnancy

15   around this body-shape change.

16   Q    And the change in weight developed over a fairly

17   short period of time; is that fair to say?

18   A    That's a characteristic of a vast majority of

19   patients who are treated with quetiapine, absolutely.  It

20   occurs at first and then it plateaus.  That's the

21   characteristic, not just of quetiapine.  That's a

22   characteristic of olanzapine, risperidone, et cetera.

23   These drugs tend to exert their influence -- impact on

24   weight at first, not at last.

25   Q    Let's get to some of the additional bases for your

1    opinions with regard to weight gain and quetiapine.  And

2    again, if you forgive me for skipping around in exhibit

3    numbers, but I'm just altering some of the order here.

4         Have you, since you issued your report and gave your

5    deposition, have you had the opportunity to see new,

6    recent data that supports your previously articulated

7    opinions about quetiapine and weight gain?

8    A    I have.

9              MS. RELKIN:  If I may I approach, I'd like to

10   present Exhibit 25.

11   BY MS. RELKIN:

12   Q    Doctor, can you explain to the Court why this exhibit

13   is important to your opinions?

14   A    Well, this was an exemplar of recent weight data that

15   the company had, and it was involving patients beneath the

16   age of 18, so pediatric patients.

17   Q    I'm sorry.  Let me just interrupt.  This is a report

18   dated July 2008 --

19   A    Correct.

20   Q    -- regarding a clinical overview of weight gain for

21   pediatric patients?

22   A    Correct.  And the -- really has two populations.  One

23   of these group had schizophrenia and one had bipolar

24   illness.  And one was a -- the one with schizophrenia was

25   a six-week trial, and the one with bipolar illness was

1   about a three-week trial.  They had an open extension

2   phase that lasted a total of a half a year, so 26 weeks or

3   so.  So combining both groups down the road.

4        And the thing that was interesting about this is

5   that, for instance, looking at the three-week trial,

6   21 days of treatment, that 12 percent of the group

7   experienced a weight gain in excess of seven percent.

8   Seven percent is -- we can go into it if you want, but

9   seven percent is a percentage that's been used for years

10  by the FDA as a clinical line in the sand for, "Boy, that

11  looks like it's a clinically pertinent number."

12  Q    That's an increase of weight of seven percent from

13  the baseline?

14  A    That's correct.  And honestly, the rationale behind

15  that is weak.  However, that's just a number that we've

16  always used.  So it's basically out of historical respect,

17  if you will, habit, that we have used that number.

18       And so 12 percent of the patients in 21 days gained

19  seven percent -- more than seven percent, as opposed to

20  the placebo group which zero percent gained seven percent.

21  And that's a very dramatic number, to gain that much in 21

22  days' time.  The --

23  Q    Which table is that, by the way?

24  A    Table?  I have no idea what table.  It's in my head.

25  Q    Okay.  Just keep talking.  Don't worry about it.

1    A     Okay.  Page 5.

2    Q     Okay.

3    A     "Weight gain in children and adolescents," I think,

4    yeah, the third paragraph down, start at page 5.

5         The six-week trial, which is the one in

6    schizophrenia, was -- showed that 21 percent gained --

7    that achieved that same threshold of seven percent or more

8    and in seven percent of the placebo in that same period

9    suggesting that, arguing across those two, that there's a

10   linear increase that's going from 12 to 21 percent over

11   the course of that first six weeks.

12        Again, that's only a month and a half.  And to gain

13   that much weight is fairly remarkable.  When amortized

14   over the course of the 26 weeks of follow-up, fully

15   45 percent of the population treated reached that

16   threshold.

17   Q     You said 45 percent?

18   A     Forty-five percent, that's correct.  And those

19   numbers are approximately in keeping with what we've

20   noticed in adults.  They're a little more dramatic.  One

21   of the reasons that it's a little more dramatic, I think,

22   is because children are not -- well, not that adults are

23   either, but children are not a fixed weight item because

24   they're growing.  You have to -- it's an upward sloping

25   curve that is the baseline.  The baseline is not flat.

1        So I think that's some of the reason that this is a

2   45 percent as opposed to the 25 to 30 percent that you see

3   in adult populations.

4   Q    And during the same time period, this July 2008

5   submission, was there also a submission for adult weight

6   gain, a clinical overview on weight gain?

7   A    Well, they did.  There was that -- that one, though,

8   as I recall, was a meta-analysis involving some 22,000-odd

9   patients, so it wasn't really a study per se, if I'm

10  remembering correctly.

11       Yeah.  This was a -- this was a -- I don't know that

12  it's going to be a change, but this was a proposed label

13  change that the company has made that weight gain be

14  changed to a very common side effect, very common,

15  definition very common, that it occurs more than

16  10 percent of population.

17       And they were using this summary data from 22,382

18  patients treated for varying lengths of time.  The summary

19  statistic is that around 20 percent, 18.2 or so percent of

20  patients will develop clinically significant weight gain

21  when exposed to quetiapine.

22       And although it's interesting that the company's made

23  a decision to change it to a very common undesirable side

24  effect, this is not new data.  There's -- really, it's

25  interesting that the large analysis of 22,382 subjects

1    reveal this, but this is -- these are the same data that

2    was available from the very beginning.  Again, about

3    25 percent of the population will have significant weight

4    gain when exposed to quetiapine.

5    Q    And this is based on placebo-controlled trials; is

6    that correct?

7    A    It's --

8    Q    If you look at the -- what's up on the Elmo.

9    A    It's -- you mean compared to placebo; is that what

10   you mean?

11   Q    No.  If you look at Section 5.1.1.

12   A    Yeah.

13   Q    There's data there referring to the

14   placebo-controlled trials.  Do you see that?

15   A    Yeah, that's correct.  The data I was presenting was

16   the data -- this summary statistic from all the trials.

17   Q    Okay.

18   A    When they compared it to placebo, there was a much

19   smaller number, 7,000, as I recall.  Yeah, 7,400 subjects

20   versus 3,500 subjects in the placebo, the difference in

21   clinically significant weight gain being 9.6 percent

22   versus 3.8 percent.

23   Q    Okay.

24   A    So the statistic I was using was not in reference to

25   placebo, it was in reference to all the patients exposed

1    to quetiapine, all 22,300.

2    Q    Compared to some of the other comparative drugs?

3    A    Uh --

4    Q    In everything?

5    A    Just exposure to the drug resulted in this weight

6    gain.

7    Q    Got it.  Now, with regard to the data on the

8    placebo-controlled trials, do you see that there was a

9    statically significant amount of risk estimate of 2.5?

10   A    Yeah.  That's, again, in keeping with what you would

11   expect, I mean, and what has been known about the drug

12   since the 1990s.

13   Q    And just to connect this to what you said, your

14   opinions about the warnings, that even if this change is

15   adopted, this is not something that looks to be going into

16   the warning section of the package insert; is that right?

17   A    Well, I can't guarantee what the company is going to

18   decide, but it looks to me like they're going to change

19   the adverse experience section.  I mean, that's what it

20   looks like to me.  But if it goes into the warning

21   section, I think that that would be very appropriate.

22   That's what I've said all along.

23        To me, it's -- the most appropriate behavior is to

24   warn clinicians about the most predictable toxic

25   consequence of your drug which is weight gain.  Excluding

1   sedation, of course.  But considering all the deleterious

2   consequences of weight gain, and if it's going to afflict

3   one quarter of your population exposed to your drug, it

4   seems to me that's a pretty important warning to put forth

5   at the very beginning.

6   Q    Since we're on warnings, kind of skipping around from

7   our original order, can you explain to the Court your

8   opinions as a clinician as to the difference where a

9   doctor looks in a package insert as to the import of a

10  warning section compared to the adverse reaction section?

11  A    Doctors are lazy just like everyone else.  You know,

12  the labels have gotten increasingly lengthy and detailed

13  as time has gone on.  The single most important section to

14  most clinicians is the warning section, "What do I have to

15  worry about?"

16      When you really have to worry about it, it's bolded.

17  And when you really, really have to worry about it, it's

18  bolded and there's a box around it.  And when you're

19  really lazy, you just read the boxes.  But when you've got

20  a little more time, you read the warnings.

21      Truthfully, the adverse experience section, which is

22  in a completely different section of the label, it's used

23  in a completely different way.  The adverse experience

24  section, most clinicians will use as follows:  "Boy, I see

25  this weird thing happening in my patients who I was using

1    this drug in.  I wonder if anybody else has ever seen

2    anything like that?"  And you scan down through the

3    adverse experience section to see if it's ever been

4    reported.

5        But it doesn't modify your use of the compound.  It

6    doesn't alter or inform your decisions about to use or to

7    not use the drug.  It's sort of like this curiosity check.

8        The warnings section, however, is, "Do I use this

9    drug in this patient population?  Do I use this drug in a

10   patient who's using these other compounds and whom it

11   might be contraindicated or certainly complicated?"

12       So that the warning section is much more influential

13   in deciding whether or not I'm going to use the drug,

14   whether or not I'm going to stop the drug.  And it's quite

15   different than the adverse experience section which is

16   this ponderous list of everything from the preclinical

17   trials that was observed in the patients who are in the

18   trials.  If you had an experience while you were in the

19   trial, that gets into the adverse experience section, no

20   matter what it was.  In postmarketing surveillance, if

21   somebody reports, "I saw this," that gets into the adverse

22   experience section.

23       So to lump in weight gain, which is the single most

24   predictable toxic consequences -- toxic consequence of

25   quetiapine, to lump in weight gain in with all of those

 1  other creatures, I mean, it's completely unhelpful.

 2  Q    Some of the creatures, I think you looked at the

 3  package insert last night, you mentioned in adverse

 4  reaction section was hiccups --

 5  A    Correct.

 6  Q    -- right?  And psoriasis.  Those are the type of

 7  adverse reactions that no one would credibly think could

 8  be related for any biological mechanism, right?

 9  A    Nobody that I know of.

10  Q    Okay.  With regard to weight gain then, you've formed

11  your opinions in treating patients, observing it over

12  time.  We've now cut to 2008, and you've look at the

13  recent analyses by the company which confirms your prior

14  opinions that we've just looked at; is that right?

15  A    Correct, that weight gain is a very common side

16  effect, expected consequence of the use of quetiapine.

17  Absolutely.

18  Q    I was going to go to your -- the consensus statement,

19  but I think I'm going to skip ahead and then go back to

20  the consensus statement for organizational reasons.

21       Can you explain to the Court the impact of weight

22  gain on the development of diabetes?

23  A    Well, I can certainly try.

24       One of the most robust correlates of weight gain is

25  the subsequent development of diabetes.  If you step back

1    and look at large populations, like the experience we're

2    all going through now, that weight gain -- the more

3    adiposity, the more fat a person develops, the greater the

4    liability toward glucose disregulation.

5        And it is nonlinear, that is to say, that the first

6    increments are not as bad as later increments.  So on

7    average, if you look at, oh, large population statistics

8    like the Framingham heart studies from Framingham,

9    Massachusetts where they did huge surveys across time,

10   they're able to look at what incremental changes in weight

11   and what the resulted risk of diabetes.

12       So if you look at a one kilogram, a 2.2-pound weight

13   increase in the population, that translates to about a

14   four or five percent increased risk of diabetes.  When you

15   look at a five-kilogram or around a 12-pound weight

16   increase, that translates into about a 25 percent

17   increased risk of diabetes on follow-up.  And if you look

18   at weight gains, very substantial weight gains, say, of

19   50 pounds, 60 pounds, those get translated into 100 to

20   150 percent increased risks, the risk of diabetes.

21       Now, you've asked the question what's the

22   relationship.  Despite an enormous amount of epidemiologic

23   data to support the observation, when you increase

24   adiposity, you increase your risk of diabetes, the details

25   of exactly why that is are not known.  It also is there

 1    are many other factors that come into play because a lot

 2    of people can gain enormous amounts of weight and not have

 3    trouble with diabetes.  For the population, that's the

 4    most predictable downstream consequence of adiposity but

 5    not for everybody.

 6         So despite literally years of research, it's not

 7    known exactly how the presence of adiposity, of fat,

 8    actually causes diabetes in certain individuals.  I mean,

 9    there are -- there are certainly genetic factors.  So if

10    you have a parent who developed adult onset diabetes,

11    well, then you've got genetic load for it.

12         There are certain racial factors.  Certain racial

13    mixes are more susceptible to developing it.  And the

14    molecular geneticists now have been looking at the

15    specifics of that heritability in trying to determine

16    which specific genes, which specific alleles of those

17    specific genes are actually ones that confer risks.

18         And they're looking at a little south of 20 separate

19    genes, and it's looking like a whole bunch of them seem to

20    be important in potentially -- in potentially rendering an

21    individual liable to get diabetes.

22         However, always the obesity portion of the equation

23    is there.  That is to say, even if you have a lot of these

24    risks factors, if you don't gain weight, you won't

25    necessarily develop diabetes.  And the more risk factors

1    you have, the more likely it is you'll get diabetes, the

2    more likely it is you'll get diabetes early, and the more

3    likely is it that you'll get diabetes at a lower weight

4    gain.

5         So that, in brief, is the relationship between

6    obesity and diabetes.

7    Q    I just wanted to identify for the record what was

8    just put on the Elmo and distributed, Exhibit 27, that's a

9    study published in *The Journal of American Medical*

10   *Association*, the continuing epidemics of obesity in

11   diabetes in the United States.

12        You referred to Framingham data.  Is this the study

13   that discusses the Framingham data and the impact weight

14   gain on incidence of diabetes?

15   A    Right.  I mean, these are sort of the general

16   statistics that have been around for years.

17        Framingham, extremely important study, because it was

18   a detailed survey, the large population, tens of thousands

19   of patients over a good chunk of time, trying to determine

20   what are the risk factors for these cardiovascular

21   diseases was the primary one, but what are the risk

22   factors for these diseases which were the number one

23   killer in our society.

24   Q    And going to page 1197 of that study, does it

25   indicate kind of a quantitative basis with each increment

1  of weight gain?  Does it say that for every one kilogram

2  increase in measured weight, the risk of diabetes

3  increased by 4.5 percent in a national sample of adults?

4  A    Yeah.  That -- I quoted four to five, but, yeah,

5  that's -- that's -- that's the standard statistic.  Again,

6  it's not -- but it's not -- it's not necessarily --

7  necessarily the linear, that is to say, not every

8  one-kilogram increase is 4.5.  The next one is 4.5.  But

9  then if you keep adding to it, it becomes progressive.

10  Q    Worse?

11  A    It gets worse, it actually gets worse, so that down

12  the road when you've added, you know, 10-kilograms, let's

13  just pick a number, that's substantially more than

14  45 percent, that's like 100 percent.

15  Q    And just the conversion, one kilogram equals how many

16  pounds?

17  A    2.2046.

18  Q    The next line of this study goes on to cite similar

19  data, but it says, "In our previous BRFSS analysis for

20  1991 to 1998, every one-kilogram increase in average

21  self-reported weight was associated with a nine-percent

22  increase in the prevalence of diabetes."

23  A    Correct.

24  Q    And that also shows a significant risk of diabetes

25  for incremental weight gain?

1    A    Right.  This later statistic was the one I actually

2    quoted in my report where I translated it to pounds, which

3    is a one-pound increment translates to a four-percent

4    increased risk of diabetes.

5    Q    Now, you addressed this in your declaration, but just

6    very briefly.  You had reviewed the declaration of a

7    defense expert, Dr. Copeland; do you recall that?

8    A    Yes, ma'am.

9    Q    And in summary of his opinion, is it fair to state

10   that since if you don't control for obesity, the mere

11   increase in someone who's obese is not really important

12   because they're already obese?

13   A    That is what he said, that obese population is less

14   worrisome to you if you're going to expose them to a

15   fatogenic drug.  If you have an obese population at

16   baseline, well, it's -- they've already experienced the

17   ravages of obesity and so a little more obesity is not

18   going to be a big deal to them.

19   Q    Do you agree what that?

20   A    No.  I mean, it's exactly the opposite.  The obese

21   population is the population that you're most worried

22   about precisely because -- to use a metaphor.  If obesity

23   is progressively walking toward a cliff, if the cliff is

24   some downstream bad consequence, if you're in this --

25   let's say this is diabetes or let's say this is the

30

1    outcome of diabetes.  If you're already obese, you're

2    further along the road to that cliff.  You don't want to

3    push them further.

4         The person that can tolerate obesity is paradoxically

5    the skinny person, the person that has a long way before

6    they get to that cliff.  So the very person that you would

7    worry most about is the person that's already had a

8    cumulative toxicity to their obesity.  That's the person

9    where incremental amount of obesity would be most

10   worrisome.

