# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:

**Seroquel Products Liability Litigation**
**MDL DOCKET NO. - 1769 (All Cases)**

| | | | |
|---|---|---|---|
| **JUDGES:** | Anne C. Conway<br>U. S. District Judge | **COURT REPORTER:** | Sandy Tremel |
| | | **Deputy Clerk:** | Celeste Herdeman |
| **Date/Time:** | December 5, 2008<br>8:00 AM - 11:45 AM | | |
| **COUNSEL FOR PLTFS:** | Larry Roth<br>K. Camp Bailey<br>Robert Cowan<br>Fletch Trammell<br>Richard Laminack<br>Ellen Relkin<br>Paul Pennock<br>Buffy Martines<br>Holly W. Gibson<br>Jonathan Sedgh | **COUNSEL FOR DEFTS:** | Chris Coutroulis<br>Jane Thorpe<br>David Venderbush<br>Rebecca Wood<br>Steven Weisbur<br>Earl B. Austin |

## MINUTES – DAUBERT MOTION and SUMMARY JUDGMENT HEARINGS.

Appearances.
Plaintiff's witness Dr. Worshing, placed under oath.
Plaintiff's exhibits 22 through 31 received into evidence
9:55AM Cross Examination by Jane Thorpe
Defendant's exhibits 4 through 11 received into evidence.
11:33AM Re-direct

Parties to file their pretrial statement by 1/8/09
Pretrial conference scheduled Jan 12, 2008 10:00 AM.