

# EXHIBIT LIST

\_\_\_\_\_Government        \_\_\_\_X\_Plaintiff        \_\_\_\_\_Defendant        \_\_\_\_\_Court

| Exhibit Number | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 21 | 12/05/08 | 12/05/08 | Dr. Wirshing | | Curriculum Vitae of William C. Wirshing, M.D. |
| 22 | 12/05/08 | 12/05/08 | Dr. Wirshing | | Letters to the Editor, Mechanism of weight gain induced by Antipsychotic drugs. |
| 23 | 12/05/08 | 12/05/08 | Dr. Wrishing | | Consensus Statement / ADA |
| 24 | 12/05/08 | 12/05/08 | Dr. Wirshing | | 24 week study. |
| 25 | 12/05/08 | 12/05/08 | Dr. Wirshing | | Clinical Overview by Leigh Jefferies, M.D. |
| 26 | | | | | |
| 27 | 12/05/08 | 12/05/08 | Dr. Wirshing | | Study By Ali H. Mokdad, M. D. |
| 28 | 12/05/08 | 12/05/08 | Dr. Wirshing | | Study by Helaine E. Resnick, M.D. |
| 29 | 12/05/08 | 12/05/08 | Dr. Wirshing | | Study by Kevin R. Fontaine, M.D. |
| 30 | 12/05/08 | 12/05/08 | Dr. Wirshing | | Study by Valeriya Lyssnko, M.D. |
| 31 | 12/05/08 | 12/05/08 | Dr. Wirshing | | Study by Elizabeth A. Koller, M.D. |

Case No.      6:06-md-1769            Style:        AstraZeneca