

# EXHIBIT LIST

_____Government          _____Plaintiff          __X___Defendant          _____Court

| Exhibit Number | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 4 | 12/05/08 | 12/05/08 | Dr. Wirshing | | William Wirshing, M.D. Professional Background |
| 5 | 12/05/08 | 12/05/08 | Dr. Wirshing | | Declaration of William Wirshing, M.D. |
| 6 | 12/05/08 | 12/05/08 | Dr. Wirshing | | Article by Jonathan R. Meyer, M.D. |
| 7 | 12/05/08 | 12/05/08 | Dr. Wirshing | | Gita G. Mishra, M.D. \ Australian Longitudinal Study |
| 8 | 12/05/08 | 12/05/08 | Dr. Wirshing | | Study by Goya Wannametihee, PHD |
| 9 | 12/05/08 | 12/05/08 | Dr. Wirshing | | Study by Kevin R. Fonatine, M.D. |
| 10 | 12/05/08 | 12/05/08 | Dr. Wirshing | | Seroquel Label |
| 11 | 12/05/08 | 12/05/08 | Dr. Wirshing | | AACE Guidelines by Helena W. Rodbard, M.D. |
| | | | | | |
| | | | | | |

6:06-MD-1769-Orl-22DAB                    AstraZeneca / Seroquel