# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability
Litigation**

**Case No.  6:06-md-1769-Orl-22DAB**

**This document relates to:**

**LINDA GUINN v. ASTRAZENECA PHARMS. LP, ET AL.
MDL Case No. 6:07-cv-10291-Orl-22DAB**

**JANICE BURNS v. ASTRAZENECA PHARMS. LP, ET AL.
MDL Case No. 6:07-cv-15959-Orl-22DAB**

**RICHARD UNGER v. ASTRAZENECA PHARMS. LP, ET AL.
MDL Case No. 6:07-cv-15812-Orl-22DAB**

**CONNIE M. CURLEY v. ASTRAZENECA PHARMS. LP, ET AL.
MDL Case No. 6:07-cv-15701-Orl-22DAB**

**LINDA WHITTINGTON v. ASTRAZENECA PHARMS. LP, ET AL.
MDL Case No. 6:07-cv-10475-Orl-22DAB**

**EILEEN MCALEXANDER v. ASTRAZENECA PHARMS. LP, ET AL.
MDL Case No. 6:07-cv-10360-Orl-22DAB**

**DAVID D. HALLER v. ASTRAZENECA PHARMS. LP, ET AL.
MDL Case No. 6:07-cv-15733-Orl-22DAB**

_____

## ORDER

At the conclusion of the *Daubert* hearing on December 5, 2008, the Court gave counsel a number of instructions and deadlines regarding final pretrial procedures in the seven above-captioned cases.  This order sets forth the relevant deadlines established by the Court and further

clarifies the Court's expectations with respect to the pretrial statements the parties will be filing next month.

As a preliminary matter, the Court fully expects Mr. Roth (Plaintiffs' liaison counsel) and Mr. Coutroulis (Defendants' local counsel) to guide all non-local counsel in the proper interpretation and application of the Local Rules for the Middle District of Florida.

Furthermore, it is hereby **ORDERED** as follows:

1.      The parties shall file a separate pretrial statement in each of the seven above-captioned cases on or before **January 8, 2009**. Each pretrial statement shall strictly conform to the requirements of Local Rule 3.06. A pretrial conference related to *each party's* highest-ranked Florida Trial Group case has been scheduled for **January 12, 2009** at **10:00 am.** The Court will issue a separate notice of hearing.

2.      Any exhibit lists contained within the pretrial statement shall specifically identify the individual document that comprises each exhibit. The Court will not accept exhibits that merely identify and contain a general category of documents, i.e., "John Doe's file." Furthermore, any objections to exhibits must be specifically targeted to each objectionable document. Objections to general categories of documents or exhibits will not be permitted.

3.      Any excerpts of depositions referenced in the pretrial statement shall be specifically identified by page and line. Furthermore, the parties shall submit to the Court courtesy copies of any depositions referenced in the pretrial statement. These courtesy copies shall be placed in binders, with tabs, and shall be handled as follows:

(a)      Plaintiffs shall highlight all page and line designations using a BLUE highlighter, and then deliver the copy to Defendants.

-2-

(b)      On that same copy, Defendants shall highlight their page and line designations using a PINK highlighter.

(c)      Objections shall be indicated by using a YELLOW highlighter.

(d)      Defendants shall then deliver the completed courtesy copy to the Clerk of the Court on or before January 8, 2009.

4.      The purpose of the pretrial statement is not only to assist the Court in conducting the trial but to assist the parties in properly preparing for trial.  As such, the parties should carefully consider the volume and substance of the documents included in their exhibit lists.  The list should include only those documents the parties *actually intend* to use at trial.  If the pretrial statements are prepared with care, the Court sees no reason why each case should take longer than two weeks to try.  Accordingly, the first trial (Plaintiffs' highest-ranked case) shall commence as previously scheduled on **February 2, 2009**.  The second trial (Defendants' highest-ranked case) shall commence on **March 2, 2009**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 8, 2008.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge