A CERTIFIED TRUE COPY
ATTEST
By Dana Stewart on Dec 10, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Nov 24, 2008

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION         MDL No. 1769

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-76)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 668 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 10, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION                MDL No. 1769

## SCHEDULE CTO-76 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA SOUTHERN** | |
| ALS  2  08-631 | Mary Huter Crooks-Hall v. AstraZeneca Pharmaceuticals, LP, et al. |
| **ARIZONA** | |
| ~~AZ  2  08-2015~~ | ~~Larry Bowdler v. Balbir C. Sharma, M.D., et al.~~  Opposed 12/5/08 |
| **MINNESOTA** | |
| MN  0  08-5955 | Shirley Scholz v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN  0  08-5956 | Joseph Cinitis v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN  0  08-5978 | Shonda Jackson v. AstraZeneca Pharmaceuticals, LP, et al. |
| **MISSOURI EASTERN** | |
| MOE  4  08-1663 | Juanis Morrow v. AstraZeneca Pharmaceuticals, LP |
| **NEW JERSEY** | |
| NJ  3  08-1621 | Connie Walker v. AstraZeneca Pharmaceuticals, LP, et al. |
| NJ  3  08-5087 | Cindy Bleichner v. AstraZeneca Pharmaceuticals, LP, et al. |
| NJ  3  08-5227 | Gary Desjarlais v. AstraZeneca Pharmaceuticals, LP, et al. |
| NJ  3  08-5228 | Jeffery Poe v. AstraZeneca Pharmaceuticals, LP, et al. |
| NJ  3  08-5230 | Andre Brass v. AstraZeneca Pharmaceuticals, LP, et al. |
| NJ  3  08-5231 | Ronald Holt, etc. v. AstraZeneca Pharmaceuticals, LP, et al. |
| **OHIO NORTHERN** | |
| OHN  1  08-2585 | Melissa Myers v. AstraZeneca Pharmaceuticals, LP, et al. |
| OHN  1  08-2587 | Patricia Martin v. AstraZeneca Pharmaceuticals, LP, et al. |
| OHN  5  08-2586 | Shandra Carey v. AstraZeneca Pharmaceuticals, LP, et al. |
| **PENNSYLVANIA EASTERN** | |
| PAE  2  08-5262 | Kevin Stallings v. AstraZeneca Pharmaceuticals, LP, et al. |
| PAE  2  08-5263 | Thomas Nienalt v. AstraZeneca Pharmaceuticals, LP, et al. |
| PAE  2  08-5264 | John Dow v. AstraZeneca Pharmaceuticals, LP, et al. |