**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

**This document relates to:**

**LINDA GUINN v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:07-cv-10291-Orl-22DAB

**JANICE BURNS v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:07-cv-15959-Orl-22DAB

**RICHARD UNGER v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:07-cv-15812-Orl-22DAB

**CONNIE M. CURLEY v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:07-cv-15701-Orl-22DAB

**LINDA WHITTINGTON v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:07-cv-10475-Orl-22DAB

**EILEEN MCALEXANDER v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:07-cv-10360-Orl-22DAB

**DAVID D. HALLER v. ASTRAZENECA PHARMS. LP, ET AL.**
MDL Case No. 6:07-cv-15733-Orl-22DAB

_____

**ORDER**

By separate notice, the Court has rescheduled the Final Pretrial Conferences from January 12, 2009 to January 13, 2009, due to unforeseen spill-over of a criminal trial from the previous week. The agenda for the Final Pretrial Conferences and motions hearings to be held beginning January 13 is as follows:

1. The Final Pretrial Conference for the *Linda Guinn* case (6:07-cv-10291), Plaintiffs' highest ranked Florida Trial Group case, will commence at 11:00 AM on Tuesday, January 13, 2009, and will be immediately followed by oral argument on AstraZeneca's Motion for Summary Judgment in the *Guinn* case.  Thereafter, the Final Pretrial Conference for the *David Haller* case (6:07-cv-15733), AstraZeneca's highest ranked Florida Trial Group case, will be held, followed by oral argument on AstraZeneca's Motion for Summary Judgment in the *Haller* case.

2. A *Daubert* hearing (with live testimony) on AstraZeneca's Motion to Exclude the Specific Causation Testimony of Plaintiffs' Case Specific Causation Witnesses will commence at 9:30 AM on Wednesday, January 14, 2009 and conclude on Thursday, January 15, 2009.  This hearing will focus on the admissibility of the testimony of only the specific causation experts who intend to testify in the *Guinn* and *Haller* cases, e.g., Drs. Marks, Perry, Tulloch and Abramson.

3. Oral argument (no live witnesses or testimony) on AstraZeneca's Motion to Exclude Non-Causation Expert Testimony Under Federal Rules of Evidence 702, 401 and 403 will commence at 9:30 AM on Friday, January 16, 2009.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 6, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge