A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Dec 23, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Dec 05, 2008**

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION          MDL No. 1769

FILED
January 5, 2009
Date                    Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-77)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 668 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Dec 23, 2008**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION       MDL No. 1769

## SCHEDULE CTO-77 - TAG-ALONG ACTIONS

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC  2  08-6165 | Michael Ace v. AstraZeneca Pharmaceuticals, LP, et al. |
| **INDIANA SOUTHERN** | |
| INS  1  08-1498 | Anthony Lee White v. AstraZeneca Pharmaceuticals, LP, et al. |
| INS  3  08-169 | Henry Chumbley v. AstraZeneca Pharmaceuticals, LP, et al. |
| INS  3  08-170 | Betty Jo Eades v. AstraZeneca Pharmaceuticals, LP, et al. |
| INS  3  08-171 | Rebecca Ann Jones v. AstraZeneca Pharmaceuticals, LP, et al. |
| **MINNESOTA** | |
| MN  0  08-6034 | Karen Herro, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN  0  08-6035 | Shaundra Sanders, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN  0  08-6037 | Cherrie Adams, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN  0  08-6041 | Brooke Bailey v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN  0  08-6042 | Lorie Eiffert v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN  0  08-6061 | Donna Moore, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| **MISSOURI EASTERN** | |
| MOE  4  08-1809 | Dawn Coffin v. AstraZeneca Pharmaceuticals, LP |
| MOE  4  08-1810 | Tanya Mae Dehne, et al. v. AstraZeneca Pharmaceuticals, LP |
| **PENNSYLVANIA EASTERN** | |
| PAE  2  08-4110 | Christine Gough v. AstraZeneca Pharmaceuticals, LP, et al. |
| PAE  2  08-4111 | Nicholas Hulett v. AstraZeneca Pharmaceuticals, LP, et al. |
| PAE  2  08-4112 | Sandra Silva v. AstraZeneca Pharmaceuticals, LP, et al. |
| PAE  2  08-4141 | Bethzaida Figueroa v. AstraZeneca Pharmaceuticals, LP, et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW  1  08-245 | Jason Long v. AstraZeneca Pharmaceuticals, LP, et al. |
| PAW  1  08-246 | Jason Kerner, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| PAW  2  08-1192 | Bonnie Bowser v. AstraZeneca Pharmaceuticals, LP, et al. |
| PAW  2  08-1195 | Douglas Ryan Heath v. AstraZeneca Pharmaceuticals, LP, et al. |
| PAW  2  08-1196 | Lorraine Leuthauser v. AstraZeneca Pharmaceuticals, LP, et al. |
| PAW  2  08-1197 | John Norman v. AstraZeneca Pharmaceuticals, LP, et al. |
| **TENNESSEE EASTERN** | |
| TNE  1  08-199 | John Peter Cannetti v. AstraZeneca Pharmaceuticals, LP, et al. |
| **TEXAS EASTERN** | |
| TXE  1  08-595 | Kirk Pace v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXE  4  08-308 | Kelly Hudson v. AstraZeneca Pharmaceuticals, LP, et al. |

## MDL No. 1769 - Schedule CTO-77 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **TEXAS NORTHERN** | |
| TXN 5 08-172 | Tami Walters v. AstraZeneca Pharmaceuticals, LP, et al. |
| **TEXAS SOUTHERN** | |
| TXS 3 08-224 | George Carnahan v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 08-2560 | Connie Godfrey v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 08-2563 | Sandy Kelley v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 08-2565 | David Taul v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 08-3201 | Oma Dempsey v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 08-3203 | Sandra Odom v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 08-3205 | Angela Davis v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 08-3206 | Emerson Whitfield v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 4 08-3208 | Andrew Thomas v. AstraZeneca Pharmaceuticals, LP, et al. |
| TXS 5 08-142 | Bridgette Richardson v. AstraZeneca Pharmaceuticals, LP, et al. |
| **TEXAS WESTERN** | |
| TXW 5 08-725 | Cheyenna Lacey v. AstraZeneca Pharmaceuticals, LP, et al. |