A CERTIFIED TRUE COPY
ATTEST
By Dana Stewart on Jan 06, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Dec 19, 2008**

FILED
CLERK'S OFFICE

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION

MDL No. 1769

FILED
January 8, 2009
Date ____ Time ____
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-78)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 685 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

**Jan 06, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION          MDL No. 1769

SCHEDULE CTO-78 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **CONNECTICUT** | | | |
| CT | 3 | 08-1816 | Sean Donovan v. AstraZeneca Pharmaceuticals, LP, et al. |
| CT | 3 | 08-1817 | Anecia Chykirda v. AstraZeneca Pharmaceuticals, LP, et al. |
| CT | 3 | 08-1818 | Lauri-Anne Schon v. AstraZeneca Pharmaceuticals, LP, et al. |
| CT | 3 | 08-1819 | John Palazzo, Jr. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CT | 3 | 08-1820 | Theresa Houde v. AstraZeneca Pharmaceuticals, LP, et al. |
| CT | 3 | 08-1821 | Denise Fitzgerald v. AstraZeneca Pharmaceuticals, LP, et al. |
| **MINNESOTA** | | | |
| MN | 0 | 08-6176 | Robb Roesler v. AstraZeneca Pharmaceuticals, LP, et al. |
| **MISSOURI EASTERN** | | | |
| MOE | 4 | 08-1826 | Edward Piotrowski, et al. v. AstraZeneca Pharmaceuticals, LP |
| MOE | 4 | 08-1827 | Paula D. Merrill, et al. v. AstraZeneca Pharmaceuticals, LP |
| **TENNESSEE MIDDLE** | | | |
| TNM | 3 | 08-1084 | Delores Parrish v. AstraZeneca Pharmaceuticals, LP, et al. |