UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This document relates to:

| | |
|---|---|
| Linda Guinn | 6:07-cv-10291 |
| Janice Burns | 6:07-cv-15959 |
| Richard Unger | 6:07-cv-15812 |
| Connie Curley | 6:07-cv-15701 |
| Linda Whittington | 6:07-cv-10475 |
| Eileen McAlexander | 6:07-cv-10360 |
| David Haller | 6:07-cv-15733 |

**JOINT MOTION FOR 1 DAY EXTENTION OF TIME
TO PROVIDE COURTESY COPIES OF COLOR-CODED DEPOSITIONS
PER COURT ORDER OF DECEMBER 9, 2008 (DOC. 1181)**

In its order dated December 9, 2008 (Doc. 1181), the Court required the parties to provide it with color-coded courtesy copies of any depositions referenced in their pretrial statement.  Both the pretrial statement and the courtesy copies are due today.  The parties anticipate providing their pretrial statement in a timely fashion and anticipate detailing in their filings the various excerpts of depositions delineated with specific page and line citations.  There are approximately some 85 such depositions, with about 26 of them applicable across all remaining Group 1 cases and the remainder specifically applicable to a particular case.

Despite the parties' efforts, the logistics of taking the deposition designations, color-coding the depositions and binding them with tabs in accordance with the Court's Order has taken much longer than expected.  It has become clear that no more than about 20-25 of these color-coded deposition excerpts would be ready for delivery to the Court today – and these

14407302.1

would be a hodgepodge of excerpts applicable across the cases and generically (rather than, for example, all of the excerpts applicable to a particular case).

As a result, the parties respectfully request a one day extension of time to provide the Court with the color-coded courtesy copies required by the Court's order.

Respectfully submitted,

/s/ Chris S. Coutroulis
Chris S. Coutroulis (Fla. Bar No. 300705)
Robert L. Ciotti (Fla. Bar No. 333141)
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, Florida  33607
Telephone:  (813) 223-7000
Facsimile:  (813) 229-4133
ccoutroulis@carltonfields.com
rciotti@carltonfields.com

*Attorneys for Defendants*

/s/ Robert W. Cowan
F. Kenneth Bailey, Jr.
K. Camp Bailey
Fletcher V. Trammell
Robert W. Cowan
Bailey Perrin Bailey
440 Louisiana St., Suite 2100
Houston, Texas 77002
Telephone: (713) 425-7100
Facsimile: (713) 425-7101
kbailey@bpblaw.com
cbailey@bpblaw.com
ftrammell@bpblaw.com
rcowan@bpblaw.com

*Attorneys for Plaintiffs*

14407302.1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 8, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system through which all participating parties are deemed served.

/s/ Robert L. Ciotti_____
   Attorney

14407302.1