UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to:

| | |
|---|---|
| Linda Guinn | 6:07-cv-10291 |
| Janice Burns | 6:07-cv-15959 |
| Richard Unger | 6:07-cv-15812 |
| Connie Curley | 6:07-cv-15701 |
| Linda Whittington | 6:07-cv-10475 |
| Eileen McAlexander | 6:07-cv-10360 |
| David Haller | 6:07-cv-15733 |

## ASTRAZENECA'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND ARGUMENT ABOUT CLINICAL INVESTIGATORS' MISCONDUCT

Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP ("AstraZeneca") hereby move *in limine* to exclude evidence and argument about alleged or actual misconduct of clinical investigator Dr. Richard Borison, or any other clinical investigator involved in clinical trials of Seroquel at Dr. Borison's research facility ("the Dr. Borison misconduct"). Such evidence of criminality – where, if anything, AstraZeneca was the victim – has nothing to do with any of the plaintiffs in these cases and would be unfairly prejudicial and confusing. Dr. Borison, and his colleague, Dr. Bruce I. Diamond, were clinical investigators who conducted clinical trials for a number of pharmaceutical companies, including trials of Seroquel prior to its launch in 1997. In that same year, the State of Georgia and the FDA accused Dr. Borison of improper conduct in connection with his research facility. The state claimed that Dr. Borison had received payments for various clinical studies while he was

employed by the Medical College of Georgia, but had failed to turn the funds over to the college. The financial misconduct for which Dr. Borison was charged related to numerous trials, including a number wholly unrelated to this litigation. Dr. Diamond was also charged with improprieties, including forging Dr. Borison's signature, unlawfully prescribing drugs to study participants, and engaging in the unlicensed practice of medicine.

As a result of the investigation, Dr. Borison pled guilty to a number of charges relating to his financial improprieties, and was incarcerated.[1] It is undisputed that AstraZeneca submitted to the FDA a New Drug Application (NDA) for Seroquel that included all of the data from Dr. Borison's investigator sites, and also provided the FDA with an analysis excluding that data.[2] With the benefit of both analyses, and having audited Dr. Borison's site itself,[3] the FDA found Seroquel safe and effective and approved its use in 1997. Thus, Dr. Borison's data did not contribute to any assessment that Seroquel was effective, or to the FDA's decision to approve Seroquel.

Throughout discovery, plaintiffs have tried and failed to link the Dr. Borison financial misconduct with any material issue in these cases. Instead, plaintiffs' counsel showed Dr. Borison's mug shots to deponents. Without a showing that the Dr. Borison misconduct

---

[1] *See* Plea Agreement by Richard Borison in *State of Georgia v. Richard L. Borison*, No. 97-RCCR-169 (10/8/98) (agreeing to plead guilty to counts of violations of Racketeer Influenced and Corrupt Organizations Act, Theft by Taking, Theft of Services, and False Statements and Representations) (Ex. 1).

[2] *See* Review and Evaluation of Clinical Data, NDA 20-639 [FDACDER000094-000265], at FDACDER000104 ("Another data quality issue involved allegations of misconduct on the part of one of the clinical investigators, Dr. Borison. Zeneca performed a reanalysis of their clinical data minus the data from Dr. Borison's site, and found that data from his site had little influence on the overall efficacy findings."); FDACDER000109 (finding reanalysis of Dr. Borison data had "negligible impact"); FDACDER000117 (finding after reanalysis that "statistical comparisons to placebo were essentially unchanged.") (excerpts attached as Ex. 2).

[3] *See* Oct. 4, 1996 Memorandum from L. Sevier re: "FDA TELECON-SEROQUEL" [AZSER10626279-10626281], at AZSER10626281 (noting ongoing FDA audit) (Ex. 3).

makes any fact at issue in these cases more or less likely, this evidence should be excluded as irrelevant. Further, any minimal relevance would be substantially outweighed by the possibility of prejudice, confusion, and misleading the jury, as well as undue delay and waste of time.

## ARGUMENT

### I. The Doctor Borison Misconduct Is Not Relevant.

Evidence is only relevant if it tends "to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence." Fed. R. Evid. 401. "Irrelevant evidence is not admissible." *United States v. Vander Luitgaren*, 2008 WL 2610465, at *1 (M.D. Fla. June 30, 2008) (Conway, J.). *See also* Fed. R. Evid. 402.

The core material issues here include whether Seroquel caused plaintiffs' alleged diabetes, and whether AstraZeneca adequately warned about the claimed health risks. Plaintiffs have made no showing that the Dr. Borison misconduct is material to these core issues. Nor can they show that Dr. Borison's plea and incarceration for financial misconduct with respect to his research site had any impact on these plaintiffs or their prescribing physicians, or that the Dr. Borison misconduct affected the FDA's decision to approve Seroquel. And plaintiffs cannot demonstrate that the Dr. Borison misconduct affects whether Seroquel is safe and effective for use.

