# EXHIBIT 2

# REVIEW AND EVALUATION OF CLINICAL DATA

## Application Information

NDA 20-639
Sponsor: Zeneca Pharmaceuticals
Clock Date: July 29, 1996

## Drug Name

Generic Name: Quetiapine fumarate
Trade Name: Seroquel

## Drug Characterization

Pharmacologic Category: Serotonin and Dopamine Antagonist
Proposed Indication: Management of the Manifestations of Psychotic Disorders
NDA Classification: 1S
Dosage Forms: Oral tablets; 25, 100, and 200 mg

## Reviewer Information

Clinical Reviewer: Andrew D. Mosholder, M.D.
Review Completion Date: June 13, 1997

| | | |
|---|---|---|
| 1.0 | Material Utilized in Review | 1 |
| 1.1 | Materials from NDA/IND | 1 |
| 1.2 | Related Reviews, Consults, etc. | 1 |
| 1.3 | Other Resources | 1 |
| 2.0 | Background | 1 |
| 2.1 | Indication | 1 |
| 2.2 | Important Information from Related INDs and NDAs and from Pharmacologically Related Agents | 2 |
| 2.3 | Administrative History | 2 |
| 2.4 | Proposed Directions for Use | 2 |
| 2.5 | Foreign Marketing | 3 |
| 3.0 | Chemistry | 3 |
| 4.0 | Animal Pharmacology | 3 |
| 5.0 | Description of Clinical Data Sources | 3 |
| 5.1.1 | Study Type and Design/Patient Enumeration | 4 |
| 5.1.2 | Demographics | 4 |
| 5.1.3 | Extent of Exposure (dose/duration) | 4 |
| 5.2 | Secondary Source Data | 5 |
| 5.2.1 | Non-IND and Excluded Studies | 5 |
| 5.2.2 | Postmarketing Experience | 5 |
| 5.2.3 | Literature | 5 |
| 5.3 | Comment on Adequacy of Clinical Experience | 6 |
| 5.4 | Comment on Data Quality and Completeness | 6 |
| 6.0 | Human Pharmacokinetic Considerations | 6 |
| 7.0 | Efficacy | 7 |
| 7.1 | Background | 7 |

**FDACDER 000095**

| | |
|---|---|
| 7 2 Review of individual studies | 8 |
| 7 2 1 Study 0006 | 8 |
| 7 2 2 Study 0008 | 12 |
| 7 2 3 Study 0013 | 15 |
| 7 2 4 Study 0012 | 19 |
| 7 2 5 Other Studies | 23 |
| 7 3 Summary of Data Pertinent to Important Clinical Issues | 23 |
| 7 3 1 Predictors of Response | 23 |
| 7 3 2 Choice of dose | 23 |
| 7 3 3 Duration of Treatment | 23 |
| 7 4 Conclusions regarding efficacy data | 24 |
| 8 0 Integrated Review of Safety | 25 |
| 8 1 1 Deaths | 25 |
| 8 1 2 Other Serious Adverse Events | 25 |
| 8 1 3 Dropouts | 26 |
| 8 1 3 1 Overall Profile of Dropouts | 26 |
| 8 1 3 2 Adverse Events Associated with Dropout | 27 |
| 8 1 4 Other Search Strategies | 28 |
| 8 1 5 Adverse Event ...nce Tables | 29 |
| 8 1 5 1 Approach to Eliciting Adverse Events in the Development Program | 29 |
| 8 1 5 2 Establishing Appropriateness of Adverse Event Categorization and Preferred Terms | 29 |
| 8 1 5 3 Selecting the Key Adverse Event Tables for Characterizing the Adverse Event Profile | 30 |
| 8 1 5 4 Identifying Common and Drug-Related Adverse Events | 30 |
| 8 1 5 5 Additional Analyses and Explorations | 30 |
| 8 1 6 Laboratory Findings | 32 |
| 8 1 6 1 Extent of Laboratory Testing in the Development Program | 32 |

**FDACDER 000096**

| Section | Page |
|---|---|
| 8 1 6 2 Selection of Studies and Analyses for Overall Drug-Control Comparisons | 32 |
| 8 1 6 3 Standard Analyses and Explorations of Laboratory Data | 32 |
| 8.1 6 3 1 Analyses Focused on Measures of Central Tendency | 32 |
| 8 1 6 3 2 Analyses Focused on Outliers | 32 |
| 8 1 6 3 3 Dropouts for Laboratory Abnormalities | 32 |
| 8 1.6 4 Additional Analyses and Explorations | 33 |
| 8 1 7 Vital Signs | 33 |
| 8 1 7 1 Extent of vital sign testing in the development program | 33 |
| 8 1 7 2 Selection of Studies and Analyses for Overall Drug-Control Comparisons | 33 |
| 8 1 7 3 Standard Analyses and Explorations of Vital Sign Data | 33 |
| 8 1 7 3 1 Analyses Focused on Measures of Central Tendency | 33 |
| 8 1.7 3 2 Analyses Focused on Outliers | 33 |
| 8 1 7 3.3 Dropouts for vital sign Abnormalities | 34 |
| 8 1 7 4 Additional Analyses and Explorations | 34 |
| 8 1 8 ECGs | 34 |
| 8 1 8 1 Extent of ECG testing in the development program | 34 |
| 8 1 8 3 Standard Analyses and Explorations of ECG Data | 35 |
| 8 1 8 3 1 Analyses Focused on Measures of Central Tendency | 35 |
| 8 1 8 3 2 Analyses Focused on Outliers | 35 |
| 8 1 8 3 3 Dropouts for ECG Abnormalities | 35 |
| 8 1 8 4 Additional Analyses and Explorations | 36 |
| 8 1 9 Special Studies | 36 |
| 8 1 10 Withdrawal Phenomena/Abuse Potential | 36 |
| 8 1 11 Human Reproduction Data | 36 |
| 8 1 12 Overdose Experience | 36 |
| 8 2 Review of Systems | 37 |

FDACDER 000097

| | |
|---|---|
| 8 2 1 Cardiovascular | 37 |
| 8 2 2 Gastrointestinal | 42 |
| 8 2 3 Hemic and Lymphatic | 46 |
| 8 2 4 Metabolic and Endocrine | 50 |
| 8 2 5 Musculoskeletal | 55 |
| 8 2 6 Nervous | 57 |
| 8 2 7 Respiratory | 62 |
| 8 2 8 Dermatological | 64 |
| 8 2 9 Special Senses | 65 |
| 8 2 10 Genitourinary | 67 |
| 8 2 11 Miscellaneous | 69 |
| 8 3 Summary of Key Adverse Findings | 70 |
| 9 0 Labeling Review | 72 |
| 11 0 Conclusions | 73 |
| 12 Recommendations | 73 |
| APPENDICES | 74 |

FDACDER 000098

literature and that it contained no unsuspected adverse safety findings

### 5.3 Comment on Adequacy of Clinical Experience

In my judgement, the sponsor's clinical development program provides an adequate clinical data base for review of the NDA. The total numbers of patients exposed and the duration of exposure are comparable to the databases for antipsychotic compounds approved recently. Efficacy data is provided by more than one adequate and well controlled clinical study. No pediatric clinical data was provided; there was open label safety data provided for geriatric patients in study 0048.

### 5.4 Comment on Data Quality and Completeness

On balance, the data supplied in the NDA was judged to be of a sufficient quality to permit review. One exception to this involved individual patient data for some patients having serious adverse events; in a number of cases, the sponsor failed to provide sufficient clincal details or follow up information. Such cases will be described in the review of systems. Another data quality issue involved alllegations of misconduct on the part of one of the clinical investigators, Dr Borison. Zeneca performed a reanalysis of their clinical data minus the data from Dr. Borison's site, and found that data from his site had little influence on the overall efficacy findings or the adverse event incidences. These re-analyses will be described.

### 6.0 Human Pharmacokinetic Considerations

Please refer to the biopharmaceutics review for complete details. Note that because healthy volunteers did not tolerate more than very low doses of the compound, much of the pharmacokinetic studies were performed with volunteer schizophrenic patients.

Quetiapine is rapidly and extensively absorbed after oral administration, and displays linear pharmacokinetics. The compound is primarily cleared by hepatic metabolism and is a cytochrome P450 3A4 substrate, with excretion mainly in urine and very little drug excreted unchanged. The major metabolites found in plasma are not very pharmacologically active. Terminal half life was determined to be roughly 7 hours; volume of distribution was 681 L. The sponsor states that plasma concentrations corresponding to clinical doses range from 200-3000 ng/ml. There is considerable interindividual variability in pharmacokinetics.

Quetiapine Cmax and AUC increased 25% and 15%, respectively, with feeding. The drug is moderately protein bound in plasma (83%)

With respect to special populations, mean clearance decreased up to 50% in elderly patients. Gender and race do not appear to have an effect on quetiapine pharmacokinetics. Severe renal insufficiency and hepatic disease were both observed to reduce clearance roughly 25%. Specific studies in special population subgroups are noted below

Study 0016 was a pharmacokinetic study in schizophrenic men and women, treated with quetiapine titrated to 250 mg/d for 15 days. The sponsor reported no significant differences in pharmacokinetics or adverse events between males and females in this study; however, the sample was small (13 men and 15 women).

Study 0018 was a pharmacokinetic study in 8 nonpsychotic patients with cirrhosis and normal controls, administered a single 25 mg dose. Two of the eight patients had much lower clearance of quetiapine than observed in the normal control subjects. There were no unusual adverse

p=0 03) No statistical testing was performed for baseline comparisons of SANS and BPRS psychosis cluster scores

Dosing Information

Appendix table 7 2 1 4 presents the mean quetiapine dosage for patients remaining in the study at each week. The mean dose for completers remained around 400 mg/day for the final weeks of the study

Concomitant Medications

The table below lists the use of selected concomitant medications by treatment group

**Selected concomitant medication use(adapted from electronic version of study report)**

|  | Quetiapine n = 54 | Placebo n = 55 |
|---|---|---|
| Chloral Hydrate |  |  |
| Number of patients | 38 | 44 |
| Benztropine mesylate |  |  |
| Number of patients | 5 | 6 |
| Diphenhydramine HCl |  |  |
| Number of patients | 2 | 3 |
| Lorazepam |  |  |
| Number of patients | 17 | 15 |

Overall the treatment groups were similar with respect to numbers of patients receiving these concomitant medications

### Efficacy Results

Appendix tables present the efficacy data for the important outcome measures (total BPRS score, CGI severity, BPRS psychosis cluster items, and SANS total score), by week, for each treatment group. Both the last observation carried forward (LOCF) analysis and the completers analysis are shown. In general, the quetiapine group was superior to the placebo group at several timepoints during the trial, but only by the last observation carried forward analysis. At the final week, the drug group was not superior to the placebo group at a 5% level of statistical significance on any measure, although several earlier weeks showed significance for the drug group on the BPRS total score, CGI severity, BPRS psychosis cluster, and SANS total score, especially in the LOCF analyses

### Miscellaneous Issues

Although there was imbalance at baseline with respect to CGI severity scores between the groups, analysis of covariance should have served to correct for this imbalance

No plasma drug concnetrations were obtained during the study

Because of allegations of misconduct at one site (Center 008, where Dr Bonson was the principal investigator), Zeneca provided a reanalysis of the efficacy data for the BPRS total socore and CGI severity score, omitting data from Center 008. This procedure had negligible impact on the results for these two vanables, and there was generally no loss of statistical significance (in fact some p-values were actually smaller without Center 008 data)

Table. Plasma drug concentraionts at week 6 by dose, study 0013

| DOSE (MG/D) | MEAN (SD) TROUGH QUETIAPINE CONCENTRATION (NG/ML) |
|---|---|
| 75 | 14 (11) |
| 150 | 28 (16) |
| 300 | 44 (34) |
| 600 | 91 (59) |
| 750 | 94 (72) |

Because of allegations of misconduct at Dr Borison's center, Center 001, Zeneca reanalyzed the efficacy results minus data from Center 001 (submission of 9/24/96). The results for BPRS total score and CGI seventy score changed only slightly when data from Center 001 was omitted, and statistical comparisons to placebo were essentially unchanged.

Conclusions

This trial provides statistical evidence that quetiapine is active in the treatment of psychotic schizophrenic patients, at doses of 150 mg/d and above. The 75 mg/d dose did not demonstrate efficacy, however. For the other quetiapine dose groups and the haloperidol active control, primary efficacy results were comparable, and no dose response relationship for doses above 75 mg/d was evident. There was evidence for reduction in negative symptoms, as measured by the SANS, for the haloperidol group and the quetiapine 300 mg group. The improvement seen for negative symptoms with haloperidol treatment is of interest, since many experts believe that traditional antipsychotic drugs are not as capable of ameliorating negative schizophrenic symptoms as are newer medications.

7.2.4 Study 0012

Investigator(s)/Location

A total of 89 centers in various foreign countries participated in this trial; no domestic sites participated. The investigators and sites for this study are listed in appendix 7.2.4 Note that Center 10 was omitted from the analysis after Zeneca learned that the investigator had allegedly committed fraud during a previous clinical investigation.

Study Plan

Objective(s)/Rationale

The purpose of this study was to compare the efficacy and safety of quetiapine administered 225 mg BID, 150 mg TID, and 25 mg BID, in the treatment of patients with an acute exacerbation of chronic or subchronic schizophrenia. The goal was to provide support for dosing quetiapine BID rather than TID, with the expectation that a BID dose regimen will improve compliance