# EXHIBIT 3

INTERNAL MEMORANDUM

Date:    04-Oct-1996 10:28am EDT

Tel No: (302) 886-2873

To:      See Below

From:    Lisa A. Sevier

Subject: FDA TELECON - SEROQUEL

------------------------------------------------------------------------

Distribution:

| To: | Lisa A. Arvanitis | ( ARVANITIS LA ) |
|---|---|---|
| To: | Ricky Bache | ( BACHE RA @ A1 @ APVXC1 ) |
| To: | Kimberly B. Bunitsky | ( BUNITSKY KB ) |
| To: | Richard J. Caplan, Ph.D. | ( CAPLAN RJ ) |
| To: | Robert Castor | ( CASTOR R1 ) |
| To: | Stephen Cunningham | ( CUNNINGHAM SR @ A1 @ APVXC1 ) |
| To: | Michael Czupryna | ( CZUPRYNA MJ ) |
| To: | Elizabeth D'Angelo | ( D'ANGELO EB ) |
| To: | Norbert R. Ealer | ( EALER NR ) |
| To: | Barbara J. Ewing | ( EWING BJ ) |
| To: | Larry Fish | ( FISH L1 ) |
| To: | David A. Greenfield | ( GREENFIELD DA ) |
| To: | Chris R. Griffett | ( GRIFFETT CR ) |
| To: | William J. Kennedy | ( KENNEDY WJ ) |
| To: | Barbara B. Kowalcyk | ( KOWALCYK BB ) |
| To: | Gerald L. Limp | ( LIMP GL ) |
| To: | Ivor Nathan | ( NATHAN IF @ A1 @ APVXC1 ) |
| To: | Richard J. Pierce | ( PIERCE RJ ) |
| To: | Ihor W. Rak | ( RAK IW ) |
| To: | Joel Riloff | ( RILOFF JA ) |
| To: | Athena M. Ruhl | ( RUHL AM ) |
| To: | Hank E. Schellenger | ( SCHELLENGER HE ) |
| To: | Mark Scott Ph.D. | ( SCOTT MS ) |
| To: | Don Stribling | ( STRIBLING D @ A1 @ APVXC1 ) |
| To: | Robert J. Timko | ( TIMKO RJ ) |
| To: | Roger Timewell | ( TIMEWELL RM @ A1 @ APVXC1 ) |
| To: | John F. Weet | ( WEET JF ) |
| To: | Richard M. Wellons | ( WELLONS RM @ A1 @ UNVAXC ) |
| To: | Renee S. Wible | ( WIBLE RS ) |
| To: | Barbara B. Zinck | ( ZINCK BB ) |
| To: | Remote Addressee | ( DOMINO@A1@APVS20 ) |
| CC: | Susan A. Robinson | ( ROBINSON SA ) |

AZSER10626279



FDA TELEPHONE CONTACT

**SUBJECT:** Safety Updates; ACM; Stats Reviewer; Errata; PAI; Clinical Audits

**FDA CONTACT & DIVISION:** Steven D. Hardeman
Division of Neuropharmacological Drug Products

**DATE & TIME:** September 30, 1996

**DRA CONTACT:** Ms. Susan A. Robinson

### NOTES

Safety updates:

I wanted to confirm the date of submission for the 4MSU. Steve mentioned that depending on the amount of new information, a 4MSU was not always needed. I discussed the amount of new data available with Dr. Mosholder present. Data are available on approximately 500 patients and the majority of the new information was from ongoing studies and open-label extensions. I also let them know we were planning on updating the CANDA (server and laptop), along with the paper submission. Dr. Mosholder wanted a 4MSU.

Additionally, I asked about the timeframe the Division wanted the pre-approval safety update. Steve responded at the time of the action letter.

Advisory Committee Meeting:

We discussed the criteria the Division uses for deciding whether a NCE goes before an ACM. Under the current policy, the Division doesn't take all NCE to ACMs. They found ACMs take a lot of preparation time and reviewers time was better spent working on reviews. Even when there is an ACM, the Division doesn't present anymore. Most issues triggering an ACM are safety (life threatening and/or controversial) and controversial efficacy issues. Since Zeneca needs to start planning in case of an ACM, I asked about potential time frames for an ACM and how much notice we would receive prior to an ACM. He never really answered the first question, but for the second gave an answer of one month. When I questioned the shortness of notification, he responded that we will know if there is an issue.

Statistical reviewer:

I asked if Dr. Hoberman needed anything for his review or if we should contact him. Steve responded that he is working on his review, and there is no need to contact him. If he needs anything he will let us know. I inquired as to how he is doing his review when he hasn't requested any data sets. Steve said he sets everything up and then requests the data sets.

AZSER10626280

Errata:

I mentioned that we had discovered a number of errata since submission of the NDA. The majority were related to clinical and mostly the ISS. We agreed to call out the errata as a section of the 4MSU, rather than a separate submission. Any errata that can not be handled with the 4MSU would be handled in an alternative manner.

PAI request:

I asked if the request for the PAI had been sent to the field office. He did not know since the Chemistry Office sends out the requests.

Clinical Audit:

We briefly discussed the Office of Compliance's requests for investigator/site/study information. I asked whether the Agency had completed their audit of Dr. Borison. He answered since Dr. Borison was involved in so many studies with so many compounds that the audits would be continuing for a while. They apparently have not found any problems with Dr. Borison data so far.

ACTION:

1. Inform Clinical team of timing of pre-approval safety update

2. Continually follow-up with CSO re: ACM and keep track of ACM scheduled dates.

3. Ask Chemistry reviewer about PAI request

4. Note the appropriate errata's in the 4MSU

SAR/car/24581/120

cc: L. Arvanitis      L. Fish          A. Ruhl
    R. Bache          D. Greenfield    H. Schellenger
    K. Bunitsky       C. Griffett      M. Scott
    R. Caplan         W. Kennedy       D. Stribling
    R. Castor         B. Kowalcyk      R. Timko
    S. Cunningham (UK) G. Limp         R. Timewell
    M. Czupryna       I. Nathan        J. Weet
    E. D'Angelo       R. Pierce        R. Wellons
    N. Ealer          I. Rak           R. Wible
    B. Ewing          J. Riloff        B. Zinck
                                       DOMINO

AZSER10626281