# EXHIBIT 1

Case 6:06-md-01769-ACC-DAB

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:  Seroquel Product Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to ALL CASES

_____

## EXPERT REPORT OF
### Laura M. Plunkett, Ph.D., DABT
#### September 6, 2008

### I.     Training and Qualifications

1.     I am a pharmacologist, toxicologist, United States Food and Drug Administration (FDA) regulatory specialist and principal of a consulting company known as Integrative Biostrategies, LLC. Integrative Biostrategies, based in Houston, Texas, is a consulting firm that works at the interface of biological science, regulatory affairs and business decisions to provide its clients with science-based solutions to issues associated with product development and stewardship.  Before joining Integrative Biostrategies in 2001, I was head of the consulting firm known as Plunkett & Associates.

2.     I am board-certified as a Diplomate of the American Board of Toxicology. I am a member of several professional organizations and have authored or co-authored numerous scientific publications. I have over twenty years of experience in the areas of pharmacology and toxicology and have worked in both government and academic research. I have taught pharmacology and toxicology at the undergraduate and postgraduate levels.

3.     I received a B.S. degree in 1980 from the University of Georgia and a Ph.D. in pharmacology from the University of Georgia, College of Pharmacy in 1984. My doctoral

research was focused in the area of cardiovascular pharmacology and specifically dealt with delineating neurochemical mechanisms responsible for the cardiac toxicity of digitalis glycosides.

4.      From June 1984 through August 1986, I was a Pharmacology Research Associate Training (PRAT) fellow at the National Institute of General Medical Sciences, Bethesda, Maryland. I worked in a neurosciences laboratory of the National Institute of Mental Health. My research focused on the role of various brain neurochemical systems involved in the control of autonomic nervous system and cardiovascular function.

5.      From September 1986 to June 1989 I was an Assistant Professor of Pharmacology and Toxicology in the medical school at the University of Arkansas for Medical Sciences, Little Rock, Arkansas, where I performed basic research in the areas of neuropharmacology and toxicology as well as cardiovascular pharmacology and toxicology. I taught courses for both medical students and graduate students in pharmacology and toxicology as well as the neurosciences. During this time, I studied drugs of all classes that affect brain function, including anti-psychotic drugs. As a pharmacologist, my work was directed towards understanding the biologic mechanisms of drug actions. Much of my focus was on drugs that affect brain function, which includes anti-psychotics.

6.      From December 1989 to August 1997, I worked for ENVIRON Corporation, first in the Arlington, Virginia office and then in the Houston, Texas office. I worked specifically within the health sciences group and most of my projects dealt with issues surrounding products or processes regulated by the FDA. During my consulting career (ENVIRON, Plunkett & Associates, and Integrative Biostrategies), I have worked on a variety of projects dealing with the regulation of products by the FDA, including human drugs, veterinary drugs, biologics, medical devices, consumer products, dietary supplements and foods. I have advised my clients on regulatory issues and strategies for their products (relating to both Canadian and American regulations), designed preclinical and clinical studies for both efficacy and safety, advised clients on issues related to statements regarding efficacy and warnings for their products based on the current labelling regulations and generally acted as a regulatory affairs staff for small companies

Page | 2

in their early stages of product development. A tool common to all work my work as a consultant would be risk assessment, including many projects where risks and benefits of human therapeutics were at issue.  Attached here in Appendix A is a copy of my curriculum vitae.

**II.     Information Reviewed**

7.     During the course of work on this case, I have reviewed the following materials:

a)  scientific literature relating to the pharmacology and toxicology of anti-psychotic drugs in general and quetiapine (Seroquel) in particular;

b)  labelling for Seroquel as provided by the Physician's Desk Reference; and

c)  regulations of the U.S. Food and Drug Administration (FDA) relating to the development, approval, labelling and marketing of prescription drug products.

**III.     Summary of Bipolar Disorder and Schizophrenia**

8.     Schizophrenia is a major mental illness described by the Diagnostic and Statistical Manual of Mental Disorders ("DSM IV") as a psychotic disorder that is a chronic, severe and disabling brain disease. The hallmark of schizophrenia is disordered thought and perception. Typical symptoms include delusions and hallucinations. While most people diagnosed with schizophrenia are not gainfully employed, a substantial minority do have gainful employment.

9.     Bipolar disorder is described by the DSM IV as a mood disorder. Bipolar disorder is a major mental illness, the hallmark of which is manic episodes marked by a euphoric, irritable or expansive mood. Patients with bipolar disorder usually also experience major depressive episodes.

**IV.     Atypical Anti-psychotics**

10.     The primary class of drugs used to treat symptoms of schizophrenia and bipolar disorder is known as anti-psychotics. Additionally, mood stabilizers or anti-depressants may also be used to treat bipolar disorder.

11.     Anti-psychotics fall into two general categories: the newly developed atypical anti-psychotics and the older, conventional or typical anti-psychotics. The term "atypical" is

applied to the newer drugs mainly because of the lower risks of adverse neurological effects known as extrapyramidal effects. As a general rule, because many atypical anti-psychotics (including Seroquel) still have patent protection, generic versions are not available and as such they are more expensive to purchase and, as a result, more profitable to the manufacturer.

12.    Conventional, or typical, anti-psychotics as a group include drugs of a number of different chemical classes. These drugs have efficacy to treat both bipolar disorder and schizophrenia but also often exhibit significant side effects, including risk of acute and long-term neurological side effects, including extrapyramidal effects.

13.    Atypical anti-psychotic drugs are considered as having less of a risk of producing extrapyramidal side effects, the unwanted neurological effects that are characterized by changes in movement. In fact, the goal of introducing atypical anti-psychotics to the marketplace was to provide an effective treatment that also improved the quality of life of the patient. While the exact mechanisms responsible for the pharmacological differences between typical and atypical anti-psychotics have not yet been clearly defined, differences have been identified in the pattern of brain neurotransmitter receptor systems affected by the various drugs, effects that can be seen in responses elicited in animal models and/or effects that relate to the pharmacological and toxicological responses in humans.

14.    Anti-psychotics will only treat the symptoms of schizophrenia and bipolar disorder; there is no "cure" for such disorders. The etiology of schizophrenia and bipolar disorder also remains to be elucidated, although genetics appears to play some role in these disorders.

15.    Quetiapine, marketed in the U.S. under the trade name of Seroquel, is a widely prescribed prescription drug product that was approved by the FDA in 1997 for the treatment of schizophrenia. Seroquel was subsequently approved for management of acute manic episodes associated with bipolar disorder in 2004. I believe that Seroquel is also widely prescribed for off-label uses, including the treatment of sleep disorders, control of agitation, anxiety, aggression and behavioural disturbances.

16.      The psychotic symptoms treated with atypical anti-psychotic drugs such as Seroquel include disordered thought processes, disorganized and/or irrational behaviour, and degrees of altered mood, from severe agitation to severe withdrawal. Other drugs that have been or are used in the treatment of psychotic disorders include phenothiazines (*e.g.*, chlorpromazine, also known as Thorazine; thioridazine, also known as Mellaril), thioxanthines (*e.g.*, chlorprothixene, also known as Taractan; thiothixene, also known as Navane), haloperidol (Haldol), clozapine (Clorazil), aripiprazole (Abilify), loxapine (Loxitane), molindrone (Moban), pimozide (Orap), olanzapine (Zyprexa), riperidone (Risperdal), and ziprasidone (Geodon). The optimum therapy for treating schizophrenia and bipolar disorder is chosen for each patient based on the patient's medical history, including any risks of known side effects of the drug, and the patient's response to the drug in relation to the drug's efficacy and adverse events.

17.      The pharmacology of Seroquel and other similar anti-psychotic drugs is described in many textbooks and review articles (*e.g., Goodman & Gilman's The Pharmacological Basis of Therapeutics, 11th edition*. 2006. Brunton, L.L. et al. (eds.), McGraw-Hill: New York, chapter 18). Seroquel produces its therapeutic and adverse effects through its activity on various receptor systems in the brain and throughout the body. Seroquel is known to be an antagonist of $D_1$, $D_2$, $5-HT_{1A}$, $5-HT_{2A}$, $H_1$, $\alpha_1$, and $\alpha_2$ receptors. The efficacy of Seroquel and other atypical anti-psychotic drugs has been linked to dopaminergic and serotonergic system antagonist activity. However, the exact mechanism by which atypical anti-psychotic drugs produce their effects in schizophrenia and bipolar disorders is not known.

## V.      Seroquel and Associated Health Risks

18.      Seroquel is well absorbed following oral administration, with peak concentrations achieved in the blood within 1.5 hours, and an elimination half-life in the range of 6 hours.  It is widely distributed in the body and steady state blood levels are achieved within a few days. Following oral administration, Seroquel is extensively metabolized although the major metabolites are not pharmacologically active.

19.      Seroquel use has been associated with deaths that have been attributed to severe liver, kidney, and pancreatic damage.  Its adverse effects include, but are not limited to,

ketoacidosis, pancreatitis, diabetes mellitus, weight gain, hyperglycemia, blindness, increased thirst, and hypoglycemia.  Other serious injuries associated with Seroquel use include: a potentially fatal condition known as neuroleptic malignant syndrome (NMS); tardive dyskinesia, which can cause potentially irreversible, involuntary movements; and other serious health problems associated with the onset of diabetes including heart disease, blindness, coma, seizures and death. These adverse health effects have been reported following both short-term and longer-term use of Seroquel.

20.     Some of the adverse health effects associated with Seroquel use have been attributed to activity of the drug on certain receptor systems in the body. For example, orthostatic hypotension seen in some patients administered Seroquel is thought to be attributed to $\alpha_1$-adrenergic antagonist activity of the drug while somnolence has been attributed to antagonism of histamine type 1 ($H_1$) receptors by Seroquel.

21.     While Seroquel is similar in basic pharmacological profile to other atypical anti-psychotic drugs, including olanzapine and risperidone, the potency of Seroquel as an antagonist at $D_2$ and $5\text{-}HT_{2A}$ receptors is less than either olanzapine or risperidone. Differences in potency as an antagonist at certain receptor types may explain some of the differences observed among the various atypical anti-psychotics in terms of both efficacy and toxicity.

22.     It has been known for decades that many anti-psychotic drugs have effects to alter metabolism that can lead to weight gain and effects on glucose metabolism (*e.g.*, Baldessarini, R.J. 1980. Drugs and the treatment of psychiatric disorders. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics, 6th edition*. A.G. Gilman et al. (Eds.), chapter 19, MacMillan Publishing Co.: New York).  However, it has been recognized more recently (since about 1999) that there appear to be differences among the various anti-psychotic drugs in terms of their propensity for inducing weight gain and changes in glucose metabolism, as well as the onset of diabetes (*e.g.*, Melkersson, K. and M-L. Dahl. 2004. *Drugs* 64:701-723; American Diabetes Association et al. 2004. *Diabetes Care* 27:596-601; Allison, D.B. et al. 1999. *Am. J. Psychiatry* 156:1686-1896; Bobes, J. et al. 2003. *Schizophr. Res.* 62:77-88; Wetterling, T. 2001. *Drug Saf.* 24:59-73; Buse, J.B. et al. 2003. *J. Clin. Epidemiol.* 56:164-170). Moreover, it has

now been recognized that clinically significant hyperglycemia and diabetic complications can occur during anti-psychotic treatment both with and without changes in body weight (Newcomer, J.W. et al. 2002. *Arch. Gen. Psychiatry* 59:337-345; Newcomer, J.W. 2005. *CNS Drugs* 19(S1):1-93). Because of the differences apparent among different anti-psychotic agents in terms of risks of diabetes and weight gain, the effects of Seroquel cannot be considered simply a "class" effect for atypical anti-psychotic drugs (Newcomer, J.W. 2005. *CNS Drugs* 19(Suppl. 1):1-93). Different anti-psychotic drugs, including the second generation atypical anti-psychotic agents, have different toxicological profiles.

23.    Between January 1997 and July 2002, numerous adverse drug event reports were submitted to the FDA. These reports indicated that patients consuming Seroquel experienced significant adverse health effects, including hyperglycemia, diabetes, exacerbation of pre-existing diabetes, ketoacidosis, and death. These adverse event reports were discussed in an article by Koller *et al.* (2004. *J. Clin. Psychiatry* 65:857-863). The authors concluded that use of Seroiquel may unmask or precipitate hyperglycemia in patients.

24.    Case reports linking Seroquel use with hyperglycemia and/or diabetes appeared in the published literature as early as 1999 (*e.g.,* Sobel *et al.* 1999. *J. Clin. Psychiatry* 60:556-557).

25.    A large study involving the U.S. Veterans' Administration (Sernyak, M.J. *et al.* 2002. *Am. J. Psychiatry* 159:561-566) was performed in 1999 where records from all patients being treated nationally with anti-psychotics were examined. The authors reported that there was an increased risk of diabetes with exposure to certain anti-psychotic drugs. One of the drugs shown to be associated with an increased risk was Seroquel.

26.    At a conference in Europe in 2002, Lambert and colleagues reported the results of a matched case-control study of California Medicaid claims data from 1997 through 2000. They found that there was an increased risk of developing type II diabetes in patients exposed to Seroquel (Lambert *et al.* 2002. *Eur. Neuropsychopharmacol.* 12:S307).

27.    In or about August of 2003, a report in the *Wall Street Journal* showed that a study of 19,878 U.S. military veterans between October 1998 and October 2001 indicated that

Seroquel and other members of the new class of anti-psychotic drugs posed a higher risk of diabetes. The article stated that effects were most pronounced with Seroquel.

28.    At a conference of the *International Society for Pharmacoepidemiology* held in Philadelphia on August 23 and 24, 2003, study data were reported that showed that patients on Seroquel had 3.34 times as many cases of diabetes as those on older antipsychotic drugs.

29.    When considered as a whole in a weight-of-the evidence assessment, the available scientific data indicate that Seroquel can cause physiological effects known to be risk factors for diabetes, including increased body weight and other metabolic effects, and can cause diabetes itself. The scientific data include case reports published on an ongoing basis since 1999 (Sobel, M. et al. 1999. *J. Clin. Psychiatry* 60:556-557; Procshyn, R.M. et al. 2000. *Can. J. Psychiatry* 45:668-669; Wilson, D.R. et al. 2002. *Schizophr. Res.* 59:1-6; Domon, S.E. and C.S. Cargile. 2002. *J. Am. Acad. Child Adolesc. Psychiatry* 41: 495-496; Sneed, K.B. et al. 2003. *J. Am. Board Fam. Pract.* 16:251-254), clinical data (*e.g.*, Borison, R. et al. 1996. *J. Clin. Psychopharmacol.* 16:158-169; Small, J.G. et al. 1997. *Arch. Gen. Psychiatry* 54:549-557; Arvanitis, L.A. and B.G. Miller. 1997. *Biol. Psychiatry* 42:233-246; Peuskens, J. and C.G. Link. 1997. *Acta Psychiatr, Scand.* 96:265-273; Copolov, D.L. et al. 2000. *Psychol. Med.* 30:95-105; Brecher, M. et al. 2000. *Int. J. Psych. Clin. Pract.* 4:287-291; Wirshing, D.A. et al. 2002. *J. Clin. Psychiatry* 63:856-865; Nasrallah, H. 2003. *Psychoneuroendocrinology* 28:83-96; the product insert for Seroquel in 2005, *Physician's Desk Reference*, pp. 662-667), a survey of adverse drug reports (Koller, E.A. et al. 2004. *J. Clin. Psychiatry* 65:857-863), epidemiological data assembled since 1999 (Sobel et al. 1999. *J. Clin. Psychiatry* 60:556-557; Sernyak, M.J. et al. 2002. *Am. J. Psychiatry* 159:561-566; Ollendorf, D.A. et al. 2004. *MedGenMed* 6:5; Citrome, L. et al. 2004. *Psychiatr. Serv.* 55:1006-1013; Leslie, D.L. and R.A. Rosenheck. 2004. *Am. J. Psychiatry* 161:1709-1711; Feldman, P.D. et al. 2004. *J. Am. Med. Dir. Assoc.* 5:38-46; Sacchetti, E. et al. 2005. *Int. Clin. Psychopharm.* 20:33-37; Lambert, B.L. et al. 2006. *Am. J. Epidemiol.* 164:672-681; Guo, J.J. et al. 2006. *J. Clin. Psychiatry* 67:1055-1061; Guo, J.J. et al. 2007. *Pharmacotherapy* 27:27-35), and animal data (Cope, M.B. et al. 2005. *Int. J. Obesity* 29:607-614). Each source of information is important in the analysis of the risks associated with

use of Seroquel, and is consistent with accepted methods for establishing causation in a weight-of-the-evidence analysis (Hill, A.B. 1965. *Proc. Royal Soc. Med.* 58:295-300).

30.     I believe that the available scientific data demonstrate that Seroquel consumption and use can cause adverse metabolic effects that include, but are not limited to an increased risk of clinically significant body weight gain, hyperglycemia, altered glucose metabolism, and an increased risk of diabetes and diabetes-related complications.

31.     It is also important to remember that although clinical trials had been performed with Seroquel as part of the drug development process, such trials are limited in their ability to identify risks associated with drug use by the general population.  This is because such drug development clinical trials are performed in either healthy volunteers or in patients that have often been pre-screened for the propensity to develop adverse effects such as hyperglycemia or diabetes, with such patients then usually excluded from studies.  It is only after a drug has been placed on the market, and wider exposure is seen, that a true picture of the adverse effects associated with a drug can be observed.  As a result, I believe that companies have the duty to carefully monitor their drugs after approval and during marketing for either the existence of new adverse events or a higher than expected incidence of known adverse effects.

32.     Scientific studies have established that there are apparent differences among anti-psychotic drugs in terms of risks of diabetes, weight gain and other adverse health effects discussed above. As a result of these differences, and differences in toxicological profiles, I believe that side effects arising through the consumption of Seroquel cannot be described as a "class effect" for all atypical anti-psychotic drugs.

33.     Finally, when considering the adverse health effects associated with use of Seroquel, it is important to realize that Seroquel is not unique in terms of its efficacy.  Studies have shown that other anti-psychotic drugs have similar effectiveness to Seroquel but have less risk for hyperglycemia, weight gain, metabolic disturbances and diabetes.  Therefore, there are safer alternative therapies that could be used that would also provide for effective treatment but with fewer side effects.

34.    For example, in the CATIE Schizophrenia Trial, a trial sponsored by the National Institute of Mental Health which is the largest trial conducted to date comparing efficacy and safety of some of the most prescribed anti-psychotic drugs, it was shown that clozapine was more effective than other atypical anti-psychotics (*i.e.*, Seroquel, Zyprexa, Risperdal). Further, when all of the atypical agents studied were examined, including Seroquel, none of the agents was more effective or better tolerated than the typical anti-psychotic, perphenazine (Manschreck, T.C. and R.A. Boshes. 2007. *Harv. Rev. Psychiatry* 15:245-258; Nasrallah, H.A. 2007. *J. Clin. Psychiatry* 68:5-11).

## VI.    Mechanisms Underlying the Adverse Effects of Seroquel

35.    Although the exact molecular mechanisms responsible for the metabolic effects of Seroquel have not been established, there are data that describe the basic mechanisms that lead to the effects of Seroquel on body weight gain and altered glucose metabolism, and eventually diabetes. However, weight gain is not a prerequisite for atypical anti-psychotic drug-induced effects on glucose metabolism and induction of type II diabetes (Newcomer, J.W. 2004. *Clin. Ther.* 26:1936-1946; Newcomer, J.W. 2005. *CNS Drugs* 19(S1):1-93; Dwyer, D.S. and D. Donohoe. 2003. *Pharm. Biochem. Behav.* 75:255-260; Ardizzone, T.D. et al. 2001. *Brain Res.* 923:82-90; Dwyer, D.S. et al. 1999. *Prog. Neuro-Psychopharmacol. Biol. Psychiat.* 23:69-80; Newcomer, J.W. et al. 2002. *Arch. Gen. Psychiat.* 59:337-345; Koller, E.A. and P. Murali. 2002. *Pharmacotherapy* 22:841-852; Koller, E. et al. 2001. *Am. J. Med.* 111:716-723; Ebenbichler, C.F. et al. 2003. *J. Clin. Psychiat.* 64:1436-1439).

36.    Clinically significant body weight gain is often seen with administration of Seroquel to patients (Borison, R. et al. 1996. *J. Clin. Psychopharmacol.* 16:158-169; Small, J.G. et al. 1997. *Arch. Gen. Psychiatry* 54:549-557; Arvanitis, L.A. and B.G. Miller. 1997. *Biol. Psychiatry* 42:233-246; Peuskens, J. and C.G. Link. 1997. *Acta Psychiatr, Scand.* 96:265-273; Copolov, D.L. et al. 2000. *Psychol. Med.* 30:95-105; Brecher, M. et al. 2000. *Int. J. Psych. Clin. Pract.* 4:287-291; Nasrallah, H. 2003. *Psychoneuroendocrinology* 28:83-96). The effects of atypical anti-psychotics on weight gain have been shown to be attributable to both increased caloric intake (increased appetite) and decreased energy expenditure (Gothelf, D. et al. 2002. *Am.*

*J. Psychiatry* 159:1055-1057; Virkkunen, M. et al. 2002. *Pharmacopsychiatry* 35:124–126). These mechanisms for increased body weight gain are consistent with the fact that Seroquel has effects on neurotransmitter systems in the brain that affect appetite and mood. It is well-established in the medical literature that a clinically significant increase in body weight is a risk factor for diabetes (*e.g.,* Foster, D.W. 1994. Diabetes mellitus. In: *Harrison=s Principles of Internal Medicine, 13th edition.* K.J. Isselbacher et al. (Eds.), chapter 337, McGraw-Hill: New York). Therefore, any effect of Seroquel to increase body weight is a significant risk for the development of diabetes.

37.    As discussed above, Seroquel administration to patients has been linked to an increased risk of type II diabetes (see the weight of the evidence discussion above). The mechanisms responsible for development of type II diabetes have been examined in both animals and humans. Type II diabetes is a disorder that is characterized by normal or high levels of insulin in blood at the same time that glucose levels in blood are elevated. The condition is sometimes referred to as insulin resistance. Insulin normally acts to promote transport of glucose across cell membranes (reducing blood glucose levels) and to inhibit lipolysis. Resistance to the activity of insulin leads to hyperlipidemia and eventually to hyperglycemia and even development of diabetes. Although increased weight gain has been discussed as a likely factor in the development of insulin resistance and drug-induced diabetes, there are data that demonstrate Seroquel-induced effects on glucose metabolism and insulin resistance that are independent of weight gain.

38.    Observational data has shown that atypical anti-psychotics that are structurally similar to Seroquel (*i.e.,* clozapine and olanzapine) can exert direct effects on glucose-insulin homeostasis by induction of hyperinsulinemia (Melkersson, K.I. et al. 2003. *Psychopharmacology* 170:157-166; Melkersson, K.I. et al. 2000. *J. Clin. Psychiatry* 61:742-749). The increased levels of insulin lead to decreased insulin sensitivity in tissues and could lead to an insulin-resistant state (Melkersson, K. and M-L. Dahl. 2004. *Drugs* 64:701-723). *In vitro* data have shown that olanzapine stimulates insulin release from pancreatic islet cells (Melkersson, K. 2004. *Eur. Neuropsychopharmacology* 14:115-119). Regardless of the exact molecular changes that may occur in any one patient treated with Seroquel, these data indicate

that atypical anti-psychotics that are pharmacologically and chemically similar to Seroquel have direct and indirect effects on glucose metabolism that are consistent with the development of insulin resistance, hyperglycemia and potentially type II diabetes. Considered together, the mechanistic data provide evidence for both direct and indirect effects that can lead to disturbances in glucose metabolism and development of type II diabetes. These findings are supported by findings with atypical anti-psychotic drugs, including data specific to Seroquel, that have linked the drugs to induction of diabetes, apart from the induction of weight gain (Dwyer, D.S. and D. Donohoe. 2003. *Pharm. Biochem. Behav.* 75:255-260; Ardizzone, T.D. et al. 2001. *Brain Res.* 923:82-90; Dwyer, D.S. et al. 1999. *Prog. Neuro-Psychopharmacol. Biol. Psychiat.* 23:69-80; Newcomer, J.W. et al. 2002. *Arch. Gen. Psychiat.* 59:337-345; Koller, E.A. and P. Murali. 2003. *Pharmacotherapy* 22:841-852; Koller, E. et al. 2004. *J. Clin. Psychiatry* 65:857-863; Ebenbichler, C.F. et al. 2003. *J. Clin. Psychiat.* 64:1436-1439).

39.     The data indicate that administration of Seroquel can cause diabetes and/or the effects on glucose metabolism that can lead to diabetes. The data also indicate that Seroquel poses a greater risk for hyperglycemia and diabetes, both with and without body weight gain, than some other anti-psychotic drugs.

40.     Although available studies have focused on the association of type II diabetes with Seroquel treatment, as well as treatment with other atypical anti-psychotic drugs, the toxicity of these drugs, which includes altered glucose metabolism, obesity, and hyperglycemia, would also be significant risk factors for individuals with undiagnosed type I diabetes or a genetic predisposition for type I diabetes. Type I diabetes is characterized by a loss of insulin secretion capacity due to the loss of beta cells in the pancreas. The loss of insulin secretion capacity means that type I diabetics would need to rely on exogenous sources of insulin to control blood glucose levels. Therefore, it is only common sense that any effects of a drug such as Seroquel to affect glucose metabolism or blood glucose levels would be a greater risk for individuals who already are at risk of type I diabetes or who are not yet exhibiting clinical signs and symptoms of type I diabetes.

VII.   **Warning of Health Risks**

41.     Despite the findings of the studies discussed above, AstraZeneca failed to warn the FDA, physicians, other health practitioners, and patients of the adverse metabolic effects associated with the consumption of Seroquel at the time these risks were first identified.

42.     A review of the most recent product labelling for Seroquel that is available to health professionals demonstrates that, in my opinion, the warnings related to risks of hyperglycemia and diabetes in particular are not adequate to convey the risks posed by Seroquel itself. The discussion of hyperglycemia and diabetes is put forth as an effect of anti-psychotics in general only.

43.     At the time that the Seroquel labelling failed to adequately warn physicians of the risks associated with use of the drug, other international regulatory bodies were requiring specific changes to product labelling related to the risks of hyperglycemia and diabetes that were associated with Seroquel, not anti-psychotics in general.  For example, in Japan, physicians were being specifically warned to not use Seroquel in patients with a history of diabetes and to monitor patients for development of glucose abnormalities during treatment with Seroquel, regardless of their medical history.  Additionally, in 2005 permission to market Seroquel in France had been denied due in part to the risk of hyperglycemia and diabetes associated specifically with Seroquel, again not anti-psychotics in general.  Accordingly, I believe that the physicians in the U.S., and as a result their patients, were not being supplied with adequate risk information related to hyperglycemia and diabetes even though actions had been taken in other countries to warn physicians and patients of these risks.

44.     As a result, I believe that the product warnings were wholly inadequate to warn physicians and their patients of the significant adverse metabolic effects associated with the consumption of Seroquel. Nonetheless, Seroquel was marketed heavily as safe and effective for the treatment of bipolar disorder and schizophrenia, promising fewer side effects than other similar treatments including the other atypical anti-psychotics on the market.  Further, Seroquel was being prescribed by physicians for treatment of conditions other than bipolar disorder and schizophrenia (off-label use), which use I believe was known by Astra-Zeneca.

## VIII.   Conclusion

45.     In conclusion, based on my training and experience as a pharmacologist, toxicologist, and risk assessor, it is my opinion that Seroquel can cause hyperglycemia and diabetes. The adverse health effects, including these adverse metabolic effects, associated with the consumption and use of Seroquel were predictable based on the known pharmacological profile of the drug and would have been predicted prior to the approval of Seroquel based on the known effects of other structurally similar anti-psychotic drugs. Moreover, the adverse health effects associated with Seroquel consumption and use can be serious, life-threatening conditions and were recognized in the published medical literature soon after the drug was approved. All opinions expressed in this report are based on a reasonable degree of scientific certainty.

## IX.   Compensation

46.     My compensation by plaintiff's attorney in this matter is at the rate of $300.00 per hour for review of documents and materials related to the case and $400.00 per hour for testimony.

## X.   Previous Testimony

47.     A list of my previous testimony for the past four years is included in Appendix B.

I certify that the foregoing statements made by me are true and correct. Executed this

_6th_ day of _September_ 2008 at Houston, Texas.



Laura Plunkett, Ph.D., D.A.B.T.

STATE OF TEXAS )

~~~0·65·4831~~~ ) ss.

COUNTY OF HARRIS

Subscribed and sworn to me

Before this _____ day of _Sept._ 2008.

Signature of Notary Public

My Commission Expires _February 15, 2009_

*List of Testimony for Dr. Laura M. Plunkett, Ph.D, DABT for previous 4 years*

| Year | Case Name | Law Firm Represented |
|------|-----------|---------------------|
| 2004 | *Freeman v. Bayer*<br>*Caldwell v. Bayer*<br>*January 6, 2004* | Beckenstein & Oxford<br>(Beaumont, TX) |
| 2004 | *Nichols v. Bayer*<br>*January 7, 2004* | Hare, Wynn, Newell, & Newton<br>(Birmingham, AL) |
| 2004 | *Sheets v. Perrigo*<br>*February, 2004* | Miller & Associates<br>(Richmond, VA) |
| 2004 | *Crowson v. Davol, Inc.*<br>*April 6, 2004* | Hicks Thomas & Lilienstern, LLP<br>(Houston, TX) |
| 2004 | *McAllister v. Metabolife*<br>*Deposition - April 15, 2004* | Fibich, Hampton, Garth & Leebron<br>(Houston, TX) |
| 2004 | *Valverde v. Bayer*<br>*May 26, 2004* | Waters & Kraus<br>(Dallas, TX) |
| 2004 | *McAllister v. Metabolife*<br>*Trial - June 15, 2004* | Fibich, Hampton, Garth & Leebron<br>(Houston, TX) |
| 2004 | *Havey v. Wyeth*<br>*Deposition – July 16, 2004* | Waters & Kraus<br>(Dallas, TX) |
| 2004 | *Jensen v. Wyeth*<br>*Deposition – August 12, 2004* | Neilsen & Senior<br>(Salt Lake City, UT) |
| 2004 | *Thompson v. Wyeth*<br>*Deposition – August 24, 2004* | Williams, Dailey, O'Leary, Craine &<br>Love<br>(Portland, Oregon) |
| 2004 | *Havey v. Wyeth*<br>*Trial – September 14, 2004* | Waters & Kraus<br>(Dallas, Texas) |
| 2004 | *Valverde v. Bayer Corp*<br>*Trial – September 29, 2004* | Waters & Kraus<br>(Dallas, Texas) |
| 2004 | *Berg v. Bayer*<br>*Deposition – October 13, 2004* | Williams Love O'Leary Craine &<br>Powers, P.C.<br>(Portland, OR) |

| Year | Case Name | Law Firm Represented |
|------|-----------|----------------------|
| 2004 | *Turney v. Novartis Consumer*<br>*Deposition – October 19, 2004* | Waters & Kraus<br>(Dallas, Texas) |
| 2004 | *Spencer v. Duramed*<br>*Deposition – November 9, 2004* | Ashcraft & Gerel<br>(Washington, DC) |
| 2005 | *Hawkins v. Metabolife*<br>*Deposition – February 1, 2005* | Simmons-Cooper, L.L.C.<br>(East Alton, IL) |
| 2005 | *Spears v. Swift*<br>*Deposition – February 8, 2005* | Johanson & Fairless, LLP<br>(Sugar Land, TX) |
| 2005 | *Sandejo-Villa v. Rexall Sundown, Inc., et al*<br>*Deposition – March 1, 2005* | Snapka, Turman & Waterhouse<br>(Corpus Christi, TX) |
| 2005 | *Turney v. Novartis*<br>*Trial – March 7, 2005* | Waters & Kraus<br>(Dallas, Texas) |
| 2005 | *Kelly Longoria, Douglas Woody v. Metabolife Intl.*<br>*Deposition – March 14, 2005* | Blizzard Law Firm<br>(Houston, TX) |
| 2005 | *Sandejo-Villa v. Rexall Sundown, Inc., et al*<br>*Deposition – April 19, 2005* | Snapka, Turman & Waterhouse<br>(Corpus Christi, TX) |
| 2005 | *Vogt v. Wyeth*<br>*Deposition – May 18, 2005* | Ashcraft & Gerel<br>(Washington, DC) |
| 2005 | *Crowe v. Perrigo*<br>*Deposition – May 18, 2005* | Ashcraft & Gerel<br>(Washington, DC) |
| 2005 | *Moore v. Wyeth*<br>*Deposition – August 17, 2005* | Abraham Watkins Sorrel & Friend<br>(Houston, TX) |
| 2005 | *Sheets v. Perrigo*<br>*Deposition – September 12, 2005* | Miller & Associates<br>(Richmond, VA) |
| 2005 | *Blanton*<br>*Deposition – November 11, 2005* | Owens & Fazio<br>(Dallas, TX) |
| 2006 | *Geers v. Wyeth*<br>*Trial Testimony – January 23, 2006* | Fleming & Associates<br>(Houston, TX) |

| Year | Case Name | Law Firm Represented |
|------|-----------|----------------------|
| 2006 | *Smoot v. AST Sports Science, Inc. et. al.*<br>*Deposition– April 26, 2006* | Ashcraft & Gerel<br>(Alexandria, VA) |
| 2006 | *Arrigale/Grossberg v. Merck*<br>*Deposition - June 1, 2006* | Robinson, Calcagnie, & Robinson<br>(California) |
| 2006 | *Anderson v. Merck*<br>*Deposition – June 5, 2006* | Abraham Watkins<br>(Houston, TX) |
| 2006 | *McNeill v. Ford*<br>*Trial Testimony – June 15, 2006* | Fleming & Associates<br>(Houston, TX) |
| 2006 | *Miller v. Merck*<br>*Deposition – June 20, 2006* | Abraham Watkins<br>(Houston, TX) |
| 2006 | *Rhone-Poulenc*<br>*Deposition – October 4, 2006* | White and Williams, LLP<br>(Philadelphia, PA) |
| 2007 | *Allen*<br>*Deposition – January 25, 2007* | Blizzard Law Firm<br>(Houston, TX) |
| 2007 | *Arts Street Fire*<br>*Deposition – February 6, 2007* | The Caluda Law Firm<br>(Metairie, LA) |
| 2007 | *Zyprexa MDL 1596*<br>*Deposition – April 25, 2007* | Fibich, Hampton & Leebron<br>(Houston, TX) |
| 2007 | *Armendariz*<br>*Deposition – June 13, 2007* | Waters & Kraus<br>(Dallas, TX) |
| 2007 | *NJ Education Day*<br>*Testimony – July 24, 2007* | Weitz & Luxembourg<br>(New York, NY) |
| 2008 | *Arts Street Fire*<br>*Deposition – February 27, 2008* | The Caluda Law Firm<br>(Metairie, LA) |
| 2008 | *Steele v. GSK*<br>*Deposition – July 10, 2008* | Tracey Law Firm<br>(Houston, TX) |

# CURRICULUM VITAE

## Laura M. Plunkett, Ph.D., D.A.B.T

**OFFICE ADDRESS**   1223 Melford Drive
Houston, TX 77077-1544

## EDUCATION

| 1984 | Ph.D. | Pharmacology | University of Georgia |
|------|-------|--------------|----------------------|
| 1980 | B.S.  | Zoology      | University of Georgia |

## PROFESSIONAL EXPERIENCE

**President.** Integrative Biostrategies (IB) LLC, 2001- present
Consultant to a variety of clients in areas of pharmacology, toxicology, risk assessment and regulatory strategy. Focus on products regulated by the U.S. Food and Drug Administration. Provides litigation support services as both consulting expert and testifying expert.

**Owner.** Plunkett & Associates, Houston, Texas, 1997 – 2001
Consultant to a variety of clients in areas of pharmacology, toxicology, risk assessment and regulatory strategy. Focus on products regulated by the U.S. Food and Drug Administration. Provided litigation support services as both consulting expert and testifying expert.

**Manager.** ENVIRON Corporation, Houston, Texas, 1992 – 1997
Consultant to a variety of clients in areas of pharmacology, toxicology, risk assessment and regulatory strategy. Focus on products regulated by the U.S. Food and Drug Administration. Provided litigation support services as both consulting expert and testifying expert.

**Manager.** ENVIRON Corporation, Arlington, Virginia, 1989 – 1992
Consultant to a variety of clients in areas of pharmacology, toxicology, risk assessment and regulatory strategy. Focus on products regulated by the U.S. Food and Drug Administration.

1

**Assistant Professor.** University of Arkansas for Medical Sciences, Department of Pharmacology and Toxicology, 1986 – 1989

Taught medical and graduate student courses in pharmacology (lecture and laboratory), neurosciences, cardiovascular pharmacology, and neuropharmacology. Performed basic research in area of autonomic control of cardiovascular function and neurochemical systems involved in autonomic function. Recipient of extramural funding from the Arkansas Heart Association (principal investigator).

**Postdoctoral fellow.** National Institute of General Medical Sciences, Pharmacology Research Associate Training Program, 1984 – 1986

Performed basic research in area of neurochemical control of cardiovascular function and neurochemical systems involved in autonomic function.

**Research Assistant.** University of Georgia, College of Pharmacy, Department of Pharmacology and Toxicology 1980 – 1984

Taught laboratory courses in pharmacology to pharmacy students as part of graduate student assistantship responsibilities.


## HONORS AND AWARDS

**Chosen for PRAT program at National Institutes of Health.** Pharmacology Research Associate Training Program, 1984-1986.

**Rho Chi.** The University of Georgia, College of Pharmacy, Initiated, 1984.

**Recipient of Excellence in Graduate Research Award.** The University of Georgia, College of Pharmacy, 1983.

**Alpha Lambda Delta.** The University of Georgia Chapter, 1978.


## PROFESSIONAL CERTIFICATION

Diplomate, American Board of Toxicology, 1993 to present.

Registered patent agent, 1999.


## PROFESSIONAL MEMBERSHIPS

**Member,** Society for Toxicology 1992 - present

**Member,** American College of Toxicology, 1997 - present

**Member,** Society for Risk Analysis, 2007- present

**President,** Lone Star Chapter of the Society for Risk Analysis, 1998

**Counselor,** Lone Star Chapter of the Society for Risk Analysis, 1999-2000

**Member,** Society for Neuroscience 1985 - present

**Member,** American Association for Pharmaceutical Sciences 1992 - present

**Member,** Society for Environmental Geochemistry and Health 1992 - present

**Member,** ASTM Committee E06, 1990 - present


## PUBLICATIONS

1.  **Plunkett, L.M.,** Becker, R.A.  Does the standard toxicological testing paradigm for industrial chemicals apply to screening for children's health risks? *The Open Toxicol. J.* 2008, 2:42-60.

2.  Becker, R.A., **Plunkett, L.M.,**  Borzelleca, J.F., Kaplan, A.M. Tiered toxicity testing: Evaluation of toxicity-based decision triggers for human health hazard characterization. *Food Chem. Toxicol.* 2007, 45:2454-2469.

3.  MacGregor, JA, **Plunkett, LM,** Youngren, SH, Manley, A, Plunkett, JB, Starr, TB. Humans Appear No More Sensitive than Laboratory Animals to the Inhibition of Red Blood Cell Cholinesterase by Dichlorvos (DDVP). *Regul. Toxicol. Pharmacol.,* 2005, 43:150-167.

4.  **Plunkett, LM.** Do current FIFRA guideline tests protect infants and children? Lead as a case study. *J Regul Toxicol Pharmacol* 1999;29:80-87.

5.  **Plunkett, LM,** Seifen E, Kennedy RH.  Effect of morphine pretreatment on cocaine cardiotoxicity in anesthetized guinea pigs. *Arch Int Pharmacodyn* 1989;297:60-67.

6.  Zorbas M., Owens SM, **Plunkett LM,** Bui H.  The pharmacokinetics of [3H]-[1-(2-thienyl)cyclohexyl]piperidine (TCP) in Sprague Dawley rats. *J Drug Metab Disposit* 1989;17:641-645.

7.  Seifen E, **Plunkett LM,** Kennedy RH.  Cardiovascular and lethal effects of cocaine in anesthetized dogs and guinea pigs. *Arch Int Pharmacodyn* 1989;300:241-253.

3

8.    McCarty R., **Plunkett LM.**  Regulation of binding sites for atrial natriuretic factor (ANF) in rat brain. *Peptides* 1988;9(S1):3-8.

9.    Stewart RE, Swithers SE, **Plunkett LM,** McCarty R.  ANF receptors: distribution and regulation in central and peripheral tissues. *Neurosci Biobehav Rev* 1988;12:151-168.

10.   **Plunkett LM,** Tackett RL.  Central dopamine receptors and their role in digoxin-induced cardiotoxicity in the dog. *J Pharm Pharmacol* 1987;39:29-34.

11.   **Plunkett LM,** Tackett RL.  Increases in CSF norepinephrine associated with the onset of cardiac glycoside toxicity. *Eur J Pharmacol* 1987;136:119-122.

12.   McCarty R., **Plunkett LM.**  Quantitative autoradiographic analysis of somatostatin binding sites in discrete areas of rat brain. *Brain Res Bull* 1987;18:289-94.

13.   **Plunkett LM,** Shigematsu K, Kurihara M, Saavedra JM.  Localization of angiotensin II receptors along the anteroventral-third ventricle area of the rat brain. *Brain Res* 1987;405:205-212.

14.   Israel A, **Plunkett LM,** Saavedra JM.  Increased number of angiotensin II binding sites determined by autoradiography in anterior pituitary of water deprived and Brattleboro rats. *Neuroendocrinol* 1986;42:57-63.

15.   Saavedra JM, Correa FMA, **Plunkett LM,** Israel A, Kurihara M, Shigematsu K.  Angiotensin and atrial natriuretic peptide binding in brain of hypertensive rats. *Nature* 1986;320:758-760.

16.   McCarty RM, **Plunkett LM.**  Forebrain atriopeptin binding sites:  Alterations in spontaneously hypertensive rats. *Neurochem Int* 1986;9:177-183.

17.   Shigematsu K, Saavedra JM, **Plunkett LM,** Kurihara M, Correa FMA.  Angiotensin II binding sites in the anteroventral-third-ventricle (AV3V) area and related structures of the rat brain. *Neurosci Lett* 1986 67:37-41.

18.   Correa FMA, **Plunkett LM,** Saavedra JM.  Quantitative distribution of angiotensin-converting enzyme (kininase II) in discrete areas of the rat brain by autoradiography with computerized microdensitometry. *Brain Res* 1986;275:259-266.

19.   Saavedra JM, Israel A, **Plunkett LM,** Kurihara M, Shigematsu K, Correa FMA.  Quantitative distribution of angiotensin II binding sites in rat brain by autoradiography. Peptides 1986;7:679-687.

4

20.  McCarty R, **Plunkett LM**.  Binding sites for atrial natriuretic factor (ANF) in brain: alterations in Brattleboro rats. *Brain Res Bull* 1986;17:767-772.

21.  **Plunkett LM**, Gokhale RD, Vallner JJ, Tackett RL.  Prazosin alters free and total plasma digoxin in dogs. *Am Heart J* 1985;109:847-851.

22.  **Plunkett LM**, Tackett RL.  The effects of central beta-receptor antagonism on digoxin cardiotoxicity. *Res Comm Chem Path Pharmacol* 1985;48:209-220.

23.  Israel A, Saavedra JM, **Plunkett L**.  Water deprivation upregulates angiotensin II receptors in rat anterior pituitary. *Am J Physiol* 1985;248 (Endocrino. Metabl. II):E264-E267.

24.  Niwa M, Shigematsu K, **Plunkett L**, Saavedra JM.  High affinity substance P binding sites in rat sympathetic ganglia. *Am J Physiol* 1985;249 (Heart Circ. Physiol 18):H694-H697.

25.  Correa FMA, **Plunkett LM**, Saavedra JM, Hichens M.  Quantitative autoradiographic determination of angiotensin-converting enzyme (kininase II) kinetics in individual rat brain nuclei with 125I-351A, a specific enzyme inhibitor. *Brain Res* 1985;347:192-195.

26.  Israel A, Niwa M, **Plunkett LM**, Saavedra JM.  High affinity angiotensin receptors in rat adrenal medulla. *Regul Pept* 1985;11:237-243.

27.  Israel A, **Plunkett LM**, Saavedra JM.  Quantitative autoradiographic characterization of receptors for angiotensin II and other neuropeptides in individual brain nuclei and peripheral tissues from single rats. *Cell Mol Neurobiol* 1985;5:211-222.

28.  **Plunkett LM**, Correa FMA, Saavedra JM.  Quantitative autoradiographic determination of angiotensin-converting enzyme kinetics in rat pituitary and adrenal glands with 125I-135A, a specific inhibitor. Regul Pept 1985;12:1-10.

29.  **Plunkett LM**, Saavedra JM.  Increased angiotensin II binding affinity in the nucleus tractus solitarius of spontaneously hypertensive rats. *Proc Natl Acad Sci* 1985;82:7721-7724.

30.  **Plunkett LM**, Tackett RL.  Central alpha receptors and their role in digoxin cardiotoxicity. *J Pharmacol Exp Ther* 1983;227:683-686.

5

## ABSTRACTS

1.   **Plunkett, L.M.,** MacGregor, J.A., Starr, T.B., Youngren, S.H., Manley, A. Determination of a dichlorvos-specific acute interspecies uncertainty factor. Society of Toxicology, Seattle, WA, March 19, 2008.

2.   **Plunkett, L.M.,** Starr, T.B., Youngren, S.H., MacGregor, J.A., Manley, A. Determination of the magnitude of intraspecies differences in red blood cell cholinesterase inhibition in response to dichlorvos exposure. Society of Toxicology, San Diego, CA, March 6, 2006.

3.   **Plunkett, L.M.,** Licata, J.M.  What every technology manager needs to know about FDA law.   Association of University Technology Managers (AUTM), Orlando, FL, March 4, 2006.

4.   **Plunkett,** Licata JM   What every technology manager needs to know about FDA law.   Association of University Technology Managers (AUTM), Phoenix, AZ February 2005.

5.   **Plunkett LM.**  Qualitative Interpretation of Complex and Disparate Data Sets for Dose-Response Assessment of Essential Trace Elements: Copper as a Case Study. Society for Toxicology, Baltimore, MD March 2004 .

6.   **Plunkett LM.**  Evaluating qualitative and quantitative dose-response data in complete data sets for comparative dose-response assessment.  Soc. Risk Analysis, Baltimore, MD, December 10, 2003.

7.   **Plunkett LM,** Rieth S, Starr T.  Issues in assessing risks for cholinesterase-inhibiting pesticides: A decision tree approach.  Soc. Risk Analysis, New Orleans, LA, December 9-12, 1996

8.   **Plunkett LM,** Brown S.  Assessment of the potential neuropathic risk to banana workers from dermal exposure to chlorpyrifos.  Soc. Risk Analysis, Honolulu, HI, December 3-7, 1995

9.   **Plunkett LM,** Russell K.  Cooperation versus Confrontation: Reconciling Lead regulations, exposure studies, and public perception.  SEGH Conference, July, Salt Lake City, UT, 1994

10.   **Plunkett LM,** Wixtrom RN, Cabrera CR.  Evaluation of the long-term safety of inflatable penile prostheses: a critical analysis of potential carcinogenic, reproductive, teratogenic, or adverse immunological effects of silicone.  Western Section of American Urological Association Meeting, Seattle, WA, August 21-25, 1994

6

11.  Wixtrom RN, **Plunkett LM**, Clarkin CM.  Complications of inflatable penile prostheses:  A comprehensive review of infection, mechanical complications, erosion/migration/extrusion, and fibrous capsule formation. 1994.

12.  Wixtrom RN, Clarkin CM, Purkait B, **Plunkett LM**.  A review of clinical experience with the Mentor Alpha I and Mark II inflatable penile prostheses. 1994.

13.  **Plunkett LM**, Rosolowsky LJ, Lerner DM, Washburn ST.  A biokinetic model for predicting blood lead levels in adults living near a former battery recycling facility.  SEGH Conference, New Orleans, LA, July, 1993.

14.  Rosolowsky LJ, Edelmann KG, **Plunkett LM**.  A biokinetic model for predicting blood lead levels in adults that accounts for intermittent exposures.  Society for Risk Analysis, December, 1993

15.  **Plunkett LM**, Owens SM , Gunnell M, Owens RB.  The effect of chronic phencyclidine (PCP) and phenylcyclohexene (PC) dosing on [3H]TCP and [3H] haloperidol binding in rat brain.  *FASEB J* 1990;4:A329.

16.  Owens RB, Owens SM, Gunnell M, **Plunkett LM**.  1990.  The effect of chronic phencyclidine (PCP) and phenylcyclohexene (PC) on lymphocyte in subsets in rats.  *FASEB J* 1990;4:A337.

17.  Zorbas M, Owens SM, **Plunkett LM**, Bui H.  [3H]TCP protein binding and pharmacokinetics in Sprague-Dawley rat.  *FASEB J* 1989;3:A1036.

18.  **Plunkett LM**, Kennedy RH, Seifen E.  Effects of chronic stress on myocardial beta-adrenergic receptor binding.  *The Pharmacologist* 1988;A1300.

19.  Evans, R.E., **Plunkett LM**, Kennedy RH, Seifen E.  [3H]Ouabain binding to regions of rat heart as determined by autoradiography.  *The Pharmacologist* 1988;A41.

20.  Massey BW, **Plunkett LM**, Kennedy RH, Seifen E.  Alterations in brain angiotensin II binding in the aged rat.  Soc. Neuroscience 1987 Abstracts, p. 722.

21.  **Plunkett LM**, Alexander N, Saavedra JM.  Altered angiotensin II binding in adrenal gland, pituitary gland and brain of sinoaortic denervated rats.  Am. Soc. Hypertension.  New York, NY,  May 1986.

22.  Saavedra JM, **Plunkett LM**, Correa FMA.  Increased number of angiotensin II binding sites in the subfornical organ of spontaneously hypertensive rates.  Am. Soc. Hypertension, New York, NY, May 1986.

23.   **Plunkett LM**, Niwa M, Shigematsu K, Saavedra JM.  Increased angiotensin II (ANG) binding in superior cervical ganglia of spontaneously hypertensive rats (SHR).  *Fed. Proc* 1985;3: 498.

24.   **Plunkett LM**, Saavedra JM.  Discrete localization of angiotensin II (ANG) binding sites in rat brainstem by quantitative autoradiography.  Neural and Endocrine Peptides and Receptors, Symposium, Washington, D.C., May, 1985.

25.   **Plunkett LM**, Israel A, Niwa M, Shigematsu K, Saavedra JM.  Alterations in angiotensin II binding in pituitary gland, adrenal gland and superior cervical ganglia of spontaneously hypertensive rats (SHR) as determined by quantitative autoradiography.  Neural and Endocrine Peptides and Receptors, Symposium, Washington, DC, May 1985.

26.   Shigematsu K, Niwa M, **Plunkett LM**, Saavedra JM.  High affinity substance P binding sites in rat sympathetic ganglia.  Neural and Endocrine Peptide and Receptors, Symposium '85, Washington, DC, May 1985.

27.   McCarty R, **Plunkett LM**, Israel A, Saavedra JM.  Quantitation of somatostatin binding sites in rat brain.  Neural and Endocrine Peptides and Receptors, Symposium '85, Washington, DC, May, 1985.

28.   **Plunkett LM**, Saavedra JM.  Increased angiotensin II (ANG) binding in brainstem nuclei of adult spontaneously hypertensive rats (SHR) by quantitative autoradiography.  Interamerican Society of Hypertension, Cleveland, OH, May 1985.

29.   Saavedra JM, **Plunkett LM**, Niwa M, Israel A, Shigematsu K, R. McCarty, Correa FMA.  Autoradiographic-microdensitometric methods for the kinetic analysis of neuropeptide receptors and peptidases in individual brain nuclei. IVth World Congress of Biological Psychiatry, Philadelphia, PA, September, 1985.

30.   **Plunkett LM** Saavedra JM.  1985.  Altered angiotensin II binding in ganglia and brainstem nuclei of spontaneously hypertensive rats (SHR).  Council for High Blood Pressure Research, Cleveland, OH, September 1985.

31.   **Plunkett LM**, Correa FMA, Saavedra JM.  Quantification of angiotensin-1-converting enzyme kinetics in individual rat pituitary and adrenal glands with 125I-MK351A, a specific enzyme inhibitor.  Society for Neuroscience, Dallas, Texas, October 1985.

32.   McCarty R, **Plunkett LM**, Shigematsu K, Saavedra JM.  Quantitative autoradiographic analysis of somatostatin binding sites in discrete areas of rat brain.  Society for Neuroscience, Dallas, Texas, October, 1985.

8

33. Correa FMA, **Plunkett LM,** Saavedra JM.  Quantitative autoradiographic determination of angiotensin-converting enzyme distribution in rat brain with 125I-MK351A, a specific inhibitor.  Society for Neuroscience, Dallas, Texas, October 1985.

34. **Plunkett LM,** Saavedra JM.  Altered angiotensin II binding kinetics in brainstem, pituitary gland, and adrenal gland in adult SHR.  5th International Symposium on SHR and Related Studies, Tokyo, Japan, October, 1985.

35. **Plunkett LM,** Tackett RL.  CSF catecholamine activity decreases during cardiac glycoside-induced arrhythmogenesis. *The Pharmacologist* 1985; 25:745.

36. Tackett RL, **Plunkett LM.**  Naloxone inhibits the central hypotensive actions of propranolol. *The Pharmacologist* 1983;25:101.

37. **Plunkett LM,** Vallner JJ, Tackett RL.  Prazosin lowers plasma digoxin levels.  American Heart Assoc, pp 15, Savannah, GA, 1983.

38. Tackett RL, **Plunkett LM.**  1983. BHT 933 lowers blood pressure and increases cerebrospinal fluid norepinephrine levels.  American Heart Assoc, pp 16, Savannah GA, 1983.

39. Bayoumi SM, Gokhale R, **Plunkett L,** Vallner JJ.  Pharmacokinetics of clortrimazole in dogs. *Acad. Pharmaceut. Sci* 1983;13(2):204, (Miami meeting).

40. **Plunkett LM,** Tackett RL.  Central alpha receptors and their role in digitalis cardiotoxicity. *The Pharmacologist* 1982; 24:489A.

41. **Plunkett LM,** Tackett RL.  Central alpha antagonism decreases blood pressure in the dog.  Proc. Soc. Exp. Biol. Med.  S.E. Sec. 7:12A 1982.


## PRESENTATIONS

1. **Plunkett LM.**  Strategies for reducing adverse drug reactions: Science versus regulatory considerations. Invited speaker for the AAPS Visiting Scientist Program, Florida A&M University, Tallahassee, FL, October 26, 2006.

2. **Plunkett LM.**  The guidance as currently implemented: experience with Minnesota's draft risk levels. Presented at the ISRTP workshop entitled: EPA's New (Proposed) Guidance for Assessing Cancer Risks from Early Life Exposures. Genotoxic Mode of Action and Implications for Human Health-Based Standards.  Baltimore, MD February 10, 2005.

3.   **Plunkett LM.** An overview of the regulation of products of biotechnology: Who's in charge? Lecturer at University of Houston at Clearlake, November 17, 2004.

4.   **Plunkett LM.** Moderator of the symposium entitled "Regulation of genetically modified cells, foods, organisms and animals for consumer and therapeutic use. Meeting of the American Association of Pharmaceutical Sciences (AAPS), Baltimore, MD, November 11, 2004.

5.   **Plunkett LM.** A Road map to the US Food And Drug Administration Regulations. Invited Speaker and Session Co-chair, Federation of European Biochemical Societies (FEBS), Istanbul, Turkey, October 20-24, 2002.

6.   **Plunkett LM.** An overview of the regulation of products of biotechnology: Who's in charge? Lecturer at University of Houston at Clearlake, November 2001.

7.   **Plunkett LM .** Differences and Similarities Between Children and Adults in their Exposure and Response to Environmental Chemicals: An Update Since 1992. Invited Speaker at ToxForum, Aspen CO, July 2001.

8.   **Plunkett LM.** Do current FIFRA guideline tests protect infants and children? Lead as a case study. Invited speaker at the Sixteenth International Neurotoxicology Conference, Pesticides and Susceptible Populations: Who is at Risk and When? Little Rock, Arkansas, September 13-16 1998

9.   **Plunkett LM.** An overview of biotechnology regulations: the USFDA and the USEPA. Lecturer at University of Houston at Clearlake, October 16 1998.

10.  Rodricks JV, Santamaria AB, **Plunkett LM.** Risk Assessment as a Tool in Litigation: A Discussion of the Uses and Their Limits [Presented by **Plunkett LM**]. Society for Risk Analysis, , New Orleans, LA. December 10 1996.

11.  **Plunkett LM.** Current Issues in Lead Exposure and Risk Assessment. Symposia at the annual meeting of The American College of Toxicology, Valley Forge, PA. November 9 1996.

12.  **Plunkett LM .** An Overview of Biotechnology Regulations: Environmental Regulations. Lecturer at the South Texas School of Law, October 1995.

13.  **Plunkett LM.** An Overview of Biotechnology Regulations: FDA Regulations. Lecturer at the South Texas School of Law, October 1995.

14.  **Plunkett LM .** A Discussion of Toxicokinetics. Featured speaker at a symposium at the Int. Congress of Toxicol., July 5 1995.

10

15.   **Plunkett LM.**  Chutes and Ladders: The Hazardous Journey for R&D to Market.
      Featured speaker at the Futurist's Conference, Irvine, CA, June 28, 1995.


## BOOK CHAPTERS

1.    Rodricks JV, Frankos VH, **Plunkett LM.**  1995.  Food Additives.  In:  Regulatory
      Toxicology.  C.P. Chengelis, J.F. Holson and S.C. Gad (eds.)  Raven Press, New
      York, New York, 51-82.

2.    **Plunkett LM,** Turnbull D, Rodricks JV.  1992.  Differences between adults and
      children affecting exposure assessment.  In:  Similarities and Differences
      Between Children and Adults:  Implications for Risk Assessment.  P.S. Guzelian,
      C.J. Henry and S.S. Olin (eds.) ILSI Press, Washington D.C., 79-96.

3.    Saavedra JM, **Plunkett LM,** Correa FMA, Israel A, Kurihara M, Shigematsu K.
      1986.  Quantitative autoradiography of angiotensin and atrial natriuretic factor
      binding sites in brain nuclei of spontaneously hypertensive rats.  In Brain Peptides
      and Catecholamines in Cardiovascular Regulation in Normal and Disease States.


## MISCELLANEOUS

1.    **Plunkett LM,** Brett SM.  1991.  A new look at lead:  sources, exposures, and
      uptake in populations at risk.  ENVIRON Report. 5:6-9.

2.    **Plunkett LM,** Frankos VH.  1991.  FDA re-examines the safety of silicone gel-
      filled breast implants.  ENVIRON Report. 5:10-13.

11

# Dr. Laura Plunkett
## Seroquel Reference List
October 11, 2007

Allison, D.B. et al. Antipsychotic-induced weight gain: a comprehensive research synthesis. *Am. J. Psychiatry* 1999 Nov;56(11):1686-1896.

American Diabetes Association et al. Consensus development conference on antipsychotic drugs and obesity and diabetes. *Diabetes Care.* 2004 Feb;27(2):596-601.

Ardizzone, T.D. et al. Inhibition of glucose transport in PC12 cells by the atypical antipsychotic drugs risperidone and clozapine, and structural analogs of clozapine. *Brain Res.* 2001 Dec 27;923(1-2):82-90.

Arvanitis, L.A. and B.G. Miller. Multiple Fixed Doses of "Seroquel" (Quetiapine) in Patients with Acute Exacerbation of Schizophrenia: A Comparison with Haloperidol and Placebo. *Biol. Psychiatry* 1997 Aug 15;42(4):233-46.

Baldessarini, R.J. 1980. Drugs and the treatment of psychiatric disorders. *Goodman & Gilman's The Pharmacological Basis of Therapeutics, 6th edition.*

Baldessarini, R.J. and F.I. Tarazi. 2006. Pharmacotherapy of psychosis and mania. *Goodman & Gilman's The Pharmacological Basis of Therapeutics, 11th edition.* L.L.

Bobes, J. et al. Weight gain in patients with schizophrenia treated with risperidone, olanzapine, quetiapine or haloperidol: results of the EIRE study. *Schizophrenia Research.* 2003 Jul 1;62(1-2):77-88.

Borison, R. et al. ICI 204,636, an atypical antipsychotic: efficacy and safety in a multicenter, placebo-controlled trial in patients with schizophrenia. U.S. SEROQUEL Study Group. *J Clin Psychopharmacol.* 1996 Apr;16(2):158-69.

Brecher, M. et al. The long term effect of quetiapine (Seroquel™) monotherapy on weight in patients with schizophrenia. *Int. J. Psych. Clin. Pract.* 2000;4:287-291.

Brunton LL, ed. 2006. Goodman & Gillman's *The Pharmacological Basis of Therapeutics.* 11th edition. New York: McGraw Hill, Chapter 18.

Buse, J.B. et al. A retrospective cohort study of diabetes mellitus and antipsychotic treatment in the United States. *J. Clin. Epidemiol.* 2003 Feb;56(2):164-70.

Citrome, L. et al. Relationship between antipsychotic medication treatment and new cases of diabetes among psychiatric impatients. *Psychiatr. Serv.* 2004 Sept;55(9):1006-1013.

Cope, M.B. et al. Antipsychotic drug-induced weight gain: development of an animal model. *Int. J. Obesity.* 2005 Jun;29(6):607-614.

Copolov, D.L. et al. A multicentre, double-blind, randomized comparison of quetiapine (ICI 204,636, 'Seroquel') and haloperidol in schizophrenia. *Psychol. Med.* 2000 Jan;30(1):95-105.

Domon, S.E. and C.S. Cargile. Quetiapine-associated hyperglycemia and hypertriglyceridemic. *J. Am. Acad. Child Adolesc. Psychiatry.* 2002 May;41(5): 495-496.

Dwyer, D.S. and D. Donohoe. Induction of hyperglycemia in mice with atypical antipsychotic drugs that inhibit glucose uptake. *Pharm. Biochem. Behav.* 2003 May;75(2):255-260.

Dwyer, D.S. et al. Antipsychotic drugs affect glucose uptake and the expression of glucose transporters in PC12 cells. *Prog Neuropsychopharmacol Biol Psychiatry.* 1999 Jan;23(1):69-80.

Ebenbichler, C.F. et al. Olanzapine induces insulin resistance: results from a prospective study. *J. Clin. Psychiat.* 2003 Dec;64(12):1436-1439.

Feldman, P.D. et al. Retrospective cohort study of diabetes mellitus and antipsychotic treatment in a geriatric population in the United States. *J. Am. Med. Dir. Assoc.* 2004 Jan-Feb;5(1):38-46.

Foster, D.W. 1994. Diabetes mellitus. In: *Harrison's Principles of Internal Medicine, 13th edition.*

Gothelf, D. et al. Weight gain associated with increased food intake and low habitual activity levels in male adolescent schizophrenic inpatients treated with olanzapine. *Am. J. Psychiatry.* 2002 Jun;159(6):1055-1057.

Goodman and Gilman. 1980. *The Pharmacological Basis of Therapeutics*, 6th Edition. Macmillan Publishing Co. New York, Chapter 19.

Guo, J.J. et al. Risk of diabetes mellitus associated with atypical antipsychotic use among patients with bipolar disorder: A retrospective, population-based, case-control study. *J. Clin. Psychiatry.* 2006 Jul;67(7):1055-1061;

Guo, J.J. et al. Risk of diabetes mellitus associated with atypical antipsychotic use among Medicaid patients with bipolar disorder: a nested case-control study. *Pharmacotherapy.* 2007 Jan;27(1):27-35.

Hill, A.B. The environment and disease: association or causation? *Proc. Royal Soc. Med.* 1965 May;58(5):295-300.

Isselbacher, K.J., *Harrison's Principles of Internal Medicine*, 13th edition, McGraw-Hill: New York, chapter 337.

Koller, E. et al. Clozapine-associated diabetes. *Am. J. Med.* 2001 Dec 15;111(9):716-723.

Koller, E.A. et al. A survey of reports of quetiapine-associated hyperglycemia and diabetes mellitus. *J. Clin. Psychiatry.* 2004 Jun;65(6):857-863.

Koller, E.A. and P. Murali. Olanzapine-associated diabetes mellitus. *Pharmacotherapy* 2002 Jul;22(7):841-852.

Lambert, B.L. et al. Diabetes risk associated with use of olanzapine, quetiapine, and resperidone in veterans health administration patients with schizophrenia. *Am. J. Epidemiol.* 2006 Oct 1;164(7):672-681.

Leslie, D.L. and R.A. Rosenheck. Incidence of newly diagnosed diabetes attributable to atypical antipsychotic medications. *Am J Psychiatry.* 2004 Sep;161(9):1709-11.

Melkersson, K.I. et al. Relationship between levels of insulin or triglycerides and serum concentrations of the atypical antipsychotics clozapine and olanzapine in patients on treatment with therapeutic doses. *Psychopharmacology* (Berl). 2003 Nov;170(2):157-66.

Melkersson, K.I. et al. Elevated levels of insulin, leptin, and blood lipids in olanzapine-treated patients with schizophrenia or related psychoses. *J Clin Psychiatry.* 2000 Oct;61(10):742-9.

Melkersson, K. and M-L. Dahl. Adverse metabolic effects associated with atypical antipsychotics: literature review and clinical implications. *Drugs.* 2004;64(7):701-23.

Melkersson, K. Clozapine and olanzapine, but not conventional antipsychotics, increase insulin release in vitro. *Eur Neuropsychopharmacol.* 2004 Mar;14(2):115-9.

Nasrallah, H. A review of the effect of atypical antipsychotics on weight. *Psychoneuroendocrinology.* 2003 Jan;28 Suppl 1:83-96.

Newcomer, J.W. et al. Abnormalities in glucose regulation during antipsychotic treatment of schizophrenia. *Arch Gen Psychiatry.* 2002 Apr;59(4):337-45.

Newcomer, J.W. Metabolic risk during antipsychotic treatment. *Clin Ther.* 2004 Dec;26(12):1936-46.

Newcomer, J.W. Second-generation (atypical) antipsychotics and metabolic effects: a comprehensive literature review. *CNS Drugs.* 2005;19 Suppl 1:1-93.

Peuskens, J.  and C.G. Link.  A comparison of quetiapine and chlorpromazine in the treatment of schizophrenia.  *Acta Psychiatr, Scand.* 1997 Oct;96(4):265-273.

Procshyn, R.M. et al.  New-onset diabetes mellitus associated with quetiapine.  *Can. J. Psychiatry.* 2000 Sep;45(7):668-9.

Sacchetti, E. et al. Incidence of diabetes in a general practice population: a database cohort study on the relationship with haloperidol, olanzapine, risperidone or quetiapine exposure. *Int Clin Psychopharmacol.* 2005 Jan;20(1):33-7.

Sernyak, M.J. et al. Association of diabetes mellitus with use of atypical neuroleptics in the treatment of schizophrenia. *Am. J. Psychiatry* 2002 Apr;159(4):561-566.

Small, J.G. et al.  Quetiapine in patients with schizophrenia: a high- and low-dose, double-blind comparison with placebo.  *Arch. Gen. Psychiatry* 1997 Jun;54(6):549-557.

Sneed, K.B. et al.  Type 2 diabetes mellitus induced by an atypical antipsychotic medication.  *J. Am. Board Fam. Pract.* 2003 May-Jun;16(3):251-254.

Sobel, M. et al.  New-onset of diabetes mellitus associated with the initiation of quetiapine treatment.  *J. Clin. Psychiatr.y* 1999 Aug;60(8):556-557.

Virkkunen, M. et al.  Decrease of energy expenditure causes weight increase in olanzapine treatment - a case study.  *Pharmacopsychiatry.* 2002 May;35(3):124-6.

Wetterling, T.  Bodyweight gain with atypical antipsychotics: a compartive review.  *Drug Saf.* 2001 Jan;24(1):59-73.

Wilson, D.R. et al.  New-onset diabetes and ketoacidosis with atypical antipsychotics. *Schizophr. Res.* 2003 Jan 1;59(1):1-6.

Wirshing, D.A. et al.  The effects of novel antipsychotics on glucose and lipid levels.  *J. Clin. Psychiatry.* 2002 Oct;63:856-865.