# EXHIBIT 2

1   08-I-99342 sh

2                    UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF FLORIDA
3                       ORLANDO DIVISION

4
     IN RE:  Seroquel Products Liability Litigation
5    MDL DOCKET NO. 1769

6    This document relates to:

7    Janice Burns v. AstraZeneca LP, et al.   Case No. 6:07-cv-15959
     Connie Curley v. AstraZeneca LP, et al.   Case No. 6:07-cv-15701
8    Linda Guinn v. AstraZeneca LP, et al.   Case No. 6:07-cv-10291

9    ****************************************************************

10                       ORAL DEPOSITION OF

11                    BRUCE D. PERRY, M.D., Ph.D.

12                        October 8, 2008

13                          Volume 1

14   ****************************************************************

15                    ORAL DEPOSITION of BRUCE D. PERRY, M.D., Ph.D.,

16   produced as a witness at the instance of the Defendants, and

17   duly sworn, was taken in the above-styled and numbered causes

18   on the 8th of October, 2008, from 9:05 a.m. to 3:38 p.m.,

19   before Shanon M. Hair, CSR in and for the State of Texas,

20   reported by machine shorthand, at the office of Fibich,

21   Hampton & Leebron, L.L.P., 1401 McKinney Street, Suite 1800,

22   Houston, Texas  77010-9998, pursuant to the Federal Rules of

23   Civil Procedure and the provisions stated on the record or

24   attached hereto.

25

1    Ms. Curley, the prescribing doctors and the treating doctors --

2        A.    Right.

3        Q.    -- can you name -- especially based upon the depo

4    testimony that you read, name a single misrepresentation by AZ

5    with respect to Seroquel and weight gain or glucose that any of

6    those doctors were exposed to?

7        A.    Well, I -- a misrepresentation?  Well, I guess the

8    key one is that -- the degree of risk associated with the

9    prescribing of Seroquel, and I think it was underpresented

10   and --

11       Q.    In what way?

12       A.    Well, I think the labeling is softer than it should

13   be.  I think that the -- it should be a -- something that a

14   prescribing physician should pay more attention to and probably

15   would if the labeling in the U.S. was similar, for example, to

16   the labeling for Seroquel in Japan where, in 2002, they

17   actually represented Seroquel -- someone with diabetes as being

18   contraindicated for prescribing.

19              So, I mean, I -- again, I think that the

20   balancing of risk and benefit is something that depends upon a

21   fair representation of both the benefit and the risk and --

22       Q.    Well, aside from the labeling -- I'm sorry.  I didn't

23   mean to cut you off.

24       A.    Go ahead.

25       Q.    Aside from the labeling -- I'm just actually

1    referring to what you said in your report.  You said that the

2    internal documents reflect that the marketing of Seroquel

3    involved misrepresentations.  I hear what you're saying about

4    the label.  I'll ask you a couple questions to wrap that up,

5    but I just want to know, are there any misrepresentations --

6    putting aside the label, any marketing piece that you can say

7    you know of that Ms. Curley's doctors saw and relied upon?

8         A.   Well, not that they relied upon.  I mean, I think

9    that the issue is that there were things that weren't

10   represented that they should have relied upon.

11        Q.   Okay.  And you're talking about the label?

12        A.   Correct.

13        Q.   All right.  Now, with respect to the label, you

14   understand that that's -- the FDA is tasked with determining

15   the risks and benefits of every medication approved for use in

16   the U.S., right?

17        A.   That's my understanding.

18        Q.   And the FDA approves a drug for marketing only after

19   it's convinced the benefits of the drug outweigh the risks.

20        A.   Correct.

21        Q.   And you know the FDA, when they make that decision,

22   they review not only peer-reviewed published literature but

23   also the clinical trial data.

24        A.   Correct.

25        Q.   And you'd agree the FDA has reviewed more data about

## 266

1   Doctor.  Thank you, and I have completed my questioning with
2   respect to Ms. Burns.  I don't know if Mr. Brock has a few
3   things to end the day with.
4           MR. BROCK:  You want me to do 25 minutes and
5   then break or do you want to go ahead and --
6           MR. FIBICH:  It's your choice.
7           THE WITNESS:  The truth is I'd like to break
8   because I have a --
9           THE REPORTER:  Is this off the record?
10          MR. BROCK:  Yes, off the record.
11          (Deposition recessed at 3:38 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## 267

1               CHANGES AND SIGNATURE
2   PAGE   LINE   CHANGE        REASON
3   _____
4   _____
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24      I, BRUCE D. PERRY, M.D., Ph.D., have read the
25  foregoing deposition and hereby affix my signature that same is

## 268

1   true and correct, except as noted above.
2           _____
3           BRUCE D. PERRY, M.D., Ph.D.
4
5   THE STATE OF _____)
6   COUNTY OF _____)
7           Before me, _____, on this day
8   personally appeared BRUCE D. PERRY, M.D., Ph.D., known to me
9   (or proved to me under oath or through _____) to
10  be the person whose name is subscribed to the foregoing
11  instrument and acknowledged to me that they executed the same
12  for the purposes and consideration therein expressed.
13          Given under my hand and seal of office this _____ day
14  of _____, _____.
15
16
17          _____
18          NOTARY PUBLIC IN AND FOR
19          THE STATE OF _____
20
21
22
23
24
25

## 269

1   STATE OF TEXAS
    COUNTY OF HARRIS
2
3           I, the undersigned certified shorthand reporter
    in and for the State of Texas, certify that the facts stated in
    the foregoing pages are true and correct.
4
5           I further certify that I am neither attorney or
    counsel for, nor related to or employed by, any of the parties
6   to the action in which this deposition is taken and, further,
    that I am not a relative or employee of any counsel employed by
7   the parties hereto, or financially interested in the action.

            The amount of time used by each party at the
8   deposition is as follows:
9           STEPHEN J. McCONNELL, ESQ. - 5:35
10          SUBSCRIBED AND SWORN TO under my hand and seal
    of office on this the _____ day of _____, 2008.
11
12
13
14          _____
            SHANON M. HAIR, CSR
15          Certified Shorthand Reporter
            In and for the State of Texas
16
    Certificate No. 6513
17  Expiration Date: 12-31-09
    Firm Registration No. 03
18
19
20
21
22
23
24
25