UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This document relates to:

| | |
|---|---|
| Linda Guinn | 6:07-cv-10291 |
| Janice Burns | 6:07-cv-15959 |
| Richard Unger | 6:07-cv-15812 |
| Connie Curley | 6:07-cv-15701 |
| Linda Whittington | 6:07-cv-10475 |
| Eileen McAlexander | 6:07-cv-10360 |
| David Haller | 6:07-cv-15733 |

## ASTRAZENECA'S NOTICE OF FILING ADDITIONAL PROPOSED VOIR DIRE QUESTIONS

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca"), by their undersigned attorneys, hereby gives Notice of filing the following list of proposed voir dire questions.

As to each of the above-referenced cases, these are in addition to the agreed voir dire questions attached to the pretrial statement in that case. AstraZeneca had proposed these additional questions for use in each case during the meet and confers with opposing counsel, but agreement could not be reached with respect to them.

1. Would each of you please state your name and address and briefly describe your educational background (including any degrees you may have obtained); employment status (including the name of the company you work for, the nature of the business, and your job title and duties); and whether you ever served in the U.S. Armed Forces (including the branch of the military you served in, your highest rank, your length of service, and where you served).

- If you are currently unemployed or retired, then please describe the last job you held including the name of the company, the nature of the business, and your job title and duties.

2. Would each of you also tell us, other than your current employment, what other kinds of jobs have you held during the last ten (10) years?

3. Would each of you also please tell us your spouse's name and occupation and whether you or your spouse own or have ever owned a business.

**[Follow-ups for Individual Voir Dire:]** Please describe who owned the business and what kind of business it is/was. Was the business ever sued?

4. Do any of you, or your spouses, partners or significant others, or someone in your immediate family, have any training or work experience in any of the following areas?

    (a) Healthcare/Medical Profession
    (b) Journalism, Media
    (c) Law or the Legal or Court System
    (d) Pharmaceutical Industry
    (e) Prescription Drug Sales
    (f) Food and Drug Administration (FDA)
    (g) Government Standards and Regulation
    (h) Public Relations
    (i) Research and Development
    (j) Product Design or Testing
    (k) Statistics
    (l) Social Service
    (m) Contract Writing
    (n) Finance and Economics
    (o) Sales
    (p) Product Manufacturing
    (q) Pharmacist
    (r) Insurance or Insurance Claims Handling.

**[Follow-ups for Individual Voir Dire:]** If yes, please explain.

5. Are any of you a member of any social, civic, political, professional, or labor organizations (including unions)?

**[Follow-ups for Individual Voir Dire:]** What organizations?

6. Do any of you own your residence?

7. Have any of you, or one of your family members, ever been a plaintiff or defendant in a lawsuit?

**[Follow-ups for Individual Voir Dire:]** Was it you or a family member that was involved in the lawsuit? Were you a plaintiff or a defendant? What was the lawsuit about? How was it resolved?

8. Have any of you ever hired an attorney for purposes other than a lawsuit?

**[Follow-ups for Individual Voir Dire:]** Why did you hire the attorney? Did you have a positive or negative experience with the attorney?

9. Have any of you ever written a letter to the editor of a newspaper?

**[Follow-ups for Individual Voir Dire:]** What was the newspaper? When did you send the letter? What was the letter about?

10. **[This would be an individual follow-up to agreed #13]** What did you hear or read? What was the source of the information? If you have heard or read anything about Seroquel or this case have you already formed an opinion about this dispute?

11. Do any of you believe that if a person took a drug and says it harmed him or her, the drug company should simply have to pay that person?

12. If all you knew was that a person took a medicine and then had a health problem, would that be enough to show that the medicine caused the health problem?

13. Do any of you believe that if a patient gets a disease after taking a prescription drug, does the drug company necessarily have an obligation to compensate the patient?

14. Do any of you believe that, without qualification, drug companies should be forced to give medicine away free to those who can't afford to pay for it?

15. If the evidence in this case showed that the person suing could not prove his or her case, would any of you feel it necessary to award the person suing some money anyway?

16. Do any of you believe that if even one person develops serious health problems during the testing of a new medication, that medication should not be put on the market?

17. Are any of you outraged at the conduct of companies that make prescription medicines?

14409963.1

3

18. Do any of you believe pharmaceutical companies really should be not-for-profit businesses?

19. Do any of you believe under all circumstances, without exception, a prescription drug must be proven 100% safe before being sold to the public?

20. Do any of you think that awarding punitive damages against large companies is the only way to get them to behave more responsibly?

21. Do any of you believe pharmaceutical companies actively suppress the production and marketing of safer drugs that could replace drugs that are currently available?

22. Would any of you describe most prescription drugs that are being used by people these days as unsafe?

23. Do any of you think the entire prescription drug approval system needs to be changed?

24. Have any of you or anyone close to you ever suffered from clinical depression; bipolar disorder; schizophrenia/schizoaffective disorder; or post-traumatic stress disorder (PTSD)?

25. If you were a juror in a lawsuit in which a patient who has taken Seroquel is suing the manufacturer of that drug, would any of you begin your jury service favoring one side or the other?

**[Follow-ups for Individual Voir Dire:]** If yes, which side: the manufacturer or the person suing?

26. Would each of you please tell us how often you go to the doctor?

Do any of you or another member of your household have health insurance that at least partially covers the cost of your household's prescription drugs?

Respectfully submitted,

/s/ Chris S. Coutroulis
Chris S. Coutroulis (Fla. Bar No. 300705)
Robert L. Ciotti (Fla. Bar No. 333141)
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, Florida 33607

14409963.1

4

Telephone: (813) 223-7000<br>
Facsimile: (813) 229-4133<br>
ccoutroulis@carltonfields.com<br>
rciotti@carltonfields.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 8, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system through which all participating parties are deemed served.

/s/ Robert L. Ciotti<br>
Attorney