# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

**Case No. 6:06-md-1769-Orl-22DAB**

_____/

## ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment into the George C. Young United States Courthouse for use in connection with a hearing in this case, it is **ORDERED** as follows:

1. David Venderbush, David Genender, Adam Tolin, Alan Hargrove, Earl Austin, Mike Brock, Dane Butswinkas, Robert L. Ciotti, Chris S. Coutroulis, Scott Elder, Mariam Koohdary, Lucas Przymusinski, Stephen Raber, Beth Richardson, Jane Thorpe, Steven Weisburd, and Karl Reed are each allowed to bring one PDA or "Blackberry" email device and/or cell phone; and David Venderbush, David Genender, Adam Tolin, Alan Hargrove, Earl Austin, Mike Brock, Robert L. Ciotti, Chris S. Coutroulis, Scott Elder, Mariam Koohdary, Lucas Przymusinski, Stephen Raber, Beth Richardson, each one laptop computer and Karl Reed two laptop computers into the George C. Young United States Courthouse on **TUESDAY, JANUARY 13, 2009 through FRIDAY, JANUARY 16, 2009**, for use in hearings before the Honorable Anne C. Conway scheduled to begin at **11:00 A.M. on JANUARY 13, 2009.**

2. Ken Bailey, Tom Pirtle, Chuck Hunger, Paris Corner, Scott Allen, Larry Roth, Ed Blizzard, Fletch Trammell, Rick Laminack, Buffy Martines, Robert Cowan, John Roberson, Jennifer Martin, Holly Gibson, Camp Bailey, and Dr. Israel Jack Abramson, Dr. Jennifer B. Marks, Dr. Bruce D. Perry, and Dr. Brian R. Tulloch are hereby each granted permission to bring a BlackBerry email

device and/or cell phone; and Camp Bailey, Fletch Trammell, Tom Pirtle, Chuck Hunger (including an external hard-drive attachment), Larry Roth, Ed Blizzard, Rick Laminack, Buffy Martines, Robert Cowan, John Roberson, Jennifer Martin, and Holly Gibson each one laptop computer into the George C. Young United States Courthouse on **TUESDAY, JANUARY 13, 2009 through FRIDAY, JANUARY 16, 2009**, for use in hearings before the Honorable Anne C. Conway scheduled to begin at **11:00 A.M.** on **JANUARY 13, 2009.**

    3. The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require those listed to present picture identification at the time of entry.

    4. The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

    **DONE** and **ORDERED** in Orlando, Florida on January 9, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers