# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:

**Seroquel Products Liability Litigation**
**MDL DOCKET NO. - 1769  (All Cases)**

Guinn 07-cv-10291-Orl-22DAB
Haller 07-cv-15733-Orl-22DAB

| | | | |
|---|---|---|---|
| **JUDGES:** | **Anne C. Conway**<br>U. S. District Judge | **COURT REPORTER:** | Sandy Tremel |
| | | **Deputy Clerk:** | Celeste Herdeman |
| **Date/Time:** | January 13 , 2009<br>11:05 AM -11:56 AM<br>1:22 PM - 4:40 PM | | |
| **COUNSEL FOR PLTFS:** | Larry Roth<br>Robert Cowan<br>Fletch Trammell<br>Richard Laminack<br>Buffy Martines<br>Holly W. Gibson<br>Tom Pirtle<br>John Roberson | **COUNSEL FOR DEFTS:** | Chris Coutroulis<br>Jane Thorpe<br>David Venderbush<br>Rebecca Wood<br>StevenWeisbur<br>Earl Austin<br>David Genender<br>Steve McConnell<br>Mike Brock<br>Stephen Raber |

## PRETRIAL CONFERENCE

Appearances.
Court suggests mediator to the parties, parties to respond by Friday Jan 16, 2009.
Parties to file revised objections by Friday Jan 16, 2009
Court addresses procedures as to witnesses presented by way of depositions.
Plaintiff to respond to the motion in limine by January 21, 2009
Final pretrial scheduled. for  January 28, 2009.
Court informs parties of Courtroom procedures to be followed during trial.
Parties given no more than 45 hours each to try the case. (this number is subject to change)
Defendants to disclose their Corporate witness by January 28, 2009.
Court Order to follow

## MINUTES – SUMMARY JUDGMENT HEARINGS.

1:22 PM Steven Weisenburd, presents argument as to Motion for Summary Judgment (Guinn Case 6:07-cv-10291) for the defendant.
2:43 PM Fletch Trammell, presents argument as to Motion for Summary Judgment for the plaintiff.
3:03 PM John Robertson responds to aspect of medical causation for the plaintiff.
3:23 PM Steven Weisnburd's rebuttal argument on behalf of the defendant.
Court Order to follow.


## MINUTES 2ND PRETRIAL CONFERENCE

Appearances
Fletch Tremmell for the plaintiff and Earl Austin for the defendant.
Court inquires as to proper defendant.
Court inquires with the plaintiff as to exhibits and proper procedures in marking the exhibits.
Parties discuss assignment of depositions and procedure for depositions during trial.
Parties are given 45 hours each to try the case. (This number is subject to change)
Parties inquire with the Court as to a mediator and mediation.


## MINUTES - SUMMARY JUDGMENT HEARING

Appearances.
 4:00 PM Chris Coutroulis presents argument as to Motion for Summary Judgment (Haller case 6:07-cv-15733) for the defendant. Steven Weisenburd continues with argument.
4:19 PM Fletch Tremmel presents argument as to Motion for Summary Judgment on behalf of the plaintiff.
4:30 PM John Roberson continues with argument on behalf of the plaintiff.
4:37 PM Rebuttal by Steven Weisenburd.