# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE:**

**Seroquel Products Liability Litigation**
**MDL DOCKET NO. - 1769  (All Cases)**

| | | | |
|---|---|---|---|
| **JUDGES:** | Anne C. Conway<br>U. S. District Judge | **COURT REPORTER:** | Sandy Tremel |
| | | **Deputy Clerk:** | Celeste Herdeman |
| **Date/Time:** | January 14, 2009<br>9:35 AM - 2:00 PM | | |
| **COUNSEL FOR PLTFS:** | Larry Roth<br>Robert Cowan<br>Fletch Trammell<br>Richard Laminack<br>Buffy Martines<br>Holly W. Gibson<br>Tom Pirtle<br>John Roberson | **COUNSEL FOR DEFTS:** | Chris Coutroulis<br>Jane Thorpe<br>David Venderbush<br>Rebecca Wood<br>StevenWeisbur<br>Earl Austin<br>David Genender<br>Steve McConnell<br>Mike Brock<br>Stephen Raber<br>Adam Tolin |

## DAUBERT HEARINGS

Appearances.
Housekeeping matters taken up with the Court.
Fletch Trammell calls Doctor Abramson as witness on behalf of the plaintiff
10:35 AM Cross examination by Mike Brock.
11:33 AM Recess for lunch.
1:05 PM Continued Cross Examination of Doctor Abramson.
1:48 PM Re-direct of the witness by the plaintiff.
1:58 PM Re-cross of the witness by the defendant.

Exhibits received into evidence (exhibit list attached)