

# EXHIBIT LIST

____ Government      _X_ Plaintiff      ____ Defendant      ____ Court

| Exhibit Number | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 1 | 1/14/09 | 1/14/09 | Dr. Abramson | | Report prepared by Dr. Abramson for the defendant's counsel. |
| 2 | 1/14/09 | 1/14/09 | Dr. Abramson | | Risk documentation provided to Dr. Abramson. |
| 3 | 1/14/09 | 1/14/09 | Dr. Abramson | | Seroquel Label from 2008 |
| 4 | 1/14/09 | 1/14/09 | | | Research Papers Newcomer |
| 5 | 1/14/09 | 1/14/09 | Dr. Abramson | | Research Papers Akhtar |
| 6 | 1/14/09 | 1/14/09 | Dr. Abramson | | Letter from Astrazeneca to Dr. Abramson |
| 7 | 1/14/09 | 1/14/09 | Dr. Abramson | | David Howars medical history (Chart) |
| 8 | 1/14/09 | 1/14/09 | Dr. Abramson | | Chart of Glucose levels (before seroquel) |
| 9 | 1/14/09 | 1/14/09 | Dr. Abramson | | 2nd Chart of Glucose levels (elevated) |
| 10 | 1/14/09 | 1/14/09 | Dr. Abramson | | Extract from report ( Serum Chemical Metabolic Profile 8/6/04 7:45AM |
| 11 | 1/14/09 | 1/14/09 | Dr. Abramson | | Admission note from Morton Plant Hosp. |
| 12 | 1/14/09 | 1/14/09 | Dr. Abramson | | Hemoglobin report Morton Plant Hosp. |
| 17 | 1/14/09 | 1/14/09 | Dr. Abramson | | 2002 PDR entry |

Case No.   6:06-md-1769          Style:   In Re  AstraZeneca