

# EXHIBIT LIST

____Government    ____Plaintiff    _X_ Defendant    ____Court

| Exhibit Number | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 2 | 1/14/09 | 1/14/09 | Dr. Abramson | | Consensus development study |
| 3 | 1/14/09 | 1/14/09 | Dr. Abramson | | Volusia County medical report |
| 5 | 1/14/09 | 1/14/09 | Dr. Abramson | | Mishra - Weight gain study |
| 14 | 1/14/09 | 1/14/09 | Dr. Abramson | | Pinellas County Sheriffs medical report |
| 15 | 1/14/09 | 1/14/09 | Dr. Abramson | | Haller - Psychiatric Eval |
| 16 | 1/14/09 | 1/14/09 | Dr. Abramson | | Antipsychotic and glucose study |
| 17 | 1/14/09 | 1/14/09 | Dr. Abramson | | Label for anti psychotic med for FDA |

Case No.   6:06-md-1769          Style:   In Re AstraZeneca