# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:

**Seroquel Products Liability Litigation**
**MDL DOCKET NO. - 1769  (All Cases)**

| | | | |
|---|---|---|---|
| **JUDGES:** | Anne C. Conway<br>U. S. District Judge | **COURT REPORTER:** | Sandy Tremel |
| | | **Deputy Clerk:** | Celeste Herdeman |
| **Date/Time:** | January 15, 2009<br>9:42 AM - 11:43 AM<br>1:06 PM - 4:14 PM | | |
| **COUNSEL FOR PLTFS:** | Larry Roth<br>Robert Cowan<br>Fletch Trammell<br>Richard Laminack<br>Buffy Martines<br>Holly W. Gibson<br>Tom Pirtle<br>John Roberson<br>Camp Bailey | **COUNSEL FOR DEFTS:** | Chris Coutroulis<br>Jane Thorpe<br>David Venderbush<br>Rebecca Wood<br>StevenWeisbur<br>Earl Austin<br>David Genender<br>Steve McConnell<br>Mike Brock<br>Stephen Raber<br>Adam Tolin<br>Jane Thorpe |

## DAUBERT HEARINGS

Appearances.
Housekeeping matters taken up with the Court.
9:45AM - Fletch Trammell calls  DR. Brian Tulloch
10:20 AM Cross examination by Jane Thorpe.
11:40 AM Re-direct by Fletch Trammell

1:06 PM Tom Pirtle calls Jennifer Marks on behalf of the plaintiff.
2:15 PM Cross examination by Jane Thorpe.
3:52 PM Re-direct by Tom Pirtle.
4:14 PM Court adjourned and to reconvene on January 16, 2009 at 9:30AM.
.
Exhibits entered ( exhibits list attached)