PLAINTIFF'S GENERAL EXHIBIT LIST
(CONTAINS: GENERAL, DEMONSTRATIVES & LEARNED TREATISES)
JANUARY 8, 2009

| Exh. No. | Date Identified | Date Admitted | Sponsoring Witness | Objections/Stipulated Admissions | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | 01/15/2009 | | Brian R. Tulloch, M.D. | | Curriculum Vitae |
| 2 | 01/15/2009 | JAN 1 5 2009 | Brian R. Tulloch, M.D. | | Lambert BL, Cunningham FE, Miller DR, et. al. Diabetes Risk Associated with Use of Olanzapine, Quetiapine, and Risperidone in Veterans Health Administration Patients with Schizophrenia. Am J Epidemiol 2006; 164(7): 672-681. |
| 3 | 01/15/2009 | JAN 1 5 2009 | Brian R. Tulloch, M.D. | | Brecher M, Leong RW, Stening G, et. al. Quetiapine and Long-Term Weight Change: A Comprehensive Data Review of Patients with Schizophrenia. J Clin Psychiatry 2007; 68(4):597-603. |
| 4 | 01/15/2009 | JAN 1 5 2009 | Brian R. Tulloch, M.D. | | Gropper D, Jackson CW. Pancreatitis associated with quetiapine use. Journal of Clinical Psychopharmacology 2004; 24(3):343-345. |
| 5 | 01/15/2009 | JAN 1 5 2009 | Brian R. Tulloch, M.D. | | Lean MEJ, Pajonk FG. Patients on Atypical Antipsychotic Drugs: Another high-risk group for type 2 diabetes. Diabetes Care 2003; 26(5): 1597-1605. |
| 6 | 01/15/2009 | JAN 1 5 2009 | Brian R. Tulloch, M.D. | | Dwyer DS, Donohoe D. Induction of hyperglycemia in mice with atypical antipsychotic drugs that inhibit glucose uptake. Pharmacology, Biochemistry and Behavior 2003; 75: 255-260. |
| 7 | 01/15/2009 | JAN 1 5 2009 | Brian R. Tulloch, M.D. | | Vestri HS, Maianu L, Moellering DR, et. al. Atypical Antipsychotic Drugs Directly Impair Insulin Action in Adipocytes: Effects on Glucose Transport, Lipogenesis, and Antilipolysis. Neuropsychopharmacology 2007; 32: 765-772. |
| 8 | 01/15/2009 | | Brian R. Tulloch, M.D. | | Smith GC, Chaussade C, Vickers M, et. al. Atypical antipsychotic drugs induce derangements in glucose homeostasis by acutely increasing glucagon secretion and hepatic glucose output in the rat. Diabetologia 2008. |
| 9 | 01/15/2009 | JAN 1 5 2009 | Brian R. Tulloch, M.D. | | Savoy YE, Ashton MA, Miller MW, et. al. Differential Effects of Various Typical and Atypical Antipsychotics on Plasma Glucose and Insulin Levels in the Mouse: Evidence for the Involvement of Sympathetic Regulation. Schizophrenia Bulletin 2008. |
| 10 | 01/15/2009 | JAN 1 5 2009 | Brian R. Tulloch, M.D. | | Kim SF, Huang AS, Snowman AM, et. al. Antipsychotic drug-induced weight gain mediated by histamine H1 receptor-linked activation of hypothalamic AMP-kinase. PNAS 2007; 104(9): 3456-3459. |

| | | | | |
|---|---|---|---|---|
| 11 | 01/15/2009 | Brian R. Tulloch, M.D. | | Citrome L, Jaffe A, Levine J, et. al. Relationship Between Antipsychotic Medication Treatment and New Cases of Diabetes Among Psychiatric Inpatients. Psychiatric Services 2004; 55(9): 1006-1012. |
| 12 | 01/15/2009 | Brian R. Tulloch, M.D. | | Guo JJ, Keck PE Jr, Corey-Lisle PK, et. al. Risk of Diabetes Mellitus Associated with Atypical Antipsychotic Use Among Medicaid Patients with Bipolar Disorder: A Nested Case-Control Study. Pharmacotherapy 2007; 27(1): 27-35. |
| 13 | 01/15/2009 | Brian R. Tulloch, M.D. | | Canadian Adverse Reaction Newsletter 2007; 17(2): 1-4. |
| 14 | 01/15/2009 | Brian R. Tulloch, M.D. | | Leucht S, Corves C, Arbter D, et. al. Second-generation versus first-generation antipsychotic drug for schizophrenia: a meta-analysis. Lancet 2009; 373: 31-41. |
| 15 | 01/15/2009 | Brian R. Tulloch, M.D. | | Tyrer P, Kendall T. The spurious advance of antipsychotic drug therapy. Lancet 2009; 373: 4-5. |
| 16 | 01/15/2009 | Brian R. Tulloch, M.D. | | Ebenbichler CF, Laimer M, Eder U, et. al. Olanzapine Induces Insulin Resistance: Results From a Prospective Study. J Clin Psychiatry 2003; 64(12): 1436-1439. |
| 17 | 01/15/2009 | Brian R. Tulloch, M.D. | | Hampton, T. Antipsychotics' Link to Weight Gain Found. JAMA 2007; 297(12): 1305-1306. |
| 18 | 01/15/2009 | Brian R. Tulloch, M.D. | | Seroquel Prescribing Information (07/2008) |
| 19 | 01/15/2009 | Brian R. Tulloch, M.D. | | David Haller Weight Chart |
| 20 | 01/15/2009 | Brian R. Tulloch, M.D. | | David Haller Glucose Chart |
| 21 | 01/15/2009 | Brian R. Tulloch, M.D. | | Record of Morton Plan Hosptial (DHALLER/MORTONPLANTHOSPITAL-MED/00717-718) |
| 22 | 01/15/2009 | Brian R. Tulloch, M.D. | | Record of Morton Plant Hospital (DHALLER/MORTONPLANTHOSPITAL-MED/00747) |
| 23 | 01/15/2009 | Brian R. Tulloch, M.D. | | Record of Morton Plant Hospital (DHALLER/MORTONPLANTHOSPITAL-MED/00754) |
| 24 | 01/15/2009 | Brian R. Tulloch, M.D. | | Record of Florida State Hospital (DHALLER/STATEOFFLORIDADEPTOFCORRECTIONS/03108) |
| 25 | 01/15/2009 | Brian R. Tulloch, M.D. | | Record of Correctional Physicians Services Pinellas County Jail (DHALLER/PINELLACOUNTYSHERIFFS/00130) |

| 01/15/2009 | | Brian R. Tulloch, M.D. | | Record of Correctional Physicians Services Pinellas County Jail (DHALLER/PINELLACOUNTYSHERIFFS/00128) |