PLAINTIFF'S EXHIBIT LIST
(DR. JENNIFER MARKS' DAUBERT HEARING)
JANUARY 15, 2009

Offered

| Exh. No. | Date Identified | Date Admitted | Sponsoring Witness | Objections/Stipulated Admissions | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | JAN 15 2009 | JAN 15 2009 | JM | | CV of Dr. Jennifer Marks |
| 2 | JAN 15 2009 | JAN 15 2009 | JM | | Medical Article: "Diagnosis and Classification of Diabetes Mellitus" by American Diabetes Association |
| 3 | JAN 15 2009 | JAN 15 2009 | JM | | Medical Article: "Second-Generation Versus First-Generation Antipsychotic Drugs for Schizophrenia: A Meta-Analysis" by Leucht, S. |
| 4 | JAN 15 2009 | JAN 15 2009 | JM | ? | Medical Article: "Association of Diabetes Mellitus with Use of Atypical Neuroleptics in the Treatment of Schizophrenia" by Sernyak, M. |
| 5 | JAN 15 2009 | JAN 15 2009 | JM | | Medical Article: "Risk of Diabetes Mellitus Associated with Atypical Antipsychotic Use Among Patients with Bipolar Disorder: A Retrospective, Population-Based, Case-Control Study" by Guo, J. |
| 6 | JAN 15 2009 | JAN 15 2009 | JM | | Medical Article: "A Survey of Reports of Quetiapine-Associated Hyperglycemia and Diabetes Mellitus" by Koller, E. |
| 7 | JAN 15 2009 | JAN 15 2009 | JM | | Medical Article: "Efficacy and Tolerability of Olanzapine, Quetiapine, and Risperidone in the Treatment of Early Psychosis: A Randomized, Double-Blind 52-Week Comparison" by McEvoy, J. |
| 8 | JAN 15 2009 | JAN 15 2009 | JM | | Medical Article: "Relationship Between Antipsychotic Medication Treatment and New Cases of Diabetes Among Psychiatric Inpatients" by Citrome, L. |
| 9 | | | | | Medical Article: "Atypical Antipsychotic Drugs Directly Impair Insulin Action in Adipocytes: Effects on Glucose Transport, Lipogenesis, and Antilipolysis" by Vestri, H. |
| 10 | JAN 15 2009 | JAN 15 2009 | JM | | Medical Article: "Antipsychotic Drug-Induced Weight Gain: Development of an Animal Model" by Cope, M |
| 11 | | | | | Medical Article: "Effectiveness of Antipsychotic Drugs in Patients with Chronic Schizophrenia" by Lieberman, J. |
| 12 | | | | | Medical Article: "Impact of Antipsychotic Treatment on Nonfasting Triglycerides in the CATIE Schizophrenia Trial Phase 1" by Meyer, J. |

| Exh. No. | Date Identified | Date Admitted | Sponsoring Witness | Objections/Stipulated Admissions | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 13 | JAN 1 5 2009 | JAN 1 5 2009 | | JM | Medical Article: "Induction of Hyperglycemia in Mice with Atypical Atnipsychotic Drugs that Inhibit Glucose Uptake" by Dwyer, Donald |
| 14 | JAN 1 5 2009 | JAN 1 5 2009 | | JM | Demonstrative: Weight History Chart |
| 15 | JAN 1 5 2009 | JAN 1 5 2009 | | JM | Demonstrative: Glucose History Chart |
| 16 | JAN 1 5 2009 | JAN 1 5 2009 | | JM | Demonstrative: Weight and Glucose History Chart |
| 17 | JAN 1 5 2009 | JAN 1 5 2009 | | JM | Medical Record: 02/01/06 Quality Medical Care |
| 18 | JAN 1 5 2009 | JAN 1 5 2009 | | JM | Medical Records: Provider Nancy Thompson, Pages 0027-0030 |
| 19 | JAN 1 5 2009 | JAN 1 5 2009 | | JM | Medical Records: Provider Epilepsy Foundation of South Florida, Pages 0025-0026 |
| 20 | | | | | Physicians Desk Reference 2008: Seroquel |
| 21 | | | | | Safety Position Paper "Seroquel - Diabetes Mellitus, Diabetic Ketoacidosis, Non-Ketotic Hyppsmolar Coma, and Hyperglycemia" by Geller, Wayne |
| 22 | | | | | Japanese Dear Doctor Letter dated November 200223 |
| 23 | JAN 1 5 2009 | JAN 1 5 2009 | | JM | Medical Records: Provider Palmetto General Hospital, Pages 149-150 |
| 24 | JAN 1 5 2009 | JAN 1 5 2009 | | JM | Medical Records: Provider Denny Ragsdale, Pages 0016-0027 |