

# EXHIBIT LIST

____ Government   ____ Plaintiff   __X__ Defendant   ____ Court

| Exhibit Number | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 20 | 1/15/09 | 1/15/09 | Brian Tulloch | | Expert Report of Brian Tulloch |
| 21 | 1/15/09 | 1/15/09 | Brian Tulloch | | Declaration of Brian Tuclloch |
| 22 | 1/15/09 | 1/15/09 | Jennifer Marks | | Reference Exhibit List |
| 23 | 1/15/09 | 1/15/09 | Jennifer Marks | | Dr. Kotzen letter to Ms. Hudsson |
| 23-a | 1/15/09 | 1/15/09 | Jennifer Marks | | Dr. Ramsay notes |
| 24 | 1/15/09 | 1/15/09 | Jennifer Marks | | Dr. Ragsdale notes |
| 25 | 1/15/09 | 1/15/09 | Jennifer Marks | | Holmes Hosp. - Admission 5/12/05 (Guinn) |
| 26 | 1/15/09 | 1/15/09 | Jennifer Marks | | Colditz Study - Weight as risk factor |
| 28 | 1/15/09 | 1/15/09 | Jennifer Marks | | Lab Report (Guinn) 7/30/92 |
| 29 | 1/15/09 | 1/15/09 | Jennifer Marks | | Lab Report (Guinn) 8/12/97 |
| 30 | 1/15/09 | 1/15/09 | Jennifer Marks | | Palmetto Hospital Rep. 4/28/02 |
| 31 | 1/15/09 | 1/15/09 | Jennifer Marks | | Palmetto Hospital Rep. 4/30/02 - 5/2/02 |
| 32-a | 1/15/09 | 1/15/09 | Jennifer Marks | | Lieberman Study |
| 32 | 1/15/09 | 1/15/09 | Jennifer Marks | | Barner Study |

Case No. _IN RE ASTRAZENECA_   Style: _06 MD 1769_