# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**IN RE:**

**Seroquel Products Liability Litigation**
**MDL DOCKET NO. - 1769  (All Cases)**

| | | | |
|---|---|---|---|
| **JUDGES:** | Anne C. Conway<br>U. S. District Judge | **COURT REPORTER:** | Sandy Tremel |
| | | **Deputy Clerk:** | Celeste Herdeman |
| **Date/Time:** | January 16, 2009<br>9:40 AM - 11:00 AM | | |
| **COUNSEL FOR PLTFS:** | Larry Roth<br>Robert Cowan<br>Fletch Trammell<br>Richard Laminack<br>Buffy Martines<br>Holly W. Gibson<br>Tom Pirtle<br>John Roberson | **COUNSEL FOR DEFTS:** | Chris Coutroulis<br>Jane Thorpe<br>David Venderbush<br>Rebecca Wood<br>Steven Weisbur<br>Earl Austin<br>David Genender<br>Steve McConnell<br>Mike Brock<br>Stephen Raber<br>Adam Tolin |

## SPECIFIC CAUSATION - HEARING

Appearances.
9:50 AM Preliminary matters take up with the Court.
Steven Weisbur presents argument as to specific causation.
10:09AM Fletch Trammell responds with argument as to specific causation.
10:30 Steven Weisbur rebuttal argument.
10:45 Fetch Trammell closing response.

10:50 AM Housekeeping matters as to selection of representative for each party in mediation.  Ken Bailey is selected for the plaintiff.  Defendants to advise Court today of their selection.