```
1                  UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
2                        ORLANDO DIVISION

3                    Docket No.6:06-MD-1769

4    . . . . . . . . . . . . . . ..
     IN RE:                        :
5                                  :
     THE SEROQUEL PRODUCTS         :
6    LIABILITY LITIGATION          :      Orlando, Florida
                                   :      January 15, 2009
7    . . . . . . . . . . . . . . .:

8
                     TRANSCRIPT OF DAUBERT MOTION
9           BEFORE THE HONORABLE ANNE C. CONWAY
                    UNITED STATES DISTRICT JUDGE
10

11   APPEARANCES:

12   For the Plaintiffs:

13                         Larry M. Roth

14                         Fletch Trammell

15                         Tom Pirtle

16                         Rick Laminack

17                         Rob Cowan

18   For the Defendant      Jane Thorpe

19   AstraZeneca:           Mike Brock

20                         Chris Coutroulis

21                         Steven Weisburd

22                         Earl Austin

23   Court Reporter:  Sandra K. Tremel

24   Proceedings recorded by mechanical stenography, transcript

25   produced by computer-aided transcription
```

```
 1              P R O C E E D I N G S

 2         THE COURT:  One item.  When I told the U.S.

 3   Marshal that I was going to go from 9 to 4 so I could have

 4   sentencings at 4, he had a heart attack.  Not literally,

 5   fortunately, so.  So we're going to go 10 to 5 or whenever

 6   in the case, in the trials.  All right.  You ready?

 7         MR. TRAMMELL:  Your Honor, we are all ready.  We

 8   have Dr. Tulloch here today, and we have a timing issue.

 9   Just to bring the Court's attention, Dr. Tulloch has a

10   medical appointment this afternoon in Houston that he has

11   to meet.  So we like to do -- get him on and off as

12   quickly as possible so he can get home and do his job.

13   And what we proposed is a brief direct.  I can do it in 30

14   minutes, allow opposing counsel 45 minutes, then redirect

15   15 minutes.  So he can get back on the plane and get back

16   home.

17         MS. THORPE:  Your Honor, I think it may take

18   longer than 45 minutes to cross this witness.  I will do

19   my best, but...

20         THE COURT:  Okay.  That's all we can ask of you.

21         MR. TRAMMELL:  Sure.  And I would just note that

22   Dr. Tulloch has been exposed to two days of deposition

23   already and some --

24         THE COURT:  Right.  He's got deposition, he's

25   got affidavits filed.
```

1          MR. TRAMMELL:  That's right.

2          THE COURT:  So if we don't duplicate things, we

3     can move things along.

4          MR. ROTH:  I just have two quick matters.  One

5     is, I'm glad you're sitting down.  The plaintiffs will

6     accept, happily, Professor Salzburg as mediator.

7          THE COURT:  Well, that's a miracle.  All right,

8     good.

9          MR. ROTH:  And we would ask that you direct us

10    to designate somebody from each side to have contact with

11    him and make the appropriate arrangements for, you know,

12    his fees.

13         THE COURT:  All right.  So I will -- each of you

14    just let me know who's going to be the designated person

15    to deal with Professor Salzburg.

16         MR. ROTH:  The other thing, also, Dr. Marks, the

17    second witness, following up from Mr. Trammell, she also

18    has a -- she needs to be back in Miami by 6 tonight.

19    Again, we would ask that the Court allow us to do a fairly

20    to-the-point direct examination, cross-examination that's no

21    longer than the direct.  We had to make arrangements for a

22    private plane to get her back to Miami.  Again, Judge, this

23    is -- you know from yesterday's experience, the cross went

24    twice as long as direct, and I don't know that we need a

25    sledgehammer here on cross-examination, when the issues are

1    fairly limited, and all the qualification information is all

2    set forth in the report and the Court and the witnesses'

3    CVs.

4    These are not professional witnesses.  She -- Dr. Marks,

5    like Dr. Tulloch, is a regular practitioner, and does not

6    testify for a living.

7              THE COURT:  All right.  Well, I'm not going to

8    put a clock on the defense.  But just, if they start

9    dragging their feet, then we will do what we can to

10   accommodate everybody.

11             MR. ROTH:  We have break at 12 and start at one

12   or do you have --

13             THE COURT:  Well --

14             MR. ROTH:  -- a schedule today?

15             THE COURT:  Sandy has to have a break, so...

16             MR. ROTH:  Sure.

17             THE COURT:  So we will take some break at lunch.

18   I don't have a meeting today at lunch, which is another

19   miracle, so...

20             MR. ROTH:  Two in one day, that's pretty good.

21        Finally, if the Court please, if I could leave by

22   11:30, I have a conference hearing with another court at

23   12 that I need take back to my office, but I'll be here

24   for the afternoon session.

25             THE COURT:  Okay.  That's fine.

1          MR. ROTH:  Thank you, Judge.

2          MS. THORPE:  Your Honor, We appreciate the time

3    to do a full cross.

4          THE COURT:  Okay.  Use it wisely, so I don't

5    regret it and change my mind in the middle.

6          MS. THORPE:  I will, Your Honor.

7          MR. TRAMMELL:  May I proceed, Your Honor?

8          THE COURT:  Yes.

9          MR. TRAMMELL:  Plaintiffs call Dr. Brian

10   Tulloch.

11                    (Witness sworn.)

12                    DIRECT EXAMINATION

13   BY MR. TRAMMELL:

14   Q    Please state your name for the record.  Please state

15   your name.

16   A    Oh.  Brian Robert Tulloch, T-U-L-L-O-C-H.

17   Q    Where do you live, Dr. Tulloch?

18   A    I live in Houston.

19          MR. TRAMMELL:  Your Honor, are we dispensing

20   with a discussion of qualifications this morning?

21          THE COURT:  Yes, it's in his deposition and in

22   his declaration.

23   BY MR. TRAMMELL:

24   Q    Dr. Tulloch, were you retained by my office to render

25   an opinion in the David Haller case?

1    A    Yes, sir.

2    Q    And were you able to arrive at an opinion in Haller

3    case?

4    A    Yes, sir.

5    Q    Do you have an opinion as to whether Seroquel is

6    associated with diabetes?

7    A    Yes, sir, I believe it is.

8    Q    Is the material which is in Exhibits 2 through --

9    A    26.

10   Q    No.  Exhibits 2 through 18, is the material in those

11   exhibits, is that material you have relied on to support

12   your opinion that Seroquel is associated with new onset

13   diabetes?

14   A    Yes, sir.

15            MS. THORPE:  Your Honor, may I just establish

16   that these are the exhibits you handed to me that are

17   unmarked.  They're in order?

18            MR. TRAMMELL:  They are.

19   BY MR. TRAMMELL:

20   Q    Dr. Tulloch, will you please briefly describe for the

21   Court what your opinion is on the issue of whether

22   Seroquel is associated with diabetes and to what extent

23   these materials support that opinion?

24   A    I believe that all of the atypical antipsychotics,

25   with two exceptions, have a significant affect on weight

1    gain, on incidents of diabetes, on the changes in the

2    hypothalamus that cause people to eat more, on the

3    pancreas, that causes the pancreas to make more glucagon,

4    and on the peripheral fat cells that causes the insulin to

5    be less effective peripherally, and that there's good

6    data, including from the original data that was seen by

7    the AstraZeneca colleagues, that weight gain and diabetes

8    is a problem with the atypicals as group, with two

9    exceptions, that's Geodon and Abilify.  And that

10   Quetiapine or Risperdal is certainly one of those in which

11   diabetes is a problem.

12   Q    Is there anything controversial about the issue or

13   the question of whether Seroquel is associated with

14   clinically significant weight gain?

15   A    No, sir.  I believe that there is good data from the

16   in-house AstraZeneca studies to confirm that there is --

17   weight gain is a problem.

18   Q    Is there anything about the issue or the question of

19   whether significant weight gain is associated with

20   diabetes?

21   A    No, sir.  I think that we teach that to the medical

22   students.

23   Q    In your review of the literature, is there anything

24   controversial about Seroquel's association with an

25   increase in blood glucose levels?

1    A    No, sir.  I think there are number of studies that

2    would confirm that.

3    Q    If You could look at Exhibit 11, which is the Citrome

4    article.

5    A    Yes, sir.

6    Q    Is the Citrome article a study upon which you relied

7    in reaching your opinion that Seroquel is associated with

8    new onset diabetes?

9    A    Yes, sir, that is one.  And in that particular study,

10   in males, it was a 3.89 increase in risk for diabetes.

11   Q    And that was in the Seroquel group.  The Seroquel

12   group was 3.8 time -- 3.89 times --

13   A    That means 389 percent increase in risk in those

14   patients studied.  Yes, sir.

15   Q    What was the Seroquel group compared to?  What was

16   Seroquel compared to in that study?

17   A    In this particular study, the comparison group was

18   the first generation antipsychotics.

19   Q    Does that mean that everyone in the study was taking

20   an antipsychotic drug?

21   A    Everyone in this study was on a form of antipsychotic

22   drug, yes, sir.

23   Q    So the 389 percent, a person taking Seroquel in this

24   study was 389 percent more likely to develop diabetes than

25   and person taking a first generation antipsychotic drug;

1    is that right?

2    A    That's correct, sir, yes.

3    Q    And so, is it your expectation, or do you know

4    whether all the people in this drug -- who were taking

5    these antipsychotic medications were in fact psychotic?

6    A    I believe they were sufficiently disturbed mentally

7    to require medication of the first or second generation

8    variety, yes, sir.

9    Q    Do you have an opinion or do you know whether people

10   who use antipsychotic drugs are at an increased risk for

11   diabetes, even without the use of those drugs?

12   A    I believe that data is out there.  There's certain

13   people with schizophrenia have been listed as more at

14   risk, yes, sir.

15   Q    So, to the extent that there is a background -- an

16   increased background incident of diabetes in the

17   schizophrenic population, this study says that even taking

18   that risk into account, Seroquel makes that risk

19   389 percent more likely; is that right?

20   A    Yes, sir.  That's the way I would interpret that,

21   yes, sir.

22   Q    And you relied on Exhibit 12 in rendering your

23   opinion that Seroquel is associated with new onset

24   diabetes?

25   A    That's another reference by Jeffery Guo, yes, sir.

1    Q     How does Dr. Guo's article support your opinion?

2    A     In that case, the risk was 2.5, and the -- this was a

3    Medicaid group of patients.  In that case, I understand

4    the control group was not on antipsychotics.

5    Q     So this was comparing patients on antipsychotics to

6    patients not on antipsychotics?

7    A     Yes, sir.  That's as I read this, yes.

8    Q     And how many patient were studied for these articles?

9    A     Well, the numbers were very big at the start.  What I

10   believe is relevant to this particular case is those who

11   are on Quetiapine, and that was 20 percent of 283.

12   Q     Doctor, does Exhibit 12 support your opinion that

13   Seroquel is associated with diabetes?

14   A     Yes, sir.  That was the conclusion of these authors.

15   Q     Doctor, in your medical practice is it customary for

16   you, when ruling in potential causes of an illness that a

17   patient has, to conduct the kind of literature research

18   that you've conducted for purposes of rendering your

19   testimony here today?

20   A     Yes, sir, I think it's reasonable, and we try to stay

21   up-to-date.

22   Q     As a medical doctor, are you qualified to analyze

23   clinical trial papers, the types which we have attached

24   here as exhibits, to determine whether a particular

25   treatment might be associated with an illness?

1  A     Yes, sir.  If you see my CV, I have done some

2  epidemiological studies, as well as some in vitro studies.

3  Q     Just so the Court is clear, you have ruled in or it

4  is your opinion that Seroquel is a potential cause of

5  diabetes; is that correct?

6  A     Yes, sir.  And this certainly seems to be the

7  conclusion of this reference as we've just been

8  discussing.

9  Q     One last exhibit on this issue, Doctor.  If you look

10  at the current Seroquel labeling.  It's Exhibit 18.  And

11  turn to page 6.

12  A     Yes, sir, I have page 6.

13  Q     You see a section entitled Hyperglycemia in the

14  adverse event section?

15  A     Yes, sir.

16  Q     Does the statement under Hyperglycemia support your

17  opinion that Seroquel is associated with glucose

18  abnormalities and diabetes?

19  A     Yes, sir.  If I read it right, it said "10 percent of

20  patients had a fasting sugar of greater than 126," which

21  would be our cut point for diabetes.

22  And the patient numbers referred to here were 680 in the

23  first conclusion and then the 3,300-odd in the second

24  conclusion.

25  Q     So what this data says is that more than twice the

1    people taking Seroquel versus placebo develop diabetes
2    level hyperglycemia?
3    A    Yes, sir.  That's as I would read the Seroquel label.
4    Q    And of course, just to be clear, in order to diagnose
5    diabetes they would have had to reach that level twice; is
6    that right?
7    A    Yes.  One would assume that, yes, sir.
8    Q    Nevertheless, a fasting blood glucose over 126 is
9    part of the diagnostic criteria for a diabetes diagnosis,
10   right?
11   A    Yes, sir.
12   Q    So the material in Seroquel, the Seroquel labeling
13   and the words the AZ itself on the issue of whether
14   Seroquel causes an increase in blood glucose levels in
15   patients, support your opinion that Seroquel can cause
16   those results in general and is associated with new onset
17   diabetes, right?
18   A    I think that's a reasonable statement summary, yes.
19   Q    In your opinion, having reviewed the journals, is it
20   any longer a controversial issue whether atypicals in
21   general, and Seroquel specifically, is associated with
22   glucose abnormalities and new onset diabetes?
23   A    No, sir.  To the extent -- in fact there was a
24   consensus conference between the American Diabetes
25   Association and the American Psychiatric Association, and

1    it was pretty well laid out that there was a risk.  And

2    the risk issues were discussed and then constructive

3    suggestions were made to assist patients who would be

4    faced with this problem, in how to manage it.

5    Q    The consensus statement described Seroquel's

6    association with diabetes and the data supporting

7    Seroquel's association as discrepant; is that correct?

8    A    Yes, sir.

9    Q    But you have reviewed literature that says that

10   Seroquel is associated with diabetes and Seroquel -- and

11   literature that says that it isn't, and you have reviewed

12   the label which describes Seroquel's effect on blood

13   glucose, and you have reached the opinion that it is

14   associated with new onset diabetes, correct?

15   A    Yes, sir.  I would point out that the consensus

16   conference was from four, now five years ago.  And times

17   are changing all the time, the data becomes better and

18   better and better.

19   Q    Is there any -- what is the newest literature on this

20   issue?  Is there any literature that's come out just this

21   year, that talks further on the issue of atypicals and

22   weight gain and diabetes?

23   A    Yes, sir.  There's a Lancet article and a covering

24   editorial which came out on the 3rd of February, and

25   that's Reference 14, which we can discuss if you believe

1    it's relevant.

2    Q    How does Exhibit 14 support your opinion?

3    A    Well, to limit the issue, what it highlights is that

4    Abilify and Geodon were two exceptions that did not have

5    that problem.

6        What it highlights for the issue of weight gain is on

7    page 37, for those who are following.  And the fourth from

8    the right is Seroquel.  And clearly there is an issue of

9    weight gain where Quetiapine or Seroquel is more

10   disadvantageous compared to first generation antipsychotic.

11   Again, this would stand -- all these patients presumably

12   were psychotic, therefore they needed to be on an

13   antipsychotic medication?

14   Q    Is this Lancet a peer review journal?

15   A    It is, but in a funny way.  I say that having

16   published in the Lancet.  The editor -- what you present

17   to the Lancet goes in very quickly, and comes back --

18   comes out very quickly.  You get a phone call from the

19   editor within two or three weeks, I love your paper, it's

20   going to come out.

21       So he has a collection of peers that he clearly speaks

22   to.  But if you look at the times of submission and times of

23   publication, it's quite different from any of the others.

24   It's held in very high regards.  It's almost the same as the

25   New England Journal of Medicine in England, and I trained

1    over there, sir.

2    Q    Are there any other conclusions reached about the

3    atypical antipsychotics or Seroquel in this article that

4    are noteworthy?

5    A    You're stirring at the bees nest, sir.  Yes, there's

6    an incredible editorial that basically describes the

7    second generation antipsychotics as a spurious invention

8    of a marketing industry.  And I clearly -- I don't want to

9    get there, but that has just been published.

10   Q    Dr. Tulloch, were you asked to render any opinions as

11   to whether David Haller's use of Seroquel was a

12   substantial contributing cause of his development of

13   diabetes in August of 2004?

14   A    Sir, I believe it was a contributing factor.  When

15   Ms. Thorpe and I were discussing the issues, my simple

16   concept was that of the final straw that breaks the

17   camel's back.

18       I acknowledged all of the risk factors that this man

19   had.  And then I pointed out that he got Seroquel at a

20   certain date.  On three separate occasions after that he

21   developed pancreatitis, which is a known complication of

22   Seroquel.  And then some months after that he developed high

23   blood sugar, compatible with diabetes.

24   Q    Are Exhibits 19 through 26 among the material that

25   you have reviewed in reaching your opinion about

1  Mr. Haller's diabetes?

2  A    Sir, this poor man was, most of his life, in some

3  form of institution, either restrained at Uncle Sam's

4  pleasure or the equivalent thereof.  So he has voluminous

5  medical and other records.

6      I have skimmed through most of those, and then also a

7  summary that puts all of those together.  And we have tried

8  to put some of that on a flow sheet, which has been shared

9  with the Court.  And I believe that if one adds up the

10  circumstances, the final straw arrived, that broke the

11  camel's back, of his blood sugar on the 6th of August in

12  2004.  Yes, sir.

13  Q    Just so we're clear, in your regular medical

14  practice, outside of the context of rendering opinions in

15  litigation, you rely on summaries of medical records,

16  don't you?

17  A    That's the only way I survive, sir.  I'm a busy

18  referral specialist, endocrinologist.  I have given my

19  time to the American Diabetes Association, both nationally

20  and locally.  So patients that come to see me are

21  complicated, they bring a stack of charts that high, and I

22  often see 25 to 35 a day.

23      So we skim through the issues, we discuss with the

24  patient and the family, and then help them as much as we

25  can.

1    Q    In this case, you have not only reviewed summaries of

2    the medical records, you have also reviewed certain

3    individual medical records; is that fair?

4    A    I skimmed through most of the ones that were there,

5    sir.  That's -- it's a form masochism that we don't

6    entertain very often.

7    Q    I want to refer you specifically to Exhibits 19 and

8    20?

9    A    Yes, sir.

10   Q    Exhibit 19 is the weight chart now that you have

11   created and editorialized for us.

12   A    Yes, sir.

13   Q    And Exhibit 20 is a glucose chart which details

14   Mr. Haller's glucose readings according to date, to the

15   extent those readings are available.  Is that correct?

16   A    Yes, sir.

17   Q    Can you tell by looking at Exhibit 20 whether it's an

18   accurate reflection of the medical records that you

19   reviewed?

20   A    I believe so, yes, sir.  And it does give what seem

21   to be Bates numbers relation.  I would point out, there

22   are a few discrepancies, and let me explain some of those.

23   On the 28th of May in 1988, there's an apparent blood sugar

24   of 20.  And somewhere else is an apparent blood sugar of 50.

25   Let me explain to the Court that when the sugar is taken,

1    the red cells continue to metabolize glucose.  And so,

2    unless the blood is assayed quickly, there's a fault in the

3    number.

4         So, to get an accurate blood sugar, the blood should be

5    put into a fluoride tube.  Fluoride blocks the metabolism of

6    glucose by the red cells.  So if we get an occasional low

7    like what we saw there, 28th of May in 1988, my belief is

8    that on that occasion the glucose was run on a sample that

9    did not have fluoride.

10   Q    Can you tell by looking at the chart which is Exhibit

11   19, whether it's an accurate reflection of information

12   from Mr. Haller's medical record?

13   A    Yes, sir.  It's a transcription of the weights, and

14   one has to assume that the prison and hospital weights and

15   scales are reasonably accurate.

16   Q    Can you please describe for the Court how Exhibit 19

17   and the context of exhibit 20 supports your opinion that

18   Mr. Haller's diabetes was caused by Seroquel treatment?

19   A    Well, what we have in Exhibit 19 is a serial listing

20   of the man's weights from 1985 until 2008.  He does

21   oscillate.  There's a graph of when he got psychotropics.

22   In '92 he was given a psychotropic Depakote or valproic

23   acid, which can cause weight gain and can be a

24   contributing problem to weight gain.

25        A little later he was given Lithium.  That's marked on

1    the scale.  A little later he was given Risperdal, which is

2    an atypical antipsychotic and is on our list of risk

3    medications.

4         And then in 2002 he was given Seroquel.  And from that

5    time there's an apparent dramatic rise in weight.  However,

6    I would point out that the points, the time points there are

7    a little bit apart.  They go from 2002 to 2003.  So where it

8    looks like a very steep curve, we're missing a few months in

9    between.

10        And then he develops pancreatitis in November of 2003,

11   in January of 2004 and in July of 2004.  Then he finally

12   develops diabetes in August of 2004.  I have summarized

13   those issues to clarify the points for the Court.

14   Q    Prior to using Seroquel, what risk factors did

15   Mr. Haller have for diabetes, that you recall?

16   A    Well, we would have to start with the fact that the

17   poor man was psychotic.  We would need to acknowledge that

18   for a man who's five-foot-six tall, an ideal body weight

19   would be -- six-six is a -- would be about 160, 170, more

20   or less.  Actually somewhat less.

21        And so at least from the year '97, his weight had been

22   in excess of what was ideal for his height.  He then had a

23   fairly dramatic rise in '97, which then came down again.

24   And then this apparent dramatic rise in 2002, 2003, after

25   which -- after his exposure to Seroquel.

1    And we have summarized that Seroquel is a risk factor for

2    both weight gain and diabetes.

3    Q    Is Mr. Haller a smoker?

4    A    I believe so, yes, sir.

5    Q    He has high blood pressure?

6    A    Yes, sir.

7    Q    High cholesterol?

8    A    Yes, sir.

9    Q    Sedentary lifestyle?

10   A    Yes, sir.

11   Q    And all these things are risk factors for diabetes,

12   right?

13   A    Yes.  They are, but let me point out, when he finally

14   developed diabetes, the blood pressure medications he was

15   on were not blood pressure medications which precipitate

16   diabetes.  The common cheap first step medication for high

17   blood pressure is hydrochlorothiazide, which is a thiazide

18   diuretic.  And that can cause a sugar rise in almost

19   everybody.

20       When this man developed diabetes, his blood pressure

21   medication was not hydrochlorothiazide, it was two other

22   medications; one of which is not commonly associated with

23   diabetes at all, the other one is on the fringe.

24   Q    So the significance in that is, other than Seroquel,

25   he wasn't on other medications that are commonly

1  associated with new onset diabetes?

2  A    Yes, sir.  A dramatic risk factor, yes, sir.

3  Q    He was, however, on Depakote, which causes weight

4  gain.  But was Mr. Haller, in addition to being a smoker,

5  having a sedentary lifestyle, being mentally ill, having

6  high blood pressure and high cholesterol, and obese, was

7  he on Depakote in 1997 through 2000?

8  A    Yes, sir.

9  Q    And did he develop diabetes during that time frame?

10  A    No, sir.  Neither did he while he was on Risperdal or

11  when the Risperdal was added.

12  Q    Because of that, are you able to say, with a

13  reasonable degree of medical certainty, that any of the

14  risk factors that we have talked about, other than the

15  Seroquel, was not the sole cause of his development of

16  diabetes in August of 2004?

17  A    Well, yes, sir.  You know, in these additive risk

18  factor issues, that simple concept of that final straw

19  that breaks the camel's back is the best analogy I can

20  use.  Yes, sir.

21  Q    Is your opinion that Seroquel caused Mr. Haller to

22  develop diabetes in August of 2004, based simply on the

23  fact that he developed diabetes while he was on Seroquel?

24  A    Well, I have acknowledged all of the other risk

25  factors.  And we have acknowledged the literature, which

```
 1   shows that Seroquel is associated with weight gain and

 2   with diabetes, and the risk ratios go up as high as 3.89.

 3   So I believe that it was the final straw, as I have said a

 4   moment ago.  It that what you were after?

 5   Q    No.

 6   A    Okay.  I'm sorry, I missed it.

 7   Q    Was there a worsening of other risk factors

 8   associated with diabetes while Mr. Haller was on Seroquel?

 9   A    Well, I have listed body weight, I have listed

10   pancreatitis, and you have listed all of his other bad

11   habits.  I'm missing what you're after, sir, I apologize.

12   Q    Sure.  Is weight gain a risk factor for diabetes?

13   A    Yes, sir, we touched on that.

14   Q    And did Mr. Haller's weight increase while he was on

15   Seroquel?

16   A    Oh, yes, sir.  I thought we discussed all that.  Yes,

17   sir.  There is a dramatic increase in body weight, which

18   occurs from his first exposure to Seroquel in October of

19   2002, and that high weight is maintained until his

20   development of diabetes in August of 2004.

21   Q    So your opinion then that Mr. Haller's diabetes was

22   caused by Seroquel is not based merely on the temporal

23   relationship between his use of Seroquel and his diagnosis

24   of diabetes?

25   A    No, sir.  We have and will discuss a number of other
```

1    mechanisms by which Seroquel can cause a rise in blood

2    sugar, damage to the pancreatitis, and the development of

3    diabetes.

4    Q    If you can turn to Exhibits 21 through 23.  What does

5    Exhibit 21 appear to be?

6    A    21 is Morton Mease planned healthcare entry of a man

7    who was 42 at the time, developed abdominal pain, was on

8    200 milligrams of Seroquel, according to this medication

9    list, I believe it was maybe more than once a day, and

10   Depakote 500 milligrams.  And he was noted to be

11   dehydrated.  And somewhere, either there or on the next

12   page there is a blood sugar.

13   Q    Was there a diagnosis of diabetes on this date?

14   A    Yes, sir.  New onset diabetes is diagnose number

15   three, and the basis for that is on page 22, Reference 22.

16   Q    Can you tell me what about -- what information on

17   page 22 supports that new onset diabetes diagnosis?

18   A    As we discussed, a diagnosis of diabetes is made any

19   time a blood sugar is in excess of 126.  This guy's blood

20   sugar was 410.  When people come in with that level of

21   blood sugar abnormality, the issue is, are they ketotic or

22   non-ketotic, because ketosis can be another complicating

23   factor.

24        The next line above that is carbon dioxide.  And when

25   that ketotic, that number can be down as low as eight or

1  nine.  So his carbon dioxide of 23 means he had high sugars,

2  he was dehydrated, but he was not ketotic.

3  Q    Just so we're clear, what are diagnostic criteria for

4  diabetes?

5  A    We -- I'll mention them again.  Fasting sugar of

6  greater than 126, a random blood sugar of greater than

7  200.

8  Q    For the fasting test, that has to be confirmed in a

9  follow-up fasting test, right?

10  A    Yes, sir, in the patient's best interest.

11  Q    So one random sugar over 200 means diabetes, right?

12  A    Well, it's very difficult to explain otherwise, yes,

13  sir.  Again, in the patient's best interest, because of

14  lab errors and the like, we always like to see more than

15  one.

16  Q    Based on Exhibit 22, do you agree with the assessment

17  in Exhibit 21 that in August of 2004, Mr. Haller was

18  diagnosed with diabetes?

19  A    Well, sir, I would add to that Exhibit 23, which

20  lists another number, which maybe I should explain.  The

21  number there is hemoglobin A1C.  That is a measured amount

22  of blood sugar that stuck to red cells.  The normal range

23  for this lab was 4.7 to 6.3.  The value was 10.3.

24  And that tells me that his blood sugar had been running well

25  in excess of 200 after meals, probably for six weeks, sir,

1  at least, prior to his presentation to the Morton Plant.

2  Q    So in six weeks prior to this presentation in the

3  Morton Plant he was on Seroquel, right?

4  A    He's not been off Seroquel since October of 2002,

5  sir.  I believe he's still on Seroquel right now.

6  Q    If you will look at Exhibits 24 through 26.  These

7  are glucose readings for Mr. Haller taken at points prior

8  to his use of Seroquel.

9  A    Yes, sir.

10  Q    Do any of these glucose readings suggest to you that

11  Mr. Haller had diabetes before he used Seroquel?

12  A    Well, this one of 128, which I think Ms. Thorpe dug

13  up at 4:00 in the morning; was that the one?

14  Q    Yes, sir.

15  A    That's above 126.  At 4:00 in the morning, this guy

16  might have had candy during the night or might have had a

17  sugar problem.  And we would have to ask him to remember

18  back to 24 December 1998 to really find out.

19  If all of his other sugars were well below 128, I would

20  worry about candy during the night.  If all of the others

21  were above 120, this man had diabetes at that time.

22  What I said earlier was, we do occasionally get random

23  sugars that don't fit.  And I explained the issue of not

24  being fluoride in the tube, which would give unexpectedly

25  low glucose, and candy in his cell could certainly explain

1    an otherwise unusually high glucose.

2    Q    Does it say anywhere on Exhibit 26 that this was a

3    fasting sample?

4    A    No.  No, sir.  Ms. Thorpe and I entertained one

5    another over this particular number.

6    Q    Can you say within a reasonable degree of medical

7    certainty, simply based on Exhibit 26, whether Mr. Haller

8    had diabetes before he used Seroquel?

9    A    For the reasons we have just discussed, the random

10   sugars can be random, random highs and random low, and a

11   good clinician, before he sentences a patient to a

12   lifetime with diabetes on his chart, because once they get

13   that they pay the higher risk insurances for diabetes, we

14   don't add diabetes onto a chart until we're fully

15   comfortable that it's without any doubt.  I feel that's in

16   the patient's best interest.

17   Q    If you will refer back to Exhibit 20, which is the

18   glucose chart.

19   A    Exhibit 20?

20   Q    Yes, sir.

21   A    Yes, sir, I have it.

22   Q    Mr. Haller had his -- had glucose readings

23   immediately proceeding glucose reading in July of '98.  Do

24   you see that?

25   A    I'm getting there.  Of '98?

27

1    Q    It's on page 3.

2    A    Okay, I have it.

3    Q    What was that reading?

4    A    I have a sugar of 50 on July the 9th.  I guess that's

5    the one before it.

6    Q    Certainly not suggestive of diabetes, is it?

7    A    No, sir.  It's unusually low.  And that's what I

8    tried to say, I believe that blood was taken into a

9    non-fluoridated tube.

10   Q    Mr. Haller had had an HBA1C level taken in September

11   of '98.  Do you have an opinion as to whether that might

12   have reflected a diabetic level HBA1C, based on the July

13   reading?

14   A    You will have to remind that number.  I saw several

15   that were quite low, 4.6 and the like.

16   Q    I don't think there was an HBA1C level on -- in

17   September of '98.  But based on the July '98 reading, is

18   it -- do you have any opinion as to whether that -- an

19   HBA1C, had it been taken in September, would have been

20   suggestive of diabetes?

21   A    I go back to reminding the Court that a hemoglobin

22   A1C gives an average running glucose of the proceeding six

23   weeks.  And so any hemoglobin A1C would reflect, in

24   general, what had been happening for the six weeks before.

25   Q    Is there any evidence in Exhibit 20 of glucose

```
1    readings around the time of September of '98, that suggest

2    that Mr. Haller had diabetes at that time?

3    A    We have only the single sugar of 128, sir.

4    Q    Which may be random, you just don't know, right?

5    A    I promise Ms. Thorpe and I entertained one another at

6    some length on that number.

7    Q    Doctor, do you have any opinion as to whether

8    Seroquel was a substantial contributing cause of

9    Mr. Haller's development of diabetes in August of 2004?

10   A    I have summarized for you, sir.  I believe Seroquel

11   causes weight gain, Seroquel causes a rise in glucagon,

12   Seroquel causes insulin resistance, Seroquel is -- use of

13   Seroquel is associated with high levels of diabetes.  And

14   I think that would summarize both the outcome and some of

15   the contributing factors.

16   Q    So we're absolutely clear, is it your opinion that

17   Mr. Haller's use of Seroquel was a substantial

18   contributing cause of his development of diabetes in

19   August of 2004?

20   A    The final straw that broke the camel's back.  Yes,

21   sir.

22   Q    Is that a yes?

23   A    Yes.

24   Q    Okay.

25   A    Yes, sir.
```

```
1   Q    Is it your opinion that Mr. Haller's use of -- that

2   Mr. Haller would not have developed diabetes in August of

3   2004, but for his use of Seroquel?

4   A    You are pushing me hard, sir, but certainly it was

5   the final straw that broke the camel's back, yes, sir.

6            MR. TRAMMELL:  I'll pass the witness, Your

7   Honor.

8            MS. THORPE:  May I approach the witness?

9            THE COURT:  Yes.

10  BY MS. THORPE:

11  Q    Dr. Tulloch, I'm going to give you your deposition

12  for Mr. Haller.  And Dr. Tulloch, I'm going to give you

13  your report, which I marked as Exhibit 20.

14  A    Thank you.

15  Q    And I'm going to give you your declaration that I

16  have mark as Exhibit 21.  Okay?

17  A    Okay.  Got it.

18  Q    Dr. Tulloch, you started out this morning talking

19  about epidemiology, right?

20  A    Yes, ma'am.

21  Q    Talked about Citrome and you talked about Guo; is

22  that right?

23  A    Yes, ma'am.

24  Q    And you recall that in your deposition you told me

25  right from the get-go that you are not a expert in
```

1    epidemiology, correct?

2    A    I also said that I had done some, published some

3    papers on epidemiology, but that's fine.

4    Q    Sir, do you recall that I asked you if you were an

5    expert in epidemiology in your deposition?

6    A    Ma'am, that was weeks ago.  You have whatever I said

7    in print, so I'll accept that.  But I also would point out

8    that my curriculum vitae includes some studies on the

9    epidemiology of diabetes.

10   Q    Let me bring up slide 347, for you.  Right there on

11   you your monitor, sir.  Look at your monitor besides you,

12   Dr. Tulloch, and you can see your testimony.

13   A    Okay.  Thank you.

14   Q    You see that -- I'm going to direct your attention to

15   page 613 of your deposition, lines 16 through 18.

16   A    Okay.

17   Q    And you gave the answer:  "And I started off by

18   saying I'm not an expert in epidemiology, ma'am."  That's

19   what you said, right?

20   A    Okay, ma'am.

21   Q    You agree with that?

22   A    That's fine.

23   Q    And during your deposition in October you said that

24   you were going to leave the validity of population

25   statistics to someone with expertise in the area, like

1    Dr. Wershing and that you weren't going to stick your neck

2    out into that area, correct?

3    A    That's perfect.  You know I'm a cautious guy.  Yes,

4    ma'am.

5    Q    Now, let's start, sir, by focusing on your report

6    which I put in front of you, I believe it's Exhibit 20.

7    A    Uh-huh.

8    Q    I want you to look at the second page of your report.

9    If you could turn to that.

10   A    I'm on the second page.

11   Q    Now, you say, sir, that you are qualified to render

12   the opinion to a reasonable degree of medical certainty on

13   that page, right?

14   A    Yes, ma'am.

15   Q    And you say you can do that because of your education

16   and training, right?

17   A    Yes, ma'am.

18   Q    And you say you can do that because of your review of

19   the published literature pertaining to antipsychotics,

20   right?

21   A    Yes, ma'am.

22   Q    And You say you can do that because -- that was

23   number two.  And you can say number three, you can do that

24   because of your review of documents pertaining to Seroquel

25   produced by AstraZeneca, right?

1   A    Yes, ma'am.

2   Q    And then fourth you say you can do that because of

3   your review of the medical records, right?

4   A    Yes, ma'am.

5   Q    Now, you told me, Dr. Tulloch, when we got together,

6   that you had read only a small portion of the literature

7   on Seroquel and diabetes, and Seroquel and weight gain at

8   the time you wrote your report, right?

9   A    Yes, ma'am.

10  Q    And you told me that you do not know from your review

11  of the literature, how much weight gain is associated with

12  the use of Seroquel, right?

13  A    Yes, ma'am.  And since that time we've looked at some

14  of the other references, and we have shared them this

15  morning.  Yes, ma'am.

16  Q    So you gave a report in this case, that you have

17  before you as Exhibit 20, right?

18  A    Yes, ma'am.

19  Q    And then I took your deposition in October, correct?

20  A    Yes, ma'am.  And I promised you -- I beg your pardon.

21  You complete yours.  We agreed on that.

22  Q    All right.  And at the time of your deposition, you

23  told me that you did not know from your review of the

24  literature, how much weight gain is associated with the

25  use of Seroquel, right?

1   A    That's correct, ma'am.  But I also promised that I

2   would bring new literature as it became available, and

3   that I would use my time effectively and pick up some of

4   the holes that were available during that time.  Yes,

5   ma'am.

6   Q    Dr. Tulloch, I don't have lot of time this morning.

7   So I need --

8   A    Please proceed.

9   Q    -- you to answer the question I'm asking you, okay?

10  A    Yes, ma'am.

11          MR. TRAMMELL:  Objection.  The doctor needs to

12  be allowed --

13          THE COURT:  Well, he needs to answer her

14  question.

15          MR. TRAMMELL:  -- to answer the question.

16          THE COURT:  He's the one who wants to get out of

17  here, so.

18          THE WITNESS:  Thank you, Your Honor.

19          THE COURT:  Otherwise you are going to be here

20  all day.

21  BY MS. THORPE:

22  Q    In all four cases you were testifying in,

23  Dr. Tulloch, you were willing to give an opinion after

24  reviewing only a portion of the medical records.  That's

25  what you told me, right?

1   A     Yes, ma'am.

2   Q     And I want you to focus on the third basis of your

3   opinion in your report, okay?  If you go back to that

4   page 2 of Exhibit 20.

5   A     I have page 2.

6   Q     You say that the third basis of your opinion was your

7   review of documents pertaining to Seroquel produced by

8   AstraZeneca.  Right, sir?

9   A     Yes, ma'am.

10  Q     And you got up this morning and you told the judge

11  that -- you talked about AstraZeneca studies, AstraZeneca

12  documents, right?

13  A     Yes, ma'am.

14  Q     You testified at your deposition, Dr. Tulloch, that

15  you in fact did not read any AstraZeneca documents before

16  forming your opinions and signing your report, correct?

17  A     Ma'am, I mentioned that I had the e-mails of Laura

18  Arvanitis and that I had access to that.  And the others I

19  had discussed, and as I said earlier, I assumed would be

20  covered by Dr. William Wershing.

21  Q     Could you pull up --

22  A     To clarify that point, yes.

23  Q     Could you pull up slide 35, please.  And, sir, I'm

24  going to direct you to your deposition testimony on

25  page 482, lines 24, through page 483, line 4.  It's on the

35

```
 1   screen to your side, but you're welcome to look at the
 2   transcript.
 3   A     Thank you, ma'am.
 4   Q     And you see there at line 24 on page 482, I asked you
 5   this question:  "So you have not read any AstraZeneca
 6   documents as of today?"
 7   And you gave the answer:  "As of today, that's right."
 8   A     Yes, ma'am.  And as I have said --
 9   Q     Did I read that correctly?
10   A     Since then --
11   Q     Wait, let me finish.
12   A     Okay.  Go on.
13   Q     And then I asked you the question:  "So, before
14   forming your opinions in this case, you did not review any
15   AstraZeneca documents, right?"
16   And you answered:  "Correct."  Did I read that correctly?
17   A     Yes, ma'am.  At the time I wasn't aware that the
18   Brecker article was from AstraZeneca.  And I had mentioned
19   the Laura Arvanitis article, which I had access to.
20   Q     Sir, you said in your report, which was filed in
21   federal court here, that as a basis of your opinion, you
22   reviewed AstraZeneca documents, correct?
23   A     That's correct, ma'am.
24   Q     And at the time you formed your opinions, as you
25   swore under oath, you did not, correct?
```

```
 1   A    Ma'am, I've clarified --

 2            MR. TRAMMELL:  Objection.

 3            THE COURT:  Overruled.

 4            THE WITNESS:  -- with the specificity that I

 5   have attempted to, so...

 6   BY MS. THORPE:

 7   Q    Now, sir, I want to ask you if you agree that your

 8   statement in your report, that you have reviewed the

 9   documents produced by AstraZeneca in this litigation is

10   misleading to the reader?

11            MR. TRAMMELL:  Objection.  That's the third time

12   she's asked that question.

13            THE COURT:  Overruled.

14            MR. TRAMMELL:  She's characterizing the

15   testimony.

16            THE COURT:  Answer her question.

17            THE WITNESS:  Ma'am, I mentioned that I had read

18   Laura Arvanitis and I had read Brecker.  It depends.  I

19   have no access to the totality of the AstraZeneca

20   literature.

21   BY MS. THORPE:

22   Q    Sir, I'm going to direct your attention to your

23   deposition testimony.  If could you pull up 227, please.

24   And sir, I'm going to direct your attention to your

25   deposition testimony at page 656, lines 14 through 20.  Tell
```

1    me if I'm reading this correctly.

2    A    Please go on.

3    Q    "You would agree, wouldn't you, Dr. Tulloch, that

4    your statement in your report that you have reviewed the

5    documents produced by AstraZeneca in this litigation, a

6    summary of which is listed and attached hereto as Exhibit

7    B is misleading to the reader."

8    And you gave the answer:  "Okay, I'll accept that."  Was

9    that your testimony, sir?

10   A    That was my testimony, yes, ma'am.  And I have, I

11   hope, clarified that this morning.

12   Q    Now, you also agree that if you look at page 9 of

13   your report, sir, of Exhibit 20, you say in there that

14   there is evidence that supports your opinion that

15   AstraZeneca has evidence that Seroquel was associated with

16   glucose disregulation; is that right?

17   A    Yes, ma'am.

18   Q    And you told me at your deposition that you base that

19   statement solely on something a lawyer and a paralegal had

20   told you, correct?

21   A    I did at the time.  And as I said, since then I have

22   been able to clarify that.

23   Q    Well, at the time that you wrote your report and gave

24   your deposition, you based your statement on glucose

25   disregulation -- your opinion on glucose disregulation on

1    something a paralegal, Ms. Glenda Granger, and a lawyer

2    told you, correct?

3    A    Ma'am, we were talking about the in-house --

4              MR. TRAMMELL:  I'm going to object.

5              THE COURT:  Well, he just needs -- if he would

6    just answer her question, you're going to have redirect.

7              MR. TRAMMELL:  We are way beyond the scope on

8    anything I asked him about on direct.

9              THE COURT:  Well --

10             MS. THORPE:  Your Honor, I --

11             THE COURT:  This is proper cross-examination in

12   a Daubert hearing.

13   BY MS. THORPE:

14   Q    So the pending question, sir, is, you based your

15   statement on glucose disregulation and Seroquel solely on

16   something a paralegal and a lawyer told you, correct?

17   A    Ma'am, I don't think that's correct in the current

18   setting.  And at the time we were referring to the

19   in-house e-mail, I had seen Laura Arvanitis, I had not

20   seen the others.  But those were the ones I had shared and

21   said would be covered by a fellow expert, Dr. Laura

22   Plunkett.  And I think you will read through the context

23   which clarified that.

24   Q    Sir, let me direct your attention to your deposition,

25   page 629, lines 8 through 16.  Slide 203, please.

```
 1   And, sir, did I ask you this question:  "And your statement
 2   here is that evidence supports my opinion that AstraZeneca
 3   had evidenced that Seroquel was associated with glucose
 4   disregulation in 1999 and 2000, right?"
 5   And you answered that question:  "That's correct."  Did I
 6   read that correctly?
 7   A    That's correct.
 8   Q    And the next question I asked you was:  "The only
 9   basis that you have for that statement is something that a
10   lawyer and a paralegal told you, correct?"
11   And your answer was:  "Yes, ma'am."  Is that correct?  Did I
12   read that correctly?
13   A    Yes, ma'am, you read my statement correctly.  And I
14   hope I've clarified that this morning.
15   Q    You have mentioned a couple of times, quibbling about
16   an e-mail, sir, that you read.  And let's talk for a
17   minute about the e-mail.
18        You agree with me that at the end of your deposition
19   you said that you had read one AstraZeneca e-mail before
20   signing your report, correct?
21   A    That's correct.
22   Q    And you agreed with me that you didn't have it with
23   you to produce, you couldn't find it in your office, and
24   then you went home the night of the deposition and you
25   called the paralegal and she gave it to you, that one
```

1    e-mail, and you brought that e-mail, along with a bunch of

2    other documents that she gave you overnight, during your

3    deposition; isn't that correct?

4    A    That's correct, ma'am.

5    Q    And you agreed that you had no understanding or

6    personal knowledge of any of the facts underlying that

7    e-mail, correct?

8    A    Yes, ma'am.

9    Q    And you said that any opinion that you form based on

10   that e-mail would be a personal opinion and not an expert

11   opinion, correct?

12   A    Well, it depends on what context I was presenting

13   myself.  But, yes, ma'am.  The data there was something

14   which had become from Laura Arvanitis.  Yes, ma'am.

15   Q    Sir, my question to you is, did you say in your

16   deposition that any opinion you form based on that e-mail

17   would be a personal opinion and not an expert opinion?

18   A    If that's what I said in my deposition, I'll agree

19   with you, ma'am.

20   Q    Now, doctor, you agreed with me in your deposition

21   that you had not reviewed the medical and scientific

22   literature on Seroquel comprehensively.  Do you remember

23   that?

24   A    That's correct.

25   Q    And you summarized two reasons that you were in the

1   case.  The first one being your interest in the field,

2   having spent time advising psychiatrists on endocrinology

3   issues.  Do you remember that?

4   A   That's correct, ma'am.  I'm on the panel of experts

5   that has been in that context, yes, ma'am.

6   Q   And the second reason that you got involved in this

7   litigation is that you have a personal contact through

8   duck hunting with a plaintiff's lawyers for the last 25

9   years.  Correct?

10   A   Yes, ma'am.

11   Q   And you agreed that that was an unusual reason for

12   being involved in this kind of setting, correct?

13   A   With some humor, yes, ma'am.

14   Q   In your -- I'm going to move to a different topic.

15   In your report -- still sticking with your report for a

16   minute.

17   A   Thank you.

18   Q   Exhibit 20.  You gave a labeling opinion on page 9,

19   correct?

20   A   Yes, ma'am.  Go on.

21   Q   You don't know -- you agree with me that you did

22   that, right?

23   A   I'm still trying to find page 9, but go on.  You're

24   probably going to bring it up in the slide.

25   Q   You don't know what the standards are as to what goes

1    in a label that goes out with a pharmaceutical product,

2    correct?

3    A    Yes, ma'am.  What I mentioned was that Laura Plunkett

4    would be covering that.  And I believe that was the case.

5    Q    You actually withdrew your labeling opinion --

6    A    Yeah.

7    Q    -- at the deposition, right?

8    A    I'm a busy clinician, not a pharmacologist.

9    Q    So you withdrew your labeling opinion, correct?

10   A    If that's what I said, yes, ma'am.  You have seen my

11   deposition.

12   Q    You have withdrawn your labeling opinion, sir?

13   You're not giving a labeling opinion?

14   A    Is that what I said in my deposition?

15   Q    Okay.  Let me pull up 299, please.  If you will look,

16   sir, at page 670, lines 15 through 21, of your deposition.

17   "And so you're not going to give a labeling opinion in these

18   cases, correct?"

19   And you responded:  "I think that's reasonable."

20   A    Yes, ma'am.  And I have said that again, that I

21   believe that there is a professional pharmacologist who

22   will be covering that issue.

23   Q    All right.  Let's talk about Mr. Haller.  All right?

24   In most cases that you have testified in the past, you have

25   been able to get an independent history and had the ability

1  to examine patients, right?

2  A    Yes, ma'am.

3  Q    And in your clinical practice, sir, you always take a

4  medical history, correct?

5  A    And do a physical examination, yes, ma'am.

6  Q    By the way, you have never diagnosed a patient with

7  diabetes without examining the patient, right?

8  A    I have never seen a patient -- well, let me say that

9  differently.  If somebody shows me some data casually in

10  the hall, I'm quite happy to help him make a diagnosis.

11  If the letter comes from me in a clinical setting as a

12  clinical endocrinologist, I would need to see the patient,

13  either in the hospital or in the office.

14  Q    Do you recall that you testified in your deposition

15  that you have never diagnosed a patient with diabetes

16  without examining the patient.  Do you remember that?

17  A    Well, I'm trying to give you the context.  The

18  context would -- it need to be -- if my name were on it, I

19  would need to have see the patient.

20  Q    In this case, you didn't follow your regular method

21  in analysis of Mr. Haller.  You formed your opinions

22  without talking to Mr. Haller to take a medical history,

23  right?

24  A    That's correct, ma'am.

25  Q    You have never spoken with him or asked to speak with

```
1   him, correct?

2   A    That's correct, ma'am.

3   Q    You have never conducted a medical examination of

4   Mr. Haller?

5   A    That's correct.

6   Q    When you formed your opinions with regard to

7   Mr. Haller, you didn't really know how much Seroquel

8   Mr. Haller had ingested, correct?

9   A    Ma'am, I had access to his chart, I had access to the

10  amount that he had been given and the time duration that

11  he had been on.  We have since graphed that out to make it

12  easier for the Court to follow.

13  Q    You had no idea of what dose Mr. Haller was on until

14  eight months after he started on Seroquel when you signed

15  off on your report, correct?

16  A    We had a review of the dose that he had been on, yes,

17  ma'am.

18  Q    Can we have exhibit 58, please.  And I'm going to

19  direct your attention to page 504, lines 10 through 13, of

20  your deposition.  And tell me if I'm reading this question

21  and answer correctly.

22  "Before forming your opinion in this case, you did not know

23  what dose of Seroquel Mr. Haller was on until May of 2003,

24  correct."  Is that correct?

25  A    That's correct.
```

1    Q    And you know, sir, and you testified on direct, that

2    he was prescribed Seroquel in October of 2002, right?

3    A    Yes, ma'am.

4    Q    So that's seven to eight months, correct?

5    A    That's correct.

6    Q    So you did not have an idea of what dose Mr. Haller

7    was on until eight months after he started Seroquel,

8    correct?

9    A    Ma'am, I knew he had been on Seroquel for that

10   duration, and we also graphed out that he had been on

11   Depakote and Risperdal for prior occasions.  Yes, ma'am.

12   Q    You didn't know the dose, sir?

13   A    Yes, ma'am.

14   Q    And you said that Mr. Haller did not always take his

15   Seroquel, correct?

16   A    Yes, ma'am.

17   Q    Now, he wasn't compliant with many of his

18   medications, you testified, correct?

19   A    That's correct.

20   Q    Furthermore, you were willing to sign -- to form your

21   opinion and sign off on a report without really knowing

22   how much weight gain Mr. Haller had in the first year he

23   was on Seroquel, correct?

24   A    No, ma'am, we had -- and we shared that.  We had a

25   clinical summary and we gave to you the originals on the

1   chart.  The charts at the time were all on disk, and I

2   described to you how I had reviewed the disks and prepared

3   the report.

4   Q    Let's pull up slide 118, please.  And if I could

5   refer you to page 562, lines 13 through 16 of your

6   deposition on Mr. Haller.

7   You were asked the question:  "So you don't know what his

8   weight gain was on Seroquel, in the first year that he was

9   on the drug, right?"

10  And you answered:  "That's correct."  Did I read that

11  question and answer correct?

12  A    You did indeed, ma'am, thank you.

13  Q    In fact, you agreed with me that it was speculative

14  to say how much weight he gained while he was on Seroquel,

15  correct?

16  A    If you have that in the deposition, I'll agree with

17  it.

18  Q    All right.  Well just let's just pull it up.  Your

19  deposition -- slide 83, your deposition, page 527, lines 5

20  through 14.  If you look at that, sir.

21  And you agreed in your deposition that it speculative to say

22  how much weight he gained while he was on Seroquel.

23  Correct?

24  A    Yes, ma'am.  And I would point out that it has been

25  summarized very nicely in Exhibit 19.

1    Q    Now, sir, you did not review any of Mr. Haller's

2    treating physicians' depositions, correct?

3    A    That's correct.  I said, when I get referred a

4    patient, it's the chart that I look at, it's the patient I

5    speak to, it's examination I do, and the report that I

6    prepare.  Yes, ma'am.

7    Q    And you formed your opinion without knowing -- if we

8    could pull up slide 310, please -- that the person who's

9    taking care of him now in 2008, says he is not diabetic,

10   correct?

11        If you look at the screen.  You didn't read this before

12   forming your opinions?

13   A    That's not coming out very well, but I'll take your

14   word.  Would you like to read the words?

15   Q    "So in your opinion, he is not diabetic; is that

16   correct?"

17   And the answer is:  "He's not diabetic."

18   A    Okay.  At what time are we relating to?

19   Q    This is in 2008.  This is when this deposition was

20   taken.

21   A    Okay.  We had shared that his sugars had been quite

22   reasonable for several months prior to that particular

23   time.  Yes, ma'am.  Hemoglobin A1Cs were in the normal

24   change.

25   Q    And let us just point out that in your direct

1  testimony, you said that he started in May of 2002 to

2  take -- excuse me, October of 2002, to take Seroquel.

3  Correct?

4  A    Yes, ma'am.

5  Q    And you said -- I just don't want to let this get

6  away.  Today, as we stand -- as I stand here this

7  courtroom, he is still taking Seroquel, correct?

8  A    Yes, that's correct, ma'am, I said that a moment ago.

9  Q    His doctor who was deposed this summer said he

10  doesn't have diabetes, right, you just read that?  You

11  just read it for the first time?

12  A    Yes, ma'am.  Uh-huh.

13  Q    And you agree that his sugars are absolutely well

14  controlled, right now while he's on Seroquel?

15  A    That's correct.

16  Q    All right.  Now, you said on direct that Mr. Haller

17  has pancreatitis, right?

18  A    May I explain the first, previous --

19  Q    No.

20  A    When somebody's taking patients -- medications for

21  diabetes, they can normalize their sugar, go into the

22  pancreatitis form, yes.

23  Q    You said that Mr. Haller has had pancreatitis, right?

24  A    Yes, ma'am.

25  Q    And when you were deposed, you agreed that there is

1   not enough scientific evidence to conclude that Seroquel

2   is a cause of pancreatitis, correct?

3   A    Ma'am, I can't agree with that, you may pull it up.

4   But in the current settings, I can definitely remember we

5   looked at at least two patients' cases that had

6   pancreatitis, and I can remember talking about the one

7   reference which was Groper.

8   Q    Can we pull up slide 18, please.  I'm going to direct

9   your attention to your deposition, page 242, lines 11

10   through 16.

11         And I want to ask you, is it your testimony -- or am I

12   reading correctly:  "It is your opinion that Seroquel is a

13   associated with pancreatitis, but there's not enough

14   evidence to say that it's a cause of pancreatitis.  Do you

15   agree with that statement?"

16         And your answer, sir, and tell me if I'm reading

17   correctly. "I think that's a reasonable statement on the

18   best available data."

19         Correct?

20   A    You read my statement correctly, ma'am, but I would

21   also point out that at the time we were looking at three

22   case reports of pancreatitis by an authority called

23   Groper.  And there is another reference for pancreatitis,

24   which we also discussed.  So --

25   Q    And so, what you said, if went through all of this,

1   sir, we went back and went through the entire examination,

2   we looked at the case reports that you had, and you said

3   that you had -- your report was actually wrong to say it

4   was causal.  That it was -- that all you could say was

5   that it was an association based on case reports.  And

6   then you gave the testimony I just read.  Correct?

7   A    Okay.  I see how you are splitting the issue.  Yes.

8   Okay, I'll accept that.

9   Q    Now --

10  A    Now, we have had case reports of pancreatitis

11  associated with the atypicals.  We discussed case reports

12  that were associated with Seroquel.  That's the statement

13  that I wish to have over.

14  Q    And you agree that an association is not causation?

15  A    Unless it's been shown to be a mechanistic way in a

16  clinical -- in an experimental setting with animals or in

17  a clinical setting, yes, ma'am.  I think that's good

18  science.

19  Q    All right.  Now, I want to go back here.  And you

20  said that Seroquel was first prescribe, as we said, in

21  October of 2002, for Mr. Haller, right?

22  A    Yes, ma'am.

23  Q    And then two years later, in August of 2004, he had a

24  diagnosis of diabetes.  Right?

25  A    That's correct.

1   Q    And I want to talk to you about diabetes generally

2   for a minute.

3   A    Okay.

4   Q    With that thought that two years, that short period

5   of time in mind, that he was on Seroquel until the

6   development of diabetes.

7   You agree, sir, that blood glucose laboratory tests are

8   commonly used to diagnosis diabetes, right?

9   A    Yes, ma'am.

10  Q    The diabetes diagnosis gets made on a fasting blood

11  glucose of 126, right?

12  A    We have read those numbers out, yes, ma'am.

13  Q    And I heard somebody saying in court yesterday,

14  Dr. Abramson, you weren't here, I know, use the number

15  129.  But -- as the glucose level, when he was examined.

16  But that's not right, it's really 126?

17  A    It's actually a certain number of millimoles.  The

18  equivalent in milligrams is 126, yes, ma'am.

19  Q    The fact that a laboratory test for blood glucose is

20  positive on any given day doesn't mean that's when

21  diabetes begins, correct?

22  A    That's correct.

23  Q    The diabetes more likely than not begins before the

24  laboratory test is conducted, right?

25  A    We highlighted that in several ways, and in this case

1   this man's hemoglobin A1C on day we found -- he was found

2   to have a sugar abnormal, had clearly reflected high

3   sugars for some time before that, yes, ma'am.

4   Q    My question for you is, diabetes more likely than not

5   begins before the laboratory test is conducted?

6   A    Yes, ma'am.

7   Q    You would agree with me that you cannot state with

8   any kind of scientific or medical probability, any precise

9   date that diabetes begins in a individual, correct?

10  A    Well, finger stick sugars are not done that

11  frequently that you could pinprick them.  Clearly, any

12  time a patient has the numbers in excess of what we

13  discussed on more than one occasion, it would be

14  appropriate to make a clinical decision of diabetes.

15  Q    So in 259, please, I would direct your attention to

16  page 181, lines 17 through 22 of your deposition.  You

17  were asked this question, sir, if you could look at the

18  screen.

19       "And you would agree with me that you cannot state with

20  any kind of scientific or medical probability, any kind of

21  precise date the onset of diabetes?  Science can't pinpoint

22  this is the day -- excuse me.  Science can't pinpoint this

23  is the day it started in an individual?"

24  And you answered:  "That's correct."

25       Did I read that correctly sir?

1    A    What I have to explain --

2    Q    Sir, the question is, did I read that correctly?

3    A    You read that correct.  And I have to give you the

4    context.  If a patient is slowly losing control of his

5    blood sugar, we have artificially defined numbers at which

6    that sugar is considered to be abnormal.

7         But as with blood pressure, there is a slow rise in

8    those two facilities.  And at that stage you say, okay, this

9    is pathological, before that it was contributory.

10   Q    Dr. Tulloch, this -- you know, we may have one moment

11   of agreement here.  Diabetes is a progressive disease,

12   correct?

13   A    Thank you, ma'am.  We do agree.

14   Q    It goes bit by bit, correct?

15   A    Yes, ma'am.

16   Q    And you agree that Type 2 diabetes often goes

17   undiagnosed for many years, right?

18   A    Yes, ma'am.

19   Q    Dr. Wershing said people typically -- in this Court.

20   Actually we were in Tampa.  But he said that people

21   typically have diabetes for seven years before diagnosis.

22   Do you agree with that?

23   A    That data came from UKPDS and it was about that time,

24   yeah, five to seven years.  Well, actually, the data was

25   subtending it back to the first abnormality of pancreatic

54

1    function.  So, again, we get into the semantics of what is

2    diabetes.

3    Q    Well, when you and I were together, you agreed that

4    -- we talked about the long asymptomatic period before

5    diabetes, and you agreed that the U.S. Preventative Health

6    Service has said that diabetes has a long asymptomatic

7    period estimated at 10 to 12 years.

8    A    That's correct.  Yeah.  And since then there's been a

9    whole publication on what you and I defined as

10   prediabetes.  And the focus on that has become quite

11   important.

12   Q    Now, Dr. Tulloch, you agree that it is your opinion,

13   to a reasonable degree of medical probability, that

14   whether or not Mr. Haller ever took Seroquel, he would

15   have developed diabetes anyway.  Is that correct, sir?

16   A    Yes, ma'am.  I carried that analogy in several

17   settings.  I said "We don't know this man's history,

18   family history, because he was adopted."

19        But what I gave you was an analogy of somebody who

20   inherits diabetes.  If they have Type 2 diabetes in the

21   family, it is likely that they may develop diabetes by the

22   age of 105.  And then you stack on the risk factors, and

23   that camel's saddle gets heavier and heavier.  In this case,

24   this stack of risk factors broke the camel's back on the

25   date that we discussed earlier.

1    Q    All right.  So, so, the reason that it is your

2    opinion to a reasonable degree of medical probability,

3    that whether or not Mr. Haller ever took Seroquel he would

4    have developed diabetes anyway, is because he had many

5    other causes of diabetes; obesity, hypertension, smoking,

6    a sedentary lifestyle, correct?

7    A    Psychosis, et cetera.  Yes, ma'am, we have agreed on

8    this, yes.

9    Q    In fact, it is your opinion in this -- in all the

10   cases you have looked at in this litigation, that all of

11   the plaintiffs you have been deposed about would get

12   diabetes at some point in time, even if they had never

13   taken Seroquel, correct?

14   A    Yes, ma'am.  And I said the age that I put forward

15   was 105.

16   Q    And so what you're saying about -- right.  You're

17   saying -- and I want to get to the 105.

18   A    Yes, ma'am.

19   Q    You're saying they could get diabetes at 25 if they

20   made bad lifestyle choices, right?

21   A    And got pregnant.  Yes, ma'am.

22   Q    Or whatever.

23   A    Yes, ma'am.

24   Q    Whatever, that's not -- having had children, that's

25   not necessarily bad.  Having had made bad lifestyle

1  choices, they could get diabetes early?

2  A    Right.  And exposure to medications, including some

3  of the blood pressure medications and some of the

4  antipsychotics.  We're on same wavelength, yes.

5  Q    That's age 25?

6  A    Yeah.

7  Q    On the one hand.  And if they made really good

8  lifestyle choices on the other hand, then they could live

9  to 105, right?

10  A     We're on the same wavelength.  Yes, ma'am.

11  Q    So you can't say when -- you know that it's

12  inevitable that it's going to happen to these plaintiffs,

13  including Mr. Haller, but you can't say when.  It's

14  speculative to say when they would get diabetes, right?

15  A    The final straw that breaks the camel's back.  If you

16  stack more and more on them, the camel's back is more

17  likely to break.  We're on the same analogy.  But, yeah.

18  Q    You agree that it's speculative, right?

19  A    Yes, ma'am.  Well, I'm trying to give medical -- and

20  I hope we don't get legal comebacks.  The time at which

21  the camel's back breaks is when the straws are too high.

22  I'm not quite sure what the word "speculative" should be.

23  But I leave that as the simplest analogy for us to share.

24  Q    You can't say when?

25  A    Yes.  And it happens when the final straw lands on

1    the camel's back.

2    Q    And the date as to when that happens and the

3    circumstances it happens in is speculative, sir, correct?

4    A    That's -- I don't know what speculative means.  I

5    leave the analogy, sometimes at 25, if everything is bad,

6    sometime at 105, if the guardian angel is kind, and

7    somewhere in between the straws stack up hard.

8    Is that a reasonable answer to you, ma'am?  I'm avoiding the

9    word "speculative," because I don't know what it means

10   legally.

11   Q    We will move on, sir.

12        Dr. Tulloch, you have a carefully worded statement in

13   your report -- or in your -- excuse me, your declaration,

14   that is before you as Exhibit 21.

15        Could you look at that?  Exhibit 21 is your

16   declaration, right, sir?

17   A    Yes, ma'am.  Go on.

18   Q    This is something you filed after your report, right?

19   A    Yes, ma'am.

20   Q    It was filed after you took a deposition or after

21   your deposition was taken, right?

22   A    Yes, ma'am.

23   Q    So this is filed on just -- not that long ago,

24   November 21, right?

25   A    Yes.  There is a date on it somewhere, yes.

58

1    Q    And you know that it was after we had filed our

2    Daubert motions, right?

3    A    Right.  After we had been together, yes, ma'am.

4    Q    So in your declaration you now say:  "Mr. Haller

5    would not have developed diabetes in August of 2004

6    without the Seroquel," right?

7    A    Without that being the final straw, yes, ma'am.

8    Q    And what you're saying is that you believe that

9    Seroquel somehow accelerated Mr. Haller's development of

10   diabetes, because of his weight gain, true?

11   A    Well, and the other mechanisms that we have

12   discussed; the change in the pancreatitis, the change in

13   the blood sugar, the change in the peripheral fat cells.

14   But, yes, ma'am.

15   Q    Let's pull up slide 95.  And I direct your attention

16   to page 541 of your deposition.  Lines 24 -- 545, lines 24

17   to 542, line 3.

18   A    It's not subtending very well, so if you wouldn't

19   mind reading it.

20   Q    And you have the deposition in front of you, but I'll

21   be glad to read it to you.

22   A    Okay.

23   Q    Line 24 on page 541, I ask you this question:

24   "And I think what you're saying is that you believe that

25   Seroquel somehow accelerated the development of the diabetes

59

1   because of the weight gain?"

2       And your answer was:  "That's to the best of my

3   interpretation.  Yes, ma'am."

4       Right?

5   A    Yes, ma'am.  That's correct.  And I have highlighted

6   the other mechanisms that work as well.  And --

7   Q    We're going to talk about that.  If you'll just bear

8   with me, we're going to get to that.

9   A    I'm with you.

10  Q    You have not attempted to quantify the acceleration,

11  because you can't, of Mr. Haller's diabetes.  Correct?

12  A    You are trying very hard to get me to quantify a lot

13  of things, ma'am, and I wouldn't, because I couldn't,

14  because it's not good science.  That's correct.

15  Q    And you could not say how much Mr. Haller's

16  development of diabetes was accelerated, right?  That

17  would be -- you just can't do that, because it would be

18  speculative?

19  A    The final straw, yeah.  The final straw that breaks

20  the camel's back.  That's the date it happened.  That's

21  what happened to his weight.  There are the other

22  mechanisms.  But that's it.  Those are the facts.

23  Q    You couldn't say without -- let's say without taking

24  Seroquel, you couldn't say he could have -- whether he

25  would have gotten diabetes on August 1 of 2004, or

1   August 1 of 2003, or August 1 of 2005, right?

2   A    Ma'am, you're trying to paint me into a corner that I

3   don't think there is good data for.  What I have said was

4   that this man developed it under the circumstances.  Now

5   you're taking that came's back that's broken and saying,

6   Tulloch, pull off one straw at a time and tell me when the

7   diabetes would have gone away.  That's not good science.

8   What I can say is that those circumstances resulted in him

9   having a blood sugar that was compatible with diabetes and

10  with a hemoglobin A1C that showed the sugars had been way

11  off for a good period of time.

12       Now, ask me to take away Seroquel, well, it would still

13  have happened, but it may not have happened until many years

14  later, ma'am.

15  Q    I think we're agreeing, Dr. Tulloch, so --

16  A    Okay.  I apologize.

17  Q    -- I'm going to quit.

18  A    Okay.

19  Q    Without taking Seroquel, if he's not taking Seroquel,

20  you can't say whether he would have gotten diabetes in

21  August of 2003, August of 2004, or August of 2005, right?

22  A    Ma'am --

23  Q    Is that right?

24  A    No.  You're trying to make me speculate, and I don't

25  know what the legal issue of speculation is, so I'm trying

1    to avoid that.

2        He developed diabetes, we saw it.  And the factors were

3    there; weight gain, Seroquel and all the things that

4    Seroquel does to the body.  Now you're saying, Tulloch, take

5    away that straw, and I'm reluctant to commit myself, because

6    you're understanding my problem.

7    Q    I'm saying you can't.  You can't say whether -- if

8    he's not taking Seroquel, whether he would have developed

9    diabetes in August of 2003 or August of 2004 or August of

10   2005.  You can't say, right, because of all the lifestyle

11   choices?

12   A    Ma'am, but the facts are the facts.  He had a

13   medication, which by epidemiological data causes weight

14   gain, diabetes, and by a chemical data, causes

15   pancreatitis and hypothalamic change and all the rest of

16   it.

17   Q    You can't say?

18   A    Okay.  You need me to say yes, I'll say yes.  But do

19   you understand the circumstances?  I don't want to

20   speculate the facts where he got diabetes.  And he gained

21   a lot of weight with that medication.

22   Q    Well, let's' talk about the bases of your opinions.

23   This declaration, this new declaration you filed, prepared

24   after you had given all the deposition testimony and your

25   report, could you turn, in Exhibit 21, to paragraph 21 of

1   your declaration.

2   A     I have 21.  Uh-huh.

3   Q     Okay.  Okay.  And you see there that you have -- you

4   basically say here you're basing your opinion on five

5   different things, as I count them.  One you say -- and

6   this is, you know, in November 21, you say you're basing

7   it on a temporal association.  You see that?

8   A     Yes, ma'am.  Uh-huh.

9   Q     Then you say that two other risk factors had not

10  brought about the onset of diabetes, right?

11  A     Yes, ma'am.

12  Q     Three, mechanism.  Four, literature.  Five,

13  consistency.  You see that?  Five bases, right?

14  A     Yes, ma'am.

15  Q     Now, in your deposition you recall that you told me

16  that you had only one basis for your opinion.  One basis.

17  That -- well, let's pull it up.  93, please.

18  And, sir, I'm going to direct your attention to your

19  deposition page 541, lines 7 through 17.  And tell me if I'm

20  reading this correctly.

21      "As to all the plaintiffs in these cases, the only

22  basis for your opinion that Seroquel caused the development

23  of diabetes is its temporal relationship with weight gain,

24  and the weight gain's temporal relationship with the

25  development of diabetes, right?"

1    A    That's -- you read that statement correctly, ma'am,

2    but --

3    Q    And your answer was:  "Yes, ma'am.  I think that's

4    the best available data that we can obtain in these cases.

5    Yes, ma'am."

6         Did I read that correctly?

7    A    You read it correctly, yes, ma'am.

8    Q    All right.  Now, you agree that more and more people

9    are diagnosed with diabetes in this country every day,

10   right?

11   A    That's correct.

12   Q    And you agree, totally apart from Seroquel, right?

13   A    That's right.

14   Q    Correct?

15   A    Yes, ma'am.

16   Q    And you agree that mentally ill -- the mentally ill

17   have increased levels of diabetes, right?

18   A    Yes, ma'am, we --

19   Q    Totally apart from Seroquel?

20   A    Yes, ma'am.

21   Q    And when Mr. Haller gained weight in that 2002, 2003

22   time period, he was on Depakote, Lithium and other drugs,

23   right?

24   A    Risperdal was another one, yes, ma'am.

25   Q    Risperdal is another atypical antipsychotic?

1    A    That's correct.

2    Q    And as to all of these drugs, you could say there was

3    a temporal relationship between that drug and the weight

4    gain, right?

5    A    Yes.  The biggest change in weight, however, starts

6    when he goes on the Seroquel.

7    Q    But you will agree that there is a temporal

8    relationship with all of those drugs in the weight gain,

9    right?

10   A    The other drugs were exposed to him prior to this

11   massive weight gain.  But in your favor, I pointed out

12   that the time scale is a little bit modified in that

13   massive rise, that there's several months in there that

14   don't show.

15   Q    Now, you have talked about -- you've talked about a

16   whole string of things, about mechanism, about glucagon,

17   about insulin physiology, and you're -- on your direct.

18   And you recall that you testified in your deposition just --

19   you know, again, just a month or so before you filed this

20   declaration in November, that you know of no evidence that

21   you would call scientific, that allows you to conclude that

22   Seroquel has any direct effect on people, to cause diabetes,

23   correct?

24   A    Ma'am, I can't be clear on that.  What I have tried

25   to say, both then --

```
1    Q    Well, let's look at your deposition.

2    A    Well, that's okay.  What I'm trying to clarify now.

3    I promised you I would bring new data whenever I got it.

4    And we shared with you the most recent Lancet article.

5    And so my -- I promised you my opinions would change as

6    new data became available or as I became aware of old

7    data.

8    Q    Let's look at slide 46, please.  Your deposition

9    page 492, lines 16 through 23.  And I asked you, this is

10   in October:  "As we sit here tonight, you know of no

11   scientific evidence that allows you to conclude that

12   Seroquel directly effects the pancreas or cells of the

13   pancreas, or has any other direct effect on people, to

14   cause diabetes, correct?"

15   A    Yes, ma'am.

16   Q    And your answer was:  "Yes, ma'am."  Right?  Did I

17   read that correctly?

18   A    (Nods head.)  And since then --

19   Q    Is the answer yes, sir, did I read --

20   A    The answer is yes.  Yes at that time.  And since then

21   I have some data to share, which you have access to.

22   Q    I hope we have time to talk about it.  I'm going

23   to --

24   A    Okay.  Thank you.

25   Q    In fact, as to -- I want to focus now on the
```

1   mechanism for Mr. Haller.  Not just generally, but what

2   you said about Mr. Haller.

3   A    Okay.

4   Q    In Mr. Haller you said, you specifically testified

5   that the mechanism by which he got diabetes was weight

6   gain.  Right?

7   A    In this setting, the most probable mechanism, yes,

8   ma'am.

9   Q    For Mr. Haller.

10   A    For Mr. Haller, yeah.

11   Q    With all this other mechanism stuff, for Mr. Haller

12   you testified it was weight gain, right?

13   A    Again, I go back to that additive issue.  Seroquel

14   causes weight gain, but Seroquel causes all the other

15   issues as well.  We have shown it in animals.  We've

16   hypothesized it to be there in humans.  And as the data

17   becomes stronger, so my opinion on the other mechanisms

18   also become stronger.  But please carry on.

19   Q    Let me -- as to Mr. Haller, you have specifically

20   testified in your deposition that the mechanism by which

21   he got diabetes was weight gain right?

22   A    You read that correctly.  Yes, ma'am.

23   Q    And as to Mr. Haller, you found no evidence that

24   Seroquel directly effected his pancreas or the cells of

25   his pancreas, or any other direct effect that would cause

```
 1   diabetes, correct?
 2   A    I testified that at the time, ma'am.  And then in the
 3   airplane last night, I came over and I found three
 4   amylases which dramatically in excess of normal.  And so I
 5   had --
 6   Q    Well, I notice --
 7   A    -- pancreatitis to the list.  But at the time that I
 8   made that -- you and I shared the deposition, I hadn't
 9   noticed that.
10   Q    Yes.  In fact, that's because you didn't do a
11   thorough review of his medical records before his
12   deposition?
13   A    Our time is limited, ma'am, that's correct.
14   Q    Now, you testified in your deposition that all you
15   could find as to Mr. Haller was a 21-pound weight gain on
16   which to base your opinion.  Correct?
17   A    Well, I think the mass may not be quite that way, but
18   let's leave it as weight gain.  The specifics are
19   arguable, depending on when one starts the weight gain
20   issue.
21   Q    Let's look at -- let's be precise, Dr. Tulloch.
22   Let's look at your slide on 275, your testimony at
23   page 513, lines 21 to 514, line 5.  Tell me if I'm reading
24   this correctly.  And I'm looking at -- actually at your
25   report.
```

1          "Now and just before that sentence you say that the

2     main detectable relationship between Seroquel and abnormal

3     glucose physiology, therefore, seems to be following a

4     21-pound weight gain, when clearly abnormal sugars are

5     registered, right?

6          "Answer:  That's correct, ma'am.

7          "Question:  So you're saying that the excess weight

8     gain that Mr. Haller had, in your opinion, was a 21-pound

9     weight gain, right?

10          "Answer:  That's all I could find, ma'am."

11           Did I read that correctly?

12    A    Yes, ma'am, you did.  And --

13    Q    All right.  Now, you know, Dr. Tulloch, that before

14    Mr. Haller ever took Seroquel, he had a period of weight

15    gain during which he gained 80 pounds.  Before he took

16    Seroquel.  Right?

17    A    Yes, ma'am.

18    Q    60 pounds of that 80-pound weight gain took place

19    over a four-year period, between January of 1997 and

20    January of 2001, right?

21    A    Yes.  I think if you go back to '94, you could make

22    the weight gain even more.  But, yeah, it's on the graph

23    on page 19.  Yes, ma'am.

24    Q    So it's a big weight gain?

25    A    Yeah.

1   Q    If you plotted on a graph Mr. Haller's 80-pound

2   weight gain before Seroquel, you would agree that there

3   would be a line going upward with a positive slope, right?

4   A    Yes, ma'am, we have that, it's in Exhibit 19.

5   Q    And more probably than not, in persons who weights

6   form that kind of line, with a positive slope, you would

7   expect that person to continue gaining weight, whether or

8   not they took Seroquel, right?

9   A    Well, it didn't occur in this case.  And he

10  stabilized his weight, which came down to about 170.  And

11  then when he was exposed to Seroquel there was another

12  massive weight gain.  But, yeah, we shared both of those.

13  Q    But let's go to slide 122, please.  I'm going to

14  direct your attention to 567 of your deposition, lines 2

15  through 6.

16       "And more probably than not," I asked you, "in a person

17  who has weights that form that kind of line, with a positive

18  slope, you would expect that person to continue to gain

19  weight whether or not they took Seroquel, right?"

20  And you answered:  "Yes, ma'am."

21       Did I read that correctly?

22  A    Yes, ma'am.

23  Q    Now, we're going to talk in a minute about what you

24  just said.  I want everybody to remember you just said

25  that 176 pound.

70

```
1    A    Okay.

2    Q    I'll get back to that.  I'm marking it here for

3    myself and others.

4         You agree that while weight gains like this are more

5    and more common in our country, you would agree that the

6    80-pound weight gain Mr. Haller had before he took Seroquel

7    is not normal, right?

8    A    Well, it depends.  I see, unfortunate for whom that

9    is a fate, as part of their physiology.  I mean, people

10   do, unfortunately, have that problem.

11   Q    Do you recall telling me that that kind of weight

12   gain was not normal, in your deposition?

13   A    I accept that, ma'am.

14   Q    All right.  You don't have any information on how

15   Mr. Haller gained all that weight before he took Seroquel?

16   A    No, ma'am.

17   Q    You agree that some -- that Mr. Haller was mentally

18   ill and that sometimes people eat more when they're

19   depressed, right?

20   A    We agreed that, yes.

21   Q    And you agreed that Mr. Haller's sedentary lifestyle

22   and underlying psychoses were causes of his weight gain,

23   right?

24   A    Contributing factors, yes, ma'am.

25   Q    You said that they were causes of his weight gain,
```

```
 1    correct?

 2    A    Yes, ma'am.

 3    Q    Yes?

 4    A    Yes, ma'am.

 5    Q    All right.  And as we have discussed, you know that

 6    he's been on Depakote and Lithium for a long time, right?

 7    A    I added Risperdal to that as well.  And we all --

 8    both agreed on that too, yes, ma'am.

 9    Q    And he was on Depakote and Lithium while he was on

10    Seroquel, right?

11    A    And Risperdal.  Yes, ma'am.

12    Q    And you acknowledged this morning that Depakote and

13    Lithium are both known cases of weight gain, right?

14    A    And Risperdal.  Yes, ma'am.

15    Q    And there are many reasons that you know that account

16    for Mr. Haller's weight gain, right?

17    A    Yes, ma'am.  And Seroquel was the final straw that

18    broke the camel's back.

19    Q    I heard you say that.  In your own practice, when a

20    patient has a weight gain, you ask them what they eat and

21    what their diet is and whether they exercise and what

22    calories they take in and what calories they burn, when

23    they come to you and ask you why did I gain weight, right?

24    A    Yes, ma'am.  And what medications.

25    Q    You didn't do that with Mr. Haller?
```

1   A     I didn't see Mr. Haller.

2   Q     You didn't follow your own method to figure out what

3   the cause of Mr. Haller's weight gain was, did you?

4   A     I didn't have access to him, ma'am.

5   Q     You didn't even take -- send him a questionnaire,

6   right?

7   A     No, ma'am.

8   Q     You didn't have -- because you didn't take a medical

9   history from Mr. Haller, or even send him a questionnaire

10  to fill out, or even read his deposition, right, you

11  didn't have any specificity about what was causing the

12  weight gain he experienced before he took Seroquel, or

13  while he was on Seroquel?

14  A     Other than the access to his chart.  That's correct,

15  ma'am.

16  Q     Now, is it fair to say that you did not rule out

17  alternative causes for Mr. Haller's weight gain?

18  A     Again, association with a medication that's been

19  associated with weight gain in a whole lot of settings was

20  one of the options.  If your question is, did I have

21  access to what else might have caused the weight gain,

22  you're correct, ma'am, I did not have access to this man.

23  Q     If you pull up slide 100.  I'm going to direct your

24  attention to deposition page -- page 548, lines 13 through

25  17.  And I want to ask you, Dr. Tulloch, were you asked

73

1    this question?

2        "Is it fair to say, as to all of the plaintiffs that

3    you were being deposed about, you did not rule out the

4    alternative causes for their weight gain, because you didn't

5    feel that you needed to or had to?"

6    A    I didn't have access to them, ma'am.

7    Q    And your answer was:  "I think that's reasonable.

8    Yes, ma'am."

9        Did I read that correctly?

10   A    Yes, ma'am.

11   Q    And you didn't have access to them to ask the

12   questions?

13   A    That's the point.  This man, we have discussed

14   several of them, and I included Risperdal to your list.

15   Q    You cannot say how much of Mr. Haller's weight gain

16   was due to Seroquel, and how much was due to diet, and how

17   much was due to his lack of exercise or other factors,

18   correct?

19   A    Yes, ma'am.

20   Q    For example, you can't say whether Seroquel caused

21   him to gain zero, one, two, twenty.  You can't say, right?

22   A    Ma'am, no.  I think one has to point to Reference 19,

23   and to show that from the time that he had access to

24   Seroquel, and if one just eyeballs those numbers, then

25   weight went, within the next few months, from 180 to 245.

1   Q    I told you we're going to get to that.  But first get

2   your answer --

3   A    Fine.  Go your way then.

4   Q    You cannot say how much of his weight gain was due to

5   Seroquel and how much was due to all these other factors,

6   like diet, exercise, and psychosis, and so on, correct?

7   A    Yes, ma'am.  But if Seroquel was the only variable

8   that was added to everything else that had been stable,

9   then one would have to assume that Seroquel was

10  responsible for a fairly major part of that.

11  Q    We are going to get to that.

12  A    Okay.

13  Q    But let's look at the slide, just so we have it clear

14  in the record, sir.  Slide 141, his deposition page 580,

15  line 23, through page 581, line 3.

16       And there you said, sir, as to any of the -- you were

17  asked "As to any of the weight gains by any of the

18  plaintiffs in these cases, you cannot say how much of the

19  weigh was due to Seroquel and how much was due to diet, and

20  how much was due to lack of exercise or other factors.

21  Correct?"

22       And your answer was:  "That's correct."

23       Right?

24  A    That's correct again.  Ma'am, you read my deposition.

25  Q    All right.  Now, you have alluded to this weight gain

1   that I think you said -- one time you said 175, one time

2   you said 180 was where he was at the start, and then he

3   went up.  Right?

4   A    I'm just reading it off the chart right now, ma'am,

5   yeah.

6   Q    So you're using a baseline of about 175, right?

7   A    That looks about reasonable, 175, 180, up to about

8   245.

9   Q    Now, during that time that Mr. Haller was on

10  Seroquel, can you think of any reason why his weight gain

11  might have gone up, besides Seroquel?

12  A    Well --

13  Q    Anything happening in his life, from your review of

14  his medical records?

15  A    The times in his life circumstances did change.

16  Q    In fact, there was a huge change in his life

17  circumstances?

18  A    Yes, ma'am.

19  Q    He got out of prison, right?

20  A    That's right.

21  Q    And your report, your initial report said he

22  experienced a 21-pound weight gain, right?

23  A    Yes, ma'am.

24  Q    Now, you have not managed still, even though he's

25  now, you know, out of prison, to have this direct

1    conversation, to ask him how his diet might have changed

2    when he got out of prison, right?

3    A    That's correct.

4    Q    So as you sit here today -- well -- let me just ask

5    you some common sense questions.

6    A    Okay.

7    Q    Dr. Tulloch, Mr. Haller, when he started -- he got

8    out of prison in September of 2002, right?

9    A    Yes, ma'am.

10   Q    And then he started taking Seroquel in October of

11   2002, right?

12   A    That's -- October the 1st, yes, ma'am.

13   Q    And so when he was in prison he could eat whatever --

14   he only could eat what they served him in the prison

15   cafeteria, right?

16   A    Yes, ma'am, unless visitors were -- have access.  I

17   don't know those circumstances, yeah.

18   Q    Food is controlled, basically, when you're in prison.

19   A    Yeah.

20   Q    When he got out of the prison, he was free and he

21   could eat what he wanted to, right?

22   A    Yes, ma'am.

23   Q    He could go to the grocery store, he had a

24   refrigerator, right?

25   A    That's correct.

1    Q    You can't quantify the amount of weight gain

2    Mr. Haller had after he started taking Seroquel, upon his

3    release from prison, that would be due to change in diet

4    from prison food to cooking on his own, right?

5    A    No, ma'am.  Without asking him.  And even there, if

6    he was on a medication that stimulated his appetite, he

7    may not have been aware that he was eating because of the

8    effect of the medication.  And we have shown that there is

9    mechanisms by which these medications stimulate appetite.

10   Q    We have talked about that.

11   A    Okay.

12   Q    I mean already today about what you said about and

13   mechanisms.  But to move on, before forming your opinions,

14   did you ever look back at his weight to see if in fact he

15   actually had a pattern of losing weight while he was in

16   prison and gaining it back when he got out?

17   A    Ma'am, I did acknowledge when we were last together

18   that he had in fact had oscillations in his weight.  And

19   we are looking at another one.  The reason why I believe

20   Seroquel contributed was the association between his

21   massive weight gain and the onset of Seroquel.

22   Q    You were aware that Mr. Haller was in prison from

23   April of 1993 until January of 1995, right?

24   A    Yes, ma'am.

25   Q    And having reviewed his records, you know that he

78

1    lost 63 pounds during his time in prison, during that

2    period, right?

3    A    Yes, ma'am.

4    Q    And by January 15, 2001, after a longer period of

5    freedom, he had gone back up to 230 pounds, all before he

6    ever took Seroquel, right?

7    A    That's correct.  We agreed there had been a weight

8    oscillation, yes, ma'am.

9    Q    Now, I want to ask you, sir, while Mr. Haller was on

10   Seroquel, you agree that he had a major weight loss every

11   year he was on the drug, right?

12   A    If I made that statement, I don't think this graph

13   bears it out very well.  There's certainly stability in

14   weight until the end of 2004.  Then the diagnosis of

15   diabetes, presumably they then put him on appropriate diet

16   restriction.  And quite a nice weight loss until the

17   middle of 2005.  And then the oscillation that you and I

18   spoke about last time comes back.

19        And the maximum weight gain or maximum weight we see is

20   230, which is as recently as August of '08.  So this man's

21   weight has oscillated.  What is so impressive is this

22   massive rise after Seroquel.  But I'm happy to share with

23   you, he goes up and down.

24   Q    Yeah, well, Dr. Tulloch, I'm going to ask you what

25   you said in your deposition, because you produced that --

```
1    you didn't produce that chart at his deposition, did you?

2    A    No, it's much easier to see when you graph it.  Yeah.

3    Q    You didn't have that at his deposition, so I'm going

4    to rely on what you told me under oath in the deposition.

5    A    I apologize.  I should have brought it.  It's much

6    easier to see.

7    Q    Slide 144, please.  I'm going to refer you to your

8    deposition, page 583, lines 6 through 10.

9        "You would agree with me in every year having just gone

10   through them meticulously, since he started taking Seroquel

11   he had a major weight loss while he was on the drug?"

12       And your answer was:  "Yes, ma'am."

13   A    Ma'am, I agree, but that's clearly not correct,

14   because I may not have had 2008 data.  But from 2008 there

15   was another weight spike that went up to 230.

16   Q    Well, and of course in January of 2001, before he

17   took Seroquel, he weighed 230 pounds, correct?

18   A    That's correct.

19   Q    And so now in August of 2008 he weighs 230 pounds,

20   right?

21   A    He's a big guy, yes, ma'am.

22   Q    And he's been a big guy for a long time, right?

23   A    From this --

24   Q    When he's in jail?

25   A    From this data, yes, from 1996.
```

1    Q    In fact, in 2005 his dose of Seroquel went up by

2    200 milligrams, all the way from 400 milligrams to

3    600 milligrams, right?

4    A    Yes, ma'am.

5    Q    That year, in 2005, on a 600-milligram dose of

6    Seroquel, he went from 235 pounds to 184 pounds.  Lost 51

7    pounds while he was on Seroquel, right?

8    A    Under the finger of somebody saying, you have

9    diabetes, therefore, you get your act under control.  Yes,

10   ma'am.

11   Q    You would agree that the facts that I have just given

12   you do not support the notion that there is a dose

13   response with weight gain with Seroquel and Mr. Haller,

14   right?

15   A    Ma'am, in the place of a diagnosis of diabetes and

16   the administration of diet and medication for his

17   diabetes, that's correct.

18   Q    Okay.  I'm going to direct your attention to your

19   slide 282, because I asked you that question.

20   A    Yes, ma'am.

21   Q    Page 579 of your deposition.  You said that -- the

22   question was asked:  "So his weight loss you think is just

23   by 2005, it's not the Metformin, right?"

24        And your answer was "No."

25        Is that correct?

1    A    Uh --

2    Q    You got your deposition right there.  If you can't

3    read that, Dr. Tulloch?

4    A    Yes, ma'am.  But right there below that I said

5    "Somehow he got religion."  Indeed, when somebody has Type

6    2 diabetes, they get lectured at.

7    Q    Sir, just said that his medication had a impact on

8    his weight loss.  And Metformin is the medication for

9    diabetes, right, that he was on?

10   A    That's correct.

11   Q    And you testified in your deposition that the

12   medication was not responsible for his weight loss in

13   2005, correct?

14   A    Wait a minute, are we talking about Metformin?

15   Q    Yes.

16   A    Which can help control blood sugar, but also can help

17   to lose weight.  The next line, which you haven't read

18   yet, was that I said he got religion, so...

19   Q    I know.  I'm going to get there.

20   But you said -- you were asked the question:  "His weight

21   loss you think, by 2005, it's not the Metformin, right?"

22   A    If --

23   Q    Your answer was "No."  Right?  Not the Metformin?

24   A    Well, usually when they have diagnosis of diabetes,

25   they're put on a diet, they are given Metformin.  And the

1  diet and exercise, which is again part of that religion we

2  talked about, helped him to lose weight.

3  Q    And so he was able to take Seroquel at an increased

4  dose and stick to the diet and lose weight, right?

5  A    Yes.  In that setting.  That's fine.  I think we're

6  on same wavelength.

7  Q    After -- now, we spent a lot of time on Mr. Haller's

8  weight gain and his weight loss.

9  After reviewing his medical records in October of 2008, and

10  in your deposition in the Haller case you agreed with me,

11  sir, that weight gain from Seroquel did not cause Mr. Haller

12  to have diabetes, correct?

13  A    If I did, I'm not sure what I was saying, because we

14  have shared the association of weight gain after he had

15  exposure to Seroquel is very impressive.  We have shared a

16  number of the contacts in which Seroquel and the

17  medications like Seroquel can cause high sugars and

18  insulin resistance, et cetera.  So if that one slipped

19  through, I'm not sure.  And you can show it to me, I don't

20  mine.  But, you know.

21  Q    Yes.  I'm glad.  I'm going to show you your

22  testimony.

23  A    Yeah.

24  Q    Slide 151.  And for the record, the site is page 586,

25  lines 7 through 9, of Dr. Tulloch's deposition.

1    You were asked this question:  "So weight gain while he was

2    on Seroquel did not cause him to have diabetes, correct?"

3    And your answer was:  "Okay.  I'll buy that."

4    A    Yeah.  Ma'am, I --

5    Q    Is that -- did I read that correctly?

6    A    Yeah.  I can't say that in the current setting.  I

7    have shown you how much he gained weight when he was

8    exposed to Seroquel, with all the other issues that were

9    present.  And we have shown that while his weight was

10   high, with all the other medications that had been

11   present, this man developed diabetes following a period of

12   pancreatitis.

13        So if that context, I might have been thinking of it in

14   a different context.  But I think we have shared the data

15   today, and now we have a nice simple graph to show the

16   weights in relationship to the diagnosis.

17   Q    I'm trying to --

18   A    It's easier to see.

19   Q    Let's move on.  And you agree that I asked that

20   question and you gave that answer?

21   A    You have shown it to me.  Thank you, ma'am.

22   Q    And you agree I read it correctly?

23   A    Yes.

24   Q    I want to talk to you about risk factors and causes

25   of diabetes.  You agree that Mr. Haller was morbidly obese

84

1  before he started taking Seroquel, right?

2  A    That's correct.

3  Q    And Mr. -- his BMI was 37.1, right?

4  A    That's correct.

5  Q    The -- and morbidly obese means that he's obese

6  enough that makes him sick, right?

7  A    More than 30, yes.

8  Q    And Mr. Haller had uncontrolled hypertension before

9  he started taking Seroquel, right?

10 A    Yes, ma'am.

11 Q    And Mr. Haller smoked heavily for decades before he

12 started taking Seroquel?

13 A    Yes, ma'am.

14 Q    He had a sedentary lifestyle, right.

15 A    Yes, ma'am.

16 Q    You agree that he was psychotic and that a

17 significant percentage of patients taking Seroquel would

18 be expected to develop diabetes because of the background

19 incidents of diabetes in the mentally ill alone, even

20 assuming no effect of Seroquel, right?

21 A    That camel's back is being loaded, ma'am.  Yes,

22 ma'am.

23 Q    He had many, many causes of diabetes that pre-dated

24 his Seroquel use, right?

25 A    Yes, ma'am.

85

1    Q    He had high cholesterol or hyperlipidemia before he

2    took Seroquel, right?

3    A    Yes, ma'am.

4    Q    You agree with me that obesity, hypertension,

5    smoking, psychosis, a sedentary lifestyle, hyperlipidemia,

6    all these things Mr. Haller had, all were causes of his

7    diabetes, correct?

8    A    Contributing factors, yes, ma'am.

9    Q    You said they were causes, right?

10   A    You can stack them up, yes, ma'am.

11   Q    You agree they're causes?

12   A    Yes.

13   Q    All right.  You also agree that they can be the sole

14   cause of diabetes in some people?

15   A    Yes.  We run through some of the analogies, yes.

16   Okay.

17   Q    And we are going to talk about this September of '98

18   glucose level, and what you said about it in your

19   deposition.

20        So you acknowledge that in September of 1998,

21   Mr. Haller had a glucose level of 128, right?

22   A    Yes, ma'am.

23   Q    That is before he took Seroquel, right?

24   A    Yes, ma'am.

25   Q    That's 2 points above of the level at which diabetes

1   is diagnosed?

2   A    Yes, ma'am.

3   Q    And you agreed that it was a 4:00 a.m. blood sugar?

4   A    That's correct.

5   Q    And you agreed that you cannot rule out, sir, that

6   Mr. Haller had diabetes as early as 1998.  Correct?

7   A    If we believe that that sugar which is totally

8   discordant to all the others that were there before and

9   after, was a valid figure.  I know it's 4:00 a.m., and we

10  went round about it last time, and we will go round about

11  it this time.

12      I'm reluctant to say he had diabetes.  He might have

13  had some candy in his cell that night.  So --

14  Q    Sir, that was not my question.

15  A    Okay.  Let me have your question.  But if --

16  Q    It was asked in your deposition.  So let me just --

17  A    Okay.

18  Q    I'm going to ask you the exact question.  You agree

19  that you cannot rule out that Mr. Haller had diabetes as

20  early as 1998, correct?

21  A    Okay.  If that number was valid, and you heard we

22  take exceptions.  If something doesn't fit, you examine

23  the number with some suspicion, so.  But if you say, if it

24  valid, if it was fasting, if he had a whole lot of other

25  ones the same levels, 128, then he might have had

1   diabetes.

2   Q    Can we pull up the slide 339.  I'm going to direct

3   your attention to deposition 597, lines 19 through 25.

4   And I said:  "My question is a yes or no answer.  Can you

5   rule out that Mr. Haller had diabetes in September of 1998?"

6   And your answer, sir, was:  "I cannot rule it out.  On the

7   other hand, I would not make a diagnosis of diabetes."

8   A    Okay.  We're on the same wavelength.  Okay.  We can

9   move on.

10  Q    You cannot rule it out, correct, sir?

11  A    That's reasonable.

12  Q    All right.  Now, as we discussed just a second ago,

13  Mr. Haller had a body mass index of 37.1 when he was 40

14  years old, right?

15  A    That's correct.

16  Q    And I want to talk about what it means to gain weight

17  when you're that obese, okay?

18  You listed in your materials -- one of the things you did

19  list in your reference list was an article by Helaine

20  Resnick, right?

21  A    Uh-huh.

22  Q    You remember that?

23  A    Yes, ma'am.

24  Q    And according to her article, weight gain in someone

25  with a BMI of 37.1 does not increase the risk of

1    developing diabetes, correct?

2    A    That's correct.  It flattens out once they get up

3    that high.

4    Q    So that you actually looked at that piece of

5    epidemiology, right?  And you said it does not -- weight

6    gain in someone who weighs that much does not increase the

7    risk of developing diabetes, correct?

8    A    That's correct.

9    Q    Now, you referred to the ADA consensus statement in

10   your direct examination.  Do you remember that?

11   A    Yes, ma'am.

12   Q    And you agree, do you not, sir, that the ADA

13   consensus statement reports that the epidemiologic

14   literature and the studies of Seroquel are discrepant,

15   right?

16   A    Yes.  I also mentioned that it was published in

17   February of 2004, which means that the data was probably

18   current only to late 2003.

19   Q    Right.  Bear with me just one second, because we

20   talked about that in your deposition.  But you agree that

21   at the time of the ADA consensus statement, the people who

22   got together and reviewed all the literature said there's

23   some literature that goes one way and some literature that

24   goes the other way, right, on Seroquel?

25   A    On Seroquel, that's correct.  And since that time the

1    data has become a little more impressively --

2    Q    We're going to talk about that, but just -- that's

3    what they said at that time, correct?

4    A    That's correct.

5    Q    And you're aware -- well, you didn't read all the

6    epidemiologic literature.  But you would not argue with me

7    if I told you that the majority of the literature shows no

8    effect, no association with Seroquel and diabetes?

9    A    I can't say majority, ma'am.

10   Q    You don't know?  Because --

11   A    I would leave it to Laura Plunkett to summarize them.

12   I have shown you some ones in which it was impressively a

13   factor.

14   Q    Well, if Laura Plunkett was here in this courtroom,

15   or in Tampa, and she said that 12 out of the 20 studies

16   that have been done show no association with -- between

17   Seroquel and diabetes, you would defer to her, right?

18   A    I would look up the data, but I would be interested,

19   yes, ma'am.

20   Q    Now, I'm going to give you the last volume of your

21   deposition, if I can find it.  Just one second.  Volume

22   five.

23   A    I have one here, would that help you?  Volume eight?

24   Q    Just hang on one second.

25   A    What number do you need?

1    Q    I got it right here.

2             MS. THORPE:  May I approach, Your Honor?

3             THE WITNESS:  This is volume 4, actually.

4             THE COURT:  Yes.

5    BY MS. THORPE:

6    Q    I'm going to direct your attention --

7             MS. THORPE:  If I could just help the witness,

8    Your Honor, find it, because I don't want to have this one

9    pulled.

10   BY MS. THORPE:

11   Q    Page 722.

12   A    Okay.

13   Q    And, sir, I'll wait until you get there.

14   A    Got you.

15   Q    If you look at line 20 on page 722, I asked you:

16   "The ADA, APA consensus statement, you would agree, is

17   consistent with the generally accepted view of the state

18   of science with regard to atypical antipsychotics and

19   diabetes risk."

20           And your answer was:  "At the time it was produced."

21   A    That's correct.

22   Q    Right.

23   A    I stay with that.

24   Q    And then if you go down --

25   A    2003 data.

1   Q    If you go down to page 723 of your deposition.

2   A    Uh-huh.

3   Q    Lines 11 through 15.  And I asked you this question:

4   "But you still agree that that statement represents the

5   general consensus currently of scientific opinion with

6   regard to atypical antipsychotics and diabetes risk?"

7   And your answer was:  "Yes, ma'am."

8   A    Well --

9   Q    Is that correct?

10  A    Again, new data has come up --

11  Q    Did I read it right?

12  A    That's correct.  You read my statement correctly.

13  That's correct.

14       MS. THORPE:  Your Honor, if I may beg your

15  indulgence to consult with my colleagues for just one

16  moment, I think I'm through.

17       THE COURT:  Yes.

18  BY MS. THORPE:

19  Q    Just two more follow-up questions, Dr. Tulloch.

20  A    Okay.

21  Q    I'm going back to the question that I asked you

22  earlier, just to see if we're on the same wavelength.

23  Is it your testimony today that you cannot say one way or

24  the other whether Seroquel caused one pound or two pounds or

25  five pounds or ten pounds or twenty pounds of weight gain in

1    Mr. Haller, right?

2    A      I can accept that it is difficult to quantitate.  I

3    point out that in every other patient there's been reports

4    of weight gain that have been summarized in some of the

5    literature, including by Dr. Brecker.

6          In this man, there was significant weight gain, which

7    is about 65 pounds, when he started taking Seroquel.  And as

8    a physician, I have got to accept there might have been

9    other factors as well.  But the temporal relationship is

10   very impressive, 65 pounds when he started Seroquel.

11   Q      So you agree with me that you cannot say that one

12   pound or two pound or five pound or ten pounds?

13   A      Of that 65 pounds was Seroquel, yes, ma'am.  I'm

14   always open to there being -- if it was 65 pounds, there

15   might have been other factors for some of them.

16   Q      Now, I understand that today, just now, for the first

17   time, you said 65 pounds, but you agree that in your

18   expert report you said 20 pounds, right?

19   A      Yeah, and I have said --

20   Q      Excuse me, 21 pounds.

21   A      That's right.

22   Q      Right?

23   A      Yes, ma'am.

24   Q      That's Exhibit 20, correct?

25   A      Yes, ma'am.

1   Q    And in your declaration that you filed on

2   November 21st you said 25 pounds, correct?

3   A    Yes, ma'am.

4   Q    All right.  Now, you understand that Mr. Haller

5   stopped taking diabetes medications in 2006, correct?

6   A    Yes, ma'am.

7   Q    And he continues to take Seroquel today.  Correct?

8   A    Yeah.

9        MS. THORPE:  All right.  Your Honor, that's it.

10  Thank you.

11       THE COURT:  Okay.

12       MR. TRAMMELL:  Brief redirect, Your Honor?

13       THE COURT:  Yes.

14            REDIRECT EXAMINATION

15  BY MR. TRAMMELL:

16  Q    Dr. Tulloch, does the fact that Mr. Haller's blood

17  sugars are now under control mean that he's not diabetic?

18  A    No, sir.  The -- an appropriate diet -- if one has

19  Type 2 diabetes and one changes some of the components of

20  life that have caused the rise in sugar, then one can get

21  control of the diabetes for a period of time.  That

22  doesn't mean they don't have diabetes.

23       Same as if somebody has blood pressure medication --

24  has hypertension and takes blood pressure medications, the

25  pressure comes down, doesn't mean they don't have

1    hypertension.

2    Q    Still a potential of complications or worsening of

3    the diabetic state, right?

4    A    He's at risk from a return of all the bad things that

5    happened on that day he was diagnosed, yes, sir.

6    Q    Doctor, we -- Ms. Thorpe asked you questions about

7    things you're qualified to talk about versus things you --

8    versus subjects you are an expert to talk about.  Do you

9    need to be an expert in epidemiology to understand

10    epidemiological studies.

11    A    Sir, I do a lot of teaching and so I have to learn a

12    lot about these things.  I have been a coauthor on some

13    epidemiological studies.  My main reason for not claiming

14    to be an epidemiologist in that context is, we have -- in

15    this case we have folk who are in that area, so I didn't

16    want to be played off against them, I guess would be the

17    best way to do that.

18    Q    Is it your experience that nonepidemiologists rely on

19    epidemiological studies in treating their patients every

20    day?

21    A    Yes, sir.  Oh yeah.  Yeah.  And I do a lot of

22    lecturing in that field, yes.

23    Q    That's a standard thing to do in the medical field;

24    isn't that correct?

25    A    Yes, sir.  And we shared last night that I actually

1   lecture for AstraZeneca.  So, I do on behalf of this

2   company.

3   Q    You're a speaker on AstraZeneca's behalf?

4   A    Beg your pardon?

5   Q    You're a speaker on AstraZeneca's behalf?

6   A    Yes, sir.  I gave a speech for AstraZeneca last week,

7   last Wednesday.

8   Q    On what issues?

9   A    I'm one of their experts in cholesterol metabolism.

10  Q    Is cholesterol metabolism an issues that's related to

11  the development of diabetes, potentially?

12  A    Usually it's the other way around, the diabetes

13  causes the lipids to go wrong, but we discussed a lot of

14  the issues this morning, so I won't expand on that.

15  Q    Now, you have a -- you haven't examined Mr. Haller,

16  but do you need to examine Mr. Haller to recognize that

17  he's met the criteria for diabetes?

18  A    No.  As we said, in a lot of these referrals I look

19  at the numbers.  An endocrinologist is a guy that looks at

20  issues related to sex, sugar and salt.  And this guy had

21  some sugar problems.

22  Q    You were asked some questions about whether

23  Mr. Haller was diabetic before he took Seroquel.  Is there

24  any evidence that you have seen that suggests that

25  Mr. Haller was diabetic five to seven years before August

1   of 2004?

2   A    Ms. Thorpe and I entertained one another at great

3   length about that 4:00 a.m. sugar, sir.  I leave it out

4   there as a discordant fact.

5   Q    Even if that 4:00 a.m. sugar was a fasting sugar, it

6   would have to be confirmed by a subsequent fasting sugar

7   over 126, to be diagnostic for diabetes, right?

8   A    I'd like to know if he was sucking on a candy that

9   night too.  So, there are a whole lot of issues that are

10  out there.  It's one discordant value.

11  Q    Even still, you can't take that transient value and

12  consider it to be evidence that he was diabetic on that

13  date without a follow-up test?

14  A    No, sir.  That's a discordant value.  I had to give

15  Ms. Thorpe her moment in court, though, sir.

16  Q    And again, we talked about all the things that might

17  have cause Mr. Haller to gain weight after he took

18  Seroquel.  The fact is Mr. Haller had gained a tremendous

19  amount of weight before he took Seroquel, while he was on

20  other drugs that cause weight gain, that he also took

21  during the Seroquel treatment, and yet didn't develop

22  diabetes; isn't that right?

23  A    That's correct.

24  Q    There was I think some confusion about what might

25  have caused Mr. Haller to gain weight while he was on

1  Seroquel.

2      Is there anything in the literature about Seroquel's

3  effect on a person's sense of satiety that might cause it to

4  -- might cause a person taking Seroquel to overeat and gain

5  weight?

6  A    Well, yeah.  There's some nice interesting new data.

7  Our appetite is up in the hypothalamus.  And they have now

8  -- they're following that up.  They found that the ones

9  that cause people to gain weight are not Abilify and

10  Geodon.  Alter a little enzyme that's up there, and we can

11  talk about it some day.  And that is probably the

12  mechanism by which this appetite stimulus occurs.

13  So it's a specific issue.  It happens with this group that

14  includes Seroquel and does not include Abilify and Geodon.

15  So it's now pretty specific.

16      The hypothalamus is an area where if you make a lesion

17  in the rat, it will overeat, analogous to what happens when

18  these people take these medications.

19  Q    So there a data to suggest, data that's included in

20  your exhibits, that Seroquel treatment causes people to

21  eat more than they otherwise would have and, therefore,

22  gain weight, right?

23  A    Yes, sir.  I believe that that's reasonable

24  interpretation of the data.

25  Q    My last question is, is there anything Ms. Thorpe

1   asked you in the review of your two days of deposition,

2   that changes the testimony or the opinions that you have

3   given here this morning.

4   A    No, ma'am -- no, sir.  Ms. Thorpe and I entertained

5   one another at great length over many evenings, and I

6   think we shared data.  Which I then -- I promised her I

7   would update.  And as I had access to more and more, my

8   opinions fine-tuned, but they're pretty well similar.

9   Q    Your testimony today represents your most current

10  understanding and impressions of the literature, right?

11  A    As of 11:45 on January the 15th.  And I shared with

12  Ms. Thorpe that as new data came available, I would make

13  it available to her.

14         MR. TRAMMELL:  I have no further questions, Your

15  Honor.  I would like to move that my -- that Dr. Tulloch's

16  exhibits be admitted into the record today, and be

17  admitted in evidence as exhibits to his testimony.

18         THE COURT:  All right.  They'll be received.

19  We will be in recess until 1:00.

20             (Luncheon recess at 11:45 a.m.)

21         THE COURT:  Afternoon.  Go ahead.

22         MR. PIRTLE:  My name is Tom Pirtle.  I represent

23  the plaintiffs.  Prior to starting with Dr. Marks'

24  examination, I have provided the Court with copies of the

25  exhibits.  I'm going to provide opposing counsel copies of

1    the exhibits.

2        And with your permission, I'll also provide the

3    witness with all the copies of the exhibits to dispense

4    with the continual "may I approach."

5            THE COURT:  Right.  That's fine.

6            MR. PIRTLE:  So with that, plaintiffs call

7    Jennifer Marks, Dr. Jennifer Marks, in response to the

8    Daubert motion.

9                    (Witness sworn)

10                   DIRECT EXAMINATION

11           MR. PIRTLE:  Your Honor, knowing that we're

12   under time constraints, I need to move this along, I'm

13   going to truncate the credentials part of the

14   examination -- and?

15           THE COURT:  It's okay.  The record has her

16   qualifications in it.

17   BY MR. PIRTLE:

18   Q    Okay.  But for purposes of the record, Dr. Marks,

19   would you take out Exhibit 1, which is in the binder

20   before you, and please identify your CV for the record.

21   A    It's a copy of my CV from September 2008.

22   Q    Does it fairly and accurately describe your

23   professional history and educational background?

24   A    Yes.

25   Q    With that, I'm going to proceed on with the

1   examination.

2        Dr. Marks, as you know, I'm Tom Pirtle.  This is the

3   first time you have testified in court, correct?

4   A    Yes, that's correct.

5   Q    It's a little bit different proceeding, in that,

6   you're testifying to Her Honor in a hearing rather than

7   testifying to a jury, all right?  So our comments are

8   going to be directed toward Her Honor.

9        Will you tell Her Honor what you do for a living?

10  A    I'm an endocrinologist at the University of Miami

11  Medical School.

12  Q    Are you also a teacher at the University of Miami

13  Medical School?

14  A    Yes.  That's one of the responsibilities of my job.

15  Q    What is your primary focus at the University of

16  Miami, in terms of your treating patients?

17  A    I take care of people primarily who have diabetes or

18  related conditions.

19  Q    And is it part of your day-to-day activities to

20  diagnose and treat not only diabetes, but the conditions

21  that are risk factors for diabetes?

22  A    Yes, it is.

23  Q    And how long have you been doing that down in Miami

24  at the University of Florida -- Miami?  I'm sorry.  Miami.

25  A    Approximately 19 years.

1    Q    Over the course of your practice at the University of

2    Miami, how many patients do you have occasion to see on,

3    say, on a weekly basis?

4    A    On a weekly basis, I probably see between 30 to 40

5    patients.

6    Q    And is that week end and week out, 52 weeks a year?

7    A    Pretty much so, yes.

8    Q    Have you been doing that for quite a number of years?

9    A    Yes, I have.

10   Q    Now, I want to move with that introduction and talk

11   to you about diabetes itself, and I'll keep this short,

12   too, because I'm sure the Court has heard this.

13        Are there standardized diagnostic criteria in the

14   United States and indeed worldwide for the diagnosis of

15   diabetes?

16   A    Yes, there are.

17   Q    And who promulgates those diagnostic criteria?

18   A    In the United States, the guidelines for diagnoses

19   are put forth by the American Diabetes Association.

20   Q    And in your clinical practice, do you follow those

21   guidelines?

22   A    Yes, I do.

23   Q    And in preparing your testimony in this case, in

24   looking at Ms. Guinn's situation, have you followed those

25   promulgated guidelines?

1   A     Yes, I have.

2   Q     I want you to take out, and I'll display on the Elmo,

3   Exhibit 2 -- I'm sorry, on the computer, Exhibit 2.  Could

4   you identify the document?

5   A     This is a position statement which was created by the

6   American Diabetes Association and published in Diabetes

7   Care in January of 2008.

8   Q     When you use the term "position statement," by the --

9   and I'm going to use the acronym ADA -- American Diabetes

10  Association, what is specifically a position statement as

11  it applies to clinical practice of medicine?

12  A     A position statement generally describes the

13  condition, in this case diabetes, and reviews up-to-date

14  information about how it should be diagnosed and often

15  will say words about treatment as well.

16  Q     Is this a fairly up-to-date position statement being

17  this 2008?

18  A     It is fairly what?  I'm sorry.

19  Q     Up to date.

20  A     Yes, it is.

21  Q     I'm sorry.  The Elmo's not working.  Could we switch

22  the Elmo.

23        Doctor, if you would, please turn to page -- my eyes

24  may be getting bad, but it looks like S59, not 559.  Now,

25  we got it on the screen.

1      Are you with me?

2  A    Yes, I am.

3  Q    All right.  Table 2 up at the top -- and I'm

4  displaying it on the monitor -- does that contain the

5  criteria for diagnoses of diabetes, particularly Type II

6  diabetes?

7  A    Yes.  It is the criteria for the diagnoses of

8  diabetes.

9  Q    And entry 1, could you read that criteria?

10 A    The first criteria is a fasting plasma glucose

11 greater than or equal to 126 milligrams per decaliter.

12 Fasting is defined as no caloric intake for at least eight

13 hours.

14 Q    Is table 2, entry 1, the criteria promulgated by the

15 American Diabetes Association that you used to confirm the

16 diagnosis of diabetes in Ms. Guinn in this case?

17 A    Yes, it is.

18 Q    And is that criteria a criteria that is generally

19 accepted in this country universally for the diagnosis of

20 diabetes?

21 A    Yes, it is.

22 Q    And indeed, is it accepted in many places worldwide?

23 A    Yes.  That's correct.

24 Q    Now, also, talking about the -- we can move on from

25 Exhibit 2.  Talking about the -- your methodology in

104

1    looking at diabetes, are there known risk factors for

2    diabetes?

3    A    Yes.  There are several known risk factors for

4    diabetes.

5    Q    Could you name some of the more prevalent risk

6    factors for diabetes?

7    A    Some of the important risk factors are a family

8    history of diabetes, a history of hypertension, a history

9    of a sedentary lifestyle, history of dyslipidemia, history

10   of obesity.

11   Q    And are all these risk factors -- well, I have heard

12   it said, is diabetes a multifactorial disease?

13   A    Yes.  It's generally believed that diabetes is

14   multifactorial.

15   Q    And in laymen terms, beings I'm not a doctor, that

16   means there can be more than one cause?

17   A    That's correct.  That's what it means.

18   Q    And is it generally accepted in the medical and

19   scientific community that you function in that theres more

20   than one cause to diabetes?

21   A    Yes, it is accepted.

22   Q    And can those causes be concurrent?

23   A    I'm sorry.  Repeat that.

24   Q    Can those causes be concurrent; in other words --

25   A    Absolutely.  The causes are most often concurrent.

1    Q    We had an opportunity to talk prior to coming in

2    here, and I asked you this question.  You said age was

3    also a risk factor; is that true?

4    A    That is correct.

5    Q    And how is age a risk factor?

6    A    It is generally felt that at over the age of 45,

7    people begin to increase their risk for developing

8    diabetes.

9    Q    So if I understand correctly, if someone is over the

10   age of 45, just that, in and of itself, they have a risk

11   factor for the development of diabetes?

12   A    That's correct.

13   Q    And if someone is over the age of 45 and they have

14   some hypertension or maybe they're overweight, they're not

15   at their ideal body weight, that's another risk factor?

16   A    That's correct.

17   Q    Is it fair to say, in your clinical experience, as

18   well as your experience as a professor at the University

19   of Miami, the majority of people walking the earth today

20   contained at least one risk for diabetes?

21   A    I'm sorry.  The majority of people what?

22   Q    Well, the majority of the people in the United

23   States.  I know you probably don't have demographics.

24   A    I think it would be safe to say that a majority of

25   the people in the United States have at least one risk

1    factor for diabetes, given that the adult population of

2    about 60 percent -- has a rate of about 60 percent of

3    overweight and obesity.

4    Q    So in your practice, is it usual or unusual to find

5    people with risk factors for diabetes?

6    A    In my practice, it's very usual to find people with

7    risk factors for diabetes.

8    Q    Now, I want to talk to you for a moment about one of

9    the challenges that's been made in this particular

10   hearing, is your methodology.  And that's what I want to

11   address.  How you went about determining your opinions in

12   this case.  All right?  Are you with me?

13   A    All right.  To determine my opinions in this case, I

14   went down a number of avenues.  I reviewed the medical

15   records that were available to me.  I reviewed the medical

16   literature on the subject of antipsychotics and the

17   diabetes risk and the obesity risk.  And of course, relied

18   on my experience.  And put that all together and came up

19   with the opinions regarding this case.

20   Q    Now, as to your experience -- and I don't want to go

21   into the background, but I do want the Court to hear this.

22   Are you retained as an expert or as an adviser of various

23   major pharmaceutical companies around this country, and

24   the world as far as that goes?

25   A    Could you define what being retained as an expert

1   means?

2   Q    Well, are you on expert panels?

3   A    Yes, I am.

4   Q    Do you advise them on diabetes drugs?

5   A    Yes, I do.

6   Q    And do you advise -- at least at one point in time,

7   did you advise Bristol-Myers Squibb on metabolic

8   consequences as it pertains to a drug called Abilify?

9   A    Not exactly.  What I did for the Bristol-Myers Squibb

10  was speak about the metabolic syndrome.

11  Q    And that was during conversations about the drug

12  Abilify -- or during talks about it?

13  A    I gave talks about the prevalence of the metabolic

14  syndrome and risk for diabetes in adults in the United

15  States.

16  Q    And so the Court understands, Abilify is the newest

17  second-generation antipsychotic on the market, correct?

18  A    I think it's one the newest.  I don't know if there's

19  been another one out since then.

20  Q    At the time you were doing it?

21  A    At that time, I think it was the newest.

22  Q    And have you also consulted on drugs with companies

23  like Pfizer?

24  A    Yes, I have.

25  Q    And I believe Knoll Pharmaceuticals?

1    A    Yes, I believe so.

2    Q    And the rest are listed in your CV?

3    A    That's correct.

4    Q    In terms of diabetes research, have you been

5    continuously funded by the National Institutes of Health

6    to do research on diabetes and its cause?

7    A    Yes, since about 1993.

8    Q    Now, when you set about looking at the scientific

9    literature, did you look at certain articles?

10   A    Yes.  I did.

11   Q    And did you -- as part of this methodology, have you

12   brought some of those articles, not -- certainly not all

13   of them, here today to display to the Court?

14   A    Yes.  I have some of those with me.

15   Q    All right.  And do you believe that these articles

16   are illuminating on the issue of whether or not Seroquel,

17   one, causes weight gain, two, causes diabetes or glucose

18   dysregulation?

19   A    Yes, I do.

20   Q    And have you selected articles that are not only

21   clinical trials -- or trials of humans, but also in

22   animals?

23   A    Yes, that's correct.

24   Q    And do the animal models focus around mechanism?

25   A    Animal models do tend to focus around mechanisms.

1    Q    I want to refer you now to Exhibit 7, which has

2    previously been provided.  Can you please identify the

3    document?

4    A    This is an article by first author McEvoy, entitled

5    Efficacy and Tolerability of Olanzapine, Quetiapine, and

6    Risperidone in the Treatment of Early Psychosis: A

7    Randomized Double-Blind 52-week Comparison.  And it was

8    published in the American Journal of Psychiatry online in

9    July of 2007.

10   Q    And does this study contain conclusions which are

11   important to your opinions in this case?

12   A    Yes.  I believe that that's true.

13   Q    Okay.  Let me also -- first, let me clear up

14   something.  In terms of finding an article that proves a

15   definitive, in other words, finding an article that proves

16   that Seroquel causes diabetes or finding an article that

17   proves that Seroquel causes weight gain, in and of that

18   article, is that how things work in your world?

19   A    No.  I mean, generally, evidence accumulates that

20   supports a hypothesis or theory, and when there is a

21   preponderance of evidence, then generally proof is

22   considered to be reached.  But it would be extremely rare,

23   and I can't even give an example, where one article

24   published would be taken as proof of causality for any

25   condition.

1    Q    So in your world, as a professor and as a researcher

2    and a person who treats people, is it an accretion of

3    evidence over time which would lead you to your ultimate

4    conclusion?

5    A    Yes, that's correct.

6    Q    Now, does this particular article, Exhibit 7,

7    Efficacy and Tolerability of Olanzapine, Risperidone, and

8    Risperidone in the Treatment of Early Psychosis: A

9    Randomized Double-Blind 52-week Comparison, bear upon your

10   opinions as to whether or not Quetiapine -- and that's

11   Seroquel, isn't it?

12   A    Yes, that's correct.

13   Q    -- can cause weight gain in humans?

14   A    Yes, it does.

15   Q    Turn over to page 1052, and let's look at the table

16   3.  They'll be displayed on your screen also for

17   reference.

18        Could you explain, in terms of the results of this

19   study, table 3, and what it shows to Her Honor?

20   A    Table 3 is a table demonstrating adverse events that

21   were considered to be of either moderate severity or worse

22   in these 400 patients that were in this particular trial.

23   Q    And is there a entry in that -- in there for weight

24   gain?

25   A    Yes, there is.

1  Q    And would you tell the Court what the weight gain

2  part shows?

3  A    The weight gain -- the percentage of patients in each

4  of the groups who were found to gain weight is as follows:

5  In the olanzapine group, it was 51 percent.  In the

6  Quetiapine group, it was 40 percent.  Risperidone group,

7  it was 41-and-a-half percent.

8  Q    And if you would, would you please turn over to

9  page 1057, under safety and tolerability, the second

10 paragraph.

11 A    I'm there.

12 Q    In the second paragraph, could you read the first

13 sentence -- no, the first two sentences.  Excuse me.

14 A    The rates of elicited adverse events that clinicians

15 scored as either moderate or severe are presented in table

16 3.  The most frequent adverse events in the olanzapine

17 group were daytime drowsiness, weight gain and insomnia;

18 in the Quetiapine group, daytime drowsiness, increased the

19 sleep hours and weight gain; in the Risperidone group,

20 daytime drowsiness, menstrual irregularities in woman and

21 weight gain.

22 Q    All right.  And again, Quetiapine is Seroquel,

23 correct?

24 A    That's correct.

25 Q    Now, this is not all the medical literature that you

1    have reviewed on weight gain and Seroquel, is it?

2    A    No.   That's correct.

3    Q    But this is a representative sampling?

4    A    This is representative study.   Yes.

5    Q    I want to now display for you Exhibit 8, and I want

6    to move on to metabolic dysregulation in diabetes.

7         And this is a study titled Relationship Between

8    Antipsychotic Medication Treatment and the New Cases of

9    Diabetes Among Psychiatric Patients by Leslie Citrome.

10        Are you familiar with this article?

11   A    Yes, I am.

12   Q    And could you tell the Court generally what it is,

13   before we go into the results?

14   A    This was a study called a case-controlled study,

15   which they looked at individuals who were being treated

16   with a number of second-generation antipsychotics, such as

17   clozapine, Risperidone, olanzapine, Quetiapine, and

18   compared with exposure to so-called first-generation

19   antipsychotics, which are medications in this category

20   that have been on the market for a much longer period of

21   time.

22        They identified cases and controls using a database

23   of drug prescriptions basically, and the cases were

24   individuals -- that all of these individuals had been

25   hospitalized for at least 60 days; they had not received

1   any antidiabetic medication in the past.  But in this

2   study, they were on -- I'm sorry, they received

3   prescriptions for new antidiabetic medications at least 30

4   days after they were admitted to the hospital.

5        So they were admitted to the hospital without

6   diabetes and with a history of never having received

7   antidiabetic medications, and then sometime into their

8   hospitalization, at least 30 days after their admission,

9   they were identified as cases.  Then they looked for eight

10  controls, for each one case, and they matched them

11  according to calendar year, length of observation period,

12  race, age, group and diagnosis, for a total sample of 1630

13  patients.

14       All the patients that were treated with antipsychotic

15  medications were exposed to these drugs for at least 60

16  days.  And what they found was that patients who either

17  received more than one of the second-generation

18  antipsychotics medications or those who received either

19  clozapine or Quetiapine alone had significant elevation in

20  their risk for developing diabetes and, therefore, having

21  being treated with an antidiabetic medication than those

22  who were on first-generation antipsychotic medications.

23       So in general, they found that either a combination

24  of second-generation antipsychotics or either the use of

25  either those two, clozapine or Quetiapine, alone increased

1    the risk for the development of diabetes during this

2    hospitalization.

3    Q    And will you turn to page 1009, table 3, and I'll

4    blow it up, and let's talk table 3 just briefly.

5         Does table 3 show the age-adjusted risk for

6    developing diabetes mellitus among inpatients taking

7    antipsychotic medication?

8    A    That's correct.

9    Q    And is Quetiapine listed?

10   A    It is listed.

11   Q    All right.  On the column underneath men, there's an

12   OR.  What does OR stand for?

13   A    OR stands for odds ratio.  Essentially that's the

14   risk for developing a condition.

15   Q    Odds ratio is reflected as 3.8 -- I mean 3.89,

16   correct?

17   A    Correct.

18   Q    And then it's reflected as 1.99 in women?

19   A    Correct.

20   Q    And is that a statistically significant odds ratio?

21   A    Yes.  The odds ratio identified for men is

22   statistically significant.

23   Q    And does this represent more than a doubling of the

24   risk for Quetiapine, i.e., Seroquel?

25   A    It represents almost a four times higher risk for

1    developing diabetes compared to the first-generation

2    antipsychotics.

3    Q    Turn to page 1011.  And there's just one statement I

4    want to bring out.  It starts with "however," and I'll try

5    to highlight it.

6         However, although we observed an elevated odds ratio

7    for Quetiapine that was statistically significant, we did

8    not see this result for Risperidone.

9         So the result for Seroquel was statistically

10   significant in this study?

11   A    That's correct.

12   Q    And is this a piece of the puzzle -- or a piece of

13   the evidence that you used in your methodology in coming

14   to your opinion -- your general opinion about Seroquel and

15   diabetes?

16   A    Yes, that's correct.

17   Q    Let's move on.  I want to display for you Exhibit 4.

18   It's a study.  I'll butcher the name.  I believe it's

19   called Sernyak.  It's Association of Diabetes Mellitus

20   with the Use of Atypical Neuroleptics in the Treatment of

21   Schizophrenia.  Did I read that reasonably correct?

22   A    Yes.

23   Q    And a neuroleptic is another way of saying

24   antipsychotic?

25   A    Yes, that's correct.

1  Q     Could you briefly describe the study for Her Honor?

2  A     This particular study looked at a total of over

3  38,000 outpatients who were diagnosed with schizophrenia

4  and being treated either with the typical or atypical

5  neuroleptics over a four-month period of time.  And it was

6  done in the Veterans Health Administration system in the

7  United States.

8       They identified patients who being treated with

9  atypical neuroleptics, again, were those who received

10  prescriptions for either clozapine, olanzapine, or

11  Risperidone or Quetiapine.  They also identified amongst

12  the groups of patients that had schizophrenia and were

13  being treated with neuroleptics, those who were diagnosed

14  with diabetes according to what we refer to as ICD-9 codes

15  which are basically just diagnostic codes.

16       And they looked at what the prevalence was of

17  diabetes across all the age groups, and among patients

18  receiving the different prescriptions for neuroleptics.

19  So again, over 38,000 patients were included, about 16,000

20  that were on typical neuroleptics and 23,000 that were on

21  atypicals.  And all of the drugs that I read to you before

22  were included in the sample.

23       When they controlled for the effects of age on the

24  risk of diabetes, patients who received atypical

25  neuroleptics, were about 9 percent more likely to develop

1    diabetes than those who received the typical neuroleptics;

2    and furthermore, the prevalence of diabetes was

3    significantly increased for patients who received

4    clozapine, olanzapine and Quetiapine, but not Risperidone.

5    Q     So you mentioned this is a Veterans Administration

6    study?

7    A     That's correct.

8    Q     And that is something that is -- that you're familiar

9    with because you are the section chief of endocrinology in

10   diabetes and metabolism at the VA Hospital in Miami,

11   correct?

12   A     That's correct.

13   Q     And does this study show a statistically significant

14   increase in the prevalence of diabetes in the people

15   studied in Veterans Hospital when they take Quetiapine,

16   i.e, Seroquel?

17   A     Yes, it does.

18   Q     And is it one more piece of evidence that you relied

19   on?

20   A     Yes, that's correct.

21   Q     I want to now turn to Exhibit 5, and this is an

22   article, the author's name, I call Guo.  I may be

23   mispronouncing that.  It's called Risk of Diabetes

24   Mellitus Associated with Atypical Antipsychotic Use Among

25   Patients with Bipolar Disorder, a Retrospective

1    Population-Based Case-Control Study.

2         Do you know the document?

3    A    Yes, I do.

4    Q    Could you describe for the Court the document?

5    A    Yeah.  Basically, this particular study is what we

6    call a retrospective study, which means they just looked

7    back at patient records, so there was nothing followed

8    forward, but just going back and examining patient

9    records.  And also examining controlled -- records of

10   control patients for comparison.

11        And they had 920 cases of diabetes were matched with

12   over 5,000 cases who didn't have diabetes, and they were

13   matched by age, sex, bipolar index month and year.  And

14   then they looked at what the prevalence was for diabetes

15   in the -- I'm sorry -- they -- give me just a minute here.

16   I'm sorry to take the Court's time, but -- oh, all the

17   patients had a minimum of at least three-month exposure to

18   one of the antipsychotics for their psychiatric diagnosis.

19        And they looked at -- they did what they called Cox

20   proportional hazard regression, which is a very typical

21   kind of statistical analysis when you do case control

22   studies, to look at what the risk of diabetes was

23   associated with antipsychotic use.

24        So they had over 900 cases of diabetes, and out of

25   those, 40 percent had received atypical antipsychotics;

1   namely, olanzapine, Risperidone, Quetiapine, ziprasidone,

2   and clozapine; and 34 percent had received the

3   conventional, or typical, antipsychotics.

4       So comparing those two groups, the risk of diabetes

5   was greatest on the patients taking clozapine,

6   Risperidone, olanzapine and Quetiapine.  Again,

7   controlling for age and gender, et cetera.

8   Q    And is this one more piece of evidence that you

9   garnered out of the medical literature that supports your

10  general opinions about Seroquel and its propensity to

11  cause diabetes in human beings?

12  A    That's correct.

13  Q    When you go through the analysis of these studies,

14  and you talk about what type of modeling they use, is it

15  fair to say that you're familiar with reading studies and

16  analyzing studies?

17  A    Yes that's correct.

18  Q    And before the question's asked from anybody in here,

19  it's true, is it not, your the former editor and chief of

20  the Journal of Clinical Diabetes?

21  A    That's correct.

22  Q    And you're a peer reviewer for the NIH, various

23  journals including the New England Journal of Medicine?

24  A    That's correct.

25  Q    So this would be a typical thing that you would do,

1    looking at studies like this and analyzing them?

2    A    Right.

3    Q    I have one more, at least in -- I may have several

4    more.  Let's look at Exhibit 6.  And it's entitled, A

5    Survey of Reports of Quetiapine-Associated Hyperglycemia *

6    and Diabetes Mellitus, Elizabeth Koller.

7         Could you identify Exhibit 6 for Her Honor?

8    A    Yes.  This was actually what's called a

9    pharmacovigilance survey report, which came out the FDA.

10   And what the FDA periodically does, as I'm sure you know,

11   look at the reports that are sent in -- adverse event

12   reports that are sent in from people who prescribe

13   medications.  And if a red flag is raised about any

14   particular medication, they will often publish a report

15   such as this to alert people to the idea that there may be

16   some adverse effects which are unexpected or serious, et

17   cetera.

18        So this particular FDA report was concerned with

19   hyperglycemia and diabetes, which was associated with

20   Quetiapine.  And what they have here were 46 reports of

21   Quetiapine-associated hyperglycemia or diabetes.  And nine

22   additional reports of acidosis, which is a metabolic

23   condition which often accompanies severe diabetes that

24   occurred in those particular cases in the absence of

25   hyperglycemia.

1     Of the reports of the Quetiapine-associated

2  hyperglycemia, 34 percent -- so 34 out of the 46, had

3  newly diagnosed hyperglycemia; eight of them had

4  exacerbation of preexisting diabetes; and four could not

5  be classified, and they don't discuss that further.

6  Q    So I'm clear, this is a report from a Dr. Koller, who

7  is part of the FDA?

8  A    That's correct.

9  Q    And turn to page 859 and look at table -- I'm sorry,

10  858 and look at table -- figure 1, figure 1.

11  A    Uh-huh.

12  Q    And could you tell the Court what figure 1 shows and

13  represents?

14  A    Basically, this figure shows us the change in the

15  number of Quetiapine prescriptions that have been written

16  in the United States from 1997 through the middle part of

17  2002, and also the number of hyperglycemic reports which

18  have been associated with Quetiapine and reported to the

19  FDA during that period of time.

20  Q    And am I -- is my -- are my eyes correct when I look

21  and say, as the prescriptions for Quetiapine have

22  increased, the reports of diabetes associated with

23  Quetiapine have increased, according to this chart?

24  A    The -- this is the number of hyperglycemic

25  events but --

1    Q    I'm sorry.

2    A    -- generally, yes, you're correct.  It appears that

3    as the prescription numbers have generally gone up so have

4    the numbers of hyperglycemic events.

5    Q    Turn to figure 3, which is on the next page.  We had

6    discussed this prior to coming in here.  And will you

7    explain to the Court the figure titled Time to

8    Hyperglycemic Event After Initiation of Quetiapine

9    Therapy, and its significance in your mind?

10   A    Right.  This is an interesting graph, in that, it

11   explores the time frame between the initiation of

12   treatment with Seroquel and -- to the time when

13   hyperglycemia actually occurred.

14        And as you can see, there is a wide range of time

15   that may go by after giving Seroquel.  Everything from as

16   low as less than a month up to somewhere in the 12- to

17   24-month period of time.  So it's interesting in that the

18   level of exposure to Quetiapine is different depending on

19   different hyperglycemic events.

20   Q    There has been a body of thought, and I know you

21   subscribe to it, that Quetiapine causes -- Seroquel causes

22   weight gain, and that triggers diabetes.  And -- but is

23   there also evidence in this paper that there is something

24   else that might be going on in terms of this drug causing

25   or triggering hyperglycemia after one month of treatment?

1   A     Well, yes.  And that's one of points that's brought

2   out in this paper is that the cases of hyperglycemia that

3   occurred after very short time exposure to Seroquel would

4   unlikely be related to any degree of weight gain; in other

5   words, it suggests that there could be another mechanism

6   aside from weight gain which is causing hyperglycemia

7   either, to develop or worsen in these individuals.

8   Q     Turn over to page 860, the discussion in the second

9   paragraph, and we will discuss this -- the second

10  paragraph --

11  A     Uh-huh.

12  Q     -- and then move on.  It says, "The data presented

13  here similarly suggests that Quetiapine treatment is

14  associated with the development of hyperglycemia.  The

15  time to onset of hyperglycemia was three months or less

16  for the majority of patients, and prompt reversibility of

17  hyperglycemia followed withdrawal of the drug in some

18  cases."

19        Did I read that reasonably correct?

20  A     Yes, you did.

21  Q     Hyperglycemia is high glucose?

22  A     Yes, that's correct.

23  Q     And that's part of the ADA criteria for the diagnosis

24  of diabetes, correct?

25  A     Yes, it is.

124

1    Q    Now, what does this suggest, this short period of

2    time of onset and then again the reversibility after the

3    drug has been removed from the subject?

4    A    Well, the reversibility of the condition after the

5    drug has been removed is very suggestive that the drug was

6    playing a role in creating the hyperglycemia, because when

7    the drug is withdrawn, the hyperglycemia goes away.

8    Q    And it says, "furthermore, the mean age of newly

9    diagnosed patients in our series was 31.2 years, which was

10   considerably lower than a typical age of patients with

11   Type II diabetes."

12        Is that true?

13   A    Yes, although you can develop diabetes Type II

14   diabetes at any age; typically, it's in older individuals,

15   older than 31.

16   Q    And in young people, this would -- the factors in

17   this paper, what is it suggestive of in your mind and what

18   do you question?

19   A    Well, it suggests sort of an atypical mechanism for

20   the development of the hyperglycemia, again, in a

21   population of people who don't usually develop it.

22   Q    So in one regard, we have a drug that makes people

23   gain weight, and obesity we know is a risk factor and can

24   cause diabetes, correct?

25   A    Correct.

1  Q    And on another hand, there's something else that may

2  be going on because it's causing short-term users to have

3  elevated blood sugars?

4  A    Well, it's suggestive that there could be another

5  mechanism related to the Quetiapine, which could be

6  playing a factor in creating the hyperglycemia, yes.

7  Q    All right.  Have you looked at some animal models in

8  your research that have modeled a possible mechanism for

9  the second?

10 A    Yes.

11 Q    Let me show you what I have marked as Exhibit 13 --

12 premarked as Exhibit 13.  I'll display it on the Elmo, and

13 ask to you take it out.  It's called "Induction of

14 Hyperglycemia in Mice with Atypical Antipsychotics Drugs

15 that Inhibit Glucose Uptake" by Dwyer.

16      Do you recognize Exhibit 13?

17 A    Yes.

18 Q    Could you briefly tell the court what Exhibit 13

19 represents?

20 A    Okay.  This was a study that looked at the

21 development of hyperglycemia in a mouse model that is

22 particularly prone to developing diabetes.  And what they

23 did with these mice were they injected them with a panel

24 of both typical and atypical antipsychotic medications,

25 and then they measured their blood glucose levels

1   periodically over several hours' period of time.

2       What they found was that the atypical drugs,

3   including clozapine, desmethylclozapine, Quetiapine, and

4   loxapine and the original antipsychotic chlorpromazine

5   induced significant hyperglycemia in these mice and in

6   accordance with their effects on glucose transport.

7       By contrast, Haldol and sulpiride had little effect

8   on -- have little effect on glucose uptake and they did

9   not cause hyperglycemia.

10      Risperidone produced a modest elevation of blood

11  glucose levels, but -- and what they also did was they

12  looked at the -- the height of the hyperglycemia that was

13  created in presence of these medications, and they

14  compared it to the level of hyperglycemia that was created

15  by a drug that is known to cause hyperglycemia through

16  inhibition of glucose transport.

17      So essentially, what they did was they saw how --

18  they looked at whether these drugs were creating a level

19  of hyperglycemia that was comparable to the level of

20  hyperglycemia that was seen with this drug that we know

21  causes hyperglycemia.  And what they found essentially was

22  that those medications that I just listed produced

23  comparable hyperglycemia to this known agent.

24  Q    And again, in that, this paper doesn't prove that

25  Quetiapine causes disruption of glucose transport, does it

1    support that idea?

2    A    It does support it.  What -- papers like this that

3    discuss results in animals are really usually what you

4    would call hypothesis-generating papers.  What they do is

5    they suggest mechanisms that could be responsible for

6    similar conditions in humans, and often will stimulate

7    further study in higher animal models and eventually

8    humans.

9    Q    One more animal model, Exhibit 10, Atypical -- I'm

10   sorry, Antipsychotic Drug-Induced Weight:  Development of

11   an Animal Model.  Do you recognize -- and this is by Cope.

12        Can you identify Exhibit 10?

13   A    Yes, I do.

14   Q    Briefly tell Her Honor what Exhibit 10 is.

15   A    Okay.  Again, they took the similar strain of mice

16   that are particularly prone to developing diabetes and

17   metabolic disturbances, and they tested them with a

18   olanzapine, Quetiapine, ziprasidone and Risperidone.  They

19   were actually given -- it was a feeding study, where they

20   allowed the mice ad libitum access to mouse chow and

21   water.

22        And then they -- they dosed some of the mice with

23   actual placebos and they dosed some the other mice with

24   the drugs, with the antipsychotics medications.  And they

25   measured -- for four weeks, they quantified what their

1    food intakes were and measured their body weights and body

2    composition at the end of each treatment time.

3        And what they found was that at the end of the four

4    weeks, olanzapine, Quetiapine, ziprasidone and Risperidone

5    caused significant weight increases, but only olanzapine

6    and Quetiapine were associated with significantly

7    increased food intake.  So not only did these mice gain

8    weight on these two particular medications, but they were

9    observed to actually increase their food intake.

10   Q    I think that explains it thoroughly.  They actually

11   have mouse chow?  There's such a thing?  A?

12   A    There is such a thing as mouse chow, yeah.

13   Q    All right.  One last paper and then we will move on

14   to the medical records.  Does the science set still or

15   does it always move forward in terms of trying to

16   understand --

17   A    Well, we hope that science always moves forward in

18   trying to understand any condition.

19   Q    And as part and parcel to that, science moving

20   forward, has there recently been studies that have come

21   out on generally second-generation antipsychotics, in

22   particularly, Quetiapine?

23   A    Yes.  There are articles coming out all the time,

24   very recent publications.

25   Q    And have you, in the last day or so, pointed to two

1    that have come out in last two days?

2    A    One came out, I think, a week ago and one came out

3    yesterday, which I haven't had a chance to review yet.

4    Q    That's the one in the New England Journal.

5    A    That's correct.

6    Q    Let me show you Exhibit 3, which is one you pointed

7    out that maybe -- that you have had a chance to review.

8    Will you please identify the document for Her Honor.

9    A    It's a paper that was published in a journal called

10   the Lancet.  It's entitled Second-Generation versus

11   First-Generation Antipsychotic Drugs for Schizophrenia:  A

12   Meta-Analysis.

13   Q    And what did the meta-analysis seek to answer -- or,

14   first, hold on.  What is meta-analysis?  I know Her

15   Honor's heard it, but tell her the magnitude of this

16   meta-analysis that has been recently published?

17   A    What meta-analysis does is it reviews the literature

18   and generally selects those papers which were good science

19   on whatever topic they wish to be examining.  So, for

20   instance, in this paper they wanted to look at the effects

21   of the first-generation versus second-generation drugs, so

22   they looked for randomized controlled trials that had been

23   done in this manner, looking at those two things.  And

24   they included approximately 150 double-blind studies, so

25   studies that were all well done, you know, with good

1    science, that included over 21,500 participants.

2        They specifically excluded studies that they didn't

3    think were done in a unbiased manner.  They did find some

4    benefits to the second-generation medications, in terms of

5    efficacy, but they also found differences in terms of

6    adverse events or side effects.

7        Specifically with the exception of aripiprazole and

8    ziprasidone, all the second-generation antipsychotic drugs

9    induced more weight gain in various degrees than did the

10   comparative; that was first-generation antipsychotic

11   Haldol.

12   Q    And this finding was consistent among the

13   second-generation antipsychotics --

14   A    Yes.  Those -- they included were amisulpride,

15   clozapine, olanzapine and Risperidone.

16   Q    And Quetiapine?

17   A    And -- yes.

18   Q    And the -- and I'm going to call it the Abilify and

19   the Geodon were the two drugs that were found in this

20   recently published meta-analysis not to cause weight gain?

21   A    Correct.

22   Q    And Abilify and Geodon are drugs that Ms. Guinn has

23   taken, correct?

24   A    Yes, she has.

25   Q    We will move to that in a second, but first, let me

```
 1    ask you this series of questions.

 2         I know this is not all the documents you reviewed out

 3    of the medical literature, but is this a representative

 4    sample that the Court can look at?

 5    A    Yes, it is.

 6    Q    And based on your review of not only this -- these

 7    document, but as well as your knowledge that you have

 8    obtained in the practice of medicine and review of other

 9    document, do you have an opinion, to a reasonable degree

10    of medical probability, that Seroquel can cause weight

11    gain?

12    A    I think there's a great deal of evidence accumulating

13    to show that Seroquel has a definite association with the

14    development of weight gain.

15    Q    All right.  And the same question for diabetes:  Do

16    you hold the opinion that Seroquel can cause diabetes in

17    some people?

18    A    Yes, I do.

19    Q    And is that held to a reasonable degree of medical

20    probability or certainty?

21    A    I'm sorry.  Would you --

22    Q    Do you hold -- this is magic words.  Is that held to

23    a reasonable degree of medical probability?

24    A    Yes.

25    Q    All right.  Now, you had identified earlier, as part
```

132

1    of your method, you reviewed the medical records that you

2    had on Ms. Guinn, correct?

3    A    Correct.

4    Q    And did you set about to do a systematic review of

5    those records?

6    A    Yes, I did.

7    Q    And when you set about to do a systematic review the

8    record what was the purpose of the review?

9    A    To gain a perspective and understanding of the events

10   that had occurred over the past number of years,

11   specifically related to metabolic changes in this patient.

12   Q    And did you set about, in your way, to look at the

13   metabolic profile of Ms. Guinn both prior to the ingestion

14   of Seroquel and during the ingestion of Seroquel and

15   indeed after?

16   A    Yes.

17   Q    And have you reviewed a voluminous amount of records

18   in getting to that?

19   A    Yes.

20   Q    Now, I'm not going to sit here and try to go through

21   those voluminous amount of records.  But is it -- did --

22   over the course of the last day or two, did we put

23   together a couple of charts that are illustrative of

24   Ms. Guinn's metabolic profile?

25   A    Yes, we did.

1   Q    All right.  And do you believe that those charts will

2   not only aid you in testifying but also aid the Court in

3   understanding your testimony?

4   A    Yes.

5   Q    I want to display now, it's in your folder too,

6   Exhibit 14.  Can you identify Exhibit 14 -- well, I'll let

7   you get it out.

8        Can you identify for the record Exhibit 14?

9   A    Yes.  It is a chart showing changes in weight over

10  time, from 1987 through 2006.

11  Q    And in putting together this demonstrative, does it

12  accurately represent the weight trends and not contain

13  each and every entry of weight recorded?

14  A    Yeah.  I believe so.

15  Q    And in your review of it, does it accurately

16  represent Ms. Guinn's weight starting in '87 and moving

17  forward toward 2007?

18  A    I believe so.

19  Q    And looking at the changes in her weight, at the time

20  that she -- that -- there was a period of time in the

21  1990s where her weight had moved to above 200 pounds?

22  A    Yes correct.

23  Q    Then there was another period of time, around 2000

24  where -- or 2001, if I'm reading this correctly, where her

25  weight again reached around 200 pounds?

1    A    That's correct.

2    Q    And then prior to -- you see this shaded box.  You

3    need to explain to Her Honor the shaded box, that's

4    Seroquel exposure?

5    A    That's correct.

6    Q    Did she have a marked loss in weight prior to being

7    put on Seroquel?

8    A    According to this graph, she had lost quite a lot of

9    weight in the time prior to starting on Seroquel.

10   Q    Do you remember what the weight was -- and I believe

11   it was about a week before she went on Seroquel, what her

12   weight was?

13   A    I think it was in the 150s.

14   Q    About 155?

15   A    That would be close.

16   Q    So in the year or so prior to her starting Seroquel,

17   she had went from a weight of around 200 pounds to the

18   150s?

19   A    That's correct.

20   Q    Now, as a person who treats diabetes, is that a good

21   thing or a bad thing, metabolically?

22   A    The weight loss?

23   Q    Yes, ma'am.

24   A    It's a good thing.

25   Q    And does that help prevent diabetes, in your belief,

1  losing weight?

2  A    It's been demonstrated quite clearly that in people

3  who are at risk for diabetes, decreases in body weight can

4  prevent or delay the onset of diabetes.

5  Q    We assume 155 pounds was her base, and I don't have

6  the exact measurement, I know, when she started.  Is that

7  a reasonable weight for a person her size, and age?

8  A    I don't remember exactly how tall she was, but it's

9  probably a decent weight.  I think she was 5 foot 2 or 3.

10  Q    Now, within the box, the box that says Seroquel

11  exposure that starts at 502 and goes to 1206, could you

12  describe for the Court the changes in weight that is

13  displayed within that box?

14  A    Well, soon after the start of the Seroquel, you can

15  see that there was a sharp rise in her weight up to

16  somewhere in the neighborhood of 190 or so, which actually

17  peaked at a little over 200 again in about 2006.

18  Q    Well, as a person who's involved in treating

19  diabetes, can we say that that was a clinically

20  significant weight gain after she started diabetes -- I

21  mean started Seroquel?

22  A    It would probably be clinically significant, yes.

23  Q    And another way of saying it, is 30 to 40 pounds of

24  weight gain on a drug -- or while you're on a drug

25  clinically significant to most folks?

1    A    Yes, I would say so.

2    Q    And does that have an effect metabolically on most

3    folks?

4    A    It can have a effect.

5    Q    And was she diagnosed -- I know there's some jumping

6    up and down.  Had she gained a significant amount of

7    weight on Seroquel before she was diagnosed with diabetes?

8    A    Yes.  The red line that's in the gray box represents

9    the time -- approximate time when she was diagnosed with

10   diabetes.

11   Q    So is it fair to say that she was on Seroquel and had

12   gained a significant amount -- indeed clinically

13   significant amount of weight while -- when she was

14   diagnosed with diabetes?

15   A    That's correct.

16   Q    Can that type of weight gain over the period of time,

17   from 2002 to 2006 when she was diagnosed, cause a

18   disturbance in a person's metabolism?

19   A    Yes, particularly if she's a person who's at risk.

20   Q    And before I go to that, let me just ask you.  Was

21   she a person at risk?

22   A    She was a person who had many risk factors for the

23   development of diabetes.

24   Q    All right.  And we will go to those in a minute, but

25   let me -- first, have we pulled out a few records that are

1    illustrative of what we're talking about?  And I want to

2    show you first Exhibit 19.  And we will go back to the

3    chart in a second.

4        Can you take out Exhibit 19?

5    A    I'm sorry.  Which exhibit?

6    Q    Exhibit 19.  I'm sorry I'm not speaking clearly.

7    A    I have it.

8    Q    Can you identify Exhibit 19?

9    A    Exhibit 19 is two pages from Ms. Guinn's medical

10   records.  The first page is a description of a visit to

11   her neurologist, and the second page is a panel of

12   laboratory results that are close in time.  The date is

13   close to the date when she saw the neurologist;

14   approximately a week difference.

15   Q    Okay.  As best I can tell, this is -- the weight

16   recorded here is 208 pounds?

17   A    That's -- yeah.

18   Q    And is that the highest weight you have seen recorded

19   for Ms. Guinn?

20   A    I believe that's the highest weight.

21   Q    And on the second page, what does the second page

22   reflect?

23   A    The second page, again reflects a panel of

24   chemistry results -- serum chemistry and the cholesterol

25   lipid results for this patient.

1    Q    Okay.  And were these -- I'm focusing specifically on

2    glucose.  Were these glucose results collected about a

3    week before the weight was taken?

4    A    Yes.  That's correct.

5    Q    And what is the reading for glucose?

6    A    The reading is 94 milligrams per deciliter.

7    Q    And is that normal?

8    A    Yes, it is.

9    Q    So at the time that she had acquired her highest

10   weight that we found, 208 pounds, about that time, within

11   a week, she had a test for glucose abnormalities, was not

12   on Seroquel and her weight was normal?

13   A    That's correct.

14   Q    And do you remember generally when she was placed on

15   Seroquel?

16   A    I did know until you asked me.  I forget.  I'm sorry.

17   Q    It's not a memory test.  Let me show you Exhibit 23.

18   And this is a Palmetto General discharge summary.  And can

19   you describe what this indicates as far as -- I know it

20   indicates a lot of stuff, but as far as the prescription

21   of Seroquel?

22   A    This is -- the first page is a discharge summary from

23   Palmetto General Hospital describing a hospitalization for

24   Ms. Guinn who had been admitted to the psychiatric unit

25   there.  And -- I'm sorry.  What else did you ask me?

1   Q    And at that time, was she placed on the drug Seroquel

2   in 2000 --

3   A    Yes.  The discharge summary indicates that she was

4   discharged on Seroquel, 200 milligrams a day, at bedtime.

5   Q    Okay.  And for the Court's consideration, was she

6   originally put on 100 milligrams, according to this

7   document, and then it was increased to 200 milligrams?

8   A    If my memory is correct, she was on 100 milligrams at

9   some point.

10  Q    And what -- how many milligrams, by the end when she

11  was diagnosed, of Seroquel was she taking?

12  A    I think the maximum total daily dose of Seroquel was

13  about 800 milligrams a day.

14  Q    Is that high dose Seroquel?

15  A    I believe it is.  I'm not a psychiatrist and don't

16  prescribe this, but...

17  Q    But at any rate, would you say she went from

18  100 milligrams at one point in time in the hospital to

19  800 milligrams a day at the time that she was diagnosed

20  with diabetes?

21  A    That's correct.

22  Q    I want to show you Exhibit 24, and this a series of

23  documents you can pull out.  I'm interested in the

24  weights.  This is the medical records of Dr. Ragsdale.

25  A    I have it.

1    Q    And I believe they start from the back and go

2    forward.  So I guess we will go to the back weight, which

3    is a 6-19-02 entry on the last page.  Are you with me?

4    A    Yes.  The weight was 155.

5    Q    And that is an entry that was right after she had

6    been place on Seroquel, correct?

7    A    That's correct.

8    Q    And without trying to kill too much time, as you

9    agree these progress records and we can flip and look at

10   weight, is there a consistent increase in weight in

11   Ms. Guinn while on Seroquel, from 155 pounds at the first

12   entry to 191 pounds by 7-17-03?

13   A    That's correct.

14   Q    And is that the type of consistent weight gain that

15   you found in reviewing these records?

16   A    Yes.  That's correct.

17   Q    All right.  Take out Exhibit 17, and I'll ask you,

18   was there a time while Ms. Guinn was on Seroquel that she

19   was diagnosed with diabetes?

20   A    According to this progress note, it is noted that she

21   had a fasting blood sugar on this occasion of 166, and

22   underneath that, it is noted positive -- I think it says

23   follow-up of diabetes.

24   Q    Okay.  And the date of this document is what?

25   A    2-1-06.

1    Q     So as of February the 1st, '06, she was diagnosed

2    with Type II diabetes, correct?

3    A     It was noted that on that date that she had diabetes,

4    yes.

5    Q     And prior to that time and during that time, was she

6    also on Seroquel?

7    A     Yes.

8    Q     Now, and it -- also, in this record, do you see the

9    weight noted?  Top left-hand side.

10   A     Yes.  198 pounds.

11   Q     And from 155 pounds to 198 pounds basically 200

12   pounds, is that a significant weight gain?

13   A     Yes.

14   Q     And is that clinically significant?

15   A     Yes.

16   Q     Now, you have looked at the results of the diagnosis

17   of diabetes.  Do you concur with the diagnosis?

18   A     The diagnosis of diabetes needs to be confirmed by

19   two separate tests, so she would need to have another

20   fasting blood glucose elevation either before this or

21   after this to make a diagnosis.

22   Q     But what I'm trying to pin down is you agree that she

23   has diabetes now today?

24   A     If she has another fasting blood glucose that's also

25   elevated on a separate occasion.

1    Q    And since you're talking about fasting blood glucose,

2    we also plotted fasting blood glucoses.  This is Exhibit

3    15.

4    A    Yes.

5    Q    And without regard to whether or not the blood sugars

6    are fasting, do those little arrows that are not that

7    visible, quite frankly, reflect what the fasting blood

8    glucose readings that she had had?

9    A    I think these reflect all of her blood glucose

10   readings, which included some fasting and some that we

11   weren't sure of whether they were fasting or were clearly

12   not fasting.

13   Q    All right.  Let's put the two together, if you can,

14   Exhibit 16.

15        And now, does this chart reflect her weight history

16   as well her blood sugar history?

17   A    I'm sorry.  Could you repeat the question.

18   Q    Does the chart, Exhibit 16, reflect her weight

19   history as well as her pattern of blood sugar?

20   A    Yes, it does.

21   Q    I guess as well as her exposure to Seroquel?

22   A    Yes.

23   Q    Now, in reviewing all these records -- let's do one

24   more and go back -- and put up Exhibit 18.

25   A    Did you say 18?

1    Q    Yes.  18.  Tell me when you have it.

2    A    This is a -- what's called a psychiatric diagnostic

3    interview and examination, which was done by a nurse

4    practitioner, dated September 15th, 2006.

5    Q    September 15th, 2006 was after the diagnosis of

6    diabetes, correct?

7    A    That's correct.

8    Q    And after the diagnosis of diabetes, did Nurse

9    Thompson take Ms. Guinn off of Seroquel and put her on

10   Abilify?

11   A    She -- at this particular treatment, she decreased

12   the Seroquel and start -- and continued her on Abilify.

13   Q    She tapered her off the Seroquel and then started her

14   transformation to Abilify?

15   A    Essentially, that's what she good.  She had been --

16   she points out in the first sentence that she's gradually

17   progressively taking her off Seroquel and placing her on

18   Abilify.

19   Q    Do you know the reason -- have you been able to

20   ascertain the reason why that was so?

21   A    I would interpret this to mean that she felt that

22   perhaps the weight gain was related to the Seroquel

23   and/or -- she mentions in the next sentence that she

24   developed diabetes and weight gain, so I'd interpret that

25   to mean that that was the reason why she was taking her

1    off the Seroquel and putting her on the Abilify.

2    Q    And indeed, as we have looked at some of the

3    scientific articles here today, has it been shown, at

4    least in some of the articles, that Abilify is -- causes

5    less weight gain than Seroquel?

6    A    Abilify seems to be associated with less weight gain,

7    yes.

8    Q    Now, I have got some magic questions that I have got

9    to ask you.  And I know your a doctor, but lawyers use

10   magic words.

11        And first one is, as to Ms. Guinn's ingestion of

12   Seroquel, do you believe that her ingestion of Seroquel

13   was a substantial factor in her development of diabetes?

14   A    Yes, I do.

15   Q    Do you believe that her ingestion of Seroquel was a

16   substantial factor in her weight gain?

17   A    Yes, I do.

18   Q    Do you hold those opinions to a reasonable degree of

19   scientific certainty?

20   A    Yes.

21   Q    Or as some people say, medical probability?

22   A    Yes, I do.

23   Q    Now, in terms of Seroquel -- well, let's talk about

24   some other things.  You said earlier that she had risk

25   factors, correct?

1   A     That's correct.

2   Q     And is it fair to say that she was a person who was

3   predisposed to develop diabetes at the point in time when

4   was she was placed on Seroquel?

5   A     She was a person who certainly had a lot of risk

6   factors when she was placed on Seroquel.

7   Q     Let's talk about some of those risk factors.

8   Although she was 155 pounds at the time, she had been

9   obese at one point, correct?

10  A     Yes, she had.

11  Q     And she was also diagnosed -- at least diagnosed with

12  schizophrenia.  Do you consider that to be a risk factor?

13  A     Yes, it is.

14  Q     She was a person that had hypertension diagnosed in

15  the 1990s and at some -- most of the time well controlled,

16  but sometimes not.  Do you consider that to be a --

17  A     Yes.

18  Q     She's a person who, from time to time, was physically

19  inactive.  Do you consider that to a risk factor?

20  A     Yes.

21  Q     And she was a person who, from time to time, had a

22  poor diet.  Do you consider that to be a risk factor?

23  A     Yes.

24  Q     And she was a person who had a family history of

25  diabetes, correct?

1    A     Correct.

2    Q     And is that a risk factor?

3    A     Yes, it is.

4    Q     Now, in terms of looking at the risk factors, did you

5    consider each and every one of these risk factors in

6    formulating your opinions?

7    A     Yes, I did.

8    Q     And did you discount any one of them more than the

9    other one?

10   A     No.

11   Q     Is there any way to look at these risk factors and

12   determine, based on credible science and doctrine here in

13   America, whether one of these risk factors could possibly

14   be a sole cause of the diabetes?

15   A     No, there isn't.

16   Q     Or do all the factors work together?

17   A     All the factors work together.

18   Q     Now, in terms of an individual who is predisposed to

19   diabetes, are there things that an individual can do who

20   are predisposed to diabetes to make their chances of

21   getting diabetes less likely?

22   A     Yes.  An individual can attempt to reverse some of

23   the reversible risk factors for diabetes to reduce their

24   risk.

25   Q     I have one.  Is obesity a reversible risk factor?

1  A     Yes, it is.

2  Q     Will you please put Exhibit 15 back on the screen?

3        Now, as to the time -- up until the time when

4  Ms. Guinn went on the drug, Seroquel, had she done a

5  decent job -- I'm sorry, 16 -- a decent job of reversing

6  her risk factor in obesity?

7  A     She had had two occasions where she lost weight.

8  Yes.

9  Q     And at the time she was placed on Seroquel, she went

10 from above 200 to 155 or thereabouts, correct?

11 A     That's correct.

12 Q     Do you consider that, as a clinician, a decent job of

13 reversing a risk factor?

14 A     I think that is a decent job.

15 Q     As a clinician, would you want to put something in a

16 person's body that's going to -- who's predisposed to

17 diabetes that's going to cause them to gain weight?

18 A     No, if it could avoided.

19 Q     Another question:  Would you want to put something in

20 the person's body who's predisposed to developing diabetes

21 who is pre- -- that can cause in and of itself changes in

22 blood sugars?

23 A     No.

24 Q     And do you believe strongly that physicians who --

25 and I know you don't prescribe this, but physicians who do

1    prescribe this need to know these facts?

2    A    That's correct.

3    Q    Now, at the time -- this is -- here we go more.

4    Magic questions.  At the time she was diagnosed with

5    diabetes, she being Ms. Guinn, in -- we have listed here

6    12/06, whenever the confirmation test came through, do you

7    agree that but for her ingestion of Seroquel she wouldn't

8    have gotten diabetes at this time, if you count the weight

9    gain caused by it?

10   A    Well, she wasn't really obese at that time.

11   Q    Well, I mean in -- I mean at the time she was

12   diagnosed.

13   A    Could you repeat the question?

14   Q    Sure.  At the time she was diagnosed with diabetes

15   that but for the ingestion of Seroquel and weight gain

16   caused by it, she wouldn't have gotten diabetes at that

17   point in time?

18   A    No, because if you take the Seroquel away, I mean,

19   you don't know what the weight gain would have been.

20   Q    All right.  If you take Ms. Guinn at 155 pounds --

21   let's just put it this way -- is she a very different

22   person metabolically than Ms. Guinn at 200 pounds?

23   A    Yes, she likely is.

24   Q    And is she a lot more metabolically safe at 155

25   pounds than she is at 200 pounds?

1    A    Yes.

2    Q    Now, the opinions that you expressed here today about

3    Ms. Guinn's weight gain, Ms. Guinn's development of

4    diabetes, did you arrive at those opinions using the same

5    methodology or similar methodology that you used in doing

6    your work as a clinician and your work as a researcher?

7    A    Yes, with the exception being that I did not do a

8    direct medical history or physical exam on Ms. Guinn.

9    Q    That might be the nature of both I think the law

10   allows that, but with the exception of doing an actual

11   physical examination and medical history, have you used

12   the very same methodology as you use in the State of

13   Florida every day in practicing medicine?

14   A    Yes.

15   Q    And are those methodologies combining your experience

16   and your training and what you have learned as a doctor,

17   together with the research and the published medical

18   literature, together with looking at the patient's charts

19   and records and tests and coming to a conclusion as to

20   what caused her illness?

21   A    Yes.  That's correct.

22   Q    I had noticed on your CV that you're an adviser to

23   the governor of the state of Florida on diabetes

24   prevention.  Is that true?

25   A    On diabetes prevention and care, yes.

1    Q    So you make recommendations to the current governor

2    of the State of Florida?

3    A    The current governor and the previous governor.

4    Q    I know the previous governor.  His last name was

5    Bush.

6    A    That's correct.

7    Q    He's in Texas now, actually.

8         But you made recommendations now to the preceding

9    governor and now the current governor?

10   A    Yes.  I'm part of what's called a diabetes advisory

11   counsel for the State of Florida.

12   Q    All right.  And in doing your work, advising the

13   state and the governor, do you use the same methodologies

14   that you have used here to come to your conclusions that

15   you have expressed to Her Honor?

16   A    Yes, that's correct.

17   Q    Two other points before you sit down.  How many times

18   have you ever testified as an expert witness?

19   A    This is the first time.

20   Q    And before you're asked, and not to lay behind the

21   law, you haven't written a paper on second-generation

22   antipsychotics, have you?

23   A    That's correct.

24   Q    I need to make a qualification, don't I?  Yet?

25   A    Correct.

1    Q    Tell Her Honor about that.

2    A    I was invited to write a paper on the management of

3    hyperglycemia in patients taking atypical antipsychotics.

4    Q    And was that at the invitation of a lawyer or a

5    medical doctor?

6    A    It was at the invitation of a journal called the

7    International Medical Journal.

8    Q    And are you currently in the process of writing that

9    paper?

10   A    Yes, I am.

11         MR. PIRTLE:  And with that, thank you very much.

12        Pass the witness, Your Honor.

13         THE COURT:  Okay.

14                    CROSS-EXAMINATION

15         MS. THORPE:  May I approach, Your Honor?

16         THE COURT:  Yes.

17   BY MS. THORPE:

18   Q    I'm going to give your depositions here so you will

19   have them in front of you.

20   A    Thank you.

21   Q    And I'm going to give you -- we've marked as Exhibit

22   22, which was your reference list.

23        Now, Dr. Marks, I know we have never met.  Let me

24   introduce myself.  I'm Jane Thorpe.  And I want to start

25   off right off with something you said about there needing

1    to be two tests -- two initial tests of 126 and then a

2    confirmatory test, right?

3    A    That's correct.

4    Q    What was the confirmatory test?

5    A    In my memory serves me correctly, there was another

6    fasting blood sugar, which was in the 130s range, which

7    was done a couple months prior to the 166 -- I think it

8    was in September or October of the previous year.

9    Q    You didn't bring that with you or on the screen or

10   anything, did you?  I didn't see it.

11   A    No.

12   Q    Now, just a couple of quick follow-ups:  You talked

13   about there being an association between Seroquel and

14   diabetes on direct.  You gave a opinion.  You have

15   testified that an association is not the same as

16   causation, correct?

17   A    That is correct.

18   Q    Now, you also -- I'm just doing a little odds and

19   ends here, and then we will start at the beginning.  Your

20   talks that you mentioned that you gave about Abilify for,

21   is it, Bristol-Myers, I think you --

22   A    Bristol-Myers Squibb.

23   Q    Yeah.  Those talks did not involve anything at all

24   about the drug Abilify, correct?

25   A    That's correct.

1   Q    You were talking about metabolic syndrome?

2   A    That's correct.

3   Q    And metabolic syndrome is a condition when a patient

4   has developed insulin resistance and they have a variety

5   of conditions very similar to what Ms. Guinn had before

6   she started taking Seroquel, right?

7   A    That's correct.

8   Q    She had -- as you said, she was very, very obese

9   before she started taking Seroquel and she had

10  hypertension and high cholesterol and she had all those

11  factors that you look at in diagnosing metabolic syndrome,

12  correct?

13  A    Well, at the time she started Seroquel, she

14  technically wasn't obese.

15  Q    Well, before she -- before --

16  A    In the past, she had been obese, yes.

17  Q    We're going to talk about what happened to her just

18  before she started taking Seroquel in just a minute.  We

19  will get to that.

20       So now I'm going to go back to sort of beginning

21  here.  And I want to talk to you about what you reviewed

22  in this case.  You have come in and told the Court about a

23  whole lot of literature today.

24       And it's correct, Dr. Marks, that when you got

25  involved in this -- I know you're -- sounds like you're

1    new to this kind of work -- you were provided literature

2    by plaintiffs' lawyers that you used in forming your

3    opinions, correct?

4    A     That was part of my literature source, yes.

5    Q     And that literature was put together by someone who

6    works for the plaintiffs' attorneys who we've heard a

7    little bit about today named Glenda Granger, correct?

8    A     Correct.

9    Q     And you don't know how Ms. Granger decided what

10   literature should be in that set of literature you got

11   sent, correct?

12   A     That's correct.

13   Q     And you never asked Ms. Granger or anyone else

14   whether there were articles that existed that contradicted

15   your opinions, did you?

16   A     I didn't need to ask her.  I did a Pub Med online

17   search to look for other articles on the topic.

18   Q     Well, that's interesting, because in your deposition,

19   ma'am, you were asked what articles you had in addition to

20   Ms. Granger's list, and you identified five articles.  Do

21   you remember that?

22   A     No, I don't.

23   Q     Let me show you page 28 of your deposition --

24   actually, it begins on page 27, line 22.  And I think he's

25   going to bring it up for you, but you can look at yours.

1   Just volume 1, right at the beginning.

2   A    Uh-huh.

3   Q    So you had the reference list of materials that Ms.

4   Granger sent, right?

5   A    That's correct.

6   Q    And then you brought some additional articles, right?

7   A    That is correct.

8   Q    And the person who was taking your deposition at that

9   time, went through the documents you brought in.  And you

10  brought in addition the ADA consensus statement, right?

11  A    Correct.

12  Q    And then you brought an article if you look to the

13  next page, line 15, on page 28, you brought the Miller

14  article?

15  A    I'm sorry.  What are you referring to?

16  Q    Page 28 of your deposition.

17  A    Of the deposition?  Okay.

18  Q    Take a second and look at page 28 and 29.  You will

19  see you listed -- she went through the articles.  I

20  counted them.  There are five.  If you remember that

21  differently, please let me know.

22  A    I just found my place now.

23  Q    Okay.  Why don't you look and just tell us.  How many

24  articles?

25  A    So what are you asking me to identify?

1    Q    I'm asking -- you said you did a literature search?

2    A    That's correct.

3    Q    And you brought with you those articles?

4    A    I did a literature search which included some

5    articles that Ms. Granger hadn't given me as well as many

6    of the articles that Ms. Granger had given me.  So that

7    was the basis for the literature selections.

8    Q    I'm just looking for the number.

9    A    I can't remember what the number was.

10   Q    Well, go through them.  They're right there in front

11   of you on page 28.  I'll just read them to you.  You got

12   the ADA consensus statement, right?

13   A    Probably, yes.

14   Q    If you look at line 22 of your deposition on page 27.

15   A    Twenty-seven?  I'm not used to looking at these

16   things.  I'm sorry.

17             MS. THORPE:  May I approach the witness, Your

18   Honor?

19             THE COURT:  Yes.

20             THE WITNESS:  I got it.

21   BY MS. THORPE:

22   Q    Okay.  You see ADA consensus statement, right?

23   A    Yes.

24   Q    The Miller paper, right --

25   A    Yes.

```
1   Q    -- number two?

2   A    Uh-huh.

3   Q    Then you brought the McNeily study?  You see that,

4   number three.

5   A    Correct.

6   Q    Then you brought the Lamberth study, number four?

7   A    Uh-huh.  Correct.

8   Q    And then you brought -- you didn't identify it by

9   name, but it's the Koller paper at the bottom --

10  A    Correct.

11  Q    -- number five?

12       And I'm sorry.  I skipped number six.  The Schwartz

13  paper, right?

14  A    Correct.

15  Q    Is that it?

16  A    Yes.  Of course, I was asked to remember these

17  articles from memory.

18  Q    Now, ma'am, if you'll recall, you brought a Redwell

19  folder, do you remember that, and they were right there?

20  A    That's right.  They were some of the articles that I

21  had reviewed.

22  Q    Okay.  Now, that's what you brought as a result of

23  your Pub Med search, correct?

24  A    That's what I brought.  Doesn't mean it was

25  necessarily everything that I had --
```

1    Q    So you had other articles that you didn't produce,

2    though you were asked to bring them?

3            MR. PIRTLE:  Let me interpose an objection, Your

4    Honor.  There was an agreement the documents be provided

5    prior to the deposition.  Those were just what she brought

6    with her, so -- that's provable.

7            THE COURT:  She's asking her a question.

8    BY MS. THORPE:

9    Q    Now, let me, Dr. Marks, get you to look at your

10   reference list, which is the stuff that Ms. Granger --

11   that Ms. Granger provided to you.  Okay?  You got that in

12   front of you?

13   A    Yes, I do.

14   Q    Now, you did not really take a good look at this list

15   of references that were attached to your report that's

16   been marked here as Exhibit 22 before it was attached to

17   your report and produced to the defendants, correct?

18   A    I'm sure I took a good look at it, but I'm not sure

19   that my memory was, you know, entirely clear about which

20   ones I had seen.

21   Q    Do you recall that you were asked at your deposition

22   as to whether you had taken a good look at this list

23   before it was attached to your report and produced it?

24   A    Oh, I'm sorry.  I didn't understand what you were

25   asking me.  Yes, I do recall that, and I did take a look

1    at this list.

2    Q     Could we pull up JMD288, please.

3          And, ma'am, it's coming up on your screen, but you're

4    welcome to look at your transcript.  On page 34, line 15,

5    were you asked this question, and did you give this

6    answer:  Am I correct that you did not see this reference

7    list before it was attached to your report and produced to

8    us?

9          And your answer was:  I think Glenda might have sent

10   it to me, but I'm not sure that I really took a good look

11   at it.

12         Were you asked that question and did you give that

13   answer?

14   A     Yes.

15   Q     And, Dr. Marks, I want you to look at Exhibit 22,

16   because at your deposition, you were asked to go through

17   Exhibit 22, and put plus marks by what -- in a red pen --

18   I don't have a red pen copy.  But I have a copy with ink,

19   with black.  You were asked to put plus marks on Exhibit

20   22 as to what you had reviewed prior to preparing your

21   report, correct?

22   A     That's correct.

23   Q     All right.  And, Dr. Marks, will you accept my

24   representation today -- because I'm a counter, I counted

25   up the articles that appear on Exhibit 22 -- and there are

1   85 articles that appear on Exhibit 22.  Does that roughly

2   accord with your recollection?

3   A    I'll trust your counting.

4   Q    Okay.  And you put 12 plus marks on these 85 entries,

5   correct?

6   A    Correct.

7   Q    So in terms of the reference list that you provided

8   to the defendants on your report, you read 12 out of the

9   85 entries before you signed off on your report on

10  Ms. Guinn?

11  A    I read 12 that were included on this list.  This list

12  looks like it includes a lot of internal documents from

13  AstraZeneca, which I didn't have access to, executive

14  summaries, the pages from the Physicians Desk Reference,

15  so it's not all published articles.

16  Q    I'm with you, and I counted them up, and I just

17  counted the articles.

18  A    Okay.

19  Q    And there are 85 articles.  So if you don't want to

20  take my word on that, you know, you don't have to, but --

21  A    I'll take your word on it.

22  Q    So you read 12 out of the articles -- the 85 articles

23  that are on Exhibit 22, right?

24  A    As of that day.

25  Q    Right.  Now, you -- Mr. Pirtle has given you a whole

1    lot of literature in the last hour or so, as you talked

2    about it.

3    A    Uh-huh.

4    Q    And I tried to find that literature on this list.

5    Some of it was, but a lot of it wasn't.

6         So, for example, the Dwyer paper, it's not on that

7    list, right?

8    A    I don't know what -- I would have to look at the

9    list, but I'll take your word for it.

10   Q    The new paper, actually, that you just brought

11   obviously isn't on the list, because it's later, correct?

12   A    That's correct.

13   Q    And let me just -- since you talked about that right

14   at the beginning, let me just get you to look at -- I

15   think it's Exhibit 3 on your list.  On your stack there.

16   It's L-E-U-C-H-T.

17   A    Exhibit 3.

18   Q    This is the one you just brought.

19   A    Yeah.  I know what it is.  I just need to find it.

20   Okay.

21   Q    Let me get you to turn to page 37.  Now, this is the

22   one you say is hot off the press, right?

23   A    It's published January 3rd.

24   Q    And it's an article, the lead author, and this is

25   Number 3, is L-E-U-C-H-T.  And it's been marked as Exhibit

1    14, and you're using this as basis of your opinion here,

2    right, about Seroquel?

3    A    It's one of the pieces of literature that I'm using

4    as a basis of opinion.

5    Q    Okay.  And this paper does not involve diabetes,

6    correct?

7    A    That's correct.

8    Q    And it involves weight gain only?

9    A    Correct.

10   Q    And I'd ask you to turn to page 37 where the numbers

11   are in the paper.

12   A    Uh-huh.

13   Q    Okay. and if you look at the table, do you see the

14   table on page 37?

15   A    Yes.

16   Q    You see that the mean weight gain difference

17   involving Quetiapine is 1.4?  Do you see that?

18   A    Yes, I do.

19   Q    That's 1.4 kilograms, right?

20   A    Correct.

21   Q    And if you look at the -- do you know what a

22   confidence interval is, Dr. Marks?

23   A    Yes.

24   Q    If you look at the confidence intervals, they go from

25   .7 to 2.1, correct?

1    A    Correct.

2    Q    The confidence intervals include the number 1.4?

3    A    Right.

4    Q    Correct?

5    A    Correct.

6    Q    And that means that this number is not statistically

7    significant, correct?

8    A    That's correct.

9    Q    And statistically -- data that is not statistically

10   significant, it is generally accepted in the scientific

11   community, is not a reliable data point from which to draw

12   conclusions because of the potential role that the number

13   is due to chance, correct?

14   A    That's correct.

15   Q    Now --

16   A    It's often accepted as a trend, however.

17   Q    Well, to make a trend, ma'am, you have to have many

18   points in a trend, right?  This is one data point, right?

19   A    Maybe we're using the term "trend" differently.

20   Q    I think maybe we are.

21       Now, when you formed your opinions in this case in

22   the Guinn case, you did not make sure that you had all the

23   clinical trials and all the observational epidemiology on

24   Seroquel before you formed your opinions, right?

25   A    I attempted to collect as much literature as I could.

1   Q    Well, let's -- can we pull up JMD30, please.

2        And I ask you to look at page 39, line 20, of your

3   deposition.  And it's pulled up on the screen beside you.

4        And you were asked this question:  What I'm asking

5   you is, did you ever say to yourself, do I have everything

6   on Quetiapine, everything that has been done in clinical

7   trials, everything that has been done in observational

8   studies?  And I was starting just with the observational

9   studies, but can we -- we can do it all together if you

10  want.

11       And your answer was:  No.

12       Is that right?

13  A    Yes.

14  Q    And you don't know what if -- what any of the

15  clinical trial data suggests about the average weight gain

16  seen in patients who take Seroquel at any particular dose,

17  right?

18  A    I don't understand the question.

19  Q    You don't know -- let me just say it more slowly and

20  more clearly.

21       You don't know what any of the clinical trial data on

22  Seroquel suggests about the average weight gain seen in

23  patients who take Seroquel at any particular dose?

24  A    There is a range of weight gain that has been

25  associated with a Seroquel.

1    Q    Can we pull up JMD296, please.

2         And you were asked this question:  And do you have an

3    opinion as to what the mean or the median amount of weight

4    gain is that is associated with Seroquel.

5         And you answered:  No.

6    A    Correct.

7    Q    So --

8              MR. PIRTLE:  Your Honor, I realize this is a

9    hearing, but impeachment is not proper, but it's at your

10   discretion obviously.  No jury.

11             THE COURT:  Right.

12   BY MS. THORPE:

13   Q    That was your question and that was your answer?

14   A    That was my answer.

15   Q    And a median -- a mean weight gain is an average

16   weight gain, right?

17   A    That's correct.

18   Q    Dr. Marks, let's talk about how you believe that

19   Seroquel caused Ms. Guinn's diabetes, okay?

20   A    Okay.

21   Q    You're not aware of Seroquel having any direct effect

22   on the pancreas, right?

23   A    There are some animal studies that have suggested

24   there could be effects on the pancreatic beta cells, but

25   that's all.

1    Q    Do you recall that you testified in your deposition

2    that Seroquel does not have any effect on the pancreas

3    that you're aware of?

4    A    No, I don't recall that.

5    Q    All right.  Could we pull up JMD187, please.

6         Do you see there at page 293, line 21, you were asked

7    this question:  Does Seroquel have any effect on the

8    pancreas?

9         And you responded:  Not that I'm aware of.

10   A    It's possible that I've read the animal study since

11   then.

12   Q    Okay.

13   A    That's the only explanation I could really come up

14   with.

15   Q    That's what you said at your deposition, right?

16   A    Apparently.

17   Q    And you agree with me that it has not been

18   demonstrated to a reasonable degree of medical certainty

19   that Seroquel can cause diabetes through some direct

20   mechanism?

21   A    That's correct.

22   Q    And the only mechanism that you discuss in your

23   report that would associate Seroquel with diabetes is the

24   mechanism of the weight gain, right?

25   A    That's the most researched potential mechanism.

1    Q    And you don't know how Seroquel might cause weight

2    gain, correct?

3    A    That's correct.

4    Q    And you do not have an opinion, as we just said, as

5    to the average amount of weight gain that you believe is

6    associated with Seroquel?

7    A    There's a wide range of weight gains in different

8    studies.

9    Q    And you don't have an opinion as to the average

10   amount of weight gain that is associated --

11   A    I can't give you a number right now, no.

12   Q    You would agree that not every one who takes Seroquel

13   gains weight, right?

14   A    I would agree.

15   Q    And just because you're taking Seroquel and gain

16   weight, that doesn't mean that Seroquel caused the weight

17   gain, right?

18   A    That's correct.

19   Q    Now, in forming your opinions and preparing your

20   report, you have already told us you never examined or

21   spoke to Ms. Guinn, right?

22   A    That's correct.

23   Q    And when you were forming your opinions about

24   Ms. Guinn's weight and its possible relationship with

25   Seroquel, you did not have and you did not consider any of

1    her medical records from before 1998, did you?

2    A    I don't recall.

3    Q    Let me refresh your recollection.

4    A    Sure.

5    Q    Pull up JMD306, please.

6         Let me direct your attention to page 248, line 12, of

7    your deposition.  And you tell me if I'm reading this

8    correctly, ma'am.

9         Is it your testimony that you did not consider any

10   medical records of Miss Guinn before 1998?

11        And your answer was:  I didn't have any records of

12   Ms. Guinn before 1998.

13        And then you were asked the question:  So you didn't

14   consider any, did you?

15        And you answered:  That is correct.

16        Did I read that correctly?

17   A    That's correct.

18   Q    So you didn't have any medical records of Ms. Guinn

19   before 1998 when you formed your opinions, right?

20   A    That's correct.

21   Q    And at your deposition, you said you didn't know

22   whether or not you had all the records after 1999, right?

23   A    I would have to read that part of the deposition

24   again.

25   Q    I'm going to direct your attention to page 275 of

```
 1    your deposition.  JMD398, please.

 2         It's 275, line 23.  It's on the screen if that helps.

 3    A    Uh-huh.

 4    Q    So am I correct that you said you did not know if you

 5    had all of the medical records or not after 1999?

 6    A    That's correct.

 7    Q    Now, you know -- because you're given an opinion here

 8    about Ms. Guinn, you know she was born in 1947, right?

 9    A    Yes, I do.

10    Q    So in 1998, which is when you -- your records

11    started, when you formed your opinions in this case, she

12    would have been 51 years old, right?

13    A    Yes.

14    Q    And you didn't have any information, when you were

15    willing to come in and say what you said about her and

16    Seroquel, about the first 51 years of her life, right?

17    A    That's correct.  Those are the medical records that I

18    was provided.

19    Q    That's what you got from the lawyers.

20    A    That's correct.

21    Q    Now, before we sort of dig into the medical records

22    on Ms. Guinn, I want to talk to you a little bit about

23    diabetes and how it develops.  You agree, Dr. Marks, that

24    the process of becoming diabetic takes years?

25    A    That's correct.
```

1   Q    And it is very common for people to have diabetes for

2   several years before they are actually diagnosed as

3   diabetic, isn't it?

4   A    That can happen, yes.

5   Q    And in fact, you would agree that it would be highly

6   unusual, highly unusual, for the development of diabetes

7   to coincide with the first diagnosis of diabetes, correct?

8   A    Could you restate the question?

9   Q    You would agree that it would be highly unusual for

10  the development of diabetes to coincide with the first

11  diagnosis of diabetes, correct?

12  A    It would be unusual.  I don't know whether it would

13  be highly unusual or not.

14  Q    Well, let me ask you to look at your deposition.

15  Page 97, line 12, JMD291.

16  A    I'm sorry.  Could you repeat where it is?

17  Q    Page 97, line 12.

18  A    97.

19  Q    And it's on the screen beside you.  You were asked if

20  it would be highly unusual.  And you said:  That's fair to

21  say.

22  A    Okay.

23  Q    You agree, that's what you said?

24  A    That's what it says.

25  Q    And because diabetes often goes undiagnosed, about a

1  quarter of the people who have diabetes don't know that

2  they have it, right?

3  A    Yes.

4  Q    And you would agree that by the time most patients

5  are diagnosed with diabetes, they have actually had the

6  diabetes for many years before their diagnoses, correct?

7  A    Most patients who have had it at least for a few

8  years, yes.

9  Q    Well, Dr. Wershing and Dr. Tulloch who was here this

10 morning said seven years.

11 A    I think it's five to seven, is what's usually quoted.

12 Q    And you would not carve out any category of patients

13 as an exception to the rule that people have diabetes long

14 before their actual diagnosis?

15 A    I'm sorry.  I don't understand the question.

16 Q    Well, this a question you were asked in your

17 deposition, but -- and you answered it.  And you would not

18 carve out any category of patients as an exception to the

19 rule that people have diabetes long before their actual

20 diagnosis.

21 A    Well, I think, you know, people that go regularly to

22 be examined and screened by their physicians might be

23 picked up at the time of the diagnosis.

24 Q    Well, let me show you what you said in your

25 deposition, ma'am.  I would ask you to look at JMD292,

1    page 95, line 15 -- excuse me, line 22.

2         And you were asked this question:  And my question to

3    you is whether there is any category of patients that you

4    carve out as an exception to the rule that --

5         And you said:  No, I don't think so.

6    A    But in thinking about it today, I think people that

7    go regularly to, you know, their care providers and get

8    screened on a yearly basis would be diagnosed more closely

9    to the actual time of development of the disease.  That's

10   why we recommend people go and get screened regularly.

11   Q    So -- but that's you what said in your deposition?

12   A    That's what I said in my deposition.

13   Q    You had pointed out on direct various blood sugars

14   that Ms. Guinn had during the time she took Seroquel,

15   right?

16   A    Yes.

17   Q    But even someone who has diabetes can from time to

18   time have blood sugars that are below the 126 level that

19   is diagnostic of diabetes, right?

20   A    That's correct.

21   Q    So you would agree that if you looked at somebody's

22   lab work infrequently, you might pick up some normal

23   readings when, in fact, they do have diabetes?

24   A    I think -- yes, I think that's correct.

25   Q    And you might not find laboratory evidence of

1  diabetes even in a patient who had it for years before

2  their diagnosis, right?

3  A    Meaning you might miss a high blood sugar?

4  Q    Yes.

5  A    Yes.  Sure, that's correct.

6  Q    Now, Dr. Marks, you'd agree that one of the things

7  that's happening for someone who has -- and who develops

8  Type II diabetes has a loss of beta cell or B cell

9  function, right?

10  A    That's correct.

11  Q    And B cells, or beta cells, are cells found in the

12  pancreas, right?

13  A    Yes.

14  Q    And those are the cells that make insulin?

15  A    That's right.

16  Q    And you would agree that by the time a person's

17  actually diagnosed with diabetes, like Ms. Guinn, she has

18  typically lost somewhere between 50 and 75 percent of her

19  pancreatic function when she's diagnosed?

20  A    That's a pretty fair estimate.

21  Q    Now, I want to focus in on Ms. Guinn's weight

22  history, okay?  You understand, Dr. Marks, that Ms. Guinn

23  gained 100 pounds between 1986 and 1994 long before she

24  took Seroquel, right?

25  A    She did have weight gain prior to the diagnosis, yes.

1   Q    You understand she gained 100 pounds?

2   A    I'll have to look at the data to see it was 100

3   pounds.

4   Q    Let me just show you one record.  I'm going to show

5   you what's been marked as Exhibit 23 for identification

6   and if you would look -- and you will see it's -- I've

7   highlighted it so you can kind of get to the meat of it,

8   this a record on May 13th, 1988, right?

9   A    Yes.

10   Q    It says she was divorced one-and-a-half years ago.

11   She's recounting her history, Ms. Guinn is, right?

12   A    Yes.

13   Q    And she says at the time of her divorce she weighed

14   111 pounds, right?

15   A    That's what she said.

16   Q    And then she goes on to say she has a family history

17   of diabetes, right?  Turn the page.

18   A    Yes.

19   Q    Now, so, in -- we know that in 1988, she's saying

20   she's been divorced for a year and a half, and at the time

21   of her divorce she weighed 111 pounds, so that is -- puts

22   you at about 1986, right?

23   A    Well, that's her report of a weight from memory.

24   Q    Do you have any reason to believe that her report of

25   her weight is inaccurate since you've never met this lady

```
 1   and have never taken an exam or talked to her at all?

 2   A    People often underestimate their weights.

 3   Q    Have you ever had a conversation with her?

 4   A    No, I have not.

 5   Q    Now -- and you don't have any hard information about

 6   Ms. Guinn that would make that weight.  Correct me if I'm

 7   wrong.

 8   A    No.  But I know people often underestimate their

 9   weights and underreport their weight.

10   Q    And then, in 1994, you know that Ms. Guinn weighed

11   208 pounds, right?

12   A    I think that's correct.  Again, I'd have to have the

13   data in front of me.

14   Q    All right.  Well, let me get you that.  And so if you

15   look at this report on September 26th, 1994, on exam, she

16   weighed 208 pounds, correct?

17   A    Correct.

18   Q    So between -- assuming that she was in the zone of

19   111 pounds in 1986, between 1986 and 1994, she gained

20   roughly 100 pounds, right?

21   A    Well, I don't think you can assume that she was in

22   the zone of 111 pounds.  I certainly wouldn't do that if I

23   were taking care of this patient.  It's too big of an

24   assumption.

25   Q    Well, let me just ask you this:  Do you -- you formed
```

1    an opinion -- you have come to court and you have formed

2    an opinion about Ms. Guinn?

3    A     Yes.

4    Q     What was her weight in 1986?  What information do you

5    have about her weight?

6    A     In 1996?

7    Q     1986.

8    A     I don't have information about her weight then.

9    Q     Did you read her deposition?

10   A     Yes, I did.

11   Q     Did you see anything there about her weight in 1986?

12   A     I don't recall.  But again, it would be her memory

13   and report.

14   Q     Do you know -- so you cannot come into the Court and

15   provide any evidence inconsistent with a large weight gain

16   between 1986 and 1994, correct?

17   A     Correct.

18   Q     All right.  Now, let's assume that she gained 100

19   pounds, assume with me that she did, you would agree with

20   me that that is a big weight begin?

21   A     That would be a large weight gain.

22   Q     You were unaware, when you wrote your report in this

23   case and formed your opinions in this case, that

24   Ms. Guinn, by her report, gained 100 pounds between 1986

25   and 1994?

1    A    That's correct.

2    Q    You did not have any records from that time?

3    A    That's correct.

4    Q    And you didn't even have the record that we have

5    marked as Exhibit 23 that said that she said that after

6    her divorce she weighed 111 pounds and went to 208, right?

7    A    There's two Exhibit 23s, but I know which one you're

8    referring to, so, yes, I don't think I had this one.  No.

9    Q    We will clear that up.

10   A    It was 1988.

11   Q    Right.  When you formed your opinions in this case,

12   you did not have the record that she shows that she

13   weighed 208 pounds in 1996, correct?  You did not know

14   that fact?

15   A    I don't recall.

16   Q    Could we put up JMD156, lines 273 through 10, in your

17   deposition?

18        You were asked these questions, Dr. Marks:  Did you

19   know that Ms. Guinn gained almost 100 pounds between 1988

20   and 1994?

21        And you answered:  No, I didn't.

22        You were asked that question; you gave an answer,

23   right?

24   A    Yes.

25   Q    And you would agree that that fact would be -- that

1    fact of that weight gain would be significant in

2    evaluating her weight cycles or her weight history, right?

3    A    Her weight history, certainly.

4    Q    But you didn't have her weight history?

5    A    I did not have that particular weight history, no.

6    Q    You didn't have any weight history before she was 51

7    years of age, right?

8    A    That's correct.

9    Q    And that 100-pound weight gain would indicate to you

10   that Ms. Guinn was capable of gaining that much weight

11   without taking Seroquel wouldn't it?

12   A    If she did indeed gain that degree of weight, that

13   would indicate that she was capable of gaining it, yes.

14   Q    Now, Dr. Marks, if someone has a major weight gain

15   before taking Seroquel -- let me start that over.

16        If someone has a major weight gain before taking

17   Seroquel, you agree that you cannot know whether the

18   weight gain on Seroquel had anything to do with the

19   Seroquel?

20   A    That's correct.

21   Q    And you would agree that in Ms. Guinn's life, there

22   are many other things that cause weight gain besides

23   Seroquel, right?

24   A    That's correct.  But I don't know that it's not the

25   Seroquel either.

1    Q    You don't know that it's not the Seroquel?

2    A    Correct.

3    Q    And you don't know that it's not the other thing?

4    A    Correct.

5    Q    You just don't know?

6    A    That's correct.

7    Q    It's speculation, isn't it, Dr. Marks?

8    A    It's an opinion.

9    Q    It's speculative opinion, right?

10   A    It's an opinion.  All opinions, I guess, are somewhat

11   speculative.

12   Q    Okay.  People gain weight for all kinds of reasons,

13   true?

14   A    That's correct.

15   Q    Ms. Guinn, you heard from Mr. Pirtle, had a sedentary

16   lifestyle, right?

17   A    Yes.  That's true.

18   Q    And you didn't talk about this in your report and you

19   didn't talk about this in the declaration you filed with

20   the Court, but between May 2003 and May 2005, while

21   Ms. Guinn was taking Seroquel, she had two serious back

22   injuries, steroid injections for back pain, surgery on her

23   back and was diagnosed with degenerative arthritis, right?

24   A    That's correct.

25   Q    You didn't write that in your report to the Court,

1  did you?

2  A    I don't recall whether I did or not.  If I didn't, it

3  was an oversight.

4  Q    It would be an oversight.  It would be a mistake,

5  right?

6  A    Because I was aware of that history.

7  Q    You were aware of that history?

8  A    I think I was aware of most of the history, if not

9  all of it.

10 Q    Well, let me be sure that we understand exactly what

11 happened to her.  She started taking Seroquel on May 3rd,

12 2002, right?

13 A    Yes.

14 Q    And you understand that she had an accident in June

15 of 2003 where she slipped and fell in a pool which caused

16 her continuous pain, right?

17 A    I know she had a previous accident.  I don't remember

18 the exact date.

19 Q    And you know she was hospitalized because of her back

20 pain because she had burning and numbness and --

21 A    Correct.

22 Q    -- all sort of problems, right?

23      That's while she was on Seroquel, right?  Right?

24 A    Correct.

25 Q    And you know that she had received multiple steroid

1    epidural injections with little or no success to take care

2    of this problem while she was on Seroquel, right?

3    A    I don't recall how many she had.

4    Q    You know she had them?

5    A    Yes.

6    Q    Okay.  And you know that she told her doctors that

7    her pain level was 6 out of 10 even with treatment?

8    A    I don't remember that fact.

9    Q    Well, let me show you that.  We'll back to that.

10        Let me show you what's been marked as Exhibit 24 for

11   identification.  And let me ask you, Doctor, this was

12   marked -- I believe it's Exhibit 31 to your deposition.

13   You have seen this before, right?

14   A    I remember seeing it now, yes.

15   Q    And it says that she's been -- this is a medical

16   record dated February 4th, 2004, while she was on

17   Seroquel, right?

18   A    Right.

19   Q    And she's on a pain medication program.  She's has

20   been seen by pain management on multiple occasions and has

21   received multiple epidural injections with little or no

22   success, right?

23   A    Yes.  It doesn't state what the epidural injections

24   were.

25   Q    We will talk about that in a minute.  Okay?

1    A    Uh-huh.

2    Q    You go done to the next highlighted sentence.  The

3    patient states that her pain level is a 6 out of 10,

4    right?

5    A    Yes.

6    Q    And 10 is the highest, correct?

7    A    Correct.

8    Q    Even with treatment, right?

9    A    Correct.

10   Q    And it says, her quality of life is a 5 out of 10,

11   right?

12   A    Yes.

13   Q    She has neuropathic pain?

14   A    Correct.

15   Q    And if you look down at the assessment, it says, she

16   has low back pain secondary to degenerative arthritis

17   requiring constant pain medication, right?

18   A    Yes.

19   Q    Now, then you know, because you've looked at these

20   records, you say, that she was diagnosed with a mass on

21   her spine, right?

22   A    I don't recall that, no.

23   Q    Tell me the number on that last one.  I think it was

24   24?

25   A    24.

1    Q    Let me show you what's been marked as 25 for

2    identification.  And you will see that in May of 2005, on

3    Exhibit 25, Ms. Guinn had an intradural mass at the L2

4    level on her back and she's admitted for a laminectomy on

5    her back -- for surgery on her back, right?

6    A    Correct.

7    Q    This is all while she's taking Seroquel, correct?

8    A    Yes.

9    Q    And you would agree, Dr. Marks, that serious problems

10   like this could contribute to a sedentary lifestyle?

11   A    Yes.

12   Q    You have actually written an editorial that talks

13   about the impact of a sedentary lifestyle on a person's

14   weight, right?

15   A    That's correct.

16   Q    You have written, Dr. Marks, that sedentary adults --

17   and these are people -- this is not necessarily people

18   with back injuries, but just sedentary adults in the

19   United States eat at average of 500 to 800 calories more

20   per day than needed to maintain weight.  And at that rate

21   they will gain a pound to a pound and a half a week?

22   A    That's possible.  Yes.

23   Q    That's what you wrote?

24   A    That's correct.

25   Q    And you would agree that it's very easy for a person

1   to put on a substantial amount of weight very quickly if

2   they're sedentary right?

3   A    Well, a pound or pound and a half a week is possible;

4   although, they don't usually gain it every single week.

5   Q    You were asked this question -- do you recall

6   being -- telling the defense lawyer who asked you these

7   questions in your deposition that it's very easy for a

8   person to put on a substantial amount of weight very

9   quickly if they're sedentary?

10  A    I don't recall that I said that, but I'll --

11  Q    Do you agree with that statement?

12  A    It depends on how you define "quickly."

13  Q    Okay.  If you can pull up JMD311, please.

14       I'm going to direct your attention to page 144 of

15  your deposition, Dr. Marks, and just tell me if I'm

16  reading correctly.

17       Would you agree with me, having seen your own

18  editorial, that it's very easy for a person to put on a

19  substantial amount of weight very quickly if they're

20  sedentary?

21       And you answered:  Yes.

22  A    I did answer yes.  I think I might have missed the

23  word "quickly" because I don't necessarily agree with that

24  answer today.

25  Q    I read that correctly, did I not?

1    A    Yes.

2    Q    And isn't it true that a sedentary lifestyle alone

3    could explain a 50-pound weight gain in as little as a

4    year?

5    A    As I said before, you can gain, you know, a pound to

6    pound and a half a week, but most people don't gain that,

7    you know, steadily every week.

8    Q    Well, let me ask you this:  That sedentary lifestyle

9    alone could explain a 50-pound weight gain in one year for

10   Ms. Guinn because she had a sedentary lifestyle, true?

11   A    Again, it's possible, but it's not usual for people

12   to maintain that rate of weight gain week after week after

13   week.

14   Q    You agree that it could?

15   A    It's possible.

16   Q    Do you recall in your deposition that you said it

17   could cause that kind --

18   A    I said it was possible, I think.

19   Q    Now, if you would look at JMD197, line 297 --

20   page 297, line 21 of your deposition.  Tell me if I'm

21   reading the question correctly.

22        And that alone could explain a 50-pound weight gain

23   in one year for Ms. Guinn because she had a sedentary

24   lifestyle, true?

25        And you answered:  It could.

1      Right?

2    A    Yes.  I think that means the same as it's possible.

3    Q    Okay.  We want to be -- I want to be communicating

4    with you exactly about the words.  And the weight gain

5    that Ms. Guinn had while on Seroquel was less than 50

6    pounds over a period of almost four years, right?

7    A    Say that again.  I'm sorry.  I lost --

8    Q    The weight gain.  She had a weight gain of about 38

9    pounds by your calculation.  That's what you say in your

10   report, in your declaration, correct?

11   A    Correct.

12   Q    So the weight gain that she had while on Seroquel was

13   less than the 50 pounds that you talk about with your

14   editorial, over a period of about four years?

15   A    Correct.

16   Q    Now, you agree that there are other causes of weight

17   gain in Ms. Guinn, right?

18   A    Correct.

19   Q    For one thing, she's a smoker, right?

20   A    Correct.

21   Q    And were you aware that while she was taking

22   Seroquel, in addition to the back surgery, she reported to

23   her doctor that she stopped smoking and that she gained

24   about 10 pounds in six months?

25   A    I do remember that.

1    Q    And Dr. Marks, would you agree that it is well known

2    that stopping smoking can cause weight gain?

3    A    It's a generally accepted opinion.

4    Q    You are also aware that at times Ms. Guinn was

5    abusing marijuana at her home, aren't you?

6    A    I know she used it.  I don't know whether she was

7    abusing it.  It depends on, I guess, your definition.

8    Q    Okay.  Well, you know she was using marijuana?

9    A    Yes.

10   Q    And you agree that using marijuana could have been an

11   explanation for Ms. Guinn gaining weight while she was

12   saying Seroquel, right?

13   A    I don't know that.

14   Q    Well, do you agree that it could be one explanation?

15   A    I -- no, I don't necessarily agree with that.

16   Q    All right.  Let me bring up JMD313.  I'm going to

17   direct your attention to page 285 of your deposition, line

18   20.  And I want you to tell me if I'm reading this

19   correctly.

20        You were asked the question:  Could marijuana have

21   been an explanation for Ms. Guinn gaining weight while she

22   was taking Seroquel?

23        And you answered:  It could be one explanation.

24        Did I read that correctly?

25   A    You did, but I'm not sure I was thinking what I was

1   thinking when I said that.

2   Q    Okay.  Now, Dr. Marks, in forming your opinion, you

3   did not make any attempt to quantify the amount of weight

4   gain that you believe was caused by Seroquel compared with

5   all these other things that may cause weight gain?

6   A    I don't think there's any way to do that.

7   Q    So you could not say that in your opinion that

8   Seroquel, as opposed to all of these other potential

9   causes, was responsible for two pounds of her weight gain,

10  right?

11  A    No, I couldn't say that.

12  Q    And you could not say that in your opinion that

13  Seroquel, as opposed to the other potential causes, was

14  responsible for 5 pounds or 10 pounds or any particular

15  amount of pound, right?

16  A    I couldn't quantify it.  That's right.

17  Q    And you didn't do anything to rule out those other

18  causes of weight gain as the sole cause of her weight

19  gain, right?

20  A    I don't believe that there is any way to rule out any

21  of the causes.

22  Q    You haven't done anything to rule out those other

23  causes as the sole cause for her weight gain?

24  A    I don't believe there is any way to rule out those

25  other causes as the sole cause of her weight gain.

1    Q    Okay.  Now, one of the things you could have done was

2    ask her, right?  If somebody came into your office and

3    said, oh, my goodness; I'm getting fat.  And your typical

4    practice would be that you would sit down and you would

5    have -- you on your assistant would sit down and have a

6    conversation with the patient, right?

7    A    That's correct.

8    Q    And you might -- you would say to the person, you

9    could imagine, a conversation in which you could say, you

10   know, did you really smoke marijuana all the time or did

11   you not?  And you could find out how much, right, if you

12   had a conversation with the patient?

13   A    Theoretically, yes.

14   Q    You could ask the patient what her diet was?  In

15   fact, you have testified you have very detailed

16   conversations about diet, right?

17   A    That's correct.

18   Q    So you could find out, you know, in a rich way what

19   the patient's diet was like?

20   A    Correct.

21   Q    Find out if she had fried chicken every night?

22   A    Correct.

23   Q    My dream.

24        Or if she took a walk every week?  You could find out

25   a lot of information about the patient's weight gain,

1    right?

2    A    Yes.

3    Q    You didn't do that for Ms. Guinn?

4    A    No, I did not.

5    Q    Now, I want you to look at the record of Ms. Guinn's

6    weight in 1994 where she weighed 208 pounds.

7         I'm going to -- Your Honor, I'd like to approach the

8    witness.

9              THE COURT:  All right.

10   BY MS. THORPE:

11   Q    Make sure you have got that in front of you.  Make

12   sure I gave it to you.  Yes.

13        So you know that in 1994 -- you don't dispute -- I

14   know you disputed a little bit whether she gained all --

15   whether she was accurately reporting her weight herself.

16   But here this is an exam that in 1994 she weighed 208

17   pounds, right?

18   A    That's correct.

19   Q    And that's before she took Seroquel?

20   A    Yes.

21   Q    And she was 5 feet 6, right?

22   A    I think she was 5 foot 4.

23   Q    Oh, really?  Okay, 5 foot 4.

24        What would her BMI be at 5 foot 4 and 208 pounds?

25   A    Somewhere in the obese category, definitely.

1    Q    Like way obese category?  I mean, at 5 foot 6, it's

2    33.6?

3    A    Correct.  I mean, I haven't done the calculation, but

4    it sounds about right.

5    Q    Okay.  At 5 foot 4, it would be bigger than that,

6    right?

7    A    Correct, if she was --

8    Q    Morbidly obese?

9    A    Depending on the number.

10   Q    Well, you'd agree somebody who's 5 foot 4 and --

11   A    It's obese.

12   Q    It's very obese, right?

13       Now, Dr. Marks, you did not have the records before

14   1998 so you didn't know that while -- strike that.

15       While Ms. Guinn was taking Seroquel, her highest

16   weight while on Seroquel, was 205 pounds, right?

17   A    That sounds about right, yes.

18   Q    So her highest weight before she took Seroquel was

19   actually a little higher than her highest weight while

20   taking Seroquel, right?

21   A    Correct.

22   Q    So we have seen that Ms. Guinn weighed as much before

23   Seroquel as while she was taking Seroquel, right?

24   A    That's correct.

25   Q    So let's talk about what happened to her after she

1    stopped taking Seroquel.  All right?  When did she stop

2    taking Seroquel?

3    A    I don't remember the exact date.  It's -- the date --

4    sometime after the nurse practitioner was tapering down

5    the Seroquel dose and putting her on Abilify.

6    Q    You don't know the day?

7    A    Pardon me?

8    Q    You don't know the day she stopped this?

9    A    Not by memory, but if you let me look for it --

10   Q    Okay.  Well, I think we will get there.

11   A    Because you have notes to refer to; I don't.

12   Q    Well, after she stopped taking Seroquel, you know

13   that Ms. Guinn gained weight during that time as well,

14   right?

15   A    That's true.

16   Q    And my notes that I have in front of me suggest that

17   she stopped -- there was an order discontinuing Seroquel

18   in December of 2006.  Does that refresh your recollection?

19   A    It doesn't refresh my memory, but I'll take your word

20   for it.

21   Q    All right.  She gained at least 12 pounds after she

22   stopped taking Seroquel, right?

23   A    If that's the number that you just mentioned, yes.

24   Q    Well, do you recall testifying in your deposition

25   that she gained 12 pounds after she stopped taking --

1    A      I don't recall it, but I'll trust you that I did.

2    Q      You don't know any reason to argue with that?

3    A      No.

4    Q      And you aren't able to tell us why she gained weight

5    after she stopped taking Seroquel, right?

6    A      No, except by then she had the diagnosis of diabetes

7    and it is harder for people with diabetes to lose weight.

8    Q      Okay.  Well, Dr. Tulloch this morning talked about

9    how people lose weight when they have diabetes.  But

10   you're telling us that it's harder to gain weight?

11   A      People lose weight when they have diabetes if they're

12   metabolically decompensated.

13   Q      Well --

14   A      If they're well treated, they tend to gain weight

15   because of the effects on raising insulin levels, and

16   insulin is a hormone that causes deposition of protein and

17   fat in the body.  So most people, when they get under

18   control on the antidiabetic medications, will gain weight.

19   Q      Well, she gained 12 pounds after stopping Seroquel

20   and while she was on Abilify, right?

21   A      Yes, that's correct.

22   Q      And that's another antipsychotic, the one made by

23   Bristol-Myers, right?

24   A      Yes.

25   Q      And by October of 2007, after she stopped taking

194

1   Seroquel, Ms. Guinn weighed 206 pounds, right?

2   A    I believe so, yes.

3   Q    And -- so let me just be sure I get these numbers

4   right.  We saw that before she ever took Seroquel, her

5   highest weight was 208 pounds, right?

6   A    That's correct.

7   Q    And her highest weight on Seroquel was 205 pounds,

8   right?

9   A    Correct.

10  Q    And then -- and then she weighed 206 pounds after she

11  stopped taking Seroquel, right?

12  A    Correct.

13  Q    So all those numbers are in the same zone, right?

14  A    Correct.

15  Q    And at times Ms. Guinn was able to lose weight,

16  right?

17  A    Yes, she was.

18  Q    She was able to lose weight while she was on

19  Seroquel, right?

20  A    I think her weight went up and down a couple times.

21  Q    And she -- before she ever took Seroquel, she was

22  able to both gain and lose weight, right?  We're going to

23  talk for a minute what happened to her before Seroquel --

24  A    Correct.

25  Q    She was able to gain and lose weight before Seroquel?

1   A    That is correct.

2   Q    And then after she stopped Seroquel, she gained and

3   lost weight, right?

4   A    Correct.

5   Q    Now, Dr. Marks, you would agree that you did not

6   apply any method to determine whether the weight gain that

7   you attribute to Seroquel was actually caused by Seroquel

8   as opposed to being just a normal weight gain and

9   weight-loss cycle that Ms. Guinn has experienced over a

10  long period of her life, correct?

11  A    I know of no method to prove that Seroquel caused the

12  weight gain.

13  Q    Okay.  Let's talk about the risk factors.  Mr. Pirtle

14  went through a list of risk factors for diabetes Ms. Guinn

15  had.  Do you recall that?

16  A    I think I went through the list, but that's --

17  Q    He asked you questions about it?

18  A    Correct.

19  Q    Ms. Guinn, as you know, has schizophrenia, right?

20  A    I know she was diagnosed with a schizophrenia.  I

21  don't think whether it's an accurate diagnosis or not.

22  Q    Do you have any reason to dispute that diagnosis?

23  A    Well, I'm not a psychiatrist, but I -- you know, it

24  doesn't strike me that she's schizophrenic, but I'm not an

25  expert in that area, so I really can't say that.  But she

1    did have that diagnosis.

2    Q    Are you willing to accept the psychiatrist that

3    diagnosed her with schizophrenia?

4    A    It was a psychiatrist that diagnosed her, yes.

5    Q    Now, you would agree that schizophrenia increases the

6    risk of diabetes, correct?

7    A    Yes, it probably does.

8    Q    And you will agree that she has a very -- Ms. Guinn

9    has a very strong history of -- family history of

10   diabetes, right?

11   A    Correct.

12   Q    Her father had diabetes, right?

13   A    That's correct.

14   Q    Her uncle has diabetes, right?

15   A    I believe it was her uncle.

16   Q    Her grandparents had diabetes, right?

17   A    I know there was some other family members.  I don't

18   recall off the top of my head right now who else did, but

19   there were other family members.

20   Q    Did you write down a family tree for her in -- did

21   you try to mark all the different family members that had

22   diabetes as you analyzed her case?

23   A    I never make family trees.

24   Q    Family history is one of the strongest risk factors

25   for developing diabetes, right?

1  A    I would say that's correct.

2  Q    You testified that it is a strong risk factor?

3  A    Correct.

4  Q    You quantified that risk factor by saying that it's

5  strong as opposed to a weak risk factor, correct?

6  A    It's strong risk factor.  I don't think I mentioned

7  anything about a being weak risk factor.  I don't think

8  that really quantifies it.

9  Q    Are there any risk factors that you know of that

10  aren't as strong as family history for diabetes?

11  A    I have never seen that kind of data quantified

12  anywhere.

13  Q    You've never seen a quantification of a risk factor

14  for diabetes?

15  A    Of family history?

16  Q    No.  Any risk factor, like obesity.  Have you ever

17  seen, Dr. Marks, a quantification of risk factors for

18  obesity?

19  A    Well, when you talk about obesity, it is considered

20  to be one of the strongest risk factors for diabetes

21  development.

22  Q    So you -- have you seen a quantification of the risk

23  factor of obesity?

24  A    Well, "quantification" to me means a number, like a

25  percentage, and --

1  Q    Have you seen anybody calculate a relative risk for

2  obesity and diabetes?  Have you ever seen any -- you

3  talked about a lot of epidemiology today.  Have you ever

4  gone and looked at the epidemiology quantifying the risk

5  of diabetes when you are obese?

6  A    I know that it's been stated that the contribution of

7  obesity to the development of diabetes is probably

8  somewhere in the ballpark of 70 to 80 percent.

9  Q    That's a number?

10  A    That's the only -- yes, I do remember having read

11  that.

12  Q    Do you know where that came from?

13  A    No, I don't.  I think I have seen it multiple places.

14  Q    Yeah.  Have you ever heard of the Harvard Nurses

15  Study?

16  A    Absolutely.

17  Q    Do you think that's a reliable organization, reliable

18  database?

19  A    It's very well done, very long epidemiological

20  observational study.

21  Q    Have you ever read its quantification with regard to

22  obesity?

23  A    Yes, but I don't recall it at this time.

24  Q    We will look at that in just a second.

25       So you have also said Ms. Guinn was 58 -- you know

1   she was 58 years old when he was diagnosed with diabetes

2   and that age was a risk factor for her developing

3   diabetes?

4   A    Correct.

5   Q    And before you formed your opinions in this case, you

6   didn't gather any facts about her diet at all, did you?

7   A    No.  Only what was in her medical records which

8   really was not very extensive.

9   Q    Well, her medical records said that her doctors said

10  that she had highly questionable dietary discretion as

11  they tried to deal with her high cholesterol, right?

12  A    That's true.  And I think it was also mentioned that

13  she had a poor diet.

14  Q    And that's a risk factor for diabetes?

15  A    Correct.

16  Q    And you have already -- we've talked about her

17  sedentary lifestyle, right?

18  A    That's correct.

19  Q    She also had hypertension, correct?

20  A    Correct.

21  Q    She had a history of hypertension going back to 1991,

22  long before she started taking Seroquel, correct?

23  A    Yes.  She did a long history of hypertension.

24  Q    And when you wrote your report in the case, you had

25  never seen the records about her hypertension either?

1    A    That's correct.  I learned that subsequently.

2    Q    You didn't know about her obesity, her -- that high

3    BMI at 208 and 5 foot 4, and you didn't know her

4    hypertension when you wrote your report in this case?

5    A    I think I knew she a history of hypertension.  I

6    don't know exactly when it was diagnosed.

7    Q    Chronic obesity is a significant risk for diabetes,

8    right?

9    A    Correct.

10   Q    I'm going to show you what's been marked as -- we're

11   up to 27.  Can you see what's on the --

12   A    25?

13   Q    Let me show you what's been marked as Exhibit 26 for

14   identification and ask if you have ever seen this article.

15   A    Yes, I have.

16   Q    And this is the Harvard Nurses Study?

17   A    That's correct.

18   Q    This is a major article, right?

19   A    Correct.

20   Q    And this is an article in which the risk of obesity

21   and diabetes is quantified, right?

22   A    That's correct.

23   Q    And if you look at table 1 of the paper that's been

24   marked as Exhibit 26, and you look on the left, and it has

25   body mass index.  You see that?

1    A    Yes, I do.

2    Q    It says if you have a body mass index of 33 or above,

3    that you have an age-adjusted relative risk of 40.2.  You

4    see that?

5    A    Correct.

6    Q    That is a huge relative risk, isn't it?

7    A    That is.

8    Q    That is a relative risk that is greater than the risk

9    of a long-term smoker having lung cancer, isn't it?

10   A    I don't know.

11   Q    You don't know the relative risk of lung cancer in

12   smoking is in the 20s?

13   A    No.

14   Q    You don't know that.  You're not an epidemiologist,

15   right?

16   A    No, I'm not an epidemiologist.

17   Q    That's a common relative risk that epidemiologists

18   know, correct, because lung cancer is one of the

19   largest -- smoking and lung cancer is one of biggest

20   epidemiological deals, right?

21   A    Is it one of the biggest epidemiologic diseases.

22   Q    And you don't -- you don't know the relative risk of

23   lung cancer and smoking?

24   A    No.  It was before my time, and I'm not a

25   pulmonologist.

1    Q    And so I want to direct your attention to page 504 of

2    the article, that's been marked as Exhibit 26.  And if you

3    look at the second real paragraph, the one that begins

4    "the attributable risks of diabetes," you see that?

5    A    Yes.

6    Q    Do you see the sentence that says "for women with a

7    body mass index of 33 kilograms per meter squared or

8    more?"

9    A    I'm sorry.  Say that again.  I'm deaf in my left ear

10   so if I'm not looking at you --

11   Q    I'm sorry.

12   A    -- sometimes I will miss some of your words.

13   Q    Let me just show you right here.  It's where I'm

14   focusing on.  You see that?

15   A    Yes.

16   Q    "For women with a body mass index of 33 kilograms per

17   meter square or more, 98 percent of diagnoses of diabetes

18   are attributable to obesity."  Do you see that?

19   A    Yes, I do.

20   Q    So if you have a bunch of people who -- like

21   Ms. Guinn, who have a BMI of 33 or more, and they're also

22   diabetic, 98 percent of them, this article is saying, it's

23   because of their obesity?

24   A    This is an epidemiologic calculation, yes.

25   Q    Okay.  That's a number thing.  That's a

1    quantification, right?

2    A    That's correct.  It's a prediction, an

3    epidemiologic --

4    Q    It's a data point, right?

5    A    Yeah.

6    Q    Okay.  Now, as we discussed, when you formed your

7    opinions in this case that Seroquel -- about Seroquel and

8    Ms. Guinn, you didn't even know she had chronic obesity,

9    right?

10   A    I knew that she had became obese on the Seroquel.

11   Q    Well --

12   A    That was enough time to -- for her to have developed

13   diabetes.

14   Q    You didn't know --

15   A    No, I didn't know about the previous history of

16   obesity; you're right.

17   Q    You didn't know about the obesity before 1998?

18   A    That's correct.

19   Q    And Ms. Guinn has a history of chronic obesity going

20   back to her teen years.  You found that out actually in

21   your deposition, right?

22   A    Correct.

23   Q    And in fact, you agreed, Dr. Marks, that her history

24   of obesity put her at extremely high risk, you said, in

25   your deposition of developing diabetes, right?

1    A    Correct.

2    Q    Now, you would agree -- I'm going to change horses

3    here and talk about prediabetes, all right?

4         You would agree that prediabetes is a risk factor for

5    diabetes, right?

6    A    Correct.

7    Q    Prediabetes is also referred to as impaired fasting

8    glucose or impaired glucose tolerance, right?

9    A    That's correct.

10   Q    Prediabetes is diagnosed when you have a fasting

11   glucose level that is somewhere between 100 and 125,

12   right?

13   A    Correct.

14   Q    Now, let me give you some glucose readings.  Bear

15   with me just a moment, I'll get numbers on them and we'll

16   be squared here.

17        Okay.  Okay.  I'm going to give you 28.  I'm going to

18   give you 29.  Let's start with these two.

19   A    Uh-huh.

20   Q    Now, you have before you Exhibit 28, which is a

21   record dated July 30th, 1992, correct?

22   A    Yes, that's correct.

23   Q    You can pull it up, JMD400.

24        And in July of 1992 -- now, this is many years before

25   Ms. Guinn took Seroquel, right?

1   A     Yes.

2   Q     -- she had a glucose taken that is marked as a

3   fasting specimen, right?

4   A     I'm sorry.  Say that again.

5   Q     It's marked as fasting specimen?

6   A     Yes, that's correct.

7   Q     And the glucose value is 109, right?

8   A     That's correct.

9   Q     And the value on this test, which has been marked as

10  Exhibit 28, is in the prediabetes range, correct?

11  A     It's in the prediabetes range according to today's

12  criteria; it wouldn't have been back then.

13  Q     And you would -- but it is today.

14  A     It is today.

15  Q     Because they --

16  A     They have changed --

17  Q     Now you have more precise numbers?

18  A     They've changed the criteria.

19  Q     And you would agree, then, that we have evidence that

20  she was a prediabetic as far back as 1992, right?

21  A     That's correct.

22  Q     Now, if we could, Dr. Marks, let's look at the next

23  record marked as 29.  You see that?

24  A     Yes, I do.

25  Q     Now, that is a record from August 12th, 1997,

1  correct?  I highlighted it for you.

2      If you could bring that up --

3  A    The date didn't come out very well, but yes, it's

4  1997.

5  Q    JMD401.

6      I don't know if it's easier for you to see on the

7  screen or not.

8  A    It doesn't come up very well on the screen either,

9  but I can see that it's 1997.

10 Q    You can see also that it's marked as fasting, right?

11 A    Yes.

12 Q    And her glucose level then was 114, right?

13 A    That's correct.

14 Q    So this -- you would agree that Ms. Guinn had

15 prediabetes with this glucose level of 114, right?

16 A    I would agree.

17 Q    You would agree that Ms. Guinn had prediabetes before

18 she ever took Seroquel, right?

19 A    I would agree.

20 Q    And so you would agree that to a reasonable degree of

21 medical probability that as far back as the 1990s she was

22 prediabetic?

23 A    It's very possible, yes.

24 Q    Well, in your deposition, not to quibble with you,

25 ma'am, but you said, in 1997, the criteria for being

1    prediabetic was different, but by using today's criteria,

2    I would say, yes, she was prediabetic.

3    A    I would say that by these two numbers, which would be

4    sufficient to diagnose prediabetes in today's criteria,

5    yes.

6    Q    Yes, she had prediabetes, right?

7    A    Yes.

8    Q    Now, Dr. Marks, we talked earlier about how diabetes

9    develops over a number of years and how it involves a loss

10   of beta cell function and so on, B cell function, right?

11   A    Correct.

12   Q    And so you would agree that in Ms. Guinn's case, in

13   particular, the beta cell function in her pancreas, since

14   she prediabetes back in 1997, was -- had declined over a

15   number of years, right?

16   A    Correct.

17   Q    And you agree that Ms. Guinn already had diminished B

18   cell function when she was in her prediabetes state?

19   A    Yes.

20   Q    And if you have prediabetes and you don't change your

21   habits, you're essentially on the road to developing

22   diabetes, true?

23   A    You're extremely predisposed, yes.

24   Q    Now, we have agreed that at the very least her risk

25   factors included obesity, hypertension.  You have also

1    testified she had hyperlipidemia, family history, age, a

2    sedentary life and prediabetes.  That's a sum up of where

3    we are, right?

4    A    Yes, I already said that.

5    Q    And that those risk factors alone are sufficient to

6    explain her diabetes, right?

7    A    Yes.

8    Q    So I want to take you up to just when she started to

9    take Seroquel, okay?  So that -- I want to get your head

10   into May of 2002.

11   A    Okay.

12   Q    Now, you talked about her weight going down, right,

13   just before she took Seroquel?

14   A    Her weight had declined, yes.

15   Q    Now, you may remember in your deposition that you

16   didn't know the things that were happening to her

17   before -- while her weight declined, like the fact that

18   she was having very, very serious mental problems and had

19   to be in four point restraint.  Do you remember that?

20   A    Yes, I do.

21   Q    And you didn't know any of those facts when you were

22   given your deposition, right?

23   A    That's correct.

24   Q    And she was -- during that period of time, she was on

25   Abilify, right?

1   A    Yes, I think she was.

2   Q    And so you know now that her --

3   A    I'm sorry.  Can I interrupt?  It was either Abilify

4   or Geodon.  I don't recall right now which one it was.

5   Q    Okay.  Well, either one, but my notes say it's

6   Abilify, but her -- I'm being corrected here by my

7   colleague that it's Geodon, but --

8   A    Okay.  I just want to be accurate.

9   Q    But she's -- her weight started to go down

10  contemporaneously with very, very serious problems with

11  her mental illness, right?

12  A    Yes, I now know that.

13  Q    And so going back to September of 2001, before she

14  started taking Seroquel in May of 2002, she was

15  complaining to her doctor that she wasn't eating; that she

16  was upset; that was losing weight; that she had already

17  lost 10 pounds, right?

18  A    I believe so.

19  Q    And then seven months later, at the end of April and

20  the beginning of May of 2002, she was admitted for a week

21  of inpatient psychiatric treatment after attempting

22  suicide, right?

23  A    If you say so.  I don't recall.

24  Q    You didn't know in your deposition either, did you?

25  A    Probably not.

1    Q    And -- and so as her -- the record, though, you

2    recall, indicates that she was doing very poorly for

3    several months before she started Seroquel, right?

4    A    As I recall, she was having a lot of difficulty, yes.

5    Q    And between the fall of 2001 and May of 2002, she

6    lost about 23 pounds.  Do you know that?

7    A    I don't remember the exact number, but I know she

8    lost weight.

9    Q    Okay.  It was a weight gain associated with a series

10   of terrible mental health events in her life.  You know

11   that, don't you?

12   A    It was a weight loss associated with those, yes.

13   Q    I'm sorry.

14   A    That's okay.

15   Q    It was a weight loss associated with terrible mental

16   health events in her life, right?

17   A    It did occur at the same time, yes.

18   Q    It wasn't that kind of weight loss that people have

19   when they're exercising and they are eating right and

20   things are getting better for them, right?

21   A    Apparently not.

22   Q    Now, then, in May -- on May 3rd, 2002, she starts to

23   take Seroquel, right?

24   A    Correct.

25   Q    And you understand that she began to feel better

1    after she started taking Seroquel, right?

2    A    I think she did, yes.

3    Q    Do you recall from your review of the medical records

4    that she told her doctor that she is doing excellent on

5    her medications and that she has never felt better and

6    that she is sleeping and eating right?

7    A    I don't recall it because I don't have the records in

8    front of me, but I will believe you if you say so.  I

9    don't think you're trying to lie to me.

10   Q    No, I'm not.  Okay.  You will accept that fact?

11   A    Yes, I will.

12   Q    Okay.  So -- but you understand that before Seroquel,

13   she was having -- just before Seroquel, from

14   September 2001 to May of 2002, she's having terrible

15   psychiatric problems and she's losing weight, and then she

16   gets on Seroquel in May and she starts to feel better and

17   eat better?

18   A    That's correct.

19   Q    Now, and that kind of feeling better and eating

20   better, together with all the other things you talked

21   about that can make you gain weight, could account for her

22   weight gain?

23   A    It could, certainly.

24   Q    All right.  Now -- so stay with me on May of 2002

25   when she starts Seroquel.  You have looked at her glucose

1    records from that time period, haven't you?

2    A    Yes, I have.

3    Q    All right.  So let me give you a couple of those

4    medical records which I'm going to mark as 30.  I'm going

5    to show you what's been marked as Exhibit 31 for

6    identification.  But you also have up there Exhibit 30 so

7    I need you to get -- I have already given you Exhibit 30.

8    Let me get it out of my folder.  Maybe I didn't hand it to

9    you.  Let me give you Exhibit 30.

10        Okay.  So let's look at her records from April 28th,

11   2002.  That's just before she starts Seroquel.

12        Can you pull it up as JMD384, please?

13        Do you see that record?

14   A    Yes, I do.

15   Q    And that's the one that's marked as Exhibit 30,

16   right?

17   A    Sorry?

18   Q    That's Exhibit 30?

19   A    Correct.

20   Q    And this is a lab report from a hospital admission in

21   which Ms. Guinn is prescribed Seroquel, right?

22   A    It's what?

23   Q    This is from a hospital admission in which she's

24   first prescribed Seroquel?

25   A    Yes, that's correct.

1    Q    So -- so this a glucose taken just when she's

2    starting Seroquel?

3    A    Correct.

4    Q    And her glucose is 130 on this reading, right?

5    A    I think that's a 3.  I'm not 100 percent sure.

6    Q    Well, if you -- in your deposition, you said you

7    think it's 130.  Do you have any reason -- do you know

8    what her glucose level was just when she started taking

9    Seroquel?

10   A    The -- the 3 is smudged.  It's hard to say.  It looks

11   like it's probably a 3.

12   Q    What I'm asking you is, it was important to you,

13   you're here giving a opinion, to know what her glucose was

14   when she started taking the --

15   A    And it looks like it was probably 130.

16   Q    Okay.  And do you recall, ma'am, that you testified

17   that this Exhibit 30 is evidence of Ms. Guinn having

18   diabetes in April of 2002?

19   A    It's one elevated value taken under circumstances

20   that the patient was under stress in the hospital.  I

21   don't know if she was receiving intravenous fluids.

22   Another glucose on this page is 109.

23   Q    You would agree that Exhibit 30 is evidence that

24   Ms. Guinn could have diabetes in April of 2002?

25   A    It's evidence that she had hyperglycemia.  Could it

1    have been diabetes?  You could speculate that it could

2    have been.  But without knowing what the circumstances

3    were and without having a confirmatory value, I really

4    can't say any more than that.

5    Q    Well, let's just see what you said in your

6    deposition, because I'm going to ask you about the next

7    one too.  But let's look at JMD351, and your deposition

8    testimony, page 341, line 17, and actually, I want you to

9    look down to line 1 in the highlighted part.

10        "Is that evidence of Ms. Guinn having diabetes in

11   April of 2002?"

12        And you said:  "It could be.  It could be.  Yes."

13        You were asked that question, and you gave those

14   answers, right?

15   A    Yes.

16   Q    Now, let's look at Exhibit 31.  If could you bring up

17   JMD385.

18        And this is a glucose taken on April 30th, right?

19   A    Correct.

20   Q    That's just two days later, April 30th, 2002?

21   A    Correct.

22   Q    And on Exhibit 31, if you look to the next page,

23   there's a glucose on May 1, 2002, right?

24   A    Correct.

25   Q    And the glucose is 126 at 7:40 in the morning, right?

1   A      Yes.

2   Q      126 is kind of the magic number here.  The 126 means

3   you have diabetes, right?

4   A      That is the diagnostic cutoff.

5   Q      And so based on these lab values, Dr. Marks, you

6   agree that you cannot rule out the possibility that

7   Ms. Guinn had diabetes as of May 1, 2002, before she

8   started her Seroquel?

9   A      You can't rule it out without repeating it under

10  normal circumstances when she's not stressed and when

11  she's not hypokalemic, because her potassium levels were

12  very low on both of those readings.  And it's well know

13  none that hypokalemia increases insulin resistance so it

14  could have given her transient hyperglycemia.  But I can't

15  rule it out.

16  Q      You don't know?  Just like the weight gain.  You

17  don't know?  You don't know whether Seroquel caused the

18  weight gain --

19  A      We don't know.

20  Q      Right.  And you don't know whether she had diabetes

21  before she --

22  A      I don't think any of us know for sure.

23  Q      So, Dr. Marks, Ms. Guinn continued to have elevated

24  glucose levels after she stopped taking Seroquel, right?

25  A      Yes, that's correct.

1   Q    She had a fasting glucose of 205 on March 11th, 2008,

2   which is after she stopped taking Seroquel, right?

3   A    I remember a glucose level of 205.  I honestly don't

4   remember the exact date.

5   Q    And we can conclude, can't we, that Ms. Guinn's body

6   is capable of producing glucose levels without Seroquel,

7   right?

8   A    That's correct.

9   Q    And that's because of her underlying medical profile,

10  right.

11  A    I'm sorry.  That's what?

12  Q    That's because of her underlying medical profile?

13  A    Certainly in part, yeah.

14  Q    Now, Doctor, I'm almost done.  I want to ask you a

15  couple of sort of follow-up questions to -- you talked

16  about a lot of literature at the beginning of your

17  testimony.  Give me one second here.  You went through

18  literature.  You talked about some epidemiology, right?

19  A    Correct.

20  Q    And you talked about how you are affiliated in some

21  way with the VA?

22  A    Correct.

23  Q    And you talked about one epidemiologic study

24  involving the VA, right, and diabetes, and --

25  A    An epidemiological study?

1  Q    Uh-huh.  You don't remember that?

2  A    No.

3  Q    Okay.  Well, maybe I just -- let's just talk about --

4  A    It's possible, but can you remind me what the study

5  is?

6  Q    You know, I think it was the Lamberth study, but I'm

7  not -- I wouldn't -- put words in your mouth.

8  A    No.  I think you're mistaken.

9  Q    Okay.  So you're not relying on any epidemiologic

10 studies involving the Veterans Administration and

11 antipsychotics?

12 A    I'm not relying on them; is that what you said?  I

13 think I did have one paper that I talked about earlier

14 that was done in the VA system.

15 Q    Okay.  Who was the author of that study?

16 A    Can I look?

17 Q    Yeah.  Absolutely.  I thought it was Lamberth, I must

18 be wrong, so you tell me.

19 A    It may have been.  I'm not good with names.  It was

20 Serneyak.

21 Q    Okay.  So you talked about the Serneyak study.  And I

22 put in front of you Exhibit 32 which is a study by

23 Barner, right?

24 A    Yes.

25 Q    And if you look at that study, that is a study

1   among -- in a Central Texas Veterans Healthcare System,

2   right?

3   A     Yes.

4   Q     And it's a study of various antipsychotics, right?

5   A     Yes.

6   Q     And the question is, the frequency of new onset

7   diabetes mellitus and the use of antipsychotic drugs among

8   central Texas Veterans, right?

9   A     Yes.

10  Q     Now, this doesn't appear on the reference list that

11  Ms. Granger prepared for you, the Barner study, does it?

12  You have never read this study, have you?

13  A     I don't believe so.

14  Q     You haven't read all of the epidemiology on Seroquel,

15  right?  Because you haven't read this one, for example.

16  A     That's correct.

17  Q     And if you look at table 6, which appears on

18  page 1534, you will see that there is an odd's ratio

19  expressed for Quetiapine, and that's Seroquel, right?

20  A     Contradict.

21  Q     And it's an odd's ratio of 1.034 -- 1.034, correct?

22  A     Correct.

23  Q     And the confidence intervals include that number, so

24  it's not statistically significant, correct?

25  A     That's correct.

1    Q    And you didn't come in and tell the Court about this

2    Veterans study that does not show -- it's a null normal

3    result; it does not show a relationship between Seroquel

4    administration in Veterans at the development of new onset

5    diabetes, did you?

6    A    No, I didn't.  I hadn't seen this study.

7    Q    And you had -- one of the things you said you did

8    read in your deposition was some of the CATIE studies.  Do

9    you remember that?

10   A    Yes, I do.

11   Q    And you know that the CATIE studies were the studies

12   that came out of the NIH, right?  Do you know that?

13   A    No.  I think the case studies were individual case

14   reports.  I wouldn't call what came out -- you mean the

15   paper I referred to before?

16   Q    CATIE.

17   A    Oh, CATIE?  I'm sorry.  I thought you said case.

18   Q    No.

19   A    CATIE.

20   Q    Do you understand --

21   A    Yes.

22   Q    -- what the CATIE study is?

23   A    Yes.

24   Q    Okay.  And you realize there are several papers that

25   came out of CATIE?

1    A    Correct.

2    Q    And you realize that drug companies had nothing to do

3    with that study?

4    A    Correct.

5    Q    And you realize that the first paper was published in

6    the New England Journal of Medicine, which I assume you

7    would consider to be a pretty good journal?

8    A    That's right.

9    Q    And I'm going to show you what's been marked as

10   Exhibit 32 for identification, which is the Lieberman

11   paper which is one of the six studies that you --

12   A    Right.

13   Q    -- you pulled.

14       And you told the Court about weight gain -- some of

15   the data that you looked at on weight gain, but you didn't

16   tell the Court about weight gain in the CATIE study, did

17   you, Dr. Marks?

18   A    No, although I have it here in my packet.

19   Q    Well --

20   A    It's -- my intention, I thought, was to talk about

21   it, but I forgot about it --

22   Q    Okay.  Well, let me turn your attention to --

23   A    -- because we have two or three CATIE studies here.

24   Q    Let me turn your attention to table 3 of the CATIE

25   study.

1 A  Uh-huh.

2 Q  And if you would look under weight change from

3 baseline to last observation, and it appears on page 1220.

4 A  Yes.

5 Q  Okay.  And you will see that the rate change is 1.1,

6 right?

7 A  Correct.

8 Q  Okay.  And that was dated -- you didn't talk about it

9 on your direct examination, right?

10 A  No, but as I recall, the people who were on

11 Quetiapine in the study were only on it for an average

12 amount of time of a month.

13 Q  An average time from a month?

14 A  They were discontinued.

15 Q  Okay.  You want to point us to that in the study?

16 A  Sure.  There's a table that looks at the rates of

17 discontinuation.  There's a table in one of these CATIE

18 papers that says that.  It might be one of the other

19 papers.

20 Q  I don't want to cut you off, but --

21 A  I'm sorry.  I mean, you take the time to look for the

22 things that you need to look for.

23 Q  I'm happy for you to take the time.  Take your time.

24 A  Because I did see -- I mean, there was a table we

25 looked at that showed that the average -- or the mean

1    duration of exposure was -- it must be in one of the other

2    papers.  I'm sorry.  I can't find it.  I'm sorry.  I'm not

3    making it up.

4    Q    All right.  I'm going to show you another --

5    actually -- let me just sort of -- let me just move to

6    this -- to kind of a summary of what we talked about

7    today, Dr. Marks.

8         You can't say, with any reasonable degree of medical

9    probability, when Ms. Guinn would have developed diabetes

10   had she never taken Seroquel, true?

11   A    That's correct.

12   Q    And her combination of long-term obesity and a strong

13   family history of diabetes made it very likely that she

14   would develop Type II diabetes whether she took Seroquel

15   or not, correct?

16   A    That's probably correct.  Yes.

17   Q    In fact, you would agree that it is more likely than

18   not, to a reasonable degree of medical probability, that

19   Ms. Guinn would have developed diabetes even if she had

20   never taken Seroquel, correct?

21   A    That's correct.  She had a lot of risks.

22   Q    And in fact, your opinion, Doctor, is that you don't

23   know whether Ms. Guinn actually had diabetes prior to

24   taking Seroquel?  She might have had it; she might not

25   have had it; doesn't that sum up your opinion?

1    A    We said that there was no way to rule it out.

2    Q    Well, it's your testimony that she might have had

3    diabetes prior to taking Seroquel or she might not have,

4    correct?

5    A    I think, you know, I can definitively say she had a

6    lot of risks, and I think I would have tried to avoid a

7    medication that might make her risks worse.

8    Q    Dr. Marks, do you remember being asked in your

9    deposition this virtually identical question?

10   A    Yes.

11   Q    Okay.  Can we have JMD233, please?

12        I'm going to direct your attention to page 325, line

13   18 of your deposition.

14        And you said that -- you were asked the question:

15   She might have; she might not have.  Does that sum it up?

16        And you answered:  Yes.

17   A    I would agree with that answer.

18   Q    Okay.

19        MS. THORPE:  Your Honor, if I may just check in

20   here, I --

21        THE COURT:  Yes.

22        MS. THORPE:  That's all, Your Honor.

23        THE COURT:  All right.

24                    REDIRECT EXAMINATION

25        MR. PIRTLE:  May it please the Court?  May I

224

```
1    proceed?
2              THE COURT:  Yes.
3    BY MR. PIRTLE:
4    Q    Doctor, I'm going to be very brief because I know you
5    got to get out of here and go to Miami.
6         First off, as to the New England Journal CATIE study,
7    I apologize.  It was in the folder.
8              MR. PIRTLE:  I'm going to now ask that all the
9    documents that I marked be moved into evidence.
10             THE COURT:  All right.
11             MR. PIRTLE:  -- as evidence in this hearing,
12   which does include the CATIE and any other CATIEs that we
13   didn't have time to talk about.
14   BY MR. PIRTLE:
15   Q    Now, let me talk to you about -- just actually one
16   thing, which are Exhibits 30 and 31 together.  And these
17   are the hospital readings from Palmetto Hospital when
18   Ms. Guinn was first admitted and then subsequently put on
19   Seroquel.  Do you remember?
20   A    Yes.
21   Q    Let me ask you simply, are readings taken within
22   hospital settings, in terms of serum blood glucose,
23   notoriously unreliable and require -- do they require
24   verification because of the circumstances of which the
25   patients are under?
```

1    A     I believe so, yes.

2    Q     And what are those circumstances?  Explain it to the

3    Court.

4    A     There are a number of circumstances associated with

5    hospitalization that can cause hyperglycemia, including

6    the stress of the hospitalization.  As I mentioned, her

7    potassium levels were low, and that can be a cause of

8    worsening insulin resistance and some hyperglycemia

9    related to that.

10         And the circumstances surrounding the admission where

11   she receiving IV dextrous or glucose fluids like that are

12   not known.  Generally, you want to make a diagnosis as

13   important as something like diabetes when the person can

14   be tested under situations that are nonstressful.

15   Q     And in fact, it's true, is it not, she was not

16   diagnosed as diabetic by any doctor at that point in time?

17   A     That's true.

18   Q     And you agree with that decision, don't you, based on

19   your clinical experience?

20   A     What I would have done would have been to test her

21   after she was discharged from a hospital to confirm or

22   rule out the diagnosis.

23   Q     And in terms of the testing, there was testing done

24   after she was discharged?

25   A     There were blood glucose tests done after she was

1    discharged from the hospital, correct.

2    Q    All right.  And I know you need to get out of here

3    and go to Miami, so I'm going to make sure that it's clear

4    for Your Honor your opinion, at least on this regard.

5         And that is -- I asked the question earlier.  I'm

6    just going to repeat it.  But for Ms. Guinn's ingestion of

7    Seroquel and her subsequent weight gain, it's true, is it

8    not, that it's your opinion that she would not have

9    developed diabetes when she did?

10   A    It's hard to know for sure, but she was at a point

11   where she wasn't obese, so I think that the point in time

12   where she developed diabetes could have been related to

13   the addition of Seroquel.

14   Q    That's an opinion you hold?

15   A    Yes.

16             MR. PIRTLE:  That's all I have

17             THE COURT:  Anything further?

18             MS. THORPE:  Your Honor, I just have one

19   question -- couple of questions.

20                       RECROSS-EXAMINATION

21   BY MS. THORPE:

22   Q    Dr. Marks, given the high risk of diabetes that

23   Ms. Guinn had, you know that over the course of her life,

24   she could have developed diabetes at any number of points

25   in time, right?

1   A    That's correct.

2              MR. PIRTLE:  Beyond the scope.

3              THE COURT:  Well, it's also been asked and

4   answered, but...

5              MR. PIRTLE:  I agree with that.

6   BY MS. THORPE:

7   Q    You can't say to a reasonable degree of medical

8   certainty that but for the ingestion of Seroquel, she

9   would have developed diabetes at any particular point in

10  time, correct?  That would be speculative.

11  A    That's too many double negatives, but if you're

12  asking if I could pick out a point in time she would have

13  developed diabetes, I could not.

14             MS. THORPE:  Thank you, Your Honor.

15             MR. PIRTLE:  No more.

16             THE COURT:  All right.  You may be excused.

17       Do you want to start -- we're going take a break if

18  you want to start arguing or we can do it tomorrow

19  morning.

20             MS. THORPE:  Tomorrow morning, Your Honor, would

21  be preferable to us.

22             MR. RABER:  Before we break, if we're not going

23  to argue until tomorrow, I just want to be heard for one

24  minute on something.

25             THE COURT:  Okay.  Hold on a second.  I have to

```
 1    see.  We'll start tomorrow at 9:30.

 2            MR. RABER:  Your Honor, very briefly.  This

 3    relates to the time allotment for the trial.  I got out

 4    the calendar last night and started thinking about what a

 5    trial would look like with 45 hours per side starting

 6    February 2nd, and assuming trial days 10:00 to 5:00, as

 7    Your Honor indicated this morning, and no court on

 8    February 16th, which is a holiday, that works out to

 9    roughly five-and-a-half-hour trial days if we take a lunch

10    break and maybe a break or two.

11        That means if we do 45 hours per side and have a day

12    for openings and jury selection and then another day for

13    closings, we're not -- we're talking about not finishing

14    until February 26th or 27th, essentially the whole month

15    of February.

16            THE COURT:  Well, I guess I counted wrong.  My

17    math has never been my forte.

18            MR. RABER:  And Your Honor, what I would

19    propose, at least ask Your Honor to consider, is if we

20    took it down to 30 hours per side, by my calculations,

21    that would end on February 19.  So that would be -- that

22    would give us the extra few days that I think Your Honor

23    contemplated adding on to the two-week period.

24        It would give us the first two weeks, plus the

25    Tuesday, Wednesday, Thursday of the holiday week.  So we
```

 1   respectfully request, Your Honor, to reconsider doing

 2   that.

 3       I'll also note, Your Honor -- not that I'm asking

 4   Your Honor to necessarily follow everything that happens

 5   somewhere else.  But the Court up in Delaware recently,

 6   just a few days ago, set 30 hours per side time limits for

 7   the cases up there.

 8           THE COURT:  Well, according to my notes, I was

 9   figuring seven-and-a-half-hour days.  So I guess I counted

10   it wrong.

11           MR. RABER:  I figure an hour for lunch and two

12   15-minute breaks, that takes us down to five-and-a-half

13   hours per day.

14           MR. LAMINACK:  Your Honor we will do whatever

15   the Court says.  We certainly need the time.  This is the

16   first Seroquel case tried in the country.  We certainly

17   want the issues thoroughly vetted and tried to a jury.  I

18   don't -- I can't imagine a reason so compelling that we

19   would shortcut the trial of a case.

20           MR. PIRTLE:  At least the first one, Your Honor.

21           MR. RABER:  I'll say I was involved in three

22   Vioxx trials, and it didn't become -- it wasn't any

23   nastier or more complicated than that.  And we were able

24   to try those cases with those sorts of time allotments,

25   closer to 30 hours than 45.

1          MR. PIRTLE:  With all respect to opposing

2    counsel who was in three Vioxx cases, the first Vioxx case

3    that was tried took a lot longer than --

4          THE COURT:  You're about to --

5          MR. PIRTLE:  Stand up.  I'm sorry.  I was trying

6    to talk in the microphone.

7       The first Vioxx case that was tried was tried in

8    Texas and a whole lot longer than the supplemental cases

9    that you tried later on down the road.  Just as the first

10   breast implant case and first other -- of other drug cases

11   we have been involved in have taken a lot longer.

12      So you know, as they get on down the road and they

13   got everything set, yes, but we still got a lot of stuff

14   that we're contemplating we're trying to create the

15   pattern for the country.  And so we were happy with the

16   way it stood.  I didn't know this was going to come up,

17   but obviously we're not going to waste any of the Court's

18   time, but certainly we don't want to be crunched under any

19   kind of -- or put any type of time constraints we don't

20   have to.

21         THE COURT:  Well, you're going to have time

22   constraints.  The question is whether it's 45 hours or

23   less.

24         MR. PIRTLE:  I understand.

25         THE COURT:  So I'll let you know tomorrow.  I

1    couldn't do math when I was not as tired, I'm not going to

2    try to do it now.  So -- all right, so we will be in

3    recess until 9:30 tomorrow morning.

4            MS. THORPE:  Your Honor, may we move into

5    evidence all the exhibits on both sides?

6            THE COURT:  Yes, although I don't think we have

7    copies of your exhibits.

8            MS. THORPE:  We're going to collect them.

9            THE COURT:  All right.

10           MR. COUTROULIS:  Just for planning purposes,

11   tomorrow are we concluding at noon?

12           THE COURT:  12:00, 12:15 at the latest.

13                    C E R T I F I C A T E

14                    I certify that the foregoing is a

15   correct transcript from the record of proceedings in the

16   above-entitled matter.

17

18   s\Sandra K. Tremel  January 20, 2009

19

20

21

22

23

24

25