# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

                                              **Case No. 6:06-md-1769-Orl-22DAB**

_____/

## NOTICE OF HEARING

**TAKE NOTICE** that a status conference concerning **alternative dispute resolution** will be held before the undersigned on **MONDAY, JANUARY 26, 2009** at **10:00 A.M.** in Courtroom #6D, George C. Young United States Courthouse Annex, 401 W. Central Blvd., Orlando, Florida.

Professor Stephen Saltzburg will attend this conference by telephone, and the scope and nature of his appointment will be considered.

By Friday January 23, 2009, the parties are **DIRECTED** to file statements of no more than five pages describing their views on how to proceed with alternative dispute resolution, given the present posture of the cases. The parties may submit separate statements, but they should meet and confer on the issues so that their statements are responsive to each other. The parties may include a list of documents suggested for review by Professor Saltzburg.

Counsel and any party to this case wishing to participate in the status conference by telephone conference call MUST call the offices of PLAINTIFFS' LIAISON COUNSEL, Larry Roth, to make advance arrangements at least two business days prior to the hearing and Liaison Counsel's office will communicate the list of participants to Chambers at least two hours prior to the hearing.

**DONE** and **ORDERED** in Orlando, Florida on January 20, 2009.

                                                  *David A. Baker*
                                              DAVID A. BAKER
                                           UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Professor Stephen Saltzburg


**PLEASE NOTE**: **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.