# EXHIBIT A

# EXHIBIT A -- DOCUMENTS CHALLENGED BY PLAINTIFFS

## DOCUMENTS TO RETAIN CONFIDENTIALITY STATUS UNTIL TRIAL

| # | PLAINTIFFS 11/24/08 MOTION & SEALED EXHIBIT # | DESCRIPTION |
|---|---|---|
| 1 | Genl Cause - Generic and Case-Specific Ex. 16 | June 26, 2008 NDA 20-639 Submission (1,156 pages) |
| 2 | Genl Cause - Generic and Case-Specific Ex. 21; Omnibus MSJ Ex. 42 | 06/25/2008 letter (3-pages) from FDA to AZ |
| 3 | Genl Cause - Generic and Case-Specific Ex. 26 | Internal email chain including from L Boomazian to M Deyr dated 04/26/2007 |
| 4 | Genl Cause - Generic and Case-Specific Ex. 27; Omnibus MSJ Ex. 10 | Internal email from Lisa Arvanitis dated 8/13/1997 |
| 5 | Genl Cause - Generic and Case-Specific Ex. 41 | Internal email chain including from Richard Owen to Matthew Lowe dated 3/18/05 |
| 6 | Genl Cause - Generic and Case-Specific Ex. 51 | Internal email chain including from David Duff to Kim Gilchrist, et al re Gianfrancesco work dated 5/23/03 |
| 7 | Genl Cause - Generic and Case-Specific Ex. 52 | A Comprehensive Retrospective Study of Associations Between Diabetes and Treatment with Risperidone, Olanzapine, Quetiapine, and Conventional Antipsychotics by HECON Associates, Inc. |
| 8 | Genl Cause - Generic and Case-Specific Ex. 58 | 08/18/00 email from Geller including attached Safety Position Paper |
| 9 | Genl Cause - Generic and Case-Specific Ex. 59 | Portions of Dep of Wayne Geller (pp. 426-431) re: submission to Dutch health authority |
| 10 | Genl Cause - Generic and Case-Specific Ex. 60 | Email from Dorothee Wientjens to Wayne Geller |
| 11 | Genl Cause - Generic and Case-Specific Ex. 64 | Email from Connie Ou to Ronald Leong re Re-Challenge of Seroquel dated 2/4/03 |
| 12 | Omnibus MSJ Ex. 1 | Feb 2005 letter from French afssaps |
| 13 | Omnibus MSJ Ex. 2 | 03/09/2000 Seroquel Commercial Support Team - Technical Document (TD004) |
| 14 | Omnibus MSJ Ex. 3 | 03/06/2000 Seroquel Commercial Support Team - Technical Document (TD 005) |
| 15 | Omnibus MSJ Ex. 4 | Internal email chain including M. Murray, M. Jones, J.Tumas, J.Goldstein dated 03/23/00 |
| 16 | Omnibus MSJ Ex. 5 | Excerpts of Kevin Birkett dep transcript 4/24/08 |
| 17 | Omnibus MSJ Ex. 6 | Sales Story Flow document |
| 18 | Omnibus MSJ Ex. 7 | Wayne Macfadden dep transcript excerpts |
| 19 | Omnibus MSJ Ex. 8 | Draft of article by Joyce Small re: Quetiapine |
| 20 | Omnibus MSJ Ex. 11 | Martin Brecher dep transcript excerpts |
| 21 | Omnibus MSJ Ex. 12 | Barry Arnold dep transcript excerpts |
| 22 | Omnibus MSJ Ex. 13 | Internal memo from Richard Lawrence re: Study 15 |
| 23 | Omnibus MSJ Exs. 14 (multiple documents) | Various internal emails which include: Internal email from Nick Hough re Small Review dated 5/10/99; 5/11/99 email from John Tumas to Michael Murray, et al; emails including Jim Gavin, John Tumas re: EPS data |
| 24 | Omnibus MSJ Ex. 17 | Internal email from Don Beamish re: Reinstein |
| 25 | Omnibus MSJ Ex. 18 | Discussion Document dated 6/22/00 |

| # | PLAINTIFFS 11/24/08 MOTION & SEALED EXHIBIT # | DESCRIPTION |
|---|---|---|
| 26 | Omnibus MSJ Ex. 19 | Wayne Geller dep transcript excerpts |
| 27 | Omnibus MSJ Ex. 20 | Discussion Document |
| 28 | Omnibus MSJ Ex. 21 | Safety Position Paper |
| 29 | Omnibus MSJ Ex. 22 | 09/18/2000 email thread from Geller re: glucose metabolism disorders and attaching Safety Position Paper |
| 30 | Omnibus MSJ Ex. 23 | 10/03/2000 email thread from D. Wientjens to Geller re Quetiapine and glucose metabolism disorders |
| 31 | Omnibus MSJ Ex. 24 | Vikram Dev dep transcript excerpts |
| 32 | Omnibus MSJ Ex. 25 | CBG Medicines Evaluation Board re: 1/2001 response to MEB request to amend the SmPC |
| 33 | Omnibus MSJ Ex. 26 | 08/00 Response to FDA request |
| 34 | Omnibus MSJ Ex. 27 | Internal email chain including Wayne Geller and Melissa Partridge re Metabolic issues dated 12/05/01 |
| 35 | Omnibus MSJ Ex. 30 | Objection Handler on Atypical antipsychotics and glucose dysregulation |
| 36 | Omnibus MSJ Ex. 32 | Internal voicemail re: Weight and Diabetes Sell Sheet dated 08/15/05 |
| 37 | Omnibus MSJ Ex. 37 | 10/15/2003 AZ letter to FDA re NDA 20-639, response to FDA request for labeling change |
| 38 | Omnibus MSJ Ex. 39 | SERM Minutes 06/08/07 |
| 39 | Omnibus MSJ Ex. 40 | 06/22/2007 AZ letter to FDA re NDA 20-639 and NDA 22-047, Supplement-Changes Being Effectuated |
| 40 | Haller SJ Motion Ex. 9-10 | Speaker/Attendance Info |
| 41 | McA SJ Motion Ex. 14 | Accounts Payable Info |
| 42 | Unger SJ Motion Ex. 15 | Accounts Payable Info |
| 43 | Burns SJ Motion Ex. 17 | Excerpts of Pharmaceutical Sales Specialist Deposition |
| 44 | Curley SJ Motion Ex. 12 | Excerpts of Pharmaceutical Sales Specialist Deposition |
| 45 | Supp. Mem. on General Cause re: Rak | Rak Dep Transcript (includes numerous company documents as dep exhibits and testimony regarding same) |
| 46 | From Various Motion Responses | Various Expert Declarations, Expert Reports, and Expert Dep Excerpts, as well as Prescriber Dep Excerpts, which discuss confidential documents that were attached as exhibits to plaintiffs' responses |

### TRADE SECRET AND CONFIDENTIAL DOCUMENTS TO RETAIN CONFIDENTIALITY STATUS THROUGH TRIAL

| # | | DESCRIPTION |
|---|---|---|
| 1 | Genl Cause - Generic and Case-Specific Ex. 19 | 04/01/2008 CSR for study 144 (1,922 pages) |
| 2 | Genl Cause - Generic and Case-Specific Ex. 15 | 06/12/2006 CSR for study 125 (4,582 pages) |
| 3 | Genl Cause - Generic and Case-Specific Ex. 28 | 03/08/1996 IND for Seroquel (5,224 pages) |
| 4 | Genl Cause - Generic and Case-Specific Ex. 29 | 11/30/2006 CSR for study 165 (1,800 pages) |
| 5 | Genl Cause - Generic and Case-Specific Ex. 32 | 06/19/2007 CSR for study 127 (6,434 pages) |
| 6 | Genl Cause - Generic and Case-Specific Ex. 57 | Draft Manuscript for Study 125 by Newcomer, J, et al. |
| 7 | Haller SJ Motion Ex. 9-10 | Call Notes |
| 8 | McA SJ Motion Ex. 10-13 | Call Notes |
| 9 | Unger SJ Motion Ex. 12-14 | Call Notes |
| 10 | Whittington SJ Motion Ex. 5-7 | Call Notes |

| # | PLAINTIFFS 11/24/08 MOTION & SEALED EXHIBIT # | DESCRIPTION |
|---|---|---|
| 11 | Guinn SJ Motion Ex. 10, 12, 13 | Call Notes |
| 12 | Burns SJ Motion Ex. 16 | Call Notes |
| 13 | Curley SJ Motion Ex. 9-11 | Call Notes |