**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Linda Guinn*, No. 6:07-CV-10291<br>*Janice Burns*, No. 6:07-CV-15959<br>*Richard Unger*, No. 6:07-CV-15812<br>*Connie Curley*, No. 6:07-CV-15701<br>*Linda Whittington*, No. 6:07-CV-10475<br>*Eileen McAlexander*, No. 6:07-CV-10360<br>*David Haller*, No. 6:07-CV-15733 | MDL DOCKET NO:<br>6:06-MDL-1769-ACC-DAB |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION**
***IN LIMINE* TO EXCLUDE EVIDENCE AND ARGUMENT ABOUT**
**THE ZOLADEX SETTLEMENT**

Plaintiffs in the above-captioned MDL proceeding ("Plaintiffs") file this response opposing entry of the proposed order urged by Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP (collectively, "Defendants" or "AstraZeneca") in their Motion *in Limine* To Exclude Evidence and Argument About the Zoladex Settlement (Doc. 1202, hereinafter the "Motion"), and would respectfully show the Court as follows:

**I.**
**SUMMARY OF RESPONSE**

Defendants seek to exclude evidence and argument about the federal government's suit against AstraZeneca over the pricing of Zoladex, AstraZeneca's settlement with the federal government in 2003, and the Corporate Integrity Agreement ("CIA") AstraZeneca entered into as part of that settlement. Plaintiffs are willing to stipulate that they will neither introduce

evidence of the Zoladex litigation or settlement nor refer to the same in the presence of the jury.[1] However, evidence and argument regarding the CIA should be presented to the jury for the purpose of proving and applying the standard of care in Plaintiffs' negligent marketing, sales, and warning claims against Defendants. As part of the CIA, AstraZeneca agreed to establish both a Code of Conduct and Policies and Procedures for its sales and marketing officers, employees, and agents.[2] Like industry custom, a company's internal policies are admissible because they bear on the standard of care for determining negligence. As such, the Court should deny Defendants' Motion.

## II.
## ARGUMENT AND AUTHORITIES

**A.     The CIA Is Relevant To The Standard Of Care For Plaintiffs' Negligent Warning Claims.**

The CIA is relevant to the question of whether Defendants failed to exercise reasonable care in warning of Seroquel's risks through Defendants' marketing and selling of the drug. "Relevancy . . . exists only as a relation between an item of evidence and a matter properly provable in the case." *Steger v. General Electric Co.*, 318 F.3d 1066, 1079 (11th Cir. 2003) (quoting Fed. R. Evid. 401 advisory comm. notes) (internal quotation marks omitted). "The standard for what constitutes relevant evidence is a low one: evidence is relevant if it has '*any* tendency to make the existence of *any* fact that is of consequence to the determination of the

---

[1]     Plaintiffs reserve the right to introduce such evidence as rebuttal evidence to any "good corporate citizen" or similar testimony offered by Defendants at trial.

[2]     Under the CIA, the Code of Conduct must include "AstraZeneca's requirement that all of its Covered Persons shall be expected to comply with all Federal health care program requirements and with AstraZeneca's own Policies and Procedures . . . (including the requirements of this CIA)." (Exhibit A at III.B.1.b.)

"Covered persons" includes "all officers, employees, and agents of AstraZeneca located in the United States whose job responsibilities relate to: (1) sales and marketing activities for Government Reimbursed Products." (*Id.* at II.4.)

The CIA required the Policies and Procedures to address, *inter alia*, "measures designed to promote marketing and sales practices that conform will all statutes, regulations and requirement applicable to Government Reimbursed Products." (*Id.* at III.B.2.e.)

action more probable or less probable than it would be without the evidence.'" *United States v. La Rosa*, 236 Fed. App. 584, 588 (11th Cir. 2007) (quoting Fed. R. Evid. 401) (emphasis added).  All relevant evidence is admissible unless it is excluded under law.  Fed. R. Evid. 402; *United States v. Rosin*, 263 Fed. Appx. 16, 30 (11th Cir. 2008).  "Furthermore, determinations as to the relevancy of evidence are well within the broad discretion of the district courts and will not be disturbed on appeal absent a showing that the trial court abused its discretion." *United States v. Tinoco*, 304 F.3d 1088, 1121 (11th Cir. 2002) (internal quotation marks, brackets, and citation omitted).

Like industry custom, the CIA is relevant to determining and applying the standard of care for Plaintiffs' negligent warning claims.  "Evidence of custom within a particular industry, group, or organization is admissible as bearing on the standard of care in determining negligence. Compliance or noncompliance with such custom, though not conclusive on the issue of negligence, is one of the factors the trier of fact may consider in applying the standard of care." *Muncie Aviation Corp. v. Party Doll Fleet, Inc.*, 519 F.2d 1178, 1181 (5th Cir. 1975)[3] (footnote omitted); *see also Coats & Clark, Inc. v. Gay*, 755 F.2d 1506, 1511 (11th Cir. 1985) (recognizing that "evidence of custom within a particular industry is admissible as bearing on the standard of care in determining negligence").

Courts regularly apply this principle to internal company policies. *See, e.g.*, *De Kwiatkowski v. Bear, Stearns & Co.*, 306 F.3d 1293, 1311 (2nd Cir. 2002) (stating that "noncompliance with internal standards could be evidence of a failure to exercise due care"); *Robinson v. Mo. Pac. R. Co. R.R. Co.*, 16 F.3d 1083, 1091 (10th Cir. 1994) (holding that defendant's internal rules were admissible to show negligence, though they did not heighten the

---

[3]   Fifth Circuit Court of Appeals' decisions prior to September 30, 1981 are binding precedent in the Eleventh Circuit.  *Bonner v. City of Pritchard*, 661 F.2d 1206, 1207 (11th Cir. 1981) (en banc).

standard of care); *In re City of New York*, 475 F. Supp. 2d 235, 240 (E.D.N.Y. 2007) ("[T]he law is clear that, where the City has a duty to exercise due care, the City's internal rules are relevant to determining what constitutes due care."). Thus, while the CIA does not independently establish the standard of care for Plaintiffs' warning claims, the CIA is relevant to determining and applying that standard.

Similarly, this Court has noted that internal company policies do not create a legal duty under Florida law. *Boutilier ex rel. Boutilier v. Chrysler Ins. Co.*, No. 8:99-CV-2270T26MAP, 2001 WL 220159, at *1 (M.D. Fla. Jan. 31, 2001). It is well established in Florida law, however, that such policies are evidence of the standard of care for negligence. *See Bravo v. United States*, 403 F. Supp. 2d 1182, 1189 (S.D. Fla. 2005) ("Under prevailing Florida law, a violation of the hospital's own internal policies may be considered evidence of negligence."); *Mayo v. Publix Super Markets, Inc.*, 686 So. 2d 801, 802 (Fla. Dist. Ct. App. 1997) (holding that a company's internal operating manuals may be evidence of a standard of care for negligence, though they do not independently establish that standard), *cited in Boutilier*, 2001 WL 220159, at *1; *Metro. Dade County v. Zapata*, 601 So. 2d 239, 244 (Fla. Dist. Ct. App. 1992) ("Rules made by a defendant to govern the conduct of employees are relevant evidence of the standard of care."); *Steinberg v. Lomenick*, 531 So. 2d 199, 200 (Fla. Dist. Ct. App. 1988) (same); *Marks v. Mandel*, 477 So. 2d 1036, 1039 (Fla. Dist. Ct. App. 1985) ("Courts have held repeatedly that these internal manuals should be admitted when they contain either 1) evidence of a general custom or standard, or 2) evidence that the defendant violated its own policy or an industry standard.") (citing cases).

A cautionary jury instruction that the CIA does not itself establish the standard of care would prevent any jury confusion when the CIA is admitted into evidence. *See* 2 J. Wigmore,

*Evidence* § 461, at 593 (Chadbourn rev. 1979) ("The proper method is to receive [evidence of industry custom], with an express caution that it is merely evidential and is not to serve as a legal standard."); *accord DeLibero v. Q Clubs, Inc.*, 956 So. 2d 1286, 1287-88 (Fla. Dist. Ct. App. 2007).

**B.      The CIA's Probative Value Outweighs Any Harm It Might Cause.**

Plaintiffs' proposed stipulation that they will neither refer to nor introduce evidence of the Zoladex litigation or settlement, except as necessary in rebuttal (*see* n.1, *supra*), alleviates Defendants' concerns about prejudice, misleading or confusing the jury, and wasted trial time. As the CIA does not refer to AstraZeneca's alleged wrongdoing concerning Zoladex, it is not "other product" evidence or unrelated misconduct evidence and therefore does not raise such concerns.

In light of Plaintiffs' proposed stipulation, the CIA is admissible under Federal Rule of Evidence 403. "Because [Rule 403] permits the exclusion of relevant evidence only when its probative value is *substantially outweighed* by the potential for undue harm, the rule favors admissibility of relevant evidence and should be invoked very sparingly to bar its admission. *Hendrix v. Raybestos-Manhattan, Inc.*, 776 F.2d 1492, 1502 (11th Cir. 1985) (emphasis added); *see also United States v. Smith*, 459 F.3d 1276, 1295 (11th Cir. 2006) (stating that a court's "discretion to exclude evidence under Rule 403 is narrowly circumscribed") (citations and internal quotations omitted); *United States v. Betancourt*, 734 F.2d 750, 757 (11th Cir. 1984) ("Rule 403 is an extraordinary remedy . . . ."). Under Rule 403, "[u]nfair testimony . . . is 'not to be equated with testimony simply adverse to the opposing party.'" *United States v. 0.161 Acres of Land in Birmingham, Ala.*, 837 F.2d 1036, 1041 (11th Cir. 1988) (quoting *Dollar v. Long Mfg., N.C., Inc.*, 561 F.2d 613, 618 (5th Cir. 1977)). The CIA's probative value for determining the standard of care for Plaintiffs' negligent warning claims far outweighs any undue harm.

## III.
## CONCLUSION

For the above reasons, Plaintiffs respectfully request that the Court deny Defendants' Motion.

DATED: January 21, 2009.                    Respectfully submitted


By:   /s/ Fletcher V. Trammell
F. Kenneth Bailey Jr.
K. Camp Bailey
Fletcher V. Trammell
Robert W. Cowan
**BAILEY PERRIN BAILEY**
440 Louisiana St., Suite 2100
Houston, Texas 77002
(713) 425-7100 Telephone
(713) 425-7101 Facsimile
kbailey@bpblaw.com
cbailey@bpblaw.com
ftrammell@bpblaw.com
rcowan@bpblaw.com
*Co-Lead Counsel for All*
*Trial Group One Plaintiffs*

Richard N. Laminack
Thomas W. Pirtle
Buffy K. Martines
Laminack, Pirtle & Martines
5020 Montrose Blvd., 9th Floor
Houston, Texas 77006
(713) 292-2750 Telephone
(713) 292-2755 Facsimile
rickl@lpm-triallaw.com
tomp@lpm-triallaw.com
buffym@lpm-triallaw.com
*Lead Trial Counsel for Plaintiff*
*Linda Guinn*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 21st day of January, 2009, I electronically filed the foregoing: PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND ARGUMENT ABOUT THE ZOLADEX SETTLEMENT with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the counsel listed on the attached Service List.

                                              /s/ Robert W. Cowan

**CM/ECF SERVICE LIST**
**(Updated April 2, 2008)**

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769 – Orlando – 22DAB**

| | |
|---|---|
| Scott Allen<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, TX 77019<br>Tel: (713) 650-6600<br>sallen@crusescott.com | Rachel G. Balaban<br>rbalaban@sonnenschein.com |
| Craig D. Ball, PC<br>1101 Ridgecrest Dr<br>Austin, TX 78746<br>512/514-0182<br>craig@ball.net | Brian A. Bender<br>bbender@harrisbeach.com |
| Ed Blizzard<br>Blizzard McCarthy & Nabers, LLP<br>440 Louisiana St., Suite 1710<br>Houston, TX 77002-1689<br>713/844-3750<br>713/844-3755 (fax)<br>eblizzard@blizzardlaw.com<br>sgebhardt@blizzardlaw.com | Mitchell M. Breit<br>Whatley, Drake & Kallas, LLC<br>2001 Park Place N - Ste 1000<br>PO Box 10647<br>Birmingham, AL 35203<br>205/328-9576<br>205/328-9669 (fax)<br>mbreit@whatleydrake.com |
| William Louis Bross<br>wlbross@hgdlawfirm.com<br>ccorrero@hgdlawfirm.com | Orran L. Brown<br>Obrown@browngreer.com |
| Scott Burdine<br>Hagans, Burdine, Montgomery,<br>Rustay & Winchester, P.C.<br>3200 Travis, 4th Floor<br>Houston, TX 77006<br>Tel: (713) 222-2700<br>sburdine@hagans-law.com | Thomas Campion<br>Heidi E. Hilgendorff<br>Drinker, Biddle & Reath, LLP<br>500 Campus Dr.<br>Florham Park, NJ 07932-1047<br>Tel: (973) 360-1100<br>thomas.campion@dbr.com<br>heidi.hilgendorff@dbr.com<br>jeffrey.peck@dbr.com<br>***Counsel for Defendants Janssen Pharmaceutical Products and Johnson & Johnson Co.*** |
| Robert L. Ciotti<br>Chris S. Coutroulis | Mary B. Cotton<br>John D. Giddens, P.A. |

| | |
|---|---|
| Carlton Fields, P.A.<br>42212 W. Boy Scout Blvd., Suite 1000<br>Tampa, FL 33607-5736<br>Tel: (813) 223-7000<br>rciotti@carltonfields.com<br>tpaecf@cfdom.net<br>atravis@carltonfields.com<br>ccoutroulis@carltonfields.com<br>ejones@carltonfields.com<br>***Counsel for Defendants AstraZeneca Pharmaceuticals, L.P, and AstraZeneca*** | P.O. Box 22546<br>Jackson, MS 39225-2546<br>Tel: (601) 355-2022<br>betsy@law-inc.com |
| Michael Davis<br>James Mizgala<br>Timothy F. Capshandy<br>Mark Haddad<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn St.<br>Chicago, IL 60603<br>Tel: (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>jjobes@sibley.com<br>tcapshandy@sibley.com<br>mhaddad@sibley.com | Aaron K. Dickey<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Route 157<br>Edwardsville, IL 62025<br>Tel: (618) 650-7107<br>aaron@ghalaw.com |
| John J. Driscoll<br>Brown & Crouppen, PC<br>720 Olive St., Suite 1800<br>St. Louis, MO 63101<br>Tel: (314) 421-0216<br>jdriscoll@brownandcrouppen.com<br>bsmith@brownandcrouppen.com<br>rbrooks@brownandcrouppen.com<br>blape@brownandcrouppen.com | Kenneth T. Fibich<br>Fibich, Hampton & Leebron, LLP<br>1401 McKinney St., Suite 1800<br>Five Houston Center Houston, TX 77010<br>Tel: (713) 751-0025<br>tfibich@fhl-law.com |
| Lowell W. Finson<br>lowellf@phillipslaw.ws<br>brandyt@phillipslaw.ws<br>ronf@phillipslaw.ws | Gregory P. Forney<br>Shaffer, Lombardo & Shurin<br>911 Main St., Suite 2000<br>Kansas City, MO 64105<br>Tel: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>***Counsel for Defendant, Marguerite Devon French*** |

9

| | |
|---|---|
| Lawrence J. Gornick<br>William A. Levin<br>Dennis J. Canty<br>Levin, Simes, Kaiser & Gornick, LLP<br>44 Montgomery St., 36th Floor<br>San Francisco, CA 94104<br>Tel: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>llsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com<br>lbrandenburg@lskg-law.com<br>lsabel@lskg-law.com<br>ndeming@lskg-law.com | Todd S. Hageman<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Tel: (314) 241-2929<br>thageman@spstl-law.com |
| Jona R. Hefner<br>3441 W. Memorial, Suite 4<br>Oklahoma, OK 73134-7000<br>Tel: (405) 286-3000<br>attorneyokc@hotmail.com<br>attorneyokc@gmail.com | Keith M. Jensen<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Tel: (817) 334-0762<br>kj@kjensenlaw.com<br>kjensenlaw@gmail.com |

| | |
|---|---|
| Aaron C. Johnson<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Tel: (816) 640-9940<br>aaron@summersandjohnson.com<br>firm@summersandjohnson.com | Brian S. Kaplan<br>bkaplan@kasowitz.com |
| Jamie R. Kendall<br>301 Massachusetts Ave.<br>Indianapolis, IN 46204<br>Tel: 317-633-8787<br>jkendall@price-law.com<br>eamos@price-law.com | Mark A. Koehn<br>whrfrat42@yahoo.com |
| Edward T. Krumeich<br>ekrumeich@ibolaw.com | D. Andrew List<br>Clark Perdue Arnold & Scott<br>471 East Broad St., Suite 1400<br>Columbus, OH 43215<br>Tel: 877-220-2203<br>alist@cpaslaw.com |
| L. Leonard Lundy<br>llundy@lundylaw.com | Matthew E. Lundy<br>Lundy & Davis<br>333 N. Sam Houston Pkwy., E<br>Suite 375<br>Houston, TX 77060<br>Tel: (281) 272-0797<br>mlundy@lundydavis.com<br>jdibbley@lundydavis.com |
| Joshua Aaron Machlus<br>jmachlus@rumberger.com<br>docketingorlando@rumberger.com | Fred T. Magaziner<br>Marjorie Shickman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>Stephen J. McConnell<br>Gretchen Sween<br>Brennen Joseph Torregrossa<br>Dechert, LLP<br>2929 Arch St., Cira Center<br>Philadelphia, PA 19104-2808<br>Tel: (215) 994-4000<br>Fred.magaziner@dechert.com<br>Marjorie.shiekman@dechert.com |

|  | shane.prince@dechert.com <br> cheryl.inwek@dechert.com <br> Eben.flaster@dechert.com <br> elizabeth.balakhani@dechert.com <br> michelle.kirscEh@dechert.com <br> elliot.gardner@dechert.com <br> gretchen.sween@dechert.com <br> iliano.guerrero@dechert.com <br> Amanda.lanham@dechert.com <br> Christina.keddie@dechert.com <br> Elizabeth.kimmelman@dechert.com <br> Nathaniel.bessie@dechert.com <br> Margaret.osborne@dechert.com <br> Brennan.torregrossa@dechert.com <br> Elliot.walker@dechert.com <br> Stephen.mcconnell@dechert.com <br> ***Counsel for Defendant AstraZeneca Ph.*** |
|---|---|

| | |
|---|---|
| David P. Matthews<br>Abraham, Watkins, Nichols, Sorrels, Matthews & Friend<br>800 Commerce St.<br>Houston, TX 77002-1776<br>Tel: (713) 222-7211<br>dmatthews@abrahamwatkins.com<br>agoff@abrahamwatkins.com<br>jrhoades@abrahamwatkins.com<br>jwebster@abrahamwatkins.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com | Brian J. McCormick<br>bjmccormick@sheller.com |
| Sean K. McElligott<br>Koskoff, Koskoff & Bieder, PC<br>350 Fairfield Ave<br>Bridgeport, CT 06604<br>203/336-4421<br>smcelligott@koskoff.com | Robert Mendillo<br>Amber Anderson<br>Kurt S. Kusiak<br>rmm@sally-fitch.com<br>ara@sally-fitch.com<br>ksk@sally-fitch.com<br>cah@sally-fitch.com |
| James Mizgala<br>Sidley Austin LLP<br>Bank One Plaza<br>One South Dearborn St.<br>Chicago, IL 60603<br>Tel: (312) 853-7731<br>jmizgala@sidley.com<br>lmodaff@sidley.com<br>efilingnotice@sidley.com<br>***Counsel for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP*** | Howard Nations<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Tel: (713) 807-8400<br>nations@howardnations.com<br>lori@howardnations.com<br>kim@howardnations.com<br>andrea@howardnations.com<br>charles@howardnations.com<br>lezzlie@howardnations.com |

| | |
|---|---|
| Matthew F. Pawa<br>Benjamin Krass<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Tel: (617) 641-9550<br>mp@pawalaw.com<br>bkrass@pawalaw.com | Paul J. Pennock<br>Michael E. Pederson<br>Weitz & Luxenburg, P.C.<br>180 Maiden Lane – 17th Floor<br>New York, NY 10038<br>Tel: (212) 558-5500<br>Ppennock@weitzlux.com<br>Lschutlz@weitzlux.com<br>MPederson@weitzlux.com<br>JOrelli@weitzlux.com<br>esugiarto@weitzlux.com<br>jdillon@weitzlux.com<br>jsedgh@weitzlux.com<br>ychiu@weitzlux.com<br>***Plaintiff's Lead Counsel*** |
| Francis Edmund Pierce, III<br>fpierrce@cmlbro.com<br>cmiller@cmlbro.com<br>dmalinowski@cmlbro.com | Carlos A. Prietto, III<br>Ted C. Wacker<br>Robinson Calcagnie & Robinson<br>620 Newport Center-Drive, 7th Floor<br>Newport Beach, CA 92660<br>Tel: 940-720-1288<br>cbregman@rcrlaw.net<br>cprietto@rcrlaw.net<br>ctakanabe@rcrlaw.net<br>kschaeffer@rcelaw.net<br>twacker@rcelaw.net |
| William N. Riley<br>Jamie R. Kendall<br>301 Massachusetts Ave.<br>Indianapolis, IN 46204<br>Tel: 317-633-8787<br>wriley@price-law.com<br>eamos@price-law.com<br>jkendall@price-law.com | Mark P. Robinson, Jr.<br>Robinson Calcagnie & Robinson<br>620 Newport Center Dr., 7th Floor<br>Newport Beach, CA 92660<br>Tel: (949) 720-1288<br>mrobinson@robinson-pilaw.com<br>mrobinson@rcrlaw.net |

| | |
|---|---|
| Larry Roth<br>Law Offices of Larry M. Roth, P.A.<br>P.O. Box 547637<br>Orlando, FL 32854-7637<br>Tel: (407) 872-2239<br>lroth@roth-law.com<br>lcarrington@roth-law.com<br>epoit@roth-law.com<br>***Plaintiffs' Liaison Counsel*** | Robert A. Schwartz<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Tel: (281) 335-7744<br>bschwartz@galyen.com<br>anixon@galyen.com |
| Kenneth W. Smith<br>Aylstock Witkin Kreis & Overholtz<br>803 North Palafox St.<br>Pensacola, FL 32501<br>Tel: (850) 916-7450<br>ksmith@awkolaw.com<br>kws6619@msn.com<br>rvasquez@awkolaw.com<br>rbaggett@awkolaw.com<br>churt@awkolaw.com<br>gcosby@awkolaw.com | Russell O. Stewart<br>Bridgett Ahmann<br>Linda Svitak<br>Faegre & Benson LLP<br>90 S. 7th St., Suite 2200<br>Minneapolis, MN 55402<br>rstewart@faegre.com<br>lmcwhirt@faegre.com<br>nmalik@faegre.com<br>mbeliveau@faegre.com<br>lsvitak@faegre.com |
| Joe R. Whatley, Jr.<br>W. Todd Harvey<br>2323 2nd Ave. N<br>Birmingham, AL 35203-0647<br>Tel: (205) 328-9576<br>tharvey@whatleydrake.com<br>jwhatley@whatleydrake.com<br>ecf@whatleydrake.com | Justin Witkin<br>Ken Smith<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Blvd., Suite 58<br>Pensacola, FL 32503<br>Tel: (850) 916-7450<br>Jwitkins@AWS-LAW.COM<br>ablankenship@aws-law.com<br>aburrus@aws-law.com<br>asmith@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com<br>jsafe@aws-law.com |

**NON-CM/ECF SERVICE LIST**

| | |
|---|---|
| Mr. Terry Bryant<br>Gregg A. Anderson<br>Terry Bryant, LLP<br>8584 Katy Freeway, Suite 100<br>Houston, Texas  77024 | John M. Bailey<br>Law Offices of John M. Bailey<br>5978 Knight Arnold, Suite 400<br>Memphis, TN  38115 |
| Timothy Reese Balducci<br>The Langston Law Firm, P.A.<br>P.O. Box 787<br>100 South Main St.<br>Booneville, MS 38829<br>Tel: (662) 728-3138<br>tbalducci@langstonlaw.com | Kenneth W. Bean<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Tel: (314) 231-3332<br>kbean@spvg.com |
| Barry A. Bohrer<br>Morvillo, Abramowitz, Grand<br>565 Fifth Avenue<br>New York, NY  10017 | Philip Bohrer<br>Scott Brady<br>Bohrer Law Firm, LLC<br>8721 Jefferson Highway, Suite B<br>Baton Rouge, La/  70809 |
| Earl Francis Carriveau<br>1012 6th Ave.<br>Lake Charles, LA  70601-4706 | Robert F. Clarke<br>Phillips & Associates<br>3030 North Third St., Ste 1100<br>Phoenix, AZ  85012<br>602/258-8900 |
| Lee Coleman<br>Hughes & Coleman<br>444 James Robertson Pkwy., Suite 201<br>Nashville, TN  37219 | Patricia Cook |
| J. Aaron Cooke<br>Cooke Law Firm<br>331 Columbia Street<br>Lafayette, IN  47902-0188 | Elizabeth Ashley Cranford<br>Russell Jackson Drake<br>2001 Park Place N., Suite 1000<br>PO Box 10647<br>Birmingham, AL  35203 |

| | |
|---|---|
| Cannon Curlee | Mark W. Davis<br>Davis & Feder, P.A.<br>P.O. Drawer 6829<br>Gulfport, MS 39506-7018 |
| Jason B. Eshelman<br>Eshelman Legal Group<br>263 Portage Trail Ext.<br>West Cuyahoga Falls, OH  44223 | Russell Jackson Drake |
| Kelly Fowler<br>Fowler Law Offices<br>PO Box 952<br>Owensboro, KY  42302 | Warren Frazier |
| James J. Freebery<br>McCarter & English, LLP<br>18th Floor<br>919 N. Market St.<br>Wilmington, DE  19801 | Michael T. Gallagher<br>The Gallagher Law Firm<br>2905 Sackett St.<br>Houston, TX  77098 |
| Gary Reed Gober<br>200 Fourth Ave. North<br>Suite 700<br>Nashville, TN  37219<br>615/297-8300 | Christopher Gomez<br>Miller & Associates<br>555 E. City Avenue, Suite 910<br>Bala Cynwyd, PA  19004 |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Pkwy.<br>Suite C<br>Indianapolis, IN  46254-2600 | Jason Matthew Hatfield<br>Lundy & Davis, LLP<br>300 North College Ave.<br>Suite 309<br>Fayetteville, AR  72701 |
| Stacy K. Hauer<br>Charles Zimmerman<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN  55402 | John Hawkins |

| | |
|---|---|
| Marcus Edward Hayes, Sr.<br>Crumley & Associates<br>2400 Freeman Mill Rd.<br>Greensboro, NC  27406 | Donna Higdon |
| Gail Holt | Marshall Hurley<br>Marshall Hurley PLLC<br>2400 Freemand Mill Road, Suite 200<br>Greensboro, NC  27406 |
| Gary Thomas Iscoe<br>Steinger Iscoe & Phillips<br>1645 Palm Beach Lakes Blvd., Suite 900<br>West Palm Beach, FL  33401-2204 | Janssen, L.P.<br>Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 |
| Johnson & Johnson<br>Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 | Louisiana Wholesale Drug Co., Inc.<br>c/o Gayle White, Registered Agent<br>Highway 167 N<br>Sunset, La  70584 |
| Lois M. Lynch | Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Tel: (281) 335-7744 |
| Michael J. Miller<br>Miller & Associates<br>105 N. Alfred St.<br>Alexandria, VA  22314 | Michael J. Miller<br>The Miller Firm, LLC<br>108 Railroad Avenue<br>Orange, VA  22960 |
| Eric B. Milliken<br>3 Sir Barton Ct.<br>Newark, DE 19702-2033 | Randy Niemeyer<br>15863 Pike 43<br>Bowling Green, MO 63334-2620 |

| | |
|---|---|
| Angela Parker | Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, PA<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN  55402<br>612/767-7500 |
| Dale Kent Perdue<br>Clark Perdue Arnold & Scott<br>471 East Broad St., Suite 1400<br>Columbus, OH  43215 | Thomas E. Pittenger<br>Eric Guirard, PLC<br>1075 Government Street<br>Baton Rouge, La.  70802 |
| Joseph Ronald Poirot<br>Ferrer, Poirot & Wansborough<br>2603 Oak Lawn Avenue, Suite 300<br>Dallas, Texas  75219 | Stephen Randall<br>Pearson Randall & Schumacher<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN  55402 |
| Brenda Rice | Evelyn Rodriguez |
| Seth S. Webb<br>Brown & Crouppen, P.C.<br>720 Olive St., Suite 1800<br>St. Louis, MO  63101-2302 | Robert L. Salim<br>Attorney At Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Tel: (318) 352-5999<br>robertsalim@cp-tel.net |
| Alan G. Schwartz<br>Wiggin & Dana<br>PO Box 1832<br>Natchitoches, La.  71457-2069 | Ellen R. Serbin<br>Perona Langer Beck Lallande & Serbin<br>300 San Antonio Dr.<br>Long Beach, CA  90807-0948 |
| Robert H. Shultz<br>Heyl, Royster<br>103 W. Vandalia St.<br>P.O. Box 467<br>Edwardsville, IL  62025<br>618/656-4646 | Robert G. Smith<br>Lorance & Thompson, PC<br>Suite 500<br>2900 N Loop W<br>Houston, TX  77092 |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119 | John Hunter Stevens<br>PO Box 16570<br>Jackson, MS  39236-6570 |
| James J. Walker | Seth Webb |

| | |
|---|---|
| Carter Mario Injury Lawyers<br>54 Broad Street<br>Milford, CT  06460 | Brown & Crouppen, PC<br>720 Olive Street, Suite 1800<br>St. Louis, MO  63101-2302 |
| Colin C. West<br>Bingham McCutchen, LLP<br>3 Embarcadero Ctr<br>San Francisco, CA  94110 | Mary J. Wrightinton |