UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This document relates to:

Linda Guinn          6:07-cv-10291-ACC-DAB

## JOINT MOTION FOR JURY QUESTIONNAIRE

The Plaintiff, Linda Guinn, and the Defendants, AstraZeneca Pharmaceuticals LP and AstraZeneca LP (hereinafter "AstraZeneca"), by and through their undersigned counsel, and pursuant to the discussion held with the Court at the January 13, 2009 pretrial conference, hereby file this Joint Motion for a Jury Questionnaire. In support of their joint motion, the parties state as follows:

1. On January 22, 2009, the parties agreed to the format and content of the Jury Questionnaire attached hereto as **EXHIBIT A**.

2. The Jury Questionnaire contains forty-four (44) questions each of which the parties believe will materially advance the jury selection process by providing critical relevant and material information about potential jurors to the parties.

3. The Jury Questionnaire will also permit jurors to answer questions in private that they might feel uncomfortable answering in open court in front of attorneys, Court personnel, and other potential jurors. By way of example, the questionnaire asks potential jurors whether they or anyone close to them have ever suffered from a mental illness such as clinical depression, bipolar disorder, schizophrenia, and/or post-traumatic stress syndrome. Given the nature of these

cases, it is exceedingly important to both sides that potential jurors be completely forthright in answering these types of sensitive questions.

4. In the interests of efficiency, the parties worked tirelessly to draft a Jury Questionnaire that contains mostly multiple choice questions. For that reason, the parties believe that it will take potential jurors no more than fifteen to twenty minutes to complete the Jury Questionnaire.

5. If history is any indication, the mailing of the Jury Questionnaire to potential jurors will result in significant non-compliance – which would defeat the purpose of using the questionnaire – especially since the trial in this matter is scheduled to commence in approximately one week. For that reason, the parties propose that the Court order the Jury Clerk to issue the Jury Questionnaire to potential jurors on the morning of Monday, February 2, 2009.

6. After the potential jurors complete the questionnaires, the parties propose the pool be sent home for the day to permit sufficient time to analyze the responses. Experience in other litigations teaches that this critical part of the process cannot be significantly truncated without substantially undermining the benefits of the questionnaire, one of which is to streamline the oral voir dire that will be necessary depending on responses to particular questions. In the long-run, adjourning for the day to permit sufficient time for the parties to assess responses to 44 questions by each pool member will make jury selection more efficient.

7. In light of the foregoing, the parties respectfully request that the Court order the Jury Clerk to issue the Jury Questionnaire on the morning of Monday, February 2, 2009, and that the Court consider setting aside time to conduct oral voir dire on the morning of Tuesday, February 3, 2009.

8. The parties would like to discuss this motion and the protocol for handling the Jury Questionnaire (including the possibility of the parties submitting follow-up oral voir dire questions to the Court after digesting the information contained in the Jury Questionnaire) at the status conference currently scheduled for January 28, 2009.

**WHEREFORE**, the Plaintiff, Linda Guinn, and AstraZeneca respectfully request that the Court enter an Order requiring the Jury Clerk to issue the attached Jury Questionnaire to potential jurors in this case on the morning of Monday, February 2, 2009, and for such other relief the Court deems just and proper.

Dated: Friday, January 23, 2009

Respectfully submitted,

/s/ Chris S. Coutroulis
Chris S. Coutroulis (Fla. Bar No. 300705)
Robert L. Ciotti (Fla. Bar No. 333141)
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, Florida 33607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
ccoutroulis@carltonfields.com
rciotti@carltonfields.com

*Attorneys for Defendants*

/s/ Richard N. Laminack
Richard N. Laminack
Thomas W. Pirtle
Buffy K. Martines
Laminack, Pirtle & Martines
5020 Montrose Blvd., 9th Floor
Houston, Texas 77006
Telephone: (713) 292-2750
Facsimile: (713) 292-2755
rickl@lpm-triallaw.com

tomp@lpm-triallaw.com
buffym@lpm-triallaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 8, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system through which all participating parties are deemed served.

/s/ Chris Coutroulis