# EXHIBIT A

Juror Name: _____    Juror #: _____

| 1. Gender:<br><br>☐ Male  ☐ Female<br><br>Ethnicity:<br>☐ Caucasian/White<br>☐ African-American/Black<br>☐ Hispanic<br>☐ Asian American<br>☐ Native American<br>☐ Other _____<br><br>Age: | 2. Highest grade you completed in school:<br><br>If college, please list any degrees received: | 3. Your current employer (if not working, what and where was your last job):<br><br>Type of business:<br><br>What is your job title/duties: |
|---|---|---|
| 4. Marital Status:<br><br>☐ Married<br>☐ Single<br>☐ Divorced<br><br>Spouse's/significant other's current employee:<br><br>Type of business:<br><br>His/her job title/duties: | 5. What political party are you affiliated with?<br><br>☐ Democrat<br>☐ Republican<br>☐ Independent<br>☐ Other _____ | 6. Have you ever held a position at an executive or managerial level?<br><br>☐ YES    ☐ NO |
| 7. Have you or a family member ever been a Plaintiff or Defendant in a lawsuit (Plaintiff = person suing Defendant = person being sued)?<br><br>☐ YES    ☐ NO<br><br>If YES, what type of case:<br><br>Were you Plaintiff or Defendant:<br><br>Did you win, lose or settle: | 8. Have you ever served on a jury?<br><br>☐ YES    ☐ NO<br><br>If YES, what was the case?<br><br>☐ Civil    ☐ Criminal<br><br>What was the verdict?<br><br>Were you the foreperson? | 9 Have you, your spouse or a close family member ever owned a business?<br><br>☐ YES    ☐ NO<br><br>If YES, who and what kind of business:<br><br>Was that business ever sued: |

2

| 10. Have you, any family members or friends ever worked in the insurance field or for a company that does claims handling?<br><br>☐ YES ☐ NO<br><br>If YES, who, for what company (ies) and what was this person's job: | 11. Are you a member of any organizations social, civic, professional, labor (including unions) or religious organizations?<br><br>☐ YES ☐ NO<br><br>If YES, what organizations: | 12. Have you or any family member ever served in the U.S. Armed Forces?<br><br>☐ YES ☐ NO<br><br>If YES, what was the Branch and the Highest Rank you/they attained and how long? Where did you/they serve? |
| --- | --- | --- |
| 13. Do you have any experience, training, knowledge or education that you can rely on to help you decide a case involving a prescription drug?<br><br>☐ YES ☐ NO<br><br>If YES, please explain: | 14. Do you, your spouse or significant other own stock in a pharmaceutical company?<br><br>☐ YES ☐ NO<br><br>If yes, who owns the stock and in what company: | 15. How do you feel about pharmaceutical companies?<br><br>☐ Negative ☐ Positive<br><br>☐ Neutral |
| 16. How do you feel about people who bring lawsuits against pharmaceutical companies?<br><br>☐ Negative ☐ Positive<br><br>☐ Neutral | 17. Have you every heard of AstraZeneca, Inc.?<br><br>☐ YES ☐ NO<br><br>If yes, what have you heard? | 18. Are you familiar with the medication, Seroquel?<br><br>☐ YES ☐ NO<br><br>If YES, please explain how you heard about Seroquel and what you have heard about it: |

3

| 19. Are you familiar with any other anti-psychotic medication:<br><br>☐ YES   ☐ NO<br><br>If YES, what medication, how did you hear about it and what did you hear: | 20. Have you or a family member ever been diagnosed with Diabetes?<br><br>☐ YES   ☐ NO<br><br>If yes, was it you, or a family member?<br><br>Was it Type I or Type II?<br><br>Did it cause serious medical complications? | 21. How serious is diabetes:<br><br>☐ Extremely<br>☐ Somewhat<br>☐ Not at all<br>☐ No opinion |
|---|---|---|
| 22. Have you or anyone close to you ever suffered from:<br><br>☐ Clinical Depression<br>☐ Bipolar Disorder (Manic Depression)<br>☐ Schizophrenia/ Schizoaffective disorder<br>☐ Post-traumatic stress disorder (PSTD)<br><br>If yes, was it you or someone close to you: | 23. How serious do you consider bipolar disorder and schizophrenia?<br><br>☐ Extremely<br>☐ Somewhat<br>☐ Not at all<br>☐ No opinion | 24. Have you or anyone close to you ever taken a prescription drug that you know had a high risk of serious side effects?<br><br>☐ YES   ☐ NO<br><br>If yes, what was the drug and what were the side effects? |
| 25. Do you believe that if a person says a prescription drug harmed him or her, the drug maker should simply pay that person?<br><br>☐ Definitely yes<br>☐ Probably yes<br>☐ Probably no<br>☐ Definitely no | 26. If the evidence was that a prescription drug harmed a person, should the drug maker compensate that person?<br><br>☐ Strongly agree<br>☐ Somewhat agree<br>☐ Disagree<br>☐ Strongly disagree<br>☐ Unsure | 27. If all you knew was a person took a prescription drug and then developed a serious health problem, would that be enough to show the drug caused the health problem?<br><br>☐ Definitely yes<br>☐ Probably yes<br>☐ Probably no<br>☐ Definitely no |
| 28. Do you believe that a drug maker should ignore evidence that shows its drug harms people?<br><br>☐ Strongly agree<br>☐ Somewhat agree<br>☐ Disagree<br>☐ Strongly disagree<br>☐ Unsure | 29. In a lawsuit where a person was claiming a prescription drug caused a serious injury, would you start off favoring that person or the drug maker?<br><br>☐ The drug maker<br>☐ The person suing<br>☐ Neither | 30. Do you believe that a certain percentage of people must get a particular side effect before the drug maker must warn of the side effect?<br><br>☐ YES   ☐ NO |

4

| 31. Does the entire system of how prescription drugs are approved need to be changed?<br><br>☐ Yes<br>☐ No<br>☐ No opinion | 32. Are damages awarded in lawsuits:<br><br>☐ Too high<br>☐ About right<br>☐ Too low | 33. Do you believe you should not, under any circumstances, award damages for things like mental anguish or pain and suffering?<br><br>☐ Yes<br>☐ No<br>☐ No opinion |
|---|---|---|
| 34. Do you believe that a drug manufacturer is in a better position to know about the dangers associated with the drug than the patient or the prescribing doctor?<br><br>☐ Strongly agree<br>☐ Somewhat agree<br>☐ Disagree<br>☐ Strongly disagree<br>☐ Unsure | 35. If a person develops a serious health problem while taking a prescription drug, does the drug maker necessarily have an obligation to take care of the person?<br><br>☐ Yes<br>☐ No<br>☐ No opinion | 36. If even one person develops a serious health problem during the testing of a new drug, the drug should not be put on the market?<br><br>☐ Strongly agree<br>☐ Somewhat agree<br>☐ Somewhat disagree<br>☐ Strongly disagree |
| 37. Do you believe that even if a lot of people develop serious heath problems during the testing of a new drug, the drug should still be allowed in the market?<br><br>☐ Strongly agree<br>☐ Somewhat agree<br>☐ Disagree<br>☐ Strongly disagree<br>☐ Unsure | 38. It would be very difficult to believe that a prescription drug had caused a person's diabetes or blood sugar problem if that person was also significantly over weight.<br><br>☐ Strongly agree<br>☐ Somewhat agree<br>☐ Disagree<br>☐ Strongly disagree<br>☐ Unsure | 39. There are so many frivolous lawsuits today the government should consider banning all lawsuits.<br><br>☐ Strongly agree<br>☐ Somewhat agree<br>☐ Disagree<br>☐ Strongly disagree<br>☐ Unsure |
| 40. The person who makes a decision to take a prescription drug is more responsible for any problems or bad side effect caused by the prescription drug than either the doctor who prescribed it or the company that manufactured it.<br><br>☐ Strongly agree<br>☐ Somewhat agree<br>☐ Disagree<br>☐ Strongly disagree<br>☐ Unsure | | |

5

41. Do you, your spouse, or significant other, or someone in your family have any training or work experience in any of the following areas? (Please check all that apply)

|  | Yes, self | Yes, someone in my immediate family (Please indicate relationship: eg. son, parent) | Yes, both | No |
|---|---|---|---|---|
| (a) Psychiatric and Mental Illness |  |  |  |  |
| (b) Healthcare/Medical Profession |  |  |  |  |
| (c) Journalism, Media |  |  |  |  |
| (d) Law or the Legal or Court System |  |  |  |  |
| (e) Pharmaceutical Industry |  |  |  |  |
| (f) Prescription Drug Sales |  |  |  |  |
| (g) Food and Drug Administration (FDA) |  |  |  |  |
| (h) Government Standards and Regulation |  |  |  |  |
| (i) Public Relations |  |  |  |  |
| (j) Research and Development |  |  |  |  |
| (k) Product Design or Testing |  |  |  |  |
| (l) Statistics |  |  |  |  |
| (m) Social Service |  |  |  |  |
| (n) Contract Writing |  |  |  |  |
| (o) Finance and Economics |  |  |  |  |
| (p) Sales |  |  |  |  |
| (q) Product Manufacturing |  |  |  |  |
| (r) Pharmacist |  |  |  |  |

42. Check the name if you know any of the following people:
    [List the plaintiff, the potential witness, and the lawyers involved at trial]

43. Check the name of any of the following law firms you know:
    [List]
    If checked, have you had any business dealings with those law firms? [Explain]

44. If there is anything about yourself that you believe we should know about you that we did not ask on this questionnaire, please use this space to explain.

_____

_____

_____

6

_____

_____

I hereby swear and affirm that the answers I have given are **true and complete** to the best of my knowledge.

**JUROR SIGNATURE:** _____

**PRINT NAME:** _____

**ADDRESS:** _____

*THANK YOU VERY MUCH FOR YOUR COOPERATION!*

**ADDITIONAL COMMENTS OR EXPLANATION:**

Question _____

_____
_____
_____
_____

Question _____

_____
_____
_____
_____

Question _____

_____
_____
_____
_____

Question _____

_____
_____
_____
_____

Question _____

_____

7

Question _____