# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In Re:
Seroquel Products Liability Litigation,

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker<br>United States<br>Magistrate Judge | DATE AND TIME | January 26, 2009<br>10:05-10:40 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Sandy Tremel |
| Special Master | not present | | |
| Mediator | Stephen Saltzburg | | |
| COUNSEL/PLTF. | Larry Roth<br>D. Renee Baggett<br>Camp Bailey<br>Kenneth Bailey<br>Jonathan Sedgh<br>Dennis Canty<br>Buffy Martines | COUNSEL/DEF. | Chris Coutroulis<br>Robert Ciotti<br>Kevin Kerns<br>Earl Austin |

## ADR STATUS HEARING
Telephone Conference Call

Case called, appearances taken
Procedural setting by court
Court outlines mediation guidelines; Court appoints Stephen Saltzburg as Special Master in the mediation function

Parties respond regarding mediation
Court to enter letter of appointment for mediator