# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

**Case No. 6:06-md-1769-Orl-22DAB**

*Individual Cases:*

| | |
|---|---|
| **Linda Guinn v. AstraZeneca LP, et al.** | **Case No. 6:07-cv-10291-Orl-22DAB** |
| **David Haller v. AstraZeneca LP, et al.** | **Case No. 6:07-cv-15733-Orl-22DAB** |

_____/

## NOTICE OF HEARING

**TAKE NOTICE** that oral argument on pending Motions to Seal or keep confidential certain documents[1] will be held before the undersigned on **WEDNESDAY, JANUARY 28, 2009** at **9:30 A.M.** in Courtroom #6D, George C. Young United States Courthouse Annex, 401 W. Central Blvd., Orlando, Florida. This hearing will not address the substantive merits of items in dispute.

Counsel and any party to this case wishing to participate in the status conference by telephone conference call MUST call the offices of PLAINTIFFS' LIAISON COUNSEL, Larry Roth, to make advance arrangements at least twenty-four hours prior to the hearing and Liaison Counsel's office will communicate the list of participants to Chambers at least two hours prior to the hearing.

**DONE** and **ORDERED** in Orlando, Florida on January 26, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

---

[1] Doc. Nos. 1221, 1222, 1230, 1237 in 06-md-1769; Doc. No. 42 in 07cv10291; Doc. No. 42 in 07cv15733.

**PLEASE NOTE**:  **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.