**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation.**

Case No. 6:06-md-1769-Orl-22DAB

*Individual Cases:*
Linda Guinn v. AstraZeneca LP, et al.    Case No. 6:07-cv-10291-Orl-22DAB
David Haller v. AstraZeneca LP, et al.    Case No. 6:07-cv-15733-Orl-22DAB
_____/

## ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment into the George C. Young United States Courthouse for use in connection with a hearing in this case, it is **ORDERED** as follows:

1.  David Genender, Earl Austin, Mike Brock, Dane Butswinkas, Robert L. Ciotti, Chris S. Coutroulis, Mariam Koohdary, Stephen Raber, Steven Weisburd, Luke Mette and Emily Pistilli are each allowed to bring one PDA or "Blackberry" email device **and/or** cell phone **and** one laptop computer into the George C. Young United States Courthouse on **WEDNESDAY, JANUARY 28, 2009,** for use in hearings before the Honorable Anne C. Conway and the undersigned scheduled to begin at **9:30 A.M**. on **JANUARY 28, 2009.**

2.  Ken Bailey, Camp Bailey, Tom Pirtle, Scott Allen, Chuck Hunger, Paris Corner, Larry Roth, Fletch Trammell, Rick Laminack, Buffy Martines, Robert Cowan, John Roberson, Jennifer Martin, Holly Gibson, and Ed Blizzard are hereby each granted permission to bring a BlackBerry email device **and/or** cell phone; and Camp Bailey, Fletch Trammell, Tom Pirtle, Chuck Hunger (including an external hard-drive attachment), Larry Roth, Ed Blizzard, Rick Laminack, Buffy Martines, Robert Cowan, John Roberson, Jennifer Martin, and Holly Gibson each one laptop

computer into the George C. Young United States Courthouse on **WEDNESDAY, JANUARY 28, 2009,** for use in hearings before the Honorable Anne C. Conway and the undersigned scheduled to begin at **9:30 A.M**. on **JANUARY 28, 2009.**

3. The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require those listed to present picture identification at the time of entry.

4. The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

**DONE** and **ORDERED** in Orlando, Florida on January 27, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers