UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:
Seroquel Products Liability Litigation,

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker<br>United States<br>Magistrate Judge | DATE AND TIME | January 28, 2009<br>9:30-10:00 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Tony Rolland |
| Special Master | not present | | |
| Mediator | not present | | |
| COUNSEL/PLTF. | Larry Roth<br>Robert Cowan<br>Buffy Martines<br>Richard Laminack<br>Fletch Trammell | COUNSEL/DEF. | Chris Coutroulis<br>Earl Austin |

**ORAL ARGUMENTS ON MOTIONS TO SEAL**

Case called, appearances taken
Procedural setting by court
Court addresses Docs. #1221, #1222, #1230, #1237
Court sets evidentiary hearing on February 13, 2009