# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In Re:

**Seroquel Products Liability Litigation,**

Case No.  6:06-MD-1769-Orl-22DAB

| JUDGE | **David A. Baker United States Magistrate Judge** | DATE AND TIME | January 28, 2009 3:30-3:50 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | digital |
|  |  |  |  |
| COUNSEL/PLTF. | Camp Bailey | COUNSEL/DEF. | Cathy Connelly |

## TELEPHONE CONFERENCE CALL
## ON DISCOVERY DISPUTE

Case called, appearances taken
Procedural setting by court
Counsel Bailey makes ore tenus motion to postpone deposition of Dr. Telleck
Counsel Connelly responds
Court GRANTS plaintiff's request to postpone deposition as long as Dr. Telleck be available for deposition testimony no later than February 20, 2009
Same ruling for deposition scheduled for Boca Raton
Court to issue order