# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

                                                                **Case No. 6:06-md-1769-Orl-22DAB**

*Individual Cases:*
Linda Guinn v. AstraZeneca LP, et al.        Case No. 6:07-cv-10291-Orl-22DAB
David Haller v. AstraZeneca LP, et al.        Case No. 6:07-cv-15733-Orl-22DAB

_____/

## ORDER AND NOTICE OF HEARING

This cause came on for consideration with oral argument[1] on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' EMERGENCY MOTION TO SEAL DOCUMENTS CONTAINING PLAINTIFFS' CONFIDENTIAL MEDICAL INFORMATION [CONTAINED IN DEFENDANTS' RESPONSES TO PLAINTIFFS' MOTIONS *IN LIMINE*] (Doc. No. 1221)** |
| **FILED:** | January 21, 2009 |
| **THEREON** it is **ORDERED** that the Motion is **GRANTED**. | |
| **MOTION:** | **DEFENDANTS' MOTION TO MAINTAIN THE CONFIDENTIALITY OF CERTAIN CHALLENGED DOCUMENTS FILED UNDER SEAL AS EXHIBITS TO PLAINTIFFS' MOTION RESPONSES (Doc. No. 1222)** |
| **FILED:** | January 21, 2009 |
| **THEREON** it is **ORDERED** that the Motion is **GRANTED in part**. The documents will be **provisionally** filed under seal until the Court issues an order following the hearing as noticed below in this Order. | |

---

[1]The Court heard argument on the Motions to Seal on January 28, 2009. Doc. No. 1246.

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' UNOPPOSED MOTION TO SEAL EXHIBITS TO THEIR RESPONSES IN OPPOSITION TO MOTIONS IN LIMINE (Doc. No. 1230)** |
| **FILED:** | **January 21, 2009** |

**THEREON** it is **ORDERED** that the Motion is **GRANTED in part**. The documents will be **provisionally** filed under seal until the Court issues an order following the hearing as noticed below. Plaintiffs are **ORDERED** to file the documents (under seal) by noon on January 29, 2009.

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' EMERGENCY UNOPPOSED MOTION TO SEAL ITS SUBMISSION [WITH EXHIBITS] IN OPPOSITION TO PLAINTIFFS' NOTICE OF INTENT TO FILE EMERGENCY MOTION FOR SANCTIONS FOR DISCOVERY ABUSE (Doc. No. 1237)** |
| **FILED:** | **January 26, 2009** |

**THEREON** it is **ORDERED** that the Motion is **GRANTED in part** to the extent Defendants seek leave to file under seal their Submissions (with exhibits) in Opposition to Plaintiffs' Notice of Intent to File Emergency Motion for Sanctions for Discovery Abuse in the Individual Cases (Doc. No. 40 in individual cases cited in style above). Defendants' Submission and exhibits will be **provisionally** filed under seal until the Court issues an order following the hearing as noticed below.

## *In the Individual Cases:*

Linda Guinn v. AstraZeneca LP, et al.      Case No. 6:07-cv-10291-Orl-22DAB
David Haller v. AstraZeneca LP, et al.      Case No. 6:07-cv-15733-Orl-22DAB

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' UNOPPOSED MOTION TO SEAL EXHIBITS REFERENCED IN EMERGENCY MOTION FOR SANCTIONS (Doc. No. 42)** |
| **FILED:** | **January 21, 2009** |

**THEREON** it is **ORDERED** that the Motion is **GRANTED in part**. The documents will be **provisionally** filed under seal until the Court issues an order following the hearing as noticed below.

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' EMERGENCY MOTION TO SEAL PLAINTIFFS' [PREVIOUSLY-FILED] NOTICE OF INTENT TO FILE MOTION FOR SANCTIONS AND PLAINTIFFS' [PREVIOUSLY-FILED] EMERGENCY MOTION FOR SANCTIONS FOR DISCOVERY ABUSE (Doc. No. 43)** |
| **FILED:** | **January 21, 2009** |

**THEREON** it is **ORDERED** that the Motion is **DENIED**. Plaintiffs' Motion will remain part of the public docket.

## NOTICE OF HEARING

**TAKE NOTICE** that a hearing on the issue of sealing certain documents as raised in the Motions provisionally granted above will be held before the undersigned on **FRIDAY**, **FEBRUARY 13, 2009** at **10:00 A.M.** in Courtroom #6D, U.S. Courthouse, 401 W. Central Boulevard, Orlando, Florida. To the extent there is genuine dispute as to any of the factual matters asserted in support of the requests to seal, the parties should be prepared to present evidence. To that end, the parties are directed to meet and confer on this subject and to submit (by February 6, 2009) a joint position paper regarding what evidence (if any) they plan to present and the amount of time that should be set aside for the hearing.

**DONE** and **ORDERED** in Orlando, Florida on January 28, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record