# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

                                                                 Case No.  6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause came on for consideration with oral argument during a telephone conference held January 28, 2009 on the *ore tenus* Motion to postpone deposition of Dr. Tullock, Plaintiffs' case-specific causation expert set for January 28, 2009 in two cases in the Second Trial Group (including Plaintiffs' number one case, *McCauley v. AstraZeneca*.  The motion to postpone is **GRANTED,** and Dr. Tullock's deposition will be rescheduled prior to February 20, 2009.  Dr. Tullock must be available to be deposed no later than **February 20, 2009**.  Plaintiffs are to reimburse Defendants for their costs of rescheduling Dr. Tullock's deposition.  Similarly, the deposition of Plaintiffs' case-specific causation expert Dr. Samuel set for 9:00 a.m. on January 29, 2009 in Boca Raton, Florida is postponed to be rescheduled to no later than **February 20, 2009**, and Plaintiffs are to reimburse Defendants for their costs of rescheduling the deposition.

**DONE** and **ORDERED** in Orlando, Florida on January 29, 2009.

                                                          *David A. Baker*
                                                          DAVID A. BAKER
                                               UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record