# FILED UNDER SEAL

**(Sent by Overnight Delivery to Court on February 2, 2009)**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation.

_____/

Cause No. 6:06-md-1769-Orl-22DAB

EXHIBIT A
TO
MOTION TO SEAL AND NOTICE OF MOTION

# SEALED INDEX OF ITEMS TO BE SEALED

**(Sent by Overnight Delivery to Court on February 2, 2009)**

# FILED UNDER SEAL

**(Sent by Overnight Delivery to Court on February 2, 2009)**