UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation.

Cause No. 6:06-md-1769-Orl-22DAB

_____/

ORDER GRANTING MOTION TO SEAL

It is ORDERED –

Movant's Motion to Seal is GRANTED.

Exhibit A attached to Movant's Motion to Seal is ORDERED sealed.

The items indexed in Exhibit A attached to Movant's Motion to Seal are ORDERED to be filed with the Court under seal.

**DONE and ORDERED in Orlando, Florida, this** _____ **day of** _____, 2009.

_____
UNITED STATES MAGISTRATE JUDGE