UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation.

Cause No. 6:06-md-1769-Orl-22DAB

_____/

## MOTION FOR INSTANTER TEMPORARY ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 2.02(d)

COMES NOW, William G. Rosch, III, a lawyer who is a member in good standing in the United States District Court for the Southern District of Texas, and moves this Honorable Court for instanter temporary admission *Pro Hac Vice* for the purposes of representing Edward Repp, a non-party Movant, bringing Motion to Seal, *as attorney of record for Movant*, in matters related to Motion to Seal only.

Movant herein, William G. Rosch, III, anticipates no further involvement in the above styled and numbered civil case beyond matters related directly to Motion to Seal (Exhibit A). Accordingly, because of the discrete nature of the appearance, William G. Rosch, III, respectfully requests the Court to waive the requirement of Local Rule 2.02(a) that he file "written designation and consent-to-act."

William G. Rosch, III, Movant herein, is admitted to practice before the following courts:

> United States Supreme Court
> United States Court of Appeals, Fifth Circuit
> United States Court of Appeals, Tenth Circuit
> United States Court of Appeal, Eleventh Circuit
> United States District Court, Southern, Eastern and Western Districts of Texas
> United States District Court, District of New Mexico
> Supreme Court of the State of Texas.

Further, William G. Rosch, III, is in good standing in all bars of which he is a member and there are no disciplinary or grievance proceedings pending (*See* Exhibit B, Affidavit of William G. Rosch, III).

Dated: February 2, 2009.

_____
WILLIAM G. ROSCH, III
ROSCH & ROSS
4605 Post Oak Place Dr., Suite 224
Houston, Texas 77027
713-222-9595 telephone
713-222-0906 fax
Email: rosch@rosch-ross.com

**ATTORNEY FOR MOVANT,
EDWARD REPP**

## CERTIFICATE OF SERVICE

I, William G. Rosch, III, hereby certify that on the 2nd day of February, 2009, a true and correct copy of the Motion for Instanter Temporary Admission Pro Hac Vice was provided by electronic means to the following:

Plaintiffs Liaison Counsel
Larry Roth
1615 Edgewater Drive, Suite 180
P. O. Box 547637
Orlando, Florida 32804
lroth@roth-law.com

Defendants Liaison Counsel
Chris Coutroulis
Carlton Fields
4221 West Boy Scout Blvd., Suite 1000
P. O. Box 3239
Tampa, Florida 33601-3239
ccoutroulis@carltonfields.com

WILLIAM G. ROSCH, III