## EXHIBIT B

### AFFIDAVIT OF WILLIAM G. ROSCH, III

STATE OF TEXAS §
§
COUNTY OF HARRIS §

BEFORE ME, the undersigned authority, on this day personally appeared William G. Rosch, III, who, being by me first duly sworn, upon his oath stated the following:

> "My name is William G. Rosch, III. I am competent to make this affidavit. I hereby aver that I am in good standing in all bars of which I am a member and there are no disciplinary or grievance proceedings pending against me."

_____
WILLIAM G. ROSCH, III

SUBSCRIBED AND SWORN TO BEFORE ME on the 29th day of January, 2009.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

LAURIE M BRANTLEY
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MAY 20, 2012

## EXHIBIT B