UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation.

Cause No. 6:06-md-1769-Orl-22DAB

_____/

### ORDER GRANTING MOVANT WILLIAM G. ROSCH, III'S MOTION FOR INSTANTER TEMPORARY ADMISSION PRO HAC VICE

This matter is before the Court on a Motion for Instanter Temporary Admission *Pro Hac Vice* of non-resident attorney, William G. Rosch, III, for purposes of matters relating to a Motion to Seal dated February 2, 2009, to be filed by William G. Rosch, III on behalf of Edward Repp, a non-party Movant.

Having reviewed the motion, the Court finds that the requirements for admission have been met and the motion for instanter temporary admission *Pro Hac Vice* of William G. Rosch, III, for matters relating to the motion styled "Motion to Seal" to be filed on February 2, 2009, is hereby GRANTED.

Further, because of the anticipated limited nature of his appearance, William G. Rosch, III, is not, until further orders of this court, required to file a written designation and consent to act.

**DONE and ORDERED in Orlando, Florida, this _____ day of _____, 2009.**

_____
UNITED STATES MAGISTRATE JUDGE