# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability**
**Litigation.**

                                   **Case No.  6:06-md-1769-Orl-22DAB**

*Individual Case:*
**David Haller v. AstraZeneca LP, et al.**        **Case No. 6:07-cv-15733-Orl-22DAB**

_____/

## ORDER

This cause came on for consideration of the Court's previous Order (Doc. No. 1248) granting the parties' motions (Doc. Nos. 1221, 1222, 1230, 1237[1]) and allowing the parties to file certain pleadings and exhibits under seal.  At the January 28, 2009 hearing on the Motions, the Court discussed the possibility of having the parties provide electronic copies for the Court to maintain on a separate "sealed docket," viewable only by the Court and selected staff.

Accordingly, by February 9, 2009, the parties as **ORDERED** to deliver to the Court Clerk compact discs or DVDs containing PDF copies of all documents ordered sealed.  For those pleadings and exhibits for which a docket number has already been assigned, these documents should be labeled with the appropriate docket number for the pleading or exhibit.  Going forward, the parties will be expected to assign a docket number to even those documents that it proposes to seal with the docket entry listing either the title of the document (if not confidential) or as "Proposed Sealed Document." In this  way, the Clerk can track the sealed document by its docket number once the PDF is presented to the Clerk for filing in the sealed docket.

---

[1]Doc. No. 42 in the *Haller* case.

This procedure will apply going forward to all documents the parties desire to have filed under seal, *i.e.*, PDF versions of the proposed sealed documents will be submitted to the Clerk of Court on CD or DVD *simultaneously* with any motion to seal.

**DONE** and **ORDERED** in Orlando, Florida on February 2, 2009.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record