**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation.**

_____/

Case No.  6:06-md-1769-Orl-22DAB

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO SEAL DOCUMENTS BY [MOVANT] EDWARD REPP (Doc. No. 1255)** |
| **FILED:** | February 2, 2009 |
| **THEREON** it is **ORDERED** that the Motion is **DENIED**. | |
| **MOTION:** | **MOTION FOR WILLIAM ROSCH TO APPEAR PRO HAC VICE (Doc. No. 1256)** |
| **FILED:** | February 2, 2009 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

There are no grounds asserted for why Movant seeks to file these documents with the Court, other than that "one or more of the items may be relevant to one or more of the legal or factual issues in this case." Doc. No. 1255. Discovery shall not be filed with the Court as a matter of course unless part of a motion to compel or similar proceedings. Local Rule 3.03(e). There are also no particularized grounds to support the sealing of Movant's documents sufficient to meet the requirements of Local Rule 1.09. Therefore, the material is **ORDERED** stricken and the Clerk is directed to return it to the submitting party with a copy of this Order.

**DONE** and **ORDERED** in Orlando, Florida on February 3, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record