**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:  Seroquel Products Liability Litigation**

**MDL DOCKET NO. 1769**

_____

**This Document Relates to ALL CASES**

**PARTIES' JOINT POSITION PAPER**
**REGARDING THE FEBRUARY 13, 2009 HEARING**

As directed by the Court's January 28, 2009 Order and Notice of Hearing (Doc. 1248), AstraZeneca LP and AstraZeneca Pharmaceuticals LP ("AstraZeneca") and MDL Plaintiffs have met and conferred, and hereby submit this Joint Position Paper regarding the February 13, 2009 hearing.

### A.      Scope Of Hearing

AstraZeneca maintains that for many of the documents, there is no litigation need for the Court to entertain confidentiality disputes at this stage.  Plaintiffs maintain that the prerequisites to challenging confidentiality set forth in the Protective Order and other Court Orders have been met, including any litigation need requirement.

The parties are continuing to meet and confer and are optimistic that they will narrow the scope and number of the challenged documents before the Court.

### B.      Length Of Hearing

The parties anticipate that four hours will be sufficient for presentation of evidence and argument on the issues before the Court.  The parties will meet and confer in an effort to reach an agreement as to the precise proposed agenda and time allocations for the hearing, and jointly

submit a proposed agenda in that regard (noting any unresolved differences) on or before 12:00

p.m. (noon) eastern time on Tuesday, February 10, 2009.

### C.      Evidence To Be Presented By AstraZeneca

AstraZeneca expects to present evidence and argument on the following issues:

(1)   Documents at issue contain trade secret, commercially valuable or other protectable information;

(2)   Documents at issue contain ongoing confidential communications with the FDA, dissemination of which is contrary to FDA regulations and creates a chilling effect on the FDA deliberative process;

(3)   Documents at issue have always been considered, maintained and treated as confidential by AstraZeneca;

(4)   Given the media's interest in this litigation, dissemination of documents at issue at this juncture may taint the jury pool and greatly complicate the jury selection process;

(5)   Dissemination of the documents at issue will present incomplete, out of context and misleading information about Seroquel to the public, and may harm the public health, especially the vulnerable patient population;

(6)   Out of context publication of documents at issue will generate negative publicity and can be used to inflict commercial harm on the company; and

(7)   The potential harm of dissemination of the documents at this stage in the litigation far outweighs the public's right of access, particularly when trials in these cases are on the near horizon, and the whole picture will be presented to the public at once.

Subject to the parties' meet and confer, and depending on the exact scope of documents

at issue, AstraZeneca anticipates presenting live testimony from individuals within

AstraZeneca's Clinical Sciences, Regulatory Affairs and Marketing departments in support of its

arguments.

Plaintiffs have stated that they plan to present expert testimony.  AstraZeneca objects to

Plaintiffs' proposed expert testimony as unnecessary and improper, but to the extent Plaintiffs

are permitted to present expert testimony, AstraZeneca anticipates presenting expert testimony in

response to Plaintiffs' experts.

**D.     Evidence To Be Presented By Plaintiffs**

Plaintiffs anticipate presenting evidence and argument on the following issues:

(1)   Documents at issue do not contain trade secret, commercially valuable or other protectable information;

(2)   The interests of the public, prescribing healthcare providers, the FDA and other federal and state governmental entities in the disclosure of the documents through public filings in this open forum outweigh AstraZeneca's interest in nondisclosure;

(3)   There is a public health need for doctors prescribing Seroquel and treating patients with Seroquel-induced diseases to be informed of the data and risks set forth in many of the documents at issue;

(4)   FDA rules and regulations do not prohibit the disclosure of the documents at issue;

(5)   Certain documents at issue have already been disclosed to Lilly and Janssen representatives, or other persons outside AstraZeneca and its attorneys, such that the documents have lost any commercial and/or competitive value they may have had;

(6)   Certain documents, by virtue of their age, have lost whatever commercial and/or competitive value they may have had;

(7)   Policy and interest in disclosure of this information are not outweighed by concerns regarding alleged complications surrounding future jury selections;

(8)   The First Amendment and other cognizable interests of Plaintiffs and other members of the public to petition Congress and the FDA concerning the documents' contents;

(9)   Unwarranted concealment of the documents at issue may harm the public health and have a chilling effect on the learned intermediary doctrine;

(10) Unsubstantiated claims of commercial harm are insufficient to support confidentiality protections; and

(11) Imminence of trials in the MDL is irrelevant to whether the documents, in and of themselves, deserve confidentiality protections.

Subject to the parties' meet and confer, Plaintiffs anticipate presenting live testimony from one or two witnesses qualified to testify as to the public's, prescribing healthcare providers', and/or FDA's  and other federal and state governmental entities' interest in the contents and disclosure of the documents.  The witnesses may also offer testimony as to the public health need for doctors prescribing Seroquel and treating patients with Seroquel-induced diseases to be informed of the data and risks set forth in many of the documents at issue.

### E.    Identification Of Experts

By 12:00 p.m. (noon) central time on February 10, 2009, Plaintiffs will identify any experts they intend to call at the hearing, and will simultaneously serve on AstraZeneca: (1) the experts' curriculum vitae; and (2) a brief statement of the expert's proposed testimony.

By 4:00 p.m. central time on February 10, 2009, AstraZeneca will identify any experts it intends to call at the hearing, and will simultaneously serve on Plaintiffs (1) the experts' curriculum vitae; and (2) a brief statement of the experts' proposed testimony.

### F.    Depositions Of Experts

The parties cannot reach an agreement on depositions of experts to take place before the hearing.  AstraZeneca seeks depositions and Plaintiffs oppose.  Plaintiffs propose that, given the shortness of available time, inquiries as to the proposed witnesses' qualifications and other admissibility issues be heard and decided at the hearing.  The parties will continue to meet and confer regarding this issue, and will file motions as necessary.

**G.**      **Sealing Of The Hearing**

Given the nature of the hearing and the discussion of confidential documents, AstraZeneca requests that the entire hearing be sealed to the public.  Plaintiffs oppose the request.

Respectfully submitted on this 6th day of February, 2009.

| | |
|---|---|
| */s/ K. Camp Bailey* | */s/ Stephen J. McConnell* |
| K. Camp Bailey | Stephen J. McConnell |
| Bailey Perrin Bailey | DECHERT LLP |
| 440 Louisiana, Suite 2100 | 2929 Arch Street |
| Houston, Texas 77002 | Philadelphia, PA  19103 |
| Telephone: (713) 425-7100 | Telephone: (215) 994-4000 |
| Facsimile: (713) 425-7101 | Facsimile: (215) 994-2222 |
| cbailey@bpblaw.com | stephen.mcconnell@dechert.com |
| | |
| *Co-Lead Counsel for Plaintiffs* | *Counsel for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP* |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on February 6, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system through which all participating parties are deemed served.  I further certify that, by using the CM/ECF, the foregoing has been served on plaintiffs' liaison counsel, who is charged with serving any non-CM/ECF participants on the attached Service List.

*/s/  A. Elizabeth Balakhani*

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>Plaintiffs' Lead Counsel |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL  32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |

| | |
|---|---|
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>*Attorney for Defendants AstraZeneca*<br>*Pharmaceuticals, LP, and AstraZeneca LP* | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105<br>Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>*Attorney for Defendant,*<br>*Marguerite Devon French* |
| Randy Niemeyer<br>22442 Pike 309<br>Bowling Green, MO 63334-5209<br>*Pro Se* | Eric B. Milliken, Esq.<br>3 Sir Barton Ct.<br>Newark, DE 19702<br>*Pro Se* |
| Catherine Solomon<br>3100 N.E. 83<br>Gladstone, MO 64119<br>*Pro Se* | Louisiana Wholesale Drug Co. Inc.<br>C/O Gayle R. White<br>Registered Agent<br>Highway 167N<br>Sunset, LA 70584<br>*Pro Se* |
| Aaron C. Johnson, Esq.<br>Summers & Johnson<br>717 Thomas<br>Weston, MO 64098<br>Telephone: (816) 640-9940<br>firm@summersandjohnson.com | Robert A. Schwartz, Esq.<br>Bailey & Galyen<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744<br>bschwartz@galyen.com |
| Todd S. Hageman, Esq.<br>Simon and Passanante, PC<br>701 Market St., Suite 1450<br>St. Louis, MO 63101<br>Telephone: (314) 241-2929<br>thageman@spstl-law.com | Mark P. Robinson, Jr., Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-1288<br>mrobinson@robinson-pilaw.com |
| Thomas F. Campion, Esq.<br>Steven M. Selna, Esq.<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Thomas.Campion@dbr.com<br>steven.selna@dbr.com<br>*Attorneys for Defendants Janssen*<br>*Pharmaceutical Products and Johnson &*<br>*Johnson Co.* | Michael Davis, Esq.<br>James Mizgala, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone:  (312) 853-7731<br>mdavis@sidley.com<br>jmizgala@sidley.com<br>*Attorneys for Defendants AstraZeneca LP*<br>*and AstraZeneca Pharmaceuticals, LP* |

| | |
|---|---|
| Elizabeth Raines, Esq.<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>raines@bscr-law.com | Timothy Reese Balducci, Esq.<br>The Langston Law Firm, PA<br>P.O. Box 787<br>100 South Main Street<br>Booneville, MS 38829-0787<br>Telephone: (662) 728-3138<br><br>tbalducci@langstonlaw.com |
| Kenneth W. Bean, Esq.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101-1880<br>Telephone: (314) 231-3332<br>kbean@spvg.com<br>Attorney for Defendant Dr. Asif Habib | John Driscoll, Esq.<br>Brown & Crouppen, PC<br>720 Olive St.<br>St. Louis, MO 63101<br>Telephone: (314) 421-0216<br>Jdriscoll@brownandcrouppen.com<br>asmith@brownandcrouppen.com<br>blape@brownandcrouppen.com |
| Aaron K. Dickey, Esq.<br>Goldenberg and Heller, PC<br>P.O. Box 959<br>2227 S. State Road 157<br>Edwardsville, IL 62025<br>Telephone: (618) 650-7107<br>aaron@ghalaw.com | Matthew J. Hamilton, Esq.<br>Pepper Hamilton<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000<br>hamiltonm@pepperlaw.com |
| Justin Witkin, Esq.<br>Ken Smith, Esq.<br>Aylstock, Witkin & Sasser, PLC<br>4400 Bayou Boulevard<br>Suite 58<br>Pensacola, FL 32503<br>Telephone: (850) 916-7450<br>Jwitkin@AWS-LAW.com<br>ablankenship@aws-law.com<br>ksmith@aws-law.com<br>noverholtz@aws-law.com | David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone:  (601) 355-2022<br>betsy@law-inc.com |

| | |
|---|---|
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA  22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX  77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19104<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX  77006<br>Telephone:  (713) 222-2700<br>sburdine@hagans-law.com | Lowell Finson<br>Phillips & Associates<br>3030 North 3rd Street<br>Suite 1100<br>Phoenix, AZ 85012<br>(602) 258-8900, ext. 295<br>lowellf@phillipslaw.ws |
| Gale D. Pearson<br>Stephen J. Randall<br>Pearson, Randall & Schumacher, P.A.<br>Fifth Street Towers, Suite 1025<br>100 South 5th Street<br>Minneapolis, MN 55402<br>(612) 767-7500<br>attorneys@outtech.com | Robert H. Shultz<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>(618) 656-4646<br>rshultz@hrva.com<br>bwallace@hrva.com |

| | |
|---|---|
| Ellen R. Serbin<br>Perona, Langer, Beck, Lalande & Serbin<br>300 San Antonio Drive<br>Long Beach, CA 90807-0948<br>(562) 426-6155<br>davidhwang@plblaw.com | Scott Armstrong<br>1719 West Main Street<br>Suite 201<br>Rapid City, SD 57702<br>(605) 399-3994<br>scottarmstrong1235@eathlink.net |
| Linda S. Svitak<br>Faegre & Benson, LLP<br>90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>(612)766-7000<br>lsvitak@faegre.com<br>wjohnson@faegre.com | James J. Freebery<br>McCarter & English, LLP<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(973) 622-4444<br>jfreebery@mccarter.com<br>tpearson@mccarter.com |
| Richard D. Hailey<br>Ramey & Hailey<br>3891 Eagle Creek Parkway<br>Suite C<br>Indianapolis, IN<br>(317) 299-0400<br>rhailey@sprynet.com | B. Andrew List<br>Clark, Perdue, Arnold & Scott<br>471 East Broad Street, Suite 1400<br>Columbus, OH 43215<br>(614) 469-1400<br>alist@cpaslaw.com<br>lcollins@cpaslaw.com |