UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to:

| | |
|---|---|
| Janice Burns | 6:07-cv-15959 |
| Richard Unger | 6:07-cv-15812 |
| Connie Curley | 6:07-cv-15701 |
| Linda Whittington | 6:07-cv-10475 |
| Eileen McAlexander | 6:07-cv-10360 |

### JOINT MOTION FOR TWO-DAY EXTENSION OF THE DEADLINE FOR FILING SUPPLEMENTAL BRIEFS IN CONNECTION WITH SUMMARY JUDGMENT HEARING IN REMAINING GROUP ONE CASES

Plaintiffs and Defendants, through their undersigned counsel, jointly request that the Court extend the February 11, 2009 deadline for filing supplemental briefs on the summary judgment and *Daubert* motions pending in the remaining Florida Trial Pool "Group One" cases by two (2) days – until 5 p.m. (EST) this Friday, February 13, 2009.  The parties jointly request this brief extension to afford them time to digest and then to address in their papers the impact of this Court's 68-page summary judgment and *Daubert* Order in the *Haller* case, which the Court issued late in the day this past Friday, February 6, 2009.

### SUPPORTING MEMORANDUM

At the January 28, 2009 hearing, the Court advised the parties that it intended to grant the Defendants' motions for summary judgment in the *Guinn* and *Haller* cases.  The Court directed that the parties file supplemental briefs on summary judgment and *Daubert* issues in the remaining Group One cases by February 11, 2009.  The Court indicated that the supplemental briefs should address the impact of its rulings in *Guinn* and *Haller* on the remaining Group One

14561746.2

cases. The Court also scheduled argument on the summary judgment motions and the related *Daubert* issues in the five remaining Group One cases for February 18, 2009.

On Friday, January 30, 2009, the Court entered its order in the *Guinn* case.

On Friday, February 6, 2009, the Court entered its order in the *Haller* case.

The parties respectfully request a very short two-day extension of the February 11, 2009 deadline in which to prepare and file the supplemental briefs. A primary purpose of the supplemental briefs is to assess the impact of the Court's *Guinn* and *Haller* summary judgment and *Daubert* orders on the remaining five Group One cases. Having only recently received the Court's extensive opinion in *Haller,* the parties request this two-day extension in order fully and adequately to address both of the Court's orders in their supplemental briefing.

## CONCLUSION

For the foregoing reasons, the parties request an extension of the February 11, 2009 deadline for filing supplemental briefs on the pending summary judgment and *Daubert* motions in the five remaining Group One cases until this Friday, February 13, 2009 at 5 p.m. EST.

DATED: February 9th, 2009          Respectfully submitted,

/s/ Robert W. Cowan                /s/ Chris S. Coutroulis
F. Kenneth Bailey, Jr.             Chris S. Coutroulis (Fla. Bar No. 300705)
K. Camp Bailey                     Robert L. Ciotti (Fla. Bar No. 333141)
Fletcher V. Trammell               CARLTON FIELDS, P.A.
Robert W. Cowan                    Corporate Center Three at International Plaza
BAILEY PERRIN BAILEY               4221 W. Boy Scout Blvd.
440 Louisiana St., Suite 2100      Tampa, FL 22607
Houston, TX 77002                  Telephone: (813) 223-7000
Telephone: (713) 425-7100          Facsimile: (813) 229-4133
Facsimile: (713) 425-7101          ccoutroulis@carltonfields.com
kbailey@bpblaw.com
cbailey@bpblaw.com
ftrammell@bpblaw.com
rcowan@bpblaw.com

*Co-Lead Counsel for Plaintiffs*

14561746.2

/s/ Steven B. Weisburd
Steven B. Weisburd
David Venderbush
DECHERT LLP
300 West 6th Street, Suite 1850
Austin, TX 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
steven.weisburd@dechert.com

Stephen J. McConnell
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19103
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
stephen.mcconnell@dechert.com
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
stephen.mcconnell@dechert.com

*Counsel for AstraZeneca LP and AstraZeneca Pharmaceuticals LP*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 9th, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system through which all participating parties are deemed served. I further certify that, by using the CM/ECF, the foregoing has been served on Plaintiffs' liaison counsel, who is charged with serving any non-CM/ECF participants on the attached Service List.

/s/ Jason Perkins
*Attorney*

14561746.2