UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769 (ALL CASES)

---

**JOINT MOTION FOR A BRIEFING AND ARGUMENT SCHEDULE
REGARDING FURTHER PROCEEDINGS IN THE MDL AND
THE RETURN OF NON-FLORIDA CASES TO THEIR HOME DISTRICTS**

The Plaintiffs and Defendants, AstraZeneca Pharmaceuticals LP and AstraZeneca LP (hereinafter, "AstraZeneca"), by and through their undersigned counsel, and pursuant to the discussion held with the Court at the January 28, 2009 status conference, hereby file this Joint Motion for a Briefing and Argument Schedule Regarding Further Proceedings in the MDL and the Return of Non-Florida Cases to Their Home Districts. In support of their joint motion, the parties state as follows:

1. At the January 28, 2009 Status Conference, the Court began a dialogue with the parties on the issue of whether and to what extent the non-Florida cases in the MDL should be remanded to their transferor courts. Each side then began to state their views on the subject. AstraZeneca's counsel indicated a desire to make a written submission to the Court on the matter, and Plaintiffs have agreed that they would also appreciate having a full and fair opportunity to submit memoranda on the matter followed by a hearing at which the future and direction of the MDL will be comprehensively discussed.

1

14557392.5

2. The parties believe that such briefing and discussion will assist the Court in arriving at a logical and efficient approach that ensures the judiciary achieves the maximum benefit from the work of the parties and the Court.

3. The parties also believe that their proposals will be benefited by a full opportunity to review and analyze the Court's summary judgment opinions thus far (the most recent of which issued last Friday afternoon, February 6, 2009), as well as such future rulings pertaining to the remaining Trial Group One cases as the Court may issue prior to submission of the parties' proposals.[1]

4. The parties' propose that the Court adopt the following schedule:

   (a) On or before Monday, March 16, 2009, the Plaintiffs and AstraZeneca shall simultaneously file initial memoranda with the Court, not exceeding twenty-five (25) pages in length.

   (b) On or before Tuesday, March 31, 2009, the Plaintiffs and AstraZeneca shall simultaneously file responsive memoranda, not exceeding fifteen (15) pages in length.

The parties additionally request that a full hearing with oral argument be scheduled by the Court on a date after March 31, 2009, at the Court's convenience.

---

[1] The remaining Group 1 cases – Burns (Case No. 6:07-cv-15959), Unger (Case No. 6:07-cv-15812), Curley (Case No. 6:07-cv-15701), Whittington (Case No. 6:07-cv-10475), and McAlexander (Case No. 6:07-cv-10360) – are presently set for argument on February 18, 2009.

14557392.5

WHEREFORE, Plaintiffs and AstraZeneca respectfully request that the Court enter an Order setting a briefing schedule and oral argument as set forth above.

DATED: February 10, 2009

Respectfully submitted,

/s/ Robert W. Cowan
F. Kenneth Bailey, Jr.
K. Camp Bailey
Fletcher V. Trammell
Robert W. Cowan
BAILEY PERRIN BAILEY
440 Louisiana St., Suite 2100
Houston, TX 77002
Telephone: (713) 425-7100
Facsimile: (713) 425-7101
kbailey@bpblaw.com
cbailey@bpblaw.com
ftrammell@bpblaw.com
rcowan@bpblaw.com

*Co-Lead Counsel for Plaintiffs*

/s/ Chris S. Coutroulis
Chris S. Coutroulis (Fla. Bar No. 300705)
Robert L. Ciotti (Fla. Bar No. 333141)
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, FL 22607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
ccoutroulis@carltonfields.com

/s/ Steven B. Weisburd
Steven B. Weisburd
David Venderbush
DECHERT LLP
300 West 6th Street, Suite 1850
Austin, TX 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
steven.weisburd@dechert.com

Stephen J. McConnell
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19103
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
stephen.mcconnell@dechert.com
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
stephen.mcconnell@dechert.com

*Counsel for AstraZeneca LP and AstraZeneca*

*Pharmaceuticals LP*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 10, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system through which all participating parties are deemed served. I further certify that, by using the CM/ECF, the foregoing has been served on Plaintiffs' liaison counsel, who is charged with serving any non-CM/ECF participants on the attached Service List.

                                                                  /s/ Jason Perkins
                                                                     *Attorney*