A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Feb 09, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 22, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION       MDL No. 1769

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-79)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 733 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 09, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION				MDL No. 1769

## SCHEDULE CTO-79 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**					**CASE CAPTION**

CALIFORNIA EASTERN
   CAE  1  08-1345			Pa Vang v. AstraZeneca LP, et al.

ILLINOIS SOUTHERN
   ILS  3  08-898			Coy David v. AstraZeneca Pharmaceuticals, LP, et al.

MINNESOTA
   MN  0  08-6459			Sophia Burrell v. AstraZeneca Pharmaceuticals, LP, et al.
   MN  0  08-6460			Celeste A. Estep v. AstraZeneca Pharmaceuticals, LP, et al.
   MN  0  08-6461			Darra Kitchen v. AstraZeneca Pharmaceuticals, LP, et al.
   MN  0  08-6462			Delia E. Ovrebo v. AstraZeneca Pharmaceuticals, LP, et al.
   MN  0  08-6487			Jimmy Russell v. AstraZeneca Pharmaceuticals, LP, et al.
   MN  0  08-6488			Eugenia Sliman v. AstraZeneca Pharmaceuticals, LP, et al.
   MN  0  08-6489			Lillian Walls v. AstraZeneca Pharmaceuticals, LP, et al.
   MN  0  08-6490			Trenda L. Wright v. AstraZeneca Pharmaceuticals, LP, et al.

MISSOURI EASTERN
   MOE  4  08-1897			Thomas Conway v. AstraZeneca Pharmaceuticals, LP
   MOE  4  08-1898			Willie Lee Staples v. AstraZeneca Pharmaceuticals, LP
   MOE  4  08-1900			Cheryl Kunzie v. AstraZeneca Pharmaceuticals, LP
   MOE  4  08-1901			Bobby Ratliff v. AstraZeneca Pharmaceuticals, LP
   MOE  4  08-1903			Nancy Karl v. AstraZeneca Pharmaceuticals, LP
   MOE  4  08-1904			Sharon Johnson v. AstraZeneca Pharmaceuticals, LP
   MOE  4  08-1905			Patty Rollet v. AstraZeneca Pharmaceuticals, LP
   MOE  4  08-1906			Jeffrey Green v. AstraZeneca Pharmaceuticals, LP
   MOE  4  08-1907			Carol Brooks v. AstraZeneca Pharmaceuticals, LP
   MOE  4  08-1908			Marvin Womble v. AstraZeneca Pharmaceuticals, LP

NORTH CAROLINA MIDDLE
   NCM  1  08-933			Linda Morton v. AstraZeneca Pharmaceuticals, LP, et al.
   NCM  1  08-934			Janice Wyrick v. AstraZeneca Pharmaceuticals, LP, et al.