UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION | |
| This document relates to: | MDL DOCKET NO: 6:06-MDL-1769-ACC-DAB |
| ALL CASES | |

**PARTIES' JOINT NOTICE OF PROPOSED AGENDA FOR FEBRUARY 13, 2009 HEARING AND MOTION TO ALLOW ELECTRONIC EQUIPMENT**

Pursuant to the Parties' February 6, 2009 Joint Position Paper (Doc. 1262), the MDL Plaintiffs ("Plaintiffs") and Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca") respectfully submit the following proposed agenda for the hearing noticed for February 13, 2009 (Doc. 1248).[1]  This proposed agenda is submitted subject to the parties' Joint Emergency Motion for Continuance of the February 13, 2009 Hearing (Doc. 1264).

AstraZeneca's Oral Argument ..................................15 minutes

Plaintiff's Oral Argument in Response......................15minutes

AstraZeneca's Presentation of Evidence
(including direct examination of live witnesses
and re-direct).............................................................1 hour and 30 minutes

Plaintiff's Cross-Examination of
AstraZeneca's witnesses ..........................................1 hour

Plaintiff's Presentation of Evidence
(including direct examination
of live witnesses and re-direct) .................................45 minutes

---

[1]  The Parties had originally proposed a deadline of today at 12:00 (noon) eastern time for this submission.  (*See* Doc. 1262 § B.)  However, joint efforts to present the Court with an agreed proposed agenda rather than competing agendas regretfully caused discussions between the Parties to extend past the deadline.  The Parties respectfully request the Court's indulgence regarding this late-filed submission.

1

> AstraZeneca's Cross-Examination of
> Plaintiffs' witnesses ..................................................30 minutes
>
> AstraZeneca's Summation (including rebuttal).........7 minutes
>
> Plaintiffs' Summation ...............................................5 minutes

The time allocations above are submitted subject to the Parties' respective representations regarding the number of witnesses each side intends to call at the hearing, and each side reserves the right to request that the Court reallocate the available time if the opposing side intends to call fewer (or more) witnesses than previously represented at the time of this submission.

Additionally, pursuant to M.D. Fla. L.R. 4.11(b), the Parties hereby seek Court approval for their use of electronic equipment at the February 13, 2009 hearing, subject to their Emergency Motion for Continuance (Doc. 1264).

A. The following Plaintiffs' counsel seek to utilize BlackBerry email devices, cell phones without camera capabilities, and laptop computers to facilitate communication with their offices regarding issues that may arise during the hearing:

1. Ken Bailey (BlackBerry, cell phone);

2. Camp Bailey (BlackBerry, cell phone, laptop computer);

3. Scott Allen (BlackBerry, cell phone);

4. Fletch Trammell (BlackBerry, cell phone, laptop computer);

5. Robert Cowan (BlackBerry, cell phone, laptop computer);

6. Larry Roth (BlackBerry, cell phone, laptop computer);

7. Rick Laminack (BlackBerry, cell phone, laptop computer);

8. Buffy Martines (BlackBerry, cell phone, laptop computer);

        9.       Tom Pirtle (BlackBerry, cell phone, laptop computer);

B.      The following counsel for AstraZeneca seek to utilize BlackBerry email devices, cell phones without camera capabilities, and laptop computers to facilitate communication with their offices regarding issues that may arise during the hearing:

        1.       Stephen J. McConnnell (BlackBerry, cell phone, laptop computer);

        2.       Mike Brock (BlackBerry, cell phone, laptop computer);

        3.       Brennan Torregrossa (BlackBerry, cell phone, laptop computer);

        4.       Bob Ciotti (BlackBerry, cell phone, laptop computer);

        5.       Chris Coutroulis (BlackBerry, cell phone, laptop computer);

        6.       Mariam Koohdary (BlackBerry, cell phone, laptop computer);

        7.       Luke Mette (BlackBerry, cell phone, laptop computer);

        8.       Eric Santoro (BlackBerry, cell phone, laptop computer);

        9.       Elizabeth Balakhani (BlackBerry, cell phone, laptop computer);

        10.      Arthur Brown (BlackBerry, cell phone, laptop computer);

        11.      Earl Austin (BlackBerry, cell phone, laptop computer);

        12.      William Hoffman (BlackBerry, cell phone, laptop computer).

C.      Counsel represent, pursuant to M.D. Fla. L.R. 4.11(b), that these devices will be switched to "silent activation mode" while in the courtroom.

| | |
|---|---|
| Dated: February 10, 2009 | Respectfully Submitted: |
| /s/ Robert W. Cowan<br>F. Kenneth Bailey, Jr.<br>K. Camp Bailey<br>Fletcher V. Trammell<br>Robert W. Cowan<br>BAILEY PERRIN BAILEY<br>440 Louisiana, Suite 2100<br>Houston, Texas 77002<br>Telephone: (713) 425-7100<br>Facsimile: (713) 425-7101<br>rcowan@bpblaw.com<br><br>*Co-Lead Counsel for Plaintiffs* | /s/ Stephen J. McConnell<br>Stephen J. McConnell<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA  19103<br>Telephone: (215) 994-4000<br>Facsimile: (215) 994-2222<br>stephen.mcconnell@dechert.com<br><br>*Counsel for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP* |

## CERTIFICATE OF SERVICE

I hereby certify that, on February 10, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system through which all participating parties are deemed served.  I further certify that, by using the CM/ECF, the foregoing has been served on plaintiffs' liaison counsel, who is charged with serving any non-CM/ECF participants on the attached Service List.

/s/      Robert W. Cowan

4