**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation.**

**Case No. 6:06-md-1769-Orl-22DAB**

_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **JOINT EMERGENCY MOTION FOR CONTINUANCE OF THE FEBRUARY 13, 2009 HEARING [UNTIL FEBRUARY 26, 2009] (Doc. No. 1264)**
>
> **FILED:** February 9, 2009
> _____
>
> **THEREON** it is **ORDERED** that the Motion is **GRANTED**

## NOTICE OF HEARING

**TAKE NOTICE** that the hearing set for February 13, 2009 on the sealing of documents is **rescheduled** to **February 26, 2009** at **9:00 a.m.** before the undersigned in Courtroom #6D, George C. Young United States Courthouse Annex, 401 W. Central Blvd., Orlando, Florida.

**DONE** and **ORDERED** in Orlando, Florida on February 10, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record