**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

**ORDER**

This cause comes before the Court for consideration of the Joint Motion for a Briefing and Argument Schedule Regarding Further Proceedings in the MDL and the Return of Non-Florida Cases to Their Home Districts (Doc. 1265). Upon the Court's review of the parties' scheduling proposal, it is **ORDERED** as follows:

1. The Joint Motion for a Briefing and Argument Schedule Regarding Further Proceedings in the MDL and the Return of Non-Florida Cases to Their Home Districts (Doc. 1265) is **GRANTED**.

2. On or before **Monday, March 16, 2009**, the Plaintiffs and AstraZeneca shall simultaneously file initial memoranda with the Court, not exceeding twenty-five pages in length. Specifically, the Court notes that before any non-Florida cases are remanded, Plaintiffs will be required to complete all corporate and third party discovery, to the extent such discovery is not already complete. Furthermore, the parties will be required to designate and complete discovery of all general experts in the non-Florida cases, if they have not already done so. The Court assumes that this discovery is complete. If the parties disagree, the extent to which this discovery remains incomplete shall be particularly addressed, along with a proposed timetable for its completion.

3.  On or before **Tuesday, March 31, 2009**, the Plaintiffs and AstraZeneca shall simultaneously file responsive memoranda, not exceeding fifteen pages in length.

4.  To further aid the Court in facilitating an orderly and efficient remand of the non-Florida cases, the parties shall make a good faith attempt to stipulate to the state of citizenship and the state of residence of each plaintiff remaining in this MDL.  On or before **Monday, March 16, 2009**, the parties shall submit a jointly-prepared document identifying for the Court each plaintiff's: (1) name; (2) case number; (3) state of citizenship; (4) state of residence; and (5) district in which his or her case was initially filed.

5.  A full hearing with oral argument will be held on **Tuesday, April 7, 2009, at 9:00 AM.**

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 11, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge