A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Feb 11, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
2009 FEB 12 PM 1: 59
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Feb 11, 2009

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**
Larry Bowdler v. Balbir C. Sharma, M.D., et al.,
D. Arizona, C.A. No. 2:08-2015 ) MDL No. 1769

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Bowdler*) on November 24, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Bowdler* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Bowdler* was remanded to the Superior Court of Maricopa County, Arizona, by the Honorable Frederick J. Martone in an order filed on February 6, 2009.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-76" filed on November 24, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel