IN THE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

MDL Docket No. 06-MD-1769

IN RE: Seroquel Products Liability Litigation.  )
_____ )

This Document Relates to All Cases

<u>BLOOMBERG, L.P.'S RULE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned counsel for Intervenor Bloomberg, L.P. ("Bloomberg") certifies that Bloomberg is a limited partnership organized under the laws of the State of Delaware, that it has no parent corporation, and that no publicly held corporation owns 10 percent or more of Bloomberg's limited partnership interests.

    Respectfully submitted.

    Hunton & Williams LLP
    Attorneys for Bloomberg L.P.

    By  s/ Thomas R. Julin
      Thomas R. Julin, Trial Counsel
      Jamie Z. Isani
      Florida Bar No. 325376 & 728861
      1111 Brickell Avenue - Suite 2500
      Miami, FL 33131 - 305.810.2516
      tjulin@hunton.com

MDL Docket No. 1769

## CERTIFICATE OF SERVICE

I hereby certify that, on February 13, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system through which all participating parties are deemed served. I further certify that, by using the CM/ECF, the foregoing has been served on plaintiffs' liaison counsel, who is charged with serving any non-CM/ECF participants on the attached Service List.

                                                            s/ Thomas R. Julin
                                                             Thomas R. Julin

HUNTON & WILLIAMS LLP

MDL Docket No. 06-MD-1769

SERVICE LIST
In Re: Seroquel Products Liability Litigation
MDL Docket No. 1769

Steven B. Weisburd
David Venderbush
DECHERT LLP
300 West 6th Street, Suite 1850
Austin, TX 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
steven.weisburd@dechert.com

Stephen J. McConnell
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19103
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
stephen.mcconnell@dechert.com

Chris S. Coutroulis (Fla. Bar No. 300705)
Robert L. Ciotti (Fla. Bar No. 333141)
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd.
Tampa, FL 22607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
ccoutroulis@carltonfields.com

Paul J. Pennock, Esq.
Michael E. Pederson, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY 10038
Telephone: (212) 558-5500
Ppennock@weitzlux.com
MPederson@weitzlux.com
Plaintiffs' Lead Counsel

Camp Bailey, Esq.
Michael W. Perrin, Esq.
Fletcher Trammell, Esq.
Robert Cowan, Esq.
Bailey Perrin Bailey LLP
The Lyric Centre
440 Louisiana, Suite 2100
Houston, TX 77002
Telephone: (713) 425-7240
cbailey@bpblaw.com
mperrin@bpblaw.com
Plaintiffs' Lead Counsel

Larry Roth, Esq.
Law Offices of Larry M. Roth, P.A.
Post Office Box 547637
Orlando, FL 32854-7637
Telephone: (407) 872-2239
LROTH@roth-law.com
Plaintiffs' Liaison Counsel

Tommy Fibich, Esq.
Fibich, Hampton & Leebron, L.L.P.
1401 McKinney, Suite 1800
Five Houston Center
Houston, TX 77010
Telephone: (713) 751-0025
tfibich@fhl-law.com

Matthew F. Pawa, Esq.
Law Offices of Matthew F. Pawa, P.C.
1280 Centre St., Suite 230
Newton Centre, MA 02459
Telephone: (617) 641-9550
Mp@pawalaw.com

Robert L. Salim, Esq.
Robert L. Salim Attorney at Law
PO Box 2069
Natchitoches, LA 71457-2069
Telephone: (318) 352-5999
robertsalim@cp-tel.net

Keith M. Jensen, Esq.
Jensen, Belew & Gonzalez, PLLC
1024 North Main
Fort Worth, TX 76106
Telephone: (817) 334-0762
kj@kjensenlaw.com

Scott Allen, Esq.
Cruse, Scott, Henderson & Allen, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
Telephone: (713) 650-6600
sallen@crusescott.com

Matthew E. Lundy, Esq.
Lundy & Davis, LLP
333 North Sam Houston Parkway East
Suite 375
Houston, TX 77060
Telephone: (281) 272-0797
mlundy@lundydavis.com

W. Todd Harvey, Esq.
E. Ashley Cranford, Esq.
Whatley Drake & Callas
2001 Park Place North, Suite 1000
Birmingham, AL 35203
Telephone: (205) 328-9576
ACranford@wdklaw.com

Robert L. Ciotti, Esq.
Carlton Fields, P.A.
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, FL 33607-5736
Telephone: (813) 223-7000
rciotti@carltonfields.com
Attorney for Defendants AstraZeneca
Pharmaceuticals, LP, and AstraZeneca LP

Gregory P. Forney, Esq.
Shaffer Lombardo Shurin
911 Main Street, Suite 2000
Kansas City, MO 64105
Telephone: (816) 931-0500
gforney@sls-law.com

rbish@sls-law.com
Attorney for Defendant,

Marguerite Devon French
Randy Niemeyer
22442 Pike 309
Bowling Green, MO 63334-5209
Pro Se

Eric B. Milliken, Esq.
3 Sir Barton Ct.
Newark, DE 19702
Pro Se

Catherine Solomon
3100 N.E. 83
Gladstone, MO 64119
Pro Se

Louisiana Wholesale Drug Co. Inc.
C/O Gayle R. White
Registered Agent
Highway 167N
Sunset, LA 70584
Pro Se

Aaron C. Johnson, Esq.
Summers & Johnson
717 Thomas
Weston, MO 64098
Telephone: (816) 640-9940
firm@summersandjohnson.com

Robert A. Schwartz, Esq.
Bailey & Galyen
18333 Egret Bay Blvd., Suite 120
Houston, TX 77058
Telephone: (281) 335-7744
bschwartz@galyen.com

Todd S. Hageman, Esq.
Simon and Passanante, PC
701 Market St., Suite 1450
St. Louis, MO 63101
Telephone: (314) 241-2929
thageman@spstl-law.com

2

Mark P. Robinson, Jr., Esq.
Robinson, Calcagnie & Robinson
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
mrobinson@robinson-pilaw.com

Thomas F. Campion, Esq.
Heidi E. Hilgendorff, Esq.
Drinker Biddle & Reath, LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
Telephone: (973) 360-1100
Thomas.Campion@dbr.com
Heidi.Hilgendorff@dbr.com
Attorneys for Defendants Janssen
Pharmaceutical Products and Johnson &
Johnson Co.

Michael Davis, Esq.
James Mizgala, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7731
mdavis@sidley.com
jmizgala@sidley.com
Attorneys for Defendants AstraZeneca LP
and AstraZeneca Pharmaceuticals, LP

Elizabeth Raines, Esq.
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Telephone: (816) 471-2121
raines@bscr-law.com

Timothy Reese Balducci, Esq.
The Langston Law Firm, PA
P.O. Box 787
100 South Main Street
Booneville, MS 38829-0787
Telephone: (662) 728-3138
tbalducci@langstonlaw.com

Kenneth W. Bean, Esq.
Sandberg, Phoenix & von Gontard
One City Centre
15th Floor
St. Louis, MO 63101-1880
Telephone: (314) 231-3332
kbean@spvg.com
Attorney for Defendant Dr. Asif Habib

John Driscoll, Esq.
Brown & Crouppen, PC
720 Olive St.
St. Louis, MO 63101
Telephone: (314) 421-0216
Jdriscoll@brownandcrouppen.com
asmith@brownandcrouppen.com
blape@brownandcrouppen.com

Aaron K. Dickey, Esq.
Goldenberg and Heller, PC
P.O. Box 959
2227 S. State Road 157
Edwardsville, IL 62025
Telephone: (618) 650-7107
aaron@ghalaw.com

Matthew J. Hamilton, Esq.
Pepper Hamilton
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103
Telephone: (215) 981-4000
hamiltonm@pepperlaw.com

Justin Witkin, Esq.
Ken Smith, Esq.
Aylstock, Witkin, Kreis & Overholtz
803 N. Palafox St.
Pensacola, FL 32501
Telephone: (850) 916-7450
Jwitkin@AWS-LAW.com
ablankenship@aws-law.com
ksmith@aws-law.com
noverholtz@aws-law.com

| | |
|---|---|
| David P. Matthews, Esq.<br>Lizy Santiago, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone: (713) 222-8080<br>dmatthews@thematthewslawfirm.com<br>lsantiago@thematthewslawfirm.com<br>msalazar@thematthewslawfirm.com | Pete Schneider, Esq.<br>Grady, Schneider & Newman, L.L.P.<br>801 Congress, 4th Floor<br>Houston, TX 77002<br>(713) 228-2200<br>pschneider@gsnlaw.com |
| Howard Nations<br>Lori A. Siler<br>Howard L. Nations Attorney At Law<br>4515 Yoakum Blvd.<br>Houston, TX 77006-5895<br>Telephone: (713) 807-8400<br>nations@howardnations.com | Fred T. Magaziner<br>Marjorie Shiekman<br>A. Elizabeth Balakhani<br>Shane T. Prince<br>Eben S. Flaster<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 994-4000<br>fred.magaziner@dechert.com<br>shane.prince@dechert.com<br>marjorie.shiekman@dechert.com<br>eben.flaster@dechert.com<br>elizabeth.balakhani@dechert.com |
| Mary B. Cotton<br>John D. Giddens, P.A.<br>226 North President Street<br>P.O. Box 22546<br>Jackson, MS 39225-2546<br>Telephone: (601) 355-2022<br>betsy@law-inc.com | |
| Salvatore M. Machi<br>Ted Machi & Associates PC<br>18333 Egret Bay Blvd., Suite 120<br>Houston, TX 77058<br>Telephone: (281) 335-7744 | Lawrence J. Gornick, Esq.<br>William A. Levin, Esq.<br>Dennis J. Canty, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 646-7160<br>lgornick@lskg-law.com<br>dcanty@lskg-law.com<br>lsimes@levins-law.com<br>jkaiser@lskg-law.com<br>echarley@lskg-law.com<br>ddecarli@lskg-law.com<br>bsund@lskg-law.com<br>astavrakaras@lskg-law.com |
| Jona R. Hefner, Esq.<br>3441 W. Memorial, Suite 4<br>Oklahoma City, OK 73134-7000<br>Telephone: (405) 286-3000<br>attorneyokc@hotmail.com | |
| David Dickens<br>Miller & Associates<br>105 North Alfred Street<br>Alexandria, VA 22314-3010<br>(703) 519-8080<br>ddickens@doctoratlaw.com | Scott Burdine, Esq.<br>Hagans Burdine Montgomery<br>Rustay & Winchester, P.C.<br>3200 Travis, Fourth Floor<br>Houston, TX 77006<br>Telephone: (713) 222-2700<br>sburdine@hagans-law.com |

4

Lowell Finson, Esq.
Phillips & Associates
3030 North 3rd Street
Suite 1100
Phoenix, AZ 85012
(602) 258-8900
lowellf@phillipslaw.ws

Gale D. Pearson, Esq.
Stephen J. Randall, Esq.
Pearson, Randall & Schumacher, P.A.
Fifth Street Towers, Suite 1025
100 South 5th Street
Minneapolis, MN 55402
(612) 767-7500
attorneys@outtech.com

Robert H. Shultz
Heyl, Roster
103 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025
(618) 656-4646
rshultz@hrva.com
bwallace@hrva.com

Ellen R. Serbin
Perona, Langer, Beck, Lalande & Serbin
300 San Antonio Drive
Long Beach, CA 90807-0948
(562) 426-6155
davidhwang@plblaw.com

Scott Armstrong
1719 West Main Street
Suite 201
Rapid City, SD 57702
(605) 399-3994
Scottarmstrong1235@earthlink.net

Linda S. Svitak
Faegre & Benson, LLP
90 South 7th Street, Suite 2200
Minneapolis, MN 55402-3901
(612) 766-7000
lsvitak@faegre.com

wjohnson@faegre.com

James J. Freebery
McCarter & English, LLP
919 N. Market Street, 18th Floor
Wilmington, DE 19801
(973) 622-4444
jfreebery@mccarter.com
tpearson@mccarter.com

Richard D. Hailey
Ramey & Hailey
3891 Eagle Creek Parkway
Suite C
Indianapolis, IN 46254
(317)299-0400
rhailey@sprynet.com

B. Andrew List
Clark, Perdue, Arnold & Scott
471 East Broad Street, Suite 1400
Columbus, OH 43215
(614) 469-1400
alist@cpaslaw.com
lcollins@cpaslaw.com