UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JANICE BURNS, | Case No. 6:06-cv-15959-Orl-22DAB |
| RICHARD UNGER | 6:06-cv-15812-Orl-22DAB |
| CONNIE M. CURLY | 6:06-cv-15701-Orl-22DAB |
| LINDA WHITTINGTON | 6:06-cv-10475-Orl-22DAB |
| EILEEN MCALEXANDER | 6:06-cv-10360-Orl-22DAB |

           Plaintiffs,

-vs-

ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA AB, and ASTRAZENECA PLC,

           Defendants.

| JUDGE: | Anne C. Conway<br>U.S. District Judge | DATE: | February 18, 2008<br>10:00AM - 10:40AM |
|---|---|---|---|
| DEPUTY CLERK: | Celeste Herdeman | COURT REPORTER: | Sandy Tremel |
| COUNSEL FOR PLTF.: | Camp Bailey<br>Robert Cowan | COUNSEL FOR DEFT.: | Chris S. Coutroulis<br>Steven Weisbur<br>David Vanderbush<br>Bob Ciotti |

**ORAL ARGUMENT**
**MOTION FOR SUMMARY JUDGMENT**

Appearances
Court inquires with the parties in regards to the Summary Judgment motions in the remaining 5 cases.
Parties respond.
Court inquires as to the Haller and Guinn cases.
Parties respond.
Doctor Arnett to be set for a Daubert hearing.
Defendant's counsel request time to depose Doctor Arnett prior to the Daubert Hearing.
Amended declarations shall be filed 30 days prior to Daubert Hearing.