# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

                                              Case No. 6:06-md-1769-Orl-22DAB

**This document relates to:**

**MICHAEL ACE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-8-Orl-22DAB

**CHRISTINE GOUGH v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-21-Orl-22DAB

**NICHOLAS HULETT v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-22-Orl-22DAB

**SANDRA SILVA v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-23-Orl-22DAB

**BETHZAIDA FIGUEROA v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-24-Orl-22DAB

**JASON LONG v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-25-Orl-22DAB

**JASON KERNER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-26-Orl-22DAB

**BONNIE BOWSER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-27-Orl-22DAB

**DOUGLAS RYAN HEATH v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-28-Orl-22DAB

**LORRAINE LEUTHAUSER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-29-Orl-22DAB

**JOHN NORMAN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-30-Orl-22DAB

**KIRK PACE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-32-Orl-22DAB

**KELLY HUDSON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-33-Orl-22DAB

**TAMI WALTERS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-34-Orl-22DAB

**CONNIE GODFREY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-36-Orl-22DAB

**SANDY KELLEY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-37-Orl-22DAB

**DAVID TAUL v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-38-Orl-22DAB

**CHEYENNA LACEY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-45-Orl-22DAB

**MARY CANCHOLA v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-238-Orl-22DAB

**DEBRA PAYNE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-239-Orl-22DAB
_____

## ORDER

Upon the Court's review of the above-captioned cases, the Court observed that Plaintiffs did not identify their states of citizenship in their complaints.[1] Under federal law, "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs and is between . . . citizens of different States."

---

[1] In the *Long*, *Kerner*, *Bowser*, *Heath*, *Leuthauser*, and *Norman* cases, the plaintiffs provided only their current states of residence. In all other cases, the plaintiffs merely alleged that they were citizens of "a state in the United States."

28 U.S.C. § 1332. Without knowing the citizenship of the plaintiffs in these actions, the Court is unable to assess whether it has jurisdiction over their claims.

Accordingly, it is **ORDERED** as follows:

1. On or before March 3, 2009, Plaintiffs in the above-captioned cases shall electronically file a notice indicating their respective states of citizenship.

2. The Clerk is directed to file a copy of this order in each of the above-captioned cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 17, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge