# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

Case No. 6:06-md-1769-Orl-22DAB

_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION OF BLOOMBERG L.P. TO INTERVENE TO SEEK ACCESS TO JUDICIAL RECORDS (Doc. No. 1284)
>
> **FILED:** February 17, 2009
>
> **THEREON** it is **ORDERED** that the Motion is **GRANTED in part.**

Intervenor will be provided an opportunity to be heard at the February 26, 2009 hearing.

**DONE** and **ORDERED** in Orlando, Florida on February 19, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record