# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

                                                Case No.  6:06-md-1769-Orl-22DAB

**This document relates to:**

**LINDA GUINN v. ASTRAZENECA PHARMS. LP, ET AL.**
**MDL Case No. 6:07-cv-10291-Orl-22DAB**

_____

## ORDER

This cause comes before the Court for consideration of the Joint Motion For Jury Questionnaire (Doc. 1236).  The parties seek distribution of a questionnaire to the jury pool prior to jury selection in the *Linda Guinn* case.  In light of the Court's ruling in favor of Defendants on the Motion for Summary Judgment in that case, however, there will be no trial and the motion is therefore moot.

Accordingly, it is **ORDERED** that the Joint Motion For Jury Questionnaire (Doc. 1236) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 18, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge