UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IN RE:  Seroquel Products Liability Litigation**

         **Case No. 6:06-md-1769-Orl-22-DAB**

**This document relates to:**

**MICHAEL ACE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-8-Orl-22DAB**

**CHRISTINE GOUGH v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-21-Orl-22DAB**

**NICHOLAS HULETT v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-22-Orl-22DAB**

**SANDRA SILVA v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-23-Orl-22DAB**

**BETHZAIDA FIGUEROA v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-24-Orl-22DAB**

**JASON LONG v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-25-Orl-22DAB**

**JASON KERNER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-26-Orl-22DAB**

**BONNIE BOWSER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-27-Orl-22DAB**

**DOUGLAS RYAN HEATH v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-28-Orl-22DAB**

**LORRAINE LEUTHAUSER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-29-Orl-22DAB**

**JOHN NORMAN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-30-Orl-22DAB**

**KIRK PACE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-32-Orl-22DAB**

**KELLY HUDSON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-33-Orl-22DAB

**TAMI WALTERS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-34-Orl-22DAB

**CONNIE GODFREY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-36-Orl-22DAB

**SANDY KELLEY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-37-Orl-22DAB

**DAVID TAUL v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-38-Orl-22DAB

**CHEYENNA LACEY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-45-Orl-22DAB

**MARY CANCHOLA v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-238-Orl-22DAB

**DEBRA PAYNE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
MDL Case No. 6:09-cv-239-Orl-22DAB

--------------------------------------------------------

## NOTICE OF CITIZENSHIP

Plaintiffs hereby file this Notice of Citizenship as ordered by United States District Judge Anne C. Conway (document 1294) on February 19, 2009, as follows:

1. **PLAINTIFF MICHAEL ACE** resided in Helendale, CA at the time the original complaint was filed.

2. **PLAINTIFF CHRISTINE GOUGH** resided in Philadelphia, PA at the time the original complaint was filed.

3. **PLAINTIFF NICHOLAS HULETT** resided in Philadelphia, PA at the time the original complaint was filed.

4. **PLAINTIFF SANDRA SILVA** resided in Philadelphia, PA at the time the original complaint was filed.

5. **PLAINTIFF BETHZAIDA FIGUEROA** resided in Philadelphia, PA at the time the original complaint was filed.

6. **PLAINTIFF JASON LONG** resided in Erie, PA at the time the original complaint was filed.

7. **PLAINTIFF JASON KERNER** resided in McKean, PA at the time the original complaint was filed.

8. **PLAINTIFF BONNIE BOWSER** resided in New Bethleham, PA at the time the original complaint was filed.

9. **PLAINTIFF DOUGLAS RYAN HEATH** resided in Bethel Park, PA at the time the original complaint was filed.

10. **PLAINTIFF LORRAINE LEUTHAUSER** resided in New Kensington, PA at the time the original complaint was filed.

11. **PLAINTIFF JOHN NORMAN** resided in Greensburg, PA at the time the original complaint was filed.

12. **PLAINTIFF KIRK PACE** resided in Orange, TX at the time the original complaint was filed.

13. **PLAINTIFF KELLY HUDSON** resided in Nevada, TX at the time the original complaint was filed.

14. **PLAINTIFF TAMI WALTERS** resided in Wolfforth, TX at the time the original complaint was filed.

15. **PLAINTIFF CONNIE GODFREY** resided in Channelview, TX at the time the original complaint was filed.

16. **PLAINTIFF SANDY KELLEY** resided in Conroe, TX at the time the original complaint was filed.

17. **PLAINTIFF DAVID TAUL** resided in Houston, TX at the time the original complaint was filed.

18. **PLAINTIFF CHEYENNA LACEY** resided in San Antonio, TX at the time the original complaint was filed.

19. **PLAINTIFF MARY CANCHOLA** resided in Menifee, CA at the time the original complaint was filed.

20. **PLAINTIFF DEBRA PAYNE** resided in Modesto, CA at the time the original complaint was filed.

Respectfully submitted,

PROVOST & UMPHREY LAW FIRM, L.L.P.
490 Park Street
P. O. Box 4905
Beaumont, Texas   77704
(409) 835-6000 / Fax No. (409) 838-8888

By: _____
Christopher T. Kirchmer
State Bar No. 00794099

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case.  Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed on this 20th day of February, 2009.

_____
Christopher T. Kirchmer
State Bar No. 00794099

4