# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation.**

**Case No.  6:06-md-1769-Orl-22DAB**

_____/

## ORDER

Attorneys in this action, having made application pursuant to Local Rule 4.11(b) for permission to bring a laptop computer and electronic equipment  into the George C. Young United States Courthouse for use in connection with a hearing in this case, the Motion to Allow Electronic Equipment (Doc. No. 1304) is **GRANTED** and it is **ORDERED** as follows:

1. Stephen McConnell, Mike Brock, Brendan Torregrossa, Earl Austin, Robert L. Ciotti, Chris S. Coutroulis, Mariam Koohdary, Luke Mette, Christin Bassett, Elizabeth Balakhani, Arthur Brown, William Hoffman, Meghan Rohling Kelly, Anthony Celeste, and Gerald Meyer are each allowed to bring one PDA or "Blackberry" email device **and/or** cell phone; and Stephen McConnell, Mike Brock, Brendan Torregrossa, Earl Austin, Robert L. Ciotti, Chris S. Coutroulis, Elizabeth Balakhani, Arthur Brown, William Hoffman, Meghan Rohling Kelly, Anthony Celeste, and Gerald Meyer  are each allowed to bring one laptop computer into the George C. Young United States Courthouse on **THURSDAY, FEBRUARY 26, 2009,** for use in hearings before the undersigned scheduled to begin at **9:00 A.M.**

2. Ken Bailey, Camp Bailey, Scott Allen, Larry Roth, Fletch Trammell, Robert Cowan, Holly Gibson, James Pepper, Ed Blizzard, Joseph Glenmullen are hereby each granted permission to bring a BlackBerry email device **and/or** cell phone; and Camp Bailey, Fletch Trammell, Larry Roth,

Ed Blizzard, Robert Cowan, James Pepper and Holly Gibson each one laptop computer into the George C. Young United States Courthouse on **THURSDAY, FEBRUARY 26, 2009,** for use in hearings before the undersigned scheduled to begin at **9:00 A.M.**

3. The individuals listed above shall present a copy of this order to personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require those listed to present picture identification at the time of entry.

4. The equipment described above is subject to inspection at any time by courthouse security personnel. Counsel are responsible to assure that any devices permitted under this Order do not create any noise or disturbance.

5. The parties' Motion to Allow Electronic Equipment (Doc. No. 1268) for the February 13, 2009 hearing is **DENIED** as moot.

**DONE** and **ORDERED** in Orlando, Florida on February 24, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Court Security Officers