# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Seroquel Products Liability
Litigation

                                                                         **Case No. 6:06-md-1769-Orl-22DAB**

**This document relates to:**

**MICHAEL ACE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-8-Orl-22DAB**

**CHRISTINE GOUGH v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-21-Orl-22DAB**

**NICHOLAS HULETT v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-22-Orl-22DAB**

**SANDRA SILVA v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-23-Orl-22DAB**

**BETHZAIDA FIGUEROA v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-24-Orl-22DAB**

**JASON LONG v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-25-Orl-22DAB**

**JASON KERNER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-26-Orl-22DAB**

**BONNIE BOWSER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-27-Orl-22DAB**

**DOUGLAS RYAN HEATH v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-28-Orl-22DAB**

**LORRAINE LEUTHAUSER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-29-Orl-22DAB**

**JOHN NORMAN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-30-Orl-22DAB**

**KIRK PACE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-32-Orl-22DAB**

**KELLY HUDSON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-33-Orl-22DAB**

**TAMI WALTERS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-34-Orl-22DAB**

**CONNIE GODFREY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-36-Orl-22DAB**

**SANDY KELLEY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-37-Orl-22DAB**

**DAVID TAUL v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-38-Orl-22DAB**

**CHEYENNA LACEY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-45-Orl-22DAB**

**MARY CANCHOLA v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-238-Orl-22DAB**

**DEBRA PAYNE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-239-Orl-22DAB**

_____

## ORDER

On February 18, 2009, the Court ordered Plaintiffs in the above-captioned cases to assist the Court in determining diversity jurisdiction by providing their states of citizenship. *See* Doc. 1294. Plaintiffs responded (Doc. 1300) by providing their respective states of residence at the time the complaint was filed. Unfortunately, the Plaintiffs' states of *residence* do not definitively establish their states of *citizenship* for purposes of determining diversity jurisdiction under 28 U.S.C. § 1332.

*Mas v. Perry*, 489 F.2d 1396, 1399 (5th Cir. 1974) ("For diversity purposes, citizenship means domicile; mere residence in the State is not sufficient.").[1]

Accordingly, it is **ORDERED** as follows:

1.   On or before March 10, 2009, Plaintiffs in the above-captioned cases shall electronically file a notice indicating their respective states of *citizenship*.

2.   Furthermore, on or before March 17, 2009, Defendants shall file objections, if any, to Plaintiffs' citizenship designations.

3.   The Clerk is directed to file a copy of this order in each of the above-captioned cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 24, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge

---

[1] In *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981), the Eleventh Circuit adopted as binding precedent all decisions of the former Fifth Circuit rendered prior to October 1, 1981.