UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:
Seroquel Products Liability Litigation,

Case No. 6:06-MD-1769-Orl-22DAB

| JUDGE | David A. Baker<br>United States<br>Magistrate Judge | DATE AND TIME | February 26, 2009<br>9:00-10:05<br>10:15-12:40 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | REPORTER | Sandy Tremel |
| Intervener: | Tom Julin | | |
| COUNSEL/PLTF. | Larry Roth<br>Ken Bailey<br>Ed Blizzard<br>Holly Gibson<br>Camp Bailey<br>Robert Cowan | COUNSEL/DEF. | Steve McConnell<br>Liz Balakhan<br>Mike Brock<br>Robert Ciotti<br>Chris Coutroulis |

**HEARING ON SEALED DOCUMENTS**

Case called, appearances taken
Procedural setting by court
Defense counsel McConnell makes presentation; parties have reached a number of agreements regarding the issue of sealed documents and presents the categories
Plaintiff counsel Cowan outlines the documents agreed upon by both parties
Intervener Julin responds
McConnell makes further arguments
Court responds
Defense witness Alfred Nicholas Paulson sworn and testifies
Plaintiff counsel Ed Blizzard cross-examination of Mr. Paulson
Intervener Julin cross-examination of Mr. Paulson
Court inquires of Mr. Paulson
Re-direct of Mr. Paulson, by McConnell

Defense witness Dr. Arthur L. Lazarus sworn and testifies
Cross-examination of Dr. Lazarus, by counsel Blizzard
Cross-examination of Dr. Lazarus, by intervener Julin
Counsel McConnell makes argument regarding call notes and proprietary information
Counsel Blizzard argues for plaintiff
Counsel Julin responds
Counsel McConnell responds
Court to take matters under advisement and issue order; Court delivers deadlines on separate issues
Court sets further hearing for May 7, 2009 at 10:00AM