**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br>*Linda Guinn*, No. 6:07-CV-10291<br>*Janice Burns*, No. 6:07-CV-15959<br>*Richard Unger*, No. 6:07-CV-15812<br>*Connie Curley*, No. 6:07-CV-15701<br>*Linda Whittington*, No. 6:07-CV-10475<br>*Eileen McAlexander*, No. 6:07-CV-10360<br>*David Haller*, No. 6:07-CV-15733 | MDL DOCKET NO:<br>6:06-MDL-1769-ACC-DAB |

**PLAINTIFFS' NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR OMNIBUS LEGAL MEMORANDUM RESPONDING IN OPPOSITION TO ASTRAZENECA'S SUMMARY JUDGMENT MOTIONS IN THE <u>FLORIDA TRIAL POOL "GROUP ONE" CASES</u>**

Pursuant to the Court's instructions of February 26, 2009, the above-listed Plaintiffs submit their Notice of Unsealing and Filing Non-Confidential Exhibits to Their Omnibus Legal Memorandum responding in opposition to the omnibus legal memorandum (Doc. 1113) filed by Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP on or about November 3, 2008. Plaintiffs' Omnibus Legal Memorandum was originally filed under seal, together with the Exhibits thereto listed below, on or about November 24, 2008. In accordance with the Court's instructions announced February 26, 2009, hereby files the Exhibits to the Omnibus Legal Memorandum listed below. A version of Plaintiffs' Omnibus Legal Memorandum containing limited redactions will be filed of public record on the CM/ECF system or before March 4, 2009.

1

**Exhibits to Plaintiffs' Omnibus Legal Response in Opposition to Defendants' Summary Judgment Motions in the Florida Trial Pool "Group One" Cases**

| Exhibit No. | Description |
|---|---|
| 1 | Confidentiality Maintained by AstraZeneca (not disclosed) |
| 2 | 3/09/2000 Seroquel Commercial Support Team – Technical Document (TD004) |
| 3 | 3/06/2000 Seroquel Commercial Support Team – Technical Document (TD005) |
| 4 | 3/23/2000 Internal email chain including M. Murray, M. Jones, J. Tumas, J. Goldstein |
| 5 | 4/24/2008 Excerpts of Kevin Birkett deposition transcript |
| 6 | Sales Story Flow document |
| 7 | Wayne MacFadden deposition transcript excerpts |
| 8 | Draft of article by Joyce Small re: Quetiapine |
| 9 | Expert Report of Donna K. Arnett |
| 10 | 8/13/1997 Internal Email from Lisa Arvanitis to John Monyak, et al. re: weight gain |
| 11 | Martin Brecher deposition transcript excerpts |
| 12 | Barry Arnold deposition excerpts |
| 13 | Internal memorandum from Richard Lawrence re: Study 15 |
| 14 | Various internal emails which include: 5/10/1999 Internal email from Nick Hough re: Small Review; 5/11/1999 email from John Tumas to Michael Murray, et al.; emails from Jim Gavin, John Tumas re: EPS data |

| Exhibit No. | Description |
|---|---|
| 15 | AstraZeneca/Dr. Reinstein "Managing Weight Gain and Diabetes in Schizophrenia" promotional pamphlet |
| 16 | "Effect of Clozapine/Quetiapine Combination Therapy on Weight and Glycaemic Control" by Michael J. Reinstein, et al. |
| 17 | 11/5/2001 internal email from Don Beamish re: Michael J. Reinstein |
| 18 | 6/22/2000 Discussion document regarding Seroquel and diabetes |
| 19 | Wayne Geller deposition transcript excerpts |
| 20 | 6/2000 Discussion document regarding Seroquel and diabetes |
| 21 | 2000 Safety Position Paper regarding Seroquel and diabetes |
| 22 | 9/18/2000 email thread from Geller re: glucose metabolism disorders and attaching Safety Position Paper |
| 23 | 10/3/2000 email thread from D. Wientjens to Geller re: Quetiapine and glucose metabolism disorders |
| 24 | Confidentiality Maintained by AstraZeneca (not disclosed) |
| 25 | Confidentiality Maintained by AstraZeneca (not disclosed) |
| 26 | 8/2000 Response to FDA request regarding Seroquel and diabetes |
| 27 | 12/5/2001 internal email chain including Wayne Geller and Melissa Partridge re: Metabolic issues |
| 28 | "Clinical Study: The weight profile of SEROQUEL over the long term," by Martin Brecher, et al. |
| 29 | 2002 Japanese "Dear Doctor" letter |
| 30 | Objection Handler on Atypical antipsychotics and glucose dysregulation |

| Exhibit No. | Description |
|---|---|
| 31 | "A review of the effects of atypical antipsychotics on weight," by H. Nasrallah |
| 32 | 8/15/2005 internal voicemail re: Weight and Diabetes Sell Sheet |
| 33 | Promotional material regarding diabetes information and Seroquel |
| 34 | 11/16/2006 letter from FDA to AstraZeneca |
| 35 | Physician's Desk Reference excerpt re: Seroquel |
| 36 | 9/11/2003 letter from FDA to AstraZeneca re: request for labeling change |
| 37 | 10/15/2003 letter to FDA re: NDA 20-639, response to FDA request for labeling change |
| 38 | 4/22/2004 "Dear Doctor" letter from AstraZeneca regarding labeling change |
| 39 | 6/8/2007 SERM Minutes |
| 40 | 6/22/2007 AstraZeneca letter to FDA re: NDA 20-639 and NDA 22-047, Supplement-Changes Being Effectuated |
| 41 | 10/2007 Seroquel label |
| 42 | 6/25/2008 letter from FDA to AstraZeneca |
| 43 | Declaration of William C. Wirshing, M.D. |
| 44 | Declaration of Laura M. Plunkett, Ph.D., DABT |
| 45 | 21 C.F.R. § 201.57 |
| 46 | Donna K. Arnett deposition transcript excerpts |
| 47 | Laura M. Plunkett deposition transcript excerpts |

DATED:  February 27, 2009     Respectfully submitted,


                                              By:   /s/ Robert W. Cowan
                                                     F. Kenneth Bailey Jr.
                                                     K. Camp Bailey
                                                     Fletcher V. Trammell
                                                     Robert W. Cowan
                                                   **BAILEY PERRIN BAILEY**
                                                   440 Louisiana St., Suite 2100
                                                 Houston, Texas 77002
                                                 (713) 425-7100 Telephone
                                                 (713) 425-7101 Facsimile
                                                 kbailey@bpblaw.com
                                                 cbailey@bpblaw.com
                                                 ftrammell@bpblaw.com
                                                 rcowan@bpblaw.com
                                                 **Co-Lead Counsel for Plaintiffs**


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2009, I electronically filed the foregoing: PLAINTIFFS' NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR OMNIBUS LEGAL MEMORANDUM RESPONDING IN OPPOSITION TO ASTRAZENECA'S SUMMARY JUDGMENT MOTIONS IN THE FLORIDA TRIAL POOL "GROUP ONE" CASES with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.


                                               /s/  Robert W. Cowan
                                               Robert W. Cowan