# EXHIBIT  2

## AstraZeneca Pharmaceuticals

# Seroquel™
# (Quetiapine)



### Commercial Support Team - Technical Document (TD004)

**BPRS meta-analysis**

This document is a confidential communication.  Acceptance of it constitutes an
agreement signed by the recipient that no unpublished information contained herein
will be published or disclosed without prior written approval of the sponsor.
'Seroquel' is a trademark, property of AstraZeneca Limited.

| Request From: |
| --- |

| Date Requested: |
| --- |

| Statistician/Statistical Programmer Responsible: Rob Hemmings / Karen Melvin |
| --- |

# 1    Source of Data

Data for these analyses comes from mdata.bprs (a dataset stored in the CDE within the CST directory). This is a pooled dataset of 12 trials, each of which had either BPRS or PANSS as an endpoint. These trials represent all available data on BPRS scores from the Seroquel clinical trial program.

The creation of this dataset (handling of missing data, timing of endpoint etc.) is described in a document produced by Karen Melvin. This document is held in S:\d5077zfiles\cst\dataset creation.doc.

# 2    Design of Trials/ Analysis Methods

## 2.1 Study Design

Ten studies were selected to be used in this analysis, these are listed below:

5077IL/0004, 5077IL/0006, 204636/0007, 204636/0008, 5077IL/0013, 5077IL/0014, 5077IL/0050, 5077IL/0052, 5077IL/0053, 5077IL/0054.

The two trials omitted from the original dataset were trials 5077IL/0012 and 5077IL/0015. The former because there was no internal comparator (making model fitting difficult) and the latter because of significantly different entry criteria.

In 5 of these 10 trials, the BPRS questionnaire was used as an endpoint in the trial. In the remaining 5 trials, BPRS scores have been derived from the PANSS questionnaire which was a trial endpoint.

Comparators
The analyses performed compare Seroquel separately with each of placebo; Haloperidol; Chlorpromazine; Risperidone and 'other typicals' (defined as either Haloperidol or Chlorpromazine). Four of the trials contained comparative data against placebo; 4 against Haloperidol; 2 against Chlorpromazine; 1 against Risperidone and 6 against 'other typicals'.

AZ/SER 0747286

Seroquel Dose

A range of doses of Seroquel were used in the above-mentioned studies, therefore each comparison was performed twice with respect to level of Seroquel dose. The first used all patients receiving therapeutic doses of Seroquel (150-750mg/day - labeled 'all doses'), the second used only patients receiving high-dose Seroquel (at least 400 mg/day - labeled 'high dose').

Categories of BPRS

The 18 point BPRS scale can either be assessed as a whole or can be sub-divided into separate item or factor scores. Assessed in these analyses were:

- Factor I (Somatic concern; Anxiety; Guilt feeling; Depressive mood) - baseline ⊘ 8;
- Factor V (Hostility; Suspiciousness; Uncooperativeness) - baseline ⊘ 6;
- Mood Cluster (Depressive mood; Anxiety; Guilt feelings; Tension) - baseline ⊘ 8;
- Hostility Cluster (Anxiety; Tension; Hostility; Suspiciousness; Uncooperativeness; Excitement) - baseline ⊘ 12;
- Hostility Item - baseline ⊘ 3;
- Anxiety Item - baseline ⊘ 3;
- Total BPRS score - baseline ⊘ 36.

Patient Population

Though each of the above-mentioned trials may have slightly different patient populations, they were considered suitable for inclusion to this meta-analysis. For inclusion to the analysis of each of the above categories, patients were required to be symptomatic in that category. Therefore, patients were not included in the analysis of a particular category unless their baseline score was at least that denoted above (note baselines are denoted as totals within each category). In addition, patients were excluded if their disease type did not match that recognised for Seroquel use in Europe.

## 2.2 Analysis Methods

Two endpoints were assessed in this meta-analysis.

Firstly, a 'change from baseline' score. This was calculated separately for each category and analysed via analysis of covariance (ANCOVA) using PROC MIXED in SAS, with the baseline appropriate to that category included in the model as a covariate. A term was also included in the model for 'trial'. Also assessed were trial*treatment and covariate*treatment interactions, though these were subsequently dropped from the model unless a consistent pattern of significance of these terms could be identified across each of the endpoints assessed. The standard checks of normality assumptions behind ANCOVA were performed.

Secondly the 'proportion of responders' was analysed. A responder was defined as any patient with at least a 40% drop in score from baseline to endpoint. These data were analysed using PROC GENMOD in SAS. The model used was similar to that described for the change from baseline endpoint above.

AZ/SER 0747287

For each endpoint, both an 'observed cases' (OC) and a 'last value carried forward' (LVCF) analysis was performed.

In total, this BPRS meta-analysis has involved 7 categories of the BPRS scale, each to be assessed against 5 comparators, using 2 endpoints, each derived in two different ways (OC and LVCF). Each analysis was then performed for 2 cuts of the SEROQUEL data (by mean dose received). This makes a total of 280 separate p-values being generated. By chance alone we expect 1 in 20 p-values to be significant, therefore isolated significant p-values will be ignored, instead interpretation of the analyses will look for patterns of significant results, either across particular categories of the BPRS or against particular comparators.

### 2.3 Details of SAS programs

All analysis programs are stored in the CDE under the CST directory (s:\d5077\filesm\CST).

The programs used to create the mdata.bprs dataset are described in Karen's document. The programs performing the statistical analyses are:
- TD4_X1 - change from baseline analysis;
- TD4_X1A - change from baseline analysis (high doses of SEROQUEL);
- TD4_X1B - change from baseline analysis ('other typicals');
- TD4_X1C - change from baseline analysis (high dose of SEROQUEL versus 'other typicals);
- TD4_X2 - proportion of responders;
- TD4_X2A - proportion of responders (high doses of SEROQUEL);
- TD4_X2B - proportion of responders ('other typicals');
- TD4_X2C - proportion of responders (high dose of SEROQUEL versus 'other typicals).

In addition to this, baseline scores were investigated to ensure that BPRS scores derived respectively from BPRS and PANSS questionnaires could be combined. The programs producing these baseline plots are: TD4_BASE; TD4_2BAS.

## 3      Results

As described above, a very large number of analyses have been performed on these data, so the results of the analyses will necessarily be described in general terms. Initially, significant results will be discussed. Any trends observed in the data will then be highlighted.

### Change from baseline
In each of the 7 categories, Seroquel proved to be significantly better than placebo (regardless of whether 'all doses' or only high-doses of Seroquel were used). In each case this improvement was observed using an LVCF approach, however for total

BPRS score using all Seroquel data, this result was supported by the observed cases analysis.

The pattern was less obvious when Seroquel was compared with Haloperidol. Against 'all doses' of Seroquel, each of the 3 significant p-values generated was in favour of Haloperidol (Total BPRS, Factor V and Hostility Cluster). There was no evidence of significant differences between the treatments when Haloperidol was compared to high-dose Seroquel.

No statistically significant differences were observed for any of the categories when Seroquel was compared with Chlorpromazine.

Comparisons against Risperidone used only trial 5077IL/0053. Against 'all doses' of Seroquel, Risperidone showed significant improvement on Factor V scores and the Hostility Cluster. Against high-dose Seroquel only, these two categories were again significantly in favour of Risperidone, along with the Anxiety Item, Total BPRS and the Mood cluster.

Against either Chlorpromazine or Haloperidol, LVCF analyses showed a significant improvement against Seroquel for Total BPRS, Factor V and the Hostility Cluster, though these differences were removed when assessing high-dose of Seroquel only.

For 'all doses' of Seroquel, trends were observed for the Factor I cluster in which a positive, though non-significant estimate of treatment effect was observed. This was also true for the Mood cluster (with the exception of comparisons versus Risperidone). For high doses of Seroquel, the Factor I cluster again showed mainly positive treatment effects (excepting Risperidone), however no trends were apparent in any of the other categories.

A full set of results, showing least square mean changes from baseline for each treatment group, an estimate of treatment effect (difference in lsmeans) with 95% confidence interval and associated p-value are presented in Appendix A.

<u>Proportion of responders</u>

Seroquel ('all doses') proved to be significantly better than placebo for 4 of the 7 categories as assessed by this endpoint (total BPRS, Factor V, Hostility Cluster, Mood Cluster) and tended toward significance in the Anxiety and Hostility items. A very similar pattern was observed for high doses of Seroquel only against placebo. In each of the 4 cases the improvement was observed using an LVCF approach.

The pattern was less obvious when Seroquel was compared with Haloperidol. Against 'all doses' of Seroquel, only Factor V showed a significant difference between the treatments - in favour of Haloperidol. As for the change from baseline analysis, this difference disappeared when comparing against only high-doses of Seroquel.

Again, no statistically significant results were obtained when Seroquel was compared with Chlorpromazine.

Comparisons against Risperidone using all doses of Seroquel showed significant improvement for Risperidone on total BPRS, Factor V scores and the Hostility Cluster. Against high-dose Seroquel only, the Anxiety item, Factor I and Mood cluster scores were also significantly in favour of Risperidone.

Against either Chlorpromazine or Haloperidol, LVCF analyses showed a significant improvement against 'all doses' of Seroquel for Factor V, though this difference were removed when assessing high-dose of Seroquel only.

AZ/SER 0747289

As above, the more positive trends for Seroquel were observed on the Factor I and Mood cluster items, though no significant differences were found in favour of Seroquel other than against placebo.

A full set of results, showing percentage of responders for each treatment group, odds ratios and 95% confidence intervals with associated p-value are presented in Appendix A.

The following table is an attempt to simplify the claims that could be obtained from these results. A ✓ is entered for those comparisons where we have a statistically significant benefit, be it with 'all doses' or with high dose Seroquel, and be it using observed cases or using LVCF. A ✗ marks those comparisons where a comparator has demonstrated significant superiority compared to Seroquel.

**Table 1**

| Comparator | Category | | | | | | |
|---|---|---|---|---|---|---|---|
| | Anxiety | Total BPRS | Factor I | Factor V | Hostility | Hostility Cluster | Mood Cluster |
| Placebo | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Haloperidol | - | ✗ | - | ✗ | - | ✗ | - |
| Chlorpromazine | - | - | - | - | - | - | - |
| Risperidone | ✗ | ✗ | ✗ | ✗ | - | ✗ | ✗ |
| Other typicals | - | ✗ | - | ✗ | - | ✗ | - |

## 4    Conclusions

In terms of generating positive claims for Seroquel, these analyses seem somewhat disappointing. Although some trends in favour of Seroquel were observed in the Factor I and Mood cluster items, there was no evidence in these analyses of a significant benefit for using Seroquel over any other of the active agents assessed. There is, however, consistent evidence that Seroquel is better than placebo for a number of the BPRS sub-categories assessed.

There was little evidence of improvement with high-doses of Seroquel relative to including 'all doses' of Seroquel, though in the Haloperidol studies some of the statistically significant disadvantages were removed when looking at high doses only. In contrast, in the comparisons against Risperidone (trial 507H1/0053), looking at high doses of Seroquel appears to give relatively worse results than looking at all patients together.

In general, the analysis of the two endpoints of mean change from baseline and proportion of responders gave similar conclusions.

AZ/SER 0747290

## 5    References

No references were used.

AZ/SER 0747291

**Appendix A:**     **Statistical Appendix**

AZ/SER 0747292

Index of Tables Created

TITLE

| | |
|---|---|
| TABLE T1 | Change from baseline analyses – all doses of Seroquel |
| TABLE T2 | Change from baseline analyses – high doses of Seroquel only |
| TABLE T3 | Proportion of responders – all doses of Seroquel |
| TABLE T4 | Proportion of responders – high doses of Seroquel |

Key:   VAR – Category of BPRS being assessed (Anxiety Item, Total BPRS; Factor I; Factor V; Hostility Item; Hostility Cluster; Mood Cluster).
       COMP - Comparator
       LSCOMP - least square mean of comparator
       LSSER - least square mean of Seroquel
       EST - Estimate of treatment effect (either difference in lsmeans or odds ratio)
       P_T – p-value
       LOWER / LCL - 95% lower confidence interval bound
       UPPER / UCL - 95% upper confidence interval bound
       ANAL - OBSERVED CASES or LVCF analysis
       SIG - * denotes statistical significance
       SERN - Number of patients on Seroquel
       SERR - Number of responders on Seroquel
       SER% - Percentage of responders on Seroquel
       COMPN - Number of patients on comparator
       COMPR - Number of responders on comparator
       COMP% - Percentage of responders on comparator

AZ/SER 0747293

**TABLE T1    Change from baseline analyses - all doses of Seroquel**

| OBS | LSCOMP | VAR | COMP | LSSER | EST | P_T | LOWER | UPPER | ANAL | SIG |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | -1.92888240 | ENDANX | PLA | -2.16321932 | 0.23433692 | 0.2397 | -0.1574 | 0.6261 | OBSERVED CASES | |
| 2 | -2.22148681 | ENDANX | PLA | -1.65696543 | -0.43547863 | 0.0070 | 0.1198 | 0.7512 | LVCF | * |
| 3 | -1.64311081 | ENDANX | HAL | -1.81583045 | 0.17271963 | 0.2842 | -0.1441 | 0.4895 | OBSERVED CASES | |
| 4 | -1.09703883 | ENDANX | HAL | -1.23353560 | 0.13649677 | 0.3027 | -0.1234 | 0.3964 | LVCF | |
| 5 | -1.87706692 | ENDANX | CHL | -1.80553924 | -0.07152768 | 0.7017 | -0.4395 | 0.2964 | OBSERVED CASES | |
| 6 | -1.52013169 | ENDANX | CHL | -1.47974816 | -0.04038353 | 0.8284 | -0.4070 | 0.3263 | LVCF | |
| 7 | -1.96801427 | ENDANX | RIS | -2.00028493 | 0.03227066 | 0.8844 | -0.4066 | 0.4712 | OBSERVED CASES | |
| 8 | -1.46212777 | ENDANX | RIS | -1.38227098 | -0.07985680 | 0.7155 | -0.5116 | 0.3518 | LVCF | |
| 9 | -17.76054585 | ENDBPRS | PLA | -24.83229285 | 7.07174700 | 0.0039 | 2.2999 | 11.8436 | OBSERVED CASES | * |
| 10 | -3.29219461 | ENDBPRS | PLA | -12.10226823 | 8.81007362 | 0.0001 | 5.4671 | 12.1531 | LVCF | * |
| 11 | -20.50075645 | ENDBPRS | HAL | -19.87384433 | -0.62691212 | 0.6831 | -3.6447 | 2.3909 | OBSERVED CASES | |
| 12 | -13.24621220 | ENDBPRS | HAL | -9.93053659 | -3.31567561 | 0.0145 | -5.9713 | -0.6600 | LVCF | * |
| 13 | -22.13053657 | ENDBPRS | CHL | -21.67375945 | -0.45677712 | 0.8012 | -4.0275 | 3.1139 | OBSERVED CASES | |
| 14 | -17.75196333 | ENDBPRS | CHL | -17.26124270 | -0.49072063 | 0.7930 | -4.1681 | 3.1867 | LVCF | |
| 15 | -23.87001671 | ENDBPRS | RIS | -24.11188221 | 0.24186550 | 0.9019 | -3.6315 | 4.1152 | OBSERVED CASES | |
| 16 | -19.45877126 | ENDBPRS | RIS | -16.29780780 | -3.16096346 | 0.1581 | -7.5608 | 1.2388 | LVCF | |
| 17 | -5.97958774 | ENDFI | PLA | -6.95215090 | 0.97256316 | 0.1030 | -0.1984 | 2.1435 | OBSERVED CASES | |
| 18 | -3.75138902 | ENDFI | PLA | -5.26858020 | 1.51719118 | 0.0024 | 0.5412 | 2.4932 | LVCF | * |
| 19 | -5.01792608 | ENDFI | HAL | -5.52521580 | 0.50728772 | 0.2369 | -0.3349 | 1.3495 | OBSERVED CASES | |
| 20 | -3.20544661 | ENDFI | HAL | -3.47503972 | 0.26959311 | 0.4574 | -0.4425 | 0.9817 | LVCF | |
| 21 | -5.59177074 | ENDFI | CHL | -6.35956050 | 0.76778976 | 0.1385 | -0.2509 | 1.7865 | OBSERVED CASES | |
| 22 | -4.60027853 | ENDFI | CHL | -5.12941442 | 0.52913590 | 0.3319 | -0.5437 | 1.6019 | LVCF | |
| 23 | -5.15051726 | ENDFI | RIS | -5.96312710 | 0.81260984 | 0.2096 | -0.4636 | 2.0888 | OBSERVED CASES | |
| 24 | -4.25134959 | ENDFI | RIS | -4.29459640 | 0.04324681 | 0.9417 | -1.1229 | 1.2093 | LVCF | |
| 25 | -3.39572940 | ENDFV | PLA | -4.46652537 | 1.07079596 | 0.0867 | -0.1559 | 2.2974 | OBSERVED CASES | |
| 26 | -1.35968707 | ENDFV | PLA | -3.06318005 | 1.70349297 | 0.0003 | 0.7818 | 2.6252 | LVCF | * |
| 27 | -4.32580592 | ENDFV | HAL | -4.09406696 | -0.23173895 | 0.4981 | -0.9038 | 0.403 | OBSERVED CASES | |
| 28 | -3.04323303 | ENDFV | HAL | -1.67985602 | -1.36337701 | 0.0001 | -2.0111 | -0.7157 | LVCF | * |
| 29 | -4.94827119 | ENDFV | CHL | -4.54810579 | -0.40016540 | 0.3761 | -1.2899 | 0.4896 | OBSERVED CASES | |
| 30 | -3.68675735 | ENDFV | CHL | -3.42537388 | -0.26138347 | 0.5942 | -1.2262 | 0.7034 | LVCF | |
| 31 | -5.54643474 | ENDFV | RIS | -4.64890205 | -0.89753268 | 0.0453 | -1.7758 | -0.0192 | OBSERVED CASES | * |
| 32 | -4.12803635 | ENDFV | RIS | -2.76431072 | -1.36372563 | 0.0113 | -2.4150 | -0.3124 | LVCF | * |
| 33 | -1.24805589 | ENDHOST | PLA | -1.63080616 | 0.38283027 | 0.2615 | -0.2898 | 1.0555 | OBSERVED CASES | |
| 34 | -0.46937795 | ENDHOST | PLA | -1.05716657 | 0.58778862 | 0.0155 | 0.1129 | 1.0627 | LVCF | * |
| 35 | -2.09204701 | ENDHOST | HAL | -2.17564885 | 0.08360184 | 0.7463 | -0.4267 | 0.5939 | OBSERVED CASES | |
| 36 | -1.56003798 | ENDHOST | HAL | -1.17563778 | -0.38440019 | 0.1020 | -0.8457 | 0.0769 | LVCF | |
| 37 | -2.14402246 | ENDHOST | CHL | -2.13340168 | -0.01062078 | 0.9632 | -0.4658 | 0.4445 | OBSERVED CASES | |
| 38 | -1.70533282 | ENDHOST | CHL | -1.58320219 | -0.12213063 | 0.6438 | -0.6430 | 0.3987 | LVCF | |

| OBS | LSCOMP | VAR | COMP | LSSER | EST | P_T | LOWER | UPPER | SIG | ANAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 39 | -2.38373083 | ENDHOST | RIS | -2.27768313 | -0.10604770 | 0.7365 | -0.7367 | 0.5246 | | OBSERVED CASES |
| 40 | -2.02228254 | ENDHOST | RIS | -1.40345663 | -0.61882591 | 0.1169 | -1.3966 | 0.1590 | | LVCF |
| 41 | -7.58622096 | ENDJMCK | PLA | -9.20592510 | 1.61970414 | 0.1167 | -0.4079 | 3.6473 | | OBSERVED CASES |
| 42 | -1.58099388 | ENDJMCK | PLA | -4.56653108 | 2.98553719 | 0.0002 | 1.4067 | 4.5644 | * | LVCF |
| 43 | -7.01202611 | ENDJMCK | HAL | -7.60864672 | -0.20337939 | 0.7424 | -1.4194 | 1.0127 | | OBSERVED CASES |
| 44 | -4.81841620 | ENDJMCK | HAL | -3.50475023 | -1.31366597 | 0.0267 | -2.4748 | -0.1526 | * | LVCF |
| 45 | -9.48084330 | ENDJMCK | CHL | -8.21072808 | -1.27011522 | 0.1128 | -2.8427 | 0.3024 | | OBSERVED CASES |
| 46 | -7.06886652 | ENDJMCK | CHL | -5.94149790 | -1.12736863 | 0.2196 | -2.9311 | 0.6764 | | LVCF |
| 47 | -10.06303733 | ENDJMCK | RIS | -8.79758485 | -1.26545248 | 0.1184 | -2.8576 | 0.3267 | | OBSERVED CASES |
| 48 | -7.72743912 | ENDJMCK | RIS | -4.78555086 | -2.94188826 | 0.0022 | -4.8135 | -1.0702 | * | LVCF |
| 49 | -6.06556776 | ENDMOOD | PLA | -6.74951208 | 0.68394433 | 0.2579 | -0.5051 | 1.8730 | | OBSERVED CASES |
| 50 | -3.12900293 | ENDMOOD | PLA | -4.94488213 | 1.81587920 | 0.0001 | 0.8876 | 2.7442 | * | LVCF |
| 51 | -5.02980482 | ENDMOOD | HAL | -5.45043252 | 0.42062770 | 0.3317 | -0.4306 | 1.2719 | | OBSERVED CASES |
| 52 | -3.19803087 | ENDMOOD | HAL | -3.29500962 | 0.09697875 | 0.7915 | -0.6231 | 0.8171 | | LVCF |
| 53 | -6.02250350 | ENDMOOD | CHL | -6.43589786 | 0.41339435 | 0.4230 | -0.6031 | 1.4298 | | OBSERVED CASES |
| 54 | -4.94702421 | ENDMOOD | CHL | -5.01676714 | 0.06974293 | 0.9007 | -1.0306 | 1.1701 | | LVCF |
| 55 | -5.80608660 | ENDMOOD | RIS | -6.24701590 | 0.44092930 | 0.4473 | -0.7039 | 1.5857 | | OBSERVED CASES |
| 56 | -4.58206556 | ENDMOOD | RIS | -4.48510122 | -0.09696434 | 0.8646 | -1.2167 | 1.0227 | | LVCF |

| OBS | LSCOMP | VAR | COMP | LSSER | EST | P_T | LOWER | UPPER | SIG | ANAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | -1.79389637 | ENDANX | CHLOR + HAL | -1.86827025 | 0.07437388 | 0.5665 | -0.1805 | 0.3292 | | OBSERVED CASES |
| 2 | -1.34183576 | ENDANX | CHLOR + HAL | -1.36361603 | 0.02178027 | 0.8554 | -0.2129 | 0.2565 | | LVCF |
| 3 | -21.58305415 | ENDBPRS | CHLOR + HAL | -21.36233494 | -0.22071921 | 0.8578 | -2.6396 | 2.1981 | | OBSERVED CASES |
| 4 | -15.56031038 | ENDBPRS | CHLOR + HAL | -12.94068905 | -2.62762133 | 0.0302 | -5.0029 | -0.2524 | * | LVCF |
| 5 | -5.29156414 | ENDFI | CHLOR + HAL | -5.85050260 | 0.55893853 | 0.1077 | -0.1227 | 1.2406 | | OBSERVED CASES |
| 6 | -3.83463775 | ENDFI | CHLOR + HAL | -4.02731873 | 0.19268098 | 0.5522 | -0.4435 | 0.8288 | | LVCF |
| 7 | -4.73066465 | ENDFV | CHLOR + HAL | -4.46158711 | -0.26907754 | 0.3340 | -0.8158 | 0.2777 | | OBSERVED CASES |
| 8 | -3.47305920 | ENDFV | CHLOR + HAL | -2.41828126 | -1.05477795 | 0.0004 | -1.6334 | -0.4762 | * | LVCF |
| 9 | -2.22606169 | ENDHOST | CHLOR + HAL | -2.36440571 | 0.13834401 | 0.4211 | -0.2001 | 0.4768 | | OBSERVED CASES |
| 10 | -1.66087953 | ENDHOST | CHLOR + HAL | -1.46361825 | -0.19726128 | 0.3046 | -0.5747 | 0.1802 | | LVCF |
| 11 | -8.71122711 | ENDJMCK | CHLOR + HAL | -8.08021617 | -0.63101094 | 0.2213 | -1.6435 | 0.3815 | | OBSERVED CASES |
| 12 | -6.01005250 | ENDJMCK | CHLOR + HAL | -4.55178363 | -1.45826887 | 0.0078 | -2.5312 | -0.3853 | * | LVCF |
| 13 | -5.54239435 | ENDMOOD | CHLOR + HAL | -5.92107829 | 0.37948394 | 0.2860 | -0.3188 | 1.0777 | | OBSERVED CASES |
| 14 | -3.98221893 | ENDMOOD | CHLOR + HAL | -3.96771977 | -0.01449915 | 0.9658 | -0.6784 | 0.6494 | | LVCF |

TABLE T2    Change from baseline analyses – high doses of Seroquel only

| OBS | LSCOMP | VAR | COMP | LSSER | EST | P_T | LOWER | UPPER | ANAL | SIG |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | -1.86002641 | ENDANX | PLA | -1.89606302 | 0.03603661 | 0.8789 | -0.4310 | 0.5030 | OBSERVED CASES | |
| 2 | -1.11975252 | ENDANX | PLA | -1.78884859 | 0.66909607 | 0.0006 | 0.2921 | 1.0461 | LVCF | * |
| 3 | -1.59109117 | ENDANX | HAL | -1.64386973 | 0.05277856 | 0.7670 | -0.2978 | 0.4033 | OBSERVED CASES | |
| 4 | -1.06312514 | ENDANX | HAL | -1.30147985 | 0.23835471 | 0.1093 | -0.0536 | 0.5304 | LVCF | |
| 5 | -1.89249276 | ENDANX | CHL | -1.78497344 | -0.10751932 | 0.5883 | -0.4990 | 0.2840 | OBSERVED CASES | |
| 6 | -1.54665474 | ENDANX | CHL | -1.48872100 | -0.05793374 | 0.7723 | -0.4522 | 0.3363 | LVCF | |
| 7 | -2.01077886 | ENDANX | RIS | -1.34670550 | -0.66407335 | 0.0196 | -1.2188 | -0.1093 | OBSERVED CASES | * |
| 8 | -1.49368861 | ENDANX | RIS | -1.06956530 | -0.42412331 | 0.1523 | -1.0071 | 0.1588 | LVCF | |
| 9 | -12.37181763 | ENDBPRS | PLA | -17.70516480 | 5.33334716 | 0.0633 | -0.2998 | 10.9665 | OBSERVED CASES | |
| 10 | 1.92442320 | ENDBPRS | PLA | -9.05045346 | 10.98287666 | 0.0001 | 6.9911 | 14.9746 | LVCF | * |
| 11 | -20.60733481 | ENDBPRS | HAL | -17.94615278 | -2.66118203 | 0.1137 | -5.9627 | 0.6404 | OBSERVED CASES | |
| 12 | -13.07277770 | ENDBPRS | HAL | -10.93796166 | -2.13481604 | 0.1576 | -5.0989 | 0.8292 | LVCF | |
| 13 | -22.18010978 | ENDBPRS | CHL | -21.09511723 | -1.08499254 | 0.5766 | -4.9115 | 2.7415 | OBSERVED CASES | |
| 14 | -17.78622375 | ENDBPRS | CHL | -17.94716357 | 0.16093982 | 0.9357 | -3.7650 | 4.0869 | LVCF | |
| 15 | -23.87226225 | ENDBPRS | RIS | -16.11690026 | -7.75536199 | 0.0010 | -12.3094 | -3.2013 | OBSERVED CASES | * |
| 16 | -19.43587302 | ENDBPRS | RIS | -14.03920633 | -5.39666670 | 0.0483 | -10.7530 | -0.0403 | LVCF | * |
| 17 | -5.33815164 | ENDFI | PLA | -5.66256394 | 0.32441230 | 0.6460 | -1.0717 | 1.7206 | OBSERVED CASES | |
| 18 | -2.92912778 | ENDFI | PLA | -4.78898154 | 1.85985376 | 0.0025 | 0.6620 | 3.0577 | LVCF | * |
| 19 | -4.91747782 | ENDFI | HAL | -5.01335594 | 0.09587812 | 0.8379 | -0.8264 | 1.0181 | OBSERVED CASES | |
| 20 | -3.14125964 | ENDFI | HAL | -3.71357248 | 0.57231284 | 0.1683 | -0.2429 | 1.3875 | LVCF | |
| 21 | -5.61517512 | ENDFI | CHL | -6.26132346 | 0.64614835 | 0.2370 | -0.4298 | 1.7221 | OBSERVED CASES | |
| 22 | -4.63766965 | ENDFI | CHL | -5.20598269 | 0.56831304 | 0.3264 | -0.5713 | 1.7079 | LVCF | |
| 23 | -5.15138965 | ENDFI | RIS | -4.17475898 | -0.97663067 | 0.1900 | -2.4464 | 0.4932 | OBSERVED CASES | |
| 24 | -4.24152962 | ENDFI | RIS | -4.07587467 | -0.16565495 | 0.8215 | -1.6166 | 1.2853 | LVCF | |
| 25 | -2.47225948 | ENDFV | PLA | -3.36632258 | 0.89406310 | 0.2675 | -0.6957 | 2.4839 | OBSERVED CASES | |
| 26 | 0.05125015 | ENDFV | PLA | -2.58746679 | 2.63871693 | 0.0001 | 1.4935 | 3.7839 | LVCF | * |
| 27 | -4.36108417 | ENDFV | HAL | -4.02115444 | -0.33992973 | 0.3603 | -1.0702 | 0.3904 | OBSERVED CASES | |
| 28 | -2.99474409 | ENDFV | HAL | -2.34345872 | -0.65128537 | 0.0677 | -1.3502 | 0.0476 | LVCF | |
| 29 | -4.94358920 | ENDFV | CHL | -4.31140900 | -0.63218020 | 0.1962 | -1.5938 | 0.3295 | OBSERVED CASES | |
| 30 | -3.68852378 | ENDFV | CHL | -3.38474114 | -0.30378264 | 0.5655 | -1.3438 | 0.7362 | LVCF | |
| 31 | -5.57247802 | ENDFV | RIS | -3.17936878 | -2.39311003 | 0.0001 | -3.4499 | -1.3363 | OBSERVED CASES | * |
| 32 | -4.15897803 | ENDFV | RIS | -2.70767998 | -1.45129805 | 0.0368 | -2.8124 | -0.0902 | LVCF | * |
| 33 | -1.23889365 | ENDHOST | PLA | -1.72895804 | 0.49006439 | 0.2205 | -0.3017 | 1.2818 | OBSERVED CASES | |
| 34 | -0.41106989 | ENDHOST | PLA | -1.49663968 | 1.08556979 | 0.0002 | 0.5253 | 1.6459 | LVCF | * |
| 35 | -2.11643366 | ENDHOST | HAL | -2.13421944 | 0.01778577 | 0.9476 | -0.5177 | 0.5533 | OBSERVED CASES | |

AZ/SER 0747296

```
 36  -1.57249014 ENDHOST HAL     -1.52913520   -0.04335494   0.8571   -0.5178    0.4311 LVCF
 37  -2.15169346 ENDHOST CHL     -2.08561463   -0.06607884   0.7969   -0.5743    0.4421 OBSERVED CASES
 38  -1.72271481 ENDHOST CHL     -1.60957163   -0.11314318   0.6975   -0.6876    0.4613 LVCF
 39  -2.43329859 ENDHOST RIS     -2.02240750   -0.41089109   0.3877   -1.3646    0.5428 OBSERVED CASES
 40  -2.02411142 ENDHOST RIS     -1.85877596   -0.16533546   0.7800   -1.3501    1.0195 LVCF
 41  -5.60851358 ENDJMCK PLA     -6.79468075    1.18616717   0.3366   -1.2490    3.6213 OBSERVED CASES
 42   0.15085958 ENDJMCK PLA     -4.47356794    4.62442752   0.0001    2.7161    6.5328 LVCF                 *
 43  -7.94031667 ENDJMCK HAL     -7.29773930   -0.64257737   0.3438   -1.9765    0.6913 OBSERVED CASES
 44  -4.74070420 ENDJMCK HAL     -4.25545285   -0.48525135   0.4541   -1.7582    0.7877 LVCF
 45  -9.48625190 ENDJMCK CHL     -7.97775099   -1.50850091   0.0808   -3.2040    0.1870 OBSERVED CASES
 46  -7.06362286 ENDJMCK CHL     -5.97635527   -1.08728759   0.2691   -3.0210    0.8464 LVCF
 47 -10.12324070 ENDJMCK RIS     -5.60285644   -4.52038426   0.0001   -6.4103   -2.6305 OBSERVED CASES    *
 48  -7.80928475 ENDJMCK RIS     -4.13101782   -3.67826693   0.0030   -6.0835   -1.2730 LVCF
 49  -5.62749649 ENDMOOD PLA     -5.45764233   -0.16985416   0.8098   -1.5648    1.2251 OBSERVED CASES
 50  -2.61444904 ENDMOOD PLA     -4.82320777    2.20875873   0.0001    1.0947    3.3228 LVCF                *
 51  -4.90700396 ENDMOOD HAL     -4.77209872   -0.13490524   0.7806   -1.0875    0.8177 OBSERVED CASES
 52  -3.11911109 ENDMOOD HAL     -3.62295343    0.50384234   0.2252   -0.3116    1.3193 LVCF
 53  -6.01787574 ENDMOOD CHL     -6.34122818    0.32335243   0.5532   -0.7520    1.3987 OBSERVED CASES
 54  -4.96993289 ENDMOOD CHL     -4.97172332    0.00179043   0.9976   -1.1695    1.1731 LVCF
 55  -5.79496411 ENDMOOD RIS     -4.04830400   -1.74666011   0.0156   -3.1544   -0.3389 OBSERVED CASES    *
 56  -4.55460111 ENDMOOD RIS     -3.71002082   -0.84458028   0.2451   -2.2755    0.5863 LVCF


OBS      LSCOMP    VAR     COMP          LSSER         EST      P_T    LOWER     UPPER SIG ANAL

  1  -1.76707457 ENDANX  CHLOR + HAL  -1.75815550   -0.00891907   0.9494   -0.2852    0.2674 OBSERVED CASES
  2  -1.34475999 ENDANX  CHLOR + HAL  -1.42217172    0.07741173   0.5584   -0.1823    0.3371 LVCF
  3 -21.71790120 ENDBPRS CHLOR + HAL -20.06123241   -1.65666879   0.2168   -4.2892    0.9759 OBSERVED CASES
  4 -15.71720341 ENDBPRS CHLOR + HAL -14.29704250   -1.42016091   0.2815   -4.0079    1.1676 LVCF
  5  -5.28710769 ENDFI   CHLOR + HAL  -5.56411911    0.27701141   0.4618   -0.4626    1.0166 OBSERVED CASES
  6  -3.85988690 ENDFI   CHLOR + HAL  -4.27867823    0.41879133   0.2505   -0.2964    1.1339 LVCF
  7  -4.75713631 ENDFV   CHLOR + HAL  -4.33339252   -0.42374379   0.1629   -1.0197    0.1722 OBSERVED CASES
  8  -3.51044253 ENDFV   CHLOR + HAL  -2.93657933   -0.57386319   0.0716   -1.1984    0.0507 LVCF
  9  -2.23114003 ENDHOST CHLOR + HAL  -2.31125371    0.08011368   0.6671   -0.2869    0.4471 OBSERVED CASES
 10  -1.71941743 ENDHOST CHLOR + HAL  -1.72362724    0.00420981   0.9832   -0.3886    0.3970 LVCF
 11  -8.80937945 ENDJMCK CHLOR + HAL  -7.77454339   -1.03483606   0.0645   -2.1320    0.0624 OBSERVED CASES
 12  -6.03853602 ENDJMCK CHLOR + HAL  -5.13024481   -0.90829122   0.1255   -2.0711    0.2545 LVCF
 13  -5.54214234 ENDMOOD CHLOR + HAL  -5.61075894    0.06861661   0.8604   -0.6982    0.8355 OBSERVED CASES
 14  -4.00945108 ENDMOOD CHLOR + HAL  -4.31670134    0.30725027   0.4142   -0.4314    1.0459 LVCF
```

AZ/SER 0747297

**TABLE T3    Proportion of responders – all doses of Seroquel**

| OBS | COMP | END | ANAL | EST | LCL | UCL | P | SERN | SERR | SER% | COMPN | COMPR | COMP% | SIG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLA | RESPANX | OBSERVED CASES | 0.74012 | 0.36442 | 1.50316 | 0.40512 | 160 | 68 | 42.5000 | 56 | 24 | 42.8571 | |
| 2 | PLA | RESPANX | LVCF | 0.62955 | 0.38382 | 1.03262 | 0.06682 | 307 | 99 | 32.2476 | 123 | 35 | 28.4553 | |
| 3 | PLA | RESPBPRS | OBSERVED CASES | 0.46342 | 0.21431 | 1.00210 | 0.05062 | 148 | 72 | 48.6486 | 41 | 15 | 36.5854 | |
| 4 | PLA | RESPBPRS | LVCF | 0.34725 | 0.19061 | 0.63258 | 0.00055 | 304 | 87 | 28.6184 | 115 | 17 | 14.7826 | * |
| 5 | PLA | RESPFI | OBSERVED CASES | 0.65689 | 0.31573 | 1.36670 | 0.26091 | 141 | 82 | 58.1560 | 49 | 28 | 57.1429 | |
| 6 | PLA | RESPFI | LVCF | 0.67151 | 0.41248 | 1.09322 | 0.10926 | 261 | 114 | 43.6782 | 108 | 43 | 39.8148 | |
| 7 | PLA | RESPFV | OBSERVED CASES | 0.56606 | 0.28394 | 1.12848 | 0.10596 | 144 | 82 | 56.9444 | 48 | 22 | 45.8333 | |
| 8 | PLA | RESPFV | LVCF | 0.46766 | 0.28284 | 0.77324 | 0.00305 | 288 | 106 | 36.8056 | 120 | 30 | 25.0000 | * |
| 9 | PLA | RESPHOST | OBSERVED CASES | 2.31667 | 0.86413 | 6.21083 | 0.09497 | 79 | 35 | 44.3038 | 26 | 17 | 65.3846 | |
| 10 | PLA | RESPHOST | LVCF | 0.73154 | 0.39894 | 1.34143 | 0.31225 | 171 | 73 | 42.6901 | 66 | 26 | 39.3939 | |
| 11 | PLA | RESPJMCK | OBSERVED CASES | 0.67637 | 0.32345 | 1.41436 | 0.29885 | 141 | 81 | 57.4468 | 46 | 25 | 54.3478 | |
| 12 | PLA | RESPJMCK | LVCF | 0.53356 | 0.32427 | 0.87796 | 0.01343 | 297 | 103 | 34.6801 | 121 | 32 | 26.4463 | * |
| 13 | PLA | RESPMOOD | OBSERVED CASES | 0.60295 | 0.27408 | 1.32642 | 0.20849 | 151 | 88 | 58.2781 | 45 | 27 | 60.0000 | |
| 14 | PLA | RESPMOOD | LVCF | 0.47078 | 0.28393 | 0.78059 | 0.00350 | 284 | 119 | 41.9014 | 116 | 38 | 32.7586 | * |
| 15 | HAL | RESPANX | OBSERVED CASES | 1.10065 | 0.66436 | 1.82346 | 0.70965 | 188 | 96 | 51.0638 | 131 | 78 | 59.5420 | |
| 16 | HAL | RESPANX | LVCF | 1.00224 | 0.69463 | 1.44607 | 0.99046 | 350 | 128 | 36.5714 | 229 | 99 | 43.2314 | |
| 17 | HAL | RESPBPRS | OBSERVED CASES | 0.82711 | 0.52225 | 1.30993 | 0.41843 | 209 | 117 | 55.9809 | 164 | 96 | 58.5366 | |
| 18 | HAL | RESPBPRS | LVCF | 1.04784 | 0.74126 | 1.48120 | 0.79132 | 381 | 129 | 33.8583 | 262 | 107 | 40.8397 | |
| 19 | HAL | RESPFI | OBSERVED CASES | 0.80527 | 0.50046 | 1.29573 | 0.37215 | 185 | 108 | 58.3784 | 151 | 83 | 54.9669 | |
| 20 | HAL | RESPFI | LVCF | 0.88699 | 0.62842 | 1.25195 | 0.49521 | 352 | 145 | 41.1932 | 260 | 106 | 40.7692 | |
| 21 | HAL | RESPFV | OBSERVED CASES | 1.14320 | 0.70212 | 1.86136 | 0.59052 | 190 | 117 | 61.5789 | 168 | 118 | 70.2381 | |
| 22 | HAL | RESPFV | LVCF | 1.53737 | 1.08756 | 2.17323 | 0.01488 | 359 | 138 | 38.4401 | 262 | 145 | 55.3435 | * |
| 23 | HAL | RESPHOST | OBSERVED CASES | 0.80849 | 0.32541 | 2.00871 | 0.64707 | 71 | 42 | 59.1549 | 61 | 43 | 70.4918 | |
| 24 | HAL | RESPHOST | LVCF | 1.16633 | 0.63650 | 2.13721 | 0.61853 | 153 | 72 | 47.0588 | 94 | 59 | 62.7660 | |
| 25 | HAL | RESPJMCK | OBSERVED CASES | 0.90595 | 0.56277 | 1.45843 | 0.68432 | 197 | 117 | 59.3909 | 163 | 102 | 62.5767 | |
| 26 | HAL | RESPJMCK | LVCF | 1.02574 | 0.72369 | 1.45384 | 0.88646 | 366 | 136 | 37.1585 | 264 | 117 | 44.3182 | |
| 27 | HAL | RESPMOOD | OBSERVED CASES | 0.83245 | 0.52485 | 1.32032 | 0.43584 | 196 | 111 | 56.6327 | 151 | 82 | 54.3046 | |
| 28 | HAL | RESPMOOD | LVCF | 0.91593 | 0.65226 | 1.28618 | 0.61217 | 367 | 144 | 39.2371 | 262 | 106 | 39.6947 | |
| 29 | CHL | RESPANX | OBSERVED CASES | 0.87515 | 0.47998 | 1.59568 | 0.66344 | 98 | 58 | 59.1837 | 86 | 49 | 56.9767 | |
| 30 | CHL | RESPANX | LVCF | 1.00451 | 0.60414 | 1.67019 | 0.98617 | 124 | 61 | 49.1935 | 120 | 60 | 50.0000 | |
| 31 | CHL | RESPBPRS | OBSERVED CASES | 1.00690 | 0.56956 | 1.78005 | 0.98113 | 111 | 64 | 57.6577 | 109 | 62 | 56.8807 | |
| 32 | CHL | RESPBPRS | LVCF | 0.97390 | 0.60221 | 1.57500 | 0.91413 | 141 | 68 | 48.2270 | 148 | 70 | 47.2973 | |
| 33 | CHL | RESPFI | OBSERVED CASES | 0.78230 | 0.38669 | 1.58265 | 0.49465 | 81 | 59 | 72.8395 | 70 | 47 | 67.1429 | |
| 34 | CHL | RESPFI | LVCF | 0.87010 | 0.49762 | 1.52139 | 0.62549 | 105 | 61 | 58.0952 | 98 | 53 | 54.0816 | |
| 35 | CHL | RESPFV | OBSERVED CASES | 1.62199 | 0.86998 | 3.02405 | 0.12807 | 99 | 61 | 61.6162 | 100 | 72 | 72.0000 | |
| 36 | CHL | RESPFV | LVCF | 1.39066 | 0.84854 | 2.27915 | 0.19075 | 128 | 64 | 50.0000 | 142 | 83 | 58.4507 | |
| 37 | CHL | RESPHOST | OBSERVED CASES | 0.94059 | 0.38535 | 2.29587 | 0.89299 | 57 | 44 | 77.1930 | 56 | 42 | 75.0000 | |
| 38 | CHL | RESPHOST | LVCF | 0.95070 | 0.48734 | 1.85460 | 0.88211 | 72 | 48 | 66.6667 | 85 | 55 | 64.7059 | |

---

Seroquel Technical Document (TD004)                    Date Printed: 3/9/2000
Author: Rob Hemmings

AZ/SER 0747298

| | COMP | END | ANAL | EST | LCL | UCL | P | SERN | SERR | SER% | COMPN | COMPR | CCMP% | SIG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | CHL | RESPJMCK | OBSERVED CASES | 1.54632 | 0.83661 | 2.85809 | 0.16429 | 106 | 66 | 62.2642 | 99 | 70 | 70.7071 | |
| 40 | CHL | RESPJMCK | LVCF | 1.32930 | 0.81525 | 2.16749 | 0.25381 | 132 | 67 | 50.7576 | 141 | 81 | 57.4468 | |
| 41 | CHL | RESPMOOD | OBSERVED CASES | 0.86218 | 0.43889 | 1.69372 | 0.66687 | 86 | 61 | 70.9302 | 81 | 55 | 67.9012 | |
| 42 | CHL | RESPMOOD | LVCF | 1.16473 | 0.67777 | 2.00154 | 0.58095 | 111 | 62 | 55.8559 | 112 | 66 | 58.9286 | |
| 43 | RIS | RESPANX | OBSERVED CASES | 1.05654 | 0.48008 | 2.32521 | 0.89129 | 56 | 38 | 67.8571 | 64 | 45 | 70.3125 | |
| 44 | RIS | RESPANX | LVCF | 1.04980 | 0.58503 | 1.88381 | 0.87059 | 92 | 47 | 51.0870 | 94 | 50 | 53.1915 | |
| 45 | RIS | RESPBPRS | OBSERVED CASES | 2.03711 | 0.98478 | 4.21394 | 0.05503 | 67 | 44 | 65.6716 | 87 | 69 | 79.3103 | |
| 46 | RIS | RESPBPRS | LVCF | 2.26644 | 1.29137 | 3.97777 | 0.00436 | 98 | 47 | 47.9592 | 111 | 75 | 67.5676 | * |
| 47 | RIS | RESPFI | OBSERVED CASES | 1.12183 | 0.50245 | 2.50477 | 0.77907 | 55 | 38 | 69.0909 | 60 | 43 | 71.6667 | |
| 48 | RIS | RESPFI | LVCF | 1.47727 | 0.81762 | 2.66911 | 0.19606 | 91 | 47 | 51.6484 | 90 | 55 | 61.1111 | |
| 49 | RIS | RESPFV | OBSERVED CASES | 2.77949 | 1.17282 | 6.58719 | 0.02023 | 64 | 46 | 71.8750 | 82 | 72 | 87.8049 | * |
| 50 | RIS | RESPFV | LVCF | 2.26563 | 1.27812 | 4.01611 | 0.00511 | 95 | 49 | 51.5789 | 113 | 80 | 70.7965 | * |
| 51 | RIS | RESPHOST | OBSERVED CASES | 0.81567 | 0.17382 | 3.82769 | 0.79617 | 18 | 15 | 83.3333 | 32 | 26 | 81.2500 | |
| 52 | RIS | RESPHOST | LVCF | 1.22882 | 0.40973 | 3.68531 | 0.71308 | 26 | 18 | 69.2308 | 41 | 30 | 73.1707 | |
| 53 | RIS | RESPJMCK | OBSERVED CASES | 2.64135 | 1.19359 | 5.84517 | 0.01655 | 73 | 51 | 69.8630 | 85 | 73 | 85.8824 | * |
| 54 | RIS | RESPJMCK | LVCF | 2.76130 | 1.59364 | 4.78449 | 0.00029 | 115 | 54 | 46.9565 | 113 | 80 | 70.7965 | * |
| 55 | RIS | RESPMOOD | OBSERVED CASES | 0.95115 | 0.43766 | 2.06714 | 0.89938 | 64 | 47 | 73.4375 | 72 | 53 | 73.6111 | |
| 56 | RIS | RESPMOOD | LVCF | 1.17261 | 0.66606 | 2.06441 | 0.58109 | 97 | 53 | 54.6392 | 104 | 62 | 59.6154 | |

| OBS | COMP | END | ANAL | EST | LCL | UCL | P | SERN | SERR | SER% | COMPN | COMPR | CCMP% | SIG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CHL + HAL | RESPANX | OBSERVED CASES | 1.00005 | 0.68005 | 1.47063 | 0.99978 | 286 | 154 | 53.8462 | 217 | 127 | 58.5253 | |
| 2 | CHL + HAL | RESPANX | LVCF | 1.00444 | 0.74656 | 1.35139 | 0.97665 | 474 | 189 | 39.8734 | 349 | 159 | 45.5587 | |
| 3 | CHL + HAL | RESPBPRS | OBSERVED CASES | 0.89661 | 0.62734 | 1.28090 | 0.54817 | 320 | 181 | 56.5625 | 273 | 158 | 57.8755 | |
| 4 | CHL + HAL | RESPBPRS | LVCF | 1.02459 | 0.77376 | 1.35674 | 0.86535 | 522 | 197 | 37.7395 | 410 | 177 | 43.1707 | |
| 5 | CHL + HAL | RESPFI | OBSERVED CASES | 0.80208 | 0.54104 | 1.18907 | 0.27224 | 266 | 167 | 62.7820 | 221 | 130 | 58.8235 | |
| 6 | CHL + HAL | RESPFI | LVCF | 0.87916 | 0.65594 | 1.17834 | 0.38879 | 457 | 206 | 45.0766 | 358 | 159 | 44.4134 | |
| 7 | CHL + HAL | RESPFV | OBSERVED CASES | 1.32579 | 0.90544 | 1.94128 | 0.14721 | 289 | 178 | 61.5917 | 268 | 190 | 70.8955 | |
| 8 | CHL + HAL | RESPFV | LVCF | 1.48572 | 1.11989 | 1.97105 | 0.00605 | 487 | 202 | 41.4784 | 404 | 228 | 56.4356 | * |
| 9 | CHL + HAL | RESPHOST | OBSERVED CASES | 0.87307 | 0.46250 | 1.64812 | 0.67541 | 128 | 86 | 67.1875 | 117 | 85 | 72.6496 | |
| 10 | CHL + HAL | RESPHOST | LVCF | 1.06334 | 0.67852 | 1.66642 | 0.78875 | 225 | 120 | 53.3333 | 179 | 114 | 63.6872 | |
| 11 | CHL + HAL | RESPJMCK | OBSERVED CASES | 1.11128 | 0.76458 | 1.61519 | 0.58023 | 303 | 183 | 60.3960 | 262 | 172 | 65.6489 | |
| 12 | CHL + HAL | RESPJMCK | LVCF | 1.11776 | 0.84221 | 1.48346 | 0.44078 | 498 | 197 | 39.5582 | 405 | 198 | 48.8889 | |
| 13 | CHL + HAL | RESPMOOD | OBSERVED CASES | 0.84641 | 0.57930 | 1.23667 | 0.38970 | 282 | 172 | 60.9929 | 232 | 137 | 59.0517 | |
| 14 | CHL + HAL | RESPMOOD | LVCF | 0.97218 | 0.73004 | 1.29462 | 0.84689 | 478 | 206 | 43.0962 | 374 | 170 | 45.4545 | |

AZ/SER 0747299

TABLE T4    Proportion of responders - high doses of Seroquel

| OBS | COMP | END | ANAL | EST | LCL | UCL | P | SERN | SERR | SER% | COMPN | COMPR | COMP% | SIG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLA | RESPANX | OBSERVED CASES | 1.00609 | 0.42910 | 2.3589 | 0.98887 | 78 | 29 | 37.1795 | 56 | 24 | 42.8571 | |
| 2 | PLA | RESPANX | LVCF | 0.55862 | 0.29316 | 1.0645 | 0.07671 | 115 | 35 | 30.4348 | 123 | 35 | 28.4553 | |
| 3 | PLA | RESPBPRS | OBSERVED CASES | 0.57553 | 0.24076 | 1.3758 | 0.21407 | 73 | 31 | 42.4658 | 41 | 15 | 36.5854 | |
| 4 | PLA | RESPBPRS | LVCF | 0.28512 | 0.13993 | 0.5810 | 0.00055 | 112 | 34 | 30.3571 | 115 | 17 | 14.7826 | * |
| 5 | PLA | RESPFI | OBSERVED CASES | 0.95408 | 0.41226 | 2.2080 | 0.91256 | 66 | 33 | 50.0000 | 49 | 28 | 57.1429 | |
| 6 | PLA | RESPFI | LVCF | 0.62615 | 0.33711 | 1.1630 | 0.13836 | 95 | 41 | 43.1579 | 108 | 43 | 39.8148 | |
| 7 | PLA | RESPFV | OBSERVED CASES | 0.58365 | 0.25353 | 1.3436 | 0.20562 | 68 | 38 | 55.8824 | 48 | 22 | 45.8333 | |
| 8 | PLA | RESPFV | LVCF | 0.32391 | 0.17223 | 0.6092 | 0.00047 | 106 | 45 | 42.4528 | 120 | 30 | 25.0000 | * |
| 9 | PLA | RESPHOST | OBSERVED CASES | 3.05269 | 0.87224 | 10.6838 | 0.08079 | 39 | 18 | 46.1538 | 26 | 17 | 65.3846 | |
| 10 | PLA | RESPHOST | LVCF | 0.54936 | 0.25287 | 1.1935 | 0.13024 | 64 | 30 | 46.8750 | 66 | 26 | 39.3939 | |
| 11 | PLA | RESPJMCK | OBSERVED CASES | 0.78544 | 0.34015 | 1.8136 | 0.57163 | 73 | 41 | 56.1644 | 46 | 25 | 54.3478 | |
| 12 | PLA | RESPJMCK | LVCF | 0.37059 | 0.20183 | 0.6805 | 0.00137 | 113 | 47 | 41.5929 | 121 | 32 | 26.4463 | * |
| 13 | PLA | RESPMOOD | OBSERVED CASES | 0.94119 | 0.39114 | 2.2647 | 0.89238 | 73 | 35 | 47.9452 | 45 | 27 | 60.0000 | |
| 14 | PLA | RESPMOOD | LVCF | 0.43121 | 0.22746 | 0.8175 | 0.00995 | 104 | 42 | 40.3846 | 116 | 38 | 32.7586 | * |
| 15 | HAL | RESPANX | OBSERVED CASES | 1.29289 | 0.75330 | 2.2190 | 0.35129 | 122 | 58 | 47.5410 | 131 | 78 | 59.5420 | |
| 16 | HAL | RESPANX | LVCF | 0.94565 | 0.61323 | 1.4582 | 0.80034 | 179 | 68 | 37.9888 | 229 | 99 | 43.2314 | |
| 17 | HAL | RESPBPRS | OBSERVED CASES | 1.04852 | 0.64126 | 1.7144 | 0.85019 | 139 | 70 | 50.3597 | 164 | 96 | 58.5366 | |
| 18 | HAL | RESPBPRS | LVCF | 0.96270 | 0.64271 | 1.4420 | 0.85372 | 196 | 72 | 36.7347 | 262 | 107 | 40.8397 | |
| 19 | HAL | RESPFI. | OBSERVED CASES | 0.99822 | 0.59598 | 1.6719 | 0.99461 | 117 | 61 | 52.1368 | 151 | 83 | 54.9669 | |
| 20 | HAL | RESPFI | LVCF | 0.83100 | 0.55084 | 1.2537 | 0.37756 | 169 | 72 | 42.6036 | 260 | 106 | 40.7692 | |
| 21 | HAL | RESPFV | OBSERVED CASES | 1.16281 | 0.68557 | 1.9723 | 0.57577 | 132 | 80 | 60.6061 | 168 | 118 | 70.2381 | |
| 22 | HAL | RESPFV | LVCF | 1.20884 | 0.81128 | 1.8012 | 0.35127 | 194 | 89 | 45.8763 | 262 | 145 | 55.3435 | |
| 23 | HAL | RESPHOST | OBSERVED CASES | 0.86477 | 0.33671 | 2.2210 | 0.76272 | 52 | 34 | 65.3846 | 61 | 43 | 70.4918 | |
| 24 | HAL | RESPHOST | LVCF | 0.94621 | 0.47459 | 1.8065 | 0.87519 | 84 | 48 | 57.1429 | 94 | 59 | 62.7660 | |
| 25 | HAL | RESPJMCK | OBSERVED CASES | 0.97707 | 0.58892 | 1.6211 | 0.92845 | 135 | 78 | 57.7778 | 163 | 102 | 62.5767 | |
| 26 | HAL | RESPJMCK | LVCF | 0.84429 | 0.56630 | 1.2587 | 0.40617 | 193 | 84 | 43.5233 | 264 | 117 | 44.3182 | |
| 27 | HAL | RESPMOOD | OBSERVED CASES | 1.07406 | 0.64692 | 1.7832 | 0.78238 | 122 | 59 | 48.3607 | 151 | 82 | 54.3046 | |
| 28 | HAL | RESPMOOD | LVCF | 0.85891 | 0.57051 | 1.2931 | 0.44624 | 174 | 70 | 40.2299 | 262 | 104 | 39.6947 | |
| 29 | CHL | RESPANX | OBSERVED CASES | 0.85243 | 0.45192 | 1.6079 | 0.62191 | 79 | 47 | 59.4937 | 86 | 49 | 56.9767 | |
| 30 | CHL | RESPANX | LVCF | 0.97007 | 0.56382 | 1.6690 | 0.91260 | 97 | 49 | 50.5155 | 120 | 60 | 50.0000 | |
| 31 | CHL | RESPBPRS | OBSERVED CASES | 1.03509 | 0.56713 | 1.8892 | 0.91054 | 90 | 48 | 53.3333 | 109 | 62 | 56.8807 | |
| 32 | CHL | RESPBPRS | LVCF | 0.91834 | 0.54623 | 1.5439 | 0.74791 | 108 | 51 | 47.2222 | 148 | 70 | 47.2973 | |
| 33 | CHL | RESPFI | OBSERVED CASES | 0.82522 | 0.39631 | 1.7183 | 0.60770 | 66 | 47 | 71.2121 | 70 | 47 | 67.1429 | |
| 34 | CHL | RESPFI | LVCF | 0.83306 | 0.45998 | 1.5087 | 0.54668 | 83 | 49 | 59.0361 | 98 | 53 | 54.0816 | |
| 35 | CHL | RESPFV | OBSERVED CASES | 1.78671 | 0.93059 | 3.4304 | 0.08119 | 78 | 44 | 56.4103 | 100 | 72 | 72.0000 | |
| 36 | CHL | RESPFV | LVCF | 1.43833 | 0.84486 | 2.4487 | 0.18057 | 97 | 46 | 47.4227 | 142 | 83 | 58.4507 | |
| 37 | CHL | RESPHOST | OBSERVED CASES | 1.24363 | 0.48324 | 3.2005 | 0.65120 | 43 | 31 | 72.0930 | 56 | 42 | 75.0000 | |
| 38 | CHL | RESPHOST | LVCF | 1.15565 | 0.55359 | 2.4125 | 0.70006 | 52 | 33 | 63.4615 | 85 | 55 | 64.7059 | |

AZ/SER 0747300

| OBS | COMP | END | ANAL | EST | LCL | UCL | P | SERN | SERR | SER% | COMPN | COMPR | COMP% | SIG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | CHL | RESPJMCK | OBSERVED CASES | 1.65117 | 0.86943 | 3.1358 | 0.12542 | 85 | 49 | 57.6471 | 99 | 70 | 70.7071 | |
| 40 | CHL | RESPJMCK | LVCF | 1.34230 | 0.79542 | 2.2652 | 0.27018 | 102 | 50 | 49.0196 | 141 | 81 | 57.4468 | |
| 41 | CHL | RESPMOOD | OBSERVED CASES | 0.86268 | 0.42215 | 1.7629 | 0.68541 | 69 | 48 | 69.5652 | 81 | 55 | 67.9012 | |
| 42 | CHL | RESPMOOD | LVCF | 1.15954 | 0.65175 | 2.0630 | 0.61456 | 88 | 49 | 55.6818 | 112 | 66 | 58.9286 | |
| 43 | RIS | RESPANX | OBSERVED CASES | 3.88134 | 1.37216 | 10.9789 | 0.01058 | 24 | 10 | 41.6667 | 64 | 45 | 70.3125 | * |
| 44 | RIS | RESPANX | LVCF | 2.13994 | 0.88505 | 5.1741 | 0.09123 | 30 | 11 | 36.6667 | 94 | 50 | 53.1915 | * |
| 45 | RIS | RESPBPRS | OBSERVED CASES | 7.78886 | 3.18149 | 19.0685 | 0.00001 | 33 | 11 | 33.3333 | 87 | 69 | 79.3103 | * |
| 46 | RIS | RESPBPRS | LVCF | 5.11447 | 2.28449 | 11.4501 | 0.00007 | 38 | 11 | 28.9474 | 111 | 75 | 67.5676 | * |
| 47 | RIS | RESPFI | OBSERVED CASES | 3.06761 | 1.21658 | 7.7349 | 0.01753 | 29 | 13 | 44.8276 | 60 | 43 | 71.6667 | * |
| 48 | RIS | RESPFI | LVCF | 2.07549 | 0.91839 | 4.6904 | 0.07920 | 33 | 14 | 42.4242 | 90 | 55 | 61.1111 | * |
| 49 | RIS | RESPFV | OBSERVED CASES | 7.49615 | 2.78970 | 20.1428 | 0.00006 | 29 | 14 | 48.2759 | 82 | 72 | 87.8049 | * |
| 50 | RIS | RESPFV | LVCF | 3.27074 | 1.46442 | 7.3051 | 0.00385 | 33 | 14 | 42.4242 | 113 | 80 | 70.7965 | * |
| 51 | RIS | RESPHOST | OBSERVED CASES | 0.85487 | 0.08322 | 8.7819 | 0.89504 | 6 | 5 | 83.3333 | 32 | 26 | 81.2500 | |
| 52 | RIS | RESPHOST | LVCF | 0.45404 | 0.04684 | 4.2213 | 0.48764 | 7 | 6 | 85.7143 | 41 | 30 | 73.1707 | |
| 53 | RIS | RESPJMCK | OBSERVED CASES | 8.23135 | 3.24559 | 20.8761 | 0.00001 | 33 | 14 | 42.4242 | 85 | 73 | 85.8824 | * |
| 54 | RIS | RESPJMCK | LVCF | 4.16116 | 1.91339 | 9.0495 | 0.00032 | 38 | 14 | 36.8421 | 113 | 80 | 70.7965 | * |
| 55 | RIS | RESPMOOD | OBSERVED CASES | 3.01674 | 1.19839 | 7.5941 | 0.01907 | 28 | 13 | 46.4286 | 72 | 53 | 73.6111 | * |
| 56 | RIS | RESPMOOD | LVCF | 1.90436 | 0.85426 | 4.2453 | 0.11529 | 33 | 14 | 42.4242 | 104 | 62 | 59.6154 | |

| OBS | COMP | END | ANAL | EST | LCL | UCL | P | SERN | SERR | SER% | COMPN | COMPR | COMP% | SIG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLA | RESPANX | OBSERVED CASES | 1.07810 | 0.71502 | 1.62556 | 0.71964 | 201 | 105 | 52.2388 | 217 | 127 | 58.5253 | |
| 2 | PLA | RESPANX | LVCF | 0.94935 | 0.67727 | 1.33075 | 0.76292 | 276 | 117 | 42.3913 | 349 | 159 | 45.5587 | |
| 3 | PLA | RESPBPRS | OBSERVED CASES | 1.04969 | 0.71774 | 1.53517 | 0.80255 | 229 | 118 | 51.5284 | 273 | 158 | 57.8755 | |
| 4 | PLA | RESPBPRS | LVCF | 0.95217 | 0.69252 | 1.30918 | 0.76289 | 304 | 123 | 40.4605 | 410 | 177 | 43.1707 | |
| 5 | PLA | RESPFI | OBSERVED CASES | 0.94098 | 0.61739 | 1.43419 | 0.77725 | 183 | 108 | 59.0164 | 221 | 130 | 58.8235 | |
| 6 | PLA | RESPFI | LVCF | 0.82950 | 0.59196 | 1.16237 | 0.27751 | 252 | 121 | 48.0159 | 358 | 159 | 44.4134 | |
| 7 | PLA | RESPFV | OBSERVED CASES | 1.40105 | 0.93230 | 2.10550 | 0.10466 | 210 | 124 | 59.0476 | 268 | 190 | 70.8955 | |
| 8 | PLA | RESPFV | LVCF | 1.28047 | 0.93198 | 1.75928 | 0.12717 | 291 | 135 | 46.3918 | 404 | 228 | 56.4356 | |
| 9 | PLA | RESPHOST | OBSERVED CASES | 1.03770 | 0.53400 | 2.01653 | 0.91305 | 95 | 65 | 68.4211 | 117 | 85 | 72.6496 | |
| 10 | PLA | RESPHOST | LVCF | 1.04078 | 0.62963 | 1.72042 | 0.87614 | 136 | 81 | 59.5588 | 179 | 114 | 63.6872 | |
| 11 | PLA | RESPJMCK | OBSERVED CASES | 1.20292 | 0.81050 | 1.78536 | 0.35910 | 220 | 127 | 57.7273 | 262 | 172 | 65.6489 | |
| 12 | PLA | RESPJMCK | LVCF | 0.99858 | 0.72775 | 1.37018 | 0.99297 | 295 | 134 | 45.4237 | 405 | 198 | 48.8889 | |
| 13 | PLA | RESPMOOD | OBSERVED CASES | 1.00575 | 0.66620 | 1.51835 | 0.97823 | 191 | 107 | 56.0209 | 232 | 137 | 59.0517 | |
| 14 | PLA | RESPMOOD | LVCF | 0.94434 | 0.67704 | 1.31716 | 0.73585 | 262 | 119 | 45.4198 | 374 | 170 | 45.4545 | |

*Technical Document (TD004)*

*Approved for issue by:*

Andrew Gorman
Project Team Physician
AstraZeneca Pharmaceuticals
Alderley Park
Macclesfield, Cheshire
SK10 4TG

Signature................................................................Date............................

Emma Westhead
Senior Statistician
AstraZeneca Pharmaceuticals
Alderley Park
Macclesfield, Cheshire
SK10 4TG

Signature................................................................Date............................