# EXHIBIT  7

Confidential - Wayne Macfadden, M.D.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
-   -   -

IN RE:  SEROQUEL    :CASE NO.
PRODUCTS LIABILITY :
LITIGATION         :6:06-md-01769-ACC-DAB
                   :
MDL Docket No. 1769:
                   :
-   -   -


December 20, 2007
CONFIDENTIAL
-   -   -


Oral deposition of WAYNE
MACFADDEN, M.D. taken pursuant to notice,
was held at the offices of Golkow
Technologies, Inc., One Liberty Place,
51st Floor, 1650 Market Street,
Philadelphia, Pennsylvania, beginning at
9:01 a.m., on the above date, before Ann
Marie Mitchell, a Federally Approved
Certified Realtime Reporter, Registered
Diplomate Reporter and Notary Public for
the Commonwealth of Pennsylvania.
-   -   -


GOLKOW TECHNOLOGIES, INC.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, Pennsylvania 19103
877.370.3377

Confidential - Wayne Macfadden, M.D.

Page 14

1      MR. FRITCH:  David Fritch
2  with Dechert.
3      MR. LeGOWER:  Donald LeGower
4  with Dechert on behalf of
5  AstraZeneca and the witness.
6      MR. McCONNELL:  Stephen
7  McConnell with Dechert LLP
8  representing defendant AstraZeneca
9  and the witness, Dr. Wayne
10  Macfadden.
11          - - -
12          EXAMINATION
13          - - -
14  BY MR. ALLEN:
15      Q.  Good morning.
16      A.  Hello.
17      Q.  Can you tell the jury your
18  name, please, sir?
19      A.  My name is Wayne Macfadden.
20      Q.  You're a medical doctor?
21      A.  Yes.
22      Q.  Can you tell the jury how
23  you're employed?
24      A.  Currently?

Page 15

1      Q.  Yes, sir.
2      A.  I'm employed at Johnson &
3  Johnson.
4      Q.  Johnson & Johnson
5  Pharmaceuticals?
6      A.  Yes.
7      Q.  Is that the distributor of
8  Risperdal?
9      A.  The Johnson & Johnson family
10  of companies manufactures risperidone,
11  yes.
12      Q.  Risperidone is the generic
13  name of Risperdal, the brand name?
14      A.  Yes.
15      Q.  Tell the jury what Risperdal
16  is.
17      A.  Risperdal is a medication in
18  the antipsychotic class.  It's approved
19  for the treatment of schizophrenia.
20      Q.  Do you work on Risperdal?
21      A.  I work on a formulation of
22  risperidone.
23      Q.  Tell the jury who your --
24  how long you've worked at Johnson &

Page 16

1  Johnson, Janssen.
2      A.  Approximately one year.
3      Q.  Can you give us the
4  approximate start date at Janssen &
5  Janssen?  Or Johnson & Johnson, which
6  Janssen -- let me ask this question.
7          Janssen is a division of
8  Johnson & Johnson?
9      A.  Janssen is one of the
10  operating companies within Johnson &
11  Johnson.
12      Q.  How long -- how long have
13  you -- you said that you worked there
14  approximately a year.
15          Do you recall when you
16  started?
17      A.  I believe it was November of
18  last year.
19      Q.  November of 2006?
20      A.  Yes.
21      Q.  Just for the record, today
22  is December 20, 2007.  Correct?
23      A.  Yes.
24      Q.  Prior to the time that you

Page 17

1  worked at Johnson & Johnson -- let me ask
2  this question.  You said you worked at
3  Johnson & Johnson.
4          Do you work for Janssen, the
5  Janssen division?
6      A.  My division is Ortho-McNeil
7  Janssen Scientific Affairs.
8      Q.  Okay.  Prior to working at
9  that pharmaceutical company, where did
10  you work?
11      A.  I was employed at
12  AstraZeneca.
13      Q.  When did you leave
14  AstraZeneca?
15      A.  It was the summer of 2006.
16      Q.  What month?
17      A.  It was August or September,
18  I can't -- one of the two.
19      Q.  Okay.  So you had
20  approximately two months off before you
21  began to work at Janssen?
22      A.  Yes.
23      Q.  Okay.  Were you terminated
24  or fired from AstraZeneca, or did you

5 (Pages 14 to 17)

Confidential - Wayne Macfadden, M.D.

Page 18

1    just leave for better opportunities?
2         A.    I resigned from AstraZeneca.
3         Q.    Why did you -- let me ask
4    this.
5              Was the resignation a
6    voluntary resignation or a suggested
7    resignation?
8         A.    I chose to resign from
9    AstraZeneca.
10        Q.    And when did you make that
11   decision?
12        A.    Either August or September
13   2006.
14        Q.    Did you give two weeks
15   notice at the time of resignation, or did
16   you resign and then leave on the same
17   day?
18        A.    I resigned and left on the
19   same day.
20        Q.    Thank you, sir.
21             Dr. Macfadden, you
22   understand you've been sworn to tell the
23   truth, the whole truth and nothing but
24   the truth.

Page 19

1              Do you understand that?
2         A.    I do.
3         Q.    Do you understand that the
4    oath is a serious matter?
5         A.    Yes.
6         Q.    And the oath says the truth
7    and the whole truth.
8              Do you understand there's a
9    distinction between the truth and the
10   truth and the whole truth?  Do you
11   understand there's a distinction?
12        MR. McCONNELL:  Objection to
13   form.
14        THE WITNESS:  Perhaps you
15   should explain.
16   BY MR. ALLEN:
17        Q.    Well, let me ask this.
18             What does it mean to you
19   when you've been sworn in to tell the
20   truth and the whole truth?  What does
21   that mean to you as a person who took the
22   oath in this case?
23        MR. McCONNELL:  Objection to
24   form.

Page 20

1              THE WITNESS:  I swore to
2    tell the truth.
3    BY MR. ALLEN:
4         Q.    Okay.  Have you ever given a
5    deposition or any sworn testimony before?
6         A.    Yes.
7         Q.    And when did that occur?
8         A.    I don't recall the exact
9    date.
10        Q.    How many times have you
11   given a deposition or sworn testimony
12   before?
13        A.    I've given a deposition
14   once.
15        Q.    Prior to today.  Correct?
16        A.    Yes.
17        Q.    Other than that one
18   deposition prior to today, have you given
19   any other sworn testimony before?
20        A.    I have, yes.
21        Q.    Where else?  You said you
22   gave a deposition?
23        A.    Yes.
24        Q.    What else?

Page 21

1         A.    It was a testimony in a case
2    where I was called in as an expert
3    witness.
4         Q.    Any other testimony, sworn
5    testimony, besides the deposition and the
6    testimony in a case?
7         A.    No, not that I recall.
8              There was one or two times
9    that -- I think it was twice, that I gave
10   a -- testimony as an expert.
11        Q.    In a courtroom?
12        A.    Yes.
13        Q.    Okay.  Anything else?
14        A.    No, I don't recall.
15        Q.    Okay.  Here's what I've
16   written down based upon your testimony.
17             You believe you've given a
18   deposition once before, you don't recall
19   the date, and you believe you've given
20   testimony as an expert in two court
21   cases; is that right?
22        MR. McCONNELL:  Objection to
23   form.
24        THE WITNESS:  That's the

6  (Pages 18 to 21)

Confidential - Wayne Macfadden, M.D.

Page 713

1  What did you write?
2      A.   It appears to say "52-week
3  comparison in stabilized patients. 75,
4  300, 600, 12 Haldol.  Primary time to
5  WD," withdrawal.
6      Q.   What does all of that mean?
7      A.   It appears to imply a
8  52-week study in stabilized patients with
9  75, 300 and 600, and 12 milligrams
10 Haldol.
11     Q.   Did you learn about the
12 weight gain data in -- of consistent
13 weight gain to a medically significant
14 degree when you were looking into study
15 15?
16     A.   I don't recall being
17 appraised of that, no.
18     Q.   Remember you told me CAFE
19 was one of the main ones you were in
20 charge of, right?
21     A.   I was the AstraZeneca
22 physician assigned to participate in the
23 study meetings that were conducted by the
24 PIs.

Page 714

1      Q.   That was a loser for -- CAFE
2  internally at least when you took your
3  notes, CAFE was a loser when compared
4  with Zyprexa and Risperdal, right?
5      A.   My recollection was that the
6  endpoint was a noninferiority design.  My
7  recollection was that the various arms
8  were indeed noninferior to each other.
9      MR. ALLEN:  Objection,
10 nonresponsive.
11 BY MR. ALLEN:
12     Q.   I'll tell you what.  Help us
13 out with, as opposed to your external
14 communication, what your internal
15 handwritten note says, read it aloud,
16 please.
17     MR. MCCONNELL:  Objection,
18 form.
19     THE WITNESS:  "Loss on PANSS
20 plus versus OLZ" and RAS.
21 BY MR. ALLEN:
22     Q.   Doesn't that mean Seroquel
23 lost on the endpoints in the study when
24 compared with Zyprexa and Risperdal?

Page 715

1      A.   My recollection was that in
2  trying to understand this, is that there
3  may have been numerical difference
4  between the three arms.  However, my
5  recollection was that the primary
6  endpoint was achieved.
7      Q.   Your note says Seroquel
8  "loss," right?
9      A.   Yes.
10     Q.   I'm going to ask you a
11 series of questions on that note about --
12 following your testimony about your
13 handwritten note about Seroquel loss.
14 I'm going to read them.  And I just need
15 your answer.
16     Dr. Macfadden, were there
17 any clinical trials on Seroquel -- let me
18 rephrase the question.
19     Dr. Macfadden, was there any
20 clinical trial on Seroquel when it was
21 compared with an active comparator,
22 second generation antipsychotic where
23 Seroquel was shown to be superior with
24 statistical significance in efficacy as

Page 716

1  defined by the study's primary endpoint.
2      A.   Excuse me.  Could you read
3  that one more time, please?
4      Q.   Yes, sir.  Was there any --
5  are you aware of any clinical -- let me
6  rephrase it.
7      Are you aware of any
8  AstraZeneca clinical trial on Seroquel
9  comparing Seroquel to another second
10 generation antipsychotic where Seroquel
11 was shown to be superior with statistical
12 significance on efficacy as efficacy was
13 defined by the study's primary endpoint?
14     A.   That's your question to me
15 now?  My recollection was that there was
16 not a study in which there was a
17 significantly -- significant advantage in
18 efficacy for Seroquel compared to other
19 atypicals to the best of my recollection.
20     Q.   Thank you, sir.
21     This question.
22     Are you aware of any
23 AstraZeneca clinical trial on Seroquel
24 when compared with a first generation

42 (Pages 713 to 716)

Confidential - Wayne Macfadden, M.D.

Page 717

1  antipsychotic where Seroquel was shown to
2  be superior to a degree of statistical
3  significance on efficacy as defined by
4  the study's primary endpoint?
5      A.   To the best of my
6  recollection, there was -- I can't recall
7  a study in which Seroquel demonstrated
8  statistically significantly superior
9  efficacy compared to an atypical
10  regarding schizophrenia.
11      Q.   Yes, sir.  And I didn't ask
12  about atypical in my question.  Now I'm
13  not talking about first generation.  You
14  know the difference between first
15  generation antipsychotics and atypical
16  antipsychotics, do you not?
17      A.   Yes.
18      Q.   So, listen to my question.
19  Are you aware of any AstraZeneca clinical
20  trial on Seroquel where it was compared
21  with a first generation antipsychotic
22  where Seroquel was shown to be superior
23  to a degree of statistical significance
24  on efficacy as efficacy was defined by

Page 718

1  the study's primary endpoint?
2      A.   Not to my recollection, no.
3      Q.   Dr. Macfadden, are you aware
4  of any clinical trial on Seroquel with
5  any active comparator where Seroquel was
6  shown to be superior in efficacy to a
7  statistically significant degree on any
8  endpoint?
9      A.   Excuse me.  The comparator
10  was which?
11      Q.   Any?
12      A.   I can't immediately recall a
13  trial which has significant superiority
14  for Seroquel compared to another
15  antipsychotic.
16      Q.   Thank you.
17          Dr. Macfadden, are you aware
18  of any AstraZeneca clinical trial on
19  Seroquel with an active comparator where
20  Seroquel was shown to be less efficacious
21  to a degree of statistical significance?
22      A.   I can't recall a trial with
23  that result, if one existed.
24      Q.   I'm going to write down

Page 719

1  "Can't recall" on that.
2          Dr. Macfadden, are you aware
3  of any meta-analyses on Seroquel where
4  Seroquel was compared with active
5  comparators where Seroquel was shown to
6  be superior to a statistical degree of
7  significance with any other
8  antipsychotics?
9      A.   I don't recall a study in
10  which Seroquel was shown to be
11  significantly superior in a meta-analysis
12  with other antipsychotics, if that was
13  your question.
14      Q.   Dr. Macfadden, are you aware
15  of any meta-analyses on AstraZeneca
16  clinical trials where Seroquel was
17  compared with active competitors and
18  Seroquel was shown to be less efficacious
19  to a degree of statistical significance?
20      A.   If a study like that
21  existed, I don't recall the results.
22      Q.   Dr. Macfadden, are you aware
23  of any AstraZeneca clinical trial on
24  Seroquel where it was compared with a

Page 720

1  placebo control group and Seroquel was
2  shown to be no more efficacious than a
3  placebo to a degree of statistical
4  significance?
5      A.   To the best of my
6  recollection, there was a single arm on
7  one of the early registration studies
8  that was either comparable to -- may not
9  have been statistically significant, but
10  I can't provide more details than that.
11      Q.   So, you're just aware of one
12  study, and you're only vaguely aware of
13  it where Seroquel was no more efficacious
14  than a placebo?  You're just aware of
15  one?
16      A.   In the treatment of
17  schizophrenia?
18      Q.   That wasn't my question.
19      A.   To the best of my knowledge,
20  that was the one study I have a vague
21  recollection about in which one of the
22  arms may not have been statistically
23  significant compared to placebo in the
24  treatment of schizophrenia.

43 (Pages 717 to 720)

Confidential - Wayne Macfadden, M.D.

Page 721

1    Q.   You're vaguely aware of one
2  schizophrenia study?
3    A.   Yes.
4    Q.   How about nonschizophrenia
5  studies such as study 41?
6         Well, maybe -- 41 could have
7  been a schizophrenia study.  I don't
8  remember.  Was it?  Was the study on
9  sustained release?  I can't remember what
10 the patient population was.  I can find
11 out.
12        Let me just ask, are you
13 familiar with study 41?
14   A.   I don't have a recollection
15 of what study that number pertains to or
16 the results.
17   Q.   Given your answer about
18 whether there's any clinical trial on
19 Seroquel compared with a placebo
20 controlled group where Seroquel was shown
21 to be no more efficacious than a placebo
22 to a degree of statistical significance,
23 when you gave your answer, you were not
24 aware of study 41?

Page 722

1    A.   I don't recall the design of
2  study 41 or what the results were.
3    Q.   Okay.
4         When giving your answer
5  about any clinical trial on Seroquel
6  compared with the placebo where Seroquel
7  was shown to be no more efficacious than
8  a placebo to a degree of statistical
9  significance, did you know about study
10 100?
11   A.   I believe I gave my answer
12 regarding schizophrenia, and I believe
13 study 100 had something to do with
14 bipolar disorder.
15   Q.   In that study, 100, Seroquel
16 was shown to be no more efficacious than
17 an inert placebo, true?
18   A.   I can't recall the
19 specifics.  However, there may have been
20 a study in which Seroquel or placebo was
21 added on to another medication.
22   Q.   It was an adjunct study,
23 Doctor.  It was an adjunct mania study,
24 as was study 99.  When you gave the

Page 723

1  answer to the question about Seroquel
2  being no more efficacious than a placebo,
3  were you aware of studies 104 and 105?
4    A.   I'd like to go back to the
5  previous question.  If it is an add-on
6  study, it's not really a comparison of
7  the second drug versus placebo since
8  medications are already being taken.
9    Q.   We'll debate that with
10 somebody else, but let's make sure we're
11 really clear because I do know about
12 study 100.  And what you did is you at
13 AstraZeneca in the clinical trial gave
14 some patients a combination of placebo
15 and lithium and a medication that starts
16 with a D, I can't pronounce it,
17 divalproex.  How do you pronounce that
18 medication?  You know what I'm talking
19 about?
20   A.   I think that's divalproex.
21   Q.   Study 99, and I'm bad with
22 divalproex, and I will probably butcher
23 the name, I can't get it and I just
24 studied it, and I just won't do it right.

Page 724

1  But study 100 combined a placebo with
2  lithium or a placebo with divalproex
3  versus Seroquel with lithium and Seroquel
4  with divalproex, right?
5         MR. MCCONNELL:  Objection to
6  form.
7         THE WITNESS:  That's my
8  recollection of the general
9  design, yes.
10 BY MR. ALLEN:
11   Q.   Yes.  Then when we compared
12 the patients who were on placebo and
13 lithium and placebo -- excuse me.
14        When we compared the
15 patients who were on placebo and lithium
16 with the patients who were on Seroquel
17 and lithium in the primary endpoint,
18 Seroquel was no more efficacious than the
19 placebo arm, right?
20   A.   No more effective than
21 lithium alone compared -- and adjunct to
22 placebo.
23   Q.   Right.
24        Now, I'm going to go back

44  (Pages 721 to 724)

Confidential - Wayne Macfadden, M.D.

Page 729

1  to the specific marketing point
2  you're referring to.  However,
3  when efficacy or efficaciousness
4  is discussed, it often implies a
5  combination of efficacy and
6  tolerability.
7         MR. ALLEN:  Objection,
8  nonresponsive, completely.
9  BY MR. ALLEN:
10     Q.   Doctor, did your company
11 ever go out and tell anybody anywhere at
12 any time that Seroquel is more
13 efficacious than another second
14 generation antipsychotic?
15     A.   I don't know.
16     Q.   Based upon the clinical
17 trial data that you are aware of, could
18 AstraZeneca honestly and truthfully go
19 out and tell anybody Seroquel is more
20 efficacious than another second
21 generation antipsychotic?
22         MR. MCCONNELL:  Objection to
23 form.
24         THE WITNESS:  To the best of

Page 730

1         my knowledge, there were no
2         studies which showed a
3         statistically significant
4         advantage for Seroquel over
5         competitors.
6  BY MR. ALLEN:
7      Q.   Therefore, if any
8  AstraZeneca employee or representative
9  ever told anybody that our product,
10 Seroquel, is superior on efficacy to
11 another second generation antipsychotic,
12 that would be a lie, wouldn't it?
13         MR. MCCONNELL:  Objection to
14 form.
15         THE WITNESS:  With my
16         understanding of the studies, they
17         would be incorrect with that, yes.
18 BY MR. ALLEN:
19     Q.   That's a nice way of saying
20 it.  It would be incorrect for anybody
21 from AstraZeneca to ever have represented
22 that Seroquel is more efficacious than
23 any other second generation
24 antipsychotic, right?

Page 731

1         MR. MCCONNELL:  Objection to
2  form.
3  BY MR. ALLEN:
4      Q.   It would be incorrect?
5      A.   As I say, I was not and I am
6  not aware of any studies such as that
7  that would show superior efficacy.  Based
8  on my recollection of the studies there,
9  that would be incorrect, yes.
10     Q.   That's a nice way of putting
11 it.  Another way of putting it, it would
12 be false and untrue for AstraZeneca to
13 have represented based upon the
14 AstraZeneca clinical trial data that
15 Seroquel was superior in efficacy to any
16 other second generation antipsychotic,
17 true?
18         MR. MCCONNELL:  Objection to
19 form.
20         THE WITNESS:  Based on what
21 I recall from the clinical trials,
22 it would be incorrect to assert
23 that Seroquel was more efficacious
24 based on a lack of statistical

Page 732

1         superiority as I can recall it.
2  BY MR. ALLEN:
3      Q.   It would not only be
4  incorrect, it would be false, it would be
5  untrue, and to put it bluntly, it would
6  be a lie, true?
7         MR. MCCONNELL:  Objection,
8  form.
9         THE WITNESS:  It would be
10 incorrect.  I can't speak about
11 your other characterizations.
12 BY MR. ALLEN:
13     Q.   Not only would it be untrue
14 to say that Seroquel was more efficacious
15 than a second generation antipsychotic,
16 it would be untrue to say that Seroquel
17 was more efficacious than a first
18 generation antipsychotic, true?
19     A.   It depends how the word
20 "efficacious" is used.  If it pertains to
21 combinations of efficacy and safety, it
22 is different than just efficacy alone.
23     Q.   I'm talking about efficacy
24 alone, Doctor.  It would be untrue and

Confidential - Wayne Macfadden, M.D.

Page 733

1  wrong for AstraZeneca to represent that
2  Seroquel was more efficacious than any
3  first generation antipsychotic, true?
4       MR. MCCONNELL: Objection to
5  form. Objection to the extent it
6  calls for a legal conclusion.
7       THE WITNESS: To the best of
8  my recollection, as I stated,
9  there was no clinical trial in
10  which Seroquel demonstrated
11  statistically significant
12  superiority over a typical
13  antipsychotic, thus, to the best
14  of my recollection, that would be
15  false.
16  BY MR. ALLEN:
17     Q.  Thank you.
18     And when you said "a
19  typical," in that sentence, you were
20  using "a" and "typical" as two separate
21  words, right?
22     A.  Yes.
23     Q.  Now, when making a
24  risk/benefit analysis, one must look at

Page 734

1  both efficacy and safety, true?
2     A.  If a clinician is deciding
3  on a medication, presumably they look at
4  both safety and efficacy, yes.
5       MR. ALLEN:  What's my next
6  Exhibit Number?  39?
7       THE COURT REPORTER:  Yes.
8            - - -
9       (Whereupon, Deposition
10  Exhibit Macfadden 39, Handwritten
11  document (1 page), was marked for
12  identification.)
13            - - -
14  BY MR. ALLEN:
15     Q.  Doctor, you have to look at
16  the screen for 39 because you and I are
17  going to create this together.  You have
18  the screen, you can see the exhibit?
19     A.  Yes.
20     Q.  The SQ on the left-hand
21  column, we're going to have that stand
22  for Seroquel.  That's a common
23  abbreviation in your company for
24  Seroquel, is it not?

Page 735

1     A.  I think SQL was more common,
2  but, yes.
3     Q.  You know what, SQL, that's
4  Seroquel, right?
5     A.  Yes.
6     Q.  All others, we're going to
7  put "all other antipsychotics." I'm a
8  real bad speller, by the way.
9       Now, you've told us in
10  regard to efficacy, which I'm going to
11  put over here in the left hand -- you've
12  given us your answer in regard to
13  efficacy, and there was no superiority
14  for Seroquel in the data that you're
15  aware of, true?
16     A.  There was no statistically
17  significant superiority regarding
18  efficacy endpoints to the best of my
19  knowledge that I can recall.
20     Q.  And so I would like to add
21  "statistical." By the way, in the
22  scientific field there at AstraZeneca,
23  that's what's important, isn't it,
24  statistical significance?

Page 736

1     A.  Statistical significance and
2  clinical significance are both important.
3     Q.  You're a pharmaceutical
4  physician.  That's how you described
5  yourself yesterday.  Do you remember
6  that?
7     A.  I described myself as a
8  physician being employed by a
9  pharmaceutical company, therefore, a
10  pharmaceutical physician, yes.
11     Q.  I didn't use the term.  Do
12  you recall in an answer to my question,
13  you volunteered that you said I am a
14  pharmaceutical physician?  Do you recall
15  that?
16       MR. MCCONNELL:  Objection to
17  form.
18       THE WITNESS:  Yes.
19  BY MR. ALLEN:
20     Q.  In fact, I remember I asked
21  you something, and you said, well, Mr.
22  Allen, that was before I became a
23  pharmaceutical physician.  And I asked
24  you when you became a pharmaceutical

47 (Pages 733 to 736)