# EXHIBIT 12

Confidential - Barry David Charles Arnold

Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

- - -

IN RE:
SEROQUEL LITIGATION   : MDL NO. 1769
                      :
THIS DOCUMENT RELATES:
TO ALL ACTIONS        :

- - -

June 18, 2008

- - -

C O N F I D E N T I A L

- - -

Videotape deposition of BARRY DAVID CHARLES ARNOLD, held at the Radisson Edwardian Manchester, Free Trade Hall, Peter Street, Manchester, England commencing at 9:14 a.m. before Linda L. Golkow, Registered Diplomate Reporter, Certified Shorthand Reporter.

- - -

Golkow Technologies, Inc.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Golkow Technologies, Inc. - 1.877.370.DEPS

**Page 362**

1  Q. Is that a common symptom in
2  people with diabetes?
3  A. It's actually a sign rather
4  than a symptom, but it may be a sign of
5  diabetes mellitus. But, of course, there
6  are many other causes of ketonuria as
7  well.
8  Q. Do you see where it says,
9  "Seroquel discontinued about 3 months
10  later. DM" or diabetes mellitus
11  "reported to have resolved that same
12  day." Do you see that?
13  A. Yes, I do.
14  Q. So, would that be an example
15  of a positive dechallenge?
16  A. I would regard that as an
17  example of a possible positive
18  dechallenge. The data that's presented
19  in front of me is not full. What we
20  don't know is what concomitant
21  medications the patient was on, we don't
22  know whether those medications were
23  stopped at the same time, and then,
24  equally, what we don't know is, was the

**Page 363**

1  patient subject to some sort of dietary
2  control at the same time as discontinuing
3  Seroquel. So, this is a case that lacks
4  complete data, and, therefore, it may
5  appear as a positive dechallenge, but
6  that has yet to be confirmed.
7  Q. Well, from the data that is
8  presented, does this appear to be a case
9  of positive dechallenge?
10  A. Well, the important thing is
11  when you are --
12  MR. BROWN: Objection.
13  THE WITNESS: The important
14  thing is when you're assessing
15  individual clinical cases like
16  this is that you assess them on
17  the basis of a complete dataset if
18  you're trying to categorize them
19  in the manner that you seem to be
20  attempting.
21  BY MR. BLIZZARD:
22  Q. Do you know what efforts
23  were made by the company to get a
24  complete dataset after analyzing this

**Page 364**

1  information here?
2  A. I do not know the specific
3  details of the followup of this
4  particular patient. I'm aware that the
5  company has a standard operating
6  procedure for followup. And to my
7  experience, the data handling teams and
8  the clinical teams who were managing
9  adverse event reports follow that SOP
10  very diligently.
11  Q. Would the fact that it
12  resolved on the same day give you a clue
13  that it might be a positive dechallenge?
14  MR. BROWN: Objection to the
15  form.
16  BY MR. BLIZZARD:
17  Q. Would that be a pretty
18  strong indication of a positive
19  dechallenge, resolving on the same day
20  that Seroquel was discontinued?
21  MR. BROWN: Objection.
22  THE WITNESS: The fact that
23  it resolved on the same day may be
24  taken as an indicator that it

**Page 365**

1  might be a positive dechallenge.
2  I would not characterize it as
3  being a clue, and I certainly
4  wouldn't characterize it as being
5  a strong indicator, as you
6  suggest, due to the lack of data.
7  BY MR. BLIZZARD:
8  Q. If you look at the one
9  that's second from the bottom of the
10  first page, which is 2004UW06024, it's
11  described as a nonserious event. Do you
12  see this involved an 11-year-old male?
13  A. Yes.
14  Q. The dose was unknown,
15  approximately six months, correct?
16  A. That's correct.
17  Q. And in the comments, does it
18  say the preferred term was "blood glucose
19  increased"?
20  A. So, that would be the
21  reported event, yes.
22  Q. Then it said, "Patient" has
23  arrow up or that would be increased
24  "blood sugar," right?

Confidential - Barry David Charles Arnold

Page 366

1   A.   That is correct.
2   Q.   And then "TX" -- that's
3   treatment, isn't it?
4   A.   That would stand for
5   treatment.
6   Q.   It says, "equals oral
7   anti-diabetic med (unspecified).
8   Seroquel discontinued. BS normalized,"
9   "BS" being blood sugar, correct?
10  A.   That's correct.
11  Q.   So, again, after Seroquel
12  was discontinued, blood sugar normalized,
13  correct?
14  A.   It states that blood sugar
15  was normalized. It implies that it was
16  after Seroquel was discontinued. It
17  doesn't state that factually, whereas the
18  first patient that you indicated to me
19  was very factual, reported to resolve
20  that same day.
21  Q.   Well, it says "Seroquel
22  discontinued," and then the next sentence
23  says "BS" or blood sugar "normalized,"
24  right?

Page 367

1   A.   Yes. I'm just being very
2   precise because you tried to use the word
3   "then." That's an assumption or an
4   implication.
5   Q.   Okay.
6        So, when you're reading
7   this, the blood sugar did not normalize
8   after the Seroquel was discontinued?
9   A.   No. I think it's an
10  assumption that it normalized after
11  discontinuation of Seroquel, but that's
12  not -- should not be stated as a matter
13  of fact, based upon the summary that's
14  provided in this comments column.
15  Q.   Well, we could look at the
16  original adverse event report, couldn't
17  we?
18  A.   Yes, we could, and that
19  perhaps might be more informative.
20  Q.   And do you really think that
21  it was normalized before Seroquel was
22  discontinued?
23  A.   I'm just dealing with facts
24  for the purpose of this jury. I think

Page 368

1   that you've made an assumption that it's
2   normalized afterwards. I'm not saying
3   that that's not a reasonable assumption.
4   I'm just saying it's an assumption,
5   rather than a statement of fact.
6   Q.   Well, let's go to the next
7   one then. See, this is 2004UW08948.
8   This is a 7-year-old male, correct?
9   A.   It appears that way, yes.
10  Q.   This is a 7-year-old male
11  taking 300 milligrams daily, correct?
12  A.   Yes.
13  Q.   It says the PTs is
14  "Hypoglycemia, Hyperglycemia, Lipids
15  increased," right?
16  A.   That's correct.
17  Q.   It then says, "Patient had
18  decreased blood sugars and increased
19  blood sugars"?
20  A.   Yes.
21  Q.   "BS fluctuating from 42
22  (fasting) to 202 (1 hour after fruit),
23  HbA1c equals 4.9%, GTT equals 99 (2 hours
24  post glucose). Patient also had

Page 369

1   increased lipids (no lab data). Seroquel
2   discontinued within one week positive
3   blood sugars back to normal."
4        Do you see that?
5   A.   Yes.
6   Q.   Is that a case of a positive
7   dechallenge?
8   A.   It's an apparent case of
9   positive dechallenge, but I'm not sure
10  what it's a positive dechallenge to,
11  because it says blood sugar back to
12  normal, but we don't know whether that's
13  referring to the decreased blood sugar,
14  hypoglycemia, or the increased blood
15  sugar, hyperglycemia.
16       I'd also remark that the
17  HbA1c of 4.9 percent, to my knowledge,
18  that does not equate with a HbA1c level
19  that matches hyperglycemia. Patients who
20  are hyperglycemic who may be tending
21  towards diabetes, you would expect a
22  higher HbA1c than that. So, yes, it
23  appears to be a positive dechallenge, but
24  I'm not sure what event is actually being

93 (Pages 366 to 369)