# EXHIBIT 13

INTERNAL MEMORANDUM

**Date:** 12-Feb-1997 03:40am EDT
                                    Tel No: 01625 517679
**To:** See Below

**From:** Richard Lawrence

**Subject:** RE: US/Canada Investigator meeting and Study 15
----------------------------------------------------------------

I am not 100% comfortable with this data being made publically available at the present time....however I understand that we have little choice....Lisa has done a great 'smoke-and-mirrors' job!

Adopting the approach Don has outlined should minimise (and dare I venture to suggest) could put a positive spin (in terms of safety) on this cursed study.

Athena, with Mark Sahl having left I am not certain who is replacing him. Whoever it is..... ought they speed a reserve press release through?

Richard


**Distribution:**

| | | |
|---|---|---|
| **To:** | Don Stribling | ( STRIBLING D@A1@APVXC1 ) |
| **CC:** | Lisa A. Arvanitis | ( ARVANITIS LA@A1@UWP00 ) |
| **CC:** | Don Stribling | ( STRIBLING D @ A1 @ APVXC1 ) |
| **CC:** | Richard Lawrence | ( LAWRENCE RA @ A1 @ APVXC1 ) |
| **CC:** | Athena M. Ruhl | ( RUHL AM@A1@UWP00 ) |
| **CC:** | Chris R. Griffett | ( GRIFFETT CR@A1@UWP00 ) |
| **CC:** | Ricky Bache | ( BACHE RA @ A1 @ APVXC1 ) |
| **CC:** | Joher Raniwalla | ( RANIWALLA J1 @ A1 @ APVXC1 ) |
| **CC:** | Georgia L. Tugend | ( TUGEND GL@A1@UWP00 ) |

AZSER10626743