# EXHIBIT  22

# Unknown

| | |
|---|---|
| **From:** | Wayne Geller |
| **Sent:** | Monday, September 18, 2000 6:27 PM |
| **To:** | G=Dorothee; G=Liz |
| **Cc:** | G=Safety; G=Joy; G=Vikram |
| **Subject:** | Re: FW: Quetiapine and glucose metabolism disorders |

**Attachments:**    SeroquelSERMDMDKAPositionPaper.doc

Dear Liz and Dorothee,

Attached is a position paper based upon my presentation at the last SERM meeting on diabetes mellitus, diabetic ketoacidosis, and non-ketotic hyperosmolar coma.  Please feel free to contact me if you have any additional questions.

Thanks and kind regards,
Wayne



SeroquelSERMDMD
KAPositionPaper...

Thanks,
Wayne

-------------------------------------------------

| | |
|---|---|
| To: | Wayne Geller/HQ/Astra Merck |
| cc: | /G=Dorothee/S=Wientjes/O=Astra Pharmaceutica BV/P=Astra/A=400NET/C=NL, /G=Safety/S=Mailbox/O=Astra Pharmaceutica BV/P=Astra/A=400NET/C=NL, /G=Joy/I=JA/S=Gulliford/OU=ALDERLEY/O=PHARMS/P=ZENECA/A=TMAILUK/C=GB |
| From: | Liz Smith @ X400 |
| Date: | 09/18/2000 11:51 AM GDT |
| Subject: | FW: Quetiapine and glucose metabolism disorders |

Message
_____

Dear Wayne
Please find attached below a request from the Dutch regulatory authorities about
Seroquel.
I would be grateful if you could reply direct to Dorothee since I am out of the
office after tomorrow, and Mary O'Hare is also out of the office this week.
With many thanks and kind regards,
Liz

----------
| | |
|---|---|
| From: | Wientjens, Dorothee (temp. employee) |
| Sent: | 18 September 2000 08:53 |
| To: | Smith, Liz EH |
| Cc: | O'Hare, Mary M; Hyde, Margaret EM; Gulliford, Joy JA; Whittaker, Denise D - |

1

CONFIDENTIAL
AZ/SER 6972773

R&D

Subject:          FW: Quetiapine and glucose metabolism disorders

Dear Mailbox,

Please find enclosed a letter form the Duth authorities concerningQuetialpine
and glucose metabolism.
I would be most grateful if you could address his request.

Thank you in advance

Dorothee PWM Wientjens
DSO
AstraZenecaNL


-----Oorspronkelijk bericht-----
Van: Meiners, dhr. drs. A.P. [mailto:ap.meiners@cbg-meb.nl]
Verzonden: dinsdag 5 september 2000 15:35
Aan: Wientjens Dorothee (temp. employee)
Onderwerp: Quetiapine and glucose metabolism disorders


Dear Dorothee,

At a recent pharmacovigilance working party a signal was raised for one of
the other atypical antipsychotic drugs in relation to glucose metabolism
disorders. Looking at our recent PSUR assessment reports we don-t seem to
have recognised this with Seroquel, however, increases in weight and blood
lipids are recognised, so it would not seem impossible. A formal request for
an overview and assessment report on all reports of glucose metabolism
disorders associated with quetiapine use is coming your way as part of
conclusions of assessment of a type II variation application currently under
review, but to expedite matters I am also already sending you this request
by e-mail. Would it be possible to submit such a report on short notice. It
probably doesn-t have to be very extensive as it only focusses on a single
issue and it could well be that the number of reports is very limited(even
if it would require searching your database for terms such as glucose
metablism disorder, glucose increasead, hyperglycemia, diabetes,
hypoglycemia, etc.)

Sincerely,
------------------------------------
Arthur P. Meiners, head of pharmacovigilance
Medicines Evaluation Board
Kalvermarkt 53 PoBox 16229
2500 BE The Hague
Netherlands
tel +31(70)3567492
fax +31(70)3567515
mailto:ap.meiners@cbg-meb.nl

CONFIDENTIAL
AZ/SER 6972774