# EXHIBIT 32

## Weight and Diabetes Sell Sheet VM 08 15 05 v6

Hello, this is Christine Ney, Scientific Alignment Manager for Seroquel I want to follow-up with you on the Weight and Diabetes Sell Sheet you received recently This selling tool contains data on both weight gain and diabetes that you'll find helpful as you engage customers about SEROQUEL's tolerability -- and address their comments and questions on these issues

First, you'll notice that key data and summary statements (even footnotes!) are presented clearly in this compact, two-sided format Then, you'll notice the message points that help you focus and organize your thoughts with facts like

- Overall weight gain for SEROQUEL-treated patients diagnosed with schizophrenia was 2 3 kg after at least 26 weeks of treatment

You can also point out that

- In monotherapy bipolar mania trials, the average weight gain was 1 8 kg In adjunct therapy bipolar mania trials, the average gain was 1 97 kg

And

CONFIDENTIAL
AZSER10453450

- In pivotal trials (of 3- to 12-week duration), with "weight gain" defined as an increase of 7% or more from baseline, the incidence was 13% to 23% in patients receiving SEROQUEL, versus 4% to 7% in patients on placebo

- There were no discontinuations due to weight gain with SEROQUEL in pivotal trials for schizophrenia and bipolar mania

For Diabetes consider pointing out that

- Seroquel has over 8 million patient exposures worldwide since it was approved for use in 1997  While hyperglycemia-related adverse events have been reported in patients taking atypical antipsychotics, including SEROQUEL, to date the available data has not established a causal link between diabetes and SEROQUEL

- Hyperglycemia, in some cases extreme and associated with ketoacidosis, hyperosmolar coma or death, has been reported in patients treated with atypical antipsychotics, including SEROQUEL

Our objective is to neutralize customer objections to SEROQUEL's weight and diabetes profile  This is possible with messages that are supported by data -- the kind of message you can take away from the Weight and Diabetes Sell Sheet

CONFIDENTIAL
AZSER10453451

I think you'll appreciate the potential of this tool   Then, don't forget to refocus the call on SEROQUEL's Trusted Tolerability profile, highlighting the low incidence of Akathisia and EPS with SEROQUEL

Thanks everyone and good selling!

CONFIDENTIAL
AZSER10453452