# EXHIBIT  36



**DEPARTMENT OF HEALTH & HUMAN SERVICES**          Public Health Service

Food and Drug Administration
Rockville, MD  20857

NDA 20-639

AstraZeneca Pharmaceuticals
Attention:  Gerald L. Limp
Director, Regulatory Affairs
P.O. Box 8355
Wilmington, DE  19803-8355

**RECEIVED**

SEP 1 5 2003

U.S. Regulatory Affairs

*2003/494*
*Seroquel*
*NDA 20-639*

Dear Mr. Limp

Please refer to your new drug application (NDA) for Seroquel (quetiapine fumarate) Tablets.

After reviewing the available data pertaining to the use of atypical antipsychotic medications and diabetes mellitus adverse events, we have concluded that the product labeling for all atypical antipsychotics should be updated to include information about these events.

While we acknowledge that the relationship between atypical antipsychotic use and diabetes mellitus adverse events has not been completely described, we believe the safe use of Seroquel can be enhanced by informing prescribers and patients about these events.  Increased attention to the signs and symptoms of diabetes mellitus may lead to earlier detection and appropriate treatment, and thus reduce the risk for the most serious outcomes.

We request that the following changes in the labeling be made so as to furnish adequate information for the safe and effective use of the drug:

**WARNINGS**
**Hyperglycemia and Diabetes Mellitus**
Hyperglycemia, in some cases extreme and associated with ketoacidosis or hyperosmolar coma or death, has been reported in patients treated with atypical antipsychotics including Seroquel.  Assessment of the relationship between atypical antipsychotic use and glucose abnormalities is complicated by the possibility of an increased background risk of diabetes mellitus in patients with schizophrenia and the increasing incidence of diabetes mellitus in the general population.  Given these confounders, the relationship between atypical antipsychotic use and hyperglycemia-related adverse events is not completely understood.  However, epidemiological studies suggest an increased risk of treatment-emergent hyperglycemia-related adverse events in patients treated with the atypical antipsychotics studied.  Precise risk estimates for hyperglycemia-related adverse events in patients treated with atypical antipsychotics are not available.  The available data are insufficient to provide reliable estimates of differences in hyperglycemia-related adverse event risk among the marketed atypical antipsychotics.

Patients with an established diagnosis of diabetes mellitus who are started on atypical antipsychotics should be monitored regularly for worsening of glucose control.  Patients with risk factors for diabetes mellitus (e.g., obesity, family history of diabetes) who are

NDA 20-639
Page 2

starting treatment with atypical antipsychotics should undergo fasting blood glucose testing at baseline and periodically during treatment. Any patient treated with atypical antipsychotics should be monitored for symptoms of hyperglycemia including polydipsia, polyuria, polyphagia, and weakness. Patients who develop symptoms of hyperglycemia during treatment with atypical antipsychotics should undergo fasting blood glucose testing. In some cases, hyperglycemia has resolved when the atypical antipsychotic was discontinued; however, some patients required continuation of anti-diabetic treatment despite discontinuation of the suspect drug.

Although we believe that the labeling changes accurately reflect the currently available information about antipsychotic use and diabetes mellitus, we acknowledge that additional labeling changes may be required as new information becomes available. Areas that require additional research include, but are not limited to, identification of subpopulations at greatest risk for diabetes mellitus adverse events, exploration of the relative risk for diabetes mellitus adverse events among the different antipsychotics, and evaluation of potential mechanisms of action.

Please submit twenty copies of final printed labeling, ten of which are individually mounted on heavyweight paper or similar material, exactly as specified above as a "Supplement - Changes Being Effected." Incorporate all previous revisions as reflected in the most recently approved package insert. To facilitate review of your submission, provide a highlighted or marked-up copy that shows the changes that are being made.

If you have any questions, call Steven D. Hardeman, R.Ph., Senior Regulatory Project Manager, at (301) 594-5525.

Sincerely,

*{See appended electronic signature page}*

Russell Katz, M.D.
Director
Division of Neuropharmacological Drug Products
Office of Drug Evaluation I
Center for Drug Evaluation and Research

AZSER 08789458

---
**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**
---

```
 /s/
---------------------
Russell Katz
9/11/03 03:12:47 PM
```

AZSER 08789459