# EXHIBIT 37



Date: OCT 1 5 2003

Russell G. Katz, M.D.
Division Director
Division of Neuropharmacological Drug Products
Center for Drug Evaluation and Research
Food and Drug Administration
HFD-120, Room 4049
1451 Rockville Pike
Rockville, MD 20852-1448

Re:   NDA 20-639
      SEROQUEL® (quetiapine fumarate) Tablets
      Response to FDA Request for Labeling Change

Dear Dr. Katz:

The purpose of this submission is to acknowledge receipt of the September 11, 2003 correspondence from the Division of Neuropharmacological Drug Products which requests changes be made to the SEROQUEL label regarding the use of atypical antipsychotic medications and diabetes mellitus.

Earlier this summer, as part of our normal operating procedure, AstraZeneca completed a comprehensive internal analysis of existing data and concluded that the available data do not establish a causal link between diabetes and Seroquel. Among other things, our analysis is consistent with the Food and Drug Administration's position concerning the prevalence of diabetes in the general and schizophrenic populations. Moreover, we believe that the association between diabetes and schizophrenia further confounds the evaluation and interpretation of post-marketing reports and retrospective epidemiology studies that are already confounded by other factors such as lifestyle, weight, family history and other medications.

AstraZeneca is committed to working closely with the FDA to ensure that physicians receive accurate information to assist them in the appropriate prescribing of Seroquel. Currently, we are in the process of evaluating steps to address the concerns raised in the September 11, 2003 correspondence. Prior to taking any actions with respect to changing the Seroquel label, we would like to discuss such steps with the agency and ask that a meeting be scheduled in the first half of December 2003. I will be in contact with Steven D. Hardeman, R.Ph., Senior Regulatory Project Manager in the near future to arrange such a meeting.

This submission contains trade secrets and confidential commercial information exempt from public disclosure pursuant to exemption 4 of the Freedom of Information Act and FDA

**US Regulatory Affairs**
**AstraZeneca Pharmaceuticals LP**
1800 Concord Pike  PO Box 8355  Wilmington DE 19850-8355

A20010 (8/00)

CONFIDENTIAL
AZSER05316807

NDA 20-639: SEROQUEL® (quetiapine fumarate) Tablets

regulations, and the disclosure of which is prohibited by the Federal Food, Drug, and Cosmetic Act, the Trade Secrets Act, and other applicable law. Pursuant to FDA regulations, AstraZeneca is entitled to notice, an opportunity to object, and an opportunity to seek pre-release judicial review in the event that FDA determines that all or any part of this submission may be disclosed.

Please direct any questions or requests for additional information to me, or in my absence, to Brian Abbott, Regulatory Project Manager, at (302) 886-1437.

Sincerely,

*[signature: Kevin McKenna]*

Kevin McKenna, Ph.D.
Executive Director, Regulatory Affairs
Telephone: (302) 886-2742
Fax: (302) 886-3342

Technical Review Jacket: Steven D. Hardeman, RPh, HFD-120, Room 4028

CONFIDENTIAL
AZSER05316808