**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**<br>This document relates to:<br>*Linda Guinn*, No. 6:07-CV-10291<br>*Janice Burns*, No. 6:07-CV-15959<br>*Richard Unger*, No. 6:07-CV-15812<br>*Connie Curley*, No. 6:07-CV-15701<br>*Linda Whittington*, No. 6:07-CV-10475<br>*Eileen McAlexander*, No. 6:07-CV-10360<br>*David Haller*, No. 6:07-CV-15733 | **MDL DOCKET NO:**<br>**6:06-MDL-1769-ACC-DAB** |

**PLAINTIFFS' NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION TO EXCLUDE THE SPECIFIC-CAUSATION TESTIMONY OF PLAINTIFFS' CASE-SPECIFIC CAUSATION WITNESSES AND SUPPORTING MEMORANDUM OF LAW**

Pursuant to the Court's instructions of February 26, 2009, the above-listed Plaintiffs submit their Notice of Unsealing and Filing Non-Confidential Exhibits to their Response filed in opposition to the Motion to Exclude the Specific-Causation Testimony of Plaintiffs' Case-Specific Causation Witnesses and Supporting Memorandum of Law filed by Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP on or about November 3, 2008. Plaintiffs' Response was originally filed under seal, together with the Exhibits thereto listed below ("Exhibits"), on or about November 24, 2008. In accordance with the Court's instructions announced February 26, 2009, a version of the Plaintiffs' Response, with limited redactions if required by the agreement of the parties announced in open Court on February 26, 2009, or by further order of the Court, will be filed of public record on the CM/ECF system or before March 4, 2009.

1

**Exhibits to Plaintiffs' Response in Opposition to AstraZeneca's Motion to Exclude the Specific-Causation Testimony of Plaintiffs' Case-Specific Causation Witnesses and Supporting Memorandum of Law**

| Exhibit No. | Description |
|---|---|
| 1 | Deposition Transcript of Jennifer B. Marks, Volumes 1-2, dated October 6-7, 2008 |
| 2 | Deposition Transcript of Brian R. Tulloch, Volumes 1-5, dated October 2, 8-9, 1 and 15-16, 2008 |
| 5 | Deposition Transcript of Bruce D. Perry, Volumes 1-2, dated October 8-9, 2008 |
| 6 | Deposition Transcript of Israel Jack Abramson, Volujmes 1-2, dated October 6-7, 2008 |
| 7 | Deposition Transcript of Mitchell Alan Young, dated October 13, 2008 |
| 8 | Expert Report of Jennifer B. Marks for Linda Guinn (without exhibits) |
| 9 | Expert Report of Jennifer B. Marks for Janice Burns (without exhibits) |
| 10 | Expert Report of Jennifer B. Marks for Connie Curley (without exhibits) |
| 11 | Expert Report of Brian R. Tulloch for Richard Unger (without exhibits) |
| 12 | Expert Report of Brian R. Tulloch for Linda Whittington (without exhibits) |
| 13 | Expert Report of Brian R. Tulloch for Eileen McAlexander (without exhibits) |
| 14 | Expert Report of Brian R. Tulloch for David Haller (without exhibits) |
| 15 | Expert Report of Bruce D. Perry for Linda Guinn (without exhibits) |

| Exhibit No. | Description |
|---|---|
| 16 | Expert Report of Bruce D. Perry for Janice Burns (without exhibits) |
| 17 | Expert Report of Bruce D. Perry for Connie Curley (without exhibits) |
| 18 | Expert Report of Israel Jack Abramson for Eileen McAlexander (without exhibits) |
| 19 | Expert Report of Israel Jack Abramson for David Haller (without exhibits) |
| 20 | Expert Report of Israel Mitchell Alan Young for Richard Unger (without exhibits) |
| 21 | Expert Report of Israel Mitchell Alan Young for Linda Whittington (without exhibits) |
| 22 | Declaration of Brian R. Tulloch, M.D. |
| 23 | Brecher, et al., *Quetiapine and Long Term Weight Change: A Comprehensive Data Reiew of Patients with Schizophrenia,* J. Clin. Psychiatry 68:4 (April 2007) |
| 24 | Deposition Transcript of Jeffrey P. Koplan, M.D., M.PH., dated November 16,2008 |
| 25 | Deposition Transcript of Jennifer L. Payne, M.D., dated October 22, 2008 |
| 26 | Declaration of Laura M. Plunkett, Ph.D., DABT |
| 27 | Declaration of William C. Wirshing, M.D. |
| 28 | Expert Report of Laura M. Plunkett, Ph.D. DABT (without exhibits) |
| 29 | Expert Report of Donna K. Arnett, Ph.D. (without exhibits) |
| 30 | Expert Report of William C. Wirshing, M.D. (without exhibits) |

| Exhibit No. | Description |
|---|---|
| 31 | Nies, Alan S., Ch. 3, *Principals of Therapeutics,* in GOODMAN & GILMAN'S THE PHARMACEUTICAL BASIS OF THERAPEUTICS 45, 50-51. |
| 32 | Declaration of Jennifer B. Maks, M.D. |

DATED:  February 27, 2009      Respectfully submitted,


By:     /s/ Robert W. Cowan
         F. Kenneth Bailey Jr.
         K. Camp Bailey
         Fletcher V. Trammell
         Robert W. Cowan
         **BAILEY PERRIN BAILEY**
         440 Louisiana St., Suite 2100
         Houston, Texas 77002
         (713) 425-7100 Telephone
         (713) 425-7101 Facsimile
         kbailey@bpblaw.com
         cbailey@bpblaw.com
         ftrammell@bpblaw.com
         rcowan@bpblaw.com
         **Co-Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 27th day of February, 2009, I electronically filed the foregoing: PLAINTIFFS' NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION TO EXCLUDE THE SPECIFIC-CAUSATION TESTIMONY OF PLAINTIFFS' CASE-SPECIFIC CAUSATION WITNESSES AND SUPPORTING MEMORANDUM OF LAW with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/ Robert W. Cowan
Robert W. Cowan