42

1  whether there were articles that exist that might
2  contradict or in some way cast out on the opinions that
3  you were offering in this litigation?
4  A  No.
5  Q  Did you make any attempt on your own to see if
6  there were articles that in any way contradict or cast
7  out on the opinions you were offering in this
8  litigation?
9  A  Not specifically.
10 Q  What do you mean not specifically?
11 A  Well, when I did the literature searches I
12 simply looked for the topic related to atypical
13 antipsychotics, I did not discriminate against any
14 articles, I took whatever came up.
15 Q  When you did the literature searches, how many
16 articles did you turn up?
17 A  I don't remember, there was quite a few.
18 Q  But is it 20, is it 200, is it 2,000?
19 A  Somewhere between 20 and 200.
20 Q  And how many of those articles did you print
21 out and read?
22 A  I printed out and read the ones that are on
23 the list that are here that were not already provided to
24 me by Glenda, some of those articles had already been
25 provided.

43

1  Q  Did you ask Glenda whether there are any
2  articles — I'm sorry, did you ask Glenda whether there
3  are any studies that have not yet been published in the
4  peer review literature that might be relevant to the
5  opinions you are offering are regard to Quetiapine?
6  A  No, I didn't.
7  Q  Do you know if there are?
8  A  I don't know.
9  Q  Did you ask Glenda or any of the Plaintiffs'
10 lawyers whether there are any abstracts that have been
11 presented with regard to Quetiapine that you had not
12 reviewed?
13 A  No.
14 Q  Do you know if there are any?
15 A  No, I don't.
16 Q  Before offering your opinions, did you make
17 any effort to see if any of those studies that had not
18 yet been published or that exist in abstract form might
19 contradict or differ with the opinions that you are
20 expressing in this litigation?
21 A  No.
22 Q  Do you still have the printout reflecting the
23 search that you did for medical literature?
24 A  No, I probably didn't print out a list, if
25 that is what you mean.

44

1  Q  Is it something you would be able to recreate
2  in any way?
3  A  I don't think so.
4  Q  How long ago did you do it?
5  A  Initially back when I first was asked to be
6  involved in this, which according to my time line there,
7  was earlier this year.
8  Q  And then you did a subsequent search within
9  the last week; is that correct?
10 A  Yes, I have done a couple searches along the
11 way.
12 Q  The searches within the last week, would they
13 be re-creatable?
14 A  I don't think so.  You get the list from like
15 PubMed, and you just check the little box and then it
16 takes you to the articles and you just print the
17 articles out.
18 Q  And you don't remember what the search terms
19 are that you used?
20 A  Probably atypical antipsychotics and diabetes.
21 Q  Okay.  I am going to hand you back Exhibit 5,
22 and now what I am going to ask you to do, I am going to
23 give you back my pen again, is I am going to ask you to
24 put a plus sign next to the materials on Exhibit 5 that
25 you actually reviewed before you issued your reports in

45

1  this case.
2  A  Okay.  You asked me to checkoff ones that I
3  read prior to ones preparing my report, not since then?
4  Q  Correct, prior to preparing your report.  I
5  actually asked you to put a plus sign so that we could
6  tell the difference between the minus and the plus
7  signs.
8  A  Right.
9  Q  Okay.  So you have handed me back Exhibit 5,
10 and you have put a plus sign indicating that you
11 reviewed the document before issuing your report next to
12 Smith 2008; Economic Costs of Diabetes in the U.S. 2003;
13 Lieberman 2005, which I thought you had told me just a
14 few minutes ago you thought you had not read before
15 issuing your report?
16 A  You're correct, I am sorry, I just recently
17 got that.
18 Q  So we should take the plus sign away from
19 Lieberman 2005?
20 A  Yes.
21 Q  So it has a check because you gave it to
22 Glenda, she didn't have it on the list, but it should
23 not have a plus?
24 A  That is correct.
25 Q  The Consensus Conference article from Diabetes

### Page 46

1  Care, February 2004 has a plus next to it.
2  Economic Costs of Diabetes in the U.S. in 2007
3  has a plus; Guo 2006 and Guo 2007 have pluses, correct?
4  A  I believe so.
5  Q  Lambert "Diabetes Risk Associated with Use of
6  Olanzapine, Quetiapine, and Risperidone in Veterans
7  Health Administration Patients with Schizophrenia" 2006
8  has a plus next to it?
9  A  Yes.
10  Q  Lean from Diabetes Care May 2003 has a plus to
11  it, correct?
12  A  If there is a plus there, yes.
13  Q  I want to give you a chance to see, I don't
14  want you to take my word on it.
15  Lean 2003 would be an article that you read
16  before preparing your report; is that right?
17  A  As best as I can remember.
18  Q  Leslie, American Psychiatric Association 2004
19  was one you read before preparing your report, right?
20  A  Yes.
21  Q  And Sernyak 2002, correct?
22  A  Correct.
23  Q  And then you put pluses next to two clinical
24  study reports synopses, one entitled: "An
25  International, Multicenter, Double-blind, Randomized,

### Page 47

1  Placebo-controlled Study of the Safety and Efficacy of
2  SEROQUEL As add-on Therapy with Lithium or Divalproex
3  in the treatment of Acute Mania".
4  And the next: "An international, Multicenter,
5  Double-blind, Randomized Placebo-controlled Study of the
6  Safety and Efficacy of SEROQUEL and Haloperidol as
7  Monotherapy in the Treatment of Acute Mania"; is that
8  correct?
9  A  Yes.
10  Q  And how much of those two clinical study
11  reports synopses did you review?
12  A  If I reviewed them, I would have reviewed the
13  whole entire.
14  Q  Do you know whether there were other CSRs or
15  CSR synopses that you could have reviewed?
16  A  I don't believe so.
17  Q  So the articles that got a plus sign
18  essentially represent the totality of the literature
19  that you reviewed with regard to Quetiapine before you
20  prepared your opinions in this litigation?
21  A  Probably very inaccurately so, I don't recall.
22  Q  Do you think there is substantially -- I mean
23  I am not asking you if you missed one article or two
24  articles, but essentially this is the volume of
25  literature that you represented that you reviewed before

### Page 48

1  preparing your opinions in this litigation related to
2  Quetiapine?
3  A  More or less, yes.
4  MS. FREIWALD: Do you want to take a break?
5  MR. PIRTLE: Sure.
6  (Whereupon, a short recess was taken at
7  9:45 a.m.)
8  MS. FREIWALD: Are you ready to go?
9  BY MS. FREIWALD:
10  Q  Doctor, am I correct you have never published
11  anything on Seroquel; is that right?
12  A  That's right.
13  Q  And you have never published anything specific
14  to any of the other antipsychotics; is that correct?
15  A  That is correct.
16  Q  And you have never published anything specific
17  to any of the first generation antipsychotics?
18  A  Correct.
19  Q  Have you ever given any talks with regard to
20  any of the first or second generation antipsychotics?
21  A  I did some talks a few years ago to around the
22  issue of metabolic syndrome related to atypical
23  antipsychotics.
24  Q  Was anything in that talk specific to any
25  drug?

### Page 49

1  A  Not my part of the presentation.
2  Q  Where were the talks?
3  A  A number of different restaurants in Miami,
4  Fort Lauderdale area.
5  Q  Were they sponsored by a pharmaceutical
6  company?
7  A  Yes, Bristol Myers Squibb.
8  Q  And what product does Bristol Myers Squibb
9  make?
10  A  Abilify.
11  Q  And how much money have you received from
12  Bristol Myers Squibb in connection with giving talks for
13  Abilify?
14  A  I probably gave five or six talks and probably
15  received $1,500 to $2,000 for each one.
16  Q  How long ago did you do that?
17  A  It was soon after Abilify came out on the
18  market so I think that was probably 2005 is a guess.
19  Q  And at the time that you gave those talks did
20  you review any of the clinical trial data with regard to
21  Abilify?
22  A  The talks were given in conjunction with a
23  psychiatrist to present some of the clinical trial data
24  on Abilify.
25  Q  Were these promotional talks sponsored by the

Page 50

1  pharmaceutical company?
2    A  Yes, they were.
3    Q  And you were giving a presentation related
4  specifically to the metabolic profile of the drug?
5    A  It was a talk to inform psychiatric healthcare
6  workers, psychiatrists and other people that work in the
7  healthcare profession about some of the risks that were
8  possibly associated with some of the atypical
9  antipsychotics and what kind of monitoring should be
10  done, what type of patients that were taking these types
11  of medication.
12    Q  And did you include Abilify among the drugs
13  that is associated with potential metabolic risks?
14    A  My part of the presentation, I really didn't
15  say anything about the drugs at all, I presented what
16  the metabolic syndrome was, and who was at risk for it
17  and what you should do if you had patients that could
18  potentially be at risk.
19    Q  Did you make any representations in your talks
20  about whether patients who take any antipsychotic
21  medication are at increased risk for metabolic side
22  effects?
23    A  I probably did mention that that at the
24  beginning of the talk.
25    Q  Do you remember if there is a slide that makes

Page 51

1  any claim or any kind of a statement about a risk or a
2  possible risk of metabolic side effects associated with
3  either antipsychotics generally or any particular
4  antipsychotics?
5    A  I don't recall.
6    Q  Did you - if I understand your testimony
7  correctly - it was not your job at these talks to
8  attempt to characterize the potential metabolic risks of
9  Abilify?
10    A  That is correct.
11    Q  Were you at any time asked any questions by
12  the audience about the potential metabolic side effects
13  of Abilify?
14    A  I don't believe so.
15    Q  And in preparation for those talks did you
16  review any data with regard to the metabolic profile of
17  Abilify?
18    A  I don't think so.
19    Q  Do you still have those slides today?
20    A  I think I do.
21    Q  And are those talks that you have given more
22  recently?
23       Do you continue to give any lectures for
24  Bristol Myers?
25    A  No.

Page 52

1    Q  Is there any particular reason why you stopped
2  lecturing for Bristol Myers?
3    A  I think at the time that I was doing it they
4  wanted to put Abilify in front of people, bring it out
5  and highlight it as since it had just come out on the
6  market.
7    Q  Was part of the thrust of these talks to
8  suggest in some way that Abilify had a better metabolic
9  profile?
10    A  Not the thrust of my talks, but the
11  psychiatrist I believe, if I remember correctly, did
12  make that claim.
13    Q  Do you remember if he made claims comparing
14  Abilify to any other antipsychotic?
15    A  She did, she presented clinical trial data.
16    Q  Who was the psychiatrist?
17    A  Maria Llorente.
18    Q  And were those slides given to you?
19    A  I think some of them were.
20    Q  Do you know if there is any clinical trial
21  data anywhere that compares head-to-head Abilify to
22  Quetiapine?
23    A  I don't know that.
24    Q  I gather you did not see any head-to-head
25  comparative data between Abilify and Quetiapine that you

Page 53

1  can recall at these talks that you attended?
2    A  Not that I can recall.
3    Q  Is the reason that you pulled the Llorente
4  articles because you knew Dr. Llorente from these talks
5  that you had given for Bristol Myers?
6    A  Is was one of the reasons.
7    Q  Have you had any conversations with
8  Dr. Llorente about the subjects that are discussed in
9  your expert report in connection with preparing your
10  expert report?
11    A  No.
12    Q  What about in connection with preparing for
13  your deposition today?
14    A  No.
15    Q  Have you given any other talks on the subject
16  in metabolic syndrome for any other company that
17  manufactures an antipsychotic medication?
18    A  I don't think so.
19    Q  Other than the dinner lectures that you have
20  given for Bristol Myers, have you ever participated in
21  any talks with regard to any specific antipsychotic
22  medication?
23    A  No.
24    Q  In preparing your opinions that are set forth
25  in the reports for Guinn, Burns and Curley, have you

**54**

1  made any attempt to review specifically the clinical
2  trial data for Abilify?
3  A   No.
4  Q   Have you made any attempt to compare the
5  clinical trial data for Abilify with regard to metabolic
6  side effects to the clinical trial data for Quetiapine?
7  A   No.
8  Q   Have you reviewed any of the clinical trial
9  data for Geodon?
10 A   No.
11 Q   Have you made any attempt to compare the
12 clinical trial data for Geodon to the clinical trial
13 data for Quetiapine?
14 A   Other than what is in the articles that I
15 provided you, no.
16 Q   And would it also be true that you have not
17 made any systematic effort to review the clinical trial
18 data for Clozapine or Olanzapine?
19 A   That is correct.
20 Q   And to compare it systematically to the data
21 for Quetiapine?
22 A   Correct.
23 Q   And I suppose all of those questions would
24 also be true if I broadened my inquiry not just to
25 clinical trial data, but to the observational data, you

**55**

1  have not attempted to do any systematic review of the
2  observational data for the other antipsychotics?
3  A   Correct.
4  Q   You are not a psychiatrist by training,
5  correct?
6  A   No.
7  Q   You are not a pharmacologist?
8  A   No.
9  Q   You are not a toxicologist?
10 A   No.
11 Q   You are not a neurologist?
12 A   No.
13 Q   You are not an epidemiologist?
14 A   No.
15 Q   You don't hold yourself out in as an expert in
16 FDA regulations?
17 A   No.
18 Q   You have never held yourself out as an expert
19 this drug labeling or the regulations that relate to
20 drug labeling?
21 A   No.
22 Q   Have you ever worked at the FDA?
23 A   No.
24 Q   Have you ever been asked by the FDA to sit on
25 any advisory committee?

**56**

1  A   No.
2  Q   Or to consult with regard to any
3  pharmaceutical?
4  A   Repeat that?
5  Q   Or to consult with regard to any
6  pharmaceutical?
7  A   No.
8  Q   Have you ever been hired by a pharmaceutical
9  company to draft or help draft any labeling language?
10 A   No.
11 Q   Have you ever been hired by a pharmaceutical
12 company to help with the development of any atypical
13 antipsychotic?
14 A   No.
15 Q   Have you ever been asked by the FDA or any
16 company to investigate case reports of adverse events
17 associated with any medicine?
18 A   No.
19 Q   You were not part of the ADA consensus
20 conference in November of 2003, correct?
21 A   Correct.
22 Q   You were not asked to participate in that
23 conference; is that right?
24 A   That's right.
25 Q   You did not participate in drafting the

**57**

1  consensus statement; is that right?
2  A   Correct.
3  Q   You never wrote any articles disagreeing with
4  the consensus statement, did you?
5  A   No.
6  Q   At the time you were editor of Clinical
7  Diabetes, right?
8  A   What was the date?
9  Q   It was the conference was in 2003, the
10 publication was in February of 2004.
11 A   Yes, I was editor of Clinical Diabetes.
12 Q   And as editor of Clinical Diabetes you never
13 published on the subject of the ADA Consensus
14 Conference?
15 A   No.
16 Q   Do you know Dr. Eugene Barrett?
17 A   Yes.
18 Q   Do you think he is a respected scientist?
19 A   Yes.
20 Q   Do you know him personally or professionally?
21    What I mean is do you know him by reputation
22 or do you actually know him personally?
23 A   I actually know him personally, and
24 professionally, I have met him.
25 Q   Right, that is what I am asking you. Have you

## Page 58

1 attended conferences together?
2   A  Not together, I mean we have been at the same
3 conferences.
4   Q  You agree that he is respected in the field of
5 endocrinology?
6   A  Yes.
7   Q  Let's talk about the Burns case. I don't have
8 the benefit of the summary in front of me, but I am
9 going to try and go through even without it.
10     MS. FREIWALD: I understand from Mr. Pirtle
11 that this will be provided to me before tomorrow
12 morning; is that correct?
13     MR. PIRTLE: I was going to say in the
14 morning, that is probably as good as I can do,
15 before the deposition reconvenes tomorrow.
16     MS. FREIWALD: Let me put it this way, if
17 somebody emails to me or to Kirstin, we will print
18 it out here, so if it's something that can be sent
19 to us by PDF.
20     MR. PIRTLE: To be quite honest with you, I
21 have never seen it. If I had it on my email.
22     THE WITNESS: I think it was sent to me by
23 email.
24     MR. PIRTLE: If you can forward it to me, I
25 will forward it.

## Page 59

1     MS. FREIWALD: That would be great.
2     MR. PIRTLE: Do you need it to talk about this
3 case?
4     THE WITNESS: I probably will need to look at
5 something.
6     (BY Ms. Freiwald)
7 BY MS. FREIWALD:
8   Q  I am in a little bit of a disadvantage because
9 I don't have the document in front of me.
10    Is it a chronology that attempts to summarize
11 the medical records for Ms. Burns by date?
12   A  Yes.
13   Q  Does it have a section that independently logs
14 her glucose readings?
15   A  No, it's all part of the same chronology.
16   Q  Does it have any section that independently
17 logs any of her laboratory findings?
18   A  No, it's all in the chronology.
19   Q  Same for weight?
20   A  That is correct.
21   Q  Is there any separate log of medications that
22 she was taking in addition to Quetiapine at different
23 times?
24   A  Not in that synopsis, no.
25   Q  The report that you have provided to us - do

## Page 60

1 you have a copy in front of you? I will give you
2 Exhibit 5 - states that the earliest records from
3 Mrs. Burns are from 1998, and I am working off of page 5
4 in the last paragraph in the bottom, Doctor.
5   A  Uhm-hum.
6   Q  Is that the earliest date that is identified
7 on the chronology you were provided by Glenda?
8   A  I don't recall.
9   Q  Did you do anything to check to see how far
10 back her available medical records go?
11   A  I did. And as a matter of fact in one of
12 these cases, and I would have to see this synopsis to be
13 sure, but one of these cases I did find records that
14 went back prior to where Glenda started the chronology.
15   Q  Do you remember whether there are records
16 prior to 1998 for Mrs. Burns as you sit here today?
17   A  No.
18   Q  Do you know whether there are glucose readings
19 for Mrs. Burns prior to 1998 as you sit here today?
20   A  No.
21   Q  Did you essentially work off of the chronology
22 that Glenda provided you in putting together your report
23 that is specific to the Burns case?
24   A  Yes.
25   Q  Would that be true if I asked you the same

## Page 61

1 question for Curley and for Guinn?
2   A  Yes.
3   Q  Are you going to testify that Mrs. Burns would
4 not have developed diabetes in her life had she not
5 taken Seroquel?
6   A  No.
7   Q  Are you going to testify that she would not
8 have developed diabetes between 2003 and June of 2006
9 had she not taken Seroquel?
10   A  No.
11   Q  Do you have an opinion that you can state with
12 a reasonable degree of medical certainty when Mrs. Burns
13 would have developed diabetes in the absence of ever
14 ingesting Seroquel?
15   A  No.
16   Q  Do you agree with me that there is evidence
17 that Mrs. Burns had diabetes before she ever took
18 Seroquel?
19   A  Can I take a minute and look?
20   Q  Sure.
21   A  Yes, there is evidence.
22   Q  Are you going to offer an opinion to a
23 reasonable degree of medical certainty that Mrs. Burns
24 did not have diabetes before she took Seroquel?
25   A  Could you repeat the question?

Page 62

1  Q  Are you going to offer an opinion to a
2  reasonable degree of medical certainty that Mrs. Burns
3  did not have diabetes before she took Seroquel?
4  A  No.
5  Q  If we were to assume hypothetically that
6  Mrs. Burns did not already have diabetes when she took
7  her very first Seroquel pill, would there be any
8  methodology that would allow you to say when she would
9  have gotten diabetes had she never taken Seroquel?
10  A  Can you repeat the question?
11  Q  I want you to assume for a minute - we are
12  going to work in the hypo - that she did not yet have
13  diabetes when she first took Seroquel, okay?
14  A  Okay.
15  Q  Assuming that, is there any scientific
16  methodology that you know of that would allow you to say
17  when she would have gotten diabetes had she never taken
18  Seroquel?
19  A  No.
20  Q  Is there any methodology that you know of that
21  would allow you to say that she would have not gotten
22  diabetes in August of 2003 had she never taken Seroquel?
23  A  No.
24  Q  Have you done any calculations of Mrs. Burns'
25  risk factors at any point in time prior to January of

Page 63

1  2003 to determine her let's say eight year risk of
2  developing diabetes?
3  A  No, I don't know what you mean by calculation.
4  Q  Well, are you familiar that with the concept
5  that there are certain models that calculate and predict
6  risk of developing diabetes?
7  A  Yes.
8  Q  And have you attempted to use any of those
9  models looking at Mrs. Burns' medical profile at any
10  point in time to try to quantify what her risk of
11  developing diabetes would have been at any particular
12  point in time before she used Seroquel?
13  A  No.
14  Q  Even without utilizing a formal model, did you
15  do any kind of rough estimating in your head just based
16  upon your general training and experience as to what
17  Mrs. Burns' predicted risk of developing diabetes would
18  have been let's say based upon her medical profile in
19  1998?
20  A  She did have risk factors for diabetes, if
21  that is what you are asking me.
22  Q  But I am asking if you in any way attempted to
23  estimate where she would have fallen on the continuum of
24  patients at risk?
25  A  No.

Page 64

1  Q  Would it surprise you - are you familiar with
2  the Wilson article that discusses calculating risk of
3  diabetes for patients based upon certain metabolic
4  parameters?
5  A  Yes.
6  Q  But you never attempted to do any such
7  calculation for Mrs. Burns?
8  A  No, I didn't think of it.
9  Q  Do you attempt to do such calculations for
10  patients in your clinical practice generally?
11  A  No.
12  Q  Are you familiar with how those calculations
13  work?
14  A  I have read Wilson's article.
15  Q  Are you familiar with the concept of
16  attempting to estimate either a relative risk or an
17  attributable risk of developing diabetes over a
18  particular period of time?
19  A  Yes.
20  Q  Do you know how that works, do you know how to
21  use those calculators?
22  A  There is a couple of models that are out there
23  that attempt to quantify risk for development of
24  diabetes.
25  Q  But you don't use them?

Page 65

1  A  No.
2  Q  It's not something you are familiar with in
3  your usual practice?
4  A  I don't use it in my usual practice, no.
5  Q  Do you agree that Mrs. Burns had clear
6  evidence of at least insulin resistance before she ever
7  took Seroquel?
8  A  Yes.
9  Q  And you agree that patients with insulin
10  resistance are at extremely high risk of developing
11  diabetes if they don't modify their lifestyle within a
12  period of say three to five years?
13  A  Yes.
14  Q  And having insulin resistance in and of itself
15  is more than ample risk factor for explaining somebody
16  developing diabetes within a period of three or five
17  years?
18  A  I don't know about the three to five year
19  period, I don't think you could quantify it to that
20  degree.
21  Q  Have you ever seen any data on that that talks
22  about the conversion from insulin resistance to diabetes
23  within a certain period of time?
24  A  Not within three to five years, I don't
25  believe.

Page 66

1  Q  What period of time have you seen?
2  A  I think there is - if I am not mistaken -
3  Wilson's is a ten year risk?
4  Q  Is that a question?
5  A  Yes. I don't recall right now exactly what
6  the timeframe is, but I think it's something like seven
7  to ten years.
8  Q  Would you agree that having insulin resistance
9  even without any other additional risk factors would
10  sufficiently explain a patient converting to diabetes?
11  A  I'm not sure I know what you mean by
12  sufficiently.
13  Q  If you had a patient with insulin resistance
14  and they ultimately developed frank diabetes, that
15  wouldn't surprise you, would it?
16  A  No, that would not.
17  Q  And you wouldn't necessarily need to look for
18  any additional or additive cause to explain converting
19  from insulin to frank diabetes, would you?
20  A  I think, yes, if somebody developed diabetes I
21  think you would want to look for all of the causes.
22  Q  Frankly having insulin resistance or
23  prediabetes alone, and you have to know what got them to
24  that insulin resistance or prediabetes, but that would
25  make it highly likely that they would ultimately develop

Page 67

1  diabetes if they didn't modify any of their risk
2  factors?
3  A  It would certainly make it more likely that
4  they would develop diabetes if they didn't alter any of
5  their risk factors.
6  Q  More than likely that they would develop
7  diabetes?
8  A  I don't know if you can say more likely than
9  not.
10  Q  Do you know, have you pulled any data on that?
11  A  Not specifically, no.
12  Q  Do you have any data that you know of on the
13  likelihood of converting to diabetes if a patient has
14  insulin resistance and doesn't modify their risk
15  factors?
16  A  No, I know data from further down the line in
17  prediabetes rather than just insulin resistance.
18  Q  Do you typically tell patients in your
19  clinical practice who have prediabetes that it's very
20  likely they are going to find themselves diabetic if
21  they don't modify their lifestyle and their habits?
22  A  Yes.
23  Q  Can you tell me why you cited the particular
24  glucose readings that you cited in your report prior to
25  August of '03?

Page 68

1  A  Why I included them, is that what you want to
2  know?
3  Q  Yes.
4  A  I was trying to be inclusive.
5  Q  Are you aware of any other glucose readings
6  that you did not cite?
7  A  No, I don't believe so.
8  Q  If there were other glucose readings would you
9  think it would have been important to cite those?
10  A  No.
11  Q  Why not?
12  A  I think first of all there weren't any other
13  blood glucose readings, but the readings that I did cite
14  do represent I believe the state that she was in, the
15  condition she was in at the various times so if she had
16  had more blood sugars of a similar nature it wouldn't
17  really add anything additional.
18  Q  It's your testimony that you believe that
19  between '98 and August of 2003 Mrs. Burns didn't have
20  any — Well, let me put it this way, is it your
21  testimony that between 1998 and July of 2000 Mrs. Burns
22  didn't have any glucose readings other than the ones you
23  specifically cited in your report?
24  A  I believe that to be the case, yes.
25  Q  Is it your testimony that you believe that she

Page 69

1  did not have any glucose readings from before 1998?
2  A  None that were in the medical records that I
3  saw.
4  Q  Is it your testimony that Mrs. Burns didn't
5  have any glucose readings between July of 2000 and
6  August of 2003 that you thought were relevant to your
7  analysis?
8  A  Yes.
9  Q  Did you do anything to independently confirm
10  whether the summary provided you by Glenda was accurate
11  with regard to capturing all of those glucose readings?
12  A  Yes, I looked at the medical records.
13  Q  Are you aware that Mrs. Burns told her doctors
14  that in 2000 she had diabetes?
15  A  Not that I recall.
16  Q  You have never seen a record that reflects
17  Mrs. Burns telling her doctors in 2000 that she had been
18  diagnosed with diabetes?
19  A  I don't believe so.
20  Q  Are you aware that the medical records reflect
21  that Mrs. Burns told her doctors in 2008 that she had
22  been diagnosed with diabetes in 2000?
23  A  No, I am not aware of that.
24  Q  Have you reviewed any of Mrs. Burns'
25  psychiatric records?

**Page 70**

1  A   I probably read some of the visits that she
2  had with psychiatric workers.
3  Q   Do you remember reading any of the records
4  from a Dr. Yauch or Yau?
5  A   Can you spell it?
6  Q   I am not sure I have it, Y-A-U-C-H.
7  A   Y-A-U, I don't recall.
8  Q   Would you be surprised if I told you that over
9  a three day period in 1994 Mrs. Burns had fasting
10 glucose readings above 126?
11 A   Would I be surprised in 1994?
12 Q   Yes.
13 A   No.
14 Q   Why would you not be surprised?
15 A   I wouldn't be surprised if told me anybody had
16 glucose readings that were above 126, but maybe I am
17 missing the point of the question.
18 Q   Are you aware - I gather you are not aware
19 that Mrs. Burns had fasting blood glucose readings in
20 1994 on three occasions within a period of a few days
21 that are all above 126?
22 A   No, I was not aware of that.
23 Q   I am going to mark as Exhibit 6 Bay Medical
24 Center 452 to 455, the only page that I need you to look
25 at is the last page which has the glucose values on it

**Page 71**

1  and that will be Exhibit 6.
2       MR. PIRTLE:  Can I see a copy?
3       MS. FREIWALD:  Oh, sorry.  Here.
4       (Whereupon, the above referred to document
5       was marked as Defendant's Exhibit No. 6.)
6       (BY Ms. Freiwald)
7  BY MS. FREIWALD:
8  Q   Let me ask you first, Doctor, do you agree
9  with the ADA criteria for diagnosing diabetes?
10 A   Yes.
11 Q   Those are the criteria that you use in your
12 practice?
13 A   Yes.
14 Q   And you believe they are valid criteria for
15 diagnosing diabetes?
16 A   Valid enough.
17 Q   And there is no other criteria that you would
18 recommend above those at this current point in time, is
19 there?
20 A   Yes, I actually believe that it's probably
21 better to diagnose diabetes on two hour normal glucose
22 tolerance test than it is to rely on a fasting.
23 Q   You think that the oral glucose tolerance test
24 gives you a good sense of how somebody actually responds
25 to glucose in their body?

**Page 72**

1  A   Correct.
2  Q   But you certainly use the fasting glucose, the
3  fasting glucose test in your clinical practice?
4  A   Yes, I do.
5  Q   And you get a confirmed reading in order to
6  diagnose somebody's diabetes?
7  A   Correct.
8  Q   One reading alone is not sufficient to confirm
9  diabetes; is that right?
10 A   That's right.
11 Q   And is that because there is some range of
12 normal variation in glucose levels?
13 A   Yes.
14 Q   So somebody can have an elevation one day and
15 then their glucose readings can drop on another day?
16 A   That is correct.
17 Q   And you see that in this Chem profile on 4/17,
18 4/18 and 4/20 at 7:05, 6:55 and 8:15 respectively,
19 Mrs. Burns had glucose readings of 133, and 148 and 144?
20 A   Correct.
21 Q   And when you see an early morning reading,
22 that's typically indicative of a fasting reading, is it
23 not?
24 A   You would want to confirm that that was a
25 fasting reading.

**Page 73**

1  Q   That would be your normal assumption, would it
2  not, if you saw a reading early in the morning?
3  A   That would be an assumption I might make, yes.
4  Q   And three readings like Mrs. Burns had would
5  be sufficient to confirm her as diabetic in 1994, would
6  it not?
7  A   It depends on the circumstances of the setting
8  in which the blood glucoses were drawn.
9  Q   What do you mean by that?
10 A   Well, she is in the hospital at this time,
11 likely under stress for some reason, she is admitted
12 under the name of a general surgeon, I don't know what
13 the circumstances were around her admission at this
14 time.
15      She could have had an intervenous line running
16 in with glucose in it; she could have had a fever; she
17 could have had surgery, all stresses that could cause
18 hyperglycemia.
19 Q   You don't know anything about why she was in
20 the hospital on this occasion?
21 A   No.
22 Q   Assuming that none of those issues are the
23 case, normally speaking three, actually two, you
24 wouldn't even need three, readings above 126 would be
25 sufficient to confirm diabetes?

### Page 74

1  A  Under usual circumstances, yes.
2  Q  And would it be fair to say looking at these
3  readings one certainly couldn't come to the conclusion
4  that Mrs. Burns did not have diabetes in 1994?
5  A  That is correct.
6  Q  So we are in agreement that it's not possible
7  for one to opine to a reasonable degree of medical
8  certainty that Mrs. Burns did not have diabetes in 1994
9  based upon these readings?
10  A  Based upon these readings, I would agree with
11  them.
12  Q  Are you familiar with Mrs. Burns having any
13  visit to an emergency room in February of 1995?
14  A  Not that I recall.
15  Q  You don't know anything about the
16  circumstances of why she was hospitalized in 1994, do
17  you?
18  A  No.
19  Q  If I told you that she had some surgery
20  because of sleep apnea, that wouldn't ring a bell?
21  A  No, that doesn't ring a bell.
22  Q  You can't recall looking at any records in
23  1995 where Mrs. Burns went to the ER for any reason; is
24  that right?
25  A  No, that is correct, I don't recall.

### Page 75

1  Q  I am going to show you a record from the
2  emergency room on February 6 of 1995, which we will mark
3  as Exhibit 7.
4     (Whereupon, the above referred to document
5     was marked as Defendant's Exhibit No. 7.)
6     (BY Ms. Freiwald)
7  BY MS. FREIWALD:
8  Q  Before I ask you any questions about that, do
9  you know whether the practice in your own emergency room
10  is to put all labs in as non-fasting if they don't know
11  what the status is of the patient at the time they draw
12  blood?
13  A  I don't know.
14  Q  This lab in February of 1995 is from 6:52 a.m.
15  in the morning, do you see that?
16  A  Yes.
17  Q  And, again, 6:52 a.m. the normal assumption
18  would be the patient hadn't eaten?
19  A  That would be an assumption.
20  Q  That would be the usual assumption if you were
21  reviewing medical records from a patient and you didn't
22  have personal knowledge, one of the things you would
23  normally do would be to look at the time of the test and
24  say to yourself, okay, this is most likely a fasting
25  test or is this most likely not a fasting test, right?

### Page 76

1  A  Yes, I think you would say that, but I don't
2  think you would rely upon it as a diagnostic test unless
3  you were sure.
4  Q  Your best medical instinct and your practice
5  would be to assume it was probably fasting, but if you
6  wanted to be absolutely sure you would probably have to
7  confirm a fasting reading?
8  A  Yes.
9  Q  So based upon your usual practice, assuming
10  this were fasting 135, would again be in the diabetic
11  range, correct?
12  A  Correct.
13  Q  And it would be consistent with the diabetic
14  readings we had seen in 1994, correct?
15  A  Correct.
16  Q  And, again, this would be an additional piece
17  of evidence consistent with Mrs. Burns being diabetic in
18  a time period before she ever started using Seroquel,
19  correct?
20  A  Again, I would want to know what the
21  circumstances were that brought her to the emergency
22  room.
23  Q  Okay. But certainly on its face this is
24  consistent with the idea that Mrs. Burns was diabetic
25  before she ever started taking Seroquel?

### Page 77

1  A  It's consistent with the fact that she
2  possibly was.
3  Q  And consistent with the idea that you cannot
4  say that she was not diabetic before she ever took
5  Seroquel?
6  A  Correct.
7  Q  Now, you note in your report for Mrs. Burns
8  that she had a blood glucose reading, and you put
9  question random, again question of 157 in May of 1998;
10  do you see where I am looking?
11  A  Yes.
12  Q  Can you tell me what you were trying to
13  indicate with that notation?
14  A  For some reason I was questioning whether this
15  was a random glucose reading or not.
16  Q  If this were a fasting glucose reading it
17  would be further evidence of diabetes before Mrs. Burns
18  ever took Seroquel, correct?
19  A  If it were a fasting reading it would again be
20  suspicious for the fact that she had diabetes, yes.
21  Q  And you note that in 12/98 she had a reading
22  of 113 with a total cholesterol of 217 and triglycerides
23  of 265 all mildly elevated, I want to take that in
24  pieces. What was the point of the 12/98 glucose
25  citation?

### Page 78

1  A   Just to be complete.
2  Q   Now, the fact that she had a reading of 113
3  doesn't mean that she was not diabetic, correct?
4  A   Correct.
5  Q   Somebody who is diabetic can have readings
6  from time to time that are below the threshold of 126,
7  correct?
8  A   Correct.
9  Q   And this would certainly be indicative at a
10 minimum of prediabetes, correct?
11 A   What would be indicative of?
12 Q   Of a reading of 113.
13 A   It could be, yes.
14 Q   A blood glucose reading of 1131 within the
15 range of what we called impaired glucose tolerance or
16 prediabetes, correct?
17 A   If it's fasting it would be called impaired
18 fasting glucose, if it's after a glucose load it would
19 be impaired glucose tolerance, yes, but it is
20 prediabetes.
21 Q   Either way it's prediabetes?
22 A   Yes.
23 Q   And by the time you have blood glucose
24 readings that are fasting of 113 or thereabouts
25 confirmed, can you tell me about what percentage of

### Page 79

1  pancreatic function you have also lost?
2  A   I believe it's estimated that probably
3  50 percent is what is lost at the time of diagnosis.
4  Q   I think it's more like 75?
5  A   Type I diabetes it's 75, and it used to be
6  thought it was probably the same in Type II, but
7  actually I think the feeling is now that it's probably
8  becomes manifest even earlier.
9  Q   What becomes manifest even earlier?
10 A   Glucose intolerance becomes manifest earlier
11 in the course of the development of diabetes so that
12 many people are diagnosed when they have lost about half
13 of their pancreatic function, somewhere 50 to
14 75 percent.
15 Q   So by the time that you have impaired glucose
16 tolerance or impaired fasting glucose, you are no longer
17 normal in terms of your pancreatic function, correct?
18 A   Correct.
19 Q   And if you don't modify your habits you are
20 essentially on the road to developing diabetes?
21 A   Correct.
22 Q   I think you have written that diabetes is a
23 disease of lifestyle choice; is that right?
24 A   At least partly.
25 Q   And what do you mean by that?

### Page 80

1  A   It's associated with certain risks that are a
2  part of lifestyle, such as obesity.
3  Q   Do you mean by that in part that it's a
4  disease that is avoidable with healthier lifestyle
5  choices?
6  A   Not entirely.
7  Q   Is that because there is a strong genetic
8  component to it?
9  A   Correct.
10 Q   So there are some people who might make great
11 choices and do all the right things and they just they
12 have such a strong genetic predisposition for it that
13 they are still going to get Type II diabetes?
14 A   Correct.
15 Q   And there are many people who will make bad
16 choices and not develop Type II diabetes because they
17 don't have the predisposition, correct?
18 A   Correct.
19 Q   But if you do have the genetic predisposition,
20 whether you know it or not whether you have a family
21 history that gives you a clue of it or not, lifestyle
22 choices strongly drive the risk for diabetes, correct?
23 A   Yes.
24 Q   Now, you wrote what Mrs. Burns' cholesterol
25 was on 12/98, you said she had a total cholesterol of

### Page 81

1  217 and triglycerides of 265 all mildly elevated.
2      Now, triglycerides of 265, are they mildly
3  elevated in your view?
4  A   Yes, they are mildly elevated in my view.
5  Q   What do you consider a mild triglyceride
6  elevation, what is your range?
7  A   In the range of probably 150 to 500.
8  Q   So you would consider anything below 500 to be
9  a mild elevation in triglycerides?
10 A   No, let me take that back, probably 150 to 300
11 is mild, and over that is a little more severe.
12 Q   Do you have a moderate range?
13 A   Not especially.
14 Q   Now, we are going to get into this more later
15 but you note that her weight at the time was 179, have
16 you done anything to track Mrs. Burns' weights over time
17 other than what you have put in your report?
18 A   No.
19 Q   Now, tell me what you understand about
20 Mrs. Burns' glucose readings in or around July of 2000.
21 A   Her blood glucose as noted there was elevated
22 into the 200 milligrams per deciliter range.
23 Q   Do you remember reviewing the medical records
24 in and around - that relate to the time period in or
25 around July of 2000, or did you look at just the summary

21 (Pages 78 to 81)

82

1  that was provided by Glenda?
2  A  No, I reviewed the medical records.
3  Q  Did you review all of them?
4  A  I tried to.
5  Q  Do you know what condition Mrs. Burns was
6  being treated for at the time that this glucose reading
7  was taken in July of 2000?
8  A  I think she was being treated for some type of
9  pulmonary condition if I am not mistaken, that would
10 explain the steroids.
11 Q  Would you agree that a patient who has
12 prediabetes or diabetes is more susceptible to glucose
13 elevations on steroids than a patient who has
14 consistently normal glucose readings?
15 A  Not necessarily.
16 Q  Why not?
17 A  Anybody who is at risk for diabetes who has a
18 genetic predisposition can develop elevated blood sugars
19 while taking coracoid steroids.
20 Q  Is that a well-known risk associated with
21 steroid medications?
22 A  Yes.
23 Q  And is it common to see glucose spikes in
24 patients on steroids?
25 A  It's not uncommon.

83

1  Q  And do you nevertheless sometimes use steroid
2  medications in patients of yours who have diabetes if
3  they have a need for them?
4  A  If there is no alternative.
5  Q  And you monitor them for glucose changes?
6  A  Yes.
7  Q  And you consider that standard of care to give
8  patients who need steroid therapy even if they have
9  diabetes or prediabetes?
10 A  Unless there is some alternative course that
11 could be taken.
12 Q  Now, the A1c of 573 you say is normal, but
13 it's really not, is it?
14 A  Yes.
15 Q  It's elevated somewhat?
16 A  Less than 6 is normal in most laboratories.
17 Q  Normal as compared to diabetic?
18 A  Correct.
19 Q  5.73 corresponds with the glucose reading of
20 what?
21 A  It's an average of probably of about 110.
22 Q  I got a little higher than that when I did the
23 conversion.
24 A  Well, 6 is 120, so.
25 Q  So she is not far off from an HbA1c of 6 on

84

1  this particular point in time, correct?
2  A  Correct.
3  Q  And what an HbA1c does is it basically gives
4  you a snapshot of average glucose levels over a period
5  of a few months before the date of the test, correct?
6  A  About two to three months, yes.
7  Q  So it doesn't tell you that there were no
8  points in that two or three month period where she
9  didn't have higher glucose levels than 110 or 113,
10 correct?
11 A  Correct.
12 Q  It doesn't rule out the possibility that she
13 had diabetic glucose levels during that period of time,
14 correct?
15 A  It doesn't rule it out that she intermittently
16 had levels in the diabetic range.
17 Q  It's confirmatory of the fact that on average
18 she had glucose levels at least in the pre-diabetic
19 range, correct?
20 A  Probably, I don't even know if you can say
21 probably because it's the average of all blood sugars,
22 it's the mean blood sugar.
23    So if she had blood sugars that varied between
24 100 and 120 for instance you would get the hemoglobin
25 A1c, just like you would if you had blood glucoses that

85

1  vary between 70 and 150, and those two cases would be
2  different.
3  Q  Okay. Let me break it up then. I think what
4  I asked you was that if this A1c is telling you that her
5  average was somewhere around 110 and 115, that would be
6  an average within at least a pre-diabetic range,
7  correct?
8  A  Pre-diabetic definition is based on a fasting
9  blood sugar of between 110.
10 Q  I see where we are getting messed up, okay.
11    Was it your testimony that this A1c doesn't
12 rule out the possibility that she frequently had glucose
13 readings above the diabetic range, you don't know why
14 the range is around the mean?
15 A  You don't know how - yes, the range is around
16 the mean, but this would suggest that she doesn't have
17 higher blood sugar levels, blood sugar levels in the
18 diabetic range very often or for a very long period of
19 time.
20 Q  And can you have patients have are diabetic
21 particularly in the earlier years of the disease who
22 have A1c readings that are just slightly below 6 like
23 Mrs. Burns'?
24 A  Can you have patients with diabetes?
25 Q  Yes.

86

1   A   Probably.
2   (BY Ms. Freiwald)
3       MS. FREIWALD: We will mark this as 8, please.
4       (Whereupon, the above referred to document
5   was marked as Defendant's Exhibit No. 8.)
6   BY MS. FREIWALD:
7   Q   I am showing you Exhibit 8 which is a glucose
8   reading from 8/10/2000. This glucose reading was not in
9   your report, correct?
10  A   I'm sorry, what is the date again, 8/10/2000?
11  Q   Yes.
12  A   It doesn't seem to be.
13  Q   Do you recall ever seeing it before today?
14  A   I don't recall.
15  Q   And would you turn to the second page of
16  Exhibit 8, and can you see that in the left side of the
17  page right above before it says report status, it says
18  fasting hours nine?
19  A   Uhm-hum.
20  Q   So you would agree with me this is a fasting
21  glucose reading?
22  A   Yes.
23  Q   And do you see that it says that she had a
24  glucose of 134?
25  A   Yes.

87

1   Q   And that's indicative of diabetes?
2   A   It could be.
3   Q   It would need to be confirmed?
4   A   Correct.
5   Q   But it certainly is consistent with the idea
6   that Mrs. Burns had diabetes before she ever took
7   Seroquel?
8   A   It's not inconsistent with it.
9   Q   Well, it's consistent with it?
10  A   Yes.
11  Q   And you would agree that this would be an
12  important piece of information to consider in forming an
13  opinion as to whether Mrs. Burns had diabetes before she
14  ever took Seroquel?
15  A   Yes, as are some of the other blood glucoses
16  that we have talked about.
17  Q   But this one, which is fasting nine hours on
18  the lab, you didn't make note of in your report?
19  A   I must have missed it.
20  Q   And does that likely indicate to you that it
21  also was not on the summary you were provided?
22  A   I don't know that that was the case.
23  (BY Ms. Freiwald)
24      MS. FREIWALD: Can I see the Social Security
25  disability?

88

1       MR. PIRTLE: When you get to a point I would
2   like to take a break, but go ahead and do this
3   document.
4       MS. FREIWALD: Okay.
5       (Whereupon, the below referred to document
6   was marked as Defendant's Exhibit No. 9.)
7   BY MS. FREIWALD:
8   Q   We will mark this one as Exhibit 9, and I
9   misspoke, it is the Social Security disability record,
10  first page is 67, but it's from 12/26/2000, has multiple
11  dates on it, but that's the first date.
12      Doctor, this note also was not referenced in
13  your expert report in which you are offering opinions
14  about the role of Quetiapine causing Mrs. Burns'
15  diabetes, right?
16  A   That is correct.
17  Q   And can you see that there is a time of
18  6:30 a.m. in the morning in the upper left hand corner
19  of this document?
20  A   Yes.
21  Q   And typically in your practice that would be
22  consistent with a fasting glucose reading, would it not?
23  A   Most likely.
24  Q   And Mrs. Burns' glucose level is 127 according
25  to this laboratory report, correct?

89

1   A   Correct.
2   Q   And certainly if you were to take the 134
3   fasting reading you just looked at, and the 127 reading
4   that we have on 12/26/00, together they would be
5   confirmatory of diabetes?
6   A   Well, again, I think you have to consider the
7   circumstances that the blood sugars were taken under.
8   Q   The ADA criteria have two fasting glucose
9   readings is confirmatory of diabetes, correct?
10  A   Correct, but I wouldn't want to hang my hat on
11  blood sugars that were drawn while someone was in the
12  hospital under stress.
13  Q   Is there any indication that this record was
14  done in the hospital while Mrs. Burns was under stress?
15  A   It says Inpatient Services under the address.
16  Q   Do you have any knowledge of what was going on
17  with Mrs. Burns in 2000?
18  A   Specifically at this time, no.
19  Q   And what about the prior record from 8/10/00,
20  any indication that was done under stress?
21  A   No, I don't think you know that, though.
22  Q   It is an outpatient lab, correct?
23  A   Appears to be.
24  Q   Certainly these two readings - recognizing the
25  caveat you have imposed - certainly these two readings