11   Q    And have you cited to data that supports that

12   opinion?  And I'm going to present --

13   A    I probably did.

14        MS. RELKIN:  If I may approach.

15   BY MS. RELKIN:

16   Q    Exhibit 28, which is a study by Helaine Resnick,

17   relation of weight gain and weight loss on subsequent

18   diabetes risk in overweight adults in *The Journal of*

19   *Epidemiology and Community Health.*

20   A    Correct.  Yeah, I mean this is my point, that

21   incremental weight gain is bad.  It's bad for you when

22   you're obese.

23   Q    And in the abstract, which is at the beginning where

24   it describes the essential findings, does it indicate that

25   relative to overweight people with stable weight, each

31

1    kilogram of weight gain annually over 10 years was

2    associated with a 49 percent increase in risk of

3    developing diabetes in the subsequent 10 years?

4    A    Correct.

5    Q    And each kilogram of weight lost annually over

6    10 years was associated with a 33 percent lower risk of

7    diabetes in the subsequent 10 years?

8    A    And again, that's exactly what you would predict.

9    The person who has -- who is obese, they are -- they are

10   nearest the cliff.  So if you are actually successful at

11   causing them to lose weight, you have the greatest amount

12   to gain because they back away from the cliff.  You gain

13   weight in that population, and you're going to push a

14   disproportionate number of them over that threshold.

15        And what I mean by that is that the increment for an

16   obese person can be fairly trivial, whereas the exact same

17   increment for a thin person is not going to have clinical

18   consequences.

19   Q    Was there another study that you reviewed which

20   addressed this issue in the context of patients taking

21   antipsychotics having weight gain induced by those drugs?

22   A    Are you talking about David Allison's paper?

23   Q    Yes.

24   A    Yes.

25            MS. RELKIN:  May I approach?

1          THE COURT:  Yes.

2          THE WITNESS:  Yeah, this was a -- when -- when

3    ziprasidone, Pfizer's atypical compound, was about to be

4    launched, it was determined that it had a curious problem

5    with cardiac conduction, and it was -- its release was

6    actually delayed.

7          Pfizer became very interested and supported a lot of

8    our work, including the work of these guys in this

9    particular study here, to examine the impact of weight

10   changes on basically the life health of patients.  And

11   to -- the point, Pfizer's point at any rate, was to say

12   the decision to use one of these competitor drugs,

13   olanzapine, quetiapine, risperidone, as opposed to our

14   drug, ziprasidone, carried with it the risk of imposing an

15   obese burden on your population.  And so this was an

16   attempt to try to and, "Well, what are the consequences of

17   that obese burden?"  And so they used basically the same

18   data sets that you and I have been talking about so far to

19   examine what are the downstream health consequences to

20   shifting populations' weight.

21   Q    And do they indicate on page 283 the magnitude of

22   this risk?  Just --

23   A    Based on the way you asked it, I would say yes, but

24   let me take a look.

25   Q    Going to the discussion, does the study indicate

1  that -- the results indicate that the magnitude of weight

2  gains associated with several atypical antipsychotic

3  agents can be expected to produce increases in 10-year

4  mortality rates and rates of incident hypertension and

5  impaired glucose tolerance that are profound from both the

6  clinical and public health point of view.

7  A    Yes.  I mean, again, that's precisely what you'd

8  expect based on shifting populations by first,

9  risperidone, six pounds, and for olanzapine, 12 pounds in

10  a six-month period.

11  Q    And does it conclude with some estimates as to the

12  actual overall number of mortality rate that you would see

13  based upon this increased weight gain from the atypicals?

14  A    It does.

15  Q    And what are the numbers there?

16  A    It's a -- the numbers, as I recall, were in the 400s

17  for -- per 100,000 patients, as I recall, but let me --

18  Q    Page 283.

19  A    I'm sorry.

20  Q    I'm sorry, 284.

21  A    The number I had memorized in my head was 400 per

22  100,000 for clozapine.  But 28 -- you wanted the excess --

23  do you want me to comment on the excess hypertension?

24  That's what you want me to comment on?

25  Q    You see the -- is your screen illuminated there?  You

1   see it indicates 4 million people who are --

2   A    Oh, I see what you're saying.

3   Q    -- with the drug that conferred a mean weight gain of

4   4 kilograms, then one would predict an additional 24,560

5   deaths over a 10-year period compared to what would occur

6   with a drug that had little or no effect on weight?

7   A    Correct.

8   Q    Would you agree it's a major public health problem?

9   A    Right.  Then that's using the 400-per-100,000 number

10  I was talking about.

11  Q    One more study I believe you addressed in your

12  declaration with regard to the impact of weight gain on

13  individuals who are already at risk for diabetes.  Do you

14  recall the Lyssenko study that came out a couple weeks ago

15  in the *New England Journal of Medicine*?

16  A    Yes, ma'am.

17       MS. RELKIN:  This is Exhibit 30.

18       May I approach?

19  BY MS. RELKIN:

20  Q    Do you see this, Doctor?  Can you describe briefly

21  the salient findings from this study with regard to your

22  opinions here.

23  A    Well, basically, we've talked about them a little bit

24  already, but there are an increasing number of genetic

25  markers of interest, if you will, that seem to be

1   predictive of the risk for developing diabetes.

2        And this is an example of the kind of incremental

3   work that's being done to identify what those specific

4   factors are and what the specific alleles, so that you

5   have a gene, and that gene has one, two, three, four

6   different possible manifestations.

7        To use a simplistic metaphor, eye color, let's say

8   there's one gene that codes for eye color and it comes in

9   three or four different varieties.  This is a way of

10  looking at a whole bunch of different genes that code for

11  many different things in our bodies, that when a person

12  inherits specific alleles, specific types of those genes,

13  that that exposes them to greater risk of developing

14  diabetes.

15       And so this is incremental work to show that -- that

16  these are being identified.

17  Q    So --

18  A    This is early work.

19  Q    So would that population who have the bad genetic

20  alleles, whatever they may be, known or unknown, family

21  history and so forth, is it fair to state that even with

22  that underlying predisposition, when they get increased

23  weight, whether it's from quetiapine or anything else,

24  that the increased weight puts them at further increased

25  risk?

1   A    No.  It's more than that.  It's saying that this

2   particular population is the very one that would be at by

3   far the greatest risk for developing diabetes with weight

4   gain.

5        So from a clinical standpoint, if you were able to

6   identify, oh, here's a population that has five of the 11

7   factors, I'm really worried about this population, that

8   would be a population where you direct your efforts to

9   make sure that they didn't gain weight.  That would be the

10  very population that you would never want to expose to a

11  fatogenic product.

12  Q    So, I take it you will not agree with an analysis

13  talking about a particular patient, they have a family

14  history, their mother, their father had diabetes;

15  therefore, the impact of weight gain is not important

16  because they were doomed anyway.  Do you disagree with

17  that analysis?

18  A    Oh, absolutely.  In a person who has a positive

19  family history, that is the person in whom weight gain is

20  an extremely dangerous proposition.

21       In the absence of any family history, in the absence

22  of other known risk factors, weight gain is not that big a

23  deal for diabetes alone.  It has all the other

24  consequences associated with weight gain.  But for

25  diabetes, if you don't have those other factors, a lot of

1    people can gain very significant amounts of weight and not

2    develop diabetes.

3         So the exact opposite, that is to say, those that

4    have the vulnerability are the ones that you're most

5    concerned about weight gain.

6    Q    And does that also affect the timing of the

7    development of diabetes?

8    A    Potentially so.  I mean, if you -- not -- day before

9    yesterday I was reviewing -- I'm an endocrinologic

10   reviewer for *JAMA*, and they sent me an article looking at

11   the offspring of parents who developed diabetes, and the

12   rates of diabetes in these vulnerable offspring were

13   impressively young.  They were developing diabetes

14   sometimes in adolescence.

15        And it looked like from the data that these -- this

16   is what the study was trying to say -- is that the greater

17   the load, the earlier you got it.  So if your parent got

18   diabetes in their 30s, you were much more likely to

19   develop diabetes early on.

20        So, yes, in fact, it looks as though genetics does

21   influence the speed with which an individual person is

22   going to develop it.

23   Q    And then if that person gets what you call a

24   fatogenic agent such as Seroquel, that would put them at

25   an enhanced risk for developing diabetes at a younger age

1   than what they might otherwise have developed it?

2   A     Yeah, that any incremental change in weight for that

3   vulnerable population would be expected to cause diabetes

4   at an earlier-than-otherwise expected time.

5   Q     Now, I'd like to shift gears a bit and talk about the

6   role of Seroquel in metabolic changes independent of

7   weight gain.

8         In addition to your opinion that Seroquel causes

9   substantial and clinically significant weight gain in a

10  large percentage of patients, do you also hold the opinion

11  that Seroquel has other metabolic effects independent of

12  weight gain?

13  A     Yeah, we've talked about some of them.  The impact on

14  lipids, in particular.

15  Q     When you say "lipids," you're referring to?

16  A     Circulating triglycerides and the various cholesterol

17  pools, LDL, HDL, VLDL, et cetera.  And it's not known

18  exactly how quetiapine induces those changes separate from

19  its impact on weight.

20        When you gain weight, when you get fat, your body has

21  to move lipids from these various lipid stores back to the

22  tissues, back and forth, so you actually have more

23  circulating lipids.  When you are obese, your various

24  levels of lipids measured in your blood tends to go up.

25  It's a minor amount.  It can be of clinically pertinent

1  effect.

2      But it's one of the reasons why, when you've got

3  elevated fats in your blood, the doctors are always

4  recommending that you lose weight because we know that

5  when you get skinny your lipids drop down.  And that's

6  sort of an ordinary weight-related increase in circulating

7  lipids.

8      But the second effect that I talked about was that

9  quetiapine, in a decided minority, it's an unusual toxic

10  consequence, causes massive changes in lipids by, I

11  believe, disrupting hepatic metabolism of lipids.  And so

12  you get these huge increases in circulating triglycerides

13  that can occasionally overwhelm a person to an enormous

14  degree.

15      So that's one of the metabolic effects that's extra

16  adiposity, so separate from simple weight gain.

17      The second one is that -- is this issue that we have

18  been basically going back and forth with in the profession

19  is:  Is there a direct nonadiposity effect of quetiapine

20  on glucose metabolism?  I mean, these cases of diabetes,

21  are there -- are they caused by a direct toxic effect of

22  the drug?

23      It is and continues to be my belief that the vast

24  majority of the endocrinologic toxicity associated with

25  the use of quetiapine and related compounds is due to the

1    fact that it makes people fat.  I mean, that is the most

2    consistent finding.

3         However, there are and have been data to suggest that

4    there may be a minor signal that's extra adiposity.  The

5    data in support of that are growing.  I continue to

6    believe that it's minor, but it does seem to be there.

7         For instance, the company recently altered to a minor

8    degree its label in the warnings section where it looked

9    at Studies 125 -- Study 126 and 127.  And these were

10   fairly longer-term trials in bipolar population, so not in

11   the schizophrenic populations that I have been talking

12   about, but in bipolar populations treated with quetiapine

13   over a fairly good chunk of time, 104 or so weeks.

14        And there was an increased rate of -- complex study.

15   They were adding the drug to standard treatments of

16   bipolar illness, which themselves have weight gain, I

17   hasten to add.  But it was placebo-controlled, so plus

18   quetiapine and plus placebo.

19        And when they looked at the downstream data, in the

20   course of 104 weeks there was a couple of percent excess

21   of noted diabetes.  And quite honestly, that's very

22   surprising.  That is difficult to explain in a prospective

23   fashion with a reasonably healthy group of people.  It's

24   difficult to explain why you would get that rate in such a

25   short period of time.

1    Q    If the only story was weight gain?

2    A    If the only story was weight gain.  I mean, it's

3    conceivable, but it's a little hard to believe because

4    that's really pretty quick.  It might just be that those

5    people were all just teetering right on the edge and,

6    boop, they crossed the line in that 104 weeks, but I don't

7    think so.

8        You know, when you sit down and look at the data, it

9    looks like a spectrum condition where 2.4 percent

10   developed diabetes but 11.2 percent developed glucose

11   intolerance.  So it suggests that there may, in fact, be

12   extra adiposity causes.

13       And there's a whole bunch of briefer, shorter trials

14   that have looked at this question:  Is there a direct

15   toxic effect?  A lot of the trials said, no, we can't find

16   any effect.  Other trials have said that it does seem to

17   alter glucose metabolism by altering insulin sensitivity

18   or increasing insulin resistance, if you will.

19       So it's a curious question that is, I don't think,

20   clearly established in my mind as to what the cause is,

21   but there is data to suggest that there's extra adiposity

22   diabetic risk.  It's -- I continue to believe that it's a

23   minor one, but there is data to support that it's there.

24           MS. RELKIN:  And just Study 126 and 127, Your

25   Honor, they were part of the exhibits attached to

1    plaintiff's certification.  Just because they're very

2    bulky, we didn't reproduce them again here.

3    BY MS. RELKIN:

4    Q    Doctor, a few times you said we don't fully

5    understand how or why.  Can you just address that issue.

6    Is it your opinion that in medicine many phenomena are

7    recognized even though the actual biochemical or molecular

8    mechanism is not fully understood?

9    A    The truth about medicine in general is the "why"

10   questions are very difficult for us to answer.  And they

11   are -- those days when I'm able to answer them are my good

12   days.  No, the vast majority of our -- of what we do is

13   purely empiric, that we don't understand the whys and

14   wherefores of what's going on.  Absolutely.

15   Q    You still could appreciate that there's a cause and

16   effect even if you don't know how it does it?

17   A    Exactly.  Obesity and diabetes, smoking and cancer.

18   The use of -- you know to -- the medicine is replete with

19   examples.

20   Q    On the extra adiposity issue, you talked about

21   Studies 126 and 127.  In your declaration, I believe

22   beginning at paragraph 22, you also discussed Study 125

23   which was introduced yesterday as an exhibit.

24        Can you tell the Court what about Study 125 supports

25   your opinion about extra adiposity?  That was Exhibit 9

1   from yesterday.

2   A    Yes.  Well, 125 was a study that was ostensibly done

3   to investigate in the short-term this question that you

4   and I are talking about now.  And that is to say:  Is

5   there an impact on glucose metabolism in the short-term?

6   This is a 24-, 26-, one of the two, week study of

7   quetiapine.

8        And it also used as comparative references olanzapine

9   which is the -- as we've already talked about, the most

10  notorious in this group of drugs to cause weight gain, and

11  has even better data to suggest that it causes extra

12  adiposity changes in glucose metabolism; and risperidone,

13  a drug that causes less weight gain in general in most

14  studies than quetiapine, and has substantially less

15  evidence to suggest that there's a direct toxic effect,

16  extra adiposity effect, on glucose metabolism.

17       So looked at over the short-term.  And they looked at

18  glucose functioning prior to and then at the conclusion of

19  the study, and 180ish kind of patients in each arm.  They

20  used very healthy populations.  So in distinction to what

21  we've talking about at some length, rather than choose

22  people that are very near that metaphorical cliff that I

23  mentioned, they chose patients that were very far from it.

24  So clearly endocrinologically normal healthy at baseline.

25  And they used kind of an odd measure, just the area under

1    the curve for oral glucose challenge.

2        So I'm sure you've heard about it already, Your

3    Honor, but a load of patient in a fasting state with a

4    standard glucose load, and they measure how you metabolize

5    that, how your body responds to it, basically how your

6    body disposes of the insulin and/or of the glucose in

7    the -- from the glucose load that's in your plasma.

8        The definition of diabetes includes a number that if

9    you rise above 200 milligrams percent in response to a

10   glucose load, that's one of the definitions of diabetes,

11   as a matter of fact.  So you look at the peak effect

12   usually tested two hours after the glucose load, and if

13   that's in excess of 200, that's, as I say, one of the

14   definitional arms of formal diabetes mellitus.

15       So they did that oral glucose challenge just before

16   and they did that oral glucose challenge test afterwards

17   to look at this issue:  Is there a direct toxic effect of

18   these compounds in this population?

19       And their conclusion was that, based on the oral

20   glucose challenge test, the glucose tolerance test, that

21   there wasn't in fact a difference.  And the reason I

22   mentioned it is because there were curious changes in

23   fasting sugar, there were curious changes in insulin

24   levels, and there were curious changes in glycosylated

25   hemoglobin.  Again, I presume that you've talked about it

1   in here already.

2   Q    I think you should just briefly mention it.

3   A    Glycosylated hemoglobin is a -- hemoglobin is a major

4   oxygen-carrying molecule in the red blood cells.  And the

5   average red cell, from birth to being culled out, is about

6   120 days.  That's how long our cells last.  So if you take

7   a sample of blood, the average length -- the average age

8   is 60 days.

9        So on average when you're looking at a red cell

10  population, you're looking at a population, as I say,

11  that's 60 days old.  So you're looking at the experience

12  of 60 days of the blood.

13       And glycosylated hemoglobin is -- glucose gets

14  connected to that hemoglobin molecule.  And it happens

15  slowly over time, and it is an integrated measure of the

16  total amount of time that those red cells have been

17  exposed to elevated levels of glucose.  So not just a

18  little spike here and a little spike there, but sort of

19  general increases, as I say, integrated over time.

20       A certain percentage is normal because red cells are

21  exposed to glucose levels.  On average, a person has

22  usually below six percent.  Five to six percent is sort of

23  a normal figure.  When that -- even with diabetes, because

24  you have -- you're spending much more of your time with

25  elevated glucose levels, your glycosylated hemoglobin

1    rises, but it rises -- it doesn't rise when you have a

2    single or even a few episodes of hyperglycemia.  It rises

3    when you've gradually been increasing it over time or you

4    had a very large spike of glucose for a shorter period of

5    time.

6         So small elevations for a protracted period of time

7    or huge elevations over a shorter period of time, they're

8    both going to result in increased percentages of

9    glycosylated hemoglobin.

10        So, the bottom line is you really wouldn't expect

11   those figures to go up.  And the fact that they did go up

12   in this short-term trial suggests that there may, in fact,

13   be these extra adiposity impacts.

14        So there were -- my point is that there were certain

15   measures, insulin went up, fasting sugars went up, and

16   glycosylated hemoglobin went up, suggesting that there may

17   be extra adiposity effects.

18        I continue to believe, however, that -- because this

19   study also was confounded by the fact that people gained

20   weight.  And so some of the influence, even in this

21   endocrinologically robust population, some of the measured

22   changes may in fact have just been due to the weight gain.

23   Q    And this was a 24-week study; right?

24   A    It was a 24-week study.  But they did gain, you know,

25   a chunk of weight.

1   Q    So either the weight gain over that short period of

2   time would cause the change and/or there is a direct

3   effect?

4   A    You wouldn't expect it.  Again, it's one of these

5   confounds.  It would be nice if people didn't gain weight.

6   Then I would be able to exclude that as a possibility in

7   this group.  It seems unlikely to me that I could explain

8   the changes that were observed on the basis of weight

9   gain, but I can't rule it out completely.  But it seems

10  unlikely.

11       And I put it in there because I believed it supported

12  the cumulative and growing evidence to suggest that there

13  are extra adiposity influences, all be they minor, on

14  glucose metabolism.

15  Q    With regard to the shorter term effects of

16  quetiapine, you referred previously to a -- or maybe in

17  our discussions, a study by Dr. Koller and others.  I'm

18  going to present that as Exhibit 31, P31.

19       Doctor, is this paper by Dr. Koller "A Survey of

20  Reports of Quetiapine-Associated Hyperglycemia and

21  Diabetes Mellitus" that was published in the *Journal of*

22  *Clinical Psychiatry* in 2004?

23  A    Right.  That's the same journal we've been talking

24  about.  Correct.

25  Q    And what do you find important about this paper by

1    Dr. Koller?

2    A     Well, what I found important about it was different

3    than what other people found important about it, but if

4    you'd turn to page 859.  In that first -- if you go up to

5    the top of the page and you look at the graph is what I

6    want to talk about.  And I know you've got other things to

7    look at.

8          But what we know about diabetes is that -- momentary

9    digression -- what we know about diabetes is that the

10   populations that develop the biggest problem with diabetes

11   are the elderly.  Obese elderly populations are the ones

12   that have the greatest rate of diabetes.  Diabetes

13   linearly increases with age.  Young patients tend to be

14   relatively resistant to it, even obese young patients,

15   whereas the elderly, even small elevations can expose them

16   to the ravages of diabetes.  So that's a vulnerable

17   population.

18         So if you have a compound that causes diabetes, you

19   would expect that when you expose the elderly, these

20   people, as I say, to continue the same metaphor, that are

21   closest to the cliff, you would expect a whole bunch of

22   them to be falling into the cliff.  You would expect those

23   reports to be all over the place.

24         And what you see from this graph it says that it

25   disappears.  The excess reports are in fact in young

1    patients, in very young patients, and it doesn't increase

2    the rate in diabetes in the elderly.

3         So what this said to me is that this is culling out

4    type 2 diabetic risk in the population at a

5    disproportionately lower age.  It is not causing it in

6    patients who are not susceptible.  It is identifying

7    earlier -- that's why there is an excess in the young

8    populations -- is identifying them earlier in populations

9    that are specifically at risk.

10        But it's again, I think that these data support my

11   suggestion that most of the impact of diabetes is on -- is

12   on patients who are predisposed to develop it through

13   ordinary mechanisms.

14   Q    I have a couple more questions about Koller, but I

15   realize we didn't really explain the nature of this study.

16   Do you want to just briefly explain what she did.

17   A    It wasn't really a study but basically a doctor's

18   report into a central clearing house, if you will.  These

19   are the side effects that we observed.  And there's really

20   very little standardization as to how they report those,

21   so there's this big hodepodge of reports.  And these are

22   ways that the system has of following, well, what are

23   people noticing, what toxic consequences are people

24   noticing from these various compounds.

25        And she looked at those specific reports that were

1    related -- this is just one of her studies.  She did

2    several of them with each of the other compounds also,

3    looking at those reports and trying to make sense of them

4    in a summary fashion.

5         So this is not a study in a traditional sense.  This

6    is basically, as I say, trying to make sense of

7    spontaneously reported adverse events that got into this

8    central system.

9    Q    And that's the FDA MedWatch program?

10   A    That's correct.

11   Q    And she also did a literature research at -- for case

12   reports as well?

13   A    Correct.

14   Q    And the section that's up there on the Elmo refers to

15   time to onset.  It indicates that the time to diagnosis of

16   hyperglycemia for all subjects for whom these data were

17   available -- the number is 36 -- range from several days

18   to one year, 9 months, but for 75 percent -- which would

19   be the number 27 -- it was six months or less from the

20   time quetiapine therapy was started.  Sometimes the

21   hyperglycemia occurred after a recent dose increase.

22        What does that tell you with regard to the timing of

23   the effects of the drug and the extra adiposity issue?

24   A    Well, I mean, it tells me a couple of things.  We've

25   not talked about it, but when you're a clinician, you're

1    starting a person on a drug, you notice a problem emerging

2    as a consequence of that.  When that event occurred close

3    to the beginning of your treatment, you're going to be

4    convinced that drug caused that effect.  So it shouldn't

5    surprise you that doctors are going to report these early

6    cases disproportionately.

7        On the other hand, a person develops diabetes five

8    years after you start him on the drug, it's not going to

9    even occur to you that it has anything to do with the drug

10   so you're not going to bother reporting it.

11       So what do I make from this?  I make from this that

12   patients that developed a diabetes early after the

13   introduction of quetiapine, those are very dramatic

14   events.  Does that tell me anything specific?  No.  Again,

15   your point, I think, is that, well, doesn't this tell you

16   that this is an extra adiposity measure?  Maybe.  I think,

17   though, more likely that those were just patients that

18   were closest to the cliff, and they got pushed over the

19   cliff.

20       And those are the ones that are going to be reported

21   because that's going to be so obvious to the clinician:

22   Boy, this drug definitely caused it.

23       It's one of the things we do as humans.  As humans,

24   you could make an argument:  What does a central nervous

25   system do?  I would argue that among its greatest tasks is

1   pattern recognition, is to figure out the rules of the

2   world in which we're embedded.  And we're just great at

3   looking at causality.  That's one of the things that our

4   brain is really good at.

5        And so when a physician notices a toxicity early,

6   they're going to be absolutely convinced that the drug

7   caused it, as opposed to very late, we're not going to

8   be -- it's not going to be so obvious.

9        So again, your question, to me at any rate, suggests

10  that there may be extra adiposity effects, but it's

11  difficult to tell from these data.

12  Q    I want to circle back just for completeness to what

13  you reviewed.  We talked about how you lived with the drug

14  in terms of prescribing it from the get-go, and you

15  certainly held opinions and published about them before

16  you were ever involved in this litigation.

17       But once you were contacted in litigation, did you

18  review some additional materials?

19  A    Yes.  I was sent mountains of materials and piles of

20  depositions to review.

21  Q    And approximately how many banker boxes of materials

22  did you review?

23  A    Well, it's a little -- as you probably all know, the

24  case is a little weird because it has, like, attorneys

25  from all over the planet, it seems like, that send me

1   stuff.  But -- and sometimes I think off world.

2        But it -- there was six cases, those kind of cases,

3   however you referenced them, that were the hard copies.

4   And there was, oh, man, there was hundreds of files that

5   were in DVD forms.  So I can't quite quantify the

6   magnitude of how big they would have been.  So eight boxes

7   plus, if I had to guess, maybe another two or three boxes.

8   Q    And you reviewed that all?

9   A    Yes, ma'am.

10  Q    And just for sake of completeness, Exhibit 21 is the

11  doctor's CV and it has attached to it what's called a

12  reference list.  And, Doctor, was that 35 pages itemizing

13  the terms you reviewed?

14  A    Yeah.  I did not make that reference list, though.

15  I'll thank you guys for having done that for me.

16  Q    Is it your understanding that comprised what you did

17  review?

18  A    Yeah, we went back and forth to make sure that the

19  list was thorough, but, yes.

20  Q    In your review of the materials, did you take some

21  notes of some of the clinical trials?

22  A    Yeah.  I took notes on approximately half of the

23  trials before I got exhausted.  I'll be honest.  I'm not a

24  great note-taker, but I did for the, I don't know, 50 or

25  so trials.

54

1   Q    And you read them all but you took notes in about 50

2   and then you got tired of taking notes?

3   A    Right.

4          MS. RELKIN:  Just for the record, Exhibit 24

5   comprises the doctor's notes on some of the findings from

6   the clinical trials.

7   BY MS. RELKIN:

8   Q    And just briefly, Doctor, you took notes on

9   Studies 125, Study 2, 6, 132.  It goes on and on, a number

10  of studies.

11         Is there a way to summarize your overall findings

12  from those studies?

13  A    Yeah.  I mean, there is.  And what you see is you see

14  a good deal of, with respect to the questions that we've

15  been talking about, that is to say, weight gain, diabetes,

16  and the like, there's a good deal, a good deal of

17  variance.

18         However, in general, what you see is a pattern of

19  weight gain in approximately a quarter of the population.

20  What you see is a pattern of weight gain that plateaus

21  after 300 milligrams, that is linear below 300 milligrams,

22  that is to say, lower doses below 300 milligrams are

23  associated with lower rates of weight gain; and you see

24  patterns of reported glucose disregulation that are quite

25  variable and kind of all over the place.

1        But the weight gain pattern is remarkably consistent

2    subject to those caveats about dose, but it is remarkably

3    consistent across time, patient populations, and exposure.

4    Q    And when you're referring to dose being linear up

5    until the plateau, is that the same thing that's there a

6    dose response until a certain point when it plateaus?

7    A    That's correct.  So it's fairly common within

8    pharmacology for one to get what's called a sigmoidal dose

9    response curve.  And basically just think about an S

10   shape.  So at subthreshold doses, it doesn't have an

11   effect.  And then over the linear portion of the curve, it

12   would have increasing effect.  And then it plateaus.  And

13   in general, that's true for a lot of biological systems,

14   both toxicity and efficacy.  And that's what you see with

15   quetiapine.

16       And the reason it's interesting with quetiapine is

17   because that's not what you see with some of the other

18   drugs.  For instance, olanzapine, olanzapine, about the

19   lowest dose anybody uses clinically is five milligrams.

20   At five milligrams, you see about the same weight gain

21   that you see at 10, that you see at 15, that you see at

22   20.

23       So it's as though the linear portion -- or the flat

24   portion of its curve, the plateau, is at the lowest

25   effective dose, whereas quetiapine, because it's used at

 1    much lower doses in some populations, you're actually on

 2    the linear portion of the curve.

 3    Q    There also have been a number of epidemiological or

 4    observational studies separate from the clinical trials

 5    that we've talked about.  Did you review them all as well?

 6    A    I did.

 7    Q    And I'm going to turn in a moment to the consensus

 8    statement.

 9    A    Okay.

10    Q    But in the context of the consensus statement, there

11    was some discussion of those studies being, the word is

12    "discrepant."  Are you familiar with that term?

13    A    Well, it wasn't just those studies that were

14    discrepant.  But, yeah, I'm certainly familiar with that

15    term and the use of it in the consensus statement, yes.

16    Q    With regard to your review of the observational

17    studies, and we're not going to get into them in any

18    detail because that was discussed yesterday, can you

19    summarize your view of them.

20    A    With respect to diabetes; is that the --

21    Q    Well, we can do both weight gain and diabetes.

22    A    With respect to weight gain, they're not discrepant.

23    With respect to weight gain, there's a -- in populations,

24    there's a fairly predictable risk of weight gain.  In --

25    with the question of diabetes, again, this extra adiposity

1    question of diabetes, it's definitely discrepant.  I mean

2    there are some studies that say yes and some studies that

3    say no.

4    Q    And because a study -- in some of them it wasn't

5    "no," it was just there wasn't statistical significance

6    necessarily; is that right?

7    A    Correct.  So that what you'd call type 2 errors, that

8    you didn't put enough subjects in or you didn't carry it

9    on long enough or you didn't do it in a robust enough

10   fashion for you to detect an effect that actually was

11   there.

12   Q    And that doesn't mean necessarily that there's a

13   negative effect; it just didn't find it for whatever

14   design reasons that you just explained.

15   A    No.  That's type 2 errors are specifically that.

16   There is a real effect, but based on the design, based on

17   the limitations, based on the way that you carried out the

18   study, you were not able to detect an effect that was

19   really there, as opposed to type 1 errors which are you

20   detect an effect that wasn't really there.

21   Q    And in terms of your overall opinions, you have

22   considered that, the observational studies and all of the

23   information; is that fair to state?

24   A    Yeah.  I mean, like anyone else, I think that my

25   opinion is based on the totality of the information that's

1    in my head.  But, yeah, I considered them all.

2    Q    And do you want to just start -- I think it's already

3    been elucidated, but if you want to explain your

4    methodology of how you formed your opinions as to the role

5    of quetiapine and weight gain and diabetes.

6    A    Well, with respect to the process that I went

7    through, yes, it's relatively lengthy.  But with respect

8    to weight gain, my first experience was a personal one,

9    that is to say, my clinical experience with patients, the

10   one that we reported on and the one that we had experience

11   with.  That has then been augmented by other people's

12   experience, that is to say, the reported data that they

13   gave us.

14       And that has really not changed appreciably in either

15   magnitude or consequences, that is to say, the magnitude

16   of the weight or the consequences of that weight, my

17   opinion has not changed in years.  And it's always pretty

18   much been the same.

19       And to recap again that the weight gain associated

20   with quetiapine is for a population intermediate between

21   the weight gain associated with risperidone and

22   olanzapine.  And it's approximately midway between those

23   two.

24       And my opinion about diabetes is that weight gain

25   causes diabetes, the same opinion that is a caveat of

1   medicine in general.  Weight gain is a risk factor for

2   diabetes.

3        Now, with respect to the other questions, the extra

4   adiposity question of diabetes, my opinion has been

5   incremental.  Honestly, I am -- I have been doubtful

6   that -- my position has been I don't think most of the

7   diabetes people are talking about has anything to do with

8   a direct toxic effect.  I think the vast majority the

9   diabetes people are noticing is ordinary diabetes.  It's

10   just diabetes you get as a consequence of going through

11   life, diabetes that afflicts almost 10 percent of our

12   population as we speak right now.

13        However, the experience over time has been that there

14   have been more and more data presented to suggest that

15   there may be extra adiposity influences on diabetes.  And

16   how has that been influenced?  Well, to a certain degree,

17   the epidemiologic studies that you mentioned, but

18   honestly, not a huge amount for me.  I mean, they don't

19   influence to a great degree.

20        The studies that have had somewhat more impact we've

21   talked about, that is to say, the short-term studies that

22   the company has done, some trials that people have looked

23   at in the short-term looking at glucose functioning with

24   regards to these medications.

25        So that, you know, there -- I'm willing to admit that

1    there may be some other extra adiposity influences of --

2    on diabetes, but it's an evolving construct for me.

3    It's -- I still continue to believe that it's a small

4    portion of the overall equation.  The greatest impact of

5    this drug -- of these drugs is on a person's weight gain.

6    Q    Turning to the consensus statement now.

7    A    Yes, ma'am.

8    Q    Doctor, you were invited presenter; is that correct?

9    A    I was a presenter and planner.

10   Q    Okay.  Very briefly, just explain how this joint

11   meeting of representatives from the endocrine community

12   and the psychiatric community met.

13   A    Sure.  When these drugs were first noticed to be

14   causing excessive adiposity, causing increases in weight,

15   we had to deal with it.  And because of where I was

16   working, you know, I sort of became the *de facto*

17   endocrinologist.  And I had to deal with these things.

18   And my wife at the time had to deal with these things.

19   And so we started to teach people about that.

20        And we found ourselves getting together with

21   endocrinologists and co-presenting, ironically financially

22   supported by the pharmaceutical industry, getting together

23   at more and more sort of casual presentations.

24        Then in spring of 2003, a few guys decided we should

25   get together and do a consensus conference between the APA

1    and the ADA.  And then in -- I think we were in Chicago

2    during the planning, we just decided that we should use a

3    particular format of empower a panel of experts who would

4    listen to the accumulated knowledge, get a group of

5    presenters who would present on sundry topics related to

6    it, invite industry, and then we would lock those guys in

7    a hotel room until they came up with a consensus

8    statement.

9    Q    And what did you present on?

10   A    I presented on the suggested monitoring protocol that

11   one should follow when you treat patients with these

12   medications.

13   Q    And was your suggested protocol adopted by the

14   committee?

15   A    Well, it was.  They changed -- they changed it, if

16   you look on page 399, they changed it from -- if you look

17   across the table there on 3 -- sorry, 599.  My presbyopia

18   is getting to me.

19        But they chose 12 weeks as the recommended time for

20   follow-up to check lipids and a couple of other parameters

21   you can see there too.  But that was -- that was in order

22   to identify that small population that's going to develop

23   that bad lipid problem that I mentioned.  And I had

24   suggested doing it at eight weeks.  So except for the

25   shift from eight weeks to 12 weeks, it's exactly what my

1    protocol was.

2    Q    Okay.  So, other than that one change, they adopted

3    your protocol with regard to weight measurements, waist

4    circumference, taking blood pressures, and taking the

5    fasting glucose, plasma glucose, and lipid profiles?

6    A    Correct.

7    Q    And if the medical community didn't think that there

8    was a serious association between these agents, including

9    quetiapine, and these metabolic end points, I take it they

10   wouldn't recommend this testing?

11   A    It wouldn't seem reasonable to me.

12   Q    Having presented and been at the meeting, was it your

13   impression that the -- why don't you describe your

14   impression as to the findings of the committee with regard

15   to the association between quetiapine and weight gain.

16   A    Basically the same relationship I've talked about,

17   that it was intermediate between risperidone and

18   olanzapine so that, I mean, it's clearly there, that there

19   is a weight gain associated with the use of quetiapine.  I

20   mean, that was clearly established at that point in time.

21   Q    There was no issue with regard to any ambiguity that

22   they thought that there was anything discrepant about

23   those findings; it was clear that there was an

24   association?

25   A    No.  It wasn't discrepant at all.  Again, weight gain

63

1    associated with quetiapine is the second most predictable

2    clinical consequence of the drug.

3    Q    And with regard to the table that defendants suggest

4    is discrepant, all that means with regard to the issue of

5    diabetes is that there is some evidence that it does have

6    a direct effect on diabetes and some that's not positive;

7    is that fair to state?

8    A    That's fair to say in 2003, and I think it's fair to

9    say now.  I think that there is more data, but it's

10   incremental.  It's still -- it's still a question.  It's

11   still a question as to how it can cause extra adiposity

12   alterations in glucose metabolism.

13   Q    And your question in your mind that clearly with

14   regard to weight gain, that quetiapine, by causing weight

15   gain, can cause diabetes?

16   A    There should be no question in anyone's mind.  That's

17   not an arguable fact.

18            MS. RELKIN:  All right.  I have a couple more

19   questions, but, Your Honor, should I wrap it up?

20            THE COURT:  Yeah.

21            MS. RELKIN:  Okay.  We're wrapping it up.  Thank

22   you very much, Doctor.

23            THE COURT:  All right.  We'll be in recess until

24   five to 10:00.

25                      (Recess)

```
 1              MS. THORPE:  I'm ready to proceed with

 2   cross-examination.

 3              THE COURT:  Okay.  Go ahead.

 4                       CROSS-EXAMINATION

 5   BY MS. THORPE:

 6   Q    Dr. Wershing, my name is Jane Thorpe, and we've never

 7   met before, right?

 8   A    That is correct.  Good morning.

 9   Q    Okay.  Good morning.

10        Just before we broke, Doctor, you were discussing --

11   well, let me start this way.  It's clear from hearing your

12   testimony, you've been interested in the issue of weight

13   gain and antipsychotics for a long time; is that fair?

14   A    That is correct.

15   Q    And you're a clinician who saw weight gain in your

16   patients who take all kinds of antipsychotics, right?

17   A    That's correct also.

18   Q    And you have developed a hypothesis that people who

19   have obesity or who have a genetic risk factor for

20   diabetes or who have other risk factors for obesity are --

21   your hypothesis is that they are predisposed to develop

22   diabetes when they take an antipsychotic that is

23   associated with weight gain, right?

24   A    Well, it's not my hypothesis, but that's certainly my

25   opinion, yes.
```

1   Q    Okay.  And you hold that hypothesis, right?

2   A    Again, yes.  Again, it's not mine, but, yes, I

3   certainly believe that.

4   Q    You think there are others who share it, but that's

5   yours, right?

6   A    That is correct.

7   Q    All right.  And so you're aware, are you not, that

8   there's been a study by The National Institutes of Mental

9   Health called the CATIE trial that looked at certain

10  metabolic end points in people who take antipsychotics,

11  right?

12  A    The CATIE trial, did, yes, ma'am.

13  Q    Yes.  And you think that's a well-done study,

14  correct?

15  A    Do I think the CATIE was a well-done study?  I have a

16  number of different complaints about CATIE, not the least

17  of which it cost $42.6 million.

18  Q    Let's agree that it's a very expensive study.

19  A    I would agree that is the most expensive study ever

20  carried out in this population, by far.

21  Q    And so it was a study conducted by one of the most

22  prestigious groups in our government and not run by

23  industry, right?

24  A    That's correct.  That was the primary purpose of it,

25  it was to be independent.

1    Q    And you've -- you're aware that in -- there were a

2    number of papers that came out of CATIE, right?

3    A    Sill coming out.

4    Q    And there's a paper that came out by -- the lead

5    author was Dr. Meyer.  You're familiar with that, right?

6    A    Yes, ma'am.  Jonathan.

7           MS. THORPE:  Could we have -- well, let me just

8    first put on the -- may I approach the witness, Your

9    Honor?

10          THE COURT:  Yes.

11   BY MS. THORPE:

12   Q    Let me show you what's been marked as Defendant's

13   Exhibit 6.  And that is the Meyer paper, correct?

14   A    That's correct.

15   Q    First thing I want you to do, Doctor, is I want you

16   to turn to Table 2 in that paper.

17   A    Yes, ma'am.

18   Q    And if you look down on Table 2, there is a body mass

19   index indicated.  Do you see that?

20   A    Yes, it's second from the bottom.

21   Q    Right.  And in all subjects, the body mass index for

22   people at baseline at the beginning of the study in CATIE

23   is 30, right, for all subjects?

24   A    It varies from 29.3 to 30, yes, ma'am.

25   Q    Right.  But for all subjects, it's 30, right?

1    A    Correct.

2    Q    And in the fasting cohort, it's 29.5, and in the all

3    classifiable cohort it's 29.3, right?

4    A    Correct.

5    Q    And those body mass indexes that are shown in Table 2

6    are obese, right?

7    A    Well, the technical definition, as you very well

8    know, is the 30.  So, yes, the 30 is, by definition, the

9    standard for obesity.  That's the first increment.

10   Q    So what this study is showing is -- or this table is

11   showing is that at the beginning, for all subjects who are

12   starting out in CATIE, they were already obese, right?

13   A    They were already, on average, overweight.  Then an

14   awful lot of them were significantly obese, absolutely.

15   Q    Well, right.

16   A    I mean, it's just unfortunate that it's 29.3 and not

17   30, because the definition is -- I don't make these

18   rules -- the definition is 30.

19   Q    Right.  Well, just -- you know, I don't mean to be

20   picky here, but I just want to get it accurate on the

21   record --

22   A    Okay.

23   Q    For all subjects, it is 30, right?

24   A    Correct.

25   Q    And that is obese?

1   A    That is the threshold of obesity, that's correct.

2   Q    Right.  Now --

3   A    However, that's on average.  It's not to say that all

4   subjects were obese.  It's just the average subject was

5   obese.  That's correct.

6   Q    We've got it.  We're together on that.

7        Then I want you to turn, if you would, to Table 6 in

8   the paper.

9            MS. THORPE:  And if you could bring it up,

10  please, at WC108 on the screen.

11  BY MS. THORPE:

12  Q    Okay.  This is table 6, right, from the Meyer study?

13  A    Yes.

14  Q    And so in this group of people who are already on

15  average obese at baseline, look over at the Fasting

16  Glucose column, and tell us, if I'm correct, Doctor, that

17  in those already obese people, their glucose dropped when

18  they took Seroquel to minus 1.8 in the CATIE study?

19  A    Minus 1.8, correct.

20  Q    So in people who were predisposed, that is, on

21  average had a BMI of 30 and went through this study by The

22  National Institutes Of Mental Health --

23  A    Correct.

24  Q    -- their glucose levels, which are what you look at

25  for type 2 diabetes, dropped, correct?

1    A    On average.

2    Q    To minus 2?

3    A    On average.

4    Q    Well, this is a study where they look at -- and

5    that's end point of the study, is minus 1.2, right?

6    A    No.

7    Q    That's the data we have from this paper?

8    A    That's the data for that particular parameter.  That

9    was decidedly not the end point of the study, but that's

10   data that you have for that parameter.

11   Q    Well, it was a -- an efficacy study, right?

12   A    No.  It was an effectiveness study.

13   Q    An effectiveness study.  And they collected

14   information on metabolic parameters, right?

15   A    Absolutely.

16   Q    And I want you then -- you said you read boxes and

17   boxes of clinical data, right?  From -- about Seroquel?

18   A    I read boxes of all sorts of data among the clinical

19   data, yes, ma'am.

20   Q    And you, I assume, reviewed the FDA submission that

21   was submitted in June of 2008, right?

22   A    I did that, but I think after my report, but for the

23   second one.

24   Q    I appreciate that, but you've looked at it, right?

25   A    Right.

```
1   Q     And we looked at this yesterday, Doctor --

2             MS. THORPE:  Could we switch back to the Elmo,

3   please.

4   BY MS. THORPE:

5   Q     So this was marked yesterday.  I apologize, I don't

6   have the exhibit number.  But this Table 339 from the FDA

7   submission.  And you see, Doctor, that people who were

8   between a blood glucose at baseline of 100 to 126, that

9   is, they had impaired -- you would agree that's impaired

10  glucose, right?

11  A     That's a definition.

12  Q     And you're aware in this FDA submission that

13  AstraZeneca collected metabolic parameters from all of its

14  placebo-controlled trials, among other things, right?

15  A     I'm aware that's they were trying to do, yes, ma'am.

16  Q     And you see, sir, that after they put all that data

17  together, there was no statistically significant

18  difference in people who had shifted from -- who shifted

19  from the impaired glucose level at the very start of the

20  study, they didn't move over to greater than 126 or in the

21  category of someone who would have diabetes, correct?

22  A     I'm afraid I didn't understand that question.

23  Q     Well, let me ask again.  Let's just walk through the

24  numbers.

25  A     Okay.
```

1    Q    All right?

2         You've seen this before?

3    A    Yes, ma'am, I have.

4    Q    All right.  You know that at baseline there were

5    certain people in these placebo-controlled trials who had

6    impaired glucose, right?

7    A    That's correct.

8    Q    They were between 100 and 126 milligrams per

9    deciliter, right?

10   A    Okay.

11   Q    You agree with that?

12   A    Yes, there were.

13   Q    And you agree that at the end of the

14   placebo-controlled trials, they measured their glucose

15   levels again, right, in that subgroup who were impaired to

16   begin with?

17   A    Okay.

18   Q    Right?

19   A    Okay.

20   Q    You know that to be true?

21   A    Okay.  Correct.

22   Q    And you see that between Seroquel patients who had

23   impaired glucose to begin with -- you see that "67"?

24   A    Correct.

25   Q    That's who -- at the end of the trial, among the

```
 1    impaired group, that's how many were over 126 --
 2    A    I do see that.
 3    Q    -- do you see that?
 4         And then you see the placebo?
 5    A    I do see that.
 6    Q    And you see that 37 of the placebo had moved over to
 7    120 -- greater than 126 at the end of the trial, right?
 8    A    Correct.
 9    Q    And you see the percentages underneath one of those,
10    each of those two groups?
11    A    Of course I do.
12    Q    You see that 11.7 of the Seroquel had moved from
13    impaired to greater than 126, right?
14    A    Correct.
15    Q    And you see that 11.8 of the placebo group had moved
16    from impaired to over 126, right?
17    A    Correct.
18    Q    And you see that there's no statistical significance
19    between those two numbers, right?
20    A    Now that you've added the placebo into the equation,
21    that is correct.
22    Q    Okay.  So --
23    A    When you first asked the question, you did not add
24    the placebo into it, and so I couldn't --
25    Q    All right.  Well, I appreciate your help, and any
```

1   help you want to give me is great, but --

2   A    Well, the statistic is, as you suggest, comparing the

3   placebo arm to the other arm, but to say that there's --

4   people aren't shifting from one population to another is

5   untrue.  They are shifting.

6   Q    There's no difference between Seroquel -- people who

7   are taking Seroquel and people who aren't taking Seroquel

8   in terms of shifting from being impaired and having an

9   impaired glucose all the way over to diabetes, correct?

10  A    Crossing that line, that is correct.

11  Q    So this study and the data from Table 39 and the data

12  from the Meyer study do not support your hypothesis that

13  people who are impaired in some way have impaired glucose

14  or people who are obese or people who are at risk for

15  developing diabetes, that taking Seroquel kicks them over

16  into diabetes.  These data are inconsistent with that

17  hypothesis; isn't that correct, sir?

18  A    These data are not supportive.  They're not

19  inconsistent with that hypothesis because these data don't

20  take into account the time frame.  The short time frames

21  of these trials where these data were elaborated, you

22  would be surprised if it shifted anything.

23       Given what we know about the normal time frame

24  associated with the development of diabetes, using these

25  short-term data, if they ever do come up positive, I'm --

1    I have a hard time explaining that.

2         So it's not inconsistent with the observation that it

3    takes a long time, in general, on average, for a person

4    who is obese to develop type 2 diabetes, even a person who

5    has multiple risk factors.  Even a person who's close to

6    the edge, it still takes a long period of time.  So in a

7    short-term trial, it doesn't strike me as odd that you

8    didn't see any change.

9    Q    In fact, Doctor, it takes a long time for someone to

10   develop diabetes, right?

11   A    On average, it takes years.

12   Q    And in fact, when someone is diagnosed with diabetes,

13   it is known and it's well-known to the public health

14   community, that they've probably had diabetes for over

15   seven years, correct?

16   A    A statistic that they always kick around, 7.3.

17   Q    Now, you also cited --

18            MS. THORPE:  You can take that down, now.

19   BY MS. THORPE:

20   Q    You also cited -- and it's P31, I don't know if you

21   still have your exhibits in front of you -- a paper by

22   Dr. Koller, correct?

23   A    Elizabeth, yes, ma'am.

24   Q    And you know her?

25   A    I certainly know her work, yes, ma'am.

1    Q    You know her personally?

2    A    I've met her several times.

3    Q    Okay.  And Dr. Koller's paper that you cited as P31,

4    you said involves -- includes among the people who are

5    studied groups of elderly people who are really, really

6    susceptible of developing diabetes -- to developing

7    diabetes, correct?

8    A    The -- there is a risk factor associated with age,

9    yes, ma'am.

10   Q    All right.  And -- and -- and so in the Koller paper

11   that you cited as P31, those elderly people who were

12   really, really susceptible to developing diabetes who took

13   Seroquel, it surprised you, didn't it, sir, that those

14   people did not go on to develop diabetes?

15   A    Well, no, not quite.  It didn't surprise me for the

16   reasons I obviously explained inadequately.

17        Though it's true that the elderly population has an

18   elevated rate of diabetes, it's not quite the same as

19   saying that an elderly population is at increased risk.

20        And what I mean by that is that the population of

21   elderly who does not have diabetes is actually fairly

22   resistant to developing diabetes compared to a younger

23   population.  The younger population has all of the

24   potential that it's going to have for developing diabetes.

25        By the time you get to the elderly population, you've

```
 1    already culled out the patients that already have it, so
 2    you're not counting those patients.
 3         So if -- my point was that if quetiapine causes
 4    specific diabetes, it's a specific stress to diabetes that
 5    just your question suggests, and you would anticipate that
 6    the population, like the data you just put up or the
 7    elderly population would be the one that would manifest it
 8    to the greatest degree.  And in fact, it didn't.
 9         And that was supportive of my hypothesis that
10    quetiapine's impact on diabetes is through ordinary
11    pedestrian type 2 diabetes means.
12    Q    Well, my point, sir, is that I'm still -- let me just
13    flag what I'm talking about.  You have this hypothesis
14    that people who are already predisposed to develop
15    diabetes, either because of age or because they're obese
16    or because they have impaired glucose --
17    A    Correct.
18    Q    -- are somehow particularly susceptible when they
19    take Seroquel to developing diabetes.
20         The Koller paper's results with regard to the elderly
21    population, you would agree with me, don't support that
22    hypothesis?
23    A    Again, no, that is incorrect.
24    Q    We'll just agree we disagree on that, okay?  And
25    let's just move on.
```

1       The Koller paper that's been marked as P31 is a case

2   series, correct?

3   A   Oh, at best, a case series.  It's a *gemish* of

4   patients that she didn't have.  Most case series persons

5   have personal knowledge of.  Hers was case reports of

6   reports.

7   Q   Right.  It's basically a list of adverse event

8   reports, right?

9   A   Exactly, right.

10  Q   It is not the kind of information that scientists use

11  to assess cause and effect, correct?

12  A   It is -- among the information, that's not one, one

13  used to rely upon.

14  Q   And in fact, Dr. Koller, in Exhibit 31, as I'm sure

15  you know, since you're very familiar with this paper,

16  says, "Definitive conclusions about causality and relative

17  risk cannot be made until controlled prospective studies

18  are done," right?

19  A   Of course she said that.

20  Q   And you would agree with that?

21  A   I would agree.

22  Q   Now, you also cited something else that I want to

23  bring to your attention that's -- was marked as

24  Plaintiff's Exhibit 25, Dr. Wershing, and it's the

25  pediatric data.  Do you have that in front of you?

1  A    I don't, but I know what you're talking about.

2  Q    Okay.  I just have the copy that Ms. Relkin gave me.

3       And it's a clinical overview on weight gain in

4  pediatric patients, right?

5  A    That's correct.

6  Q    And I want to show you a table in Plaintiff's

7  Exhibit 25.  And you see in Plaintiff's Exhibit 25,

8  Table 1 that there are two doses looked at for Seroquel,

9  right, 400 and 800 milligram doses, right?

10 A    That is correct.

11 Q    And then you have placebo, right?

12 A    That is correct.

13 Q    And so they're comparing, as we discussed earlier,

14 this is -- they're comparing Seroquel to placebo?

15 A    Right.

16 Q    Two different doses?

17 A    Correct.

18 Q    And they're looking at -- the kilograms in there are

19 the mean increase and weight from baseline, correct?

20 A    That's correct.

21 Q    So at the lower dose, 400 milligrams at day 42, they

22 found a 2.2-kilogram weight gain, right?

23 A    Correct.

24 Q    Now a kilogram is 2.2 pounds, right?

25 A    2.2046.

1  Q    All right.  And at 800 milligrams, at the higher

2  dose, they actually found a lesser weight gain, correct,

3  1.8 kilograms?

4  A    Well, it's numerically less.  It's not statistically

5  different.

6  Q    Well, there's no test shown here, right?

7  A    There is no test shown there.

8  Q    All right.  And so you could not say that this

9  data -- these data in Table 1 support a dose response

10 because it's actually the reverse of dose response, or at

11 least inconsistent with the idea of a dose response?

12 A    Well, it's not inconsistent with what I testified to

13 earlier, which was that the weight gain plateaus at doses

14 about 300.  So it -- you know, I've tested doses up to

15 3,000 milligrams a day.  And it -- there is not an

16 incremental increase above 300.  You don't get more weight

17 gain when you add more drug on.  You do below, but not

18 above.  So it's plateaued at 300.  So the fact that 400 is

19 not different than 800 is consistent with that.

20 Q    Now, Doctor, you talked about the fact that the

21 epidemiology of Seroquel -- well, let me strike that and

22 let me ask it this way:

23     You've said in your report and your declaration that

24 you think the connection between weight gain and diabetes

25 is axiomatic, right?

1    A    That is correct.

2    Q    But you agree -- and you agree, or you've said this

3    morning that the studies of weight gain -- or excuse me.

4    You have said this morning that the studies of Seroquel

5    consistently show weight gain, right?

6    A    On average, they consistently show weight gain.

7    That's correct.

8    Q    You have testified this morning, however, that the

9    studies of Seroquel and diabetes are discrepant, correct?

10   A    With respect to diabetes being caused by quetiapine,

11   that's correct.

12   Q    So you agree that some of them showed diabetes,

13   right?  Some of the studies showed diabetes with Seroquel?

14   A    That's correct.

15   Q    But some of them did not show diabetes with Seroquel,

16   correct?

17   A    That's also correct.  Yes, ma'am.

18   Q    Now, you have testified in this matter, Dr. Wershing,

19   that the methodism by which Seroquel causes diabetes is

20   just simply weight gain, in your view, right?

21   A    No.  I have said that it is my opinion that the vast

22   majority of the cases of diabetes related to the use of

23   quetiapine are through weight gain.  I continue to hold

24   that opinion.

25   Q    Okay.  Well, let's look at what you said in your

1    deposition.

2        If we could have slide 1, please.

3        So you were asked the question, "So the mechanism, in

4    your view, is just simply weight gain?"

5        And your answer was, "That's the most parsimonious

6    explanation for what I see," correct?  Is that correct?

7    A    That's right.

8    Q    And when you -- you've repeatedly used a phrase, and

9    I just want to be sure the record's clear, about extra

10   adiposity --

11   A    Correct.

12   Q    -- diabetes, right?

13   A    Right.

14   Q    And by that, you mean some sort of direct effect by

15   Seroquel on diabetes, right?

16   A    It's hard to know what I mean by that.

17   Q    Well --

18   A    Based on what we've talked about so far and what I

19   was -- and I'm glad you asked -- what I was saying is

20   diabetes unrelated to the ordinary weight gain diabetes.

21   Q    Okay --

22   A    Whatever the heck that is.

23   Q    We have a definition now.  But as you said in your

24   deposition, the mechanism, in your view, is just simply

25   weight gain?

1    A    No, that's not what I said.  I said that's the most

2    parsimonious explanation for the material the we see, that

3    is, to explain it in English, that that is the most

4    frugal, stingiest explanation for the vast majority of the

5    cases of diabetes.  It is not the most elaborate

6    explanation for the cause of diabetes, but it is the one

7    that causes it to the greatest degree, absolutely.

8    Q    You do not believe there is direct toxicity of

9    Seroquel on the pancreas, correct?

10   A    I do not believe that there is -- that that has been

11   established, no.

12   Q    All right.  And your opinion about the relationship

13   between weight gain from Seroquel and diabetes is not

14   unique to Seroquel-induced weight gain, it applies equally

15   to cheeseburger-induced weigh gain, correct?

16   A    Well, using that metaphor, quetiapine has virtually

17   no caloric content.  So quetiapine doesn't make you fat.

18   It's the stuff you eat with the quetiapine.  So it's the

19   adiposity associated with quetiapine.

20   Q    Could we have --

21   A    Absolutely.

22   Q    -- your deposition slide number 3, please.

23             MS. RELKIN:  What page is that?

24             MS. THORPE:  That is page 247, lines 8 through

25   13.

```
 1   BY MS. THORPE:

 2   Q    And you were asked, "That relationship is not unique

 3   to Seroquel-induced weight gain?"

 4        And you're response was, "It most certainly is not.

 5        "Question:  It's equally applicable to

 6   cheeseburger-induced weight gain?"

 7        And you said, "Correct," right?

 8   A    Correct.  But quetiapine-induced weight gain can be

 9   cheeseburger-induced weight gain.  It's whatever you eat

10   that makes you fat.  It doesn't mean the --

11   Q    Well, that's true.  Right.  Well, I'll agree that

12   it's all about what calories you take in, right?

13   A    As far as I recall from the second law of

14   thermodynamics, yes.

15   Q    And whether you get up and walk around and move or

16   have a sedentary lifestyle, right?  That's the

17   calories-burned element of the --

18   A    Yes.  And that -- and we haven't talked about that,

19   but that's an important question.  Does a drug, which is

20   sedating, like quetiapine, does it alter a person's

21   metabolic output to a clinically pertinent degree such

22   that if you continue to take the same amount in, you'd

23   gain weight anyway because you weren't --

24   Q    Well --

25   A    -- you weren't exercising --
```

1    Q    -- we're going to get your sedation hypothesis.  You

2    agree that's a hypothesis, right?

3    A    Oh, in terms of weight gain?  No.  My point was to

4    make that I don't believe that that's a significant

5    effect.

6    Q    Okay.

7    A    It happens to a minor degree with a very densely

8    sedating drug like clozapine.  But quetiapine's effect

9    is -- it's probably 50 kilocalories a day.  I mean, it's

10   not -- not very much.

11   Q    All right.  But in your opinion, it's not just any

12   location of weight gain that's important for diabetes,

13   it's weight gain in the midsection, right?

14   A    Yeah.  On average, and we looked at populations,

15   omental or central adiposity is clearly associated with

16   the greatest risk.

17   Q    And there's nothing special about Seroquel that

18   contributes in any predictable way to midsection weight

19   gain, right?

20   A    Well, I mean, that was one of the reasons that I

21   published that paper that we talked about earlier asking

22   that very question.  I wonder whether that's the case.

23   It's not been followed up.  It's not been noted by other

24   people.  It's an interesting question.  But as far as I'm

25   concerned, that question is unanswered with the present

1    data.

2    Q    And the paper that you're referring to right now that

3    you say is why you filed that interesting paper, it's the

4    one about delusions associated with quetiapine-related

5    weight redistribution?

6    A    Correct.

7    Q    The people who were confused and thought they were

8    pregnant?

9    A    Exactly.

10    Q    And that's a case report, sir, right?

11    A    Those are case -- that would be case series.

12    Q    It was marked at P22.

13    A    Okay.

14    Q    Well, I have it.

15    A    That part I don't know.

16    Q    Okay.  So now, you would agree that in your

17    experience, there is about -- and this is in your clinical

18    experience as a psychiatrist, right, that there's about an

19    eight- to nine-pound increase in a years' time with

20    Seroquel, right?

21    A    That's correct.

22    Q    And what you have seen in your clinical experience is

23    that the eight or nine pounds is gained in a couple of

24    months and then a plateau is achieved, correct?

25    A    Again, that's for the average patient.

```
 1    Q     Right.

 2    A     Yeah.

 3    Q     Well, the average patient in your practice?

 4    A     Right.  But I mean, there are patients that gain

 5    absolutely no weight.  There are patients that actually

 6    lose weight, and there are patients that have gained over

 7    150 pounds.  So -- I mean, yeah, but the average patient

 8    gains nine pounds.

 9    Q     And we're going to talk about what causes people to

10    gain weight, so let's keep that 150-pound weight gain in

11    mind.  But you agree that the data or that the average

12    person gains eight or nine pounds in a couple of months

13    and then plateaus, right?

14    A     Yeah, with nine pounds, it reaches the plateau at

15    about month three.

16    Q     Okay.  And then when it -- by "plateau," you mean

17    that the person who's taking Seroquel, even though they

18    continue the drug, stops gaining additional weight after

19    that initial two or three months, right?

20    A     Again, we're talking about average data, but that's

21    what happens to the average weight, absolutely.

22    Q     The only way to look at this really is to talk about

23    the populations, right?  I mean, that's what we're doing.

24    A     Again, if you want to talk about the average pop --

25    person, that's perfectly fine, but there's many different
```

1   ways to look at it.  My point is that if you -- if you're

2   going to change to a different number, you're going to

3   gain less weight or you're going to gain more weight,

4   that's going to change the shape and the timing of the

5   curve you just talked about.

6   Q    Okay.  Well, we're going to get from populations to

7   individuals in about two seconds if we can just keep

8   rolling.

9        If you saw a patient -- now I'm going to talk about

10  an individual here -- who takes Seroquel and then didn't

11  gain any weight over the first two or three months, and

12  then six months down the road gained weight, you would

13  agree that would be an unusual pattern, right?

14  A    I would.

15  Q    And if that occurred, you'd wonder if something else

16  was going on besides the Seroquel, right?

17  A    Yes, I would.

18  Q    You would ask that question as a clinician?

19  A    Absolutely.

20  Q    And you would agree that just because a person gains

21  weight while on Seroquel, you cannot automatically say

22  that the Seroquel caused the weight gain, right?

23  A    It is a fact of our modern life that we are all

24  gaining weight on average.  So, yes.

25  Q    And a temporal association, or an association in

1    time, between weight gain and Seroquel does not really

2    prove any kind of link, right?

3    A    It doesn't prove it.  However, if you have a --

4    weight gain occurs in an individual in a certain pattern.

5    I mean, it varies from person to person, but it occurs at

6    a certain rate.  On average, for us, it accumulates slowly

7    over the decades.

8         If you have a person who is slowly accumulating

9    weight over a period of years and you superimpose upon

10   that a situation like you give them a drug, in this case

11   we're talking about quetiapine, give them a drug, and you

12   significantly alter the rate at which they're gaining

13   weight, I think you then can conclude that it is probably

14   related to the introduction of that compound.  Does it

15   prove it?  No.

16   Q    Okay.  Well, let's look at what you said at 46,

17   please, slide 46.

18        You said a temporal -- you were asked, "But I mean,

19   temporal association by itself doesn't really prove a

20   link."  This at page 67 of your deposition.

21        And your answer was, "No, it's the first hint that

22   there may be a causal association, and it's certainly

23   prudent to investigate it further."

24        That's your opinion here today, right?

25   A    Obviously.

1   Q     Okay.  And you -- what you're saying about the

2   pattern of weight gain is if you're talking about the

3   individual, before you, as a clinician, would ever say

4   that Seroquel caused weight gain in anybody, first of all,

5   you would want to know what their pattern of weight gain

6   had been before they ever took the drug, right?

7   A     Clearly.

8   Q     Right.  You would want to know their weight

9   trajectory, right?

10  A     Absolutely.

11  Q     You'd want to know if they had gone up and down and

12  up and down all their life, right?

13  A     Correct.

14  Q     And if they were really, really obese before they

15  started taking Seroquel, you would want to know how they

16  got to be so obese, right?

17  A     That would be very important obviously.

18  Q     And as a clinician, you could not imagine drawing a

19  conclusion that Seroquel caused weight gain within a

20  particular individual without taking a detailed history of

21  how they got there, right?  That's what you would do in

22  your practice?

23  A     Yeah.  I mean, it's -- it is a sad commentary on

24  patients that I treat that those data are frequently

25  unavailable, and you're forced to make decisions and

```
 1    conclusions in the absence of them.  But ideally,

 2    absolutely, I'd want to know that.

 3    Q    That's because the people who are taking these drugs,

 4    these drugs that you believe to be very important for

 5    their mental health, are really sick, right?  And so

 6    you're saying it's hard to take a history from a really

 7    sick person?

 8    A    No, no, that's not what I mean.  I was actually

 9    indicting myself and I was indicting the profession in

10    general.  People with this illness, by virtue of the fact

11    they have this illness, get really crappy medical care.

12    Included in that really crappy medical care is the fact

13    that they don't get weighed on a regular and scheduled

14    basis.  So we should be --

15    Q    I get you.

16    A    -- but they don't.

17    Q    Okay.  So the studies that you discussed associating

18    Seroquel and weight gain that we've talked about, some of

19    the data, the studies, are in populations and they don't

20    explain what will happen in an individual patient, right,

21    as we've been talking?

22    A    Yeah, it's very difficult to argue from --

23    Q    The general --

24    A    -- the individual persons.

25    Q    Right.  For example, if someone hurt their back and
```

1    they're laid up and they're not as active, that could be

2    an obvious explanation for their weight gain, right?

3    A    It's not a bad thought.  In general, you would have

4    to have a very significant injury in order to shift the

5    weight.  That would be a possible explanation, but that's

6    not a really very likely scenario.

7    Q    Could we have number 48, please.

8        I don't think you're really saying anything different

9    from this, but you were asked in your deposition at

10   page 46, "For example, somebody hurts their back and

11   they're laid up and they're not as active, that could be

12   an explanation for their weight gain, right?"

13   A    Again, I think it's a bad explanation then, I think

14   it's bad explanation now, but, yes, if a person is

15   immobile.  However, if you look at people in the hospital

16   who don't have any physical activity at all, do they gain

17   weight to a substantial degree?  No, they don't really

18   gain a tremendous amount of weight.

19   Q    Somebody who's in a -- you know, forced to ride

20   around in an electric scooter, for example, because

21   they've hurt their back so bad, they might gain weight,

22   right?

23   A    That's -- over a protracted period of time, that's

24   true.

25   Q    All right.  Now, psychotic persons, Doctor, you

1    understand are -- and I don't mean this in a pejorative

2    sense, but they're -- this a word you used, "fatter and

3    have greater adiposity than people without psychoses,"

4    right?

5    A    Yeah.  It's a little bit complicated.  I don't

6    know -- I don't recall if we went it in our depo, but it's

7    males, that is a true statement.  There's -- there are

8    disproportionately more obese psychotic males than their

9    nonpsychotic human counterparts.

10        For females, it gets complicated.  Females are

11   overrepresented in obesity, underrepresented in normal

12   weight, and again, overrepresented in thin.  Those

13   excessively thin populations of psychotic males are not

14   present.

15        So it's a little weird that there's a gender split

16   between them.  But on average, if you -- yes, they are

17   shifted toward the fat end of the curve when you have

18   psychosis.

19   Q    And in your opinion, by virtue of their increased --

20   of the psychotics' increased adiposity, they also have

21   increased rates of diabetes and hyperglycemia, right?

22   A    Yeah, absolutely.  Just like everybody else, if you

23   carry around more fat, you're going to increase your risk

24   of diabetes.

25   Q    Because there are so many other causes of weight

1    gain, in an individual patient it becomes more difficult

2    to figure out what to blame for the weight gain, sir,

3    whether it's Seroquel or anything else, right?

4    A    Absolutely.

5    Q    And the same thing's true of diabetes, because

6    diabetes has lots of different causes, right?

7    A    It does.  It becomes particularly problematic in the

8    absence of the main culprit which is obesity.  When you

9    have diabetes in the absence of obesity, that becomes a

10   real problem.

11   Q    Okay.  Dr. Wershing, I want to turn to your

12   declaration, paragraph 29.

13        And if we could pull that up, it's 10.

14        And your declaration is, I think, Exhibit 5, right,

15   sir?

16        So what you're saying, in looking at this sentence,

17   is that each incremental kilogram of weight increases the

18   risk of developing diabetes, right?

19   A    That's correct.

20   Q    So you're saying anytime you go up by 2.2 pounds,

21   which is what a kilogram is, you're increasing the risk of

22   developing diabetes, right?

23   A    Again, assuming that that's adipose increases.

24   Q    Truncal, in the center part of your body, right?

25   A    Yeah.  I didn't -- I didn't qualify it there, but

1    that would be the worst kind, that's correct.

2    Q    Doctor, I want to show you a paper -- bear with me a

3    minute and let me put a sticker on it here.

4              MS. THORPE:  Your Honor, may I approach the

5    witness?

6              THE COURT:  Yes.

7    BY MS. THORPE:

8    Q    I'm up to Exhibit 7, but I want to be certain of

9    that --

10   A    7?

11   Q    -- that I've marked as Defendant's Exhibit 7.

12         And this is a paper from the Australian Longitudinal

13   Study on Women's Health, right?

14   A    That's correct.

15   Q    And the title of this paper is "Short-Term Weight

16   Change and the Incidence of Diabetes in Midlife," correct?

17   A    Correct.

18   Q    And this study investigates the relative impact of

19   body mass index at baseline and short-term or three-year

20   weight changes on the incidence of diabetes, right?

21   A    Okay.

22   Q    You see that?

23   A    I do.

24   Q    The very first thing in the paper.  And what these

25   authors did, if you look at page 1419, which is the second

1  page of Exhibit 7.

2  A    Uh-huh.

3  Q    You'll agree that they followed the weight change in

4  these 13,716 woman for two to three years, for the short

5  time, and then followed them an additional three years to

6  see if they developed diabetes.  Right?

7  A    Okay.

8  Q    You agree with that?

9  A    I do.

10 Q    And the conclusion of the study --

11      Can we put up the conclusion?

12      Bear with me one moment.  We've got to get to the

13 punchline.

14      It's 35, please.

15      Right on the very front page on "Results," there was

16 no association between shorter-term weight gain, and

17 that's the two- to three-year weight gain followed for

18 another two to three years, so a total of six years, so

19 there was no association between shorter-term weight gain

20 or weight loss on first reported diagnosis of diabetes,

21 correct?

22 A    Well, no.  That was a result, not a conclusion.

23 Q    Okay.  All right.  You'll agree with me that it is

24 the result?

25 A    That is a result, yes, ma'am.

1    Q     Right.

2          And could we have number 99, please.

3          The authors further noted that the strong association

4    with initial BMI, when these women first came into the

5    study, may reflect at least three underlying issues, the

6    role of duration of obesity, that's how long the people

7    had obesity, right?

8    A     That is correct.  That's what "duration" means.

9    Q     The timing of the weight change during a critical

10   period before S1 such as during early adulthood.

11   A     Also correct.

12   Q     And the latency effect of weight gain on diabetes,

13   right?

14   A     Correct.

15   Q     And as you've pointed out to us earlier today, you

16   will agree that diabetes is a chronic condition that

17   develops over the years?

18   A     That is correct.

19   Q     And so this is -- this makes sense in light of that

20   fact, right?

21   A     Yeah.  I mean, it's -- again, these -- this study is

22   demonstrating that the weight gain liability, the diabetes

23   liability associated with weight gain is -- doesn't occur

24   in everybody and takes a long time to accrue.  And that if

25   you look at a person, like we talked about the elderly, if

1   you look at a person who is elderly and over a brief

2   period of time, and six years is in fact a brief period of

3   time for diabetes, if you look at that person and ask the

4   question, "What is the impact of weight gain?" that person

5   might not be at risk for diabetes.  However, the

6   population's still at risk but not for that particular

7   person.

8   Q     Right.  Because it's -- because they've had the

9   weight gain and they carried it for only a short time,

10  like in the Mishra study?

11  A     Exactly.  Or it could be over a protracted period of

12  time, but if you're not a person who's susceptible to

13  developing diabetes, it doesn't make any difference -- for

14  diabetes, it doesn't make any difference how long you hold

15  it.

16  Q     That's -- okay.  All right.  So now we've talked

17  about short-term weight gain and diabetes --

18  A     Okay.

19  Q     -- because that's what Mishra covers.

20        And you don't discuss Mishra in your declaration,

21  right?  You don't -- you're -- right?

22  A     I didn't even know what Mishra -- what you're

23  referring to, so --

24  Q     You didn't discuss the short -- the impact of

25  short-term weight gain on developing diabetes in your

1   report?

2   A      No.

3   Q      Or in your declaration?

4   A      Not that I recall.

5   Q      So when you say in your declaration --

6          Could we put up 10, again?

7          When you say that there's incremental kilogram of

8   weight gain increases -- increase correlates to the

9   development of diabetes in some, you weren't carving out

10  the issue of short-term weight gain in diabetes in that

11  sentence, right?

12  A      No.  I was referring to the incremental changes.

13  Q      Okay.  But not in the short-term?

14  A      No.  I mean, the data that we've talked about so far,

15  we haven't detailed it, but the data we've talked about

16  where one kilogram correlates with a 4.5-percent increase

17  or one kilogram correlates with a 9-percent increase,

18  those are generally amortized over a decade.

19  Q      Long-term?

20  A      Exactly.

21  Q      We're going to get there.  So just -- really fast.

22         I'm going to show you what's been marked as Exhibit 8

23  for identification.  And so we've now talked about

24  short-term weight gain.  I want to now talk about weight

25  gain in people who are already obese, all right?

```
 1    A    Okay.

 2    Q    So we're going -- and this is a paper.  Exhibit 8 is

 3    a report on a great, big study called the British Regional

 4    Heart Study, right?

 5    A    It is.

 6    Q    It's a large prospective study of 7,735 men, right?

 7    A    I thought it was 6,916 but okay.

 8    Q    Okay.  Well, if you look in the right-hand column

 9    under "Research Designs and Methods," it says 7,735 men.

10    I mean, I think there have been some -- there were some

11    exclusions and so on, but they started with a cohort.

12    A    Okay.  I was just looking at the results.

13    Q    Okay?  You see that?

14    A    I don't quite yet, but okay.

15    Q    Right-hand corner, first page.

16    A    Right hand --

17    Q    7,735 men.

18    A    Okay.

19    Q    All right?

20    A    Okay.

21    Q    And in this study that's been marked as Defendant's

22    Exhibit 8, weight gain was evaluated over a five-year

23    period, and then after that five-year period passed, the

24    subjects of the study were followed for an additional

25    12 years, right?
```

1   A    That's what it looks like, yeah.

2   Q    And that's a -- what you're talking about, that's

3   a -- this is a long-term study?

4   A    I would consider it long-term.

5   Q    Seventeen-year period.

6   A    Chunk of the lifespan of the human condition, that's

7   right.

8   Q    Right.  So the --

9        If we could go to page 1271, and if you could bring

10  up slide 67, please.

11       This study emphasizes that the duration of overweight

12  or obesity is critical in estimating the risk of

13  developing diabetes, right?

14  A    Absolutely.

15  Q    And then if we could go to slide 68, please.

16       The authors write this sentence, don't they, sir, on

17  page 1268, "In subjects who were obese and already at high

18  risk for developing diabetes, further weight gain made

19  little difference in their risk of having type 2

20  diabetes"?

21  A    Yeah.  And that's what you'd predict.

22  Q    And that's what Wannamethee says.

23  A    That's --

24  Q    Wannamethee, the study.  I'll say it --

25  Defendant's 8.  It's a hard name.

1      So in subjects who were obese -- and this greater

2   than 28 kilograms per meter squared or BMI -- and already

3   at high risk for developing diabetes, further weight gain

4   made little difference in their relative risk of type 2

5   diabetes, right?

6   A     Correct.

7   Q     And you agree with this statement?

8   A     Yeah.  Again, that's what you'd anticipate, that if

9   you've already made a population obese, you've already

10  exposed the majority of that population to the risk.  For

11  an individual person, it varies, of course, but for the

12  population, you've already -- you've already caused the

13  problem in a good chunk of them.

14     And again, we've talked about it a bit, but the

15  threshold at which, you know, you have caused the damage

16  to the endocrinologic system is different for different

17  people, different for different ethnic races, different

18  for different individuals.  So it -- it -- but on average,

19  if you're already obese, you've experienced the greatest

20  risk.

21  Q     Okay.  Now, I want to go to the conclusion of the

22  authors, okay?

23  A     Okay.

24  Q     And I have switched to the -- and if we look at the

25  conclusions of the authors, they say, "In subjects who

1    were already obese or who had high serum glucose levels

2    and thus already at high absolute risk of developing

3    diabetes, weight gain did not appear to have any further

4    adverse effect."  That's their conclusion, right?

5    A    That is their conclusion.

6    Q    And you would -- that makes sense to you, doesn't it,

7    Doctor?

8    A    Right, because you've already got diabetes in a good

9    portion of the population.

10   Q    Right.  Undiagnosed diabetes?

11   A    No.  My --

12   Q    A pos -- I mean, people --

13   A    Yeah, yeah.  The population that -- here.  The

14   population that's obese has -- we're going to call it two

15   groups in it.  One is a group of patients that are

16   particularly resistant to developing type 2 diabetes and

17   one is a population that has exquisite sensitivity to it.

18        If you're going to look at relative risk, you're

19   already going to exclude the population who already has

20   diabetes as a consequence of weight gain.  And so that

21   you're going to be -- you're going to be looking at a

22   population which is enriched for resistance to diabetes.

23        An obese pop -- if you select an obese population and

24   you're going to exclude everybody from that obese

25   population who's got diabetes, and now you're going to

1    stay, "Now, I'm going to expose you to fatogenic risk,"

2    you have selected a population which is resistant to

3    diabetes.

4    Q    Can I ask you something -- you keep using this word,

5    "fatogenic"?

6    A    Yes.

7    Q    And by that, you mean anything that makes you fat?

8    A    Anything that --

9    Q    McDonald's?

10   A    -- encourages -- exactly.

11        Anything that makes you fat.

12   Q    And in your mind, Doctor, in your life, it would be

13   good if McDonald's had a sign on it that said "Fatogenic

14   Risk" on the door, right?

15   A    In my --

16   Q    That would be good?

17   A    In my mind, it would be good if McDonald's had a lock

18   on the front door.

19   Q    And in your mind, it would be good if any -- we can

20   put it on Ben & Jerry's, too, we can put that lock on the

21   front door?

22   A    No.  We'd have to put them on an ice floe and push

23   them into the sea.

24   Q    Ben & Jerry's in the sea.  All right.

25        So all you're saying is that -- is that people who

1   are already obese before they start taking the drug are at

2   high risk of developing diabetes, right?

3   A    Potentially so.

4   Q    Right, I understand.  I understand.  They're at high

5   risk of developing diabetes.  And you agree that

6   Defendant's Exhibit No. 8, unfortunately called the

7   Wannamethee study, is -- establishes that in those people

8   who are already obese or who already have high serum

9   glucose levels going in, the additional weight gain does

10  not cause them to develop -- it does not increase their

11  risk of diabetes?

12  A    Does not appear in that study to increase the

13  relative risk, that's correct.

14  Q    And you didn't cite Defendant's Exhibit 8,

15  Wannamethee, in your report, did you?

16  A    No.

17  Q    Now, I wanted to put up slide 69, please, just to

18  finish up with Defendant's Exhibit 8.

19       And their specific data was that in subjects who,

20  going into the study, had high glucose levels neither

21  moderate nor substantial weight gain increased their risk.

22  And those numbers, .85 and .71, are below 1.0., right?

23  A    They're definitely below 1.0, yes.

24  Q    And 1.0 is an important number in epidemiology and in

25  clinical trials for -- as a relative risk, right?  1.0

1    means there's no effect.

2    A    1.0 is the most boring number in epidemiology.

3    Q    Because it means there's no effect, right?

4    A    That's correct.

5    Q    And so it's below one -- if the relative risk is

6    below one, there is no effect shown in the study?

7    A    It's statistically absolutely.

8    Q    Right.  So, um, all right.  Now, you, in your

9    declaration, do cite a paper by Dr. Resnick, right?

10   A    Right.

11   Q    Now, let's pull up -- let's pull up 102, please.

12        And Dr. Resnick's paper has been marked as Exhibit 28

13   by the plaintiff.

14        And as we agreed, this is sort of where you're

15   getting -- or one of the papers you're getting your four

16   percent increase in risk of diabetes with a kilogram,

17   right?

18   A    Yeah, it's a standard statistic.

19   Q    But, I mean, this is just one of the papers?

20   A    Correct.

21   Q    This looks like the as Haynes data, right?

22   A    Correct.

23   Q    And this is, as we discussed, a paper that deals with

24   long-term weight gain, right?

25   A    That is true.

```
 1   Q     In fact, If we could to 26, this is a study where
 2   they looked at weight gain over 10 years in a cohort of
 3   overweight adults, and then followed them for 10 years
 4   after that, right?
 5   A     Correct.
 6   Q     So it's a 20-year study, correct?
 7   A     Correct.
 8   Q     Now, the other -- so what I really want to do, just
 9   to flag what I want to do, is I want to talk about the
10   studies in your report that you cite that are -- strike
11   that.
12         I want to talk about the studies you talk about in
13   your declaration that's been marked as Exhibit 5, which
14   are not in your report, right?
15   A     Correct.
16   Q     You cite Fontaine, you cite Lyssenko, and -- and you
17   cite this Resnick paper.
18         And before I leave Resnick, let's go to 27, please.
19   And Resnick looked at this question also of people who are
20   obese and whether there's any additional risk associated
21   with them developing diabetes, right?
22   A     Uh-huh.
23   Q     And she found that -- and this doesn't surprise you,
24   does it, based on what you've said, that -- that people
25   who are already obese, that is, over 37 in her study,
```

1   annual weight change was unrelated to the development of

2   diabetes in that group, right?

3   A    Again, for the reasons we've talked about --

4   Q    Right.

5   A    -- that doesn't surprise me.

6   Q    Right.

7        So you looked at Fontaine, you looked at the Fontaine

8   study in paragraph 14 of your declaration, which has been

9   marked as Defendant's Exhibit 5, for this -- to support

10  this proposition that of the four percent -- sort of

11  impact of increases in BMI, right?

12  A    Correct.

13  Q    Now, Fontaine is -- unfortunately I didn't write down

14  the exhibit number of your Fontaine paper.  I'll tell you

15  what, let me just stick a sticker on it so we won't be

16  confused -- or I won't be confused.

17       So again, Fontaine is a paper you cite in your new

18  declaration for the first time to support the idea that if

19  you -- that weight gain is tied to diabetes, just overall?

20  A    Well, I cited it not just for the diabetes but for

21  the other consequences, too, but, yes.

22  Q    Right.  Well, that's what -- good, because that's

23  what I was going to ask you.  First of all, Fontaine

24  doesn't deal with diabetes itself, right?

25  A    That's correct.

1    Q    It deals only with hypertension and impaired glucose

2    tolerance, right?

3    A    That's correct.

4    Q    And it is not a study of Seroquel, right?

5    A    No.

6    Q    And it actually looks at another drug that you

7    believe profoundly causes a lot of weight gain, the drug

8    clozapine, right?

9    A    Correct.

10   Q    And you described the Fontaine paper as being --

11   well, let me just ask you.  This study is -- the Fontaine

12   paper is an estimate of what might happen with increased

13   BMI using a mathematical model, right?

14   A    That is correct.

15   Q    And it is a -- what's been marked as Defendant's 9,

16   the Fontaine paper, is a study that looks at a long

17   period, a 10-year period, right, not a short-term period?

18   A    It's a standard decade, as I recall, yes.

19   Q    Yes.  A decade?

20   A    Yes.

21   Q    And -- and as I said -- well, let me just ask you.

22   You're not a statistician, right?

23   A    No.

24   Q    Well, let's look at -- and this -- this is

25   basically -- this is a math model, Defendant's Exhibit 9,

1    right?

2    A     (Nods head.)

3          That's correct.

4    Q     Let's pull up No. 21, please.

5          This is what these people who were doing this study

6    did.  They looked at a hypothetical degree of weight gain,

7    right?

8    A     Correct.

9    Q     And they called it the ITH degree of weight gain,

10   right?

11   A     Uh-huh.

12   Q     And then they let the weight gain range from various

13   increments, right?

14   A     Yeah.  Quarter-kilogram increments, correct.

15   Q     Then they calculated hypothetical BMIs?

16   A     Correct.

17   Q     Correct?  And then if you look at -- if we could have

18   page 285 of Defendant's Exhibit 9, please.  I'm sorry,

19   it's 22, No. 22.

20         The authors note that, "Had we actually measured the

21   change in weight from one examination to the next and used

22   this change as a predictor of subsequent events, we might

23   have observed different results," right?

24   A     You would have different numbers, absolutely.

25   Q     They used real weight instead of hypothetical weight?

1    A    Correct.

2    Q    And you talked about this being part of Framingham,

3    right?

4    A    That's the basis for their mathematical model.

5    Q    Right.  They used a database --

6    A    Yeah.  This is not Framingham data, but they used

7    their data to elaborate their model.

8    Q    And the authors say that these data do not

9    necessarily reflect the views of the Framingham Heart

10   Study, right?

11   A    They would wouldn't let them use the data unless they

12   said that.

13   Q    And the papers that we looked at that are

14   Defendant's -- the Wannamethee paper and the Mishra paper,

15   those are papers where they actually looked at real people

16   and real weight gain, right?

17   A    They were -- they were prospective, that's correct.

18   Q    So that Fontaine that we've talked about, you cite

19   Resnick in your declaration, that's that long-term study

20   that shows no increased diabetes with people who are

21   already obese, and we've talked about Fontaine now.

22        And then you cite a paper by Lyssenko, right?  And

23   that was that genetic paper --

24   A    Correct.

25   Q    -- that's been marked as Exhibit 30.  And just -- and

1    it was Plaintiff's Exhibit 30.

2        And you would agree with me that that's a very

3    long-term paper, right?

4    A    I don't quite understand what you mean "long-term."

5    Q    Well, the time period is they studied people over a

6    23.5-year period, right?

7    A    I didn't know what you meant by "long-term."  Yes, of

8    course.

9    Q    Well, you'd agree that's long-term?

10   A    That is long-term.

11   Q    Now, to sort of -- I want to stop and sum it up.

12   What you've testified overall in this case is that if an

13   individual patient gains 10 pounds, that does not

14   necessarily mean that that's increased their risk of

15   diabetes, correct, sir?

16   A    If an individual patient gains 10 pounds, does it

17   increase their risk?  It does increase their risk.  Does

18   it mean that they're going to get diabetes?  Absolutely

19   not.

20   Q    Could we have Exhibit 5 just so we're really --

21   slide 5 -- just so that we're really clear about what you

22   said.

23       You were asked this question, sir, on page 73,

24   lines 18 to 21 of your deposition.  "And so if we look at

25   an individual patient and we see that they gained

1   10 pounds, that doesn't necessarily mean that that's

2   increased their risk of diabetes?"

3        And your answer was, "Correct, it depends on the

4   details," right?

5   A    It depends on how you ask the question, absolutely.

6   When you -- specifically for an individual, individual

7   patient, it -- it does vary.  I mean, for an individual

8   patient, it may not increase their risk at all because

9   they're not at risk.  But it can increase the risk.  On

10  average, a shift of an average patient of 10 pounds

11  increases their risk.

12  Q    All right.  Doctor, this is sort of out of -- I'm

13  changing topics here and want to hit just one thing very

14  quickly.

15       You agree that it is generally accepted science to

16  look for statically significant differences, right?

17  A    It's certainly a standard procedure.

18  Q    You would agree that's absolutely correct?

19  A    That is a standard procedure.

20  Q    All right.  Now, you talked at the beginning of your

21  testimony about the Seroquel label.  I want to turn to

22  that.

23  A    Okay.

24  Q    All right?

25       And -- and you gave -- I mean, the first portion of

```
 1   your testimony was devoted to that, so that's why I want
 2   to turn to it now.
 3   A    Okay.
 4   Q    You have never sent any specific comments to the FDA
 5   with respect to Seroquel and its labeling, right?
 6   A    That is correct.
 7   Q    And you haven't corresponded with the FDA or
 8   AstraZeneca about specific changes that you believe should
 9   be made to the label of Seroquel with regard to metabolic
10   causes?
11   A    Correspondence, no.
12   Q    And I take it you've never worked with the FDA.  As
13   part of your practice and professional experience, you
14   haven't drafted product labels or worked with
15   manufacturers to do that kind of thing, right?
16   A    I have not.
17   Q    And you've not ever been involved in the actual
18   preparation of a label, right?
19   A    I have not.
20   Q    Now, you talked about the need to put weight gain in
21   the Seroquel label, right?
22   A    Obviously.
23   Q    And, Doctor, I'm going to show you what's been marked
24   as Defendant's Exhibit 10 for identification, which is the
25   December '05 Seroquel label.
```

1    A    Okay.

2    Q    Let me give -- and let me ask you to turn to page 30,

3    actually page 31 of that label.  And you see there that

4    there's a section on weight gain, right?

5    A    I see --

6    Q    I'm sorry, page 29.  I think I said the wrong page

7    number.  Page 29.

8    A    There's a section on 29, yes, ma'am.

9    Q    And it's entitled "Weight Gain," right?

10   A    Yes.

11   Q    Okay. I'm sorry.  I didn't hear a response.

12        And you have testified you that know that from the

13   very first day that Seroquel went on the market -- which

14   was 1997, right?

15   A    In this country, yes.

16   Q    It has contained a statement, a separate statement in

17   the adverse reaction section, like the one you're

18   seeing -- you're looking at right now --

19   A    That's correct.

20   Q    -- in Exhibit 10, talking about the weight gain seen

21   in the clinical trials, right?

22   A    Correct.

23   Q    And there's a discussion in here about 23 percent

24   weight gain in Seroquel users compared to placebo in six

25   percent -- in six percent of the placebo?

1    A    For the three- to six-week trials, that's correct.

2    Q    And you are not -- and you believe that that's

3    accurate data, right?  You're not critical of it in terms

4    of accuracy?

5    A    In terms of the three- to six-week trials, no, I'm

6    not critical of it.

7    Q    And what you have said this morning and what you've

8    said in the past is the only way that you're critical

9    about the company and its labeling has to do with where in

10   the label this information appears?

11   A    To a certain degree.  I mean, this -- yes, that's my

12   biggest complaint, and you're correct, that's what I did

13   talk about.

14        However, if you simply move these data to the warning

15   section, that would be still inadequate.  These data only

16   describe three- to six-week trials.  And there's data of

17   significantly longer duration than that that has -- that

18   has more -- that has more obvious liabilities.  And that's

19   why I presume that the company is going to make the

20   changes they are subsequent to the report I read from July

21   of 2008.

22   Q    Can I direct your attention to page 219 of your

23   deposition, which I put in front of you.

24   A    Okay.

25   Q    It's page 219, lines 15 through 25.

1       So you were asked the question, "Are you critical of

2   the company's handling of the label and the original label

3   with regard to the statement on weight?"

4       And your response was, "Only so far as to where it

5   is.  And that continues to be my criticism of it.  I think

6   it should be a warning 25 percent of the population

7   develops a clinically significant toxicity, that should be

8   a warning and that's -- that's my only criticism"; is that

9   right?

10  A    That's correct.

11  Q    And then you were asked, "So it's not so much the

12  words that are used with regard to weight, it's where

13  they're placed," right?  That's you what said?

14  A    That's what I said.  However, the label that we were

15  discussing talked about 13 percent, 11 percent and

16  23 percent.  If it said 25 percent, then I would have no

17  problem with it.

18  Q    Okay.

19  A    Okay.

20  Q    Now, on the -- on the label -- well, let's --

21  let's -- we talked a little bit about this, Doctor, but I

22  want to go back.  You -- you -- it's your testimony that

23  there are many drugs that cause weight gain, right?

24  A    There are indeed.

25  Q    And you have testified, for example, that valproate,

1    or valproic acid, causes an 8- to 10-pound weight gain,

2    right?

3    A     It does.

4    Q     And you have testified that lithium causes weight

5    gain and increases the risk the diabetes, right?

6    A     Through its rate of weight gain.

7    Q     And you have testified -- "through its weight gain,"

8    you said, right?

9    A     Correct.  No evidence that it really has any specific

10   toxicity.

11   Q     And you have testified that a bunch of other

12   products, including antihistamines that are used to treat

13   allergies, increase weight gain and because they increase

14   weight gain they lead to diabetes, right?

15   A     They clearly do.

16   Q     And you have taken all of those people to task, all

17   of those companies that make those products to task, and

18   you think that they should have information about weight

19   gain in their label?

20   A     If your drug causes weight gain, you should have

21   information in your label.

22   Q     And in fact, you think that in the label there should

23   be a primer on weight gain and diabetes, right?

24   A     No, I actually don't think that.  I think, as I said

25   in my statements over and over again, it's axiomatic that

1   if a drug causes weight gain it's going to increase your

2   risk of diabetes.  It shouldn't be required for the

3   companies to educate doctors about something which is well

4   established and known.

5        However, the experience that I've had with these

6   cases over the last 10 years would suggest that that is in

7   fact necessary.  I would have hoped that it was not, but

8   in fact it seems to be.

9   Q    Doctor, could you turn to page 248 of your

10  deposition, lines 20 through 25.

11  A    Okay.

12  Q    And is it correct that you were asked the question,

13  "And I take it you would say that all of their labels are

14  inadequate as well unless they do a primer on the general

15  impact of weight gain on the risk of diabetes?"

16       And you say, "Yeah.  I mean, I have had -- I have had

17  similar criticism as I think you well know," and then it's

18  cut off here but --

19  A    "On virtually all of them."

20  Q    "On virtually all of them," right?  Did I read that

21  question and answer correctly?

22  A    That's correct.

23  Q    All right.  Now --

24  A    In that case, we were discussing the atypical

25  antipsychotics, but it would apply to the discussions that

1    you were having with respect to the antihistamines and

2    tricyclic antidepressants and the various mood stabilizing

3    compounds.

4    Q    Well, actually if you look up above on page 248,

5    you're discussing the wide variety of drugs that have the

6    same effect, right?  Lines 17 through 19.

7    A    Yeah.  But what I was referencing in my response was

8    that the criticisms I've had is with the atypical

9    antipsychotics.

10   Q    Now, Dr. Wershing, you have -- as we've discussed,

11   you've been critical of -- and we heard this morning

12   you've been critical of the warnings on endocrinology

13   toxicity or metabolic issues with regard to all the

14   antipsychotics, right?  All the second generation

15   antipsychotics, you don't like the label?

16   A    Yeah, I don't like the class labels, no, I don't.

17   Q    Right.  You know that it's a class warning that the

18   FDA imposed on everybody, right?

19   A    I know that it's a class warning that -- that was

20   negotiated between the companies and the FDA and finally

21   got established and they put in there, yes.

22   Q    And you agree that AstraZeneca's label is no worse a

23   label than it is for any other manufacturer of a second

24   generation antipsychotic, right?

25   A    With respect to which issue?

1   Q    Endocrinology or metabolic toxicity.  Hyperglycemia,

2   diabetes --

3   A    It's clearly -- it's clearly worse than Lilly's

4   label.

5   Q    Well, let's --

6   A    Lilly doesn't have the class label in it.

7   Q    Well, first of all, you have said that you have hated

8   the class label from the very beginning, right?

9   A    Continue to hate it today.

10  Q    All right.  And I know and apologize for the language

11  in your deposition, and I'm not going to put it on the

12  screen, and I know it was an informal discussion, but let

13  me just direct you to look at your deposition at

14  pages 221, lines 12 through 22.  And we'll just

15  paraphrase, okay?  You can tell me if I'm paraphrasing

16  correctly.

17  A    221?

18  Q    Uh-huh.  Lines 12 through 22.  Are you there?

19  A    Oh, yeah.

20  Q    You say you're looking at the label and you're

21  looking at the class warning section on the endocrinologic

22  or metabolic toxicity, right?

23  A    Correct.

24  Q    And you say, using a colloquial term, that you really

25  don't like that language, right?

1  A    Yeah.  For me that's not bad language but --

2  Q    Okay.  All right.

3  A    I apologize.  I come from a family of all boys and

4  worked with veterans for 25 years.

5  Q    Okay.  But you say that is the class warning that the

6  FDA imposed -- well, you're asked the question, "That is

7  the class warning that the FDA imposed on everyone,"

8  right?

9  A    Correct.

10  Q    And you said that AstraZeneca's label isn't --

11  doesn't -- isn't as bad -- isn't any worse than it is in

12  anybody else's label, right?

13  A    That specific verbiage is identical from one label to

14  the next.  It's --

15  Q    Right.  For all the second generation antipsychotics?

16  A    For all the second generation.  However, Lilly's

17  label has changed.  And so that was why I mentioned that.

18  Q    And you've hated it from the very beginning, you say

19  here?

20  A    And I continue to hate it.  It's very difficult to

21  figure out the risk based on that language.

22  Q    So, Doctor, I'm going to put in front of you a

23  deposition that was in your box of materials --

24  A    Okay.

25  Q    -- that, you know, all the boxes you talked about you

1    reviewed, of a Dr. Wayne Geller.

2    A     Sure, I know Wayne.

3    Q     And you're familiar with that, right?

4    A     Familiar with him, familiar with the depo.

5    Q     I'm going to make sure I tabbed the right pages

6    because it's a big...

7              MS. RELKIN:  Do you have a copy there?

8              MS. THORPE:  I'm going to -- because -- I have

9    two copies, if you don't mind I'll be glad to look on with

10   you, but I only have two copies.  It's a huge document

11   so -- and you're welcome to --

12       If it's okay with the Court, if I could share my copy

13   with her?

14             THE COURT:  Yes.

15   BY MS. THORPE:

16   Q     And all I want to ask you --

17   A     It is the blue tab?

18   Q     It's -- let me get with you.  I have a different --

19   A     437?

20   Q     437.  It's highlighted in your version.

21   A     437.  The second yellow tab.  Got it.

22   Q     All right.

23             MS. THORPE:  And Ms. Relkin, if you can come up,

24   and look on with me.

25   BY MS. THORPE:

1   Q    And he's talking here -- well, let me just ask you if

2   I'm reading this question -- or this response that the

3   witness gave and the question that he was asked.

4        There's some colloquy.  And then he says, "You

5   agree" -- the lawyer who's asking Mr. Geller questions

6   says -- at page 437, line 13, "You agree there's

7   discrepancies between your discussion documents at the

8   SERM versus what you told the FDA, you've agreed to that

9   now, right?"

10       And then at line 20, Dr. Geller said, "The discussion

11  document that was presented at the June SERM contained

12  predominantly postmarketing safety information regarding

13  diabetes.  The FDA documents, on the other hand, in

14  addition to that data, contained clinical trial data and

15  preclinical data that was substantially more than that

16  contained in the -- in a document -- in the discussion

17  document."

18       And then it goes on to the next page.  And Dr. Geller

19  was asked the question, "Didn't your company conclude in

20  June of 2000 that there was reasonable evidence to suggest

21  that Seroquel therapy can cause impaired glucose

22  regulation, including diabetes mellitus in certain

23  individuals; isn't that what your company concluded?"

24       And the answer that Dr. Geller gave, "No, that was

25  not the conclusion of the SERM, sir."

124

1        Did I read that correctly?

2   A    You certainly did.

3            MS. THORPE:  Your Honor, may I address

4   Ms. Relkin?

5            THE COURT:  Yes.

6            MS. THORPE:  Why don't you let me take my notes

7   out of there and I'll give it to you when I -- I'm almost

8   done.

9            THE COURT:  All right.

10  BY MS. THORPE:

11  Q    You talked about the American Diabetes Association

12  and American Psychiatric Association consensus statement,

13  correct?

14  A    Yes, ma'am.

15  Q    And -- and you know that -- bear with me just a

16  moment -- if we could -- well, let me just ask you this.

17  Other participants in that conference included the

18  American Association of Clinical Endocrinologists and the

19  North American Association for the Study of Obesity,

20  right?

21  A    Correct.

22  Q    And in that process of developing a consensus about

23  antipsychotics, that group was given copies of the peer

24  review literature on antipsychotics, right?

25  A    When you say "that group," are you talking about --

1  Q    The people who were part of the consensus statement,

2  the panel.

3  A    The panel weren't necessarily the group that you

4  talked about.  But, yes, that's true, the panel did get

5  that.

6  Q    Okay.  But people -- entities that participated in

7  the ADA, it's not just the American Diabetes Association

8  and the American Psychiatric Association, it's also the

9  American Association of Clinical Endocrinologists and the

10  North American Association for the Study of Obesity,

11  right?

12  A    And other people.  I mean, I'm not a member of any of

13  those groups.

14  Q    Okay.  All right.  I just wanted to -- everybody to

15  understand it's more than just the ADA.

16  A    Correct.

17  Q    If we could have slide 49, please.

18       The consensus panel you have on the screen wrote that

19  clozapine and olanzapine consistently showed an increased

20  risk for diabetes when compared to patients not receiving

21  treatment with first generation antipsychotics or with

22  other second generation antipsychotics, right?

23  A    That's correct.

24  Q    And then they went on to say, "The risk in patients

25  taking risperidone and quetiapine is less clear.  Some

1    studies show an increase risk for diabetes while others do

2    not," right?

3    A    That's correct.

4    Q    And then if we could turn to slide 50, there's a

5    Table 2, and it's a Table 2 you've actually included in an

6    article you wrote in 2006, right?

7    A    Correct.

8    Q    And it says, "As to quetiapine, the data on risk for

9    diabetes is a 'D,'" and that stands for "discrepant,"

10   right?

11   A    Yes.  Some studies suggesting that it does, some

12   suggesting that it doesn't happen.

13   Q    And you agree that the ADA panel, ADA, APA, all these

14   other people, all these other organizations, agreed that

15   the available data were not there to support the

16   conclusion at the time as to whether the increase in

17   weight associated with quetiapine translated to an

18   increase in diabetes?

19   A    Do not agree with that.

20   Q    Well, let's go to your deposition.

21   A    Okay.

22   Q    Slide 8.  And if you could highlight lines 14 through

23   25, and down to the next page.  Yeah.

24   A    What's the page?

25   Q    The page is 208, lines 6 through 109, line 2.

1       And you were asked the question, "But whether that

2   increase in weight translated to an increase in diabetes

3   at that time, looking at the best available evidence, that

4   group concluded that they could not reach that

5   conclusion."

6       And your answer was, "Yeah, not -- not quite.  The

7   group -- the -- the group certainly knew that any drug

8   which increases weight will *de facto* be associated with an

9   increase in glucose disregulation in a certain percentage

10  of population, that's just a fact of life.  However, the

11  reports and the available data was not -- was not there to

12  support that yet, but the group certainly knew that,"

13  right?  That was the question you were asked and the

14  response you gave?

15  A    That is the question I was asked and response that I

16  gave.  However, I'm going -- allow me to qualify, please.

17      The data on weight gain associated with quetiapine

18  was not long enough for there to be a compelling, obvious

19  connection between it.  However, the data for weight gain

20  had been available for decades.  So if quetiapine turns

21  out not, the weight gain associated with quetiapine turns

22  out not to be associated with an increased risk of

23  diabetes, then quetiapine has a profoundly salutary effect

24  on diabetes.  If you can get fat and not develop diabetes

25  when you're on quetiapine, then quetiapine is an

1    antidiabetic treatment.

2    Q    So there is a hypothesis out there that, in your

3    opinion, needs to be tested?  And that's what -- where

4    they were.

5    A    No.  There is no hypothesis out there at all.

6    Q    All right.  Let's turn to --

7    A    Disagree.

8    Q    -- to another statement, consensus statement.  Let's

9    go to slide 53, please.

10        Now, you've reviewed the statement from the American

11   Association of Clinical Endocrinologists in 2007 about

12   these antipsychotics.  Let me give you a copy, Doctor, so

13   you have the -- I'm going to show you Exhibit 11.  And

14   this is the whole copy.

15        And this is the American Association of Clinical

16   Endocrinologists, right?

17   A    Okay.  That's what it says.

18   Q    And it's 2007, right?

19   A    Yeah.  May/June, 2007.

20   Q    And it says that "The Association of Schizophrenia

21   and Diabetes Mellitus has been recognized since the turn

22   of the last century," right?

23   A    It does.

24   Q    "And ongoing epidemiologic and pathophysiologic

25   studies may help delineate the causes for this

1    relationship and for the reported association of

2    antipsychotic therapy and diabetes mellitus."  That's in

3    2007, right?

4    A    Correct.

5    Q    Now, Doctor, I'm in the home stretch here.  I just

6    have a few --

7    A    You've said that before.

8    Q    I know.  It's bad.  Lawyers are bad to do that.

9              THE COURT:  This time she really is because

10   we're running out of time.

11             MS. THORPE:  I know.

12             THE WITNESS:  Thank you, Your Honor.

13             MS. THORPE:  I'm -- I'm -- I -- I hear you, Your

14   Honor.

15             MS. RELKIN:  And, Your Honor, I was hoping to do

16   some redirect.

17             THE COURT:  Well, now you're not getting any

18   redirect because you're out of time.  At least you're not

19   today.

20        Go ahead.

21             MS. THORPE:  I just have a -- a couple of

22   wrap-up questions, Your Honor.

23   BY MS. THORPE:

24   Q    You still prescribe Seroquel, right?

25   A    Of course.

1    Q    You prescribe it for 15 to 20 percent of your

2    patients, right?

3    A    It's a reasonable estimate.

4    Q    And you have patients who, even in the face of weight

5    gain from a drug, you'll nonetheless keep them on that

6    drug, right?

7    A    Depending on the details, absolutely.  Weight gain is

8    not necessarily a reason to discontinue a medication

9    that's working.

10   Q    And you're not critical of AstraZeneca in terms of

11   the kinds of studies that they did to look at glucose in

12   Seroquel users, right?

13   A    No.  I mean, I know that I've given a few comments

14   about details, but no, I'm not.

15   Q    And you talked at the very beginning of your

16   testimony a lot about triglycerides and increases in

17   triglycerides?

18   A    Yes, ma'am.

19   Q    You will agree that that's based on data that you're

20   talking about whether or not triglycerides cause rare

21   pancreatitis, not diabetes, right?

22   A    That's correct.

23   Q    And that's based on case reports, right?

24   A    That's correct.

25   Q    And you talked about sedating effects of Seroquel,

1    right?

2    A     That's correct.

3    Q     And you think we should have done yet another

4    clinical study but on sleep, right?  That AstraZeneca

5    should have done that?

6    A     Sixty percent of their market, yeah.

7    Q     And you have testified that people think that

8    Seroquel is very good at sedation or sleep, but that if a

9    study were done, you are -- you believe that it might not

10   be as good, right?

11   A     That's what I believe.

12   Q     But that -- you haven't done a study and you don't

13   know, correct?

14   A     I have not done a study.

15           MS. THORPE:  Your Honor, that's all I have.

16           THE COURT:  Okay.  You've got five minutes for

17   redirect.

18           MS. RELKIN:  Yes.  I have a little time?

19           THE COURT:  Five minutes.

20           MS. RELKIN:  Five minutes.  Thank you, Your

21   Honor.

22           THE WITNESS:  I'll watch her.

23           THE COURT:  You can help me watch her, because

24   I'm watching her.

25

```
 1                        REDIRECT EXAMINATION

 2    BY MS. RELKIN:

 3    Q    Ms. Thorpe just asked you about your prescribing of

 4    Seroquel to patients.

 5    A    Correct.

 6    Q    The patients to whom you prescribe Seroquel, you warn

 7    them of the risk of weight gain because of your knowledge

 8    having been involved in this issue, correct?

 9    A    I have a formal form that I go over with them.  Yes,

10    I do that with all the drugs.

11    Q    But that doesn't happen certainly with other doctors

12    who don't have the same knowledge you do because it's not

13    available to them in the package insert?  Is that your

14    understanding?

15    A    I've learned long ago not to base my clinical

16    behavior on the behaviors of my colleagues, yes.

17    Q    And you also monitor them following the protocol you

18    recommended to the consensus statement?

19    A    Oh, at least -- I have a group that I run, that I'm

20    missing today, that I run -- that I run every Friday where

21    we're trying to deal with the weight gain liabilities

22    associated with these drugs.  I mean, and -- you know, we

23    cook lunch for them, teach them how to eat healthfully, we

24    go on walks with them.  I mean, we -- we're -- this is --

25    this is a big issue to us, so a lot of different things.
```

133

1    In addition to warning, we actually try to remediate the

2    problems that we establish with the use of our drugs.

3    Q    Okay.  And that monitoring and the protocol is not in

4    the package insert, so other physicians who are not as

5    attuned to these issues might not be fully aware of that

6    whole protocol, right?

7    A    Yeah.  Absolutely.  Psychiatrists are particularly

8    bad about monitoring things.

9    Q    Regard to the population studies that we presented

10   some and then Ms. Thorpe went over some, she went over the

11   Wannamethee about following patients to see who gets

12   diabetes.

13   A    Correct.

14   Q    Those were following regular people over time who

15   have general accretion of weight over time like we all

16   do -- well, maybe you don't, but many of us as we age; is

17   that a fair statement?

18   A    Exactly.  Yes.

19   Q    The group who get Seroquel, who within 24 weeks or

20   even shorter get this acute rise that can be as much as 10

21   to 20 pounds, that's a different pattern of weight gain

22   than the normal population studied in those; is that

23   right?

24   A    Yeah, as we talked about that when you superimpose a

25   remarkable change in your weight gain pattern, that's one

1    of the primary lines of evidence to suggest that it was

2    due to something you took.

3    Q    Regard to that adipose issue, just to clarify.  Even

4    though you thought there was this special pattern of kind

5    of the weight forming in the gut as opposed to throughout

6    the body, it's not your opinion that if someone has the

7    rise of weight on Seroquel over the time you would expect,

8    that if it doesn't have that central pattern, that it's

9    therefore not Seroquel-related?

10   A    No.  Those are again group observations.  In general,

11   omental visceral adiposity, fat that is stored within the

12   gut, not on the outside but within the gut, that's

13   particularly bad kind of fat.  And that's the one that's

14   for populations most associated with -- with diabetes.

15        For an individual person, as, you know, strong

16   genetic loading, family history of it, et cetera,

17   et cetera, I mean, that's a different story.

18   Q    All right.  I'll move.  I'm going to come back to

19   that.

20        Let's make sure we're clear.  In your opinion, does

21   Seroquel cause or substantially contribute to the

22   development of diabetes?

23   A    Of course.

24   Q    And this is not a mere hypothesis, correct?

25   A    No.  I mean, it's not my hypothesis that obesity

```
 1   leads to diabetes.

 2   Q    And you hold this opinion to a reasonable degree of

 3   medical certainty?

 4   A    Absolutely.

 5   Q    What does the term "discrepant" mean to you?

 6   A    It means not consistent.

 7   Q    It means there's some data going one way, some data

 8   that --

 9   A    Some yes, some no, which is a fact of scientific life

10   for us.

11   Q    That's true in most things in medicine?

12   A    It's -- I'm going to say it's true of all things.

13   It's true of virtually all things in medicine.  I mean,

14   it's the nature of the biological organism that it doesn't

15   have absolute predictability.

16   Q    The fact that there's a trial against the tobacco

17   company, the tobacco company would be able to come forth

18   with some evidence suggesting that it doesn't necessarily

19   cause lung cancer, right?

20   A    Through the portals of .05 have been squeezed a lot

21   of data.

22   Q    Can you come to an opinion with a reasonable degree

23   of medical certainty despite the existence of discrepant

24   data?

25   A    Of course.
```

```
 1              THE COURT:  Okay.  We need to talk about future
 2    scheduling.
 3              MS. RELKIN:  One more minute, please, Your
 4    Honor?
 5              THE COURT:  Well, you already had two hours to
 6    her hour and a half.
 7              MS. RELKIN:  We're the deponents.
 8              THE COURT:  Ten seconds.
 9              MS. RELKIN:  Okay.
10    BY MS. RELKIN:
11    Q    Ms. -- Ms. Thorpe talked about the McDonald's and
12    showed your deposition.  The following page -- and Elmo
13    doesn't work -- you were asked about, "So Seroquel is no
14    different than the process that goes on when someone goes
15    to the grocery stores and buys some food and takes it?"
16         And you said, "Except that the amount a person eats
17    and the weight that they gain is due to the drug that they
18    consume."  It's the weight gain is a consequence of the
19    consumption of the drug, that's the difference in your
20    opinion; is that right?
21    A    That's correct.
22              MS. RELKIN:  I certainly have more, Your Honor,
23    but I don't want to overstay my welcome.
24              THE COURT:  I'm sure you have lots more.
25         All right.  Mr. Roth and Mr. Coutroulis, I'm going to
```

1    address these comments to you, particularly since you're

2    familiar with the local rules in the Middle District of

3    Florida.

4        I want a pretrial statement filed in each of the

5    seven cases by January 8th.  They're to be treated

6    separately just as if they were their own individual cases

7    they are.  And I want you two to make sure that the local

8    rule 3.6 is followed completely.

9        I can't see Mr. Roth, but I'm sure you're just

10    nodding your head "yes" as Mr. Coutroulis is.

11        We will have a pretrial conference on January 12th in

12    Orlando at 10:00.  And I want those filed by January 8th.

13    I think I said that.

14        All right.  You should plan on being in Orlando most

15    of the week of January 12th for various hearings, and I

16    will give you a schedule as to what agenda or schedule,

17    whatever you want to call it, as to what we will do that

18    week.  But we will do individual pretrial conferences on

19    each of the cases.

20        All right.  Any questions?

21            MR. PENNOCK:  No, Your Honor.

22            THE COURT:  Okay.

23            MR. PENNOCK:  Thank you, Your Honor.

24            THE COURT:  Well, have a nice holiday, everyone.

25                (Proceedings ended at 11:44 a.m.)

```
 1                C E R T I F I C A T E

 2          I certify that the foregoing is a correct

 3   transcript from the record of proceedings in the

 4   above-entitled matter.

 5

 6   s\Sandra K. Tremel   December 8, 2008

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```