It would therefore be improper to allow plaintiffs to present evidence of the Dr. Borison misconduct to the jury; it would only lead to speculation that the misconduct "tainted" Seroquel in some way, without any evidence to support that allegation. Other

courts have excluded evidence of clinical trial investigator misconduct where plaintiffs are unable to demonstrate the misconduct had an impact on the issues in the case. *See In re Rezulin Prod. Liab. Litig.*, 309 F. Supp. 2d 531, 554 (S.D.N.Y. 2004) (excluding as irrelevant testimony that defendant's alleged disregard for patient safety during Rezulin clinical trials violated international guidelines); *In re Richardson-Merrell Inc. "Bendectin" Prod. Liab. Litig.*, 624 F. Supp. 1212, 1249 (S.D. Ohio 1985) (excluding as irrelevant and unduly prejudicial evidence that investigators responsible for investigating Bendectin had contemporaneously "manipulated and misstated data" concerning another drug). The Court should reach the same result here, excluding evidence of the Dr. Borison misconduct pursuant to Rule 401 and 402.

## II. The Doctor Borison Misconduct Is Unfairly Prejudicial, Misleading, And A Waste Of Time.

Even if evidence is marginally relevant, it should be excluded "if it would confuse the issues, mislead the jury or waste time to an extent substantially outweighing its probative value." *Noel Shows, Inc. v. United States*, 721 F.2d 327, 329 (11th Cir. 1983). *See also* Fed. R. Evid. 403 ("Although relevant, evidence may be excluded if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.").

Evidence of the Dr. Borison misconduct would only inject a collateral issue into the trial, and suggest to the jury that AstraZeneca is "guilty by association" because of the Dr. Borison misconduct. Rule 403 exists to prevent the admission of such issues, because they may delay the trial and mislead the jury. *Anderson v. WBMG-42*, 253 F.3d 561, 567 (11th

- 4 -

Cir. 2001) (evidence of manager's failure to effectively supervise or discipline misconduct excluded pursuant to Rule 403 where it risks "mini-trial on collateral issues"). *See also Coursen v. A.H. Robins Co., Inc.*, 764 F.2d 1329, 1334-35 (9th Cir. 1985) (appropriate to exclude "innuendos of collateral misconduct" in pharmaceutical case pursuant to Rule 403); *United States v. Polasek*, 162 F.3d 878, 885 (5th Cir. 1998) (finding that "guilt by association" evidence of associates' convictions for fraud "altogether failed to prove any wrongdoing on [defendant's] part but insidiously linked her with criminals in such a way that the jury might have concluded" defendant was guilty of same crime). To avoid this result, the Court should exclude evidence of the Dr. Borison misconduct pursuant to Rule 403.

## CONCLUSION

For the above reasons, AstraZeneca respectfully requests an Order excluding evidence and argument about actual or alleged misconduct by Dr. Richard Borison, or any other clinical investigator at Dr. Borison's research facility. In the alternative, AstraZeneca respectfully requests an Order requiring plaintiffs to make an offer of proof establishing the relevance of the Dr. Borison misconduct before referring to it in the presence of the jury.

DATED: January 8, 2009            Respectfully submitted,

*/s/ Steven B. Weisburd*
Steven B. Weisburd
DECHERT LLP
300 West 6th Street, Suite 1850
Austin, TX 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
steven.weisburd@dechert.com

Stephen J. McConnell

DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
stephen.mcconnell@dechert.com

*/s/ Chris S. Coutroulis*
Chris S. Coutroulis (Fla. Bar No. 300705)
Robert L. Ciotti (Fla. Bar No. 333141)
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, FL 22607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
ccoutroulis@carltonfields.com
rciotti@carltonfields.com

*Counsel for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP*

## CERTIFICATE OF CONFERENCE PURSUANT TO M.D. FLA. L.R. 3.01(g)

I hereby certify that I, Steven Weisburd, conferred with counsel for plaintiffs in good faith regarding the relief requested in this motion. Plaintiffs' counsel responded that they oppose the relief requested in this motion.

*/s/ Steven B. Weisburd*

- 7 -

## CERTIFICATE OF SERVICE

I hereby certify that, on January 8, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system through which all participating parties are deemed served. I further certify that, by using the CM/ECF, the foregoing has been served on plaintiffs' liaison counsel, who is charged with serving any non-CM/ECF participants on the attached Service List.

/s/ *A. Elizabeth Balakhani*

## SERVICE LIST

## In Re: Seroquel Products Liability Litigation
## MDL Docket No. 1769

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>Plaintiffs' Lead Counsel |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>*Attorney for Defendants AstraZeneca Pharmaceuticals, LP, and AstraZeneca LP* | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>*Attorney for Defendant, Marguerite Devon French* |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Steven M. Selna, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>steven.selna@dbr.com<br>*Attorneys for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.* | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>*Attorneys for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals, LP* |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>Attorney for Defendant Dr. Asif Habib | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

-12-

| | |
|---|---|
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net |
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |